## EXHIBIT 1

## PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

------------------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## ORDER AUTHORIZING CLAIMS AGENT TO REFLECT CERTAIN CLAIMS THAT HAVE BEEN SATISFIED AS PAID IN FULL OR IN PART

Upon the Motion of the Plan Trustee for an Order Authorizing Claims Agent to Reflect Certain Claims that Have Been Satisfied as Paid in Full or in Part, dated December 3, 2012 (the "Motion"), and upon the declaration of Eileen Wanerka in support of the Motion, attached as Exhibit 2 to the Motion (the "Wanerka Declaration"), seeking entry of an order authorizing Epiq to reflect as satisfied the Satisfied Claims listed on **Exhibits A and B** to this Order on the grounds set forth in the Motion and in the attached exhibits; and it appearing that notice of the Motion was proper and sufficient under the particular circumstances and that no other or further notice need be given; and this Court having considered the Motion and any responses thereto; and this Court having determined that granting the relief requested in the Motion with respect to the Satisfied Claims is in the best

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

interest of the Plan Trust, its beneficiaries, creditors and interest holders; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY FOUND THAT:

A.    Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion;

B.    Each holder of a claim or scheduled liability listed on **Exhibit A and B** hereto (the "Claimants") was properly and timely served with a copy of the Motion;

C.    Any entity known to have an interest in the Satisfied Claims subject to the Motion has been afforded reasonable opportunity to respond or to be heard regarding the relief requested in the Motion;

D.    The Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(B);

E.    The claims and scheduled liabilities listed in **Exhibit A** hereto (the "Satisfied Claims") are claims and/or scheduled liabilities which have been paid and satisfied in full. The Claimants holding these Satisfied Claims are entitled to no further distributions from the Debtors' estates or the Trust on account of such liabilities as set forth in **Exhibit A**.

F.    The Satisfied Claims listed in **Exhibit B** hereto are claims and/or scheduled liabilities which have been paid and satisfied in part. The Claimants holding these Satisfied Claims are entitled to no further distributions from the Debtors' estates or the Trust on account of the portion of such liabilities which have been satisfied, as set forth in **Exhibit B**.

G.    The relief requested in the Motion is in the best interests of the Plan Trust, its beneficiaries, creditors and other parties in interest.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    The relief sought in the Motion is GRANTED as set forth herein.

2.    Pursuant to 11 U.S.C. §§ 105(a) and 502, the Claims Agent is authorized to reflect in the Claims Register that the Satisfied Claims identified in **Exhibit A** hereto have been satisfied in full and such claims are entitled to no additional distribution from the Debtors' estates or the Plan Trust.

3.    Pursuant to 11 U.S.C. §§ 105(a) and 502, the Claims Agent is authorized to reflect in the Claims Register that the Satisfied Claims identified in **Exhibit B** hereto have been satisfied in part and the satisfied portion of such claims are entitled to no additional distribution from the Debtors' estates or the Plan Trust.

4.    This Order is without prejudice to the Plan Trustee's right to object to any other proofs of claim or interest filed in this chapter 11 case.

5.    This Court shall retain jurisdiction over the Plan Trust and Claimants whose Satisfied Claims are subject to the Motion with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: _____, 2013

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

## EXHIBIT A

### SATISFIED CLAIMS

# Exhibit A

## Satisfied Schedules

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Albright, Christine A<br>PMB 128<br>6039 Cypress Gardens Blvd<br>Winter Haven, FL 33884 | 751003190 | 07-11051 | $438.46 | $438.46 | $0.00 |
| Alcaraz, Estela<br>3329 E Metcalf<br>Unit B<br>Orange, CA 92869 | 751003220 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Alderson, James (Jay)<br>4641 Landover Crest Dr.<br>Raleigh, NC 27616 | 751003250 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Aldrich, Jessica E<br>2438 Humboldt St<br>Santa Rosa, CA 95404 | 751003270 | 07-11051 | $336.00 | $336.00 | $0.00 |
| Aleman, Georgia<br>7805 Blue Jasmine Ct<br>Springfield, VA 22153 | 751003330 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Alford, Kristin<br>3868 Johnson Dr<br>Carrollton, TX 75010 | 751003430 | 07-11051 | $507.69 | $507.69 | $0.00 |
| Allen, Brad<br>5435 East Hashknife Rd<br>Phoenix, AZ 85054 | 751003960 | 07-11051 | $1,384.61 | $1,384.61 | $0.00 |
| Allen, Steve V.<br>36134 Serape Drive<br>Yucaipa, CA 92399 | 751004030 | 07-11051 | $3,692.30 | $3,692.30 | $0.00 |
| Allende, Derek M<br>485 Grand Blvd<br>Brentwood, NY 11717 | 753000040 | 07-11053 | $541.53 | $541.53 | $0.00 |
| Andry, Cherisse<br>16554 Jackson Court<br>Fontana, CA 92336 | 751006580 | 07-11051 | $3,255.96 | $3,255.96 | $0.00 |
| Anselmi, Jenelle M<br>9857 Sherwood Farm Road<br>Owings Mills, MD 21117 | 751006870 | 07-11051 | $92.25 | $92.25 | $0.00 |
| Armstrong, Celeste M (Shelley)<br>2819 Onyx Road<br>Baltimore, MD 21234 | 751007910 | 07-11051 | $2,379.52 | $2,379.52 | $0.00 |
| Austin, Teresa L<br>1992 Ascot Dr<br>Unit B<br>Moraga, CA 94556 | 751011250 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Bachmore, Kara<br>255 W 4th St<br>West Islip, NY 11795 | 751011640 | 07-11051 | $480.76 | $480.76 | $0.00 |
| Barnes, Nola<br>8921 Clifton Meadow<br>Drive<br>Matthews, NC 28105 | 751014220 | 07-11051 | $1,938.46 | $1,938.46 | $0.00 |
| Bates, Allyson M<br>1567 Tres Picos Dr<br>Yuba City, CA 95993 | 751014600 | 07-11051 | $567.00 | $567.00 | $0.00 |
| Bautista, Alexis L<br>218 21 94th Ave<br>Queens Village, NY 11428 | 751014660 | 07-11051 | $380.76 | $380.76 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Bedell, Gina M<br>12731 Timbermeadow Dr<br>Houston, TX 77070 | 751015190 | 07-11051 | $3,204.80 | $3,204.80 | $0.00 |
| Bergner, Daniel J (Dan)<br>680 Weston Ridge Pkwy<br>Chaska, MN 55318 | 751015910 | 07-11051 | $4,153.84 | $4,153.84 | $0.00 |
| Berumen, Rubina<br>2818 Farnsworth Dr<br>Fort Wayne, IN 46805 | 751016140 | 07-11051 | $323.04 | $323.04 | $0.00 |
| Bilal, Travonne J<br>12257 Winterberry Ln<br>Plainfield, IL 60544 | 751016630 | 07-11051 | $64.00 | $64.00 | $0.00 |
| Billingsley, Albert<br>38 Brandon Ave<br>Amityville, NY 11701 | 751016720 | 07-11051 | $279.99 | $279.99 | $0.00 |
| Bishop, Shelby L<br>205 W Arlington<br>Street<br>Gladstone, OR 97027 | 751016850 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Blackburn, Susan<br>3818 Chestnut St<br>APT 1<br>New Orleans, LA 70115 | 751016980 | 07-11051 | $1,396.15 | $1,396.15 | $0.00 |
| Blackwell, Catherine<br>3431 SE 10th Ave<br>Portland, OR 97202 | 751017090 | 07-11051 | $1,869.23 | $1,869.23 | $0.00 |
| Blanks, Jennifer<br>101 Main St.<br>Yorktown, VA 23690 | 751017210 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Boatman, Jean<br>3721 Winding Creek Lane<br>Charlotte, NC 28226 | 751017690 | 07-11051 | $940.00 | $940.00 | $0.00 |
| Bousho, Mark D<br>3335 Genoa<br>Clarkston, MI 48346 | 751018400 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Bradshaw, Kristin<br>15510 Asterwind Ct<br>Charlotte, NC 28277 | 751018660 | 07-11051 | $507.60 | $507.60 | $0.00 |
| Brown, Cheryl A<br>222 Francis St<br>Longmont, CO 80501 | 751019980 | 07-11051 | $1,153.92 | $1,153.92 | $0.00 |
| Buchanan, Petula<br>10608 River Hollow<br>Ct<br>Charlotte, NC 28214 | 751020430 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Burcham, Jeremy<br>1334 Flintshire La<br>Lake Saint Louis, MO 63367 | 751020830 | 07-11051 | $1,000.00 | $1,000.00 | $0.00 |
| Burcham, Jeremy D<br>1334 Flintshire La<br>Lake Saint Louis, MO 63367 | 751020840 | 07-11051 | $4,004.80 | $4,004.80 | $0.00 |
| Burgess, Patricia L<br>4824 Windgate Trail<br>Acworth, GA 30102 | 751020890 | 07-11051 | $3,122.11 | $3,122.11 | $0.00 |
| Burns, Joy<br>222 Leaflet Ln<br>Spring, TX 77388 | 751020980 | 07-11051 | $3,461.53 | $3,461.53 | $0.00 |
| Cabrales Clark, Cheryl L<br>250 Fernwood<br>Way<br>Dixon, CA 95620 | 751021800 | 07-11051 | $6,057.69 | $6,057.69 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Cantoya, Mary Jane<br>727 Olney Drive<br>San Antonio, TX 78209 | 751022560 | 07-11051 | $1,629.81 | $1,629.81 | $0.00 |
| Carlan, Lauren M<br>8220 Dundalk Avenue<br>Baltimore, MD 21222 | 751023290 | 07-11051 | $1,113.00 | $1,113.00 | $0.00 |
| Carlson, Lisa W<br>5015 Cedar Park<br>Ct<br>Monroe, NC 28110 | 751023360 | 07-11051 | $1,078.27 | $1,078.27 | $0.00 |
| Carmenate, Vivian M<br>10915 SW 25 St<br>Miami, FL 33165 | 751023430 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Carrillo, Gloria<br>8744 Deep Creek<br>Road<br>Apple Valley, CA 92308 | 751023700 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Carter, Darcy L<br>3480 Rauscher Dr<br>Reno, NV 89503 | 751023870 | 07-11051 | $738.46 | $738.46 | $0.00 |
| Caruso, Rebecca M (Becky)<br>4020 Farmdale Ave<br>North Las Vegas, NV 89031 | 751023930 | 07-11051 | $1,744.62 | $1,744.62 | $0.00 |
| Castro, Jessica L<br>144 Horizon View Dr<br>Farmingville, NY 11738 | 751024200 | 07-11051 | $33.84 | $33.84 | $0.00 |
| Cellura, Davin<br>38 Talcott Dr<br>East Northport, NY 11731 | 751024690 | 07-11051 | $6,769.23 | $6,769.23 | $0.00 |
| Charles, Sharon V<br>35 Broad Street<br>Cranford, NJ 07016 | 751025620 | 07-11051 | $4,807.69 | $4,807.69 | $0.00 |
| Cheshire, Jeannine P<br>311 Fuego Ave<br>Pomona, CA 91767 | 751026230 | 07-11051 | $7,384.61 | $7,384.61 | $0.00 |
| Chi, Belinda L<br>2660 NE 20 St<br>Pompano Beach, FL 33062 | 751026320 | 07-11051 | $909.54 | $909.54 | $0.00 |
| Chivington, Jacalyn<br>510 S Sunbury Rd<br>Westerville, OH 43081 | 751026490 | 07-11051 | $164.40 | $164.40 | $0.00 |
| Churn, Robyn S<br>6805 Justice Dr<br>Raleigh, NC 27615 | 751026970 | 07-11051 | $361.82 | $361.82 | $0.00 |
| Clacks, Anita<br>1055 Sulky Dr<br>Florissant, MO 63033 | 751028830 | 07-11051 | $615.36 | $615.36 | $0.00 |
| Clacks, Anita<br>1055 Sulky Dr<br>Florissant, MO 63033 | 751028840 | 07-11051 | $1,088.00 | $1,088.00 | $0.00 |
| Clarke, Bette J<br>304 W. 5th Street<br>Lansdale, PA 19446 | 751029030 | 07-11051 | $1,785.89 | $1,785.89 | $0.00 |
| Cody, Carl M<br>1370 Forest Creek<br>Drive<br>Lewisville, TX 75067 | 751029890 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Coffel, Laura (Lori)<br>10131 Jefferson<br>Way<br>Fort Wayne, IN 46825 | 751029970 | 07-11051 | $792.00 | $792.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Colagiacomo, Carlo<br>12-44 162nd St.<br>Beechhurst, NY 11357 | 751030040 | 07-11051 | $3,538.46 | $3,538.46 | $0.00 |
| Cole, Lori<br>15821 Winchester Rd<br>Fort Wayne, IN 46819 | 751030200 | 07-11051 | $769.23 | $769.23 | $0.00 |
| Coleman, Sandra R<br>8811 Fran Del Drive<br>Fort Washington, MD 20744 | 751030220 | 07-11051 | $2,949.23 | $2,949.23 | $0.00 |
| Console, Ana L<br>11903 E Cedarvale St<br>Norwalk, CA 90650 | 751031920 | 07-11051 | $1,476.92 | $1,476.92 | $0.00 |
| Contreras, Alicia<br>1141 Via Del Sol Rd<br>Salinas, CA 93907 | 751032230 | 07-11051 | $2,538.46 | $2,538.46 | $0.00 |
| Cook, Eric P<br>14 Landmark Dr<br>Bridgewater, CT 06752 | 751032320 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Cook, Mary E<br>1 Sandstone Ct<br>Baltimore, MD 21236 | 751032330 | 07-11051 | $1,973.08 | $1,973.08 | $0.00 |
| Creeger, Esperanza J<br>1241 Donna Dr<br>Richardson, TX 75080 | 751034190 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Crespo, Estela<br>358 Page Ave<br>Lyndhurst, NJ 07071 | 751034240 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Dabney, Andrea M<br>1151 Via Santiago<br>Corona, CA 92882 | 751035660 | 07-11051 | $1,006.50 | $1,006.50 | $0.00 |
| Davison, Robert<br>1542 Westervelt Ave<br>Baldwin, NY 11510 | 751036770 | 07-11051 | $1,038.37 | $1,038.37 | $0.00 |
| Day, Barbara L<br>3458 Mecartney Road<br>Alameda, CA 94502 | 751036830 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Dean, Wendi C<br>17760 Lawrence St<br>Saint Inigoes, MD 20684 | 751037510 | 07-11051 | $126.00 | $126.00 | $0.00 |
| Dechert, Donna M<br>1 Heritage Square<br>Sayreville, NJ 08872 | 751037700 | 07-11051 | $3,249.78 | $3,249.78 | $0.00 |
| Dedman, Julie Nicole<br>1850 McDade Rd<br>Augusta, GA 30906 | 751037800 | 07-11051 | $304.56 | $304.56 | $0.00 |
| Delaloye, Jason<br>235 Chianti Ct.<br>Florissant, MO 63031 | 751038110 | 07-11051 | $623.00 | $623.00 | $0.00 |
| Delaloye, Jason R<br>235 Chianti Ct.<br>Florissant, MO 63031 | 751038120 | 07-11051 | $446.15 | $446.15 | $0.00 |
| Delcomyn, Amy<br>1620 S Bates Ave<br>Springfield, IL 62704 | 751038200 | 07-11051 | $90.00 | $90.00 | $0.00 |
| DeMarti, Cristina<br>8441 Deepcliff Dr<br>Huntington Beach, CA 92646 | 751038500 | 07-11051 | $172.80 | $172.80 | $0.00 |
| DeMartini, Jeannette T<br>240 Hillcrest Ave<br>Livermore, CA 94550 | 751038520 | 07-11051 | $692.30 | $692.30 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| DeWitt, Devon<br>1726 Brandywine Trail<br>Fort Wayne, IN  46845 | 751039090 | 07-11051 | $30.00 | $30.00 | $0.00 |
| DiLorenzo Jr, Louis<br>4 Winwood Dr<br>Nesconset, NY  11767 | 751039890 | 07-11051 | $290.38 | $290.38 | $0.00 |
| DiMarsico, Barbara<br>4912 Witten Park Way<br>Mc Kinney, TX  75070 | 751039900 | 07-11051 | $137.94 | $137.94 | $0.00 |
| Dominguez, Martin<br>9155 Pacific Ave<br>Apt. #217<br>Anaheim, CA  92804 | 751044580 | 07-11051 | $1,254.00 | $1,254.00 | $0.00 |
| Doom, Judy L<br>5255 Pony Soldier Drive<br>Colorado Springs, CO  80917 | 751044910 | 07-11051 | $900.00 | $900.00 | $0.00 |
| Dopp, Amy<br>1220 N Fairway Dr<br>Apopka, FL  32712 | 751044930 | 07-11051 | $288.46 | $288.46 | $0.00 |
| Dorff, Lana M<br>P.O. Box 15584<br>Long Beach, CA  90815 | 751045030 | 07-11051 | $1,701.92 | $1,701.92 | $0.00 |
| Dorman, Mindy<br>171 SW Namitz Ct<br>Dundee, OR  97115 | 751045070 | 07-11051 | $532.98 | $532.98 | $0.00 |
| Durbin, Cary<br>755 County Road 2310<br>Mineola, TX  75773 | 751046240 | 07-11051 | $494.15 | $494.15 | $0.00 |
| Dwyer, Joyce M<br>3940 Sugarloaf Drive<br>Monrovia, MD  21770 | 751046370 | 07-11051 | $3,538.46 | $3,538.46 | $0.00 |
| Eble, Robin<br>14 Delaware Ave<br>Hainesport, NJ  08036 | 751046860 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Eko, Ude E<br>703 Ferndale Blvd<br>Central Islip, NY  11722 | 751047360 | 07-11051 | $504.23 | $504.23 | $0.00 |
| Elliott, Mary Elizabeth<br>17256 Arrowood Pl<br>Round Hill, VA  20141 | 751047830 | 07-11051 | $135.00 | $135.00 | $0.00 |
| Espinoza, Gwen F<br>137 Jaime Dr<br>Canton, GA  30114 | 751049580 | 07-11051 | $1,050.00 | $1,050.00 | $0.00 |
| Espinoza, Susan<br>5033 S Mesquite Hills Place<br>Tucson, AZ  85746 | 751049590 | 07-11051 | $530.10 | $530.10 | $0.00 |
| Estep, Brian<br>950 Eagles Landing Pkwy #132<br>Stockbridge, GA  30281 | 751049640 | 07-11051 | $346.32 | $346.32 | $0.00 |
| Evans, Ashley N<br>19719 Nevin Ct<br>Oregon City, OR  97045 | 751049830 | 07-11051 | $1,089.23 | $1,089.23 | $0.00 |
| Favaro, Lucille<br>12 Greenwich Ct<br>Holbrook, NY  11741 | 751051000 | 07-11051 | $12,781.15 | $12,781.15 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Feath, Mary T (Terry)<br>4845 Wexford Run Rd<br>Bradfordwoods, PA  15015 | 751051090 | 07-11051 | $4,226.92 | $4,226.92 | $0.00 |
| Fialk, Dawn M<br>233 Schussler St<br>South Amboy, NJ  08879 | 751051770 | 07-11051 | $1,542.68 | $1,542.68 | $0.00 |
| Fink, Michelle A<br>8 Wyandanch Trail<br>Ridge, NY  11961 | 751052280 | 07-11051 | $135.00 | $135.00 | $0.00 |
| Fitchorn, Jakelyn<br>142 Vintage Circle<br>Hendersonville, TN  37075 | 751053800 | 07-11051 | $3,873.60 | $3,873.60 | $0.00 |
| Fletcher, Lori A<br>440 Centerville Turnpike South<br>Chesapeake, VA  23322 | 751053970 | 07-11051 | $1,075.38 | $1,075.38 | $0.00 |
| Fontaine, Michele<br>565 Sparks Blvd<br>Number 369<br>Sparks, NV  89434 | 751054380 | 07-11051 | $1,218.46 | $1,218.46 | $0.00 |
| Fowler, Desiree<br>1021 Pearson Dr<br>Oviedo, FL  32765 | 751054920 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Fruendt, Susan<br>1 Stell Lane<br>East Northport, NY  11731 | 753000510 | 07-11053 | $300.00 | $300.00 | $0.00 |
| Fullerton, Sharon<br>2499 Glime Dr<br>Mechanicsburg, PA  17055 | 753000540 | 07-11053 | $3,076.92 | $3,076.92 | $0.00 |
| Garber, Shellie R<br>1313 Floyd Ave<br>Number 168<br>Modesto, CA  95355 | 751056230 | 07-11051 | $311.53 | $311.53 | $0.00 |
| Garcia, Joseph M<br>6553 Teakwood St<br>Cypress, CA  90630 | 751056270 | 07-11051 | $1,846.15 | $1,846.15 | $0.00 |
| Gautcher, Joanna<br>183 McLaren Dr N<br>Sycamore, IL  60178 | 751056740 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Geleynse, Kimberly A (Kim)<br>300 E Grover St<br>Lynden, WA  98264 | 751057020 | 07-11051 | $270.00 | $270.00 | $0.00 |
| Gentle, Cynthia A<br>34812 W Cocopah<br>Street<br>Tonopah, AZ  85354 | 751057270 | 07-11051 | $784.61 | $784.61 | $0.00 |
| Gentry, Ashley Nicole<br>6174 Spring Hill Rd<br>Ruckersville, VA  22968 | 751057300 | 07-11051 | $172.80 | $172.80 | $0.00 |
| George, Jeannette<br>16580 Woodcrest<br>Tigard, OR  97224 | 751057570 | 07-11051 | $726.91 | $726.91 | $0.00 |
| Gijre, Ana<br>18147 Erik Ct<br>Number 213<br>Canyon Country, CA  91387 | 751058130 | 07-11051 | $945.00 | $945.00 | $0.00 |
| Gilman, Cassie A<br>183 Countryhaven<br>Road<br>Encinitas, CA  92024 | 751058260 | 07-11051 | $1,098.46 | $1,098.46 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Giotta, Brandon M<br>400 E Old Country Rd<br>Apt B15<br>Mineola, NY  11501 | 751058320 | 07-11051 | $96.00 | $96.00 | $0.00 |
| Glende, Jaime E<br>17040 79th Ave<br>North<br>Maple Grove, MN  55311 | 751058540 | 07-11051 | $600.00 | $600.00 | $0.00 |
| Glowacz, Greg P<br>925 N. Northwest Hwy<br>Park Ridge, IL  60068 | 751058690 | 07-11051 | $1,000.00 | $1,000.00 | $0.00 |
| Godbey, Allison<br>45 Birch St<br>Apt 6B<br>Kingston, NY  12401 | 751058920 | 07-11051 | $346.27 | $346.27 | $0.00 |
| Godbold, Betsy A.<br>668 Tanglewood Drive<br>Sykesville, MD  21784 | 751058930 | 07-11051 | $2,834.61 | $2,834.61 | $0.00 |
| Graf, Richard<br>70-25 Yellowstone<br>Blvd<br>Forest Hills, NY  11375 | 751059640 | 07-11051 | $411.84 | $411.84 | $0.00 |
| Grappe, Deanna L<br>61 Rock Garden Lane<br>Yakima, WA  98908 | 751059830 | 07-11051 | $1,017.60 | $1,017.60 | $0.00 |
| Green, Pamela C (Pam)<br>132 Belington Ave.<br>Madisonville, LA  70447 | 751060310 | 07-11051 | $2,500.00 | $2,500.00 | $0.00 |
| Griffitts, Viola H<br>1365 Wilkes Wy<br>Rio Rancho, NM  87124 | 751060860 | 07-11051 | $920.00 | $920.00 | $0.00 |
| Grimes, Virginia C<br>158 Copeland Drive<br>Moyock, NC  27958 | 751060880 | 07-11051 | $3,317.59 | $3,317.59 | $0.00 |
| Guerrero, Jeanet<br>954 Scenic Way<br>Ben Lomond, CA  95005 | 751061330 | 07-11051 | $408.00 | $408.00 | $0.00 |
| Gustafson, Holly A<br>61660 Ward Road<br>Bend, OR  97702 | 751061620 | 07-11051 | $1,153.60 | $1,153.60 | $0.00 |
| Guzman, Carol M<br>66 E Hudson St<br>Long Beach, NY  11561 | 751061730 | 07-11051 | $195.00 | $195.00 | $0.00 |
| Hackett, Ellen M<br>465 Bellville Ave<br>Andrews, IN  46702 | 751061850 | 07-11051 | $363.46 | $363.46 | $0.00 |
| Hagedorn, Elizabeth M<br>413 Birchwood Manor Lane<br>Bel Air, MD  21014 | 751061950 | 07-11051 | $1,928.07 | $1,928.07 | $0.00 |
| Hagedorn, Robert T<br>413 Birchwood Manor Lane<br>Bel Air, MD  21014 | 751061960 | 07-11051 | $3,299.99 | $3,299.99 | $0.00 |
| Hallen, Linda<br>3512 School House<br>Ln<br>Charlotte, NC  28226 | 751062150 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Hardy, Cheryl A<br>535 Powell Ave<br>Centerville, UT  84014 | 751062700 | 07-11051 | $112.50 | $112.50 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Hayes, Kris L<br>5207 Rondo Way<br>Colorado Springs, CO 80911 | 751063550 | 07-11051 | $570.00 | $570.00 | $0.00 |
| Helm, Tina L<br>1892 E Summerdawn Drive<br>Meridian, ID 83646 | 751063950 | 07-11051 | $1,353.84 | $1,353.84 | $0.00 |
| Hennessy, Sean<br>688 Plum Tree Rd<br>Glen Ellyn, IL 60137 | 751064210 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Henry, Marilyn J<br>1756 Iowa St<br>Bellingham, WA 98229 | 751064310 | 07-11051 | $1,084.61 | $1,084.61 | $0.00 |
| Hernandez, Edwin R<br>5736 Granger St<br>Queens, NY 11368 | 751064560 | 07-11051 | $287.50 | $287.50 | $0.00 |
| Herrera, Janette M<br>1182 Paseo Redondo Dr<br>Merced, CA 95348 | 751064710 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Heverling, Helen<br>1444 Pelican Bay Trail<br>Winter Park, FL 32792 | 751064820 | 07-11051 | $158.46 | $158.46 | $0.00 |
| Hilliard, Sara B<br>2950 Warbler Way #C<br>Bozeman, MT 59718 | 751065190 | 07-11051 | $119.26 | $119.26 | $0.00 |
| Holcroft, Monica<br>1750 Meadow Glen Dr<br>Lansdale, PA 19446 | 751065810 | 07-11051 | $268.84 | $268.84 | $0.00 |
| Holwig, Colleen<br>34111 Gable Dr<br>Livonia, MI 48152 | 751065970 | 07-11051 | $2,461.53 | $2,461.53 | $0.00 |
| Hoyle, Karen K<br>1515 Pickwick Ln<br>Dekalb, IL 60115 | 751067170 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Hubbard, Lisa<br>3111 NW 123rd Terrace<br>Sunrise, FL 33323 | 751067410 | 07-11051 | $1,307.69 | $1,307.69 | $0.00 |
| Hudgins, Rachael<br>699 W Magee Rd<br>Number 22102<br>Tucson, AZ 85704 | 751067470 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Ing, Timmy<br>28271 Rancho Grande<br>Laguna Niguel, CA 92677 | 751069930 | 07-11051 | $19,904.19 | $19,904.19 | $0.00 |
| Ingles, Alexander<br>109 South Greenwood Ave.<br>Park Ridge, IL 60068 | 751069960 | 07-11051 | $519.23 | $519.23 | $0.00 |
| Innes, Tricia C<br>17131 Limetree Lane<br>Riverside, CA 92503 | 751070100 | 07-11051 | $1,846.15 | $1,846.15 | $0.00 |
| Jacobs, Stephanie L<br>6750 Pawnee Circle<br>Colorado Springs, CO 80915 | 751071630 | 07-11051 | $484.61 | $484.61 | $0.00 |
| Jessen, Carolyn A<br>5159 E Morning Glory Pl<br>Highlands Ranch, CO 80130 | 751073460 | 07-11051 | $1,269.23 | $1,269.23 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Jessop, Walter P (Phil)<br>5308 Captains Way<br>Nags Head, NC  27959 | 751073500 | 07-11051 | $336.00 | $336.00 | $0.00 |
| Johnson, Emily Jo<br>331 Lakebend Dr<br>Brandon, MS  39042 | 751074350 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Johnson, Vivian R<br>1535 W 4th ST<br>Irving, TX  75060 | 751074520 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Jones, Erica L<br>132 Amy Road<br>Henderson, TX  75652 | 751074810 | 07-11051 | $93.60 | $93.60 | $0.00 |
| Jones, Kim M<br>14954 N 78th Dr<br>Peoria, AZ  85381 | 751074850 | 07-11051 | $3,173.07 | $3,173.07 | $0.00 |
| Joseph Kunde, Katherine C (KC)<br>1139 Fairway Ave<br>South Lake Tahoe, CA  96150 | 751075180 | 07-11051 | $122.30 | $122.30 | $0.00 |
| Jungblut, Karen<br>10 Pine St<br>Willingboro, NJ  08046 | 751075740 | 07-11051 | $53.62 | $53.62 | $0.00 |
| Kavanagh, Sheila<br>10209 Daylily Ct<br>Manassas, VA  20110 | 753000960 | 07-11053 | $5,000.00 | $5,000.00 | $0.00 |
| Kennard, John T (Tommy)<br>3940 Sugarloaf Dr<br>Monrovia, MD  21770 | 751077150 | 07-11051 | $1,438.51 | $1,438.51 | $0.00 |
| Ketchum, Brooke<br>221 Maryland Drive<br>O'Fallon, MO  63366 | 751077490 | 07-11051 | $660.00 | $660.00 | $0.00 |
| Ketchum, Brooke E<br>221 Maryland Drive<br>O'Fallon, MO  63366 | 751077500 | 07-11051 | $600.00 | $600.00 | $0.00 |
| Kilpatrick, Debora G (Debbie)<br>22430 1st Drive<br>SE<br>Bothell, WA  98021 | 751077880 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Klahr, Liza<br>1525 Aurelia Dr<br>Cumming, GA  30041 | 751078260 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Kornek, Shannon<br>913 Bur Oak Ct.<br>Myrtle Beach, SC  29579 | 751078780 | 07-11051 | $249.23 | $249.23 | $0.00 |
| Korrow, Leslie<br>12 Fremont St<br>Lindenhurst, NY  11757 | 751078790 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Kupelian, Soucie (Sossy)<br>6636 N 3rd St<br>Fresno, CA  93710 | 751079290 | 07-11051 | $456.92 | $456.92 | $0.00 |
| Lais, Marian K<br>1520 25th St<br>APT 8<br>Sacramento, CA  95816 | 751079690 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Lambert, Michael<br>230 Krider Rd<br>Sanford, FL  32773 | 751079960 | 07-11051 | $492.30 | $492.30 | $0.00 |
| Lang, Therese<br>2717 Davos Avenue<br>Woodridge, IL  60517 | 751080370 | 07-11051 | $2,100.00 | $2,100.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Lawrence, Barbara C<br>5717 Shropshire Ct<br>Alexandria, VA 22315 | 751080860 | 07-11051 | $1,560.00 | $1,560.00 | $0.00 |
| Leingang, Michelle M<br>6933 61st St W<br>University Place, WA 98467 | 751081510 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Leventhal, Robert<br>835 S Main St<br>Farmingdale, NY 11735 | 751082040 | 07-11051 | $406.15 | $406.15 | $0.00 |
| Lewis, Kimberly A<br>950 NE Locksley Dr<br>Bend, OR 97701 | 751082140 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Linde, Matthew C<br>3135 University<br>Blvd West Apt 2<br>Kensington, MD 20895 | 751082890 | 07-11051 | $769.23 | $769.23 | $0.00 |
| Loring, Patricia (Patti)<br>2017 South County Rd 9<br>Loveland, CO 80537 | 751083980 | 07-11051 | $309.00 | $309.00 | $0.00 |
| Lundquist, Susan A<br>13815 Nevada Ave<br>Savage, MN 55378 | 751084550 | 07-11051 | $3,466.69 | $3,466.69 | $0.00 |
| Lundy, Cynthia K.<br>21497 Bradetich Loop<br>Bend, OR 97701 | 751084560 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |
| Mabray, Christine (Chrissy)<br>15834 SW Glaze<br>Ct<br>Tigard, OR 97223 | 751084950 | 07-11051 | $1,329.22 | $1,329.22 | $0.00 |
| Mackin, Tara A<br>1231 Buckeye Terrace<br>Clayton, CA 94517 | 751085030 | 07-11051 | $4,184.61 | $4,184.61 | $0.00 |
| Mactague, Shannon I<br>6480 Menlo St<br>Simi Valley, CA 93063 | 751085130 | 07-11051 | $581.53 | $581.53 | $0.00 |
| Madden, Terry L.<br>223 Rd 19<br>Bushnell, NE 69128 | 751085180 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Mahoney, Debra C<br>1679 Arkansas Dr<br>Valley Stream, NY 11580 | 751085410 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Maier, Daniel<br>50 S Pine Rd<br>Golden, CO 80401 | 751085440 | 07-11051 | $326.92 | $326.92 | $0.00 |
| Makary, Linda<br>390 Cavan Dr<br>Pittsburgh, PA 15236 | 750000580 | 07-11050 | $5,136.92 | $5,136.92 | $0.00 |
| Maldonado, Rafael<br>47 Hendrickson Ave<br>Lynbrook, NY 11563 | 751085530 | 07-11051 | $794.99 | $794.99 | $0.00 |
| Manero, James M<br>226 Greenwich Ave<br>Paulsboro, NJ 08066 | 751085720 | 07-11051 | $536.53 | $536.53 | $0.00 |
| Manginelli, Maria<br>8437 El Arroyo Dr<br>Huntington Beach, CA 92647 | 751085750 | 07-11051 | $7,500.00 | $7,500.00 | $0.00 |
| Mangum, Sandra<br>38 Martin St. -RGB<br>Rehoboth Beach, DE 19971 | 751085760 | 07-11051 | $120.00 | $120.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Maravilla, Aurora<br>2520 W Conley Ave<br>Anaheim, CA 92804 | 751086070 | 07-11051 | $1,440.00 | $1,440.00 | $0.00 |
| Marin, Cyndy<br>2568 Green Valley Rd<br>Chula Vista, CA 91915 | 751086540 | 07-11051 | $3,046.15 | $3,046.15 | $0.00 |
| Marmolejo, Sandy E<br>3673 S 19th St<br>Milwaukee, WI 53221 | 751087010 | 07-11051 | $323.07 | $323.07 | $0.00 |
| Marsh, Aaron Kirk<br>317 Atlantic Ave<br>Bay Shore, NY 11706 | 751087270 | 07-11051 | $292.50 | $292.50 | $0.00 |
| Martin, Bernice<br>58 Garfield Ave<br>East Islip, NY 11730 | 753001240 | 07-11053 | $553.84 | $553.84 | $0.00 |
| Martin, Mayla<br>206 Madison Street<br>Warwick, RI 02888 | 751087480 | 07-11051 | $1,269.84 | $1,269.84 | $0.00 |
| Martin, Peter<br>27 D Country Club Ln<br>Milford, MA 01757 | 751087490 | 07-11051 | $356.16 | $356.16 | $0.00 |
| Masciangelo, Mariann<br>6540 Shoreline Dr<br>Little Elm, TX 75068 | 751087740 | 07-11051 | $915.38 | $915.38 | $0.00 |
| Mathenia, Paula B<br>101 SJ Hickerson Rd<br>Trenton, TN 38382 | 751088040 | 07-11051 | $1,135.67 | $1,135.67 | $0.00 |
| May, Paula<br>844 Alexandra Ave<br>Glendale, MO 63122 | 751088450 | 07-11051 | $750.00 | $750.00 | $0.00 |
| McBride, Bergica (Belle)<br>5 W 4th St<br>Freeport, NY 11520 | 753001280 | 07-11053 | $461.53 | $461.53 | $0.00 |
| McCleish, Janet<br>899 Quincy Court<br>Island Lake, IL 60042 | 751088740 | 07-11051 | $1,153.84 | $1,153.84 | $0.00 |
| McClow, Heidi H<br>644 Pashuta Drive<br>PO Box 862<br>Gunnison, CO 81230 | 751088760 | 07-11051 | $138.60 | $138.60 | $0.00 |
| McClure, Stacy A<br>3411 Cactus Mountains St 104<br>Las Vegas, NV 89129 | 751088770 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |
| McCurley, Velda<br>1045 Tierra Creek Dr<br>Galt, CA 95632 | 751088880 | 07-11051 | $3,400.00 | $3,400.00 | $0.00 |
| McElmury, Joy<br>3020 Seekonk Avenue<br>Elgin, IL 60124 | 751088950 | 07-11051 | $168.30 | $168.30 | $0.00 |
| McGuyer, Jody L<br>6648 174th Place<br>Tinley Park, IL 60477 | 751089190 | 07-11051 | $375.12 | $375.12 | $0.00 |
| McKay, Julia<br>1307 NE 131st Place<br>Portland, OR 97230 | 751089360 | 07-11051 | $1,098.24 | $1,098.24 | $0.00 |
| McKenna, Marisa L<br>9395 W Ontario Dr<br>Littleton, CO 80128 | 751089430 | 07-11051 | $238.46 | $238.46 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| McMahan, Amy L<br>9811 Cliffside Dr<br>Irving, TX  75063 | 751089570 | 07-11051 | $484.61 | $484.61 | $0.00 |
| McMahon, Danee M<br>2457 S Holly St<br>Seattle, WA  98108 | 751089580 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Middleton, Elaine<br>401 Lansdowne Rd<br>Charlotte, NC  28270 | 751092020 | 07-11051 | $2,067.69 | $2,067.69 | $0.00 |
| Mihailescu, Iuliana A<br>1501 Detroit Ave<br>Apt 6<br>Concord, CA  94520 | 751092100 | 07-11051 | $471.92 | $471.92 | $0.00 |
| Milea, Marta<br>172 Von Huenfeld St<br>Massapequa Park, NY  11762 | 751092140 | 07-11051 | $548.07 | $548.07 | $0.00 |
| Miller, Kelley<br>7985 Cotton Street<br>Harrisburg, NC  28075 | 751092290 | 07-11051 | $240.00 | $240.00 | $0.00 |
| Minhinnick, Anna<br>314 Rimbey Ave<br>Gahanna, OH  43230 | 751092440 | 07-11051 | $1,163.07 | $1,163.07 | $0.00 |
| Moore, Janet L<br>3210 E Gerona Dr<br>Jacksonville N A S, FL  32224 | 751093770 | 07-11051 | $1,230.76 | $1,230.76 | $0.00 |
| Morales Romero, Maria T<br>11393 Ironton St<br>Henderson, CO  80640 | 751093890 | 07-11051 | $63.00 | $63.00 | $0.00 |
| Morales, Maria Y<br>1963 Wallace Avenue<br>Bronx, NY  10458 | 751093900 | 07-11051 | $423.07 | $423.07 | $0.00 |
| Morton, Nadine<br>2111 Dover Pines Ave<br>Toms River, NJ  08755 | 751095060 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Mulder, Tara<br>19 Parkway Drive<br>Yorkville, IL  60560 | 751095710 | 07-11051 | $372.21 | $372.21 | $0.00 |
| Munos, Bambi J<br>10823 Broadwater Dr<br>Fairfax, VA  22032 | 751095880 | 07-11051 | $2,541.87 | $2,541.87 | $0.00 |
| Musalem, Paola<br>11925W 109th St<br>Apt 303<br>Overland Park, KS  66210 | 751096030 | 07-11051 | $276.96 | $276.96 | $0.00 |
| Mustard, Melanie<br>RR 4 Box 1577<br>Mifflintown, PA  17059 | 751096070 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Neff, Rick<br>1615 Silver Linden<br>Ct<br>Fort Wayne, IN  46804 | 751097320 | 07-11051 | $2,400.00 | $2,400.00 | $0.00 |
| Neff, Rick M<br>1615 Silver Linden<br>Ct<br>Fort Wayne, IN  46804 | 751097330 | 07-11051 | $5,777.64 | $5,777.64 | $0.00 |
| Nelson, Launna R<br>8264 Bedford<br>Cove Way<br>Sacramento, CA  95828 | 751097460 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Nosworthy, Mark<br>211 Sylvester St<br>Westbury, NY 11590 | 751099760 | 07-11051 | $436.15 | $436.15 | $0.00 |
| Nunez Bugarin, Hilario<br>1920 S Greenville<br>Santa Ana, CA 92704 | 751099930 | 07-11051 | $992.00 | $992.00 | $0.00 |
| Ocasion, Gina M<br>3 Coronado<br>Foothill Ranch, CA 92610 | 751100360 | 07-11051 | $165.30 | $165.30 | $0.00 |
| Oliva, Agostino<br>167 N Albany Ave<br>North Massapequa, NY 11758 | 751101100 | 07-11051 | $110.00 | $110.00 | $0.00 |
| Olsen, Dianna L<br>3067 Pratt Lane<br>Grove City, OH 43123 | 751101140 | 07-11051 | $3,461.53 | $3,461.53 | $0.00 |
| Oxentenko, Daniel K (Dan)<br>13924 SE 131st<br>Ave<br>Clackamas, OR 97015 | 751102550 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Paderes, Sheila R<br>7801 Aster Avenue<br>Yucca Valley, CA 92284 | 751102890 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Page, Monique J<br>8360 Via Ladera<br>Rancho Cucamonga, CA 91730 | 751102980 | 07-11051 | $910.15 | $910.15 | $0.00 |
| Pak, Kyong H (K)<br>8395 New London Rd.<br>Mechanicsville, VA 23116 | 751103000 | 07-11051 | $138.48 | $138.48 | $0.00 |
| Palfery, Sue A<br>709 Woodlawn Ave<br>Royal Oak, MI 48073 | 751103030 | 07-11051 | $2,076.92 | $2,076.92 | $0.00 |
| Pallay , Joann<br>26 Colonial Rd<br>North Babylon, NY 11703 | 751103040 | 07-11051 | $432.69 | $432.69 | $0.00 |
| Palmeri Smith, Rachele J<br>7772 N 19th Dr<br>Phoenix, AZ 85021 | 751103100 | 07-11051 | $207.69 | $207.69 | $0.00 |
| Parada, Ibis M<br>9120 Chrysanthemum<br>Dr<br>Boynton Beach, FL 33437 | 751103400 | 07-11051 | $1,665.86 | $1,665.86 | $0.00 |
| Parham, Winston<br>3455 Midway Cove<br>Loganville, GA 30052 | 751103500 | 07-11051 | $1,158.74 | $1,158.74 | $0.00 |
| Parslow-Nazario, Diana<br>5235 Glendon St<br>D3<br>Salt Lake City, UT 84123 | 751103730 | 07-11051 | $426.92 | $426.92 | $0.00 |
| Pate, JoAnn<br>158 Country Forest<br>Dr<br>Fort Wayne, IN 46818 | 751103820 | 07-11051 | $132.00 | $132.00 | $0.00 |
| Patterson, Sheryl M (Michelle)<br>1028 W 25th St<br>San Pedro, CA 90731 | 751104150 | 07-11051 | $484.80 | $484.80 | $0.00 |
| Paul, Valerie<br>PO Box 1501<br>Crestline, CA 92325 | 751104360 | 07-11051 | $2,653.89 | $2,653.89 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Penick, Krystal<br>9802 Waterview<br>Parkway<br>Rowlett, TX 75089 | 751104980 | 07-11051 | $207.69 | $207.69 | $0.00 |
| Phillips, Catherine S (Cathy)<br>11409 NE 98th<br>Circle<br>Vancouver, WA 98662 | 751105870 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Piver, Andrew (Andy)<br>18 Gardiners Ln<br>East Hampton, NY 11937 | 751109520 | 07-11051 | $634.61 | $634.61 | $0.00 |
| Platero, Andrea R<br>2613 Hamilton<br>Ave<br>El Centro, CA 92243 | 751109690 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Pletcher, Marcia A<br>12 Green Gable Pt SW<br>Euharlee, GA 30120 | 751109830 | 07-11051 | $202.50 | $202.50 | $0.00 |
| Plymale, Linda<br>2309 Turtle Point Dr<br>Raleigh, NC 27604 | 751109920 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Poomchonghko, Piyamit<br>PO Box 742<br>Lindenhurst, NY 11757 | 751110370 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Porte, Kelli R<br>7432 Via Serena<br>Rancho Cucamonga, CA 91730 | 751110430 | 07-11051 | $1,007.71 | $1,007.71 | $0.00 |
| Porter, Julia<br>5893 S Taft St<br>Littleton, CO 80127 | 751110460 | 07-11051 | $2,443.44 | $2,443.44 | $0.00 |
| Prater, Sarah M<br>4055 Sea Forest<br>Way<br>Sacramento, CA 95823 | 751110820 | 07-11051 | $1,126.40 | $1,126.40 | $0.00 |
| Preda, Stefanie<br>25 Lake Rd.<br>Merrick, NY 11566 | 751110840 | 07-11051 | $516.00 | $516.00 | $0.00 |
| Proctor, Nelita<br>5707 Thunder Hilll Rd<br>Columbia, MD 21045 | 751111580 | 07-11051 | $3,090.00 | $3,090.00 | $0.00 |
| Puckett, Jennifer<br>2510 W Harbourside<br>Dr<br>Fort Wayne, IN 46814 | 751112260 | 07-11051 | $3,230.76 | $3,230.76 | $0.00 |
| Pulliam, Gina M<br>16922 Rockcreek Cir<br>APT 124<br>Huntington Beach, CA 92647 | 751112300 | 07-11051 | $1,147.78 | $1,147.78 | $0.00 |
| Rapp, John C (Christopher)<br>4306 Olentangy Blvd<br>Columbus, OH 43214 | 751114750 | 07-11051 | $5,019.23 | $5,019.23 | $0.00 |
| Reinke, Kristi R<br>36761 Franklin Ave<br>Madera, CA 93638 | 751116120 | 07-11051 | $176.36 | $176.36 | $0.00 |
| Reyes Jr, Yvonne M<br>9214 Metz Ave<br>Dallas, TX 75232 | 751117200 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Rickert, Melissa R<br>3022 SE Pheasant Ave<br>Gresham, OR 97080 | 751117850 | 07-11051 | $1,671.16 | $1,671.16 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Riehl, Preston T<br>1605 N Fairview St<br>Burbank, CA  91505 | 751118680 | 07-11051 | $432.00 | $432.00 | $0.00 |
| Rietkerk, Crystal M<br>19333 Bechard Ave<br>Cerritos, CA  90703 | 751118710 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Rincon, Karyen<br>11 Franklin Street<br>Brentwood, NY  11717 | 751118810 | 07-11051 | $534.80 | $534.80 | $0.00 |
| Riordan, James J<br>68 Kyle Court<br>Ladera Ranch, CA  92694 | 751118880 | 07-11051 | $726.96 | $726.96 | $0.00 |
| Rodriguez Dominguez, Yanzi<br>1950 N Carson<br>St Number 40<br>Carson City, NV  89701 | 751120020 | 07-11051 | $168.00 | $168.00 | $0.00 |
| Ruby, Amy<br>5884 Joshua Pl<br>Welcome, MD  20693 | 751121150 | 07-11051 | $422.02 | $422.02 | $0.00 |
| Ruiz, JoAnna<br>605 E 9th St<br>Del Rio, TX  78840 | 751121250 | 07-11051 | $576.00 | $576.00 | $0.00 |
| Ruiz, Rosa C<br>1343 Vista Verde<br>Way<br>Escondido, CA  92027 | 751121260 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Ruphard, Jennifer<br>504 Pioneer Dr<br>Saint Peters, MO  63376 | 751121330 | 07-11051 | $303.00 | $303.00 | $0.00 |
| Rusch, Lindsey M<br>11925 SE Dorset Ln<br>Happy Valley, OR  97086 | 751121370 | 07-11051 | $565.29 | $565.29 | $0.00 |
| Russell, Sharon K<br>9811 Summerday Drive<br>Burke, VA  22015 | 751121450 | 07-11051 | $216.00 | $216.00 | $0.00 |
| Rust, Angela N<br>2029 Stoneman St<br>Simi Valley, CA  93065 | 751121520 | 07-11051 | $490.38 | $490.38 | $0.00 |
| Ryan, Kellie<br>49 Glendale St<br>Weymouth, MA  02188 | 751121700 | 07-11051 | $3,630.08 | $3,630.08 | $0.00 |
| Salazar, Martha D<br>1711 N Post Ln<br>APT C<br>Anaheim, CA  92807 | 751122050 | 07-11051 | $387.69 | $387.69 | $0.00 |
| Salazar, Monica<br>1635 Windward Ct<br>Naperville, IL  60563 | 751122060 | 07-11051 | $28.50 | $28.50 | $0.00 |
| Salcido, Erica V<br>3020 W Villa<br>Rita Road<br>Phoenix, AZ  85053 | 753002220 | 07-11053 | $461.53 | $461.53 | $0.00 |
| Sandridge, Linda I (Irene)<br>164 P. Paw Lane<br>Troy, VA  22974 | 751122480 | 07-11051 | $473.07 | $473.07 | $0.00 |
| Santiago, Chanai C<br>15903 Thompson<br>Ranch Dr<br>Santa Clarita, CA  91387 | 751122660 | 07-11051 | $1,130.76 | $1,130.76 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Santoro, Michelle R<br>9 Shetland Circle<br>Reisterstown, MD 21136 | 751122690 | 07-11051 | $2,676.35 | $2,676.35 | $0.00 |
| Sattar, Omar<br>852 Oxford Court<br>Valley Stream, NY 11580 | 751123000 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Sawits, David A<br>32U Madison Park<br>Gardens<br>Port Washington, NY 11050 | 751123130 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| Sawyer, Corby<br>10880 Silver Springs<br>Drive<br>Columbia, CA 95310 | 751123180 | 07-11051 | $192.00 | $192.00 | $0.00 |
| Sbarra, Michael A<br>2909 Englefield Dr.<br>Raleigh, NC 27615 | 751123260 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Scheutzow, Shawn T<br>841 Marjories Way<br>Saint Augustine, FL 32092 | 751123470 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| Schmick, Brandi J<br>809 West 1st Street<br>Mc Cook, NE 69001 | 751123550 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Schoedl, Branden D<br>2700 Peterson Pl<br>Apt 52B<br>Costa Mesa, CA 92626 | 751123650 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Schwartzkopf, Kimberly<br>1445 Esterbrook Rd<br>Douglas, WY 82633 | 751123850 | 07-11051 | $1,292.30 | $1,292.30 | $0.00 |
| Schwartzkopf, Kimberly<br>1445 Esterbrook Rd<br>Douglas, WY 82633 | 751123860 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Sclafani, Michael<br>1 Campus Pl<br>Baldwin, NY 11510 | 751123910 | 07-11051 | $475.96 | $475.96 | $0.00 |
| Seiler, Christine<br>1361 Mayfair Ln.<br>Grayslake, IL 60030 | 753002320 | 07-11053 | $550.46 | $550.46 | $0.00 |
| Shade, Velvet D<br>4219 Silverado<br>Trail<br>Eugene, OR 97404 | 751124930 | 07-11051 | $960.00 | $960.00 | $0.00 |
| Shaughnessy, David J<br>422 Upland St<br>Apt D1<br>Pottstown, PA 19464 | 751125180 | 07-11051 | $288.22 | $288.22 | $0.00 |
| Shaw, Francine M<br>9002 N Mountain<br>View Lane<br>Spokane, WA 99218 | 751125220 | 07-11051 | $2,007.69 | $2,007.69 | $0.00 |
| Shere, Melissa<br>480 Kensington Ct<br>De Kalb, IL 60115 | 751125640 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Silkworth, April A<br>4105 Three Oaks<br>Drive<br>Fort Wayne, IN 46809 | 751127020 | 07-11051 | $369.23 | $369.23 | $0.00 |
| Sinacore, Jennifer<br>37 Park St<br>Blue Point, NY 11715 | 751127270 | 07-11051 | $165.00 | $165.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Sindut, Gerry<br>17 Alton<br>Prospect Heights, IL  60070 | 751127320 | 07-11051 | $184.61 | $184.61 | $0.00 |
| Smith Ewell, Jameela D<br>9522 Bayview Pkwy<br>Charlotte, NC  28216 | 751127910 | 07-11051 | $2,800.00 | $2,800.00 | $0.00 |
| Son, Jay J<br>17 Schenck Ave<br>Apt 1F<br>Great Neck Plaza, NY  11021 | 749000390 | 07-11049 | $1,211.50 | $1,211.50 | $0.00 |
| Sternberg, Casey Ann<br>2962 W Versailles<br>Drive<br>Coeur D Alene, ID  83815 | 751131350 | 07-11051 | $134.61 | $134.61 | $0.00 |
| Stickney, Carol A<br>16915 Landlings Drive L<br>Huntersville, NC  28078 | 751131660 | 07-11051 | $1,372.07 | $1,372.07 | $0.00 |
| Stoler, Dawn M<br>944 Crest Road<br>Lansdale, PA  19446 | 751131790 | 07-11051 | $2,530.76 | $2,530.76 | $0.00 |
| Summers, Dawn<br>373 Frederick Dr<br>Dallastown, PA  17313 | 751132390 | 07-11051 | $1,318.40 | $1,318.40 | $0.00 |
| Taylor, Marie<br>2416 Bluejay Way<br>Court<br>Florissant, MO  63033 | 751133950 | 07-11051 | $1,787.49 | $1,787.49 | $0.00 |
| Theisen Barnhill, Linda L<br>5316 Old Course Dr<br>Cramerton, NC  28032 | 751136930 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Therrell, Thomas R (Russ)<br>903 Kingsbury Ct<br>Allen, TX  75013 | 751137020 | 07-11051 | $2,153.84 | $2,153.84 | $0.00 |
| Thompson, Julie M<br>16922 Superior St<br>Northridge, CA  91343 | 751137360 | 07-11051 | $784.61 | $784.61 | $0.00 |
| Toledo, Luci<br>655 Preston Avenue<br>Elgin, IL  60120 | 751138370 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Tolley, Sheila (Dawn)<br>27079 Bosse Dr<br>Mechanicsville, MD  20659 | 751138400 | 07-11051 | $150.00 | $150.00 | $0.00 |
| Torcasi, Daniel<br>76 Rocklynn<br>Place<br>Pittsburgh, PA  15228 | 751138700 | 07-11051 | $90.00 | $90.00 | $0.00 |
| Torfin, Tina D<br>1930 79th Ave SE<br>Olympia, WA  98501 | 751138720 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Tran, Nhung<br>444 Biscayne Rd<br>Lancaster, PA  17601 | 751139210 | 07-11051 | $1,638.00 | $1,638.00 | $0.00 |
| Troyer, Kimberly D<br>18077 E Nassau<br>Drive<br>Aurora, CO  80013 | 751140070 | 07-11051 | $348.00 | $348.00 | $0.00 |
| Tuttle, Michele<br>24356 Carlysle St<br>Dearborn, MI  48124 | 751140520 | 07-11051 | $1,030.00 | $1,030.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Tyson, Joyce A<br>23811 Calle Hogar<br>Mission Viejo, CA 92691 | 751140670 | 07-11051 | $11,011.48 | $11,011.48 | $0.00 |
| Uyeno, Jill M<br>247 Glendale Road<br>Glenview, IL 60025 | 751142190 | 07-11051 | $5,192.30 | $5,192.30 | $0.00 |
| Van Dyke, Julie A<br>648 S. Wisconsin Ave.<br>Villa Park, IL 60181 | 751142520 | 07-11051 | $435.16 | $435.16 | $0.00 |
| VanOmmeren, Matthew<br>830 Atom Ct<br>Uniondale, NY 11553 | 751142690 | 07-11051 | $450.00 | $450.00 | $0.00 |
| Vargas, Adriana H<br>21307 Archibald Ave<br>Carson, CA 90745 | 751142730 | 07-11051 | $865.38 | $865.38 | $0.00 |
| Varner, Melissa<br>1030 Floret Ln<br>#12K<br>Midvale, UT 84047 | 751142770 | 07-11051 | $184.00 | $184.00 | $0.00 |
| Vasil, Candy B<br>2757 Riverdale Court<br>Fort Mill, SC 29715 | 751142810 | 07-11051 | $1,292.30 | $1,292.30 | $0.00 |
| Vernon, Patricia D<br>9591 W Heather Ln<br>Miramar, FL 33025 | 751145430 | 07-11051 | $1,536.00 | $1,536.00 | $0.00 |
| Via, Bryan<br>18222 Theodora Dr<br>Tustin, CA 92780 | 751145590 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Vidales, Mindy<br>6504 W Tonto Dr<br>Glendale, AZ 85308 | 751145690 | 07-11051 | $577.00 | $577.00 | $0.00 |
| Villalobos, Ashlee M<br>12412 Petaluma<br>Road<br>Victorville, CA 92392 | 751145870 | 07-11051 | $240.00 | $240.00 | $0.00 |
| Visser, Pamela I (Pam)<br>901 E Front<br>Street<br>Lynden, WA 98264 | 751146150 | 07-11051 | $290.76 | $290.76 | $0.00 |
| Wadsworth, Brad<br>4760 Scotney Ct.<br>Suwanee, GA 30024 | 751146560 | 07-11051 | $1,634.61 | $1,634.61 | $0.00 |
| Wagner, Christina (Nikki)<br>186 Quaker St<br>Golden, CO 80401 | 751146620 | 07-11051 | $1,060.20 | $1,060.20 | $0.00 |
| Walker, Carla C<br>816 Stardale Drive<br>Chesapeake, VA 23322 | 751146770 | 07-11051 | $3,876.92 | $3,876.92 | $0.00 |
| Weiss, Robin L<br>2427 Third Avenue<br>East Meadow, NY 11554 | 751148050 | 07-11051 | $501.92 | $501.92 | $0.00 |
| Welch, Claudette H<br>1603 Cindy Lou<br>Ave<br>Henderson, TX 75654 | 751148070 | 07-11051 | $297.60 | $297.60 | $0.00 |
| Wellmaker Ferriter, Linda M<br>3401 SW Holly Lane<br>Palm City, FL 34990 | 751148150 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| White, Lynda<br>423 Tallgrass Lane<br>Yorkville, IL 60560 | 751149230 | 07-11051 | $2,307.69 | $2,307.69 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Wiggins, Bethany<br>529 Brockinton South<br>Saint Simons, GA 31522 | 751149340 | 07-11051 | $173.28 | $173.28 | $0.00 |
| Williams, Alisha N<br>1394 Harford Square Dr.<br>Edgewood, MD 21040 | 751149700 | 07-11051 | $72.00 | $72.00 | $0.00 |
| Williams, Anthony R<br>3643 W Pondera<br>Street<br>Lancaster, CA 93536 | 751149720 | 07-11051 | $3,876.92 | $3,876.92 | $0.00 |
| Williams, Antonia<br>161 Gibson Ave<br>Brentwood, NY 11717 | 751149730 | 07-11051 | $177.00 | $177.00 | $0.00 |
| Williams, Chris C<br>5741 Osuna Rd NE<br>Number 700<br>Albuquerque, NM 87109 | 751149750 | 07-11051 | $57.69 | $57.69 | $0.00 |
| Williams, Patricia<br>6504 Alta Ave<br>Baltimore, MD 21206 | 751149790 | 07-11051 | $405.62 | $405.62 | $0.00 |
| Willis, Sandra F.<br>20 Hulvey Drive<br>Stafford, VA 22556 | 751149950 | 07-11051 | $412.32 | $412.32 | $0.00 |
| Wold, Amanda L<br>3680 N Red River<br>Road<br>Ferndale, WA 98248 | 751150590 | 07-11051 | $512.30 | $512.30 | $0.00 |
| Wood, Janel M<br>23645 N 75th Street<br>Scottsdale, AZ 85255 | 751150680 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Wright, Alexandra A<br>6150 Mercury Pl<br>Ferndale, WA 98248 | 751150910 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Wurtz, Christopher<br>3347 N Southport<br>Chicago, IL 60657 | 751151000 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Wurtz, Jeffrey C<br>401 E Madison St<br>Malta, IL 60150 | 751151020 | 07-11051 | $204.00 | $204.00 | $0.00 |
| Young, Carrie<br>793 S Jasper Dr<br>Pueblo West, CO 81007 | 751153710 | 07-11051 | $144.16 | $144.16 | $0.00 |
| Yu, Jonathan C<br>1106 Mitchell<br>Avenue<br>Tustin, CA 92780 | 751153790 | 07-11051 | $276.92 | $276.92 | $0.00 |

**Totals:**                     **345 Claims**

## EXHIBIT B

## PARTIALLY SATISFIED CLAIMS

## Exhibit B

### Partially Satisfied Schedules

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Andrade Cortes, Ernesto J<br>7928 Tujunga Ave<br>North Hollywood, CA 91605 | 751006350 | 07-11051 | $2,099.99 | $484.61 | $1,615.38 |
| Arias, Raquel<br>14461 Belvedere Dr<br>Woodbridge, VA 22193 | 751007710 | 07-11051 | $634.61 | $380.76 | $253.85 |
| Bhojani, Sujata<br>828 O'Donnell Ave<br>Scotch Plains, NJ 07076 | 751016520 | 07-11051 | $4,061.54 | $3,676.93 | $384.61 |
| Burry, Brandi<br>927 E 10th Streetq<br>Pine Bluffs, WY 82082 | 751021070 | 07-11051 | $1,424.00 | $427.20 | $996.80 |
| Camaligan, Erwin<br>3234 Dos Palos Dr<br>Los Angeles, CA 90068 | 751022280 | 07-11051 | $1,523.07 | $415.38 | $1,107.69 |
| Carrera, Alicia<br>3687 Jorge Ct<br>Turlock, CA 95382 | 751023660 | 07-11051 | $616.76 | $512.76 | $104.00 |
| Evans, Michael J<br>2312 N Green Valley<br>Pkwy 2026<br>Henderson, NV 89014 | 751049870 | 07-11051 | $767.31 | $124.12 | $643.19 |
| Folsom, Hannah<br>956 West 13th<br>St Apt 1<br>San Pedro, CA 90732 | 751054370 | 07-11051 | $1,010.77 | $387.69 | $623.08 |
| Guastavino, Natalie<br>366 S Crescent Dr<br>Beverly Hills, CA 90212 | 751061310 | 07-11051 | $1,437.40 | $692.30 | $745.10 |
| Lee, Carine<br>1011 LakeSt<br>suite 212<br>River Forest, IL 60305 | 751081240 | 07-11051 | $757.50 | $157.50 | $600.00 |
| Meacham, Lori E<br>8305 Fulton<br>Ranch Street<br>Las Vegas, NV 89131 | 751089710 | 07-11051 | $1,169.23 | $876.92 | $292.31 |
| Menscer, Lisa D<br>7227 Racine Rd<br>Pleasant Garden, NC 27313 | 751090220 | 07-11051 | $1,300.00 | $300.00 | $1,000.00 |
| Plummer, Tamara M (Michelle)<br>23154 Parker Rd<br>Number B<br>Salinas, CA 93908 | 751109890 | 07-11051 | $2,727.68 | $1,453.83 | $1,273.85 |
| Ponce, Kelissa Kay<br>925 Summerhill Drive<br>Aurora, IL 60506 | 751110360 | 07-11051 | $1,256.40 | $418.80 | $837.60 |
| Ramos, Fausstene<br>7531 Darby Ave<br>Reseda, CA 91335 | 751114250 | 07-11051 | $1,412.30 | $443.07 | $969.23 |
| Syljebeck, Jasmine<br>220 Windswept Dir<br>Neptune Beach, FL 32266 | 751133140 | 07-11051 | $1,268.96 | $346.08 | $922.88 |
| Velasco, Abe<br>88 Sycamore Rd<br>Jersey City, NJ 07305 | 751142980 | 07-11051 | $1,903.44 | $519.12 | $1,384.32 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Walters, Kim<br>42 Haven Ln<br>Levittown, NY  11756 | 751146940 | 07-11051 | $2,038.22 | $611.46 | $1,426.76 |
| Wanner, Julia A<br>1526 192nd St SE<br>Number q2<br>Bothell, WA  98012 | 751146990 | 07-11051 | $1,292.31 | $766.23 | $526.08 |
| Wells, Kelly C<br>5785 Amnest Way<br>Sacramento, CA  95835 | 751148570 | 07-11051 | $2,773.07 | $1,292.30 | $1,480.77 |
| Whitehead, Brenda L<br>5334 Catherine St<br>Philadelphia, PA  19143 | 751149240 | 07-11051 | $1,038.46 | $623.08 | $415.38 |

**Totals:**                                                          **21  Claims**