# EXHIBIT 2

## WANERKA DECLARATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              : Jointly Administered
     Debtors.                                                 :
                                                              :
------------------------------------------------------------- x

**DECLARATION OF EILEEN WANERKA IN SUPPORT OF MOTION OF THE
PLAN TRUSTEE FOR AN ORDER AUTHORIZING CLAIMS
AGENT TO REFLECT CERTAIN CLAIMS THAT HAVE
BEEN SATISFIED AS PAID IN FULL OR IN PART**

I, Eileen Wanerka, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am the Director of Claims Administration for the above-captioned debtors (the "Debtors") and the AHM Liquidating Trust (the "Plan Trust"), which was established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases. I submit this Declaration in support of the *Motion of the Plan Trustee for an Order Authorizing Claims Agent to Reflect Certain Claims that Have Been Satisfied as Paid in Full or in Part*, dated

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12959507.1

December 3, 2012 (the "Motion"). Capitalized terms not otherwise defined herein have the meaning given to them in the Motion.

2. I make this Declaration on the basis of my review of the Debtors' books and records, the Debtors' schedules of assets and liabilities and statements of financial affairs [D.I. 1335 - 1350] (as amended by 1820-1824, the "Schedules"), the official register of claims (the "Claims Register") prepared and provided by Epiq Bankruptcy Solutions, LLC ("Epiq"), the Court appointed claims and noticing agent, the proofs of claim filed in this case, as well as discussions with professionals for the Trust.

3. To the best of my knowledge, information and belief, the Satisfied Claims listed in Exhibit A to the Proposed Order are claims with respect to which the books and records of the Debtors reflect that as of the date hereof, the Debtors' obligations, if any to these claimants, have been paid in full during the course of these cases. Accordingly, I believe that the holders of the Satisfied Claims listed on Exhibit A to the Proposed Order are entitled to no further distribution from the Debtors' estates or the Trust on account of such claims.

4. Furthermore, to the best of my knowledge, information and belief, the Satisfied Claims listed in Exhibit B to the Proposed Order are claims with respect to which the books and records of the Debtors reflect that as of the date hereof, the Debtors' obligations, if any to these claimants, have been paid in part during the course of these cases. Accordingly, I believe that the holders of the Satisfied Claims listed on Exhibit B to the Proposed Order are entitled to no further distribution from the Debtors' estates or the Trust on account of the portion of such claim that has been satisfied.

Debtors, the Debtors' estates nor the Plan Trust have any further obligation to such claimants on account of the Satisfied Claims. Accordingly, I respectfully submit that the Claims Agent should be authorized to reflect in the Claims Register that such Satisfied Claims have been paid in full or in part and no further liability is owing. I believe that granting the relief requested in the Motion is in the best interests of the Debtors' estates and creditors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 3rd day of December, 2012

Eileen Wanerka
Director of Claims Administration
AHM Liquidating Trust