**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., et al.,¹                    :   (Jointly Administered)
                                                                   :
                                     Debtors.                      :
                                                                   :   Re: D.I. 10666
-------------------------------------------------------------------x
```

**NOTICE OF AMENDMENTS TO DEBTOR
HOMEGATE SETTLEMENT SERVICES, INC.'S SCHEDULE E,
CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) ALL CLAIMANTS WHOSE CLAIMS ARE AFFECTED BY THE SCHEDULE AMENDMENTS; (III) THE PLAN OVERSIGHT COMMITTEE; AND (IV) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

**PLEASE TAKE NOTICE** that, on October 5, 2007, the above-captioned debtors and debtors-in-possession (the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs [D.I. 1335 - 1350] (as amended by D.I. 1820-1824, the "Schedules") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 3, 2012, Steven D. Sass, as liquidating trustee (the "Plan Trustee"), filed Debtor Homegate Settlements Services, Inc.'s ("Homegate") amended Schedule E, Creditors Holding Unsecured Priority Claims [D.I. 10666] (the "Schedule Amendments"). A copy of the Schedule Amendments can be found at EPIQ Bankruptcy Solutions, LLC's, the claims noticing and balloting agent in these cases, dedicated web page related to these cases (http://chapter11.epiqsystems.com -- select "American Home Mortgage").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

  The Schedule Amendments only affect those claimants and claims indentified therein and do not affect any claimants or claims identified in the Schedules that are not identified in the Schedule Amendments attached hereto.

  Any individual creditor or entity that is affected by the Schedule Amendments and disagrees with the amount, nature and/or priority of the claim as set forth in the Schedule Amendments must file a proof of claim no later than thirty (30) days from the date of this notice.

Dated: Wilmington, Delaware
   December 3, 2012

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           */s/   Justin P. Duda*
           Sean M. Beach (No. 4070)
           Justin P. Duda (No. 5478)
           Rodney Square
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           -and-

           HAHN & HESSEN LLP
           Mark S. Indelicato
           Alison M. Ladd
           488 Madison Avenue
           New York, New York 10022
           Telephone: (212) 478-7200
           Facsimile: (212) 478-7400

           *Co-Counsel for the Plan Trustee*