IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS,                                       : Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,[1]                               :
                                                                       : Jointly Administered
                                                                       :
     Debtors.                                                          :
                                                                       :
                                                                       :
                                                                       x
----------------------------------------------------------------

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on December 3, 2012, the Steven D. Sass, as liquidating trustee (the "Plan Trustee"), by and through the undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

**PLAN TRUSTEE FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

**PLAN TRUSTEE'S FIRST SET OF INTERROGATORIES**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

**PLAN TRUSTEE'S FIRST REQUEST FOR ADMISSIONS**

Dated:  Wilmington, Delaware
        December 3, 2012

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        */s/   Michael S. Neiburg*
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        Justin P. Duda (No. 5478)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone:   (302) 571-6600
        Facsimile:    (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Alison M. Ladd
        488 Madison Avenue
        New York, New York 10022
        Telephone:   (212) 478-7200
        Facsimile:    (212) 478-7400

        *Co-Counsel for the Plan Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 3rd day of December 2012, upon the following parties as indicated:

*/s/ Michael S. Neiburg*
Michael S. Neiburg

DB02:7355104.1    066585.1001

By Email and First Class Mail

William G. Wright, Esq.
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midlantic Drive, Ste. 300 S
Mount Laurel, NJ 08054
wwright@capehart.com