

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**Department of Administration**
**DIVISION OF TAXATION**
**One Capitol Hill**
**Providence, RI 02908-5800**
Fax (401) 222-3145

U. S. Bankruptcy Court
824 Market Street
5th Floor
Wilmington DE 19801

RE:  American Home Mortgage Holdings, Inc. et al          #07-11047

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax (pre-petition) has been satisfied in full and is hereby withdrawn.

11/28//12

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Jacques Moreau, Chief of
Compliance & Collections