**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS,                                         : Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,[8]                                 : Jointly Administered
                                                                         :
                                    Debtors.                             : Ref. Docket No.: _____
------------------------------------------------------------------------ x

## ORDER DISALLOWING CLAIM NUMBER 8932 FILED BY ZOA NIELSEN

Upon the consideration of the objection (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 in connection with the chapter 11 cases of the above-captioned debtors, for the entry of an order disallowing and expunging claim no 8932 filed by Zoa Nielsen ("Claim No. 8932") and any responses to the Objection; and it appearing that notice of the Objection was proper and sufficient under the circumstances and that no other or further notice is required; and the Court having determined that the relief granted herein is in the best interests of the Trust, its beneficiaries, creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that Claim No. 8932 is hereby disallowed and expunged in its entirety; and it is further

---

[8] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp. The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12972202.1

2

ORDERED that Epiq Bankruptcy Solutions, as the official claims and noticing agent in this chapter 11 case, is hereby authorized and directed to amend the official register of claims to reflect the effect of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2012

Honorable Christopher S. Sontchi<br>United States Bankruptcy Judge

01:12972202.1

2