IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

: Case No. 07-11047 (CSS)

: Jointly Administered

Debtors.

------------------------------------------------------------------ x

### AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 11, 2012 AT 2:00 P.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

    Response Deadline:   August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

    Related Documents:

    a)   Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)   Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 5463, 8/18/08]

    c)   Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 9768, 2/7/11]

    Responses Filed:   See Exhibit A, attached

    Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:12868538.1

2. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

   Response Deadline:   February 10, 2009 at 4:00 p.m.

   Related Document:

   a) Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

   Responses Filed:   See Exhibit B, attached

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned.

3. Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

   Response Deadline:   July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

   Related Document:

   a) Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

   Responses Filed:   See Exhibit C

   Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4. The United States' Amended Request for Payment of Chapter 11 Administrative Expenses [D.I. 9624, 1/4/11]

   Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to March 29, 2013 at 4:00 p.m. (ET)

   Objections Filed:   None to date

   Status: The matter will be adjourned to a date and time to be determined.

01:12868538.1

5. Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

   Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to March 29, 2013 at 4:00 p.m. (ET)

   Objections Filed:    None to date

   Status: This matter will be adjourned to a date and time to be determined.

6. Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

   Objection Deadline:    Extended to March 29, 2013 at 4:00 p.m. (ET)

   Objections Filed:    None to date

   Status: This matter will be adjourned to a date and time to be determined.

7. Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

   Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

   Related Document:

   a) Order [D.I. 9913, 4/5/11]

   Responses Filed:    See Exhibit D, attached.

   Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit D.

8. Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

   Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

   Related Documents:

   a) Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the

01:12868538.1

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

    b) Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit E, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit E.

9. Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

    a) Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit F, this matter will be adjourned.

10. Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Related Document:

    a) Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]

    b) Certification of Counsel [D.I. 10435, 5/3/12]

    c) Order Sustaining in Part the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 10443, 5/4/12]

Responses Filed:    See Exhibit G, attached

01:12868538.1

> Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit G, this matter will be adjourned.

11. Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

    Response Deadline:   September 30, 2011 at 4:00 p.m. (ET)

    Related Document:

    > a) Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10208, 10/7/11]

    Responses Filed:    See Exhibit H, attached

    Status: An order has been entered which partially sustains the Objection. This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

12. Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

    Response Deadline:   January 12, 2012 at 4:00 p.m. (ET)

    Related Document:

    > a) Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

    Responses Filed:    See Exhibit I

    Status: This matter is adjourned with respect to responses listed on Exhibit I. An order has been entered resolving the remainder of this matter.

13. Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

    Objection Deadline:   February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

    Objections Filed:

01:12868538.1

    a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned to January 7, 2013 at 10:00 a.m. (ET).

14. Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10467, 5/31/12]

Objection Deadline:  June 18, 2012 at 4:00 p.m. (ET)

Related Documents:

    a) Order Granting Parties Stipulated Scheduling Order [D.I. 10622, 10/17/12]

    b) Order Granting Parties' Amended Stipulated Scheduling Order [D.I. 10653, 11/14/12]

    c) Order Vacating Scheduling Orders [D.I. 10657, 11/20/12]

Objections Filed:

    a) National Credit Union Administration's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10482, 6/18/12]

    b) Limited Objection of Triad Guaranty Insurance Corporation to Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain [D.I. 10483, 6/18/12]

    c) Limited Response of U.S. Bank National Association, as Trustee, to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10484, 6/18/12]

    d) Limited Objection and Reservation of Rights of JPM Litigation Defendants to the Motion of the Plan Trust for an Order Pursuant to 11 U.S.C. §§ 105(a), 1142(a), 554(a), and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10494, 6/22/12]

    e) Response of Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. to Plan Trust's Motion for an Order Authorizing the

      Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10495, 6/25/12]

  f) Federal Deposit Insurance Corporation's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10497, 6/25/12]

  g) Federal Home Loan Bank of Seattle's Objection to Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10498, 6/25/12]

  h) Limited Objection of Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston to Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10500, 6/25/12]

  i) Federal Home Loan Bank of San Francisco's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10502, 6/25/12]

  j) Iron Mountain Information Management, Inc.'s Response to the Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10506, 6/28/12]

  h) Massmutual's Objection to Motion Authorizing the Abandonment of Certain Documents [D.I. 10515, 7/5/12]

  i) Federal Housing Finance Agency's Limited Objection to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest [D.I. 10518, 7/5/12]

Status: This matter is adjourned to a date and time to be determined, notice of which will be filed by the Plan Trust and served on the objecting parties.

01:12868538.1

15. Homesales, Inc.'s Motion for an Order Directing the Plan Trustee to Execute and Deliver an Assignment of Mortgage and, to the Extent Applicable, Granting Homesales, Inc. Relief from the Automatic Stay and Relief from Other Stays/Injunctions Imposed by the Confirmed Plan of Liquidation [D.I. 10559, 8/29/12]

    Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

    Related Document:

    a)    Declaration in Support [D.I. 10561, 8/29/12]

    Responses Filed:

    b)    Plan Trustee's Objection [D.I. 10573, 9/11/12]

    Status: This matter will be adjourned to January 7, 2013 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

16. Plan Trust's One Hundred Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10641, 11/9/12]

    Objection Deadline:    December 4, 2012 at 4:00 p.m. (ET)

    Related Documents:

    a)    Certificate of No Objection [D.I. 10682, 12/7/12]

    b)    Proposed Order

    Objections\Responses Filed:  None

    Status: A certificate of no objection has been filed. No hearing is required.

17. Plan Trust's One Hundred Fifth Omnibus (Substantive) Objection to Claims Pursuant to 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10642, 11/9/12]

    Objection Deadline:    December 4, 2012 at 4:00 p.m. (ET)

    Related Document:

    a)    Certificate of No Objection [D.I. 10683, 12/7/12]

    b)    Proposed Order

01:12868538.1

Objections\Responses Filed: None

Status: A certificate of no objection has been filed. No hearing is required.

Dated: December 7, 2012
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

### Exhibit A, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |

### Exhibit B, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

### Exhibit C, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit D, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

### Exhibit E, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |

### Exhibit F, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

### Exhibit G, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |

01:12868538.1

## Exhibit H, Eighty-Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Bear, Stearns & Co., Inc. |   | Adjourned |

## Exhibit I, Ninety-Third Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Bank of America |   | Adjourned |

11

01:12868538.1