# EXHIBIT II

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
          Debtors.                                                     :
                                                                       : **Ref. Docket No. _____**
---------------------------------------------------------------------- x

**ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED SIXTH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the one hundred sixth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:12989465.1

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       January ___, 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Insufficient Documentation Claims**

01:12989465.1

# Exhibit A

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | 9955 | 2/13/08 | 07-11049 | Unspecified* | Claimant filed identical claims [POC Nos. 9955-57] (the "Claims") against debtors American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHMSI"), and American Home Mortgage Investment Corp., respectively. Based on the Claims, Claimant asserts contingent and unliquidated claims for reimbursement of costs and expenses in connection with the transfer of HELOC servicing from AHMSI to GMAC. Claimant has failed to provide sufficient documentation to allow the Plan Trustee to determine whether any compensable costs were incurred by or on behalf of the Claimant in connection with the HELOC servicing transfer. Accordingly, the Claims should be disallowed. |
| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | 9956 | 2/13/08 | 07-11050 | Unspecified* | Claimant filed identical claims [POC Nos. 9955-57] (the "Claims") against debtors American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHMSI"), and American Home Mortgage Investment Corp., respectively. Based on the Claims, Claimant asserts contingent and unliquidated claims for reimbursement of costs and expenses in connection with the transfer of HELOC servicing from AHMSI to GMAC. Claimant has failed to provide sufficient documentation to allow the Plan Trustee to determine whether any compensable costs were incurred by or on behalf of the Claimant in connection with the HELOC servicing transfer. Accordingly, the Claims should be disallowed. |
| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | 9957 | 2/13/08 | 07-11048 | Unspecified* | Claimant filed identical claims [POC Nos. 9955-57] (the "Claims") against debtors American Home Mortgage Acceptance, Inc., AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHMSI"), and American Home Mortgage Investment Corp., respectively. Based on the Claims, Claimant asserts contingent and unliquidated claims for reimbursement of costs and expenses in connection with the transfer of HELOC servicing from AHMSI to GMAC. Claimant has failed to provide sufficient documentation to allow the Plan Trustee to determine whether any compensable costs were incurred by or on behalf of the Claimant in connection with the HELOC servicing transfer. Accordingly, the Claims should be disallowed. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 3 Claims | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.