# EXHIBIT A

**Late Filed Claim**

## Exhibit A

### Late Filed Claim

| Name/Address of Claimant | Objectionable Claim |||| Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | 10933 | 4/17/12 | 07-11047 | - (S)<br>- (A)<br>$2,884.84 (P)<br>- (U)<br>$2,884.84 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$2,884.84 (P)<br>- (U)<br>$2,884.84 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claim**

01:12767578.1

# Exhibit B

## Insufficient Documentation Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AMES, IRA, III<br>31 UPLAND MEADOW RD<br>SALISBURY, CT 06068 | 10364 | 4/30/08 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim. Plan Trustee made requests for additional information from the claimant but did not receive a response. |

**Totals:** 1 Claim — Unspecified*

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.