IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------------ x<br>In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS,<br>INC., a Delaware corporation, et al., [1]<br><br>      Debtors.<br><br>------------------------------------------------------------------------ x | : Chapter 11<br>:<br>: Case No. 07-11047 (CSS)<br>:<br>: Jointly Administered<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on December 12, 2012, Steven D. Sass, as liquidating trustee (the "Plan Trustee"), by and through the undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

**PLAN TRUSTEE'S INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Dated: Wilmington, Delaware
December 12, 2012

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        */s/ Michael S. Neiburg*
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        Justin P. Duda (No. 5478)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 571-6600
        Facsimile:  (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Alison M. Ladd
        488 Madison Avenue
        New York, New York 10022
        Telephone:  (212) 478-7200
        Facsimile:  (212) 478-7400

        *Co-Counsel for the Plan Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 12th day of December 2012, upon the following parties as indicated:

>                    */s/ Michael S. Neiburg*
>                       Michael S. Neiburg

By Email and First Class Mail

William G. Wright, Esq.
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midlantic Drive, Ste. 300 S
Mount Laurel, NJ 08054
wwright@capehart.com