IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : Ref. Docket No.: 10642 & 10687
                                                             :
------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER VACATING IN PART THE COURT'S PRIOR ORDER WITH RESPECT TO PLAN TRUST'S ONE HUNDRED FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors certifies as follows:

1. On November 9, 2012, through the undersigned counsel, the Plan Trustee filed the *Plan Trust's One Hundred Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 10642] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow: (i) proof of claim numbered 9026 ("Claim 9026") filed by Bear Stearns International Limited ("BSIL"); and (ii) proofs of claim numbered 9020, 9021 & 9022 (collectively, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:13012391.1

"BSMCC Claims") filed by Bear Stearns Mortgage Capital Corp. ("BSMCC") and together with BSIL, "Bear Stearns") on the grounds that the Debtors had no liability on account of those claims. Collectively, Claim 9026 and the BSMCC Claims are referred to hereinafter as the "Bear Stearns Claims".

2. The hearing to consider the relief requested in the Objection was scheduled for December 11, 2012. Responses to the Objection were to be filed and served no later than December 4, 2012 at 4:00 p.m. (ET) (the "Response Deadline"). Prior to the Response Deadline, counsel for the Plan Trustee and Bear Stearns (collectively, the "Parties") entered into discussions in an attempt to reach a consensual resolution of the Objection as it pertained to the Bear Stearns Claims. In the interim, the Plan Trustee agreed to adjourn the Objection with respect to those claims. No other responses to the Objection were filed.

3. On December 6, 2012, the Court entered an order [Docket No. 10687] (the "Original Order") sustaining the Objection. Unfortunately, the undersigned counsel for the Plan Trustee inadvertently did not remove the Bear Stearns Claims from Exhibit A to the proposed form of order and therefore the Original Order provides that the Bear Stearns Claims are disallowed and expunged in their entirety.

4. To correct the inadvertent disallowance of the Bear Stearns Claims through the Original Order, the undersigned counsel to the Plan Trustee submits the proposed form of order (the "Proposed Order") attached hereto as Exhibit A. The Proposed Order provides that (i) the Original Order is vacated solely with respect to the Bear Stearns Claims, (ii) the Objection is adjourned with respect to the Bear Stearns Claims, and (iii) confirms that the Objection is sustained with respect to the remaining claim filed by an unrelated party.

2

01:13012391.1

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: December 14, 2012  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:13012391.1

# EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. Docket No. 10642 & 10687
---------------------------------------------------------------------- x

### ORDER VACATING IN PART PRIOR ORDER SUSTAINING TRUST'S ONE HUNDRED FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred fifth omnibus (substantive) objection to claims [Docket No. 10642] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and upon consideration of the certification of counsel concerning the Objection and the Court's prior order [Docket No. 10687] (the "Original Order") regarding the Objection; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having previously been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12628357.1

ORDERED that the Original Order is hereby vacated solely with respect to: (i) proof of claim numbered 9026 ("Claim 9026") filed by Bear Stearns International Limited; and (ii) proofs of claim numbered 9020, 9021 & 9022 (collectively, the "BSMCC Claims") filed by Bear Stearns Mortgage Capital Corp.; and it is further

ORDERED that the Objection is adjourned with respect to Claim 9026 and the BSMCC Claims; and it is further

ORDERED that, for the avoidance of doubt, in accordance with the Original Order, proof of claim number 3748, which is identified on Exhibit A to the Original Order, is disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE