# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,[1]                              :
                                                                       :   Jointly Administered
    Debtors.                                       :
                                                                       :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x
STEVEN D. SASS, as Plan Trustee of the                                 :
American Home Mortgage Plan Trust,                                     :
                                                                       :
    Plaintiff,                                     :
                                                                       :
v.                                                                     :   Adv. Proc. No. 09-51696 (CSS)
                                                                       :
IRON MOUNTAIN INCORPORATED                                             :
d/b/a IRON MOUNTAIN RECORDS MANAGEMENT,                                :
                                                                       :
    Defendant.                                     :
---------------------------------------------------------------------- x
STEVEN D. SASS, as Plan Trustee of the                                 :
American Home Mortgage Plan Trust,                                     :
                                                                       :
    Plaintiff,                                     :
                                                                       :
v.                                                                     :   Adv. Proc. No. 09-51697 (CSS)
                                                                       :
IRON MOUNTAIN OFF-SITE DATA PROTECTION                                 :   **Hearing Date: January 7, 2013, at**
INC. d/b/a IM OFF SITE DATA PROTECTION,                                :     **10:00 a.m. (ET)**
                                                                       :   **Objection Deadline: December 31, 2012,**
    Defendant.                                     :     **at 4:00 p.m. (ET)**
---------------------------------------------------------------------- x

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

01:13008902.1

## NOTICE OF MOTION

TO: (I) THE U.S. TRUSTEE; (II) COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT, LLC AND ITS AFFILIATES; (III) COUNSEL TO HOMEWARD RESIDENTIAL, INC.; (IV) COUNSEL TO THE ADMINISTRATIVE AGENT, (V) COUNSEL TO THE FOLLOWING PARTIES: NATIONAL CREDIT UNION ADMINISTRATION; TRIAD GUARANTY INSURANCE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE; THE JPM LITIGATION DEFENDANTS; FEDERAL DEPOSIT INSURANCE CORPORATION; FEDERAL HOME LOAN BANK OF SEATTLE; FEDERAL HOME LOAN BANK OF CHICAGO; FEDERAL HOME LOAN BANK OF SAN FRANCISCO; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; AND FEDERAL HOUSING FINANCE AGENCY; AND (VI) PARTIES ENTITLED TO NOTICE PURSUANT TO DEL. BANKR. L.R. 2002-1(b)

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust has filed the attached *Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code §§ 105(a), 1142, and 362(d) for an Order (I) Approving the Stipulation by and Among the Plan Trustee, Iron Mountain Information Management, LLC, and Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)), Resolving Claims Relating to the Debtors' Accounts with Iron Mountain, (II) Granting Relief from Stay to, and Authorizing the Destruction of Certain Documents Held by, Iron Mountain* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **December 31, 2012, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 7, 2013, at 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


| | |
|---|---|
| Dated: December 17, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Patrick A. Jackson*<br>───────────────────────────<br>Sean M. Beach (No. 4070)<br>Patrick A. Jackson (No. 4976)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>Co-Counsel for the Plan Trustee |

01:13008902.1