**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          : Jointly Administered
        Debtors.                                          :

---------------------------------------------------------------- x

## RE-NOTICE OF MOTION

TO:        (I) THE U.S. TRUSTEE; (II) COUNSEL TO IRON MOUNTAIN
           INFORMATION MANAGEMENT, LLC AND ITS AFFILIATES;
           (III) COUNSEL TO HOMEWARD RESIDENTIAL, INC.; (IV) COUNSEL TO
           THE ADMINISTRATIVE AGENT, (V) COUNSEL TO THE FOLLOWING
           PARTIES: NATIONAL CREDIT UNION ADMINISTRATION; TRIAD
           GUARANTY INSURANCE CORPORATION; U.S. BANK NATIONAL
           ASSOCIATION, AS TRUSTEE; THE JPM LITIGATION DEFENDANTS;
           FEDERAL DEPOSIT INSURANCE CORPORATION; FEDERAL HOME
           LOAN BANK OF SEATTLE; FEDERAL HOME LOAN BANK OF CHICAGO;
           FEDERAL HOME LOAN BANK OF SAN FRANCISCO; MASSACHUSETTS
           MUTUAL LIFE INSURANCE COMPANY; AND FEDERAL HOUSING
           FINANCE AGENCY; AND (VI) PARTIES ENTITLED TO NOTICE
           PURSUANT TO DEL. BANKR. L.R. 2002-1(b)

        **PLEASE TAKE NOTICE** that on May 31, 2012, Steven S. Sass, as liquidating trustee
(the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of
Liquidation of the Debtors Dated as of February 18, 2009 in connection with the Chapter 11
cases of the above-captioned debtors, filed the PLAN TRUST'S MOTION FOR AN ORDER
AUTHORIZING THE ABANDONMENT OF CERTAIN DOCUMENTS HELD BY IRON
MOUNTAIN, TO THE EXTENT THE PLAN TRUST HAS ANY INTEREST THEREIN (the
"Motion") with the United States Bankruptcy Court for the District of Delaware. You were
previously served with a copy of the Motion.

        **PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, were
required to be filed on or before **June 18, 2012 at 4:00 p.m. (ET)** with the United States
Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]     The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American
Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc.
f/k/a American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American
Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract
Corp. The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

01:12085689.3

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 7, 2013, AT 10:00 A.M. (ET)**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

Dated: December 18, 2012
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*

Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Joseph Orbach
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*