IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11
In re:                                                                     :
                                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :
a Delaware corporation, et al.,[1]                                         :   Jointly Administered
                                                                           :
                                                                           :
         Debtors.                                                          x
-------------------------------------------------------------------------

## CERTIFICATION OF COUNSEL

As described in further detail in the Declaration of Carlo Colagiacomo, Jr., General Counsel of AHM Liquidating Trust (the "Plan Trust"), which was established pursuant to Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors, dated December 20, 2012, (the "Declaration" attached hereto as Exhibit A), American Home Mortgage Corp. ("AHMC") was licensed to do business in various states, including California, under the doing business as, or d/b/a, designation American Brokers Conduit ("ABC") and originated mortgages in those states in ABC's name.  ABC has been named as a party to certain litigation.  In one California state court case (Elliott, et al. v. American Brokers Conduit, Case No. 112cv229257, Santa Clara County, California), the assigned judge has requested an order from the Bankruptcy Court clarifying that claims asserted against ABC are effectively claims made against AHMC for purposes of Plan treatment, including the application of the Plan injunctions and bankruptcy stays.  The Plan Trustee has made efforts to avoid the filing of the instant certification and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:13010061.1

request for order, including the submission of an affidavit to the state court, but those efforts did not proof satisfactory to the state court.

As such, to avoid further administrative expense, the Plan Trustee respectively requests that the Bankruptcy Court approve the proposed order, attached as <u>Exhibit B</u>, at its earliest convenience without further notice or hearing.

Dated: December 26, 2012
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

<u>*/s/ Sean M. Beach*</u>
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

Declaration of Carlo Colagiacomo, Jr.

## **DECLARATION OF CARLO COLAGIACOMO, Jr.**

I, Carlo Colagiacomo, Jr., hereby declare under oath as follows:

1. My name is Carlo Colagiacomo, Jr. I am currently employed by the AHM Liquidating Trust as General Counsel. I previously was employed by American Home Mortgage Corp. ("AHMC") as Associate Counsel, and was employed in that capacity prior to and at the time that AHMC and its related entities filed for bankruptcy in August, 2007.

2. On August 6, 2007 (the "Petition Date"), AHMC filed a voluntary chapter 11 petition (See, Case No. 07-11051, jointly administered with Case No. 07-11047) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

3. Prior to the Petition Date, AHMC was licensed to do business in various states, including California, under the doing business as ("dba") designation American Brokers Conduit ("ABC") and originated mortgages in those states in ABC's name.

4. One of my job duties at the AHM Liquidating Trust is to supervise the filing of notices of bankruptcy in cases filed against AHMC and its related entities which are debtors in the above referenced Delaware bankruptcy proceeding. In that regard, I have received suit papers in numerous state and federal cases which name ABC as a defendant concerning loans incepted by AHMC prior to the Petition Date using its dba designation ABC. At my direction, notices of bankruptcy have been submitted on behalf of "American Home Mortgage Corp. dba American Brokers Conduit" in such cases.

5. As ABC was merely a dba of AHMC, the claims in the suits referenced in Paragraph 4 above are subject to the automatic stay arising from AHMC's bankruptcy proceeding. AHMC's notices of bankruptcy have been accepted in the overwhelming majority of these cases and the claims in those maters have been stayed as to AHMC dba ABC. However, in a small number of cases, AHMC's bankruptcy notices have been questioned because ABC is not expressly identified as

a debtor or as a name used by a debtor in the "Notice of Commencement of Chapter 11 Bankruptcy Cases" notice issued by the Bankruptcy Court on August 27, 2007. In one California state court case (<u>Elliott, et al. v. American Brokers Conduit</u>, Case No. 112cv229257, Santa Clara County, California), the assigned judge has recently requested an order from the Bankruptcy Court to clarify that claims against ABC related to a loans made by AHMC prior to the Petition Date using its dba designation ABC are subject to the automatic stay arising from AHMC's bankruptcy proceeding.

6. Accordingly, to clarify for the <u>Elliott</u> court and other courts that claims against ABC are subject to the automatic stay arising from AHMC's bankruptcy proceeding, to avoid expending further legal fees and resources on this issue, and to facilitate the timely liquidation of AHMC's affairs, this Declarant, on behalf of the AHM Liquidating Trust, respectfully requests an order from the Bankruptcy Court on this issue.

7. I have personal knowledge of the foregoing statements and do hereby declare under penalty of perjury under the laws of the United States, that the above statements are true and correct.

Dated: December 20, 2012

_____
Carlo Colagiacomo, Jr.

2

# EXHIBIT B

PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | x | Docket No. _____ |

---

## ORDER

      Upon consideration of the Declaration of Carlo Colagiacomo, Jr., dated December 20, 2012, attached as Exhibit A to the Certification of Counsel filed on December 21, 2012, it is hereby found and decreed that American Home Mortgage Corp. ("AHMC") was licensed to do business in various states, including California, under the doing business as, or d/b/a, designation American Brokers Conduit ("ABC") and, as such, claims asserted against ABC are effectively claims made against AHMC for purposes of treatment under the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") and otherwise in connection with the Chapter 11 cases of the above-captioned debtors, including with respect to the application of the Plan injunctions and bankruptcy stays.

 

                                                        _____
                                                        CHRISTOPHER S. SONTCHI
                                                        UNITED STATES BANKRUPTCY JUDGE