UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et. al.[1] : | Jointly Administered |
| : | |
| Debtors. : | Related to Docket No. 10559 |
| : | and 10573 |
| : | |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, GRANTING J.P. MORGAN ACQUISITION CORP. RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM ANY OTHER STAYS/INJUNCTIONS IMPOSED BY THE CONFIRMED PLAN OF LIQUIDATION**

On August 29, 2012, Homesales, Inc. ("Homesales") filed the *Motion For An Order Directing The Plan Trustee To Execute And Deliver An Assignment Of Mortgage And, To The Extent Applicable, Granting Homesales, Inc. Relief From The Automatic Stay And Relief From Any Other Stays/Injunctions Imposed By the Confirmed Plan Of Liquidation* (the "Motion") [Docket No. 10559]. On September 11, 2012, Steven D. Sass, the liquidating trustee (the "Plan Trustee") for the Plan Trust appointed in the above-captioned chapter 11 case, filed an Objection to the Motion [Document No. 10573].

Homesales and the Plan Trustee (together, the "Parties") have exchanged informal discovery and determined that J. P. Morgan Mortgage Acquisition, Corp. ("MAC") is the party in interest who purchased the Note and Mortgage (as such terms are defined in the Motion) from America Home Mortgage Corp. d/b/a American Brokers Conduit ("ABC" or the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.") a New York Corporation (8580).

"Debtor") on or about June 28, 2007 and received an assignment and conveyance relating to the Note and Mortgage on or about that same date. Homesales is an entity used by MAC to take title to real property upon foreclosure.

As the Note and Mortgage was transferred pre-petition, the Plan Trustee does not believe the automatic stay and/or plan injunction is implicated, but otherwise has no objection to relief from either being granted in order to permit MAC to take any legally permissible action with respect to the Note and Mortgage including, but not limited to, requesting Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for American Home Mortgage Corp., to execute and deliver an assignment to MAC of the Mortgage. In order to resolve these concerns, the Parties have agreed to the entry of the Proposed Form of Order annexed hereto as **Exhibit "A"** in full and complete resolution of the Motion.

WHEREFORE, the undersigned, on behalf of the Parties, respectfully requests that the Court enter the Proposed Form of Order annexed hereto as Exhibit "A" at its earliest convenience.

Dated: December 27, 2012
       Wilmington, Delaware

Respectfully submitted,

/s/ Sommer L. Ross
Sommer L. Ross (DE 4598)
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4951
Email: slross@duanemorris.com

and

Sanjay P. Ibrahim, Esq.
Joseph H. Lemkin, Esq.
Parker Ibrahim & Berg LLC
270 Davidson Avenue

Somerset, NJ 08873
Telephone: 908.725.9700
Email: sanjay.ibrahim@piblaw.com
      joseph.lemkin@piblaw.com

*Counsel to Homesales, Inc. and J.P. Morgan Mortgage Acquisition Corp*

DM3\2388015.1

# EXHIBIT A

## PROPOSED FORM OF ORDER

DM3\2388015.1