**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | Related to Docket No. 10559, |
| | : | 10573 and _____ |

**ORDER AUTHORIZING MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, GRANTING RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM ANY INJUNCTION/STAY IMPOSED BY THE CONFIRMED PLAN OF LIQUIDATION**

Upon consideration of *Motion of Homesales, Inc. for an Order Directing the Plan Trustee to Execute and Deliver an Assignment of Mortgage and, to the Extent Applicable, Granting Relief from the Automatic Stay and Relief From Any Injunction/Stay Imposed By the Confirmed Plan of Liquidation* (the "Motion"), the objection to the Motion filed by Steven D. Sass, the liquidating trustee (the "Plan Trustee") for the Plan Trust appointed in the above-captioned chapter 11 case (the "Objection") and the Certification of Counsel filed on behalf of the parties resolving the issues raised in the Motion and Objection; and after due deliberation and consideration; and it appearing that good and sufficient cause exists; it is hereby:

1.   ORDERED that to the extent necessary and applicable, J.P. Morgan Mortgage Acquisition Corp. is granted relief from the automatic stay and relief from any other injunctions/stays imposed by the Plan, in order to establish and enforce its rights, remedies and interests under the Note and Mortgage (as such terms are defined in the Motion) including, but

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.") a New York Corporation (8580).

not limited to, requesting Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for American Home Mortgage Corp., to execute and deliver an assignment to J.P. Morgan Mortgage Acquisition Corp. of the Mortgage (as defined in the Motion); and it is further

      2.      ORDERED that J.P. Morgan Mortgage Acquisition Corp. shall be responsible for any and all costs associated with same; and it is further

      3.      ORDERED that the fourteen (14) day waiting period imposed by Fed. R. Bankr. P. 4001(a)(3) is waived; and it is further

      4.      ORDERED that this Court shall retain jurisdiction to adjudicate any disputes arising under or with respect to any other matters related to the implementation of this Order.

December _____, 2012
Wilmington, Delaware

By the Court:

_____
Honorable Christopher S. Sontchi,
U.S. Bankruptcy Judge