IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :   Jointly Administered
                                                                 :
                                                                 :
        Debtors.                                                 :
                                                                 x   Docket No. _____
---------------------------------------------------------------

## ORDER

Upon consideration of the Declaration of Carlo Colagiacomo, Jr., dated December 20, 2012, attached as Exhibit A to the Certification of Counsel filed on December 21, 2012, it is hereby found and decreed that American Home Mortgage Corp. ("AHMC") was licensed to do business in various states, including California, under the doing business as, or d/b/a, designation American Brokers Conduit ("ABC") and, as such, claims asserted against ABC are effectively claims made against AHMC for purposes of treatment under the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") and otherwise in connection with the Chapter 11 cases of the above-captioned debtors, including with respect to the application of the Plan injunctions and bankruptcy stays.

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:13010061.1