UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---

| | | |
|---|---|---|
| STEVEN D. SASS, as Plan Trustee of the | : | |
| American Home Mortgage Plan Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 09-51696 (CSS) |
| | : | |
| IRON MOUNTAIN INCORPORATED | : | |
| d/b/a IRON MOUNTAIN RECORDS MANAGEMENT, | : | |
| | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| STEVEN D. SASS, as Plan Trustee of the | : | |
| American Home Mortgage Plan Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 09-51697 (CSS) |
| | : | |
| IRON MOUNTAIN OFF-SITE DATA PROTECTION | : | |
| INC. d/b/a IM OFF SITE DATA PROTECTION, | : | |
| | : | |
| Defendant. | : | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S
NOTICE OF RATES AND FEES ASSOCIATED WITH BALTIMORE RECORDS
AND JOINDER IN THE PLAN TRUSTEE'S MOTION PURSUANT TO
BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE §§ 105(A), 1142, AND
362(D) FOR AN ORDER (I) APPROVING THE STIPULATION BY AND
AMONG THE PLAN TRUSTEE, IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC, AND HOMEWARD RESIDENTIAL, INC. (F/K/A
AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE
ACQUISITION CO., INC.)) RESOLVING CLAIMS RELATING TO THE
DEBTORS' ACCOUNTS WITH IRON MOUNTAIN; AND (II) GRANTING
RELIEF FROM STAY TO, AND AUTHORIZING DESTRUCTION OF CERTAIN
<u>DOCUMENTS HELD BY, IRON MOUNTAIN</u>**

Iron Mountain Information Management, Inc. ("Iron Mountain") respectfully submits this notice of rates and joinder ("Notice and Joinder") in the Plan Trustee's Motion Pursuant To Bankruptcy Rule 9019 and Bankruptcy Code §§ 105(A), 1142, and 362(D) for an Order (I) Approving the Stipulation by and Among the Plan Trustee, Iron Mountain Information Management, LLC, and Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)) Resolving Claims Relating to the Debtors' Accounts with Iron Mountain; and (II) Granting Relief from Stay to, and Authorizing Destruction of Certain Documents Held by, Iron Mountain (the "Motion"). Iron Mountain believes that an order from this Court approving the Stipulation [2] and authorizing and directing Iron Mountain to securely destroy the Baltimore Documents is in the best interests of the Estate. In further support, Iron Mountain states as follows:

1.     As noted in the Motion, the Settlement Stipulation and Homeward-Iron Mountain Settlement Agreement provide a mechanism for fully and finally resolving the complicated issues surrounding the ownership and disposition of records stored at Iron

---

[2] All capitalized terms contained in this Notice and Joinder shall have the same definitions as set forth in the Motion unless otherwise noted.

Mountain under various accounts associated with American Home Mortgage entities.

2. By authorizing and directing the immediate secure destruction of the Baltimore Documents, this Court will assure that the personally identifiable information contained in the Baltimore Documents is protected from inadvertent disclosure.

3. The Baltimore Documents comprise approximately 21,350 cubic feet of hardcopy records contained in approximately 17,500 boxes stored in Iron Mountain facilities.

4. Pursuant to the rate schedule appended hereto as Exhibit A, the current monthly storage charges associated with the Baltimore Documents are approximately $8,134.35 ($0.381 x 21,350 cu. ft.).

5. By authorizing the immediate destruction of the Baltimore Documents, the bankruptcy estate will avoid the further accrual of storage charges beyond the January 31, 2013 cutoff date contained in the Settlement Stipulation.

6. Based on recent communications with the Plan Trust's counsel, Iron Mountain understands that a revised proposed order is being prepared to accommodate the requests of interested parties who may wish to preserve a portion of the Baltimore Documents. Iron Mountain does not object to such arrangements so long as it is shielded from liability after such records leave its control and the requesting parties agree to take possession by January 31, 2013, maintain appropriate privacy safeguards, and pay Iron Mountain for retrieval and delivery of such records employing the rates contained in Exhibit A.

Date: December 28, 2012

GELLERT SCALI BUSENKELL &
BROWN, LLC

_____
Charles J. Brown, III, (Bar No. 3368)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5813
(302) 425-5814 Facsimile
cbrown@gsbblaw.com


Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Direct (617) 896-6241
Main (617) 422-0200
Fax (617) 896-6275
FFM@bostonbusinesslaw.com

*Attorney for Iron Mountain
Information Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th Day of December, I caused a copy of the forgoing to be served via ECFM and first class mail upon the following:

Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Date: December 28, 2012

GELLERT SCALI BUSENKELL &
BROWN, LLC

_____
Charles J. Brown, III, (Bar No. 3368)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5813
(302) 425-5814 Facsimile
cbrown@gsbblaw.com

*Attorney for Iron Mountain
Information Management, Inc.*