IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
American Home Mortgage
Holdings, Inc. *et al.*,

                Debtors.

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Carmella Keener, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware moves pursuant to Local Rule 83.5, moves the admission *pro hac vice* of Elizabeth A. Leland of Keller Rohrback LLP, 1201 Third Avenue, Suite 3200, Seattle, WA 98101 to represent Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Boston, and Federal Home Loan Bank of Indianapolis in this action.

The Admittee is a member in good standing of the Bar of the State of Washington, and is admitted to practice law in all state courts of the State of Washington, and the United States District Court for the Western District of Washington.

Dated: December 31, 2012
Wilmington, Delaware

*/s/ Carmella P. Keener*
Carmella Keener (Del. Bar No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899
(302) 656-4433

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro *hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have access to, or have acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

I further certify that the annual dues of $25.00 has been paid to the Clerk of Court of the District Court.

*/s/ Elizabeth A. Leland*
Elizabeth A. Leland
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

**Local Form 105**

Motion granted.

BY THE COURT:

Date: _____

_____
United State Bankruptcy Judge

Local Form 105