IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related Docket Nos. 9692, 10148 |
| | ) | and 10182 |

## ORDER

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Following Trial and Post-Trial Briefing of today's date, it is hereby ordered that:

1) Hussain Kareem's Motion for Entry of Administrative Claim [D.I. 9692] and Motion for Judgment as a Matter of Law of Administrative Claim [D.I. 10148] are DENIED.

2) Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem [D.I. 10182] is SUSTAINED and Claims Number 10870, 10875 and 10887 are DISALLOWED AND EXPUNGED in their entirety.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 2, 2013