IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: January 7, 2013, at 10:00 a.m. (ET)**<br><br>**Objection Deadline: December 31, 2012, at 4:00 p.m. (ET)[1]** |

**JOINDER IN MASSMUTUAL'S LIMITED OBJECTION TO
THE PLAN TRUSTEE'S MOTION APPROVING THE
STIPULATION RESOLVING THE CLAIMS RELATING
TO THE DEBTORS' ACCOUNTS WITH IRON MOUNTAIN**

The Federal Home Loan Bank of San Francisco, the Federal Home Loan Bank of Seattle, and the Federal Deposit Insurance Corporation, in its capacity as Receiver for certain failed banks (collectively, the "Joining Objectors"), join in Massachusetts Mutual Life Insurance Company's Limited Objection to the Plan Trustee's Motion Approving the Stipulation Resolving the Claims Relating to the Debtors' Accounts with Iron Mountain (Docket No. 10715). The Joining Objectors adopt and incorporate the arguments and assertions set forth in their Objections to the Plan Trustee's Abandonment Motion filed on June 25, 2012 and reserve all rights to be heard before this Court.

The Joining Objectors are involved in separate lawsuits pending in several jurisdictions that arise out of their purchases of residential mortgage-backed securities. Several of the RMBS at issue in those cases involve mortgage loans originated or

---

[1] Counsel for the Plan Trustee granted the Objectors until January 3, 2013 to file their objections.

acquired by Debtor American Home Mortgage Investment Corp., and the Joining Objectors believe that the approximately 600 boxes of American Home's hard copy documents stored in various Iron Mountain facilities may be relevant to the cases. Therefore, the Joining Objectors join in MassMutual's limited objection.

Dated:  January 3, 2013             Respectfully submitted,
        Wilmington, Delaware
                                    HILLER & ARBAN, LLC


                                     /s/ Brian Arban
                                    Adam Hiller (DE No. 4105)
                                    Brian Arban (DE No. 4511)
                                    1500 North French Street, 2nd Floor
                                    Wilmington, Delaware 19801
                                    (302) 442-7676 telephone
                                    barban@hillerarban.com

                                            -and-

                                    GRAIS & ELLSWORTH LLP
                                    David J. Grais, Esq.
                                    Kathryn E. Matthews, Esq.
                                    Benjamin W. Thorn, Esq.
                                    1211 Avenue of the Americas
                                    New York, New York 10036
                                    Tel. (212) 755-0100
                                    Fax (212) 755-0052

                                    *Counsel to Joining Objectors*