IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2012, I caused copies of the foregoing Joinder in MassMutual's Limited Objection to the Plan Trustee's Motion Approving the Stipulation Resolving the Claims Relating to the Debtors' Accounts with Iron Mountain to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: January 3, 2012              /s/ **Brian Arban**
       Wilmington, Delaware       Brian Arban (DE No. 4511)
                                            Hiller & Arban, LLC
                                            1500 North French Street, 2nd Floor
                                            Wilmington, Delaware 19801
                                            (302) 442-7676 telephone
                                            *barban@hillerarban.com*