# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>**Objection Deadline: Extended by counsel to the Plan Trustee to January 3, 2013 at 11:00 a.m. (ET)**<br>**Hearing Date: January 7, 2013 at 10:00 a.m. (ET)**<br><br>Re: D.I. 10697 |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE JPM LITIGATION DEFENDANTS TO THE PLAN TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE §§ 105(a), 1142, AND 362(d) FOR AN ORDER (I) APPROVING THE STIPULATION BY AND AMONG THE PLAN TRUSTEE, IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, AND HOMEWARD RESIDENTIAL, INC. (F/K/A AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE ACQUISITION CO., INC.) RESOLVING CLAIMS RELATING TO THE DEBTORS' ACCOUNTS WITH IRON MOUNTAIN; AND (II) GRANTING RELIEF FROM STAY TO, AND AUTHORIZING DESTRUCTION OF CERTAIN DOCUMENTS HELD BY, IRON MOUNTAIN

The JPM Litigation Defendants[1] hereby file this limited objection and reservation of rights (the "Response") to the Motion of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for an Order (I) Approving the Stipulation by and Among the Plan Trustee, Iron Mountain Information Management, LLC, and Homeward Residential, Inc., Resolving Claims Relating to the Debtors' Accounts with Iron Mountain, (II) Granting Relief from Stay to, and Authorizing the Destruction of Certain Documents Held by, Iron Mountain, dated December 17, 2012 [D.I. 10697] (the "Settlement Motion"), and in support thereof respectfully submit as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Limited Objection and Reservation of Rights of the JPM Litigation Defendants to the Motion of the Plan Trust for an Order Pursuant to 11 U.S.C. §§ 105(a), 1142(a), 554(a), and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein, dated June 22, 2012 [D.I. 10494] (the "Objection to Abandonment Motion"), which is incorporated herein by reference. The Objection to Abandonment Motion was filed in response to the Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent that the Plan Trust has any Interest Therein, dated May 31, 2012 [D.I. 10467] (the "Abandonment Motion").

## **LIMITED OBJECTION**

1. As set forth in the Objection to Abandonment Motion filed by the JPM Litigation Defendants, the Plan Trustee is on notice of the Litigations and is therefore obligated to take reasonable steps to preserve relevant documents in its possession, custody or control. Notwithstanding this obligation, the Settlement Motion contemplates, among other things, granting Iron Mountain relief from stay and authorizing it to destroy documents stored by it in one or more locations in the Baltimore-Washington region under the M070K account (the "Baltimore Documents"), in which the Plan Trust believes it could have an interest.

2. In connection with the Objection to Abandonment Motion, and prior to filing this Response, counsel for the JPM Litigation Defendants have conferred with the Plan Trustee for a representation that the Baltimore Documents do not contain loan files related to the Transactions and/or AHM Originated Loans. Specifically, the JPM Litigation Defendants have sought, and continue to seek, to preserve files in connection with certain loans (i) originated or serviced by the Debtors, (ii) acquired and/or securitized in securitizations issued or underwritten by JPMorgan Chase & Co. or affiliated entities, and (iii) related to transactions that are the subject of the Litigations. As of the date hereof, the JPM Litigation Defendants have not received confirmation from the Plan Trustee that approval of the stipulation proposed in the Settlement Motion, including the destruction of the Baltimore Documents, would not affect such files.

3. In addition, as demonstrated by the Abandonment Motion and various responses thereto, ownership of the Baltimore Documents under the M070K account is in dispute. Approval of the Settlement Motion overlooks the issue of ownership and would unfairly place the cost and burden of identifying and preserving any Baltimore Documents on other

parties in interest, including the JPM Litigation Defendants. However, the obligation of taking reasonable steps to preserve relevant litigation documents pursuant to court mandate should properly be the responsibility of the party with possession, custody or control of the documents; to the extent there is a dispute as to the foregoing, the issue should be determined prior to approval of a stipulation that disregards ownership responsibilities.

4.   Accordingly, in light of the Litigations and the Plan Trustee's obligations in connection therewith, this Court should not approve the stipulation sought in the Settlement Motion.

### RESERVATION OF RIGHTS

5.   Nothing asserted in this Response shall be construed as a waiver of any rights, privileges, or remedies available under applicable law. The JPM Litigation Defendants hereby reserve the right to amend, alter, revise or supplement this Response in light of any other information provided by the Plan Trustee. In addition, the filing of this Response is not exclusive of any other responses, objections, or loan file or information requests by the JPM Litigation Defendants or any affiliated or related entities, and is without prejudice to such parties' rights to make any such other responses, objections, or requests.

Dated: January 3, 2013
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/_

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

SIDLEY AUSTIN LLP
Alex R. Rovira
Sophia Park Mullen
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for the JPM Litigation Defendants*