IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPM Lititgation Defendants in the above referenced cases, and on the 3rd day of January, 2013, she caused a copy of the following:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE JPM LITIGATION DEFENDANTS TO THE PLAN TRUSTEE'S PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE §§ 105(a), 1142, AND 362(d) FOR AN ORDER (I) APPROVING THE STIPULATION BY AND AMONG THE PLAN TRUSTEE, IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, AND HOMEWARD RESIDENTIAL, INC. (F/K/A AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH MORTGAGE ACQUISITION CO., INC.)) RESOLVING CLAIMS RELATING TO THE DEBTORS' ACCOUNTS WITH IRON MOUNTAIN; AND (II) GRANTING RELIEF FROM STAY TO, AND AUTHORIZING DESTRUCTION OF CERTAIN DOCUMENTS HELD BY, IRON MOUNTAIN**

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak*
Frances A. Panchak

    SWORN TO AND SUBSCRIBED before me this 3rd day of January, 2013.

*Cassandra D. Lewicki*
Notary Public
CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Nov. 5, 2016

{519.005-W0024162.}

**AMERICAN HOME MORTGAGE CORP.,** *et al.*
**JPMORGAN CHASE BANK, N.A.**

**SERVICE LIST/LABELS**

*Via* **Hand Delivery**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 North King Street
Wilmington, DE 19801

*Via* **Hand Delivery**
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

*Via* **Facsimile**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400

19.005-W0003277.}