IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>American Home Mortgage<br>Holdings, Inc. *et al.,*<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Hearing Date: January 7, 2013 at 10:00 AM (ET)<br>Objection Date: January 3, 2103 at 11:00 AM (ET) (extended by agreement) |

**JOINDER OF THE FEDERAL HOME LOAN BANK OF CHICAGO, THE FEDERAL HOME LOAN BANK OF BOSTON, AND THE FEDERAL HOME LOAN BANK OF INDIANAPOLIS TO THE SUPPLEMENTAL LIMITED OBJECTION OF MASS MUTUAL TO THE ABANDONMENT MOTION OF THE PLAN TRUSTEE**

The Federal Home Loan Bank of Chicago, the Federal Home Loan Bank of Boston, and the Federal Home Loan Bank of Indianapolis, (collectively the "FHLBs"), by their undersigned co-counsel, hereby join in MassMutual's Limited Objection ("Objection") to the Plan Trustee's Motion to Abandon Documents, and in support thereof state as follows:

**JOINDER**

1. The FHLBs adopt and incorporate the arguments and assertions set forth in the Objection and reserve all rights to be heard before this Court with regard to the Plan Trustee's Abandonment Motion.

2. The FHLBs are federally chartered, privately capitalized, and independently managed banks. They are part of the Federal Home Loan Bank system, created by Congress to support residential mortgage lending and related community development—a goal that the FHLBs support by providing their member financial institutions with access to affordable capital and other programs. The FHLBs invested in private label mortgage backed securities ("PLMBS"). PLMBS are securities backed or collateralized by residential mortgages. The value of the PLMBS is heavily dependent upon the quality of the mortgage loans backing the

PLMBS.

3.	American Home Mortgage Corp. and American Home Mortgage Investment Corp. (jointly, "the Debtors") originated some of the mortgages backing certain of the PLMBS purchased by the FHLBs. The FHLBs have initiated litigation over many of the PLMBS in their portfolio. The total face value of the PLMBS at issue in these suits that are backed by mortgages originated by the Debtors is approximately $890 million.

4.	As set forth in the Objection, the Plan Trustee's motion should be denied to the extent it seeks the immediate destruction of approximately 600 boxes of documents that the Plan Trustee has determined may be relevant to ongoing litigation by MassMutual, the FHLBs, and other objectors.

5.	Counsel for the FHLBs understands that the storage cost for these 600 boxes will amount to roughly $300 per month. Given this minimal cost, and the possible relevance of these documents to ongoing litigation, any order authorizing the abandonment and/or destruction of documents by the Plan Trustee should be held in abeyance with respect to the 600 boxes for forty-five (45) days in order to permit MassMutual (and the other Objectors) and the Plan Trustee to finalize an agreement regarding the preservation of relevant documents.

6.	For these reasons, and the reasons set forth in the Objection, the FHLBs object to the relief sought in the motion.

WHEREFORE, the FHLBs respectfully request that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated: January 3, 2013

Wilmington, Delaware

        /s/ *Carmella P. Keener*
Carmella P. Keener (Del. Bar No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899
(302) 656-4433
ckeener@rmgglaw.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Dean Kawamoto
dkawamoto@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

***Attorneys for Plaintiff the Federal Home Loan Bank of Chicago; the Federal Home Loan Bank of Indianapolis; and the Federal Home Loan Bank of Boston***