# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
) SS 
NEW CASTLE COUNTY )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on January 2, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Findings of Fact and Conclusions of Law Following Trial and Post-Trial Briefing [D.I. 10713]

Order [D.I. 10714]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 2nd day of January 2013.

_____
Notary Public

MELISSA L. ROMANO 
NOTARY PUBLIC 
STATE OF DELAWARE 
My commission expires June 25, 2014

01: 6163664.17

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
***Federal Express***

01: 6163664.17