IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
                                                                    :
                             Debtors.                               :
------------------------------------------------------------------- x
```

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

      The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: January 3, 2013         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                      */s/ Sean M. Beach*
                                      Sean M. Beach (No. 4070)
                                      Margaret Whiteman Greecher (No. 4652)
                                      Michael S. Neiburg (No. 5275)
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400

                                      *Co-Counsel to the Plan Trustee*

01: 7856483.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

---

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

February 6, 2013 at 10:00 a.m.(ET)

March 5, 2013 at 11:00 a.m. (ET)

April 1, 2013 at 10:00 a.m. (ET)

Dated: January ____, 2013
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01: 7856483.9