IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
       Debtors.                                                           :
                                                                          :   Ref. No. 10686
------------------------------------------------------------------------- x

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trust's One Hundred Seventh Omnibus (Substantive) Objection to Claims Pursuant to 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") has been received. The Court's docket which was last updated January 3, 2013, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than December 31, 2012 at 4:00 p.m.

01:12499115.2

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
January 3, 2013

        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

        */s/ Michael S. Neiburg*
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware  19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Co-Counsel to the Plan Trustee*

01:12499115.2