IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                  :
                                                 :    Jointly Administered
                              Debtors.           :
--------------------------------------------------------------------- x
```

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

February 6, 2013 at 10:00 a.m.(ET)

March 5, 2013 at 11:00 a.m. (ET)

April 1, 2013 at 10:00 a.m. (ET)

Dated: January __/__, 2013
        Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01: 7856483.9