IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
                                                                         :
        Debtors.                                                         :
                                                                         :   Ref. No. 10668
------------------------------------------------------------------------ x

**CERTIFICATE OF COUNSEL**

        The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

    1.    On December 3, 2012, the Plan Trustee filed the Motion of the Plan Trustee for an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid in Full or in Part [D.I. 10668} (the "Motion").

    2.    Subsequent to filing the Motion, the Plan Trustee received several informal responses from claimants with respect to the Motion (the "Informal Responses"). The Plan Trustee has provided these claimants with further information which has resolved the Informal

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:13095978.1

Responses, and no further comment, answer, objection or responsive pleading to the Motion has been received from these claimants.

3.     Additionally, the Plan Trustee received a written response from Velda McCurley (the "McCurley Response").  The Plan Trustee has provided Velda McCurley with further information which has resolved the McCurley Response.  As a result, the McCurley Response was withdrawn by email dated January 3, 2013 (see **Exhibit A** attached).

4.     Responses to the Motion were to be filed and served no later than December 31, 2012 at 4:00 p.m. (ET).  The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or responsive pleading to the Motion has been received.  The Court's docket which was last updated January 4, 2013, reflects that no responses to the Motion have been filed.

[*Remainder of page intentionally left blank*]

01:13095978.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
January 4, 2013

        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

        */s/ Sean M. Beach*
        Sean M. Beach (No. 4070)
        Michael S. Neiburg (No. 5275)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        Alison M. Ladd
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Co-Counsel to the Plan Trustee*

01:13095978.1

**EXHIBIT A**

01:13095978.1

| | |
|---|---|
| **From:** | Alison Ladd |
| **Sent:** | Thursday, January 03, 2013 10:58 AM |
| **To:** | 'Velda McCurley' |
| **Subject:** | RE: Case # 07-11047..American Home Mtg. |
| **Attachments:** | image001.jpg |

Thanks, Velda. We will represent that you have withdrawn your claim (and any objection to the Motion) per you below email to the Court.

Thank you,
Alison

**From:** Velda McCurley [mailto:Velda@westech.net]
**Sent:** Thursday, January 03, 2013 10:07 AM
**To:** Alison Ladd
**Subject:** RE: Case # 07-11047..American Home Mtg.

Go ahead and withdraw my claim.


Thank You,
Velda McCurley


**From:** Alison Ladd [mailto:ALadd@hahnhessen.com]
**Sent:** Wednesday, January 02, 2013 12:49 PM
**To:** 'Velda McCurley'
**Subject:** RE: Case # 07-11047..American Home Mtg.

Velda -

   Following up on our conversation earlier, attached, please find the ADP payroll register that evidences payment of your scheduled claim in the amount of $3,400. As you can see, your gross payment for the period ending 8/31/07 was $3,400, and after statutory and voluntary deductions, you received $2484.95 via direct deposit on 9/10/07. I will give you a call shortly to discuss.

Thanks,
Alison




| | |
|---|---|
| Alison Ladd | Hahn & Hessen LLP |
| Associate | 488 Madison Avenue |
| 212.478.7329 | New York, NY 10022 |
| aladd@hahnhessen.com | T 212.478.7200 F 212.478.7400 |

This electronic transmission by the law firm of Hahn & Hessen LLP contains information that may be confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have

1

received this transmission in error, please notify Hahn & Hessen LLP at once at: helpdesk@hahnhessen.com or by calling 212.478.7200. To learn more about Hahn & Hessen LLP, please visit our website at www.hahnhessen.com.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any information contained in this e-mail or any attachments that may constitute U.S. federal tax advice is not intended, written, or posted to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter so addressed.

**From:** Velda McCurley [mailto:Velda@westech.net]
**Sent:** Monday, December 31, 2012 1:58 PM
**To:** Alison Ladd
**Subject:** Case # 07-11047..American Home Mtg.

Please see attached Proof of claim.



Thank You,
Velda McCurley
velda@westech.net
209-744-8488

2