IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | x  Chapter 11<br>:<br>:  Case No. 07-11047 (CSS)<br>:<br>:  Jointly Administered<br>:<br>:<br>x |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    I, R. Karl Hill, Esq., a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1(b), move the admission pro hac vice of Scott C. Shelley, Esquire, of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, to represent Massachusetts Mutual Life Insurance Company in the above-captioned cases.

Dated: January 4, 2013
       Wilmington, Delaware

SEITZ, VAN OGTROP & GREEN, P.A.

By: /s/ R. Karl Hill
R. Karl Hill
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Telephone: (302) 888-0600
Fax: (302) 888-0606

*Attorneys for Massachusetts Mutual Life Insurance Company*

03427.61997/5117673.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Bankruptcy Court Local Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York, New Jersey and Connecticut, and I am admitted to practice law in the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and the Eastern District of Michigan. Pursuant to Bankruptcy Court Local Rule 9010-1, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 4, 2013

/s/ Scott C. Shelley
Scott C. Shelley
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone: (212) 849-7000
Facsimile: (212) 849-7100

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2013

HON. CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE