## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Bankruptcy Court Local Rule 9010-1(b), I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York, New Jersey and Connecticut, and I am admitted to practice law in the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Connecticut, and the Eastern District of Michigan. Pursuant to Bankruptcy Court Local Rule 9010-1, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 4, 2013

/s/ Scott C. Shelley
Scott C. Shelley
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  (212) 849-7000
Facsimile: (212) 849-7100

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2013

HON. CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE