## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

American Home Mortgage
Holdings, Inc. *et al.,*

               Debtors.

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE
               SS:
NEW CASTLE COUNTY :

    I, Jody L. Shipley, certify that I am, and at all times during the service, have been, an employee of Rosenthal, Monhait & Goddess, P.A., not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 3, 2013, I caused service of the following:

**JOINDER OF THE FEDERAL HOME LOAN BANK OF CHICAGO, THE FEDERAL HOME LOAN BANK OF BOSTON, AND THE FEDERAL HOME LOAN BANK OF INDIANAPOLIS TO THE SUPPLEMENTAL LIMITED OBJECTION OF MASS MUTUAL TO THE ABANDONMENT MOTION OF THE PLAN TRUSTEE**

to be served by electronic filing via CM/ECF, upon the parties identified on the attached electronic filing system-generated list.

Date: January 4, 2013

                               *Jody L. Shipley*
                               Jody L. Shipley

               SWORN TO AND SUBSCRIBED before me this 4th day of January, 2013.

               *Nicole M Thompson*
               NOTARY

My commission expires:_____

NICOLE MARIE THOMPSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 30, 2013

**Carmella Keener**

| | |
|---|---|
| **From:** | DEBdb_ECF_Reply@deb.uscourts.gov |
| **Sent:** | Thursday, January 03, 2013 11:30 AM |
| **To:** | dummail@deb.uscourts.gov |
| **Subject:** | Ch-11 07-11047-CSS American Home Mort Objection |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Carmella P. Keener entered on 1/3/2013 at 11:29 AM EST and filed on 1/3/2013

| | |
|---|---|
| **Case Name:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS |
| **Document Number:** | 10719 |

**Docket Text:**
Limited Objection *(Joinder) to the Supplemental Limited Objection of Mass Mutual to the Abandonment Motion of the Plan Trustee* (related document(s)[10697]) Filed by Federal Home Loan Bank of Boston, Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Indianapolis (Keener, Carmella)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**joinder to limited objection.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/3/2013] [FileNumber=11338986-0]
[85a07e00a8e882e6b97167b4cc0be5e098757543bd1346518fce3e7ad789ce647e5a
1d81ad166bc40238f28c1f57cab754e99cb28bce08d1a80d5278c040adaf]]

**07-11047-CSS Notice will be electronically mailed to:**

Geoffrey S. Aaronson on behalf of Creditor Craven-Shaffer-North Bay Village
gaaronson@aaronsonpa.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Elihu Ezekiel Allinson, III on behalf of Creditor Julia Trister

ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

Jonathan B. Alter on behalf of Defendant McKee Nelson LLP n/k/a Bingham McCutchen LLP
jonathan.alter@bingham.com

Brian L. Arban on behalf of Interested Party Federal Deposit Insurance Corporation
barban@hillerarban.com

John R. Ashmead on behalf of Interested Party Deutsche Bank Trust Company Americas
ashmead@sewkis.com

Mary E. Augustine on behalf of Defendant Outsource Solutions, LLC
maugustine@bglawde.com

Mary E. Augustine on behalf of Interested Party Hazeltine Gates LLC
maugustine@bglawde.com

Robert T. Aulgur on behalf of Creditor CitiMortgage, Inc
bk.service@aulgur.com

Matthew P. Austria on behalf of Defendant CT Networks, Inc.
maustria@werbsullivan.com

James F. Bailey on behalf of Interested Party Gloria Kirk
jbailey@jfbailey.com, lharris@jfbailey.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

William Wright Banks on behalf of Creditor Georgia Department of Revenue
wbanks@law.ga.gov, 02bf@law.ga.gov

Fred Barakat on behalf of Defendant Corporate Resources Group, LLC
, paralegal_fredlaw@verizon.net

Richard A. Barkasy on behalf of Creditor Liberty Property Limited Partnership
rbarkasy@schnader.com

Daniel I. Barness on behalf of Interested Party
dbarness@smhbhlaw.com

Michael Jason Barrie on behalf of Creditor Liberty Property Limited Partnership
mbarrie@beneschlaw.com,
ehein@beneschlaw.com;docket@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;rlemisch@beneschlaw.com

Ryan M. Bartley on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Leonora K. Baughman on behalf of Creditor Oakland County Treasurer
lbaughman@kaalaw.com, ecf@kaalaw.com

Sean Matthew Beach on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Christopher R. Belmonte on behalf of Interested Party
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com

Don A. Beskrone on behalf of Creditor American Security Insurance Company, Standard Guaranty Insurance
Company, Voyager Indemnity Insurance Company and Assurant Group
dbeskrone@ashby-geddes.com

Jennifer Leigh Best on behalf of Creditor United States Internal Revenue Service
jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Robert K. Beste on behalf of Defendant First American Flood Data Services, Inc.
rbeste@cohenseglias.com, swilliams@cohenseglias.com,susdin@cohenseglias.com,searle@cohenseglias.com

Karen C Bifferato on behalf of Creditor Inland US Management, LLC
kbifferato@connollygallagher.com

Ian Connor Bifferato on behalf of Interested Party The Official Committee of Unsecured Creditors
cbifferato@bifferato.com

Danielle S. Blount on behalf of Defendant Home Buyers Marketing II, Inc. d/b/a HBM II Fulfillment Center
dblount@foxrothschild.com, dkemp@foxrothschild.com

Joseph J. Bodnar on behalf of Attorney Official Committee of Unsecured Creditors
jbodnar@BodnarLaw.net, jjbodn@aol.com

Hilary B Bonial on behalf of Creditor CitiMortgage, Inc.
notice@bkcylaw.com

William Pierce Bowden on behalf of Attorney Ashby & Geddes, P.A.
wbowden@ashby-geddes.com

Donald J. Bowman on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Robert S. Brady on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Patrick M. Brannigan on behalf of Defendant Showcase of Agents, L.L.C.
pbrannigan@crosslaw.com

Timothy W. Brink on behalf of Defendant INNERWORKINGS, INC.
timothy.brink@dlapiper.com

Charles J. Brown on behalf of Creditor AT&T Inc.
cbrown@gsbblaw.com, dabernathy@archerlaw.com

Stuart M. Brown on behalf of Creditor Countrywide Home Loans, Inc.

stuart.brown@dlapiper.com

Amy D. Brown on behalf of Creditor Shoreham Viewridge, LLC d/b/a Shoreham Place
abrown@margolisedelstein.com

Mark Browning on behalf of Creditor Texas Comptroller Of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

William J. Burnett on behalf of Creditor BP Kingstowne Office Building K LLC
william.burnett@flastergreenberg.com

Michael G. Busenkell on behalf of Counter-Defendant Calyon New York Branch
mbusenkell@gsbblaw.com

John W. Butler on behalf of Creditor City of Fraser
info@butler-butler.com, jbutler@butler-butler.com

Mary Caloway on behalf of Creditor HSI Asset Securitization Corporation and HSBC Bank USA, National
Association
mary.caloway@bipc.com

David W. Carickhoff on behalf of Attorney Blank Rome LLP
carickhoff@blankrome.com, senese@blankrome.com

John T. Carroll on behalf of Interested Party Citibank, N.A.
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

Marc Stephen Casarino on behalf of Creditor ACE American Insurance Company
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Mark S. Chehi on behalf of Defendant DELOITTE & TOUCHE LLP
mark.chehi@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;mirjana.mirkovic@skadden.com;wendy.lamanna@sk
adden.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc., successor in interest to Oracle USA, Inc.,
and Oracle Corporation
schristianson@buchalter.com, cmcintire@buchalter.com

Legrand L. Clark, III on behalf of Creditor Indiana Department Of Revenue-Bankruptcy Division
legrand.clark@atg.in.gov, james.green@atg.in.gov

M. Blake Cleary on behalf of Defendant American Home Mortgage Acceptance, Inc.
bankfilings@ycst.com

Lisa L. Coggins on behalf of Spec. Counsel Ferry, Joseph & Pearce, P.A.
lcoggins@ferryjoseph.com

Ronald L. Cohen on behalf of Attorney Seward & Kissel LLP
cohen@sewkis.com

Jacob Charles Cohn on behalf of Plaintiff Triad Guaranty Insurance Corp.
jcohn@cozen.com, irosenberg@cozen.com

Mark D. Collins on behalf of Creditor ABN AMRO Bank N.V.
rbgroup@rlf.com

Kevin G. Collins on behalf of Spec. Counsel Bifferato LLC
kevin.collins@btlaw.com, pgroff@btlaw.com

Kelly M. Conlan on behalf of 3rd Pty Defendant Digitech Systems, Inc.
kconlan@connollygallagher.com

Nancy A. Connery on behalf of Interested Party STWB, Inc.
nconnery@schoeman.com, jspin@schoeman.com;gcarrion@schoeman.com

L. Jason Cornell on behalf of Defendant On Guard Security Services, Inc.
jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com

Victoria Watson Counihan on behalf of Defendant Attorneys' Title Insurance Fund, Inc.
bankruptcydel@gtlaw.com, thomase@gtlaw.com;dellitdock@gtlaw.com

Curtis J Crowther on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com, ccrowther@ycst.com

Donna L. Culver on behalf of Defendant Touch LLC
dculver@mnat.com, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Financial Guaranty Insurance Company
dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

Julius O. Curling on behalf of Interested Party
curlingj@michigan.gov

Teresa K.D. Currier on behalf of Creditor Societe Generale
tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com

Tobey M. Daluz on behalf of Creditor Countrywide Home Loans, Inc.
daluzt@ballardspahr.com

Martin J. Davis on behalf of Interested Party
martin.davis@ots.treas.gov

Charlene D. Davis on behalf of Interested Party Lehman Brothers Inc.
bankserve@bayardlaw.com,
cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com

John D. Demmy on behalf of Defendant Commonwealth Edison Company dba ComEd
jdd@stevenslee.com

John P. Dillman on behalf of Creditor Angelina County

houston_bankruptcy@publicans.com

John T. Dorsey on behalf of Defendant American Home Mortgage Acceptance, Inc.
bankfilings@ycst.com

Kristi J. Doughty on behalf of Creditor Aurora Loan Services LLC
bk.service@aulgur.com

Thomas F. Driscoll on behalf of Spec. Counsel Bifferato LLC
tdriscoll@bifferato.com

Peter James Duhig on behalf of Creditor HSI Asset Securitization Corporation and HSBC Bank USA, National
Association
peter.duhig@bipc.com, tammy.rogers@bipc.com

Justin K. Edelson on behalf of Attorney Polsinelli Shughart PC
jedelson@polsinelli.com, LSuprum@Polsinelli.com

Erin Edwards on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Jon M. Egan on behalf of Creditor Zoa Nielsen
jegan@eganlegalteam.com, mlauzier@eganlegalteam.com

Adam R. Elgart on behalf of Interested Party Regions Mortgage, Inc.
aelgart@mwm-law.com, mweisberg@mwm-law.com

Margaret Fleming England on behalf of Counter-Defendant Calyon New York Branch
mfe@darbylawllc.com

Kenneth J. Enos on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

William W. Erhart on behalf of Defendant Chandler Signs L.L.P.
erhart@erhartlaw.com

Michael Seth Etkin on behalf of Auctioneer Investors and the Class
metkin@lowenstein.com

Justin Cory Falgowski on behalf of Creditor Federal Home Loan Mortgage Corporation
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett D. Fallon on behalf of Creditor CitiMortgage, Inc.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Bonnie Glantz Fatell on behalf of Attorney Blank Rome LLP
fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Defendant Corporate Resources Group, LLC
fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.
fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.
fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark Felger
mfelger@cozen.com, mmillis@cozen.com

David L. Finger on behalf of Creditor Christian Kohl
dfinger@delawgroup.com

William R. Firth on behalf of Defendant The McGraw-Hill Companies d/b/a Standard & Poor's Ratings Services, and Standard & Poor's Financial Services LLC
WFirth@zarwin.com

Norman P. Fivel on behalf of Creditor New York State Department of Taxation and Finance
norman.fivel@oag.state.ny.us

David M. Fournier on behalf of Defendant EPLUS TECHNOLOGY, INC.
fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

Joseph D. Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Susan R. Fuertes on behalf of Creditor ALDINE INDEPENDENT SCHOOL DISTRICT
courtnotices@fuerteslawfirm.com, sfuertes@fuerteslawfirm.com

Samuel B. Garber on behalf of Creditor General Growth Management, Inc.
ggpbk@generalgrowth.com, ggpbk@generalgrowth.com

Yonatan Gelblum on behalf of Creditor United States Internal Revenue Service
yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

Ronald S. Gellert on behalf of Creditor Fidelity and Deposit Company of Maryland, its affliates, parents and
subsidiaries, including, but not limited to Zurich American Insurance Company
rgellert@gsbblaw.com

Margaret Whiteman Greecher on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

James S. Green, Jr. on behalf of Counter-Claimant JPMorgan Chase Bank, N.A.
green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com

Robert E. Greenberg on behalf of Interested Party
rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com

Norman Christopher Griffiths on behalf of Creditor ORIX Capital Markets, LLC
cgriffiths@cblh.com

Karen M. Grivner on behalf of Defendant Drew & Rogers, Inc.
kgrivner@thorpreed.com, sambrose@thorpreed.com

Whitney Groff on behalf of Creditor America's Servicing Company
ecfmail@aclawllp.com

Nathan D. Grow on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Victoria A. Guilfoyle on behalf of Attorney Official Committee of Unsecured Creditors
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff The Official Committee of Unsecured Creditors of American Home
Mortgage Holdings, Inc., et al.
guilfoyle@blankrome.com

Virginia Whitehill Guldi on behalf of Interested Party National Credit Union Administration Board
vguldi@zuckerman.com

Kurt F. Gwynne on behalf of Creditor The Palmer House Hilton
kgwynne@reedsmith.com, llankford@reedsmith.com

Eric J. Haber on behalf of Mediator Eric Haber
ehaber@cooley.com

Kara Hammond Coyle on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Jason W. Harbour on behalf of Attorney Hunton & Williams LLP
jharbour@hunton.com

Lee Harrington on behalf of Creditor Deutsche Bank National Trust Company

lharrington@nixonpeabody.com

Donna L. Harris on behalf of Creditor TPRF/THC HavenPark, LLC
dharris@phw-law.com

Edwin J. Harron on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

A. Michelle Hart on behalf of Creditor America's Servicing Company
BkMail@prommis.com

Lisa R. Hatfield on behalf of Creditor Aurara Loan Services, LLC as servicer for Mortgage Electronic
Registration, Inc., as nominee for HLB Mortgage
lhatfield@closingsource.net,
DEECF@closingsource.net;ESerrano@closingsource.net;jsegal@closingsource.net

William A. Hazeltine on behalf of Creditor MERS
Bankruptcy001@sha-llc.com

Curtis A. Hehn on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
chehn@pszjlaw.com

Reed A. Heiligman on behalf of Defendant Experian Information Solutions, Inc.
rheiligman@fgllp.com, ccarpenter@fgllp.com

R. Karl Hill on behalf of Creditor Massachusetts Mutual Life Insurance Company
khill@svglaw.com, cday@svglaw.com

Adam Hiller on behalf of Attorney Draper & Goldberg, P.L.L.C.
ahiller@hillerarban.com

Adam Hiller on behalf of Attorney Draper & Goldberg, P.L.L.C.
ahiller@hillerarban.com

Adam Hiller on behalf of Attorney Draper & Goldberg, P.L.L.C.
ahiller@hillerarban.com

Luke Phillip Hodgin on behalf of Creditor Indiana Department Of Revenue-Bankruptcy Division
luke.hodgin@atg.in.gov, james.green@atg.in.gov

Daniel K. Hogan on behalf of Creditor Sun Life Assurance Company of Canada (U.S.)
dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com

Nancy Hotchkiss on behalf of Creditor COWIFI Ironpoint
nhotchkiss@trainorfairbrook.com

James E. Huggett on behalf of Creditor David Michaud
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Mark T Hurford on behalf of Respondent Citigroup Global Markets Inc.
mhurford@camlev.com

David W. Huston on behalf of Defendant MVCC Sierra LLC d/b/a Mountainview Corporate Centre
smccoll@aol.com, dwh@hustonlaw.net;swaits@hustonlaw.net

Mark S. Indelicato on behalf of Plaintiff Steven D. Sass, As Plan Trustee Of The American Home Mortgage Plan Trust
mindelicato@hahnhessen.com,
kcraner@hahnhessen.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;
nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;ckang@hahnhessen.com;ala
dd@hahnhessen.com;chunker@hahnhessen.com

Regina A. Iorii on behalf of Creditor 1140 Galaxy Way, Inc.
riorii@werbsullivan.com

Patrick A. Jackson on behalf of Counter-Defendant American Home Mortgage Investment Corp.
bankfilings@ycst.com

Tyler B. Jones on behalf of Creditor American Home Mortgage Servicing, Inc.
notice@bkcylaw.com

Roland Gary Jones on behalf of Defendant P.M.C. Investigations & Security, Inc.
rgjresearch3@gmail.com

Michael Joseph Joyce on behalf of Defendant Showcase of Agents, L.L.C.
mjoyce@crosslaw.com

Dean Kawamoto on behalf of Interested Party Federal Home Loan Bank of Boston
dkawamoto@kellerrohrback.com

Benjamin W. Keenan on behalf of Creditor CIFG Assurance North America, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Carmella P. Keener on behalf of Interested Party Federal Home Loan Bank of Boston
ckeener@rmgglaw.com

Brya M. Keilson on behalf of Creditor Fidelity and Deposit Company of Maryland, its affliates, parents and subsidiaries, including, but not limited to Zurich American Insurance Company
delawarebankruptcy@eckertseamans.com, bkeilson@eckertseamans.com

Daniel C. Kerrick on behalf of Creditor CBS Outdoor Inc.
dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com

William H. Kiekhofer on behalf of Creditor Arden Realty Limited Partnership
wkiekhofer@mayerbrownrowe.com

Shelley A. Kinsella on behalf of Creditor WILMINGTON TRUST COMPANY
sak@elliottgreenleaf.com

Barry M. Klayman on behalf of Creditor Triad Guaranty Insurance Corp.
bklayman@cozen.com

Adam T Klein on behalf of Plaintiff Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated
atk@outtengolden.com

Jeremy C. Kleinman on behalf of Defendant Experian Information Solutions, Inc.
jkleinman@fgllp.com, ccarpenter@fgllp.com

Steven K. Kortanek on behalf of Creditor Credit Suisse First Boston Mortgage Capital LLC,, Credit Suisse First Boston LLC. Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman Islands Branch, and its affiliates
skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com

Edward J. Kosmowski on behalf of Debtor American Home Mortgage Holdings, Inc.
ekosmowski@epiqsystems.com

Denise Seastone Kraft on behalf of Creditor Countrywide Home Loans, Inc.
denise.kraft@dlapiper.com

Jordan A. Kroop on behalf of Interested Party Squire, Sanders & Dempsey L.L.P.
jordan.kroop@squiresanders.com,
karen.graves@squiresanders.com;bradley.cosman@squiresanders.com;thomas.salerno@squiresanders.com

Carl N. Kunz on behalf of Defendant Bellagio
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N Kunz on behalf of Plaintiff Community Development Administration, a governmental unit of the Department of Housing and Community Development, a principal department of Maryland state government
ckunz@morrisjames.com

Adam G. Landis on behalf of Creditor JPMorgan Chase Bank, N.A.
landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

Michael R. Lastowski on behalf of Creditor Impac Funding Corporation
mlastowski@duanemorris.com

Ryan O. Lawlor on behalf of Creditor Brett Lotsoff
ryan.lawlor@bryancave.com

Kimberly Ellen Connolly Lawson on behalf of Creditor Federal Home Loan Mortgage Corporation
klawson@reedsmith.com

Steven R. Lefkofsky on behalf of Creditor InnerWorkings, Inc.
tszewczul@lgpclaw.com

Raymond H. Lemisch
rlemisch@beneschlaw.com, ehein@beneschlaw.com

Raymond Howard Lemisch on behalf of Interested Party DDR Southeast Fountains, L.L.C.
rlemisch@beneschlaw.com,
jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com

Raymond Howard Lemisch on behalf of Mediator Raymond Lemisch
rlemisch@adelmanlaw.com,
adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com

Raymond Howard Lemisch on behalf of Mediator Raymond Lemisch
rlemisch@adelmanlaw.com,
adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com

Raymond Howard Lemisch on behalf of Mediator Raymond Lemisch
rlemisch@adelmanlaw.com,
adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com

Raymond Howard Lemisch on behalf of Mediator Raymond Lemisch
rlemisch@adelmanlaw.com,
adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com

Raymond Howard Lemisch on behalf of Mediator Raymond Lemisch
rlemisch@adelmanlaw.com,
adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com

Scott J. Leonhardt on behalf of Defendant Blackrock Financial Management, Inc.
leonhardt@teamrosner.com

Ira M. Levee on behalf of Attorney Lowenstein Sandler PC
ilevee@lowenstein.com, krosen@lowenstein.com

Scott K. Levine on behalf of Interested Party De Lage Landen Financial Services, Inc.
slevine@platzerlaw.com, esalan@platzerlaw.com;tsadutto@platzerlaw.com

R. Frederick Linfesty on behalf of Creditor Iron Mountain Information Management, Inc.
bankruptcy@ironmountain.com

Derek W. Loeser on behalf of Interested Party Federal Home Loan Bank of Boston
dloeser@kellerrohrback.com,
jtuatoo@kellerrohrback.com;eriley@kellerrohrback.com;dwilcher@kellerrohrback.com

Nancy F. Loftus on behalf of Creditor Fairfax County, VA
Nancy.Loftus@fairfaxcounty.gov

Christopher Dean Loizides on behalf of Defendant Moody's Investors Service, Inc.
loizides@loizides.com

Russell S. Long on behalf of Interested Party
, porin@dkattorneys.com

Sherry Lowe Johnson on behalf of Creditor National City Commercial Capital Company, LLC
sjohnson@dilworthlaw.com

Matthew Barry Lunn on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Gabriel R. MacConaill on behalf of Attorney Official Committee of Unsecured Creditors
gmacconaill@sidley.com, bankruptcy@potteranderson.com

Thomas G. Macauley on behalf of Interested Party Certain Individuals
bankr@zuckerman.com

Jason M. Madron on behalf of Creditor LBA Melville Associates
madron@rlf.com, rbgroup@rlf.com

Robert W. Mallard on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
mallard.robert@dorsey.com

Sean D. Malloy on behalf of Attorney Ronald Bergum
smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com

Kevin J Mangan on behalf of Counter-Claimant Triad Guaranty Insurance Corp.
kmangan@wcsr.com, hsasso@wcsr.com

Jeffrey S. Margolin on behalf of Creditor James W. Giddens, as Trustee for Lehman Brothers Inc.
margolin@hugheshubbard.com, lubell@hugheshubbard.com

R. Craig Martin on behalf of Creditor Countrywide Home Loans, Inc.
craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com

Robert A. McCall on behalf of Creditor Champion & Associates, P. C.
rmccall@peabodyarnold.com

David B. McCall on behalf of Creditor City of Garland Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Garvan F. McDaniel on behalf of Attorney Official Committee of Unsecured Creditors
gmcdaniel@bglawde.com

Patricia P. McGonigle on behalf of Defendant Ajilon Professional Staffing, LLC
pmcgonigle@svglaw.com, dclack@svglaw.com

Lorraine S. McGowen on behalf of Creditor Nomura Credit & Capital, Inc.
lmcgowen@orrick.com, aenglund@orrick.com

Matthew B. McGuire on behalf of Counter-Claimant JPMorgan Chase Bank, N.A.
mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Lisa Cresci McLaughlin on behalf of Creditor FRMC Financial, Inc.
mmo@pgslaw.com;scs@pgslaw.com

Brian J. McLaughlin on behalf of Defendant Trusted Force, LLC d/b/a Trustedforce
bmclaughlin@monlaw.com

Joseph J. McMahon on behalf of Defendant CFN Finance, Inc.
jmcmahon@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;jclarke@ciardilaw.com

R. Stephen McNeill on behalf of Counter-Claimant Bank of America, N.A.
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

Evelyn J. Meltzer on behalf of Creditor Deutsche Bank National Trust Company
meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com

Rachel B. Mersky on behalf of Defendant THE RICHARD MICHAEL GROUP, INC.
rmersky@monlaw.com

Michael E. Meyers on behalf of Creditor Charles County, Maryland
bdept@mrrlaw.net

Michael P. Migliore on behalf of Defendant Broker Agent Magazine, LLC
mpm@skjlaw.com

Maria Ann Milano on behalf of Defendant Microsoft Corporation f/k/a Microsoft Licensing, Inc. d/b/a
Microsoft Licensing, GP
mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com

Rick S. Miller on behalf of Creditor Alison Zea
rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Kathleen M. Miller on behalf of Defendant Broker Agent Magazine, LLC
kmiller@skjlaw.com, dlm@skjlaw.com

Stephan William Milo on behalf of Defendant Capital Contractors, Inc.
smilo@wawlaw.com,
hvanlear@wawlaw.com;jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com

Maribeth L Minella on behalf of Defendant American Home Mortgage Acceptance, Inc.
bankfilings@ycst.com

Mark Minuti on behalf of Creditor American Home Mortgage Servicing, Inc.
mminuti@saul.com, rwarren@saul.com

Cynthia E Moh on behalf of Defendant FEDEX CORPORATION and FEDEX KINKO'S OFFICE AND
PRINT SERVICES, INC. d/b/a FEDEX KINKO'S
cbaldwin@eapdlaw.com, charlotte.neuberger@dlapiper.com

Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue
Shield
bankruptcy@morrisoncohen.com

Carol E. Momjian on behalf of Creditor Commonwealth of PA
cmomjian@attorneygeneral.gov

Francis A. Monaco on behalf of Creditor Barclays Bank PLC
fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

Norman M. Monhait on behalf of Counter-Defendant Broadhollow Funding, LLC
nmonhait@rmgglaw.com

Eric J. Monzo on behalf of Defendant Bellagio
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Martin A. Mooney on behalf of Creditor DCFS Trust
jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com

Sheryl L. Moreau on behalf of Creditor Missouri Department Of Revenue
deecf@dor.mo.gov

Pauline K. Morgan on behalf of Attorney Young Conaway Stargatt & Taylor, LLP
bankfilings@ycst.com

Jeanne Morton on behalf of Creditor America's Servicing Company
bkmail@prommis.com, jnm@mccallaraymer.com

Michael P. Morton on behalf of Defendant Baltimore Gas and Electric Company d/b/a BGE
mpmpa@aol.com,
mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com

Guy B. Moss on behalf of Creditor SOVEREIGN BANK
gmoss@riemerlaw.com

Tina Niehold Moss on behalf of Interested Party Law Debenture Trust Company of New York, as Indenture
Trustee
tmoss@perkinscoie.com

Lucian Borders Murley on behalf of Creditor Securitization Trusts
, lmurley@saul.com;rwarren@saul.com

Kathleen A. Murphy on behalf of Defendant Qwest Business and Government Services, Inc.
kmurphy@reedsmith.com

Carl D. Neff on behalf of Defendant CFN Finance, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Carl D. Neff on behalf of Defendant CFN Finance, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Michael S. Neiburg on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Seth A. Niederman on behalf of Defendant Mortgage Guaranty Insurance Corporation
sniederman@foxrothschild.com, dkemp@foxrothschild.com

Jami B. Nimeroff on behalf of Creditor Microsoft Corporation
jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com

William Novotny on behalf of Creditor Waterfall Shopping Center Inc.
william.novotny@mwmf.com

Edward Patrick O'Brien on behalf of Defendant Reckson Australia Portfolio Clearing
eobrien@sbchlaw.com

Mark D. Olivere on behalf of Interested Party Countrywide Home Loans, Inc.
olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com

Ricardo Palacio on behalf of Creditor United Guaranty Services, Inc., United Guaranty Residential Insurance
Company and United Guaranty Mortgage Indemnity Company
rpalacio@ashby-geddes.com

Mona A. Parikh on behalf of Interested Party Securities Industry and Financial Markets Association
mona.parikh@bipc.com

Tally F. Parker on behalf of Creditor City of Irving, TX (Tax)
shanimo1965@yahoo.com

Paul J. Pascuzzi on behalf of Creditor California Housing Finance Agency
ppascuzzi@ffwplaw.com

James L. Patton on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

James K. Pendergrass, Jr. on behalf of Creditor Sun Life Assurance Company of Canada
tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com

John C. Phillips on behalf of Creditor American Lien Fund, L.P.
tlb@pgslaw.com;scs@pgslaw.com

Marc J. Phillips on behalf of Creditor Los Angeles County Treasurer and Tax Collector
mphillips@regerlaw.com

Tanya E. Pino on behalf of Defendant Ricoh Americas Corporation
tepino@prickett.com

Dana S. Plon on behalf of Creditor Fidelity Court Associates
dplon@sirlinlaw.com

Laurie S. Polleck on behalf of Defendant Elite Fire Protection Inc.
lauriespolleck@aol.com, polleck@loizides.com

Stephen B. Porterfield on behalf of Creditor Hoover Court, LLC
sporterfield@sirote.com

David P. Primack on behalf of Defendant Robert Half International Inc. d/b/a OfficeTeam
dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com, bevans@balch.com

Michael Reed on behalf of Creditor County Of Denton
decourts@mvbalaw.com

Patrick J. Reilley on behalf of Creditor Drew & Rogers, Inc.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

Richard W. Riley on behalf of Creditor Aon Consulting, Inc. and Aon Investment Consulting, Inc.
rwriley@duanemorris.com

Martha E. Romero on behalf of Creditor California Taxing Authorities
romero@dslextreme.com

Alan Michael Root on behalf of Attorney Hahn & Hesssen LLP
root@blankrome.com, senese@blankrome.com

George Rosenberg on behalf of Creditor Treasurer of Arapahoe County
grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us

Frederick Brian Rosner on behalf of 3rd Party Plaintiff Digital Storage Solutions, Inc.
rosner@teamrosner.com

Frederick Brian Rosner on behalf of Interested Party De Lage Landen Financial Services, Inc.
fbrosner@duanemorris.com

Sommer Leigh Ross on behalf of Creditor Homesales, Inc.
slross@duanemorris.com

Rene S. Roupinian on behalf of Plaintiff Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated
rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;sechegaray@outtengolden.com

Alex R. Rovira on behalf of Creditor J.P. Morgan Acceptance Corporation I and related entities
arovira@sidley.com, stattan@sidley.com;emcdonnell@sidley.com;kstark@sidley.com

Brian Salwowski on behalf of Creditor Indiana Department Of Revenue-Bankruptcy Division
bsalwowski@atg.state.in.us

Christopher M. Samis on behalf of Interested Party The Bank of New York
samis@rlf.com, rbgroup@rlf.com

Christopher M. Samis on behalf of Interested Party The Bank of New York
samis@rlf.com, rbgroup@rlf.com

Diane W. Sanders on behalf of Creditor Bexar County
austin.bankruptcy@publicans.com

Bradford J. Sandler on behalf of Interested Party Vantage Pointe Capital, LLC
bsandler@pszjlaw.com

Maria Aprile Sawczuk on behalf of Interested Party Aurora Loan Services, LLC
marias@drapgold.com

Todd Charles Schiltz on behalf of Creditor Wells Fargo Bank, N.A.
todd.schiltz@dbr.com, mahassein.johnson@dbr.com

Mary A. Schmergel on behalf of Creditor United States of America (on behalf of the Government National
Mortgage Association)
mary.schmergel@usdoj.gov

Eric Lopez Schnabel on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
de.ecf@Dorsey.com

Edward L. Schnitzer on behalf of Attorney Official Committee of Unsecured Creditors
eschnitzer@hahnhessen.com,
jsmith@hahnhessen.com;kprimm@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;jzaw
adzki@hahnhessen.com;kcraner@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com

Patricia H. Schrage on behalf of Interested Party
schragep@sec.gov

Sandra G.M. Selzer on behalf of Interested Party AH Mortgage Acquisition Co., Inc.
selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;dellitdock@gtlaw.com

Michael R. Sew Hoy on behalf of Creditor United States of America (on behalf of the Federal Housing
Administration)
michael.r.sew.hoy@usdoj.gov

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch ISD
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com, ctracy@riddellwilliams.com

Russell C. Silberglied on behalf of Interested Party The Bank of New York
silberglied@rlf.com, rbgroup@rlf.com

Kenneth P Silverman on behalf of Mediator Kenneth Silverman
KSilverman@SilvermanAcampora.com, LKatz@SilvermanAcampora.com

Laurie Selber Silverstein on behalf of Creditor Bank of America N.A.
bankruptcy@potteranderson.com

Christopher Page Simon on behalf of Creditor Fannie Mae
csimon@crosslaw.com

Karen B. Skomorucha Owens on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC
kskomorucha@ashby-geddes.com

Ellen W. Slights on behalf of Creditor United States/USAO

usade.ecfbankruptcy@usdoj.gov

Elizabeth A. Sloan on behalf of Plaintiff The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.
sloan@blankrome.com

Eric J. Snyder on behalf of Defendant The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries
esnyder@wilkauslander.com

Stephen W. Spence on behalf of Defendant R.J. Foote Floors in Fashions, Inc. (a/k/a R.J. Foote Floor-in-Fashion Inc.)
ss@pgslaw.com, scs@pgslaw.com

Marvin E. Sprouse on behalf of Defendant ILINC COMMUNICATIONS, INC.
msprouse@jw.com, kgradney@jw.com;ccthomas@jw.com

Karen J. Stapleton on behalf of Creditor County of Loudoun, Virginia
Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov

Catherine Steege on behalf of Creditor Fannie Mae
csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com

Amanda R. Steele on behalf of Creditor Federal Housing Finance Agency as Conservator
steele@rlf.com, greer@rlf.com

David B. Stratton on behalf of Mediator David Stratton
strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

David B. Stratton on behalf of Mediator David Stratton
strattond@pepperlaw.com, wlbank@pepperlaw.com

John H. Strock on behalf of Creditor JPMorgan Chase Bank, N.A.
jstrock@foxrothschild.com, dkemp@foxrothschild.com

Nicola G. Suglia on behalf of Interested Party
fleischercases@fleischerlaw.com

Brian A. Sullivan on behalf of 3rd Pty Defendant NewWave Technologies, Inc.
bsullivan@werbsullivan.com, abrown@werbsullivan.com

William D. Sullivan on behalf of Creditor Mary O'Connell
wdsecfnotices@sha-llc.com

Eric Michael Sutty on behalf of Interested Party Bracebridge Capital, LLC
ems@elliottgreenleaf.com

Eric Michael Sutty on behalf of Plaintiff Natixis Real Estate Capital Inc.
ems@elliottgreenleaf.com

Justin M. Swartz on behalf of Plaintiff Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons

similarly situated
jms@outtengolden.com

Stanley B. Tarr on behalf of Trustee Steven D. Sass, Plan Trustee
tarr@blankrome.com

Gregory Alan Taylor on behalf of Creditor American Security Insurance Company, Standard Guaranty
Insurance Company, Voyager Indemnity Insurance Company and Assurant Group
gtaylor@ashby-geddes.com

William F. Taylor on behalf of Creditor Verizon Global
bankdel@comcast.net, bankruptcydel@mccarter.com

William F. Taylor on behalf of Defendant ADP, Inc. a/k/a Automatic Data Processing, Inc.
bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

James C. Tecce on behalf of Defendant American Home Mortgage Acceptance, Inc.
jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com

Christina M. Thompson on behalf of Creditor Inland US Management, LLC
cthompson@connollygallagher.com

Stephanie Noble Tickle on behalf of Defendant CB Contractors, Inc.
snoble@margolisedelstein.com

James Tobia on behalf of Defendant P.M.C. Investigations & Security, Inc.
jimtobia@comcast.net;bankserve@tobialaw.com

Marikae G. Toye on behalf of Creditor State Of New Jersey, Division of Taxation
marikae.toye@dol.lps.state.nj.us

Robert A. Trodella, Jr. on behalf of Creditor Washington Mutual Bank FA
rtrodella@jonesday.com, mplace@jonesday.com

Francis J. Trzuskowski on behalf of Creditor Champion & Associates, P. C.
fjt@elzufon.com

Travis N. Turner on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Annie Verdries on behalf of Creditor MNL Global Inc
verdries@ldbb.com

Joel A. Waite on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

Kimberly Luff Wakim on behalf of Defendant Advisor Centric, Inc.
kwakim@thorpreed.com, jdingfelder@thorpreed.com

Madeleine Carmel Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, tkendell@gustlaw.com

Christopher A. Ward on behalf of Interested Party Goldman Sachs Mortgage Company
cward@polsinelli.com, LSuprum@Polsinelli.com

Jeffrey R. Waxman on behalf of Creditor CitiMortgage, Inc.
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

John R. Weaver on behalf of Creditor Banc of America Leasing and Capital, LLC
jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com

Helen Elizabeth Weller on behalf of Creditor Angelina County
dallas.bankruptcy@publicans.com

Duane David Werb on behalf of Creditor 1140 Galaxy Way, Inc.
maustria@werbsullivan.com;riorii@werbsullivan.com

Gregory W. Werkheiser on behalf of Defendant Barclays Bank PLC
gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com

Michael Gregory Wilson on behalf of Creditor Calyon New York Branch
mwilson@hunton.com, shislop@hunton.com

Amanda Marie Winfree on behalf of Creditor Aurora Loan Services LLC
awinfree@ashby-geddes.com

William G. Wright on behalf of Creditor Banc of America Leasing and Capital, LLC
wwright@capehart.com, jlafferty@capehart.com

Kelly W. Wright on behalf of Creditor Salt Lake County Treasurer
kwright@slco.org

Karon Y. Wright on behalf of Creditor Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Michael W. Yurkewicz on behalf of Defendant WAREHOUSELINE, LTD.
myurkewicz@klehr.com

Rafael Xavier Zahralddin-Aravena on behalf of Creditor FNC, Inc.
rxza@elliottgreenleaf.com

Craig J. Ziady on behalf of Creditor Cummings Properties, LLC
legal@cummings.com

Sharon M Zieg on behalf of Debtor American Home Mortgage Holdings, Inc.
bankfilings@ycst.com

**07-11047-CSS Notice will not be electronically mailed to:**