**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN-IN SHEET

**COURTROOM LOCATION:** 6
**DATE:** 1/7/12 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KARL HILL | SEITZ VAN OGTROP + GREEN, P.A. | MASS MUTUAL |
| Cornelia P. Keener | Rosenthal, Monhait & Goddess P.A | Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Boston, Federal Home Loan Bank of Indianapolis |
| SCOTT SHELLY | QUINN IMMANUEL | MASS MUTUAL |
| Brian Arba | Hiller & Arban LLC | FDIC, Fed. HLoan Bank of Seattle, FJ Home Loan Bank of San Francisco |
| Patricia Jackson | YCST | Plan Trust |
| Sean Beach | YCST | Plan Trust |
| R. Stephen McNeill | Potter Anderson & Corroon | Bank of America as Agent |
| Mark Collins | RLF | Federal Housing Finance Agency |
| Amanda Steele | " " | " |
| Scott K. McCulloch | Kobre + Kim LLP | " |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan |
| Charles Brown | Ballard Spahr Burnstadt Ranh | Bear Stearns |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 01/07/2013
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 5359393 | Mark Indelicato | (212) 478-7320 | Hahn & Hessen LLP | Interested Party, Steven D. Sass, Plan Trustee / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 5359440 | Elizabeth A. Leland | 206-623-1900 | Keller Rohrback L.L.P. | Interested Party, Federal Home Loan Banks of Boston, Chicago and Indianapolis / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 5359613 | ~~Sophia Mullen~~ Alex Rocira | (212) 839-5884 | Sidley Austin | Creditor, JPM Litigation Defendants / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 5359534 | Scott C. Shelley | 212-849-7358 | Quinn, Emanuel, Urquhart, & Sullivan | Creditor, Massachusetts Mutual Life Insurance Company / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 5359395 | Lynn Smalley | (410) 461-3348 | Lynn Smalley - In Pro Per/Pro Se | Interested Party, Lynn Smalley / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc (Steven D. Sass v. Iron Mountain Off-Site Data Protection Inc.) | 07-11047 (09-5169 7) | Hearing | 5359503 | Elizabeth A. Leland | 206-623-1900 | Keller Rohrback L.L.P. | Interested Party, Federal Home Loan Banks of Boston, Chicago and Indianapolis / LIVE |