# EXHIBIT A

**No Liability Claim**

01:12989606.1

# Exhibit A

## No Liability Claims

| Name/Address of Claimant | | Objectionable Claim | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA  30303 | 10936 | 11/6/12 | 07-11047 | - (S)<br>- (A)<br>$14,029.66 (P)<br>- (U)<br>$14,029.66 (T) | Claimant contends that personal property taxes are owed for tax years 2007 (the "2007 Taxes") and 2008-2012 (the "Other Taxes").  The Debtors have no liability for the 2007 Taxes portion of the claim since those amounts were asserted by the Claimant through POC No. 5337 which claim was reduced to $4,793.90 by court order [SeeDocket 7506] and subsequently paid in full on 11/19/2012.  The Debtors have no liability for the Other Taxes portion of the claim (2008-2012 taxes) for parcel P0000698474 located at 3340 Peachtree Rd (the "Property") since the lease relating to the Property was rejected pursuant to a court order [Docket No. 1600], effective 8/31/2007. |

**Totals:** 1 Claim

- (S)
- (A)
$14,029.66 (P)
- (U)
$14,029.66 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.