# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| **Case Number:** | 07-11047-CSS     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 07, 2013 03:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## Matter:

Omnibus

**R / M #:**   0 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

Counsel to submit order under certification of counsel