# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC. a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br>**Re: D.I. 10717** |
| STEVEN D. SASS, as Plan Trustee of the American Home Mortgage Plan Trust,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED d/b/a IRON MOUNTAIN RECORDS MANAGEMENT,<br><br>Defendant. | Adv. Proc. No. 09-51696 (CSS)<br>**Re: D.I. 36** |
| STEVEN D. SASS, as Plan Trustee of the American Home Mortgage Plan Trust,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM OFF SITE DATA PROTECTION,<br><br>Defendant. | Adv. Proc. No. 09-51697 (CSS)<br>**Re: D.I. 36** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

RLF1 7814243v.1

: SS.
NEW CASTLE COUNTY :

      Rebecca V. Speaker, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of January, 2013 she caused a copy of the following to be served on the attached list as indicated:

**Limited Objection to Plan Trustee's Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code §§ 105(a), 1142 and 362(d) for an Order (I) Approving the Stipulation by and Among the Plan Trustee, Iron Mountain Information Management, LLC, and Homeward Residential, Inc. (F/K/A American Home Mortgage Services, Inc (F/K/A AH Mortgage, Acquisition Co., Inc.)) Resolving Claims Relating to the Debtors' Accounts with Iron Mountain; and (II) Granting Relief from Stay to, and Authorizing Destruction of Certain Documents Held By, Iron Mountain** [Dkt. No. 10717]

*/s/ Rebecca V. Speaker*
Rebecca V. Speaker, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 11th day of January, 2012.

_____
Notary Public

[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES JAN. 19, 2014, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 7814243v.1

## Service List

**VIA HAND DELIVERY**

Sean M. Beach
Patrick A. Jackson
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Mark S. Indelicato
Edward L. Schnitzer
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

RLF1 7814243v.1