# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re: | | | Case No.: | |
|---|---|---|---|---|
| | Summit Metals, Inc. | ) | | 98-02870-KJC |
| | Discovery Zone, Inc. | ) | | 99-00941-PJW |
| | Stone & Webster, Inc. | ) | | 00-02142-PJW |
| | Carematrix Corporation | ) | | 00-04159-KJC |
| | Montgomery Ward, LLC | ) | | 00-04667-KG |
| | TWA Post Confirmation Estate | ) | | 01-00056-PJW |
| | Kaiser Group Int'l, Inc., et al. | ) | | 01-00928-MFW |
| | Kaiser Group International, Inc. | ) | | 00-02263-MFW |
| | E.Spire Communications, Inc. | ) | | 01-00974-KG |
| | Matlack Systems, Inc. | ) | | 01-01114-MFW |
| | Winstar Communications, Inc., et al., | ) | | 01-01430-KJC |
| | Federal-Mogul Global, Inc., | ) | | 01-10578-JKF |
| | Network Plus Corp. | ) | | 02-10341-MFW |
| | Kaiser Aluminum Corporation | ) | | 02-10429-JKF |
| | Student Finance Corp. | ) | | 02-11620-KJC |
| | Fleming Companies, Inc. | ) | | 03-10945-MFW |
| | Factory 2-U Stores, Inc., | ) | | 04-10111-PJW |
| | The Flintkote Company | ) | | 04-11300-JKF |
| | Melun Industries, Inc. | ) | | 04-11518-MFW |
| | S&C Thermal Systems, Inc. | ) | | 04-11519-MFW |
| | American Business Financial Services, Inc., | ) | | 05-10203-MFW |
| | CMDL Corporation | ) | | 05-11492-CSS |
| | Apco Liquidating Trust | ) | | 05-12355-BLS |
| | World Health Alternatives, Inc. | ) | | 06-10166-PJW |
| | Old Ladder Co. (DE), Inc. | ) | | 06-10578-KJC |
| | Radnor Holdings Corporation | ) | | 06-10894-PJW |
| | New Century TRS Holdings, Inc. | ) | | 07-10416-KJC |
| | American Home Mortgage Holdings, Inc. | ) | | 07-11047-CSS |
| | Fedders North America, Inc., et al., | ) | | 07-11176-BLS |
| | Avado Brands, Inc. | ) | | 07-11276-MFW |
| | John G. McMillian, As Liq. Tr. v. USA, et al | ) | | 07-51670-BLS |
| | NewStarcom Holdings, Inc. | ) | | 08-10108-CSS |
| | Port City Electric Company | ) | | 08-10110-CSS |
| | Friedman's Liquidating Trust | ) | | 08-10161-CSS |
| | TSIC, Inc. | ) | | 08-10322-KG |
| | Powermate Holding Corp. | ) | | 08-10498-KG |
| | Linens Holding Co. | ) | | 08-10832-CSS |
| | Tropicana Entertainment, LLC | ) | | 08-10856-KJC |
| | Goody's Family Clothing, Inc. | ) | | 08-11133-CSS |
| | Syntax-Brillian Corporation., et al., | ) | | 08-11407-BLS |

| | | | |
|---|---|---|---|
| Syntax-Brillian SPE, Inc. | ) | | 08-11408-BLS |
| Syntax Groups Corporation | ) | | 08-11409-BLS |
| Mervyn's Holdings, LLC | ) | | 08-11586-KG |
| Ascendia Brands, Inc. | ) | | 08-11787-BLS |
| Intermet Corporation | ) | | 08-11859-KG |
| HRP Myrtle Beach Holdings, LLC | ) | | 08-12193-KJC |
| NWL Holdings, Inc. | ) | | 08-12847-MFW |
| DayJet Corporation | ) | | 08-12939-CSS |
| ACT Electronics, Inc. | ) | | 08-13013-CSS |
| AE Liquidation, Inc., et al., | ) | | 08-13031-MFW |
| Winstar Holdings LLC et al v. Citigroup Inc., | ) | | 08-50296-KJC |
| Nortel Networks Corporation, et al., | ) | | 09-10164-KG |
| ManagedStorage International, Inc. | ) | | 09-10368-MFW |
| Spansion Inc. | ) | | 09-10690-KJC |
| Sportsman's Warehouse, Inc. | ) | | 09-10990-CSS |
| AbitibiBowater Inc. | ) | | 09-11296-KJC |
| Opus South Contractors, L.L.C. | ) | | 09-11389-MFW |
| Opus South Corporation | ) | | 09-11390-MFW |
| 400 Beach Drive, L.L.C. | ) | | 09-11396-MFW |
| Nature Coast Commons, L.L.C. | ) | | 09-11397-MFW |
| R.M. Liquidating, Inc., | ) | | 09-12425-BLS |
| Opus South Construction Corporation | ) | | 09-12441-MFW |
| SPC Seller, Inc. | ) | | 09-12647-BLS |
| Capmark Financial Group Inc. | ) | | 09-13684-CSS |
| 300 Beach Drive, L.L.C. | ) | | 10-10550-MFW |
| Mountain View Investment Company of Illinois | ) | | 10-12794-KJC |
| SSI Liquidating, Inc., et al., | ) | | 10-12795-KJC |
| Circle System Group, Inc. | ) | | 10-12796-KJC |
| Melas, Inc. | ) | | 10-12797-KJC |
| R.D.H. Enterprises, Inc. | ) | | 10-12798-KJC |
| Triangle Sports, Inc. | ) | | 10-12799-KJC |
| Schutt Holdings, Inc. | ) | | 10-12886-KJC |
| Appleseed's Intermediate Holdings LLC, et al. | ) | | 11-10160-KG |
| PJ Finance Company, LLC | ) | | 11-10688-BLS |
| Indianapolis Downs, LLC | ) | | 11-11046-BLS |
| Food Processing Liquidation Holdings, LLC | ) | | 11-13139-KG |
| Open Range Communications Inc. | ) | | 11-13188-KJC |
| CLA Hold LLC | ) | | 11-13853-MFW |
| International Media Group, Inc. | ) | | 12-10140-MFW |
| AFA Investment Inc. | ) | | 12-11127-MFW |
| GameTech International, Inc. | ) | | 12-11964-PJW |
| Overseas Shipholding Group, Inc. | ) | | 12-20000-PJW |

## NOTICE OF WITHDRAWAL OF COUNSEL FROM
## ECF NOTICING (MULTIPLE CASES)

PLEASE TAKE NOTICE that Victoria W. Counihan is no longer associated with

Greenberg Traurig, LLP and is no longer participating in the above-referenced cases.  She

therefore respectfully requests that the Clerk of Court remove her from ECF noticing in each

such case.

Dated:  January 11, 2013

/s/ Victoria W. Counihan
Victoria W. Counihan (DE Bar No. 3488)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE  19801
(302) 577-8302
Victoria.Counihan@state.de.us