IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., ET AL., | ) | |
| | ) | |
| | ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the United States of America.

Dated: January 14, 2013

                                              */s/ Yonatan Gelblum*
                                              YONATAN GELBLUM
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Ben Franklin Station, P.O. Box 227
                                              Washington, D.C. 20044
                                              Telephone: (202) 305-3136
                                              yonatan.gelblum@usdoj.gov
                                              Counsel for United States of America

4121544.11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., ET AL., ) | |
| ) | |
| ) | Case No. 07-11047 (CSS) |
| Debtors. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I served the foregoing withdrawal through the Court's Electronic Case Filing system.

*/s/ Yonatan Gelblum*
Yonatan Gelblum