UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                 :   Jointly Administered
      Debtors.                                                   :
                                                                 :   Ref. No. 10668
---------------------------------------------------------------- x

## ORDER AUTHORIZING CLAIMS AGENT TO REFLECT CERTAIN CLAIMS THAT HAVE BEEN SATISFIED AS PAID IN FULL OR IN PART

Upon the Motion of the Plan Trustee for an Order Authorizing Claims Agent to Reflect Certain Claims that Have Been Satisfied as Paid in Full or in Part, dated December 3, 2012 (the "Motion"), and upon the declaration of Eileen Wanerka in support of the Motion, attached as Exhibit 2 to the Motion (the "Wanerka Declaration"), seeking entry of an order authorizing Epiq to reflect as satisfied the Satisfied Claims listed on **Exhibits A and B** to this Order on the grounds set forth in the Motion and in the attached exhibits; and it appearing that notice of the Motion was proper and sufficient under the particular circumstances and that no other or further notice need be given; and this Court having considered the Motion and any responses thereto; and this Court having determined that granting the relief requested in the Motion with respect to the Satisfied Claims is in the best

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12959206.1

interest of the Plan Trust, its beneficiaries, creditors and interest holders; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY FOUND THAT:

A. Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion;

B. Each holder of a claim or scheduled liability listed on **Exhibit A and B** hereto (the "Claimants") was properly and timely served with a copy of the Motion;

C. Any entity known to have an interest in the Satisfied Claims subject to the Motion has been afforded reasonable opportunity to respond or to be heard regarding the relief requested in the Motion;

D. The Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(B);

E. The claims and scheduled liabilities listed in **Exhibit A** hereto (the "Satisfied Claims") are claims and/or scheduled liabilities which have been paid and satisfied in full. The Claimants holding these Satisfied Claims are entitled to no further distributions from the Debtors' estates or the Trust on account of such liabilities as set forth in **Exhibit A**.

F. The Satisfied Claims listed in **Exhibit B** hereto are claims and/or scheduled liabilities which have been paid and satisfied in part. The Claimants holding these Satisfied Claims are entitled to no further distributions from the Debtors' estates or the Trust on account of the portion of such liabilities which have been satisfied, as set forth in **Exhibit B**.

G. The relief requested in the Motion is in the best interests of the Plan Trust, its beneficiaries, creditors and other parties in interest.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The relief sought in the Motion is GRANTED as set forth herein.

01:12959206.1

2. Pursuant to 11 U.S.C. §§ 105(a) and 502, the Claims Agent is authorized to reflect in the Claims Register that the Satisfied Claims identified in **Exhibit A** hereto have been satisfied in full and such claims are entitled to no additional distribution from the Debtors' estates or the Plan Trust.

3. Pursuant to 11 U.S.C. §§ 105(a) and 502, the Claims Agent is authorized to reflect in the Claims Register that the Satisfied Claims identified in **Exhibit B** hereto have been satisfied in part and the satisfied portion of such claims are entitled to no additional distribution from the Debtors' estates or the Plan Trust.

4. This Order is without prejudice to the Plan Trustee's right to object to any other proofs of claim or interest filed in this chapter 11 case.

5. This Court shall retain jurisdiction over the Plan Trust and Claimants whose Satisfied Claims are subject to the Motion with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: 1/15, 2013

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

01:12959206.1