# EXHIBIT A

## SATISFIED CLAIMS

01:12959206.1

# Exhibit A

## Satisfied Schedules

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Albright, Christine A<br>PMB 128<br>6039 Cypress Gardens Blvd<br>Winter Haven, FL 33884 | 751003190 | 07-11051 | $438.46 | $438.46 | $0.00 |
| Alcaraz, Estela<br>3329 E Metcalf<br>Unit B<br>Orange, CA 92869 | 751003220 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Alderson, James (Jay)<br>4641 Landover Crest Dr.<br>Raleigh, NC 27616 | 751003250 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Aldrich, Jessica E<br>2438 Humboldt St<br>Santa Rosa, CA 95404 | 751003270 | 07-11051 | $336.00 | $336.00 | $0.00 |
| Aleman, Georgia<br>7805 Blue Jasmine Ct<br>Springfield, VA 22153 | 751003330 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Alford, Kristin<br>3868 Johnson Dr<br>Carrollton, TX 75010 | 751003430 | 07-11051 | $507.69 | $507.69 | $0.00 |
| Allen, Brad<br>5435 East Hashknife Rd<br>Phoenix, AZ 85054 | 751003960 | 07-11051 | $1,384.61 | $1,384.61 | $0.00 |
| Allen, Steve V.<br>36134 Serape Drive<br>Yucaipa, CA 92399 | 751004030 | 07-11051 | $3,692.30 | $3,692.30 | $0.00 |
| Allende, Derek M<br>485 Grand Blvd<br>Brentwood, NY 11717 | 753000040 | 07-11053 | $541.53 | $541.53 | $0.00 |
| Andry, Cherisse<br>16554 Jackson Court<br>Fontana, CA 92336 | 751006580 | 07-11051 | $3,255.96 | $3,255.96 | $0.00 |
| Anselmi, Jenelle M<br>9857 Sherwood Farm Road<br>Owings Mills, MD 21117 | 751006870 | 07-11051 | $92.25 | $92.25 | $0.00 |
| Armstrong, Celeste M (Shelley)<br>2819 Onyx Road<br>Baltimore, MD 21234 | 751007910 | 07-11051 | $2,379.52 | $2,379.52 | $0.00 |
| Austin, Teresa L<br>1992 Ascot Dr<br>Unit B<br>Moraga, CA 94556 | 751011250 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Bachmore, Kara<br>255 W 4th St<br>West Islip, NY 11795 | 751011640 | 07-11051 | $480.76 | $480.76 | $0.00 |
| Barnes, Nola<br>8921 Clifton Meadow<br>Drive<br>Matthews, NC 28105 | 751014220 | 07-11051 | $1,938.46 | $1,938.46 | $0.00 |
| Bates, Allyson M<br>1567 Tres Picos Dr<br>Yuba City, CA 95993 | 751014600 | 07-11051 | $567.00 | $567.00 | $0.00 |
| Bautista, Alexis L<br>218 21 94th Ave<br>Queens Village, NY 11428 | 751014660 | 07-11051 | $380.76 | $380.76 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Bedell, Gina M<br>12731 Timbermeadow Dr<br>Houston, TX 77070 | 751015190 | 07-11051 | $3,204.80 | $3,204.80 | $0.00 |
| Bergner, Daniel J (Dan)<br>680 Weston Ridge Pkwy<br>Chaska, MN 55318 | 751015910 | 07-11051 | $4,153.84 | $4,153.84 | $0.00 |
| Berumen, Rubina<br>2818 Farnsworth Dr<br>Fort Wayne, IN 46805 | 751016140 | 07-11051 | $323.04 | $323.04 | $0.00 |
| Bilal, Travonne J<br>12257 Winterberry Ln<br>Plainfield, IL 60544 | 751016630 | 07-11051 | $64.00 | $64.00 | $0.00 |
| Billingsley, Albert<br>38 Brandon Ave<br>Amityville, NY 11701 | 751016720 | 07-11051 | $279.99 | $279.99 | $0.00 |
| Bishop, Shelby L<br>205 W Arlington<br>Street<br>Gladstone, OR 97027 | 751016850 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Blackburn, Susan<br>3818 Chestnut St<br>APT 1<br>New Orleans, LA 70115 | 751016980 | 07-11051 | $1,396.15 | $1,396.15 | $0.00 |
| Blackwell, Catherine<br>3431 SE 10th Ave<br>Portland, OR 97202 | 751017090 | 07-11051 | $1,869.23 | $1,869.23 | $0.00 |
| Blanks, Jennifer<br>101 Main St.<br>Yorktown, VA 23690 | 751017210 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Boatman, Jean<br>3721 Winding Creek Lane<br>Charlotte, NC 28226 | 751017690 | 07-11051 | $940.00 | $940.00 | $0.00 |
| Bousho, Mark D<br>3335 Genoa<br>Clarkston, MI 48346 | 751018400 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Bradshaw, Kristin<br>15510 Asterwind Ct<br>Charlotte, NC 28277 | 751018660 | 07-11051 | $507.60 | $507.60 | $0.00 |
| Brown, Cheryl A<br>222 Francis St<br>Longmont, CO 80501 | 751019980 | 07-11051 | $1,153.92 | $1,153.92 | $0.00 |
| Buchanan, Petula<br>10608 River Hollow<br>Ct<br>Charlotte, NC 28214 | 751020430 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Burcham, Jeremy<br>1334 Flintshire La<br>Lake Saint Louis, MO 63367 | 751020830 | 07-11051 | $1,000.00 | $1,000.00 | $0.00 |
| Burcham, Jeremy D<br>1334 Flintshire La<br>Lake Saint Louis, MO 63367 | 751020840 | 07-11051 | $4,004.80 | $4,004.80 | $0.00 |
| Burgess, Patricia L<br>4824 Windgate Trail<br>Acworth, GA 30102 | 751020890 | 07-11051 | $3,122.11 | $3,122.11 | $0.00 |
| Burns, Joy<br>222 Leaflet Ln<br>Spring, TX 77388 | 751020980 | 07-11051 | $3,461.53 | $3,461.53 | $0.00 |
| Cabrales Clark, Cheryl L<br>250 Fernwood<br>Way<br>Dixon, CA 95620 | 751021800 | 07-11051 | $6,057.69 | $6,057.69 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Cantoya, Mary Jane<br>727 Olney Drive<br>San Antonio, TX 78209 | 751022560 | 07-11051 | $1,629.81 | $1,629.81 | $0.00 |
| Carlan, Lauren M<br>8220 Dundalk Avenue<br>Baltimore, MD 21222 | 751023290 | 07-11051 | $1,113.00 | $1,113.00 | $0.00 |
| Carlson, Lisa W<br>5015 Cedar Park<br>Ct<br>Monroe, NC 28110 | 751023360 | 07-11051 | $1,078.27 | $1,078.27 | $0.00 |
| Carmenate, Vivian M<br>10915 SW 25 St<br>Miami, FL 33165 | 751023430 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Carrillo, Gloria<br>8744 Deep Creek<br>Road<br>Apple Valley, CA 92308 | 751023700 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Carter, Darcy L<br>3480 Rauscher Dr<br>Reno, NV 89503 | 751023870 | 07-11051 | $738.46 | $738.46 | $0.00 |
| Caruso, Rebecca M (Becky)<br>4020 Farmdale Ave<br>North Las Vegas, NV 89031 | 751023930 | 07-11051 | $1,744.62 | $1,744.62 | $0.00 |
| Castro, Jessica L<br>144 Horizon View Dr<br>Farmingville, NY 11738 | 751024200 | 07-11051 | $33.84 | $33.84 | $0.00 |
| Cellura, Davin<br>38 Talcott Dr<br>East Northport, NY 11731 | 751024690 | 07-11051 | $6,769.23 | $6,769.23 | $0.00 |
| Charles, Sharon V<br>35 Broad Street<br>Cranford, NJ 07016 | 751025620 | 07-11051 | $4,807.69 | $4,807.69 | $0.00 |
| Cheshire, Jeannine P<br>311 Fuego Ave<br>Pomona, CA 91767 | 751026230 | 07-11051 | $7,384.61 | $7,384.61 | $0.00 |
| Chi, Belinda L<br>2660 NE 20 St<br>Pompano Beach, FL 33062 | 751026320 | 07-11051 | $909.54 | $909.54 | $0.00 |
| Chivington, Jacalyn<br>510 S Sunbury Rd<br>Westerville, OH 43081 | 751026490 | 07-11051 | $164.40 | $164.40 | $0.00 |
| Churn, Robyn S<br>6805 Justice Dr<br>Raleigh, NC 27615 | 751026970 | 07-11051 | $361.82 | $361.82 | $0.00 |
| Clacks, Anita<br>1055 Sulky Dr<br>Florissant, MO 63033 | 751028830 | 07-11051 | $615.36 | $615.36 | $0.00 |
| Clacks, Anita<br>1055 Sulky Dr<br>Florissant, MO 63033 | 751028840 | 07-11051 | $1,088.00 | $1,088.00 | $0.00 |
| Clarke, Bette J<br>304 W. 5th Street<br>Lansdale, PA 19446 | 751029030 | 07-11051 | $1,785.89 | $1,785.89 | $0.00 |
| Cody, Carl M<br>1370 Forest Creek<br>Drive<br>Lewisville, TX 75067 | 751029890 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Coffel, Laura (Lori)<br>10131 Jefferson<br>Way<br>Fort Wayne, IN 46825 | 751029970 | 07-11051 | $792.00 | $792.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Colagiacomo, Carlo<br>12-44 162nd St.<br>Beechhurst, NY 11357 | 751030040 | 07-11051 | $3,538.46 | $3,538.46 | $0.00 |
| Cole, Lori<br>15821 Winchester Rd<br>Fort Wayne, IN 46819 | 751030200 | 07-11051 | $769.23 | $769.23 | $0.00 |
| Coleman, Sandra R<br>8811 Fran Del Drive<br>Fort Washington, MD 20744 | 751030220 | 07-11051 | $2,949.23 | $2,949.23 | $0.00 |
| Console, Ana L<br>11903 E Cedarvale St<br>Norwalk, CA 90650 | 751031920 | 07-11051 | $1,476.92 | $1,476.92 | $0.00 |
| Contreras, Alicia<br>1141 Via Del Sol Rd<br>Salinas, CA 93907 | 751032230 | 07-11051 | $2,538.46 | $2,538.46 | $0.00 |
| Cook, Eric P<br>14 Landmark Dr<br>Bridgewater, CT 06752 | 751032320 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Cook, Mary E<br>1 Sandstone Ct<br>Baltimore, MD 21236 | 751032330 | 07-11051 | $1,973.08 | $1,973.08 | $0.00 |
| Creeger, Esperanza J<br>1241 Donna Dr<br>Richardson, TX 75080 | 751034190 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Crespo, Estela<br>358 Page Ave<br>Lyndhurst, NJ 07071 | 751034240 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Dabney, Andrea M<br>1151 Via Santiago<br>Corona, CA 92882 | 751035660 | 07-11051 | $1,006.50 | $1,006.50 | $0.00 |
| Davison, Robert<br>1542 Westervelt Ave<br>Baldwin, NY 11510 | 751036770 | 07-11051 | $1,038.37 | $1,038.37 | $0.00 |
| Day, Barbara L<br>3458 Mecartney Road<br>Alameda, CA 94502 | 751036830 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Dean, Wendi C<br>17760 Lawrence St<br>Saint Inigoes, MD 20684 | 751037510 | 07-11051 | $126.00 | $126.00 | $0.00 |
| Dechert, Donna M<br>1 Heritage Square<br>Sayreville, NJ 08872 | 751037700 | 07-11051 | $3,249.78 | $3,249.78 | $0.00 |
| Dedman, Julie Nicole<br>1850 McDade Rd<br>Augusta, GA 30906 | 751037800 | 07-11051 | $304.56 | $304.56 | $0.00 |
| Delaloye, Jason<br>235 Chianti Ct.<br>Florissant, MO 63031 | 751038110 | 07-11051 | $623.00 | $623.00 | $0.00 |
| Delaloye, Jason R<br>235 Chianti Ct.<br>Florissant, MO 63031 | 751038120 | 07-11051 | $446.15 | $446.15 | $0.00 |
| Delcomyn, Amy<br>1620 S Bates Ave<br>Springfield, IL 62704 | 751038200 | 07-11051 | $90.00 | $90.00 | $0.00 |
| DeMarti, Cristina<br>8441 Deepcliff Dr<br>Huntington Beach, CA 92646 | 751038500 | 07-11051 | $172.80 | $172.80 | $0.00 |
| DeMartini, Jeannette T<br>240 Hillcrest Ave<br>Livermore, CA 94550 | 751038520 | 07-11051 | $692.30 | $692.30 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| DeWitt, Devon<br>1726 Brandywine Trail<br>Fort Wayne, IN  46845 | 751039090 | 07-11051 | $30.00 | $30.00 | $0.00 |
| DiLorenzo Jr, Louis<br>4 Winwood Dr<br>Nesconset, NY  11767 | 751039890 | 07-11051 | $290.38 | $290.38 | $0.00 |
| DiMarsico, Barbara<br>4912 Witten Park Way<br>Mc Kinney, TX  75070 | 751039900 | 07-11051 | $137.94 | $137.94 | $0.00 |
| Dominguez, Martin<br>9155 Pacific Ave<br>Apt. #217<br>Anaheim, CA  92804 | 751044580 | 07-11051 | $1,254.00 | $1,254.00 | $0.00 |
| Doom, Judy L<br>5255 Pony Soldier Drive<br>Colorado Springs, CO  80917 | 751044910 | 07-11051 | $900.00 | $900.00 | $0.00 |
| Dopp, Amy<br>1220 N Fairway Dr<br>Apopka, FL  32712 | 751044930 | 07-11051 | $288.46 | $288.46 | $0.00 |
| Dorff, Lana M<br>P.O. Box 15584<br>Long Beach, CA  90815 | 751045030 | 07-11051 | $1,701.92 | $1,701.92 | $0.00 |
| Dorman, Mindy<br>171 SW Namitz Ct<br>Dundee, OR  97115 | 751045070 | 07-11051 | $532.98 | $532.98 | $0.00 |
| Durbin, Cary<br>755 County Road 2310<br>Mineola, TX  75773 | 751046240 | 07-11051 | $494.15 | $494.15 | $0.00 |
| Dwyer, Joyce M<br>3940 Sugarloaf Drive<br>Monrovia, MD  21770 | 751046370 | 07-11051 | $3,538.46 | $3,538.46 | $0.00 |
| Eble, Robin<br>14 Delaware Ave<br>Hainesport, NJ  08036 | 751046860 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Eko, Ude E<br>703 Ferndale Blvd<br>Central Islip, NY  11722 | 751047360 | 07-11051 | $504.23 | $504.23 | $0.00 |
| Elliott, Mary Elizabeth<br>17256 Arrowood Pl<br>Round Hill, VA  20141 | 751047830 | 07-11051 | $135.00 | $135.00 | $0.00 |
| Espinoza, Gwen F<br>137 Jaime Dr<br>Canton, GA  30114 | 751049580 | 07-11051 | $1,050.00 | $1,050.00 | $0.00 |
| Espinoza, Susan<br>5033 S Mesquite Hills Place<br>Tucson, AZ  85746 | 751049590 | 07-11051 | $530.10 | $530.10 | $0.00 |
| Estep, Brian<br>950 Eagles Landing Pkwy #132<br>Stockbridge, GA  30281 | 751049640 | 07-11051 | $346.32 | $346.32 | $0.00 |
| Evans, Ashley N<br>19719 Nevin Ct<br>Oregon City, OR  97045 | 751049830 | 07-11051 | $1,089.23 | $1,089.23 | $0.00 |
| Favaro, Lucille<br>12 Greenwich Ct<br>Holbrook, NY  11741 | 751051000 | 07-11051 | $12,781.15 | $12,781.15 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Feath, Mary T (Terry)<br>4845 Wexford Run Rd<br>Bradfordwoods, PA 15015 | 751051090 | 07-11051 | $4,226.92 | $4,226.92 | $0.00 |
| Fialk, Dawn M<br>233 Schussler St<br>South Amboy, NJ 08879 | 751051770 | 07-11051 | $1,542.68 | $1,542.68 | $0.00 |
| Fink, Michelle A<br>8 Wyandanch Trail<br>Ridge, NY 11961 | 751052280 | 07-11051 | $135.00 | $135.00 | $0.00 |
| Fitchorn, Jakelyn<br>142 Vintage Circle<br>Hendersonville, TN 37075 | 751053800 | 07-11051 | $3,873.60 | $3,873.60 | $0.00 |
| Fletcher, Lori A<br>440 Centerville Turnpike South<br>Chesapeake, VA 23322 | 751053970 | 07-11051 | $1,075.38 | $1,075.38 | $0.00 |
| Fontaine, Michele<br>565 Sparks Blvd<br>Number 369<br>Sparks, NV 89434 | 751054380 | 07-11051 | $1,218.46 | $1,218.46 | $0.00 |
| Fowler, Desiree<br>1021 Pearson Dr<br>Oviedo, FL 32765 | 751054920 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Fruendt, Susan<br>1 Stell Lane<br>East Northport, NY 11731 | 753000510 | 07-11053 | $300.00 | $300.00 | $0.00 |
| Fullerton, Sharon<br>2499 Glime Dr<br>Mechanicsburg, PA 17055 | 753000540 | 07-11053 | $3,076.92 | $3,076.92 | $0.00 |
| Garber, Shellie R<br>1313 Floyd Ave<br>Number 168<br>Modesto, CA 95355 | 751056230 | 07-11051 | $311.53 | $311.53 | $0.00 |
| Garcia, Joseph M<br>6553 Teakwood St<br>Cypress, CA 90630 | 751056270 | 07-11051 | $1,846.15 | $1,846.15 | $0.00 |
| Gautcher, Joanna<br>183 McLaren Dr N<br>Sycamore, IL 60178 | 751056740 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Geleynse, Kimberly A (Kim)<br>300 E Grover St<br>Lynden, WA 98264 | 751057020 | 07-11051 | $270.00 | $270.00 | $0.00 |
| Gentle, Cynthia A<br>34812 W Cocopah<br>Street<br>Tonopah, AZ 85354 | 751057270 | 07-11051 | $784.61 | $784.61 | $0.00 |
| Gentry, Ashley Nicole<br>6174 Spring Hill Rd<br>Ruckersville, VA 22968 | 751057300 | 07-11051 | $172.80 | $172.80 | $0.00 |
| George, Jeannette<br>16580 Woodcrest<br>Tigard, OR 97224 | 751057570 | 07-11051 | $726.91 | $726.91 | $0.00 |
| Gijre, Ana<br>18147 Erik Ct<br>Number 213<br>Canyon Country, CA 91387 | 751058130 | 07-11051 | $945.00 | $945.00 | $0.00 |
| Gilman, Cassie A<br>183 Countryhaven<br>Road<br>Encinitas, CA 92024 | 751058260 | 07-11051 | $1,098.46 | $1,098.46 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Giotta, Brandon M<br>400 E Old Country Rd<br>Apt B15<br>Mineola, NY 11501 | 751058320 | 07-11051 | $96.00 | $96.00 | $0.00 |
| Glende, Jaime E<br>17040 79th Ave<br>North<br>Maple Grove, MN 55311 | 751058540 | 07-11051 | $600.00 | $600.00 | $0.00 |
| Glowacz, Greg P<br>925 N. Northwest Hwy<br>Park Ridge, IL 60068 | 751058690 | 07-11051 | $1,000.00 | $1,000.00 | $0.00 |
| Godbey, Allison<br>45 Birch St<br>Apt 6B<br>Kingston, NY 12401 | 751058920 | 07-11051 | $346.27 | $346.27 | $0.00 |
| Godbold, Betsy A.<br>668 Tanglewood Drive<br>Sykesville, MD 21784 | 751058930 | 07-11051 | $2,834.61 | $2,834.61 | $0.00 |
| Graf, Richard<br>70-25 Yellowstone<br>Blvd<br>Forest Hills, NY 11375 | 751059640 | 07-11051 | $411.84 | $411.84 | $0.00 |
| Grappe, Deanna L<br>61 Rock Garden Lane<br>Yakima, WA 98908 | 751059830 | 07-11051 | $1,017.60 | $1,017.60 | $0.00 |
| Green, Pamela C (Pam)<br>132 Belington Ave.<br>Madisonville, LA 70447 | 751060310 | 07-11051 | $2,500.00 | $2,500.00 | $0.00 |
| Griffitts, Viola H<br>1365 Wilkes Wy<br>Rio Rancho, NM 87124 | 751060860 | 07-11051 | $920.00 | $920.00 | $0.00 |
| Grimes, Virginia C<br>158 Copeland Drive<br>Moyock, NC 27958 | 751060880 | 07-11051 | $3,317.59 | $3,317.59 | $0.00 |
| Guerrero, Jeanet<br>954 Scenic Way<br>Ben Lomond, CA 95005 | 751061330 | 07-11051 | $408.00 | $408.00 | $0.00 |
| Gustafson, Holly A<br>61660 Ward Road<br>Bend, OR 97702 | 751061620 | 07-11051 | $1,153.60 | $1,153.60 | $0.00 |
| Guzman, Carol M<br>66 E Hudson St<br>Long Beach, NY 11561 | 751061730 | 07-11051 | $195.00 | $195.00 | $0.00 |
| Hackett, Ellen M<br>465 Bellville Ave<br>Andrews, IN 46702 | 751061850 | 07-11051 | $363.46 | $363.46 | $0.00 |
| Hagedorn, Elizabeth M<br>413 Birchwood Manor Lane<br>Bel Air, MD 21014 | 751061950 | 07-11051 | $1,928.07 | $1,928.07 | $0.00 |
| Hagedorn, Robert T<br>413 Birchwood Manor Lane<br>Bel Air, MD 21014 | 751061960 | 07-11051 | $3,299.99 | $3,299.99 | $0.00 |
| Hallen, Linda<br>3512 School House<br>Ln<br>Charlotte, NC 28226 | 751062150 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Hardy, Cheryl A<br>535 Powell Ave<br>Centerville, UT 84014 | 751062700 | 07-11051 | $112.50 | $112.50 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Hayes, Kris L<br>5207 Rondo Way<br>Colorado Springs, CO 80911 | 751063550 | 07-11051 | $570.00 | $570.00 | $0.00 |
| Helm, Tina L<br>1892 E Summerdawn<br>Drive<br>Meridian, ID 83646 | 751063950 | 07-11051 | $1,353.84 | $1,353.84 | $0.00 |
| Hennessy, Sean<br>688 Plum Tree Rd<br>Glen Ellyn, IL 60137 | 751064210 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Henry, Marilyn J<br>1756 Iowa St<br>Bellingham, WA 98229 | 751064310 | 07-11051 | $1,084.61 | $1,084.61 | $0.00 |
| Hernandez, Edwin R<br>5736 Granger St<br>Queens, NY 11368 | 751064560 | 07-11051 | $287.50 | $287.50 | $0.00 |
| Herrera, Janette M<br>1182 Paseo<br>Redondo Dr<br>Merced, CA 95348 | 751064710 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Heverling, Helen<br>1444 Pelican Bay<br>Trail<br>Winter Park, FL 32792 | 751064820 | 07-11051 | $158.46 | $158.46 | $0.00 |
| Hilliard, Sara B<br>2950 Warbler Way #C<br>Bozeman, MT 59718 | 751065190 | 07-11051 | $119.26 | $119.26 | $0.00 |
| Holcroft, Monica<br>1750 Meadow Glen Dr<br>Lansdale, PA 19446 | 751065810 | 07-11051 | $268.84 | $268.84 | $0.00 |
| Holwig, Colleen<br>34111 Gable Dr<br>Livonia, MI 48152 | 751065970 | 07-11051 | $2,461.53 | $2,461.53 | $0.00 |
| Hoyle, Karen K<br>1515 Pickwick Ln<br>Dekalb, IL 60115 | 751067170 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Hubbard, Lisa<br>3111 NW 123rd<br>Terrace<br>Sunrise, FL 33323 | 751067410 | 07-11051 | $1,307.69 | $1,307.69 | $0.00 |
| Hudgins, Rachael<br>699 W Magee Rd<br>Number 22102<br>Tucson, AZ 85704 | 751067470 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Ing, Timmy<br>28271 Rancho Grande<br>Laguna Niguel, CA 92677 | 751069930 | 07-11051 | $19,904.19 | $19,904.19 | $0.00 |
| Ingles, Alexander<br>109 South Greenwood Ave.<br>Park Ridge, IL 60068 | 751069960 | 07-11051 | $519.23 | $519.23 | $0.00 |
| Innes, Tricia C<br>17131 Limetree<br>Lane<br>Riverside, CA 92503 | 751070100 | 07-11051 | $1,846.15 | $1,846.15 | $0.00 |
| Jacobs, Stephanie L<br>6750 Pawnee Circle<br>Colorado Springs, CO 80915 | 751071630 | 07-11051 | $484.61 | $484.61 | $0.00 |
| Jessen, Carolyn A<br>5159 E Morning Glory Pl<br>Highlands Ranch, CO 80130 | 751073460 | 07-11051 | $1,269.23 | $1,269.23 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Jessop, Walter P (Phil)<br>5308 Captains Way<br>Nags Head, NC 27959 | 751073500 | 07-11051 | $336.00 | $336.00 | $0.00 |
| Johnson, Emily Jo<br>331 Lakebend Dr<br>Brandon, MS 39042 | 751074350 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Johnson, Vivian R<br>1535 W 4th ST<br>Irving, TX 75060 | 751074520 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Jones, Erica L<br>132 Amy Road<br>Henderson, TX 75652 | 751074810 | 07-11051 | $93.60 | $93.60 | $0.00 |
| Jones, Kim M<br>14954 N 78th Dr<br>Peoria, AZ 85381 | 751074850 | 07-11051 | $3,173.07 | $3,173.07 | $0.00 |
| Joseph Kunde, Katherine C (KC)<br>1139 Fairway Ave<br>South Lake Tahoe, CA 96150 | 751075180 | 07-11051 | $122.30 | $122.30 | $0.00 |
| Jungblut, Karen<br>10 Pine St<br>Willingboro, NJ 08046 | 751075740 | 07-11051 | $53.62 | $53.62 | $0.00 |
| Kavanagh, Sheila<br>10209 Daylily Ct<br>Manassas, VA 20110 | 753000960 | 07-11053 | $5,000.00 | $5,000.00 | $0.00 |
| Kennard, John T (Tommy)<br>3940 Sugarloaf Dr<br>Monrovia, MD 21770 | 751077150 | 07-11051 | $1,438.51 | $1,438.51 | $0.00 |
| Ketchum, Brooke<br>221 Maryland Drive<br>O'Fallon, MO 63366 | 751077490 | 07-11051 | $660.00 | $660.00 | $0.00 |
| Ketchum, Brooke E<br>221 Maryland Drive<br>O'Fallon, MO 63366 | 751077500 | 07-11051 | $600.00 | $600.00 | $0.00 |
| Kilpatrick, Debora G (Debbie)<br>22430 1st Drive<br>SE<br>Bothell, WA 98021 | 751077880 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Klahr, Liza<br>1525 Aurelia Dr<br>Cumming, GA 30041 | 751078260 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Kornek, Shannon<br>913 Bur Oak Ct.<br>Myrtle Beach, SC 29579 | 751078780 | 07-11051 | $249.23 | $249.23 | $0.00 |
| Korrow, Leslie<br>12 Fremont St<br>Lindenhurst, NY 11757 | 751078790 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Kupelian, Soucie (Sossy)<br>6636 N 3rd St<br>Fresno, CA 93710 | 751079290 | 07-11051 | $456.92 | $456.92 | $0.00 |
| Lais, Marian K<br>1520 25th St<br>APT 8<br>Sacramento, CA 95816 | 751079690 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Lambert, Michael<br>230 Krider Rd<br>Sanford, FL 32773 | 751079960 | 07-11051 | $492.30 | $492.30 | $0.00 |
| Lang, Therese<br>2717 Davos Avenue<br>Woodridge, IL 60517 | 751080370 | 07-11051 | $2,100.00 | $2,100.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Lawrence, Barbara C<br>5717 Shropshire Ct<br>Alexandria, VA  22315 | 751080860 | 07-11051 | $1,560.00 | $1,560.00 | $0.00 |
| Leingang, Michelle M<br>6933 61st St W<br>University Place, WA  98467 | 751081510 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Leventhal, Robert<br>835 S Main St<br>Farmingdale, NY  11735 | 751082040 | 07-11051 | $406.15 | $406.15 | $0.00 |
| Lewis, Kimberly A<br>950 NE Locksley Dr<br>Bend, OR  97701 | 751082140 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Linde, Matthew C<br>3135 University<br>Blvd West Apt 2<br>Kensington, MD 20895 | 751082890 | 07-11051 | $769.23 | $769.23 | $0.00 |
| Loring, Patricia (Patti)<br>2017 South County Rd 9<br>Loveland, CO  80537 | 751083980 | 07-11051 | $309.00 | $309.00 | $0.00 |
| Lundquist, Susan A<br>13815 Nevada Ave<br>Savage, MN  55378 | 751084550 | 07-11051 | $3,466.69 | $3,466.69 | $0.00 |
| Lundy, Cynthia K.<br>21497 Bradetich Loop<br>Bend, OR  97701 | 751084560 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |
| Mabray, Christine (Chrissy)<br>15834 SW Glaze<br>Ct<br>Tigard, OR  97223 | 751084950 | 07-11051 | $1,329.22 | $1,329.22 | $0.00 |
| Mackin, Tara A<br>1231 Buckeye Terrace<br>Clayton, CA  94517 | 751085030 | 07-11051 | $4,184.61 | $4,184.61 | $0.00 |
| Mactague, Shannon I<br>6480 Menlo St<br>Simi Valley, CA 93063 | 751085130 | 07-11051 | $581.53 | $581.53 | $0.00 |
| Madden, Terry L.<br>223 Rd 19<br>Bushnell, NE  69128 | 751085180 | 07-11051 | $346.08 | $346.08 | $0.00 |
| Mahoney, Debra C<br>1679 Arkansas Dr<br>Valley Stream, NY  11580 | 751085410 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Maier, Daniel<br>50 S Pine Rd<br>Golden, CO  80401 | 751085440 | 07-11051 | $326.92 | $326.92 | $0.00 |
| Makary, Linda<br>390 Cavan Dr<br>Pittsburgh, PA  15236 | 750000580 | 07-11050 | $5,136.92 | $5,136.92 | $0.00 |
| Maldonado, Rafael<br>47 Hendrickson Ave<br>Lynbrook, NY  11563 | 751085530 | 07-11051 | $794.99 | $794.99 | $0.00 |
| Manero, James M<br>226 Greenwich Ave<br>Paulsboro, NJ  08066 | 751085720 | 07-11051 | $536.53 | $536.53 | $0.00 |
| Manginelli, Maria<br>8437 El Arroyo Dr<br>Huntington Beach, CA  92647 | 751085750 | 07-11051 | $7,500.00 | $7,500.00 | $0.00 |
| Mangum, Sandra<br>38 Martin St. -RGB<br>Rehoboth Beach, DE  19971 | 751085760 | 07-11051 | $120.00 | $120.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Maravilla, Aurora<br>2520 W Conley Ave<br>Anaheim, CA 92804 | 751086070 | 07-11051 | $1,440.00 | $1,440.00 | $0.00 |
| Marin, Cyndy<br>2568 Green Valley<br>Rd<br>Chula Vista, CA 91915 | 751086540 | 07-11051 | $3,046.15 | $3,046.15 | $0.00 |
| Marmolejo, Sandy E<br>3673 S 19th St<br>Milwaukee, WI 53221 | 751087010 | 07-11051 | $323.07 | $323.07 | $0.00 |
| Marsh, Aaron Kirk<br>317 Atlantic Ave<br>Bay Shore, NY 11706 | 751087270 | 07-11051 | $292.50 | $292.50 | $0.00 |
| Martin, Bernice<br>58 Garfield Ave<br>East Islip, NY 11730 | 753001240 | 07-11053 | $553.84 | $553.84 | $0.00 |
| Martin, Mayla<br>206 Madison Street<br>Warwick, RI 02888 | 751087480 | 07-11051 | $1,269.84 | $1,269.84 | $0.00 |
| Martin, Peter<br>27 D Country Club Ln<br>Milford, MA 01757 | 751087490 | 07-11051 | $356.16 | $356.16 | $0.00 |
| Masciangelo, Mariann<br>6540 Shoreline Dr<br>Little Elm, TX 75068 | 751087740 | 07-11051 | $915.38 | $915.38 | $0.00 |
| Mathenia, Paula B<br>101 SJ Hickerson Rd<br>Trenton, TN 38382 | 751088040 | 07-11051 | $1,135.67 | $1,135.67 | $0.00 |
| May, Paula<br>844 Alexandra Ave<br>Glendale, MO 63122 | 751088450 | 07-11051 | $750.00 | $750.00 | $0.00 |
| McBride, Bergica (Belle)<br>5 W 4th St<br>Freeport, NY 11520 | 753001280 | 07-11053 | $461.53 | $461.53 | $0.00 |
| McCleish, Janet<br>899 Quincy Court<br>Island Lake, IL 60042 | 751088740 | 07-11051 | $1,153.84 | $1,153.84 | $0.00 |
| McClow, Heidi H<br>644 Pashuta Drive<br>PO Box 862<br>Gunnison, CO 81230 | 751088760 | 07-11051 | $138.60 | $138.60 | $0.00 |
| McClure, Stacy A<br>3411 Cactus<br>Mountains St 104<br>Las Vegas, NV 89129 | 751088770 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |
| McCurley, Velda<br>1045 Tierra Creek Dr<br>Galt, CA 95632 | 751088880 | 07-11051 | $3,400.00 | $3,400.00 | $0.00 |
| McElmury, Joy<br>3020 Seekonk Avenue<br>Elgin, IL 60124 | 751088950 | 07-11051 | $168.30 | $168.30 | $0.00 |
| McGuyer, Jody L<br>6648 174th Place<br>Tinley Park, IL 60477 | 751089190 | 07-11051 | $375.12 | $375.12 | $0.00 |
| McKay, Julia<br>1307 NE 131st Place<br>Portland, OR 97230 | 751089360 | 07-11051 | $1,098.24 | $1,098.24 | $0.00 |
| McKenna, Marisa L<br>9395 W Ontario Dr<br>Littleton, CO 80128 | 751089430 | 07-11051 | $238.46 | $238.46 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| McMahan, Amy L<br>9811 Cliffside Dr<br>Irving, TX 75063 | 751089570 | 07-11051 | $484.61 | $484.61 | $0.00 |
| McMahon, Danee M<br>2457 S Holly St<br>Seattle, WA 98108 | 751089580 | 07-11051 | $2,769.23 | $2,769.23 | $0.00 |
| Middleton, Elaine<br>401 Lansdowne Rd<br>Charlotte, NC 28270 | 751092020 | 07-11051 | $2,067.69 | $2,067.69 | $0.00 |
| Mihailescu, Iuliana A<br>1501 Detroit Ave<br>Apt 6<br>Concord, CA 94520 | 751092100 | 07-11051 | $471.92 | $471.92 | $0.00 |
| Milea, Marta<br>172 Von Huenfeld St<br>Massapequa Park, NY 11762 | 751092140 | 07-11051 | $548.07 | $548.07 | $0.00 |
| Miller, Kelley<br>7985 Cotton Street<br>Harrisburg, NC 28075 | 751092290 | 07-11051 | $240.00 | $240.00 | $0.00 |
| Minhinnick, Anna<br>314 Rimbey Ave<br>Gahanna, OH 43230 | 751092440 | 07-11051 | $1,163.07 | $1,163.07 | $0.00 |
| Moore, Janet L<br>3210 E Gerona Dr<br>Jacksonville N A S, FL 32224 | 751093770 | 07-11051 | $1,230.76 | $1,230.76 | $0.00 |
| Morales Romero, Maria T<br>11393 Ironton St<br>Henderson, CO 80640 | 751093890 | 07-11051 | $63.00 | $63.00 | $0.00 |
| Morales, Maria Y<br>1963 Wallace Avenue<br>Bronx, NY 10458 | 751093900 | 07-11051 | $423.07 | $423.07 | $0.00 |
| Morton, Nadine<br>2111 Dover Pines Ave<br>Toms River, NJ 08755 | 751095060 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Mulder, Tara<br>19 Parkway Drive<br>Yorkville, IL 60560 | 751095710 | 07-11051 | $372.21 | $372.21 | $0.00 |
| Munos, Bambi J<br>10823 Broadwater Dr<br>Fairfax, VA 22032 | 751095880 | 07-11051 | $2,541.87 | $2,541.87 | $0.00 |
| Musalem, Paola<br>11925W 109th St<br>Apt 303<br>Overland Park, KS 66210 | 751096030 | 07-11051 | $276.96 | $276.96 | $0.00 |
| Mustard, Melanie<br>RR 4 Box 1577<br>Mifflintown, PA 17059 | 751096070 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Neff, Rick<br>1615 Silver Linden<br>Ct<br>Fort Wayne, IN 46804 | 751097320 | 07-11051 | $2,400.00 | $2,400.00 | $0.00 |
| Neff, Rick M<br>1615 Silver Linden<br>Ct<br>Fort Wayne, IN 46804 | 751097330 | 07-11051 | $5,777.64 | $5,777.64 | $0.00 |
| Nelson, Launna R<br>8264 Bedford<br>Cove Way<br>Sacramento, CA 95828 | 751097460 | 07-11051 | $1,523.07 | $1,523.07 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Nosworthy, Mark<br>211 Sylvester St<br>Westbury, NY 11590 | 751099760 | 07-11051 | $436.15 | $436.15 | $0.00 |
| Nunez Bugarin, Hilario<br>1920 S Greenville<br>Santa Ana, CA 92704 | 751099930 | 07-11051 | $992.00 | $992.00 | $0.00 |
| Ocasion, Gina M<br>3 Coronado<br>Foothill Ranch, CA 92610 | 751100360 | 07-11051 | $165.30 | $165.30 | $0.00 |
| Oliva, Agostino<br>167 N Albany Ave<br>North Massapequa, NY 11758 | 751101100 | 07-11051 | $110.00 | $110.00 | $0.00 |
| Olsen, Dianna L.<br>3067 Pratt Lane<br>Grove City, OH 43123 | 751101140 | 07-11051 | $3,461.53 | $3,461.53 | $0.00 |
| Oxentenko, Daniel K (Dan)<br>13924 SE 131st<br>Ave<br>Clackamas, OR 97015 | 751102550 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Paderes, Sheila R<br>7801 Aster Avenue<br>Yucca Valley, CA 92284 | 751102890 | 07-11051 | $288.00 | $288.00 | $0.00 |
| Page, Monique J<br>8360 Via Ladera<br>Rancho Cucamonga, CA 91730 | 751102980 | 07-11051 | $910.15 | $910.15 | $0.00 |
| Pak, Kyong H (K)<br>8395 New London Rd.<br>Mechanicsville, VA 23116 | 751103000 | 07-11051 | $138.48 | $138.48 | $0.00 |
| Palfery, Sue A<br>709 Woodlawn Ave<br>Royal Oak, MI 48073 | 751103030 | 07-11051 | $2,076.92 | $2,076.92 | $0.00 |
| Pallay , Joann<br>26 Colonial Rd<br>North Babylon, NY 11703 | 751103040 | 07-11051 | $432.69 | $432.69 | $0.00 |
| Palmeri Smith, Rachele J<br>7772 N 19th Dr<br>Phoenix, AZ 85021 | 751103100 | 07-11051 | $207.69 | $207.69 | $0.00 |
| Parada, Ibis M<br>9120 Chrysanthemum<br>Dr<br>Boynton Beach, FL 33437 | 751103400 | 07-11051 | $1,665.86 | $1,665.86 | $0.00 |
| Parham, Winston<br>3455 Midway Cove<br>Loganville, GA 30052 | 751103500 | 07-11051 | $1,158.74 | $1,158.74 | $0.00 |
| Parslow-Nazario, Diana<br>5235 Glendon St<br>D3<br>Salt Lake City, UT 84123 | 751103730 | 07-11051 | $426.92 | $426.92 | $0.00 |
| Pate, JoAnn<br>158 Country Forest<br>Dr<br>Fort Wayne, IN 46818 | 751103820 | 07-11051 | $132.00 | $132.00 | $0.00 |
| Patterson, Sheryl M (Michelle)<br>1028 W 25th St<br>San Pedro, CA 90731 | 751104150 | 07-11051 | $484.80 | $484.80 | $0.00 |
| Paul, Valerie<br>PO Box 1501<br>Crestline, CA 92325 | 751104360 | 07-11051 | $2,653.89 | $2,653.89 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Penick, Krystal<br>9802 Waterview Parkway<br>Rowlett, TX 75089 | 751104980 | 07-11051 | $207.69 | $207.69 | $0.00 |
| Phillips, Catherine S (Cathy)<br>11409 NE 98th Circle<br>Vancouver, WA 98662 | 751105870 | 07-11051 | $1,038.46 | $1,038.46 | $0.00 |
| Piver, Andrew (Andy)<br>18 Gardiners Ln<br>East Hampton, NY 11937 | 751109520 | 07-11051 | $634.61 | $634.61 | $0.00 |
| Platero, Andrea R<br>2613 Hamilton Ave<br>El Centro, CA 92243 | 751109690 | 07-11051 | $120.00 | $120.00 | $0.00 |
| Pletcher, Marcia A<br>12 Green Gable Pt SW<br>Euharlee, GA 30120 | 751109830 | 07-11051 | $202.50 | $202.50 | $0.00 |
| Plymale, Linda<br>2309 Turtle Point Dr<br>Raleigh, NC 27604 | 751109920 | 07-11051 | $403.84 | $403.84 | $0.00 |
| Poomchonghko, Piyamit<br>PO Box 742<br>Lindenhurst, NY 11757 | 751110370 | 07-11051 | $461.53 | $461.53 | $0.00 |
| Porte, Kelli R<br>7432 Via Serena<br>Rancho Cucamonga, CA 91730 | 751110430 | 07-11051 | $1,007.71 | $1,007.71 | $0.00 |
| Porter, Julia<br>5893 S Taft St<br>Littleton, CO 80127 | 751110460 | 07-11051 | $2,443.44 | $2,443.44 | $0.00 |
| Prater, Sarah M<br>4055 Sea Forest Way<br>Sacramento, CA 95823 | 751110820 | 07-11051 | $1,126.40 | $1,126.40 | $0.00 |
| Preda, Stefanie<br>25 Lake Rd.<br>Merrick, NY 11566 | 751110840 | 07-11051 | $516.00 | $516.00 | $0.00 |
| Proctor, Nelita<br>5707 Thunder Hilll Rd<br>Columbia, MD 21045 | 751111580 | 07-11051 | $3,090.00 | $3,090.00 | $0.00 |
| Puckett, Jennifer<br>2510 W Harbourside Dr<br>Fort Wayne, IN 46814 | 751112260 | 07-11051 | $3,230.76 | $3,230.76 | $0.00 |
| Pulliam, Gina M<br>16922 Rockcreek Cir APT 124<br>Huntington Beach, CA 92647 | 751112300 | 07-11051 | $1,147.78 | $1,147.78 | $0.00 |
| Rapp, John C (Christopher)<br>4306 Olentangy Blvd<br>Columbus, OH 43214 | 751114750 | 07-11051 | $5,019.23 | $5,019.23 | $0.00 |
| Reinke, Kristi R<br>36761 Franklin Ave<br>Madera, CA 93638 | 751116120 | 07-11051 | $176.36 | $176.36 | $0.00 |
| Reyes Jr, Yvonne M<br>9214 Metz Ave<br>Dallas, TX 75232 | 751117200 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Rickert, Melissa R<br>3022 SE Pheasant Ave<br>Gresham, OR 97080 | 751117850 | 07-11051 | $1,671.16 | $1,671.16 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Riehl, Preston T<br>1605 N Fairview St<br>Burbank, CA 91505 | 751118680 | 07-11051 | $432.00 | $432.00 | $0.00 |
| Rietkerk, Crystal M<br>19333 Bechard Ave<br>Cerritos, CA 90703 | 751118710 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Rincon, Karyen<br>11 Franklin Street<br>Brentwood, NY 11717 | 751118810 | 07-11051 | $534.80 | $534.80 | $0.00 |
| Riordan, James J<br>68 Kyle Court<br>Ladera Ranch, CA 92694 | 751118880 | 07-11051 | $726.96 | $726.96 | $0.00 |
| Rodriguez Dominguez, Yanzi<br>1950 N Carson<br>St Number 40<br>Carson City, NV 89701 | 751120020 | 07-11051 | $168.00 | $168.00 | $0.00 |
| Ruby, Amy<br>5884 Joshua Pl<br>Welcome, MD 20693 | 751121150 | 07-11051 | $422.02 | $422.02 | $0.00 |
| Ruiz, JoAnna<br>605 E 9th St<br>Del Rio, TX 78840 | 751121250 | 07-11051 | $576.00 | $576.00 | $0.00 |
| Ruiz, Rosa C<br>1343 Vista Verde<br>Way<br>Escondido, CA 92027 | 751121260 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Ruphard, Jennifer<br>504 Pioneer Dr<br>Saint Peters, MO 63376 | 751121330 | 07-11051 | $303.00 | $303.00 | $0.00 |
| Rusch, Lindsey M<br>11925 SE Dorset Ln<br>Happy Valley, OR 97086 | 751121370 | 07-11051 | $565.29 | $565.29 | $0.00 |
| Russell, Sharon K<br>9811 Summerday Drive<br>Burke, VA 22015 | 751121450 | 07-11051 | $216.00 | $216.00 | $0.00 |
| Rust, Angela N<br>2029 Stoneman St<br>Simi Valley, CA 93065 | 751121520 | 07-11051 | $490.38 | $490.38 | $0.00 |
| Ryan, Kellie<br>49 Glendale St<br>Weymouth, MA 02188 | 751121700 | 07-11051 | $3,630.08 | $3,630.08 | $0.00 |
| Salazar, Martha D<br>1711 N Post Ln<br>APT C<br>Anaheim, CA 92807 | 751122050 | 07-11051 | $387.69 | $387.69 | $0.00 |
| Salazar, Monica<br>1635 Windward Ct<br>Naperville, IL 60563 | 751122060 | 07-11051 | $28.50 | $28.50 | $0.00 |
| Salcido, Erica V<br>3020 W Villa<br>Rita Road<br>Phoenix, AZ 85053 | 753002220 | 07-11053 | $461.53 | $461.53 | $0.00 |
| Sandridge, Linda I (Irene)<br>164 P. Paw Lane<br>Troy, VA 22974 | 751122480 | 07-11051 | $473.07 | $473.07 | $0.00 |
| Santiago, Chanai C<br>15903 Thompson<br>Ranch Dr<br>Santa Clarita, CA 91387 | 751122660 | 07-11051 | $1,130.76 | $1,130.76 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Santoro, Michelle R<br>9 Shetland Circle<br>Reisterstown, MD 21136 | 751122690 | 07-11051 | $2,676.35 | $2,676.35 | $0.00 |
| Sattar, Omar<br>852 Oxford Court<br>Valley Stream, NY 11580 | 751123000 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Sawits, David A<br>32U Madison Park<br>Gardens<br>Port Washington, NY 11050 | 751123130 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| Sawyer, Corby<br>10880 Silver Springs<br>Drive<br>Columbia, CA 95310 | 751123180 | 07-11051 | $192.00 | $192.00 | $0.00 |
| Sbarra, Michael A<br>2909 Englefield Dr.<br>Raleigh, NC 27615 | 751123260 | 07-11051 | $392.30 | $392.30 | $0.00 |
| Scheutzow, Shawn T<br>841 Marjories Way<br>Saint Augustine, FL 32092 | 751123470 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| Schmick, Brandi J<br>809 West 1st Street<br>Mc Cook, NE 69001 | 751123550 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Schoedl, Branden D<br>2700 Peterson Pl<br>Apt 52B<br>Costa Mesa, CA 92626 | 751123650 | 07-11051 | $346.15 | $346.15 | $0.00 |
| Schwartzkopf, Kimberly<br>1445 Esterbrook Rd<br>Douglas, WY 82633 | 751123850 | 07-11051 | $1,292.30 | $1,292.30 | $0.00 |
| Schwartzkopf, Kimberly<br>1445 Esterbrook Rd<br>Douglas, WY 82633 | 751123860 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Sclafani, Michael<br>1 Campus Pl<br>Baldwin, NY 11510 | 751123910 | 07-11051 | $475.96 | $475.96 | $0.00 |
| Seiler, Christine<br>1361 Mayfair Ln.<br>Grayslake, IL 60030 | 753002320 | 07-11053 | $550.46 | $550.46 | $0.00 |
| Shade, Velvet D<br>4219 Silverado<br>Trail<br>Eugene, OR 97404 | 751124930 | 07-11051 | $960.00 | $960.00 | $0.00 |
| Shaughnessy, David J<br>422 Upland St<br>Apt D1<br>Pottstown, PA 19464 | 751125180 | 07-11051 | $288.22 | $288.22 | $0.00 |
| Shaw, Francine M<br>9002 N Mountain<br>View Lane<br>Spokane, WA 99218 | 751125220 | 07-11051 | $2,007.69 | $2,007.69 | $0.00 |
| Shere, Melissa<br>480 Kensington Ct<br>De Kalb, IL 60115 | 751125640 | 07-11051 | $264.00 | $264.00 | $0.00 |
| Silkworth, April A<br>4105 Three Oaks<br>Drive<br>Fort Wayne, IN 46809 | 751127020 | 07-11051 | $369.23 | $369.23 | $0.00 |
| Sinacore, Jennifer<br>37 Park St<br>Blue Point, NY 11715 | 751127270 | 07-11051 | $165.00 | $165.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Sindut, Gerry<br>17 Alton<br>Prospect Heights, IL 60070 | 751127320 | 07-11051 | $184.61 | $184.61 | $0.00 |
| Smith Ewell, Jameela D<br>9522 Bayview Pkwy<br>Charlotte, NC 28216 | 751127910 | 07-11051 | $2,800.00 | $2,800.00 | $0.00 |
| Son, Jay J<br>17 Schenck Ave<br>Apt 1F<br>Great Neck Plaza, NY 11021 | 749000390 | 07-11049 | $1,211.50 | $1,211.50 | $0.00 |
| Sternberg, Casey Ann<br>2962 W Versailles<br>Drive<br>Coeur D Alene, ID 83815 | 751131350 | 07-11051 | $134.61 | $134.61 | $0.00 |
| Stickney, Carol A<br>16915 Landlings Drive L<br>Huntersville, NC 28078 | 751131660 | 07-11051 | $1,372.07 | $1,372.07 | $0.00 |
| Stoler, Dawn M<br>944 Crest Road<br>Lansdale, PA 19446 | 751131790 | 07-11051 | $2,530.76 | $2,530.76 | $0.00 |
| Summers, Dawn<br>373 Frederick Dr<br>Dallastown, PA 17313 | 751132390 | 07-11051 | $1,318.40 | $1,318.40 | $0.00 |
| Taylor, Marie<br>2416 Bluejay Way<br>Court<br>Florissant, MO 63033 | 751133950 | 07-11051 | $1,787.49 | $1,787.49 | $0.00 |
| Theisen Barnhill, Linda L<br>5316 Old Course Dr<br>Cramerton, NC 28032 | 751136930 | 07-11051 | $553.84 | $553.84 | $0.00 |
| Therrell, Thomas R (Russ)<br>903 Kingsbury Ct<br>Allen, TX 75013 | 751137020 | 07-11051 | $2,153.84 | $2,153.84 | $0.00 |
| Thompson, Julie M<br>16922 Superior St<br>Northridge, CA 91343 | 751137360 | 07-11051 | $784.61 | $784.61 | $0.00 |
| Toledo, Luci<br>655 Preston Avenue<br>Elgin, IL 60120 | 751138370 | 07-11051 | $180.00 | $180.00 | $0.00 |
| Tolley, Sheila (Dawn)<br>27079 Bosse Dr<br>Mechanicsville, MD 20659 | 751138400 | 07-11051 | $150.00 | $150.00 | $0.00 |
| Torcasi, Daniel<br>76 Rocklynn<br>Place<br>Pittsburgh, PA 15228 | 751138700 | 07-11051 | $90.00 | $90.00 | $0.00 |
| Torfin, Tina D<br>1930 79th Ave SE<br>Olympia, WA 98501 | 751138720 | 07-11051 | $415.38 | $415.38 | $0.00 |
| Tran, Nhung<br>444 Biscayne Rd<br>Lancaster, PA 17601 | 751139210 | 07-11051 | $1,638.00 | $1,638.00 | $0.00 |
| Troyer, Kimberly D<br>18077 E Nassau<br>Drive<br>Aurora, CO 80013 | 751140070 | 07-11051 | $348.00 | $348.00 | $0.00 |
| Tuttle, Michele<br>24356 Carlysle St<br>Dearborn, MI 48124 | 751140520 | 07-11051 | $1,030.00 | $1,030.00 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Tyson, Joyce A<br>23811 Calle Hogar<br>Mission Viejo, CA 92691 | 751140670 | 07-11051 | $11,011.48 | $11,011.48 | $0.00 |
| Uyeno, Jill M<br>247 Glendale Road<br>Glenview, IL 60025 | 751142190 | 07-11051 | $5,192.30 | $5,192.30 | $0.00 |
| Van Dyke, Julie A<br>648 S. Wisconsin Ave.<br>Villa Park, IL 60181 | 751142520 | 07-11051 | $435.16 | $435.16 | $0.00 |
| VanOmmeren, Matthew<br>830 Atom Ct<br>Uniondale, NY 11553 | 751142690 | 07-11051 | $450.00 | $450.00 | $0.00 |
| Vargas, Adriana H<br>21307 Archibald Ave<br>Carson, CA 90745 | 751142730 | 07-11051 | $865.38 | $865.38 | $0.00 |
| Varner, Melissa<br>1030 Floret Ln<br>#12K<br>Midvale, UT 84047 | 751142770 | 07-11051 | $184.00 | $184.00 | $0.00 |
| Vasil, Candy B<br>2757 Riverdale Court<br>Fort Mill, SC 29715 | 751142810 | 07-11051 | $1,292.30 | $1,292.30 | $0.00 |
| Vernon, Patricia D<br>9591 W Heather Ln<br>Miramar, FL 33025 | 751145430 | 07-11051 | $1,536.00 | $1,536.00 | $0.00 |
| Via, Bryan<br>18222 Theodora Dr<br>Tustin, CA 92780 | 751145590 | 07-11051 | $276.92 | $276.92 | $0.00 |
| Vidales, Mindy<br>6504 W Tonto Dr<br>Glendale, AZ 85308 | 751145690 | 07-11051 | $577.00 | $577.00 | $0.00 |
| Villalobos, Ashlee M<br>12412 Petaluma<br>Road<br>Victorville, CA 92392 | 751145870 | 07-11051 | $240.00 | $240.00 | $0.00 |
| Visser, Pamela I (Pam)<br>901 E Front<br>Street<br>Lynden, WA 98264 | 751146150 | 07-11051 | $290.76 | $290.76 | $0.00 |
| Wadsworth, Brad<br>4760 Scotney Ct.<br>Suwanee, GA 30024 | 751146560 | 07-11051 | $1,634.61 | $1,634.61 | $0.00 |
| Wagner, Christina (Nikki)<br>186 Quaker St<br>Golden, CO 80401 | 751146620 | 07-11051 | $1,060.20 | $1,060.20 | $0.00 |
| Walker, Carla C<br>816 Stardale Drive<br>Chesapeake, VA 23322 | 751146770 | 07-11051 | $3,876.92 | $3,876.92 | $0.00 |
| Weiss, Robin L<br>2427 Third Avenue<br>East Meadow, NY 11554 | 751148050 | 07-11051 | $501.92 | $501.92 | $0.00 |
| Welch, Claudette H<br>1603 Cindy Lou<br>Ave<br>Henderson, TX 75654 | 751148070 | 07-11051 | $297.60 | $297.60 | $0.00 |
| Wellmaker Ferriter, Linda M<br>3401 SW Holly Lane<br>Palm City, FL 34990 | 751148150 | 07-11051 | $4,230.76 | $4,230.76 | $0.00 |
| White, Lynda<br>423 Tallgrass Lane<br>Yorkville, IL 60560 | 751149230 | 07-11051 | $2,307.69 | $2,307.69 | $0.00 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Wiggins, Bethany<br>529 Brockinton South<br>Saint Simons, GA 31522 | 751149340 | 07-11051 | $173.28 | $173.28 | $0.00 |
| Williams, Alisha N<br>1394 Harford Square Dr.<br>Edgewood, MD 21040 | 751149700 | 07-11051 | $72.00 | $72.00 | $0.00 |
| Williams, Anthony R<br>3643 W Pondera Street<br>Lancaster, CA 93536 | 751149720 | 07-11051 | $3,876.92 | $3,876.92 | $0.00 |
| Williams, Antonia<br>161 Gibson Ave<br>Brentwood, NY 11717 | 751149730 | 07-11051 | $177.00 | $177.00 | $0.00 |
| Williams, Chris C<br>5741 Osuna Rd NE<br>Number 700<br>Albuquerque, NM 87109 | 751149750 | 07-11051 | $57.69 | $57.69 | $0.00 |
| Williams, Patricia<br>6504 Alta Ave<br>Baltimore, MD 21206 | 751149790 | 07-11051 | $405.62 | $405.62 | $0.00 |
| Willis, Sandra F.<br>20 Hulvey Drive<br>Stafford, VA 22556 | 751149950 | 07-11051 | $412.32 | $412.32 | $0.00 |
| Wold, Amanda L<br>3680 N Red River Road<br>Ferndale, WA 98248 | 751150590 | 07-11051 | $512.30 | $512.30 | $0.00 |
| Wood, Janel M<br>23645 N 75th Street<br>Scottsdale, AZ 85255 | 751150680 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Wright, Alexandra A<br>6150 Mercury Pl<br>Ferndale, WA 98248 | 751150910 | 07-11051 | $360.00 | $360.00 | $0.00 |
| Wurtz, Christopher<br>3347 N Southport<br>Chicago, IL 60657 | 751151000 | 07-11051 | $300.00 | $300.00 | $0.00 |
| Wurtz, Jeffrey C<br>401 E Madison St<br>Malta, IL 60150 | 751151020 | 07-11051 | $204.00 | $204.00 | $0.00 |
| Young, Carrie<br>793 S Jasper Dr<br>Pueblo West, CO 81007 | 751153710 | 07-11051 | $144.16 | $144.16 | $0.00 |
| Yu, Jonathan C<br>1106 Mitchell Avenue<br>Tustin, CA 92780 | 751153790 | 07-11051 | $276.92 | $276.92 | $0.00 |

**Totals:**　　　　　　　　　　　　　　**345 Claims**

**EXHIBIT B**

**PARTIALLY SATISFIED CLAIMS**

## Exhibit B

### Partially Satisfied Schedules

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Andrade Cortes, Ernesto J<br>7928 Tujunga Ave<br>North Hollywood, CA  91605 | 751006350 | 07-11051 | $2,099.99 | $484.61 | $1,615.38 |
| Arias, Raquel<br>14461 Belvedere Dr<br>Woodbridge, VA  22193 | 751007710 | 07-11051 | $634.61 | $380.76 | $253.85 |
| Bhojani, Sujata<br>828 O'Donnell Ave<br>Scotch Plains, NJ  07076 | 751016520 | 07-11051 | $4,061.54 | $3,676.93 | $384.61 |
| Burry, Brandi<br>927 E 10th Streetq<br>Pine Bluffs, WY  82082 | 751021070 | 07-11051 | $1,424.00 | $427.20 | $996.80 |
| Camaligan, Erwin<br>3234 Dos Palos Dr<br>Los Angeles, CA  90068 | 751022280 | 07-11051 | $1,523.07 | $415.38 | $1,107.69 |
| Carrera, Alicia<br>3687 Jorge Ct<br>Turlock, CA  95382 | 751023660 | 07-11051 | $616.76 | $512.76 | $104.00 |
| Evans, Michael J<br>2312 N Green Valley<br>Pkwy 2026<br>Henderson, NV  89014 | 751049870 | 07-11051 | $767.31 | $124.12 | $643.19 |
| Folsom, Hannah<br>956 West 13th<br>St Apt 1<br>San Pedro, CA 90732 | 751054370 | 07-11051 | $1,010.77 | $387.69 | $623.08 |
| Guastavino, Natalie<br>366 S Crescent Dr<br>Beverly Hills, CA 90212 | 751061310 | 07-11051 | $1,437.40 | $692.30 | $745.10 |
| Lee, Carine<br>1011 LakeSt<br>suite 212<br>River Forest, IL 60305 | 751081240 | 07-11051 | $757.50 | $157.50 | $600.00 |
| Meacham, Lori E<br>8305 Fulton<br>Ranch Street<br>Las Vegas, NV  89131 | 751089710 | 07-11051 | $1,169.23 | $876.92 | $292.31 |
| Menscer, Lisa D<br>7227 Racine Rd<br>Pleasant Garden, NC  27313 | 751090220 | 07-11051 | $1,300.00 | $300.00 | $1,000.00 |
| Plummer, Tamara M (Michelle)<br>23154 Parker Rd<br>Number B<br>Salinas, CA  93908 | 751109890 | 07-11051 | $2,727.68 | $1,453.83 | $1,273.85 |
| Ponce, Kelissa Kay<br>925 Summerhill Drive<br>Aurora, IL  60506 | 751110360 | 07-11051 | $1,256.40 | $418.80 | $837.60 |
| Ramos, Fausstene<br>7531 Darby Ave<br>Reseda, CA  91335 | 751114250 | 07-11051 | $1,412.30 | $443.07 | $969.23 |
| Syljebeck, Jasmine<br>220 Windswept Dir<br>Neptune Beach, FL  32266 | 751133140 | 07-11051 | $1,268.96 | $346.08 | $922.88 |
| Velasco, Abe<br>88 Sycamore Rd<br>Jersey City, NJ  07305 | 751142980 | 07-11051 | $1,903.44 | $519.12 | $1,384.32 |

| Name/Address of Claimant | Schedule Number | Case Number | Amended Amount | Satisfied Amount | Remaining Amount |
|---|---|---|---|---|---|
| Walters, Kim<br>42 Haven Ln<br>Levittown, NY  11756 | 751146940 | 07-11051 | $2,038.22 | $611.46 | $1,426.76 |
| Wanner, Julia A<br>1526 192nd St SE<br>Number q2<br>Bothell, WA  98012 | 751146990 | 07-11051 | $1,292.31 | $766.23 | $526.08 |
| Wells, Kelly C<br>5785 Amnest Way<br>Sacramento, CA  95835 | 751148570 | 07-11051 | $2,773.07 | $1,292.30 | $1,480.77 |
| Whitehead, Brenda L.<br>5334 Catherine St<br>Philadelphia, PA  19143 | 751149240 | 07-11051 | $1,038.46 | $623.08 | $415.38 |

**Totals:**                                          **21  Claims**