U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| OGOREK, JOHN S.<br>29531 FIARWAY BLVD<br>WILLOWICK, OH 440954631 | Claim Number: 1<br>Claim Date: 08/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| **SECURED**        Claimed: | $325.00 |

---

| CORNERSTONE APPRAISAL SERVICES, LLC<br>3259 E SUNSHINE ST STE V<br>SPRINGFIELD, MO 65804-2143 | Claim Number: 2<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) |
|---|---|
| **UNSECURED**        Claimed: | $150.00 |

---

| SURF HOUSECLEANING<br>HEATHER FOLLRATH, OWNER<br>1040 FAIR OAKS AVE<br>ALAMEDA, CA 94501 | Claim Number: 3<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| **UNSECURED**        Claimed: | $270.00 |

---

| CADRE GROUP, LLC<br>60 KATONA DR STE 27<br>FAIRFIELD, CT 06824 | Claim Number: 4<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|
| **UNSECURED**        Claimed: | $12,745.00 |

---

| ULRICH, EUGENE F.<br>316 METZ RD<br>SEASIDE, CA 93955 | Claim Number: 5<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| **UNSECURED**        Claimed: | $1,574.00 |

---

| ALESSI, KERRI L.<br>1 DUNDERBERG RD<br>TOMKINS COVE, NY 10986 | Claim Number: 6<br>Claim Date: 08/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| **UNSECURED**        Claimed: | $450.00 |

---

| JAY'S RESTAURANT GROUP<br>1309 N CHARLES ST<br>BALTIMORE, MD 21202 | Claim Number: 7<br>Claim Date: 08/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| **UNSECURED**        Claimed: | $1,185.47 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SEATTLE HOME APPRAISAL
556 N 169TH ST
SHORELINE, WA 98133

Claim Number: 8
Claim Date: 08/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,260.00 |
| --- | --- | --- |

REM PUBLISHING, LLC
DBA R.E. REAL ESTATE MAGAZINE
3036 LEAFWOOD DR SE
MARIETTA, GA 30067

Claim Number: 9
Claim Date: 08/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,994.70 |
| --- | --- | --- |

EDWARDS, RALPH
8814 FARGO RD # 115
RICHMOND, VA 23229

Claim Number: 10
Claim Date: 08/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611

| UNSECURED | Claimed: | $2,280.00 | Scheduled: | $650.00 |
| --- | --- | --- | --- | --- |

DALY, PATTI
PMD APPRAISALS
3813 INGLESIDE ST
OLNEY, MD 20832

Claim Number: 11
Claim Date: 08/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,625.00 | Scheduled: | $325.00 |
| --- | --- | --- | --- | --- |

CORWIN, ELAINE AND ALVIN
900 PARK AVE 14C
NEW YORK, NY 10021

Claim Number: 12
Claim Date: 08/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| SECURED | Claimed: | $3,000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $3,000.00 |
| SECURED | Claimed: | $3,000.00 | | |
| UNSECURED | | | Scheduled: | $3,000.00 |

ZELEZNIK APPRAISAL CO.
201 FOXTON RD
MATTHEWS, NC 28104

Claim Number: 13
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $2,425.00 |
| --- | --- | --- |

SALE, JEFFREY C.
3801 HEATHER ST
SEAL BEACH, CA 90740

Claim Number: 14
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,950.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BROWN'S REAL ESTATE SERVICES, INC.
20044 COOL SPRING RD
MILTON, DE 19968

Claim Number: 15
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10.00 |
| UNSECURED | Claimed: | $350.00 |

---

MEAD APPRAISALS
11378 NIAGARA DR
FISHERS, IN 46037

Claim Number: 16
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,260.00 |

---

MEEKS, ELAINE
1377 WILLOW BROOK RD
NASHVILLE, NC 278567870

Claim Number: 17
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $400.00 |

---

GOOLSBY, TINA L.
16926 PAGE
HAZEL CREST, IL 60429

Claim Number: 18
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $325.00 |

---

TOMAN, TAMMY S.
8635 SHOE OVERLOOK DR
FISHERS, IN 46038

Claim Number: 19
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $550.00 |

---

MILLS, JEFFERY J.
414 APACHE TRL
MULBERRY, FL 33860-3406

Claim Number: 20
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $350.00 |

---

CONTINENTAL REAL ESTATE APPRAISAL SVCS
PO BOX 7254
TAMPA, FL 336737254

Claim Number: 21
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLIFFORD, SHERRY<br>APPRAISALS UNLIMITED<br>9834 HANS<br>ELK GROVE, CA 95624-2905 | Claim Number: 22<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |

| UNSECURED | Claimed: | $2,150.00 |

---

| O'HALLORAN, THOMAS J., JR.<br>REAL ESTATE APPRAISER<br>14400 SENECA RD<br>DARNESTOWN, MD 20874 | Claim Number: 23<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $5,270.00 |

---

| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100 - PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 24<br>Claim Date: 08/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009) |

| SECURED | Claimed: | $104.06   UNLIQ |

---

| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 25<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $2,370.73   UNLIQ |

---

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 26<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $1,263.16   UNLIQ |

---

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 27<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $1,080.63   UNLIQ |

---

| XO COMMUNICATIONS, INC.<br>ATTN BRAD LEE<br>105 MOLLOY ST STE 300<br>NASHVILLE, TN 37201 | Claim Number: 28<br>Claim Date: 08/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10549 (08/21/2012) |

| UNSECURED | Claimed: | $189,904.41 | Scheduled: | $293,132.31 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MANATEE COUNTY<br>KEN BURTON JR CFC TAX COLLECTOR<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | Claim Number: 29<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | | | Scheduled: | $4,082.45 DISP CONT |
| SECURED | Claimed: | $3,865.96   UNLIQ | | |

---

| KAPPELMAN, JOSHUA E.<br>300 E RIVERSIDE DR APT 345<br>AUSTIN, TX 78704-1305 | Claim Number: 30<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) |
|---|---|

| PRIORITY | Claimed: | $619.00 | Scheduled: | $769.23 CONT |

---

| AAG PROPERTIES LLC<br>ATTN ANDREW MONSOUR<br>2762 ELECTRIC RD STE B<br>ROANOKE, VA 24018 | Claim Number: 31<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,930.59 |

---

| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 32<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| SECURED | Claimed: | $1,628.31   UNLIQ |

---

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 33<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| SECURED | Claimed: | $4,823.06   UNLIQ |

---

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 34<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $19,518.47   UNLIQ |

---

| COPPELL ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 35<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| SECURED | Claimed: | $34,501.45   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CITY OF MEMPHIS (TN)
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 36
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $210.28 UNLIQ |
|---|---|---|

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 37
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 8005 (09/03/2009)

| SECURED | Claimed: | $3,862.04 UNLIQ |
|---|---|---|

CORPORATE EXPRESS OFFICE PRODUCTS, INC.
ATTN LEGAL DEPARTMENT
ONE ENVIRONMENTAL WAY
BROOMFIELD, CO 80021

Claim Number: 38
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10046 (06/15/2011)

ADMINISTRATIVE

| UNSECURED | Claimed: | $101,190.38 | Scheduled: | $41,177.66 |
|---|---|---|---|---|

ZEPPUHAR, ROBERT F.
2924 MANUEL DR
ALLISON PARK, PA 15101

Claim Number: 39
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $395.66 |
|---|---|---|

INFORMATICA CORP
ATTN MAHA KHOURY / CREDIT & COLLECTIONS
100 CARDINAL WAY
REDWOOD CITY, CA 94063

Claim Number: 40
Claim Date: 08/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $162,416.14 | Scheduled: | $162,416.14 |
|---|---|---|---|---|

BACON, BERNADETTE
12 NIKIA DR
ISLIP, NY 11751

Claim Number: 41
Claim Date: 08/22/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MCLOUGHLIN, MARGARET
43 AVENUE I
FARMINGDALE, NY 11735

Claim Number: 42
Claim Date: 08/22/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| DEBLASIO, MELISSA<br>2977 SHEFFIELD DR<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 43<br>Claim Date: 08/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $11,340.00 | Scheduled: | $11,340.00 | |
| BERTI, CHRISTINE<br>18 MISTLETOE LN<br>LEVITTOWN, NY 117563312 | | Claim Number: 44<br>Claim Date: 08/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5169 (07/18/2008) | | | |
| PRIORITY | | | Scheduled: | $2,281.49 CONT | |
| UNSECURED | Claimed: | $458.85 | | | |
| RJ NEILD REAL ESTATE APPRAISALS<br>ATTN RJ NEILD, OWNER<br>1461 MAIN ST<br>EL CENTRO, CA 92243 | | Claim Number: 45<br>Claim Date: 08/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $5,225.00 | Scheduled: | $1,500.00 | |
| DONALD ZIMMERMAN & ASSOCIATES LLC<br>ATTN ADAM ZIMMERMAN, PARTNER<br>550 FRONTAGE RD STE 3805<br>NORTHFIELD, IL 60093 | | Claim Number: 46<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $9,400.00 | | | |
| TRAN-STAR EXECUTIVE TRANSPORTATION<br>SERVICES, INC.<br>PO BOX 2574<br>NORTH BABYLON, NY 11703 | | Claim Number: 47<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009)<br>NOT SIGNED | | | |
| UNSECURED | Claimed: | $24,873.68 | | | |
| GAUGLER, MEGAN<br>73 NANCYCREST LN<br>BUFFALO, NY 142243833 | | Claim Number: 48<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | |
| PRIORITY | Claimed: | $675.00 | | | |
| GAUGLER, MICHAEL & MEGAN<br>73 NANCYCREST LN<br>BUFFALO, NY 142243833 | | Claim Number: 49<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $575.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| PIERRE, JOHN<br>79 KARAS TRAIL<br>PALM COAST, FL 32164 | | Claim Number: 50<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| RUTKIS, ARNOLD<br>2201 5TH TERRACE S<br>IRONDALE, AL 35210 | | Claim Number: 51<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| OGOREK, JOHN S.<br>29531 FAIRWAY BLVD<br>WILLOWICK, OH 440954631 | | Claim Number: 52<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| SECURED | Claimed: | $325.00 | | | |
| PEARSON & ASSOCIATES, INC.<br>ATTN MICHAEL PEARSON, PRESIDENT<br>350 W KENSINGTON # 110<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 53<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7023 (02/17/2009) | | | |
| UNSECURED | Claimed: | $30,935.00 | Scheduled: | | $7,350.00 |
| RILEY, RANDALL & SHARON<br>3360 MCKEAN DR<br>CONCORD, CA 94518-2334 | | Claim Number: 54<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $450.00 | | | |
| HAGE & ASSOCIATES, INC.<br>711 GAFFNEY RD # 101<br>FAIRBANKS, AK 99701 | | Claim Number: 55<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $550.00 | | | |
| SUTICH, CECILIA<br>2 TERRACE LANE<br>SMITHTOWN, NY 11787 | | Claim Number: 56<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,442.31 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | Claim Number: 57<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $2,075.00 |
|---|---|---|

| GLW SERVICES, INC.<br>ATTN GARY L. WARD<br>200 1/2 W MAIN ST STE B<br>ARDMORE, OK 73401 | Claim Number: 58<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $404.00 |
|---|---|---|

| GAUGLER, MEGAN<br>73 NANCYCREST LN<br>BUFFALO, NY 142243833 | Claim Number: 59<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $325.00 |
|---|---|---|

| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | Claim Number: 60<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $762.00 |
|---|---|---|

| RENNER HANSBOROUGH & REESE, INC.<br>ATTN JILL D AULD<br>12610 THREE SISTERS RD<br>POTOMAC, MD 20854 | Claim Number: 61<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

| ROESCH, JUDITH G.<br>4831 CONDOR ST<br>METAIRIE, LA 70001 | Claim Number: 62<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00  CONT |
|---|---|---|---|---|

| MEYER, COLLEEN<br>43 EVERGREEN AVE<br>NEPTUNE, NJ 077536543 | Claim Number: 63<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,750.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ANDERSON APPRAISAL SERVICES, INC.<br>ATTN DANIELLE ROSS<br>2180 GARNET AVE STE 3A<br>SAN DIEGO, CA 92109 | | Claim Number: 64<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $4,674.00 |
| ROGERS, JOE M.<br>PO BOX 276<br>GLOUCESTER, VA 23061 | | Claim Number: 65<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $250.00 |
| DELTACOM<br>POB 740597<br>ATLANTA, GA 30374-0597 | | Claim Number: 66<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $1,339.01 |
| PIERZINA & ASSOCIATES, INC.<br>PO BOX 270123<br>LITTLETON, CO 801270003 | | Claim Number: 67<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $475.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 68<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 69<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 70<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $250.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 71
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $150.00 |
|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 72
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 73
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 74
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 75
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 76
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

REGIONAL REAL ESTATE APPRAISAL SERVICE
ATTN PRESIDENT
117 ROUTE 9W
HAVERSTRAW, NY 10927

Claim Number: 77
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $5,975.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ANTONI APPRAISAL SERVICES, INC.<br>8577 HAVEN AVE STE 109<br>RCH CUCAMONGA, CA 91730-4850 | Claim Number: 78<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,900.00 | | |
|---|---|---|---|---|

| TRINITY INSPECTION SERVICES, LLC<br>ATTN PRESIDENT<br>4851 LBJ FRWY # 410<br>DALLAS, TX 75244 | Claim Number: 79<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $5,985.00 | | |
|---|---|---|---|---|

| REED, ANGELA<br>6006 WILCOX POINT DR<br>SPRING, TX 773886928 | Claim Number: 80<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $588.40 | Scheduled: | $588.46  CONT |
|---|---|---|---|---|

| AUCOURT, ANITA<br>3812 111TH ST SE<br>EVERETT, WA 98208 | Claim Number: 81<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
|---|---|

| PRIORITY | Claimed: | $957.60 | Scheduled: | $957.69  CONT |
|---|---|---|---|---|

| EXPRESS PERSONNEL SERVICES<br>ATTN JAY OLSON, PRESIDENT<br>3709 BROOKS ST<br>MISSOULA, MT 59801 | Claim Number: 82<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $4,525.68 | | |
|---|---|---|---|---|

| DEZEGO, JAMES<br>8004 HAMPTON GLEN DR<br>TAMPA, FL 33647 | Claim Number: 83<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT |
|---|---|---|---|---|

| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | Claim Number: 84<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $2,884.62 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MERRING, STEPHEN A.<br>804 E MILL ST<br>HASTINGS, MI 49058 | Claim Number: 85<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

| GETTINGS, THERESA<br>15707 TAVISTON ST<br>HUNTERSVILLE, NC 280783412 | Claim Number: 86<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $2,308.00 | | |
|---|---|---|---|---|

| VAN HOUTEN, JEFFREY A.<br>PO BOX 575<br>ESCALON, CA 95320-0575 | Claim Number: 87<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 | | |
|---|---|---|---|---|

| REGIONAL APPRAISAL NW<br>ATTN A.D. LUKE, APPRAISER/OWNER<br>11636 NE 149TH ST<br>KIRKLAND, WA 98034 | Claim Number: 88<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

| BELMER, AARON<br>505 SOUTH GORE AVE<br>SAINT LOUIS, MO 63119 | Claim Number: 89<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $490.38 | Scheduled: | $490.38  CONT |
|---|---|---|---|---|

| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | Claim Number: 90<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $1,216.80 | | |
|---|---|---|---|---|

| BENNETT, MICHELLE<br>6912 NORDALE DR<br>FORT WAYNE, IN 46804 | Claim Number: 91<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $430.76 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BUNTEN, RITA<br>1045 HEARTWOOD LN<br>LAKE ZURICH, IL 60047 | Claim Number: 92<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $210.12 | |
| MONTEVAJO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | Claim Number: 93<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY | Claimed: | $3,307.00 | |
| COURCELLE, CYNTHIA<br>1865 JULIA GOLDBACH AVE<br>RONKONKOMA, NY 11779 | Claim Number: 94<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: $3,076.92 CONT |
| NACHMANN, SEFIKA<br>1066 OLD TOWN RD<br>CORAM, NY 117273726 | Claim Number: 95<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY | Claimed: | $2,145.00 | |
| HERRELL, BRENDA<br>828 MORADA PL<br>ALTADENA, CA 910012425 | Claim Number: 96<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $3,232.46 | Scheduled: $2,000.46 CONT |
| JACOBUS, KATHY<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | Claim Number: 97<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: $400.00 |
| 4720 ENTERPRISES, INC.<br>ATTN GARY E THOMAS<br>4720 CAVIOU PL<br>COLORADO SPRINGS, CO 80918 | Claim Number: 98<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,310.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NACHMANN, SEFIKA
DBA PROFESSIONAL APPRAISAL SERVICES LLC
1066 OL TOWN ROAD
CORAM, NY 117273726

Claim Number: 99
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,145.00 |
|---|---|---|

---

MAPES, CAROLINE
5711 CAVALIER CT
BENSALEM, PA 19020

Claim Number: 100
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| PRIORITY | Claimed: | $3,588.00 |
|---|---|---|

---

SHEALEY, DORNETTA
114-83 228TH ST
CAMBRIA HEIGHTS, NY 11411

Claim Number: 101
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

JACOBUS, KATHLEEN
JACOBUS APPRAISALS
PO BOX 2055
ORINDA, CA 94563

Claim Number: 102
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $870.00 |
|---|---|---|

---

NUECES COUNTY
DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
1949 S IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 103
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7931 (08/11/2009)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $906.65   UNLIQ |

---

MORTGAGE ALTERNATIVES
ATTN J.D. RUTHERFORD
1800 WEST LOOP S # 1050
HOUSTON, TX 77027

Claim Number: 104
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,669.60 |
|---|---|---|

---

MENDELSOHN, MICHAEL
43 SELEY DR
NORTH BABYLON, NY 11703

Claim Number: 105
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| PRIORITY | Claimed: | $2,454.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HAYES, JAMES J. | Claim Number: 106 |
|---|---|
| 9260 BOWERS BROOK PL | Claim Date: 08/27/2007 |
| BRISTOW, VA 20136 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 3945 (05/02/2008) |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,030.77 |

---

| BAILEY, BRENDA J. | Claim Number: 107 |
|---|---|
| 1903 SPRUNGER AVE | Claim Date: 08/27/2007 |
| FORT WAYNE, IN 46808 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 3696 (04/14/2008) |

| PRIORITY | Claimed: | $922.88 |
|---|---|---|

---

| PETAK, JERRY L. | Claim Number: 108 |
|---|---|
| 699 HOLLOWBROOK CT | Claim Date: 08/15/2007 |
| TERRE HAUTE, IN 47803-2478 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5919 (09/16/2008) |

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

---

| DUFFY, JOSEPH | Claim Number: 109 |
|---|---|
| 29 CAPE CORAL | Claim Date: 08/28/2007 |
| ALISO VIEJO, CA 92656 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 3696 (04/14/2008) |

| PRIORITY | Claimed: | $8,870.40 |
|---|---|---|

---

| DEWALD, KAREN | Claim Number: 110 |
|---|---|
| 114 CABANA DR | Claim Date: 08/28/2007 |
| MOORESVILLE, NC 28117 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: EXPUNGED |
| | DOCKET: 8410 (12/14/2009) |

| PRIORITY | Claimed: | $1,361.72 |
|---|---|---|

---

| SWANNER, MARGARET | Claim Number: 111 |
|---|---|
| 4245 NIPOMO AVE | Claim Date: 08/28/2007 |
| LAKEWOOD, CA 90713 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: EXPUNGED |
| | DOCKET: 10584 (09/17/2012) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,030.00 | Scheduled: | $2,030.77 CONT |

---

| HEITMAN GROUP, INC., THE | Claim Number: 112 |
|---|---|
| ATTN SHARON HEITMAN, PRESIDENT | Claim Date: 08/28/2007 |
| 2233 WILLAMETTE ST BLDG C | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| EUGENE, OR 97405 | Comments: EXPUNGED |
| | DOCKET: 5919 (09/16/2008) |

| UNSECURED | Claimed: | $12,075.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TORRES, AMAURY & IDANIA<br>4616 S 6TH AVE<br>TUCSON, AZ 85714 | Claim Number: 113<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| HART, WILLIAM H.<br>6927 WORCESTER DR<br>SPRING, TX 77379 | Claim Number: 114<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $6,372.00 |
|---|---|---|

| ROELLER, SHARLINE<br>7730 COAST JAY ST<br>N LAS VEGAS, NV 89084 | Claim Number: 115<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) |
|---|---|

| UNSECURED | Claimed: | $1,611.20 |
|---|---|---|

| MEYER, AARON JAMES<br>6474 GLENWOOD TRACE<br>ZIONSVILLE, IN 46077 | Claim Number: 116<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $2,441.45 |
|---|---|---|

| EISELE, GARY B.<br>281 ELMORE AVE # 2<br>EAST MEADOW, NY 11554-2816 | Claim Number: 117<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $928.20 |
|---|---|---|
| UNSECURED | Claimed: | $4,873.05 |

| BOWERMAN, RICH<br>HAMMOND BOWERMAN & ASSOC., INC.<br>12 WINDWARD WAY<br>BALTIMORE, MD 21220 | Claim Number: 118<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| JANSEN, ELVA V.<br>3534 BEECHWOOD PL<br>RIVERSIDE, CA 925061209 | Claim Number: 119<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $1,461.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 120<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $350.00 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 121<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $325.00 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 122<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $50.00 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 123<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $325.00 |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>PO BOX 306<br>FORT LUPTON, CO 80621 | | Claim Number: 124<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $350.00 |
| FISHKIN, BARRIE J.<br>2407 ELMWOOD CIR<br>DALLAS, NC 28034 | | Claim Number: 125<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WORRALL, TRACY SEAN<br>16 VICTORIA CT<br>REISTERSTOWN, MD 21136 | | Claim Number: 126<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $1,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| NATIONAL PROFESSIONAL APPRAISALS LLC<br>ATTN ERIC REEPS<br>21 WINTER LN<br>DIXIE HILLS, NY 11746 | | Claim Number: 127<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,475.00 | | | |
| JMD PARTNERS INC<br>C10 ALEX DUBOVOY<br>283 E HOFFMAN AVE<br>LINDENHURST, NY 11757 | | Claim Number: 128<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $18,800.00 | | | |
| FUNARO, DONNA J.<br>125 PRIMROSE AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 129<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $3,269.23 | Scheduled: | $3,269.23 CONT | |
| COMSYS SERVICES LLC<br>ATTN CHANDLER YELTON, DIRECTOR A/R<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | | Claim Number: 130<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $46,952.00 | Scheduled: | $11,152.00 | |
| DAVID-SWAN, DAWN<br>9020 169TH ST APT 3A<br>JAMAICA, NY 11432 | | Claim Number: 131<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $615.30 | Scheduled: | $615.38 CONT | |
| MORRIS, CINDY L.<br>3716 BAKERSTOWN RD<br>GIBSONIA, PA 150449738 | | Claim Number: 132<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $1,130.64 | | | |
| UNSECURED | Claimed: | $1,130.64 | | | |
| TOTAL | Claimed: | $1,130.64 | | | |
| PRIORITY | Claimed: | $1,130.64 | | | |
| UNSECURED | Claimed: | $1,130.64 | | | |
| TOTAL | Claimed: | $1,130.64 | | | |
| PARTNERS APPRAISAL GROUP, INC.<br>ATTN SCOTT PEKARCHIK<br>2679 ROUTE 70 STE G<br>MANASQUAN, NJ 08736 | | Claim Number: 133<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $850.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PARTNERS APPRAISAL GROUP, INC.
ATTN SCOTT PEKARCHIK
2679 ROUTE 70 STE G
MANASQUAN, NJ 08736

Claim Number: 134
Claim Date: 08/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $950.00 | | |

---

HELFMAN, MARC
26 BETHAL LANE
COMMACK, NY 11725

Claim Number: 135
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT |

---

NOBLE, BRIAN
15 PHYLLIS DR
EAST NORTHPORT, NY 11731

Claim Number: 136
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77  CONT |

---

GOFF, GENA
7 E 124TH ST
NEW YORK, NY 10035

Claim Number: 137
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,552.31 | Scheduled: | $1,552.31  CONT |

---

SHAPIRO & FISHMAN, LLP
ATTN STEVEN POWIOZEK, BANKRUPTCY ATTY
10004 N DALE MABRY HWY
STE 112
TAMPA, FL 33618

Claim Number: 138
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $1,535.00 | | |

---

DALTHORP, RACHEL
3043 NEVADA AVE S
ST LOUIS PARK, MN 55426-3216

Claim Number: 139
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| PRIORITY | Claimed: | $4,480.00 | | |

---

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA 94505

Claim Number: 140
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| PRIORITY | Claimed: | $223,561.02 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZHAO, TONI
889 PARK AVE
HUNTINGTON, NY 11743

Claim Number: 141
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $6,750.00 | Scheduled: | $6,923.08 CONT |
|---|---|---|---|---|

NOBLE, KRISTI L.
15 PHYLLIS DR
EAST NORTHPORT, NY 11731

Claim Number: 142
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31 CONT |
|---|---|---|---|---|

CONROY, ELAINE D.
PO BOX 25596
HONOLULU, HI 96825

Claim Number: 143
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 10584 (09/17/2012)

| PRIORITY | Claimed: | $2,779.81 | Scheduled: | $3,891.73 CONT |
|---|---|---|---|---|

CACCAMO, FRANK M. II
11 HARBOR CIR
CENTERPORT, NY 11721

Claim Number: 144
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,182.69 | Scheduled: | $4,182.69 CONT |
|---|---|---|---|---|

RADIN, JOHN C.
PO BOX 3111
DANVILLE, CA 94526-6411

Claim Number: 145
Claim Date: 08/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| PRIORITY | Claimed: | $75,000.00 |
|---|---|---|

SINNEN GREEN & ASSOCIATES
ATTN MATTHEW D SINNEN, PRESIDENT
120 LANDMARK SQ STE 102
VIRGINIA BEACH, VA 23452

Claim Number: 146
Claim Date: 08/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,325.00 |
|---|---|---|

CLAIR APPRAISALS, INC.
ROBERT CLAIR
1632 SE MISTLETOE ST
PORT SAINT LUCIE, FL 34983

Claim Number: 147
Claim Date: 08/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,775.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 148<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $5,368.59 |
|---|---|---|

| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | Claim Number: 149<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $2,075.00 |
|---|---|---|

| HERNANDO COUNTY TAX COLLECTOR<br>ATTN JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST ROOM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 150<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| SECURED | Claimed: | $5,268.48   UNLIQ |
|---|---|---|

| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 151<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $484.25   UNLIQ |
|---|---|---|

| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 152<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| SECURED | Claimed: | $5,716.10   UNLIQ |
|---|---|---|

| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 153<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $5,716.10   UNLIQ |
|---|---|---|

| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 154<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $5,268.48   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SECURITAS SECURITY SERVICES USA<br>ATTN BRIAN DE GUTIS, CREDIT MANAGER<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | Claim Number: 155<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $9,680.73 |
|---|---|---|

---

| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | Claim Number: 156<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $430.88 |
|---|---|---|

---

| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | Claim Number: 157<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $58,917.17 |
|---|---|---|

---

| LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>ATTN DICH DO<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | Claim Number: 158<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $197.61 |
|---|---|---|

---

| SCHNEIDER, JOHN<br>7412 VIRGINIA AVE<br>BALTIMORE, MD 21236 | Claim Number: 159<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $1,425.13 | Scheduled: | $1,425.13 CONT |
|---|---|---|---|---|

---

| DESOTO ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 160<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $3,300.00 UNLIQ |

---

| CITY OF DESOTO<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 161<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,309.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TOWN OF RIDGEFIELD TAX COLLECTOR<br>LINDA A SARBELLO, ASST TAX COLLECTOR<br>400 MAIN ST<br>RIDGEFIELD, CT 06877 | | Claim Number: 162<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $627.40 |

---

| | | |
|---|---|---|
| DELTACOM<br>POB 740597<br>ATLANTA, GA 30374-0597 | | Claim Number: 163<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,339.01 |

---

| | | |
|---|---|---|
| JIM BROSE APPRAISALS, LLC<br>ATTN JAMES R BROSE<br>10905 E 20TH AVE<br>SPOKANE VALLEY, WA 99206 | | Claim Number: 164<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,825.00 |

---

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NY, INC.<br>ATTN GALE D DAKERS, SUPERVISOR<br>4 IRVING PL RM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 165<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $176.55 |

---

| | | |
|---|---|---|
| WOOD COUNTY SHERIFF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | | Claim Number: 166<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) |
| PRIORITY | Claimed: | $115.08 |

---

| | | |
|---|---|---|
| ROANOKE COUNTY TREASURER<br>F KEVIN HUTCHINS<br>PO BOX 21009<br>ROANOKE, VA 24018 | | Claim Number: 167<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $948.07 |

---

| | | |
|---|---|---|
| BREVARD COUNTY TAX COLLECTOR<br>ROD NORTHCUTT<br>400 S ST 6TH FL<br>PO BOX 2500<br>TITUSVILLE, FL 32781-2500 | | Claim Number: 168<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) |
| SECURED | Claimed: | $350.77 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WHATCOM COUNTY TREASURER<br>ATTN BANKRUPTCY DEPUTY<br>PO BOX 5268<br>BELLINGHAM, WA 98227 | Claim Number: 169<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
| SECURED        Claimed: | $302.85 | |
| CONTRA COSTA COUNTY TRASURER<br>ATTN ERIC MOE TAX COLLECTOR<br>PO BOX 967<br>MARTINEZ, CA 94553 | Claim Number: 170<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED        Claimed: | $55,761.31   UNLIQ | |
| COUNTY OF SANTA CLARA<br>ATTN DEBORAH NICHOLS, TAX COLLECTOR<br>COUNTY ADMINISTRATION BLDG<br>70 W HEDDING ST - E WING SIXTH FL<br>SAN JOSE, CA 95110 | Claim Number: 171<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | |
| PRIORITY        Claimed: | $1,220.42 | |
| JOURNAL BROADCAST GROUP<br>7280 E ROSEWOOD ST<br>TUCSON, AZ 857101350 | Claim Number: 172<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | |
| UNSECURED        Claimed: | $6,460.00 | |
| TUSCALOOSA COUNTY<br>PEYTON C COCHRANE, TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Claim Number: 173<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED        Claimed: | $1,430.67 | |
| STERLING, DANIEL P.<br>5523 COLONY RD<br>GRAND BLANC, MI 48439 | Claim Number: 174<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | |
| UNSECURED        Claimed:        $21,450.00        Scheduled:        $21,450.00 | | |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | Claim Number: 175<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | |
| SECURED        Claimed: | $3,174.81 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POTTER COUNTY ET AL<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | Claim Number: 176<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7931 (08/11/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $282.01 | |

| SPECIALIZED TRANSPORTATION AGENT GRP INC<br>ATTN JAMES E NORRIS<br>5001 US HIGHWAY 30 WEST<br>FORT WAYNE, IN 46818 | Claim Number: 177<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,801.96 | |

| DORMAN APPRAISALS<br>ATTN DAVE DORMAN, OWNER<br>2846 PLUMAS ARBOGA RD<br>MARYSVILLE, CA 95901 | Claim Number: 178<br>Claim Date: 08/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,900.00 | |

| MCFARLAND, PATRICIA<br>2355 VERMONT ROUTE 105<br>WEST CHARLESTON, VT 05872 | Claim Number: 179<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008)<br>CLAIM FILED AGAINST ALL CASES | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,441.03 | Scheduled: | $3,899.18 CONT |
| UNSECURED | | | Scheduled: | $90.30 CONT |

| THOMSON FINANCIAL CO, LLC<br>ATTN BARBARA MENDY<br>195 BROADWAY<br>NEW YORK, NY 10007 | Claim Number: 180<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6763 (12/22/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $71,049.44 | Scheduled: | $23,726.63 |

| LEAF, DIETRA<br>36A MELMORE GARDENS<br>EAST ORANGE, NJ 07017 | Claim Number: 181<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7022 (02/17/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,384.32 | Scheduled: | $1,384.58 CONT |

| LS CLARK EXECUTIVE SEARCH & STAFFING<br>SOLUTIONS, INC. - LIA SMITH-CLARK, PRES.<br>27 GREENLAWN BOULEVARD<br>NORTH VALLEY STREAM, NY 11580 | Claim Number: 182<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $130,400.00 | Scheduled: | $75,600.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PEDERSEN, TAMMY
8840 HARPERS GLEN CT
JACKSONVILLE, FL 32256

Claim Number: 183
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7941 (08/11/2009)

| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT |
|---|---|---|---|---|

---

DECARLO, ANITA A.
37 MARILYN BLVD
PLAINVIEW, NY 11803

Claim Number: 184
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $3,500.00 |
|---|---|---|

---

SALERNO, GARY C.
105 CAYUGA PL
JERICHO, NY 11753

Claim Number: 185
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |
| TOTAL | Claimed: | $5,000.00 |

---

SANTOS, YIN JWU
6 ARISTA CT
DIX HILLS, NY 11746-4908

Claim Number: 186
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,923.07 |
|---|---|---|

---

DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 187
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,777.23 |
| TOTAL | Claimed: | $13,727.56 |

---

KAPPELMAN, JOSHUA E.
1089 HIGH VALLEY LN
SHILOH, IL 62221

Claim Number: 188
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $1,845.00 | Scheduled: | $2,710.20 CONT |
|---|---|---|---|---|

---

PRIMETRUST BANK
7651 HIGHWAY 70 S
NASHVILLE, TN 37221-1706

Claim Number: 189
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,850.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| PEREZ, SCHANNIN<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | | Claim Number: 190<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,219.36 | | | |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 191<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $244.44 | | | |
| UNSECURED | Claimed: | $244.44 | | | |
| TOTAL | Claimed: | $244.44 | | | |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 192<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $972.00 | Scheduled: | $3,804.48 | CONT |
| UNSECURED | | | Scheduled: | $244.44 | CONT |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 193<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $756.00 | | | |
| UNSECURED | Claimed: | $756.00 | | | |
| TOTAL | Claimed: | $756.00 | | | |
| TRIOLO, VICTOR J.<br>104 SEAVIEW AVE<br>NORTHPORT, NY 11768 | | Claim Number: 194<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $240.39 | | | |
| TRIOLO, VICTOR J.<br>104 SEAVIEW AVE<br>NORTHPORT, NY 11768 | | Claim Number: 195<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $1,442.34 | Scheduled: | $1,730.77 | CONT |
| HERTLING, DIETER<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 196<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 | CONT |
| UNSECURED | Claimed: | $84,556.74 | Scheduled: | $84,304.91 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERTLING, SHANNON<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 197<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,861.54 | | |

---

| ANIANO, STEPHANIE<br>720 MCCALL AVE<br>WEST ISLIP, NY 11795 | | Claim Number: 198<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,538.25 | Scheduled: | $1,538.25  CONT |

---

| RALEY, ANNETTE<br>PO BOX 165551<br>IRVING, TX 75016 | | Claim Number: 199<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,166.66 | | |

---

| O'BRANOVICH, ROBERT<br>2854 EVERGREEN WAY<br>ELLICOTT CITY, MD 21042 | | Claim Number: 200<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,500.00 | | |

---

| JORDAN, CHERYL S.<br>PO BOX 3111<br>CROFTON, MD 21114-0111 | | Claim Number: 201<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,819.13 | | |

---

| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD<br>MUNDELEIN, IL 60060 | | Claim Number: 202<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $301,376.00 | | |

---

| CROKER, LORA<br>3800 CIRCLE DR<br>AUBURN, IL 62615 | | Claim Number: 203<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,350.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| MADSON, BROWN & ASSOCIATES<br>4651 N 1ST AVE STE 205<br>TUCSON, AZ 85718-5678 | Claim Number: 204<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $920.00 | | |
|---|---|---|---|---|

| JOHNSON, PAUL B.<br>SUN POINT APPRAISALS, INC.<br>8707 E VISTA BONITA DR STE 130<br>SCOTTSDALE, AZ 85255 | Claim Number: 205<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,360.00 | | |
|---|---|---|---|---|

| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN STE 200<br>LOUISVILLE, KY 40207 | Claim Number: 206<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | |
| TOTAL | Claimed: | $5,000.00 | | |

| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | Claim Number: 207<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $4,572.50 | | |
|---|---|---|---|---|

| THOMPSON APPRAISAL GROUP, INC.<br>ATTN DANIEL E. THOMPSON, PRESIDENT<br>17102 TITUS WAY<br>POOLESVILLE, MD 20837 | Claim Number: 208<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
|---|---|---|---|---|

| HOLT, JOHN<br>301 TURKEY CREEK DR<br>BALL GROUND, GA 30107 | Claim Number: 209<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $601.95 | Scheduled: | $601.95  CONT |
|---|---|---|---|---|

| CLARK, SHARON D.<br>4463 SUN FLOWER CIR<br>CLARKSTON, MI 48346-4956 | Claim Number: 210<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OBERGFELL, VALERIE
1879 S GROVE ST
DENVER, CO 80219

Claim Number: 211
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $828.80 | Scheduled: | $828.80 CONT |

---

MINGST, GRAHAM
14 CORNELL AVE
HICKSVILLE, NY 11801

Claim Number: 212
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $4,403.08 | Scheduled: | $4,403.08 CONT |

---

LECHNER, ELLEN
1231 SYCAMORE AVE
BOHEMIA, NY 11716

Claim Number: 213
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,436.41 | Scheduled: | $4,436.41 CONT |

---

MASS BENITT, CLAUDIA
16 CAPTAIN RICHARDS LN
FORT SALONGA, NY 11768

Claim Number: 214
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,653.75 | Scheduled: | $6,050.00 CONT |

---

PORTUGAL, VALERIY
1237 AVE Z APT 5P
BROOKLYN, NY 11235

Claim Number: 215
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,800.00 |

---

MOINI, DENISE
12388 SW 52ND ST
COOPER CITY, FL 33330

Claim Number: 216
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $384.62 | Scheduled: | $768.96 CONT |

---

SCHEFF, HEIDI
7 TULIP AVE
FARMINGVILLE, NY 11738

Claim Number: 217
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,646.16 | Scheduled: | $1,646.15 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRADY, AMY L.<br>214 E GEORGIA AVE<br>CONNELLSVILLE, PA 15425 | | Claim Number: 218<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | | |

| ANDERSON, ELIZABETH D.<br>44 SEACLIFF DR<br>APTOS, CA 95003 | | Claim Number: 219<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,201.57 | | |

| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | | Claim Number: 220<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $908.40 | Scheduled: | $908.23  CONT |

| EARNERST, MARGARET E.<br>4618 S GLENN<br>WICHITA, KS 67217 | | Claim Number: 221<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

| OSTERHOUT, CERA<br>751 MAPLEWOOD LN UNIT 9<br>KEWADIN, MI 49648-9171 | | Claim Number: 222<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,074.07 | | |

| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | | Claim Number: 223<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

| EVANICHKO, MOLLIE<br>6227 GLENCAIRN CIR<br>GALLOWAY, OH 43119 | | Claim Number: 224<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,593.60 | Scheduled: | $1,593.60  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LASKO, JAMES
104 GARDEN ST
GARDEN CITY, NY 11530

Claim Number: 225
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $10,350.00 | Scheduled: | $10,894.00 CONT |

MARTINO, STELLA
21 BRYANT RD
GLEN COVE, NY 11542

Claim Number: 226
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,975.36 | Scheduled: | $4,975.39 CONT |

SEUS, SHERYL
1753 HONEY TREE DR
LAS VEGAS, NV 891445433

Claim Number: 227
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $499.05 | Scheduled: | $499.15 CONT |

TOSHIBA BUSINESS SOLUTIONS - COLORADO
1101 W 48TH AVE UNIT 1
DENVER, CO 802211540

Claim Number: 228
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $236.17 |

PALMER HOUSE HILTON, THE
C/O DAVID J HARRIS
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Number: 229
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET 6907 (01/29/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $773,328.60 |
| UNSECURED | | |

GRAND WAILEA RESORT HOTEL & SPA
C/O DAVID J HARRIS
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Number: 230
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6906 (01/29/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $385,652.80 |

RIGSBY, JUDITH R.
100 CHASEY LN
WORTHINGTON, OH 43085

Claim Number: 231
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7898 (08/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,716.00 |
| UNSECURED | Claimed: | $1,716.00 |
| TOTAL | Claimed: | $1,716.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CHALSON, STEVEN<br>11 CHESTNUT AVE<br>PATCHOGUE, NY 11772 | Claim Number: 232<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $4,166.67 | | |
|---|---|---|---|---|

---

| LUTTRULL, KIMBERLY F.<br>9740 AVIARY DR<br>SAN DIEGO, CA 92131 | Claim Number: 233<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $2,092.31 | Scheduled: | $2,092.31  CONT |
|---|---|---|---|---|

---

| SHINKEWICZ, DEBRA<br>PO BOX 171<br>CALVERTON, NY 11933-0171 | Claim Number: 234<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $4,188.47 | | |
|---|---|---|---|---|

---

| WETZEL, THOMAS<br>276 S 9TH ST<br>LINDENHURST, NY 11757 | Claim Number: 235<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $2,151.63 | | |
|---|---|---|---|---|

---

| VENNERS, MINDY<br>108 E ORCHARD HILLS DR<br>ROCHELLE, IL 61068 | Claim Number: 236<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $1,038.24 | | |
|---|---|---|---|---|

---

| CALLAHAN, MICHAEL<br>545 BELVIEW AVE<br>WINCHESTER, VA 22601 | Claim Number: 237<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $115.00 | | |
|---|---|---|---|---|

---

| MODLIN, TERRY A. AND KELLEY R.<br>902 SUNSET DR<br>KINGSTON, TN 37763 | Claim Number: 238<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $500.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HECK, KATHLEEN<br>30 HIDEAWAY LN<br>SPARTA, NJ 07871 | | Claim Number: 239<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $233,500.38 | | | |
| REVERSKI, DIANE J.<br>2529 BEETHOVEN AVE<br>PORTAGE, MI 49024 | | Claim Number: 240<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $120.75 | | | |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | | Claim Number: 241<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $840.00 | | | |
| ROMAN, MARIA EVA<br>414 PEACHTREE DR<br>PALESTINE, TX 75803 | | Claim Number: 242<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| FERRICANE, ANGELO J.<br>13 HOLLY DR<br>MANORVILLE, NY 11949 | | Claim Number: 243<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $2,325.00 | | | |
| BRANCH, JOYCE<br>8709 GRACEFIELD DR<br>WAXHAW, NC 28173 | | Claim Number: 244<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $1,313.50 | Scheduled: | $1,313.50 | CONT |
| GALLAGHER, NANCY<br>SANDHILL RESIDENTIAL APPRAISAL<br>358 NASH RD<br>SAINT PAULS, NC 28384 | | Claim Number: 245<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $425.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PALAZZO, JOHN
6 DURSO AVE
METHUEN, MA 01844

Claim Number: 246
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,078.85 |
| --- | --- | --- |

SINGH, BONITA N.
28 GABLES DR
HICKSVILLE, NY 11801

Claim Number: 247
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $397.00 |
| --- | --- | --- |

WEINSTEIN, MINDY
572 N HAWTHORNE ST
N MASSAPEQUA, NY 11758

Claim Number: 248
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

AMOATENG, COMFORT
16 HALE PL
ROOSEVELT, NY 11575

Claim Number: 249
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $2,076.92 |
| --- | --- | --- |

CHASTAIN, KATHY
7795 PONDEROSA DR
SPRINGFIELD, IL 62707

Claim Number: 250
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $311.38 | Scheduled: | $923.08  CONT |
| --- | --- | --- | --- | --- |

ELDER-HILL, ADELE K.
2620 NATALIE DR
PLANO, TX 75074

Claim Number: 251
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 8321 (11/19/2009)

| PRIORITY | Claimed: | $11,156.25 |
| --- | --- | --- |

ALOIS, PETER D.
25 SAMUEL ST
NESCONSET, NY 11767

Claim Number: 252
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $4,615.39 | Scheduled: | $4,615.39  CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TRAMIL, BILL
****NO ADDRESS PROVIDED****

Claim Number: 253
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $709.95  UNLIQ |
|---|---|---|

---

PELLICCI, ROBERT J. AND JENNIFER JL.
154 BOYCE RD
PINE BUSH, NY 125666832

Claim Number: 254
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $350.00 |
|---|---|---|

---

MAPLESON, TERI-ANN
5 LAKEWOOD AVE
LAKE RONKONKOMA, NY 11779

Claim Number: 255
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,413.46 |
|---|---|---|

---

BERRY, JOHN A.
13848 S 36TH WAY
PHOENIX, AZ 850444550

Claim Number: 256
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

CHASTAIN, KATHY
7795 PONDEROSA DR
SPRINGFIELD, IL 62707

Claim Number: 257
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $140.37 | Scheduled: | $282.15  CONT |
|---|---|---|---|---|

---

SINGH, BONITA N.
28 GABLES DR
HICKSVILLE, NY 11801

Claim Number: 258
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $5,127.69 | Scheduled: | $6,666.00  CONT |
|---|---|---|---|---|

---

SIMMONS, DEBORAH A.
1250 HIGHFIELD CT APT 203
BETHEL PARK, PA 151024119

Claim Number: 259
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,575.36 | Scheduled: | $1,824.23  CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LOLLI, JEANNE
379 SHERMAN AVE
HAWTHORNE, NY 10532

Claim Number: 260
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $10,096.00 |
|---|---|---|

---

DIKTY, KAREN
6511 LIBERTY DR
FORT WAYNE, IN 46819

Claim Number: 261
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $1,076.92 CONT |
|---|---|---|---|---|

---

ZIMMERMAN, JAMES
209 CYPRESS DR
MASTIC BEACH, NY 11951

Claim Number: 262
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8028 (09/08/2009)

| PRIORITY | Claimed: | $392.31 |
|---|---|---|

---

BERRY, JOHN A.
13848 S 36TH WAY
PHOENIX, AZ 85044-4550

Claim Number: 263
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| SECURED | Claimed: | $21,587.87 |
|---|---|---|

---

KING, JULIE L.
1285 VALLEY DRIVE
MARYSVILLE, OH 43040

Claim Number: 264
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $2,192.31 |
|---|---|---|

---

SIGMUND BALABAN & CO., LLP
469 FASHION AVE RM 1300
NEW YORK, NY 10018-7617

Claim Number: 265
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

---

HIVNOR, SCOTT C.
ADVANCED APPRAISALS SERVICES
37721 VINE ST STE 3
WILLOUGHBY, OH 44094

Claim Number: 266
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CLICKNER, DEBORAH A.
19099 GUNN HWY
ODESSA, FL 33556

Claim Number: 267
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,070.90 | | $2,493.65 CONT |
| UNSECURED | | | Scheduled: | $194.75 CONT |

---

HUGHEY, CHERYL
222 NORTH AVE
APTOS, CA 95003

Claim Number: 268
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10583 (09/17/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,561.28 | | $5,911.54 CONT |

---

RICHARD MICHAEL GROUP, INC.
7377 E DOUBLETREE RANCH RD STE 170
SCOTTSDALE, AZ 852582047

Claim Number: 269
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8936 (06/18/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $18,933.78 |

---

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

Claim Number: 270
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,365.39 |

---

L&H APPRAISAL SERVICES
PO BOX 1341
590 W WASHINGTON ST
MARTINSVILLE, IN 46151

Claim Number: 271
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7233 (04/07/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,325.00 |

---

CASCADE APPRAISAL LLC
PO BOX 6187
BELLEVUE, WA 98008

Claim Number: 272
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,870.00 |

---

HASKINS, LINDA
7760 E 39TH ST
TUCSON, AZ 85730

Claim Number: 273
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 9778 (02/09/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $888.46 | | $888.46 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COSS, KAREN L.<br>700 SW GLENFIELD DR<br>BENTONVILLE, AR 727128975 | | Claim Number: 274<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $878.80 | Scheduled: | $876.80 | CONT |

| CASTILLO, ENNNY<br>2921 W TANIA PL<br>TUCSON, AZ 85741-3016 | | Claim Number: 275<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $500.00 | | | |

| WEILBURG, DONNA J.<br>37045 S HEIFNER PL<br>TUCSON, AZ 85735 | | Claim Number: 276<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $864.00 | Scheduled: | $864.00 | CONT |

| KAPLAN, CHERYL<br>7 CIRCLE DR<br>SYOSSET, NY 11791 | | Claim Number: 277<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,109.62 | Scheduled: | $3,109.62 | CONT |

| HARSCH, AMY<br>14040 ELWELL ROAD<br>BELLEVILLE, MI 48111 | | Claim Number: 278<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011)<br>CLAIM OUT OF BALANCE | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $554.61 | Scheduled: | $554.61 | CONT |

| ASNICAR, MICHELLE<br>9825 BLUE LAKE DR<br>FOLSOM, CA 95630 | | Claim Number: 279<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,840.00 | |
| UNSECURED | Claimed: | $1,840.00 | |
| TOTAL | Claimed: | $1,840.00 | |

| WALKER, MATTHEW A.<br>4355 STATELY OAK RD<br>RICHMOND, VA 23234 | | Claim Number: 280<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WURTH, CORTNEY<br>PO BOX 202<br>BAINBRIDGE, PA 17502 | | Claim Number: 281<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $936.00 | Scheduled: | $1,123.20 CONT |
| REVERSKI, DIANE J.<br>2529 BEETHOVEN AVE<br>PORTAGE, MI 49024 | | Claim Number: 282<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $787.50 | Scheduled: | $966.00 CONT |
| ALVAREZ, LISA L.<br>707 CHALAN SAN ANTONIO<br>TAMUNING, GU 969133654 | | Claim Number: 283<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY | Claimed: | $624.00 | | |
| WINN, SAMUEL<br>4606 SPRING GARDEN<br>DALLAS, TX 75215 | | Claim Number: 284<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $961.54 | | |
| BRENNER, DAVID G.<br>7 BLUE FOX CT<br>LITTLETON, CO 80127 | | Claim Number: 285<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $3,000.00 | | |
| ROSS, TONYA L.<br>1428 FRIENDLY AVE<br>PORTAGE, MI 49002 | | Claim Number: 286<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $396.00 | Scheduled: | $396.00 CONT |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 287<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $32,581.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 288<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $9,375.00 | | |
| BOYER - KS DBA SHRED-IT<br>ATTN CARLY BAIRD, OFFICE MGR<br>10900 LACKMAN RD<br>LENEXA, KS 66219 | | Claim Number: 289<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $50.00 | | |
| HOGAN, KERRY N.<br>4462 FIRELIGHT DR<br>SAINT LOUIS, MO 63129 | | Claim Number: 290<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $684.40 | | |
| ANDREWS, AUDREY M.<br>2829 OAKLAND DR<br>KALAMAZOO, MI 49008 | | Claim Number: 291<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7944 (08/11/2009) | | |
| PRIORITY | Claimed: | $5,000.00 | | |
| WARREN, AMY L.<br>4717 S WAYNE<br>FORT WAYNE, IN 46807 | | Claim Number: 292<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $1,125.00 | Scheduled: | $1,125.00  CONT |
| TIPALDI, THERESA<br>923 11TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 293<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,630.50 | | |
| IGNACE, GLENN<br>88 SAYBROOK AVE<br>HAMILTON, NJ 08619 | | Claim Number: 294<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $3,978.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CABUDOL, NYLA
87-708 MANUAIHUE ST
WAIANAE, HI 96792

Claim Number: 295
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,827.69 | Scheduled: | $1,827.69 CONT |

---

FREEDMAN, JODIE
77 S PARK AVE APT A22
ROCKVILLE CENTRE, NY 11570

Claim Number: 296
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $954.00 | Scheduled: | $954.00 CONT |

---

MORACK, KEVIN A.
2903 SPRING VALLEY RD
LANCASTER, PA 17601

Claim Number: 297
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $530.40 | Scheduled: | $1,362.27 CONT |

---

SMREK, ROBERT
206 LIBERTY AVE
NORTH BABYLON, NY 11703

Claim Number: 298
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $2,333.00 CONT |

---

VON BEHREN, JENNIFER
937 EAST MARDELL AVENUE
ORANGE, CA 92866

Claim Number: 299
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,350.08 | Scheduled: | $1,658.93 CONT |

---

CHUDGAN, BHARTI
96 CARAMEL RD
COMMACK, NY 11725

Claim Number: 300
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $5,156.25 |

---

CADIZ, JOY N.
1168 NAMDAC AVE
BAY SHORE, NY 11706

Claim Number: 301
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $3,846.15 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARMON, JEFFREY A.<br>6554 S KEARNEY CIR<br>CENTENNIAL, CO 80111 | | Claim Number: 302<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8670 (03/10/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$22,639.74 | Scheduled: | $4,102.56 CONT |

---

| SCOTT, RENEE<br>3532 DELRAY DR<br>FORT WAYNE, IN 46815 | | Claim Number: 303<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,658.65 |

---

| SIMON, LENNOX J.<br>11702 TRILLUM ST<br>MITCHELLVILLE, MD 20721 | | Claim Number: 304<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$400.00 |

---

| BARWICK, RANDAL J.<br>408 RYAN AVE<br>BURLINGTON, WI 53105 | | Claim Number: 305<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8097 (09/25/2009) |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$9,050.00 |

---

| BIANCA, ROSANN<br>957 THOMPSON DR<br>W. BAY SHORE, NY 11706 | | Claim Number: 306<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT |

---

| SYNENKO, SUZANNE<br>11 FARBER DR<br>WEST BABYLON, NY 11704 | | Claim Number: 307<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,261.80 |

---

| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | | Claim Number: 308<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,440.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ARROW APPRAISAL CORP
373 DANDELTON CT
SPRING HILL, FL 346065352

Claim Number: 309
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 | | |
|---|---|---|---|---|

---

THOMPSON, STEVEN L.
3 HAWTHORNE RIDGE CIR
TRUMBULL, CT 066115710

Claim Number: 310
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54 CONT |
|---|---|---|---|---|

---

WEISSINGER, CHRISTINE A.
3121 CORTE LINDA
NEWPORT BEACH, CA 92660

Claim Number: 311
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|

---

SYNENKO, JENNIFER
16 HUGHES LN
NORTH BABYLON, NY 11703

Claim Number: 312
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00 CONT |
|---|---|---|---|---|

---

SIMON, CANDY L
37620 GLENN AVE
CATHEDRAL CITY, CA 92234-1963

Claim Number: 313
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $4,736.63 | | |
|---|---|---|---|---|

---

BARWICK, RANDALL J.
408 RYAN AVE
BURLINGTON, WI 53105

Claim Number: 314
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,185.21 | | |
|---|---|---|---|---|

---

TAYLOR, PEARL & WILLIAM
14781 PEACOCK HILL RD SE
OLALLA, WA 98359

Claim Number: 315
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $939.67 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 316<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| PRIORITY | Claimed: | $3,326.92 | | |
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | | Claim Number: 317<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $1,020.00 | | |
| BAKER, VICKI L.<br>9919 S 2270 E<br>SANDY, UT 84092 | | Claim Number: 318<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $1,615.38 | Scheduled: | $4,442.31  CONT |
| FROMMER, ERIC<br>8407 18TH AVE W 1-106<br>EVERETT, WA 98204 | | Claim Number: 319<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $760.00 | | |
| CONKLIN, CHRISTINE<br>134 COMMACK RD<br>ISLIP, NY 11751 | | Claim Number: 320<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $5,769.23 | | |
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | | Claim Number: 321<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $7,903.85 | Scheduled: | $7,903.85  CONT |
| TABORA, MARIA FE C.<br>67 GORDON AVE<br>FORDS, NJ 08863 | | Claim Number: 322<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,703.36 | Scheduled: | $2,703.36  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLARK, MICHAEL D.<br>47 N CHESTERFIELD RD<br>COLUMBUS, OH 43209 | Claim Number: 323<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $738.56 | Scheduled: | $923.08  CONT |
|---|---|---|---|---|

| FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | Claim Number: 324<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5169 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,523.00 |
|---|---|---|

| WETZEL, JEFFREY<br>3922 BROWNING ST<br>HOUSTON, TX 770052042 | Claim Number: 325<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $429.29 |
|---|---|---|

| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | Claim Number: 326<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | Claim Number: 327<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | Claim Number: 328<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| LEVINE, NANCY<br>23905 WOODWAY RD<br>BEACHWOOD, OH 44122 | Claim Number: 329<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $8,388.07  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| AUSTIN, CHRISTINA AND AUSTIN<br>104-806<br>1050 LARRABEE AVE STE 104<br>BELLINGHAM, WA 98225-7367 | Claim Number: 330<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $1,682.38 |
|---|---|---|

---

| SHOOP, JAMES L.<br>400 ALBASIO CT<br>ANGELS CAMP, CA 95222 | Claim Number: 331<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $14,745.35 |
|---|---|---|

---

| LAKE, JEFF<br>6872 STONE RIDGE PL<br>TUCSON, AZ 85750 | Claim Number: 332<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $21,673.17 |
|---|---|---|

---

| GOLE, SUSAN<br>294 ENCORE WAY<br>CORONA, CA 92879-3311 | Claim Number: 333<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $5,180.34 | Scheduled: | $6,216.15 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,167.25 | | |

---

| COWANS, KAREN M.<br>480 MAINSAIL DR<br>WESTERVILLE, OH 43081 | Claim Number: 334<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,900.00 | Scheduled: | $1,900.00 CONT |
|---|---|---|---|---|

---

| SCHACHER APPRAISALS, INC<br>ATTN GREGORY SCHACHER<br>31827 PEPPER TREE ST<br>WINCHESTER, CA 92596 | Claim Number: 335<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

| DARNALL, LINDA<br>33520 LIBERTY RD<br>YUCAIPA, CA 92399 | Claim Number: 336<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $778.67 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FERNANDEZ, FANNY L.
1156 JOSELSON AVE
BAY SHORE, NY 117062037

Claim Number: 337
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $2,250.00 | | |

---

SALVEMINI, KIMBERLY
9325 E VALARTA DR
TUCSON, AZ 85749

Claim Number: 338
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $387.36 | Scheduled: | $387.36 CONT |

---

VILLAMANA, RICHARD E.
4970 E WATER ST
TUCSON, AZ 85712-5742

Claim Number: 339
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $120.00 | Scheduled: | $1,446.92 CONT |

---

MIKE SURLES & ASSOC., INC.
1147 PLEASANT OAKS DR
MT PLEASANT, SC 29464-4237

Claim Number: 340
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $1,375.00 | | |

---

STORM, JASON
16 SYLVESTER PL
LYNBROOK, NY 11563

Claim Number: 341
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $3,553.85 | Scheduled: | $3,553.85 CONT |

---

YARBRO, CRYSTAL D.
4005 PRICE RD
GAINESVILLE, GA 30506-5364

Claim Number: 342
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,153.84 | | |

---

GREENER, TERESA
2710 E SHORE DR
PORTAGE, MI 49002

Claim Number: 343
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,200.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| VRANA, DALE K.<br>PO BOX 651251<br>VERO BEACH, FL 329651251 | | Claim Number: 344<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $2,850.00 | | | |
| MAURER, JOHN<br>503 SUDDEN VLY<br>BELLINGHAM, WA 98229-4809 | | Claim Number: 345<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) | | | |
| PRIORITY | Claimed: | $1,482.19 | Scheduled: | $1,157.19 | CONT |
| MAZELLA, MICHAEL G.<br>5450 E DESERT FOREST TRL<br>CAVE CREEK, AZ 85331-5577 | | Claim Number: 346<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) | | | |
| PRIORITY | Claimed: | $2,695.46 | Scheduled: | $9,081.05 | CONT |
| UNSECURED | | | Scheduled: | $126,216.97 | CONT |
| MODRELL, TERRI J.<br>724 PILOT HOUSE DR<br>NEWPORT NEWS, VA 23606 | | Claim Number: 347<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $1,492.80 | | | |
| SCHWARTZ, PATRICIA<br>35 PARKEDGE ST<br>ROCHESTER, NY 14606 | | Claim Number: 348<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,730.88 | | | |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | | Claim Number: 349<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | |
| PRIORITY | Claimed: | $37,869.09 | | | |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | | Claim Number: 350<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $359,633.63 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LUSSIER, TRACY
4 OLD SUNDERLAND RD
MONTAGUE, MA 01351

Claim Number: 351
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7930 (08/11/2009)

| UNSECURED | Claimed: | $15,742.00 | | |
|---|---|---|---|---|

---

BRADSHAW, HEATHER
481 SPRINGMONT CT
NEWPORT NEWS, VA 23608

Claim Number: 352
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $556.50 | Scheduled: | $532.50 CONT |
|---|---|---|---|---|

---

BRUNO, JILL
26 IRVINGTON ST
VALLEY STREAM, NY 11581-3241

Claim Number: 353
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $4,563.46 | Scheduled: | $4,579.62 CONT |
|---|---|---|---|---|

---

FLORIAN, JENNIE
108 HAMPTON AVE
MASTIC, NY 11950

Claim Number: 354
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,207.00 | | |
|---|---|---|---|---|

---

SMITH, CATHERINE
285 MELVILLE RD
FARMINGDALE, NY 11735-2312

Claim Number: 355
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,870.90 | | |
|---|---|---|---|---|

---

VELSOR, MIRTHA
7120 162ND ST #2
FLUSHING, NY 113654237

Claim Number: 356
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,179.49 | | |
|---|---|---|---|---|

---

AVENA, JOANNE
2238 CAMERON AVE
MERRICK, NY 11566

Claim Number: 357
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $2,227.89 | Scheduled: | $2,227.89 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KATONA, JESSICA
156 JEFFERSON ST
EAST ISLIP, NY 11730

Claim Number: 358
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,620.00 |
|---|---|---|

---

GOGARTY, JAIME
255 BELMORE AVE
EAST ISLIP, NY 11730

Claim Number: 359
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,127.75 |
|---|---|---|

---

LESELROD, MICHAEL
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 360
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $3,948.33 |
|---|---|---|

---

AYAN, ATILLA
83 OCEAN AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 361
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $811.00 |
|---|---|---|

---

NASH, BABARA A.
79 WAUWEPEX TRAIL
RIDGE, NY 11961

Claim Number: 362
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $840.15 | Scheduled: | $840.15 CONT |
|---|---|---|---|---|

---

DRAKOS, SUZETTE
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 363
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $984.60 |
|---|---|---|

---

FONTANELLI, DAVID
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 364
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $6,062.50 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ESPANOL, IAN
1 CONCORD RD
SHIRLEY, NY 11967

Claim Number: 365
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31 CONT |
|---|---|---|---|---|

---

RUNYAN, MATTHEW L.
7 BITTERSWEET LN
LEVITTOWN, NY 11756

Claim Number: 366
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $4,811.25 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,811.25 | | |
| TOTAL | Claimed: | $4,811.25 | | |

---

AYAN, ATILLA
83 OCEAN AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 367
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $2,100.00 CONT |
|---|---|---|---|---|

---

BOSSONG, EDWARD A.
186 COTTAGE BLVD
HICKSVILLE, NY 11801

Claim Number: 368
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00 CONT |
|---|---|---|---|---|

---

GRAY, ANEESAH
104 E HENRY ST
LINDEN, NJ 07036

Claim Number: 369
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $684.16 | Scheduled: | $1,026.17 CONT |
|---|---|---|---|---|

---

GRENIER, KAREN
21 WINDING LN
ISLANDIA, NY 11749

Claim Number: 370
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $745.97 | | |
|---|---|---|---|---|

---

POOMCHONGHKO, PIYAMIT
PO BOX 742
LINDENHURST, NY 11757

Claim Number: 371
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,000.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NERLAND, DAVID E.
9589 N 113TH WAY
SCOTTSDALE, AZ 85259-5868

Claim Number: 372
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7100 (03/15/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $228,686.41 | Scheduled: | $10,950.00 CONT |
| UNSECURED | | | Scheduled: | $216,578.69 CONT |

---

BYLLOTT, DEBRA
2 BUD COURT
HAUPPAUGE, NY 11788

Claim Number: 373
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $2,295.00 |

---

BORRILLO, REGINA
2 BUD COURT
HAUPPAUGE, NY 11788

Claim Number: 374
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,102.13 |

---

DIGAUDRO, MICHAEL
33 CHIMNEY LN
LEVITTOWN, NY 11756-1123

Claim Number: 375
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $118.58 |

---

BORTZ, DEBORAH
10 SANTERRE ST
NASHUA, NH 03064

Claim Number: 376
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $720.00 | Scheduled: | $720.00 CONT |

---

LEGEND APPRAISALS, INC
2631 CELEBRATE CT
HENDERSON, NV 89074

Claim Number: 377
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,885.00 |

---

TOWNSEND, PAULA E.
271 SADDLEBROOK CT
DELAWARE, OH 43015

Claim Number: 378
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,080.52 |

---

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KNAG, PAUL E., JR.
60 E 9TH ST #505
NEW YORK, NY 10003

Claim Number: 379
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $10,000.00 | | |

---

LADD, BRIAN K.
3339 E WALTANN LN
PHOENIX, AZ 85032-0814

Claim Number: 380
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $444.00 | Scheduled: | $444.00 CONT |

---

MORGAN, DANIELLE
1510 POTTER BLVD
BAY SHORE, NY 11706

Claim Number: 381
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $843.75 | Scheduled: | $1,603.13 CONT |

---

DEELY, CHRISTOPHER M
8 BOULDER LN
HORSHAM, PA 190441851

Claim Number: 382
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $2,168.40 CONT |

---

PERKINS, HEIDI J.
265 BLUE VALLEY RD SE
LANCASTER, OH 43130

Claim Number: 383
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $840.00 | Scheduled: | $840.00 CONT |

---

CHATZIANTONIOU, TASO
37-37 REGATTA PL
DOUGLASTON, NY 11363

Claim Number: 384
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $3,446.15 CONT |

---

GREGORY, MARY
11418 BUELL ST
SANTA FE SPRINGS, CA 90670

Claim Number: 385
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $8,826.00 | Scheduled: | $7,454.33 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| BAUBLITZ, BARBARA<br>2529 WESTMINSTER DR<br>YORK, PA 17408 | | Claim Number: 386<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,387.08 | Scheduled: | $1,387.08 | CONT |
| JETT, LINDA GAIL<br>429 CORDGRASS LN<br>LITTLE RIVER, SC 29566 | | Claim Number: 387<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,116.80 | | | |
| NATALE, CAROLINE<br>325 S 5TH ST<br>LINDENHURST, NY 11757 | | Claim Number: 388<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $1,471.00 | | | |
| WALTERS, JANICE M.<br>5631 TRISHLYN COVE<br>FORT WAYNE, IN 46835 | | Claim Number: 389<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | | |
| PRIORITY | Claimed: | $3,461.54 | | | |
| POMBRA, DEEPALI<br>2019 COURT N DRIVE<br>MELVILLE, NY 11747 | | Claim Number: 390<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $2,250.00 | Scheduled: | $2,250.00 | CONT |
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | | Claim Number: 391<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $6,769.23 | CONT |
| PICCIUCA, JANA L.<br>6 MAYWOOD PL<br>KINGS PARK, NY 11754 | | Claim Number: 392<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $846.15 | Scheduled: | $846.15 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | Claim Number: 393<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $1,620.00 |
|---|---|---|

| ULRICH & ULRICH APPRAISERS<br>ATTN JOHN M ULRICH<br>154 W MAIN ST<br>ELKTON, MD 21921 | Claim Number: 394<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $925.00 |
|---|---|---|

| HOUDE, ARTHUR E., IV<br>23 SOUTHAVEN DR<br>BROOKHAVEN, NY 11719 | Claim Number: 395<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,102.50 |
|---|---|---|

| KATZ, RHONDA E.<br>14 STRATFORD CT<br>NORTH BELLMORE, NY 11710 | Claim Number: 396<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,480.77 |
|---|---|---|

| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | Claim Number: 397<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $745.97 |
|---|---|---|

| DAN'S PAPERS, INC.<br>ATTN JAMES F BEST<br>A/R MANAGER<br>PO BOX 630<br>BRIDGEHAMPTON, NY 11932 | Claim Number: 398<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $7,295.00 | Scheduled: | $3,953.00 |
|---|---|---|---|---|

| RUSSELL APPRAISAL SERVICE<br>100-A SEVEN OAKS LN<br>SUMMERVILLE, SC 29485 | Claim Number: 399<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,350.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TAYLOR MADE APPRAISALS<br>ATTN SCOTT J TAYLOR<br>PRESIDENT<br>4050 W BROWARD BLVD<br>PLANTATION, FL 33317 | Claim Number: 400<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $7,645.00 | Scheduled: | $1,300.00 |

| THOMPSON, KIMBERLY M.<br>7700 DOVE AVE<br>KANSAS CITY, MO 64139-1422 | Claim Number: 401<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $2,088.00 |

| MCGUIRE, MARIANNE<br>1300 DENNIS RD<br>WEATHERFORD, TX 760878828 | Claim Number: 402<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) |

| PRIORITY | Claimed: | $15,631.23 |

| DAILEY, MICHAEL A.<br>1809 NE WATERFIELD VILLAGE CT<br>BLUE SPRINGS, MO 64014 | Claim Number: 403<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6702 (12/11/2008) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $137,068.42 |

| MODELYTICS INC<br>ATTN MUKUND SHEOREY, PRESIDENT<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ 07458 | Claim Number: 404<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |

| UNSECURED | Claimed: | $131,135.00 | Scheduled: | $131,120.00 |

| NEWSOM, DANA<br>1608 N ELM ST<br>ESCONDIDO, CA 92026 | Claim Number: 405<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| PRIORITY | Claimed: | $5,137.50 |

| GEIGER, STEVEN D.<br>4720 95TH ST<br>URBANDALE, IA 50322 | Claim Number: 406<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $11,927.43 CONT |
| UNSECURED | Claimed: | $81,544.06 | Scheduled: | $79,128.98 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WAGAR & ASSOCIATES INC<br>3708 BLACKBERRY<br>ATTN: MARTIN J WAGAR, PRESIDENT<br>KALAMAZOO, MI 49008 | | Claim Number: 407<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,020.00 | | |

| MATEEN, SUZANNE B.<br>2 SPRING OAK DR<br>GREENSBORO, NC 27410 | | Claim Number: 408<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2,564.10 | Scheduled:<br>Scheduled: | $199.77 CONT<br>$2,572.33 CONT |

| IDAHO STATE TAX COMMISSION<br>ATTN CAROLYN KAAS<br>BANKRUPTCY UNIT<br>PO BOX 36<br>BOISE, ID 83722 | | Claim Number: 409<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 1681 (10/24/2007) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $162,564.39<br>$35,000.00 | | |

| COMMERCIAL AGENCY, THE<br>ATTN LEE KENNEDY, COLLECTION MANAGER<br>C/O LIONINC.COM<br>PO BOX 23909<br>PORTLAND, OR 97219 | | Claim Number: 410<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,412.00 | | |

| POLEK, KELLY<br>614 BAY GREEN DR<br>ARNOLD, MD 21012 | | Claim Number: 411<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $303.15 | Scheduled: | $303.15 CONT |

| BLEW, VANCE W.<br>1215 FALSTAFF DR<br>ROSWELL, GA 30076 | | Claim Number: 412<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $710.13 | Scheduled:<br>Scheduled: | $1,453.54 CONT<br>$81.84 CONT |

| MUSCAT, CHARLENE D.<br>216 SHORESIDE DR<br>LEXINGTON, KY 40515 | | Claim Number: 413<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,388.00 | Scheduled: | $2,769.48 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HITCHCOCK, HEIDI A.
2 BASSWOOD CT
CATONSVILLE, MD 21228

Claim Number: 414
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $2,503.85 CONT |

---

MACARTHUR, LAURA
8 LEO ST
PATCHOGUE, NY 11772

Claim Number: 415
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,279.63 |

---

LAMORE, JESSICA
6118 37TH STREET
APT B
LUBBOCK, TX 79407

Claim Number: 416
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,362.97 | Scheduled: | $1,153.84 CONT |

---

MILLER, LES
OKLAHOMA RESIDENTIAL APPRAISALS LLC
6601 WESTLAKE BLVD
OKLAHOMA CITY, OK 73142

Claim Number: 417
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

MUELLER, KATHLEEN M.
302 16TH AVE
BALTIMORE, MD 21225

Claim Number: 418
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $4,350.72 CONT |

---

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 419
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,083.33 |

---

WALLING, DORIS L.
290 MIDDLESEX RD
MATAWAN, NJ 07747

Claim Number: 420
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,091.52 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RENFRO, AIDAN
317 ROSE MARIE CT.
SAINT PETERS, MO 63376

Claim Number: 421
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,661.44 | Scheduled: | $2,094.35 CONT |

WHITNEY, MICHELE
3210 QUEENSLAND CT
FORT MILL, SC 29715

Claim Number: 422
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,053.85 | Scheduled: | $2,053.85 CONT |

BROWN, KERRIN
500 PECONIC ST APT 31-6A
RONKONKOMA, NY 117797168

Claim Number: 423
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,369.23 | Scheduled: | $2,369.23 CONT |

CASTLE, KELLY R.
4981 STONEYBROOK BLVD
HILLIARD, OH 43026

Claim Number: 424
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,115.52 | Scheduled: | $2,231.04 CONT |

GREER, SHERRY A.
3975 OLD COLUMBUS RD
LONDON, OH 43140

Claim Number: 425
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $640.00 | Scheduled: | $640.00 CONT |

GIACHETTI, JENNIFER
170 TYRCONNELL AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 426
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $711.38 | Scheduled: | $711.54 CONT |

MACORMAC, EVELYN
106 W FAIR MEADOWS DR
CANONSBURG, PA 15317

Claim Number: 427
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,414.88 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SANNA, REBECCA<br>240 DONAMERE WAY<br>ALPHARETTA, GA 300225603 | Claim Number: 428<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,548.07 | Scheduled: | $1,768.46  CONT |

| CLAPPER, LAURA<br>2065 HARVEST FARM RD<br>ELDERSBURG, MD 21784-6399 | Claim Number: 429<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6462 (10/25/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,893.85 | Scheduled: | $2,893.85  CONT |

| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | Claim Number: 430<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6462 (10/27/2008) |
|---|---|
| PRIORITY | Claimed: | $8,817.00 |

| MCERLEAN, JENNIFER<br>33 PARDAM KNOLL RD<br>MILLER PLACE, NY 11764 | Claim Number: 431<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3945 (05/02/2008) |
|---|---|
| PRIORITY | Claimed: | $1,396.63 |

| MASCOLO, JACQUELINE M.<br>31 S COLUMBIA ST<br>PORT JEFFERSON STATION, NY 11776 | Claim Number: 432<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4615 (06/13/2008) |
|---|---|
| PRIORITY | Claimed: | $2,692.30 |

| CROSSFIELD, KATHY<br>402 E NAVAJO ST<br>HUACHUCA CITY, AZ 856169720 | Claim Number: 433<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) |
|---|---|
| PRIORITY | Claimed: | $2,076.00 |

| SIEMON, JEFFREY<br>7000 MONMOUTH DR<br>JOLIET, IL 60431 | Claim Number: 434<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) |
|---|---|
| PRIORITY | Claimed: | $769.20 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MOREEN, ANN T. | Claim Number: 435 |
| 22996 ASHWOOD | Claim Date: 09/10/2007 |
| LAKE FOREST, CA 92630 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6840 (01/13/2009) |

| PRIORITY | Claimed: | $1,480.64 |

---

| BRATT, KAY | Claim Number: 436 |
| 23351 VIA LINDA #A | Claim Date: 09/10/2007 |
| MISSION VIEJO, CA 92691 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6763 (12/22/2008) |

| PRIORITY | Claimed: | $1,920.00 |

---

| MONROE, MICHELE | Claim Number: 437 |
| 3900 HARVEST LN | Claim Date: 09/10/2007 |
| GLENVIEW, IL 60026-1017 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $2,125.05 |

---

| MALONE, STEVEN | Claim Number: 438 |
| 63 WALL STREET, APT 3401 | Claim Date: 09/10/2007 |
| NEW YORK, NY 1005 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $1,415.38 | Scheduled: | $1,415.39 CONT |

---

| RICHARD, SHARON KUNTI | Claim Number: 439 |
| 1516 KINGSTON AVE | Claim Date: 09/10/2007 |
| BALDWIN, NY 11510 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 3945 (05/02/2008) |

| UNSECURED | Claimed: | $1,308.83 |

---

| COVINGTON, DANA | Claim Number: 440 |
| 4830 WINDING TIMBERS CT | Claim Date: 09/10/2007 |
| HUMBLE, TX 773464467 | Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | Claimed: | $1,229.51 | Scheduled: | $1,229.51 CONT |

---

| CRISTENSEN, J. MARK | Claim Number: 441 |
| APPRAISER | Claim Date: 09/10/2007 |
| 5433 S SKYLINE PKY | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| OGDEN, UT 84403 | Comments: DOCKET: 6611 (11/21/2008) |

| UNSECURED | Claimed: | $1,740.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SELLERS, LINDA J.<br>13641 BOSTON COURT<br>FONTANA, CA 92336 | | Claim Number: 442<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,366.15 | Scheduled: | $1,191.84 CONT |
| BECKMANN, JENNIFER<br>21 PENATAQUIT AVE<br>BAY SHORE, NY 11706 | | Claim Number: 443<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,010.10 | Scheduled: | $1,010.10 CONT |
| D'ANGELI, LINDA<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | | Claim Number: 444<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
| PRIORITY | Claimed: | $4,884.62 | Scheduled: | $7,326.92 CONT |
| BUTLER, DIONNA<br>4739 N 2ND ST<br>PHILADELPHIA, PA 191204201 | | Claim Number: 445<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $945.00 | Scheduled: | $945.00 CONT |
| DEVINE, COLLEEN<br>982 THOMPSON DR<br>BAY SHORE, NY 11706 | | Claim Number: 446<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $4,653.85 | Scheduled: | $4,653.85 CONT |
| CLAYTON, DEBORAH L.<br>42 MEGAN DR<br>HENDERSON, NJ 89074 | | Claim Number: 447<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| UNSECURED | Claimed: | $2,076.80 | | |
| CISNEROS, MARIO A.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | | Claim Number: 448<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $312.00 | Scheduled: | $312.00 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CISNEROS, MARILYN D.
273 KINGS CANYON
BEAUMONT, CA 92223

Claim Number: 449
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $312.00 | Scheduled: | $416.00 CONT |

GLASEN, HOLLY
3503 HICKORY AVE
BALTIMORE, MD 21211

Claim Number: 450
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,019.23 |

DRW SERVICES LLC
DARREN WEBB, OWNER
3739 GYPSUM CT
SUPERIOR, CO 80027

Claim Number: 451
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $820.00 |

RACHAEL, MASIIVVA
48 MARTHA ST
INDIAN ORCHARD, MA 01151

Claim Number: 452
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $250.00 |

FORMOSA, ELIZABETH M.
23888 NORTHCREST TRL
NEW CANEY, TX 77357

Claim Number: 453
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $894.32 | Scheduled: | $894.11 CONT |

FORMOSA, ELIZABETH M.
23888 NORTHCREST TRL
NEW CANEY, TX 77357

Claim Number: 454
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $830.44 |

MARINE, VALERIE
914 N 70TH ST
SEATTLE, WA 98103

Claim Number: 455
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,000.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

THOMAS, AMY R.
304 BARCROFT DR
YORKTOWN, VA 23692

Claim Number: 456
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,192.00 | Scheduled: | $3,192.00 CONT |
|---|---|---|---|---|

HANSEN, AMANDA
410 PIPER ST
HEALDSBURG, CA 954483914

Claim Number: 457
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6463 (10/27/2008)

| PRIORITY | Claimed: | $610.56 | Scheduled: | $610.56 CONT |
|---|---|---|---|---|

BENEVENTANO, LOIS
46 NICOLE PL
WEST BABYLON, NY 117045700

Claim Number: 458
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $5,173.63 | | |
|---|---|---|---|---|

NEINER, MOREENE M.
30842 EIFFEL
WARREN, MI 48088

Claim Number: 459
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| PRIORITY | Claimed: | $670.08 | Scheduled: | $670.08 CONT |
|---|---|---|---|---|

PARTAP, HIMANSHU
24 STRATFORD CT
BELLMORE, NY 11710

Claim Number: 460
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| PRIORITY | Claimed: | $3,750.00 | Scheduled: | $3,750.00 CONT |
|---|---|---|---|---|

TELESIGHT
ATTN ERIC MESSAMORE
820 N FRANKLIN STE 200
CHICAGO, IL 60610

Claim Number: 461
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,495.00 | | |
|---|---|---|---|---|

TOMPKINS, GLADENA V.
9103 TORRENCE CROSSING DR
HUNTERSVILLE, NC 28078

Claim Number: 462
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,804.22 | Scheduled: | $1,924.31 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HANCOCK, MICHAEL G.
109 ESKER RD
HAMPTON, NH 03842

Claim Number: 463
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7931 (08/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $375.00 | | |

---

BOLEN, MONA L.
544 BOULDER DRIVE
DELAWARE, OH 43015

Claim Number: 464
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $559.26 | Scheduled: | $559.26 CONT |

---

KOHL, RICHARD P.
32 AUDLEY CIR
PLAINVIEW, NY 11803

Claim Number: 465
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,584.62 | Scheduled: | $6,701.54 CONT |

---

SHRIVER, PAULA J.
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

Claim Number: 466
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7396 (05/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,764.64 |
| UNSECURED | Claimed: | $3,764.64 |
| TOTAL | Claimed: | $3,764.64 |

---

ROLLAND, KAREN
3028 HIGHWAY 163
CHERRY VALLEY, AR 72324-8901

Claim Number: 467
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

PUSEY & ASSOCIATES, INC
1520 MARTIN ST
WINSTON SALEM, NC 27103

Claim Number: 468
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

---

PRESSMAN, CARYN
314 HART STREET
FIRST FLOOR
BROOKLYN, NY 11206

Claim Number: 469
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,023.08 | Scheduled: | $1,023.08 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PASINI, RICHARD J.<br>PO BOX 82<br>HICKSVILLE, NY 11802-0082 | Claim Number: 470<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5919 (09/16/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,281.00 | | |

| VIRJI, ABBASALI<br>45 NAPOLI DR<br>WHEATLEY HEIGHTS, NY 11798 | Claim Number: 471<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,230.00 | Scheduled: | $1,250.00 CONT |

| TRICE VALUATION SERVICES LLC<br>ATTN: DIANE WALTER<br>1003 MTHERMON RD, STE 201<br>SALISBURY, MD 21804 | Claim Number: 472<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,380.00 | Scheduled: | $3,825.00 |

| ISKHAKOV, ANDREY<br>82-46 LEFFERTS BLVD #5E<br>KEW GARDENS, NY 11415 | Claim Number: 473<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,541.25 | Scheduled: | $1,541.35 CONT |

| APPRAISAL ONE, INC.<br>PO BOX 338<br>MEDINA, WA 98039-0338 | Claim Number: 474<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $675.00 | | |

| HEIM, RUSSELL<br>64 BLACKSMITH RD<br>LEVITTOWN, NY 11756 | Claim Number: 475<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,138.20 | | |

| JANNOTTA, AMELIA<br>512 KENSINGTON LN<br>BETHPAGE, NY 11714 | Claim Number: 476<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $795.07 | Scheduled: | $795.07 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BN REAL ESTATE INC
6701 WASHINGTON BLVD UNIT B
ARLINGTON, VA 222131041

Claim Number: 477
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $395.00 |

---

KEIM, GISELLE
1435 S 18TH ST APT 247
SAINT LOUIS, MO 63104-2500

Claim Number: 478
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $1,918.33 CONT |

---

BRITTINGHAM, CHRISTINE
4 OAK HOLLOW LN
SICKLERVILLE, NJ 080813907

Claim Number: 479
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,961.54 | Scheduled: | $1,960.80 CONT |

---

SPAGNA, MICHAEL
25 NASSAU AVE
FREEPORT, NY 11520

Claim Number: 480
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.77 | Scheduled: | $1,076.92 CONT |

---

THOET, LANCE
10 HGIHLAND AVE
SEA CLIFF, NY 11579

Claim Number: 481
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $31,142.93 |

---

TRAIETTA, EILEEN
64 PARK CIRCLE SOUTH
FARMINGDALE, NY 11735

Claim Number: 482
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,376.00 | Scheduled: | $2,376.75 CONT |

---

BOMANI, ERICA
182 RHODODENDRON DR
WESTBURY, NY 11590

Claim Number: 483
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,096.15 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOEKSTRA, VICKY L.<br>2649 E CAPTAIN DREYFUS<br>PHOENIX, AZ 85032 | Claim Number: 484<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $516.92 | Scheduled: | $516.92 CONT |
|---|---|---|---|---|

| FISHKIN, BARRIE JAMES<br>2407 ELMWOOD CIR<br>DALLAS, NC 28034 | Claim Number: 485<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ROSENBLUM, RUTH<br>2135 BEVERLY WAY<br>MERRICK, NY 11566-5417 | Claim Number: 486<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,869.23 |
|---|---|---|

| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 487<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $5,923.08 | Scheduled: | $5,923.08 CONT |
|---|---|---|---|---|

| FORGETTA, AMY<br>2911 53RD ST S<br>GULFPORT, FL 33707 | Claim Number: 488<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $305.00 |
|---|---|---|

| BENEVENTANO, LOIS<br>46 NICOLE PL<br>WEST BABYLON, NY 11704-5700 | Claim Number: 489<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $1,692.31 | Scheduled: | $1,692.31 CONT |
|---|---|---|---|---|

| MULLINS, STACY J.<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | Claim Number: 490<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $4,015.38 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CHALLAPALLI, SAI<br>254-08 73 RD<br>FLORAL PARK, NY 11004 | Claim Number: 491<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |

| PRIORITY | Claimed: | $3,153.85 | Scheduled: | $3,153.85 CONT |

---

| ARTHURS, STEPHANIE<br>316 SILVER CLIFF DR<br>MOUNT HOLLY, NC 28120 | Claim Number: 492<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |

| PRIORITY | Claimed: | $560.00 |

---

| FELDMAN, GAIL<br>800 W QUEEN CREEK RD APT 1003<br>CHANDLER, AZ 85248-3301 | Claim Number: 493<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |

| PRIORITY | Claimed: | $2,376.75 | Scheduled: | $2,376.92 CONT |

---

| VALERIUS, LARRY D.<br>1709 OAKWOOD AVE<br>DEKALB, IL 60115 | Claim Number: 494<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |

| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,600.00 CONT |

---

| GLOVER, RANDOLPH E.<br>1306 SUNSET DR<br>NORTH MANCHESTER, IN 46962 | Claim Number: 495<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $1,076.92 CONT |

---

| GLASEN, HOLLY<br>3503 HICKORY AVE<br>BALTIMORE, MD 21211 | Claim Number: 496<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |

| PRIORITY | Claimed: | $1,019.23 | Scheduled: | $1,019.23 CONT |

---

| TOWNSEND SCHNABEL PHOTOGRAPHY, LLC<br>TOWNSEND SCHNABEL - OWNER<br>6350 WOODWIND DR<br>INDIANAPOLIS, IN 46217 | Claim Number: 497<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $132.08 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

D'ANGELI, JOSEPH
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 498
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9677 (01/19/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,666.67 | | |

BYLLOTT, DEBRA
2 BUD COURT
HAUPPAUGE, NY 11788

Claim Number: 499
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,360.00 | | |

DARAGO, KATIE
9304 MADISON AVE
LAUREL, MD 20723

Claim Number: 500
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,168.80 | Scheduled: | $2,819.25  CONT |

EVANICHKO, MOLLIE
6227 GLENCAIRN CIR
GALLOWAY, OH 43119

Claim Number: 501
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $796.80 | | |

BUNTEN, RITA S.
1045 HEARTWOOD LN
LAKE ZURICH, IL 60047

Claim Number: 502
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,938.16 | Scheduled: | $3,876.76  CONT |

FRAZER, ANNA ELIZABETH
1712 ESCALONA DR
SANTA CRUZ, CA 95060

Claim Number: 503
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,560.00 | | |

MINUTILLO, MARIE
12204 SUMMERWOOD LN
ALPHARETTA, GA 30005

Claim Number: 504
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,229.17 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RYAN, MISTY
8206 SAKADEN PKWY
FORT WAYNE, IN 46825

Claim Number: 505
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT |
|---|---|---|---|---|

---

MIZES, CAROL SHIVELY
14924 ROYAL RIDGE LN
NORTH ROYALTON, OH 44133

Claim Number: 506
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

---

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 507
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $4,781.05 |
|---|---|---|

---

DEJOHN, SHARLEEN
14614 BOBCAT CT
LEO, IN 46765-9359

Claim Number: 508
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $1,288.46 | Scheduled: | $2,061.54 CONT |
|---|---|---|---|---|

---

DEJOHN, SHARLEEN
8609 WAVE CIR APT A
FORT WAYNE, IN 46825-6666

Claim Number: 509
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $687.80 |
|---|---|---|

---

MANGLARDI, JOHN A.
301 MIDWAY ISLAND
CLEARWATER, FL 33767

Claim Number: 510
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $72,839.93 |

---

FIDDLER, THOMAS
13 AVERILL COURT
NORTH BARRINGTON, IL 60010

Claim Number: 511
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $80,149.14 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JARRETT, CHRISTINE<br>1234 EDWARDS CIR<br>RAYMORE, MO 64083 | Claim Number: 512<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,083.00 | | |

---

| RUBIN, JEFF<br>ALL PRO MORTGAGE<br>6600 N ANDREWS AVE<br>SUITE<br>FT LAUDERDALE, FL 33309 | Claim Number: 513<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

---

| TORRES, NICHOLE A.<br>6131 ROCKNE AVE<br>WHITTIER, CA 906061349 | Claim Number: 514<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,784.00 | Scheduled: | $4,636.37  CONT |

---

| E-APPRAISAL, LLC<br>DBA E-APPRAISAL<br>ATTN GREG RODRIGUEZ, DIR OF OPERATIONS<br>PO BOX 94642<br>LAS VEGAS, NV 89193-4642 | Claim Number: 515<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,900.00 | | |

---

| MOHSENZADEH, HOLLY<br>1415 SILVERLINDEN CT<br>FORT WAYNE, IN 46804 | Claim Number: 516<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,354.87 | Scheduled: | $2,354.87  CONT |

---

| KUHNER, RAYMOND E.<br>1738 WASHINGTON AVE<br>SEAFORD, NY 11783 | Claim Number: 517<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,151.30 | Scheduled: | $1,151.30  CONT |

---

| EDWARDS APPRAISAL SERVICES, LLC<br>LINDA G EDWARDS<br>1101 E REDBUD DR<br>KNOXVILLE, TN 37920 | Claim Number: 518<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,450.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BROWN, KERI R.
13630 ZORI LN
WINDERMERE, FL 34786-7357

Claim Number: 519
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,980.08 | | |

---

BUGGS, MARY
7535 CYPRESS
CYPRESS, TX 77433-2140

Claim Number: 520
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $670.77 | Scheduled: | $670.77 CONT |

---

VELEZ, CYNTHIA R.
3262 DEER CHASE RUN
LONGWOOD, FL 32779

Claim Number: 521
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $130,000.00 | Scheduled: | $10,000.00 CONT |

---

TODD, HOWARD I.
PO BOX 1350
HURLOCK, MD 21643

Claim Number: 522
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,275.00 | | |

---

MESHOT, KAREN C.
24631 MANDEVILLE DR
LAGUNA HILLS, CA 92653

Claim Number: 523
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,514.00 | | |

---

BARAGO, JACQUELINE
3491 ROGER DR
WANTAGH, NY 11793

Claim Number: 524
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,680.77 | Scheduled: | $3,680.77 CONT |

---

BARAGO, MICHELLE
3491 ROGER DR
WANTAGH, NY 11793

Claim Number: 525
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $971.11 | Scheduled: | $961.54 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SC APPRAISAL SERVICES<br>74930 COUNTRY CLUB DR STE 540<br>PALM DESERT, CA 92260 | | Claim Number: 526<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $5,900.00 | Scheduled: | $3,300.00 | |
| MCGAHA, JUDY A.<br>328 POSSUM PATH<br>LOUISVILLE, KY 40214 | | Claim Number: 527<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET 9862 (03/17/2011) | | | |
| PRIORITY | Claimed: | $1,358.23   UNLIQ | | | |
| LEWIS, BETH D.<br>787 KIMBALL<br>HIGHLAND PARK, IL 60035 | | Claim Number: 528<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $15,123.17 | | | |
| WILKINSON, FAITH CAMILLE<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 529<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $13,529.00 | | | |
| COCHRANE, PAMELA<br>1436 PLEASANT VIEW AVENUE<br>CORONA, CA 92882 | | Claim Number: 530<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $942.02 | Scheduled: | $949.02  CONT | |
| COCHRANE, PAMELA<br>1436 PLEASANT VIEW AVENUE<br>CORONA, CA 92882 | | Claim Number: 531<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $3,418.98 | | | |
| MODRELL, CRYSTAL J.<br>321 DANIELS DR<br>YORKTOWN, VA 236903402 | | Claim Number: 532<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $736.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DORFF, JENNIFER
15551 BOLYEN CIR #D
TUSTIN, CA 92780

Claim Number: 533
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

JOY, TRACY
PO BOX 5102
LYNNWOOD, WA 98046-5102

Claim Number: 534
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00 CONT |

---

KOERTGE, CAROL A.
PO BOX 100
CORAM, NY 11727

Claim Number: 535
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,559.87 | Scheduled: | $1,559.87 CONT |

---

RICHARDS, SHARON KUNTI
1516 KINGSTON AVE
BALDWIN, NY 11510

Claim Number: 536
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,308.83 | | |

---

HAGAN, RAYMOND
20 SENECA DR
HANOVER, PA 17331

Claim Number: 537
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $4,923.08 CONT |

---

SMITH, KRISTOPHER
129 PEARL ST
BATAVIA, NY 140202913

Claim Number: 538
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $730.44 | | |

---

SOCKO, LINDA
11481 SW 53RD AVE
OCALA, FL 34476

Claim Number: 539
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,700.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PIMA COUNTY, ARIZONA
PIMA COUNTY CIVIL ATTORNEY
32 N STONE SUITE 2100
TUCSON, AZ 85701

Claim Number: 540
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 8593 (02/18/2010)

---

| SECURED | Claimed: | $517.00 | | |

KINNAMON, JOHN
29583 SKIPTON ESTATES DR
CORDOVA, MD 21625

Claim Number: 541
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7584 (06/30/2009)

---

| PRIORITY | Claimed: | $1,795.00 | Scheduled: | $1,795.00 CONT |

J. SCOTT KINNAMON & ASSOCIATES
APPRAISAL SERVICES FOR HOMEGATE
ATTN JOHN SCHOTT KINNAMON
29350 DOGWOOD VIEW DR
CORDOVA, MD 21625

Claim Number: 542
Claim Date: 09/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

---

| UNSECURED | Claimed: | $3,150.00 | | |

PEACOCK, VALORIE J
14712 E COLGATE DR
AURORA, CO 80014

Claim Number: 543
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

---

| PRIORITY | Claimed: | $990.24 | | |

PEACOCK, VALORIE J
14712 E COLGATE DR
AURORA, CO 80014

Claim Number: 544
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

---

| PRIORITY | Claimed: | $1,897.96 | | |

SCHWARTZKOPF, DARRELL
11634 E EVANS AVE
AURORA, CO 80014

Claim Number: 545
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

---

| UNSECURED | Claimed: | $1,288.00 | | |

SCHWARTZKOPF, DARRELL
11634 E EVANS AVE
AURORA, CO 80014

Claim Number: 546
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

---

| UNSECURED | Claimed: | $1,288.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HESSEL, LINDSAY<br>1450 S LEWISTON ST<br>AURORA, CO 80017 | Claim Number: 547<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $328.80 | Scheduled: | $438.46 CONT |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | Claim Number: 548<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $1,456.00 | | |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | Claim Number: 549<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $2,548.00 | | |
| BURDICK RESIDENTIAL APPRAISALS<br>5605 E RIVER STE 101<br>TUCSON, AZ 857501900 | Claim Number: 550<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $5,160.00 | | |
| BURDICK RESIDENTIAL APPRAISALS<br>JULIE BURDICH, OWNER<br>5930 E PIMA #120<br>TUCSON, AZ 85712 | Claim Number: 551<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $5,160.00 | | |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | Claim Number: 552<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY | Claimed: | $761.64 | Scheduled: | $761.54 CONT |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | Claim Number: 553<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $138.56 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCCAULEY, PAULA
12915 LAFAYETTE ST
UNIT G
THORTON, CO 80241

Claim Number: 554
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $5,425.38 | | |

---

MASSARINI, JUDITH A.
397 AURORA DR
MILLERSVILLE, MD 21108

Claim Number: 555
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,346.15 | | $1,884.61 CONT |

---

GEHRING, GRETCHEN S.
830 CHURCHLAND CT
SAUGERTIES, NY 12477

Claim Number: 556
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,923.08 | | $2,500.00 CONT |

---

CRAFT, BOBBI
27 RANDLE CT
SAUGERTIES, NY 12477

Claim Number: 557
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,653.85 | | $2,073.97 CONT |

---

BRIDE, DENISE
219-42 EDGEWOOD AVE
LAURELTON, NY 11413

Claim Number: 558
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $238.50 | | $357.69 CONT |

---

BARAGO, MICHAEL
63 BAILEY CT
MIDDLE ISLAND, NY 11953

Claim Number: 559
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,453.84 | | $1,453.84 CONT |

---

KOPF, DAVID E.
16 PACIFIC GROVE DR
ALISO VIEJO, CA 92656

Claim Number: 560
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | | $3,568.77 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BYRD, DEBORAH M.
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 561
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: POSSIBLE DUPLICATE OF 3098
DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT |

STANNARD, MONICA
20914 JESSICA ROSE LN
SPRING, TX 77379

Claim Number: 562
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $944.84 | Scheduled: | $945.00 CONT |

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

Claim Number: 563
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $664.56 |
| UNSECURED | Claimed: | $664.56 |
| TOTAL | Claimed: | $664.56 |

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

Claim Number: 564
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8414 (12/14/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,680.74 | Scheduled: | $9,747.69 CONT |

COHN, DENISE
977 MARGINAL RD
LIDO BEACH, NY 11561

Claim Number: 565
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,316.98 |

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 566
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $650.00 |

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 567
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $231.90 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 568
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $55,716.68 | |
| SECURED | Claimed: | $10,950.00 | |

---

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 569
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $295,176.88 |

---

WASHINGTON, STACIE & IRVIN
5419 PARIS AVE
NEW ORLEANS, LA 701222603

Claim Number: 570
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10087 (07/15/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $31,951.00 |

---

LAVENSKI, KATHLEEN
814 GRAHAM RD
SOUTH WINDSOR, CT 06074

Claim Number: 571
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,809.60 | Scheduled: | $1,809.60  CONT |

---

BROWN, ELIZABETH DORNEY
429 ROBIN REED CT
PINEVILLE, NC 28134

Claim Number: 572
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,019.20 | Scheduled: | $1,223.08  CONT |

---

BULSON, BETHANY R.
5201 WRIGHT DR
HICKORY, NC 286028297

Claim Number: 573
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,081.61 | Scheduled: | $1,081.61  CONT |

---

HUBBELL, JUDY A.
1927 EDGEWATER DR
CHARLOTTE, NC 28210

Claim Number: 574
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,950.72 |
| UNSECURED | Claimed: | $1,950.72 |
| TOTAL | Claimed: | $1,950.72 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FUCHS, KRISTEN M.<br>12201 MALLARD RIDGE DR<br>CHARLOTTE, NC 28269 | Claim Number: 575<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $913.46 | Scheduled: | $913.38 | CONT |
| PRIORITY | Claimed: | $913.46 | Scheduled: | $913.38 | CONT |

| COOK, CRYSTAL<br>10907 CHRUDAN DR<br>CHARLOTTE, NC 28262 | Claim Number: 576<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $925.83 | Scheduled: | $925.83 | CONT |
| PRIORITY | Claimed: | $925.83 | Scheduled: | $925.83 | CONT |

| A-AAA REAL ESTATE APPRAISAL SERVICE<br>ATTN R. AREND DAWSON, PRES.<br>4507 S BOWDISH RD<br>SPOKANE, WA 99206 | Claim Number: 577<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,870.00 |

| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | Claim Number: 578<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,123.52 |

| WOODTRONICS, INC.<br>C/O SCOTT T. WILLIAMS, ESQUIRE<br>429 MARKET ST<br>WILLIAMSPORT, PA 17701 | Claim Number: 579<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,586.43 |

| AM APPRAISALS-ADAM MANN<br>1121 W GRANT ST<br>BREMEN, IN 46506 | Claim Number: 580<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

| PINAL COUNTY TREASURER<br>PINAL COUNTY TREASURERS OFFICE<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE, AZ 85232-0729 | Claim Number: 581<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $15,358.84 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LLOYD STAFFING, INC.<br>ATTN JERRY STEINHART<br>445 BROADHOLLOW RD, STE 119<br>MELVILLE, NY 11747 | Claim Number: 582<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $19,625.81 | Scheduled: | $10,173.06 |
|---|---|---|---|---|

---

| R.I. DIVISION OF TAXATION<br>ATTN DAVID M SULLIVAN<br>TAX ADMINISTRATOR<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Claim Number: 583<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $2,750.00 |
|---|---|---|
| PRIORITY | Claimed: | $2,750.00 |
| PRIORITY | Claimed: | $2,750.00 |

---

| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | Claim Number: 584<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| SECURED | Claimed: | $91,187.86 |
|---|---|---|
| UNSECURED | Claimed: | $95,289.28 |

---

| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | Claim Number: 585<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $7,056.88 |
|---|---|---|

---

| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | Claim Number: 586<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009) |
|---|---|

| PRIORITY | Claimed: | $632.17 |
|---|---|---|

---

| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | Claim Number: 587<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $408.64 |
|---|---|---|

---

| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | Claim Number: 588<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $58,917.17 | Scheduled: | $7,579.84 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BOWLES, PIERRE L.<br>1003 SWANBROOK DRIVE<br>FAYETTEVILLE, GA 30215 | | Claim Number: 589<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $4,500.00 |
| R. W. COZZA APPRAISALS CORP.<br>ATTN RON W. COZZA<br>APPRAISER<br>8934 W COUNTRY CLUB TR<br>PEORIA, AZ 85383 | | Claim Number: 590<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $1,865.00 |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | | Claim Number: 591<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| SECURED | Claimed: | $418.09 |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | | Claim Number: 592<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| SECURED | Claimed: | $1,063.98 |
| UNITED TELEPHONE-SOUTHEAST, INC.<br>D/B/A EMBARQ (TENNESSEE & VIRGINIA)<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 593<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $678.11 |
| UNITED TELEPHONE COMPANY OF OHIO<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 594<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $115.16 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 595<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,069.86 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 596<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED            Claimed: | $1,072.27 |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 597<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED            Claimed: | $268.16 |
| CENTRAL TELEPHONE COMPANY<br>D/B/A EMBARQ - NORTH CAROLINA<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 598<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED            Claimed: | $305.29 |
| CENTRAL TELEPHONE COMPANY<br>D/B/A EMBARQ - NEVADA<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 599<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED            Claimed: | $634.65 |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY<br>D/B/A EMBARQ (NORTH CAROLINA)<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 600<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED            Claimed: | $605.75 |
| EMBARQ MINNESOTA, INN.<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 601<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED            Claimed: | $644.92 |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 602<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED            Claimed: | $880.86 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EMBARQ FLORIDA, INC.
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 603
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,678.50 | Scheduled: | $9,161.59 |

---

DELL FINANCIAL SERVICES, L.P.
ATTN M.J. WIGGINS, BANKRUPTCY/LEGAL MGR
COLLECTIONS/CONSUMER BANKRUPTCY
12234B NORTH I-35
AUSTIN, TX 78753-1705

Claim Number: 604
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,087.87 |

---

TOP NOTCH APPRAISALS - 1000023447
ATTN JIM KLIEGL
OWNER
8780 19TH ST, #277
ALTA LOMA, CA 91701

Claim Number: 605
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,754.00 |

---

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
ATTN NANCY OLIVERAS
PSE&G
PO BOX 490
CRANFORD, NJ 07016

Claim Number: 606
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,368.45 |

---

TACKETT, KENNETH N.
D/B/A KEN TACKETT ASSOCIATES
14333 SAN PAOLO LN
CHARLOTTE, NC 28277

Claim Number: 607
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,200.00 |

---

FAIRFAX COUNTY
ATTN NANCY F LOFTUS, ASST COUNTY ATTNY
OFFICE OF THE COUNTY ATTORNEY
1200 GOVERNMENT CENTER PWY, STE 549
FAIRFAX, VA 22035

Claim Number: 608
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $435.11 |
| SECURED | Claimed: | $360.85 |
| UNSECURED | Claimed: | $3,096.70 |

---

PASSANIESE,  MICHAEL
1518 S ADAMS ST
SPOKANE, WA 99203

Claim Number: 609
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

APPRAISAL CONNECTION, LLC
ATTN JACQUES W. WEINTEIN (MEMBER)
27 STATE ST, STE 20
BANGOR, ME 04401

Claim Number: 610
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: POSSIBLY AMENDED BY 6446
DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | | |

---

GREYSTONE STAFFING
PO BOX 52272
NEWARK, NJ 07101-0220

Claim Number: 611
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,001.82 | Scheduled: | $1,001.82 |

---

5151 E BROADWAY, LLC
538 BROADHOLLOW RD STE LL1
MELVILLE, NY 117473668

Claim Number: 612
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $10,176.38 | | |

---

CARLEO, LUIGI
144 BERRY HILL RD
OYSTER BAY, NY 11771

Claim Number: 613
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $6,041.67 | | |

---

CARLEO, LUIGI
144 BERRY HILL RD
OYSTER BAY, NY 11771

Claim Number: 614
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $10,950.00 | | |

---

BARSA CONSULTING GROUP, LLC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 615
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $114,180.39 | | |

---

COLUMBIA GAS OF VIRGINIA, INC.
ATTN R. TANNER, BANKRUPTCY SPECIALIST
200 CIVIC CENTER DR., 11TH FL
COLUMBUS, OH 43215

Claim Number: 616
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $63.64 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| COLUMBIA GAS OF PENNSYLVANIA INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 617<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $13.14 | Scheduled: | $13.14 | |
| COLUMBIA GAS OF KENTUCKY, INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 618<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $48.13 | Scheduled: | $21.25 | |
| COLUMBIA GAS OF OHIO, INC.<br>ATTN R. THORNTON, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 11TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 619<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $25.92 | | | |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | | Claim Number: 620<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) | | | |
| SECURED | Claimed: | $1,311.13 | | | |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | | Claim Number: 621<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $241.62 | | | |
| APPRAISING IN DELAWARE, INC.<br>ATTN PATTI PERSIA, OWNER<br>129 SCHOOL PL<br>MILFORD, DE 19963 | | Claim Number: 622<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,800.00 | | | |
| TAX VERIFICATION BUREAU, INC.<br>ESTEBAN REYES, DIRECTOR<br>200 SE FIRST ST, STE 702<br>MIAMI, FL 33131 | | Claim Number: 623<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) | | | |
| UNSECURED | Claimed: | $110,834.07 | Scheduled: | $77,163.90 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BUTLER, TRACY L.<br>3700 CHARLEMAINE DR<br>AURORA, IL 60504 | Claim Number: 624<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,751.29 |
|---|---|---|
| UNSECURED | Claimed: | $15,948.15 |

| HUDGENS, KEN, CLERK AND MASTER<br>501 S MAIN ST<br>RM 103<br>SPRINGFIELD, TN 37172 | Claim Number: 625<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $220.67 |
|---|---|---|

| SOUND APPRAISAL<br>SAM P WOOD<br>1520 S DAVID ST<br>SPOKANE, WA 99212 | Claim Number: 626<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $975.00 |
|---|---|---|

| CRACKFORD, SUSAN K.<br>5027 126TH ST SE<br>EVERETT, WA 98208 | Claim Number: 627<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| CHEROKEE COUNTY TAX COMMISSIONER<br>2780 MARIETTA HWY<br>CANTON, GA 30114 | Claim Number: 628<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $6,547.88 |
|---|---|---|

| REAL ESTATE GUIDE, INC, THE<br>ATTN DAVE ACKERMAN, PRESIDENT<br>2105 W LINCOLN AVE<br>YAKIMA, WA 98902 | Claim Number: 629<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $220.00 |
|---|---|---|

| PRINT GUYS, INC, THE<br>ATTN DAVE ACKERMAN, PRESIDENT<br>2105 W LINCOLN AVE<br>YAKIMA, WA 98902 | Claim Number: 630<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $237.45 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MATANZAS APPRAISAL GROUP, INC.<br>ATTN BEN MOODY, OWNER<br>PO BOX 1064<br>BUNNELL, FL 32110 | Claim Number: 631<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| ASPETUCK SYSTEMS, INC.<br>ATTN MICHAEL GABRIELE<br>200 CONNECTICUT AVENUE<br>NORWALK, CT 06854 | Claim Number: 632<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6763 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $52,615.98 |
|---|---|---|

| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | Claim Number: 633<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $1,189.99 |
|---|---|---|

| WEICHBRODT, IVAN L.<br>5030 S.W. TEXAS ST.<br>PORTLAND, OR 97219 | Claim Number: 634<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $670.00 |
|---|---|---|

| CHEVALIER, KENNETH M.<br>3907 - 42ND ST.<br>DES MOINES, IA 50310 | Claim Number: 635<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6702 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $389.00 |
|---|---|---|

| EJ APPRAISAL SERVICE INC.<br>ATTN EDWARD JACHIMIAK<br>PO BOX 546<br>MISHAWAKA, IN 46546 | Claim Number: 636<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| CLAIR APPRAISALS, INC.<br>ROBERT CLAIR<br>1632 SE MISLTETOE ST<br>PORT SAINT LUCIE, FL 34983 | Claim Number: 637<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,775.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LINDEN, JOHN H., JR.
4 PINE CIRCLE
EASTCHESTER, NY 10709

Claim Number: 638
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $153,190.96 | | |
| UNSECURED | Claimed: | $153,190.96 | | |
| TOTAL | Claimed: | $153,190.96 | | |

---

ACTION APPRAISAL SERVICES
ATTN JDY GAUDIANO
73280 EL PASEO, STE 6
PALM DESERT, CA 92260

Claim Number: 639
Claim Date: 09/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $550.00 |

---

THURSTON COUNTY TREASURER
ATTN SUSAN SHEFLER, REVENUE OFFICER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502

Claim Number: 640
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7931 (08/11/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $545.92 |

---

APPRAISAL AFFILIATES, INC.
PO BOX 770546
OCALA, FL 34477

Claim Number: 641
Claim Date: 09/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $375.00 |

---

WELLS FARGO FINANCIAL LEASING, INC.
ATTN RICHARD BEHLING
BANKRUPTCY SPECIALIST
800 WALNUT ST / MAC F4031-050
DES MOINES, IA 50309

Claim Number: 642
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,489.16 | Scheduled: | $883.82 |

---

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 643
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $650.00 |

---

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 644
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68.35 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 645<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,786.45 | CONT |
| UNSECURED | Claimed: | $282,431.53 | Scheduled: | $281,429.27 | CONT |

| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 646<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8582 (02/17/2010) |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $66,666.68 |

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | | Claim Number: 647<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $306.00 |

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | | Claim Number: 648<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $81.00 |

| SUNRISE APPRAISAL GROUP<br>ATTN DONALD R SMITH, PRESIDENT<br>1125 SHAWNEE RD<br>LIMA, OH 45805 | | Claim Number: 649<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|---|
| UNSECURED | Claimed: | $275.00 |

| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD E<br>JACKSONVILLE, FL 32256 | | Claim Number: 650<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|---|
| UNSECURED | Claimed: | $107,033.80 |

| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 651<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 652<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |
| PRIORITY | Claimed: | $198,000.00 | | |
| BRONW, IVY YVONNE<br>14703 FOXFIELD LN<br>FONTANA, CA 92336 | | Claim Number: 653<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $704.00 | | |
| HERRARA, LUZ<br>416 N HOLMES AVE<br>ONTARIO, CA 91764 | | Claim Number: 654<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $966.00 | Scheduled: | $462.00 CONT |
| VIERA, DIANNE<br>820 CISCO ST<br>COLTON, CA 92324-6310 | | Claim Number: 655<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
| PRIORITY | Claimed: | $2,653.37 | Scheduled: | $3,124.71 CONT |
| BILLS, JILLIAN<br>820 CISCO ST<br>COLTON, CA 92324-6310 | | Claim Number: 656<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,180.47 | Scheduled: | $2,968.93 CONT |
| WILLIAMS, ROBIN<br>13695 DEER HILL PL<br>MORENO VALLEY, CA 92553 | | Claim Number: 657<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$487.90 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$6,300.58 CONT |
| ROSENZWEIG, CAROL<br>31 WILSON AVE<br>AMITYVILLE, NY 11701 | | Claim Number: 658<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $1,561.88 | Scheduled: | $1,561.70 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CALCANDY, CANDICE M.
183 VINEYARD RD
HUNTINGTON, NY 11743

Claim Number: 659
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,326.88 | Scheduled: | $2,326.92 CONT |
|---|---|---|---|---|

GRZAN, LORETTA
57 EARL RD
MELVILLE, NY 11747

Claim Number: 660
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $6,115.39 | | |
|---|---|---|---|---|

GRZAN, LORETTA
57 EARL RD
MELVILLE, NY 11747

Claim Number: 661
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $6,115.00 | Scheduled: | $6,115.39 CONT |
|---|---|---|---|---|

MCCANN, JONATHAN M.
2325 28TH ST APT 2F
ASTORIA, NY 11105-2867

Claim Number: 662
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $446.15 | Scheduled: | $446.15 CONT |
|---|---|---|---|---|

VLAUN, DARIA
26 CRABTREE LN
LEVITTOWN, NY 11756

Claim Number: 663
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,374.36 | Scheduled: | $1,686.46 CONT |
|---|---|---|---|---|

LAWRENCE, DANA
4640 WATSON DR
DOYLESTOWN, PA 18901

Claim Number: 664
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $2,884.62 CONT |
|---|---|---|---|---|

HARRIS, CYNTHIA
29 CORNERSTONE CT
DOYLESTOWN, PA 18901

Claim Number: 665
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,997.44 | Scheduled: | $1,997.44 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PATTEN, MARIE<br>229 HUNNEWELL AVE<br>ELMONT, NY 11003 | | Claim Number: 666<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $675.00 | | |

| SMITH, CHRISTOPHER J.<br>139 N MANHATTAN AVE<br>N MASSAPEQUA, NY 11758-3435 | | Claim Number: 667<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,764.00 | Scheduled: | $1,764.00 CONT |

| AMERICAN RESIDENTIAL APPRAISALS<br>2012 FOREST RIDGE LN<br>BUFFALO, MN 55313 | | Claim Number: 668<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $585.00 | | |

| TULLY, MATTHEW<br>2206 MCNAB AVE<br>LONG BEACH, CA 90815 | | Claim Number: 669<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6178 (10/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40,192.00 | | |

| GABRAM, JODI<br>10960 NEAL DR<br>NEWBURY, OH 44065 | | Claim Number: 670<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $861.44 | Scheduled: | $861.44 CONT |

| RINEHART, WILLIAM<br>10235 N 31ST ST #14<br>PHOENIX, AZ 85028 | | Claim Number: 671<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,345.77 | Scheduled: | $1,345.85 CONT |

| VITULLO, CARL H.<br>45 KING ARTHUR CT<br>SAINT JAMES, NY 11780 | | Claim Number: 672<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,707.69 | Scheduled: | $5,707.69 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | | Claim Number: 673<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,367.16 | | |

---

| SNYDER, TAMARA<br>731 CHICKIES DR<br>COLUMBIA, PA 17512 | | Claim Number: 674<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,370.20 | Scheduled: | $1,369.97  CONT |

---

| MORBECK, AMY<br>5307 W 165TH TERRACE<br>STILWELL, KS 66085 | | Claim Number: 675<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,384.62 | | |

---

| MORBECK, AMY<br>5307 W 165TH TERRACE<br>STILWELL, KS 66085 | | Claim Number: 676<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $863.38 | | |

---

| RAMESH, ANNISHA<br>805 WINDMILL AVE<br>WEST BABYLON, NY 11704 | | Claim Number: 677<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,713.79 | Scheduled: | $3,427.20  CONT |

---

| KEMP, MICHAEL J.<br>54 BERKSHIRE RD<br>HOLBROOK, NY 11741 | | Claim Number: 678<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $634.62 | Scheduled: | $769.02  CONT |

---

| WEISS, RICHARD<br>30 WILMOTH AVE<br>ARDSLEY, NY 10502 | | Claim Number: 679<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

IALACCI, DOLORES
1680 THE HIDEOUT
LAKE ARIEL, PA 184009009

Claim Number: 680
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $830.70 | | |

---

GRULLON, MICHELLE
8 OAKWOOD LANE
MANHASSET, NY 11030

Claim Number: 681
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $2,849.85 | Scheduled: | $2,849.85 CONT |

---

BARNHART, MARY TERESA
5603 CONCORD DR
ELDERSBURG, MD 21784

Claim Number: 682
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $1,347.85 | Scheduled: | $1,347.85 CONT |

---

GELOSO, LISA M.
301 OAKLAND AVE
MILLER PLACE, NY 11764

Claim Number: 683
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,653.85 | Scheduled: | $3,653.85 CONT |

---

THATCHER, NICOLE
7639 LAS PALMAS WAY
JACKSONVILLE, FL 32256

Claim Number: 684
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,300.00 | | |

---

GALIANO, MATTHEW
1563 WARREN STREET
EAST MEADOW, NY 11554

Claim Number: 685
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT |

---

WYATT, MYRON C.
18 W 22ND ST APT 1
CHESTER, PA 190135034

Claim Number: 686
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $865.12 | Scheduled: | $865.39 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 687<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $1,975.00 | | | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 688<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,975.00 | | | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 689<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,600.00 | | | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 690<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| UNSECURED | Claimed: | $1,600.00 | | | |
| KESSLER, KATHRYN M.<br>124 GREELEY ST<br>SYCAMORE, IL 60178 | | Claim Number: 691<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $3,461.54 | | | |
| BROWNE, JESSE<br>18671 LIBRA CIR APT 1<br>HUNTINGTON BEACH, CA 92646 | | Claim Number: 692<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,807.00 | | | |
| JOHNSON, COLLEEN<br>1272 BELLINGHAM DR<br>OCEANSIDE, CA 920572723 | | Claim Number: 693<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 | CONT |
| UNSECURED | Claimed: | $9,418.82 | Scheduled: | $13,530.77 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| SILL, STEPHANIE<br>24291 PHILEMON<br>DANA POINT, CA 92629 | Claim Number: 694<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7022 (02/17/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,300.00 | Scheduled: | $6,875.00 CONT |

| OLIVARES, NANCY<br>19401 JERRILYN LN<br>HUNTINGTON BEACH, CA 926462729 | Claim Number: 695<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 8297 (11/13/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,187.50 | |

| MANGINELLI, DANIEL III<br>2 SUN TER<br>LAGUNA NIGUEL, CA 92677-9230 | Claim Number: 696<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4289 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,572.85 | |

| DURHAM, EARL<br>30 CALLE RANCHERA<br>RANCHO SANTA MARGARITA, CA 92688 | Claim Number: 697<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6462 (10/27/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $7,707.69 | Scheduled: | $7,707.69 CONT |

| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE #1<br>HUNTINGTON BEACH, CA 92648 | Claim Number: 698<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,895.00 | |

| JOHNSON, JENNIFER<br>1272 BELLINGHAM DRIVE<br>OCEANSIDE, CA 92057 | Claim Number: 699<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,620.00 | Scheduled: | $1,515.00 CONT |

| JOHNSON, KIMBERLY<br>1212 PLAYERS DR<br>OCEANSIDE, CA 92057-2727 | Claim Number: 700<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,620.00 | Scheduled: | $1,260.00 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | | Claim Number: 701<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $27,083.33 | | | |

| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | | Claim Number: 702<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,781.05 | | | |

| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | | Claim Number: 703<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $773,000.00 | | | |

| HO, ALEXANDER P.<br>17912 BARON CIR #2<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 704<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,897.00 | Scheduled: | $3,044.10 CONT | |

| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT, CA 91789 | | Claim Number: 705<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,087.50 | | | |

| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT, CA 91789 | | Claim Number: 706<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $837.60 CONT | |
| UNSECURED | Claimed: | $2,554.83 | Scheduled: | $2,554.83 CONT | |

| STUDDERT, VAN<br>531 E. CUMBERLAND RD<br>ORANGE, CA 92865 | | Claim Number: 707<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,538.46 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KALMONSON, MICHAEL
7 FAIR ELMS
LAGUNA NIGUEL, CA 92677

Claim Number: 708
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8077 (09/18/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,096.00 | | |

---

TEJEDA, DARBY
25949 ORBITA
MISSION VIEJO, CA 926915816

Claim Number: 709
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,846.08 | | |

---

MANGINELLI, DANIEL
3311 TEMPE DR
HUNTINGTON BEACH, CA 92649

Claim Number: 710
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,701.23 | Scheduled: | $9,260.25  CONT |

---

NARROW, VERONICA
1506 BELLECOUR WAY
LAKE FOREST, CA 92630-7950

Claim Number: 711
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED | Claimed: | $7,203.60 | Scheduled: | $14,434.62  CONT |

---

FIUMEFREDDO, ROSARIA
7132 HELL AVE #2
HUNTINGTON BEACH, CA 92647

Claim Number: 712
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,349.75 | Scheduled: | $2,349.75  CONT |

---

BROWN, JANET S.
10841 E 58TH ST
MIRA LOMA, CA 91752

Claim Number: 713
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,143.75 | Scheduled: | $4,143.75  CONT |

---

REPUBLIC TITLE AGENCY, INC.
ATTN LAWRENCE M ANDERSON, PRESIDENT
55 W CENTRAL AVE
SPRINGBORO, OH 45066

Claim Number: 714
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,663.54 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DENNIS, DENNIS J.
12 WILDFLOWER TRL
ROBBINSVILLE, NJ 08691

Claim Number: 715
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,457.40 CONT |
| UNSECURED | Claimed: | $171,511.95 | Scheduled: | $174,175.64 CONT |

SIKON, LEE C., & STEPHANIE FISKE
C/O DAVID SIKON
POA FOR LEE C SIKON
7532 MONTEREY BAY DR #6
MENTOR ON THE LAKE, OH 44060

Claim Number: 716
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,139.00 |

---

CARIILO, CHRISTY L.
8003 MONROE AVE
MUNSTER, IN 46321-1207

Claim Number: 717
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,096.32 |

---

WAHLIN, JENNIFER
1668 GUTHRIE ST
VIRGINIA BEACH, VA 23464

Claim Number: 718
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,050.00 |

---

HIGGINBOTHAM, LYNN
1130 LILAC AVE
CHESAPEAKE, VA 23325

Claim Number: 719
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $626.24 |

---

PAVONE, CHERYL L.
1744 SWORD DANCER DR
VIRGINIA BEACH, VA 23454

Claim Number: 720
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $334.60 |

---

HEFNER, KENNETH R.
30 MULHOLLAND CT
MISSION VIEJO, CA 92692

Claim Number: 721
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,154.64 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WIELGUS, KATHLEEN
548 N 5TH AVE
DES PLAINES, IL 60016

Claim Number: 722
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,430.00 | | |
|---|---|---|---|---|

---

SAUER, CHRISTINE
4176-B SOUTH MOBILE CIRCLE
AURORA, CO 80013

Claim Number: 723
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5919 (09/16/2008)

| PRIORITY | Claimed: | $624.02 | Scheduled: | $866.09 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $117.93 CONT |

---

WENINSKI, MICHELLE A.
41 WINSTON DR
BRENTWOOD, NY 11717

Claim Number: 724
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,945.38 | Scheduled: | $1,946.35 CONT |
|---|---|---|---|---|

---

SANTOS, TEDDY
85 ANDREW AVE
ISLIP TERRACE, NY 11752-2320

Claim Number: 725
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,400.85 | Scheduled: | $4,400.85 CONT |
|---|---|---|---|---|

---

ARBEITMAN, JASON
59 OLD OAK LN
APT B
LEVITTOWN, NY 117564627

Claim Number: 726
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $384.60 | Scheduled: | $384.62 CONT |
|---|---|---|---|---|

---

KARNOVSKY, ELENA
1260 AVE Y APT 1A
BROOKLYN, NY 11235

Claim Number: 727
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $6,275.32 | Scheduled: | $4,365.44 CONT |
|---|---|---|---|---|

---

GAUL, FRANCESCA
PELICAN APPRAISALS
1300 15TH CT # 5
KEY WEST, FL 33040

Claim Number: 728
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6611 (11/21/2008)

| UNSECURED | Claimed: | $1,625.00 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

Claim Number: 729
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 7589 (07/01/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $29,576.00 |

---

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

Claim Number: 730
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6178 (10/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $90,448.36 |

---

CARTER, ELLEN (ELEONORE)
321 8TH AVE
SANTA CRUZ, CA 950624612

Claim Number: 731
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,114.56 |

---

RESTIVO, DINA
32 HASKEL LANE
STONY BROOK, NY 11790

Claim Number: 732
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,347.20 |

---

WETZEL, DANIEL P.
776 YALE AVE
SAINT LOUIS, MO 63130

Claim Number: 733
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,679.86 |

---

HOUSTON, T. CRAIN
PO BOX 59
3029 BLACK ROCK RD
BUTLER, MD 21023

Claim Number: 734
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $83,863.72 |

---

BURDMAN, CHARLES E.
18 ROBIN TERRACE
MASSAPEQUA PARK, NY 11762

Claim Number: 735
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,307.70 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

A&E APPRAISAL NETWORK, LLC
ATTN EDMUND H. REEK III, OWNER
PO BOX 7404
LOVELAND, CO 80537

Claim Number: 736
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,475.00 | | |
|---|---|---|---|---|

---

BILICKI, EUGENE
36 JULIAN ST
HICKSVILLE, NY 11801

Claim Number: 737
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,995.38 | Scheduled: | $5,993.08 CONT |
|---|---|---|---|---|

---

MORRIS, AMY
21810 STATE ROAD 19
CICERO, IN 46034-9615

Claim Number: 738
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $5,200.00 | | |
|---|---|---|---|---|

---

HOLIDAY, DEBORAH G.
17644 MYRTLEWOOD DR
WILDWOOD, MO 63005

Claim Number: 739
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,716.67 | | |

---

HOLIDAY, DEBORAH G.
17644 MYRTLEWOOD DR
WILDWOOD, MO 63005

Claim Number: 740
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $6,597.56 | Scheduled: | $6,982.77 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $324.92 CONT |

---

CARLEO, LUIGI
144 BERRY HILL RD
OYSTER BAY, NY 11771

Claim Number: 741
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $5,751.20 | Scheduled: | $5,751.20 CONT |
|---|---|---|---|---|

---

WANG, ELI JOSHUA
7702 ARDMORE DR
O'FALLEN, MO 63368

Claim Number: 742
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $383.33 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHAEFFER, JAIME
32 MAGNOLIA AVE #2
KEARNY, NJ 070321717

Claim Number: 743
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5919 (09/16/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,425.60 | | $615.36  CONT |

---

AMC TRANSFER, INC.
ATTN MICHAEL D BROFMAN
C/O WEISS & ZARETT PC
3333 NEW HYDE PARK RD STE 211
NEW HYDE PARK, NY 11042

Claim Number: 744
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 24 (11/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $145,832.09 | | $112,681.89 |

---

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

Claim Number: 745
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $8,653.84 |

---

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

Claim Number: 746
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $3,450.00 |
| UNSECURED | | $6,550.00 |

---

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

Claim Number: 747
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,695.27 |

---

BENCHMARK APPRAISALS AND BROKERAGE
NANCY C WHITEHORN
PO BOX 80518
CHARLESTON, SC 29416-0518

Claim Number: 748
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | |
|---|---|---|
| UNSECURED | | $325.00 |

---

MICHALESKO, JENNIFER
325 RAVEN DR
MANTENO, IL 609509476

Claim Number: 749
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,733.40 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ANNIS, JEANNIA
2714 FRANKLIN CT
LINDENHURST, IL 60046

Claim Number: 750
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,869.23 | Scheduled: | $2,392.62 CONT |
|---|---|---|---|---|

PAZORNIK, RICHARD B.
712 RESERVOIR ST
BALTIMORE, MD 21217

Claim Number: 751
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $4,475.00 | Scheduled: | $871.88 CONT |
|---|---|---|---|---|

ALLEN, ROXANNA T.
315 WRIGHTSBURG CT
FAYETTEVILLE, GA 30215

Claim Number: 752
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8410 (12/14/2009)

| PRIORITY | Claimed: | $1,211.54 |
|---|---|---|

BEUSCHLEIN, RHONDA L
3716 PARK RIDGE DR
NAMPA, ID 83687

Claim Number: 753
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9777 (02/08/2011)

| PRIORITY | Claimed: | $230.00 |
|---|---|---|

HAMILTON, SALLY J.
20-B WILLIAM ST
GLEN COVE, NY 11542

Claim Number: 754
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7387 (05/15/2009)

| PRIORITY | Claimed: | $49,230.76 |
|---|---|---|

REVAK, KELLEY
805 WOODWARD ST
MC KEESPORT, PA 15132

Claim Number: 755
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $909.44 |
|---|---|---|

CONLEY, CAROLYN A.
431 LAYTON AVE
PITTSBURGH, PA 15216

Claim Number: 756
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9677 (01/19/2011)

| UNSECURED | Claimed: | $2,111.50 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WILSON, MIKKI
1821 N CAVALIER RD
LIBERTY LAKE, WA 99016

Claim Number: 757
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,344.00 | | |

---

CLARK, KELLY
99 BOWMAN RD
HANOVER, PA 17331

Claim Number: 758
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,923.20 | Scheduled: | $1,923.07 CONT |

---

SOMERMAN-JOHNSTON, MELISSA
32226 FALL RIVER RD
TRABUCO CANYON, CA 92679

Claim Number: 759
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,368.85 | Scheduled: | $7,368.85 CONT |

---

JORDAN, DONIQUE
9040 ALIMOS RD
APPLE VALLEY, CA 92308

Claim Number: 760
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $5,016.00 CONT |
| UNSECURED | | | Scheduled: | $625.19 CONT |

---

JOHNSON, SHELLEY M.
1069 LEJAY ST
ORLANDO, FL 32825

Claim Number: 761
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT |

---

TODD, BEVERLY
10145 CALLE MARINERO
SPRING VALLEY, CA 91977

Claim Number: 762
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,924.00 |
| UNSECURED | Claimed: | $2,924.00 |
| TOTAL | Claimed: | $2,924.00 |

---

PERRY, CATHRYN
8720 WINDSOR MILL RD
WINDSOR MILL, MD 21244

Claim Number: 763
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7396 (05/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,437.68 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

Claim Number: 764
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | | $6,078.75 | Scheduled: | $6,790.30  CONT |

CLAY, DONNA M.
3311 FALLEN TREE CT
ALEXANDRIA, VA 22310

Claim Number: 765
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,550.00 |

CLAY, DONNA M.
3311 FALLEN TREE CT
ALEXANDRIA, VA 22310

Claim Number: 766
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $151,050.00 |

CANNITO, HELEN
3368 CHESHIRE RD
DELAWARE, OH 43015

Claim Number: 767
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8410 (12/14/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,575.00 |

HAAS, RHONDA L.
1116 E MARCO POLO RD
PHOENIX, AZ 85024

Claim Number: 768
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | | $1,389.23 | Scheduled: | $1,389.23  CONT |

MARLIN LEASING CORPORATION
ATTN REBECCA MENDEZ, PARALEGAL
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

Claim Number: 769
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $1,896.83 | Scheduled: | $456.53 |

MARLIN LEASING CORPORATION
ATTN REBECCA MENDEZ, PARALEGAL
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

Claim Number: 770
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,679.03 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 771<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,598.05 | | |

| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | Claim Number: 772<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| PRIORITY          Claimed: | $16,695.00 | | |

| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | Claim Number: 773<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $5,008.51 | | |

| KARANOVICH, MARK<br>39821 FOXGLOVE CT<br>LOVETTSVILLE, VA 20180-1922 | Claim Number: 774<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED          Claimed: | $13,576.84 | Scheduled: | $13,473.89  CONT |

| SCHREIBER, LISA M.<br>39821 FOXGLOVE CT<br>LOVETTSVILLE, VA 20180-1922 | Claim Number: 775<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $696,998.53 | Scheduled: | $694,803.51  CONT |

| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 776<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| SECURED          Claimed: | $26,937.63 | | |

| TRAGALE, DENISE<br>29 E WILLISTON AVE<br>E WILLISTON PARK, NY 11596 | Claim Number: 777<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $10,950.00 | | |
| UNSECURED          Claimed: | $106,624.32 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | | Claim Number: 778<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
| PRIORITY | Claimed: | $2,483.70 | | |
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | | Claim Number: 779<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | |
| PRIORITY | Claimed: | $1,315.39 | Scheduled: | $1,315.39  CONT |
| DOLAN, MICHAEL<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | | Claim Number: 780<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $10,230.77 | | |
| POND, LINDA E.<br>17229 PARSONS RD<br>BEAVERDAM, VA 23015 | | Claim Number: 781<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$4,802.59 | | |
| BALLANCE, WILLIAM<br>23 ROLLING LN<br>LEVITTOWN, NY 11756 | | Claim Number: 782<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,025.00 | Scheduled: | $1,655.77  CONT |
| FOWLER, RANDI L.<br>429 IRVINE CT<br>WHEELING, IL 60090 | | Claim Number: 783<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,620.00 | Scheduled: | $1,782.04  CONT |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | | Claim Number: 784<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $1,387.20 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FISHER, COURTNEY (CARTEAUX)<br>411 E. SUPERIOR ST<br>WAUSEON, OH 43567 | Claim Number: 785<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38 CONT |

---

| STAGNER, ROY<br>493 CARLLS PATH<br>DEER PARK, NY 11729-2314 | Claim Number: 786<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,945.02 |

---

| WESLEY, ROBERT<br>633 LORIMORE PASS<br>HOLLY SPRINGS, GA 30115 | Claim Number: 787<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $5,723.08 |

---

| DAVID, JAMES<br>4242 E CREOSOTE DR<br>CAVE CREEK, AZ 853313814 | Claim Number: 788<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,503.08 | Scheduled: | $3,503.08 CONT |

---

| VAN EMON, LORETTA<br>330 N LINE ST<br>COLUMBIA CITY, IN 46725 | Claim Number: 789<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,316.00 | Scheduled: | $1,327.75 CONT |

---

| MORAN PILLE, KATHRYN A.<br>2031 N ARLENE DR<br>ARNOLD, MO 63010 | Claim Number: 790<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $755.60 |

---

| STEWART, ALTHEA<br>64 IROQUOIS AVE<br>SELDE, | Claim Number: 791<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10131 (08/15/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $384.90 | Scheduled: | $384.62 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MEYER, ROBERT L.
PO BOX 593
POINT PLEASANT BEACH, NJ 08742

Claim Number: 792
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $9,800.00 |
| --- | --- | --- |

---

MEYER, ROBERT L.
PO BOX 593
POINT PLEASANT BEACH, NJ 08742

Claim Number: 793
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $4,872.00 |
| --- | --- | --- |

---

MULVEHILL, ALENA
9794 BROADWAY AVE
NORTH HUNTINGDON, PA 15642

Claim Number: 794
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,184.40 |
| --- | --- | --- |

---

QUATTRONE, LANA
9 STATE ST
BLACKWOOD, NJ 08012

Claim Number: 795
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,346.24 |
| --- | --- | --- |

---

GRIEBEL, MARCY
5311 E STATE BLVD
FORT WAYNE, IN 46815-7470

Claim Number: 796
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00  CONT |
| --- | --- | --- | --- | --- |

---

ROST, MICHELE D.
6730 BLUE MIST RD
FORT WAYNE, IN 46819

Claim Number: 797
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,461.54 |
| --- | --- | --- |

---

OFOSU, ENOCH A.
10106 DEERCLIFF DR
TAMPA, FL 33647

Claim Number: 798
Claim Date: 09/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $250.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KAISER, CANDACE<br>2615 CO RD 75<br>BUTLER, IN 46721 | | Claim Number: 799<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,432.92 | | |

| MIRSKY, GREGORY N.<br>27 CORTELYOU RD<br>MERRICK, NY 11566-3725 | | Claim Number: 800<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,153.85 CONT |

| WEILBURG, DONNA<br>37045 HEIFNER PL<br>TUCSON, AZ 85735 | | Claim Number: 801<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $360.00 | | |

| ROYAL, DIANE J.<br>2310 CLOVERFIELD CT<br>FORT WAYNE, IN 46808 | | Claim Number: 802<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,230.77 CONT |

| RAUCH, BROCK D.<br>4201 JIMSON RD<br>FORT WAYNE, IN 46816 | | Claim Number: 803<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,326.80 | Scheduled: | $1,326.92 CONT |

| MEYER, JANICE E.<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 804<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,845.60 | | |

| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | | Claim Number: 805<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,596.00 | Scheduled: | $2,072.15 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WHALIN, LESLIE D.
18 KNOLLCREST RD
NESCONSET, NY 11767

Claim Number: 806
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,615.38 | | |
|---|---|---|---|---|

IRVINE, JACQLYN
16652 ALMADEN DR
FONTANA, CA 92336

Claim Number: 807
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $4,846.14 | Scheduled: | $4,846.15 CONT |
|---|---|---|---|---|

DEWITT, KRISTINE A.
27 EASTRIDGE DR
AMELIA, OH 45102-1883

Claim Number: 808
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9778 (02/09/2011)

| UNSECURED | Claimed: | $1,141.66 | | |
|---|---|---|---|---|

CORONA, MARIA
16 FRUIT ST
MILFORD, MA 01757

Claim Number: 809
Claim Date: 09/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $135.00 | | |
|---|---|---|---|---|

INTRALINKS, INC.
1372 BROADWAY, 11TH FL
NEW YORK, NY 10018-6106

Claim Number: 810
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $12,000.00 | | |
|---|---|---|---|---|

SHELLEY, JEFFREY L.
2222 CARTER MILL WAY
BROOKEVILLE, MD 20833

Claim Number: 811
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,461.54 | Scheduled: | $5,710.77 CONT |
|---|---|---|---|---|

GRAVES, HEATHER M.
950 SPRING MEADOW DRIVE
DURHAM, NC 27713

Claim Number: 812
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,951.92 | Scheduled: | $1,951.92 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HOFF, BRADLEY C.<br>DBA BAX APPRAISAL<br>1428 S BAY RD NE<br>OLYMPIA, WA 98506 | | Claim Number: 813<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $3,695.00 | | |
| RAMER, JAN<br>51 HOLIDAY DR<br>WOODBURY, NY 11797-2315 | | Claim Number: 814<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $1,115.25 | Scheduled: | $1,115.25 CONT |
| SANDISON APPRAISAL<br>WALTER SANDISON RM MAI<br>7475 CALLAGHAN RD STE 300<br>SAN ANTONIO, TX 78229 | | Claim Number: 815<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
| POWELL, AMANDA LEE<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 29458-9512 | | Claim Number: 816<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,049.60 | | |
| CLONINGER, WESLEY<br>843 ESTUARY CT<br>ROCK HILL, SC 297328355 | | Claim Number: 817<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6702 (12/11/2008) | | |
| UNSECURED | Claimed: | $205.00 | | |
| COLLIGAN, MICHAEL<br>7601 AMAZON DR # 3<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 818<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| PRIORITY | Claimed: | $4,326.92 | | |
| LEROY, AMANDA L.<br>1104 WHITEWATER CT<br>VIRGINIA BEACH, CA 234566854 | | Claim Number: 819<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $814.44 | Scheduled: | $814.42 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHALSON, STEVEN
11 CHESTNUT AVE
PATCHOGUE, NY 11772

Claim Number: 820
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $3,846.15  CONT |

D'ANGELI, LINDA
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 821
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,996.40 | |

STOCKMAN, JOSEPH
236 ELWOOD RD
EAST NORTHPORT, NY 11731

Claim Number: 822
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,079.75 | Scheduled: | $2,080.00  CONT |

GERRITY, SEAN T.
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

Claim Number: 823
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $985,560.13 | |

NELSON, LORENE M.
4900 E CHAPMAN # 40
ORANGE, CA 92869

Claim Number: 824
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $5,000.00  CONT |

HOMIC, KATHLEEN KIMBERLY
801 ELDERSVILLE RD
BURGETTSTOWN, PA 15021

Claim Number: 825
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,975.68 | Scheduled: | $5,951.36  CONT |

DOVE, JEANNE A.
3927 LONGFELLOW ST
ALLENTOWN, PA 181043334

Claim Number: 826
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,538.46 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HENLINE, JOEL A.<br>10816 DEEP CREEK CT<br>FORT WAYNE, IN 46804 | Claim Number: 827<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,233.28 |
|---|---|---|

| VENADAS, ROSE B.<br>6851 DALE ST APT 15<br>BUENA PARK, CA 90621-3633 | Claim Number: 828<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $769.20 |
|---|---|---|

| MEYER, RICHARD P.<br>3734 BLUFF DR<br>LEWIS CENTER, OH 43035 | Claim Number: 829<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $5,538.46 |
|---|---|---|

| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | Claim Number: 830<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) |
|---|---|

| PRIORITY | Claimed: | $553.84 |
|---|---|---|

| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | Claim Number: 831<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $550.05 | Scheduled: | $550.05  CONT |
|---|---|---|---|---|

| O'HEA, MICHAEL<br>PO BOX 432<br>NORTHPORT, NY 11768 | Claim Number: 832<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $876.60 | Scheduled: | $876.60  CONT |
|---|---|---|---|---|

| DICKSON, JULIE J.<br>12608 BLUE HOLY DR APT 22<br>NOBLESVILLE, IN 46060-4555 | Claim Number: 833<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $600.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DICKSON, JULIE J.
3229 WOODGATE TRAIL
FORT WAYNE, IN 46804

Claim Number: 834
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT |
|---|---|---|---|---|

WOOTEN, ALISHA D.
9404 N LAUREL RD
LAUREL, MD 20723

Claim Number: 835
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,176.00 | | |
|---|---|---|---|---|

MORY, KEVIN J.
2615 NE 69TH TERRACE
GLADSTONE, MO 64119

Claim Number: 836
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $13,000.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

WYNNE, RANDI
16 BRIAN ST
HOLBROOK, NY 11741

Claim Number: 837
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $458.78 | Scheduled: | $458.87 CONT |
|---|---|---|---|---|

THOMAS, AMELIA M.
33 MT VERNON AVE
PATCHOGUE, NY 11772

Claim Number: 838
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,393.20 | Scheduled: | $1,671.92 CONT |
|---|---|---|---|---|

HOLLOWAY, MARK S.
7007 MARYLAND DR
URBANDALE, IA 50322

Claim Number: 839
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $406.61 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $406.61 | | |
| TOTAL | Claimed: | $406.61 | | |

HENRY, KYLE
147 W 15TH ST
DEER PARK, NY 11729

Claim Number: 840
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $480.75 | Scheduled: | $1,850.00 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOWELL, BARBARA J.<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | | Claim Number: 841<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,135.04 | | |

| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 842<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,250.00 | | |

| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 843<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46  CONT |

| PANDURI, GIUSEPPE<br>698 ART ST<br>LONG BRANCH, NJ 07740 | | Claim Number: 844<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | |

| MWANJALA, REBECCA<br>13534 ESSEX DR<br>HAGERSTOWN, MD 21742-2374 | | Claim Number: 845<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $552.00 | | |

| JOHNSON, LUCILLE M.<br>1348 TROON LANE<br>WEST CHESTER, PA 19380 | | Claim Number: 846<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,918.27 | Scheduled: | $3,644.71  CONT |

| WILLIAMS, CHRISTINE G.<br>1534 TARTAN LANE<br>NEW HAVEN, IN 467742261 | | Claim Number: 847<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.69 | Scheduled: | $1,557.69  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ADAMS, STEFANIE LYN
7202 E NATHAN ST
MESA, AZ 85207-0825

Claim Number: 848
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $980.49 | Scheduled: | $980.49 CONT |

SOMMER, NANCY K.
10235 N 31ST ST # 14
PHOENIX, AZ 85028

Claim Number: 849
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $253.76 | Scheduled: | $253.85 CONT |

VAZQUEZ, ENRIQUE
7521 N 59TH DR
GLENDALE, AZ 85301-7802

Claim Number: 850
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $250.00 | | |

BELL, TERESA A.
9032 W HATCHER RD
PEORIA, AZ 85345

Claim Number: 851
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,076.93 | Scheduled: | $1,076.93 CONT |

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

Claim Number: 852
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $5,482.75 | | |

GREENHOLTZ, LYNN M.
14 RECREATION LN
HUNTINGTON, NY 11743

Claim Number: 853
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,315.35 CONT |

LUXURY HOMES MAGAZINE
6800 KALANIANAOLE HWY STE 101
HONOLULU, HI 96825

Claim Number: 854
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,114.56 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JOYAL, SHELLY L.<br>451 MAIN DUNSTABLE RD<br>NASHUA, NH 03062 | Claim Number: 855<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $934.61 | Scheduled: | $934.61 CONT |
|---|---|---|---|---|

| MONARES, JOLEEN<br>2099 WINSBURY WAY<br>KENNESAW, GA 30144 | Claim Number: 856<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,210.40 |
|---|---|---|

| O'CONNELL, MARY<br>118 CHATFIELD WAY<br>FRANKLIN, TN 37067 | Claim Number: 857<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET 8593 (02/18/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

| SHIELDS, SUZANNE<br>PO BOX 1442<br>MERIDIAN, ID 83680-1442 | Claim Number: 858<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT |
|---|---|---|---|---|

| ALL ACCESS APPRAISALS, LLC<br>ATTN MICHAEL LOUIE<br>10473 W ANTIETAM CT<br>BOISE, ID 83709 | Claim Number: 859<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,695.00 |
|---|---|---|

| THIN, AYE<br>4939 DOREEN AVE<br>TEMPLE CITY, CA 91780-4117 | Claim Number: 860<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,798.08 | Scheduled: | $1,798.08 CONT |
|---|---|---|---|---|

| CDBURBRIDGE & ASSOCIATES<br>330 COUNTRY CLUB LN<br>ATLANTIC BCH, FL 322335503 | Claim Number: 861<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,300.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DYCKA, CHRISTOPHER J.
17 MARY LU DR
HOLTSVILLE, NY 11742-1021

Claim Number: 862
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,796.15 | | |
|---|---|---|---|---|

DYCKA, CHRISTOPHER J.
1276 WAVERLY AVE
FARMINGVILLE, NY 11738

Claim Number: 863
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $2,657.31 | | |
|---|---|---|---|---|

ROBY, KARA
123 N WASHINGTON ST UNIT 14
CHANDLER, AZ 85225

Claim Number: 864
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $969.36 | Scheduled: | $969.23 CONT |
|---|---|---|---|---|

D'ANGELI, JOSEPH
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 865
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $3,384.62 CONT |
|---|---|---|---|---|

VENEGAS, CANDACE
960 BANNOCK CT
CONCORD, CA 94518

Claim Number: 866
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $740.38 | | |
|---|---|---|---|---|

FEE, EILEEN
61 MOFFITT BLVD
ISLIP, NY 11751

Claim Number: 867
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,009.62 | Scheduled: | $1,009.50 CONT |
|---|---|---|---|---|

DI CARLO, CHARLES J.
128 LOGGING TRAIL RD
DANBURY, CT 068112626

Claim Number: 868
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,568.48 | Scheduled: | $810.00 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,067.21 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DI CARLO, CHARLES J.<br>128 LOGGING TRAIL RD<br>DANBURY, CT 06811 | Claim Number: 869<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,576.92 | Scheduled: | $6,692.31 CONT |

| FERGUS, CAROL<br>101 CONESTOGA DR APT 61<br>CARSON CITY, NV 89706-0111 | Claim Number: 870<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | |
|---|---|---|
| PRIORITY | Claimed: | $6,166.66 |
| UNSECURED | Claimed: | $6,166.66 |
| TOTAL | Claimed: | $6,166.66 |

| AILSTOCK, MELANIE H.<br>4628 BROKEN LUTE WAY<br>ELLICOTT CITY, MD 21042 | Claim Number: 871<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,676.92 | Scheduled: | $4,676.92 CONT |

| BETTENCOURT, PAMELA L.<br>41 GREENLAWN AVE<br>DRACUT, MA 01826 | Claim Number: 872<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $912.87 | Scheduled: | $912.87 CONT |

| ANDERSON, BONNIE J.<br>10 PRIMROSE<br>IRVINE, CA 92604 | Claim Number: 873<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $1,920.00 |

| HOMES & LANE MAGAZINE SW MONTANA<br>300 CIRCLE DR<br>POMPANO BEACH, FL 330626424 | Claim Number: 874<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6167 (10/01/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $1,053.32 |

| REAL ESTATE VALUATIONS, INC.<br>PO BOX 5032<br>AIKEN, SC 29804 | Claim Number: 875<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $125.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WITKOFF, JEFFREY<br>4690 W MINERAL DR UNIT 922<br>LITTLETON, CO 801282595 | Claim Number: 876<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $138.46 | Scheduled: | $138.46 CONT |
|---|---|---|---|---|

| CURTIS, MICHAEL<br>259 SECOND AVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 877<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,615.38 | Scheduled: | $2,615.39 CONT |
|---|---|---|---|---|

| DEMACOPOULOS, VASILIOS<br>21-32 43RD ST<br>ASTORIA, NY 11105 | Claim Number: 878<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $982.95 | Scheduled: | $982.95 CONT |
|---|---|---|---|---|

| COLANDRO, MARY<br>32 PEARSALL AVE APT 2B<br>GLEN COVE, NY 11542 | Claim Number: 879<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $2,000.00 | | |
|---|---|---|---|---|

| DOYLE, ARDIS M.<br>N1030 US HIGHWAY 12 AND 16<br>LYNDON STATION, WI 53944 | Claim Number: 880<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $4,500.00 | Scheduled: | $4,500.00 CONT |
|---|---|---|---|---|

| BERTI, MICHAEL B.<br>64 PINE GROVE AVE 33<br>KINGSTON, NY 124015408 | Claim Number: 881<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $4,166.00 | | |
|---|---|---|---|---|

| LUGO, CLARA<br>262 S MEADE ST<br>DENVER, CO 80219 | Claim Number: 882<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,540.00 | Scheduled: | $1,540.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RIBNICK, MARC S.
1325 SUNSET SPGS
WESTON, FL 33326-2936

Claim Number: 883
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,836.54 | Scheduled: | $5,754.81 CONT |
|---|---|---|---|---|

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

Claim Number: 884
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,083.33 |
|---|---|---|

TURNER, NANETTE
293 VERNON VALLEY RD
NORTHPORT, NY 11768

Claim Number: 885
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,310.38 | Scheduled: | $1,544.23 CONT |
|---|---|---|---|---|

SPRAGUE, SUSAN L.
1717 NO. BAYSHORE DR # 3844
MIAMI, FL 33132

Claim Number: 886
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| PRIORITY | Claimed: | $3,778.85 |
|---|---|---|

YEKEL, ANITA
9135 N STONEHAM PL
GARDEN CITY, ID 83714

Claim Number: 887
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| PRIORITY | Claimed: | $892.50 |
|---|---|---|

HURLEY & ASSOCIATES, INC.
ATTN NANCY HURLEY
15220 64TH PL NE
KENMORE, WA 98028

Claim Number: 888
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

JEGERLEHNER, TRAVIS
6141 CROFTON DR
FORT WAYNE, IN 46835

Claim Number: 889
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,024.68 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PRANGER, KEITH
9854 ACORN LN
FORT WAYNE, IN 46835-9336

Claim Number: 890
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | | $1,097.44 | Scheduled: | $1,097.44 CONT |
|---|---|---|---|---|---|

HUFF, CANDI J.
339 HEDGE HOLLOW COVE
DRAPER, UT 84020

Claim Number: 891
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | | $30,781.98 | | |
|---|---|---|---|---|---|

FIRST SERVICE APPRAISAL, INC.
302 1ST AVE NE
WATERTWON, SD 572013610

Claim Number: 892
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | | $300.00 | | |
|---|---|---|---|---|---|

FIRST SERVICE APPRAISAL, INC.
302 1ST AVE NE
WATERTOWN, SD 572013610

Claim Number: 893
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | | $75.00 | | |
|---|---|---|---|---|---|

CASTINE, ELIZABETH JILL
809 WILLOW SPIRE ARCH
CHESAPEAKE, VA 23320

Claim Number: 894
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | | $592.31 | Scheduled: | $592.31 CONT |
|---|---|---|---|---|---|

HEAGY, STACEY A.
6912 GERMAN HILL RD
BALTIMORE, MD 21222

Claim Number: 895
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | | $1,485.58 | Scheduled: | $1,485.58 CONT |
|---|---|---|---|---|---|

BAGNALL, ANDREA R.
19036 DELAWARE ST
HUNTINGTN BCH, CA 926482313

Claim Number: 896
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | | $2,557.69 | Scheduled: | $2,556.64 CONT |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUBIO, GEORGE S.
45 CHRISTOPHER ST
LADERA RANCH, CA 926941527

Claim Number: 897
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | | |

---

RODRIGUEZ, RONALD E.
14848 DICKY ST
WHITTIER, CA 90604

Claim Number: 898
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,445.00 | | |

---

ABRAMS, CAROLYN F.
7864 RED LION WAY
PASADENA, MD 21122

Claim Number: 899
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,488.80 | | |

---

REIGHTLER, LOLA
810 OLD RIVERSIDE RD
BROOKLYN, MD 21225

Claim Number: 900
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $741.00 | Scheduled: | $740.80  CONT |

---

BRADY, AMY
214 E GEORGIA AVE
CONNELLSVILLE, PA 15425

Claim Number: 901
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT |

---

PENNINGTON, MARILYN W.
4401 GLENDA WAY
DORAVILLE, GA 30360

Claim Number: 902
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,338.37 | Scheduled: | $2,007.55  CONT |

---

JEROME, CAROLINE
241 NORWOOD AVE
NORTHPORT, NY 11768

Claim Number: 903
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCNALLY, KRISTINE POLLICINO
11 GLENDALE DR
MELVILLE, NY 11747

Claim Number: 904
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $8,653.85 | | |
|---|---|---|---|---|

---

RUTHERFORD, KRISTINA R.
K. RUTHERFORD
7071 SEAL CIRCLE
HUNTINGTON BEACH, CA 92648

Claim Number: 905
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,840.00 | | |
|---|---|---|---|---|

---

LEIBER, KIMBERLY
707 WEST SANTA ANA STREET #290
ANAHEIM, CA 92805

Claim Number: 906
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $494.76 | Scheduled: | $494.76  CONT |
|---|---|---|---|---|

---

HUMPHREY, RONDA
1604 HOWARD PL
BALDWIN, NY 11510

Claim Number: 907
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $4,687.49 | | |
|---|---|---|---|---|

---

JOHNSON, JANIS C.
PO BOX 172394
ARLINGTON, TX 760032394

Claim Number: 908
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,846.56 | Scheduled: | $269.60  CONT |
|---|---|---|---|---|

---

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 909
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,153.84 | | |
|---|---|---|---|---|

---

ESCOBEDO, GERMAN
56 11 212TH ST
BAYSIDE, NY 11362

Claim Number: 910
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,830.77 | Scheduled: | $4,020.52  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARDER, RHONDA J.<br>453B BUTTONWOOD LN<br>HELLAM, PA 17406-9057 | Claim Number: 911<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,284.23 | | |
|---|---|---|---|---|

| TAPLEY, KAREN<br>9512 AXE HEAD CT<br>RANDALLSTOWN, MD 21133 | Claim Number: 912<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $3,431.28 | Scheduled: | $4,844.16 CONT |
|---|---|---|---|---|

| GOLDSTEIN, ADAM<br>42 SENECA DR<br>COMMACK, NY 11725 | Claim Number: 913<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $1,861.04 | | |
|---|---|---|---|---|

| SHEARER, DENICE<br>3370 SAINT ROSE PKWY APT 2423<br>HENDERSON, NV 89052-4263 | Claim Number: 914<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $461.60 | | |
|---|---|---|---|---|

| PITTARI, JOSEPH<br>2355 FOWLER ST<br>BELLMORE, NY 11710 | Claim Number: 915<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $5,576.92 | Scheduled: | $6,320.00 CONT |
|---|---|---|---|---|

| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | Claim Number: 916<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 | | |
|---|---|---|---|---|

| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | Claim Number: 917<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 918<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $20,000.00 | | |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 919<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $20,000.00 | | |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 920<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $20,000.00 | Scheduled: | $20,000.00 |
| ZIEGLER, PAUL<br>68 BAYSIDE PL<br>AMITYVILLE, NY 11701 | | Claim Number: 921<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $6,978.46 | | |
| BEAVERS CONSTRUCTIONS<br>ATTN RONNIE BEAVERS, OWNER<br>1516 GLENDALE HODGENVILLE RD<br>GLENDALE, KY 42740 | | Claim Number: 922<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $11,700.00 | Scheduled: | $11,700.00 |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 923<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,500.00 | | |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 924<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,500.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILLIAMS, CHARLES H.<br>3022 SOUTH MORGANS POINT ROAD, #103<br>MOUNT PLEASANT, SC 29466 | | Claim Number: 925<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7584 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,359.39 | | |
| UNSECURED | Claimed: | $1,359.39 | | |
| TOTAL | Claimed: | $1,359.39 | | |

| HUTCHISON, ANTHONY<br>#5 AUSTIN PLACE<br>GLENDALE, MO 63122 | | Claim Number: 926<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | | |

| BARRETT, JAMES<br>1467 THIES DR<br>PASADENA, MD 21122 | | Claim Number: 927<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,384.62 | Scheduled: | $7,384.62  CONT |

| DOERGES, CRYSTAL<br>1515 E KATELLA AVE UNIT 4150<br>ANAHEIM, CA 92805-7903 | | Claim Number: 928<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,229.60 | Scheduled: | $1,352.56  CONT |

| LUCIA, LAURIE<br>27 SILLERO<br>RANCHO SANTA MARGARITA, CA 92688 | | Claim Number: 929<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,900.00 | Scheduled: | $3,900.00  CONT |

| POTTS, SAMANTHA N.<br>1158 CASELTON CT<br>BEAUMONT, CA 92223 | | Claim Number: 930<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $540.00 | Scheduled: | $480.00  CONT |

| BALFOUR, ROBIN<br>1315 N WALNUT AVE<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 931<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET 7112 (03/17/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $32,591.62 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CONTARINO, ELLEN
478 PHILADELPHIA AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 932
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,666.67 | | |

---

NEAL, LINDSAY
3506 MAIN ST 2ND FL
MUNHALL, PA 15120

Claim Number: 933
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,187.31 | Scheduled: | $1,187.69 CONT |

---

GOLIAT, PAMELA
111 SHADOWLAWN DR
PITTSBURGH, PA 15236

Claim Number: 934
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,397.12 |

---

WIELGUS, KATHLEEN
548 N 5TH AVE
DES PLAINES, IL 60016

Claim Number: 935
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $508.75 |
| UNSECURED | Claimed: | $508.75 |
| TOTAL | Claimed: | $508.75 |

---

BEKEART APPRAISAL SERVICES
DOROTHY R BEKEART DBA
4636 IWAENA LOOP
KAPAA, HI 96746

Claim Number: 936
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,800.00 |

---

BEKEART APPRAISAL SERVICES
DOROTHY R BEKEART DBA
4636 IWAENA LOOP
KAPAA, HI 96746

Claim Number: 937
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

---

CASTILLO, BLANCA I.
165 BEDELL ST
FREEPORT, NY 11520

Claim Number: 938
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,970.10 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BANGERT, PEGGY
315 CHASSELLE LN
CREVE COEUR, MO 63141

Claim Number: 939
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $230.77 | | |
|---|---|---|---|---|

CORDERO, NOEL JR.
148 GROVE AVE
PATCHOGUE, NY 11772

Claim Number: 940
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,035.76 | Scheduled: | $1,035.76 CONT |
|---|---|---|---|---|

LENDERS CHOICE NETWORK, INC.
444 W OCEAN BLVD STE 1400
LONG BEACH, CA 90802-4522

Claim Number: 941
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $14,300.00 | | |
|---|---|---|---|---|

GS & ASSOCIATES, LLC
1601 W CENTRE AVE STE 102
PORTAGE, MI 49024

Claim Number: 942
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $975.00 | | |
|---|---|---|---|---|

HEYMAN, MATTHEW REED
1499 S 110 E
OREM, UT 84058-8305

Claim Number: 943
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $840.00 | Scheduled: | $1,680.00 CONT |
|---|---|---|---|---|

C.B. CONTRACTORS, INC.
ATTN PAUL PINGEL, PRES.
2630 W ARMITAGE
CHICAGO, IL 60647

Claim Number: 944
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED

| UNSECURED | Claimed: | $31,032.61 | Scheduled: | $30,029.62 |
|---|---|---|---|---|

WESSMAN, DANIEL
7616 PALOMINO AVE NE
OTSEGO, MN 553300109

Claim Number: 945
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $12,000.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAURO, CHRISTINE<br>819 OUTLOOK AVE<br>N. BABYLON, NY 11704 | Claim Number: 946<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,200.00 | Scheduled: | $3,427.69 CONT |
|---|---|---|---|---|

| VALENTINE, ANDREW<br>9 GLENN DR<br>WOODBURY, NY 11797 | Claim Number: 947<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $515.38 | Scheduled: | $515.38 CONT |

| SMITH, CAROLYN M.<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | Claim Number: 948<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $14,051.32 |
|---|---|---|

| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | Claim Number: 949<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $969.23 | Scheduled: | $1,148.30 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $279.78 CONT |

| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | Claim Number: 950<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $3,600.00 |
|---|---|---|

| BURIAN, THOMAS A.<br>PO BOX 1076<br>PARK RIDGE, IL 60068 | Claim Number: 951<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT |
|---|---|---|---|---|

| AAA APPRAISAL ASSOC., INC.<br>501 NW 78TH WAY<br>PLANTATION, FL 333241437 | Claim Number: 952<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $720.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

PREMIER APPRAISAL GROUP, INC.
ATTN LESLIE RUBIO, COMPTROLLER
106 E CARY ST
RICHMOND, VA 23219

Claim Number: 953
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,295.00 | Scheduled: | $1,750.00 |

---

WEST MICHIGAN APPRAISAL SERVICE, INC.
ATTN MELANIE J PERRY, PRESIDENT
821 W SOUTH ST
KALAMAZOO, MI 49007

Claim Number: 954
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,575.00 |

---

GREATER VALLEY APPRAISAL
ATTN KRISTY NELSON
PO BOX 530626
HENDERSON, NV 89053

Claim Number: 955
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,150.00 |

---

SWAIM APPRAISAL SERVICES, INC.
ATTN MIKE SWAIM, PRESIDENT
3932 ASPEN DR
WEST DES MOINES, IA 50265

Claim Number: 956
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $525.00 |

---

CONVERSE & CONVERSE APPRAISALS
ATTN ROBERT F CONVERSE
1882 ALA NOE PL
HONOLULU, HI 96819

Claim Number: 957
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,725.00 |

---

RICCIO, GLENNON
117 SELLA RIDGE DR
MOUNT HOLLY, NC 28120

Claim Number: 958
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

SMILEY, CONSUELA A.
9763 BRASSIE WAY
GAITHERSBURG, MD 20886

Claim Number: 959
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,884.61 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VERIIN, LINDA
836 3RD AVE
FRANKLIN SQUARE, NY 11010

Claim Number: 960
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $923.81 | Scheduled: | $923.81 CONT |
|---|---|---|---|---|

SPRADLIN, JOHN-MARK
306 FLETCHER CT
FRANKLIN, TN 37067

Claim Number: 961
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,215.38 | Scheduled: | $2,215.39 CONT |
|---|---|---|---|---|

WILLIAMS, SHARON M.
3805 MARY AVENUE
BALTIMORE, MD 21206

Claim Number: 962
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $632.10 | Scheduled: | $632.10 CONT |
|---|---|---|---|---|

ANDERSON, JUERGEN
2525 TURTLE CREEK 412
DALLAS, TX 75219

Claim Number: 963
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,288.37 | Scheduled: | $4,576.74 CONT |
|---|---|---|---|---|

ABBELL, JAMIE
75 WEST ST APT 9B
NEW YORK, NY 10006-1795

Claim Number: 964
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $859.38 | Scheduled: | $1,861.90 CONT |
|---|---|---|---|---|

VASQUEZ, JOHN
141-12 79 AVE
APT. 3-I
FLUSHING, NY 11367

Claim Number: 965
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,626.93 | Scheduled: | $1,626.93 CONT |
|---|---|---|---|---|

KING, CHAD & GRIFFITHS-KING, JENNIFER
6019 UNIVERSITY AVE
DES MOINES, IA 50311

Claim Number: 966
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $164.77 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHELL, ANGELA C.
25 HOPE ST
WEST BABYLON, NY 11704

Claim Number: 967
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,227.50 | Scheduled: | $2,248.07 CONT |

SCHELL, BRIAN R.
25 HOPE ST
WEST BABYLON, NY 11704

Claim Number: 968
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,713.75 | Scheduled: | $3,713.75 CONT |
| UNSECURED | | | Scheduled: | $149.95 CONT |

PATTERSON, JOSEPH
9 MARIANNA PL
EAST ISLIP, NY 11730-3225

Claim Number: 969
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,186.54 | Scheduled: | $3,186.54 CONT |

BENNETT, PETER
1532 PASEO AVE
LA VERNE, CA 91750

Claim Number: 970
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,745.60 | | |
| UNSECURED | | | Scheduled: | $239.96 CONT |

GARCIA, NICOLE
35 COUNTRY CLUB DR APT C
CORAM, NY 117273426

Claim Number: 971
Claim Date: 09/18/2007
Debtor: GREAT OAK ABSTRACT CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,422.75 | Scheduled: | $1,423.08 CONT |

GARRETT, KIM
2528 ARBOR TERRACE
OWENSBORO, KY 42303

Claim Number: 972
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $3,289.42 CONT |

ALBANO, KRISTINE
22 LINDBERGH ST
GARDEN CITY, NY 115306611

Claim Number: 973
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $730.87 | Scheduled: | $730.77 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBERTS, SUSAN D.
4334 DOWNS SQ
BELCAMP, MD 21017

Claim Number: 974
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,826.92 | Scheduled: | $4,523.08 CONT |

MATSUMOTO & CLAPPERTON ADVERTISING, LLC
ATTN ED CLAPPERTON, PRESIDENT
705 S KING ST # 104
HONOLULU, HI 96813

Claim Number: 975
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $702.22 | |

GIFFORD, REBECCA
9224 WOODED ACRES CIR
SHERWOOD, AR 72120-4090

Claim Number: 976
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,350.00 | Scheduled: | $2,907.08 CONT |

STEWART, JEFFREY H.
2824 DENBEIGH DR
HATFIELD, PA 19440

Claim Number: 977
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,240.00 | Scheduled: | $6,360.00 CONT |

MARTIN, MAYLA L.
206 MADISON ST
WARWICK, RI 02888

Claim Number: 978
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,970.34 | |

ROBB, THOMAS BRYAN
6332 WOODCHASE CT
ELLICOTT CITY, MD 21043

Claim Number: 979
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,544.00 | Scheduled: | $5,050.61 CONT |
| UNSECURED | | | Scheduled: | $41.20 CONT |

SANWA JUTAKU, INC.
EMBASSY SUITES HOTEL
8425 FIRESTONE BLVD
DOWNEY, CA 90241

Claim Number: 980
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,725.09 | Scheduled: | $5,725.09 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RAMIREZ, MONIQUE
11872 E CEDARVILLE ST
NORWALK, CA 90650

Claim Number: 981
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $616.00 | Scheduled: | $616.00 CONT |
|---|---|---|---|---|

LYON, HERBERT
APPRAISAL HOUSE, INC.
PO BOX 1713
ELLICOTT CITY, MD 21041-1713

Claim Number: 982
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $4,040.00 |
|---|---|---|

WHEELER, MICHAEL JAMES
1844 GRAZZIANI WAY
ROSEVILLE, CA 95661-3983

Claim Number: 983
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $363,131.73 |

MARSH APPRAISALS & R.E.
ATTN GARY MARSH, OWNER
5701 STEUBENVILLE PIKE
MC KEES ROCKS, PA 15136

Claim Number: 984
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,745.00 |
|---|---|---|

BILICKI, EUGENE
36 JULIAN ST
HICKSVILLE, NY 11801

Claim Number: 985
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,207.32 |

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 986
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

LISA USLABAR APPRAISALS
ATTN LISA USLABAR
8708 INDIAN BLVD S
COTTAGE GROVE, MN 55016

Claim Number: 987
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,805.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SUSAN KRUSE APPRAISAL SERVICE
ATTN SUSAN KRUSE
4060 NE 18 AVE
OAKLAND PARK, FL 33334

Claim Number: 988
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $525.00 | | |
| --- | --- | --- | --- | --- |

MCCOMB, JANET L.
1216 21ST AVENUE
ROCKFORD, IL 61104

Claim Number: 989
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,141.54 | Scheduled: | $2,141.54 CONT |
| --- | --- | --- | --- | --- |

ADELSTEIN, SCOTT J.
532 DARYL DR
MEDFORD, NY 11763

Claim Number: 990
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $438.46 | Scheduled: | $438.46 CONT |
| --- | --- | --- | --- | --- |

MAUNG-SAN, ZABA
64-40 ALDENTON ST
REGO PARK, NY 11374

Claim Number: 991
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT |
| --- | --- | --- | --- | --- |

KARI, RAJANI R.
34 SCOTT ST
DIX HILLS, NY 11746

Claim Number: 992
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,653.00 | | |
| --- | --- | --- | --- | --- |

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

Claim Number: 993
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31 CONT |
| --- | --- | --- | --- | --- |

BABINGER, BETSY
455 ANTWERP DR
HICKSVILLE, OH 43526

Claim Number: 994
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,500.00 | Scheduled: | $5,226.67 CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ACM CONSULTANTS, INC.<br>ATTN GLENN K. KUNIHISA, PRES.<br>2073 WELLS ST STE 100<br>WAILUKU, HI 96793 | Claim Number: 995<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,053.54 | Scheduled: | $625.00 |
|---|---|---|---|---|

| PENNINGTON, KATHLEEN<br>27 SLINGERLAND AVE<br>PEQUANNOCK, NJ 07440 | Claim Number: 996<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $8,704.94 |
|---|---|---|

| SANDS, TONYA<br>3455 MIDWAY COVE DR<br>LOGANVILLE, GA 30052 | Claim Number: 997<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $782.72 |
|---|---|---|

| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | Claim Number: 998<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $2,050.00 |
|---|---|---|

| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | Claim Number: 999<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,776.80 | Scheduled: | $4,006.21 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $87.38 CONT |

| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | Claim Number: 1000<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,182.00 |
|---|---|---|

| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | Claim Number: 1001<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $87.38 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOYLE, SUZANNE
132 E WOODLANDER
EAGLE, ID 83616

Claim Number: 1002
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $9,728.00 |
| --- | --- | --- |

---

MACO, JOHN
5495 MAIN ST
STRATFORD, CT 06614

Claim Number: 1003
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

WALLACE, SUSAN B.
3817 FOREST GLEN RD
VIRGINIA BEACH, VA 23452

Claim Number: 1004
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,023.12 |
| --- | --- | --- |

---

THAKARAR, GOOL
2 FENBROOK DR
LARCHMONT, NY 10538

Claim Number: 1005
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $58,802.42 |
| --- | --- | --- |

---

HALL, LOUISE
116 SCHULTZ RD
MANORVILLE, NY 11949

Claim Number: 1006
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77  CONT |
| --- | --- | --- | --- | --- |

---

EAGLE SELF STORAGE, INC.
ATTN PRESIDENT
PO BOX 18185
MISSOULA, MT 59808

Claim Number: 1007
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8948 (06/21/2010)

| SECURED | Claimed: | $406.00 |
| --- | --- | --- |

---

TRAPANOTTO, TIMOTHY
17 CRESTWOOD DR
FORT SALONGA, NY 11768

Claim Number: 1008
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $5,048.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DANIELS, JACK A.
46 E HEALTH ST
BALTIMORE, MD 21230

Claim Number: 1009
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $894.42 | Scheduled: | $894.42 CONT |
|---|---|---|---|---|

KLEIN, LISA A.
5712 PONCA RD
VIRGINIA BEACH, VA 23462

Claim Number: 1010
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $467.28 | Scheduled: | $628.85 CONT |
|---|---|---|---|---|

ROSENBLATT, RONALD R.
1741 PLUM THICKET LN
WEST DES MOINES, IA 50266

Claim Number: 1011
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $662,595.34 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $662,595.34 | | |

MERRILL, WILLIAM W.
759 LUCAS AVE EXT
HURLEY, NY 12443

Claim Number: 1012
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $9,999.96 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $427.74 | | |
| PRIORITY | Claimed: | $9,999.96 | | |
| UNSECURED | Claimed: | $427.74 | | |

KLAR, VIRGINIA
815 E WALNUT ST
LONG BEACH, NY 11561

Claim Number: 1013
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $819.44 | Scheduled: | $1,134.62 CONT |
|---|---|---|---|---|

SHKLYAR, NATALIA
160 S MIDDLE NECK RD
APT 2B
GREAT NECK, NY 11021

Claim Number: 1014
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,692.31 | | |
|---|---|---|---|---|

HALL, TREASA R.
1510 HIGHLAND GATE POINT
HOOVER, AL 35244

Claim Number: 1015
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $7,937.50 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MASSELLA, MEAGHAN
509 LONDONTOWN RD
EDGEWATER, MD 210372002

Claim Number: 1016
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $845.02 | Scheduled: | $845.09 CONT |
|---|---|---|---|---|

RIMEL, KRISTINA
262 ULLMAN RD
PASADENA, MD 21122

Claim Number: 1017
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $890.80 | Scheduled: | $979.84 CONT |
|---|---|---|---|---|

SEMONE, KATHY W.
616 SOUTHMONT RD
CATONSVILLE, MD 21228

Claim Number: 1018
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.93 CONT |
|---|---|---|---|---|

BEALL, CAROL A.
1918 CAMBRIDGE DR
CROFTON, MD 21114

Claim Number: 1019
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $898.51 | Scheduled: | $898.51 CONT |
|---|---|---|---|---|

WISE, BARBARA
8732 MARY LN
JESSUP, MD 20794

Claim Number: 1020
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

CLARK, PATRICIA
814 TRAILWOOD DR
APOPKA, FL 32712-3241

Claim Number: 1021
Claim Date: 09/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $2,250.00 |
|---|---|---|

KIPNIS, ROBIE
3 YORKE LN
OCEAN, NJ 07712

Claim Number: 1022
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| PRIORITY | Claimed: | $897.26 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

A-1 PROFESSIONAL CLEANNING &
MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

Claim Number: 1023
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 22 (11/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $37,921.26 | | $37,921.26 |

A-1 PROFESSIONAL CLEANNING &
MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

Claim Number: 1024
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 22 (11/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $55,907.60 | | $55,907.60 |

A-1 PROFESSIONAL CLEANNING &
MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

Claim Number: 1025
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 22 (11/16/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $12,138.84 |

DAUPHIN, JOANNE H.
1024 5TH AVE
EAST NORTHPORT, NY 11731

Claim Number: 1026
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $3,392.31 | | $3,392.31  CONT |

JOHNSON, KIMBERLY
8050 MAYER AVE
PASADENA, MD 21122-1276

Claim Number: 1027
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $840.00 | | $839.85  CONT |

SMITH, MARY ELIZABETH
6675 HUNTSHIRE DR
ELKRIDGE, MD 21075

Claim Number: 1028
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,832.00 |

WALKER, NINA D.
8468 GREYSTONE LN APT 2B
COLUMBIA, MD 21045-5875

Claim Number: 1029
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $918.72 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | Claim Number: 1030<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,050.00 | |

| PENNINGTON, KATHLEEN<br>27 SLINGERLAND AVE<br>PEQUANNOCK, NJ 07440 | Claim Number: 1031<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $530.98 | |

| ANDRIANO, DOMINICK<br>159 12TH ST<br>BETHPAGE, NY 11714 | Claim Number: 1032<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $436.76 | Scheduled: | $436.76  CONT |

| MALONE, PAUL<br>5 CURLEY ST<br>LONG BEACH, NY 11561-2705 | Claim Number: 1033<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46  CONT |

| BOWENS, CARMEN M.<br>18611 WARM SPRING CT<br>HAGERSTOWN, MD 21740 | Claim Number: 1034<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,376.92 | Scheduled: | $1,376.92  CONT |

| VERNAGLIA, MARY E.<br>37 PASHO ST<br>ANDOVER, MA 01810 | Claim Number: 1035<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,712.25 | Scheduled: | $1,712.31  CONT |

| NORTHPOINT SOLUTIONS LLC<br>ATTN WILLIAM LEWIS, CONTROLLER<br>130 W 42ND ST<br>STE 550<br>NEW YORK, NY 10036 | Claim Number: 1036<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,402.50 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

Claim Number: 1037
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7505 (06/05/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

Claim Number: 1038
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,142.38 | | |

---

HENRY, LESLIE DANYELL
2153 UTOPIA AVE
NASHVILLE, TN 37211

Claim Number: 1039
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15  CONT |

---

LOHRFINK, DANIEL
1226 BLACK FRIARS RD
CATONSVILLE, MD 21228

Claim Number: 1040
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,695.00 | Scheduled: | $1,696.00  CONT |

---

BODY, JOHN R.
4355 S DURANGO DR APT 242
LAS VEGAS, NV 891478638

Claim Number: 1041
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $310.00 | Scheduled: | $300.00 |

---

STEWART, TARA M.
4572 STEEPLECHASE DR
VIRGINIA BEACH, VA 23464

Claim Number: 1042
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,353.60 | Scheduled: | $1,353.84  CONT |

---

LOMBARDI, JENNIFER
2563 LINCOLN BLVD
NORTH BELLMORE, NY 11710

Claim Number: 1043
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,555.80 | Scheduled: | $2,000.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MERRILL, WILLIAM W.
759 LUCAS AVE EXT
HURLEY, NY 12443

Claim Number: 1044
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,692.31 | | |
| UNSECURED | Claimed: | $7,692.31 | | |

A & A APPRAISAL, INC.
8600 MIDVALE RD
YAKIMA, WA 98908-9327

Claim Number: 1045
Claim Date: 09/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,550.00 | |

SILVER'S APPRAISAL SERVICE
ATTN DENNIS G SILVER
38 O'DONALD RD
ASHEVILLE, NC 28806

Claim Number: 1046
Claim Date: 09/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,150.00 | |

WEINHEIMER, TRACEY K.
2291 AIRPORT RD
GREENFIELD, IA 50849

Claim Number: 1047
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,077.20 | |

NISCHO, JAMES
904 CONNECTQUOT AVE
ISLIP TERRACE, NY 11752

Claim Number: 1048
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,353.85 | Scheduled: | $2,353.85  CONT |

LEHMANN, DAVID
328 PARIS AVE SE APT 1
GRAND RAPIDS, MI 49503-5460

Claim Number: 1049
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $915.04 | Scheduled: | $915.04  CONT |

GORSKI, DAVID J.
4224 OAKSBURY LN
ROLLING MEADOWS, IL 60008-2346

Claim Number: 1050
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $715.38 | Scheduled: | $763.08  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BHATIA, SAKSHI
510 CHARLES LN
WANTAGH, NY 11793

Claim Number: 1051
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| PRIORITY | Claimed: | $2,576.92 | Scheduled: | $2,807.69 CONT |
|---|---|---|---|---|

CARD, THERESA
2913 BOULDER RIDGE
MILFORD, MI 48380

Claim Number: 1052
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $384.62 | Scheduled: | $384.62 CONT |
|---|---|---|---|---|

SAXMAN, LAURA
1904 CARVERS BAY RUN
FORT WAYNE, IN 46845

Claim Number: 1053
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $738.46 | | |
|---|---|---|---|---|

KEMPH, LINDA D.
3536 CUDDY LN NE
LACEY, WA 98516

Claim Number: 1054
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $681.34 | | |
|---|---|---|---|---|

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 E WASHINGTON, STE 800
PHOENIX, AZ 85004

Claim Number: 1055
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $85,823.79 | | |
|---|---|---|---|---|

ANDERSON, BIRGIT T.
PO BOX 2183
WINTER PARK, FL 32790

Claim Number: 1056
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $10,500.00 | | |
|---|---|---|---|---|

ANDERSON, SUSAN
81 STONEHEDGE CT
SOMERSET, NJ 08873

Claim Number: 1057
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $932.40 | Scheduled: | $1,864.80 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | | Claim Number: 1058<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $6,012.30 | | |

---

| GIERA, KAREN<br>434 SO FELTUS ST<br>SOUTH AMBOY, NJ 08879 | | Claim Number: 1059<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.26 | Scheduled: | $1,076.26 CONT |

---

| KIPNIS, ROBIE<br>3 YORKE LN<br>OCEAN, NJ 07712 | | Claim Number: 1060<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,470.40 | Scheduled: | $2,470.40 CONT |
| UNSECURED | | | Scheduled: | $897.26 CONT |

---

| THERMOLICE, JEAN<br>4510 THREE LAKES CIRCLE<br>ORLANDO, FL 32808 | | Claim Number: 1061<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | | |

---

| JANSEN, MILDRED A.<br>159 STERLING ST<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 1062<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8414 (12/14/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,802.25 | Scheduled: | $1,802.25 CONT |

---

| MURPHY, GREGG<br>1316 BUCKINGHAM CR<br>FRANKLIN, TN 37064 | | Claim Number: 1063<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,497.16 | | |

---

| REYES, OSCAR A.<br>14226 JIB ST<br>APT 21<br>LAUREL, MD 20707 | | Claim Number: 1064<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,115.38 | Scheduled: | $2,115.39 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KOURIL, LUANN
11 BEAVER LN W
WESTHAMPTON, NY 119771202

Claim Number: 1065
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT |

---

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

Claim Number: 1066
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,078.75 |
| UNSECURED | Claimed: | $996.96 |

---

CARNEY, PATRICIA E.
2962 HARMENING AVE
PITTSBURGH, PA 15227

Claim Number: 1067
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,150.08 |

---

HALL, KIMBRA
6300 STEVENSON AVE APT 905
ALEXANDRIA, VA 223043573

Claim Number: 1068
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,877.76 |
| UNSECURED | Claimed: | $1,877.76 |
| TOTAL | Claimed: | $1,877.76 |

---

KITSOS, DEBRA
PO BOX 322
MASSAPEQUA, NY 11758-0322

Claim Number: 1069
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,877.88 | Scheduled: | $1,877.89 CONT |

---

GRIFFIN, AMANI
PO BOX 992
GLEN BURNIE, MD 21060

Claim Number: 1070
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,635.38 | Scheduled: | $1,727.71 CONT |

---

VALENICA, JULIE D.
13921 TUSTIN E DRIVE
APT #13
TUSTIN, CA 92780

Claim Number: 1071
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7585 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,786.72 | Scheduled: | $1,786.72 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| SOLTOFF, JANE E.<br>8819 BURDETTE RD<br>BETHESDA, MD 20817 | | Claim Number: 1072<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $3,240.00 | | | |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | | Claim Number: 1073<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $230.80 | | | |
| ST. AMAND APPRAISALS<br>ATTN SHELLEY M ST. AMAND<br>PARTNER<br>28680 W 12 MILE RD<br>FARMINGTON HILLS, MI 48334 | | Claim Number: 1074<br>Claim Date: 09/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET 3696 (04/14/2008) | | | |
| UNSECURED | Claimed: | $1,975.00 | | | |
| BOWLES, PIERRE L.<br>342 CRISTI COURT<br>JONESBORO, GA 30238 | | Claim Number: 1075<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET 8031 (09/08/2009) | | | |
| PRIORITY | Claimed: | $3,412.50 | Scheduled: | $3,412.50 | CONT |
| MURPHY APPRAISAL SERVICES LLC<br>19411 HELENBERG RD STE 204<br>COVINGTON, LA 70433 | | Claim Number: 1076<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $375.00 | | | |
| ROSENBERG, ROBIN<br>600 WILLIS AVE, APT 4F<br>WILLISTON PARK, NY 11596 | | Claim Number: 1077<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $632.25 | Scheduled: | $632.25 | CONT |
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH<br>PONTIAC, MI 48341 | | Claim Number: 1078<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET 7930 (08/11/2009) | | | |
| SECURED | Claimed: | $45,473.15 | UNLIQ | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 1079<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| SECURED          Claimed: | $5,716.10   UNLIQ | | |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 1080<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED          Claimed: | $5,268.48   UNLIQ | | |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 1081<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| PRIORITY          Claimed: | $484.25   UNLIQ | | |
| EMC COMPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1082<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |
| PRIORITY          Claimed:<br>UNSECURED        Claimed: | $232,195.90<br>$29,645.89 | | |
| DUKE ENERGY/KENTUCKY<br>MARY TAYLOR<br>PO BOX 960 - EF 367<br>CINCINNATI, OH 45273-9598 | Claim Number: 1083<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED        Claimed: | $2,364.11 | | |
| DUKE ENERGY/OHIO<br>MARY TAYLOR<br>PO BOX 960 - EF 367<br>CINCINNATI, OH 45273-9598 | Claim Number: 1084<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED        Claimed: | $1,725.34 | | |
| SERVICEMASTER MID STATE 2<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | Claim Number: 1085<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY          Claimed:<br>UNSECURED        Claimed: | $44.91<br>$479.54 | Scheduled: | $412.02 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| D J GRAEFF & ASSOCIATES, LLC<br>5622 GINGER TREE LN<br>TOLEDO, OH 43623 | Claim Number: 1086<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $1,500.00 |
|---|---|---|

---

| GASTON COUNTY TAX COLLECTOR<br>ATTN JUDY B BINGHAM, DIRECTOR<br>PO BOX 1578<br>GASTONIA, NC 28053 | Claim Number: 1087<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $1,347.45 |
|---|---|---|

---

| LAW OFFICE OF KEITH S SHAW & ASSOC., LLC<br>ATTN KEITH S SHAW, MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | Claim Number: 1088<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $5,653.92 |
|---|---|---|

---

| THOMPSON, STEPHANIE A.<br>3151 WINTERGREEN<br>FLORISSANT, MO 63033 | Claim Number: 1089<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| VALUE PLUS APPRAISAL, INC.<br>ATTN PATRICK MISHOE, PRESIDENT<br>4347 REVERE CIRLE<br>MARIETTA, GA 30062 | Claim Number: 1090<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $2,350.00 | Scheduled: | $550.00 |
|---|---|---|---|---|

---

| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | Claim Number: 1091<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) |
|---|---|

| PRIORITY | Claimed: | $300.00 |
|---|---|---|

---

| CDW CORPORATION<br>ATTN VIDA KRUG<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | Claim Number: 1092<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) |
|---|---|

| UNSECURED | Claimed: | $350,558.73 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REGIONAL R.E. APPRAISAL SERVICE LTD.
ATTN JOHN P. CALLANAN, PRES.
117 ROUTE 9W, STE 201
HAVERSTRAW, NY 10927

Claim Number: 1093
Claim Date: 09/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $5,975.00 |
| PRIORITY | Claimed: | $5,975.00 |

---

AT&T CORP.
ATTN ALBERT PEREZ
15100 FAA BLVD
FORT WORTH, TX 76155

Claim Number: 1094
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8375 (12/08/2009)

| UNSECURED | Claimed: | $48,759.86 |

---

DEKALB COUNTY TAX COMISSIONER
ATTN DARRYL J ELEM
4380 MEMORIAL DR STE 100
DECATUR, GA 30032

Claim Number: 1095
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $126,947.36 |

---

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
120 N ROBINSON STE 2000
OKLAHOMA CITY, OK 73102-7471

Claim Number: 1096
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| PRIORITY | Claimed: | $100.00 | Scheduled: | $0.00  UNDET |

---

HARTFORD FIRE INSURANCE COMPANY
ATTN HANK D HOFFMAN, ASST VP
BANKRUTPCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD, CT 06115

Claim Number: 1097
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 6 (09/20/2010)

| SECURED | Claimed: | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

---

ALASKA TRUSTEE, LLC
ATTN RICHARD ULLSTROM, SUPERVISING ATTY
3000 A STREET STE 200
ANCHORAGE, AK 99503

Claim Number: 1098
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $1,533.00 |

---

CHASE PAYMENTECH SOLUTIONS, LLC
C/O CLAY M TAYLOR
201 MAIN ST STE 2500
FORT WORTH, TX 76102

Claim Number: 1099
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET 7023 (02/17/2009)

| UNSECURED | Claimed: | $29,411.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | | Claim Number: 1100<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $2,150.00 | | |
| UNSECURED | Claimed: | $2,150.00 | | |
| TOTAL | Claimed: | $2,150.00 | | |
| NUGENT APPRAISAL SERVICES<br>JUDY NUGENT<br>671 ROSA AVE STE 205<br>METAIRIE, LA 70005 | | Claim Number: 1101<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $1,200.00 | | |
| SACKMAN, BEVERLEY W.<br>431 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | | Claim Number: 1102<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10131 (08/15/2011) | | |
| PRIORITY | | | Scheduled: | $10,367.53 CONT |
| UNSECURED | Claimed: | $582.47 | Scheduled: | $4,632.47 CONT |
| PLACER COUNTY TAX COLLECTOR<br>ATTN ANN M DONDRO, DEPUTY TREASURER<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | | Claim Number: 1103<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) | | |
| SECURED | Claimed: | $19,263.88 | | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 1104<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $1,896.83 | | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 1105<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $1,598.05 | | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 1106<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $1,679.03 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 1107<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) |

ADMINISTRATIVE          Claimed:                    $469.01

---

| | |
|---|---|
| BELLSOUTH TELECOM DBA AT&T S.E.<br>ATTN LINDA GOODIN<br>AT&T ACCOUNTS RECEIVABLE<br>220 SOUTH ST RM 317<br>GASTONIA, NC 28052 | Claim Number: 1108<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |

UNSECURED          Claimed:                    $43,004.91

---

| | |
|---|---|
| BELLSOUTH TELECOM DBA AT&T S.E.<br>ATTN LINDA GOODIN<br>AT&T ACCOUNTS RECEIVABLE<br>220 SOUTH ST RM 317<br>GASTONIA, NC 28052 | Claim Number: 1109<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

UNSECURED          Claimed:                    $199.00

---

| | |
|---|---|
| BROWN, MICHAEL R. (BROWN APPRAISALS)<br>5325 BELFERN DRIVE<br>BELLINGHAM, WA 98226 | Claim Number: 1110<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7233 (04/07/2009) |

UNSECURED          Claimed:                    $1,820.00

---

| | |
|---|---|
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1111<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

SECURED          Claimed:                    $2,348.55

---

| | |
|---|---|
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1112<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

SECURED          Claimed:                    $1,597.05

---

| | |
|---|---|
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1113<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

SECURED          Claimed:                    $851.93

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 1114
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9994 (05/09/2011)

| SECURED | Claimed: | $1,017.82 |
|---|---|---|

---

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 1115
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $2,298.55 |
|---|---|---|

---

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 1116
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $423.96 |
|---|---|---|

---

ST. LOUIS COUNTY COLLECTOR OF REVENUE
ATTN RICHARD ROBISON MANAGER REV SERV
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 1117
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $296.93 |
|---|---|---|

---

OKLAHOMA COUNTY TREASURER
FORREST "BUTCH" FREEMAN
320 ROBERT S KERR RM 307
OKLAHOMA CITY, OK 73102

Claim Number: 1118
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $157.05 | UNLIQ |

---

ARTHUR F. MCCORMICK, AS TRUSTEE
JOHN C BREDER, PRES., THE BREDER CO'S
9861 SW 184TH ST
PALMETTO BAY, FL 33157

Claim Number: 1119
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $6,939.90 |
|---|---|---|

---

CRISLIP, PHILLIP & ASSOCIATES
ATTN: JOHN B PHILIP
4515 POPLAR AVE STE 322
MEMPHIS, TN 38117

Claim Number: 1120
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $8,540.14 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | Claim Number: 1121<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $5,160.00 | | |

| CITY OF MESQUITE AND MESQUITE ISD<br>ATTN GARY ALLMON GRIMES<br>SCHUERENBERG & GRIMES<br>120 W MAIN STE 201<br>MESQUITE, TX 75149 | Claim Number: 1122<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | |
|---|---|---|---|
| SECURED            Claimed: | $1,938.55 | | |

| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | Claim Number: 1123<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $9,328.22 | Scheduled: | $4,856.27  CONT |
| UNSECURED | | Scheduled: | $131.87  CONT |

| HERNANDEZ, JESSICA<br>47 SPRINGMEADOW DR<br>KINGS PARK, NY 11754-4605 | Claim Number: 1124<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY            Claimed: | $1,237.60 | Scheduled: | $1,689.86  CONT |

| STOCKTON, AUDRA R.<br>8141 W ROSS AVE<br>PEORIA, AZ 85382-3442 | Claim Number: 1125<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $1,003.85 | Scheduled: | $1,003.85  CONT |

| ELISH, CHRISTINA<br>734 CEDARDALE DRIVE<br>NORTH HUNTINGDON, PA 15642 | Claim Number: 1126<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $1,353.85 | Scheduled: | $4,396.08  CONT |
| UNSECURED | | Scheduled: | $710.17  CONT |

| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | Claim Number: 1127<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|
| UNSECURED            Claimed: | $495.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DOREMUS, LORI A.<br>119 PLAZA DE LUKE SQ<br>CLAYTON, NC 27527-3989 | Claim Number: 1128<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | Claimed: | $1,807.69 | Scheduled: | $1,988.46 CONT |
|---|---|---|---|---|

| CECH-FRUMVELLER, KIMBERLY<br>5N465 HAZELWOOD CT<br>SAINT CHARLES, IL 60175 | Claim Number: 1129<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $15,140.02 | Scheduled: | $12,811.08 |
|---|---|---|---|---|

| FRAZIER, MARSHA J.<br>13013 VIEWPOINT LN<br>BOWIE, MD 20715-3023 | Claim Number: 1130<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $554.40 | Scheduled: | $554.40 CONT |
|---|---|---|---|---|

| CONANT, JOANN<br>2727 DEFENDER DR<br>FORISTELL, MO 63348 | Claim Number: 1131<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,250.00 | Scheduled: | $1,250.00 CONT |
|---|---|---|---|---|

| HICKS JR., ROBERT E.<br>1418 E 103RD ST 1ST FL<br>BROOKLYN, NY 11236 | Claim Number: 1132<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,661.54 CONT |
|---|---|---|---|---|

| D&R APPRAISALS, LLC<br>PO BOX 733<br>ROCKY MOUNT, MO 65072 | Claim Number: 1133<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 | | |
|---|---|---|---|---|

| HIRKO, KAREN<br>176 MELVILLE RD<br>HUNTINGTON STATION, NY 11746 | Claim Number: 1134<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KEMPH, LINDA D.
3536 CUDDY LN NE
LACEY, WA 98516

Claim Number: 1135
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,784.62 | Scheduled: | $3,131.27 | CONT |
| UNSECURED | | | Scheduled: | $198.35 | CONT |

WARREN, GENESS
269 BENT GRASS CIR
DEKALB, IL 60115-8696

Claim Number: 1136
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $700.00 |

MERRY LYNNE SCREEN PRINTING
293 COMO AVE #3
SAINT PAUL, MN 55103

Claim Number: 1137
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $548.25 |
| UNSECURED | Claimed: | $548.25 |
| TOTAL | Claimed: | $548.25 |

MCNEIL, COREY
84 BOXBERRY LANE
ROCKLANE, MA 02370

Claim Number: 1138
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,223.08 | Scheduled: | $1,223.08 | CONT |

KELLEY, JOCELYN
2799 JOYCE AVE
COLUMBUS, OH 43211

Claim Number: 1139
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,300.00 | Scheduled: | $1,033.76 | CONT |

GHINI, LAURA
11 CHERRY ST
GLEN HEAD, NY 11545

Claim Number: 1140
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,900.00 | Scheduled: | $3,343.85 | CONT |

AMERICA'S CUTTING EDGE RE SERVICES
155 PASSAIC AVE STE 200
FAIRFIELD, NJ 070043562

Claim Number: 1141
Claim Date: 09/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,590.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

MURRAH, SHERI
100 ARCHERS PT
LONGWOOD, FL 32779-3059

Claim Number: 1142
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $5,666.67 | Scheduled: | $5,884.62 CONT |
|---|---|---|---|---|

ALLY, MOHAMED SAYYID
4527 INGHAM RD
OWINGS MILLS, MD 21117

Claim Number: 1143
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $942.40 | Scheduled: | $942.40 CONT |
|---|---|---|---|---|

MCKEAN, TYLER
1841A S 9TH ST
SAINT LOUIS, MO 63104-3961

Claim Number: 1144
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $7,000.00 | | |
|---|---|---|---|---|

GORSKI, WENDY A.
4224 OAKSBURY LN
ROLLING MEADOWS, IL 60008-2346

Claim Number: 1145
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $2,100.00 CONT |
|---|---|---|---|---|

URENA, ROSSMERY
107-37 80TH STREET
OZONE PARK, NY 11417

Claim Number: 1146
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT |
|---|---|---|---|---|

ISLAND HOTEL, NEWPORT BEACH, THE
ATTN ALAYNE FISHER, CREDIT MANAGER
690 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 1147
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,850.56 | Scheduled: | $2,850.56 |
|---|---|---|---|---|

GIBSON, MARGARET
2483-4 WHISPERING WOODS BLVD
JACKSONVILLE, FL 32246

Claim Number: 1148
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,338.64 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DAVIDSON, REBECCA<br>147 TANNERS MILL RD<br>CHAPIN, SC 29036-8640 | Claim Number: 1149<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $836.54 | Scheduled: | $836.54 CONT |
|---|---|---|---|---|

| PORTER, APRIL R.<br>647 CRESCENT HILLS PLACE<br>LAKELAND, FL 33813 | Claim Number: 1150<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $707.69 |
|---|---|---|

| SOLIS, JENNIFER A.<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | Claim Number: 1151<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,355.09 |
|---|---|---|

| KARALIS, CHARLENE D.<br>965 SUMMERSIDE CT<br>VIRGINIA BEACH, VA 23456 | Claim Number: 1152<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $490.38 | Scheduled: | $490.38 CONT |
|---|---|---|---|---|

| BAINGASSO, SUZANNE<br>21 VERMONT ST<br>MELVILLE, NY 11747 | Claim Number: 1153<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $723.00 |
|---|---|---|

| RICHARDSON, REBECCA<br>4 E ILLINOIS ST<br>LEMONT, IL 60439 | Claim Number: 1154<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT |
|---|---|---|---|---|

| RUTLEDGE, MARY ANN<br>2256 ELDERBERRY DRIVE<br>WESTBURY, NY 11590 | Claim Number: 1155<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1,092.09 | Scheduled: | $1,092.09 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MIDWEST APPRAISAL SERVICES, INC.
ATTN TERRY D BLAEDORN, OWNER
113 S MAIN ST
RIVER FALLS, WI 54022

Claim Number: 1156
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $100.00 |

---

CHEN, HAO
28 SYCAMORE CIR
STONY BROOK, NY 11790-3141

Claim Number: 1157
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,480.76 |

---

BARTLETT, CATHY
1730 LONG RIDGE ST
CHULA VISTA, CA 91913

Claim Number: 1158
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,961.80 | | $1,643.32  CONT |

---

WALTON, MARY
11 DAVIS RD APT B10
ACTON, MA 017204761

Claim Number: 1159
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6763 (12/22/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,538.41 |

---

ADCOCK, REBECCA
DBA ADCOCK APPRAISALS
4764 FLYING H RD
TWENTYNINE PALMS, CA 92277

Claim Number: 1160
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $350.00 |

---

RALEY, ANNETTE
PO BOX 165551
IRVING, TX 75016

Claim Number: 1161
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $5,653.85 | | $5,653.85  CONT |

---

MCAULIFFE, MICHELLE
93 E BEVERLY HILL LEN
WOODBRIDGE, NJ 07095

Claim Number: 1162
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6217 (10/10/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $2,192.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MACKO, KEMBERLY L.<br>536 S WALNUT AVE<br>BREA, CA 92821 | | Claim Number: 1163<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,121.60 | | |

| BUMBAK, KATHY<br>939 W 6TH ST<br>SAN PEDRO, CA 90731 | | Claim Number: 1164<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,713.20 | Scheduled: | $2,397.23  CONT |

| BOSTON MOUNTAIN REAL ESTATE<br>ATTN CHRIS HAMAKER<br>PO BOX 722<br>FAYETTEVILLE, AR 72702-0722 | | Claim Number: 1165<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,075.00 | | |

| PUMA, CHRISTIAN<br>7 CONTINENTAL DR<br>CENTEREACH, NY 11720-1401 | | Claim Number: 1166<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.00 | | |

| WURTZ, CAROLYN E.<br>801 LAKEWOOD GREEN<br>DIXON, IL 61021 | | Claim Number: 1167<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $424.91 | Scheduled: | $1,050.00  CONT |

| SCHNIBBE, ANN<br>12103 E 37TH CT<br>SPOKANE VALLEY, WA 99806 | | Claim Number: 1168<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,336.32 | Scheduled: | $1,350.00  CONT |

| HONOKAUPU, CHRISTINA K.<br>PO BOX 1337<br>HAIKU, HI 96708 | | Claim Number: 1169<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $767.20 | | |
| UNSECURED | Claimed: | $767.20 | | |
| TOTAL | Claimed: | $767.20 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CALIDO BAY HOMEOWNERS ASSOCIATION
C/O LAW OFFICE OF WANDEN P TREANOR
1744 LINCOLN AVENUE
SAN RAFAEL, CA 94901

Claim Number: 1170
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $3,434.51 | | |
|---|---|---|---|---|

---

BURNS, LINDA
5545 W ARROWHEAD LAKES DR
GLENDALE, AZ 85308

Claim Number: 1171
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $89,228.23 | Scheduled: | $88,691.53  CONT |
|---|---|---|---|---|

---

ENGLAND, MEGHAN M.
1240 NORTH PLACENTIA AVE
FULLERTON, CA 92831

Claim Number: 1172
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $934.56 | | |
|---|---|---|---|---|

---

CUVILLY, PATRICK
47 SPRINGMEADOW DR
KINGS PARK, NY 11754-4605

Claim Number: 1173
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,002.92 | Scheduled: | $1,002.92  CONT |
|---|---|---|---|---|

---

NEWMAN, JOHN H.
312 BAY AVENUE
HUNTINGTON, NY 11743

Claim Number: 1174
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,013.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,013.00 |
| TOTAL | Claimed: | $1,013.00 |

---

DALLAS COUNTY RECORDER
LORI BELGARDE, DEPUTY RECORDER
701 COURT
PO BOX 38
ADEL, IA 50003-0038

Claim Number: 1175
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| UNSECURED | Claimed: | $52.00 | | |
|---|---|---|---|---|

---

FLORES, LEONARD L.
1923 PRINCETON CT
SALINAS, CA 93906-5106

Claim Number: 1176
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 1177<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7584 (06/30/2009) |
|---|---|---|
| PRIORITY | Claimed: | $1,292.31 |

---

| TR HOME APPRAISALS, LLC<br>ATTN TIAMIA A REESE<br>6749 CHAPEL HILL RD<br>INDIANAPOLIS, IN 46214 | | Claim Number: 1178<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $275.00   UNDET |

---

| REALTY HOT WHEELS<br>LORRAINE A KREKLA, OWNER<br>6560 PYRAMID LAKE HWY # 52<br>SPARKS, NV 89436-9601 | | Claim Number: 1179<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $132.00 |
| UNSECURED | Claimed: | $132.00 |
| TOTAL | Claimed: | $132.00 |

---

| BOZEMAN APPRAISAL SERVICES, INC.<br>ATTN B. JUNE BOZEMAN, COO, VP<br>PO BOX 3087<br>GAINESVILLE, GA 30503 | | Claim Number: 1180<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,050.00 |
| UNSECURED | Claimed: | $3,050.00 |

---

| ZAK, JEFFREY<br>32 CYPRESS DRIVE<br>PARLIN, NJ 08859 | | Claim Number: 1181<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,950.00 |

---

| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | | Claim Number: 1182<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET 6840 (01/13/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,150.00 |

---

| BILL CAMPBELL APPRAISALS<br>27498 N 86TH LN<br>PEORIA, AZ 85383-4814 | | Claim Number: 1183<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,415.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BILL CAMPBELL APPRAISALS
27498 N 86TH LN
PEORIA, AZ 85383-4814

Claim Number: 1184
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,215.00 |

---

POLADIAN, ANGELINE
3 WHITWORTH ST
LADERA RANCH, CA 92694

Claim Number: 1185
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7396 (05/18/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $6,728.00 |

---

CRICCHIO, GINA A.
228 FAIR SAILING RD
MT PLEASANT, SC 294668167

Claim Number: 1186
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,129.92 | | $2,129.92 CONT |

---

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

Claim Number: 1187
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $522.30 |

---

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

Claim Number: 1188
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $7,720.00 | | $14,986.20 CONT |
| UNSECURED | | | | $659.95 CONT |

---

O'CALLAGHAN, DENISE
PO BOX 408
4 HIGHLAND AVE
PEAPACK, NJ 07977

Claim Number: 1189
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7399 (05/15/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $3,900.00 |

---

KIRK, CHRISTOPHER
17 CUERVO DR
ALISO VIEJO, CA 92656

Claim Number: 1190
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,153.85 | | $1,153.85 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PASANISE, MIKE
1518 S ADAMS ST
SPOKANE, WA 99203

Claim Number: 1191
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | |

---

MCKEAN, TYLER
1841A S 9TH ST
SAINT LOUIS, MO 63104-3961

Claim Number: 1192
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,454.40 | Scheduled: | $2,478.04 CONT |

---

FAIR, SUSAN I.
136 GARDEN LN
MOUNT JOY, PA 17552

Claim Number: 1193
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $665.66 | Scheduled: | $665.66 CONT |

---

MAY-JAMES, ANGALEE M.
5508 CADILLAC AVE
BALTIMORE, MD 21207

Claim Number: 1194
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,308.72 |
| UNSECURED | Claimed: | $1,308.72 |
| TOTAL | Claimed: | $1,308.72 |

---

WALTERS, DANA
8535 PARADISE VALLEY RD # 3
SPRING VALLEY, CA 91977

Claim Number: 1195
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,749.50 | Scheduled: | $1,586.00 CONT |

---

MCCLURE, ROBERT
DBA MG PROFESSIONAL CLEANERS
1451 FRANKLIN ST
LEWIS CENTER, OH 43035

Claim Number: 1196
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,297.02 |

---

JOHNSON, DONALD S.
50 LAKELAND AVENUE
SAYVILLE, NY 11782

Claim Number: 1197
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,692.31 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BIERD, JESSICA
1323 E BALBOA BLVD # 1
NEWPORT BEACH, CA 92661

Claim Number: 1198
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,169.47 | Scheduled: | $1,169.47 CONT |
|---|---|---|---|---|

BERMUDEZ, JOSEPH
1200 N VEITCH ST APT 834
ARLINGTON, VA 22201-5829

Claim Number: 1199
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $3,489.42 CONT |
|---|---|---|---|---|

NEWCOMB, TARA
8 PARK AVE
PATCHOGUE, NY 11772-2232

Claim Number: 1200
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT |
|---|---|---|---|---|

SANDERS, VANESSA
1300 N SHAFFER ST APT 57
ORANGE, CA 92867-3755

Claim Number: 1201
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7585 (06/30/2009)

| PRIORITY | Claimed: | $816.00 | | |
|---|---|---|---|---|

LORENZI, GAIL L.
1770 CHURCH RD
AURORA, IL 60505

Claim Number: 1202
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,601.00 | | |
|---|---|---|---|---|

RE/MAX SUBURBAN REAL ESTATE INC
C/O STEVE WOLVERS
102 1ST ST SE
BONDURANT, IA 50035

Claim Number: 1203
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

MAHONEY, MICHAEL
2168 SUMMERWOOD DR
MT PLEASANT, SC 29466-9256

Claim Number: 1204
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TSATSAKIS, ANASTASIS<br>17859 ALTA DRIVE<br>LOCKPORT, IL 60441 | | Claim Number: 1205<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,650.40 | | |

| HIRSCH, JULIE A.<br>109 2ND ST S # 436<br>KIRKLAND, WA 98033 | | Claim Number: 1206<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $548.59 | Scheduled: | $48.59 CONT |

| BEHAN BROWNING GROUP<br>400 AVENIDA DE PALMAS<br>TUCSON, AZ 85716 | | Claim Number: 1207<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,580.00 | Scheduled: | $11,020.00 |

| TRAUTMAN, KIMBERLY<br>243 165TH AVE SE<br>BELLEVUE, WA 98008 | | Claim Number: 1208<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,384.56 | Scheduled: | $1,384.62 CONT |

| ADVANCED COLLATERAL SOLUTIONS<br>10400 YELLOW CIRCLE DR STE 400<br>HOPKINS, MN 55343-9228 | | Claim Number: 1209<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,572.00 | | |

| APPRAISAL GIRLS, INC., THE<br>ATTN NATALIE WASHKO, PRESIDENT<br>2133 SANTINA AVE<br>LAS VEGAS, NV 89123 | | Claim Number: 1210<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,625.00 | | |

| FIELDS, COTY<br>975 ABERDEEN AVE NE # A-101<br>RENTON, WA 98056 | | Claim Number: 1211<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,263.60 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOKATH, SHANNON
300 VUEMONT PL NE # T103
RENTON, WA 98056

Claim Number: 1212
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $855.36 | Scheduled: | $855.23 CONT |

---

ANDERSON, PAULA
3031 INVERNESS DR
LOS ALAMITOS, CA 90720

Claim Number: 1213
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 8485 (01/08/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

DOUG GOURLEY CATERING
10516 MICKLAY
BOISE, ID 83704

Claim Number: 1214
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,200.00 |

---

JOHNS, BETTY
C/O INDYMAC BANK
2616 W MAIN ST # D
BOZEMAN, MT 59718

Claim Number: 1215
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6167 (10/01/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $350.00 |

---

ROGERS, TRANG
1301 PARKVIEW PL
BOZEMAN, MT 59715

Claim Number: 1216
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $450.00 |

---

ZILZ, DIANA K.
910 ALBERT AVENUE
SYCAMORE, IL 60178

Claim Number: 1217
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $403.20 |

---

ROCKWELL, ELIZABETH
199 DUBLIN CT UNIT V 2
SCHAUMBURG, IL 60194-6129

Claim Number: 1218
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $816.00 | Scheduled: | $952.00 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WAXMAN, HILLARY
130 ROUND HILL RD
ROSLYN HEIGHTS, NY 11577

Claim Number: 1219
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,192.31 | Scheduled: | $5,192.31 CONT |
| UNSECURED | Claimed: | $164.48 | | |

KOBIELSKY, PATRICK
PO BOX 530459
HENDERSON, NV 89053

Claim Number: 1220
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $9,034.52 CONT |
| UNSECURED | Claimed: | $125.26 | | |

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

Claim Number: 1221
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,863.75 |

MITSOS, PETER
6 DONALD ST
PORT JEFFERSON STATION, NY 11776

Claim Number: 1222
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.50 | Scheduled: | $1,480.77 CONT |

HUMBERT, DENISE
18 WALL ST
FARMINGDALE, NY 11735

Claim Number: 1223
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,628.85 | Scheduled: | $1,628.85 CONT |

CICO, EMOKE
1612 W TOUHY AVE
CHICAGO, IL 60626

Claim Number: 1224
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,081.25 |

PRICE, ARTHUR
11 TRUMPET LN
LEVITTOWN, NY 11756

Claim Number: 1225
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,360.00 | Scheduled: | $1,337.34 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1226<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1227<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$64,050.00 | | |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 1228<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $247.45 | | |
| TUBB, CATHERINE D.<br>250 OLD CHESAPEAKE DR<br>WENTZVILLE, MO 63385 | | Claim Number: 1229<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $2,923.08<br>$15,836.66 | | |
| O'NEIL, MARGARET P.<br>8001 SOMERVILLE LN<br>ELKRIDGE, MD 21075 | | Claim Number: 1230<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $540.24 | Scheduled: | $540.21  CONT |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | | Claim Number: 1231<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| HARDING, JEANNETTE E.<br>2909 RURAL HILL CT<br>MATTHEWS, NC 28105 | | Claim Number: 1232<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| CALYX SOFTWARE<br>LEGAL DEPARTMENT<br>ATTN DOUG CHANG - PRESIDENT<br>6475 CAMDEN AVE STE 207<br>SAN JOSE, CA 95120 | Claim Number: 1233<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $2,736.00 | | |
|---|---|---|---|---|

| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | Claim Number: 1234<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $300,678.45   UNLIQ | | |
|---|---|---|---|---|

| DUNAKEY & KLATT, P.C.<br>531 COMMERCIAL ST STE 250<br>WATERLOO, IA 507015497 | Claim Number: 1235<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $150.00 | | |
|---|---|---|---|---|

| WINGATE, SPICER & CO., LLC<br>JON R SPICER, OWNER<br>5109 MELROSE AVE<br>ROANOKE, VA 24017 | Claim Number: 1236<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 |
|---|---|---|---|---|

| TITLE SERVICES CORPORATION<br>ATTN BRIAN G SAYER<br>DUNAKEY & KLATT, P.C.<br>603 COMMERCIAL ST<br>WATERLOO, IA 50701 | Claim Number: 1237<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9552 (12/13/2010) |
|---|---|

| UNSECURED | Claimed: | $1,085.00 | | |
|---|---|---|---|---|

| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>GOVERNMENTAL CENTER ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 1238<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $2,679.74   UNLIQ | | |
|---|---|---|---|---|

| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | Claim Number: 1239<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $220.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | Claim Number: 1240<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $625.00 | |

| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1241<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $212,761.31 | |

| JERSEY CENTRAL POWER & LIGHT<br>A FIRSTENERGY COMPANY<br>ATTN DEBRA KELLY<br>331 NEWMAN SPRINGS RD BLDG 3<br>RED BANK, NJ 07701 | Claim Number: 1242<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $247.56 | |
| UNSECURED | Claimed: | $247.56 | |

| ALBRITTON, LESLIE<br>1475 DOCKSIDE CT<br>FREDERICK, MD 21701 | Claim Number: 1243<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.40 | Scheduled: | $1,292.30  CONT |

| DUQUESNE LIGHT COMPANY<br>S JAMES WALLACE<br>GRIFFITH MCCAGUE & WALLACE PC<br>THE GULF TWR 38TH FL- 707 GRANT ST<br>PITTSBURGH, PA 15219 | Claim Number: 1244<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19.98 | |

| AMEREN UE<br>ATTN ROBERT G GERTH, CREDIT ADVISOR<br>PO BOX 66881<br>MAIL CODE 310<br>SAINT LOUIS, MO 63166 | Claim Number: 1245<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,177.23 | |

| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | Claim Number: 1246<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $270,845.23 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

AEROTEK
MICHAEL WILSON
7301 PARKWAY DR
HANOVER, MD 21076

Claim Number: 1247
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $828.40 |
|---|---|---|

---

SNOHOMISH COUNTY TREASURER
ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE M/S 501
EVERETT, WA 98201-4060

Claim Number: 1248
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7931 (08/11/2009)

| SECURED | Claimed: | $430.88 |
|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G
MEMPHIS, TN 38116

Claim Number: 1249
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,951.83 |
|---|---|---|

---

FOREST CITY COMMERCIAL MANAGEMENT, INC.
AGENT FOR FC RFICHMOND II, LLC
ATTN ROBERTA AYRES, AGENT
50 PUBLIC SQUARE STE 1360
CLEVELAND, OH 44113

Claim Number: 1250
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $5,177.00 |
|---|---|---|

---

CITADEL BROADCASTING
ATTN DOUG MICHAELIS, BUSINESS MANAGER
575 W ROGER RD
TUCSON, AZ 85705

Claim Number: 1251
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $5,916.00 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
EVA MILANOWSKY, BANKRUPTCY ADMIN
RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 1252
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| PRIORITY | Claimed: | $145.65 |
|---|---|---|
| UNSECURED | Claimed: | $104.86 |

---

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL OPERATIONS BANKRUPTCY UNIT
ATTN JILL WHITWORTH, BWC ATTORNEY
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Number: 1253
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $105,808.68 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | Claim Number: 1254<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $67,716.93 |
|---|---|---|
| SECURED | Claimed: | $363.97 |
| UNSECURED | Claimed: | $59,356.95 |

| BAYWOOD VALUATION, LLC<br>ATTN FREDERICK COPE<br>59 KENNEBUNK RD<br>ALFRED, ME 04002 | Claim Number: 1255<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $2,025.00 |
|---|---|---|

| TOP NOTCH APPRAISALS - 1000023447<br>ATTN JIM KLIEGL<br>OWNER<br>8780 19TH ST, #277<br>ALTA LOMA, CA 91701 | Claim Number: 1256<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $4,754.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

| CENTURYTEL OF MISSOURI, LLC<br>ATTN REX D RAINACH, ATTORNEY<br>3622 GOVERNMENT ST<br>BATON ROUGE, LA 70806-5720 | Claim Number: 1257<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,170.04 | Scheduled: | $80.04 |
|---|---|---|---|---|

| SUNTORY INTERNATIONAL CORP.<br>350 THEODORE FREMD AVE FL 2<br>RYE, NY 105801565 | Claim Number: 1258<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $29,260.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,575.00 | Scheduled: | $5,573.24 |

| CONNECTICUT LIGHT AND POWER COMPANY, THE<br>NORTHEAST UTILITIES<br>ATTN MARY A GOFFIN, TEAM SUPERVISOR<br>PO BOX 2899 - CREDIT AND COLLECTIONS<br>HARTFORD, CT 06101-8307 | Claim Number: 1259<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $759.11 |
|---|---|---|

| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | Claim Number: 1260<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $4,025.81   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | Claim Number: 1261<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $6,159.51   UNLIQ |
|---|---|---|

| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | Claim Number: 1262<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $3,593.40   UNLIQ |
|---|---|---|

| REAVELY, EMMETT, ELAINE & LARRY THOMAS<br>ROBERT F SALVIN, ESQ<br>COMMUNITY IMPACT LEGAL SERVICES, INC<br>1003 E LINCOLN HWY<br>COATESVILLE, PA 19320-3539 | Claim Number: 1263<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) |
|---|---|

| PRIORITY | Claimed: | $60,977.90 |
|---|---|---|
| UNSECURED | Claimed: | $87,122.10 |

| TXU ENERGY RETAIL COMPANY LP<br>ATTN DON WELLS, SUPERVISOR<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | Claim Number: 1264<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $18,523.38 | Scheduled: | $27,046.18 |
|---|---|---|---|---|

| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC / SARI E MEADOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | Claim Number: 1265<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $49.21   UNLIQ |
|---|---|---|

| SHAPIRO & BURSON LLP<br>ATTN WILLIAM M SAVAGE<br>13135 LEE JACKSON HWY STE 201<br>FAIRFAX, VA 22033 | Claim Number: 1266<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $2,614.58 |
|---|---|---|

| MATSON, SARA<br>641 FIELD CLIFF DR<br>STONE MTN, GA 30087-4909 | Claim Number: 1267<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| SECURED | Claimed: | $21,588.93 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | Claim Number: 1268<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $750,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| SPRINT NEXTEL<br>ATTN ABIGAIL LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 1269<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| UNSECURED | Claimed: | $116,762.16 |
|---|---|---|

---

| | | |
|---|---|---|
| THIEMAN AND ASSOCIATES, INC.<br>ATTN GENERAL MANAGER<br>1100 STONE RD STE 101<br>KILGORE, TX 75662 | Claim Number: 1270<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

---

| | | |
|---|---|---|
| PLANNED OFFICE<br>1320 E SAINT GERTRUDE PL<br>SANTA ANA, CA 92705 | Claim Number: 1271<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $23,759.68 | Scheduled: | $23,752.68 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JOHNSON, PAUL J.<br>20045 VALHALLA SQ<br>ASHBURN, VA 201474146 | Claim Number: 1272<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,950.00 | Scheduled: | $33,950.00 CONT |

---

| | | |
|---|---|---|
| JOHNSON, PAUL J.<br>20045 VALHALLA SQ<br>ASHBURN, VA 201474146 | Claim Number: 1273<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |

| PRIORITY | Claimed: | $4,629.45 |
|---|---|---|

---

| | | |
|---|---|---|
| TOLIN, GARIELLA<br>16 KIMBERLY AVE<br>FARMINGVILLE, NY 11738-2268 | Claim Number: 1274<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| PRIORITY | Claimed: | $753.90 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| B&G POTASH, INC.<br>DBA B&G REAL ESTATE APPRAISALS, LLC<br>ATTN BRUCE J POTASH<br>PO BOX 27<br>BELLVALE, NY 10912 | Claim Number: 1275<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $4,520.00 | | |
|---|---|---|---|---|

| CHANDLER, DEBI SUE<br>10255 LIVE OAK AVE<br>CHERRY VALLEY, CA 92223 | Claim Number: 1276<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $2,769.23 | | |
|---|---|---|---|---|

| PERRY, JOHN TODD<br>3216 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | Claim Number: 1277<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $2,617.38 | Scheduled: | $2,617.39 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,650.00 | | |

| VAY, LISA<br>8078 PHIRNE RD EAST<br>GLEN BURNIE, MD 21061 | Claim Number: 1278<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $900.83 | | |
|---|---|---|---|---|

| BLITCH APPRAISAL CO INC<br>ATTN PIERCE G BLITCH III,OWNER/PRESIDENT<br>104 WHEELER EXECUTIVE CENTER<br>AUGUSTA, GA 30909 | Claim Number: 1279<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $75.00 | | |
|---|---|---|---|---|

| GLASCO, ADRIENNE D.<br>214 LIVINGSTON ST APT 2<br>WESTFIELD, NJ 07090 | Claim Number: 1280<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,456.64 | | |
|---|---|---|---|---|

| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | Claim Number: 1281<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,111.25 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BUNBURY, JOHN
11 ALLERTON AVE
EAST NORTHPORT, NY 11731

Claim Number: 1282
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,047.54 | Scheduled: | $4,047.54 CONT |

---

OWEN, DUSTIN R.
9857 BUBBLING BROOK CT
OVIEDO, FL 32765

Claim Number: 1283
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,506.45 | Scheduled: | $3,506.45 CONT |
| UNSECURED | | | Scheduled: | $160.38 CONT |

---

VILIOTT, DAWN M.
85 LONGWOOD RD
READING, MA 01867

Claim Number: 1284
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,765.38 | Scheduled: | $1,765.38 CONT |

---

PERKINS, THOMAS J.
1009 OLD COUNTRY RD
ELMSFORD, NY 10523

Claim Number: 1285
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,461.54 CONT |
| UNSECURED | Claimed: | $2,461.54 | | |

---

BOSWELL, LORI A.
2051 FAWN LN
BATAVIA, OH 45103

Claim Number: 1286
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

BURDICK RESIDENTIAL APPRAISALS
ATTN JULIE BURDICK, OWNER
5930 E PIMA # 120
TUCSON, AZ 85712

Claim Number: 1287
Claim Date: 09/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,885.00 |

---

ZELL, GARY S.
8300 ARMETALE LN
FAIRFAX STATION, VA 22039

Claim Number: 1288
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $9,534.70 CONT |
| UNSECURED | Claimed: | $338,202.94 | Scheduled: | $338,359.51 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CREATIVE SOLUTIONS
C/O LOREN LARSEN
16252 TREASURE COVE
BULLARD, TX 75757

Claim Number: 1289
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,440.00 | Scheduled: | $7,440.00 |

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
PO BOX 1173
PALM SPRINGS, CA 92234

Claim Number: 1290
Claim Date: 09/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,375.00 |

AULBAUGH & ASSOCIATES
ATTN JACK AULBAUGH, OWNER
4347 PHELAN BLVD # 101 B
BEAUMONT, TX 77707

Claim Number: 1291
Claim Date: 09/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,075.00 |

BEAUMONT TITLE
ATTN RUBY MARTIN, L.O.
3195 DOWLEN RD # 108
BEAUMONT, TX 77706

Claim Number: 1292
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,478.75 |
| UNSECURED | Claimed: | $1,478.75 |
| TOTAL | Claimed: | $1,478.75 |

CHARD, ROBIN L.
763 DORIS JANE AVE
FAIRFIELD, OH 45014

Claim Number: 1293
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8414 (12/14/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,117.20 |

PROFESSIONAL RECOVERY GROUP, INC.
PO BOX 866
GOSHEN, NY 10924

Claim Number: 1294
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00 |

WALLACE, DIANA L.
16769 LYONHURST CIR
NORTHVILLE, MI 481684418

Claim Number: 1295
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,680.77 |
| UNSECURED | Claimed: | $7,909.38 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BUNN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

Claim Number: 1296
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $3,384.62 | | |

---

BLINN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

Claim Number: 1297
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $3,385.00 | | $3,384.62 CONT |

---

TURLINGTON, DAVID
D.B.T. APPRAISALS, INC.
425 WAKE ROBIN DRIVE
COCKEYSVILLE, MD 21030

Claim Number: 1298
Claim Date: 09/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $425.00 | | |

---

DAUENHEIMER, JEAN
3 VAN ORDEN ROAD
MILTON, NY 12547

Claim Number: 1299
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,877.25 | | $3,392.31 CONT |
| UNSECURED | | | | $34.95 CONT |

---

HUBER, STEFANIE
126 E HILDRETH AVE
WILDWOOD, NJ 08260-4422

Claim Number: 1300
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $1,670.00 | | |

---

GODBOUT, NICHOLAS
37 PRESCOTT HEIGHTS RD
HOOKSETT, NH 03106

Claim Number: 1301
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,299.48 | | $1,299.37 CONT |

---

WREN, ANNE
137 FONTAINE DR
TAVERNIER, FL 33070

Claim Number: 1302
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,230.40 | | $3,138.46 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STITS, MICHELLE M.
1320 E. 3RD STREET, #2
LONG BEACH, CA 90814

Claim Number: 1303
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT |

KEEFE, SENOA
204 ANNA ST
NORTH AURORA, IL 60542

Claim Number: 1304
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $807.52 | Scheduled: | $1,353.60 CONT |

FISHMAN, BRIAN
1695 PARTAGE PASS
DEERFIELD, IL 60015

Claim Number: 1305
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8031 (09/08/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $10,835.09 |

JORGENSEN, ANNE MARIE
14 TAYLOR COMMONS
YAPHANK, NY 11980

Claim Number: 1306
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,383.65 |

SCHNEIDER, CATHY L.
451 HAZEL AVENUE
HIGHLAND PARK, IL 60035

Claim Number: 1307
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,319.00 |

ARLINGTON APPRAISAL SERVICES
ATTN STEPHEN GRIFFITH OWNER
124 N WEST AVENUE
ARLINGTON, WA 98223

Claim Number: 1308
Claim Date: 09/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425.00 |

CRABILL, JULIE
4396 LUCILE AVE
AUBURN, IN 46706

Claim Number: 1309
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.75 | Scheduled: | $1,480.77 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUSZKAY, CHRISTINE
369 CAMBRIDGE RD
COATESVILLE, PA 19320-1111

Claim Number: 1310
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $646.00 | Scheduled: | $646.15 | CONT |

SCOTTOLINE, LOUIS J.
333 LANCASTER AVE APT 612
FRAZER, PA 19355

Claim Number: 1311
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $859.90 | Scheduled: | $859.88 | CONT |

WALLACE, DIANA L.
16769 LYONHURST CIRCLE
NORTHVILLE, MI 48168

Claim Number: 1312
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,269.23 | Scheduled: | $3,269.23 | CONT |

MORGAN, KANEEN
PO BOX 7719
FREEPORT, NY 115200760

Claim Number: 1313
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 | CONT |

NUNEZ, SILVINA
603 WEST 148TH APT # 5
NEW YORK, NY 10031

Claim Number: 1314
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,050.00 | | | |

ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL 32256

Claim Number: 1315
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,315.41 | CONT |
| UNSECURED | Claimed: | $189,050.00 | Scheduled: | $239,684.59 | CONT |

ADKINS, THOMAS E. JR.
8298 WOODGROVE RD
JACKSONVILLE, FL 32256

Claim Number: 1316
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $41,666.67 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CLARK PROPERTIES L.L.C.<br>5515 CAMERON FOREST PKWY<br>ALPHARETTA, GA 30022 | Claim Number: 1317<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | |

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FIDDLER, THOMAS<br>13 AVERILL COURT<br>NORTH BARRINGTON, IL 60010 | Claim Number: 1318<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | |

| UNSECURED | Claimed: | $61,587.40 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| MANGLARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER BEACH, FL 33767 | Claim Number: 1319<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | |

| UNSECURED | Claimed: | $61,587.40 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1320<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| PRIORITY | Claimed: | $5,600.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1321<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| PRIORITY | Claimed: | $5,600.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TULIAY, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | Claim Number: 1322<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | |

| PRIORITY | Claimed: | $2,261.56 | Scheduled: | $2,261.56  CONT |
|---|---|---|---|---|

| | | |
|---|---|---|
| ELKIN, DARCY J.<br>10626 GREEN MOUNTAIN CIRCLE<br>COLUMBIA, MD 21044 | Claim Number: 1323<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | |

| PRIORITY | Claimed: | $1,120.00 | Scheduled: | $2,240.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| HOSCH, PAUL J.<br>11 WESTWARD RIDGE PL<br>THE WOODLANDS, TX 77384-5023 | Claim Number: 1324<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $961.04 | Scheduled: | $1,346.15 CONT |

| TERESI, DAWN S.<br>25 HUNTER DRIVE<br>SMITHTOWN, NY 11787 | Claim Number: 1325<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,638.46 | Scheduled: | $1,638.46 CONT |

| HUARD, CHARLENE<br>P.O. BOX 512<br>MERRIMACK, NH 03054-0512 | Claim Number: 1326<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,646.15 | Scheduled: | $2,304.61 CONT |

| ARNDT, LISA K.<br>59 BENJAMIN DRIVE<br>TROY, MO 63379 | Claim Number: 1327<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 3945 (05/02/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,943.12 | Scheduled: | $4,943.12 CONT |

| SIMONE, TRACY<br>11422 CANDLELIGHT CT<br>CHARLOTTE, NC 28226 | Claim Number: 1328<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $971.52 | Scheduled: | $971.54 CONT |

| HUSSER, CAROL C.<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | Claim Number: 1329<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6840 (01/13/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $327.60 | Scheduled: | $1,514.91 CONT |

| CLARK, DEBRA<br>100 ALHAMBRA AVE<br>SANTA CRUZ, CA 95062 | Claim Number: 1330<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7234 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,740.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THORNTON, PATRICIA M.<br>137-32 LAURELTON PARKWAY<br>ROSEDALE, NY 11422 | | Claim Number: 1331<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00 CONT |

| WATSON, MARINA<br>3 BEDFORDBURY<br>LONDON, WC2N4DP<br>UNITED KINGDOM | | Claim Number: 1332<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $992.79 | | |
| UNSECURED | Claimed: | $992.79 | | |
| TOTAL | Claimed: | $992.79 | | |

| PACE, DON<br>248 PARKWOOD ST<br>RONKONKOMA, NY 11779 | | Claim Number: 1333<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,579.17 | | |

| SERVICEMASTER MID STATE 2<br>ATTN JAMES SELETOS<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | | Claim Number: 1334<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $524.45 | | |

| DJURASEVIC, LINDA<br>PO BOX 1202<br>WARREN, MI 480901202 | | Claim Number: 1335<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,130.64 | Scheduled: | $2,261.28 CONT |

| MILO, RAGIN<br>529 8TH AVE<br>NEW HYDE PARK, NY 11040 | | Claim Number: 1336<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,923.08 | Scheduled: | $8,923.08 CONT |

| CHROMY, JACLYN A.<br>501 EAST BAY DR. UNIT 902<br>LARGO, FL 33770 | | Claim Number: 1337<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EXUM, RAMONA<br>936-59A JEWEL AVENUE<br>KEW GARDEN HILLS, NY 11367 | Claim Number: 1338<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7399 |
|---|---|

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT |
|---|---|---|---|---|

| WALLACE, DIANA L.<br>16769 LYONHURST CIRCLE<br>NORTHVILLE, MI 48168 | Claim Number: 1339<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $39,230.40 |
|---|---|---|

| MAURO, STEVEN<br>211 MEDEA WAY<br>CENTRAL ISLIP, NY 117224540 | Claim Number: 1340<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $1,562.89 | Scheduled: | $2,105.66  CONT |
|---|---|---|---|---|

| LEBLANC, SARA<br>1523 CRESCENT SHORES LANE<br>SEABROOK, TX 77586 | Claim Number: 1341<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| UNSECURED | Claimed: | $198.55 |
|---|---|---|

| CORREA, PATRICIA E.<br>970 HOPE STREET APT 4-C<br>STAMFORD, CT 06907 | Claim Number: 1342<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $1,320.00 | Scheduled: | $1,320.00  CONT |
|---|---|---|---|---|

| VENNERS, MINDY<br>108 E ORCHARD HILLS DR.<br>ROCHELLE, IL 61068 | Claim Number: 1343<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008)<br>Amends claim number 236 |
|---|---|

| PRIORITY | Claimed: | $634.48 | Scheduled: | $634.48  CONT |
|---|---|---|---|---|

| HAWTHORNE, PAUL JR.<br>DBA THE HAWTHORNE GROUP<br>8005 OAKCREST DRIVE<br>MC KINNEY, TX 75070 | Claim Number: 1344<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PINEDA, RICARDO
744 W 173RD PLACE
GARDENA, CA 90247

Claim Number: 1345
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | Scheduled: | $4,461.54 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $10,902.35 | | |

---

KENNAY, GEORGANN
1326 JANET STREET
SYCAMORE, IL 60178

Claim Number: 1346
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,096.88 |
|---|---|---|

---

MARCANO, ANGELICA
426 TAMARIND PARKE LN
KISSIMMEE, FL 34758-3635

Claim Number: 1347
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,526.84 |
|---|---|---|

---

APPRAISALL
ATTN PRESIDENT
635 E. FIRST ST. SUITE 452
TUSTIN, CA 92780

Claim Number: 1348
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,425.00 |
|---|---|---|

---

HAWLEY, DAVID R.
15389 HEMLOCK RT. RD
CHAGRIN FALLS, OH 44022

Claim Number: 1349
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $1,775.00 |
|---|---|---|

---

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

Claim Number: 1350
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7233 (04/07/2009)
Replaces claim number 234

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,188.46 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,488.47 | | |

---

VANDERLAAN, ROBERT D
AFFILIATED APPRAISERS INC
1683 SPOTTSWOOD CIR
PALM HARBOR, FL 34683

Claim Number: 1351
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,325.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

YORK, PHILLIP G.
6931 WOODRIDGE DRIVE
AVON, IN 46123

Claim Number: 1352
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | | |

---

DOHERTY, EILEEN
14 BERMUDA HARBOR BLVD
NOVATO, CA 949495330

Claim Number: 1353
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $730.77 | Scheduled: | $5,559.80 CONT |
| UNSECURED | | | Scheduled: | $73.10 CONT |

---

O'MALLEY, LISA
2311 SCHILLER AVE
WILMETTE, IL 60091-2329

Claim Number: 1354
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $543.60 | |

---

HALL, DIANE
2421 CLOVERFIELD CT
FORT WAYNE, IN 46808

Claim Number: 1355
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $555.32 | Scheduled: | $2,747.63 CONT |

---

SINILA, ROGER
1321 COLLEGE VIEW DR APT 5
MONTEREY PARK, CA 917546127

Claim Number: 1356
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,295.00 | |

---

ARELLANO, FERNANDO C. JR.
6811 RUSSELFIELD LN
HOUSTON, TX 77049

Claim Number: 1357
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,000.00 | |
| UNSECURED | Claimed: | $11,000.00 | |
| TOTAL | Claimed: | $11,000.00 | |

---

SHEEHAN, ANDREW
26 WILLIAM STREET
BETHPAGE, NY 11714

Claim Number: 1358
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUTKIN, DAVID
2617 CHECKERBERRY CT.
RESTON, VA 20191

Claim Number: 1359
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $6,230.77 | Scheduled: | $6,230.77 CONT |
|---|---|---|---|---|

FREISINGER APPRAISAL SERVICES, LLC
ATTN ERIC FREISINGER, MANAGER
2127 SOUTH LINCOLN STREET
DENVER, CO 80210

Claim Number: 1360
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

DAILY PRESS
C/O TRIBUNE COMP.
ATTN CAROL LIOTTA
435 N. MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Claim Number: 1361
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)
CLAIM IS A COPY

| UNSECURED | Claimed: | $640.00 |
|---|---|---|

DAILY PRESS
C/O TRIBUNE COMP.
ATTN CAROL LIOTTA
435 N. MICHIGAN AVE 3RD FL
CHICAGO, IL 60611

Claim Number: 1362
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $4,294.00 | Scheduled: | $3,894.00 |
|---|---|---|---|---|

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
43385 TENNESSEE AVE
PALM DESERT, CA 92211

Claim Number: 1363
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $6,485.00 |
|---|---|---|

WORBY, MARILYN
878 LITTLE E NECK ROAD
WEST BABYLON, NY 11704

Claim Number: 1364
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $2,692.31 |
|---|---|---|

CITY OF KNOXVILLE
DOUGLAS GORDON, ATTORNEY AT LAW
PO BOX 2084
KNOXVILLE, TN 37901

Claim Number: 1365
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6574 (11/13/2008)

| PRIORITY | Claimed: | $281.82 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1366<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| SECURED | Claimed: | $111,900.72 | | |
|---|---|---|---|---|

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1367<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $5,960.00 | | |
|---|---|---|---|---|

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1368<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $240.18 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|
| UNSECURED | Claimed: | $356.38 | | |

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1369<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $100.00 | | |
|---|---|---|---|---|

| MOHSENZADEH, HOLLY<br>1415 SILVER LINDEN CT<br>FORT WAYNE, IN 46804 | Claim Number: 1370<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,275.12 | | |

| PLUGUES, MICHAEL<br>19 YOSEMITE LANE<br>CORAM, NY 11727 | Claim Number: 1371<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $1,500.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | |
| TOTAL | Claimed: | $1,500.00 | | |

| MULL & ASSOCIATES FINANCIAL SERVICES LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | Claim Number: 1372<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $151.35 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SHOOK, STEPHEN & BECKY<br>5381 KINGS HWY.<br>DOUGLASVILLE, GA 30135 | | Claim Number: 1373<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $250.00 | | | |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | | Claim Number: 1374<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,399.23 | | | |
| MULL & ASSOCIATES FINANCIAL SERVICES LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | | Claim Number: 1375<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $1,422.48 | | | |
| NUZZO, SHAWN P.<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | | Claim Number: 1376<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $346.15 | Scheduled: | $346.15 | CONT |
| GUSTAVSON, JENNIFER<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | | Claim Number: 1377<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $283.05 | Scheduled: | $283.08 | CONT |
| SPENCE, DEBORAL<br>A.C.E. APPRAISAL SERVICE<br>103 OAKDALE<br>FILLMORE, CA 93015 | | Claim Number: 1378<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,450.00 | | | |
| MILLENNIUM GROUP HOLDINGS, INC.<br>ATTN KEVIN MASSEY, OWNER<br>1277 KELLY JOHNSON BLVD, STE 200<br>COLORADO SPRINGS, CO 80920 | | Claim Number: 1379<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,150.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PEARCE, JOAN M.<br>3634 SWEETGRASS LANE<br>CHARLOTTE, NC 28226 | | Claim Number: 1380<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,333.33 | | |

| MCNUTT, CATHERINE A.<br>5610 MORSE AVE<br>JACKSONVILLE, FL 32244 | | Claim Number: 1381<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $750.00 | | |

| SWIFT, MIKKI<br>2907 SEMMES AVE<br>RICHMOND, VA 23225 | | Claim Number: 1382<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,730.40 | Scheduled: | $2,941.68  CONT |

| GALLAGHER, BRIDEEN<br>4224 40TH ST NW<br>WASHINGTON, DC 20016 | | Claim Number: 1383<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,760.65 | | |

| NORTHEASTERN APPRAISAL ASSOCIATES<br>616 N FRENCH RD<br>AMHERST, NY 14228-2125 | | Claim Number: 1384<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,475.00 | | |

| BARR, EDNA<br>1122 NORFOLK RD<br>LIVERMORE, CA 945511817 | | Claim Number: 1385<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00    UNLIQ | | |

| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 1386<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,198.80 | | |
| UNSECURED | Claimed: | $5,751.20 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1387<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $4,123.61 |
|---|---|---|

| OFFICE MAX<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563 | Claim Number: 1388<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| ADMINISTRATIVE | Claimed: | $91,187.86 |
|---|---|---|

| STANDARD APPRAISAL SERVICE<br>ATTN PHILIP KAHN<br>FEIN SUCH KAHN AND SHEPARD PC<br>7 CENTURY DRIVE SUITE 201<br>PARSIPPANY, NJ 07054 | Claim Number: 1389<br>Claim Date: 09/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,700.00 |
|---|---|---|

| CITY OF DOVER<br>NATALIE COFONE, BILLING SUPERVISOR<br>5 EAST REED STREET<br>PO BOX 7100<br>DOVER, DE 19903-7100 | Claim Number: 1390<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $659.22 |
|---|---|---|

| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>MARYBETH M. NEWELL<br>PO BOX 4396<br>TIMONIUM, MD 21094 | Claim Number: 1391<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $472,313.89 | Scheduled: | $220,743.40 |
|---|---|---|---|---|

| COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 WEST PRESTON STREET ROOM 410<br>BALTIMORE, MD 21201-2383 | Claim Number: 1392<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9913 (04/04/2011) |
|---|---|

| PRIORITY | Claimed: | $682.00 |
|---|---|---|
| UNSECURED | Claimed: | $60.00 |

| HUFFMAN ASSOCIATES, LLC<br>ATTN MICHAEL W. HUFFMAN, PRESIDENT<br>111 WEST MAIN STREET<br>BAY SHORE, NY 11706 | Claim Number: 1393<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $125,700.00 | Scheduled: | $62,700.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>PO BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 1394<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $55.80 |
| COLLINS, SHAN<br>6 S INDIANA<br>BELLEVILLE, IL 62221 | | Claim Number: 1395<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7399 (05/15/2009) |
| PRIORITY | Claimed: | $5,600.00 |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUTPCY UNIT<br>ATTN ALEXIS R. GONZALEZ<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | | Claim Number: 1396<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8947 (06/21/2010) |
| SECURED | Claimed: | $728.20 |
| UNSECURED | Claimed: | $450.00 |
| CLERMONT COUNTY<br>MR J ROBERT TRUE, TREASURER<br>101 E MAIN ST<br>BATAVIA, OH 45103 | | Claim Number: 1397<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) |
| SECURED | Claimed: | $1,726.14 |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | | Claim Number: 1398<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET 7931 (08/11/2009) |
| SECURED | Claimed: | $150.38 |
| ATMOS ENERGY/ MID-TEX DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN BANKRUPTCY GROUP-RHONDA B BROWN<br>PO BOX 650205<br>DALLAS, TX 75265-0205 | | Claim Number: 1399<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $370.79 |
| LEIGH B. PATTALOCHI COMPANY<br>1670 N. KOLB ROAD # 246<br>TUCSON, AZ 85715 | | Claim Number: 1400<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,965.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | | Claim Number: 1401<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $884.62 | Scheduled: | $884.62 | CONT |
| AT&T LONG DISTANCE<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 1402<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8375 (12/08/2009) | | | |
| UNSECURED | Claimed: | $8,477.47 | Scheduled: | $249.66 | |
| JAMES A. CURRLIN APPRAISALS<br>6 SILVERHILL COURT<br>CHICO, CA 95926 | | Claim Number: 1403<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $750.00 | | | |
| CITY OF ST. LOUIS<br>GREGORY F.X. DALY, COLLECTOR OF REVENUE<br>1200 MARKET ST, RM 110<br>SAINT LOUIS, MO 63103 | | Claim Number: 1404<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED | Claimed: | $3,326.17 | | | |
| RIDGEVIEW PLAZA, LLC<br>CHRIS D. NICHOLS, ESQ.<br>417 WEST PLUMB LANE<br>RENO, NV 89509 | | Claim Number: 1405<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $92,072.28 | | | |
| HERITAGE OFFICE FURNITURE<br>1562 MONTAGUE EXPY<br>SAN JOSE, CA 951311408 | | Claim Number: 1406<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $6,573.29 | Scheduled: | $6,738.55 | |
| MULLIGAN, KATHLEEN M.<br>12262 GLANCY LANE<br>SPRING HILL, FL 34609 | | Claim Number: 1407<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,017.96 | Scheduled: | $1,017.96 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PATTON, MICHELE
7300 KEY DEER CIRCLE
MIDLOTHIAN, VA 23112

Claim Number: 1408
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $615.36 | Scheduled: | $615.36 CONT |

BLACKWELL, STACEY D.
7201 CHIPPENHAM PLACE
# 203
WINDSOR MILL, MD 21244

Claim Number: 1409
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,472.00 | |

MYER, KAREN L.
701 RANDI DR SE
LEESBURG, VA 20175

Claim Number: 1410
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,215.39 | Scheduled: | $2,511.10 CONT |

MORA, ROSA M.
1 S PINE ISLAND RD APT 322
PLANTATION, FL 33324-2643

Claim Number: 1411
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8819 (05/04/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

SMITH, LAUREN
58 WALNUT ST
W HEMPSTEAD, NY 11552-2027

Claim Number: 1412
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | |

CORDTS, AUDRA LYNN
160 EAST 23RD STREET
SOUTH HUNTINGTON, NY 11746

Claim Number: 1413
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $392.31 | Scheduled: | $392.31 CONT |

MCEVOY, TERRI L.
2316 WEST STATE COURT
FORT WAYNE, IN 46808

Claim Number: 1414
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $588.46 | Scheduled: | $588.46 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRUMFIELD, SHARON D.
13033 BUMPY HOLLOW LN
HANOVER, VA 23069

Claim Number: 1415
Claim Date: 10/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,385.00 | | |

---

VALENTINE, ANDREW
9 GLENN DR
WOODBURY, NY 11797

Claim Number: 1416
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $31,850.38 | |

---

LABEAU, KELLY C.
1304A DELBAR CT
LARGO, FL 337704484

Claim Number: 1417
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $730.77 | Scheduled: | $730.77  CONT |

---

MYER, MARTI
3484 HWY G-50
SAINT CHARLES, IA 50240

Claim Number: 1418
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $125.00 | |
| SECURED | Claimed: | $125.00 | |
| TOTAL | Claimed: | $125.00 | |

---

SEVERINO, CANDIDA
7640 W SUNSET DR
ELMWOOD PARK, IL 607071327

Claim Number: 1419
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $534.69 | Scheduled: | $534.69  CONT |

---

BOWMAN, MONICA
PO BOX 1288
SANTA CRUZ, CA 95061

Claim Number: 1420
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $825.00 | |

---

BYRD, DEBORAH M.
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 1421
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $6,336.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KLOTZ-REUILLE, LORI
7724 E DISTO DRIVE
NEW HAVEN, IN 46774

Claim Number: 1422
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $936.00 |
| --- | --- | --- |

---

REYES, JUDY I.
PO BOX 1352
RONKONKOMA, NY 11779

Claim Number: 1423
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,163.46 |
| --- | --- | --- |

---

LEACOCK, REBECCA
9713 WHITESTONE TERRACE
ROCK HILL, MO 63119

Claim Number: 1424
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,211.56 | Scheduled: | $2,422.98  CONT |
| --- | --- | --- | --- | --- |

---

HYMEL, AUDREY M.
245 BEAUREGARD ST
PONCHATOULA, LA 70454

Claim Number: 1425
Claim Date: 10/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $8,200.00 |
| --- | --- | --- |

---

COMMONWEALTH APPRAISALS & CONSULTING INC
ATTN THOMAS M. KIRCHNER JR.
42949 RIDGEWAY DR
ASHBURN, VA 20148

Claim Number: 1426
Claim Date: 10/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $375.00 |
| --- | --- | --- |

---

BURNETT, BENNY L.
TODAY'S REALTY, INC.
2475 LIVINGSTON RD
JACKSON, MS 39213

Claim Number: 1427
Claim Date: 10/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $375.00 |
| --- | --- | --- |

---

BERKEY ENGINEERING
ATTN DIANE BERKEY
167 ENGLEWOOD DR
RICHLAND, WA 99352

Claim Number: 1428
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8492 (01/12/2010)

| UNSECURED | Claimed: | $460.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CAMPBELL, DOUG<br>1 VAN SISE COURT<br>SYOSSET, NY 11791 | | Claim Number: 1429<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

---

| | | |
|---|---|---|
| HOPKINS, CARA<br>23601 TORERO CIRCLE<br>MISSION VIEJO, CA 92691 | | Claim Number: 1430<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $1,108.24 |

---

| | | |
|---|---|---|
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | | Claim Number: 1431<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $2,146.56 |
|---|---|---|

---

| | | |
|---|---|---|
| BRAVO, CHRISTINA<br>9719 WYNDHAM DR<br>FREDERICK, MD 21704-7391 | | Claim Number: 1432<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $269.60 |
|---|---|---|

---

| | | |
|---|---|---|
| BRAVO MCCORMICK, CHRISTINA<br>9719 WYNDHAM DRIVE<br>FREDERICK, MD 21704 | | Claim Number: 1433<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |

| PRIORITY | Claimed: | $2,707.38 | Scheduled: | $3,445.12  CONT |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| AMERICAN SOLUTIONS FOR BUSINESS<br>ATTN SHELLY ANDERSON, CREDIT MGR<br>PO BOX 218<br>GLENWOOD, MN 56334 | | Claim Number: 1434<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) |

| UNSECURED | Claimed: | $1,608.18 |
|---|---|---|

---

| | | |
|---|---|---|
| LAWSON, ALICE F.<br>2213 BROKEN OAK ROAD<br>FORT WAYNE, IN 46818 | | Claim Number: 1435<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $780.77 | Scheduled: | $780.77  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GOVINDU, KALYAN
12524 GREAT PINES COVE
FORT WAYNE, IN 46845

Claim Number: 1436
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,544.24 | Scheduled: | $4,070.77 CONT |
|---|---|---|---|---|

HAUG, KATHLEEN A.
6365 MILLSTONE CIRCLE
NEW PORT RICHEY, FL 34655

Claim Number: 1437
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,216.11 | Scheduled: | $1,216.11 CONT |
|---|---|---|---|---|

FIRST CHOICE APPRAISALS, INC.
ATTN TRINA L. HARINGS, OFFICE MANAGER
PO BOX 2048
BEAVERTON, OR 97075-2048

Claim Number: 1438
Claim Date: 10/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,350.00 | | |
|---|---|---|---|---|

WHEELER, SUSAN D.
4400 NORTE CIRCLE
LAS VEGAS, NV 89130

Claim Number: 1439
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $830.76 | Scheduled: | $830.77 CONT |
|---|---|---|---|---|

ALLEN, CYNTHIA A.
609 W PETTIT AVE
FORT WAYNE, IN 46807

Claim Number: 1440
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $650.00 | | |
|---|---|---|---|---|

ALBRECHT, MARSHA
832 HARRIET LN
BARRINGTON, IL 60010-4641

Claim Number: 1441
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $5,446.40 | Scheduled: | $7,261.54 CONT |
|---|---|---|---|---|

ALBRECHT, MARSHA
832 HARRIET LANE
BARRINGTON, IL 60010

Claim Number: 1442
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $1,250.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALBRECHT, MARSHA
832 HARRIET LANE
BARRINGTON, IL 60010

Claim Number: 1443
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | Scheduled: | $4,807.69 | CONT |
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $849.16 | Scheduled: | $849.16 | CONT |

REAL ESTATE RESOURCES, INC.
800 EVERSOLE RD
CINCINNATI, OH 452303504

Claim Number: 1444
Claim Date: 10/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $975.00 | Scheduled: | $275.00 | |

ST. LUCIE COUNTY TAX COLLECTOR
BARBARA BURTON, DEPUTY TAX COLLECTOR
PO BOX 308
FORT PIERCE, FL 34954-0308

Claim Number: 1445
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| SECURED | Claimed: | $4,077.13 | UNLIQ | | |

ST. LUCIE COUNTY TAX COLLECTOR
BARBARA BURTON, DEPUTY TAX COLLECTOR
PO BOX 308
FORT PIERCE, FL 34954-0308

Claim Number: 1446
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| SECURED | Claimed: | $3,788.65 | UNLIQ | | |

ST. LUCIE COUNTY TAX COLLECTOR
BARBARA BURTON, DEPUTY TAX COLLECTOR
PO BOX 308
FORT PIERCE, FL 34954-0308

Claim Number: 1447
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| SECURED | Claimed: | $4,089.78 | UNLIQ | | |

ST. LUCIE COUNTY TAX COLLECTOR
BARBARA BURTON, DEPUTY TAX COLLECTOR
PO BOX 308
FORT PIERCE, FL 34954-0308

Claim Number: 1448
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| SECURED | Claimed: | $34,099.53 | UNLIQ | | |

TURNER, KRISTEN
855 BEECH ST APT 309
SAN DIEGO, CA 92101-2888

Claim Number: 1449
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8414 (12/14/2009)

| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRAUDE, KEVIN Z.
1832 FIELDWOOD DRIVE
NORTHBROOK, IL 60062

Claim Number: 1450
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $6,166.51 | | |
| --- | --- | --- | --- | --- |

BROWN, CHANTEL
307 S REYNOLDS ST APT P219
ALEXANDRIA, VA 22904-4594

Claim Number: 1451
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6462 (10/27/2008)

| PRIORITY | Claimed: | $9,207.88 | | |
| --- | --- | --- | --- | --- |

BROWN, CHANTEL
307 S REYNOLDS ST APT P219
ALEXANDRIA, VA 22904-4594

Claim Number: 1452
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,292.55 | Scheduled: | $1,375.23  CONT |
| --- | --- | --- | --- | --- |

ROGERS, JOE M.
PO BOX 276
GLOUCESTER, VA 23061

Claim Number: 1453
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $250.00 | | |
| --- | --- | --- | --- | --- |

HESS, SHARON SUE
415 LONG BRANCH WAY
CANTON, GA 30115

Claim Number: 1454
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $2,500.80 | Scheduled: | $5,001.60  CONT |
| --- | --- | --- | --- | --- |

LEGAULT, SICILY A.
1512 TWIN SISTERS DR
LONGMONT, CO 80501

Claim Number: 1455
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $673.20 | Scheduled: | $807.84  CONT |
| --- | --- | --- | --- | --- |

KINNIEBREW, ROBERT L.
PO BOX 567
WILLINGBORO, NJ 08046

Claim Number: 1456
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $300.00 | | |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DURAN, DIANA<br>2724 DODDS LANE<br>KISSIMMEE, FL 34743 | Claim Number: 1457<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,109.23 | Scheduled: | $1,109.23  CONT |
|---|---|---|---|---|

| CARRELLI, ANTHONY<br>PO BOX 470878<br>LAKE MONROE, FL 327470878 | Claim Number: 1458<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT |
|---|---|---|---|---|

| TSESMETZIS, STEFANOS<br>112 WINTER LANE<br>HICKSVILLE, NY 11801 | Claim Number: 1459<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| UNSECURED | Claimed: | $2,250.00 |
|---|---|---|

| PUNDT, LISA KNEIP<br>8616 LONG MEADOW DR<br>JOHNSTON, IA 50131 | Claim Number: 1460<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $4,325.86 | Scheduled: | $4,804.32  CONT |
|---|---|---|---|---|

| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | Claim Number: 1461<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,125.00 |
|---|---|---|

| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | Claim Number: 1462<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $4,340.00 |
|---|---|---|

| GORDON APPRAISAL SERVICES, INC.<br>C/O BENJAMIN J. LEFRANCOIS, ESQUIRE<br>PO BOX 3<br>LAKELAND, FL 33802-0003 | Claim Number: 1463<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $1,125.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MILLER, EUGENE
129 CAMERON PARKE PL
ALEXANDRIA, VA 223046435

Claim Number: 1464
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| SECURED | Claimed: | $3,222.00 | | |
|---|---|---|---|---|

NORMAN, EWA
2810 36TH ST APT 25
ASTORIA, NY 11103-4613

Claim Number: 1465
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $3,297.40  CONT |
|---|---|---|---|---|

THOMPSON, ILEEN
2212 NEPTUNE AVENUE
BROOKLYN, NY 11224

Claim Number: 1466
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

POLLIS, LORI
18727 TAMMY DRIVE
MOKENA, IL 60448

Claim Number: 1467
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $450.00 | Scheduled: | $1,200.00  CONT |
|---|---|---|---|---|

ALLENDE, DAPHNE
485 GRAND BLVD
BRENTWOOD, NY 11717

Claim Number: 1468
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

COURTNEY, TERRESA K.
5179 DANIEL DR
BRIGHTON, MI 48114-9036

Claim Number: 1469
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $27,500.00 | | |
|---|---|---|---|---|

BRUNS, LUANN D.
26461 LA SCALA
LAGUNA HILLS, CA 92653

Claim Number: 1470
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,076.80 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAIER, DANIEL KEITH<br>2738 HARVARD DR<br>WARRINGTON, PA 189762378 | Claim Number: 1471<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,041.41 | |

| PUDENZ, MARY E.<br>1060 2ND ST CT<br>WAUKEE, IA 50263 | Claim Number: 1472<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,902.13 | |

| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | Claim Number: 1473<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | |

| COLLINS PALLWITZ, DIANA<br>1645 WATERS EDGE DR.<br>PLEASANT HILL, IA 50327 | Claim Number: 1474<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,184.80 | |

| SEYBOLD, NIC<br>25495 SW WOLSBORN AVE<br>HILLSBORO, OR 97123 | Claim Number: 1475<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $670.00 | Scheduled: $550.00 |

| HENNING-PABON, JENNIFER<br>716 MICHIGAN AVENUE<br>ELGIN, IL 60177 | Claim Number: 1476<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,815.36 | Scheduled: $1,815.36  CONT |

| WROBLEWSKI, MARIA<br>659 BONNIE BRAE<br>ERIE, PA 16511 | Claim Number: 1477<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,254.12 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON # 17<br>SAN DIEGO, CA 92130 | | Claim Number: 1478<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | |
| PRIORITY | Claimed: | $4,152.96 | | | |
| PURDON, ERIL<br>PURDON APPRAISALS<br>PO BOX 128<br>HARWOOD, MD 20776 | | Claim Number: 1479<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $350.00 | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| TOTAL | Claimed: | $350.00 | | | |
| BOJORQUEZ, AMANDA<br>4930 E. FOX ST.<br>MESA, AZ 85205 | | Claim Number: 1480<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $766.15 | Scheduled: | $766.15 | CONT |
| MUTHIG, WILLIAM F.<br>9 CRESTWOOD DRIVE<br>EAT YAPHANK, NY 11967 | | Claim Number: 1481<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $900.00 | Scheduled: | $900.00 | CONT |
| FELCKOWSKI, LAWRENCE<br>22 MARLENE DRIVE<br>CHEEKTOWAGA, NY 14225 | | Claim Number: 1482<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $615.20 | Scheduled: | $1,107.69 | CONT |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | | Claim Number: 1483<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $745.97 | | | |
| CANTELME, PHILIP<br>4809 MILLSHIRE LANE<br>FAIR OAKS, CA 95628 | | Claim Number: 1484<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $578.01 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| MYER, MARTI<br>3484 HWY G-50<br>SAINT CHARLES, IA 50240 | | Claim Number: 1485<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $494.00 | Scheduled: | $494.00 | CONT |

| POLANISH, BRIAN<br>727 SYLVAN AVENUE<br>BAYPORT, NY 11705 | | Claim Number: 1486<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,593.75 | Scheduled: | $3,618.46 | CONT |

| ZAJAC, KATHERINE<br>3073 SECRETARIAL CT.<br>AURORA, IL 60502 | | Claim Number: 1487<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54 | CONT |

| COURTNEY, TERRESA K.<br>5179 DANIEL DR<br>BRIGHTON, MI 48114-9036 | | Claim Number: 1488<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $9,519.23 | CONT |

| LEWIS, MARK H.<br>111 BUFFLEHEAD DR.<br>MOORESVILLE, NC 28117 | | Claim Number: 1489<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $1,230.90 | | | |

| SZYPULA, KRISTIE<br>119 SUTTON DR.<br>PLAINVIEW, NY 11803 | | Claim Number: 1490<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,115.38 | | | |

| HAWLEY, ROBIN B.<br>505 STEINHOUR RD<br>YORK HAVEN, PA 17370 | | Claim Number: 1491<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6167 (10/01/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,597.92 | Scheduled: | $11,500.00 | CONT |
| UNSECURED | | | Scheduled: | $288.46 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BAKER, LINDA A.<br>5319 MANOR DR<br>NEW PORT RICHEY, FL 34652 | Claim Number: 1492<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3945 (05/02/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,592.30    Scheduled: | $1,592.30  CONT |

| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M. DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | Claim Number: 1493<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $350.00 |

| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M. DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | Claim Number: 1494<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $400.00 |

| HANANIA, ROBERT C.<br>202 BARONEY PLACE DR<br>SUNSET BEACH, NC 28468 | Claim Number: 1495<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,602.50    Scheduled: | $652.50  CONT |

| ALEGIANCE REALTY CORPORATION<br>C/O KIAH T. FORD IV<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 S TRYON ST., SUITE 3000<br>CHARLOTTE, NC 28202 | Claim Number: 1496<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $178,933.57 |

| TERRY, JOHN GORDON<br>7629 WINDWARD WAY WEST<br>JACKSONVILLE, FL 32256 | Claim Number: 1497<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|
| PRIORITY          Claimed: | $10,950.00 |
| UNSECURED          Claimed: | $15,063.69 |

| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | Claim Number: 1498<br>Claim Date: 10/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|
| UNSECURED          Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CORNELL, SHANNON N.<br>265 DUNBARTON RD<br>COLUMBUS, OH 43230-2860 | | Claim Number: 1499<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $292.16 | Scheduled: | $584.32 CONT |
| CSHV SOUTHPARK, LLC.<br>ENID M. COLSON, ESQ.<br>LINER YANKELEVITZ SUNSHINE & REGENSTREIF<br>1100 GLENDON AVENUE, 14TH FLOOR<br>LOS ANGELES, CA 90024 | | Claim Number: 1500<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $96,704.91 | | |
| CSHV SOUTHPARK, LLC.<br>ENID M. COLSON, ESQ.<br>LINER YANKELEVITZ SUNSHINE & REGENSTREIF<br>1100 GLENDON AVENUE, 14TH FLOOR<br>LOS ANGELES, CA 90024 | | Claim Number: 1501<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $96,704.91 | | |
| MONSIMER, FREDERICK<br>2916 TOLL GATE DRIVE<br>NORRISTOWN, PA 19403 | | Claim Number: 1502<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00 CONT |
| KELLY, STEPHEN<br>1133 GOLDEN LAKES BLVD<br>APT 822<br>WEST PALM BEACH, FL 33411 | | Claim Number: 1503<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,084.65 | Scheduled: | $2,169.30 CONT |
| SCOURTOS, THOMAS C.<br>16 SHORE DRIVE N.<br>COPIAGUE, NY 11726 | | Claim Number: 1504<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $2,122.80 | | |
| RIEMER, STEVEN<br>88 BACON LANE<br>BAY SHORE, NY 11706 | | Claim Number: 1505<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,104.07 | Scheduled: | $1,103.85 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TSESMETZIS, STEFANOS
112 WINTER LANE
HICKSVILLE, NY 11801

Claim Number: 1506
Claim Date: 10/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $18,000.00 | | |
|---|---|---|---|---|

---

LOPEZ, KIM
1524 BACCAROT COURT
SANFORD, FL 32771

Claim Number: 1507
Claim Date: 10/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $923.07 | Scheduled: | $2,376.92 CONT |
|---|---|---|---|---|

---

STUEWE APPRAISAL SERVICES, INC.
6480 SW 155TH AVE.
BEAVERTON, OR 97007-5019

Claim Number: 1508
Claim Date: 10/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $475.00 | | |
|---|---|---|---|---|

---

TENNILLE & ASSOCIATES, INC.
ATTN PATTIE J. TENNILLE, PRESIDENT
820 STATE FARM ROAD
BOONE, NC 28607

Claim Number: 1509
Claim Date: 10/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $400.00 | | |
|---|---|---|---|---|

---

TENNILLE & ASSOCIATES, INC.
ATTN PATTIE J. TENNILLE, PRESIDENT
820 STATE FARM ROAD
BOONE, NC 28607

Claim Number: 1510
Claim Date: 10/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $400.00 | | |
|---|---|---|---|---|

---

ZYZXX
DBA BPOSD
ATTN CHERYL SUMMERVILLE
25462 ALPINE CT
MURRIETA, CA 92563

Claim Number: 1511
Claim Date: 10/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $9,857.00 | | |
|---|---|---|---|---|

---

POLK COUNTY FLORIDA
JOE G TEDDER CFC TAX COLLECTOR
DELINQUENCY AND ENFORCEMENT
PO BOX 2016
BARTOW, FL 33831

Claim Number: 1512
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| SECURED | Claimed: | $90.20 UNLIQ | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| AETNA<br>PO BOX 14088<br>LEXINGTON, KY 40512-4088 | Claim Number: 1513<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $9,373.84 |
|---|---|---|

| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>CITIMORTGAGE INC<br>PO BOX 6941<br>THE LAKES, NV 889010001 | Claim Number: 1514<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5195 (07/23/2008) |
|---|---|

| SECURED | Claimed: | $56,468.09 |
|---|---|---|

| VERIZON<br>ATTN SREYLAK BIN-HEMINGWAY<br>6415 BUSINESS CENTER DR<br>HIGHLANDS RANCH, CO 80126 | Claim Number: 1515<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $373,396.83 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1516<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| PRIORITY | Claimed: | $105.05 |
|---|---|---|
| UNSECURED | Claimed: | $113.45 |

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1517<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $4,884.46 |
|---|---|---|

| FOREST CITY COMMERCIAL MANAGEMENT, INC.<br>AGENT FOR FC RICHMOND II, LLC<br>ATTN ROBERTA AYRES<br>50 PUBLIC SQUARE, SUITE 1360<br>CLEVELAND, OH 44113 | Claim Number: 1518<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $5,117.00 |
|---|---|---|

| MCNAMARA & COMPANY<br>9203 BAILEYWICK RD STE 103<br>RALEIGH, NC 27615-1978 | Claim Number: 1519<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10131 (08/15/2011) |
|---|---|

| UNSECURED | Claimed: | $2,075.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

KASSLER, DAVID
22429 SO. COLORADO RIVER
SONORA, CA 95370

Claim Number: 1520
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $425.00 |
| UNSECURED | Claimed: | $425.00 |
| TOTAL | Claimed: | $425.00 |

---

TOWN OF FLOWER MOUND
MARK A BURROUGHS, ATTORNEY AT LAW
SAWKO & BURROUGHS, P.C.
1100 DALLAS DRIVE, SUITE 100
DENTON, TX 76205

Claim Number: 1521
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8485 (01/08/2010)
CLAIM UNSIGNED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $192.16 |

---

AVAYA, INC.
ATTN CAROLYN MAGAHA
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 1522
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Attached invoices are also asserted in claim number 10402

| | | |
|---|---|---|
| UNSECURED | Claimed: | $602.00 |

---

NORTHERN STATES POWER CO DBA XCEL ENERGY
ATTN KATHY MOEN, LEGAL AGENT
1518 CHESTNUT AVE N
MINNEAPOLIS, MN 55403

Claim Number: 1523
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $215.16 | Scheduled: | $307.03 |

---

DELMARVA POWER
ATTN D L COCHRAN
PEPCO HOLDINGS INC
5 COLLINS DRIVE, SUITE 2133
CARNEYS POINT, NJ 08069

Claim Number: 1524
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $510.68 |

---

EMC MORTGAGE
ATTN TRICIA TY
POST OFFICE BOX 293150
LEWISVILLE, TX 75029-3150

Claim Number: 1525
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $624,231.42 |

---

FIDELITY COURT ASSOCIATES
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 1526
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $8,428.50 |
| UNSECURED | Claimed: | $106,611.30 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 1527<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $3,309.02 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1528<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| PRIORITY | Claimed: | $193.36 |
|---|---|---|
| UNSECURED | Claimed: | $346.19 |

---

| CITY OF MIDLAND<br>ATTN JAMES O. BRANSON III, CITY ATTORNEY<br>333 W. ELLSWORTH STREET<br>MIDLAND, MI 48640 | Claim Number: 1529<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $30.55 |
|---|---|---|
| SECURED | Claimed: | $256.87 |

---

| DUKE ENERGY CAROLINAS<br>ATTN YVONNE CRENSHAW, SR. PARALEGAL<br>PO BOX 1006<br>CHARLOTTE, NC 28201-1006 | Claim Number: 1530<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $792.94 |
|---|---|---|

---

| PROTECTION ONE<br>ATTN P.B. MASON, AGENT<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | Claim Number: 1531<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $246.10 |
|---|---|---|

---

| ASHCROFT AND ASSOCIATES, P.C.<br>ATTN BRANDON CHAMBERLIN, PRESIDEN/OWNER<br>8421 SE STARK STREET<br>PORTLAND, OR 97216 | Claim Number: 1532<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

---

| CENCORE, INC.<br>ATTN CASSIAN PETRELLA, PRESIDENT<br>41802 STRATTON DR.<br>CLINTON TOWNSHIP, MI 48038 | Claim Number: 1533<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $950.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRANKITO, THOMAS
9765 JOHNNY CAKE RIDGE RD.
MENTOR, OH 44060

Claim Number: 1534
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8492 (01/12/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,696.10 | | |

---

BARNEY, IVAN L.
3333 E BAYAUD AVE APT 202
DENVER, CO 80209-2902

Claim Number: 1535
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT |

---

BARNEY, IVAN L.
2616 MERION HILLS COURT
CHARLOTTE, NC 28269

Claim Number: 1536
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $728.00 CONT |
| UNSECURED | Claimed: | $788.31 | Scheduled: | $788.31 CONT |

---

MOTT, PAMELA CHARLENE
9573 N.W. 52 CT.
SUNRISE, FL 33351

Claim Number: 1537
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,192.31 | Scheduled: | $1,192.31 CONT |

---

DILL, WILLMARY
921 WAKE TOWNE DR # 323
RALEIGH, NC 27609

Claim Number: 1538
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,261.60 | | |

---

FBC MORTGAGE, LLC
189 S ORANGE AVE STE 970
ORLANDO, FL 328013264

Claim Number: 1539
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6574 (11/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,054.00 | | |

---

PANZINI, CLAUDIA
1650 LEWIS RD
MERRICK, NY 11566

Claim Number: 1540
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,634.62 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WOODMAN, SUSAN E.
PO BOX 2114
METHUEN, MA 18441099

Claim Number: 1541
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,248.98 | | |

---

LAURETTI, MICHAEL
205 MINEOLA BLVD., APT 5A
MINEOLA, NY 11501

Claim Number: 1542
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $900.00 | Scheduled: | $918.46 CONT |

---

ALLENDE, DAPHNE
485 GRAND BLVD
BRENTWOOD, NY 11717

Claim Number: 1543
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | | |

---

VALARO, SHERRY
7784 LAS PALMAS WAY
JACKSONVILLE, FL 32256

Claim Number: 1544
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,291.92 | Scheduled: | $1,977.41 CONT |

---

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 1545
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,280.00 CONT |
| UNSECURED | Claimed: | $745.47 | Scheduled: | $517.22 CONT |

---

BELTRAN, RYAN
1650 LEWIS RD
MERRICK, NY 11566

Claim Number: 1546
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.75 CONT |

---

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE PC
ATTN JAMES HOLCOMB, ESQ.
801 GRAND AVENUE, SUITE 3700
DES MOINES, IA 50309-8004

Claim Number: 1547
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9459 (11/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,250.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RILEY, BRADLEY
114 ADAIR DR
KNOXVILLE, TN 37918-1801

Claim Number: 1548
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $139.00 |
|-----------|----------|---------|

---

NEUMANN, RONALD A.
5431 SUGARLOAF CT
PLAINFIELD, IL 60586

Claim Number: 1549
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $250.00 |
|-----------|----------|---------|

---

GRANT, DAWN
A NEW DAWN HYPNOSIS
2117 S FLETCHER AVE
FERNANDINA, FL 32034-4527

Claim Number: 1550
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $1,500.00 |
|----------|----------|-----------|

---

DOLPHIN CAPITAL CORP.
ATTN GRETCHEN SIMMONS
PO BOX 605
MOBERLY, MO 65270

Claim Number: 1551
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,243.15 |
|-----------|----------|-----------|

---

DOLPHIN CAPITAL CORP.
ATTN GRETCHEN SIMMONS
PO BOX 605
MOBERLY, MO 65270

Claim Number: 1552
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,442.00 |
|-----------|----------|-----------|

---

DOLPHIN CAPITAL CORP.
ATTN GRETCHEN SIMMONS
PO BOX 605
MOBERLY, MO 65270

Claim Number: 1553
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,665.58 | Scheduled: | $37.10 |
|-----------|----------|-----------|-----------|--------|

---

SYMONS, CECILIA
46595 CHALMERS
MACOMB, MI 48044

Claim Number: 1554
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,651.20 |
|----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| REAL ESTATE RESOURCES, INC.<br>800 EVERSOLE RD<br>CINCINNATI, OH 452303504 | | Claim Number: 1555<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $450.00 | | |

---

| | | | | |
|---|---|---|---|---|
| WILLIAMS, SHANELL V.<br>3523 LESLIE WAY APT 203<br>LAUREL, MD 20724-2114 | | Claim Number: 1556<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $100.00 | | |

---

| | | | | |
|---|---|---|---|---|
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1557<br>Claim Date: 10/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $800.00 |

---

| | | | | |
|---|---|---|---|---|
| IKON FINANCIAL SERVICES<br>ATTN CHRISTINE R. ETHERIDGE<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON, GA 31208-3708 | | Claim Number: 1558<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $358,151.74 | Scheduled: | $355,686.26 |

---

| | | | | |
|---|---|---|---|---|
| BOWEN, LARRY & SUZANNE<br>C/O JOHN M. BERMAN<br>7175 SW BEVELAND, # 210<br>TIGARO, OR 97223 | | Claim Number: 1559<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $65,441.00 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| BOWEN, LARRY & SUZANNE<br>C/O JOHN M. BERMAN<br>7175 SW BEVELAND, # 210<br>TIGARO, OR 97223 | | Claim Number: 1560<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
| UNSECURED | Claimed: | $65,441.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HACKBARTH, SCOTT<br>7444 LIMERICK AVE<br>DUBLIN, CA 94568 | | Claim Number: 1561<br>Claim Date: 05/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | |
| PRIORITY | Claimed: | $2,988.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

INJIJIAN, GARREN & AMY
C/O PAMELA SIMMONS
LAW OFFICEOF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA 95073

Claim Number: 1562
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $93,600.00 |
|---|---|---|

KEITH, KARI & LONNIE
C/O PAMELA SIMMONS
LAW OFFICE OF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA 95073

Claim Number: 1563
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $59,031.00 |
|---|---|---|

JACK, TILTON O.
JENNIFER SINTON
SOUTH BROOKLYN LEGAL SERVICES
105 COURT STREET
BROOKLYN, NY 11201

Claim Number: 1564
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 7342 (05/04/2009)

| SECURED | Claimed: | $580,131.99 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $580,131.99 UNLIQ |
| TOTAL | Claimed: | $580,131.99 UNLIQ |

MARKETWISE ADVISORS, LLC
C/O JACOB A. BROWN, ESQ.
AKERMAN SENTERFITT
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE, FL 32202

Claim Number: 1565
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $118,458.62 | Scheduled: | $41,794.14 |
|---|---|---|---|---|

MARKETWISE ADVISORS, LLC
C/O JACOB A. BROWN, ESQ.
AKERMAN SENTERFITT
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE, FL 32202

Claim Number: 1566
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $218,503.44 |
|---|---|---|

BRIGGS, TONYA
6410 DENTON WAY
CITRUS HTS, CA 95610-5109

Claim Number: 1567
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $7,701.21 | Scheduled: | $7,701.24 CONT |
|---|---|---|---|---|

VASQUEZ, NORA
61-20 GRAND CENTRAL APT. B104
FOREST HILLS, NY 11375-1239

Claim Number: 1568
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARDOT, JEANINE A.<br>1137 OMAHA CT<br>NAPERVILLE, IL 60540 | Claim Number: 1569<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) | |
|---|---|---|

| PRIORITY | Claimed: | $923.56 | |
|---|---|---|---|

---

| BORMANN, MARGARET & ANN<br>4003 CHANCERY PLACE<br>FORT WAYNE, IN 46804 | Claim Number: 1570<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | |
|---|---|---|

| PRIORITY | Claimed: | $538.40 | Scheduled: | $538.46  CONT |
|---|---|---|---|---|

---

| HUNTER GROUP INTERNATIONAL, INC., THE<br>16405 NORTHCROSS DRIVE G-2<br>HUNTERSVILLE, NC 28078 | Claim Number: 1571<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
|---|---|---|

| UNSECURED | Claimed: | $13,500.00 |
|---|---|---|

---

| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | Claim Number: 1572<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,147.00 |

---

| ADAMS, PATRICIA<br>1640 HILLSIDE AVENUE<br>NORCO, CA 92860 | Claim Number: 1573<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | |
|---|---|---|

| PRIORITY | Claimed: | $3,553.67 |
|---|---|---|

---

| ANDERSON, MARY ANN<br>1450 SANDPEBBLE # 103<br>WHEELING, IL 60090 | Claim Number: 1574<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | |
|---|---|---|

| UNSECURED | Claimed: | $1,951.00 |
|---|---|---|

---

| TELSOUTH COMMUNICATIONS, INC.<br>ATTN ROBERT BUTTERWORTH, VICE PRESIDENT<br>8406-A BENJAMIN ROAD<br>TAMPA, FL 33634 | Claim Number: 1575<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
|---|---|---|

| UNSECURED | Claimed: | $1,645.68 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BARRAZA, RAFAEL<br>525 VICTORIA ST APT # 55<br>COSTA MESA, CA 92627 | | Claim Number: 1576<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| SECURED | Claimed: | $222.00 | | |
| REYES, MILDRED M.<br>8973 TAMAR DRIVE<br>APT 302<br>COLUMBIA, MD 21045 | | Claim Number: 1577<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $469.25 | Scheduled: | $469.25  CONT |
| SYKES, THADDEUS<br>2003 CRIMSON MEADOWS DR.<br>O'FALLON, MO 63366 | | Claim Number: 1578<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,625.00 | Scheduled: | $4,163.46  CONT |
| PLAGEMAN, SOONER<br>4171 RHAPSODY ST APT 5309<br>GRAND PRAIRIE, TX 75052-0236 | | Claim Number: 1579<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $769.23 | | |
| KEY LUI, AMY MAN<br>19 WEST STREET<br>NEW HYDE PARK, NY 11040 | | Claim Number: 1580<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $961.50 | Scheduled: | $2,977.54  CONT |
| ATKINS, DEBBIE<br>10601 CATHARPIN RD<br>SPOTSYLVANIA, VA 22551 | | Claim Number: 1581<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $5.00 | | |
| ERICKA HEIDRICK PHOTOGRAPHY<br>ERICKA HEIDRICK<br>7726 SE 17TH AVE.<br>PORTLAND, OR 97202 | | Claim Number: 1582<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| PRIORITY | Claimed: | $1,100.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KRIEGER, DENISE
3019 CHESTNUT AVE
MEDFORD, NY 11763-1825

Claim Number: 1583
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $21.40 | | |
| UNSECURED | Claimed: | $64.75 | | |
| TOTAL | Claimed: | $1,385.65 | | |

KRIEGER, JACQUELYN
1602 WAVE AVE
MEDFORD, NY 11763

Claim Number: 1584
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,266.30 | Scheduled: | $1,266.46 CONT |

KRIEGER, JENNIFER
1602 WAVE AVE
MEDFORD, NY 11763-1738

Claim Number: 1585
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $1,010.70 | |

REXCO MAGNOLIA, LLC
19800 MACARTHUR BLVD STE 1000
IRVINE, CA 926122433

Claim Number: 1586
Claim Date: 08/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $11,541.64 |
| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $11,541.64 |

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1587
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $172.54   UNLIQ | |

CARROLL INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1588
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $1,387.97   UNLIQ | |

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-430

Claim Number: 1589
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $525.89 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CITY OF CEDAR HILL
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1590
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $365.54 UNLIQ | | | |

CITY OF ALEXANDRIA, VIRGINIA
ATTN MICHELE M. HARLOW
REVENUE DIVISION
PO BOX 178
ALEXANDRIA, VA 22313

Claim Number: 1591
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,049.29 | Scheduled: | $6,049.29 | DISP CONT |

WASTE MANAGEMENT
2625 W GRANDVIEW RD STE 170
PHOENIX, AZ 850233113

Claim Number: 1592
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $460.64 |

N.Y. STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 1593
Claim Date: 08/14/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| | | |
|---|---|---|
| PRIORITY | Claimed: | $319.19 |
| UNSECURED | Claimed: | $6,500.00 |

WAGONER INSURANCE
MICHAEL WAGONER
PO BOX 839
SNEADS FERRY, NC 28460

Claim Number: 1594
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

DOUGLAS COUNTY
ATTN STEPHANIE COOK
PO BOX 1208
100 THIRD STREET
CASTLE ROCK, CO 80104

Claim Number: 1595
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 1727 (10/30/2007)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $1,912.66 UNLIQ |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $1,912.66 UNLIQ |

DOUGLAS COUNTY
ATTN STEPHANIE COOK
PO BOX 1208
100 THIRD STREET
CASTLE ROCK, CO 80104

Claim Number: 1596
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 1727 (10/30/2007)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $3,255.02 UNLIQ |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $3,255.02 UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MUNIZ, ELEIDY C.
345 MACARTHUR BLVD.
HAUPPAUGE, NY 11788

Claim Number: 1597
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $229,862.96 | Scheduled: | $228,519.80 CONT |

PINELLAS COUNTY TAX COLLECTOR
ATTN BETTY A. GRAMLEY, TAX MANAGER
PO BOX 2943
CLEARWATER, FL 33757-2943

Claim Number: 1598
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $4,776.92 UNLIQ |

PINELLAS COUNTY TAX COLLECTOR
ATTN BETTY A. GRAMLEY, TAX MANAGER
PO BOX 2943
CLEARWATER, FL 33757-2943

Claim Number: 1599
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8591 (02/18/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $562.31 |
| UNSECURED | Claimed: | $112.46 |

LAMB, CARL
20 ARONIMINK LANE
PINEHURST, NC 28374

Claim Number: 1600
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6178 (10/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $11,177.47 |
| SECURED | Claimed: | $1,978.00 |

RADIN, JOHN C.
PO BOX 3111
DANVILLE, CA 94526-6411

Claim Number: 1601
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $71,250.00 | Scheduled: | $876.92 CONT |

DWAYNE LEMMON APPRAISAL SERVICE
ATTN DWAYNE LEMMON, APPRAISER
390 FM 1635
ATLANTA, TX 75551

Claim Number: 1602
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

BANNER WILLIAMS APPRAISERS INC
CRYSTAL PEEPLES
6443 OLD BRANCH AVE
CAMP SPRINGS, MD 20748

Claim Number: 1603
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $825.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | Claim Number: 1604<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $150.38 | | |
|---|---|---|---|---|

| WEBEX COMMUNICATIONS<br>ATTN WENDY FINNEGAN, AGENT<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1605<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $9,805.15 | Scheduled: | $9,805.15 |
|---|---|---|---|---|

| BUSINESS WIRE, INC.<br>ATTN SARAH FINE, COLLECTIONS SUPERVISOR<br>44 MONTGOMERY STREET, 39TH FL<br>SAN FRANCISCO, CA 94164 | Claim Number: 1606<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN CHARLES W. SEMBLER, TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH, FL 32961-1509 | Claim Number: 1607<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $720.92   UNLIQ | | |
|---|---|---|---|---|

| ADP NAS<br>BRANT COLLUM<br>5800 WINDWARD PARKWAY A275<br>ALPHARETTA, GA 30005 | Claim Number: 1608<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,454.13 | | |

| DELAWARE DIVISION OF REVENUE<br>ATTN RANDY WELLER<br>820 NORTH FRENCH ST. - 8TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 1609<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,445.71 | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|
| UNSECURED | Claimed: | $945.96 | | |

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1610<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $10,434.90 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1611<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| UNSECURED        Claimed: | $3,318.12 | |
| PARRISH APPRAISAL SERVICE LTD.<br>6121 LAKESIDE DR STE 155<br>RENO, NV 895118533 | Claim Number: 1612<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED        Claimed: | $75.00 | |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 100<br>RENO, NV 89511 | Claim Number: 1613<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED        Claimed: | $400.00 | |
| HENDERSON, GENSIE<br>GENSIE HENDERSON'S CLEANING SERVICE<br>439 JOHN BROWN ROAD<br>RAEFORD, NC 28376 | Claim Number: 1614<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED        Claimed: | $225.00        Scheduled: | $200.00 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS<br>ATTN RICHARD SPAETH, MANAGER<br>4 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707 | Claim Number: 1615<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | |
| UNSECURED        Claimed: | $99,117.08        Scheduled: | $85,657.94 |
| HARFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 SOUTH MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | Claim Number: 1616<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | |
| SECURED        Claimed: | $2,013.13 | |
| ELITE APPRAISAL<br>ATTN DANIEL A. KLAWER, JR.<br>25000 AVE STANFORD, SUITE 111<br>VALENCIA, CA 91355 | Claim Number: 1617<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | |
| PRIORITY        Claimed: | $2,800.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ROSTEK, J. / HESSLER, J. / WADE, D.<br>308 HEATHER LANE<br>PASADENA, MD 21122-1136 | Claim Number: 1618<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $39,460.00 | | |
|---|---|---|---|---|

---

| STOKES LAZARUS & CARMICHAEL LLP<br>WILLIAM K. CARMICHAEL<br>80 PEACHTREE PARK DR.<br>ATLANTA, GA 30309 | Claim Number: 1619<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $2,317.06 | | |
|---|---|---|---|---|

---

| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | Claim Number: 1620<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $9,632.37 | Scheduled: | $15,126.67 |
|---|---|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1621<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| PRIORITY | Claimed: | $110.92 |
|---|---|---|
| UNSECURED | Claimed: | $173.04 |

---

| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1622<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $700.20 |
|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1623<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $107,450.48 |
|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1624<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $611.44 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HAAG, GREGORY L.<br>JOSEPH Y. LONGMIRE, JR.<br>103 BLUEGRASS COMMONS BLVD<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1625<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $0.00 | UNLIQ |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1626<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $49.67 | | | |
| UNSECURED | Claimed: | $79.48 | | | |
| OFFICETEAM<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | | Claim Number: 1627<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10794<br>DOCKET: 6763 (12/22/2008) | | | |
| UNSECURED | Claimed: | $13,560.98 | Scheduled: | $2,867.60 | |
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1628<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10798<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $8,279.31 | Scheduled: | $7,173.02 | |
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1629<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10796<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $336.00 | Scheduled: | $1,556.80 | |
| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1630<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10799<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $21,750.15 | Scheduled: | $2,428.75 | |
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1631<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10795<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,130.77 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBERT HALF FINANCE & ACCOUNTING
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 1632
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8794 (04/23/2010)

| UNSECURED | Claimed: | $3,525.58 |
|---|---|---|

GONZALEZ, REINA
5503 SKYLOCK DR
RALEIGH, NC 27610

Claim Number: 1633
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

WATSON, MARINA
3 BEDFORDBURY
LONDON, WC2N4DP
UK

Claim Number: 1634
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $993.00 |
|---|---|---|

KEBLIN, REBECCA F.
C/O HALEY MATHEWS JONAS, ESQ.
13777 BALLANTYNE CORP. PLACE, STE. 320
CHARLOTTE, NC 28277

Claim Number: 1635
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

CLARK COUNTY TREASURER
DOUG LASHER, TREASURER
PO BOX 5000
VANCOUVER, WA 98666

Claim Number: 1636
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7931 (08/11/2009)

| SECURED | Claimed: | $151.11 |
|---|---|---|

LILLEY, MAXIE/JACQUELINE
1706 BIRDSONG
LUFKIN, TX 75901

Claim Number: 1637
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $14,529.17 |
|---|---|---|

NORWOOD, CARRIE H.
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 1638
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,605.28 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | Claim Number: 1639<br>Claim Date: 10/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,994.44 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,994.44 |

---

| BRZOZOWSKI, DENISE<br>8209 GLASGOW CT.<br>JACKSONVILLE, FL 32244 | Claim Number: 1640<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $2,163.46 | Scheduled: | $2,163.46 CONT |

---

| WEBB MASON, INC.<br>ATTN ERNIE VAILE<br>10830 GILROY ROAD<br>HUNT VALLEY, MD 21030 | Claim Number: 1641<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $645,344.56 |

---

| SOUTHGATE MARKETPLACE, LLC<br>ATTN PAUL NEUMEIER, ESQ.<br>BECK CHAET BAMBERGER & POLSKY, S.C.<br>2 PLZ EAST # 1085, 330 E KILBOURN AVENUE<br>MILWAUKEE, WI 53202 | Claim Number: 1642<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $55,225.64 |

---

| MADISON HIGH CROSSING LODGING INV, LLC<br>DBA COURTYARD MADISON EAST<br>ATTN MICHAEL REDMAN, VP FINANCE & IT<br>2502 CROSSROADS DRIVE<br>MADISON, WI 53718 | Claim Number: 1643<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $200.00 |

---

| CAHILL, ANNE C.<br>628 W. 58TH ST.<br>HINSDALE, IL 60521 | Claim Number: 1644<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | Claimed: | $6,153.81 |

---

| PLENTIE, DEVON<br>3455 JAKE WHITE CT<br>HIGH POINT, NC 27265-8719 | Claim Number: 1645<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $807.75 | Scheduled: | $807.69 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LEAVITT, VICKI A.
25080 ELK WAY
CALDWELL, ID 83607

Claim Number: 1646
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,348.83 | | |

---

BOND, ALISON
1050 N OGDEN DR APT 5
WEST HOLLYWOOD, CA 900466194

Claim Number: 1647
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,546.09 | Scheduled: | $2,307.69  CONT |

---

LOOMIS, PRISCILLA
39 LITTLE ROAD
MORRIS, CT 06763

Claim Number: 1648
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $500.00 | | |

---

PIPIA, RICHARD J.
15 MERIDEN PLACE
MELVILLE, NY 11747

Claim Number: 1649
Claim Date: 01/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $1,846.16 | Scheduled: | $1,846.15  CONT |

---

DEPARTMENT OF THE TREASURY - IRS
RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Claim Number: 1650
Claim Date: 10/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $5,960.00 | | |

---

THOUGHTDIGITAL LLC
C/O JON D. COHEN, ESQ.
STAHL COWEN CROWLEY
55 W. MONROE ST., SUITE 1200
CHICAGO, IL 60603

Claim Number: 1651
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $674,043.42 | Scheduled: | $423,576.68 |

---

PROGRESSIVE APPRAISAL, INC.
ATTN MATTHEW PARRIS
5055 HWY N # 214
SAINT CHARLES, MO 63304

Claim Number: 1652
Claim Date: 10/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,835.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| FAIRMONT HOTEL, THE<br>ATTN R. BERGMAN<br>4500 MACARTHUR BLVD<br>NEWPORT BEACH, CA 92660 | | Claim Number: 1653<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,559.80 | Scheduled: | $1,778.70 |
| TROTT & TROTT, P.C.<br>MARCY J. FORD<br>31440 NORTHWESTERN HWY., SUITE 200<br>FARMINGTON HILLS, MI 48334 | | Claim Number: 1654<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9458 (11/16/2010) | | |
| UNSECURED | Claimed: | $11,127.85 | | |
| SUN LIFE ASSURANCE COMPANY OF CANADA<br>C/O COLLIERS PINKARD<br>C/O MICHAEL G MENKOWITZ, ESQUIRE<br>2000 MARKET STEET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1655<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $62,989.32 | | |
| GEIGER, STACEY<br>7413 MOLITOR COURT<br>RIO LINDA, CA 95673 | | Claim Number: 1656<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $4,153.84 | Scheduled: | $4,712.01 CONT |
| CHA, JIN<br>5453 MAYFLOWER CT.<br>ROLLING MEADOWS, IL 60008 | | Claim Number: 1657<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,963.20 | Scheduled: | $2,944.62 CONT |
| PROFESSIONAL SYSTEMS INSTALLATIONS, INC.<br>4601 MAPLECREST RD.<br>FORT WAYNE, IN 46835 | | Claim Number: 1658<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $407.50 | | |
| GRANT, ANN<br>1216 BIRKS CT.<br>LA GRANGE, IL 60525 | | Claim Number: 1659<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $3,261.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | | | |
|---|---|---|---|---|
| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | | Claim Number: 1660<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $7,064.00 | | |
| UNSECURED | Claimed: | $638.40 | | |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | | Claim Number: 1661<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | |
| SECURED | Claimed: | $5,113.51   UNLIQ | | |
| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | | Claim Number: 1662<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| SECURED | Claimed: | $8,851.24   UNLIQ | | |
| EDI INTEGRATION CORPORATION<br>20299 ERIN POND RD E<br>SEMINOLE, AL 36574-2734 | | Claim Number: 1663<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $6,821.35 | Scheduled: | $482.03 |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1664<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1665<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1666<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1667
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1668
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1669
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1670
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1671
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1672
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1673
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1674
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1675
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1676
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1677
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1678
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1679
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1680
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1681<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1682<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1683<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1684<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1685<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1686<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1687<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1688<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1689<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1690<br>Claim Date: 10/22/2007<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| LARSEN, LESLIE<br>0N611 SUZANNE DR<br>WINFIELD, IL 60190 | Claim Number: 1691<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| PRIORITY          Claimed: | $2,925.44 |

| ST TAMMANY NEWS ACCT. DEPT.<br>ATTN GENIA BAUGHMAN<br>PO BOX 820<br>BOGALUSA, LA 70429-0820 | Claim Number: 1692<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $143.43 |

| CALAHAN, BARBARA BONNIE<br>2443 N. MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | Claim Number: 1693<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| PRIORITY          Claimed: | $1,834.56 |

| LAVAN, EILEEN M.<br>165 CROWELL STREET<br>HEMPSTEAD, NY 11550 | Claim Number: 1694<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| PRIORITY          Claimed: | $6,041.25 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHELTON, SHEILA R.<br>505 CHERRYWOOD LN<br>ALBEMARLE, NC 280018118 | Claim Number: 1695<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | | $1,095.19 | Scheduled: | $1,095.19  CONT |

| SPERRY, NATASHA<br>5649 WHITE FIR WAY # 1<br>SACRAMENTO, CA 95841 | Claim Number: 1696<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | | $1,696.15 | Scheduled: | $2,150.76  CONT |

| WEST VICKERY JOINT VENTURE D/B/A<br>HULEN VICKERY MINI STORAGE<br>ATTN EILEEN CLARK, PROPERTY MGR.<br>5000 W. VICKERY BOULEVARD<br>FORT WORTH, TX 76107 | Claim Number: 1697<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $290.00 |

| DIALAMERICA MARKETING, INC.<br>C/O CHARLES RABOLLI, JR., ESQ.<br>CARLET, GARRISON, KLEIN & ZARETSKY<br>1135 CLIFTON AVENUE, SUITE 104<br>CLIFTON, NJ 07013 | Claim Number: 1698<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7480 (06/02/2009) |
|---|---|

| UNSECURED | Claimed: | $6,062.00 |

| ROBERTS, TODD<br>1601 W CENTRE AVE<br>LOWR 101<br>PORTAGE, MI 490245340 | Claim Number: 1699<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $570.00 |

| KEISTER, JOHN<br>2117 CHRISTIAN ST.<br>BALTIMORE, MD 21223 | Claim Number: 1700<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $1,422.83 |

| JAMES B. CROWE & ASS LTD<br>426 OAKDALE AVE<br>GLENCOE, IL 60022 | Claim Number: 1701<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $1,775.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | Claim Number: 1702<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $75.00 | | |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | Claim Number: 1703<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED          Claimed: | $150.00 | | |
| LODGE AT VENTANA CANYON, THE<br>GOLF & RACQUET CLUB<br>ATTN TRACEY FOSSATTI, ACCTS RECEIVABLE<br>6200 N CLUBHOUSE LANE<br>TUCSON, AZ 85750 | Claim Number: 1704<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED          Claimed: | $1,020.03 | | |
| ROBLES, MONICA G.<br>8408 ACKLEY ST<br>PARAMOUNT, CA 90723-2706 | Claim Number: 1705<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
| PRIORITY          Claimed: | $1,324.30 | Scheduled: | $1,449.46  CONT |
| KKQX-FM<br>8274 HUFFINE LN<br>BOZEMAN, MT 597188118 | Claim Number: 1706<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED          Claimed: | $1,092.00 | Scheduled: | $728.00 |
| GORDON, ZACHARY L.<br>PHILIP LUBITZ<br>5523 MEADOW WOOD BL<br>LYNDHURST, OH 44124 | Claim Number: 1707<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED          Claimed: | $250.00 | | |
| REYNOSO, IVETTE<br>19151 HIHGLAND VIEW LN<br>TRABUCO CYN, CA 926791002 | Claim Number: 1708<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
| PRIORITY          Claimed: | $500.00 | Scheduled: | $2,123.08  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BARKLEY, SHANNON L.
22780 LAUREL GLEN RD # 111
CALIFORNIA, MD 20619

Claim Number: 1709
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |

SMITH, ANDRA M.
21072 PASEO VERDURA
LAKE FOREST, CA 92630

Claim Number: 1710
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,557.68 | |

PALUMBO, JAMES
1530 DIEMAN LANE
EAST MEADOW, NY 11554

Claim Number: 1711
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,174.85 | Scheduled: | $7,762.27  CONT |

GRAY, JAMES K.
2424 ENCHANTED FOREST LN
VIRGINIA BEACH, VA 23453

Claim Number: 1712
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,660.00 | |

STRUZZIERI, ALEX M.
3950 DAVID PLACE
SEAFORD, NY 11783

Claim Number: 1713
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,115.39 | Scheduled: | $5,115.39  CONT |

FIELDS, BEVERLY L.
2106 GOODWIN LANE
NORTH WALES, PA 19454

Claim Number: 1714
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,500.00  CONT |
| UNSECURED | Claimed: | $1,500.00 | | |

RODRIGUEZ, TIMOTHY
PO BOX 7385
OCEAN ISLE BEACH, NC 28469

Claim Number: 1715
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| OHIO MOBILE SHREDDING<br>ATTN TIMOTHY J. OBERST<br>PO BOX 307206<br>COLUMBUS, OH 43230 | Claim Number: 1716<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $347.87 |
|---|---|---|

---

| EHED, LLC<br>GLENN ZAGOREN<br>79 BRIDGE ST<br>BROOKLYN, NY 11201 | Claim Number: 1717<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) |
|---|---|

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 1718<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $2,018.30 |
|---|---|---|
| SECURED | Claimed: | $2,018.30 |

---

| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 1719<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $2,799.49 |
|---|---|---|
| SECURED | Claimed: | $2,799.49 |

---

| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 1720<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $278.58 |
|---|---|---|

---

| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 1721<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $83.73 |
|---|---|---|

---

| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | Claim Number: 1722<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $146.32   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | Claim Number: 1723<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $453.14   UNLIQ |
|---|---|---|

| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | Claim Number: 1724<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $416.79   UNLIQ |
|---|---|---|

| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | Claim Number: 1725<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $831.99   UNLIQ |
|---|---|---|

| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | Claim Number: 1726<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $1,038.30   UNLIQ |
|---|---|---|

| MERS<br>1818 LIBRARY ST STE 300<br>RESTON, VA 201906280 | Claim Number: 1727<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $79,321.85   UNLIQ |
|---|---|---|

| ZEICHNER ELLMAN & KRAUSE LLP<br>ATTN STUART A. KRAUSE, ESQ.<br>575 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 1728<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7327 (04/28/2009) |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $386,164.04 |
|---|---|---|

| DIGITAL DRAW NETWORK<br>ABA - DDN SERVICES<br>PO BOX 708146<br>SANDY, UT 84120 | Claim Number: 1729<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $11,550.00 | Scheduled: | $11,550.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FIRST AMERICAN CORE LOGIC
ATTN LAURIE CHEHAK, A/R MANAGER
11010 WHITE ROCK RD STE 100
RANCHO CORDOVA, CA 95670-6362

Claim Number: 1730
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,369.30 | Scheduled: | $1,286.45 |

---

FIRST AMERICAN CORE LOGIC
ATTN LAURIE CHEHAK, A/R MANAGER
11010 WHITE ROCK RD STE 100
RANCHO CORDOVA, CA 95670-6362

Claim Number: 1731
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,585.00 | Scheduled: | $31,871.00 |

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 1732
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $300.00 |
| UNSECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $300.00 |

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 1733
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $250.00 |
| UNSECURED | Claimed: | $250.00 |
| TOTAL | Claimed: | $250.00 |

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 1734
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $300.00 |
| UNSECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $300.00 |

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 1735
Claim Date: 10/22/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LUXURY MORTGAGE CORP<br>ATTN CB MCDONALD<br>ONE LANDMARK SQUARE SUITE 100<br>STAMFORD, CT 06905 | Claim Number: 1736<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6461 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $27,190.00 |
| UNSECURED | Claimed: | $27,190.00 |

---

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 1737<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $879,550.61 |
| UNSECURED | Claimed: | $22,011.82 |

---

| UNIQUEX GRAPHICS & PRINTING INC.<br>ATTN MR. KYAWSWA (GEORGE) WIN, PRESIDENT<br>26152 EMYVALE CT.<br>LAKE FOREST, CA 92630 | Claim Number: 1738<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $6,431.00 |

---

| KAULEN, LISA<br>P.O. BOX 257<br>OLYMPIA, WA 98507-0257 | Claim Number: 1739<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $43,814.88 | Scheduled: | $45,160.30 CONT |

---

| ORANGE AND ROCKLAND UTILITIES, INC.<br>ATTN MARCIA MCLEOD, SUPERVISOR<br>390 W ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | Claim Number: 1740<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $1,209.27 |

---

| WALDNER'S BUSINESS ENVIRONMENTS INC.<br>C/O RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN MATTHEW V. SPERO, ESQ.<br>1425 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 1741<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) |
|---|---|

| ADMINISTRATIVE | Claimed: | $65,000.00 |
| UNSECURED | Claimed: | $283,061.05 |

---

| DUTCHESS COUNTY<br>ATTN SENIOR ASST COUNTY ATTORNEY<br>COMMISSIONER OF FINANCE<br>22 MARKET STREET<br>POUGHKEEPSIE, NY 12601 | Claim Number: 1742<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| OHIO DEPARTMENT OF TAXATION<br>TAX COMMISSIONER<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 1743<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $266,403.27 |
|---|---|---|

---

| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | Claim Number: 1744<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $3,482.01 |
|---|---|---|

---

| CITY OF FORT WORTH<br>ATTN CHRIS MOSLEY<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 | Claim Number: 1745<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

---

| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | Claim Number: 1746<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $4,949.42 |
|---|---|---|

---

| NNN VF RESOURCE SQUARE, LLC<br>JOHN H. CAPITANO, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 | Claim Number: 1747<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008)<br>Claim out of balance |
|---|---|

| SECURED | Claimed: | $5,314.50 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $165,623.01 | Scheduled: | $13,243.83 |
| TOTAL | Claimed: | $165,623.01 | | |

---

| SUN LIFE ASSURANCE COMPANY OF CANDA<br>C/O COLLIERS PNKARD<br>C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1748<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7556 (06/23/2009) |
|---|---|

| UNSECURED | Claimed: | $62,989.32 |
|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1749<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| PRIORITY | Claimed: | $252.00 |
|---|---|---|
| UNSECURED | Claimed: | $424.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| CITY AND COUNTY OF DENVER / TREASURY<br>ATTN KAREN KATROS, BANKRUTPCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>DENVER, CO 80202-5391 | Claim Number: 1750<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED | Claimed: | $14,301.56 |
| CITY AND COUNTY OF DENVER / TREASURY<br>ATTN KAREN KATROS, BANKRUTPCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>DENVER, CO 80202-5391 | Claim Number: 1751<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| PRIORITY | Claimed: | $233.65 |
| SECURED | Claimed: | $0.00 |
| TUCSON NEWSPAPERS<br>ATTN STEPHANIE ZEINFELD, CREDIT MGR.<br>4850 S. PARK AVE.<br>TUCSON, AZ 85714 | Claim Number: 1752<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | |
| UNSECURED | Claimed: | $5,967.00 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1753<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| UNSECURED | Claimed: | $7,216.18 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1754<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| PRIORITY | Claimed: | $76.34 |
| UNSECURED | Claimed: | $197.92 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1755<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| UNSECURED | Claimed: | $10,389.38 |
| ROBERT J. HOPP & ASSOCIATES, LLC<br>ATTN ROBERT J. HOPP, ESQ<br>PO BOX 8689<br>DENVER, CO 80201 | Claim Number: 1756<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7233 (04/07/2009) | |
| UNSECURED | Claimed: | $56,571.16 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ILOG, INC.<br>4400 N 1ST ST<br>SAN JOSE, CA 95134-1257 | Claim Number: 1757<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $724,225.00 |
|---|---|---|

| HARFORD COUNTY, MARY<br>DEPARTMENT OF LAW<br>220 SOUTH MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | Claim Number: 1758<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $2,153.13 |
|---|---|---|

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN WILLIAM KWONG, DEPUTY<br>BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 1759<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| SECURED | Claimed: | $8,921.81 |
|---|---|---|
| UNSECURED | Claimed: | $13.81 |

| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 1760<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $8,851.24   UNLIQ |
|---|---|---|

| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 1761<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| SECURED | Claimed: | $5,113.51   UNLIQ |
|---|---|---|

| GLOBE NEWSPAPER CO., INC. DBA<br>THE BOSTON GLOBE<br>JOSEPH ASTINO<br>135 MORRISSEY BLVD.<br>BOSTON, MA 02125 | Claim Number: 1762<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,557.00 |
|---|---|---|

| BELLSOUTH TELECOMMUNICATIONS, INC.<br>ATTN LINDA GOODIN<br>220 SOUTH ST. ROOM 317<br>GASTONIA, NC 28052 | Claim Number: 1763<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $43,565.94 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CUMMINGS PROPERTIES, LLC<br>CRAIG J. ZIADY, ESQ.<br>200 WEST CUMMINGS PARK<br>WOBURN, MA 01801 | Claim Number: 1764<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | |
| UNSECURED          Claimed: | $41,021.40 | |

| | | |
|---|---|---|
| CUMMINGS PROPERTIES, LLC<br>CRAIG J. ZIADY, ESQ.<br>200 WEST CUMMINGS PARK<br>WOBURN, MA 01801 | Claim Number: 1765<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | |
| UNSECURED          Claimed: | $1,067.53 | |

| | | |
|---|---|---|
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | Claim Number: 1766<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |
| UNSECURED          Claimed: | $1,425.72 | |

| | | |
|---|---|---|
| COMED CO<br>ATTN C. WALKER, REVENUE MANAGEMENT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | Claim Number: 1767<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |
| UNSECURED          Claimed: | $10,428.61 | |

| | | |
|---|---|---|
| LONG APPRAISAL SERVICES, INC.<br>BRIAN W. LONG<br>1631 EMERALD CT.<br>ROBINS, IA 52328 | Claim Number: 1768<br>Claim Date: 10/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $2,110.00 | |

| | | |
|---|---|---|
| R&D PROPERTIES, LLC<br>ATTN ROB OGLESBY, V.P.<br>7353 INTERNATIONAL PL<br>SUITE 311<br>SARASOTA, FL 34240 | Claim Number: 1769<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | |
| UNSECURED          Claimed: | $42,420.00 | |

| | | | | |
|---|---|---|---|---|
| MARRIOTT INTL., INC., ET AL<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC 20058 | Claim Number: 1770<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED          Claimed: | $41,797.56 | Scheduled: | $38,811.77 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RITZ-CARLTON HOTEL COMPANY, LLC, THE
ANDRONIKI ALAHOUZOS, COLLECTIONS
MARRIOTT DRIVE, DEPT. 52/923.21
WASHINGTON, DC 20058

Claim Number: 1771
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9915 (04/04/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,521.08 | |

---

COLLINS BOLLING, LINDA
134 ISLAND VIEW
ANNAPOLIS, MD 21401

Claim Number: 1772
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $650.00 | |

---

GOWINS, KAREN C.
1027 WILLIAMS TRCE
BIRMINGHAM, AL 35242-7825

Claim Number: 1773
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $236,382.00 | |

---

O'CONNOR, GEORGE W. JR
4 17TH AVENUE
RONKONKOMA, NY 11779

Claim Number: 1774
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,580.77 | Scheduled: | $1,580.77  CONT |

---

STAFFORD, PAMELA
9350 S. CIMMARON RD. #4034
LAS VEGAS, NV 89178

Claim Number: 1775
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,295.60 | |

---

RICHIE'S
1153 WALT WHITMAN ROAD
MELVILLE, NY 11747

Claim Number: 1776
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,245.86 | |

---

LEWIS, MARK H.
111 BUFFLEHEAD DR.
MOORESVILLE, NC 28117

Claim Number: 1777
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $895.90 | Scheduled: | $895.90  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUBIO-MATOS, ZOILA
16778 NW 13 STREET
PEMBROKE PINES, FL 33028

Claim Number: 1778
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,049.36 | | |

---

WEISSINGER, CHRISTINE A.
3121 CORTE LINDA
NEWPORT BEACH, CA 92660

Claim Number: 1779
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $5,614.80 | Scheduled: | $4,254.39 CONT |

---

KESSLER SIGN CO.
2669 NATIONAL RD.
PO BOX 785
ZANESVILLE, OH 43702-0785

Claim Number: 1780
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,653.21 | | |

---

CHESAPEAKE RESIDENTIAL APPRAISALS
ATTN CARL VETTEL, BOOKKEEPER
993 INDIAN LANDING ROAD
MILLERSVILLE, MD 21108

Claim Number: 1781
Claim Date: 10/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,550.00 | | |

---

STEPHANIK, JOANNE
413 N. SAN DIMAS AVE
SAN DIMAS, CA 91773

Claim Number: 1782
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,653.76 | Scheduled: | $3,876.92 CONT |

---

STASIAK, GERALD
3357 HOLLY HOCK CT.
CASTLE ROCK, CO 80109

Claim Number: 1783
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $844.65 | | |

---

TRANSUNION SETTLEMENT SOLUTIONS, INC.
ATTN LEGAL DEPARTMENT
5300 BRANDYWINE PARKWAY, SUITE 100
WILMINGTON, DE 19803

Claim Number: 1784
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9458 (11/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,330.91 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| RICHTREE ENTERPRISES, LLC<br>C/O PETER D. BILOWZ<br>GOULSTON & STORRS, P.C.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | | Claim Number: 1785<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | |
| SECURED | Claimed: | $9,057.43 | | | |
| UNSECURED | Claimed: | $64,904.32 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | | Claim Number: 1786<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | |
| UNSECURED | Claimed: | $15,000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | | Claim Number: 1787<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | | |
| UNSECURED | Claimed: | $15,000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BARAJAS, JOHN<br>3998 SWORD DANCER WAY<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 1788<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $320.30 | Scheduled: | $320.30 | CONT |

| | | | | | |
|---|---|---|---|---|---|
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | | Claim Number: 1789<br>Claim Date: 10/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $2,708.33 | | | |

| | | | | | |
|---|---|---|---|---|---|
| MONEY RECOVERY NATIONWIDE<br>ATTN CONSTANCE WADE<br>PO BOX 13129<br>LANSING, MI 48901-3129 | | Claim Number: 1790<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $630.50 | | | |

| | | | | | |
|---|---|---|---|---|---|
| WATERHOUSE, DREW<br>C/O RONALD S. COOK, ESQ.<br>222 MIDDLE COUNTRY RD, SUITE 206<br>SMITHTOWN, NY 11787 | | Claim Number: 1791<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $21,900.00 | CONT |
| UNSECURED | Claimed: | $214,692.66 | Scheduled: | $197,338.64 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHWARTZ, BRIAN
129 BRENNER AVE
BETHPAGE, NY 117144303

Claim Number: 1792
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,157.69 | |

SHERATON SEATTLE HOTEL
JOHN HADNETT, DOF
1400 6TH AVE.
SEATTLE, WA 98101

Claim Number: 1793
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,521.14 | |

BAKER, LAYCE
7517 CEDAR DR
CITRUS HTS, CA 95610-1415

Claim Number: 1794
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7506 (06/05/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,678.00 | |
| UNSECURED | Claimed: | $4,419.00 | |

NICOLAESCU, ANCA M.
3773 MARBLE DR APT 2C
HIGH POINT, NC 272659710

Claim Number: 1795
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7584 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $395.00 | |
| UNSECURED | Claimed: | $552.06 | |

DUCHENE, RENEE
6980 E SAHUARO DR APT 1059
SCOTTSDALE, AZ 852545294

Claim Number: 1796
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9777 (02/08/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $352.00 | |

IAMPIERI, CONSTANCE
2877 EVERGREEN WAY
ELLICOTT CITY, MD 21042

Claim Number: 1797
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,538.24 | |

DREW & ROGERS, INC.
ATTN MARK POLITAN, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
25 MAIN STREET, PO BOX 800 - COURT PLZ N
HACKENSACK, NJ 07602-0800

Claim Number: 1798
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9015 (07/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $152,269.41 | Scheduled: | $150,715.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DREW & ROGERS, INC.
ATTN MARK POLITAN, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
25 MAIN STREET, PO BOX 800 - COURT PLZ N
HACKENSACK, NJ 07602-0800

Claim Number: 1799
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9015 (07/16/2010)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $50,342.53 |
|---|---|---|

---

WATERFALL SHOPPING CENTER INC.
C/O WILLIAM NOVOTNY
MARISCAL WEEKS MCINTYRE & FRIEDLANDER PZ
2901 NORTH CENTRAL AVENUE, SUITE 200
PHOENIX, AZ 85012

Claim Number: 1800
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $15,752.15 |
|---|---|---|

---

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

Claim Number: 1801
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| PRIORITY | Claimed: | $1,345.30 |
|---|---|---|

---

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

Claim Number: 1802
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7396 (05/18/2009)

| PRIORITY | Claimed: | $4,833.33 |
|---|---|---|

---

BERG APPRAISAL SERVICES, P.C.
BECKY LASSITER
211 W. 9TH AVE.
SPOKANE, WA 99204

Claim Number: 1803
Claim Date: 10/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,209.00 |
|---|---|---|

---

WALKER, BRIAN & JEANNE
575 N 3500 E
MENAN, ID 83434-5030

Claim Number: 1804
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

---

RASMUSSEN, JAN
58 CARSON
IRVINE, CA 92620

Claim Number: 1805
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $2,390.28 | Scheduled: | $644.34 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCOTT, BRIAN J. & LORI-ANN L.
6310 S. PITTSBURG ST
SPOKANE, WA 99223

Claim Number: 1806
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $400.00 |
| --- | --- | --- |

---

EVERGLADES DIRECT INC. CT. NEIL
720 INTERNATIONAL PARKWAY
SUNRISE, FL 33325

Claim Number: 1807
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,463.67 |
| --- | --- | --- |

---

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 1808
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN

| PRIORITY | Claimed: | $116,809.96 | Scheduled: | $121,494.90 UNDET DISP |
| --- | --- | --- | --- | --- |

---

KINSLOW, JENNIFER
719 3RD AVE
EAST NORTHPORT, NY 11731

Claim Number: 1809
Claim Date: 10/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $2,092.31 | Scheduled: | $2,092.31 CONT |
| --- | --- | --- | --- | --- |

---

POWELL APPRAISERS AND CONSULTANTS
ATTN WAYNE S. POWELL, PRESIDENT
PO BOX 7551
HAMPTON, VA 23666

Claim Number: 1810
Claim Date: 10/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 |
| --- | --- | --- | --- | --- |

---

ASBRA, JEREMY
19835 GABILAN ROAD
PERRIS, CA 92505

Claim Number: 1811
Claim Date: 10/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| SECURED | Claimed: | $64,450.00 |
| --- | --- | --- |

---

CITY OF WARWICK
ATTN DAVID C OLSEN, TREASURER
3275 POST RD
WARWICK, RI 02886

Claim Number: 1812
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,665.16 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 1813<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |

| UNSECURED | Claimed: | $49,739.74 |
|---|---|---|

---

| | |
|---|---|
| CITY CENTER SQUARE EQUITIES II LLC<br>KORI CROUSE<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD, SUITE 200<br>LEAWOOD, KS 66211 | Claim Number: 1814<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $64,005.63 |
|---|---|---|

---

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | Claim Number: 1815<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $600.85 |
|---|---|---|

---

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1816<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |

| UNSECURED | Claimed: | $5,885.21 |
|---|---|---|

---

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1817<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $600.85 |
|---|---|---|

---

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1818<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $5,550.42 |
|---|---|---|

---

| | |
|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1819<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $5,550.42 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1820
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $21,367.00 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1821
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,352.07 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1822
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,718.71 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1823
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| UNSECURED | Claimed: | $1,949.05 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1824
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,479.01 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1825
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $6,191.23 |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1826
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,837.24 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1827
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $32,470.57 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1828
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $7,540.31 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1829
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,661.99 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1830
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $5,305.46 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1831
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $4,834.47 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1832
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,834.47 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1833
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $13,860.81 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1834
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $3,418.28 |
|---|---|---|

---

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT
CITY HALL, RM 100
900 E BROAD ST
RICHMOND, VA 23219

Claim Number: 1835
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| SECURED | Claimed: | $7,797.19 |
|---|---|---|

---

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT
CITY HALL, RM 100
900 E BROAD ST
RICHMOND, VA 23219

Claim Number: 1836
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9993 (05/09/2011)

| PRIORITY | Claimed: | $8,766.49 |
|---|---|---|

---

DUVAL COUNTY/CITY OF JACKSONVILLE
MIKE HOGAN, TAX COLLECTOR
C/O EDWARD C. TANNEN, ASST GEN. COUNSEL
117 W DUVAL ST, 480 CITY HALL
JACKSONVILLE, FL 32202

Claim Number: 1837
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8948 (06/21/2010)

| SECURED | Claimed: | $117.54   UNLIQ |
|---|---|---|

---

EL PASO COUNTY TREASURER
ATTN SANDRA J DAMRON
PO BOX 2007
COLORADO SPRINGS, CO 80901-2007

Claim Number: 1838
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| SECURED | Claimed: | $1,100.00 |
|---|---|---|
| UNSECURED | | $266.00 |

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 1839
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $19,507.21 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 1840
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| PRIORITY | Claimed: | $251.51 |
|---|---|---|
| UNSECURED | Claimed: | $244.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1841
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| UNSECURED | Claimed: | $5,796.88 |
|---|---|---|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1842
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,322.75 |
|---|---|---|

---

CITY OF WATERBURY
FRANK CARUSO DEPUTY COLLECTOR OF REVENUE
OFFICE OF CORPORATION COUNSEL
236 GRAND ST
WATERBURY, CT 06702

Claim Number: 1843
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

| SECURED | Claimed: | $91.27 |
|---|---|---|

---

CITY OF WATERBURY
FRANK CARUSO DEPUTY COLLECTOR OF REVENUE
OFFICE OF CORPORATION COUNSEL
236 GRAND ST
WATERBURY, CT 06702

Claim Number: 1844
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

| SECURED | Claimed: | $1,134.23 |
|---|---|---|

---

CARPENTER, THOMAS L., ESQ.
CARR ALLISON
14231 SEAWAY RD
STE 2001 BLDG 2000
GULFPORT, MS 39503

Claim Number: 1845
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,683.68 |
|---|---|---|

---

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

Claim Number: 1846
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $4,608.92 |
|---|---|---|

---

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

Claim Number: 1847
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $25,486.52 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | Claim Number: 1848<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|
| UNSECURED        Claimed: | $25,486.52 |

---

| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | Claim Number: 1849<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| PRIORITY         Claimed: | $50,000.00 |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1850<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) |
|---|---|
| PRIORITY         Claimed: | $266.00 |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1851<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| PRIORITY         Claimed: | $689.00 |

---

| CITY WATER, LIGHT AND POWER<br>ATTN NANCY HAMER<br>BILLING SUPPORT SUPERVISOR<br>RM 105 MUNICIPAL CENTER WEST<br>SPRINGFIELD, IL 62757 | Claim Number: 1852<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED        Claimed:        $332.77        Scheduled:        $315.54 | |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1853<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| PRIORITY         Claimed: | $186.00 |

---

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1854<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED        Claimed: | $3,443.54 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1855<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $6,182.03 |
| GRAVELY-ROBINSON, KAREN<br>C/O ROBERT A WILLIAMS, ESQ.<br>45 JONES ST<br>MARTINSVILLE, VA 24112 | | Claim Number: 1856<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $150,000.00 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1857<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $33,559.46 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1858<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $2,434.56 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 1859<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| PRIORITY | Claimed: | $929.76 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1860<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $6,361.25 |
| MT. ROSE PROFESSIONAL SERVICES<br>18124 WEDGE PKWY #425<br>RENO, NV 89511-8134 | | Claim Number: 1861<br>Claim Date: 11/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $8,130.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HURVITZ, MARCY
42 MONET CT
MIDDLE ISLAND, NY 11953

Claim Number: 1862
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $2,353.85 CONT |
| UNSECURED | Claimed: | $2,353.85 | | |

---

WIDJAYA, TOMMY
1657 SAN DAMIAN RD
TALLAHASSEE, FL 32303

Claim Number: 1863
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10207 (10/07/2011)

| UNSECURED | Claimed: | $700.00 UNLIQ |

---

GILES, PATRICIA
10958 S SANGAMON ST
CHICAGO, IL 606433849

Claim Number: 1864
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 |

---

THACHER PROFFITT & WOOD LLP
JONATHAN D. FORSTOT
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

Claim Number: 1865
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $883,420.73 |

---

THACHER PROFFITT & WOOD LLP
JONATHAN D. FORSTOT
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

Claim Number: 1866
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $883,420.73 |

---

THACHER PROFFITT & WOOD LLP
JONATHAN D. FORSTOT
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

Claim Number: 1867
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $883,420.73 | Scheduled: | $937,889.69 |

---

THACHER PROFFITT & WOOD LLP
JONATHAN D. FORSTOT
TWO WORLD FINANCIAL CENTER
NEW YORK, NY 10281

Claim Number: 1868
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8406 (12/14/2009)

| UNSECURED | Claimed: | $883,420.73 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WATER PLANT INVESTMENTS, LLC<br>ATTN MR. MARK HUTTON<br>5644 BAY SIDE DRIVE<br>ORLANDO, FL 32819 | Claim Number: 1869<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |

| UNSECURED | Claimed: | $121,811.35 |

---

| ATLAS PRINCIPAL MORTGAGE, INC.<br>ATTN BRENDON R. PEARCE, COO<br>1710C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1870<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) |

| SECURED | Claimed: | $5,600.00 |
| UNSECURED | Claimed: | $5,600.00 |

---

| PARK NATIONAL BANK AND TRUST OF CHICAGO<br>JOSEPH ARONAUER, ESQ.<br>ARONAUER, RE & YUDELL, LLP<br>444 MADISON AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1871<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10132 (08/15/2011) |

| SECURED | Claimed: | $872,531.00 |
| UNSECURED | Claimed: | $0.00 |

---

| MEYSEMBOURG, TAMI<br>11646 WHITEHALL AVE NW<br>UNIONTOWN, OH 44685 | Claim Number: 1872<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |

| PRIORITY | Claimed: | $519.23 | Scheduled: | $519.23  CONT |

---

| TOP HAT PRODUCTIONS<br>ATTN JONATHAN DAVIS, PRESIDENT<br>17372 EASTMAN ST.<br>IRVINE, CA 92614 | Claim Number: 1873<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $4,128.88 | Scheduled: | $3,472.69 |

---

| BAY APPRAISERS, LLC<br>ATTN STEVE T. SEWELL<br>3207 INTERNATIONAL DRIVE, SUITE R<br>MOBILE, AL 36606 | Claim Number: 1874<br>Claim Date: 11/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $700.00 |

---

| BUCKLEY, JOSHUA D.<br>117 30TH AVE N # 502<br>NASHVILLE, TN 37203 | Claim Number: 1875<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,050.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EVANS, LORETTE<br>2070 ALPINE DR<br>WEST LINN, OR 97068 | Claim Number: 1876<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,699.50 | Scheduled: | $1,699.50 CONT |
|---|---|---|---|---|

| GREATER METRO APPRAISAL SVCS<br>103 E 7TH ST<br>VANCOUVER, WA 98660-3202 | Claim Number: 1877<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $425.00 |
|---|---|---|

| ZUCKERMAN, BARRY<br>2305 VELVET VALLEY WAY<br>OWINGS MILLS, MD 21117 | Claim Number: 1878<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,458.25 |
|---|---|---|

| ROITER, CATHERINE<br>15538 SE 9TH STREET<br>BELLEVUE, WA 98007 | Claim Number: 1879<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $702.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $702.00 | | |

| REXCO MAGNOLIA, LLC<br>THOMAS J. POLIS, ESQ.<br>POLIS & ASSOCIATES, APLC<br>19800 MACARTHUR BOULEVARD, SUITE 1000<br>IRVINE, CA 92612 | Claim Number: 1880<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $480,000.00 |
|---|---|---|

| TRANSWESTERN 535 CONNECTICUT, LLC<br>C/O CUMMINGS & LOCKWOOD LLC<br>ATTN JOHN F. CARBERRY<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 | Claim Number: 1881<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8491 (01/12/2010) |
|---|---|

| SECURED | Claimed: | $10,075.98 |
|---|---|---|

| LAWRENCE, RICHARD P. III & MERLA P.<br>6154 105TH AVE<br>PINEALLAS PARK, FL 337822526 | Claim Number: 1882<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>CONSTRUCTION LOAN |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,844.45 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TEXAS COMPTROLLER OF PUBLIC ACCTS ET AL OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY - COLLECTIONS DIVISION PO BOX 12548 AUSTIN, TX 78711-2548 | Claim Number: 1883 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,397.63 | | |
|---|---|---|---|---|

---

| WEHLER, AMANDA 6736 1/2 N. GLENWOOD # 3 CHICAGO, IL 60626 | Claim Number: 1884 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $1,015.39 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $846.15 | | |

---

| BOSTON WATER AND SEWER COMMISSION JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL 980 HARRISON AVENUE BOSTON, MA 02119 | Claim Number: 1885 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7396 (05/18/2009) |
|---|---|

| SECURED | Claimed: | $279.20 | | |
|---|---|---|---|---|

---

| BRUNS, LUANN D. 26461 LA SCALA LAGUNA HILLS, CA 92653 | Claim Number: 1886 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $3,076.80 | | |
|---|---|---|---|---|

---

| A CLEAN TOUCH ATTN TAMMY MAJKA 1842 CEDAR DRIVE SEVERN, MD 21144 | Claim Number: 1887 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $610.00 | Scheduled: | $585.00 |
|---|---|---|---|---|

---

| BOYD, MICHAEL W. SR. PO BOX 2092 ROANOKE, TX 76262 | Claim Number: 1888 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $2,461.54 CONT |
|---|---|---|---|---|

---

| BRENTWOOD PRINTING & ENVELOPE INC SCOTT FINKE 8630 WINTON RD CINCINNATI, OH 45231 | Claim Number: 1889 Claim Date: 11/05/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $264.34 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERTZLER, ALICE P.<br>1707 STIRLING STREET<br>COATESVILLE, PA 19320 | Claim Number: 1890<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) |

| PRIORITY | Claimed: | $480.19 | Scheduled: | $480.19  CONT |

---

| AJAC'S JANITORIAL SERVICES CORP.<br>ATTN ROBERT PAGE, PRESIDENT<br>PO BOX 1544<br>ROGERS, AR 72757 | Claim Number: 1891<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |

---

| MCKEIRNAN, BRYCE & KIMBERLY<br>5505 S SOUTHVIEW LN<br>SPOKANE, WA 992231595 | Claim Number: 1892<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7930 (08/11/2009) |

| PRIORITY | Claimed: | $458.25 |

---

| MENDEZ, ELIZABETH S.<br>3216 PARK DR<br>ISLAND LAKE, IL 600429721 | Claim Number: 1893<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) |

| UNSECURED | Claimed: | $294.17 |

---

| CITYSCAPE APPRAISAL, INC.<br>518 S LINCOLN AVE<br>PARK RIDGE, IL 60068-4505 | Claim Number: 1894<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6839 (01/13/2009) |

| UNSECURED | Claimed: | $400.00 |

---

| FOUNDATION MARKETING, INC.<br>ATTN KAREN DEIS, PRESIDENT<br>327 SOO LINE RD<br>HUDSON, WI 54016 | Claim Number: 1895<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) |

| UNSECURED | Claimed: | $7,450.00 |

---

| ANDREWS APPRAISAL ASSOCIATES<br>ATTN NONA R. ANDREWS<br>300 OFFICE PARK DR. SUITE 105<br>BIRMINGHAM, AL 35223 | Claim Number: 1896<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) |

| UNSECURED | Claimed: | $375.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MALLONN, ROBERT E.<br>28 MAYBROOK RD.<br>NORTH BABYLON, NY 11703 | | Claim Number: 1897<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,751.92 | Scheduled: | $2,751.92 CONT |

---

| | | |
|---|---|---|
| EAST WEST HOLDINGS, LLC<br>LELLA AMISS E. PAPE, ESQUIRE<br>REES BROOME, PC<br>8133 LEESBURG PIKE, 9TH FLOOR<br>VIENNA, VA 22182 | | Claim Number: 1898<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) |

| | | |
|---|---|---|
| SECURED | Claimed: | $14,454.70 |
| UNSECURED | Claimed: | $27,928.28 |

---

| | | |
|---|---|---|
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | | Claim Number: 1899<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,675.00 |

---

| | | |
|---|---|---|
| BUSKOHL, JESSICA<br>900 WINDSTONE CT<br>LAKE IN THE HILLS, IL 60156 | | Claim Number: 1900<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,000.16 | Scheduled: | $1,000.16 CONT |

---

| | | |
|---|---|---|
| KUSSMANN, CHERYL<br>200 N ARLINGTON HEIGHTS RD APT 621<br>ARLINGTON HTS, IL 600046050 | | Claim Number: 1901<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77 CONT |

---

| | | |
|---|---|---|
| WATKINS, LONNIE<br>885 BOARDWALK CT<br>PALATINE, IL 60067 | | Claim Number: 1902<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,600.67 |
| UNSECURED | Claimed: | $8,600.67 |
| TOTAL | Claimed: | $8,600.67 |

---

| | | |
|---|---|---|
| HOLDEN APPRAISAL<br>ATTN PATRICK A. HOLDEN<br>7735 WINDSOR DRIVE<br>DUBLIN, OH 43016-4465 | | Claim Number: 1903<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CRISANTY, AL
8440 SPRUCE MEADOW LN
GRANITE BAY, CA 95746

Claim Number: 1904
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,930,206.66 | Scheduled: | $2,919,250.50 CONT |

WORLDWIDE APPRAISAL SERVICES
FRED CATCHPOLE
5449 MARCIA CIR.
JACKSONVILLE, FL 32210

Claim Number: 1905
Claim Date: 11/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,350.00 |

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

Claim Number: 1906
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 9389 (10/29/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,050.00 |

SPARKS, LAURA M.
15162 W MONROE STREET
GOODYEAR, AZ 85338

Claim Number: 1907
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT |

CRISANTY, AL
8440 SPRUCE MEADOW LN
GRANITE BAY, CA 95746

Claim Number: 1908
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $713,210.00 |

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

Claim Number: 1909
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 9389 (10/29/2010)

| | | |
|---|---|---|
| PRIORITY UNSECURED | Claimed: | $350,000.00 |

BEACON APPRAISAL COMPANY INC
ATTN CHRIS KARAGEARGE, PRESIDENT
PO BOX 6370
SCARBOROUGH, ME 04070-6370

Claim Number: 1910
Claim Date: 11/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,550.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| COOL SPRINGS LOT 19 PARTNERS<br>C/O AUSTIN L. MCMULLEN<br>BOULT CUMMINGS CONNERS & BERRY<br>1600 DIVISION ST, STE 700, PO BOX 340025<br>NASHVILLE, TN 37215 | | Claim Number: 1911<br>Claim Date: 11/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $168,068.91 | Scheduled: | $12,582.52 | |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 85274680 | | Claim Number: 1912<br>Claim Date: 11/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,220.63 | | | |
| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1913<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $9,960.91 | | | |
| VERIZON WIRELESS NORTHEAST<br>AFNI/VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | | Claim Number: 1914<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $98,117.38 | Scheduled: | $84,137.22 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1915<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | |
| UNSECURED | Claimed: | $5,168.13 | | | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1916<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | |
| UNSECURED | Claimed: | $4,399.83 | | | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1917<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $3,529.07 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1918<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | |
| UNSECURED           Claimed: | $27,553.69 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1919<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | |
| UNSECURED           Claimed: | $4,311.37 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1920<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | |
| UNSECURED           Claimed: | $5,707.32 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1921<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | |
| UNSECURED           Claimed: | $7,329.70 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1922<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | |
| UNSECURED           Claimed: | $1,763.45 | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1923<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED           Claimed: | $1,723.28 | |
| HEREL, BARBARA S.<br>24 FAIRCHILD ST<br>HUNTINGTON, NY 11743 | Claim Number: 1924<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9993 (05/09/2011) | |
| UNSECURED           Claimed: | $4,200.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHAMBERLIN ASSOC. HOPYARD RD., L.P.
ATTN CHRISTINE CASTILLO
CORP. SECRETARY
5800 W LAS POSITAS BLVD., STE 34
PLEASANTON, CA 94588

Claim Number: 1925
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| SECURED | Claimed: | $9,629.31 |
|---------|----------|-----------|

---

ASAP APPRAISALS, INC 5364
LEE BRAND, PRESIDENT
5364 EHRLICH RD. PMB 356
TAMPA, FL 33624

Claim Number: 1926
Claim Date: 10/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,600.00 |
|-----------|----------|-----------|

---

FEIN, SUCH, KAHN & SHEPARD, PC
VINCENT DIMAIOLO, JR., ESQ.
7 CENTURY DR
STE 201
PARSIPPANY, NJ 07054

Claim Number: 1927
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10280 (12/14/2011)

| UNSECURED | Claimed: | $2,358.57 |
|-----------|----------|-----------|

---

MONAGHAN, JOHN
100 N TAMPA ST STE 2435
TAMPA, FL 33602-5896

Claim Number: 1928
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $389,998.00 |

---

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1929
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| PRIORITY | Claimed: | $676,625.89 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $111.78 |

---

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1930
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $7,326.00 |
|----------|----------|-----------|

---

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1931
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| PRIORITY | Claimed: | $36,000.00 |
|----------|----------|------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1932
Claim Date: 11/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $200.00 |
|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1933
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 10281 (12/14/2011)

| PRIORITY | Claimed: | $639.00 |
|---|---|---|
| UNSECURED | Claimed: | $60.00 |

DUKE ENERGY/INDIANA
MARY TAYLOR
BANKRUPTCY REP
PO BOX 960 - EF 367
CINCINNATI, OH 45273-9598

Claim Number: 1934
Claim Date: 11/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $396.84 |
|---|---|---|

HERTZ CORPORATION, THE
CRYSTAL MCLAUGHLIN
SENIOR SUPERVISOR
14501 HERTZ QUAIL SPRINGS PKWY
OKLAHOMA CITY, OK 73134

Claim Number: 1935
Claim Date: 11/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9993 (05/09/2011)

| UNSECURED | Claimed: | $7,690.90 |
|---|---|---|

BELLSOUTH TELECOMMUNICATIONS, INC.
ATTN LINDA GOODIN
220 SOUTH ST. ROOM 317
GASTONIA, NC 28052

Claim Number: 1936
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $45,980.23 |
|---|---|---|

LOCATION, INC.
86 SHREWSBURY ST #D
WORCESTER, MA 01604-4625

Claim Number: 1937
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL 34601-2892

Claim Number: 1938
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
Amends claim number 1080

| SECURED | Claimed: | $5,166.62   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 1939<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | |
| SECURED            Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | Claim Number: 1940<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | |
| PRIORITY            Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| PPTS 361, LLC<br>115 S JEFFERSON RD<br>WHIPPANY, NJ 079811029 | Claim Number: 1941<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED            Claimed: | $44,039.14   UNLIQ | |

---

| | | |
|---|---|---|
| PECO ENERGY COMPANY<br>ATTN MICHAEL P. MURPHY, BANKRUPTCY REP<br>2301 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 1942<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | |
| UNSECURED            Claimed: | $622.78 | |

---

| | | |
|---|---|---|
| GWR-B TEMPE, LLC<br>MICHAEL J/ WEILAND, ESQ.<br>WEILAND GOLDEN SMILEY WANG EKVALL STROK<br>650 TOWN CENTER DR, STE 950<br>COSTA MESA, CA 92626 | Claim Number: 1943<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED            Claimed: | $61,545.22 | |

---

| | | | |
|---|---|---|---|
| SCRUGGS, VALERIE LYNN<br>1200 NEWNAN CROSSING BLVD E APT 803<br>NEWNAN, GA 30265-1567 | Claim Number: 1944<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY            Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED            Claimed: | $26,067.34 | Scheduled: | $26,097.09  CONT |

---

| | | |
|---|---|---|
| DTE ENERGY (DETROIT EDISON & MICHCON)<br>ATTN DEBORAH JACKS<br>BANKRUPTCY REPRESENTATIVE<br>1 ENERGY PLZ<br>DETROIT, MI 48226-1221 | Claim Number: 1945<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | |
| UNSECURED            Claimed: | $1,506.33 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1946
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $6,375.55 |
|-----------|----------|-----------|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1947
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $5,391.94 |
|-----------|----------|-----------|

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1948
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $4,483.72 |
|-----------|----------|-----------|

---

BOMAN, JULIE
2617 WEDGEWOOD RD
DES MOINES, IA 50317

Claim Number: 1949
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $309.48 | Scheduled: | $309.48 CONT |
|----------|----------|---------|------------|--------------|

---

JGL, LLC
CECILIA L. ROSENAUER, ESQ.
CECILIA L. ROSENAUER, LTD.
510 W PLUMB LN., STE. A
RENO, NV 89509

Claim Number: 1950
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $2,305.00 UNLIQ |
|-----------|----------|-----------------|

---

DOUGLAS, DOUGLAS
10977 SHADOW LN
COLUMBIA, MD 21044

Claim Number: 1951
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,091.17 CONT |
|----------|----------|------------|------------|-----------------|
| UNSECURED | Claimed: | $29,992.96 | Scheduled: | $7,847.29 CONT |

---

GENERAL ELECTRIC CAPITAL CORP., INC.
10 RIVERVIEW DR
DANBURY, CT 06810-6268

Claim Number: 1952
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9254 (09/24/2010)

| UNSECURED | Claimed: | $51,558.25 |
|-----------|----------|------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GENERAL ELECTRIC CAPITAL CORP., INC.
ATTN PATRICIA POEL
LITIGATION SPECIALIST
44 OLD RIDGEBURY RD
DANBURY, CT 06810

Claim Number: 1953
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,534.50 |
| --- | --- | --- |

---

GENERAL ELECTRIC CAPITAL CORP., INC.
ATTN PATRICIA POEL
LITIGATION SPECIALIST
44 OLD RIDGEBURY RD
DANBURY, CT 06810

Claim Number: 1954
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
SEND NOTICES TO:

| UNSECURED | Claimed: | $21,486.91 |
| --- | --- | --- |

---

GENERAL ELECTRIC CAPITAL CORP., INC.
ATTN PATRICIA POEL
LITIGATION SPECIALIST
44 OLD RIDGEBURY RD
DANBURY, CT 06810

Claim Number: 1955
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
SEND NOTICES TO:

| UNSECURED | Claimed: | $1,558.43 |
| --- | --- | --- |

---

ITA APPRAISALS, INC.
ATTN SHERYL PRENDERGAST - OFFICE MANAGER
PO BOX 13146
NORFOLK, VA 23506

Claim Number: 1956
Claim Date: 11/08/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,100.00 |
| --- | --- | --- |

---

BELOTE, JAMES P.
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

Claim Number: 1957
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $12,646.00 |

---

SAPARILAS, ELISABETH
8213 HOBHOUSE CIRCLE
RALEIGH, NC 27615

Claim Number: 1958
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $5,000.00 |
| --- | --- | --- |

---

ZAVALA, EFRAIM
4418 TURF LN
FORT WAYNE, IN 46804

Claim Number: 1959
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $372.00 | Scheduled: | $372.00  CONT |
| --- | --- | --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| AMERICAN ELECTRIC POWER<br>DEBRA CROUCH, COLLECTION SUPPORT REP<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | | Claim Number: 1960<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $1,769.70 | Scheduled: | $840.39 | |
| RESPONSE COMPANIES<br>8 E 40TH ST<br>FL 5<br>NEW YORK, NY 100160136 | | Claim Number: 1961<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | |
| UNSECURED | Claimed: | $28,583.91 | Scheduled: | $4,304.63 | |
| ELCOCK, NATASHA L<br>3665 SE 3RD STREET<br>GRESHAM, OR 97080 | | Claim Number: 1962<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $734.38 | Scheduled: | $734.38 | CONT |
| ARREOLA, ROSARIO T (ROSIE)<br>409 JUBILATION DR<br>LAS VEGAS, NV 89128 | | Claim Number: 1963<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $3,876.92 | CONT |
| VELASCO, SHARLENE I<br>3495 TWILIGHT<br>STAR DRIVE<br>LAS VEGAS, NV 89117 | | Claim Number: 1964<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 | CONT |
| SHEARER, DENICE M<br>10794 VILLA CARLOTTA COURT<br>LAS VEGAS, NV 89141 | | Claim Number: 1965<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $461.54 | Scheduled: | $461.54 | CONT |
| STAFFORD, PAMELA J<br>9350 S. CIMMARON RD #4034<br>LAS VEGAS, NV 89178 | | Claim Number: 1966<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $5,591.30 | Scheduled: | $5,937.45 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EMKE, LINDA
8408 STARSTRUCK
AVE
LAS VEGAS, NV 89143

Claim Number: 1967
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP

---

| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT |
| --- | --- | --- | --- | --- |

XELERATE, LLC
ATTN EMILY VENABLE, CEO
147 CANTERBURY LANE
BLUE BELL, PA 19422

Claim Number: 1968
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP

---

| UNSECURED | Claimed: | $12,720.00 | Scheduled: | $8,480.00 |
| --- | --- | --- | --- | --- |

ELITE FIRE PROTECTION, INC.
252 EASTERN PARKWAY
FARMINGDALE, NY 11735

Claim Number: 1969
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5169 (07/18/2008)

---

| UNSECURED | Claimed: | $5,241.16 | | |
| --- | --- | --- | --- | --- |

JACKSON, PHYLLIS M.
10205 BURGUNDY DR
FRISCO, TX 75035

Claim Number: 1970
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

---

| PRIORITY | Claimed: | $583.33 | Scheduled: | $538.46 CONT |
| --- | --- | --- | --- | --- |

THOMPSON, JOHN
136 LAKESIDE DR
CORTE MADERA, CA 94925

Claim Number: 1971
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

---

| PRIORITY | Claimed: | $8,584.62 | Scheduled: | $8,584.62 CONT |
| --- | --- | --- | --- | --- |

THOMPSON, JOHN
136 LAKESIDE DR
CORTE MADERA, CA 94925

Claim Number: 1972
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

---

| PRIORITY | | | Scheduled: | $168.00 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $370.00 | Scheduled: | $370.00 CONT |

CHAMPION COURIER
ATTN STEVE LIPTON, PRESIDENT
POB 1196
NYC, NY 10018-9998

Claim Number: 1973
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP

---

| UNSECURED | Claimed: | $21.90 | Scheduled: | $21.90 |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

APPRAISAL MANAGEMENT SERVICES, INC.
SHERYL REEVE, APPRAISAL MGMNT. SERV. INC
PO BOX 1597
SANDPOINT, ID 83864

Claim Number: 1974
Claim Date: 11/09/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

---

OWENS, CHARLES E.
19608 COACHMAN'S TRACE
CORNELIUS, NC 28031

Claim Number: 1975
Claim Date: 11/09/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC
ATTN LESLIE FORYS, OWNER
PO BOX 5305
PLYMOUTH, MI 48170

Claim Number: 1976
Claim Date: 11/12/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,275.00 |
|---|---|---|

---

R.L. BONNVILLE, LLC
LESLIE FORYS, MEMBER
PO BOX 5305
PLYMOUTH, MI 48170

Claim Number: 1977
Claim Date: 11/12/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,250.00 |
|---|---|---|

---

ADVISOR CENTRIC, LLC
C/O TOM DICKSON, OWNER
920 N SHERIDAN AVE
PITTSBURGH, PA 15206

Claim Number: 1978
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8794 (04/23/2010)

| UNSECURED | Claimed: | $43,000.00 | Scheduled: | $35,000.00 |
|---|---|---|---|---|

---

THERIAULT FAZIO, JO ANN
480 PRESTWICK LANE
WHEELING, IL 60090

Claim Number: 1979
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8948 (06/21/2010)

| PRIORITY | Claimed: | $1,384.61 |
|---|---|---|

---

NULL, JANICE K
4691 E TWAIN AVE
LAS VEGAS, NV 89121

Claim Number: 1980
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $516.92 | Scheduled: | $516.92 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

HUBBELL, JUDY A
1927 EDGEWATER DRIVE
CHARLOTTE, NC 28210

Claim Number: 1981
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,028.80 | Scheduled: | $2,028.80  CONT |
|---|---|---|---|---|

AT CONFERENCE, INC.
ATTN DAVID JANNETTI, PRESIDENT
PO BOX 2939
SOUTHAMPTON, NY 11969

Claim Number: 1982
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $575,426.89 | Scheduled: | $58,002.27 |
|---|---|---|---|---|

LAW OFFICES OF ALAN WEINREB PLLC, THE
6800 JERICO TWPK
STE 207W
SYOSSET, NY 11791-4445

Claim Number: 1983
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $44,762.68 |
|---|---|---|

CASTANEDA, HEIDE & VALENTIN
13521 IRONTON DR.
TAMPA, FL 33626

Claim Number: 1984
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $358.25 |
|---|---|---|

TOWNSEND, ELISA V
3113 LANTANA LAKES
DR
JACKSONVILLE, FL 32246

Claim Number: 1985
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $307.69 | Scheduled: | $307.69  CONT |
|---|---|---|---|---|

MIRAGE, ANTOINETTE
110 SO. PROSPECT AVE
#1
REDONDO BEACH, CA 90277

Claim Number: 1986
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $5,807.87 | Scheduled: | $5,807.87  CONT |
|---|---|---|---|---|

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 1987
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 2295 (12/04/2007)

| SECURED | Claimed: | $3,159.64   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 1988<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $2,908.23   UNLIQ | | |
|---|---|---|---|---|

| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 1989<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 2159 (11/20/2007) |
|---|---|

| SECURED | Claimed: | $3,568.26   UNLIQ | | |
|---|---|---|---|---|

| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 1990<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 2419 (12/17/2007) |
|---|---|

| SECURED | Claimed: | $3,089.83   UNLIQ | | |
|---|---|---|---|---|

| MEDINA, MECHELL<br>20 GARNET DR<br>BRENTWOOD, NY 11717 | Claim Number: 1991<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $743.08 | Scheduled: | $743.08  CONT |
|---|---|---|---|---|

| TRADE SHOW FABRICATIONS, INC.<br>ATTN PRESIDENT<br>360 OSER AVENUE<br>HAUPPAUGE, NY 11788 | Claim Number: 1992<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $14,122.57 | Scheduled: | $14,122.57 |
|---|---|---|---|---|

| APPRAISERS GROUP, THE<br>ATTN RICHARD A. GOULET, PRESIDENT<br>44 TRAPELO RD<br>BELMONT, MA 02478 | Claim Number: 1993<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $675.00 | | |
|---|---|---|---|---|

| MEYER, RICHARD<br>3734 BLUFF DR<br>LEWIS CENTER, OH 43035 | Claim Number: 1994<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $782.77  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,225.59 | Scheduled: | $28,799.82  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MEYER, RICHARD P (RICK)<br>3734 BLUFF DR<br>LEWIS CENTER, OH 43035 | Claim Number: 1995<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77  CONT |
|---|---|---|---|---|

| BROOKINGS MUNICIPAL UTILITIES<br>ATTN DOROTHY BEACH<br>PO BOX 588<br>BROOKINGS, SD 57006 | Claim Number: 1996<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $266.79 | Scheduled: | $193.11 |
|---|---|---|---|---|

| GLADDEN, CHRISTINA<br>1004 DRAKE TR<br>FLOWER MOUND, TX 75028 | Claim Number: 1997<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,883.65 | Scheduled: | $1,868.19  CONT |
|---|---|---|---|---|

| VENTURA, LEILAROSE C (LEILA)<br>3958 COYOTE<br>RIDGE COURT<br>LAS VEGAS, NV 89129 | Claim Number: 1998<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT |
|---|---|---|---|---|

| HIMES, GARY L & WILMA G JT TEN<br>25324 GREEN HERON DRIVE<br>LEESBURG, FL 34748-7812 | Claim Number: 1999<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| OUTLOOK MEDIA INC<br>ATTN MICHAEL DANIELS, SECY<br>815 N. HIGH ST, STE II<br>COLUMBUS, OH 43215 | Claim Number: 2000<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $712.38 |
|---|---|---|

| HOMEBUYERS SOLUTIONS<br>PO BOX 3078<br>PINEHURST, NC 28374-3078 | Claim Number: 2001<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,605.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MANNING APPRAISAL SERVICE
ATTN TIM MANNING, OWNER
19994 SHOSHONEE RD
APPLE VALLEY, CA 92307

Claim Number: 2002
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

WASHINGTON- ST TAMMANY
ATTN BETTY S BARBER, CLERK
PO DRAWER N
FRANKLIN, LA 70438

Claim Number: 2003
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $142.50 | Scheduled: | $333.61 |
|---|---|---|---|---|

MAGNETIC SPRINGS WATER CO
ATTN SANDRA G. ALLISON, COLLECTION MGR
P.O. BOX 182076
COLUMBUS, OH 43218-2076

Claim Number: 2004
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $87.22 | Scheduled: | $27.99 |
|---|---|---|---|---|

SMITH, CATHERINE
9 ALAN CT
FARMINGDALE, NY 117353101

Claim Number: 2005
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $3,000.00 CONT |
|---|---|---|---|---|

SHAPIRO, EVGENY
556 BASTANCHURY AVENUE
HENDERSON, NV 89011

Claim Number: 2006
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT |
|---|---|---|---|---|

BOB WARNCKE APPRAISAL GROUP
240 HALF MILE RD.
RED BANK, NJ 07701

Claim Number: 2007
Claim Date: 04/06/2009
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

WALKER, ANNIE
5792 E MONROE
LAS VEGAS, NV 89110

Claim Number: 2008
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EMPIRE CLEANING SERVICE
ATTN LILIA GONZALEZ, OWNER
6325 HIGHLAND COMMONS DR
CHARLOTTE, NC 28269

Claim Number: 2009
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $413.00 | Scheduled: | $413.00 |

SUPERIOR PROFESSIONAL CLEANING SVC, INC.
ATTN PATRICIA A. COMBER
214 WOOD ST., # 113
PUNTA GORDA, FL 33950

Claim Number: 2010
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $192.60 | Scheduled: | $256.80 |

SIGNS NOW
ATTN HOWARD STOVELL, OWNER
365 SOUTHLAND DR
LEXINGTON, KY 40503

Claim Number: 2011
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $419.42 | Scheduled: | $419.42 |

LYNCH, SHANA
8603 WEST
PAPAGO STREET
TOLLESON, AZ 85353

Claim Number: 2012
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $240.00 | Scheduled: | $480.00  CONT |

ST ANDREWS PLACE LLC
C/O JDH DEVELOPMENT
PO BOX 35193
CHARLOTTE, NC 28235

Claim Number: 2013
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5169 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,075.00 | Scheduled: | $6,075.00 |

GREENVILLE MECHANICAL LLC
ATTN CYNTHIA W APPLETON, OFFICE MGR
103 WOODRUFF INDUSTRIAL LANE
GREENVILLE, SC 29607

Claim Number: 2014
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97.50 | Scheduled: | $97.50 |

HIGGINBOTHAM, LYNN G
1130 LILAC AVENUE
CHESAPEAKE, VA 23325

Claim Number: 2015
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $469.62 | Scheduled: | $859.62  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TRICOR AMERICA INC
ATTN ANDY SUN, ACCOUNTING MANAGER
PO BOX 8100 SFIA
SAN FRANCISCO, CA 94128

Claim Number: 2016
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $22,333.98 | Scheduled: | $22,903.94 |
|---|---|---|---|---|

TRICOR AMERICA, INC.
ATTN ANDY SUN, ACCOUNTING MANAGER
P.O. BOX 8100 - S.F.I.A.
SAN FRANCISCO, CA 94128

Claim Number: 2017
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $55,695.10 | Scheduled: | $13,072.05 |
|---|---|---|---|---|

TRICOR AMERICA, INC.
ATTN ANDY SUN, ACCOUNTING MANAGER
P.O. BOX 8100 - S.F.I.A.
SAN FRANCISCO, CA 94128

Claim Number: 2018
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $87,893.55 | Scheduled: | $56,651.30 |
|---|---|---|---|---|

TRICOR AMERICA, INC.
ATTN ANDY SUN, ACCOUNTING MANAGER
P.O. BOX 8100 - S.F.I.A.
SAN FRANCISCO, CA 94128

Claim Number: 2019
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $71.74 | Scheduled: | $51.50 |
|---|---|---|---|---|

TRICOR AMERICA, INC.
ATTN ANDY SUN, ACCOUNTING MANAGER
P.O. BOX 8100 - S.F.I.A.
SAN FRANCISCO, CA 94128

Claim Number: 2020
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,783.26 | Scheduled: | $1,783.26 |
|---|---|---|---|---|

HICKS JR., ROBERT E.
1418 E 103RD ST 1ST FL
BROOKLYN, NY 11236

Claim Number: 2021
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $1,184.00 |
|---|---|---|

ASSURED ENVIRONMENTS
ATTN JACKIE OMODIG
45 BROADWAY
8TH FL
NYC, NY 10006

Claim Number: 2022
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $105.08 | Scheduled: | $105.08 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ASSURED ENVIRONMENTS
ATTN JACKIE OMODIG
45 BROADWAY
8TH FL
NYC, NY 10006

Claim Number: 2023
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

FLORES, CARLA
404 HILL AVE
OAKLEY, CA 945612770

Claim Number: 2024
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,134.40 | Scheduled: | $1,705.54 CONT |
|---|---|---|---|---|

SFIROUDIS, JAMES
164-03A 32 AVE
FLUSHING, NY 11358

Claim Number: 2025
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,461.62 | Scheduled: | $1,461.62 CONT |
|---|---|---|---|---|

MENDELSOHN, MICHAEL R
43 SELEY DR
NORTH BABYLON, NY 11703

Claim Number: 2026
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,492.21 | Scheduled: | $2,492.31 CONT |
|---|---|---|---|---|

ULINE
ATTN VERONICA HAWKINS, ADMINISTRATION
2200 S. LAKESIDE DR.
WAUKEGAN, IL 60085

Claim Number: 2027
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $207.78 | | |
|---|---|---|---|---|

SMITH GRAPHICS INC.
99 FARRELL STREET
LONG BEACH, NY 11561

Claim Number: 2028
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,876.50 | Scheduled: | $1,876.50 |
|---|---|---|---|---|

RUBIO MATOS, ZOILA
16778 NW 13 ST
PEMBROKE PINES, FL 33028

Claim Number: 2029
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)
Amends claim number 1778

| PRIORITY | Claimed: | $1,803.76 | Scheduled: | $3,607.54 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PLYMALE, LINDA C.
532 RODNEY BAY CROSSING
WAKE FOREST, NC 27587

Claim Number: 2030
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92 CONT |
|----------|----------|-----------|------------|----------------|

CUSTOM LIMOUSINE SERVICE
ATTN SAM ABDULLAH, GENERAL MANAGER
PO BOX # 327
SYCAMORE, IL 60178

Claim Number: 2031
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,765.00 | Scheduled: | $3,765.00 |
|-----------|----------|-----------|------------|-----------|

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2032
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $189.41   UNLIQ |
|---------|----------|-----------------|

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2033
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $1,378.77   UNLIQ |
|---------|----------|-------------------|

MCCOMBS, ELIZABETH (BETH)
3520 LAND COURT
CHEYENNE, WY 82001

Claim Number: 2034
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $230.77 | Scheduled: | $230.77 CONT |
|----------|----------|---------|------------|--------------|

MCCOMBS, ELIZABETH
3520 LAND COURT
CHEYENNE, WY 82001

Claim Number: 2035
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $174.82 | Scheduled: | $174.82 CONT |
|-----------|----------|---------|------------|--------------|

CHIPMAN ENGINEERS
ATTN E. PAUL CARSWELL
PO BOX 1177
HUDSON, NC 28638

Claim Number: 2036
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $317.81 |
|-----------|----------|---------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SESSA, FRANCES M
7525 SUMMER BLOSSOM LANE
COLUMBIA, MD 21046

Claim Number: 2037
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,176.92 | Scheduled: | $1,176.92 CONT |
|---|---|---|---|---|

KEN'S SIGN SERVICE INC.
ATTN TARA HATFIELD, OFFICE MANAGER
2121 W. PIMA
PHOENIX, AZ 85009

Claim Number: 2038
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $243.23 | Scheduled: | $243.23 |
|---|---|---|---|---|

ENYEART, SARA E
PO BOX 265
CADILLAC, MI 49601-0265

Claim Number: 2039
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $924.00 | Scheduled: | $924.00 CONT |
|---|---|---|---|---|

BERG, LAURIE
1460 PEBBLE COURT
YUBA CITY, CA 95993

Claim Number: 2040
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,380.00 | Scheduled: | $1,651.22 CONT |
|---|---|---|---|---|

T.R. WORLINE & ASSOCIATES, INC
1545 TIMBER WOLF DR
HOLLAND, OH 43528-9130

Claim Number: 2041
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $405.00 | Scheduled: | $405.00 |
|---|---|---|---|---|

REALESTATE.BOOK OF SPRINGFIELD
ATTN JOHN M. SCHOEN, OWNER
4301 HARVARD DRIVE
SPRINGFIELD, IL 62712

Claim Number: 2042
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $717.00 | Scheduled: | $239.00 |
|---|---|---|---|---|

JOYCE, EDWARD J.
1739 KIRBY RD # 118
MC LEAN, VA 221014817

Claim Number: 2043
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,782.05 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JAN ROSEBERRY APPRAISALS
ATTN JANICE S. ROSEBERRY
214 W 21ST STREET
DOVER, OH 44622

Claim Number: 2044
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $65.00 | | |

---

MURPHY, CHARLES
1195 NW 63 ST
MIAMI, FL 33150

Claim Number: 2045
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,322.88 | Scheduled: | $1,322.88 CONT |

---

DARNALL, LINDA D
33520 LIBERTY RD
YUCAIPA, CA 92399

Claim Number: 2046
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $778.67 | Scheduled: | $778.67 CONT |

---

GITCHELL'S STUDIO
618-A FOREST ST
CHARLOTTESVILLE, VA 22903

Claim Number: 2047
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $78.75 | | |

---

SURF HOUSE CLEANING
ATTN OWNER
1040 FAIR OAKS AVE
ALAMEDA, CA 94501

Claim Number: 2048
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $360.00 | Scheduled: | $180.00 |

---

PIERCE, LISA
7102 ABRAHAMSON RD
LUDINGTON, MI 494318801

Claim Number: 2049
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $784.00 | Scheduled: | $784.00 CONT |

---

BOXELL, BRETT C
6167 W MAPLE GROVE RD
HUNTINGTON, IN 467508977

Claim Number: 2050
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $560.00 | Scheduled: | $560.00 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WESTAFF (USA) INC
DEBRA BELT, SR. CREDIT ANALYST
298 N. WIGET LN
WALNUT CREEK, CA 94598

Claim Number: 2051
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $463.19 | Scheduled: | $463.19 |

---

ACCREDITED KEY APPRAISALS, INC
ATTN VANESSA P. KEY, OWNER
PO BOX 2583
WEST COLUMBIA, SC 29171

Claim Number: 2052
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $354.25 |

---

DAVID L DIAMOND & ASSOCIATES
PO BOX 2595
W COLUMBIA, SC 29171

Claim Number: 2053
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

CADENA APPRAISAL SERVICE
ATTN VALERIANO E. CADENA, JR., OWNER
123 W MARTIN ST
DEL RIO, TX 78840

Claim Number: 2054
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425.00 |

---

STANDARD APPRAISAL SVCS INC
ATTN JAMES J. ONDERISIN, PRESIDENT
1157 S ADDISON AV
LOMBARD, IL 60148

Claim Number: 2055
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360.00 | Scheduled: | $350.00 |

---

VOGNILD, LARRY L & DOROTHY L. JTWROS
5028 WILMINGTON AVENUE
EVERETT, WA 98203

Claim Number: 2056
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,000.00 |

---

KOHLER PROPERTIES
PO BOX 6
15 N. E. THIRD STREET
GRESHAM, OR 97030

Claim Number: 2057
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DAVENPORT APPRAISAL SERVICES
905 N CYPRESS ST
BEEBE, AR 72012-2701

Claim Number: 2058
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $350.00 | | |

CRYSTAL SPRING WATER
ATTN KAREN L. PRUNTY
POB 48
MARIETTA, OH 45750

Claim Number: 2059
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $472.85 | | |

ALLISON, ROBIN S
1593 MEHAR COURT
YUBA CITY, CA 95993

Claim Number: 2060
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $897.00 | $897.00 CONT | |

BOYLE, SUZANNE R (SUZI)
132 E WOODLANDER DR
EAGLE, ID 83616

Claim Number: 2061
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $9,033.38 | $9,033.38 CONT | |

MORMILE, THOMAS
9 MARKWOOD LN
EAST NORTHPORT, NY 11731

Claim Number: 2062
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,267.99 | $4,436.92 CONT | |

GENERAL HOME MAINTENANCE CORP
ATTN TERESA REILLY, OFFICE MANAGER
39 CYPRESS LANE
SHIRLEY, NY 11967

Claim Number: 2063
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $901.58 | $298.86 | |

VENETIS , JOANNE
176 OAKDALE BOHEMIA
RD APT 15B
BOHEMIA, NY 11716

Claim Number: 2064
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,817.31 | $1,817.31 CONT | |
| SECURED | Claimed: | $0.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EL MEXICANO NEWSPAPER
ATN FERNANDO ZAPARI
2301 FAIRFIELD AVE
STE 102
FORT WAYNE, IN 46807

Claim Number: 2065
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $420.00 | Scheduled: | $300.00 |

MR. JANITOR INC
ATTN LINDA J. PARKS, PRESIDENT
P.O. BOX 20542
KALAMAZOO, MI 49019-2052

Claim Number: 2066
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81.00 | Scheduled: | $81.00 |

DEPENDABLE ELECTRIC INC.
2316 COLDSTREAM AVE NE
CEDAR RAPIDS, IA 52402

Claim Number: 2067
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $663.00 | |

BURNETT, RICHARD (RICK)
302 STABLESTONE DR
CHESTERFIELD, MO 63017

Claim Number: 2068
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15  CONT |

SAUBERMAN, HARRY
9 OVERLOOK DR
NEWPORT COAST, CA 926571300

Claim Number: 2069
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,225.00  CONT |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $25.00  CONT |

PORTLAND'S DOWNTOWN DISTRICT
ATTN JANIS M BEITZER, EXECUTIVE DIRECTOR
549 CONGRESS STREET
PORTLAND, ME 04101

Claim Number: 2070
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71.00 | Scheduled: | $71.00 |

APPEAL-DEMOCRAT
1530 ELLIS LAKE DR
MARYSVILLE, CA 95901-4269

Claim Number: 2071
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,390.46 | Scheduled: | $335.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DUCHENE, RENEE S
6980 E SAHUARO DR APT 1059
SCOTTSDALE, AZ 852545294

Claim Number: 2072
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)
Amends claim number 1796

| PRIORITY | Claimed: | $256.00 | Scheduled: | $256.00 CONT |
|---|---|---|---|---|

CAFE TODAY
ATTN DAID KEULER
10200 SW GREENBURG RD
# 100
PORTLAND, OR 97223

Claim Number: 2073
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $238.40 | Scheduled: | $238.40 |
|---|---|---|---|---|

DYNAMEX
ATTN WILLIAM HELLER, COLLECTION MGR
2100 OLD HIGHWAY 8
NEW BRIGHTON, MN 55112

Claim Number: 2074
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $77.10 | Scheduled: | $77.10 |
|---|---|---|---|---|

OHIO MOBILE SHREDDING
ATTN TIMOTHY J. OBERST, OWNER
PO BOX 307206
COLUMBUS, OH 43230

Claim Number: 2075
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $347.84 | Scheduled: | $223.34 |
|---|---|---|---|---|

PLUGUES, MICHAEL
19 YOSEMITE LANE
CORAM, NY 11727

Claim Number: 2076
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT |
|---|---|---|---|---|

KENNEDY, GRACE
3580 RITNER HWY
NEWVILLE, PA 17241

Claim Number: 2077
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $150.00 | | |
|---|---|---|---|---|

CULLIGAN WATER SYSTEMS MOBILE
ATTN LAUREN ROGILLIO
1015-H SHELTON BEACH RD
SARALAND, AL 36571

Claim Number: 2078
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $113.00 | Scheduled: | $83.26 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WEATHER UNDERGROUND,INC
ATTN JEFF FERGUSON, TREASURER
PO BOX 3605
ANN ARBOR, MI 48106

Claim Number: 2079
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 |

NEW HANOVER COUNTY
ATTN BONNIE POPE, DEPUTY COLLECTOR
P O BOX 18000
WILIMINGTON, NC 28406

Claim Number: 2080
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8948 (06/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $221.43 |

HALLMARK APPRAISAL INC
540 NW 165 STREET
MIAMI, FL 52167

Claim Number: 2081
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $800.00 |

IRET - GOLDEN JACK, LLC
C/O GEORGE H. SINGER, ESQ.
LINDQUIST & VENNUM P.L.L.P.
80 S. EIGHTH ST - IDS CENTER STE. 4200
MINNEAPOLIS, MN 55402

Claim Number: 2082
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $6,344.44 |
| UNSECURED | Claimed: | $74,124.99 |

CHOATE, REID E.
PO BOX 388
PAHOA, HI 96778

Claim Number: 2083
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $529.00 | Scheduled: | $521.00 |

PHOTOVAULT
8965 VALLEY FORD RD
PETALUMA, CA 949523717

Claim Number: 2084
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,279.00 | Scheduled: | $1,279.00 |

TURNER COUNTY
ATTN MARLYS ANDERSEN
P O BOX 250
PARKER, SD 57053

Claim Number: 2085
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRIEDMAN, RICHARD
1959 MCGRAW AVE 4H
BRONX, NY 10462-8023

Claim Number: 2086
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

DAVID OPOKA - REALTY EXPERTS
ATTN: DAVID OPOKA
4331 E. JUANITA AVENUE
GILBERT, AZ 85234

Claim Number: 2087
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $77.72 |
|---|---|---|

---

SANDIN CONSTRUCTION
ATTN DENNIS R. SANDIN
5400 CAMINO SANDIA NE
ALBUQUERQUE, NM 87111

Claim Number: 2088
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $106.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $710.34 |

---

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2089
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $2,310.63 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $1,594.58 UNLIQ | | |

---

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2090
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $43.59 UNLIQ |
|---|---|---|

---

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2091
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 2715 (01/14/2008)

| SECURED | Claimed: | $6,105.11 UNLIQ |
|---|---|---|

---

MULLINS, STACY
177 BAYLAWN AVE
COPIAGUE, NY 11726

Claim Number: 2092
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,346.16 | Scheduled: | $4,684.62 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TATE, RANDY<br>1406 WILLIAM ST.<br>SYCAMORE, IL 60178 | Claim Number: 2093<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $310.50 | Scheduled: | $310.50 |
|---|---|---|---|---|

| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | Claim Number: 2094<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $323.61  UNLIQ |

| HUNTER GROUP INTERNATIONAL, INC., THE<br>16405 NORTHCROSS DRIVE G-2<br>HUNTERSVILLE, NC 28078 | Claim Number: 2095<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 4029 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $13,500.00 |
|---|---|---|

| RICHARD W. LAMBERT, SRPA<br>3360 KORI RD<br>JACKSONVILLE, FL 32257 | Claim Number: 2096<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

| PEREZ, SCHANNIN D<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | Claim Number: 2097<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,017.41 | Scheduled: | $2,017.41  CONT |
|---|---|---|---|---|

| HUNTER GROUP INTERNATIONAL, THE<br>16405 NORTHCROSS DRIVE  G-2<br>HUNTERSVILLE, NC 28078 | Claim Number: 2098<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $13,500.00 | Scheduled: | $13,500.00 |
|---|---|---|---|---|

| SHRED - IT<br>ATTN DOMINGOS BRONCO, PRESIDENT<br>29 DIANA COURT<br>CHESHIRE, CT 06410 | Claim Number: 2099<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $108.12 | Scheduled: | $54.06 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| DARAK, ROBERTA<br>32 WASHBURN ST<br>LAKE GROVE, NY 11755 | | Claim Number: 2100<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $889.42 | Scheduled: | $889.42 | CONT |
| LALIME, JOHN<br>4040 8TH PLACE<br>VERO BEACH, FL 32960 | | Claim Number: 2101<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $960.00 | Scheduled: | $960.00 | CONT |
| CROCKFORD, SUSAN K<br>5027 126TH ST SE<br>EVERETT, WA 98208 | | Claim Number: 2102<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $4,356.93 | Scheduled: | $4,356.93 | CONT |
| CHOTIN, CARTER<br>203 W 23RD AVE<br>COVINGTON, LA 70433-2609 | | Claim Number: 2103<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $984.64 | Scheduled: | $984.64 | CONT |
| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | | Claim Number: 2104<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | |
| PRIORITY<br>SECURED | Claimed: | $1,516.15 | Scheduled: | $1,710.42 | DISP CONT |
| NATIONAL MAILING SYSTEM<br>ATTN TINA PHILLIPS, VP FINANCE<br>1749 OLD MEADOW ROAD<br>MCLEAN, VA 22102-4314 | | Claim Number: 2105<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $168.63 | | | |
| GREATER MCLEAN CHAMBER OF COMMER<br>ATTN MATTHEW WALLACE, PRESIDENT<br>1437 BALLS HILL RD<br>MCLEAN, VA 22101 | | Claim Number: 2106<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LUBIN AND SMALLEY  FLORIST,INC<br>ATTN RICHARD M. LOPRESTI, OWNER<br>8 MARKET SQUARE<br>PITTSBURG, PA 15222-1813 | | Claim Number: 2107<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $95.18 | | |
| KOLDROCK WATERS, INC<br>P.O. BOX 248<br>EDINBORO, PA 16412 | | Claim Number: 2108<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $18.53 | | |
| TREM, JOSEPH<br>847 NORTH HOWARD STREET<br>AKRON, OH 44310 | | Claim Number: 2109<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY<br>UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00  CONT |
| SUNRISE SPRINGS WATER CO.<br>P.O. BOX 232<br>NEWBURY, OH 44065 | | Claim Number: 2110<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $497.77 | Scheduled: | $44.00 |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN JOSE BIASCOELAFA, OWNER<br>814 JOHNNIE DODDS BLVD.<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 2111<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| ARC DISPOSAL & RECYCLING CO., INC.<br>ATTN JOHN P. O'CONNOR, CONTROLLER<br>2101 S. BUSSE RD.<br>MT. PROSPECT, IL 60056 | | Claim Number: 2112<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $475.79 | Scheduled: | $475.79 |
| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | | Claim Number: 2113<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $5,050.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CALIFORNIA CLEANING CONCEPTS<br>ATTN JAMES E MASSICOTTE<br>635 BARSTOW<br># 19<br>CLOVIS, CA 93612 | | Claim Number: 2114<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8180 (10/14/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,750.00 | | |
| UNSECURED | | | Scheduled: | $500.00 |

---

| CHAN, ANNIE C<br>4472 PERALTA BLVD<br>FREMONT, CA 94536 | | Claim Number: 2115<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $853.84 | Scheduled: | $853.84  CONT |

---

| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2116<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23.43 | Scheduled: | $23.43 |

---

| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2117<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33.60 | Scheduled: | $105.68 |

---

| CARLSON, ROSEMARY<br>3 VELASCO CT.<br>NOVATO, CA 94949 | | Claim Number: 2118<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,972.32 | Scheduled: | $2,972.32  CONT |

---

| GOOD, DONALD G<br>504 SPRINGFIELD CIRCLE<br>BOSSIER CITY, LA 71112 | | Claim Number: 2119<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

---

| AMERI-CLEAN<br>162 MALLISON ST<br>ALLENDALE, NJ 07401 | | Claim Number: 2120<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $342.00 | Scheduled: | $342.40 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SAMMARTINO APPRAISAL SERVICES
1001 STATE STREET
ERIE, PA 16501

Claim Number: 2121
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

NICOSON, BETH M
5998 ARBORWOOD LN
ERIE, PA 165051017

Claim Number: 2122
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| PRIORITY | Claimed: | $8,500.00 |
|---|---|---|

---

GOLD CUP COFFEE SERVICE, INC.
8723 FLORIDA MINING BLVD
TAMPA, FL 336341259

Claim Number: 2123
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $208.48 |
|---|---|---|

---

JOHNSTON COUNTY
ATTN GREG CALLAHAN, DEPUTY TAX COLLECT.
P.O. BOX451
SMITHFIELD, NC 27577

Claim Number: 2124
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $1,641.35 |
| UNSECURED | Claimed: | $0.00 |

---

FUNK WATER
3113 RIDGE PIKE
EAGLEVILLE, PA 19403-1495

Claim Number: 2125
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $222.23 | Scheduled: | $23.98 |
|---|---|---|---|---|

---

COMER, JOHN C.
PO BOX 80463
CANTON, OH 44708-0463

Claim Number: 2126
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,093.95 |
|---|---|---|

---

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2127
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $217.57 | Scheduled: | $1,009.00 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GREATER VALLEY APPRAISAL
ATTN KRISTY NELSON
PO BOX 530626
HENDERSON, NV 89053

Claim Number: 2128
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | | |

---

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2129
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,198.89 | Scheduled: | $2,489.67 |

---

BLATE, DAVID A.
2300 AVE E NW
WINTER HAVEN, FL 33880-2115

Claim Number: 2130
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,500.00 | | |
| UNSECURED | Claimed: | $5,200.00 | | |

---

TRI M CONSTRUCTION
ATTN M. MCMAHON, PRES.
5 EAST 51ST STREET, STE 6A
NEW YORK, NY 10111

Claim Number: 2131
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,662.00 | Scheduled: | $64,162.00 |

---

ELECTRONIC BUSINESS MACHINES
802 134TH ST SW #170
EVERETT, WA 98204

Claim Number: 2132
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,574.54 | Scheduled: | $2,574.54 |

---

BARR, EDNA
ROBERT CIRELL & DOES 1-20  107CV092129
TIMOTHY B. BRODERICK
2600 EL CAMINO REAL, SUITE 506
PALO ALTO, CA 94306

Claim Number: 2133
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | Claimed: | $100,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

CARLETON, ROBERT
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2134
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,936.75 |
| TOTAL | Claimed: | $7,321.25 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2135
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,786.75 |
| TOTAL | Claimed: | $7,321.25 | | |

---

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2136
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $4,887.25 |
| TOTAL | Claimed: | $7,321.25 |

---

HUDSON VIEW APPRAISALS LLC
ATTN ADRIAN L. MULLER, PRESIDENT
690 N B'WAY # 200
WHITE PLAINS, NY 10603

Claim Number: 2137
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,750.00 |

---

DOYLE, DENNIS M. JR.
7807 BAYMEADOWS RD. E.
JACKSONVILLE, FL 32256

Claim Number: 2138
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $107,033.80 |

---

DOYLE, DENNIS M. JR.
7807 BAYMEADOWS RD. E.
JACKSONVILLE, FL 32256

Claim Number: 2139
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $107,033.80 |

---

DOYLE, DENNIS JR.
7807 BAYMEADOWS RD, E
JACKSONVILLE, FL 32256

Claim Number: 2140
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $107,033.80 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOYLE, DENNIS M. JR.
7807 BAYMEADOWS ROAD EAST
SUITE 1 & 2
JACKSONVILLE, FL 32256

Claim Number: 2141
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $107,033.80 | | |

WYNDHAM HOTELS & RESORTS
ATTN MANSUR DAYA, GEN. MGR.
1400 MILWAUKEE AVENUE
GLENVIEW, IL 60025

Claim Number: 2142
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,486.48 | Scheduled: | $9,916.05 |

COHN, DENISE C
977 MARGINAL ROAD
LIDO BEACH, NY 11561

Claim Number: 2143
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,234.62 | Scheduled: | $1,234.62  CONT |

DISTEPHAN, MICHAEL F (MIKE)
2194 BELLEWOOD DR
MERRICK, NY 11566

Claim Number: 2144
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,096.16 | Scheduled: | $5,605.77  CONT |

FOODCRAFT
ATTN ERLINDA B. MARLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2145
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $974.15 | Scheduled: | $755.85 |

MASON APPRAISAL SERVICES
4314 EVANSTON BLVD
N. CHARLESTON, SC 29406

Claim Number: 2146
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,925.00 | |

LAURITANO APPRAISAL SERVI/INC.
ATTN THOMAS LAURITANO
500 WEST MAIN STREET
SUITE 208
BABYLON, NY 11702

Claim Number: 2147
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,550.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARTINEZ, MARK G<br>17 LARCHWOOD<br>IRVINE, CA 92602-0941 | Claim Number: 2148<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,352.15 | Scheduled: | $6,202.15 CONT |
| UNSECURED | Claimed: | $32,639.68 | Scheduled: | $32,501.85 CONT |

| IMPRESSIONS ON HOLD<br>ATTN GRACE CALABRO, COMPTROLLER<br>200 WEST 57TH STREET - SUITE 1408<br>NEW YORK, NY 10019 | Claim Number: 2149<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $895.00 |
|---|---|---|

| RICHARDS, KUNTI (SHARON)<br>1516 KINGSTON AVE<br>BALDWIN, NY 11510 | Claim Number: 2150<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,308.82 | Scheduled: | $1,308.64 CONT |
|---|---|---|---|---|

| MS. ANGELA JONES<br>C/O NIMOCKS, CICCONE &TOWNSEND<br>ATTN ROBERT R. NIMOCKS, AGENT<br>PO BOX 58121<br>FAYETTEVILLE, NC 28305 | Claim Number: 2151<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $5,162.92 | Scheduled: | $2,559.46 |
|---|---|---|---|---|

| ARCTIC OFFICE PRODUCTS<br>ATTN MELISSA MCCLELLAND, ACCTS RECEIV.<br>100 W FIREWEED LANE<br>ANCHORAGE, AK 99510 | Claim Number: 2152<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $140.43 | Scheduled: | $136.33 |
|---|---|---|---|---|

| MERISA ENTERPRISES<br>C/O JACK STUMPF & ASSOC. INC.<br>ATTN JOSEPH MAERKE, PROPERTY MGR.<br>1700 CENTRAL BOULEVARD<br>HARVEY, LA 70058 | Claim Number: 2153<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $2,179.70 |
|---|---|---|

| BROWN REAL ESTATE GROUP<br>ATTN KEITH BROWN, BROKER<br>19620 15TH AVE NE<br>SEATTLE, WA 98155 | Claim Number: 2154<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $233.50 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SILVEY APPRAISAL LLC
ATTN JON SILVEY
PO BOX 4130
LEESBURG, VA 20177

Claim Number: 2155
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,075.00 | Scheduled: | $1,075.00 |

---

BESSON APPRAISALS INC
ATTN LEIGH A. BESSON
25 MARY ANN DR
EXETER, RI 02822

Claim Number: 2156
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $325.00 |

---

ROBERT R. JONES APPRAISERS
ATTN KIMBERLY A. JONES, TREASURER
7800 ALLENTOWN BLVD
HARRISBURG, PA 17112

Claim Number: 2157
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $815.00 |

---

ZABLE, DAVID A. AND ANDREA L.
454 EVERGREEN AVE
ELMHURST, IL 60126

Claim Number: 2158
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $275.00 | Scheduled: | $275.00  CONT |

---

FRANKLIN COUNTY TREASURER
ATTN PAIGE L. RENICK, CHIEF DEP TREAS.
275 S. MAIN STREET # 232
ROCKY MOUNT, VA 24151

Claim Number: 2159
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| PRIORITY | Claimed: | $87.93 |

---

I MORTGAGE
ATTN AVP, ACCOUNTING, IMS
2570 BOYCE PLAZA RD
PITTSBURGH, PA 15227

Claim Number: 2160
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10131 (08/15/2011)

| UNSECURED | Claimed: | $34,005.00 |

---

CASTILLO, BLANCA I
165 BEDELL ST
FREEPORT, NY 11520

Claim Number: 2161
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,634.62 | Scheduled: | $1,634.62  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STRYJEWSKI, DAWN M
1404 RAMBLEWOOD DRIVE
EMMITSBURG, MD 21727

Claim Number: 2162
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,791.86 | Scheduled: | $1,791.86 CONT |
|---|---|---|---|---|

INITIAL TROPICAL PLANTS INC.
485 E. HALF DAY RD. SUITE # 450
BUFFALO GROVE, IL 60089-8809

Claim Number: 2163
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $997.97 | Scheduled: | $309.68 |
|---|---|---|---|---|

BACON, BERNADETTE
12 NIKIA DR
ISLIP, NY 11751

Claim Number: 2164
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,286.25 | Scheduled: | $1,286.07 CONT |
|---|---|---|---|---|

DOUGLAS, CINDY
PO BOX 3366
CRESTLINE, CA 92325

Claim Number: 2165
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $7,076.92 | Scheduled: | $7,076.92 CONT |
|---|---|---|---|---|

YUHAS, JEROME
7608 W. MAUNA LOA LANE
PEORIA, AZ 85381

Claim Number: 2166
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

BEACON APPRAISAL SERVICE, INC
PO BOX 86
SOUTH BOSTON, MA 02127-0005

Claim Number: 2167
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 |
|---|---|---|

CHEN, HAO
28 SYCAMORE CIR
STONY BROOK, NY 11790-3141

Claim Number: 2168
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,480.76 | Scheduled: | $2,961.54 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

UNITED STAFFING SYSTEMS
ATTN BARRY SAIDE, CEO
ESTAFFCONTROL
261 MADISON AVENUE, 2ND FLOOR
NEW YORK, NY 10016

Claim Number: 2169
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $8,481.99 | | |
|---|---|---|---|---|

PREMIER SUPPLIES
ATTN EDIE BARNETT
357 WEST 36TH STREET
NEW YORK, NY 10018

Claim Number: 2170
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $611.08 | Scheduled: | $611.08 |
|---|---|---|---|---|

ELITE MEDIA WORKS
ATTN EDIE BARNETT
357 W 36TH ST
NEW YORK, NY 10018

Claim Number: 2171
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,253.71 | Scheduled: | $1,041.98 |
|---|---|---|---|---|

HOUDE, ARTHUR E
23 SOUTHHAVEN DR
BROOKHAVEN, NY 11719

Claim Number: 2172
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,354.67 | Scheduled: | $1,354.67 CONT |
|---|---|---|---|---|

SCIAULINO, MICHELE R
219 F SPRINGMEADOW
DR
HOLBROOK, NY 11741

Claim Number: 2173
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,163.46 | Scheduled: | $1,163.46 CONT |
|---|---|---|---|---|

BLACKWELL, STACEY D
7201 CHIPPENHAM PL
APT # 203
BALTIMORE, MD 21244

Claim Number: 2174
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,648.40 | Scheduled: | $2,472.60 CONT |
|---|---|---|---|---|

HANCE, NICOLE R.
129 ROYALLBROOK LANE
OFALLON, MO 63368

Claim Number: 2175
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $2,153.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,666.67 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PARKWEST PROP. APPRAISALS INC.
ATTN MATTHEW NOLAN
PO BOX 266
MANASQUAN, NJ 08736

Claim Number: 2176
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $275.00 |
| --- | --- | --- |

HOWARD HUGHES PROPERTIES, LP
ATTN SAMUEL B. GARBER, ESQ.
GENERAL GROWTH PROPERTIES, INC.
110 N. WACKER DR.
CHICAGO, IL 60606

Claim Number: 2177
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $112,904.20 |
| --- | --- | --- |

FORSYTHE APPRAISALS LLC
ATTN PRESIDENT
222 LITTLE CANADA ROAD
SAINT PAUL, MN 55117

Claim Number: 2178
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $47,125.00 |
| --- | --- | --- |

ONE OWINGS MILL CORP. CENTER ASSOC LP
ATTN SAMUEL B. GARBER, ESQ.
GENERAL GROWTH PROPERTIES, INC. AS AGENT
110 N. WACKER DR.
CHICAGO, IL 60606

Claim Number: 2179
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $89,999.66 |
| --- | --- | --- |

DARRELL ROBERTS RE APPRAISER
5701 REXROTH AVE.
BAKERSFIELD, CA 93306

Claim Number: 2180
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 |
| --- | --- | --- |

WAMPLER, JACQUELINE R (JACKIE)
18 JUNEBERRY PLACE
CLAYTON, NC 27520

Claim Number: 2181
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $1,893.46 | Scheduled: | $1,893.46 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $5,161.05 | Scheduled: | $5,131.63 CONT |

NUMA, JEAN (GILBERT)
4902 NW MACEDO BLVD
PORT SAINT LUCIE, FL 34983

Claim Number: 2182
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $1,932.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STAGNER, JESSICA
12818 PORTULACA
DRIVE UNIT F
SAINT LOUIS, MO 63146

Claim Number: 2183
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $150.00 CONT |
|---|---|---|---|---|

STAGNER, JESSICA
12818 PORTULACA
DRIVE UNIT F
SAINT LOUIS, MO 63146

Claim Number: 2184
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $1,653.85 CONT |
|---|---|---|---|---|

JULIUS ROEHRS COMPANY
ATTN ROBERT W. HOFFBAUER, PRESIDENT
1230 HIGHWAY 33
FARMINGDALE, NJ 07727

Claim Number: 2185
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $90.95 |
|---|---|---|

GRASSO APPRAISAL SERVICES, INC
ATTN ANTHONY GASCO, PRESIDENT
121 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803

Claim Number: 2186
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,350.00 |
|---|---|---|

STAUNTON CITY, VIRGINIA
RICHARD JOHNSON, TREASURER
P. O. BOX 474
STAUNTON, VA 24402-0474

Claim Number: 2187
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $378.26 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

CAPEWAY APPRAISAL SERVICE
ATTN JODI LANGFORD
37 WATER ST
SANDWICH, MA 02563

Claim Number: 2188
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

REA, CRYSTAL
1038 NEVILLE ST
FOLLANSBEE, WV 26037

Claim Number: 2189
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $613.84 | Scheduled: | $613.84 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JOHN HATCHER- KELLER WILLIAMS REALTY<br>ATTN JOHN HATCHER, OWNER<br>6 DEERING ST<br>PORTLAND, ME 04101 | | Claim Number: 2190<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $318.75 | | |
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2191<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $134.00 | Scheduled: | $134.00 |
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2192<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $21.00 | Scheduled: | $21.00 |
| BICKERS APPRAISALS, INC.<br>ATTN PATRICIA H. BICKERS, SECY ' TREAS.<br>55 BOLLING CIRCLE<br>PALMYRA, VA 22963 | | Claim Number: 2193<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $825.00 | | |
| WROBLEWSKI, MARIA C<br>659 BONNIE BRAE<br>ERIE, PA 16511 | | Claim Number: 2194<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,194.40 | Scheduled: | $1,612.44 CONT |
| ZEZZE, CARMELA<br>P.O. BOX 158 67 KRIKOR DR<br>NORTH FALMOUTH, MA 02556 | | Claim Number: 2195<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $26,000.00 | | |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 2196<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10143 (08/26/2011) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $7,099.12 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 2197<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,200.00 | | |

| SAUVE, LISA<br>324 DOUGLAS AVE<br>PORTSMOUTH, VA 23707 | | Claim Number: 2198<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $157.40 | Scheduled: | $152.40 |

| LUGAT, DARIN G<br>6 EAST PROSPECT STREET<br>HOPEWELL, NJ 08525 | | Claim Number: 2199<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $450.00 | | |

| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCOUNTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2200<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35.73 | Scheduled: | $27.73 |

| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2201<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90.42 | Scheduled: | $67.63 |

| GALAXIE COFFEE SERVICE, INC<br>110 SEA LN<br>FARMINGDALE, NY 117353926 | | Claim Number: 2202<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8295 (11/13/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,501.00 | Scheduled: | $17,051.45 |

| MULTI PROPERTIES, INC<br>ATTN RICHARD S. HANTGAN, VICE PRES.<br>EMMORTON VILLAGE, LLC<br>PIKESVILLE PROFESS. BLDG-P.O. BOX 21579<br>BALTIMORE, MD 21282 | | Claim Number: 2203<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,222.68 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GRUBBS, WILLIAM A. JR.
AON CONSULTING
1100 REYNOLDS BLVD.
WINSTON-SALEM, NC 27105

Claim Number: 2204
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,762.50 |

---

CERQUEIRA, CESAR
1027 TRAVIS LANE
GAITHERSBURG, MD 20879

Claim Number: 2205
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $450.00 CONT |
| SECURED | Claimed: | $0.00  UNDET | | |

---

HAMPTON TOWN
ATTN HARRY BAUM JR. - TAX COLLECTOR
P.O. BOX 94
HAMPTON, CT 06247

Claim Number: 2206
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $822.25 |

---

POMFRET TOWN
ATTN PAMELA S. LEWERENZ, TAX COLLECTOR
P.O. BOX 286
POMFRET CENTER, CT 06259

Claim Number: 2207
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,115.19 |

---

DAILY TIMES, THE
ATTN LAURA S. WILLIAMS, CREDIT MGR
PO BOX 1937
SALISBURY, MD 21802-1937

Claim Number: 2208
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $460.90 | Scheduled: | $224.58 |

---

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

Claim Number: 2209
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8862 (05/21/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $105,257.77 |

---

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

Claim Number: 2210
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $617.20 |
| UNSECURED | Claimed: | $617.20 |
| TOTAL | Claimed: | $617.20 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 EAST WASHINGTON ST., SUITE 800<br>PHOENIX, AZ 85004-2327 | Claim Number: 2211<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| SECURED | Claimed: | $5,395.10 | | |
|---|---|---|---|---|

| TIPALDI, THERESA<br>923 11TH STREET<br>WEST BABYLON, NY 11704 | Claim Number: 2212<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,639.38 | Scheduled: | $1,803.32  CONT |
|---|---|---|---|---|

| HARKWELL, RICHARD<br>12808 BRIGHTON WOODS DR.<br>ST. LOUIS, MO 63131 | Claim Number: 2213<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $11,968.43  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $514,423.08 | Scheduled: | $3,537.73  CONT |

| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | Claim Number: 2214<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,269.23 | | |
|---|---|---|---|---|

| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | Claim Number: 2215<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,269.23 | Scheduled: | $1,269.23  CONT |
|---|---|---|---|---|

| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | Claim Number: 2216<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62  CONT |
|---|---|---|---|---|

| STEWART, ALVA<br>23 ARTHUR ST<br>BRENTWOOD, NY 11717 | Claim Number: 2217<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $714.00 | Scheduled: | $714.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NAUGATUCK TAX COLLECTOR<br>JIM GOGGIN, TAX COLLECTOR<br>229 CHURCH ST. 3RD FL<br>NAUGATUCK, CT 06770 | Claim Number: 2218<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED          Claimed: | $1,869.91 | | | |
| SUMMERS APPRAISAL<br>ATTN TIMOTHY SUMMERS/OWNER<br>9620-H HOMESTEAD COURT<br>LAUREL, MD 20723 | Claim Number: 2219<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED          Claimed: | $650.00 | | | |
| KEYSTONE BUSINESS PRODUCTS<br>ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR<br>2298 BRODHEAD ROAD<br>BETHLEHEM, PA 18020 | Claim Number: 2220<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) | | | |
| UNSECURED          Claimed: | $444.90 | Scheduled: | $148.30 | |
| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | Claim Number: 2221<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED          Claimed: | $750.00 | Scheduled: | $750.00 | |
| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | Claim Number: 2222<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED          Claimed: | $350.00 | Scheduled: | $350.00 | |
| MCLOUGHLIN, MARGARET<br>43 AVENUE I<br>FARMINGDALE, NY 11735 | Claim Number: 2223<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY          Claimed: | $1,257.75 | | | |
| DOVE, JEANNE A<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 181043334 | Claim Number: 2224<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| PRIORITY          Claimed: | $2,030.77 | Scheduled: | $2,030.77  CONT | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

R & J ABSTRACTS, INC.
ATTN JOHN HENSLER, PRESIDENT
440 NORTH SYRACUSE AVE
MASSAPEQUA, NY 11758

Claim Number: 2225
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,013.20 | | |

---

RSP REALTY LLC
C/O PETER R. OLSON, ESQ.
JENKINS & OLSON PC
15 SOUTH PUBLIC SQUARE
CARTERSVILLE, GA 30120

Claim Number: 2226
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $45,000.00 | Scheduled: | $0.00 UNLIQ |

---

HERMOSILLO, C J
453 RADCLIFFE CT
LAGUNA BEACH, CA 92651-3635

Claim Number: 2227
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,014.95 | | |

---

ITS MAILING SYSTEMS , INC
ATTN R. MARTIN KLAGHOLZ, CEO
1020 E MAIN STREET
NORRISTOWN, PA 19401

Claim Number: 2228
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $240.49 | Scheduled: | $240.49 |

---

REALTY SOLUTIONS INC.
ATTN: CONNIE GREEN
2524 E SIERRA STREET
PHOENIX, AZ 85028

Claim Number: 2229
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00 | | |

---

FERRICANE, ANGELO
13 HOLLY DR
MANORVILLE, NY 11949

Claim Number: 2230
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Amends claim number 243

| PRIORITY | Claimed: | $2,595.38 | | |

---

OTIS BROWN'S GOOD HANDS CLEANING
ATTN OTIS BROWN
POB 564
FARMINGTON, MI 48332

Claim Number: 2231
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ADVANCED IMAGING TECHNOLOGIES<br>ATTN SHANDI CARTIER, BOOKKEEPER<br>115A MID TECH DR<br>W YARMOUTH, MA 02673 | | Claim Number: 2232<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $238.51 | Scheduled: | $119.76 |
| PINPOINT APPRAISAL<br>1127 EUCLID AVE APT 312<br>CLEVELAND, OH 441151608 | | Claim Number: 2233<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $600.00 | | |
| WAS, ELLEN<br>53 LOWELL AVE.<br>WEST ORANGE, NJ 07052 | | Claim Number: 2234<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00  CONT |
| TRUSTED FORCE<br>ATTN WILLIAM C. HOFFMAN<br>1050 CONNECTICUT AVE. NW<br>SUITE 1000<br>WASHINGTON, DC 20036 | | Claim Number: 2235<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8662 (03/08/2010) | | |
| UNSECURED | Claimed: | $52,000.00 | Scheduled: | $52,000.00 |
| HILTON LISLE /NAPERVILLE<br>ATTN PATRICIA BOYER, CREDIT MGR<br>3003 CORPORATE WEST DRIVE<br>LISLE, IL 60532 | | Claim Number: 2236<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $964.70 | Scheduled: | $245.56 |
| JENSEN APPRAISERS<br>ATTN STEVEN A. JENSEN<br>10800 N. MILITARY TRL, STE 230<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 2237<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,250.00 | | |
| CRYSTAL ROCK<br>ATTN TOM DUMOND, CREDIT/COLLECTIONS MGR<br>POB 10028<br>WATERBURY, CT 06725-0028 | | Claim Number: 2238<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $833.78 | Scheduled: | $227.25 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BEACON APPRAISAL COMPANY INC
ATTN K. CHRIS KARAGEORGE, PRESIDENT
PO BOX 6370
SCARBOROUGH, ME 04070

Claim Number: 2239
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,935.00 | | |
| --- | --- | --- | --- | --- |

GIANNONE, LISA
PO BOX 75
HICKSVILLE, NY 11802

Claim Number: 2240
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| PRIORITY | Claimed: | $600.00 | Scheduled: | $600.00 CONT |
| --- | --- | --- | --- | --- |

GROUP9, INC.
PO BOX 210
PENNS PARK, PA 189430210

Claim Number: 2241
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $20.00 | | |
| --- | --- | --- | --- | --- |

SELECT TELECOM INC
115 WALL ST
VALHALLA, NY 10595

Claim Number: 2242
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $135.00 | | |
| --- | --- | --- | --- | --- |

QUINLAN, JEFFREY S.
10401 LONG HOME RD
LOUISVILLE, KY 402914023

Claim Number: 2243
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00 CONT |
| --- | --- | --- | --- | --- |

QUINLAN, JEFFREY S.
10401 LONG HOME RD
LOUISVILLE, KY 402914023

Claim Number: 2244
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00 CONT |
| --- | --- | --- | --- | --- |

MAPES, CAROLINE
5711 CAVALIER CT
BENSALEM, PA 19020

Claim Number: 2245
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $1,569.61 | Scheduled: | $2,910.38 CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LIM, SHAWN<br>PO BOX 2916<br>NORTH BABYLON, NY 11703-0916 | Claim Number: 2246<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $2,884.62  CONT |
|---|---|---|---|---|

| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | Claim Number: 2247<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,450.00 |
|---|---|---|

| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | Claim Number: 2248<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,450.00 |
|---|---|---|

| BANNER-WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | Claim Number: 2249<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $2,450.00 |
|---|---|---|

| B&B MAINTENANCE OF MD INC<br>ATTN JULIE A. BUCKLER<br>23184 COLTON POINT RD<br>BUSHWOOD, MD 20618 | Claim Number: 2250<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $819.00 |

| TMR APPRAISAL SERVICES, INC.<br>600 ROUTE 73 NORTH SUITE 8<br>MARLTON, NJ 08053 | Claim Number: 2251<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,860.00 |
|---|---|---|

| CERTIFIED APPRAISALS, INC.<br>ATTN JOHN CORDASIO, PRESIDENT<br>390 BUCKEYE DRIVE<br>COLORADO SPRINGS, CO 80919 | Claim Number: 2252<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SUSAN & CO
ATTN SUSAN WOERNER
6235 OAKLAND DRIVE
PORTAGE, MI 49024

Claim Number: 2253
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

---

DOMIANO, ROSEMARIE
212 STEPHEN ST
BELLMORE, NY 11710

Claim Number: 2254
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,627.23 | Scheduled: | $1,627.23 CONT |

---

VENT, HELEN C.
11 LOWELL DRIVE
FARMINGDALE, NY 11735

Claim Number: 2255
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT |

---

DECARLO, ANITA A
37 MARILYN BLVD.
PLAINVIEW, NY 11803

Claim Number: 2256
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $3,500.00 | Scheduled: | $3,500.00 CONT |

---

FETT, HENRY
701 4TH ST
SECAUCUS, NJ 07094-3001

Claim Number: 2257
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $96,073.00 |

---

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O ISO, INC./LAW DEPT.-KENNETH THOMPSON
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Claim Number: 2258
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $41,833.51 |

---

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O INSURANCE SERVICES OFFICE, INC.
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310-1686

Claim Number: 2259
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $432.80 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCATTONE, LORRAINE
6 SHEEP PASTURE LN
MASSAPEQUA, NY 117582741

Claim Number: 2260
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $280.00 | | |
|---|---|---|---|---|

---

LAHENS, JUDITH E
7 CHELMSFORD DR
WHEATLEY HEIGHTS, NY 11798

Claim Number: 2261
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | | | Scheduled: | $2,839.03 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

YUEN, EDWARD
153-07 77TH AVE.
FLUSHING, NY 11367

Claim Number: 2262
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77 CONT |
|---|---|---|---|---|

---

CONTINENTAL MAID SVC
ATTN SIDNEY B. SURREY, PRES.
31 BELMONT AVE
GARFIELD, NJ 07026

Claim Number: 2263
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $799.20 | | |
|---|---|---|---|---|

---

MORTGAGE PRESS, THE
1220 WANTAGH AVE
WANTAGH, NY 11793

Claim Number: 2264
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $483,999.05 | Scheduled: | $677,574.51 |
|---|---|---|---|---|

---

CARROLL COUNTY, GEORGIA
JEAN C. MATTHEWS TAX COMMISSIONER
TAX OFFICE
423 COLLEGE ST, RM 401
CARROLLTON, GA 30117

Claim Number: 2265
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $336.14 | Scheduled: | $336.14 DISP CONT |
|---|---|---|---|---|

---

CAPPUCCIO TRUST
ATTN JUDITH A. MORGAN, CO-TRUSTEE
659 ABREGO STREET
SUITE # 4
MONTEREY, CA 93940

Claim Number: 2266
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,929.03 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $370.97 | Scheduled: | $2,300.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| COACHELLA VALLEY APPRAISAL<br>P.O. BOX 1173<br>PALM SPRINGS, CA 92263 | | Claim Number: 2267<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) | | |
| UNSECURED | Claimed: | $6,900.00 | | |
| PROMO POWER<br>2347 RIVER VIEW RD<br>CLEARLAKE OKS, CA 95423-9009 | | Claim Number: 2268<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $3,231.99 | Scheduled: | $3,231.99 |
| LANE APPRAISAL SERVICES, INC.<br>1516 CHAUNCEY LN<br>RICHMOND, VA 232384806 | | Claim Number: 2269<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $75.00 | | |
| A FINE APPRAISAL SERVICE<br>ATTN CEO<br>16 CHRIS ELIOT CT<br>HUNT VALLEY, MD 21030 | | Claim Number: 2270<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $591.75 | | |
| PERRY, CATHRYN D<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | | Claim Number: 2271<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011)<br>Amends claim number 763 | | |
| PRIORITY | Claimed: | $3,413.46 | Scheduled: | $3,754.81  CONT |
| PURDON APPRAISALS<br>ATTN ERIC PURDON<br>PO BOX 128<br>HARWOOD, MD 20776 | | Claim Number: 2272<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| JOE RUTHERFORD APPRAISAL<br>1105 POWELL DR<br>PLACENTIA, CA 92870 | | Claim Number: 2273<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $360.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

LENNOX J SIMON
SALENE REDDOCK-SIMON
11702 TRILLUM STREET
MITCHELLVILLE, MD 20721

Claim Number: 2274
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | | | Scheduled: | | $400.00  CONT |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | | $400.00 | | | |

---

SIMON, LENNOX J.
11702 TRILLUM ST
MITCHELLVILLE, MD 20721

Claim Number: 2275
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| SECURED | Claimed: | $400.00 |
|---|---|---|

---

ROSENBLUM, RUTH
590 OCEAN AVE
MASSAPEQUA, NY 11758

Claim Number: 2276
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,869.23 |
|---|---|---|

---

LAMB, PEGGY A
400 JASINSKI ST
MANVILLE, NJ 08835

Claim Number: 2277
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $442.38 | Scheduled: | $1,815.46  CONT |
|---|---|---|---|---|

---

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

Claim Number: 2278
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19966

Claim Number: 2279
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

---

HOFFMAN APPRAISAL INC
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19966

Claim Number: 2280
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

GIST, KRISTIN L
15091 CARLTON AVE
SAN JOSE, CA 95124-5035

Claim Number: 2281
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,725.00 | Scheduled: | $1,725.00 CONT |

NEEDHAM, BRIAN W
3853 MAGNOLIA DR
BRUNSWICK, OH 44212

Claim Number: 2282
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

CLA INSURANCE
2 CAMPUS BLVD
NEWTON SQUARE, PA 19073

Claim Number: 2283
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

ROTHKIN, MICHELE
22 CLIFFORD DR
FARMINGDALE, NY 11735

Claim Number: 2284
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $1,176.92 CONT |

CCC ONE, L.P.
C/O SOMERSET PROPERTIES, INC.
ATTN DENNIS M. CAMPBELL, MEMBER OF GP
768 N. BETHLEHEM PIKE. SUITE 203
LOWER GWYNEDD, PA 19002

Claim Number: 2285
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,394.79 | Scheduled: | $2,842.41 |

MANTONI ASSOCIATES
ATTN JOHN M. MANTONI
624 MENDON RD
NORTH BRIDGE, MA 01534

Claim Number: 2286
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $595.00 |

THEO PROPERTIES,INC.
ATTN: DON THEO
140 WEST STREET
SUITE ONE
WORCESTER, MA 01609

Claim Number: 2287
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BAKER APPRAISAL SERVICES INC.<br>PO BOX 382<br>CAMDEN WYO, DE 19934-0382 | Claim Number: 2288<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,900.00 | | |

---

| | | |
|---|---|---|
| HELIOS & MATHESON<br>200 PARK AVE S STE 901<br>NEW YORK, NY 10003-1541 | Claim Number: 2289<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,840.00 | Scheduled: | $37,040.00 |

---

| | | |
|---|---|---|
| QUATTRONE, LANA M<br>9 STATE ST<br>BLACKWOOD, NJ 08012 | Claim Number: 2290<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,346.16 | Scheduled: | $1,346.16 CONT |

---

| | | |
|---|---|---|
| QUATTRONE, LANA<br>9 STATE ST<br>BLACKWOOD, NJ 08012 | Claim Number: 2291<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,346.24 | | |

---

| | | |
|---|---|---|
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | Claim Number: 2292<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $381.00 | | |
| UNSECURED | Claimed: | $381.00 | | |
| TOTAL | Claimed: | $381.00 | | |

---

| | | |
|---|---|---|
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | Claim Number: 2293<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $381.00 | | |

---

| | | |
|---|---|---|
| VALLEY ISLE APPRAISAL<br>ATTN THEODORE KESAJI (OWNER)<br>823 ALUA STREET<br>WAILUKU, HI 96793 | Claim Number: 2294<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,144.00 | Scheduled: | $1,144.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VALLEY ISLE APPRAISAL
ATTN THEODORE KESAJI (OWNER)
823 ALUA STREET
WAILUKU, HI 96793

Claim Number: 2295
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 |

---

VANDERBILT APPRAISAL
ATTN ANDREW FAUTLEY
PRINCIPAL/MANAGING PARTNER
770 LEXINGTON
NEW YORK, NY 10005

Claim Number: 2296
Claim Date: 11/08/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,355.00 |
| UNSECURED | Claimed: | $27,355.00 |

---

DCFS TRUST
ATTN MARTIN A. MOONEY, ESQ.
DEILY, MOONEY & GLASTETTER, LLP
PO BOX 55000 - TTEE PAYMENT DEPT 100301
DETROIT, MI 48255-1003

Claim Number: 2297
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,598.07 |

---

SAMUEL I. WHITE, P.C.
5040 CORPORATE WOODS DR STE 130
VIRGINIA BCH, VA 234624463

Claim Number: 2298
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $139,806.71 |

---

MATTHEWS, GEORGE T
ASSISTANT VICE PRESIDENT-AREA MANAGER
****NO ADDRESS PROVIDED****

Claim Number: 2299
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |

---

ISOMEDIA INC.
C/O BARRY MAULDING
2033 SIXTH AVE, SUITE 740
SEATTLE, WA 98121

Claim Number: 2300
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $671.82 |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARLA GATTA
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 2301
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET 7488 (06/04/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GREATAMERICA LEASING CORPORATION<br>ATTN DEBBIE BURNS, ADMIN. ASSISTANT<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | Claim Number: 2302<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $23,222.74 |
|---|---|---|

---

| PRINCIPAL REAL ESTATE INVESTORS LLC AAF<br>SRI MIAMI VENTURE<br>PO BOX 951719<br>DALLAS, TX 75395-1719 | Claim Number: 2303<br>Claim Date: 10/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $7,472.54 UNDET | Scheduled: | $695.60 |
|---|---|---|---|---|

---

| DON R SCHEIDT & CO<br>ATTN DEBORAH GREEN, V.P.<br>2927 UNION ST<br>LAFAYETTE, IN 47904 | Claim Number: 2304<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $75.00 |
|---|---|---|

---

| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | Claim Number: 2305<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9458 (11/16/2010) |
|---|---|

| UNSECURED | Claimed: | $6,591.49 |
|---|---|---|

---

| PIERCE, DANIEL R.<br>244 CREEKSTONE TRL<br>CALERA, AL 35040-4954 | Claim Number: 2306<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $4,500.00 CONT |
|---|---|---|---|---|

---

| BOB FLEAK<br>5532 S. BURROWS<br>SPRINGFIELD, MO 65810 | Claim Number: 2307<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

| PETAK, JERRY L.<br>114 W COLE ST<br>MOUNT CARROLL, IL 61053 | Claim Number: 2308<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOLLEY, TORREY<br>3354 RODERDALE<br>RD NUMBER 638<br>HOUSTON, TX 77042 | | Claim Number: 2309<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT |

| DUPLICATING PRODUCTS, INC<br>ATTN DEBORAH A. LOWERY, ACCTS RECEIVABLE<br>PO BOX 1548<br>GAINESVILLE, GA 30503 | | Claim Number: 2310<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101.00 | | |

| MCELROY, KATHY M<br>759 LONGWOOD ROAD<br>LEXINGTON, KY 40503 | | Claim Number: 2311<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $485.00 | | |

| MONROE APPRAISALS<br>ATTN WILLIAM C. MONROE<br>809 E. DOROTHY<br>SULLIVAN, IN 47882 | | Claim Number: 2312<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $575.00 | | |

| FRID, MARION L.<br>2702 LYNN AVE<br>FORT WAYNE, IN 46805 | | Claim Number: 2313<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $241.50 UNDET | Scheduled: | $241.50 |

| EWALD, GRANT C<br>14 MAGERUS ST.<br>SOUTH HUNTINGTON, NY 11746 | | Claim Number: 2314<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $646.15 | Scheduled: | $1,292.31 CONT |

| JAMES, CAROLE<br>510 MONROE RD<br>BOLINGBROOK, IL 60440 | | Claim Number: 2315<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,027.50 | Scheduled: | $2,112.12 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LALIME, KATHERINE<br>4040 8TH PL<br>VERO BEACH, FL 32960 | | Claim Number: 2316<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,500.00 | | |

---

| RED CEDAR APPRAISAL<br>ATTN OWNER<br>1117 E KALAMAZOO ST<br>LANSING, MI 48912 | | Claim Number: 2317<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $225.00 | | |

---

| VIERA OLDS, ROXANN M<br>1224 WOLF RUN<br>LANSING, MI 48917 | | Claim Number: 2318<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $176.92 | | |

---

| MCCLOY, DANIEL R.<br>4458 ANNETTE PARK DR<br>BOZEMAN, MT 59715 | | Claim Number: 2319<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

| KEMP, JOHN H. JR.<br>626 W LAUREL AV<br>PLENTYWOOD, MT 59254 | | Claim Number: 2320<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | |

---

| DIAMOND RENTAL<br>ATTN AMY EDEN, AR ANAGER<br>4518 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84123 | | Claim Number: 2321<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $263.11 | Scheduled: | $263.11 |

---

| MALONSON, BARBARA J<br>25247 MADRONE COURT<br>VOLCANO, CA 95689 | | Claim Number: 2322<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,776.92 | Scheduled: | $1,776.92  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ALL STAR LIMOUSINE<br>ATTN JANINE POWERS, VICE PRES.<br>380 NEW HWY<br>LINDENHURST, NY 11757-3358 | Claim Number: 2323<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $263.40 | Scheduled: | $263.40 |
|---|---|---|---|---|

| MAGNETIC SPRINGS WATER CO<br>ATTN SANDRA G. ALLISON, COLLECTIONS MGR<br>PO BOX 182076<br>COLUMBUS, OH 43218 | Claim Number: 2324<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $158.86 |
|---|---|---|

| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | Claim Number: 2325<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $9,033.38 |
|---|---|---|

| IDAHO DANCE THEATRE INC.<br>ATTN BECKY BRESHEARS<br>405 S 8TH STREET STE 363<br>BOISE, ID 83702 | Claim Number: 2326<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| SURVEY ASSOCIATES<br>ATTN LINDA LIVELY<br>PO BOX 17369<br>SAN ANTONIO, TX 78217 | Claim Number: 2327<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6702 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $389.25 |
|---|---|---|

| SWIFTEL COMMUNICATIONS<br>ATTN DOROTHY BEACH<br>PO BOX 588<br>BROOKINGS, SD 57006 | Claim Number: 2328<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $745.75 |
|---|---|---|

| HUNT APPRAISAL SERVICES<br>ATTN THOMAS L. HUNT<br>1195 PAUMA VALLY ROAD<br>BANNING, CA 92220 | Claim Number: 2329<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| YUBA SUTTER DISPOSAL, INC<br>ATTN CHRIS THORNBURG, SNR CUST SERV REP<br>PO BOX G<br>MARYSVILLE, CA 95901 | Claim Number: 2330<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $47.05 | | |
|---|---|---|---|---|

---

| ADVENT APPRAISALS<br>ATTN LINDA<br>PO BOX 867<br>COEUR D ALENE, ID 838160867 | Claim Number: 2331<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

---

| RAYMOND C. COOKE<br>10420 MONTWOOD DR SUITE F1<br>EL PASO, TX 79935 | Claim Number: 2332<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $100.00 | | |
|---|---|---|---|---|

---

| RAMKISSOON, ROBIN<br>P.O. BOX 891<br>BRENTWOOD, NY 11717 | Claim Number: 2333<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00  CONT |
|---|---|---|---|---|

---

| NEW HAMPSHIRE ELECTRIC<br>COOPERATIVE<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | Claim Number: 2334<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $29.36 | | |
|---|---|---|---|---|

---

| NEW HAMPSHIRE ELECTRIC<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | Claim Number: 2335<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $117.27 | Scheduled: | $146.63 |
|---|---|---|---|---|

---

| CRENSHAW, GEORGIA<br>4879 NANTUCKET LANE<br>ORLANDO, FL 32808 | Claim Number: 2336<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $230.77  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $798.61 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SARA A FRASER APPRAISALS INC
ATTN SARA A. FRASER
2544 WASHINGTON STREET
EUGENE, OR 97405

Claim Number: 2337
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $500.00 | | |

---

COFFEE BREAK SVC INC
ATTN JEFFREY DALE, PRESIDENT
POB 1091
FRESNO, CA 93714

Claim Number: 2338
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $41.86 | Scheduled: | $41.86 |

---

ROBERT BALIS APPRAISALS
ATTN ROBERT BALIS
P.O. BOX 1388
COLVIS, CA 93611

Claim Number: 2339
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

---

PALEN, RAYMOND J (RAY)
23 FRANCO AVE
SELDEN, NY 11784

Claim Number: 2340
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7612 (07/13/2009)

| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $1,480.77  CONT |
| UNSECURED | Claimed: | $1,400.00 | | |

---

EXECUTIVE MANAGEMENT ALTERNATIVE
CONSULTING GROUP, INC
142 W LAKEVIEW AVE
SUITE 2000   ATTN JAMES MCGRATH, PRES.
LAKE MARY, FL 32746

Claim Number: 2341
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00 | | |

---

NICHOLSON, SERENA
1 BATTLE SQ APT 904
ASHEVILLE, NC 288012746

Claim Number: 2342
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $492.31 | Scheduled: | $492.31  CONT |

---

CONSON, JILL M.
940 BUNKER VIEW DR
APOLLO BEACH, FL 33572

Claim Number: 2343
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $600.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HEIM, RUSSELL<br>64 BLACKSMITH RD<br>LEVITTOWN, NY 11756 | | Claim Number: 2344<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT |

---

| APPRAISEONE, INC. (CO)<br>ATTN ROBERT STEINBACH, OPERATIONS MGR<br>5554 S PRINCE ST STE 205<br>LITTLETON, CO 80120-1147 | | Claim Number: 2345<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | |

---

| SIEDLEWICZ, PATRICIA A<br>59 LEWIS ROAD<br>MERRICK, NY 11566 | | Claim Number: 2346<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,269.24 | Scheduled: | $4,903.85 CONT |

---

| DONOVAN, MICHELE<br>18 URBAN DR.<br>SELDEN, NY 11784 | | Claim Number: 2347<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $963.37 CONT |
| UNSECURED | Claimed: | $963.37 | | |

---

| BOAND, SANDY<br>PO BOX 507<br>DARIEN, WI 53114-0507 | | Claim Number: 2348<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,239.00 | Scheduled: | $1,238.83 CONT |

---

| GLENBOROUGH FUND V, WASHINGTON LLC<br>C/O LAW OFFICES OF GLEN DRESSER<br>ATTN GLEN DRESSER, ATTORNEY<br>12650 RIVERSIDE DR., SUITE 100<br>N. HOLLYWOOD, CA 91607 | | Claim Number: 2349<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| SECURED | Claimed: | $7,237.00 | | |
| UNSECURED | Claimed: | $90,959.72 | | |

---

| DAVID E WALLIN TR<br>UA 08/02/87<br>XOOIX TRUST<br>1009 N MARION ST<br>OAK PARK, IL 60302-1374 | | Claim Number: 2350<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $61,526.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ANDERSON APPRAISAL SRVS, INC
ATTN OFFICE MANAGER
2180 GARNET AVE
SAN DIEGO, CA 92109

Claim Number: 2351
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,539.00 | | |

---

CROSSON & KOROPP
2425 LORD BARANOF DR
ANCHORAGE, AK 995171261

Claim Number: 2352
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | | |

---

PAROTTI, PAUL
8210 SAN DIMAS RD
ATASCADERO, CA 93422

Claim Number: 2353
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8849 (05/12/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $37,816.15 | Scheduled: | $5,746.18 CONT |
| UNSECURED | Claimed: | $15,816.66 | Scheduled: | $20,075.35 CONT |

---

THOUGHTDIGITAL LLC
C/O JON D. COHEN, ESQ.
STAHL COWEN CROWLEY
55 W. MONROE ST., SUITE 1200
CHICAGO, IL 60603

Claim Number: 2354
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 9254 (09/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

METRO APPRAISAL SERVICES
PO BOX 518
MARMORA, NJ 08223

Claim Number: 2355
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,297.94 | | |

---

KELLER WILLIAMS REALTY
ATTN: KAREN SOTHORON
2809 E. HARMONY ROAD
SUITE 100
FORT COLLINS, CO 80528

Claim Number: 2356
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,250.00 | | |

---

BUTTS, LEE ANN
9901 RED TWIG PL
FORT WAYNE, IN 46804

Claim Number: 2357
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,538.48 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

F & R LANDSCAPING, INC.
ATTN RONALD LIOTTO, PRES
55 WILSHIRE COURT
NORTH BABYLON, NY 11703

Claim Number: 2358
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,972.53 | Scheduled: | $19,972.53 |

---

VELLINGA, CAPI E
5550 BLACKWOOD RD
BOZEMAN, MT 59718

Claim Number: 2359
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,470.22 CONT |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,311.19 CONT |

---

REMEDY
11711 SOUTH EAST 8TH ST.
BELLEVUE, WA 98005-0000

Claim Number: 2360
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $891.95 | Scheduled: | $891.95 |

---

LEBEUF, KATHLEEN A
1309 RUNNING SPRINGS RD APT 4
WALNUT CREEK, CA 945952974

Claim Number: 2361
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08 CONT |

---

PAO, FRANK BRIAN JR.
4661 NUNN STREET
BRENTWOOD, CA 94513

Claim Number: 2362
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | Scheduled: | $250.00 CONT |

---

DUMLAO, ABIGAIL R
154 SIERRA DR APT 2
WALNUT CREEK, CA 94596

Claim Number: 2363
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $672.00 | Scheduled: | $672.00 CONT |

---

ACHESON RE & APPRAISALS, INC.
ATTN ROSS ACHESON
283 N RAMPART C
ORANGE, CA 92868

Claim Number: 2364
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $375.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GOTO, JAMI L
273 S CALLE DA GAMA
ANAHEIM HILLS, CA 92807

Claim Number: 2365
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10583 (09/17/2012)

| PRIORITY | Claimed: | $246.41 | Scheduled: | $5,161.79 CONT |
|---|---|---|---|---|

CROCKFORD, SUSAN K.
5027 126TH ST SE
EVERETT, WA 98208

Claim Number: 2366
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

THOMAS, MIRA J
510 LYNN AVE
EAST NORTHPORT, NY 11731

Claim Number: 2367
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT |
|---|---|---|---|---|

DEESE, RICKY L
9125 MEADOW VISTA RD
CHARLOTTE, NC 28213

Claim Number: 2368
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $918.50 | | |
|---|---|---|---|---|

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2369
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $238.22 | Scheduled: | $238.22 |
|---|---|---|---|---|

NORDHOFF, MARY LOU
616 WATSON BRANCH DR
FRANKLIN, TN 37064

Claim Number: 2370
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $523.17 | Scheduled: | $523.17 CONT |
|---|---|---|---|---|

TOLEDO EDISON
ATTN YM JONES
BANKRUTPCY DEPT - RM 204
6896 MILLER RD
BRECKSVILLE, OH 44141

Claim Number: 2371
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $465.60 | Scheduled: | $1,296.83 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ILLUMINATING COMPANY, THE. - CEI<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILEL, OH 44141 | Claim Number: 2372<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $269.68 | Scheduled: | $11.57 |
|---|---|---|---|---|

| REMAX<br>102 1ST ST SE<br>BONBURANT, IA 50035 | Claim Number: 2373<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |
|---|---|---|---|---|

| REMAX PERFORMANCE<br>ATTN: NANCY DAVIS<br>30 STONECREST COURT<br>SHELBYVILLE, KY 40065 | Claim Number: 2374<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
|---|---|

| PRIORITY | Claimed: | $2,550.00 |
|---|---|---|

| MONTEVAGO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | Claim Number: 2375<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $3,365.00 | Scheduled: | $3,365.39 CONT |
|---|---|---|---|---|

| MAYO & BARBARA SOMMERMEYER<br>7425 VARDON WAY<br>FORT COLLINS, CO 80528 | Claim Number: 2376<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $5,617.76 | Scheduled: | $871.20 |
|---|---|---|---|---|

| GILES, BERNADETTE<br>52 FLOYD ROAD<br>DERRY, NH 03038 | Claim Number: 2377<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) |
|---|---|

| PRIORITY | Claimed: | $1,164.42 | Scheduled: | $1,164.42 CONT |
|---|---|---|---|---|

| HENDRI, JAMES R. & EVELYN<br>JTWROS<br>903 SHERIDAN BLVD<br>BRIGANTINE, NJ 08203 | Claim Number: 2378<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| KLW RESIDENTIAL INC<br>ATTN ROBERT KUSZARCK<br>247 CAYUGA RD<br>BUFFALO, NY 14225 | | Claim Number: 2379<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | | $575.00 |
| GONZALEZ, JOSEPH<br>4 LONG ST<br>LAKE GROVE, NY 11755 | | Claim Number: 2380<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | | $4,061.54  CONT |
| JASON COX - EAST COAST PROPERTIES<br>2012 ATHONY RD<br>BURLINGTON, NC 272158941 | | Claim Number: 2381<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,616.50 | | | |
| YORK REAL ESTATE SERVICES<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123-8325 | | Claim Number: 2382<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $75.00 | | | |
| YORK, PHILLIP G.<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123 | | Claim Number: 2383<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $325.00 | | | |
| DISCOUNT COPIER SYSTEMS & SERVICE INC<br>ATTN ADELE CHAVERS<br>PO BOX 851687<br>MOBILE, AL 36685 | | Claim Number: 2384<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $990.00 | | | |
| BARLOW, HENRY<br>2148 YOUNG FARM PL<br>MONTGOMERY, AL 361063135 | | Claim Number: 2385<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | | | Scheduled: | | $250.00  CONT |
| UNSECURED | Claimed: | $250.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ISOMEDIA INC.<br>C/O BARRY MAULDING<br>2033 SIXTH AVE, SUITE 740<br>SEATTLE, WA 98121 | Claim Number: 2386<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| UNSECURED          Claimed: | $671.82 | |
| KOS, STANLEY E AND MAUREEN<br>1 KEY BISCAYNE WAY<br>LEESBURG, FL 34788 | Claim Number: 2387<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $576.00 | |
| V E LYGRISSE TR<br>04/22/02<br>V E LYGRISSE TRUST<br>BOX 9214<br>WICHITA, KS 67277-0214 | Claim Number: 2388<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| PRIORITY          Claimed: | $12,500.00 | |
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | Claim Number: 2389<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) | |
| UNSECURED          Claimed: | $52.00 | |
| ELLIS, TERESA<br>705 JUG BROOME RD<br>MONROE, NC 28112-7341 | Claim Number: 2390<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | |
| PRIORITY          Claimed:          $968.60          Scheduled:          $968.80  CONT | | |
| ELLINGHUYSEN, PAUL<br>12621 BOX DRIVE<br>HUDSON, FL 34667 | Claim Number: 2391<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $280.00 | |
| MEEKS, ELAINE<br>1377 WILLOW BROOK RD<br>NASHVILLE, NC 278567870 | Claim Number: 2392<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| PRIORITY          Claimed:          $400.00 | | |
| UNSECURED          Claimed:          $400.00 | | |
| TOTAL          Claimed:          $400.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TRENNE, MYRON<br>9232 MAGNUM TRL<br>BRIGHTON, MI 481168246 | | Claim Number: 2393<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT |

---

| | | | | |
|---|---|---|---|---|
| KLINE, VANESSA J<br>16576 SULTANA ST  APT 423<br>HESPERIA, CA 92345-7949 | | Claim Number: 2394<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $867.00 | Scheduled: | $867.00 CONT |

---

| | | | | |
|---|---|---|---|---|
| GREAT AMERICAN CORPORATE DINING<br>ATTN C. NIK BUSHELL, V.P.<br>PO BOX 1688<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 2395<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $1,589.99 | Scheduled: | $397.64 |

---

| | | | | |
|---|---|---|---|---|
| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>PO BOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2396<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $37.28 | Scheduled: | $37.28 |

---

| | | | | |
|---|---|---|---|---|
| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>POBOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2397<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $38.57 | Scheduled: | $38.57 |

---

| | | | | |
|---|---|---|---|---|
| JOHANIDES, JOHN<br>199 GARRETSON AV<br>STATEN ISLAND, NY 10305 | | Claim Number: 2398<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $250.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MOORE, DEBRA<br>202 SHELTER LN<br>LEVITTOWN, NY 11756 | | Claim Number: 2399<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,325.20 | Scheduled: | $1,325.20 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>POB 667887<br>CHARLOTTE, NC 28266-7887 | Claim Number: 2400<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $383.42 | Scheduled: | $127.24 |
|---|---|---|---|---|

---

| JAMES L. RANDALL SRA<br>33 WEST FRANKLIN ST, STE 201<br>HAGERSTOWN, MD 21740 | Claim Number: 2401<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

| KNUTH, KIMBERLY<br>1922 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | Claim Number: 2402<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $269.28 | Scheduled: | $269.28 CONT |
|---|---|---|---|---|

---

| BLACKMON, BARRY L.<br>P.O. BOX 516<br>ROANOKE RAPIDS, NC 27870 | Claim Number: 2403<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
|---|---|

| PRIORITY | Claimed: | $140,000.00 | Scheduled: | $400.00 CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $35,000.00 | | |

---

| BORDNER, ANN M<br>8809 WAVE CIRCLE<br>APT A<br>FORT WAYNE, IN 46825 | Claim Number: 2404<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $887.02 |
|---|---|---|

---

| PAULSON, ALGOTH B.<br>4323 DIVISION STREET, STE 204<br>METAIRIE, LA 70002 | Claim Number: 2405<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 |
|---|---|---|---|---|

---

| RHODUS, DONDREA (DONDI)<br>17042 COLES CREEK DR<br>SPRINGFIELD, LA 70462-3604 | Claim Number: 2406<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $471.24 | Scheduled: | $471.24 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

INTERNATIONAL MAILING
ATTN GREG TEETSELL, ACCTS REC.
336 N. 12TH STREET
SACRAMENTO, CA 95814

Claim Number: 2407
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $392.20 | | |
|---|---|---|---|---|

JBK ENTERPRISE
ATTN ROBERT BAGNALL - OWNER
2895 ARCOLA ROAD
MADISON, OH 44057

Claim Number: 2408
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |
|---|---|---|---|---|

APPRAISAL ASSOCIATES INC.
PO BOX 1024
WARRENSBURG, MO 64093

Claim Number: 2409
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

TOPP OF THE HARBOR LIMOUSINE
ATTN THOMAS REILLY, OWNER
PO BOX 36
BETHPAGE, NY 11714

Claim Number: 2410
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,527.00 | Scheduled: | $3,238.00 |
|---|---|---|---|---|

WLNG RADIO EASTERN LONG ISLAND
ATTN ANN BUCKHOUT, PRESIDENT
PO BOX 2000
SAG HARBOR, NY 11963

Claim Number: 2411
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,093.00 | Scheduled: | $384.00 |
|---|---|---|---|---|

CONKLIN, CHRISTINE
134 COMMACK RD
ISLIP, NY 11751

Claim Number: 2412
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8289 (11/13/2009)

| PRIORITY | Claimed: | $7,382.40 | Scheduled: | $7,382.40  CONT |
|---|---|---|---|---|

BLOMBERG, RONALD S
P.O. BOX 1416
OXFORD, GA 30054

Claim Number: 2413
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $45,812.47 | Scheduled: | $45,976.85  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MALLEY, MARIE
2421 AVALON PINES DR
CORAM, NY 11727-5169

Claim Number: 2414
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $330.77 | Scheduled: | $330.77 CONT |
|---|---|---|---|---|

BRODY , JASON
341 W 8TH ST
DEER PARK, NY 117296526

Claim Number: 2415
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,207.69 | Scheduled: | $2,207.69 CONT |
|---|---|---|---|---|

GOLDSTEIN, EDWARD B
120 CHERRY ST
KATONAH, NY 10536

Claim Number: 2416
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $531.67 |
|---|---|---|

BIGLIN, JAMES
2025 TWIN FAWNS CT
SAINT PETERS, MO 633767338

Claim Number: 2417
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $4,166.67 |
|---|---|---|

LEE APPRAISALS
219 COUNTRY CLUB ACRES
BELLEVILLE,, IL 62223

Claim Number: 2418
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

DIETRICH, MICHELLE
2025 TWIN FAWNS CT
SAINT PETERS, MO 633767338

Claim Number: 2419
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $6,666.67 | Scheduled: | $1,596.27 CONT |
|---|---|---|---|---|

KAPPELMAN, JOSHUA
1089 HIGH VALLEY LANE
SHILOH, IL 62221

Claim Number: 2420
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7395 (05/15/2009)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $862.76 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KALK, MARY
939 MEADOW LN
SYCAMORE, IL 60178

Claim Number: 2421
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | Scheduled: | $7,266.46 CONT |
|---|---|---|---|
| PRIORITY | | | |
| UNSECURED | Claimed: | $960.00 | |

---

MCGREGOR, MOLLY
3345 RESOURCE PKWY
APT F3
DEKALB, IL 60115-5318

Claim Number: 2422
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $384.00 | Scheduled: | $384.00 CONT |
|---|---|---|---|---|

---

PACIFIC RESIDENTIAL APPRAISAL
ATTN ERICK MOULD
4106 PORTER GULCH RD
APTOS, CA 950032711

Claim Number: 2423
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 | | |
|---|---|---|---|---|

---

MOUNTAIN MIST
ATTN JORDAN TARGUS, COLLECTIONS ADMIN.
PO BOX 44427
TACOMA, WA 98444

Claim Number: 2424
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $157.00 | Scheduled: | $38.28 |
|---|---|---|---|---|

---

SPRAGUE, SUSAN
1717 N BAYSHORE DR
3844
MIAMI, FL 33132

Claim Number: 2425
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)
Amends claim number 886

| PRIORITY | Claimed: | $3,022.08 | Scheduled: | $6,044.16 CONT |
|---|---|---|---|---|

---

BENSON & ASSOCIATES
ATTN SUSAN BENSON, OWNER
PO BOX 21515
LITTLE ROCK, AR 72221

Claim Number: 2426
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $150.00 | | |
|---|---|---|---|---|

---

YAVAPAI COUNTY, ARIZONA
ROSS D. JACOBS
YAVAPAI COUNTY TREASURER
1015 FAIR STREET
PRESCOTT, AZ 86305-1807

Claim Number: 2427
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | Scheduled: | $81.49 DISP CONT |
|---|---|---|---|
| PRIORITY | | | |
| SECURED | Claimed: | $6,517.68 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MURALIDHARAN, MALATHY<br>140 15 HOLLY AVE 5D<br>FLUSHING, NY 11355 | Claim Number: 2428<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| ALLEN, JEFFREY P.<br>1423 WHITEFENCE RD.<br>BARTLETT, IL 60103 | Claim Number: 2429<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $4,332.00 |
|---|---|---|

| ORTEGA, KARI<br>359 PHYLLIS AVE<br>ROCHELLE, IL 61068 | Claim Number: 2430<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $840.00 | Scheduled: | $3,489.36  CONT |
|---|---|---|---|---|
| UNSECURED |  |  | Scheduled: | $42.95  CONT |

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | Claim Number: 2431<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $306.00 |
|---|---|---|

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ATTN ADAM B. PREUSS, OWNER/PRESIDENT<br>936 US HWY, 1 SUITE A<br>SEBASTIAN, FL 32958 | Claim Number: 2432<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $81.00 |
|---|---|---|

| MANGINELLI SR, DANIEL J<br>3311 TEMPE DRIVE<br>HUNTINGTON BEACH, CA 92649 | Claim Number: 2433<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MISSION MKTG & ADVERTISING<br>ATTN VINCENT HAMON, OWNER<br>6565 FOUNTAIN AVE APT 16<br>LOS ANGELES, CA 90028 | Claim Number: 2434<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $405.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FINELLI, NICOLE D<br>11101 ROYAL PALMS<br>BLVD NUMBER 111<br>CORAL SPRINGS, FL 33065 | Claim Number: 2435<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT |

| ALEXIS H PAGAN<br>2846 SPARROW WAY<br>ENTERPRISE, AL 363305034 | Claim Number: 2436<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00 CONT |
| UNSECURED | Claimed: | $400.00 | | |

| CORBETT, DENNIS J<br>236 SOUTHAVEN AVE.<br>MEDFORD, NY 11763 | Claim Number: 2437<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15 CONT |

| FREEDOM APPRAISAL SERVICES<br>ATTN DARLENE LAMB<br>4397 OWENS RD<br>EVANS, GA 308093175 | Claim Number: 2438<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | |

| WESLEY BARBER ENGINEERING & SURVEYING<br>ATTN WESLEY BARBER<br>203 E. MILLWATER FALL<br>SHEPERDSVIILLE, KY 40165 | Claim Number: 2439<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

| MANUEL MEDEIROS<br>2 MOUNTAIN VIEW TER UNIT 612<br>DANBURY, CT 068104163 | Claim Number: 2440<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 |

| MAY JAMES, ANGALEE M<br>5508 CADILLAC AVENUE<br>BALTIMORE, MD 21207 | Claim Number: 2441<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,308.72 | Scheduled: | $1,308.89 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

CAPITAL APPRAISAL SERVICES INC
ATTN J.R. CABAI - PRESIDENT
11627 MARSHWOOD LANE
FORT MYERS, FL 33908

Claim Number: 2442
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,275.00 | | |
|---|---|---|---|---|

---

FISHMAN, BRIAN
1695 PORTAGE PASS
DEERFIELD, IL 60015

Claim Number: 2443
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 6840 (01/13/2009)

| PRIORITY | | | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,050.00 CONT |

---

RICHIE'S CITGO
ATTN RICHARD FONTANA, PRES.
1153 WALT WHITMAN ROAD
MELVILLE, NY 11747

Claim Number: 2444
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,245.86 | Scheduled: | $8,732.03 |
|---|---|---|---|---|

---

LALLI, JEANNE
379 SHERMAN AVE
HAWTHORNE, NY 10532

Claim Number: 2445
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,613.07 CONT |
|---|---|---|---|---|

---

DESTEFANO, ROCCO
4300 N OCEAN BLVD APT 2L
FT LAUDERDALE, FL 33308-5906

Claim Number: 2446
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $89,000.00 | | |
|---|---|---|---|---|

---

COM BELL SYSTEMS
ATTN PAT SANTORO
561 ACORN ST STE C
DEER PARK, NY 11729

Claim Number: 2447
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $6,595.98 | Scheduled: | $6,595.98 |
|---|---|---|---|---|

---

JOHN JOHANIDES SRA
199 GARRETSON AVE
STATEN ISLAND, NY 103051233

Claim Number: 2448
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $410.00 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TAYLOR APPRAISAL SERVICE
4027 BELLECREST DR
MISSOULA, MT 59801-8906

Claim Number: 2449
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

TATULYAN, GALINA V
9000 HAYMARKET
WHITE LAKE, MI 48386

Claim Number: 2450
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,867.39 |

LANE, SALLY M
PO BOX 4598
WEST RICHLAND, WA 99353-4009

Claim Number: 2451
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,985.00 |
| UNSECURED | Claimed: | $1,985.00 |
| TOTAL | Claimed: | $1,985.00 |

ACTION APPRAISAL SERVICE CORP.
ATTN THOMAS MUNIZ, PRESIDENT
P.O. BOX 3192
LYNCHBURG, VA 24503

Claim Number: 2452
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

SKYWAY CREATIONS UNLIMITED
ATTN CLAIRE SMAGALA, ACCOUNTANT
PO BOX 38055
COLORADO SPRINGS, CO 80937

Claim Number: 2453
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Scheduled: | $61.54 |

R.F. ESPOSITO, INC.
ATTN RICHARD F. ESPOSITO
7000 EAST GENESEE
FAYETTEVILLE, NY 13066-1129

Claim Number: 2454
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,170.00 | Scheduled: | $4,170.00 |

CURTIN, DAVE
MICHELLE BIEN-CURTIN
13113 SKYLINE DRIVE
PLAINFIELD, IL 60585

Claim Number: 2455
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VILLAGE GREEN
ATTN LOIS ROBINSON
4303 MILLER RD
WILMINGTON, DE 19802

Claim Number: 2456
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53.95 | Scheduled: | $53.95 |

A & C APPRAISAL
ATTN JAMES CROAK
10138 INGLESIDE DR
SAINT LOUIS, MO 63124-1246

Claim Number: 2457
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $275.00 |

DIGAETANI, KATHRYN F
4060 RICHMOND PARK DR E
JACKSONVILLE, FL 32224-2219

Claim Number: 2458
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,992.31 | Scheduled: | $1,992.31 CONT |

GREEN, RICHARD J (RICK)
586 BRIGHAM TRL
AUGUSTA, GA 30909-6046

Claim Number: 2459
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $438.00 |
| UNSECURED | Claimed: | $438.00 |
| TOTAL | Claimed: | $438.00 |

D J GRAEFF & ASSOCIATES, LLC
ATTN DANIEL J. GRAEFF - PARTNER
5622 GINGER TREE LN
TOLEDO, OH 43623

Claim Number: 2460
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00 |

LARSEN, LESLIE J
0N611 SUZANNE DR
WINFIELD, IL 60190

Claim Number: 2461
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,507.75 | Scheduled: | $2,507.75 CONT |

COLE COUNTY, MISSOURI
ATTN LARRY VINCENT, COLLECTOR
311 E. HIGH ST.
ROOM 100
JEFFERSON CITY, MO 65101

Claim Number: 2462
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7930 (08/11/2009)
CLAIM OUT OF BALANCE

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $84.52 | Scheduled: | $105.11 DISP CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THOMAS, LORI<br>5454 KIMBERLY LN<br>PLEASANT PLAINS, IL 626773840 | Claim Number: 2463<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $461.60 | Scheduled: | $461.60  CONT |

| APPRAISAL SHOPPE, INC, THE<br>ATTN KAREN B. ARRINGTON<br>425 MCIVER ST.<br>GREENVILLE, SC 29601 | Claim Number: 2464<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6765 (12/22/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $325.00 | | |

| PL MARKETING<br>32811 MIDDLEBELT RD STE G<br>FARMINGTN HLS, MI 483341701 | Claim Number: 2465<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED          Claimed: | $194.66 | Scheduled: | $194.66 |

| SPRING WATER PROMOTIONS INC<br>ATTN DONALD K BAILEY<br>24 CLEAR LN<br>BLUE RIDGE, GA 30513 | Claim Number: 2466<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED          Claimed: | $860.07 | Scheduled: | $860.07 |

| LEITNER COMPANY, THE<br>PO BOX 2555<br>HENDERSONVLLE, NC 28793-2555 | Claim Number: 2467<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $700.00 | | |

| CARBONELL APPRAISALS INC<br>ATTN JUAN CARBONELL, PRES.<br>119 MONROE<br>TRAVERSE CITY, MI 49684 | Claim Number: 2468<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $750.00 | | |

| CAROLINA OFFICE SYSTEMS<br>ATTN TARA DWYER<br>730 SALISBURY RD<br>STATESVILLE, NC 28677-6208 | Claim Number: 2469<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED          Claimed: | $191.30 | Scheduled: | $191.30 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRANKLIN COUNTY
ATTN BOBBIE N. GRAVITT, DEP. TAX COLLEC.
P.O. BOX 503
LOUISBURG, NC 27549

Claim Number: 2470
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| SECURED | Claimed: | $4,518.48 |
|---|---|---|

BOREN, GEORGE R.
2183 JAMES B WHITE HWY N
WHITEVILLE, NC 28472

Claim Number: 2471
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $775.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2472
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $105.80 | Scheduled: | $105.80 |
|---|---|---|---|---|

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2473
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $136.81 | Scheduled: | $97.24 |
|---|---|---|---|---|

WINCZ, ROBERT
3235 AZALEA DR.
HERNANDO BEACH, FL 34607

Claim Number: 2474
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $825.00 |
|---|---|---|

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2475
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $156.27 | Scheduled: | $156.27 |
|---|---|---|---|---|

TAYLOR, PATRICK E.
5009 LAZY DAY LANE
INDIAN TRAIL, NC 28079

Claim Number: 2476
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALL STAR LIMOUSINE
380 NEW HWY
LINDENHURST, NY 11757-3358

Claim Number: 2477
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,753.40 | Scheduled: | $3,753.40 |
|---|---|---|---|---|

---

REALTY HOT WHEELS
ATTN LORRAINE KREKLA - OWNER
6560 PYRAMID LAKE HWY., # 52
SPARKS, NV 89436

Claim Number: 2478
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $132.00 | Scheduled: | $132.00 |
|---|---|---|---|---|

---

RATHBURN, RANDY
CHRISTINE REMBAS-RATHBURN
1688 CALIFORNIA AVENUE
RENO, NV 89509

Claim Number: 2479
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $850.00 | Scheduled: | $850.00 CONT |
|---|---|---|---|---|

---

FERGUS, CAROL
2381 CHRISTMAS TREE DR
CARSON CITY, NV 89703

Claim Number: 2480
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $2,846.16 | Scheduled: | $2,846.15 CONT |
|---|---|---|---|---|

---

NORTHSTATE APPRAISAL
ATTN CHRIS C. TALLEY, REAL ESTATE APPR.
PO BOX 1484
SUSANVILLE, CA 96130-1484

Claim Number: 2481
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

---

ANDERSON, BONNIE
10 PRIMROSE
IRVINE, CA 92604

Claim Number: 2482
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,920.00 | Scheduled: | $1,980.00 CONT |
|---|---|---|---|---|

---

BURKETT'S
ATTN TINA JOHNSON
8520 YOUNGER CREEK DR
SACRAMENTO, CA 95828

Claim Number: 2483
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,815.47 | Scheduled: | $875.21 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

EDGECOMBE COUNTY
ATTN LISA WARREN, TAX ASSISTANT
P.O. BOX 10
TARBORO, NC 27886

Claim Number: 2484
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| SECURED | Claimed: | $832.22 |
|---------|----------|---------|

---

NORWOOD, CARRIE
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 2485
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| PRIORITY | | | Scheduled: | $3,288.46 CONT |
|----------|----------|----------|------------|----------------|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $142.34 CONT |

---

ACTION MESSENGER SVC
POB 69763
LA, CA 90069

Claim Number: 2486
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $104.00 | Scheduled: | $185.90 |
|-----------|----------|---------|-----------|---------|

---

KELLMAN APPRAISALS
ATTN ANDREW B. KELLMAN
7240 BAY BRIDGE ROAD
CORONA, CA 92880

Claim Number: 2487
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,050.00 |
|-----------|----------|-----------|

---

ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA 98133

Claim Number: 2488
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 8011 (09/04/2009)

| PRIORITY | Claimed: | $1,012.50 |
|----------|----------|-----------|

---

PACIFIC WEST SEARCH
ATTN DAVID RAUHOFF, PRESIDENT
1930 VILLAGE CENTER CIRCLE
#E-845
LAS VEGAS, NV 89134

Claim Number: 2489
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 |
|-----------|----------|-----------|-----------|-----------|

---

ESTATE APPRAISERS INC.
420 WESTMINSTER RD
REISTERSTOWN, MD 211364613

Claim Number: 2490
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,000.00 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EMBLEMAX<br>14504 LEE ROAD, SUITE F<br>CHANTILLY, VA 20151 | Claim Number: 2491<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $279.80 | Scheduled: | $279.80 |
|---|---|---|---|---|

| FLANNERY, ANDREA<br>549 TETON ST<br>LAKE MARY, FL 327462222 | Claim Number: 2492<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $848.08 | Scheduled: | $848.08 CONT |
|---|---|---|---|---|

| WILSON, DEGRAW & MILLER LLP<br>PO BOX 25184<br>WINSTON SALEM, NC 271145184 | Claim Number: 2493<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,570.00 |
|---|---|---|

| ACCENT APPRAISAL SVCS INC<br>ATTN JUSTIN D. WIESERT, VICE PRESIDENT<br>620 OXIBOW DR<br>MYRTLE BEACH, SC 29579 | Claim Number: 2494<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,755.00 |
|---|---|---|

| DINH, VIVIAN M<br>12301 EPSILON<br>STREET<br>GARDEN GROVE, CA 92840 | Claim Number: 2495<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $3,173.08 | Scheduled: | $3,173.08 CONT |
|---|---|---|---|---|

| AK-APPRAISAL SERVICE<br>ATTN STANLEY P. KACHER<br>PO BOX 664<br>ANCHOR POINT, AK 99556 | Claim Number: 2496<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $635.00 |
|---|---|---|

| NEAL, JAMES G.<br>F MARIE NEAL  JTWROS<br>PO BOX 537<br>DUNNELLON, FL 34430-0537 | Claim Number: 2497<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| SECURED | Claimed: | $425.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BEVERAGE SOLUTIONS<br>ATTN MARK SCHWARTZ<br>444 BRICKELL AVE<br>STE 51-464<br>MIAMI, FL 33131 | | Claim Number: 2498<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,802.77 | Scheduled: | $353.82 |

| BELMER, AARON<br>3101 WISMER AVE<br>ST. LOUIS, MO 63114 | | Claim Number: 2499<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |

| SPROCK APPRAISAL<br>ATTN WINSTON SPROCK<br>5016 SARDIS RD. STE. B<br>CHARLOTTE, NC 28270 | | Claim Number: 2500<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | |

| WINSTON SPROCK<br>ATTN WINSTON SPROCK<br>5016-B SARDIS RD<br>CHARLOTTE, NC 28270 | | Claim Number: 2501<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | |

| WERDELMAN, EGON H.<br>8253 SAN CARLOS DR.<br>SAN DIEGO, CA 92119-2635 | | Claim Number: 2502<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,072.00 | | |

| NORWOOD, CARRIE H<br>4401 SHATTALON DR<br>WINSTON SALEM, NC 27106 | | Claim Number: 2503<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,712.31 | Scheduled: | $1,712.31  CONT |

| DESSERT FLOWERS<br>ATTN GRAEME HENDRY / BOOKKEEPER<br>618 MAIN ST<br>EL CENTRO, CA 92243 | | Claim Number: 2504<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $281.79 | Scheduled: | $281.79 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| THERMOCOPY<br>ATTN SUE MCCOY, CREDIT & COLLECTIONS MGR<br>P.O. BOX 10665<br>3505 SUTHERLAND AVE<br>KNOXVILLE, TN 37939-0665 | Claim Number: 2505<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $146.66 | Scheduled: | $146.66 |
|---|---|---|---|---|

| MITCHELL, NANCY<br>614 BETTY ST<br>EARLVILLE, IL 60518 | Claim Number: 2506<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,567.88 | Scheduled: | $1,567.88  CONT |
|---|---|---|---|---|

| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | Claim Number: 2507<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $16,695.00 |
|---|---|---|

| THOMAS, ELLEN<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | Claim Number: 2508<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $5,706.04  CONT |
|---|---|---|---|---|

| MCGUIRE, DANYA D.<br>SEAN P MCGUIRE<br>JTWROS<br>577 BEAUFORT COURT<br>CINICNNATI, OH 45240-3802 | Claim Number: 2509<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $233.88 |
|---|---|---|

| STEEN RESIDENTIAL APPRAISALS<br>4110 100TH ST APT 8<br>URBANDALE, IA 50322-2050 | Claim Number: 2510<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| FISHER, ADRIENNE<br>2520 N 1ST ST<br>APT 1<br>DE KALB, IL 60115 | Claim Number: 2511<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KENDRA, ALLISON M.
STEVEN T. KENDRA
6570 NEW PROVIDENCE DRIVE
HARRISBURG, PA 17111

Claim Number: 2512
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $350.00 CONT |
| UNSECURED | Claimed: | $350.00 | | |

---

NESTARICK APPRAISAL SERVICES
ATTN KELLY RYAN
100 MERCER DRIVE, 1ST FLOOR
LOCK HAVEN, PA 17745

Claim Number: 2513
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $800.00 |

---

MCKAY, JANET
199 CENTRAL AVE
PITTSBURGH, PA 15238

Claim Number: 2514
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $700.00 |

---

MONELLO, MARGARET (MIKI)
25291 SEA ROSE COURT
DANA POINT, CA 92629

Claim Number: 2515
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,486.24 | Scheduled: | $4,726.15 CONT |

---

MCLEAN-BRYANT, STELLA
PO BOX 3147
YUBA CITY, CA 95992

Claim Number: 2516
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,618.00 |

---

SHANNON, LINDA K
3915 36TH STREET
DES MOINES, IA 50310

Claim Number: 2517
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,828.80 | Scheduled: | $2,605.95 CONT |

---

ROBERT C. TAGGART & ASSOCIATES
ATTN VICKY GUZMAN, OFFICE MGR.
5869 SW 29TH STREET
TOPEKA, KS 66614

Claim Number: 2518
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $356.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JIM RICHEY APPRAISALS<br>ATTN JAMES N. RICHEY, OWNER<br>5205 ROLLING HILLS<br>TEXARKANA, TX 75503 | Claim Number: 2519<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

---

| ST JOHN, MICHAEL E<br>745 HAZEL DELL RD<br>CASTLE ROCK, WA 98611-9440 | Claim Number: 2520<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $507.76 | Scheduled: | $507.76 CONT |
|---|---|---|---|---|

---

| DOWNEY PUBLISHING<br>ATTN GAYLA LAVAERY ACCT REP.<br>2454 E. SOUTHLAKE BLVD.<br>SOUTHLAKE, TX 76092-6609 | Claim Number: 2521<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $712.14 | | |
|---|---|---|---|---|

---

| MARSH APPRAISAL<br>ATTN GARY A. MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA 15136 | Claim Number: 2522<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $3,745.00 | | |
|---|---|---|---|---|

---

| REAL ESTATE BOOK, THE -TREB SERVICES INC<br>PO BOX 1000<br>FERNDALE, WA 98248 | Claim Number: 2523<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 |
|---|---|---|---|---|

---

| GULFSIDE APPRAISAL, INC<br>15050 ELDERBERRY LN STE 4<br>FORT MYERS, FL 339078504 | Claim Number: 2524<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 | | |
|---|---|---|---|---|

---

| BARLOW, MONIQUE R<br>6499 S. DAFFODIL WAY<br>WEST JORDAN, UT 84084 | Claim Number: 2525<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $336.00 | Scheduled: | $336.00 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GOTH, NORMA<br>P.O. BOX 403<br>MADISON, SD 57042 | | Claim Number: 2526<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $318.00 | | |
| EDDLEMAN, MITZI D<br>2150 NE 18TH ST UNIT 118<br>GRIMES, IA 50111-4735 | | Claim Number: 2527<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $551.50 | Scheduled: | $551.50 CONT |
| RIGSBY, JUDITH<br>100 CHACEY LN<br>WORTHINGTON, OH 43085 | | Claim Number: 2528<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7898 (08/05/2009) | | |
| PRIORITY | Claimed: | $2,402.40 | Scheduled: | $2,402.40 CONT |
| THOMPSON, CHERYL<br>2517 JENSEN AVE UNIT 317<br>AMES, IA 50010-4876 | | Claim Number: 2529<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT |
| UNSECURED | Claimed: | $50.72 | Scheduled: | $50.72 CONT |
| NELSON, TRACY<br>2333 TULIP ST<br>SARASOTA, FL 342396248 | | Claim Number: 2530<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $808.48 | Scheduled: | $808.48 CONT |
| ELMORE COUNTY<br>ATTN WM M. HARPER, REV. COMMISSIONER<br>P.O. BOX 1147<br>WETUMPKA, AL 36092 | | Claim Number: 2531<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| INTERIOR GARDEN BMG<br>4118 E. 19TH<br>SPOKANE, WA 99223 | | Claim Number: 2532<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $79.28 | Scheduled: | $79.28 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DECK, PAUL M.<br>BW-0041 SCID<br>1000 FOLLIES ROAD<br>DALLAS, PA 18612-9515 | Claim Number: 2533<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ROBINSON, DONTE T<br>1392 EDELWEISS AVE<br>RIVERSIDE, CA 92501 | Claim Number: 2534<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT |
|---|---|---|---|---|

---

| APPRAISAL KEY<br>ATTN CURTIS LEUNG<br>PO BOX 2881<br>DUBLIN, CA 94568 | Claim Number: 2535<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

| AYDELOTTE, CHRISTA K<br>1327 NORTH<br>CEDARWOOD ROAD<br>TOOELE, UT 84074 | Claim Number: 2536<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,550.77 | Scheduled: | $1,550.77  CONT |
|---|---|---|---|---|

---

| NORTHEASTERN REMC<br>PO BOX 291<br>COLUMBIA CITY, IN 46725-0291 | Claim Number: 2537<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $830.93 | Scheduled: | $249.04 |
|---|---|---|---|---|

---

| FORD, SUEZETTE<br>3432 BEATRICE DR<br>FORT WAYNE, IN 46806 | Claim Number: 2538<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $623.04 | Scheduled: | $623.04  CONT |
|---|---|---|---|---|

---

| STORKAN, MARY<br>1331 KENTUCKY DR<br>CONCORD, CA 94521 | Claim Number: 2539<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $964.87 | Scheduled: | $1,487.34  CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLASSIC MORTGAGE<br>PMB 464<br>712 BANCROFT RD<br>WALNUT CREEK, CA 945981531 | | Claim Number: 2540<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,951.87 | | |

| WILLOWS LLC, THE<br>ATTN CARL CHRISTENSON, MANAGING MEMBER<br>2805 BLAINE STREET<br>SUITE 200<br>CALDWELL, ID 83605 | | Claim Number: 2541<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |

| LSA REAL ESTATE APPRAISERS<br>ATTN LAUREN CE SEXTON<br>PO BOX 21403<br>CHARLESTON, SC 29413 | | Claim Number: 2542<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,400.00 | | |

| HOME EQUITY DIRECT INC<br>5777 MADISON AVENUE<br>STE 420<br>SACRAMENTO, CA 95841 | | Claim Number: 2543<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $7,385.20 | | |

| APPRAISAL UNLIMITED 9834<br>9834 HANS WAY<br>ELK GROVE, CA 95624 | | Claim Number: 2544<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,150.00 | | |

| AUTENRIETH, VICTORIA R<br>PO BOX 162<br>RHINEBECK, NY 12572-0162 | | Claim Number: 2545<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,179.50 | Scheduled: | $3,051.19  CONT |

| UNION COUNTY<br>ATTN L. WADE, DEPUTY TAX COLLECTOR<br>P.O. BOX 38<br>MONROE, NC 28111 | | Claim Number: 2546<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,512.37 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LARRY BRELAND
ATTN LARRY BRELAND, JR. - OWNER
104 GALERIA BLVD.
SLIDELL, LA 70458

Claim Number: 2547
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

WILKES TELECOMMUNICATIONS
1400 RIVER ST
WILKESBORO, NC 28697-2108

Claim Number: 2548
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

PETITTI, ANGELO A. & ANN R. &
NANETTE P RATHBUN TJWORS
8014 FERNHILL AVE
PARMA, OH 44129-2123

Claim Number: 2549
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

RIVERSTONE APPRAISERS
ATTN CIRRI QUICK
PO BOX 3766
WENATCHEE, WA 98807

Claim Number: 2550
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $475.00 |
|---|---|---|

---

SANTIAGO, OLIVER M.
MARY ANNSON SANTIAGO
12839 BLOSSOM DR
ALSIP, IL 60803

Claim Number: 2551
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5461 (08/18/2008)

| PRIORITY | | | Scheduled: | $300.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

---

RAGSDALE REAL ESTATE INC
162 BUSHWACKER DRIVE
MABANK, TX 75147

Claim Number: 2552
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7585 (06/30/2009)

| PRIORITY | Claimed: | $725.00 |
|---|---|---|

---

KEY FINANCIAL COPORATION
ATTN LYNN RUSHMORE, PRESIDENT
3631 131ST AVE N
CLEARWATER, FL 33762

Claim Number: 2553
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6611 (11/21/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $21,565.07 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PORTLAND CITY
ATTN ELIZABETH L. BOYNTON
PO BOX 544
PORTLAND, ME 04112

Claim Number: 2554
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8485 (01/08/2010)

| PRIORITY | Claimed: | $376.54 |
|----------|----------|---------|

---

CHARLES G. MURRAY A.S.A.
226 MILL STREET
P O BOX 201
BRISTOL, PA 19007

Claim Number: 2555
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
|-----------|----------|---------|

---

TRI-COUNTY APPRAISAL CO
ATTN RICHARD BAUER/APPRAISER
PO BOX 2066
TWIN FALLS, ID 83303

Claim Number: 2556
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $575.00 |
|-----------|----------|---------|

---

VINTAGE COFFEE SERVICE
PO BOX 24095
BALTIMORE, MD 21227

Claim Number: 2557
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $472.06 | Scheduled: | $566.56 |
|-----------|----------|---------|-----------|---------|

---

LEESON, DANIEL N.
ROSANNE D. LEESON TTEES
LEESON LIVING TRUST
1821 GRANGER AVENUE
LOS ALTOS, CA 94024-6716

Claim Number: 2558
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,898.77 |
|-----------|----------|------------|

---

CENTRAL MASS APPRAISALS INC.
ATTN GARY L. BOURQUE, PRESIDENT
2 WASHINGTON STREET
LEOMINSTER, MA 01453

Claim Number: 2559
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 |
|-----------|----------|---------|

---

CHARLES REUTHER & ASSOCIATES
ATTN CHARLES REUTHER
1928 CORPORATE SQ # B
SLIDELL, LA 70458

Claim Number: 2560
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $325.00 |
|-----------|----------|---------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

GUTIERREZ, ANITA
618 LOCUST ST
WRIGHTSVILLE, PA 17368

Claim Number: 2561
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $673.86 | Scheduled: | $673.86 CONT |
|---|---|---|---|---|

ELITE APPRAISAL
ATTN PRESIDENT
25000 AVENUE STANFORD # 111
VALENCIA, CA 913551224

Claim Number: 2562
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $2,800.00 |
|---|---|---|

CUNNINGHAM APPRAISAL
ATTN RICHARD A. CUNNINGHAM
6709 W 119TH ST
OVERLAND PARK, KS 66209

Claim Number: 2563
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $950.00 |
|---|---|---|

GRAPHIC MEDIA, INC
20221 WARREN AVE
CHEYENNE, WY 82001

Claim Number: 2564
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $202.00 | Scheduled: | $202.00 |
|---|---|---|---|---|

HAYES, JAMES J
9260 BOWERS BROOK PL
BRISTOW, VA 20136

Claim Number: 2565
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $3,897.44 | Scheduled: | $3,897.44 CONT |
|---|---|---|---|---|

WISE CHOICE APPRAISALS
7716 BUCKSKIN AVE
LAS VEGAS, NV 89129-6745

Claim Number: 2566
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
|---|---|---|---|---|

ADVANCED LISTING SERVICES
1449 SUMMER GLOW AVE
HENDERSON, NV 89012

Claim Number: 2567
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRUNSWICK COUNTY PUBLIC UTILITIES<br>SHERRI GARNER, CUST SVC SUPERVISOR<br>PO BOX 580383<br>CHARLOTTE, NC 28258-0383 | Claim Number: 2568<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $208.06 | Scheduled: | $103.83 |
|---|---|---|---|---|

| BOBBY L GREENE PLUMBING & HEATING CO INC<br>ATTN REBECCA HOUSE, OFF. MGR<br>2630 MIDWAY AVE  PO BOX 38387<br>SHREVEPORT, LA 71133-8387 | Claim Number: 2569<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $101.00 | Scheduled: | $202.00 |
|---|---|---|---|---|

| APPRAISING GRACE APPRAISALS<br>ATTN MIKE GIESE<br>3110 N HARVEY PKWY<br>OKLAHOMA CITY, OK 73118-8631 | Claim Number: 2570<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

| ILINK COMMUNICATIONS, INC.<br>ATTN TAMARA SAUNDERS, CONTROLLER<br>2999 N 44TH STREET<br>SUITE 650<br>PHOENIX, AZ 85018 | Claim Number: 2571<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 32 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,611.33 |
|---|---|---|

| MEADOW OAKS SHOPPING CENTER<br>ATTN REAGAN BROWN, MANAGER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE # 201<br>CORPUS CHRISTI, TX 78412 | Claim Number: 2572<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) |
|---|---|

| UNSECURED | Claimed: | $6,348.59 |
|---|---|---|

| LBM OFFICE SOLUTTIONS,INC<br>ATTN CHERYL STINNETT, OFFICE ADMIN.<br>P.O. BOX 954<br>LYNCHBURG, VA 24505 | Claim Number: 2573<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $143.13 | Scheduled: | $143.13 |
|---|---|---|---|---|

| GARCIA, DAWN<br>8828 HICKORY AVE<br>HESPERIA, CA 92345 | Claim Number: 2574<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $676.00 | Scheduled: | $676.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRADSHAW, STACY A
16616 199TH PL NE
WOODINVILLE, WA 98072

Claim Number: 2575
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | Scheduled: | $2,916.92 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

COMMERCIAL AGENCY, THE
ATTN LEE KENNEDY, COLLECTION MANAGER
C/O LIONINC.COM
PO BOX 23909
FARMVILLE, VA 23909

Claim Number: 2576
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $9,412.00 |
|---|---|---|

---

GERKEN, KERRI & JEFF
15711 E. VALLEY CHAPEL RD.
FAIRFIELD, WA 99012

Claim Number: 2577
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $10.00 |
|---|---|---|

---

MONTEREY COUNTY TAX COLLECTOR
ATTN SCOTT A. WALKER, MGMT ANALYST II
P.O. BOX 891
SALINAS, CA 93902

Claim Number: 2578
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $43,025.31 |
|---|---|---|

---

PAYNELESS APPRAISALS
ATTN DEBORAH E. PAYNE, CO-OWNER
PO BOX 339
DUNNELLON, FL 34430

Claim Number: 2579
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $75.00 |
|---|---|---|

---

TOWN OF DENTON TAX COLLECTOR
TAX COLLECTOR
DENTON, MD 21629

Claim Number: 2580
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

BOYD, MARSHA M
121 UNION AVE SE
RENTON, WA 98059

Claim Number: 2581
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $3,477.69 | Scheduled: | $3,477.69 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FREY, TABETHA S
6558 AIROSO AVENUE
SAN DIEGO, CA 92120

Claim Number: 2582
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,653.85 | Scheduled: | $8,653.85 | CONT |

---

BERGREN APPRAISAL SERVICES,INC
ATTN JAMES C BERGREN, PRESIDENT
3000 41ST STREET
MOLINE, IL 61265

Claim Number: 2583
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |
| UNSECURED | Claimed: | $350.00 |

---

MOORE APPRAISAL CO., INC
ATTN ROBERT W MOORE, PRESIDENT
160 WEST CARMEL DRIVE
SUITE 214
CARMEL, IN 46032

Claim Number: 2584
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

DOWNING, JEROME E.
14446 OAK RD
GREENWOOD, DE 19950

Claim Number: 2585
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $375.00 |

---

BOEHLER REAL ESTATE APPRAISER
ATTN DARWIN BOEHLER
3729 FREEDOM CT
RAPID CITY, SD 57701

Claim Number: 2586
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $430.04 |

---

PESTMASTER SERVICES
ATTN GABRIEL CORDERO
PO BOX 966
IMPERIAL, CA 92251-0966

Claim Number: 2587
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150.00 |

---

LATITUDE 33 APPRAISALS INC
ATTN PATRICIA L HAMILTON, PRESIDENT
515 E CARE FREE # 629
PHOENIX, AZ 85085

Claim Number: 2588
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $345.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SZUMSKI, DAWN
224 W CLEARWATER RD
LINDENHURST, NY 11757

Claim Number: 2589
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,847.23 | Scheduled: | $1,847.23 CONT |

RESPONSE MORTGAGE PROJECTS GROUP
ATTN MARVIN MORAN
534 BROADHOLLOW ROAD
SUITE 275
MELVILLE, NY 11747

Claim Number: 2590
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,583.91 | Scheduled: | $28,017.11 |

ANGEL DAYS HOUSE CLEANING
ATTN ANGELA H. HADLEY
762 BREITENBUSH LN
BEND, OR 97702

Claim Number: 2591
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,525.00 | Scheduled: | $1,350.00 |

TYRONE TOWNSHIP TREASURER
ATTN DAVID KURTZ, TREASURER
10408 CENTER RD
FENTON, MI 48430

Claim Number: 2592
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,175.04 |

MANTILLA, BLANCA M.
GABRIEL MANTILLA
3005 LEISURE WORLD BLVD # 205
SILVER SPRING, MD 20906

Claim Number: 2593
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $375.00 CONT |
| UNSECURED | Claimed: | $375.00 | | |

HERNANDEZ, ELENA
21 N 64TH DRIVE
PHOENIX, AZ 85043

Claim Number: 2594
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,116.00 CONT |
| UNSECURED | Claimed: | $1,116.00 | | |

HARRISON, JAMES F
143 WINDY HILL RD.
JACKSON, TN 38305

Claim Number: 2595
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SPEIGHT & ASSOCIATES, LLC
ATTN JEFF SPEIGHT - OWNER
125 STONEBRIDGE BLVD STE C
JACKSON, TN 383052159

Claim Number: 2596
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,325.00 |
|-----------|----------|-----------|

---

GRANITE TITLE ASSOCIATES, INC.
1615 YORK RD STE 303
ATTN: ROBERT S ABRAHAMS, VP
LUTHERVILLE, MD 21093

Claim Number: 2597
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
|-----------|----------|---------|

---

WEISSBOHN, MICHAEL J.
BARBARA L WEISSBOHN
1 PARK PLACE
KANKAKEE, IL 60901

Claim Number: 2598
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | | | Scheduled: | $300.00 CONT |
|----------|----------|---------|------------|--------------|
| UNSECURED | Claimed: | $300.00 | | |

---

FORTE, CAROLYN S (SUE)
5N621 JENS JENSEN LN
SAINT CHARLES, IL 60175

Claim Number: 2599
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $500.00 | Scheduled: | $500.00 CONT |
|----------|----------|---------|------------|--------------|

---

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59718

Claim Number: 2600
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 |
|-----------|----------|---------|------------|---------|

---

JOHNS, BETTY
8628 HUFFINE LANE # 70
BOZEMAN, MT 59748

Claim Number: 2601
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $175.00 |
|-----------|----------|---------|

---

JOHNS, BETTY
8628 NUFFINE LANE # 70
BOZEMAN, MT 59718

Claim Number: 2602
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $175.00 |
|-----------|----------|---------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | | Claim Number: 2603<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PORTER, SHAWN J<br>4 FRANKLIN PLACE<br>FARMINGDALE, NY 11735 | | Claim Number: 2604<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $1,894.23 CONT |

---

| | | | | |
|---|---|---|---|---|
| WILLS, CHERYL<br>10625 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2605<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | | | Scheduled: | $1,610.00 CONT |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| JAMESON, JEFFREY W (JEFF)<br>494 EL CAMINO DEL MAR<br>LAGUNA BEACH, CA 92651 | | Claim Number: 2606<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $9,738.00 | | |

---

| | | | | |
|---|---|---|---|---|
| BENTON COUNTY<br>ATTN DONNA J. HART, COLLECTOR<br>P.O. BOX 428<br>WARSAW, MO 65355 | | Claim Number: 2607<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $1,716.43 | | |

---

| | | | | |
|---|---|---|---|---|
| MORAN PILLE, KATHRYN A<br>2031 N. ARLENE<br>ARNOLD, MO 63010 | | Claim Number: 2608<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $755.75 | Scheduled: | $755.75 CONT |

---

| | | | | |
|---|---|---|---|---|
| JIMENEZ, MARCELA M<br>2329 LIME AVENUE<br>LONG BEACH, CA 90806 | | Claim Number: 2609<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $2,846.16 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| VENADAS, ROSE B.<br>1204 MIRA VALLEY ST<br>CORONA, CA 92879 | Claim Number: 2610<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7022 (02/17/2009) |
|---|---|

| PRIORITY | Claimed: | $769.20 | Scheduled: | $769.23 CONT |
|---|---|---|---|---|

| WORBY, MARILYN<br>878 LITTLE E NECK ROAD<br>WEST BABYLON, NY 11704 | Claim Number: 2611<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 3946 (05/02/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $5,384.60 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,692.31 | | |

| TACONIC HILLS SD/ANCRAM<br>73 ROUTE 11A<br>CRARYVILLE, NY 12521 | Claim Number: 2612<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 281047308 | Claim Number: 2613<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,675.00 |
|---|---|---|

| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | Claim Number: 2614<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,675.00 |
|---|---|---|

| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104-7308 | Claim Number: 2615<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,675.00 |
|---|---|---|

| PETERSON, JILL A<br>8748 MCKENDREE RD<br>WESLEY CHAPEL, FL 33544 | Claim Number: 2616<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $1,903.88 | Scheduled: | $1,903.88 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| UNITED BUSINESS MACHINES<br>ATTN MICHAEL LANGLEY, CR. MGR<br>9218 GAITHER RD<br>GAITHERSBURG, MD 20877 | Claim Number: 2617<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $1,061.15 | Scheduled: | $461.37 |

---

| LINCOLN COUNTY<br>ATTN JERRY L FOX, COLLECTOR<br>201 MAIN ST.<br>TROY, MO 63379 | Claim Number: 2618<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |

| PRIORITY | Claimed: | $28.73 |

---

| FUTURE ENTERPRISES OF SOUTH FLORIDA, INC<br>ATTN STEVE ENGELHARD, OWNER<br>PO BOX 640<br>BONITA SPRINGS, FL 34133 | Claim Number: 2619<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $933.86 | Scheduled: | $119.78 |

---

| PAVONE, CHERYL L (CHERRIE)<br>1744 SWORD DANCER DR<br>VIRGINIA BEACH, VA 23454 | Claim Number: 2620<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | Claimed: | $334.62 | Scheduled: | $334.62  CONT |

---

| COLANDRO, MARY A<br>32 PEARSALL AVE<br>APT 2B<br>GLEN COVE, NY 11542 | Claim Number: 2621<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |

| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,420.00  CONT |

---

| WAHLIN, JENNIFER L<br>1668 GUTHRIE STREET<br>VIRGINIA BEACH, VA 23464 | Claim Number: 2622<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | Claimed: | $150.00 | Scheduled: | $150.00  CONT |

---

| 2001 R E & APPRAISAL SVCS INC<br>ATTN MARY K YAWORSKI, PRESIDENT<br>2001 HARRIS RD<br>PENFIELD, NY 14526 | Claim Number: 2623<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LETORT MORTGAGE GROUP INC
ATTN KARI DELANY, PRESIDENT
1701 SPRING ROAD
CARLISLE, PA 17013

Claim Number: 2624
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8026 (09/08/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,848.07 | | |
| SECURED | Claimed: | $382.06 | | |

---

BRIAN C. RUNGE
REAL ESTATE APPRAISALS LTD
30 CHANNEL LN
HAMPTON, VA 23664

Claim Number: 2625
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

---

LAWTON E. GRANTHAM, JR., SRA
P.O. BOX 997
FORTSON, GA 31808

Claim Number: 2626
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $392.00 | Scheduled: | $350.00 |

---

MICHAEL J. HOCHRON AGENCY
ATTN MICHAEL J HOCHRON
317 HARRINGTON AVENUE
CLOSTER, NJ 07624

Claim Number: 2627
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |

---

CLEANSERV
PO BOX 3525
FRESNO, CA 93650-3525

Claim Number: 2628
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

---

HEBERLIE, KARA
3125 WINDWOOD TRAILS DR
SAINT CHARLES, MO 63303-5815

Claim Number: 2629
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $393.00  CONT |
| UNSECURED | Claimed: | $393.00 | | |

---

HEBERLIE, KARA
662 SUMMER WINDS LN
ST PETERS, MO 63376

Claim Number: 2630
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $323.92 | Scheduled: | $323.92  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PAPADOPOULOS, CONSTANTINOS (DINO)<br>1 FRIENDS RD<br>SETAUKET, NY 11733 | Claim Number: 2631<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $6,923.08  CONT |
|---|---|---|---|---|

| TULIAU, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | Claim Number: 2632<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $7,000.00 |
|---|---|---|

| TSESMETZIS, STEFANOS<br>112 WINTER LN<br>HICKSVILLE, NY 11801 | Claim Number: 2633<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $3,738.46 | Scheduled: | $3,738.46  CONT |
|---|---|---|---|---|

| ASPECT SOFTWARE, INC.<br>ATTN GENERAL COUNSEL<br>300 APOLLO DR<br>CHELMSFORD, MA 018243626 | Claim Number: 2634<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,103.84 | Scheduled: | $12,990.00 |
|---|---|---|---|---|

| HUNTERDON COUNTY CLERK<br>ATTN MARY BETH HURFORD, DEPUTY CLERK<br>71 MAIN ST<br>FLEMINGTON, NJ 08822 | Claim Number: 2635<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 |
|---|---|---|---|---|

| CRESTEO BUTTE APPRAISAL SERVIC<br>ATTN DONALD PULLEY<br>PO BOX 1595<br>CRESTED BUTTE, CO 81224 | Claim Number: 2636<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $345.00 |
|---|---|---|

| KATONA, JESSICA L<br>34 COACHMAN LN<br>LEVITTOWN, NY 11756-4323 | Claim Number: 2637<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $997.11 | Scheduled: | $997.11  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GOGARTY, JAIME A
255 BELMORE AVE
EAST ISLIP, NY 11730

Claim Number: 2638
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $861.60 | Scheduled: | $861.60  CONT |
|---|---|---|---|---|

STATE OF DELAWARE DEPT. OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
TRAINING TAX FUND
PO BOX 9953
WILMINGTON, DE 19809

Claim Number: 2639
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $475.40 | | |
|---|---|---|---|---|

OUTSOURCE SOLUTIONS LLC
ATTN J. KYLE KELLER, PRESIDENT
2833 TRINITY SQUARE DRIVE
STE 135
CARROLLTON, TX 75006

Claim Number: 2640
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $13,440.00 | Scheduled: | $13,440.00 |
|---|---|---|---|---|

HERITAGE APPRAISAL SERVICE
ATTN BOB ANTONE
4828 FAYETTEVILLE RD
LUMBERTON, NC 28358

Claim Number: 2641
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,075.00 | | |
|---|---|---|---|---|

KEIM, GISELLE
1435 S 18TH ST APT 247
SAINT LOUIS, MO 63104-2500

Claim Number: 2642
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $7,000.00 | | |
|---|---|---|---|---|

L H MARKS
PO BOX 10126
JACKSONVILLE, FL 32247

Claim Number: 2643
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8492 (01/12/2010)

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

WINMILL SOFTWARE
ATTN G MARQUEZ
420 LEXINGTON AVE
STE 455
NYC, NY 10170

Claim Number: 2644
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,435.85 | Scheduled: | $5,435.85 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

Claim Number: 2645
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | Scheduled: | $2,535.17 CONT |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $2,535.17 | | | |

---

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

Claim Number: 2646
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,527.50 | Scheduled: | $1,832.99 CONT |
|---|---|---|---|---|

---

NAKAMURA, MICHAEL
5346 GRASSWOOD CIR
CONCORD, CA 94521

Claim Number: 2647
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $930.56 | Scheduled: | $930.56 CONT |
|---|---|---|---|---|

---

WATSON, MARK D
10823 TROTWOOD WY
HIGHLANDS RANCH, CO 80126

Claim Number: 2648
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT |
|---|---|---|---|---|

---

SCOTT R. JOSSART
2319 ELMWOOD AVE
BERWYN, IL 604022421

Claim Number: 2649
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $3,700.00 | Scheduled: | $283.25 CONT |
|---|---|---|---|---|

---

S.E.I. SOLID WASTE, INC.
ATTN SUZANNE KUEHL
PO BOX 8
ARNOLD, CA 95223

Claim Number: 2650
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $75.12 | Scheduled: | $75.12 |
|---|---|---|---|---|

---

PAULINE M CLARK
5721 CHETHAM HILL
PINSON, AL 35126-3561

Claim Number: 2651
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| SECURED | Claimed: | $32,980.69 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JERRY CALONGNE APPRAISER
PO BOX 10644
JEFFERSON, LA 70181

Claim Number: 2652
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

ORE CAL REAL ESTATE APPRAISAL
24770 OLD MALIN HWY
MALIN, OR 97632-9717

Claim Number: 2653
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $675.00 |
|---|---|---|

---

SAMUELSEN, LORI
6 GEORGANN RD
MANORVILLE, NY 11949-3223

Claim Number: 2654
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,662.30 | Scheduled: | $5,127.23 CONT |
|---|---|---|---|---|

---

ZARI, TIFFANY J
5014 OSGOOD WAY
FAIR OAKS, CA 95628

Claim Number: 2655
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

---

CERTIFIED SHRED INC
ATTN DIONE DIONE MAGLEDY, VICE PRESIDENT
537 W PICKETT CIR STE 600
SALT LAKE CTY, UT 84115-1998

Claim Number: 2656
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $277.30 | Scheduled: | $64.00 |
|---|---|---|---|---|

---

THE NEWS VIRGINIAN
ATTN DENISE CARTER, BUSINESS OFC MANAGER
PO BOX 1027
WAYNESBORO, VA 22980

Claim Number: 2657
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $729.00 | Scheduled: | $729.00 |
|---|---|---|---|---|

---

MATERIALS TESTING & INSPECTION
ATTN HR DIRECTOR
2791 S VICTORY VIEW WAY
BOISE, ID 83709

Claim Number: 2658
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $610.54 | Scheduled: | $604.71 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KALAMAZOO VALLEY APPRAISALS
ATTN MANUEL FREDERICKSEN
722 MONTROSE AVE
KALAMAZOO, MI 49008

Claim Number: 2659
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | | |

---

CHISHOLM, GLADYS H
8300 PACES OAKS BLVD
APT 137
CHARLOTTE, NC 282138149

Claim Number: 2660
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5.43 | Scheduled: | $813.12 CONT |

---

ALAIMO, DIANE E
139 E MARIE ST
HICKSVILLE, NY 11801

Claim Number: 2661
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,875.80 |
| UNSECURED | Claimed: | $1,875.80 |
| TOTAL | Claimed: | $1,875.80 |

---

CORPORATE DIMENSIONS
PO BOX 300097
DENVER, CO 80203-0097

Claim Number: 2662
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

---

LINCOLN & ASSOCIATES
ATTN PAUL A LINCOLN, OWNER
PO BOX 525
MONUMENT, CO 80132

Claim Number: 2663
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

---

SPICER, DONALD W &
MONA L SPICER JT TEN
970 UNIVERSITY AVE
PALO ALTO, CA 94301-2234

Claim Number: 2664
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $25,000.00 | UNLIQ |
| UNSECURED | Claimed: | $25,000.00 | UNLIQ |
| TOTAL | Claimed: | $25,000.00 | UNLIQ |

---

NATIONWIDE GOURMETS OF AZ
8399 W VAN BUREN ST STE 207
TOLLESON, AZ 853533217

Claim Number: 2665
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $170.35 | Scheduled: | $170.35 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

THOMAS BROWN, APPRAISER
P.O. BOX 5354
TAKOMA PARK, MD 20912

Claim Number: 2666
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

HUBER, JAMIE
1336 MERRIWEATHER CT
WIXOM, MI 48393

Claim Number: 2667
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,309.23 | Scheduled: | $1,309.23  CONT |
|---|---|---|---|---|

TOMPKINS APPRAISAL
ATTN JAMES TOMPKINS
8208 GREEN BELT DR
URBANDALE, IA 50322

Claim Number: 2668
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $225.00 | | |
|---|---|---|---|---|

PICKETT, LOIS I &
LAWRENCE H PICKETT JT TEN
2240 W 17TH
WICHITA, KS 67203-1503

Claim Number: 2669
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| PRIORITY | Claimed: | $9,885.00 | | |
|---|---|---|---|---|

CONWAY CORPORATION
ATTN NANCY AVRA
PO BOX 99
CONWAY, AR 72033

Claim Number: 2670
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $207.55 | Scheduled: | $463.81 |
|---|---|---|---|---|

ATLANTIC DETROIT DIESEL
ATTN JOHN C DEANE, CR MGR
180 RT 17 SOUTH
PO BOX 950
LODI, NJ 07644

Claim Number: 2671
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
UPDATE AS PER CREDITOR LETTER 11/28/07

| UNSECURED | Claimed: | $1,520.76 | Scheduled: | $1,520.76 |
|---|---|---|---|---|

FAIRLESS CREDIT UNION
1900 SOUTH PENNSYLVANIA
ATTN: JOANN GLASSON
MORRISVILLE, PA 19067

Claim Number: 2672
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| SECURED | Claimed: | $586,956.91 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARTIN + WOOD APPRAISAL, THE<br>ATTN DENISE HAHN, OFFICE MANAGER<br>43 S ST CLAIR ST<br>TOLEDO, OH 43604 | Claim Number: 2673<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $275.00 |
|---|---|---|

---

| TUCCI, MICHAEL R<br>147 EDWARD ST<br>LINWOOD, PA 190614117 | Claim Number: 2674<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $605.77 |
|---|---|---|

---

| APPRAISAL SOLUTIONS<br>ATTN JEFF HOELSCHER<br>6213 N 17 ST<br>MC ALLEN, TX 78504 | Claim Number: 2675<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,655.00 |
|---|---|---|

---

| PFE INTERNATIONAL, INC.<br>195 CHASTAIN MEADOWS COURT NW<br>KENNESAW, GA 30144-3724 | Claim Number: 2676<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $153.76 |
|---|---|---|

---

| ST TAMMANY NEWS ACCT. DEPT.<br>ATTN GENIA BAUGHMAN<br>PO BOX 820<br>BOGALUSA, LA 70429-0820 | Claim Number: 2677<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $143.43 |
|---|---|---|

---

| PEND OREILLE COUNTY<br>PEND OREILLE CO TAX OFC<br>CHARLOTTE L DEMLOW, TREASURER<br>PO BOX 5080<br>NEWPORT, WA 99156 | Claim Number: 2678<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| SECURED | Claimed: | $3,684.24 |
|---|---|---|

---

| SURE HOME INSPECTION SERVICE<br>610 INDIANA AV<br>COLLINSVILLE, IL 62234 | Claim Number: 2679<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $725.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PATRICIA L. COOK
PO BOX 2262
BREVERD, NC 28712

Claim Number: 2680
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

FIG TREE TRADING CO
ATTN DEMOSTHEMES PROCLRAMITIS
511 N PINELLAS AVE
TARPON SPRINGS, FL 34689

Claim Number: 2681
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $471.60 | Scheduled: | $576.40 |
|---|---|---|---|---|

SPRING HOPE CITY
ATTN SANDRA MORRIS, TAX COLLECTOR
101 W MAIN ST
PO BOX 87
SPRING HOPE, NC 27882

Claim Number: 2682
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10158 (09/08/2011)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367.41 | | |

SMITH, FELICIA
609 HAMMOND ST
ROCKY MOUNT, NC 27804

Claim Number: 2683
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,846.20 | Scheduled: | $1,846.15 CONT |
|---|---|---|---|---|

KARI, RAJANI R.
34 SCOTT ST
DIX HILLS, NY 11746

Claim Number: 2684
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,653.00 | Scheduled: | $2,653.85 CONT |
|---|---|---|---|---|

DEEP ROCK WATER COMPANY
DEPT 2146
DENVER, CO 802910001

Claim Number: 2685
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $752.77 | Scheduled: | $277.10 |
|---|---|---|---|---|

CAESAR'S CARPET & UPHOLSTERY
77500 CALLE CHILLON
LA QUINTA, CA 92253-5520

Claim Number: 2686
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $420.00 | Scheduled: | $420.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MUSKEGON HEIGHTS CITY<br>ATTN ROBERT L JACKSON JR, CITY ASSESSOR<br>2724 PECK ST<br>MUESKEGON HEIGHTS, MI 49444 | | Claim Number: 2687<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
| PRIORITY | Claimed: | $574.90 | | |
| CALDWELL APPRAISAL<br>ATTN TROY CALDWELL<br>328 NE SUNDERLAND CT<br>LEES SUMMIT, MO 64064 | | Claim Number: 2688<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $400.00 | | |
| BAILEY & ASSOCIATES<br>ATTN JAN BAKER, SECRETARY<br>117 COMMERCE STREET<br>KINGSPORT, TN 37660 | | Claim Number: 2689<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
| WEBB, SUSAN K<br>406 SPARROW DR<br>SATELLITE BCH, FL 32937-3728 | | Claim Number: 2690<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $3,280.00 | | |
| LEADER PUBLICATIONS<br>ATTN PAM LAPLANT<br>PO BOX 159<br>FESTUS, MO 63028 | | Claim Number: 2691<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,575.00 | | |
| BUILDER'S MAGAZINE/NV HM GUIDE<br>PATRICIA FERGUSON, PRESIDENT<br>9080 DOUBLE DIAMOND PKWY STE A<br>RENO, NV 89521 | | Claim Number: 2692<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| HOMES& LAND OF RENO/ SPARKS<br>ATTN JOANNE ZUPPATA<br>PO BOX 18038<br>RENO, NV 89511 | | Claim Number: 2693<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,300.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SPEEDY MESSENGER, INC.
PO BOX 12981
EVERETT, WA 982062981

Claim Number: 2694
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,446.80 | Scheduled: | $2,496.70 |

RONALD J. TYRELL JR.
109 WINANT ROAD
PITTSFIELD, NH 03263

Claim Number: 2695
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |

BAILEY PUBLISHING & COMMUNIC.
ATTN ANGELA CAMPBELL
10 N NEWMAN ST, STE B
JACKSONVILLE, FL 32202

Claim Number: 2696
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $494.00 | Scheduled: | $247.00 |

HUBBELL, DAN J AND SHELLEY J
GENERAL DELIVERY
COSTA MESA, CA 92628-9999

Claim Number: 2697
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $403.25  CONT |
| UNSECURED | Claimed: | $403.25 | | |

ABRAHAMS, BOBBY
731 SUMMER AVE
UNIONDALE, NY 11553

Claim Number: 2698
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,423.08 | Scheduled: | $1,423.08  CONT |

SOUND SHREDDING & RECYCLING
ATTN PETER RASCO, GM
4020 HAMMER DRIVE
BELLINGHAM, WA 98226

Claim Number: 2699
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83.92 | Scheduled: | $105.52 |

SEVERY, DON
2605 STATE STREET
PO BOX 6710408
SALEM, OR 97310

Claim Number: 2700
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $246.40 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SMITH, CAROLYN M.
101 GROVE ST
PLAINVILLE, MA 02762

Claim Number: 2701
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $14,051.32 |
|---|---|---|

APPRAISALS PLUS INC.
ATTN R. FITZGERALD
332 KING ST
RAYNHAM, MA 027671350

Claim Number: 2702
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $1,375.00 |
|---|---|---|

ENGSTROM AGENCY INC
PO BOX 1391
WATERTOWN, SD 57201

Claim Number: 2703
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

BEE APPRAISAL SERVICE
18214 104 AV NE
BOTHELL, WA 98011

Claim Number: 2704
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

ROBERT EINBINDER
748 PEPPERVINE AVE
JACKSONVILLE, FL 32259-5272

Claim Number: 2705
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,966.00 |
|---|---|---|

NUXALL & ASSOC R.E. SERV., LLC
ATTN STAN NUTALL, JR., MANAGING MEMBER
101 N NORAIN ST # 100
KENNEWICK, WA 99336

Claim Number: 2706
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $425.00 |
|---|---|---|

TOMBA, JOHN
270 AZALEA DRIVE
MANDEVILLE, LA 70471

Claim Number: 2707
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $5,000.00  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHRED - IT
ATTN NADOLYN B HOLLEMAN
PO BOX 18580
MEMPHIS, TN 38181

Claim Number: 2708
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $515.00 | Scheduled: | $115.00 |

---

DAVIS APPRAISAL CO LLC, THE
ATTN RANDALL R DAVIS, OWNER
5580 STATE STREET, STE 8
SAGINAW, MI 48603

Claim Number: 2709
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

---

R T H COMMUNICATIONS
2875 BOY SCOUT RD.
BAY CITY, MI 48706

Claim Number: 2710
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $225.00 |

---

WDI CO. OF OREGON, INC
ATTN GREGG B RITCHIE
7342 SW KABLE LANE
PORTLAND, OR 97224

Claim Number: 2711
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $620.40 |

---

TOBIN, BERNARD A &
AGNES E TOBIN JT TEN
11545 E RADISSON RD
MOUNT VERNON, IL 62864-6861

Claim Number: 2712
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,293.00 |

---

LEEWAY INSPECTION CO.,INC.
298
8250 CALVINE RD STE C
SACRAMENTO, CA 958289313

Claim Number: 2713
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $240.00 |

---

CITY OF FRANKLIN
TAX COLLECTOR
ATTN WILLIAM J YOST, SPECIAL COUNSEL
PO BOX 705
FRANKLIN, TN 37065

Claim Number: 2714
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $49.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TELEMATCH<br>ATTN ERIKA JACKSON<br>CREDIT COLLECTION SUPERVISOR<br>PO BOX 1936<br>SPRINGFIELD, VA 22159 | Claim Number: 2715<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

| | |
|---|---|
| RE/MAX METROPOLITAN<br>ATTN: CHUCK CACCHIONE<br>8300 HALL ROAD<br>UTICA, MI 48317 | Claim Number: 2716<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $330.93 |

---

| | |
|---|---|
| APPRAISALS OF REAL ESTATE INC.<br>ATTN JOHN WHITE, JR., PRES.<br>13003 CLEVELAND AVE. N.W.<br>UNIONTOWN, OH 44685 | Claim Number: 2717<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,050.00 |

---

| | |
|---|---|
| KRIEWALDT & ASSOCIATES, INC.<br>ATTN JODI L. KRIEWALDT, PRESIDENT<br>1629 N. RICHMOND STREET<br>APPLETON, WI 54911 | Claim Number: 2718<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

---

| | |
|---|---|
| ALLEN COUNTY, INDIANA<br>ATTN ROBERT W LEE<br>TREASURER OF ALLEN COUNTY<br>CITY - COUNTY BUILDING ROOM 100<br>FORT WAYNE, IN 46802-1888 | Claim Number: 2719<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25,319.15 | Scheduled: | $0.00 UNDET |

---

| | |
|---|---|
| GREGFROST.COM<br>ATTN GREG FROST<br>2051 WYOMING BLVD NE<br>ALBUQUERQUE, NM 87112 | Claim Number: 2720<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,984.45 |

---

| | |
|---|---|
| WILLIAMSON COUNTY CLERK AND MASTER<br>ATTN ELAINE BEELER, CLERK AND MASTER<br>PO BOX 1666<br>FRANKLIN, TN 37065 | Claim Number: 2721<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $278.77 |
| SECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERMAN JAGGERS<br>4709 CR 136<br>LEXINGTON, AL 35648 | | Claim Number: 2722<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

| MCINTOSH COUNTY<br>ATTN WANDA G NELSON, TAX COMMISSIONER<br>MCINTOSH CO TAX OFC<br>PO BOX 571<br>DARIEN, GA 31305 | | Claim Number: 2723<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,304.94 | | |

| US APPRAISERS<br>ATTN VICTOR W FOSTER, PARTNER<br>42776 TRAIL BLAZE PASS<br>MURRIETA, CA 92562 | | Claim Number: 2724<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $600.00 |

| AZIMUTH DESIGN<br>339 DUCK HARBOR ROAD<br>EQUINUNK, PA 18417 | | Claim Number: 2725<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,450.00 |

| HILL, LORI J<br>8636 MARMON WAY<br>SACRAMENTO, CA 95828 | | Claim Number: 2726<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,271.79 | Scheduled: | $3,846.47 CONT |
| UNSECURED | | | Scheduled: | $300.96 CONT |

| AUTUMN APPRAISAL, LLC<br>ATTN THOMAS GALLAGHER<br>PO BOX 16611<br>WEST HAVEN, CT 06516 | | Claim Number: 2727<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | | |

| MODULAR MAILING SYSTEMS<br>ATTN KATHY PAGE<br>4913 W. LAUREL ST.<br>TAMPA, FL 33607-0000 | | Claim Number: 2728<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $292.88 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JOAN KNOX
17170 POSY LAKE CT
RENO, NV 895085838

Claim Number: 2729
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00  CONT |
| UNSECURED | Claimed: | $300.00 | | |

---

MARY MCKINNY APPRAISAL SERVICE
PO BOX 82
BETHANY, MO 64424

Claim Number: 2730
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $250.00 |

---

ARTSERVICE
ATTN SANDRA L CUNDIFF
339 DUCK HARBOR ROAD
EQUINUNK, PA 18417

Claim Number: 2731
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,600.00 | Scheduled: | $2,600.00 |

---

CALYPSO CHARTER CRUISES INC
ATTN FRANK GIORDANO, OWNER / PRESIDENT
14 PENN PLAZA
STE 2002
NYC, NY 10122

Claim Number: 2732
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $355.38 | Scheduled: | $355.38 |

---

BIXLER CONSULTING GROUP, INC.
ATTN SUSAN BIXLER, PRESIDENT
200 GALLERIA PARKWAY
SUITE 1425
ATLANTA, GA 30339

Claim Number: 2733
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,600.00 | Scheduled: | $35,600.00 |

---

BORDE, SHIRLEY S
4801 BRYCE DRIVE
CARSON CITY, NV 89706

Claim Number: 2734
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,228.00 |

---

LEFTHAND APPRAISAL
4723 LUCCA DR
LONG MONT, CO 80503

Claim Number: 2735
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $632.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | Claim Number: 2736<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| SHREDDERS, THE<br>ATTN JERRY MARTIN, PRESIDENT<br>PO BOX 91-1197<br>LOS ANGELES, CA 90091 | Claim Number: 2737<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $844.00 | Scheduled: | $844.00 |

---

| GRISSOM, GARY A<br>5315 W WOODVIEW COURT<br>SPOKANE, WA 99208 | Claim Number: 2738<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $129.96 |

---

| HUDSON, CHRISTOPHER T & HEATHER S<br>PO BOX 158<br>BARSTOW, CA 92312-0158 | Claim Number: 2739<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00 CONT |

---

| JACKSON ENERGY AUTHORITY<br>ATTN TED WELCH, CREDIT ANALYST<br>PO BOX 2288<br>JACKSON, TN 38302 | Claim Number: 2740<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $5,924.29 |

---

| SCOTT A MCMAHON APPRAISALS<br>2717 DAVOS AV<br>WOODRIDGE, IL 60517 | Claim Number: 2741<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $4,350.00 |

---

| JOHN D CLUNK, L.P.A.<br>LAW OFFICES OF JOHN D. CLUNK, L.P.A.<br>5601 HUDSON DR<br>STE 400<br>HUDSON, OH 44236 | Claim Number: 2742<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MILLS, DEBORAH<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426-9641 | Claim Number: 2743<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) | | | |
| SECURED | Claimed: | $212,500.00 | | |
| UNSECURED | Claimed: | $1,170,000.00 | | |
| TOTAL | Claimed: | $1,372,500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FEATHER PUBLISHING CO., INC.<br>ATTN SANDY CONDOR - OFFICE MANAGER<br>PO BOX B<br>QUINCY, CA 95971 | Claim Number: 2744<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $3,407.66 | | |

---

| | | | | |
|---|---|---|---|---|
| SERVICED APPRAISALS<br>ATTN ERIC VAUGHAN/OWNER<br>927 N 5TH ST.<br>ST. CHARLES, MO 63301 | Claim Number: 2745<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $1,875.00 | Scheduled: | $825.00 |

---

| | | | | |
|---|---|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2430<br>TAMPA, FL 336025809 | Claim Number: 2746<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8581 (02/17/2010) | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $389,998.00 | Scheduled: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| PIKE APPRAISAL COMPANY<br>ATTN LINDA PIKE, PRESIDENT<br>2201 BOUNDARY ST, UNIT 109<br>BEAUFORT, SC 29901 | Claim Number: 2747<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,270.00 | Scheduled: | $2,270.00 |

---

| | | | | |
|---|---|---|---|---|
| CHARLOTTE COUNTY UTILITIES<br>ATTN VICTOR DIRAMIO, BUS. SERV. MGR<br>PO BOX 516000<br>PUNTA GORDA, FL 33951-6000 | Claim Number: 2748<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $242.69   UNLIQ | Scheduled: | $6.01 |

---

| | | | | |
|---|---|---|---|---|
| VANDERBILT APPRAISAL & CONSUL<br>770 LEXINGTON AVE RM 300<br>NEW YORK, NY 100658165 | Claim Number: 2749<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $24,330.00 | Scheduled: | $6,475.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ASHWORTH APPRAISAL SERVICES<br>P O BOX 397<br>SUTTER CREEK, CA 95685-0397 | Claim Number: 2750<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $1,820.00 |
|---|---|---|

| | | |
|---|---|---|
| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | Claim Number: 2751<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| | | |
|---|---|---|
| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | Claim Number: 2752<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| | | |
|---|---|---|
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | Claim Number: 2753<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 | |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| QUALITY APPRAISAL SERVICE<br>ATTN TOMMY JOHNSON, OWNER, QAS<br>PO BOX 8241<br>WILSON, NC 27893 | Claim Number: 2754<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $4,435.00 |
|---|---|---|

| | | |
|---|---|---|
| BRITTEX APPRAISAL SERVICES INC<br>8603 S. DIXIE HWAY<br>MIAMI, FL 33143 | Claim Number: 2755<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $7,340.00 |
|---|---|---|

| | | |
|---|---|---|
| PREFERRED APPRAISAL GROUP, THE<br>19 DENEISON ST<br>TIMONIUM, MD 21093-2301 | Claim Number: 2756<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $3,550.00 | Scheduled: | $825.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SIGNATURE APPRAISAL GROUP<br>1418 LONG STREET<br>HIGH POINT, NC 27262 | | Claim Number: 2757<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,375.00 | Scheduled: | $1,650.00 |
| BORRA, PETER<br>3285 OCEAN FRONT WALK #5<br>SAN DIEGO, CA 92109 | | Claim Number: 2758<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $456.00 | Scheduled: | $450.00 |
| BORRA, PETER<br>3285 OCEAN FRONT WALK # 5<br>SAN DIEGO, CA 92109 | | Claim Number: 2759<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $3,001.00 | | |
| INDEPENDENT APPRAISAL SERVICE<br>ATTN MARGARET V. WESTBROOK, PRES.<br>639 GENTRY DRIVE<br>LANCASTER, PA 17603 | | Claim Number: 2760<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,225.00 | | |
| AKSARBEN APPRAISAL<br>ATTN L. E. WHITEHEAD, OWNER<br>15913 119TH AVE NE<br>BOTHELL, WA 98011 | | Claim Number: 2761<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 |
| CLAIRE APPRAISALS, INC.<br>ATTN ROBERT CLAIR, OWNER<br>1632 SE MISTLETOE STREET<br>PORT SAINT LUCIE, FL 34983 | | Claim Number: 2762<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,775.00 | Scheduled: | $300.00 |
| HIRERIGHT, INC.<br>24521 NETWORK PL<br>CHICAGO, IL 60673-1245 | | Claim Number: 2763<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $25,700.85 | Scheduled: | $22,891.10 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ROBERT LYLE WILHELM TOD<br>CYNTHIA ANN ELVRUM<br>1745 SW ROCK COURT<br>ALOHA, OR 97006-1551 | Claim Number: 2764<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| MONTGOMERY COUNTY<br>ATTN NANCY CLUBIRE - TREASURER<br>P.O. BOX 767<br>INDEPENDENCE, KS 67301 | Claim Number: 2765<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |

---

| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | Claim Number: 2766<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $218.81 | Scheduled: | $94.40 |

---

| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | Claim Number: 2767<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $1,456.64 | | |

---

| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | Claim Number: 2768<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $657.68 | | |

---

| SWASEY, VIVIAN<br>PO BOX 1712<br>JENSEN BEACH, FL 349581712 | Claim Number: 2769<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $768.00 | Scheduled: | $768.00 CONT |

---

| CORDTS, AUDRA L<br>160 E 23RD ST<br>SOUTH HUNTINGTON, NY 11746 | Claim Number: 2770<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GRABFELDER, ROBERT G SR & ROBERT G GRABFELDER JR JTWROS GREEN ROCK CORRECTIONAL CENTER PO BOX 1000 CHATHAM, VA 24531 | | Claim Number: 2771 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9994 (05/09/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WEISS, ADRIENNE N 3337 HUTCHINSON LN MUNDELEIN, IL 600606009 | | Claim Number: 2772 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,803.30  CONT |
| SISCO GIVENS, PAULA PO BOX 953 MOXEE, WA 98936 | | Claim Number: 2773 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $580.13 | Scheduled: | $580.13  CONT |
| ZEE MEDICAL SERVICES CO 16631 BURKE LANE HUNTINGTON BEACH, CA 92647 | | Claim Number: 2774 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $193.84 | Scheduled: | $193.84 |
| DOLCE VITA, INC ATTN ANTHONY MARSIGLIO 6100 CLARKS CREEK ROAD UNIT 100 PLAINFIELD, IN 46168 | | Claim Number: 2775 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $18,590.00 | Scheduled: | $1,780.00 |
| FONNESBECK, VANCE BRIAN 765 HOMESTEAD PRICE, UT 84501 | | Claim Number: 2776 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 5461 (08/18/2008) | | |
| PRIORITY | | | Scheduled: | $150.00  CONT |
| UNSECURED | Claimed: | $150.00 | | |
| WEINHEIMER, TRACEY K 2291 AIRPORT ROAD GREENFIELD, IA 50849 | | Claim Number: 2777 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $3,476.92  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TYRELL, JOAN
109 WINANT RD
PITTSFIELD, NH 03263

Claim Number: 2778
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $338.52 | Scheduled: | $338.52 | CONT |

WARREN ENGINEERING, INC
ATTN ROBERT D. WARREN, PRESIDENT
119 E MAIN ST
MURFREESBORO, TN 37130

Claim Number: 2779
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

LIND, GINA GAIL
212 SAINT LAWRENCE
STREET
SAYVILLE, NY 11782

Claim Number: 2780
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,413.30 | Scheduled: | $1,413.30 | CONT |

WARE, WILLIAM O &
WILLIAM O WARE JR TR
UW 03/13/73
23390 TORRE CIRCLE
BOCA RATON, FL 33433-7026

Claim Number: 2781
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,590.00 |

DONOVAN, MARGARET M
20 CLUB LA
LEVITTOWN, NY 11756

Claim Number: 2782
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $328.00 | Scheduled: | $499.77 | CONT |
| UNSECURED | | | Scheduled: | $109.00 | CONT |

HAUSER APPRAISAL SVCS LLC
13452 SW 63RD AVE
PORTLAND, OR 97219-8128

Claim Number: 2783
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,800.00 |

BRENT JONES SERVICES INC
PO BOX 751178
LV, NV 89136

Claim Number: 2784
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILLIAMSON, MICHELLE C<br>617 STONEYBROOK TERRACE<br>FLORENCE, SC 29501 | Claim Number: 2785<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00 CONT |
|---|---|---|---|---|

| SMITH, CAROLYN<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | Claim Number: 2786<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
|---|---|

| PRIORITY | Claimed: | $6,230.77 | Scheduled: | $6,230.77 CONT |
|---|---|---|---|---|

| UHL, RAY E. &<br>THERESA M UHL JT TEN<br>300 CLAIRBORNE WAY<br>MONROE, GA 30655-8463 | Claim Number: 2787<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,170.00 | | |

| STARK, DAWN M<br>2105 W EL PRADO RD<br>CHANDLER, AZ 852242130 | Claim Number: 2788<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $154.00 | Scheduled: | $2,415.54 CONT |
|---|---|---|---|---|

| BLAKE, TRACY<br>470 JEFFERSON DR<br>PITTSBURGH, PA 15228 | Claim Number: 2789<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $923.08 | Scheduled: | $2,779.83 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $289.81 CONT |

| SMITH APPRAISAL GROUP, INC<br>1592 CHAIN FERN WAY<br>FLEMING ISLE, FL 320037046 | Claim Number: 2790<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

| DOSS, CHRISTOPHER M (CHRIS)<br>16212 COPPERWOOD LANE<br>WILDWOOD, MO 63040 | Claim Number: 2791<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $555.29 | Scheduled: | $555.29 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRAUN, HEATHER
5118 SORRENTO BLVD
FORT WAYNE, IN 46845-8893

Claim Number: 2792
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $784.00 | Scheduled: | $1,997.52 CONT |
|---|---|---|---|---|

---

HAUGHS, KELLY D
615 RIDGEMOOR DR
APT 4
FORT WAYNE, IN 468253491

Claim Number: 2793
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $107.69 | Scheduled: | $1,438.63 CONT |
|---|---|---|---|---|

---

BARRERAS, DESIREE M
10912 ARBOR RIDGE DR
TAMPA, FL 33624

Claim Number: 2794
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,523.09 | Scheduled: | $1,523.09 CONT |
|---|---|---|---|---|

---

FLUVANNA REVIEW
VALLEY PUBLISHING CORP.
ATTN ERIC T. ALLEN, PUBLISHER
PO BOX 59
PALMYRA, VA 22963

Claim Number: 2795
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $694.00 | Scheduled: | $348.00 |
|---|---|---|---|---|

---

WEST MICHIGAN APPRAISAL
ATTN MELANIE J. PERRY, PRESIDENT
821 W SOUTH ST
KALAMAZOO, MI 49007

Claim Number: 2796
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $250.00 |
|---|---|---|---|---|

---

CRUZ, CHRISTINE A
1639 LOUIS KOSSUTH AVE
BOHEMIA, NY 11716-1513

Claim Number: 2797
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT |
|---|---|---|---|---|

---

SLUSSER, KIMBERLY L
43 LA RUE AVE
RENO, NV 895092820

Claim Number: 2798
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,330.93 | Scheduled: | $1,330.93 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STOKES COUNTY
ATTN CHERYL C. HILL, DELINQUENT TAX COL.
P.O. BOX 57
DANBURY, NC 27016

Claim Number: 2799
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00 | | |

---

FRANCIS, DARLA M
1308 RICHARD RD
NORTH HUNTINGDON, PA 15642

Claim Number: 2800
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $2,952.05 | Scheduled: | $2,821.15 CONT |

---

RUSSO, MATTHEW
27 COLLINGWOOD DRIVE
DIX HILLS, NY 11746

Claim Number: 2801
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $450.19 | Scheduled: | $450.19 CONT |

---

HUSSER, CAROL
933 ARVLE CIRCLE
SYCAMORE, IL 60178

Claim Number: 2802
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

DELANEY, JESSICA J
1300 SUPERIOR DR
AUBURN, IN 467061447

Claim Number: 2803
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $323.08 | Scheduled: | $323.08 CONT |

---

KNOWLES, JONATHAN C
10816 MILLSTONE DR
FORT WAYNE, IN 46818

Claim Number: 2804
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $433.60 | Scheduled: | $433.60 CONT |

---

BARNETT, MITZI
15706 E PROGRESS CR
CENTENNIAL, CO 80015

Claim Number: 2805
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $13,460.34 | Scheduled: | $13,441.81 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KNOTT, SHERRY A. (WALTERS, SHERRY)
3468 MORTON PULLIAM ROAD
ROXBORO, NC 27574

Claim Number: 2806
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $250.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | |

---

HOSEIN, KORISHA
88-49 163 RD ST
JAMAICA, NY 11432

Claim Number: 2807
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT |
|---|---|---|---|---|

---

MATARESE, MARYANN
3034 HARDING ST
OCEANSIDE, NY 11572

Claim Number: 2808
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,134.75 | Scheduled: | $1,134.75 CONT |
|---|---|---|---|---|

---

PALOUSE APPRAISALS
ATTN MR. PATRICK
462 RIDGE RD
MOSCOW, ID 83843

Claim Number: 2809
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $875.00 | | |
|---|---|---|---|---|

---

POTTS, KRISTINA
1617 HUNTINGTON
DE KALB, IL 60115

Claim Number: 2810
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $324.00 | Scheduled: | $324.00 CONT |
|---|---|---|---|---|

---

DALY, KAREN
6038 N. OVERHILL
CHICAGO, IL 60631

Claim Number: 2811
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62 CONT |
|---|---|---|---|---|

---

RAY FRED SOHN TR
U/A DTD 04/26/83
RAY FRED SOHN & THELMA E SOHN TRUST
1985 GRATIOT BLVD
MARYSVILLE, MI 48040-2215

Claim Number: 2812
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BLANCATO, NADINE E
12717 WINDYEDGE RD
HUNTERSVILLE, NC 28078

Claim Number: 2813
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $369.65 | Scheduled: | $369.65 CONT |
|---|---|---|---|---|

READER, CINDY K
15012 HEDGEBROOK
DRIVE
HUNTERTOWN, IN 46748

Claim Number: 2814
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $288.00 | Scheduled: | $288.00 CONT |
|---|---|---|---|---|

OSTRANDER, KEITH R
102 TUCKAHOE CT
MELVILLE, NY 11747

Claim Number: 2815
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,407.69 | Scheduled: | $1,407.69 CONT |
|---|---|---|---|---|

DEAN AUVE
PO BOX 8329
YAKIMA, WA 98908

Claim Number: 2816
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $457.60 | | |
|---|---|---|---|---|

VASQUEZ, ARACELI
11205 W ATLANTIC
BLVD K305
CORAL SPRINGS, FL 33071

Claim Number: 2817
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $2,315.04 CONT |
|---|---|---|---|---|

HARVEY NUTTER & AGNES NUTTER JT TEN
1714 W ARTHUR
CHICAGO, IL 60626-3911

Claim Number: 2818
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

BAY COUNTY ASSOC OF REALTORS
1123 HARRISON AVENUE
PANAMA CITY, FL 32401

Claim Number: 2819
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $375.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| IRVINE, JACQLYN F (JACQUI)<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | Claim Number: 2820<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA, LLC<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 339533102 | Claim Number: 2821<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,283.50 |
| UNSECURED | Claimed: | $5,733.37 |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D. - MGR. /MEMBER<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 339533102 | Claim Number: 2822<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,910.47 |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA, LLC<br>ATTN CAROL J. D., MGR/ MEMBER<br>950 TAMIAMI TRL 101<br>PT CHARLOTTE, FL 339533100 | Claim Number: 2823<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,283.50 |
| UNSECURED | Claimed: | $5,733.37 |

| | | | | |
|---|---|---|---|---|
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D.,- MGR. /MEMBER<br>950 TAMIAMI TRAIL<br>#101<br>PORT CHARLOTTE, FL 33953 | Claim Number: 2824<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,283.50 | | |
| UNSECURED | Claimed: | $5,733.37 | Scheduled: | $2,751.44 |

| | | | | |
|---|---|---|---|---|
| WOODBURN REALTY<br>ATTN CYNTHIA K WITT, PARTNER<br>64 SOUTH KINGS HIGHWAY<br>ATTN: CYNTHIA K. WITT<br>DOVER, DE 19901 | Claim Number: 2825<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70.00 | Scheduled: | $60.00 |

| | | |
|---|---|---|
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | Claim Number: 2826<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $330,279.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | | Claim Number: 2827<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $330,279.00 | | |
| R.K. ASSOCIATES<br>17100 COLLINS AVENUE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>MIAMI, FL 33160 | | Claim Number: 2828<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $120,167.43 | | |
| CONTRERAS, REANA<br>2850 W ANGEL WAY<br>SAN TAN VLY, AZ 85142-6680 | | Claim Number: 2829<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3945 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,231.73 | Scheduled: | $2,362.50 CONT |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | | Claim Number: 2830<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $2,924.00 | Scheduled: | $2,924.00 CONT |
| EXPRESS PERSONNEL SERVICES<br>ATTN JAY OLSON, PRESIDENT<br>3709 BROOKS ST<br>MISSOULA, MT 59801 | | Claim Number: 2831<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $4,525.68 | | |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 153<br>RENO, NV 89511 | | Claim Number: 2832<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $75.00 | | |
| AGER, CRYSTAL M<br>10015 NE 200TH ST<br>BOTHELL, WA 980112483 | | Claim Number: 2833<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | Claim Number: 2834<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8593 (02/18/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $464.00   UNLIQ |

| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | Claim Number: 2835<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8593 (02/18/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $794.00   UNLIQ |

| ENVIROPEST<br>ATTN VERNON L. SKELTON<br>PO BOX 7452<br>SPRINGDALE, AR 72766 | Claim Number: 2836<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $65.40 |

| ARROW APPRAISAL CORP<br>ATTN TROY A ENGLUND, PRESIDENT<br>4536 RACHEL BLVD<br>WEEKI WACHEE, FL 34607 | Claim Number: 2837<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $650.00 |

| MOORE & ASSOCIATES<br>ATTN LESLIE C. MOORE, OWNER<br>10347 LINN STATION ROAD<br>LOUISVILLE, KY 40223 | Claim Number: 2838<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $1,850.00 |

| MARMAK DESIGNS<br>1545 CAPITAL DR, STE 108<br>CARROLLTON, TX 75006 | Claim Number: 2839<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $365.61 |

| COLFAX COUNTY<br>ATTN LYDIA M. GARCIA, TREASURER<br>P O BOX 98<br>RATON, NM 87740 | Claim Number: 2840<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BUTLER, TRACY
3700 CHARLEMAINE DR
AURORA, IL 60504

Claim Number: 2841
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | Scheduled: | $4,184.55 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $16,515.40 CONT |

---

ANDERSON, JAN E
5370 GLEN OAKS WAY
WDM, IA 50266-6668

Claim Number: 2842
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| UNSECURED | Claimed: | $303.47 |
|---|---|---|

---

PRECISION PROPERTY APPRAISAL
PO BOX 5005 # 79
ATTN: JASON ZILKA
RANCHO SANTA FE, CA 92067

Claim Number: 2843
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $775.00 |
|---|---|---|

---

JACOBSON, PAUL F.
48-30 40 STREET
SUNNYSIDE, NY 11104

Claim Number: 2844
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $290.49 |
|---|---|---|

---

DJL APPRAISALS INC.
815 PRINCE FERRY LN
ATTN: KARLA LEAHY
MT PLEASANT, SC 294642852

Claim Number: 2845
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $955.00 | Scheduled: | $425.00 |
|---|---|---|---|---|

---

PARRISH APPRAISAL SERVICE LTD.
ATTN TERESE PARRISH, TREASURER
6121 LAKESIDE DRIVE, SUITE 153
RENO, NV 89511

Claim Number: 2846
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

ARROW APPRAISAL CORP
373 DANDELION CT
SPRING HILL, FL 346065352

Claim Number: 2847
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| SCHILE, DAVID C<br>3468 W DEERFIELD DR<br>EAGLE, ID 83616-2260 | | Claim Number: 2848<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $251.50 | | | |
| UNSECURED | Claimed: | $3,609.12 | | | |
| JESSNIK, SHARON<br>6909 BRACHNELL VIEW DR<br>CHARLOTTE, NC 28269 | | Claim Number: 2849<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $988.61 | Scheduled: | $988.61 | CONT |
| BARTOZ, NORMAN TTEE<br>BAROTZ, MADELAINE TTEE<br>ERNEST MORRIS TRUST<br>1556 THIRD AVE # 403<br>NEW YORK, NY 10128-3106 | | Claim Number: 2850<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $760.79 | | | |
| UNSECURED | Claimed: | $51,753.91 | | | |
| PENINSULA APPRAISALS<br>PO BOX 406<br>FISH CREEK, WI 54212 | | Claim Number: 2851<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $570.00 | | | |
| DOMBROWSKI, JAMES G. &<br>SUSAN B DOMBROWSKI JT TEN<br>1010 FLEMING DRIVE<br>PENSACOLA, FL 32514-9727 | | Claim Number: 2852<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,108.04 | | | |
| HOWARD'S APPRAISAL SERVICE<br>7175 TOWER RD STE C<br>ATTN: ANN C. THORPE, OFFICE MGR.<br>BATTLE CREEK, MI 490148609 | | Claim Number: 2853<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 | |
| FREEDMAN, MARK S<br>17 CORNELIA ST NUMBER 2 C<br>NEW YORK, NY 10014 | | Claim Number: 2854<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5169 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $139,050.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HALEY APPRAISAL LLC<br>ATTN CHRISTOPHER T. HALEY, OWNER<br>4400 HEATHERDOWNS BLVD<br>TOLEDO, OH 43614 | Claim Number: 2855<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $225.00 | | |
|---|---|---|---|---|

| FROST, ETHEL P.<br>2444 MELODY LANE<br>RENO, NV 89512-1435 | Claim Number: 2856<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $17,370.00   UNDET | | |
|---|---|---|---|---|

| FROST, ETHEL P.<br>2444 MELODY LN<br>RENO, NV 89512-1435 | Claim Number: 2857<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,699.00 | | |
|---|---|---|---|---|

| PALMER, STANLEY A &<br>WANDA P PALMER JT TEN<br>769-B TERNI LANE<br>SANTA BARBARA, CA 93105-4431 | Claim Number: 2858<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $15,661.00 | | |
|---|---|---|---|---|

| LEHMAN & EILEN LLP<br>50 CHARLES LINDBERGH BOULEVARD<br>UNIONDALE, NY 11553-3612 | Claim Number: 2859<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $18,706.63 | Scheduled: | $23,474.91 |
|---|---|---|---|---|

| HORTON, DINA<br>14314 S UNIVERSITY<br>DOLTON, IL 60419 | Claim Number: 2860<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $826.92  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $826.00 | | |

| LOTSOFF, BRETT S<br>249 DENNIS LANE<br>GLENCOE, IL 600222180 | Claim Number: 2861<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7504 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $10,950.00  CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $34,050.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHEARER, JUSTIN A<br>10794 VILLA CARLOTTA COURT<br>LAS VEGAS, NV 89141 | Claim Number: 2862<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $320.58 | | |
|---|---|---|---|---|

| GRANTHAM, BRYANT<br>1215 KELLY CT<br>FRANKLIN, TN 37064 | Claim Number: 2863<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7584 (06/30/2009) |
|---|---|

| UNSECURED | Claimed: | $970.38 | Scheduled: | $970.38 CONT |
|---|---|---|---|---|

| CASCADE NATURAL GAS CORPORATION<br>8113 W GRANDRIDGE BLVD<br>KENNEWICK, WA 99336-7166 | Claim Number: 2864<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $57.10 | Scheduled: | $6.96 |
|---|---|---|---|---|

| FITZSIMMONS MEDIA<br>7425 MCMULLEN ST<br>BOISE, ID 837090832 | Claim Number: 2865<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,475.00 | Scheduled: | $700.00 |
|---|---|---|---|---|

| KOEHLINGER SECURITY TECHNOLOGY<br>ATTN KIM S KOEHLINGER, PRESIDENT<br>421 EAST WASHINGTON BLVD.<br>FORT WAYNE, IN 46802-3219 | Claim Number: 2866<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $120.31 | | |
|---|---|---|---|---|

| CALIFORNIA SIGNS & GRAPHICS<br>11 ELF CT<br>PLEASANT HILL, CA 945231817 | Claim Number: 2867<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $3,618.80 | Scheduled: | $530.43 |
|---|---|---|---|---|

| LANGUAGE LINE SERVICES<br>ATTN ANGEL SANTOS<br>P.O. BOX 16012<br>MONTERY, CA 93942-6012 | Claim Number: 2868<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $3,844.45 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

IRVIN COMPANY
5934 WARM MIST LN
DALLAS, TX 75248-3822

Claim Number: 2869
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,385.00 | |

---

JMS APPRAISAL SERVICES
964 E BADILLO ST # 119
ATTN: SHIRLEY WEAVER, OWNER
COVINA, CA 91724

Claim Number: 2870
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,200.00 | |

---

RESIDENTIAL APPRAISAL SERVICE
3303 MULBERRY ST
ATTN: STEVEN J MCADAMS
EDGEWATER, MD 21037

Claim Number: 2871
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,550.00 | |

---

MIARIVIEVA CORP
170 SE 14TH STREET
#1408
ATTN: YANAI NASSAR
MIAMI, FL 33131

Claim Number: 2872
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,593.55 | Scheduled: | $1,200.00 |

---

DEGOLIER, DAN
2710 HUNTINGTON STREET
BELLINHAM, WA 98226

Claim Number: 2873
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $1,100.00 | |

---

BOARD OF COUNTY COMMISSIONERS OF
JOHNSON COUNTY, KANSAS
ATTN ROGER L TARBUTTON -LEGAL DEPT
111 SOUTH CHERRY STREET, SUITE 3200
OLATHE, KS 66061

Claim Number: 2874
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7505 (06/05/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,506.27 | |

---

CHARLOTTE COMMUNITY APPRAISAL
ATTN R. KEITH ZIMMERMAN
9202 AVIATION BLVD STE EW2
CONCORD, NC 28027

Claim Number: 2875
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | Scheduled: | $125.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STATE OF WASHINGTON, DEPT OF REVENUE
ATTN DOUG HOUGHTON
2101 4TH AVE
STE 1400
SEATTLE, WA 98121-2300

Claim Number: 2876
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| PRIORITY | Claimed: | $56,804.07 | | |
|---|---|---|---|---|

---

STATE OF WASHINGTON, DEPT OF REVENUE
ATTN DOUG HOUGHTON
2101 4TH AVE
STE 1400
SEATTLE, WA 98121-2300

Claim Number: 2877
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $56,804.07 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

---

KNOX COUNTY TRUSTEE
ATTN FRED A. SISK, TRUSTEE
P.O. BOX 70
KNOXVILLE, TN 37901

Claim Number: 2878
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| SECURED | Claimed: | $642.67 | | |
|---|---|---|---|---|

---

MORTGAGE DATA MANAGEMENT CORPORATION
ATTN RUSSELL S. LONG
SUITE 200
N56 W24879 NORTH CORPORATE CIRCLE
SUSSEX, WI 53089

Claim Number: 2879
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9253 (09/24/2010)

| UNSECURED | Claimed: | $790,361.97 | Scheduled: | $759,036.81 |
|---|---|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT- EVA MILANOWSKI
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 2880
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $131.32 | | |
|---|---|---|---|---|

---

COUNTY OF SANTA CLARA
TAX COLLECTOR
COUNTY ADMINISTRATION BLDG
70 W HEDDING ST - E WING SIXTH FL
SAN JOSE, CA 95110

Claim Number: 2881
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $27,121.28 | | |
|---|---|---|---|---|

---

TOWER PLACE, L.P.
C/O FINESTONE & MORRIS, LLP
3340 PEACHTREE RD NE, SUITE 2540
ATLANTA, GA 30326

Claim Number: 2882
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,184.84 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA-BANKRUPTCY COORD.<br>333 W EVERATT ST RM A130<br>MILWAUKEE, WI 53203 | Claim Number: 2883<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,050.46 |
|---|---|---|

| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | Claim Number: 2884<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| SECURED | Claimed: | $1,516.15 |
|---|---|---|

| INTERTHINX, INC. / SYSDOME, INC./<br>APPINTELLIGENCE INC / ISO, INC LAW DEPT<br>ATTN KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Claim Number: 2885<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $41,833.51 |
|---|---|---|

| INTERTHINX, INC. / SYSDOME, INC./<br>APPINTELLIGENCE INC / ISO, INC LAW DEPT<br>ATTN KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Claim Number: 2886<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| UNSECURED | Claimed: | $41,833.51 |
|---|---|---|

| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 2887<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $264,403.27 |
|---|---|---|

| KELLY SERVICES INC<br>ATTN SHARON HAMDEN, CREDIT MGR.<br>999 W BIG BEAVER RD<br>TROY, MI 48084 | Claim Number: 2888<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) |
|---|---|

| UNSECURED | Claimed: | $72,468.40 |
|---|---|---|

| PLACER COUNTY TAX COLLECTOR<br>ATTN ANN M DONDRO, DEPUTY TREASURER<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | Claim Number: 2889<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $1,879.16 | Scheduled: | $821.57 DISP CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LOUISVILLE GAS AND ELECTRIC COMPANY<br>ATTN C. MICHAEL COOPER, MANAGER<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | Claim Number: 2890<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $160.55 | |

---

| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | Claim Number: 2891<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10179 (09/29/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $379,500.36 | |
| UNSECURED | | Scheduled: | $1,130.72 |

---

| CERALYN CORP DBA WOODTRONICS<br>ATTN SCOTT T. WILLIAMS, ATTORNEY<br>110 REYNOLDS ST<br>S WILLIAMSPORT, PA 17702 | Claim Number: 2892<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,586.43 | Scheduled: | $37,586.43 |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUTPCY SECTION<br>PO BOX 6668<br>ATTN: MICHELLE KENNEDY<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 2893<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $245,506.04 | Scheduled: | $245,423.00  DISP CONT |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 2894<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | |

---

| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | Claim Number: 2895<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $205,191.16 | |

---

| BRCH GROVE PLAZA<br>4335 24TH AVENUE<br>FORT GRATIOT, MI 48059 | Claim Number: 2896<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,573.74 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CARTRIDGE WORLD
ATTN KRISTY BOWMAN, OWNER
3055 N RESERVE ST
STE B
MISSOULA, MT 59808

Claim Number: 2897
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $489.99 | Scheduled: | $489.99 |

---

CARTRIDGE WORLD
ATTN KRISTY BOWMAN, OWNER
3055 N RESERVE ST
STE B
MISSOULA, MT 59808

Claim Number: 2898
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $767.96 |
| UNSECURED | Claimed: | $767.96 |
| TOTAL | Claimed: | $767.96 |

---

VOGELSANG, KIMBERLY A
1936 GRANT ST
HOLLYWOOD, FL 330203544

Claim Number: 2899
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MATHURA, MARSHA
2040 NW 62ND TERR
SUNRISE, FL 33313

Claim Number: 2900
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $461.54 | Scheduled: | $461.54  CONT |

---

VOGELSANG, KIMBERLY
1936 GRANT ST
HOLLYWOOD, FL 330203544

Claim Number: 2901
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $756.80  CONT |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

HYATT REGENCY TECH CENTER
ATTN PASCAL TERRAZ, CONTROLLER
7800 EAST TUFTS AVENUE
DENVER, CO 80237

Claim Number: 2902
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,000.00 |

---

HYATT REGENCY TECH CENTER
ATTN PASCAL TERRAZ, CONTROLLER
7800 EAST TUFTS AVENUE
DENVER, CO 80237

Claim Number: 2903
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BEXAR COUNTY | Claim Number: 2904 |
| DAVID G AELVOET | Claim Date: 11/20/2007 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 711 NAVARRO STE 300 | Comments: EXPUNGED |
| SAN ANTONIO, TX 78205 | DOCKET: 8005 (09/03/2009) |

| SECURED | Claimed: | $5,083.50   UNLIQ |

---

| BROWARD COUNTY, DEPT. OF FINANCE | Claim Number: 2905 |
| ATTN HOLLIE N HAWN, ASST COUNTY ATTY | Claim Date: 11/20/2007 |
| REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX | Debtor: AMERICAN HOME MORTGAGE CORP |
| 115 S ANDREWS AVENUE | Comments: DOCKET: 9142 (08/13/2010) |
| FORT LAUDERDALE, FL 33301 | Replaces claim number 1238 |

| SECURED | Claimed: | $5,562.33 |

---

| MOON BAY DEVELOPMENT CORP. | Claim Number: 2906 |
| MICHAEL R. STRAUSS, ESQ., | Claim Date: 11/20/2007 |
| 1303 MAIN STREET, SUITE 4 | Debtor: AMERICAN HOME MORTGAGE CORP |
| PORT JEFFERSON, NY 11777 | Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $5,000.00 |

---

| LAKE COMO BOROUGH | Claim Number: 2907 |
| ATTN ESTHER A. KISS, TAX COLLECTOR | Claim Date: 11/21/2007 |
| TAX COLLECTOR | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| BELMAR, NJ 07719 | Comments: EXPUNGED |
| | DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $0.00 |

---

| FLOOR SHINE CO | Claim Number: 2908 |
| ATTN DANIEL S. ELIO | Claim Date: 11/21/2007 |
| 32 MARION ST | Debtor: AMERICAN HOME MORTGAGE CORP |
| WINCHESTER, MA 01890 | |

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

---

| RALPH R. SWOPE, INC. | Claim Number: 2909 |
| 2321 N GLEBE RD | Claim Date: 11/21/2007 |
| ARLINGTON, VA 222073410 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 10355 (03/08/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BOMANI, ERICA L | Claim Number: 2910 |
| 182 RHODODENDRON DR | Claim Date: 11/21/2007 |
| WESTBURY, NY 11590 | Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | | | Scheduled: | $913.46  CONT |
| UNSECURED | Claimed: | $913.46 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAVALENCIA HOTEL
ATTN DONNA VANBELLE - A/R
1132 PROSPECT STREET
LAJOLLA, CA 92037

Claim Number: 2911
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $43,618.59 |
| --- | --- | --- |

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 2912
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $5,463.07 |
| --- | --- | --- |

---

KING OFFICE SERVICES
ATTN ERIKA MAYORGA
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA 90670

Claim Number: 2913
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $35,117.99 | Scheduled: | $19,388.69 |
| --- | --- | --- | --- | --- |

---

KING RELOCATION SERVICES
ATTN ERIKA MAYORGA - AR SPECIALIST
13535 LARWIN CIRCLE
SANTA FE SPRING, CA 90670

Claim Number: 2914
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,299.00 | Scheduled: | $254.00 |
| --- | --- | --- | --- | --- |

---

KING RELOCATION SERVICES
ATTN ERIKA MAYORGA
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA 90670

Claim Number: 2915
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $744.00 | Scheduled: | $248.00 |
| --- | --- | --- | --- | --- |

---

MCMINIS, TANA P
5227 PATUXENT DR
RALEIGH, NC 276166517

Claim Number: 2916
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $6,069.23 |
| --- | --- | --- |

---

PARTNERS, MOSS
C/O STEVEN MOSS
98 LAKE DRIVE
NEW HYDE PARK, NY 11040

Claim Number: 2917
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,676.31 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MOSS, LINDA
CGM IRA ROLLOVER
98 LAKE DRIVE
NEW HYDE PARK, NY 11040

Claim Number: 2918
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,656.07 | | |

---

KRIMPER, ROBERT P
75 MCCULLOCH DR
HUNTINGTN STA, NY 117467905

Claim Number: 2919
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77 CONT |

---

VON BEHREN, JENNIFER V
937 E. MARDALL AVE.
ORANGE, CA 92866

Claim Number: 2920
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,658.93 | | |

---

MCDOWELL, JENNIFER
86 WOODCUT DR SIDE APT
MASTIC BEACH, NY 11951

Claim Number: 2921
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,536.00 | Scheduled: | $1,536.00 CONT |

---

BIANGASSO, SUZANNE
21 VERMONT ST
MELVILLE, NY 11747

Claim Number: 2922
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $723.08 | Scheduled: | $723.08 CONT |

---

ELITE FIRE PROTECTION, INC.
ATTN MICHAEL RICCUITI, PRESIDENT
252 EASTERN PARKWAY
FARMINGDALE, NY 11735

Claim Number: 2923
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,241.16 | Scheduled: | $5,241.16 |

---

CORT FURNITURE RENTAL
ATTN DEANNE FARRELL
801 HAMPTON PARK BLVD
INDIANAPOLIS, IN 46254

Claim Number: 2924
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,710.32 |
| UNSECURED | Claimed: | $2,710.32 |
| TOTAL | Claimed: | $2,710.32 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

D&B COURIER EXPRESS
PO BOX 766
BRYANTOWN, MD 20617

Claim Number: 2925
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $198.00 | | |

---

CHIN, WALTER & KAM FONG
399 WEST ST
NEW YORK, NY 10014

Claim Number: 2926
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,000.00 | | |

---

MENDOZA, THERESA F
PO BOX 927504
SAN DIEGO, CA 92192

Claim Number: 2927
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,628.31 | Scheduled: | $1,628.31 CONT |

---

LAKE COMO BOROUGH
ATTN: ESTER A. KISS, TAX COLLECTOR
BELMAR, NJ 07719

Claim Number: 2928
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 | | |

---

PRICE, CHARLES A (CHUCK)
23 LINDEN AVE
FLORAL PARK, NY 11001

Claim Number: 2929
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,912.82 CONT |

---

VIVENTI, GREGORY F. CUST
VICTORIA VIVENTI
UNDER THE SC UNIF GIFT MIN ACT
16 PALM VIEW
HILTON HEAD ISLAND, SC 29926-5301

Claim Number: 2930
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

VIVENTI, GREGORY F. CUST
ADAM ROBERT VIVENTI
UNDER THE SC UNIF TRAN MIN ACT
16 PALM VIEW
HILTON HEAD ISLAND, SC 29926-5301

Claim Number: 2931
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COLUCCI, ROBERT A. &<br>ANN COLUCCI JTWROS<br>9 MIDDLEBURY LN<br>CRANFORD, NJ 07016-1621 | Claim Number: 2932<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| INGINO, LONI<br>PO BOX 75<br>LINDENHURST, NY 11757 | Claim Number: 2933<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $673.08 | Scheduled: $673.08 CONT |

| NEWMAN, JOHN<br>312 BAY AVE<br>HUNTINGTON BAY, NY 11743 | Claim Number: 2934<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5169 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,330.00 | Scheduled: $1,330.00 CONT |

| RENZULLI, KARA M<br>1117 NW WEATHERSTONE DR<br>BLUE SPRINGS, MO 640156347 | Claim Number: 2935<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,523.08 | Scheduled: $2,523.08 CONT |

| ACCURATE REALTY & APPRAISAL<br>ATTN: MARY OLSEN, CORP PRESIDENT<br>149 CREEKSHIRE CRESCENT<br>NEWPORT NEWS, VA 23603 | Claim Number: 2936<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | Scheduled: $75.00 |

| SHADE, SUZANNA L<br>1107 JENSEN ST<br>CHARLOTTE, NC 28205 | Claim Number: 2937<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $809.62 | Scheduled: $809.62 CONT |

| BOOTH, HAROLD JR<br>JO ANN BOOTH<br>75 RED FOX LANE<br>MILLERSTOWN, PA 17062 | Claim Number: 2938<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $350.00 | Scheduled: $350.00 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CONNORS, THOMAS<br>43 STATION RD<br>BELLPORT, NY 11713 | Claim Number: 2939<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,730.00 |

---

| PEPCO HLDINGS, INC<br>ATTN BANKRUPTCY DIV / MAIL STOP 84CP42<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069 | Claim Number: 2940<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|
| UNSECURED          Claimed: | $510.68 |

---

| HUBER, STEFANIE<br>17880 NE 31ST CT APT 2313<br>AVENTURA, FL 33160-5009 | Claim Number: 2941<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|
| PRIORITY          Claimed: | $1,670.00 |

---

| NATHANSON, JOSEPH<br>1044 ELBERON AVE<br>LONG BRANCH, NJ 07740 | Claim Number: 2942<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $11,980.00 |

---

| DYSON, OTISE COMEAUX, IRA<br>407 CRESTWATER TRL<br>HOUSTON, TX 77082-1526 | Claim Number: 2943<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $14,913.72 |

---

| MITCHELL, TAMI<br>10 LONG STREET<br>LAKE GROVE, NY 11755 | Claim Number: 2944<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|
| PRIORITY          Claimed:          $3,653.84          Scheduled:          $4,750.00  CONT | |

---

| DYSON, RODNEY A., IRA<br>407 CRESTWATER TRAIL<br>HOUSTON, TX 77082-1526 | Claim Number: 2945<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED          Claimed: | $80,764.66 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GE MONEY BANK/WMC MORTGAGE
ATTN SHARON L. MASON, VP OR LEGAL DEPT.
3100 THORNTON AVE
BURBANK, CA 91504

Claim Number: 2946
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8029 (09/08/2009)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $216,836.67 | | |
| TOTAL | Claimed: | $215,836.67 | | |

---

CASTELLANO, THOMAS D.
136 FOREST ST
STATEN ISLAND, NY 10314

Claim Number: 2947
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $7,500.00 | | |
|---|---|---|---|---|

---

INGINO, LONI
PO BOX 75
LINDENHURST, NY 11757

Claim Number: 2948
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 8414 (12/14/2009)

| PRIORITY | Claimed: | $673.08 | Scheduled: | $812.48 CONT |
|---|---|---|---|---|

---

CARLTON J RANSOM
AY7007D
1000 FOLLIES ROAD
DALLLAS, PA 18612

Claim Number: 2949
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

D'AMBROSIO, DONNA M
24 7TH AVE # D
FARMINGDALE, NY 117355734

Claim Number: 2950
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $4,056.49 CONT |
|---|---|---|---|---|

---

CASSTELLANO, CONCETTA
136 FOREST ST
STATEN ISLAND, NY 10314

Claim Number: 2951
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

---

HATCH, AMBER R
3030 W CROCUS DR
PHOENIX, AZ 850535718

Claim Number: 2952
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RYAN M MAYO<br>352 PROSPECT BAY DR W<br>GRASONVILLE, MD 216381261 | Claim Number: 2953<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| | | | Scheduled: | $375.00 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $375.00 | | |

---

| VON BEHREN, JENNIFER<br>304 E ALMOND AVE # 10<br>ORANGE, CA 92866 | Claim Number: 2954<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $691.20 |
|---|---|---|

---

| SPIRA, JOSEPH (TRUSTEE)<br>SPECIAL NEEDS TRUST FBO S. SPIRA<br>1363 40 ST<br>BROOKLYN, NY 11218 | Claim Number: 2955<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $4,978.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,978.00 |
| TOTAL | Claimed: | $4,978.00 |

---

| DENNIS DOHERTY<br>12507 CUTTER RIDGE DR<br>RICHMOND, VA 23233 | Claim Number: 2956<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

| CORT FURNITURE RENTAL<br>801 HAMPTON PARK BLVD<br>ATTN: DEANNE FARRELL<br>CAPITOL HEIGHTS, MD 20743 | Claim Number: 2957<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
|---|---|

| UNSECURED | Claimed: | $1,728.63 | Scheduled: | $2,575.82 |
|---|---|---|---|---|

---

| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | Claim Number: 2958<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) |
|---|---|

| PRIORITY | Claimed: | $1,399.23 |
|---|---|---|

---

| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | Claim Number: 2959<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |
|---|---|

| UNSECURED | Claimed: | $7,370.44 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PHELAN HALLINAN & SCHMIEG, LLP
ATTN JUDITH T ROMANO, ESQUIRE
1617 JOHN F KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

Claim Number: 2960
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $8,399.00 |
|---|---|---|

---

RBC CENTURA BANK
ATTN ALICE CHAMBERS
MORTGAGE LOANS
PO BOX 700
ROCKY MOUNT, NC 27802

Claim Number: 2961
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $1,189.79 |
|---|---|---|

---

REVAL, INC.
420 5TH AVE FL 5
NEW YORK, NY 10018-0941

Claim Number: 2962
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $83,158.50 |
|---|---|---|

---

NELSON GOMES
484 B WASHINGTON AVE
MONTEREY, CA 93940

Claim Number: 2963
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,200.00 |
|---|---|---|

---

SANNA MATTSON MACLEOD INC.
811 WEST JERICHO TURNPIKE
ATTN: PRESIDENT
SMITHTOWN, NY 11787

Claim Number: 2964
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $16,343.90 | Scheduled: | $16,343.90 |
|---|---|---|---|---|

---

BYRUM, DIANA L.
PO BOX 874001
WASILLA, AK 99687

Claim Number: 2965
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $1,661.54 | Scheduled: | $1,661.54  CONT |
|---|---|---|---|---|

---

BENEDICKTUS & ASSOCIATES
745 FORT STREET MALL STE 316
HONOLULU, HI 968133803

Claim Number: 2966
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $365.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOUGLAS B. THOMAS
4400 E WEST HWY
BETHESDA, MD 20814-4524

Claim Number: 2967
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $42,162.00 |
|-----------|----------|------------|

---

HALL, WILLIAM C (CURT)
3417 TUDOR DRIVE
ADAMSTOWN, MD 21710

Claim Number: 2968
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $2,055.88 |
|----------|----------|-----------|

---

GIANCOLA, KAREN
57 MILL RD
FARMINGDALE, NY 11735

Claim Number: 2969
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $4,776.92 | Scheduled: | $4,776.92  CONT |
|----------|----------|-----------|------------|-----------------|

---

JIM SKIFFEY APPRAISALS
P.O. BOX 487
ATTN: JAMES J. SKIFFEY, III
WARREN, OH 44482-0487

Claim Number: 2970
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $2,300.00 |
|-----------|----------|-----------|

---

ROGER PARKINSON
18124 WEDGE PKWY
RENO, NV 89511-8134

Claim Number: 2971
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $8,130.00 |
|-----------|----------|-----------|

---

ACCESS INFORMATION MGMT
ATTN BENJAMIN NETICK, CFO
205 MAIN STREET, STE E
PLEASANTON, CA 94566

Claim Number: 2972
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,314.54 |
|-----------|----------|-----------|

---

BAKER & ASSOCIATES
4195 HOPEWELL RD
NEW KENT, VA 23124-3424

Claim Number: 2973
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $475.00 |
|-----------|----------|---------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KASE, RONALD H.<br>7 JORDAN AVE<br>SAN FRANCISCO, CA 94118 | Claim Number: 2974<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $25,796.45 |
|---|---|---|

| | | |
|---|---|---|
| CITYVIEW<br>401 HENLEY ST STE 4<br>KNOXVILLE, TN 379022846 | Claim Number: 2975<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $1,500.00 |
|---|---|---|

| | | |
|---|---|---|
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | Claim Number: 2976<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| | | |
|---|---|---|
| RUSHMORE APPRAISAL GROUP LLC<br>15 GREENWICH AVE UNIT 26<br>STAMFORD, CT 69025034 | Claim Number: 2977<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

| | | |
|---|---|---|
| SHRED - IT<br>ATTN PATTI SCHMITT, OFFICE MANAGER<br>10115 PRODUCTIONS COURT<br>LOUISVILLE, KY 40299 | Claim Number: 2978<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | |

| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PISAYGNANE, ALANHGNA<br>10106 NE 6TH AVE<br>VANCOUVER, WA 98685-5305 | Claim Number: 2979<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | |

| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.00  CONT |
|---|---|---|---|---|

| | | |
|---|---|---|
| FRAMINGHAM TOWN<br>ATTN DENNIS E ONEIL, TREASURER COLLECTOR<br>150 CONCORD ST.<br>RM 109<br>FRAMINGHAM, MA 01702 | Claim Number: 2980<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |

| SECURED | Claimed: | $5,778.17 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLIMAX TELEPHONE CO<br>ATTN SVEN-ERIK NAESSET, SUPERVISOR<br>110 N MAIN<br>CLIMAX, MI 49034 | Claim Number: 2981<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,141.77 |
|---|---|---|

| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | Claim Number: 2982<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) |
|---|---|

| UNSECURED | Claimed: | $1,938.99 |
|---|---|---|

| BOROUGH OF LAKE COMO<br>ATTN ESTHER A. KISS, TAX COLLECTOR<br>P.O. BOX 569<br>SOUTH BELMAR, NJ 07719 | Claim Number: 2983<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

| CEREZO, SHANTAL<br>400 NW 28TH AVE<br>MIAMI, FL 33125 | Claim Number: 2984<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $1,107.20 | Scheduled: | $1,107.20  CONT |
|---|---|---|---|---|

| RUBIN, DINAH (COOKIE)<br>8403 TITKOS DR APT 303<br>KISSIMMEE, FL 34747-3306 | Claim Number: 2985<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,230.77 | Scheduled: | $2,230.77  CONT |
|---|---|---|---|---|

| EDWARD J LACOSTE<br>5800 VICKSBURG ST<br>NEW ORLEANS, LA 701242841 | Claim Number: 2986<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $700.00 | Scheduled: | $425.00  CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $500.00 | | |
| UNSECURED | Claimed: | $200.00 | | |
| TOTAL | Claimed: | $700.00 | | |

| STALMAKER INVESTMENT GROUP<br>ATTN EDWARD CRAIG STALNAKER, PRESIDENT<br>PO BOX 20585<br>ST SIMONS ISLAND, GA 31522 | Claim Number: 2987<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

INTELLIQUICK DELIVERY
ATTN SHERY ANNE PINE, CFO
PO BOX 34964
PHOENIX, AZ 85067-4964

Claim Number: 2988
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,584.46 | Scheduled: | $2,584.46 |

---

EQUINY FINANCIAL GROUP, INC
ATTN ANNABELLE COOPER, VICE PRESIDENT
9240 SW 72ND ST
SUITE 100
MIAMI, FL 33173

Claim Number: 2989
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,596.27 |

---

J.A.S PROPERTIES
ATTN: MARTA PARETS
601 E. CHAMINADE DRIVE
HOLLYWOOD, FL 33021

Claim Number: 2990
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $682.38 |

---

WOLFE & ASSOCIATES
ATTN TIMOTHY K WOLFE
136 JESSICA DR
DOVER, OH 446229651

Claim Number: 2991
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $925.00 |

---

DELTORO, ANTHONY
38655 E 52ND AVE
OCALA, FL 34480-0641

Claim Number: 2992
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,270.00 |

---

WOOTAN, SHANNON
11815 SOPHOCLES DRIVE
RANCHO CORDOVA, CA 95742

Claim Number: 2993
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,200.00   UNLIQ |

---

WOOTAN, SHANNON (NOW TAVALERO)
106 GILDED ROCK CIR
FOLSOM, CA 95630-3275

Claim Number: 2994
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,573.07   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHURCHILL REAL ESTATE SERV.
ATTN SCOTT E CHUCHILL, SRA
37 MCMURRNY LL #3
PITTSBURGH, PA 15241

Claim Number: 2995
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

SCOTTRADE INC TR FBO
HENRY LEWIS IRA
11510 HERRONVIEW DR
FREDERICKSBURG, VA 22408-8013

Claim Number: 2996
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $53,337.00 |
|---|---|---|

---

HIATT, STEVEN L. & CLARE E. TTEES
O/T HIATT FAMILY TRUST DTD 5/16/2000
545 RIVERVIEW DR
AUBURN, CA 95603-6110

Claim Number: 2997
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

---

TTR SHIPPING
1000 CAMPUS DR STE 300
STOW, OH 442241768

Claim Number: 2998
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,365.05 | Scheduled: | $4,990.05 |
|---|---|---|---|---|

---

APPRAISAL NETWORK
ATTN MICHAEL LEVITT
13 MADISON AVENUE
PEABODY, MA 01960

Claim Number: 2999
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

---

J A MORRIS CO LLC
ATTN CHERYL L MORRIS, MEMBER
P O BOX 12645
OLYMPIA, WA 98508

Claim Number: 3000
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $20,886.19 | Scheduled: | $3,628.73 |
|---|---|---|---|---|

---

GAMBLE, JOHN & LOUISE
271 SW 28TH TERR
FORT LAUDERDALE, FL 33312

Claim Number: 3001
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $250.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MARRA, GIUSEPPE
43 MARLBORO RD
VALLEY STREAM, NY 11581

Claim Number: 3002
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,350.00 | | $1,350.00 CONT |

AARON M HUDSON
LEILA M HUDSON
1610 MOUNT HERMON ROAD
SALISBURY, MD 21804

Claim Number: 3003
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | $375.00 CONT |
| UNSECURED | | $375.00 | | |

FERNANDEZ, STEPHANIE D
936 7TH ST STE B
NOVATO, CA 949453009

Claim Number: 3004
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $832.83 | | $832.83 CONT |

TANQUPAHOA PARISH
ATTN DY ANGIE PHELPS
PO BOX 727
AMITE, LA 70422

Claim Number: 3005
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $32.89 |

DORRIS, CHARLES D
LINDA J DORRIS
JTWROS
507 BEECH ST
FRANKLIN, KY 42134-2419

Claim Number: 3006
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $7,064.48 |

CRITES, TERRI E
6569 LONG LAKE DR
NINE MILE FLS, WA 990269543

Claim Number: 3007
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $26,648.66 |

BISHOP V. AMERICAN HOME MORTGAGE CORP.
07 SC 4444 NICHOLAS R. STEVENS
LAW OFFICES OF CHRISTOPHER L. COOK
41040 N. RTE 85
ANTIOCH, IL 60002

Claim Number: 3008
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $12,666.67 | | $0.00 UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | Claim Number: 3009<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | | $999.68 | Scheduled: | $999.68  CONT |
| UNSECURED | Claimed: | | $55.00 | | |

---

| SMIONEAUX, M. J.<br>18114 CLUBVIEW DR<br>BATON ROUGE, LA 70810 | Claim Number: 3010<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,415.95 |

---

| PUGLIESE, MARIA TERESA & AGOSTINO ROCCO<br>136 HOLLYWOOD AVE<br>FAIRFIELD, NJ 07004 | Claim Number: 3011<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,457.00 |

---

| BERNSTEIN, ELAINE & ALBERT L. JTWROS<br>27 PENNINGTON WAY<br>SPRING VALLEY, NY 10977 | Claim Number: 3012<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,205.25 |

---

| JAIMIE SIROVICH<br>C/O SEO EGGHEAD<br>13 CASTLE HILL LNE. PO BOX 400<br>WEST NYACK, NY 10994-0400 | Claim Number: 3013<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $385.00 | Scheduled: | $385.00 |

---

| VAN BOESCHOTEN, EARL<br>4453 TAN GLEWOOD WAY<br>NAPA, CA 94558 | Claim Number: 3014<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $30,019.94 |

---

| BOOE, JAMES B<br>536 COVINGTON WAY<br>LIVERMORE, CA 94551 | Claim Number: 3015<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,270.72 | Scheduled: | $2,695.45  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| WISER, PAUL E., SR (TRUSTEE)<br>WISER FAMILY TRUST UA MAY 2, 1992<br>2067 SHILLINGWOOD DR NW<br>KENNESAW, GA 30152 | | Claim Number: 3016<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $73,186.08 | | | |
| WAILUA SHOPPING PLAZA<br>3165 OAHU AVENUE<br>HONOLULU, HI 96822 | | Claim Number: 3017<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,957.07 | Scheduled: | $1,930.07 | |
| IN- TOUCH MASSAGE THERAPY<br>ATTN JENNIFER R KUCK<br>25 NORTH ST SUITE E<br>DUBLIN, OH 43017 | | Claim Number: 3018<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $384.31 | | | |
| SHANNON, ERIN<br>10857 SUNSET RIDGE CIRCLE<br>BOYNTON BEACH, FL 33473 | | Claim Number: 3019<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,000.00 | | | |
| MASTROMARINO, ANTHONY R &<br>MABEL E MASTROMARINO JT TEN<br>1585 SOMERSET AVE<br>TAUNTON, MA 02780-5032 | | Claim Number: 3020<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| WATKINS, THOMAS R., JR. & REBECCA P.<br>2148 LORDS LANDING<br>VIRGINIA BEACH, VA 23454-1163 | | Claim Number: 3021<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $63,750.00 | | | |
| MUNICIPAL UTILITIES DEPARTMENT<br>ATTN ADAM KARST<br>DIRECTOR OF ADMINISTRATION<br>901 FOURTH AVE SW<br>WATERTOWN, SD 57201 | | Claim Number: 3022<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $262.12 | Scheduled: | $121.69 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SALERNO, GARY C.
105 CAYUGA PL
JERICHO, NY 11753

Claim Number: 3023
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31 CONT |

---

MIROWITZ, JAY ALAN & CAROLYN B. MIROWITZ
15401 RIVER BY RD
FORT MYERS, FL 33908-1711

Claim Number: 3024
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,404.95 |

---

EDDON, HENRY
30-07 HEYWOOD AVE
FAIR LAWN, NJ 07410

Claim Number: 3025
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,060.00 |

---

U.S. POSTAGE METER CENTER, INC.
PO BOX 800848
SANTA CLARITA, CA 91380-0848

Claim Number: 3026
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $304.98 |

---

SCHWARTZKOPF, DARRELL K.
11634 E EVANS AVE
AURORA, CO 80014

Claim Number: 3027
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT |

---

RODRIGUEZ, TIMOTHY
PO BOX 7385
OCEAN ISLE BEACH, NC 28469

Claim Number: 3028
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

STAR COMMUNITY PUBLISHING
25 DESHON DR
MELVILLE, NY 117474207

Claim Number: 3029
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $718.00 | Scheduled: | $359.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COLEMAN, JEAN M. (IRA) | Claim Number: 3030 |
| 1042 W BRIDLEPATH | Claim Date: 11/23/2007 |
| PAYSON, AZ 85541-3016 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SHEFFIELD, GREGORY J. | Claim Number: 3031 |
| 138 HOLLENBECK RD | Claim Date: 11/23/2007 |
| LOCKWOOD, NY 14859-9708 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: DOCKET 7234 (04/07/2009) |

| PRIORITY | Claimed: | $181.76 |

---

| SHEFFIELD, GREGORY J., & NANCY O. | Claim Number: 3032 |
| 138 HOLLENBECK RD | Claim Date: 11/23/2007 |
| LOCKWOOD, NY 14859-9708 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET 4865 (06/25/2008) |

| PRIORITY | Claimed: | $994.16 |

---

| DESANTIS, GILBERTO | Claim Number: 3033 |
| 14 MADONNA ST | Claim Date: 11/23/2007 |
| NATICK, MA 01760 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: DOCKET 4295 (05/29/2008) |

| UNSECURED | Claimed: | $26,400.00 |

---

| DESANTIS, GILBERTO | Claim Number: 3034 |
| 14 MADONNA ST | Claim Date: 11/23/2007 |
| NATICK, MA 01760 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,996.00 |

---

| ALLEN, RICHARD DALE | Claim Number: 3035 |
| 10230 GROVEWOOD WAY | Claim Date: 11/23/2007 |
| FAIRFAX, VA 22032 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET 4865 (06/25/2008) |

| SECURED | Claimed: | $700.00 |

---

| PINELAND APPRAISAL INC. | Claim Number: 3036 |
| ATTN RYAN T. KEANE, PRESIDENT | Claim Date: 11/23/2007 |
| 6 MILLS BROOK LANE | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| SHAMONG, NJ 08088 | Comments: DOCKET 6703 (12/11/2008) |

| UNSECURED | Claimed: | $1,250.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| MILLER, KRYSTAL<br>80 WESTLAKE AVE<br>PLANVIEW, NY 118033617 | | Claim Number: 3037<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $888.46 | Scheduled: | $1,473.46 CONT | |
| PIRANHA SHREDDING & RECYCLING<br>ATTN CANDY COOPER, MANAGR<br>DEPT# 5012<br>EVANSVILLE, IN 47708 | | Claim Number: 3038<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | | Claim Number: 3039<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | |
| RTL COMMUNICATIONS, LLC<br>PO BOX 23921<br>KNOXVILLE, TN 37933 | | Claim Number: 3040<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $92.86 | Scheduled: | $92.86 | |
| MORGAN, GARY D.<br>4946 BLUEGATE DR<br>HIGHLAND RANCH, CO 80130 | | Claim Number: 3041<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| MINUTILLO, MARIE<br>12204 SUMMERWOOD<br>LN<br>ALPHARETTA, GA 30005 | | Claim Number: 3042<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $2,981.00 | Scheduled: | $2,980.77 CONT | |
| FOUR WINDS DEVELOPMENT COMPANY<br>ATTN ERIC BROWN, SECRETARY / TREASURER<br>920 WALNUT ST<br>LANSDALE, PA 19446 | | Claim Number: 3043<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,072.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KILLEEN, THOMAS<br>840 ELDRIDGE RD<br>FAIRLESS HILLS, PA 19030 | Claim Number: 3044<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED            Claimed: | $24,780.00 | |
| STRUCTURAL ENGINEERS LLC<br>ATTN MARY NETUPSKY, GENERAL MANAGER<br>2963 W ELLIOT RD STE 3<br>CHANDLER, AZ 852241633 | Claim Number: 3045<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED            Claimed: | $641.50 | |
| WEIHS, WILLIAM H.<br>2 RAYMOND ST<br>OLD GREENWICH, CT 06870-1920 | Claim Number: 3046<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED            Claimed: | $93,755.90 | |
| WEIHS, WILLIAM H.<br>2 RAYMOND ST<br>OLD GREENWICH, CT 06870-1920 | Claim Number: 3047<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED            Claimed: | $91,057.90 | |
| REAL ESTATE APPRAISAL SERVICE<br>215 WYNDHURST DR<br>LYNCHBURG, VA 24502 | Claim Number: 3048<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED            Claimed: | $1,221.00 | |
| PINSON, JOHN E, & JENNENE E. JTWROS<br>118 OAK PARK DR<br>MAULDIN, SC 29662-2025 | Claim Number: 3049<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| SECURED            Claimed: | $1,289.83 | |
| CONSUMERTRACK INC<br>2381 ROSECRANS AVE<br>STE 336<br>EL SEGUNDO, CA 90245 | Claim Number: 3050<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | |
| UNSECURED   Claimed:   $20,484.00 | Scheduled: | $10,716.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SILK & SANDS FLORIST<br>1007 KINGS HIGHWAY<br>LEWES, DE 19958 | Claim Number: 3051<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $56.00 | | |
|---|---|---|---|---|

| RESTIVO, DINA<br>32 HASKEL LANE<br>STONY BROOK, NY 11790 | Claim Number: 3052<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,943.27 | | |
|---|---|---|---|---|

| RESTIVO, DINA<br>PO BOX 242<br>STONY BROOK, NY 117900242 | Claim Number: 3053<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,943.27 | Scheduled: | $1,943.27 CONT |
|---|---|---|---|---|

| BEAUFORT COUNTY, SOUTH CAROLINA<br>BEAUFORT COUNTY TRE<br>POB DRAWER 487<br>BEAUFORT, SC 29901-0487 | Claim Number: 3054<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $350.45 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $580.70 | | |

| DWAYNE LEMMON APPRAISAL SVC<br>390 F M 1635<br>ATLANTA, TX 75551 | Claim Number: 3055<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

| MADSEN, TODD<br>18477 MEADOW RIDGE<br>SALINAS, CA 93907 | Claim Number: 3056<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,426.00 | | |
|---|---|---|---|---|

| BLANK, E. ROBERT<br>1429 FLATROCK RD<br>NARBERTH, PA 19072 | Claim Number: 3057<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $6,066.95 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

CHMAYTELLI, MAZEN
2913 DENVER ST
SAN DIEGO, CA 92117

Claim Number: 3058
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,398.00 |

---

HE-CHAR LTD. PARTN
HERMAN SHYKEN, GEN. PART.
111 PLANTATION DR.
SAINT LOUIS, MO 63141

Claim Number: 3059
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,302.00 |

---

INDYSHRED
50 KO WE BA LN
INDIANAPOLIS, IN 46201-4108

Claim Number: 3060
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $126.00 | Scheduled: | $84.00 |

---

TOMAN, TAMMY S.
8635 SHOE OVERLOOK DR
FISHERS, IN 46038

Claim Number: 3061
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $550.00 |

---

MCKENZIE, ROBERT
9201 WILSON MILLS RD
CHESTERLAND, OH 44026

Claim Number: 3062
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,930.41 |

---

TSATSOS, PAUL CPA
401K PROFIT SHARING PLAN
PAUL TSATSOS, TRUSTEE
394 COLLEGE HWY
SOUTHWICK, MA 01077

Claim Number: 3063
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,677.00 |

---

KESLER, MOY T
720 SPRUCE DR
HOLBROOK, NY 11741

Claim Number: 3064
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JETT, LINDA G
429 CORDGRASS LANE
LITTLE RIVER, SC 29566

Claim Number: 3065
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $335.00 | Scheduled: | $335.00 CONT |

---

CHOCTAW COUNTY
P. O. BOX 907
ACKERMAN, MS 39735

Claim Number: 3066
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6840 (01/13/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

JENNIFER & KEITH SNODGRASS
510 GRAND AVE
BENTON, AR 72015

Claim Number: 3067
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

---

BERGER, CAROL D.
3 BRATTLE COURT
GAITHERSBURG, MD 20877

Claim Number: 3068
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMITH, MICHAEL R
285 MELVILLE RD
FARMINGDALE, NY 11735-2312

Claim Number: 3069
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,586.92 | Scheduled: | $1,586.92 CONT |

---

KHANNA, RADNEY FBO
FMT CO CUSTOMER IRA
PO BOX 732
4 TANBARK RD
WINDHAM, NH 03087

Claim Number: 3070
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |

---

DUNNS BRIDGE ASSOCIATES
PO BOX 732
WINDHAM, NH 03087

Claim Number: 3071
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KHANNA, RADNEY
4 TANBARK RD
WINDHAM, NH 030871541

Claim Number: 3072
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

KHANNA, SAMIR ROTH IRA
4 TANBARK RD
WINDHAM, NH 03087

Claim Number: 3073
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| SECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

HOPKINS, CARA B
23601 TORERO
CIRCLE
MISSION VIEJO, CA 92691

Claim Number: 3074
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $1,023.08 | Scheduled: | $2,948.08 CONT |
| --- | --- | --- | --- | --- |

---

GIBSON COUNTY
ATTN SALLY TAYLOR, DEPUTY TRUSTEE
PO BOX 259
TRENTON, TN 38382

Claim Number: 3075
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $605.00 |
| --- | --- | --- |

---

PENN WASTE INC
ATTN LYNN G ROHRBAUGH
CREDIT & COLLECTION SUPERVISOR
PO BOX 3066
YORK, PA 17402

Claim Number: 3076
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $472.10 | Scheduled: | $497.52 |
| --- | --- | --- | --- | --- |

---

CONNORS, REBECCA
45 BIRCHBROOK DR
SMITHTOWN, NY 11787

Claim Number: 3077
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT |
| --- | --- | --- | --- | --- |

---

SHENANDOAH VALLEY APPRAISAL
ATTN KATHLEEN A WILSON
PO BOX 1018
CHURCHVILLE, VA 24421

Claim Number: 3078
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| J. TIMOTHY LANE<br>545 LAGONDA WAY<br>DANVILLE, CA 94526 | Claim Number: 3079<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |
|---|---|---|---|---|

| HATCH, DOUGLAS A (DOUG)<br>359<br>2505 ANTHEM VILLAGE DR STE E<br>HENDERSON, NV 89052-5529 | Claim Number: 3080<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) |
|---|---|

| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $3,000.00 CONT |
|---|---|---|---|---|

| ALLENDE, CLAUDIA<br>20  20 SEAGIRT<br>APT  4E<br>FAR ROCKAWAY, NY 11691 | Claim Number: 3081<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 CONT |
|---|---|---|---|---|

| CUMMINGS, SUSAN<br>19 PEPPERMILL CT<br>COMMACK, NY 11725 | Claim Number: 3082<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 CONT |
|---|---|---|---|---|

| DICKEY, HAROLD L & GEORGETTA D & DAVID L<br>& NANCY R OSTEN TRS FBO DICKEY<br>15832 W JOSHUA TREE DR<br>SUN CITY GRAND<br>SURPRISE, AZ 85374-5004 | Claim Number: 3083<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $18,590.48 |
|---|---|---|

| RICHMOND, DEBORAH<br>5063 HAVENSIDE DR<br>HILLIARD, OH 43026 | Claim Number: 3084<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009)<br>CLAIM OUT OF BALANCE |
|---|---|

| PRIORITY | Claimed: | $1,887.20 | Scheduled: | $1,887.20 CONT |
|---|---|---|---|---|

| CACCHIONE, ANGELA M<br>7371 BROOKLAWN DR<br>WESTMINSTER, CA 92683 | Claim Number: 3085<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $774.00 | Scheduled: | $774.00 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CLARK, JULIE L
537 MARKETVIEW
IRVINE, CA 92602

Claim Number: 3086
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4615 (06/13/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,523.00 | Scheduled: | $4,523.08 CONT |
| UNSECURED | Claimed: | $0.00 | | |

---

IDAHO STATE TAX COMMISSION
ATTN: RONALD V CROUCH, ADMINISTRATOR
P.O. BOX 56
BOISE, ID 83756-0056

Claim Number: 3087
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4615 (06/13/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BROWNELL, THOMAS F AND MARGARET T
108 SHORE AVE
QUINCY, MA 02169-2405

Claim Number: 3088
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $4,431.00 |

---

RHINEHART, MARYLOU
3014 SEAFARER
COVE
FORT WAYNE, IN 46815

Claim Number: 3089
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $369.28 | Scheduled: | $369.28 CONT |

---

CAMPBELL, TERRY, PROFIT SHARING
612 196TH ST SW
LYNNWOOD, WA 98036-5918

Claim Number: 3090
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

COLEMAN, TRACY
6 HUBBARD ST
BAY SHORE, NY 11706

Claim Number: 3091
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $633.39 | Scheduled: | $633.39 CONT |

---

SUECH, DANIELLE
2 BANKS PL UNIT 232
MELROSE, MA 02176-6148

Claim Number: 3092
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 9778 (02/09/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,017.69 | Scheduled: | $1,017.69 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRANNON, MARK
184 W. BRENTWOOD DR.
PALATINE, IL 60074

Claim Number: 3093
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $2,295.01 | | |
|---|---|---|---|---|

---

DEWITT, KRISTINE (KRIS)
27 EASTRIDGE DR
AMELIA, OH 45102-1883

Claim Number: 3094
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $617.54 | Scheduled: | $617.54  CONT |
|---|---|---|---|---|

---

GOLDSTEIN, MICHAEL A
1964 BEVERLY PLACE
HIGHLAND PARK, IL 60035

Claim Number: 3095
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,500.00 | | |
|---|---|---|---|---|

---

ATTISHA, KYRIAKOS T.
543 DEERHAVEN
EL CAJON, CA 92019

Claim Number: 3096
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

DUNN, MICHAEL
1928 SHAWNNE TRL
LAKELAND, FL 33803

Claim Number: 3097
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $11,196.47 | | |
|---|---|---|---|---|

---

BYRD, DEBBIE M
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 3098
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10440 (05/04/2012)

| PRIORITY | Claimed: | $692.31 | | |
|---|---|---|---|---|

---

BYRD, DEBBIE
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 3099
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | | | Scheduled: | $8,948.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,948.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CARNEY, PATRICIA (PATTY)<br>2962 HARMENING AVE<br>PITTSBURGH, PA 15227 | | Claim Number: 3100<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $3,448.08 | Scheduled: | $3,448.08 CONT |
| SCHWARTZKOPF, DARRELL<br>11634 E EVANS AVE<br>AURORA, CO 80014 | | Claim Number: 3101<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $1,107.84 | | |
| LEE, SHAOWEI<br>PO BOX 360765<br>MILPITAS, CA 95036 | | Claim Number: 3102<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $4,458.47 | Scheduled: | $4,458.47 CONT |
| J.T. MALLI, D.D.S., LTD.<br>3441 W. NORTH AVE.<br>CHICAGO, IL 60647 | | Claim Number: 3103<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,000.00 | | |
| FADER, GAYLE<br>6963 BROOK MILL ROAD<br>BALTIMORE, MD 21215 | | Claim Number: 3104<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY<br>UNSECURED | Claimed: | $383.25 | Scheduled: | $383.25 CONT |
| HARRIOTT, CHANTELL T<br>1078 PROSPECT PLACE<br>BROOKLYN, NY 11213 | | Claim Number: 3105<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $929.55 | Scheduled: | $929.55 CONT |
| CISNEROS, MARTHA P<br>456 W 10TH ST APT A<br>SAN PEDRO, CA 90731-3231 | | Claim Number: 3106<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $950.19 | Scheduled: | $950.19 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCHEPER, ETHEL E<br>PO BOX 1108<br>NEW CASTLE, DE 19720 | Claim Number: 3107<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT |
|---|---|---|---|---|

| ROWLEY, DONALD (DON)<br>3644 VILLAGE SPRINGS DR<br>HIGH POINT, NC 27265 | Claim Number: 3108<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,366.73 |
|---|---|---|

| DEDIC, TAIB<br>5150 OAKFIRE DR<br>SAINT LOUIS, MO 631293218 | Claim Number: 3109<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $315.30 | Scheduled: | $315.30 CONT |
|---|---|---|---|---|

| FLORIAN, JENNIE<br>108 HAMPTON AVE<br>MASTIC, NY 11950 | Claim Number: 3110<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54 CONT |
|---|---|---|---|---|

| JOHNSON, PHYLLIS<br>6122 4TH ST. CT. NE<br>TACOMA, WA 98422 | Claim Number: 3111<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $633.60 |
|---|---|---|

| DAVIS, LOWELL E.<br>8685 OAK COUNTRY LANE<br>DE SOTO, KS 66018 | Claim Number: 3112<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,757.49 |
|---|---|---|

| TOOMBS, DWAYNE<br>4093 NEW HIGHWAY 96 W<br>FRANKLIN, TN 370644782 | Claim Number: 3113<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CRAIG, STEVEN T.
349 BROOKFIELD DR.
JACKSON, NJ 08527

Claim Number: 3114
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $300.00 |
|---|---|---|

---

WANG, MING CHUNG
117 CAROLINE DR.
COLLEGEVILLE, PA 19426

Claim Number: 3115
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,125.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,133.00 |

---

FRED R. NELSON TRUST
FRED R. NELSON TR.
1921 ALBION RD.
MIDLOTHIAN, VA 23113

Claim Number: 3116
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,011.90 |
|---|---|---|

---

APPRAISAL COMPANY, THE
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

Claim Number: 3117
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

DANZIG, SHERRY S.
2 HORIZON RD
FORT LEE, NJ 07024

Claim Number: 3118
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

BELL, IRENE H.
608 HDUSON AVE
PITMAN, NJ 08071-2014

Claim Number: 3119
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $210.09 |
|---|---|---|

---

SEYBOLD, DONALD W.
3816 WATERVIEW BLVD.
OCEAN CITY, NJ 08226

Claim Number: 3120
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $17,930.22 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DONAPHON, JOHN R. & GRACE J.
755 RTE 109 F-6
CAPE MAY, NJ 08204

Claim Number: 3121
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET | | |

LAY, MARK
221 E WILLIAMS AVE
BARRINGTON, NJ 08007

Claim Number: 3122
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,359.99 | | |

FREMONT TWP        151
ATTN PATTI J. SHINN
2512 E. GALBRAITH LINE RD
YALE, MI 48097

Claim Number: 3123
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 6574 (11/13/2008)

| PRIORITY | Claimed: | $534.92 | | |

R R DONNELLEY RECEIVABLES INC
ATTN DAN PEVONKA, SE CREDIT MANAGER
3075 HIGHLAND PKWY
DOWNERS GROVE, IL 60515

Claim Number: 3124
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET 7233 (04/07/2009)

| UNSECURED | Claimed: | $116,709.38 | | |

SEYBOLD, DONALD W.
3816 WATERVIEW BLVD.
OCEAN CITY, NJ 08226

Claim Number: 3125
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,612.99 | | |

ONE COMMUNICATIONS
ATTN JANICE RONAN
313 BOSTON POST RD WEST
MILLBURY, MA 01527

Claim Number: 3126
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $532.60 | Scheduled: | $469.60 |

CARBERRY, MICHAEL & EILEEN
1 ASTER CT.
MEDFORD, NJ 08055

Claim Number: 3127
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $37,846.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

IVEY, WILLIAM A.
****NO ADDRESS PROVIDED****

Claim Number: 3128
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,497.00 |
|---|---|---|

---

CHEATLE, EDGAR C.
2726 OAK MOUNTAIN
SAN ANGELO, TX 76904

Claim Number: 3129
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,020.00 |
|---|---|---|

---

JOHNSON, JOHN P.
5217 CHAPMAN ST., 5
SALEM, OR 97306-2140

Claim Number: 3130
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,977.93 |
|---|---|---|

---

MITCHELL, BRUCE I. & LEE ANN
1903 - 30TH AVE W.
SEATTLE, WA 98199

Claim Number: 3131
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

SLOTA, MARIE
528 NEWTON ST.
SOUTH HADLEY, MA 01075

Claim Number: 3132
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,116.93 |
|---|---|---|

---

MEYER, ED
812-102 AVE NE
BELLEVUE, WA 98004

Claim Number: 3133
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

MUSTO, RICHARD
143 WALNUT AVE
CLARK, NJ 07066-1201

Claim Number: 3134
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,075.25 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VINEYARDS DELI & NIBBLE & NUTS
32418 NORTHWESTERN HWY
FARMINGTON HILL, MI 48334

Claim Number: 3135
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $853.98 |

---

GOLDING, HAROLD
202 WHIPPLE ST
PITTSBURGH, PA 15218

Claim Number: 3136
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,635.72 |

---

GOLDING, HAROLD C.
202 WHIPPLE ST
PITTSBURGH, PA 15218

Claim Number: 3137
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,634.77 |

---

GREENVILLE CNTY TAX COLLECTOR
GREENVILLE CO TAX COLL
ATTN THERESA RICH
301 UNIVERSITY RDG STE 700
GREENVILLE, SC 29601

Claim Number: 3138
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,229.94 | Scheduled: | $1,287.04  DISP CONT |

---

D'ARIA, URSULA
4125 KISSENA BLVD APT 3H
FLUSHING, NY 11355-3107

Claim Number: 3139
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

LORENZI, GAIL L.
1770 CHURCH RD
AURORA, IL 60505

Claim Number: 3140
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,601.00 |

---

QUEBBEMANN, DAVID
1202 THOROUGHBRED
SAINT CHARLES, IL 60174

Claim Number: 3141
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,048.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ASKENAS, WALTER
5298 LANDON CIR
BOYNTON BEACH, FL 33437

Claim Number: 3142
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,225.00 | | |
| UNSECURED | Claimed: | $13,225.00 | | |
| TOTAL | Claimed: | $13,225.00 | | |

SANTIAGO KRASSEL, KIMBERLY
172 SALEM
BLOOMINGDALE, IL 60108

Claim Number: 3143
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,205.39 | Scheduled: | $3,205.39  CONT |

CARUBA, ROBERT JR
11431 LANAI LANE
BOYNTON BEACH, FL 33437

Claim Number: 3144
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,251.86 |

REED, EDWARD C.
3180 LINDA VISTA AVE.
FORT PIERCE, FL 34982

Claim Number: 3145
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,009.32 |

LORENZI, GAIL
1770 CHURCH RD.
AURORA, IL 60504

Claim Number: 3146
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,215.38 | Scheduled: | $2,215.39  CONT |

ELBAZ, MYRA BELLA
2576 BROOKWOOD RD
COLUMBUS, OH 43209

Claim Number: 3147
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

A NEW DAWN HYPNOSIS CENTER
2117 S FLETCHER AVE
FERNANDINA, FL 32034-4527

Claim Number: 3148
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HO, CHUN-HONG<br>1003 CINDY ST.<br>CARY, NC 27511 | | Claim Number: 3149<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,920.00 | | |

| RIFFKIN, LESLIE A.<br>20 REVERE ROAD<br>SCARSDALE, NY 10583 | | Claim Number: 3150<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| IAGGI, GLEN C. JR.<br>16 MARCELLO ST<br>JAY, ME 04239 | | Claim Number: 3151<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,674.00 | | |

| XACTEC<br>ATTN M EVANS, PRES<br>109 BULIFANTS BLVD<br>STE B<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3152<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,352.94 | Scheduled: | $2,352.94 |

| PHILLIPS, JOSEPH COLE & RITA A. JT TEN<br>302 GLENMEADE CIRCLE<br>MANAKIN SABOT, VA 23103 | | Claim Number: 3153<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,125.00 | | |

| HOLAN, DAVID A<br>47 BAY DR.<br>ITASCA, IL 60143 | | Claim Number: 3154<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8511 (01/19/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED | Claimed: | $10,250.00 | Scheduled: | $9,050.00  CONT |

| WENTWORTH R E APPRAISAL SVCS<br>321 DENNETT ST<br>PORTSMOUTH, NH 03801 | | Claim Number: 3155<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KENNER, ASHLEY<br>3803 GRANDVIEW AVE<br>LOUISVILLE, KY 402073754 | Claim Number: 3156<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $456.25 | | |
|---|---|---|---|---|

| FIRST ADVANTAGE APPRAISALS<br>ATTN WADE LIEBADOFFER, OWNER<br>8338 VETERANS HIGHWAY # 103A<br>MILLERSVILLE, MD 21108 | Claim Number: 3157<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $125.00 | | |
|---|---|---|---|---|

| AMERICAN DATA SECURITY INC<br>ATTN COLLEEN MURPHY, OPERATIONS MGR.<br>13070 NORTHEND<br>OAK PARK, MI 48237 | Claim Number: 3158<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $675.00 | Scheduled: | $40.00 |
|---|---|---|---|---|

| DODD, JOHN R.<br>622 LAUREL RIDGE CT.<br>GAHANNA, OH 43230 | Claim Number: 3159<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $35,713.22 | | |
|---|---|---|---|---|

| NORD THOROUGHBRED, INC.<br>ATTN RICK M. NORD, PRES.<br>7539 HWY # 28<br>NORWALK, IA 50211-9256 | Claim Number: 3160<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| KREISS, RICHARD C. & KATY C. JT TEN<br>5100 AURORA DRIVE<br>LEESBURG, FL 34748 | Claim Number: 3161<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $72,829.85 | | |
|---|---|---|---|---|

| PENN, JOHN G. JR (IRA)<br>FCC AS CUSTODIAN<br>2301 FAIRMONT AVENUE<br>LAKELAND, FL 33803 | Claim Number: 3162<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $14,990.02 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MAGGIO, RALPH
107 MILITIA RD
WHITEHOUSE STATION, NJ 08889

Claim Number: 3163
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,200.00 |
|---|---|---|

---

TAYLOR, CHRISTOPHER
6329 VALLEY VIEW RD.
GOODLETTSVILLE, TN 37073

Claim Number: 3164
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $530.00 |
|---|---|---|

---

GIBB, RICK A.
P.O. BOX 59589
BIRMINGHAM, AL 35259

Claim Number: 3165
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,889.00 |
|---|---|---|

---

SARACENI, ROCCO
7 HUNTINGTON AVE.
LYNBROOK, NY 11563

Claim Number: 3166
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,294.00 |
|---|---|---|

---

WITT, BLAIR M. AND SHARON LEE
AS TENANTS IN COMMON
UNIT 501
24330 SANDPIPER ISLE
BONITA SPRINGS, FL 34134

Claim Number: 3167
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

MARTIN APPRAISAL SVCS INC
ATTN EDWARD MARTIN, PRESIDENT
1810 28 ST W
BRADENTON, FL 34205

Claim Number: 3168
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,050.00 |
|---|---|---|

---

ENNIS, WARREN J (JOE)
14555 RIVER OAKS DRIVE
COLORADO SPRINGS, CO 80921

Claim Number: 3169
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| PRIORITY | Claimed: | $1,616.85 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COFFMAN APPRAISAL
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

Claim Number: 3170
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $625.00 |

---

DOYLE, GERMAIN F.
5819 LINDA DR.
MARCY, NY 13403

Claim Number: 3171
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNDET |
| SECURED | | $0.00   UNDET |

---

CASCADE COFFEE
ATTN T.R. KIRSTEIN/PRESIDENT
PO BOX 12640
EVERETT, WA 98206

Claim Number: 3172
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $244.32 | | $210.72 |

---

GELBMA, JOEL C.
711 BINGHAMPTON LN
LIVINGSTON, NJ 07039-8263

Claim Number: 3173
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $781.85 |

---

ALTER, ALBERT/DOROTHY
11 BRIGHTON CT.
MONROE TWP, NJ 08831

Claim Number: 3174
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNDET |

---

POLNEY, IRMA A.
155 BROAD ST. APT. #44
FLEMINGTON, NJ 08822

Claim Number: 3175
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $3,643.00 |

---

BRODY, LAURENCE S. TRUSTEE THE OMNIBUS
2 GEORGEFF RD # 200
ROLLING HILLS, CA 902745270

Claim Number: 3176
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAUI R/E PROPERTY GUIDE<br>ATTN SARAH MESTANZA, OWNER<br>PO BOX 988<br>LAHAINA, HI 96767 | Claim Number: 3177<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $791.66 | Scheduled: | $395.83 |

---

| WILLIAM R SKEEN<br>PO BOX 682<br>WOODLAND PARK, CO 80866-0682 | Claim Number: 3178<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $575.00 |

---

| MONROE, MICHELE<br>391 MORS AVE<br>WHEELING, IL 60090 | Claim Number: 3179<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,231.75 |

---

| GRIEB, TODD<br>1684 KILBURN DR N<br>ROCHESTER HILLS, MI 48306 | Claim Number: 3180<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

| KRUCEK, DANIEL<br>2125 BRAEBURN UNIT D<br>WAUCONDA, IL 60084 | Claim Number: 3181<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $1,849.26 |

---

| JEFFERSON APPRAISAL<br>ATTN PATRICK JEFFERSON, PRESIDENT<br>1126 11TH ST<br>AUGUSTA, GA 30901 | Claim Number: 3182<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $350.00 |

---

| RICHLIN<br>ATTN LINDA FAROCE, BROKER/OWNER<br>1134 MIDDLE COUNTRY ROAD<br>SELDEN, NY 11784 | Claim Number: 3183<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $1,400.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NICHOLS, STANLEY ERNEST
PO BOX 3254
VICTORVILLE, CA 92393-3254

Claim Number: 3184
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $395.00 |

---

ALL COUNTY APPRAISAL
ATTN KAREN P. RUBIO, OWNER
663 SMITH FLAT RD
ANGELS CAMP, CA 95222

Claim Number: 3185
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

BARVINEK APPRAISAL SERVICE
ATTN JAMES J. BARVINEK, OWNER
PO BOX 11115
CEDAR RAPIDS, IA 52410

Claim Number: 3186
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

AMAZING GRACE APPRAISALS
ATTN LEE W. WHITE
202 W. JEFFERSON ST
JACKSON, NC 27845

Claim Number: 3187
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
CLAIMED CASES 07-11051 AND 0711053

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |
| UNSECURED | Claimed: | $400.00 |

---

KIM KNOPF APPRAISAL
ATTN KIMBERLY KNOPF
221 KITTY HAWKS BAY DR
KILL DEVIL HILLS, NC 27948

Claim Number: 3188
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

FIRST ADVANTAGE APPRAISALS
ATTN WADE LIEBENDOFEN, OWNER
8338 VETERANS HIGHWAY # 103A
MILLERSVILLE, MD 21108

Claim Number: 3189
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

LATVA, SHELLIE
5205 VIA BRUMOSA
YOURBA LINDDA, CA 928864553

Claim Number: 3190
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| POTTAWATOMIE COUNTY<br>ATTN LISA OVERKAMP, TREASURER<br>P.O. BOX 158<br>WESTMORELAND, KS 66549 | Claim Number: 3191<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $530.45 | | |
|---|---|---|---|---|

| EQUITY APPRAISERS INC<br>ATTN TIMM G DELEHANTY, OWNER<br>9121 NORTH MILITARY TRAIL<br>SUITE 214<br>PALM BEACH GARDENS, FL 33410 | Claim Number: 3192<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,197.00 | | |
|---|---|---|---|---|

| ZANDONATTI APPRAISAL<br>ATTN GARY A. ZANDONATTI<br>PO BOX 7586<br>ROCKFORD, IL 61126 | Claim Number: 3193<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $1,845.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

| SUSAN KRUSE APPRAISAL SERVICE<br>ATTN SUSAN KRUSE<br>4060 NE 18 AVE<br>OAKLAND PARK, FL 33334 | Claim Number: 3194<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $525.00 | | |
|---|---|---|---|---|

| DAN ROEBER & ASSOCIATES, INC.<br>3617-C BETTY DR.<br>COLORADO SPRINGS, CO 80917 | Claim Number: 3195<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $675.00 | | |
|---|---|---|---|---|

| ENGLEWOOD APPRAISAL SERVICES<br>15379 MILLBANK RD<br>KING GEORGE, VA 224852512 | Claim Number: 3196<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $581.00 | | |
|---|---|---|---|---|

| SINCLAIR, CECILE A<br>3904 HATHAWAY AVE APT 664<br>LONG BEACH, CA 90815-5124 | Claim Number: 3197<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,492.29 | Scheduled: | $2,492.29  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,492.29 | | |
| TOTAL | Claimed: | $2,492.29 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CHAMBERLAIN, THOMAS<br>3800 W. RAY RD #9<br>CHANDLER, AZ 85226 | | Claim Number: 3198<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $922.00 | | |
| UNSECURED | Claimed: | $922.00 | | |
| TOTAL | Claimed: | $922.00 | | |

| A.M.S.I. INC<br>8104 SULLY DR<br>ORLANDO, FL 328188712 | | Claim Number: 3199<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |

| HANRAHAN, SHAWN<br>44 SOMERSET<br>CENTEREACH, NY 11720 | | Claim Number: 3200<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $507.69 | Scheduled: | $507.69  CONT |

| GREEN, MARTIN<br>10884 HAWKS VISTA STREET<br>PLANTATION, FL 33324 | | Claim Number: 3201<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,187.51 | | |

| RYAN, SHERRY L<br>431 109TH AVE SE<br>BELLEVUE, WA 98004 | | Claim Number: 3202<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,236.64 | Scheduled: | $3,236.64  CONT |

| RAPPOLD, RONALD<br>31 NE 28TH COURT<br>WILTON MANORS, FL 33334 | | Claim Number: 3203<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $45,000.00 | | |

| EHOUSING PLUS<br>2685 EXECUTIVE PARK DR, STE 8<br>WESTON, FL 33331 | | Claim Number: 3204<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $230.00 | Scheduled: | $450.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| SIEGEL, EUGENE M.<br>2617 TIFFANY PL.<br>FULLERTON, CA 92833 | Claim Number: 3205<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $25,000.00 |

| NEWMAN, MICHAEL & JULIA JTWROS<br>301 SOUTH JACKSON ST.<br>ARLINGTON, VA 22204 | Claim Number: 3206<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $20,000.00 |

| ROWLANDS, LUCINDA CHRISTINE<br>9453 COATES RD E<br>HOLLAND PATENT, NY 13354 | Claim Number: 3207<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $777.70 |

| MATSON, ROGER<br>P.O. BOX 827<br>RAVENSDALE, WA 98051 | Claim Number: 3208<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,982.00 |

| SCOTTRADE INC TR FBO RICHARD W PATTON<br>ROLLOVER IRA<br>3 STANFORD AVE<br>WESTVIEW, PA 15229 | Claim Number: 3209<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $5,307.00 |

| MAKI, KARLA R<br>3708 AMENDMENT COURT<br>WILLIAMSBURG, VA 23188 | Claim Number: 3210<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00 |
| UNSECURED          Claimed: | $11,727.02 |

| ANN FEAR R.E. APPRAISALS<br>P.O. BOX 979<br>PINEDALE, WY 82941 | Claim Number: 3211<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $550.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CAPITAL BUSINESS SYSTEMS INC
ATTN W. ALAN HUGHES, CONTROLLER
2000 WESTLAND RD
CHEYENNE, WY 82001

Claim Number: 3212
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,304.78 | Scheduled: | $778.05 |
|---|---|---|---|---|

---

CASTRO, AL
733 E. MARIPOSA DR.
REDLANDS, CA 92373

Claim Number: 3213
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,700.00 |
|---|---|---|

---

WITSIL, DONALD R.
109 WILLOW SPRING RD
WILMINGTON, DE 19807

Claim Number: 3214
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,091.95 |
|---|---|---|

---

LUSEBRINK, DARRELL D. & JANETTE M.
10996 S PARISH ST
OLATHE, KS 66061-7309

Claim Number: 3215
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $8,574.99 |
|---|---|---|

---

CHRISTENSEN, HAROLD
P.O. BOX 241
CREEDE, CO 81130

Claim Number: 3216
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,065.45 |
|---|---|---|

---

EATON, JERRIE L. & SALLY JT TEN
PO BOX 360
ELMA, WA 98541-0360

Claim Number: 3217
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,661.95 |
|---|---|---|

---

ALVAREZ, LISA L.
1065 KAWAIAHAO STREET #2205
HONOLULU, HI 96814

Claim Number: 3218
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $624.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOUSTON, ALBERT J. ANNE P. JTWROS
1600 RAVENWOOD CT.
ALEDO, TX 76008-2890

Claim Number: 3219
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $23,454.15 |
|---|---|---|

---

HOUSTON, ANNE P. IRA R/O
FCC AS CUSTODIAN
1600 RAVENWOOD CT.
ALEDO, TX 76008-2890

Claim Number: 3220
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $7,747.14 |
|---|---|---|

---

LIU, SHIANG-CHOU
31-10 THOMSON AVE.,
M-300
LONG ISLAND CITY, NY 11101

Claim Number: 3221
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,700.00 |
|---|---|---|

---

KLINE, BRUCE A.
PO BOX 6617
PAHRUMP, NV 890416617

Claim Number: 3222
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $777.33 | Scheduled: | $777.33 |
|---|---|---|---|---|

---

ZIFF, SAM
2835 OCEAN AVE APT 6D
BROOKLYN, NY 11235

Claim Number: 3223
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,797.37 |
|---|---|---|

---

BERNSTEIN, JEROME & SIRI
105 MARINERS DRIVE
ORMOND BEACH, FL 32176

Claim Number: 3224
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,729.00 |

---

ANNAND, JOHN C
26 TAMAR CT
LAWRENCE TOWNSHIP, NJ 08648

Claim Number: 3225
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CERVENY, MARIANNE T.<br>5362 BLACK PINE DR<br>TAMPA, FL 33624 | | Claim Number: 3226<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,380.00 |
| TEW, ROY E.<br>720 EAST 400 SOUTH<br>OREM, UT 84097 | | Claim Number: 3227<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $14,968.97 |
| BARLOW, MONIQUE<br>6499 S DAFFODIL WAY<br>WEST JORDAN, UT 84084 | | Claim Number: 3228<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
| PRIORITY | Claimed: | $5,000.00 |
| EADS, WALTER M.<br>48 HIGH POINT ROAD<br>WESTPORT, CT 06880 | | Claim Number: 3229<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,617.27 |
| DONADIO, R. RICHARD & THOMAS C.<br>2424 EAST RIDGE RD.<br>TIMONIUM, MD 21093 | | Claim Number: 3230<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,500.00 |
| POHL, ISABEL M.<br>2013 E. COLUMBIA ST.<br>ALLENTOWN, PA 18109 | | Claim Number: 3231<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| PALMER, RALPH<br>116 CAITLIN LANE<br>HAMILTON, NJ 08691 | | Claim Number: 3232<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,570.34 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PALMER, RALPH<br>116 CAITLIN LANE<br>HAMILTON, NJ 08691 | | Claim Number: 3233<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,570.34 |

| SIMMONS, BILLIE S.<br>110 S. AVALON RD.<br>WINSTON SALEM, NC 27104 | | Claim Number: 3234<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |

| GRUBER, BRIAN<br>APT 703<br>4141 BAYSHORE BLVD<br>TAMPA, FL 33611 | | Claim Number: 3235<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $16,040.64   UNLIQ |

| TOBAK, MARK MD PC PSP<br>1600 HARRISON AVE STE 105A<br>MAMARONECK, NY 10543 | | Claim Number: 3236<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |

| CAYCE, LESLIE GOODMAN<br>1225 SANDBRIDGE RD.<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 3237<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CAYCE, CHARLES THOMAS<br>1225 SANDBRIDGE RD.<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 3238<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CALDWELL APPRAISALS INC<br>ATTN KATIE N. CALDWELL<br>5930 S 400 E<br>WOLCOTTVILLE, IN 46795 | | Claim Number: 3239<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| DIONISIO, JOSEPH<br>79 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 3240<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8024 (09/08/2009) | | | |
| PRIORITY | Claimed: | $3,596.25 | Scheduled: | $5,701.15 | CONT |
| BROWN, KERI<br>13630 ZORI LN<br>WINDERMERE, FL 34786-7357 | | Claim Number: 3241<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $1,980.08 | Scheduled: | $2,000.00 | CONT |
| LEVINE, ARTHUR<br>24 JEROLD STREET<br>PLAINVIEW, NY 11803-3737 | | Claim Number: 3242<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $16,480.00 | | | |
| FONTAINE, PHILIP<br>PO BOX 53<br>SAN ANSELMO, CA 94979-0053 | | Claim Number: 3243<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $553.92 | Scheduled: | $553.92 | CONT |
| STA BUILDING CONSULTANTS<br>ATTN WILLIAM TURNER<br>230 NORTHLAND BLVD STE 216<br>CINCINNATI, OH 45246-3600 | | Claim Number: 3244<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | | |
| CADDO COUNTY<br>ATTN STAN JENNINGS, TREASURER<br>P.O. BOX 278<br>ANADARKO, OK 73005 | | Claim Number: 3245<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| WATTS, DRENNEN<br>6301 N 7TH ST.<br>LINCOLN, NE 68521-8936 | | Claim Number: 3246<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $650.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HUGHEY, ROBERT N. &<br>JANE L HUGHEY TTEES<br>THE HUGHEY FAMILY TRUST<br>6 GULF STREAM LN<br>SALEM, SC 29676-4009 | | Claim Number: 3247<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $668.50   UNLIQ |
| LUCIA FAMILY TRUST<br>UA 61300<br>LOUIS OR BARBARA LUCIA TR<br>3005 TAM OSHANTER<br>RICHARDSON, TX 75080 | | Claim Number: 3248<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,004.45 |
| CORDOVA, VERNA J<br>3779 W NEVADA PLACE<br>DENVER, CO 80219 | | Claim Number: 3249<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $135.88 |
| SAMPSON, JAMES T. AND MARY M.<br>60 ST. ANDREWS DR<br>BEAVER FALLS, PA 15010 | | Claim Number: 3250<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,328.00 |
| SAMPSON, JAMES T. IRA<br>60 ST. ANDREWS DR.<br>BEAVER FALLS, PA 15010 | | Claim Number: 3251<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,680.00 |
| KOHN, JOANNE<br>4 PINE VALLEY CT<br>HOLMDEL, NJ 07733 | | Claim Number: 3252<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,383.25 |
| MILLER, JAMES D.<br>6309 GLENWOOD RD.<br>OMAHA, NE 68132 | | Claim Number: 3253<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| UNSECURED | Claimed: | $75,000.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRANDES, FRITZ R. OR JOE R. TTEE
BRANDES FAMILY LIVING TRUST
15 ROSETHORN PL.
SPRING, TX 77381

Claim Number: 3254
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,783.00 |

---

TANG, CECILIA
CT. FINANCIAL I LLC
8960 SPANISH RIDGE AVE.
LAS VEGAS, NV 89148

Claim Number: 3255
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $162,259.95 |

---

GOLIAT, PAMELA
111 SHADOWLAWN DR
PITTSBURGH, PA 15236

Claim Number: 3256
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,397.12 | Scheduled: | $1,396.84  CONT |

---

HERMAN, JEROME
****NO ADDRESS PROVIDED****

Claim Number: 3257
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

TEATER, ORAN
1837 NW DUNWAY CT.
BEND, OR 97701

Claim Number: 3258
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

VANZILE, ERNEST, A.
370 N. 6100 W.
CEDAR CITY, UT 84720

Claim Number: 3259
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,443.00 |

---

SILVESTRI, EDNA M.
4 LONG BAY RD.
JACKSON, NJ 08527-2662

Claim Number: 3260
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,779.95   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KUNADIA, HARSHADRAY<br>6415 CORDONA DR<br>KATY, TX 77449 | Claim Number: 3261<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,915.98 |
| UNSECURED | Claimed: | $10,915.98 |
| TOTAL | Claimed: | $10,915.98 |

| LAURIN, GEORGE ROLLOVER IRA ACCT<br>PO BOX 738<br>WHITE RIVER JUNCTION, VT 05001 | Claim Number: 3262<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,718.23 |
|---|---|---|

| LAURIN, GEORGE<br>PO BOX 738<br>WHITE RIVER JUNCTION, VT 05001 | Claim Number: 3263<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,087.31 |
|---|---|---|

| PRESSLY APPRAISAL SERVICE<br>ATTN GORDON H. PRESSLY<br>5200 PARK RD # 122<br>CHARLOTTE, NC 28210 | Claim Number: 3264<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $1,700.00 |
|---|---|---|

| COLELOUGH, CAROL H.<br>2612 PLEASANT HILL LIBERTY RD<br>LIBERTY, NC 27298-9520 | Claim Number: 3265<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,258.00 |
|---|---|---|

| COLELOUGH, J.G.<br>2612 PLEASANT HILL LIBERTY RD<br>LIBERTY, NC 27298-9520 | Claim Number: 3266<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,665.00 |
|---|---|---|

| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | Claim Number: 3267<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $495.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LEWIS, BETH D
787 KIMBALL
HIGHLAND PARK, IL 60035

Claim Number: 3268
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $4,114.21 | | $10,950.00 CONT |
| UNSECURED | | | Scheduled: | $9,050.00 CONT |

BLODGETT, WILLIAM F.
15902 CALTECH CIRCLE
WESTMINSTER, CA 92683

Claim Number: 3269
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

SECURED        Claimed:        $22,500.00

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3270
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

UNSECURED        Claimed:        $357.71        Scheduled:        $357.71

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
P.O BOX 36031
ROCK HILLS, SC 29732

Claim Number: 3271
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

UNSECURED        Claimed:        $317.96        Scheduled:        $317.96

KRUG, DEAN L.
531 N RICHMOND ST
WICHITA, KS 67203-5006

Claim Number: 3272
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

UNSECURED        Claimed:        $0.00   UNDET

ELER, GARY L.
P.O. BOX 774
HAYS, KS 67601

Claim Number: 3273
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

UNSECURED        Claimed:        $31,840.00

HOBBS, JAMIE
100 S 4TH ST
PADUCAH, KY 420010792

Claim Number: 3274
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED        Claimed:        $0.00   UNDET

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| OSBORNE, TAMMY L. & ALAN R.<br>3544 SHADOWOOD DR.<br>VALRICO, FL 33596 | | Claim Number: 3275<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $557.95 | | |
| SINES, SUANNE<br>P.O. BOX 186<br>PERRY, OH 44081 | | Claim Number: 3276<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,909.00 | | |
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | | Claim Number: 3277<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $94,439.00 | | |
| ALAMY LTD<br>ATTN PAUL BARTLETT, CREDIT MANAGER<br>127 MILTON PARK<br>ABINGDON<br>OXFORDSHIRE, OX144SA<br>UK | | Claim Number: 3278<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $1,608.84 | Scheduled: | $1,505.00 |
| URBACH, DOROTHY<br>188 EAST 64 ST.<br># 606<br>NEW YORK, NY 10065 | | Claim Number: 3279<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,835.00 | | |
| JENNINGS, ROGER H.<br>SEP IRA<br>1315 EVAMAR DR.<br>MIDLAND, MI 48640 | | Claim Number: 3280<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY | Claimed: | $21,000.00 | | |
| L'HOMME, PAUL R.<br>165 EGRET LANE<br>VERO BEACH, FL 32963 | | Claim Number: 3281<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,103.81 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BEND STORAGE & TRANSFER INC<br>ATTN DARCY LEE LYNCH<br>2350 N E 2ND ST<br>BEND, OR 97701 | | Claim Number: 3282<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,428.75 | Scheduled: | $1,428.75 |
| GASPARRO, R.J.<br>10 TUNBRIDGE RD.<br>HAVERFORD, PA 19041 | | Claim Number: 3283<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| SECURED | Claimed: | $101,689.00 | | |
| PATTERSON, MICHELLE<br>8204 GLEAVES COURT<br>ALEXANDRIA, VA 22309 | | Claim Number: 3284<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $1,316.00 | Scheduled: | $1,316.00  CONT |
| PATTERSON, MICHELLE<br>8204 GLEAVES COURT<br>ALEXANDRIA, VA 22309 | | Claim Number: 3285<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,452.45 | Scheduled: | $1,452.45  CONT |
| SWANSON, ALAN H.<br>ARLINE J. SWANSON JT TEN TOO<br>123 HIDDEN OAKS DRIVE<br>BARRINGTON, IL 60010 | | Claim Number: 3286<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,081.50 | | |
| PLY, ROBERT V.<br>8616 ASH<br>RAYTOWN, MO 64138-3431 | | Claim Number: 3287<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| BOSWELL, EVERETT L.<br>1547 W. CADILLAC CIRCLE<br>ROMEOVILLE, IL 60446 | | Claim Number: 3288<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $16,032.89 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BOSWELL, EVERETT L.<br>1547 W. CADILLAC CIRCLE<br>ROMEOVILLE, IL 60446 | | Claim Number: 3289<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| SECURED | Claimed: | $12,720.94 |
| CAMPBELL, BRUCE H.<br>1119 NORTHRIDGE CT.<br>GOLDEN, CO 80401 | | Claim Number: 3290<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $12,432.00 |
| COX, STEVE E.<br>345 BREEZEWOOD ACRES<br>HAYESVILLE, NC 28904 | | Claim Number: 3291<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,286.48 |
| COX, STEVE E.<br>345 BREEZEWOOD ACRES<br>HAYESVILLE, NC 28904 | | Claim Number: 3292<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,461.94 |
| JOSEF REALTY SERVICES<br>10805 SUNSET OFFICE DR STE 102<br>SAINT LOUIS, MO 631271039 | | Claim Number: 3293<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $700.00 |
| SISCO, LEONARD A. SR.<br>53-55 62ND ST.<br>MASPETH, NY 11378 | | Claim Number: 3294<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $5,505.99<br>$5,505.99<br>$5,505.99 |
| NICHOLS, KENNEY P.<br>3752 ASTRO WAY<br>SALT LAKE CITY, UT 84109 | | Claim Number: 3295<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,295.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SOBCZYK, AURELLIA
36 HICKORY WAY
CLEMSON, SC 29631-2017

Claim Number: 3296
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | |
---

REUILLE, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

Claim Number: 3297
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $720.00 | Scheduled: | $720.00  CONT |
---

KLOTZ-REUILLE, LORI
7724 E DISTO DRIVE
NEW HAVEN, IN 46774

Claim Number: 3298
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $936.00 | | |
---

KLOTZ, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

Claim Number: 3299
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $936.00 | | |
---

WALBRIDGE, ROBERT F.
211 SILVER DR
DECATUR, IL 62521-4636

Claim Number: 3300
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,980.00 | | |
---

WALTER, MARILYN J.
20 COYOTE HILL
PORTOLA VALLEY, CA 94028-8017

Claim Number: 3301
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $20,000.00 | | |
---

BLECKSMITH, KATALINA
22359 SCHAFER RD
MALTA, IL 60150-8208

Claim Number: 3302
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $583.20 | Scheduled: | $583.20  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITY OF BEDFORD<br>215 E MAIN ST<br>REDFORD, VA 245232012 | Claim Number: 3303<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $46.86 |
|---|---|---|

| GREATER MILWAUKEE ASSOC. OF REALTORS<br>12300 W. CENTER ST.<br>WAUWATOSA, WI 53222-4052 | Claim Number: 3304<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $178.00 |
|---|---|---|

| MCELROY & ASSOCIATES INC<br>ATTN TREASURER<br>PO BOX 4709<br>CARY, NC 27519 | Claim Number: 3305<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

| JOHN, SARAMMA<br>19 WASHINGTON DR.<br>LINDENHURST, NY 11757 | Claim Number: 3306<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | Claimed: | $1,732.43 | Scheduled: | $1,732.43  CONT |
|---|---|---|---|---|

| AUSTIN, ALICE M.<br>P.O. BOX 100<br>PANHANDLE, TX 79068-0100 | Claim Number: 3307<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $3,640.04 |
|---|---|---|

| DIXON, RAY L.<br>RR1 BOX 620 A<br>FARMINGTON, WV 26571 | Claim Number: 3308<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MANLEY, THOMAS J.<br>640 WILLIAMS DR.<br>CEDARBURG, WI 53012 | Claim Number: 3309<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,990.98 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HILLS, LEONARD L.
2019 3RD AV
TERRE HAUTE, IN 47807-1303

Claim Number: 3310
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,075.98 | | |
| UNSECURED | Claimed: | $2,075.98 | | |
| TOTAL | Claimed: | $2,075.98 | | |

---

KASAB, JAMES H. TRUST
JAMES H. KASAB & ANNE S. KASAB TTEES
8112 RAYBURN ROAD
BETHESDA, MD 20817-3822

Claim Number: 3311
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

UNSECURED     Claimed:     $3,084.00

---

ZUCK, MICHAEL
11 SOUTH BRIDGE AVE.
LEXINGTON, MA 02420

Claim Number: 3312
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

UNSECURED     Claimed:     $5,000.00

---

SUNSET POINT APPRAISAL
ATTN COREY W. KEELING
1824 CAPISTRANO STREET
SAN DIEGO, CA 92106

Claim Number: 3313
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

UNSECURED     Claimed:     $600.00     Scheduled:     $600.00

---

TAYLOR, DONALD R. & HELEN B.
3416 W. HWY 390
PANAMA CITY, FL 32405

Claim Number: 3314
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

UNSECURED     Claimed:     $4,567.50

---

STOLTZFUS, JAMES L.
5900 MORGANS WAY
SALISBURY, MD 21801

Claim Number: 3315
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED     Claimed:     $14,038.00

---

KENNAY, GEORGANN
1326 JANET
SYCAMORE, IL 60178

Claim Number: 3316
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

PRIORITY     Claimed:     $1,692.24     Scheduled:     $1,692.24  CONT

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHILCOTT, JOHN M.
5547 JUNO DR
LAKE VIEW, NY 14085

Claim Number: 3317
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,256.75 |
|---|---|---|

---

ST. PIERRE, ROBERT G.
PO BOX 7399-167
BRECKENRIDGE, CO 80424

Claim Number: 3318
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $22,285.00 |
|---|---|---|

---

DEROSA, JEREMY
31662 MAR VISTA AVE
LAGUNA BEACH, CA 92651-8311

Claim Number: 3319
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $3,576.92 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,694.72 | Scheduled: | $30,022.95 CONT |

---

FLANDERS, RAY D.
67 PALMISANO PLZ
BARRE, VT 056415218

Claim Number: 3320
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DAY, KEVIN THOMAS
3600 WORTHINGTON WAY
PLANO, TX 75023

Claim Number: 3321
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $46,055.00 |
|---|---|---|

---

NADEL, ADRIENNE
1 JAMES CT
NANUET, NY 10954

Claim Number: 3322
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,626.95 |
|---|---|---|

---

CITRUS APPRAISAL SERVICES
ATTN DONALD C. TRENARY, JR - PRESIDENT
7350 N DAMASCUS AVE
DUNNELLON, FL 34433

Claim Number: 3323
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILSON, ANTHONY J<br>10426 N MCCLELLAN DR<br>FREDERICKSBRG, VA 22408-0289 | Claim Number: 3324<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,177.60 | | |
|---|---|---|---|---|

| SNIJDER, LEON D.<br>1409 ELEVADO STREET<br>LOS ANGELES, CA 90026 | Claim Number: 3325<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| SECURED | Claimed: | $25,000.00 | | |
|---|---|---|---|---|

| BATTLE CRK AREA ASSOC REALTORS<br>ATTN MELISSA J. ELDRIDGE/ACCT-MEMB. MGR.<br>214 CAPITAL AVE NE<br>BATTLE CREEK, MI 49017 | Claim Number: 3326<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $306.18 | | |
|---|---|---|---|---|

| HUTCHISON, ANTHONY (TONY)<br>#5 AUSTIN PLACE<br>GLENDALE, MO 63122 | Claim Number: 3327<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT |
|---|---|---|---|---|

| SIMS, RACHEL<br>6304 PILGRIM LN<br>ARLINGTON, TX 76002-2735 | Claim Number: 3328<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,436.00 | Scheduled: | $2,315.28  CONT |
|---|---|---|---|---|

| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | Claim Number: 3329<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $8,478.29 | | |
|---|---|---|---|---|

| ELLIOTT, RICHARD F. JR.<br>FMT CO CUST IRA ROLLOVER<br>FBO RICHARD F. ELLIOTT JR.<br>404 S. GRANVILLE ST.<br>EDENTON, NC 27932-1858 | Claim Number: 3330<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REMLER, PATRICIA
PO BOX 91
BEARSVILLE, NY 12409

Claim Number: 3331
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ROTHE, CHRISTOPHER
FMT CO CUST IRA
FBO CHRISTOPHER ROTHE
3919 11TH AVE N
SAINT PETERSBURG, FL 33713-6008

Claim Number: 3332
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,799.00 |
|---|---|---|

---

DITTMAR, MARGARET ANNE
4 MOORE TERRACE
CAPE MAY COURT HOUSE, NJ 08210

Claim Number: 3333
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ADAMS, ANTHONY J.
921 IVYCROFT
WAYNE, PA 19087

Claim Number: 3334
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,580.00 |
|---|---|---|

---

LOSEY, HAROLD D. JR. IRA
RBC DAIN RAUSCHER, CUSTODIAN
253 BEAR HILL RD.
CHICHESTER, NH 03258

Claim Number: 3335
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $49,720.00 |
|---|---|---|

---

NZABONITEGEKA, JEANNE C
628 BAUER CT
ELMONT, NY 11003

Claim Number: 3336
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77  CONT |
|---|---|---|---|---|

---

RYAN, TIMOTHY F.
11 INDIGO PL
ALISO VIEJO, CA 92656

Claim Number: 3337
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,385.00 | Scheduled: | $785.00 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KERWICK, RICHARD PATRICK<br>17011 MARLIN DR<br>SUMMERLAND KEY, FL 33042 | Claim Number: 3338<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $2,579.00 | |

---

| | | |
|---|---|---|
| APPRAISER'S GREEN & ASSOCS.<br>ATTN JOHNNIE W. GREEN, SOLE PROPRIETER<br>4496 FLOYD DR SW<br>MABLETON, GA 30126 | Claim Number: 3339<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $3,795.00 | |

---

| | | |
|---|---|---|
| VANDERPOOL APPRAISAL SERVICE<br>ATTN MARK K. VANDERPOOL<br>12521 N SHERMAN LAKE DR<br>AUGUSTA, MI 49012 | Claim Number: 3340<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $1,840.00 | |

---

| | | |
|---|---|---|
| OSBORNE, CRAIG<br>RUTH & ALAN R. OSBORNE TTEE<br>ROBERT & RUTH OSBORNE INTRV TR<br>3544 SHADOWOOD DR.<br>VALRICO, FL 33596 | Claim Number: 3341<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $6,501.24 | |

---

| | | | | |
|---|---|---|---|---|
| RILTTY APPRAISAL GROUP<br>ATTN W.A. STRICKLAND, PRESIDENT<br>PO BOX 19321<br>RALEIGH, NC 27619 | Claim Number: 3342<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED          Claimed: | $4,170.00 | Scheduled: | $600.00 | |

---

| | | |
|---|---|---|
| GLATMAN, NEAL A. IRA<br>3931 SUNFLOWER ST<br>SEAL BEACH, CA 90740 | Claim Number: 3343<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $5,212.34 | |

---

| | | |
|---|---|---|
| RE/MAX ADVANTAGE<br>ATTN: MIKE BARRY<br>166 SOUTH MAIN STREET<br>JONESBORO, GA 30236 | Claim Number: 3344<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6702 (12/11/2008) | |
| UNSECURED          Claimed: | $7,871.77 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| JOHN BLUEL APPRAISAL SERVC<br>ATTN JOHN BLUEL<br>5978 SCHROEDER RD<br>MADISON, WI 53711 | | Claim Number: 3345<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $305.00 | | | |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 3346<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 8583 (02/17/2010) | | | |
| PRIORITY | Claimed: | $67,716.93 | | | |
| SECURED | Claimed: | $363.97 | | | |
| UNSECURED | Claimed: | $59,356.95 | | | |
| VARSITY CONTRACTORS, INC.<br>PO BOX 1692<br>POCATELLO, ID 83204 | | Claim Number: 3347<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $22,309.56 | | | |
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 135195501<br>CHARLOTTE, NC 28272 | | Claim Number: 3348<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $134.50 | Scheduled: | $134.50 | |
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 150972201<br>CHARLOTTE, NC 28272 | | Claim Number: 3349<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | |
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 134316601<br>CHARLOTTE, NC 28272-0873 | | Claim Number: 3350<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $64.49 | Scheduled: | $64.49 | |
| ANDERSON & KIME REALTY SERVICS<br>ATTN BARBARA Z. SCACCHITTLI, SECRETARY<br>212 MAIN ST<br>RIDGWAY, PA 15853 | | Claim Number: 3351<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $796.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PASCO COUNTY, FLORIDA<br>MIKE OLSON<br>PASCO COUNTY TAX COLLECTOR<br>POST OFFICE BOX 276<br>DADE CITY, FL 33526-0276 | Claim Number: 3352<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $215.07 UNLIQ | Scheduled: | $88.95 DISP CONT |
|---|---|---|---|---|

---

| STEINBERG, DAVID IRA<br>TD AMERITRADE CLEARING CUSTODIAN<br>13-47 WILKENS COURT<br>FAIR LAWN, NJ 07410 | Claim Number: 3353<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,716.00 |
|---|---|---|

---

| DE CESPEDES, CARLOS M.<br>42-53 KETCHAM STREET<br>ELMHURST, NY 11373 | Claim Number: 3354<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| RAVE, RICHARD A. & KATHLEEN J.<br>115 ROBERT FROST DR.<br>CENTRALIA, WA 98531 | Claim Number: 3355<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,100.00 |
|---|---|---|

---

| TARGET PROPERTIES INC<br>ATTN ROBERT A. MAIER, PRESIDENT<br>816 LYNBROOK DR<br>CHARLOTTE, NC 282114331 | Claim Number: 3356<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

---

| CANYON COUNTY<br>ATTN TRACIE LLOYD, TREASURER<br>P.O. BOX 1010<br>CALDWELL, ID 83606 | Claim Number: 3357<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9026 (07/19/2010) |
|---|---|

| PRIORITY | | | Scheduled: | $329.96 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $304.42 | | |

---

| LIPOW, ALVIN & ELAINE<br>2864 RINGNECK RD<br>AUDUBON, PA 19403-1813 | Claim Number: 3358<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,910.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | Claim Number: 3359<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| PRIORITY | Claimed: | $0.00  UNDET |

---

| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | Claim Number: 3360<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $1,120.00 | Scheduled: | $2,122.15  CONT |

---

| WILDE, JAMES W. TTEE<br>BY KENNETH E. WIPLE U/A<br>DTD 9/27/1984<br>32 MOONSHELL DRIVE<br>OCEAN PINES, MD 21811 | Claim Number: 3361<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,912.19 |

---

| WILDE, JAMES W.<br>32 MOONWSHELL DRIVE<br>OCEAN PINES, MD 21811 | Claim Number: 3362<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $12,392.00 |

---

| BROGNA, DONALD L.<br>170 MELROSE DR.<br>MONTGOMERY, TX 77356 | Claim Number: 3363<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $1,808.99 |

---

| GREENE, CHARLES C.<br>6407 LEON ROAD<br>ANDOVER, OH 44003 | Claim Number: 3364<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $1,500.00 |

---

| COCHRAN, DOUGLAS E. TR FBO<br>34 VIA TIBERIUS WAY<br>HENDERSON, NV 890112601 | Claim Number: 3365<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $24,867.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HANKAMP, MARGARET<br>162 W SNEDEN PL<br>SPRING VALLEY, NY 10977-3966 | | Claim Number: 3366<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $285.12 | | | |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | | Claim Number: 3367<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $2,227.76 | | | |
| PROPERTY SHOP & APPRAISALS, THE<br>PO BOX 8702<br>MOSS POINT, MS 39562-0011 | | Claim Number: 3368<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| STEVE WOLFF & ASSOC. INC.<br>9602 SANTIAGO BLVD<br>VILLA PARK, CA 92867 | | Claim Number: 3369<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | |
| UNSECURED | Claimed: | $248.66 | Scheduled: | | $160.00 |
| DURHAM COUNTY TAX COLLECTOR<br>ATTN BECKY W. SMITH, BANKRUPTCY AGENT<br>PO BOX 3397<br>DURHAM, NC 27702-3090 | | Claim Number: 3370<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | |
| PRIORITY | Claimed: | $93.08 | | | |
| SECURED | Claimed: | $825.04 | | | |
| ALBERT, ROSE MARY<br>203 W. SPRUCE ST.<br>CHATHAM, IL 62629 | | Claim Number: 3371<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| ALBERT, RUSSELL DEAN<br>203 W. SPRUCE ST.<br>CHATHAM, IL 62629 | | Claim Number: 3372<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MORTENSEN, REX C.
4160 TAFT AVE
SAINT LOUIS, MO 63116

Claim Number: 3373
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $647.49 | | |

---

TRIO APPRAISAL COMPANY
ATTN DARLENE JARVIS, CO-OWNER
P.O. BOX 2449
LANCASTER, OH 43130

Claim Number: 3374
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,575.00 | Scheduled: | $1,500.00 |

---

FREEDOM APPRAISALS
ATTN ROBERT W. PALLON
2145 WESTPOINT RD
LANCASTER, OH 43130

Claim Number: 3375
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $5,155.00 | | |

---

FIRST AMERICAN SLO
ATTN MIA HEMPSTEAD, COLLECTIONS
12395 FIRST AMERICAN WAY
POWAY, CA 92064

Claim Number: 3376
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $4,612.43 | | |

---

BRESCIA, RICHARD M.
596 PETES LANE
DAVENPORT, FL 33837

Claim Number: 3377
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,841.98 | | |

---

BREEDING, PAMELA S.
29706 AVANTE
LAGUNA NIGUEL, CA 92677

Claim Number: 3378
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,683.94 | | |

---

PHILLIPS, JAMES D
135 NW 109TH AVE APT 203
PEMBROKE PINES, FL 330265127

Claim Number: 3379
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,288.46 | Scheduled: | $1,288.46  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MCCONVILLE, JOHN F.<br>25874 ANZIO WAY<br>VALENCIA, CA 91355 | | Claim Number: 3380<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $9,616.00 |
| TEJEDA, DARBY L<br>25949 ORBITA<br>MISSION VIEJO, CA 926915816 | | Claim Number: 3381<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $1,846.08 |
| KLIM, ROBERT E.<br>4495 SHOW LOW LAKE RD<br>LAKESIDE, AZ 85929 | | Claim Number: 3382<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,285.00 |
| TOTAL | Claimed: | $6,825.00 |
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | | Claim Number: 3383<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BEAL, WALTER EDWIN<br>73464 LITTLE BEND TRAIL<br>PALM DESERT, CA 92260-6102 | | Claim Number: 3384<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,274.00 |
| BEAL, V. & W. TTEE<br>VIRGINIA BEAL AND WALTER BEAL<br>73464 LITTLE BEND TRAIL<br>PALM DESERT, CA 92260-6102 | | Claim Number: 3385<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,832.00 |
| GEHRKE, SANDRA L.<br>1119 HONEY CREEK ROAD<br>OSHKOSH, WI 54904-804 | | Claim Number: 3386<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $4,500.00 |
| UNSECURED | Claimed: | $4,500.00 |
| TOTAL | Claimed: | $4,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DAVIS ENTERPRISE, THE<br>PO BOX 1078<br>DAVIS, CA 95616 | Claim Number: 3387<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $2,550.40 | Scheduled: | $1,587.20 |
|---|---|---|---|---|

| BENSON, LYLE B.<br>5319 E. POPFLY PLACE<br>SIOUX FALLS, SD 57110 | Claim Number: 3388<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $3,150.00 |
|---|---|---|

| ADVANCED APPRAISAL SERVICE<br>4981 LEXINGTON CIR<br>LOOMIS, CA 956507102 | Claim Number: 3389<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $225.00 |
|---|---|---|

| DORFF, JENNIFER L<br>1436 LINCOLN AVENUE<br>ORANGE, CA 92865 | Claim Number: 3390<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $3,479.39 | Scheduled: | $3,479.39  CONT |
|---|---|---|---|---|

| IRVING, LEE<br>16415 E 22ND AVE<br>SPOKANE VALLEY, WA 99037-9021 | Claim Number: 3391<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,110.99 |
|---|---|---|

| LINFERD C. & CAROL A. MCGRANE TRUST<br>31932 DOVERWOOD CT<br>WESTLAKE VILLAGE, CA 91361 | Claim Number: 3392<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $19,550.21 |
|---|---|---|

| PORTUGAL, VALERIY<br>1237 AVE Z<br>APT.5P<br>BROOKLYN, NY 11235 | Claim Number: 3393<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $3,538.46 | Scheduled: | $3,538.46  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JAIN, SHARAD
225 CARLISLE AVE
WESTMONT, IL 60559

Claim Number: 3394
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,070.00 | | |

---

DOUGLAS SMITH & ASSOCIATES
ATTN DOUGLAS A SMITH
408 COOPERS HAWK DRIVE
BILTMORE PARK
ASHEVILLE, NC 28803

Claim Number: 3395
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $32,444.31 | Scheduled: | $32,444.31 |

---

****NO CREDITOR NAME****

Claim Number: 3396
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $110,000.00 | | |

---

HAGAN, JAMES C
86 18 DUMONT AVE
APT 3B
OZONE PARK, NY 11416

Claim Number: 3397
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT |

---

CROSBY, THOMAS FULTON SCOTT
1080 SHOTWELL ST #3
SAN FRANCISCO, CA 94110

Claim Number: 3398
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $103,900.00 | | |

---

BOZEMAN AREA CHMBR COMMERCE
2000 COMMERCE WAY
BOZEMAN, MT 59715

Claim Number: 3399
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 |

---

OLSEN, KEN
60 CARNOUSTIE LN
SPRINGBORO, OH 45066

Claim Number: 3400
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,962.30 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BALLO, FELIX A.<br>7681 ADKINS WAY<br>SAN DIEGO, CA 92126 | Claim Number: 3401<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,004.75 |
|---|---|---|

---

| D'ALESSANDRO, JOSEPH JR.<br>TTEE DAVID D'ALESSANDRO<br>TTEE U/W JOSEPH D'ALESSANDRO SR RESID TR<br>218 W ARCTIC AVE<br>MINOTOLA, NJ 08341-1125 | Claim Number: 3402<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,788.10 |
|---|---|---|

---

| PIERCE COUNTY, WASHINGTON<br>PIERCE COUNTY<br>ATTN ALLEN RICHARDSON, FIELD AGENT<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | Claim Number: 3403<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNDET | | |

---

| REGIONAL APPRAISAL NW<br>ATTN A.D. LUKE, APPRAISER/OWNER<br>11636 NE 149 ST<br>KIRKLAND, WA 98034 | Claim Number: 3404<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008)<br>Amends claim number 88 |
|---|---|

| UNSECURED | Claimed: | $477.00 |
|---|---|---|

---

| ORR, JAMES S.<br>PO BOX 327<br>RUTHERFORD, TN 38369 | Claim Number: 3405<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $788.95 |
|---|---|---|

---

| PARTAIN, RUDY M.<br>166 CO RD 659<br>PO BOX 1255<br>ATHENS, TN 37371-1255 | Claim Number: 3406<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| YANKURA, JOSEPH W.<br>7445 HARROW DR<br>NASHVILLE, TN 37221-1816 | Claim Number: 3407<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $65,649.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOLZMAN, HARVEY A
APT 105
4 CANDLEMAKER CT
PIKESVILLE, MD 21208-1316

Claim Number: 3408
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

---

GUNG, BENJAMIN
3 PATRICK DR
OXFORD, OH 45056

Claim Number: 3409
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,967.00 | |

---

BRUNNER, MARVIN C.
368 OAKHILL AVE
EAST LANSING, MI 48823

Claim Number: 3410
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,567.62 | |

---

LOPEZ, TERESA
320 ATLANTIC AVE APT B4
EAST ROCKAWAY, NY 11518-1115

Claim Number: 3411
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.69 | Scheduled: | $1,557.69  CONT |

---

KAISERMAN, HARRY DR.
9600 ATLANTIC AVENUE
APT 510
MARGATE CITY, NJ 08402

Claim Number: 3412
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $12,832.00 | |

---

HAQUE, MOHAMMAD
18 NANCY DR
FARMINGDALE, NY 11735-5420

Claim Number: 3413
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00  CONT |

---

DAVILA, VERONICA Y
508 S 112TH DR
AVONDALE, AZ 85323

Claim Number: 3414
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $519.24 | Scheduled: | $519.24  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MC INTIRE, J. ROBERT<br>5445 CHANTECLAIRE<br>SARASOTA, FL 34235 | Claim Number: 3415<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| --- | --- |

| UNSECURED | Claimed: | $10,634.95 |
| --- | --- | --- |

---

| RUBIN, WENDY S.<br>ARTHUR S. RUBIN CO-TRUSTEES<br>WENDY S. RUBINE 2002 REV TR<br>3171 NO 36TH ST<br>HOLLYWOOD, FL 33021 | Claim Number: 3416<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| --- | --- |

| UNSECURED | Claimed: | $34,445.00 |
| --- | --- | --- |

---

| APPRAISAL AUTHORITY LLC<br>ATTN KEVIN BURKHANDT<br>47 DISTLER AVE<br>W CALDWELL, NJ 07006 | Claim Number: 3417<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| --- | --- |

| UNSECURED | Claimed: | $2,236.30 |
| --- | --- | --- |

---

| PINSKER, CAROL J.<br>1440 N GATEWOOD #20<br>WICHITA, KS 67206 | Claim Number: 3418<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| --- | --- |

| UNSECURED | Claimed: | $11,969.60 |
| --- | --- | --- |

---

| CERTIFIED SHRED INC<br>ATTN DIONE MAGLEDY, VICE PRESIDENT<br>537 W PICKETT CIR STE 600<br>SALT LAKE CTY, UT 84115-1998 | Claim Number: 3419<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| --- | --- |

| UNSECURED | Claimed: | $32.00 |
| --- | --- | --- |

---

| WL CONCEPTS & PRODUCTION, INC<br>ATTN WILLIAM LEVINE PRESIDENT<br>599 JERUSALEM AVE<br>UNIONDALE, NY 11553 | Claim Number: 3420<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| --- | --- |

| UNSECURED | Claimed: | $202.76 | Scheduled: | $195.00 |
| --- | --- | --- | --- | --- |

---

| WAITERS CHOICE<br>ATTN SHERRY BARNES<br>PO BOX 36031<br>ROCK HILL, SC 29732 | Claim Number: 3421<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| --- | --- |

| UNSECURED | Claimed: | $550.51 | Scheduled: | $550.51 |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALABAMA APPRAISAL SERVICES
ATTN JAMES H MOORE
1004 FIELD STONE DR
DOTHAN, AL 36303

Claim Number: 3422
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360.00 | | |

---

JOHNSTON, CAROLYN E. & RALPH R. TTEESS
U/A DTD 6/29/91 FOR THE
CAROLYN E JOHNSTON TRUST
18413 ASH CREEK
MACOMB, MI 48044-4110

Claim Number: 3423
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,102.51 |
| UNSECURED | Claimed: | $55,102.51 |
| TOTAL | Claimed: | $55,102.51 |

---

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3424
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $475.52 | Scheduled: | $475.52 |

---

CRAVEN, LEO
1035 S BRADFORD ST
DOVER, DE 19904

Claim Number: 3425
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100.00 |

---

CONNER, WILLIAM
179 12TH ST
BETHPAGE, NY 11714-1706

Claim Number: 3426
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77  CONT |

---

CHESTNUT HILL APPRAISAL SERVIC
ATTN BRADLEY STERN, PRESIDENT
67 BROOKLINE ST
NEWTON, MA 02467

Claim Number: 3427
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 |

---

KOCAK, MICHAEL
25 ROYAL PALM CIR
LARGO, FL 337781301

Claim Number: 3428
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CHIN, RUTH<br>25030 SE 43RD WAY<br>ISSAQUAH, WA 98029 | | Claim Number: 3429<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $6,610.00 | | |
| CHRISTENSEN, KIM<br>2030 W 132ND AVE<br>WESTMINSTER, CO 80234 | | Claim Number: 3430<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | | | Scheduled: | $3,693.46 CONT |
| UNSECURED | Claimed: | $3,693.00 | | |
| MORAWSKI CLEANING LLC<br>ATTN SANDRA WHEELER<br>6 VICTORIA LANE<br>WEST SIMSBURY, CT 06092-2120 | | Claim Number: 3431<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $750.73 | Scheduled: | $288.32 |
| COX, RODNEY<br>8679 E PRESERVE WAY<br>SCOTTSDALE, AZ 85266 | | Claim Number: 3432<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,548.51 | | |
| SPJUT, ROGER G. & PEGGY J.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3433<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,088.98 | | |
| LEHRMAN, ROBERT A.<br>267 STURGES HWY<br>WESTPORT, CT 06880 | | Claim Number: 3434<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,012.99 | | |
| PAUL M WINSLOW TR<br>UA PAUL M WINSLOW<br>SEPERATE PROP TRUST<br>7521 DINSDALE<br>DOWNEY, CA 90240 | | Claim Number: 3435<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,356.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PARRISH, DAVID E.<br>4017 HUNTER WAY<br>FORT SMITH, AR 72903 | Claim Number: 3436<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $5,500.00 |
|---|---|---|

---

| STONE, NICKOL B.<br>10419 HYNDMAN COURT<br>CHARLOTTE, NC 28214 | Claim Number: 3437<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 CONT |
|---|---|---|---|---|

---

| EICHLER, GEORGE R., TTEE<br>2640 GRACIE LONE<br>MACUNGIE, PA 18062-9504 | Claim Number: 3438<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $9,040.18 |
|---|---|---|
| UNSECURED | Claimed: | $9,040.18 |
| TOTAL | Claimed: | $9,040.18 |

---

| WILSON, WARD C., IRA FBO<br>189 LOGAN DR<br>ASHLAND, OR 975206603 | Claim Number: 3439<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $10,785.00 |
|---|---|---|

---

| PEARSON, WILLIAM EDWARD TOD<br>PO BOX 98<br>POTTERVILLE, MI 48876 | Claim Number: 3440<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $793.82 |
|---|---|---|
| UNSECURED | Claimed: | $793.82 |
| TOTAL | Claimed: | $793.82 |

---

| HERRMANN, PETER A.<br>35 WILTSHIRE LN<br>W HARTFORD, CT 06117 | Claim Number: 3441<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| LOBOSCO, JOHN & OBRIEN, PEGGY L.<br>28 BROOKSBIE RD<br>BEDFORD, MA 01730-1836 | Claim Number: 3442<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $125.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| KAUFFMAN, JOHN<br>7 WOODCLIFFE RD<br>LEXINGTON, MA 02421 | | Claim Number: 3443<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,909.99 | | | |
| CHRISTIE, LINDA B.<br>68B HERITAGE VLG<br>SOUTHBURY, CT 064885680 | | Claim Number: 3444<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,164.00 | | | |
| CHARLES & GLADYS WESNER TRUST<br>CHARLES WESNER<br>919 MAPLE ST<br>CROZET, VA 22932 | | Claim Number: 3445<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,000.00 | | | |
| CONLEY, CAROLYN<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 3446<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 9741 (02/01/2011) | | | |
| PRIORITY | Claimed: | $1,673.08 | Scheduled: | $2,175.00 | CONT |
| JOHN PYSTER<br>ACCESS APPRAISALS<br>6731 E EL CARMEN ST<br>LONG BEACH, CA 90815-2439 | | Claim Number: 3447<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $550.00 | | | |
| PURKERSON, DARREL R. FBO<br>FMT CO CUST URA ROLLOVER<br>225 RIVER WAY<br>SAINT HELENS, OR 97051-1515 | | Claim Number: 3448<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $41,744.80 | | | |
| HERZ, ROBERT T.<br>80 LYME RD<br>APT 222<br>HANOVER, NH 03755 | | Claim Number: 3449<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $15,318.77 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CAPRARO APPRAISAL CO INC
1515 SMITH ST # K
N PROVIDENCE, RI 02911

Claim Number: 3450
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | | |

WANG, ELI J
7702 ARDMORE DRIVE
O FALLON, MO 63368

Claim Number: 3451
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,525.75 | Scheduled: | $1,525.75  CONT |

HOFMANN, LORENZ M. & VICTORIA T.
205 LAKE HOGAN FARM RD
CHAPEL HILL, NC 27516

Claim Number: 3452
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,021.00 | | |

WANG, ELI
7702 ARDMORE DRIVE
O FALLON, MO 63368

Claim Number: 3453
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,650.00  CONT |

SAPARILAS, ELISABETH
8213 HOBHOUSE CIRCLE
RALEIGH, NC 27615

Claim Number: 3454
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |
| UNSECURED | Claimed: | $5,000.00 |
| TOTAL | Claimed: | $5,000.00 |

ANDREW SMITH
1209 TAILWIND COURT
CROWNSVILLE, MD 21032

Claim Number: 3455
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,675.00 |

BERK, WILLIAM D.
3885-4 LANDER RD
ORANGE VILLAGE, OH 44022

Claim Number: 3456
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,583.75 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SHERIDAN, ELEANOR M.<br>803 BARBARA BLVD<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 3457<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $5,628.49 | | |
| SHERIDAN, WALTER P.<br>803 BARBARA BLVD<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 3458<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $4,660.00 | | |
| SHERIDAN, WALTER P.<br>803 BARBARA BLVD<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 3459<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $6,279.00 | | |
| FORSBERG, JOHN W.<br>8500 BARBARA DR<br>MENTOR, OH 44060 | | Claim Number: 3460<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CARSON, JOSEPH M<br>15 DRIFTWOOD LN<br>EAST SETAUKET, NY 11733 | | Claim Number: 3461<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $2,480.76 | Scheduled: | $4,961.54  CONT |
| ADELSON, HILDA<br>13903 ROLLING HILLS LN<br>DALLAS, TX 752440 | | Claim Number: 3462<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,018.20 | | |
| IAGGI, NANCY ANN<br>16 MARCELLO ST<br>JAY, ME 04239 | | Claim Number: 3463<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $19,636.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | | Claim Number: 3464<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $1,804.09 |
| RITENBURG, RICHARD P.<br>253 EXCHANGE ST<br>ALDEN, NY 14004 | | Claim Number: 3465<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,119.50 |
| STURM, DOROTHY ANN<br>13716 HERITAGE VALLEY WAY<br>GAINESVILLE, VA 20155 | | Claim Number: 3466<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,559.00 |
| UNSECURED | Claimed: | $6,559.00 |
| TOTAL | Claimed: | $6,559.00 |
| CERVENY, GERALD A.<br>5362 BLACK PINE DR<br>TAMPA, FL 33624 | | Claim Number: 3467<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,249.00 |
| THOMAS, WALTER R.<br>4306 ELTON PLACE<br>VALRICO, FL 33596-7143 | | Claim Number: 3468<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,520.00 |
| COSTA, MILTON P.<br>16 ADA ST<br>FALL RIVER, MA 02721 | | Claim Number: 3469<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,755.00 |
| TRIPWIRE, INC.<br>ATTN MAH HIXSON, DIRECTOR OF FINANCE<br>DEPT. CH17020<br>PALATINE, IL 60055-7020 | | Claim Number: 3470<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $36,707.70 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRANDES, JOEL<br>2503 ANTIGUA TER APT J3<br>COCONUT CREEK, FL 33066-1023 | Claim Number: 3471<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED<br>TOTAL | Claimed:<br>Claimed: | $16,918.95<br>$17,279.56 | | |

---

| | | | | |
|---|---|---|---|---|
| ALESSANDRO, ROSS S., JR.<br>1404 MORROW RD<br>PITTSBURGH, PA 15241 | Claim Number: 3472<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,030.00 | | |

---

| | | | | |
|---|---|---|---|---|
| STEIN, MARVIN<br>MARVIN STEIN LIVING TRUST<br>7588 SW 102ND ST<br>MIAMI, FL 33156 | Claim Number: 3473<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,988.00 | | |

---

| | | | | |
|---|---|---|---|---|
| BARTA, JOHN J.<br>1530 E LONGVIEW DR<br>APT #2<br>APPLETON, WI 54911-2380 | Claim Number: 3474<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,238.00 | | |

---

| | | | | |
|---|---|---|---|---|
| WATKINS, LONNIE R.<br>885 BROADWALK CT<br>PALATINE, IL 60067 | Claim Number: 3475<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8671 (03/09/2010) | | | |
| PRIORITY | Claimed: | $9,529.09 | | |

---

| | | | | |
|---|---|---|---|---|
| GLASCO, ADRIENNE D<br>214 LIVINGSTON ST<br>APT # 2<br>WESTFIELD, NJ 07090 | Claim Number: 3476<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $1,456.83 | Scheduled: | $1,456.83  CONT |

---

| | | | | |
|---|---|---|---|---|
| CROUSE, SHIRLEY H.<br>801 STARLITE DR<br>LOUISVILLE, KY 40207 | Claim Number: 3477<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,093.70 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| WEINRACH, MELVIN J.<br>12950 SW 13 ST D313<br>PEMBROKE PINES, FL 33027 | | Claim Number: 3478<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,101.90 | | | |
| GOURLEY, JORENE A<br>10516 MILCLAY<br>BOISE, ID 83704 | | Claim Number: 3479<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $424.03 | Scheduled: | $424.03 | CONT |
| FINKBEINER, PAUL<br>4202 W DAWSON DR<br>MERIDIAN, ID 836461606 | | Claim Number: 3480<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $3,500.00 | | | |
| LANEY-LEAVITT, VICKI A<br>25080 ELK WAY<br>CALDWELL, ID 83607 | | Claim Number: 3481<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,348.83 | | | |
| WILLITTS, KEVIN<br>1749 HEKPA DR<br>SOUTH LAKE TAHOE, CA 96150 | | Claim Number: 3482<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,262.95 | | | |
| RUCKER, JERRY D.<br>2311 TANGLEY<br>HOUSTON, TX 77005 | | Claim Number: 3483<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $41,000.00 | | | |
| RICE, SUSAN<br>30 AVENUE A<br>PORT WASHINGTON, NY 11050 | | Claim Number: 3484<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $840.06 | Scheduled: | $840.06 | CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| RICHARD & GAYLE DEVIRIAN FAMILY TRUST OF 8/3/06<br>23326 HAWTHORNE BLVD #380<br>TORRANCE, CA 90505 | | Claim Number: 3485<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $50,000.00 | | | |
| ALESSI, MARY ANN<br>1928 SMITH STREET<br>MERRICK, NY 11566 | | Claim Number: 3486<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,754.24 | Scheduled: | $2,280.51 CONT | |
| HIGGINS APPRAISAL SERVICES<br>ATTN MARK J HIGGINS<br>1340 BRIARWOOD DRIVE<br>NORTH DIGHTON, MA 02764 | | Claim Number: 3487<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,150.00 | | | |
| CHENE, VIVIAN<br>5636 LUSITANO ST<br>LAS VEGAS, NV 891301262 | | Claim Number: 3488<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| GAO, YONGMEI<br>2033 20TH RD N<br>ARLINGTON, VA 222013638 | | Claim Number: 3489<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $3,300.00 | | | |
| HELLER, RAY A.<br>PO BOX 2531<br>STATELINE, NV 89449 | | Claim Number: 3490<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| DOUG GOURLEY CATERING<br>ATTN DOUGLAS GOURLEY, OWNER<br>10516 MICKLAY<br>BOISE, ID 83704 | | Claim Number: 3491<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLE DUPLICATE OF 1214<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $1,200.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GERNAND, JOYCE A
3626 STONE CREEK RUN
FORT WAYNE, IN 46804

Claim Number: 3492
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $480.77 | Scheduled: | $1,341.49 CONT |

---

HOLDEN APPRAISAL
7735 WINDSOR DR
DUBLIN, OH 43016

Claim Number: 3493
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200.00 |

---

NACHSHIN, EDWARD
10861 WHITE ASPEN LA
BOCA RATON, FL 33428

Claim Number: 3494
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

GUMMERE, RICHARD S.
331 SW 8TH ST
APT 1D
BOCA RATON, FL 33432-5728

Claim Number: 3495
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $244.99 |
| UNSECURED | Claimed: | $244.99 |
| TOTAL | Claimed: | $244.99 |

---

SANCHEZ, DARLA
967 E PARKCENTER BLVD #192
BOISE, ID 83706

Claim Number: 3496
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $711.60 | Scheduled: | $711.60 CONT |

---

CARTER, PAYTON
906 TAURUS DR
COLORADO SPRINGS, CO 80906

Claim Number: 3497
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,388.38 |

---

CLAYTON, WILLIAM C., TTEE
5312 FAIRFAX RD
APT A
BAKERSFIELD, CA 93306

Claim Number: 3498
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,056.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BANDA, JOHN JR.<br>PO BOX 1089<br>ALAMEDA, CA 94501-0111 | Claim Number: 3499<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED          Claimed: | $0.00   UNDET |

| JOHN BANDA FAMILY TRUST<br>JOHN BANDA<br>PO BOX 1089<br>ALAMEDA, CA 94501 | Claim Number: 3500<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED          Claimed: | $0.00   UNDET |

| HANDLER, GLENN<br>PO BOX 72445<br>DAVIS, CA 95617 | Claim Number: 3501<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $15,029.00 |

| MEMBERS FIRST CREDIT UNION<br>1445 W. GOODALE BLVD.<br>ATTN:  GREGORY A. KIDWELL<br>COLUMBUS, OH 43212 | Claim Number: 3502<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $955.00          Scheduled:          $955.00 |

| ERGINER, ERK<br>2307 KAYWOOD LANE<br>WINSTON SALEM, NC 27103 | Claim Number: 3503<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| SECURED          Claimed: | $3,424.00 |

| YOUNG, JOE B & JOYCE S<br>497 JOHN YOUNG RD<br>LEXINGTON, NC 27292 | Claim Number: 3504<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $25,000.00 |

| WARNER, MARGARET<br>***NO ADDRESS PROVIDED*** | Claim Number: 3505<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $3,676.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DEMOS, CHRISTOPHER J.
15 BULLARD ST
MASTIC, NY 11950

Claim Number: 3506
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $24,463.89 |
| UNSECURED | Claimed: | $24,463.89 |
| TOTAL | Claimed: | $24,463.89 |

---

DUFFIN, MARY & EDMOND
JTW ROS
542 RIDGE AVE
HAWLEY, PA 18428

Claim Number: 3507
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,836.50 |

---

INGRAM, JAMES C.
5333 GRANDVISTA CT #201
PORT CHARLOTTE, FL 33953

Claim Number: 3508
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,586.50 |

---

PATTEN FAMILY LIVING TRUST AGRMT UA
5-16-06 DAVID C PATTEN/PATRICIA PATTEN
3100 N STRATHAM PT
HERNANDO, FL 34442-5442

Claim Number: 3509
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,623.48 |

---

PATTEN, PATRICIA C., ROTH IRA
TD AMERITRADE CLEARING-CUSTODIAN
3100 N STRATHAM PT
HERNANDO, FL 34442-5442

Claim Number: 3510
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,563.59 |

---

KEARNS, MARION C.
3999 UPPER SHARPSBURG RD
CARLISLE, KY 40311-9437

Claim Number: 3511
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,167.50 |

---

RIVERA, GREGORY
MANS DEL CARIBE
OPALO #20
HUMACAO, PR 00791

Claim Number: 3512
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,320.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| EVALEE J MILES IRA<br>363 ILIMALIA LP<br>KAILUA, HI 96734 | | Claim Number: 3513<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $570.00 |

---

| | | |
|---|---|---|
| DONALD E MILES IRA FBO<br>363 ILIMALIA LP<br>KAILUA, HI 96734 | | Claim Number: 3514<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $750.00 |

---

| | | |
|---|---|---|
| DONALD E MILES IRA FBO<br>363 ILIMALIA LP<br>KAILUA, HI 96734 | | Claim Number: 3515<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $510.00 |

---

| | | |
|---|---|---|
| SPJUT, PEGGY J.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3516<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,829.83 |

---

| | | |
|---|---|---|
| SPJUT, ROGER G.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3517<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,170.98 |

---

| | | |
|---|---|---|
| VETERINARY MEDICAL CLINIC PC<br>BILLY WEEKS PRESIDENT<br>123 PEPPER TREE CROSSING<br>BRUNSWICK, GA 31525 | | Claim Number: 3518<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,444.99 |

---

| | | |
|---|---|---|
| ALTERMAN, JOEL<br>3015 HAYNES TRAIL<br>ALPHARETTA, GA 30022 | | Claim Number: 3519<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LONZI, JESSICA<br>***NO ADDRESS PROVIDED*** | Claim Number: 3520<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $6,000.00 |
|---|---|---|

| ASSOCIATED SERVICES<br>ATTN JOAN SHEFFER<br>600A MCCORMICK ST<br>SAN LEANDRO, CA 94577 | Claim Number: 3521<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $69.25 |
|---|---|---|

| CHANDLER, DEBI S (DEBI)<br>10255 LIVE OAK AVE<br>CHERRY VALLEY, CA 92223 | Claim Number: 3522<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT |
|---|---|---|---|---|

| ARCHER, DENNIS M.<br>28101 CAMINO DEL RIO<br>SAN JUAN CAPISTRANO, CA 92675 | Claim Number: 3523<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $2,425.00 |

| GRUHLER, MURIEL E.,<br>4919 ALBEMARIE RD #101<br>CHARLOTTE, NC 28205 | Claim Number: 3524<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $66,450.00 |
|---|---|---|

| ****NO CREDITOR NAME****<br>****NO ADDRESS PROVIDED**** | Claim Number: 3525<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,480.00 |
|---|---|---|

| GRUHLER, EUGENE A., TTEE<br>4919 ALBERMARLE RD #101<br>CHARLOTTE, NC 28205 | Claim Number: 3526<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $23,964.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GRUDZINSKI, MICHELE
34 BALSAM DR
MEDFORD, NY 117634304

Claim Number: 3527
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $2,093.00 CONT |

---

ZYDECK, FREDERICK A
3833 INDIAN TRAIL
ORCHARD LAKE, MI 48324

Claim Number: 3528
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,083.51 |

---

SCHELLERUP, ROBERT B
929 IRON GATE WALK
BALLWIN, MO 63011

Claim Number: 3529
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

GILMER COUNTY TAX COMMISISONER
1 BROAD ST STE 105
ELLIJAY, GA 30540-9045

Claim Number: 3530
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $312.36 |

---

TRI-STATE APPRAISAL SERVICES
ATTN HENRY B GARNETT III PRESIDENT
3540 WHEELER ROAD
AUGUSTA, GA 30909

Claim Number: 3531
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

WEINSTOCK, ROBERT S.
SEDGWICK PARTNERS LP
9027 SEDGWICK PLACE DR
SAINT LOUIS, MO 63124

Claim Number: 3532
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

KOHLHOFER, BEVERLY MARIE (IRA)
4855-296TH ST
TOLEDO, OH 43611

Claim Number: 3533
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | | Claim Number: 3534<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $58,696.00 | | |
| PERRIN, GREGORY J<br>1053 SAN RAFAEL ST<br>ST AUGUSTINE, FL 32080 | | Claim Number: 3535<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,678.00 | | |
| APPRAISAL SERVICES,INC<br>108 CHRISTENSEN LANE<br>SALISBURY, MD 21804 | | Claim Number: 3536<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |
| APPRAISAL SERVICES,INC<br>108 CHRISTIANSEN LN<br>SALISBURY, MD 218046712 | | Claim Number: 3537<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $325.00 | | |
| BRISARD, KARL<br>9732 ROCHE PL<br>WELLINGTON, FL 33414-6490 | | Claim Number: 3538<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,231.20 | Scheduled: | $1,231.20  CONT |
| GERLACH, OTTO B., III<br>6513 RUTGERS<br>HOUSTON, TX 77005 | | Claim Number: 3539<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,099.80 | | |
| HUNT, LEIGH H., JR. & CECILIA D.<br>JTWROS<br>264 CHICKADEE LANE<br>MURPHY, NC 28906 | | Claim Number: 3540<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $14,596.00 | | |
| UNSECURED | Claimed: | $14,596.00 | | |
| TOTAL | Claimed: | $14,596.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZOBLER, MELVYN N., TTEE
3705 NE SKYLINE DR
JENSEN BEACH, FL 34957

Claim Number: 3541
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,201.00 | | |
|---|---|---|---|---|

---

YESKIE, JENNIFER L
12249 ARCTURUS DR
WILLIS, TX 77318-5110

Claim Number: 3542
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $941.53 | Scheduled: | $941.53 CONT |
|---|---|---|---|---|

---

LEAVITT, THOMAS M.
2902 RED MAPLE COURT
FRIENDSWOOD, TX 77546

Claim Number: 3543
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $29,267.00 | | |
|---|---|---|---|---|

---

SAUNDERS APPRAISALS
STANLEY SAUNDERS OWNER
PO BOX 480
MARIANNA, FL 32447

Claim Number: 3544
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

---

TACOMA, RUTH
1522 FLOYD ST SW
GRAND RAPIDS, MI 49509-4346

Claim Number: 3545
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,919.00 | | |
|---|---|---|---|---|

---

AMERICAN DOCUMENT DESTRUCTION
ROBERT DICKINSON
POB 1991
SPARKS, NV 89432-1991

Claim Number: 3546
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $225.00 | | |
|---|---|---|---|---|

---

AIKEN, ANN
1207 MUSKET CT
BELCAMP, MD 210171326

Claim Number: 3547
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $288.40 | Scheduled: | $288.40 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FLYNN, JAMES K.<br>3915 S EASTGATE CT<br>SPOKANE, WA 99203 | Claim Number: 3548<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| JACKMAN, FRANCES M.<br>***NO ADDRESS PROVIDED*** | Claim Number: 3549<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $22,598.28 |
|---|---|---|
| UNSECURED | Claimed: | $22,598.29 |
| TOTAL | Claimed: | $22,598.29 |

| KAPLAN, LINDA<br>413 SW DAHLED AVE<br>PORT SAINT LUCIE, FL 34953-4027 | Claim Number: 3550<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,195.00 |
|---|---|---|

| TYNER, RICHARD T., IRA FBO<br>821 CAMINO DEL ESTE<br>SANTA FE, NM 87501 | Claim Number: 3551<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,400.00 |
|---|---|---|

| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | Claim Number: 3552<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $20,882.85 |
|---|---|---|
| UNSECURED | Claimed: | $17,500.00 |

| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | Claim Number: 3553<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $20,882.00 |
|---|---|---|
| UNSECURED | Claimed: | $17,500.00 |
| TOTAL | Claimed: | $38,382.85 |

| WONG, YOSHIKA<br>5958 NW 29TH<br>PLACE<br>SUNRISE, FL 33313 | Claim Number: 3554<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| PRESS, JAN<br>1718 VIRGINIA AVE<br>PALM HARBOR, FL 34683 | | Claim Number: 3555<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| WANER, VICTOR & SANDRA<br>10200 WISH AVE<br>NORTHRIDGE, CA 91325 | | Claim Number: 3556<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| SECURED | Claimed: | $104,774.99 |
| UNSECURED | Claimed: | $104,774.99 |
| TOTAL | Claimed: | $104,774.99 |

| KNOWLES, JAMES A<br>PO BOX 24073<br>HALETHORPE, MD 212270573 | | Claim Number: 3557<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $160.00 |

| WALKER APPRAISAL SERVICES<br>ATTN CHRISTINE WALKER<br>5314 KENTFIELD DR<br>SAN JOSE, CA 95124 | | Claim Number: 3558<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

| RAPPOLD, ROSELLA<br>7225 FIRST STREET<br>MARINE CITY, MI 48039 | | Claim Number: 3559<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

| RHOMAR INDUSTRIES, INC.<br>ATTN M MAURICE SLAMDEN<br>2107 E ROCKHURST<br>SPRINGFIELD, MO 65802 | | Claim Number: 3560<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,130.00 |

| LEWIS, E. BOWEN<br>MAURINE B LEWIS JT TEN<br>812 E 450 N<br>KAYSVILLE, UT 84037 | | Claim Number: 3561<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $140.00 |
| UNSECURED | Claimed: | $4,140.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FAIRBANK, BERNARD G.<br>8700 RIDGEWOOD AVE APT B206<br>CAPE CANAVERAL, FL 32920 | Claim Number: 3562<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $16,500.00 |

---

| CHATUGE INVESTMENT CLUB<br>758 MARY KING MOUNTAIN DR<br>MURPHY, NC 289067939 | Claim Number: 3563<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,099.23 |

---

| SEABOARD REALTY CORP<br>ATTN WILLIAM MARTOCCIA - PRES<br>4 SADDLE ROAD<br>STONY BROOK, NY 11790-2015 | Claim Number: 3564<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

---

| TRACY CAUTHEN ENTERPRISES, INC<br>ATTN TRACY R CAUTHEN JR<br>PO BOX 2720<br>LANCASTER, SC 29721 | Claim Number: 3565<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $2,300.00 |

---

| WOLFFIS, WILLIAM C.<br>17951 WILDWOOD SPRINGS PKWY<br>SPRING LAKE, MI 49456 | Claim Number: 3566<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $4,841.00 |

---

| HODGES, GEORGE A.<br>7729 BERMEJO RD<br>FORT WORTH, TX 76112 | Claim Number: 3567<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $5,187.25 |

---

| ROHDE, GARY<br>27986 WHITCOMB ST<br>LIVONIA, MI 48154 | Claim Number: 3568<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| PRIORITY          Claimed: | $0.00 |
| UNSECURED | Scheduled:          $154.24 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HERRING, GRACIE N.<br>3225 OLD LANTERN DR<br>BROOKFIELD, WI 53005-3014 | | Claim Number: 3569<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,374.95 |
| SHARKEY, PHILLIP T.<br>PO BOX 1438<br>GRAEAGLE, CA 96103-1438 | | Claim Number: 3570<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $5,513.87 |
| UNSECURED | Claimed: | $5,513.87 |
| TOTAL | Claimed: | $5,513.87 |
| QUICK, CAROL A.<br>10 N RAVENSFIELD LANE<br>ORMOND BEACH, FL 32174 | | Claim Number: 3571<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,078.00 |
| MENDEZ, ELIZABETH<br>3216 PARK DR<br>ISLAND LAKE, IL 600429721 | | Claim Number: 3572<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $294.17 |
| CAMPBELL, DOUG<br>1 VAN SISE COURT<br>SYOSSET, NY 11791 | | Claim Number: 3573<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| GREYSTONE VALUATION GROUP, INC<br>444 OLD POST RD<br>BEDFORD, NY 105061018 | | Claim Number: 3574<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,375.00 |
| GUNDLACH, ROBERT E. & ELAINE A.<br>JTWROS<br>2500 PINTO TRAIL<br>MC FARLAND, WI 53558-9036 | | Claim Number: 3575<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $243.75 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GUNDLACH, ROBERT E. & ELAINE A. JTWROS<br>2500 PINTO TRAIL<br>MC FARLAND, WI 53558-9036 | | Claim Number: 3576<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $231.25 |

---

| | | |
|---|---|---|
| NGO, XUAN T.<br>949 N CANYON MOONLANE PL<br>TUCSON, AZ 85745-1589 | | Claim Number: 3577<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $21,300.00 |

---

| | | |
|---|---|---|
| GREY, JON<br>3420 W ECHO LN<br>PHOENIX, AZ 85051 | | Claim Number: 3578<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00    UNLIQ |

---

| | | |
|---|---|---|
| OAK ISLAND TOWN<br>OAK ISLAND  TAX OFC<br>4601 E.OAK ISLAND DR<br>ATTN SHEILA M BELL TAX COLLECTOR<br>OAK ISLAND, NC 28465 | | Claim Number: 3579<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $310.98 |

---

| | | |
|---|---|---|
| HANTAKAS, THOMAS T., SR.<br>109 SALMAN ST<br>WEST ROXBURY, MA 02132-0000 | | Claim Number: 3580<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,275.55 |

---

| | | |
|---|---|---|
| MCCLELLAND, PATRICK E.<br>2349 CRESTLINE BLVD NW<br>OLYMPIA, WA 98502 | | Claim Number: 3581<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,729.45 |

---

| | | |
|---|---|---|
| PIMENTEL, CARL P., IRA<br>OPPENHEIMER & CO INC CUST FBO<br>PO BOX 40159 | | Claim Number: 3582<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STANFORD & FEUERBORN
4550 W. 109TH ST
ATTN MICHAEL FEVERBORN OWNER
OVERLAND PARK, KS 66211

Claim Number: 3583
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,025.00 |
|---|---|---|

---

STANFORD & FEUERBORN, LLC.
4550 W. 109TH ST.
OVERLAND PARK, KS 66211

Claim Number: 3584
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $1,025.00 |
|---|---|---|

---

FOX, TIM
40 GREATHOUSE BEND
LITTLE ROCK, AR 72207

Claim Number: 3585
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $13,909.81 |
|---|---|---|

---

HENDERSON & ASSOCIATES, INC
312 CHEYENNE DR
ATTN KEITH A HENDERSON PRESIDENT
BERTHOUD, CO 80513

Claim Number: 3586
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

NATIONWIDE TITLE CLEARING INC
2100 ALT. 19 NORTH
ATTN ERIKA LANCE SVP ADMIN
PALM HARBOR, FL 34683

Claim Number: 3587
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6574 (11/13/2008)

| UNSECURED | Claimed: | $9,635.48 |
|---|---|---|

---

WALLACE, PHYLLIS
4108 HIGHLANDER AVE
LAKE HAVASU CITY, AZ 86406

Claim Number: 3588
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,636.00 |
|---|---|---|

---

ADAMS, PATRICIA (PATTI)
22622 JUNIPER ROAD
PERRIS, CA 92570

Claim Number: 3589
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,261.55 | Scheduled: | $2,261.55 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ROCHAU, ARTHUR E.,<br>ARTHUR E ROCHAU TRUST<br>U/A DTD 06/06/1990<br>1670 WEST LINCO ROAD<br>STEVENSVILLE, MI 49127-9416 | | Claim Number: 3590<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $20,024.00 |

---

| | | |
|---|---|---|
| SONDEREN, DAVID L.<br>26641 LOCKHAVEN HILL ROAD<br>GODFREY, IL 62035 | | Claim Number: 3591<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,044.75 |
| UNSECURED | Claimed: | $10,044.75 |

---

| | | |
|---|---|---|
| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | | Claim Number: 3592<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $2,496.00 |

---

| | | |
|---|---|---|
| DOYLE, PATRICK M.<br>12440 GREEN RD<br>GOODRICH, MI 484389057 | | Claim Number: 3593<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,000.00 |

---

| | | |
|---|---|---|
| QUICK, WILLIAM W.<br>615 STATE HIGHWAY 29A<br>GLOVERSVILLE, NY 12078-6743 | | Claim Number: 3594<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,000.00 |

---

| | | |
|---|---|---|
| MCCABE, EUGENE<br>5 RIDGE OAT COURT<br>LAKE ST LOUIS, MO 63067 | | Claim Number: 3595<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| JOHN M CIANO TRUST<br>38 ANNA ROBERT CIR<br>WELLS, ME 04090 | | Claim Number: 3596<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCAVOY, MARK J.
1 SEACREST DRIVE
LLOYD, NY 11743

Claim Number: 3597
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $28,132.70 |

---

MARKOVIC, DAVID, IRA FBO
ROLLOVER ACCOUNT - VFTC, CUSTODIAN
1442 - E 71ST STREET
BROOKLYN, NY 11234-5730

Claim Number: 3598
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $34,508.00 |
| UNSECURED | Claimed: | $34,508.00 |
| TOTAL | Claimed: | $34,508.00 |

---

SABIK, RONALD J.
BOX A OLD RT 22
SCI CRESSON EU4156
CRESSON, PA 16699-0001

Claim Number: 3599
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

---

WONG, FEE KOON
928 41ST STREET
BROOKLYN, NY 11219

Claim Number: 3600
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $24,180.95 |

---

WONG, TOM Y.T.
928 41ST STREET
BROOKLYN, NY 11219

Claim Number: 3601
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $21,979.95 |

---

BOWMAN, QUENTIN G.
PHYLLIS I BOWMAN TR UA
08/19/92 QUENTIN G & PHYLLIS I BOWMAN T
3304 FERNDELL ST NE
SALEM, OR 97301-8031

Claim Number: 3602
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,597.00 |
| SECURED | Claimed: | $8,597.00 |
| TOTAL | Claimed: | $8,597.00 |

---

APPRAISAL ASSOCIATES
ATTN MARLIN D DAUGHERTY-OWNER/PRESIDENT
PO BOX 8970
TYLER, TX 75711-8970

Claim Number: 3603
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,150.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CAPITOL OFFICE SOLUTIONS
POB 277728
ATLANTA, GA 30384-7728

Claim Number: 3604
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $907.00 | Scheduled: | $404.00 |
|---|---|---|---|---|

BRANDYWINE PICNIC PARK
690 S CREEK RD
ATTN ROSS CAPPS PRESIDENT
WEST CHESTER, PA 193822002

Claim Number: 3605
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,714.84 | Scheduled: | $1,714.84 |
|---|---|---|---|---|

PINNACLE APPRAISALS LLC
PO BOX 678
ATTN JESSICA WYROSDICK
ELBA, AL 36323

Claim Number: 3606
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

NIJJAR, KAMALJIT (KAMAL)
42 BODEN AVE
VALLEY STREAM, NY 11580

Claim Number: 3607
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (04/15/2009)

| PRIORITY | Claimed: | $3,490.39 | Scheduled: | $3,490.39 CONT |
|---|---|---|---|---|

HUTTO, JOHN DAVID
4980 HEATHER POINT
BIRMINGHAM, AL 35242-3950

Claim Number: 3608
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,633.00 |
|---|---|---|

WELTMAN WEINBERG & REIS CO LPA
ATTN GEOFFREY J PETERS ESQ
175 S 3RD STREET SUITE 900
COLUMBUS, OH 43215

Claim Number: 3609
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $192,110.29 |
|---|---|---|

IL-1111 22ND STREET, LLC
C/O MONICA BLACKER
ANDREWS KURTH LLP
1717 MAIN ST STE 3700
DALLAS, TX 75201

Claim Number: 3610
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $82,372.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SUPERIOR APPRAISAL SERVICES<br>973 EMERSON PKWY, STE C&D<br>ATTN THOMAS R HURST VP<br>GREENWOOD, IN 46143 | | Claim Number: 3611<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $3,860.00 | Scheduled: | $1,235.00 | |
| HUTCHISON, ANTHONY<br>205 TURF CT.<br>WEBSTER GROVE, MO 63119 | | Claim Number: 3612<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | |
| PRIORITY | | | Scheduled: | $3,292.31 CONT | |
| UNSECURED | Claimed: | $3,291.31 | | | |
| WILLIAMS, CHERYL<br>9518 130TH AVE NE<br>KIRKLAND, WA 98033 | | Claim Number: 3613<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| SECURED | Claimed: | $6,914.80 | | | |
| BRANDENBURG TELECOM<br>JEAN E HUBBARD COLLECTION DEPT<br>200 TELCO DR PO BOX 599<br>BRANDENBURG, KY 40108 | | Claim Number: 3614<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $758.31 | Scheduled: | $694.32 | |
| BRANDENBURG TELECOM<br>200 TELCO DR<br>PO BOX 599<br>ATTN JEAN E HUBBARD, COLLECTION DEPT<br>BRANDENBURG, KY 40108 | | Claim Number: 3615<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $758.31 | | | |
| GRAY, AYANA<br>1064 SENECA AVE<br>RIDGEWOOD, NY 113855811 | | Claim Number: 3616<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT | |
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | | Claim Number: 3617<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| UNSECURED | Claimed: | $21,005.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PRESTON LEETE SMITH REVOCABLE LIVING TR<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | Claim Number: 3618<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | |
| UNSECURED | Claimed: | $1,260.00 |
| AMOSKEAG APPRAISAL<br>ATTN THOMAS HUGHES-PRINCIPAL<br>25 COUNTRY CLUB RD #103<br>GILFORD, NH 03249 | Claim Number: 3619<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED | Claimed: | $1,175.00 |
| HOWROYD-WRIGHT EMPLOYMENT AGENCY INC DBA<br>APPLE ONE EMPLOYMENT SERVICES<br>ATTN MARLENE YAN-LITIGATION MANAGER<br>327 WEST BROADWAY<br>GLENDALE, CA 91204 | Claim Number: 3620<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |
| UNSECURED | Claimed: | $386.82 |
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | Claim Number: 3621<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| UNSECURED | Claimed: | $32,628.99 |
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | Claim Number: 3622<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| UNSECURED | Claimed: | $23,140.26 |
| MEAD APPRAISALS<br>ATTN SCOTT MEAD - OWNER<br>11378 NIAGARA DRIVE<br>FISHERS, IN 46038 | Claim Number: 3623<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED | Claimed: | $4,260.00 |
| ROY, CHARLES L., TTEE<br>25-45 OCTILLO AVE<br>SANTA MARIA, CA 93455 | Claim Number: 3624<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SONDEREN, JOAN M.<br>26641 LOCKHAVEN HILL ROAD<br>GODFREY, IL 62035 | | Claim Number: 3625<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $549.00 |
| UNSECURED | Claimed: | $549.00 |
| RAKOSKI, LEROY J.<br>508 HOMESTEAD PL<br>JOLIET, IL 60435 | | Claim Number: 3626<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $11.00   UNDET |
| UNSECURED | Claimed: | $11.00   UNDET |
| TOTAL | Claimed: | $11.00   UNDET |
| MARTOCCIA, WILLIAM H & LILLIAN<br>4 SADDLE RD<br>STONY BROOK, NY 11790 | | Claim Number: 3627<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | | Claim Number: 3628<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) |
| UNSECURED | Claimed: | $2,227.76 |
| PLYMOUTH PARK TAX SERVICES LLC<br>115 S JEFFERSON RD<br>SHIPPANY, NJ 79811029 | | Claim Number: 3629<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| SECURED | Claimed: | $4,130.36   UNLIQ |
| PPTS FX CORP.<br>115 S JEFFERSON RD BLDG D-4<br>WHIPPANY, NJ 079811029 | | Claim Number: 3630<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $3,387.39   UNLIQ |
| PRAIRIE PROFESSIONAL CENTRE<br>JAMES M. JOYCE/LILLIG & THORSNESS, LTD<br>1900 SPRINT RD<br>STE 200<br>OAK BROOK, IL 60523 | | Claim Number: 3631<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $3,650.00 |
| UNSECURED | Claimed: | $41,146.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| T-MOBILE USA, INC.<br>ATTN S. BRANNON/BANKRUPTCY DEPT<br>PO BOX 53410<br>BELLEVUE, WA 98015 | Claim Number: 3632<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $519.92 |
|---|---|---|

---

| COVAD COMMUNICATIONS<br>ATTN WENDY FINNEGAN<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 3633<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $511.95 |
|---|---|---|

---

| CINCINNATI BELL TELEPHONE<br>ATTN: LISA Y ANDERSON<br>221 E 4TH ST<br>ML346-325<br>CINCINNATI, OH 45202 | Claim Number: 3634<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $72.63 |
|---|---|---|

---

| SOLANO COUNTY<br>ATTN ELIZABETH SUMNER, DEPUTY<br>RECORDER OFFICE<br>575 TEXAS ST, STE 2700<br>FAIRFIELD, CA 94533 | Claim Number: 3635<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $47,564.28 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12.00 |

---

| MATTHEOS, ARIANNY<br>1483 E 3RD AVE<br>BAY SHORE, NY 11706-3023 | Claim Number: 3636<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $634.25 | Scheduled: | $634.25  CONT |
|---|---|---|---|---|

---

| KASSMEL, EVELEEN<br>IRA R/O ETRADE CUSTODIAN<br>8 QUIET BROOK CT<br>PARKTON, MD 21120 | Claim Number: 3637<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,509.99 |
|---|---|---|

---

| KASSMEL, KENNETH E.<br>IRA ETRADE CUSTODIAN<br>8 QUIET BROOK CT<br>PARKTON, MD 21120 | Claim Number: 3638<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,749.59 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUFFER, RONALD Q.
2506 AINTREE LN
FALLSTON, MD 21047

Claim Number: 3639
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

AMEREIHN, JAMES C.
2405 GREENSPRING AVE
JOPPA, MD 21085

Claim Number: 3640
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $716.00 |
| --- | --- | --- |

---

DALMAS, JAMES E.
CGM IRA CUSTODIAN
1519 N BEND RD
JARRETTSVILLE, MD 21084-1331

Claim Number: 3641
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,289.38 |
| --- | --- | --- |

---

KEAVENEY, JOHN J.
9723 LOCHWOOD RD
PHILADELPHIA, PA 19115

Claim Number: 3642
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,000.00 |
| --- | --- | --- |

---

LYTLE, JODY
310 REDROME CIRCLE W
BRIDGEVILLE, PA 15017

Claim Number: 3643
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,505.84 | Scheduled: | $1,505.84  CONT |
| --- | --- | --- | --- | --- |

---

SHEBL, MAHER A.
14814-80TH AVE S.E.
SNOHOMISH, WA 98296

Claim Number: 3644
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

MURPHY, JANE S.
63 CRESCENT PLACE
SHORT HILLS, NJ 07078

Claim Number: 3645
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,177.87 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BIG CITY<br>ATTN E. BARNETT<br>110 ASIA PLACE<br>CARLSTADT, NJ 07072 | | Claim Number: 3646<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $14,329.31 | Scheduled: | $372.86 |

---

| | | |
|---|---|---|
| AANENSEN, WILLIAM A. & LINDA L., JT TEN<br>1580 HICKORY RUN COURT<br>ELIZABETHTOWN, PA 17022 | | Claim Number: 3647<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,460.00 |

---

| | | |
|---|---|---|
| MARIS, TEDDY<br>30-83 49TH ST<br>LONG ISLAND CITY, NY 11103 | | Claim Number: 3648<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,207.52 |

---

| | | |
|---|---|---|
| LEHNER, FRED A.<br>20 ARCHBRIDGE LN<br>SPRINGFIELD, NJ 07081 | | Claim Number: 3649<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,405.95 |

---

| | | |
|---|---|---|
| LAX, MARVIN<br>4 BLUEBERRY LN<br>ANDOVER, NJ 07821 | | Claim Number: 3650<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,125.00 |

---

| | | |
|---|---|---|
| CASEY, MICHAEL<br>128 LUQUER RD<br>PORT WASHINGTON, NY 11050 | | Claim Number: 3651<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,191.80 |

---

| | | |
|---|---|---|
| SOKOLOWSKI, DIANA<br>115 DAVIS AVE.<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 3652<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $810.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CALDERONE, SAMANTHA
74 2ND AVE
EAST ROCKAWAY, NY 11518-1913

Claim Number: 3653
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,291.31 | Scheduled: | $1,292.31 CONT |
|---|---|---|---|---|

MCQUEENEY, KATHLEEN A.
415 CROSS CREEK CT
CHESTER, MD 216192672

Claim Number: 3654
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $231,475.55 |
|---|---|---|

HAAS, ANN M
7502 LAWRENCE ROAD
BALTIMORE, MD 21222

Claim Number: 3655
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,869.60 | Scheduled: | $2,309.60 CONT |
|---|---|---|---|---|

BRIGGS, GEOFFREY
3006 SPANISH TRL
DELRAY BEACH, FL 33483

Claim Number: 3656
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BIRENBACH, ROBERT A. & BARBARA JT
13101 ALHAMBRA LAKE CIR
DELRAY BEACH, FL 33446

Claim Number: 3657
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

BIRENBACH, ROBERT IRA
13101 ALHAMBRA LAKE CIR
DELRAY BEACH, FL 33446

Claim Number: 3658
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

ALBIN & ASSOCIATES INC
ALBIN P KNOBLOCK PRES
PO BOX 541
WASHINGTON, MI 48094

Claim Number: 3659
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,740.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,740.00 |
| TOTAL | Claimed: | $5,740.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TAKAHASHI, MAKOTO<br>1400 GEARY BLVD<br>APT 507<br>SAN FRANCISCO, CA 94109 | Claim Number: 3660<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

SECURED          Claimed:               $45,626.00

---

| LESTER ASSOCIATES<br>ATTN J. LESTER, PARTNER<br>83 PLEASANT ST<br>HAWORTH, NJ 07641 | Claim Number: 3661<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

UNSECURED          Claimed:               $19,052.44

---

| READING TOWN<br>ATTN NANCY J. HEFFERNAN<br>TREASURER/COLLECTOR<br>16 LOWELL ST.<br>READING, MA 01867 | Claim Number: 3662<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

PRIORITY          Claimed:               $0.00
SECURED          Claimed:               $0.00

---

| AUGUSTINE, JOSEPH J.<br>R/O IRA E*TRADE CUSTODIAN<br>1008 BROAD ST<br>CONNELLSVILLE, PA 15425 | Claim Number: 3663<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

UNSECURED          Claimed:               $7,475.96

---

| AUGUSTINE, JOSEPH J.<br>1008 BROAD ST<br>CONNELLSVILLE, PA 15425 | Claim Number: 3664<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

UNSECURED          Claimed:               $2,848.48

---

| MARKOVIC, MILDRED<br>300 HIGHLAND AVE<br>EAST PITTSBURGH, PA 15112 | Claim Number: 3665<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

UNSECURED          Claimed:               $1,191.94

---

| KINKEAD, JOHN & ENID R. JT TEN<br>5217 S DESERT WILLOW DR<br>GOLD CANYON, AZ 85218 | Claim Number: 3666<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

UNSECURED          Claimed:               $4,950.00

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RODRIGUEZ, CATHERINE B IRA
3 ORCHARD ST
WELLESLEY, MA 02481

Claim Number: 3667
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

HALE, DONALD M. JR. & MARY JEAN P.
8081 ATHENA ST
SPRINGFIELD, VA 22153

Claim Number: 3668
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $425.00 | Scheduled: | $425.00 CONT |
|---|---|---|---|---|

---

OAK TREE LODGE
ATTN PETER DE CUIR
1412 SCHOOLHOUSE ROAD
WALL-NEPTUNE, NJ 07753

Claim Number: 3669
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,570.50 |
|---|---|---|

---

ALMONTE, FRANK
389 WELLINGTON RD
EAST MEADOW, NY 115544231

Claim Number: 3670
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,068.16 | Scheduled: | $1,068.16 CONT |
|---|---|---|---|---|

---

RUTHERFORD, KRISTINA
7071 SEAL CIRCLE
HUNTINGTON BEACH, CA 92648

Claim Number: 3671
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,840.00 | Scheduled: | $1,805.50 CONT |
|---|---|---|---|---|

---

BUTTERWORTH, BYRON E.
4820 REGALWOOD DR
RALEIGH, NC 27613-7041

Claim Number: 3672
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

EDWARDS, RICHARD LEWIS TTEE
730 PRINCESS CT
NIPOMO, CA 93444

Claim Number: 3673
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,255.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SPERANDIO, JOSEPH L. & MARY ANN<br>87 HIBURY<br>HOUSTON, TX 77024 | | Claim Number: 3674<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,312.95 |

| | | |
|---|---|---|
| KALB, CHARLENE A.<br>1209 BIDDLE PLACE<br>CATONSVILLE, MD 21228 | | Claim Number: 3675<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $999.80 |

| | | |
|---|---|---|
| JACOBSON, ARTHUR<br>2752 WALKER LEE DR<br>LOS ALAMITOS, CA 90720 | | Claim Number: 3676<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | | Claim Number: 3677<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
| PRIORITY | Claimed: | $952.00 | Scheduled: | $952.00  CONT |

| | | |
|---|---|---|
| COTT, ALAN J.<br>26917 CHATEAU LAKE DR<br>KINGWOOD, TX 77339-1427 | | Claim Number: 3678<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,601.97 |

| | | |
|---|---|---|
| LELAN, RICHARD ROLLOVER IRA<br>67 OLDFIELDS RD<br>SOUTH BERWICK, ME 03908-1716 | | Claim Number: 3679<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,110.48 |

| | | |
|---|---|---|
| NIEVES, NILSA I<br>75 LUKENS AVE<br>BRENTWOOD, NY 11717 | | Claim Number: 3680<br>Claim Date: 11/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| PRIORITY | Claimed: | $1,155.00 | Scheduled: | $1,370.38  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PALMER, STANLEY A. AND WANDA P.
JTWROS
769-B TERNI LANE
SANTA BARBARA, CA 93105-4431

Claim Number: 3681
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,093.00 | | |
| UNSECURED | Claimed: | $8,093.00 | | |
| TOTAL | Claimed: | $8,093.00 | | |

---

SERKES, MICHAEL
3747 UNION CHURCH RD
SALISBURY, MD 21801

Claim Number: 3682
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $9,868.22 CONT |
| UNSECURED | Claimed: | $171,547.59 | Scheduled: | $171,788.63 CONT |

---

BRANDYWINE VALLEY HEATING & AIR
CONDITIONING, INC
ATTN CFO
917 OLD FERN HILL RD #300
WEST CHESTER, PA 19380

Claim Number: 3683
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $157.00 |

---

SIM, JOHNNY O. & HUBERT GRANT Y SIM
5248 N ACACIA ST
SAN GABRIEL, CA 91776

Claim Number: 3684
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $909.99 |

---

PAPE, RONALD & LOIS
1412 FORRES AVE
SAINT JOSEPH, MI 49085

Claim Number: 3685
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,619.99 |

---

CANALES, JENNY
72 BRADLEY ST
BRENTWOOD, NY 11717

Claim Number: 3686
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,077.42 | Scheduled: | $1,077.42 CONT |

---

PARKER, KESHIA M
11 JEAN DR
NORTH BABYLON, NY 11703

Claim Number: 3687
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $544.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

CLEARY, MICHAEL W. & DONNA JT TEN
66 SUMMIT AVE
POMPTON LAKES, NJ 07442-1328

Claim Number: 3688
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,100.00 |
|---|---|---|

---

MARTIN, WILLIAM F.
747 JENNY TRL
FRANKLIN LAKES, NJ 07417

Claim Number: 3689
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PENDSE, RAJIV M.
23 LEAH WAY
PARSIPPANY, NJ 070543448

Claim Number: 3690
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,510.95 |
|---|---|---|

---

CAVACO, CRAIG
309 BAUDER RD
FORT PLAIN, NY 13339

Claim Number: 3691
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,734.62 | Scheduled: | $2,734.62  CONT |
|---|---|---|---|---|

---

FONTANELLI, DAVID A
3 SEABROOK CT
STONY BROOK, NY 11790

Claim Number: 3692
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,615.50 | Scheduled: | $6,000.00  CONT |
|---|---|---|---|---|

---

FALCO, DESERIE
6 SELDEN RD
MASTIC BEACH, NY 11951

Claim Number: 3693
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,064.00 | Scheduled: | $1,064.00  CONT |
|---|---|---|---|---|

---

MATSUMOTO & CLAPPERTON ADVERTISING, LLC
ATTN ED CLAPPERTON, PRESIDENT
705 S KING ST # 104
HONOLULU, HI 96813

Claim Number: 3694
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $702.22 |
|---|---|---|
| UNSECURED | Claimed: | $702.22 |
| TOTAL | Claimed: | $702.22 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MATSUMOTO & CLAPPERTON
ATTN ED CLAPPERTON, PRESIDENT
STANDARD FINANCIAL PLAZA
705 S KING ST STE 104
HONOLULU, HI 96813

Claim Number: 3695
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $702.22 | |
| UNSECURED | Claimed: | $702.22 | |
| TOTAL | Claimed: | $702.22 | |

---

MATSUMOTO & CLAPPERTON
ATTN ED CLAPPERTON, PRESIDENT
STANDARD FINANCIAL PLAZA
705 S KING ST STE 104
HONOLULU, HI 96813

Claim Number: 3696
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $702.22 | |
| UNSECURED | Claimed: | $702.22 | |
| TOTAL | Claimed: | $702.22 | |

---

VAN NORSTRAND, JOANN F
101 MANOR RD
RED HOOK, NY 12571

Claim Number: 3697
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,750.00 | Scheduled: | $4,823.08 CONT |
| UNSECURED | | | Scheduled: | $242.39 CONT |

---

CUNLIFF, GRACE
84 BRANCH TURNPIKE #41
CONCORD, NH 03301

Claim Number: 3698
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

LELAND, RICHARD L R/O IRA
E*TRADE CUSTODIAN
67 OLD FIELDS RD
SOUTH BERWICK, ME 03908

Claim Number: 3699
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,828.17 |

---

LELAND, RICHARD L. & LEILA J. JT TEN
67 OLD FIELDS RD
SOUTH BERWICK, ME 03908-1716

Claim Number: 3700
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,232.00 |

---

FRANKEL, KAREN R.
520 E 84TH ST
NEW YORK, NY 10028

Claim Number: 3701
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BERNER, PAUL J. & MARGOT<br>7 AURORA RD<br>EAST GREENWICH, RI 02818-1101 | Claim Number: 3702<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,306.42 |
|---|---|---|

| ZYGMUNT, TYSKA & BRONISLAWA JT TEN<br>420 OLD COUNTRY RD<br>MELVILLE, NY 11747 | Claim Number: 3703<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $60,043.75 |
|---|---|---|

| MESHOT, KAREN C.<br>24631 MANDEVILLE DR<br>LAGUNA HILLS, CA 92653 | Claim Number: 3704<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $3,528.00 |
|---|---|---|

| KAPLER, EILEEN<br>514 CAROLINA BEACH AVE N APT 1B<br>CAROLINA BCH, NC 28428-6135 | Claim Number: 3705<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KECK, SUSAN<br>PO BOX 75<br>EAST ISLIP, NY 11730 | Claim Number: 3706<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,594.90 |
|---|---|---|

| ROMERO, YANAYRA<br>1483 E 3RD AVE<br>BAY SHORE, NY 117063023 | Claim Number: 3707<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $517.95 | Scheduled: | $517.95  CONT |
|---|---|---|---|---|

| MATTHEOS, ARIANNY<br>31 HEYWARD ST<br>BRENTWOOD, NY 11717 | Claim Number: 3708<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $5,767.50  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DIETZ, GEOFFREY<br>400 HAWTHORN LN<br>HOFFMAN ESTATES, IL 60169 | Claim Number: 3709<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $27,541.99 |
|---|---|---|

---

| MUELLER, JOHN IRA FBO<br>M&T BANK AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>317 WELLINGTON AVE<br>KENMORE, NY 14223-2517 | Claim Number: 3710<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $4,072.70 |
|---|---|---|

---

| LEVINE, SANDRA<br>14623 SPERANZA WAY<br>BONITA SPGS, FL 34135-8371 | Claim Number: 3711<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $12,785.00 |
|---|---|---|

---

| GURZI, MICHAEL D.<br>12810 LARRY LYN DR<br>LA MIRADA, CA 90638 | Claim Number: 3712<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| KAGEY, WILLIAM J.<br>4932 BALSAM DR<br>ROANOKE, VA 24018 | Claim Number: 3713<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $48,040.00 |
|---|---|---|
| UNSECURED | Claimed: | $48,040.00 |
| TOTAL | Claimed: | $48,040.00 |

---

| PAPKA, BENJAMIN<br>2 BUCKINGHAM RD<br>FORT LEE, NJ 07024 | Claim Number: 3714<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $23,800.00 |
|---|---|---|

---

| APPRAISAL SVCS OF MARYLAND INC<br>ATTN MERLE P. INTNER, PRES<br>3655-A OLD COURT RD<br>BALTIMORE, MD 21208 | Claim Number: 3715<br>Claim Date: 11/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $725.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOUGHERTY, IRMA
TOD ACCOUNT
209 W. ROSETREE RD
MEDIA, PA 19063

Claim Number: 3716
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MANOR, CHARLES DAVID
2504 SW 102ND
OKLAHOMA CITY, OK 73159

Claim Number: 3717
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,719.10 |

---

BECKER, ROBERT C.
13 THE TRILLIUM
PITTSBURGH, PA 15238-1929

Claim Number: 3718
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $22,744.95 |
| UNSECURED | Claimed: | $22,744.95 |
| TOTAL | Claimed: | $22,744.95 |

---

SHRED-IT
350 HATCH DR
FOSTER CITY, CA 944041106

Claim Number: 3719
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $520.50 |

---

SHAHBAKHTI, GUERAMI
8 GARDEN CT
BAY SHORE, NY 11706

Claim Number: 3720
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,853.90 | Scheduled: | $2,853.90  CONT |

---

WELLS & RAYMOND APPRAISAL SERA
ATTN SUSAN RAYMOND
409 S DAYTONA AV
FLAGIER BEACH, FL 32136

Claim Number: 3721
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150.00 |

---

GILHAM FAMILY TRUST 3/11/98, THE
RICHARD C GILHAM TTEE
LOIS J GILHAM TTEE
849 W 30TH ST
SAN PEDRO, CA 90731-6639

Claim Number: 3722
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,741.44 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUBIN, SVETLANA
2681 WEST 2ND ST
APT 2F
BROOKLYN, NY 11223

Claim Number: 3723
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT |
|---|---|---|---|---|

MURMAN, ELMER G. & BARBARA J. JT TEN
1235 N LAIRD AVE APT 129
HASTINGS, NE 68901-2738

Claim Number: 3724
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,291.99 | | |
|---|---|---|---|---|

FAST APPRAISAL
2950 SANDALWOOD CT
EL CENTRO, CA 922433694

Claim Number: 3725
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | |
|---|---|---|---|---|

NELSON, RANDALL
PMB 8143
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443

Claim Number: 3726
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,198.00 | | |
|---|---|---|---|---|

JAKELL, SHELLEY
1655 MAIN BLVD
SOUTH PARK TWP, PA 15129

Claim Number: 3727
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,925.00 | Scheduled: | $1,925.00 CONT |
|---|---|---|---|---|

ROSSOMANO, DONNAJEAN
200 SERPENTINE LN
ISLANDIA, NY 11749

Claim Number: 3728
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $1,096.15 | Scheduled: | $1,096.15 CONT |
|---|---|---|---|---|

DRAKOS, SUZETTE
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 3729
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,969.20 | Scheduled: | $1,969.20 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FIUMARA, GIUSEPPE<br>18419 OLDE FARM RD<br>LANSING, IL 60438-2557 | Claim Number: 3730<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $5,542.81 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,542.81 |
| TOTAL | Claimed: | $5,542.81 |

| MONTGOMERY, ROBERT N.<br>2381 NAVAJO CIRCLE<br>BISHOP, CA 93514 | Claim Number: 3731<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,653.74 |
|---|---|---|

| PUMA, CHRISTIAN J<br>7 CONTINENTAL DR<br>CENTEREACH, NY 11720-1401 | Claim Number: 3732<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,250.00 | Scheduled: | $2,250.00  CONT |
|---|---|---|---|---|

| STERN, DOLORES A.<br>9749 POSSUM HOLLOW RD<br>SHIPPENSBURG, PA 17257-9262 | Claim Number: 3733<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,788.00 |
|---|---|---|

| RESTUCCIA, CODY L<br>201 UPPER CRANEY HILL RD<br>#1<br>WEARE, NH 03281 | Claim Number: 3734<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $662.31 | Scheduled: | $2,277.70  CONT |
|---|---|---|---|---|

| STIEPAN, FRDERICK<br>16585 BORDEAUX LN<br>HUNTINGTN BCH, CA 92649-1882 | Claim Number: 3735<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BUFANO, SHARON B.<br>2353 HIGHWAY 109 N<br>LEBANON, TN 37090-1217 | Claim Number: 3736<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $700.00 |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |
| TOTAL | Claimed: | $700.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBAN, JAMES G.
1686 CLOUD DRIVE N.E.
BLAINE, MN 55449

Claim Number: 3737
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $707.30 | | |

---

JONES, JENNIFER JJ
716 LANGSTON CT
ORLANDO, FL 32804

Claim Number: 3738
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $715.14 | Scheduled: | $715.14  CONT |

---

ALUMNI ASSOCIATION OF UM
ATTN VICE PRESIDENT / CFO
200 FLETCHER ST.
ANN ARBOR, MI 48109-1007

Claim Number: 3739
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $15,545.00 | Scheduled: | $15,545.00 |

---

DERX, LAWRENCE
BOX 37
ASHTON, MD 20861

Claim Number: 3740
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,859.50 | | |

---

106TH BUSINESS PARK L P
ATTN BLAIR JACKSON, ESQUIRE
10421 S JORDAN GATEWAY BLVD
SUTIE 600
SOUTH JORDAN, UT 84095

Claim Number: 3741
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $48,546.83 | Scheduled: | $4,523.25 |

---

PINNACLE APPRAISAL COMPANY
ATTN WILLIAM H BROWN JR
PO BOX 722
IRMO, SC 29063

Claim Number: 3742
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $75.00 |

---

ROBAN, JAMES G.
1686 CLOUD DR N.E.
BLAINE, MN 55449

Claim Number: 3743
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,425.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CLARK, WILLIAM & CLARK, PATRICIA JT TEN
6147 SPRING TIME ST
SAN ANTONIO, TX 78249

Claim Number: 3744
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,640.00 |
| --- | --- | --- |

---

KOVACH, ROBERT J.
44 HARBOR DR
SAINT HELENA ISLAND, SC 29920

Claim Number: 3745
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,855.00 |
| --- | --- | --- |

---

KUPPER, VICTOR DAVID TTEE
5450 VESPER AVE APT A213
SHERMAN OAKS, CA 91411-4241

Claim Number: 3746
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $0.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3,274.00 |

---

STEPP, EDWARD A. TTEE
EDWARD A STEEP
U/A DTD 10/27/1998
PO BOX 3222
LAUREL, MD 20709

Claim Number: 3747
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,444.00 |
| --- | --- | --- |

---

JOHNSON ET AL V. WHEELER, AMERICAN HOME
MORTGAGE CORP ET AL NO. 06-CV-2196-PJM
JOHN R. GRIFFIN, HARTMAN & EGELI, LLP
116 DEFENSE HIGHWAY, SUITE 300
ANNAPOLIS, MD 21401

Claim Number: 3748
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10642 (11/09/2012)

| UNSECURED | Claimed: | $1,000,000.00 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

DEFLORA, A. JORDAN
626 SLOAT PLACE
RIVERVALE, NJ 07675

Claim Number: 3749
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,259.37 |
| --- | --- | --- |

---

R SHATARAH CONSULTING ENGINEERS, P.C.
6500 JERICHO TPKE STE 1W
SYOSSET, NY 11791-4435

Claim Number: 3750
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,600.00 | Scheduled: | $3,600.00 |
| --- | --- | --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HAMLET, DENNIS R.<br>1405 RICE AVE<br>BALTIMORE, MD 21228-4304 | | Claim Number: 3751<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,363.50 | | |

---

| | | | | |
|---|---|---|---|---|
| HAIRFIELD, OTIS WAYNE<br>1433 BOUNDARY RD<br>FANCY GAP, VA 243284131 | | Claim Number: 3752<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| WANG, TONG<br>6273 CANTERBURY DR<br>ZIONSVILLE, IN 46077 | | Claim Number: 3753<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $2,500.00 | | |
| UNSECURED | Claimed: | $2,500.00 | | |
| TOTAL | Claimed: | $2,500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HAGG, RENEE C<br>8074 CARNABY CT SOUTH<br>HANOVER PARK, IL 60133 | | Claim Number: 3754<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,353.15  CONT |

---

| | | | | |
|---|---|---|---|---|
| WELLNESS AT WORK<br>ATTN MARILYN KIER, OWNER<br>540 FRONTAGE RD<br>STE 1025<br>NORTHFIELD, IL 60093 | | Claim Number: 3755<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 |

---

| | | | | |
|---|---|---|---|---|
| MOZART, JOHN J.<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3756<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,873.45 | | |

---

| | | | | |
|---|---|---|---|---|
| MOZART, JOHN J.<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3757<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,107.40 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MOZART, JOHN J. CUSTODIAN
MARISSA M. MOZART
UNIF TRANS TO MINORS ACT NJ
893 GREGORY DR
BRICK, NJ 08723

Claim Number: 3758
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,688.49 |

---

MOZART, JOHN J.
ROTA IRA CONVERSION
TO AMERITRADE CLEARING CUSTODIAN
893 GREGORY DR
BRICK, NJ 08723

Claim Number: 3759
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,390.00 |

---

MOZART, JOHN J. CUSTODIAN
MICHELLE L. MOZART
UNIF TRANS TO MINORS ACT NJ
893 GREGORY DR
BRICK, NJ 08723

Claim Number: 3760
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $787.74 |

---

MILLER, ROBERT E.
3528 GLEN OAK DR
JARRETTSVILLE, MD 21084

Claim Number: 3761
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MASON, RONALD R.
1401 MARVIN RD NE #307-463
LACEY, WA 98516

Claim Number: 3762
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,087.49 |

---

TELEPHONE DIAGNOSTIC SVCS
2104 SWEDE RD
E NORRITON, PA 19401

Claim Number: 3763
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,276.91 | Scheduled: | $6,533.95 |

---

FORNERIS, JULIUS A.
1275 PARK PLACE CT
CREST HILL, IL 60403

Claim Number: 3764
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,168.81 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| INFOHIGHWAY COMMUNICATIONS<br>ATTN KAREN JACOBY<br>DIRECTOR CREDIT & COLLECTIONS<br>39 BROADWAY, 19TH FLOOR<br>NEW YORK, NY 10006 | Claim Number: 3765<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $23,611.29 | Scheduled: | $23,611.29 |
|---|---|---|---|---|

| TROUT, JAMES G.<br>10104 DUBLIN ROAD<br>WALKERSVILLE, MD 21793 | Claim Number: 3766<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $30,939.22 |
|---|---|---|

| KLEIN, KAREN L.<br>14120 ELKHART ST.<br>LEROY, IN 46355 | Claim Number: 3767<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
|---|---|

| PRIORITY | Claimed: | $3,818.11 |
|---|---|---|
| UNSECURED | Claimed: | $3,818.11 |
| TOTAL | Claimed: | $3,818.11 |

| YOUR PRIVATE LIMOUSINE<br>ATTN TRACY HODGE, PRESIDENT<br>3255 N. ARLINGTON HEIGHTS ROAD<br>ARLINGTON HIEGHTS, IL 60004 | Claim Number: 3768<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $3,620.10 |
|---|---|---|

| CHAPMAN, SUSAN M. AND JERRY A. JTWROS<br>10730 ANTWERP ROAD<br>GRABILL, IN 46741-9409 | Claim Number: 3769<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| YOUR PRIVATE LIMOUSINE, INC.<br>ATTN TRACY HODGE, PRESIDENT<br>3255 N ARLINGTON HEIGHTS<br>ARLINGTON HEIGHTS, IL 60004 | Claim Number: 3770<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $3,620.10 | Scheduled: | $3,620.10 |
|---|---|---|---|---|

| COLLINS, KENNETH R (KEN)<br>26 WYOMING DR<br>HUNTINGTON STATION, NY 11746 | Claim Number: 3771<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $4,526.92 | Scheduled: | $6,337.69  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FARR, MACK
1019 TYLER ST
HERNDON, VA 20170

Claim Number: 3772
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $971.80 | |

---

KLEIN, LILLIAN
198 WESTGATE DRIVE
EDISON, NJ 08820

Claim Number: 3773
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $2,196.91 | |

---

C J MAINTENANCE INC
ATTN JILLIAN A. ZEI, VP
5525 TWIN KNOLLS RD
STE 323
COLUMBIA, MD 21045

Claim Number: 3774
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,185.30 | Scheduled: | $4,185.30 |

---

MEYER, ADOLPH H.
U.S. BANK, N.A. IRA CUSTODIAN
4541 MELLOWLIGHT
SAINT LOUIS, MO 63129

Claim Number: 3775
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,813.50 | |

---

BANGERT, PEGGY
315 CHASSELLE LN
SAINT LOUIS, MO 63141

Claim Number: 3776
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.30 | Scheduled: | $461.20 CONT |

---

SCHAFER, MARJORIE A.
225 S MERAMEC AVE STE 322T
SAINT LOUIS, MO 63105-3596

Claim Number: 3777
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

GREGOIRE, PHILIPPE R
858 MIDDLE STREET
FALL RIVER, MA 02721

Claim Number: 3778
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,058.96 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THOMPSON, JERRY T.<br>15508 LONG COVE BLVD.<br>CARMEL, IN 46033 | Claim Number: 3779<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $21,913.96 |
|---|---|---|
| UNSECURED | Claimed: | $21,913.96 |
| TOTAL | Claimed: | $21,913.96 |

---

| ALMEIDA, TED A.<br>15611 S.E. 178TH PL<br>RENTON, WA 98058 | Claim Number: 3780<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,428.00 |
|---|---|---|

---

| GERALD P MALLECK R E APPRAISER<br>ATTN GERALD MALLECK, OWNER<br>516 CUSHING STREET SW<br>OLYMPIA, WA 98502 | Claim Number: 3781<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

---

| REVAK, KELLEY<br>805 WOODWARD ST<br>MCKEESPORT, PA 15132 | Claim Number: 3782<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| PRIORITY | Claimed: | $1,818.88 |
|---|---|---|

---

| STAATS, MICHAEL K.<br>6008 VIVIAN CT.<br>ARVADA, CO 80004 | Claim Number: 3783<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>ATTN: JOYCE PRESNELL<br>MOBILE, AL 36601 | Claim Number: 3784<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $1,535.00 |
|---|---|---|

---

| TIBOR, CAROL A. AND ROBERT J.<br>65345 E. CANYON DR<br>TUCSON, AZ 85739 | Claim Number: 3785<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,936.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LOUIE, VICTORIA J.<br>6856 N. RUTHLEE AV<br>SAN GABRIEL, CA 91775 | Claim Number: 3786<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $465.00 |
|---|---|---|
| UNSECURED | Claimed: | $465.00 |
| TOTAL | Claimed: | $465.00 |

| DINELLO, GIANNI<br>1825 WRIGHTS WAY #2<br>PITTSBURGH, PA 15203-1729 | Claim Number: 3787<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FOWLER, MORTON D.<br>533 CONWAY VILLAGE DR.<br>ST. LOUIS, MO 63141 | Claim Number: 3788<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

| AUSTIN, LONNIE R.<br>2328 S.W. 92ND ST.<br>OKLAHOMA CITY, OK 73159 | Claim Number: 3789<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,509.99 |
|---|---|---|

| MISSISSIPPI POWER COMPANY<br>ATTN: JAN STUART<br>401 W MAIN AVE<br>LUMBERTON, MS 39455 | Claim Number: 3790<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $222.95 | Scheduled: | $145.38 |
|---|---|---|---|---|

| STRAW, GEORGE W.<br>3570 VANCOUVER DR.<br>DALLAS, TX 75229 | Claim Number: 3791<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $3,721.34 |
|---|---|---|

| FROST, MICHAEL<br>2108 WOODWAY DR<br>ARLINGTON, TX 76017 | Claim Number: 3792<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TOP TIER DATACOM<br>PO BOX 1225<br>ROSEVILLE, CA 95678-8225 | Claim Number: 3793<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $63.75 | Scheduled: | $63.75 |
|---|---|---|---|---|

---

| TUONG, KHANH NGUYEN<br>628 J ST<br>DAVIS, CA 956162327 | Claim Number: 3794<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $150.00 |
|---|---|---|
| UNSECURED | Claimed: | $17,544.00 |

---

| REEVES, E. DUANE<br>IRA ACCOUNT<br>11119 OAKVIEW TERRACE<br>AUBURN, CA 95603 | Claim Number: 3795<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,655.00 |
|---|---|---|

---

| KUO, YU NUNG<br>35 N WOODHULL RD<br>HUNTINGTON, NY 11743 | Claim Number: 3796<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00  CONT |
|---|---|---|---|---|

---

| AMEY, RICHARD<br>2283 SADDLE CLUB RD<br>BURLINGTON, NC 27215 | Claim Number: 3797<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $930.95 |
|---|---|---|

---

| AMEY, LYNDA T.<br>2283 SADDLE CLUB RD<br>BURLINGTON, NC 27215 | Claim Number: 3798<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $175.95 |
|---|---|---|

---

| LANKFORD, THOMAS BARRETT IRA<br>1203 KING GEORGE DR.<br>GREENSBORO, NC 27410-3112 | Claim Number: 3799<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,372.98 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HANDLER, JACK G.
2424 PLACIDA ROAD - 202C
ENGLEWOOD, FL 34224

Claim Number: 3800
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $7,125.00   UNLIQ | | |

---

PATTISON, ROBERT G.
2120 PALAZZA DR
SARASOTA, FL 34238

Claim Number: 3801
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $5,225.00 | | |

---

FERRELL, JAMES
758 MARY KING MT. DR.
MURPHY, NC 28906

Claim Number: 3802
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $4,480.00 | | |

---

SCOURTOS, THOMAS C
16 SHORE DR N
COPIAGUE, NY 11726

Claim Number: 3803
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,326.92 | | $1,326.92  CONT |

---

HARRISON, MIGDALIA M
PMB 59
3280 SUNRISE HWY
WANTAGH, NY 117934024

Claim Number: 3804
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,446.15 | | $1,446.15  CONT |

---

STOKLOSA, LESLIE E. IRA
FCC AS CUSTODIAN
165 GREENTREE RD
TONAWANDA, NY 14150-6445

Claim Number: 3805
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| SECURED | | $8,922.34 | | |

---

CHAMBLISS, ROBERT E.
4352 MAPLEWOOD DRIVE.
TRUSSVILLE, AL 35173

Claim Number: 3806
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $67,585.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GANDOLF, THOMAS J. TTEE<br>OF THE DOLORES M. GANDOLF REV TR<br>1460 PULASKI ROAD<br>CALUMET CITY, IL 60409-3810 | | Claim Number: 3807<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,750.00 | | |
| GANDOLFI, THOMAS<br>1460 PULASKI RD<br>CALUMET CITY, IL 60409 | | Claim Number: 3808<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,500.00 | | |
| GANDOLFI, THOMAS IRA<br>1460 PULASKI RD<br>CALUMET CITY, IL 60409 | | Claim Number: 3809<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,500.00 | | |
| LUCIE, JOSEPH C.<br>424 OWEN ST<br>CHARLESTON, SC 29414 | | Claim Number: 3810<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,989.75 | | |
| ONUSHCO, DENNIS J.<br>8310 SW 79TH CIRCLE<br>OCALA, FL 34476 | | Claim Number: 3811<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $10.50 | | |
| UNSECURED | Claimed: | $303.54 | | |
| VERMA, SANJEEV<br>444 SARATOGA AVE., # 5L,<br>SANTA CLARA, CA 95050 | | Claim Number: 3812<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,278.50 | | |
| CROSS BORDER (USA) INC.<br>ATTN LINDA ROSENBLUTH - OFFICE MANAGER<br>65 BROADWAY<br>SUITE 605<br>NEW YORK, NY 10006 | | Claim Number: 3813<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BLACKBURN, BARBRA
5694 KIPLING PKWY UNIT 203
ARVADA, CO 80002-2182

Claim Number: 3814
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

PRIORITY                                    Scheduled:           $3,288.08  CONT
UNSECURED        Claimed:           $3,288.08

---

CHARLES SCHWAB TRUST CO CUST
COLO ANESTHESIA CONSULT 401K
FBO LEONARD L. GRIFFITHS III
2020 E. 9TH AVE.
DENVER, CO 80206

Claim Number: 3815
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

PRIORITY         Claimed:          $33,569.90

---

CALLAHAN, GEORGE S. JR TRUSTEE
GEORGE S. CALLAHAN JR TRUST
931 VENTURA AVE
ORLANDO, FL 32804

Claim Number: 3816
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

UNSECURED        Claimed:          $18,837.00

---

OBERENDER, ALVIN JR. & LOIS MARY
9611 TENTH AVENUE
PARKVILLE, MD 21234-1844

Claim Number: 3817
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED        Claimed:            $0.00   UNDET

---

PETRELLA, ROBERT
106 ILFORD AVENUE
NORTH ARLINGTON, NJ 07031-5916

Claim Number: 3818
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED        Claimed:           $6,419.40

---

LACEY, EDWARD B. TRUSTEE
2050 FIRETHORN DR
FRONTENAC, MO 63131

Claim Number: 3819
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED        Claimed:          $10,259.00

---

LORENZ, GEORGE
3576 N TANGLEWOOD LN.
SHELBYVILLE, IN 46176-9444

Claim Number: 3820
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

UNSECURED        Claimed:           $2,212.79

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SPANGLER, BARRETT &<br>2905 CRESTWOOD LN<br>COLUMBIA, MO 65203-0997 | | Claim Number: 3821<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,537.00 |
| LERNER, LAWRENCE TTEE<br>THE LERNER FAMILY TRUST<br>516 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210-3318 | | Claim Number: 3822<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| THAMPY, ANIL<br>1 CITYVIEW LN UNIT 505<br>QUINCY, MA 02169-4677 | | Claim Number: 3823<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,000.00 |
| ROBISON, NORMAN L.<br>475 S ARLINGTON AV<br>RENO, NV 89501 | | Claim Number: 3824<br>Claim Date: 11/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $400.00 |
| NAPOLI, CARMINE F<br>9 ARPAGE DR W<br>SHIRLEY, NY 11967-3703 | | Claim Number: 3825<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $3,360.00          Scheduled:          $3,360.00  CONT |
| ROESNER, PAUL I.<br>2819 JODORE AVE.<br>TOLEDO, OH 43606 | | Claim Number: 3826<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $9,000.00<br>$1,000.00 |
| WARDEN, BARBARA GAIL<br>C/O A S WARDEN<br>180 MAIN ST APT 341<br>WALPOLE, MA 02081 | | Claim Number: 3827<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $3,231.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | Claim Number: 3828<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $400.00 | | |
|---|---|---|---|---|

| STEFFEY, ROY A.<br>35711 BAL CLAIR<br>NEW BALTIMORE, MI 48047 | Claim Number: 3829<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,562.00 | | |
|---|---|---|---|---|

| FREDERICK, PHYLLIS<br>370 SUMMIT AVENUE<br>FLEETWOOD, NY 10552 | Claim Number: 3830<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69  CONT |
|---|---|---|---|---|

| GRAF, JAMES E. (RLVR IRA)<br>23 INDIAN CREEK DR.<br>RUDOLPH, OH 43462 | Claim Number: 3831<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $6,093.00 | | |
|---|---|---|---|---|

| DRAGE, DALE M.<br>63N 300W<br>RUPERT, ID 83350-9645 | Claim Number: 3832<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,478.92 | | |
|---|---|---|---|---|

| ARAJ, JEFFREY / ROTH IRA<br>7575 S. TROPICAL TRL.<br>MERRITT ISLAND, FL 32952 | Claim Number: 3833<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $33,139.87 | | |
|---|---|---|---|---|

| PATTERSON, TRUDY<br>2401 COUNTRY VIEW LN APT 112<br>MCKINNEY, TX 750698708 | Claim Number: 3834<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,961.54 | Scheduled: | $2,961.54  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LIOU, LONG
4906 SIERRA PINE DR.
RENO, NV 89519

Claim Number: 3835
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,200.00 |

---

KLUESNER, KENNETH L. & BETTY D.
323 THIRD ST. - BOX 506
BLOOMINGTON, WI 53804

Claim Number: 3836
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,923.34 |

---

JANUARY, BILL D. TR
BILL D. JANUARY TTE
P.O. BOX 95
AUGUSTA, KS 67010

Claim Number: 3837
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,058.75 |
| UNSECURED | Claimed: | $0.00 |

---

EVANS, WALLACE B.
P.O. BOX 177
EDENTON, NC 27932-0173

Claim Number: 3838
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

KUITI, DIANNE K.
2233 VERMILION RD
DULUTH, MN 55903

Claim Number: 3839
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,280.10 |

---

TODD, THOMAS & THERESA J.
703 RUMFORD COURT
CHESAPEAKE, VA 23322-7526

Claim Number: 3840
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,102.31 |
| UNSECURED | Claimed: | $7,102.31 |
| TOTAL | Claimed: | $7,102.31 |

---

CLARK, ROBERT A. & ERA F. JT TEN
1029 JEWEL DR.
MCCOMB, MS 39648-9786

Claim Number: 3841
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,715.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHERWOOD, GEORGE D.<br>6323 TRAILWOOD TER<br>SHREVEPORT, LA 71119-7234 | Claim Number: 3842<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| DIMICCO, DEBORAH V.<br>33 STERLING ST<br>NEWTOWN, PA 18940 | Claim Number: 3843<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,797.00 |

| SHRAGER, ALBERT I.<br>545 EVERGREEN LANE<br>LAFAYETTE HILL, PA 19444-2307 | Claim Number: 3844<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,793.56 |

| NELSON, RANDALL & YUKO<br>PMB 8143<br>411 WALNUT ST<br>GREEN CV SPGS, FL 32043-3443 | Claim Number: 3845<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,718.98 |

| STRICKLY APPRAISALS<br>ATTN OFFICE MANAGER<br>941 GARDNER RD<br>FLOSSMOOR, IL 60452 | Claim Number: 3846<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $275.00 |

| WATSON FAMILY REV TRUST<br>1647 CALMING WATER DR. BOX 83<br>ORANGE PARK, FL 32003-3414 | Claim Number: 3847<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| GS & ASSOC, LLC<br>1601 W CENTRE AV<br>PORTAGE, MI 49024 | Claim Number: 3848<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $975.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COASTAL BEND REAL ESTATE SVCS
ATTN RAULIE L. IRWIN, JR.  - OWNER
PO BOX 1033
GOLIAD, TX 77963

Claim Number: 3849
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50.00 |

---

SC APPRAISAL SERVICE LLC
PO BOX 210545
COLUMBIA, SC 29221

Claim Number: 3850
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

THOMPSON, STEPHANIE
3151 WINTERGREEN DR
FLORISSANT, MO 63033

Claim Number: 3851
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $253.92 | Scheduled: | $507.84  CONT |

---

IRON MOUNTAIN INFORMATION MANAGEMENT INC
ATTN R. FREDERICK LINFESTY, ESQ. - ATTY
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 3852
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments:
CLAIM OUT OF BALANCE

| | | |
|---|---|---|
| SECURED | Claimed: | $24,051.00 |
| UNSECURED | Claimed: | $71,558.29 |
| TOTAL | Claimed: | $95,579.29 |

---

JAY EARL ASSOCIATES LLC
C/O KAPLAN REALTY GROUP
170 WEST 74TH STREET
NEW YORK, NY 10023

Claim Number: 3853
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $54,638.91 |

---

BARONE & SONS, INC.
ATTN R. ROBERT BARONE, PRESIDENT
4701 BAPTIST ROAD
PITTSBURGH, PA 15227

Claim Number: 3854
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,925.00 |

---

OWEN APPRAISAL SERVICE
ATTN ROBERT J OWEN, OWNER
5450 STEVBENVILLE PIKE
MCKEES ROCKS, PA 15136

Claim Number: 3855
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,475.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOUGLAS, DONALD
808 ARLINGTON GLEN DR.
FENTON, MO 63026

Claim Number: 3856
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

TAYLOR-POWELL, CAROL J.
ROTH IRA
737 N BROADWAY
COOS BAY, OR 97420

Claim Number: 3857
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,721.00 |
|---|---|---|

POWELL, DENNIS EDWARD
ROTH IRA
PO BOX 1666
COOS BAY, OR 97420

Claim Number: 3858
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,887.00 |
|---|---|---|

POWELL, DENNY
737 N BROADWAY
COOS BAY, OR 97420

Claim Number: 3859
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,997.00 |
|---|---|---|

OYER, LELAND C.
336 N DENVER AVE
KANSAS CITY, MO 64123

Claim Number: 3860
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

OYER, LELAND C.
336 N DENVER AVE
KANSAS CITY, MO 64123

Claim Number: 3861
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

SCHWARZ, EARNEST K.
731 NW SCHWARZ RD
GOWER, MO 64454

Claim Number: 3862
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,125.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCHWARZ, ANNA LOUISE<br>731 NW SCHWARZ<br>GOWER, MO 64454 | Claim Number: 3863<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

| SCHWARZ, ANNA LOUISE<br>731 NW SCHWARZ<br>GOWER, MO 64454 | Claim Number: 3864<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,125.00 |
|---|---|---|

| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | Claim Number: 3865<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9142 (08/13/2010)<br>Amends claim number 1182 |
|---|---|

| UNSECURED | Claimed: | $1,750.00 |
|---|---|---|

| KOBORSSY, GHASSAN C.<br>262 PALM VALLEY BLVD #109<br>SAN JOSE, CA 95123 | Claim Number: 3866<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $837.00 |
|---|---|---|

| MINTZ, RONNIE<br>130 OVERLOOK AVE APT 2K<br>HACEKENSACK, NJ 76012239 | Claim Number: 3867<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WUST, KARL K.<br>8729 22ND AVE N.W.<br>SEATTLE, WA 98117 | Claim Number: 3868<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $3,510.00 |
|---|---|---|

| JEFFERIS, STEVE<br>2325 POLLOCK RD<br>DELAWARE, OH 43015 | Claim Number: 3869<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | Claim Number: 3870<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $454.35 | | |
|---|---|---|---|---|

| GREENERY UNLIMITED<br>ATTN LYNN M SLATER, OFFICE MGR<br>2052 60TH PLACE EAST<br>BRADENTON, FL 34203 | Claim Number: 3871<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $727.39 | | |
|---|---|---|---|---|

| OLIVARES, NANCY<br>19401 JERRILYN LN<br>HUNTINGTON BCH, CA 926462729 | Claim Number: 3872<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90.00 | Scheduled: | $90.00 CONT |

| BANDERMANN, RICK<br>3402 JULIE DR<br>CAPE GIRARDEAU, MO 63701 | Claim Number: 3873<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,600.00 | | |
|---|---|---|---|---|

| BRICKHAUS, DONALD F. & JANET S.<br>226 BAMBOO LN<br>JACKSON, MO 63755 | Claim Number: 3874<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,070.18 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $10,052.18 | | |

| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON<br>17<br>SAN DIEGO, CA 92130 | Claim Number: 3875<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $6,134.62 | Scheduled: | $6,810.44 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $351.11 CONT |

| SHAH, HARSHAD & KALPANA<br>9648 SEVILLE WAY<br>CYPRESS, CA 90630-6804 | Claim Number: 3876<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $17,950.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROGENMOSER APPRAISAL SERVICE
CATHERINE ROGENMOSER
9094 WIGMORE CT
ELK GROVE, CA 95624

Claim Number: 3877
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $1,600.00 |
|---|---|---|---|---|

GRUNDY, GARY & KAREN R. JTWROS
9552 NORWAY HILLS TRL
LAKEVILLE, MN 55044

Claim Number: 3878
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $6,146.29 |
|---|---|---|

GRUNDY, KAREN R.
9552 NORWAY HILLS TR
LAKEVILLE, MN 55044

Claim Number: 3879
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,947.67 |
|---|---|---|

GRUNDY, GARY L.
9552 NORWAY HILLS TRL
LAKEVILLE, MN 55044

Claim Number: 3880
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $18,617.15 |
|---|---|---|

G.F. PROFESSIONAL SERVICE, INC
ATTN GLORIA A FERNANDEZ
1704 MAPLEWOOD DR
GREENACRES, FL 33415

Claim Number: 3881
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

ALDERSON, PATRICIA H.
1119 CAMERON RD
ALEXANDRIA, VA 22308

Claim Number: 3882
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

ALDERSON, PATRICIA H.
1119 CAMERON RD
ALEXANDRIA, VA 22308

Claim Number: 3883
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLARK, NICHOLE<br>1617 CARNELIAN COURT<br>WOODLAND, CA 95695 | Claim Number: 3884<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $415.00 | | |
|---|---|---|---|---|

| HITCHENS APPRAISAL GROUP<br>B316<br>4100 CARMEL RD STE B<br>CHARLOTTE, NC 282266151 | Claim Number: 3885<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $650.00 | | |
|---|---|---|---|---|

| COLEMAN, SHERINE N<br>1185 E 91ST<br>BROOKLYN, NY 11230 | Claim Number: 3886<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62  CONT |
|---|---|---|---|---|

| TRUST OF LARRY L. HARRISON &<br>LJUBICA V. HARRISON<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | Claim Number: 3887<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,541.10 | | |
|---|---|---|---|---|

| HARRISON, LJUBICA V.<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | Claim Number: 3888<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,875.00 | | |
|---|---|---|---|---|

| HARRISON, LARRY L.<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | Claim Number: 3889<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,118.96 | | |
|---|---|---|---|---|

| TRUST OF LARRY L. & LJUBICA V. HARRISON<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | Claim Number: 3890<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,050.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FISH WINDOW CLEANING
256 TODDS RIDGE RD
WILMINGTON, OH 451777508

Claim Number: 3891
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $67.41 |
|---|---|---|

---

TORNQUIST, KENNETH R. & JUDY K.
12522 BALLARD BLVD
HARDIN, MO 64035

Claim Number: 3892
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

---

SOUDER, WARREN G.
5833 MACKEY ST
SHAWNEE MISSION, KS 66202

Claim Number: 3893
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

MONTELEONE, JOSEPH P.
225 W 25TH ST
APT #2C
NEW YORK, NY 10001

Claim Number: 3894
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,273.90 |
|---|---|---|

---

JEFFERIS, CATHERINE IRA
2325 POLLOCK RD
DELAWARE, OH 43015

Claim Number: 3895
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

---

SALISBURY100 INC
ATTN MARK D BLADES, VP
5423 SAINT ANDREWS DR
SALISBURY, MD 218012466

Claim Number: 3896
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $485.00 |
|---|---|---|

---

DUBENSKY, MITCH
4411 CHESAPEAKE ST NW
WASHINGTON, DC 20016

Claim Number: 3897
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,699.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3898<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,650.36 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3899<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $2,505.72 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3900<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,882.36 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3901<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $2,188.08 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3902<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $712.83 |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON, ATTORNEY<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | | Claim Number: 3903<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| PRIORITY | Claimed: | $0.00   UNDET |
| ENYART, DAVID S.<br>712 HUNTINGTON CIR<br>GREENVILLE, SC 29607 | | Claim Number: 3904<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CARTER, GEORGE HARRIS
4309 PINEY RD
RICHMOND, VA 23222

Claim Number: 3905
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GENDELMAN, MAX & DORIS
7515 PELICAN BAY BLVD
APT 14A
NAPLES, FL 34108

Claim Number: 3906
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $33,355.79 |
|---|---|---|

---

MOORE, FRANKLIN L. & JANICE T.
311 E MORSE BLVD
APT 3-5
WINTER PARK, FL 32789

Claim Number: 3907
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,244.96 |
|---|---|---|

---

CONRAD, FREDERICK D., CUSTODIAN FOR
FREDERICK D. CONRAD, IRA
4009 WOOD END DR
EDINA, MN 55424-1441

Claim Number: 3908
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| SECURED | Claimed: | $26,088.44 |
|---|---|---|

---

CONRAD, FREDERICK D. & JEAN JT WROS
4009 WOOD END DR
EDINA, MN 55424-1441

Claim Number: 3909
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| SECURED | Claimed: | $64,746.29 |
|---|---|---|

---

RUSHBY, RUTH R.
BOX 724
SAUNDERSTOWN, RI 02874

Claim Number: 3910
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,890.95 |
|---|---|---|

---

WHITMAN TOWN
ATTN MARY BETH CARTER, TOWN COLLECTOR
BOX 459
WHITMAN, MA 02382

Claim Number: 3911
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOOTH, WILLIAM R.
6821 CORRAL CIRCLE
SARASOTA, FL 34243

Claim Number: 3912
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

WALKER, NINA D.
6343 GRAY SEA WAY
COLUMBIA, MD 210457423

Claim Number: 3913
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $918.72 |
|---|---|---|

---

GASKIN, HELEN D.
16930 NW HARRY G MCCLELLAN RD
BLOUNTSTOWN, FL 32424-4660

Claim Number: 3914
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $24,508.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,508.00 |
| TOTAL | Claimed: | $24,508.00 |

---

GASKIN, HELEN D.
16930 NW HARRY G MCCLELLAN RD
BLOUNTSTOWN, FL 32424-4660

Claim Number: 3915
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $29,564.00 |
|---|---|---|

---

JENTSCH, HILDEGART E.
IRA FBO
PERSHING LLC AS CUST.
PO BOX 720542
JACKSON HEIGHTS, NY 11372-0542

Claim Number: 3916
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

JEZEWSKI, MICHELLE
2745 BRISTOL DR
APT 110
LISLE, IL 605324251

Claim Number: 3917
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,038.72 | Scheduled: | $1,038.72  CONT |
|---|---|---|---|---|

---

SIMS, BRENDY
1265 HARTREY AVE
EVANSTON, IL 60202

Claim Number: 3918
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,071.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JOHANSON, JASON<br>177 HERITAGE TRL<br>HAINESVILLE, IL 60030 | Claim Number: 3919<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| **UNSECURED**     Claimed: | $1,851.00 |

---

| MADDOCK, ROY K.,<br>I/C/O EDWARD JONES & CO CUSTODIAN<br>4533 BRYNCASTLE PL<br>SAINT LOUIS, MO 63128-3504 | Claim Number: 3920<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| **UNSECURED**     Claimed: | $11,866.81 |

---

| STRICKLY APPRAISALS<br>ATTN OFFICE MANAGER<br>PO BOX 782<br>FLOSSMOOR, IL 60422 | Claim Number: 3921<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| **UNSECURED**     Claimed: | $300.00 |

---

| ESSIG, RICHARD J.<br>#2 LAKE PINEHURST VILLA'S<br>PINEHURST, NC 28374 | Claim Number: 3922<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| **UNSECURED**     Claimed: | $3,500.00 |

---

| ESSIG, LYNNE P.<br>#2 LAKE PINEHURST VILLA'S<br>PINEHURST, NC 28374 | Claim Number: 3923<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| **UNSECURED**     Claimed: | $1,050.00 |

---

| OLSIN, ALBERT<br>8381 N AKINS RD APT 101<br>N ROYALTON, OH 44133-4763 | Claim Number: 3924<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| **UNSECURED**     Claimed: | $0.00   UNDET |

---

| STEVENS, JAMI<br>6 SHELART ST.<br>PLAINVIEW, NY 11803 | Claim Number: 3925<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|
| **PRIORITY**     Claimed: | $1,148.18       Scheduled:       $2,296.36   CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CARELLI, JACK
2927 SE VILLAGE LOOP APT 321
VANCOUVER, WA 98683-8121

Claim Number: 3926
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $21,533.25 |

---

JOHNSON, KAREN
711 GARNER AVE UNIT 204
SALINAS, CA 939051083

Claim Number: 3927
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNDET |

---

APPLEGATE, SIDNEY D.
PO BOX 305
GLENROCK, WY 82637

Claim Number: 3928
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $1,055.97 |

---

DAVIDSON, GALE M.
9001 S 47TH PLACE
PHOENIX, AZ 85044

Claim Number: 3929
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $830.93 |

---

ALLEN, EDWARD
137 52 231ST STREET
LAURELTON, NY 11413

Claim Number: 3930
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8815 (04/30/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $192.39 | | $384.60  CONT |

---

BECKLEY, RICHARD D.
830 SANDERS RD
SOUTHPORT, NC 28461-9777

Claim Number: 3931
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $6,571.00 |

---

PRAKASH, VED
910 ORCHARD DR
FAYETTEVILLE, NC 28303

Claim Number: 3932
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $9,059.89 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| WILLIAMS, JAMES, L.<br>730 ROCK BEACH RD<br>ROCHESTER, NY 14617 | | Claim Number: 3933<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $80,256.00 | | | |
| CLAYTON COUNTY TAX COMMISSIONER<br>ATTN TERRY L BASKIN, TAX COMMISSIONER<br>CLAYTON COUNTY ADMINISTRATION, ANNEX 3<br>121 S MCDONOUGH ST, 2ND FL<br>JONESBORO, GA 30236 | | Claim Number: 3934<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| PRIORITY | Claimed: | $854.69 | | | |
| BLAIR, DEANA W<br>4572 JAMERSON FOREST PKWY<br>MARIETTA, GA 30066 | | Claim Number: 3935<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT | |
| HANSEN, DALE A.<br>1249 11TH ST W<br>DICKINSON, ND 58601 | | Claim Number: 3936<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10,792.97 | | | |
| UNSECURED | Claimed: | $10,792.97 | | | |
| TOTAL | Claimed: | $10,792.97 | | | |
| PEACOCK, VALORIE J.<br>14712 E COLGATE DR<br>AURORA, CO 80014 | | Claim Number: 3937<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $990.24 | | | |
| TOTAL | Claimed: | $990.00 | | | |
| MORINE, WAYNE<br>8121 PLEASANT RUN LN<br>WELLINGTON, CO 80549 | | Claim Number: 3938<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $2,852.49 | | | |
| MUSTILLE, ANTHONY N., TTEE<br>8321 PERSIMMON TREE RD<br>BETHESDA, MD 20817 | | Claim Number: 3939<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $59,862.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FARNAN, WILLIAM P
176
5500 MILITARY TRL STE 22
JUPITER, FL 334582871

Claim Number: 3940
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7930 (08/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,180.00 | | |

---

SQUICCIARINI, DARYL
1 HEATHERWOOD CT
MANORVILLE, NY 11949

Claim Number: 3941
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,705.80 | |
| UNSECURED | Claimed: | $7,705.80 | |
| TOTAL | Claimed: | $7,705.80 | |

---

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 93710-5318

Claim Number: 3942
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $524.16 | Scheduled: | $524.16  CONT |
| SECURED | Claimed: | $0.00 | | |

---

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 937105318

Claim Number: 3943
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 8299 (11/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $786.24  CONT |
| SECURED | Claimed: | $786.24 | | |

---

DYCKA, CHRISTOPHER
17 MARY LU DRIVE
HOLTSVILLE, NY 11742

Claim Number: 3944
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,796.15 | |

---

PEACOCK, VALORIE J (VAL)
14712 E COLGATE DR
AURORA, CO 80014

Claim Number: 3945
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,897.50  CONT |

---

ST JOHN, PETRA
1125 SE CLATSOP ST
PORTLAND, OR 97202-7021

Claim Number: 3946
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $269.23 | Scheduled: | $269.23  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CASENTA, FRANK JR.<br>3402 WINDSOR LN<br>THORNDALE, PA 19372 | | Claim Number: 3947<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $150.00 |
| WILLIAMS, LAURIE<br>380 PEBBLE ACRES<br>SAINT LOUIS, MO 63141 | | Claim Number: 3948<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,390.00 |
| WILLIAMS, CHARLES<br>380 PEBBLE ACRES<br>SAINT LOUIS, MO 63141 | | Claim Number: 3949<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,090.80 |
| SABA, NICOLE<br>PO BOX 12220<br>BEAUMONT, TX 77706 | | Claim Number: 3950<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KOTVASZ, CAROLYN M.<br>148 N 750 W<br>VALPARAISO, IN 46385 | | Claim Number: 3951<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $5,065.90 |
| SECURED | Claimed: | $5,065.90 |
| UNSECURED | Claimed: | $5,065.90 |
| TOTAL | Claimed: | $5,065.90 |
| KOTVASZ, CAROLYN M.<br>148 N 750 W<br>VALPARAISO, IN 46385 | | Claim Number: 3952<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,574.95 |
| SECURED | Claimed: | $2,574.95 |
| UNSECURED | Claimed: | $2,574.95 |
| TOTAL | Claimed: | $2,574.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| HANSEN, VICKIE V.<br>PO BOX 91<br>LAVA HOT SPGS, ID 83246-0091 | | Claim Number: 3953<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $3,367.85 |
| SECURED | Claimed: | $3,367.85 |
| TOTAL | Claimed: | $3,367.85 |

| PENG, TING FU & ENG CHIN<br>6315 FAIR OAKS AVE<br>BALTIMORE, MD 21214 | | Claim Number: 3954<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,107.07 |

| WARD, MICKEY<br>501 WELCH RD<br>TIMMONSVILLE, SC 29161 | | Claim Number: 3955<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $32,767.56 |

| KOTVASZ, ANDREW L.<br>148 N 750 W<br>VALPARAISO, IN 46385 | | Claim Number: 3956<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,574.95 |
| SECURED | Claimed: | $2,574.95 |
| UNSECURED | Claimed: | $2,574.95 |
| TOTAL | Claimed: | $2,574.95 |

| CAPUTO, ANTHONY M.<br>110 BANDY WINE DR<br>BETHANY BEACH, DE 19930 | | Claim Number: 3957<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $125,000.00 |

| KLEIN, LAWRENCE<br>14120 ELKHART ST<br>LEROY, IN 46355 | | Claim Number: 3958<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,913.42 |
| UNSECURED | Claimed: | $2,913.42 |
| TOTAL | Claimed: | $2,913.42 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BURGESS, GLENN B.<br>1150 W F ST<br>ONTARIO, CA 91762 | Claim Number: 3959<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| SHRED - IT<br>ATTN LEE MILLER, GENERAL MANAGER<br>7150 TROY HIL DRIVE<br>STE 100<br>ELKRIDGE, MD 21075-5846 | Claim Number: 3960<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $715.00 | Scheduled: | $715.00 |
|---|---|---|---|---|

| SHRED IT BALTIMORE<br>ATTN LEE MILLER, G.M<br>7150 TROY HILL DRIVE<br>SUITE 100<br>ELKRIDGE, MD 21075-5846 | Claim Number: 3961<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $54.00 | Scheduled: | $54.00 |
|---|---|---|---|---|

| SHRED IT BALTIMORE<br>ATTN LEE MILLER, G.M.<br>7150 TROY HILL DRIVE<br>ELKRIDGE, MD 21075-5846 | Claim Number: 3962<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $65.00 | | |
|---|---|---|---|---|

| SHEEN, ALEXANDER W.<br>7892 SAILBOAT KEY BLVD.<br>APT 408<br>SO. PASADENA, FL 33707 | Claim Number: 3963<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,580.96 | | |
|---|---|---|---|---|

| APPRAISAL SERVICE OF MARYLAND ASSOCIATES<br>ATTN DANIEL POLLACK, OWNER<br>P.O. BOX 5970<br>BALTIMORE, MD 21282 | Claim Number: 3964<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $700.00 | | |
|---|---|---|---|---|

| TRONT, PETER M<br>197 ROYAL OAKS DRIVE<br>WARETOWN, NJ 08758 | Claim Number: 3965<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,896.30 | Scheduled: | $1,896.30  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HERBIG, PATRICIA I., I.R.A.<br>P.O. BOX 873<br>WEST END, NC 27376 | | Claim Number: 3966<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $3,124.00 |
| MALLIN, MARTIN<br>THE PHILADELPHIA 10.B.29<br>2401 PENNSYLVANIA AVE.<br>PHILADELPHIA, PA 19130 | | Claim Number: 3967<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $12,269.32 |
| COHEN, STUART<br>4013 NEWCASTLE A<br>BOCA RATON, FL 334344621 | | Claim Number: 3968<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BARONI, DIANA M.<br>14 JAY DRIVE<br>RANDOLPH, NJ 07869 | | Claim Number: 3969<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,450.50 |
| BARRY HABIB<br>ATTN BARRY HABIB, CEO<br>1000 STERLING RIDGE<br>COLTS NECK, NJ 07722 | | Claim Number: 3970<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $4,500.00 |
| RUNYAN, MATTHEW L.<br>7 BITTERSWEET LN<br>LEVITTOWN, NY 11756 | | Claim Number: 3971<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $4,807.50 |
| GRAY, JACK<br>24 RIDGE MOUNT CT.<br>SAINT CHARLES, MO 63303 | | Claim Number: 3972<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GENEVIEVE A DODGE TR
UA 04/18/00
GENEVIEVE A DODGE REV TRUST
312 CLAYTON CROSSING,UNIT 305
BALLWIN, MO 63011-2270

Claim Number: 3973
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

---

PLATOW, R ALAN
PO 888
114 W. CHESTNUT ST
SAINT MICHAELS, MD 21663

Claim Number: 3974
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,001.22 | |

---

SHRIVER, PAULA
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

Claim Number: 3975
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,968.27 | Scheduled: | $1,968.27  CONT |

---

LAWSON, MICHAEL SFC
CMR 405 BOX 7519
APO, AE 09034

Claim Number: 3976
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $840.00 | |

---

CANALES, SHANNON D
3570 ARGYLE AVE.
CLOVIS, CA 93612

Claim Number: 3977
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $907.31 | Scheduled: | $907.31  CONT |
| SECURED | Claimed: | $0.00 | | |

---

SNOW, ANGELIA M
12133 LANDING
GREEN DR
CHARLOTTE, NC 28277

Claim Number: 3978
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,557.69 | Scheduled: | $2,557.69  CONT |

---

MAGNUSSON, BRIAN G.
1616 DEERWOOD DR.
LONGMONT, CO 80501

Claim Number: 3979
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,379.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FYFFE, JAMES & NANCY
P.O. BOX 3153
INCLINE VILLAGE, NV 89450

Claim Number: 3980
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,909.95 |
|-----------|----------|------------|

---

BRUNS, LUANN
26461 LA SCALA
LAGUNA HILLS, CA 92653

Claim Number: 3981
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT |
|----------|----------|-----------|------------|----------------|

---

RUSHBY, RUTH R.
BOX 724
SAUNDERSTOWN, RI 02874

Claim Number: 3982
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,679.95 |
|-----------|----------|------------|

---

WHITEHEAD, JAMES G.
IRA A/C
273 - FAIRVIEW AVE
REHOBOTH, MA 02769-1933

Claim Number: 3983
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $6,440.00 |
|-----------|----------|-----------|

---

TILLMAN FAMILY TRUST
UA 7 23 98 HERBERT L &
MARILYN A TILLMAN TR
43447 RIVERBEND BLVD
CLINTON TOWNSHIP, MI 48038-2478

Claim Number: 3984
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

GRAY, TERRY A.
2606 ZION HILL RD.
WEATHERFORD, TX 76088-8950

Claim Number: 3985
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $57.97 |
|----------|----------|--------|

---

LIANG, STELLA & CHRISTOPHER P.
8960 SPANISH RIDGE AVE.
LAS VEGAS, NV 89148

Claim Number: 3986
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,047.79 |
|-----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE RD<br>IRVINE, CA 926122401 | Claim Number: 3987<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| UNSECURED           Claimed: | $63,000,000.00 |

| FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | Claim Number: 3988<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| PRIORITY           Claimed:           $2,523.08           Scheduled:           $2,523.08  CONT | |

| MAUPIN, DOUGLAS & NANCY<br>PO BOX 189<br>LOMITA, CA 90717 | Claim Number: 3989<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED           Claimed:           $0.00    UNDET | |

| FURCO, LISA<br>1034 7TH ST<br>WEST BABYLON, NY 11704 | Claim Number: 3990<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|
| PRIORITY           Claimed:           $846.70           Scheduled:           $846.70  CONT | |

| MCBRYDE, EDWARD TODD<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | Claim Number: 3991<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed:           $219.82 | |

| MCBRYDE, EDWARD ALLYN<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | Claim Number: 3992<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed:           $100.00 | |

| MCBRYDE, LIBBY ELLEN<br>5586 EMERSON RD.<br>HUMBOLDT, TN 38343 | Claim Number: 3993<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed:           $53.84 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MCBRYDE, BRIDGET SHAY<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | Claim Number: 3994<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED        Claimed:              $48.95 | |

| MOVITZ, LOUIS A. TR FBO<br>LMFINANCIAL SERIVCES, INC. PSP<br>PO BOX 400<br>ASHLAND, OR 97520-0014 | Claim Number: 3995<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| PRIORITY          Claimed:            $7,277.76 | |

| HARRISON, DOUGLAS<br>769 SANDY HILL CIR.<br>PT. ORANGE, FL 32127-7795 | Claim Number: 3996<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED        Claimed:            $5,000.00 | |

| PMC INVESTIGATIONS AND SECURITY INC<br>12 SCHERERE BLVD LOWR<br>FRANKLIN SQ, NY 110102606 | Claim Number: 3997<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) |
|---|---|
| UNSECURED        Claimed:            $5,431.25 | |

| SIERRA PLANT RENTAL &<br>ATTN JAMES S. TRONCATTY, PRES.<br>530 SIXTH STREET<br>ROSEVILLE, CA 95678 | Claim Number: 3998<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED        Claimed:              $294.00 | |

| COLOMBI, MELVIN C.<br>321 RIVER LANE<br>LOVES PARK, IL 61111 | Claim Number: 3999<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED        Claimed:            $42,000.00 | |

| BARRETT, WILLIAM<br>17716 HIGH ST.<br>ANNA, OH 45302 | Claim Number: 4000<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED        Claimed:              $0.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PENN POWER<br>ATTN Y M JONES<br>PO BOX 3687<br>AKRON, OH 44309-3687 | | Claim Number: 4001<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $46.64 | Scheduled: | $46.64 |
| KAM, SEON M.<br>6312 RIDGEPATH CT.<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 4002<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MULLIKIN, JOHN A.<br>5008 52ND AVE<br>HYATTSVILLE, MD 20781 | | Claim Number: 4003<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,800.00 | | |
| NOBLE, DAVID<br>595 FRANKLIN STREET<br>BRYSON CITY, NC 28713 | | Claim Number: 4004<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $175.00 | | |
| MAUSSER, KONRAD<br>1800 NW HUGHWOOD AVE APT 114<br>ROSEBURG, OR 974715521 | | Claim Number: 4005<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $3,766.00 | | |
| BYERS, BRUCE T. TR FBO<br>BRUCE T. BYERS TRUST UA APR. 29<br>3541 BLACKSTONE WAY<br>MODESTO, CA 95356-0440 | | Claim Number: 4006<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HUNT, JANE M.<br>3034 PARKWAY BLVD<br>APT 108<br>KISSIMMEE, FL 34747 | | Claim Number: 4007<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,800.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BALLERSTEIN, C.W.<br>7000 20TH ST. # 788<br>VERO BEACH, FL 32966 | Claim Number: 4008<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $2,197.00 | | |

| ISRAEL, GARY S. & MERRYLE G.<br>390 N. ORANGE AVENUE<br>SUITE 2300<br>ORLANDO, FL 32801 | Claim Number: 4009<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,211.76 | | |

| FERA, CHARLES S.<br>6522 FREEMONT LN<br>CARMEL, IN 46033-1401 | Claim Number: 4010<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| SECURED          Claimed: | $10,000.00 | | |

| ALLSTAR COMMUNICATIONS INC<br>ATTN BRENDA BATEMAN, A/R<br>PO BOX 933022<br>ATLANTA, GA 31193 | Claim Number: 4011<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $15,957.93 | Scheduled: | $1,651.62 |

| HOUILLION, DAVID P.<br>1407 HEART CT.<br>CINCINNATI, OH 45255 | Claim Number: 4012<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,101.00 | | |

| WELLS, CHRIS<br>1507 BUTTONWOOD DR.<br>FORT COLLINS, CO 80525 | Claim Number: 4013<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,200.00 | | |

| HONDERMANN, PAUL & AMY<br>5311 RAWHIDE CT<br>CINCINNATI, OH 45238 | Claim Number: 4014<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $350.00 | | |
| UNSECURED | | Scheduled: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POETSCHAN, CENTA
RR2 - BOX 116
WYALUSING, PA 18853

Claim Number: 4015
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,672.14 |

---

YOUNG, RALPH T.
1214 SAN JOSE FOREST DRIVE
ST AUGUSTINE, FL 32080-5424

Claim Number: 4016
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,531.70   UNLIQ |

---

TOWNSEND SCHNABEL PHOTOGRAPHY, LLC
ATTN TOWNSEND SCHNABEL - OWNER
6350 WOODWIND DR
INDIANAPOLIS, IN 46217

Claim Number: 4017
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $132.08 |

---

UPDYKE, PAUL S. SR. & CAROL J.
5017 GREENTREE RD.
LEBANON, OH 45036

Claim Number: 4018
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,087.98 |

---

MEREDITH JANDA, INC.
ATTN MEREDITH JANDA
1408 THORNTON ROAD
VIRGINIA BEACH, VA 23455

Claim Number: 4019
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

---

CLEMAS, GERALD & HELEN JT/TIC
1916 N CTY RD I
SOMERSET, WI 54025

Claim Number: 4020
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $9,950.15 |

---

GODWIN, THOMAS L.
511 CYPRESS OAK CIR
DELAND, FL 32720-2665

Claim Number: 4021
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,757.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAZZA, GREGORY<br>1006 W SMITH ST<br>ORLANDO, FL 32804 | Claim Number: 4022<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,500.00 | Scheduled: | $7,500.00 CONT |

| DUNHAM, LARRY M.<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>14 RANGEWAY ROAD<br>MONT VERNON, NH 03057 | Claim Number: 4023<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED        Claimed:        $18,000.00 | |

| PLANTON, EDWARD R.<br>1304 WINCHESTER COVE RD<br>HAYESVILLE, NC 28904-7635 | Claim Number: 4024<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $4,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,500.00 |
| TOTAL | Claimed: | $4,500.00 |

| STEINBERG, MAY<br>5 COVENTRY SQUARE<br>HOLMDEL, NJ 07733 | Claim Number: 4025<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed:        $5,100.00 | |

| JENTSCH, HILDEGART E.<br>IRA FBO<br>PERSHING LLC AS CUST.<br>PO BOX 720542<br>JACKSON HEIGHTS, NY 11372-0542 | Claim Number: 4026<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED        Claimed:        $0.00   UNLIQ | |

| JONES, DALE<br>7508 PORTBURY PARK LANE<br>SUWANEE, GA 30024 | Claim Number: 4027<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,239.50 | Scheduled: | $1,239.50 CONT |

| MARTIN, DAVID W. & JON M. TTEES FOR<br>THE MARTIN FAMILY TR DTD 5-11-89<br>6310 N. CADENA DE MONTANAS<br>TUCSON, AZ 85718 | Claim Number: 4028<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED        Claimed:        $368.97 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STROM, ERIK<br>11680 SE 164TH ST<br>RENTON, WA 98058 | Claim Number: 4029<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,007.99 |
|---|---|---|

---

| KROEKER, DEBORAH A.<br>816 TIPTON LOOP<br>MOUNTAIN HOME, AR 726534933 | Claim Number: 4030<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $6,011.99 |
|---|---|---|
| UNSECURED | Claimed: | $6,011.99 |
| TOTAL | Claimed: | $6,011.99 |

---

| GRAVELY-ROBINSON, KAREN<br>C/O ROBERT A WILLIAMS, ESQ.<br>COURTHOUSE SQUARE<br>45 JONES STREET<br>MARTINSVILLE, VA 24112 | Claim Number: 4031<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 7480 (06/02/2009) |
|---|---|

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

| BARTLETT, CAROL P. & WILLIAM L.<br>5922 SUGAR BUSH DR<br>LA FAYETTE, NY 13084 | Claim Number: 4032<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00  CONT |
|---|---|---|---|---|

---

| ARTHUR, PAUL M.<br>732 CR 713<br>BERRYVILLE, AR 72616 | Claim Number: 4033<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,049.97 |
|---|---|---|

---

| BAPPERT, MARY J.<br>1369 OLD RIDGE RD<br>FARMVILLE, VA 23901-8337 | Claim Number: 4034<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $24,016.97 |
|---|---|---|

---

| BAPPERT, CHARLES K.<br>1369 OLD RIDGE RD<br>FARMVILLE, VA 23901-8337 | Claim Number: 4035<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $29,407.96 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MORTGAGE MARKET GUIDE
ATTN MICHAEL F. SEPESI, CFO
24 S HOLMDEL RD SUITE 1B
HOLMDEL, NJ 07733

Claim Number: 4036
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,706.72 | Scheduled: | $7,506.72 |

---

SZOCHET, MORRIS
101 FALMOUTH ST.
BROOKLYN, NY 11235

Claim Number: 4037
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $292.95 |
| SECURED | Claimed: | $3,316.00 |
| UNSECURED | Claimed: | $6,650.30 |
| TOTAL | Claimed: | $10,259.95 |

---

DYCKA, CHRISTOPHER J.
1276 WAVERLY AVE
FARMINGVILLE, NY 11738

Claim Number: 4038
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,657.31 |

---

GLYNN, ROBERT J.
44 SULLIVAN PL
MILLBURY, MA 01527

Claim Number: 4039
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,881.00 |

---

SYLOS, JOSEPH (JOHN)
212 WOODWARD
GENEVA, IL 60134

Claim Number: 4040
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,115.20 | Scheduled: | $1,115.20  CONT |

---

FIDLER, BONNIE J.
1473 AVALON DR
SURFSIDE BEACH, SC 29575

Claim Number: 4041
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,965.00 |

---

FIDLER, NORMAN L. & BONNIE J.
1473 AVALON DR
SURFSIDE BEACH, SC 29575

Claim Number: 4042
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,230.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

STEPHEN D. PLUNK, IRA ROLLOVER
2139 E. 48TH PLACE
TULSA, OK 74105

Claim Number: 4043
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,515.93 |
|---|---|---|

MULLIN, MARTIN
THE PHILADELPHIAN
2401 PENNA. AVE
10 B29
PHILADELPHIA, PA 19130

Claim Number: 4044
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,797.07 |
|---|---|---|

FMTC CUSTODIAN - ROTH IRA
CHRISTINE DOMONOSKE
10 HOPE ROAD
MISSOURI CITY, TX 77459-2480

Claim Number: 4045
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,829.00 |
|---|---|---|

DOMONOSKE, CHRISTINE
10 HOPE ROAD
MISSOURI CITY, TX 77459-2480

Claim Number: 4046
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,134.00 |
|---|---|---|

FMT CO CUST IRA
CHRISTINE DOMONOSKE
10 HOPE ROAD
MISSOURI CITY, TX 77459-2480

Claim Number: 4047
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,963.95 |
|---|---|---|

YOCOM, EVELYN
PO BOX 14704
SPRINGFIELD, MO 65814-0704

Claim Number: 4048
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $367.84 |
|---|---|---|

WEINSTEIN, THEODORE & FAY TTEE
THEODORE WEINSTEIN & FAY WEINSTEIN
REV TR U/A 11/25/03
1803 CRANBERRY ISLES WAY
APOPKA, FL 32712

Claim Number: 4049
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,965.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FOOTE, CASEY
1237 WALLOON WAY
LAKE ORION, MI 48360-1323

Claim Number: 4050
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $562.69 | | $562.69 CONT |

---

KATZ, STEVEN J (STEVE)
1228 WOODRUFF AVENUE
DEERFIELD, IL 60015

Claim Number: 4051
Claim Date: 04/06/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $4,390.00 |

---

LAVAN, EILEEN M
165 CROWELL ST.
HEMPSTEAD, NY 11550

Claim Number: 4052
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7940 (08/11/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $4,027.46 | | $4,027.46 CONT |

---

SHRED - IT
ATTN JEFF GERMANN, VICE PRESIDENT
4801 PARK 370 BLVD
HAZELWOOD, MO 63042

Claim Number: 4053
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $372.50 | | $307.50 |

---

POKORSKY, JERRY J.
6222 FRANCONIA RD
ALEXANDRIA, VA 22310

Claim Number: 4054
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,982.94 |

---

BERNARD, BERNADIN
210 WARWICK RD
ELMONT, NY 11003

Claim Number: 4055
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,080.00 | | $1,080.00 CONT |

---

POLITTE, GLEN
9124 MYSTIC CEDAR LANE
HILLSBORO, MO 63050

Claim Number: 4056
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $10,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POETSCHAN, CENTA<br>RR2 - BOX 116<br>WYALUSING, PA 18853 | Claim Number: 4057<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| SECURED | Claimed: | $4,566.00 | | |
|---|---|---|---|---|

| ANDERSON, PAULA M<br>3031 INVERNESS DRIVE<br>LOS ALAMITOS, CA 90720 | Claim Number: 4058<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,342.00 | Scheduled: | $2,046.00 CONT |
|---|---|---|---|---|

| ALVAREZ, YOLAMARY<br>100 GREENFIELD ST<br>LAWRENCE, MA 01843 | Claim Number: 4059<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,048.73 | | |
|---|---|---|---|---|

| PORTER, J.V. & EDNA W. JT WROS<br>6813 RIVERGATE LANE<br>OKLAHOMA CITY, OK 73132 | Claim Number: 4060<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,224.00 | | |
|---|---|---|---|---|

| SILVER CREEK APPRAISALS<br>ATTN NORMAN E. MARSHALL, PRESIDENT<br>214 MOTT COURT<br>GARDNERVILLE, NV 89460 | Claim Number: 4061<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $650.00 | | |
|---|---|---|---|---|

| WOJAHN, ROBERT<br>8001 COUNTY RD 3430<br>STRATFORD, OK 74872-5223 | Claim Number: 4062<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $7,363.01 | | |
|---|---|---|---|---|

| UNITED APPRAISERS OF S FLORIDA<br>ATTN FRED HESSEN<br>1440 CORAL RIDGE DR # 433<br>CORAL SPRINGS, FL 330715433 | Claim Number: 4063<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $900.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| YODER PERENNIAL GARDENS<br>C/O ROBERT M SULLIVAN, OWNER<br>1055 EDISON RD<br>BOX 21<br>YODER, CO 80864 | | Claim Number: 4064<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $48,875.00   UNLIQ |
| SCHILD, MANFRED & JEAN, JTWROS<br>1911 CLINTON AVE<br>BERWYN, IL 60402 | | Claim Number: 4065<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,389.00 |
| NATIONWIDE LENDING  & ASSOCIATES, LLC<br>ATTN ERNIE CARDENAS<br>3231 SHELTER COVE LANE<br>ELK GROVE, CA 95758 | | Claim Number: 4066<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) |
| UNSECURED | Claimed: | $15,113.76 |
| GRAHAM, DAVID G. TTEE<br>NFS/FMTC SEP IRA<br>5905 CAPISTRANO AVE, STE A<br>ATASCADERO, CA 93422 | | Claim Number: 4067<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $3,433.00 |
| GRAHAM, DAVID G. TTEE<br>NFS/FMTC SEP IRA<br>5905 CAPISTRANO AVE, STE A<br>ATASCADERO, CA 93422 | | Claim Number: 4068<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $2,189.00 |
| CALABRESE, BARBARA<br>8 BARNSBORO RD<br>PARSIPPANY, NJ 07054 | | Claim Number: 4069<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,469.99 |
| FRANZE, ROBERT SR. & ELIZABETH JT TEN<br>19 CRAVER RD<br>WEST SAND LAKE, NY 12196-3006 | | Claim Number: 4070<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,474.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCHMIDT, DAVE M., JR & CHERYL (JT)<br>107 MALLARD LN<br>GEORGETOWN, TX 78633 | Claim Number: 4071<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $52,467.46 |
|---|---|---|

| FERRANTELLI, SALVATORE & CONNIE JT TEN<br>7840 KAVANAGH CT<br>SARASOTA, FL 34240-7906 | Claim Number: 4072<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,825.00 |
|---|---|---|

| FERRANTELLI, SAL & CONNIE<br>7840 KAVANAGH CT<br>SARASOTA, FL 34240-7906 | Claim Number: 4073<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,298.95 |
|---|---|---|

| NORTHLAND, JEANIE<br>6735 LAPORTE RD<br>WASHBURN, IA 50702 | Claim Number: 4074<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $14,595.20 |
|---|---|---|

| COX, BUEL L.<br>3107 STATION CT<br>PENSACOLA, FL 325045004 | Claim Number: 4075<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $17,526.57 |
|---|---|---|

| SCRICCA, DOMINIC J.<br>41 10 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | Claim Number: 4076<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $15,447.95 |
|---|---|---|

| SCRICCA, ANN SIMISTER<br>41 10 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | Claim Number: 4077<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $6,323.45 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TRUSSAK, BEA
1945 MORRING LINE DR
VERO BEACH, FL 32960

Claim Number: 4078
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

HEITMAN GROUP, THE
ATTN SHARON HEITMAN, PRESIDENT
2233 WILLAMETTE STREET
BLDG C.
EUGENE, OR 97405

Claim Number: 4079
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Amends claim number 112

| UNSECURED | Claimed: | $12,075.00 | Scheduled: | $8,350.00 |
|---|---|---|---|---|

WARD, MARGARET
1161 CENTER GROVE ST
ORLANDO, FL 32839

Claim Number: 4080
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

BRUNSWICK COUNTY
ATTN MIKE CULPEPPER
DELINQUENT TAX SPECIALIST
PO BOX 29
BOLIVIA, NC 28422

Claim Number: 4081
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $40.44 |
|---|---|---|

CALABRESE, FRANCIS
8 BARNSBORO RD
PARSIPPANY, NJ 07054

Claim Number: 4082
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,085.00 |
|---|---|---|

TSE, JULIA SU
CHARLES SCHWAB & CO. INC. CUST
IRA ROLLOVER
1015 MILLRIDGE LN
MARIETTA, GA 30067

Claim Number: 4083
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $105,644.40 |
|---|---|---|

TSE, KAM CHUEN
IRA CONTRIBUTORY
1015 MILLRIDGE LN
MARIETTA, GA 30067

Claim Number: 4084
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,509.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RINGER, CHARLES JR. & EMILY M.
JT TEN/WROS
BOX 75
JOLIET, MT 59041

Claim Number: 4085
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,978.48 |
|---|---|---|

---

ALLEN, CAROLYN J., IRA
18409 N 116TH DR
SURPRISE, AZ 853742563

Claim Number: 4086
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CIRELLI, ANN Z.
ROTH IRA ETRADE CUSTODIAN
608 COMSTOCK AVE
DOWNINGTOWN, PA 19335-4811

Claim Number: 4087
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CIRELLI, ANNA Z.
ROTH IRA ETRADE CUSTODIAN
608 COMSTOCK AVE
DOWNINGTOWN, PA 19335-4811

Claim Number: 4088
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BAY COUNTY
PEGGY BRANNON, TAX COLLECTOR
PO BOX 2285
PANAMA CITY, FL 32402

Claim Number: 4089
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $15,109.05 |
|---|---|---|

---

PEGRAM, VICTOR CECIL
1105 TOOLE CT
BILLINGS, MT 59105

Claim Number: 4090
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,779.61 |
|---|---|---|

---

BRANTLEY, TONYA V.
6901 RACE TRACK RD
CASTALIA, NC 278169726

Claim Number: 4091
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $506.81 | Scheduled: | $506.81 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MENDELSOHN, A. ROBERT & FLORINDA B., JT TEN<br>4316 STONELEIGH CT<br>HARRISBURG, PA 17112-8639 | Claim Number: 4092<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $5,927.85   UNLIQ | |

| | | |
|---|---|---|
| NUNN, GLENDA C. & WILLIAM P. III JTWROS<br>8106 GLYNNWOOD<br>MONTGOMERY, AL 36117 | Claim Number: 4093<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| SOUTHERN HOME APPRASIALS<br>580 WETUMPKA ST<br>PRATTVILLE, AL 360673219 | Claim Number: 4094<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |
| UNSECURED          Claimed: | $100.00 | |

| | | |
|---|---|---|
| SPAGNOLA, CAROL G.<br>10 ENGLISH WOODS<br>ROCHESTER, NY 14616-1670 | Claim Number: 4095<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $32,061.46 | |

| | | |
|---|---|---|
| SANDERS, STEVEN G.<br>185 RIDGECREST DR.<br>MACON, GA 31210 | Claim Number: 4096<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $7,609.24 | |

| | | |
|---|---|---|
| KEISTER, JOHN<br>2117 CHRISTIAN ST.<br>BALTIMORE, MD 21223 | Claim Number: 4097<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | |
| UNSECURED          Claimed: | $2,012.83 | |

| | | |
|---|---|---|
| DANIELS, WILLIAM T (BILL)<br>11892 GLADSTONE DR<br>NORTH TUSTIN, CA 92705 | Claim Number: 4098<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| PRIORITY          Claimed: | $1,650.00          Scheduled: | $1,650.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GUIN, BILL WOLFORD
202 BRIAN DR
PLEASANTON, TX 78064

Claim Number: 4099
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,596.00 |
| --- | --- | --- |

---

REESER, RAY J. & HELEN F. JT TEN
6184 MICHELLE WAY C 230
FORT MYERS, FL 33919

Claim Number: 4100
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,800.00 |
| --- | --- | --- |

---

VAN GELSER, WILLARD & ALICE JT TEN
BOX 84
MAIN ST
TIOGA CENTER, NY 13845-0084

Claim Number: 4101
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,514.75 |
| --- | --- | --- |

---

GERSTEIN, RAYMOND M.
1 RILLINGTON DR
BELLA VISTA, AR 727143204

Claim Number: 4102
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,192.15 |
| --- | --- | --- |

---

HISLOP, SONIA J
126 LUKENS AVE
BRENTWOOD, NY 11717

Claim Number: 4103
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,046.15 | Scheduled: | $1,046.15  CONT |
| --- | --- | --- | --- | --- |

---

MADER, JEANNE R., SUSAN MACLENNAN TTEES
U/W PAUL K. MADER

Claim Number: 4104
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,043.00 |
| --- | --- | --- |

---

MADER, JEANNE R. TTEE, REV TR

Claim Number: 4105
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $14,949.90 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TABER, RICHARD<br>82 MAIKAI STREET<br>HILO, HI 96720 | | Claim Number: 4106<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,400.00 | | |

---

| GRIESGRABER, MICHAEL<br>5411 ESPARON AVE<br>LAS VEGAS, NV 89141 | | Claim Number: 4107<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,650.00 | | |

---

| CUENTO, JOSE MATEL<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>2955 MAJESTIC HEIGHTS CT<br>LAS VEGAS, NV 89117 | | Claim Number: 4108<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,218.45 | | |

---

| MERIDIA ASSOCIATES LP<br>OVERLOOK TWO, PO BOX 10528<br>109 LAURENS ROAD<br>GREENVILLE, SC 29603 | | Claim Number: 4109<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,245.96 | Scheduled: | $3,245.96 |

---

| PATEL, RAMA N.<br>350 MAYO LN<br>BLOOMINGDALE, IL 60108 | | Claim Number: 4110<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,842.00 | | |

---

| DRAZAN, SANDRA<br>330 EAGLE DR<br>JUPITER, FL 33477 | | Claim Number: 4111<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| HOMOLA, STEPHEN J.<br>6609 SHELBURN DR<br>CRESTWOOD, KY 40014 | | Claim Number: 4112<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,715.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BLEICH, RICHARD<br>CHARLES SCHWAB & CO<br>IRA ROLLOVER<br>3669 W OAKLAND ST<br>CHANDLER, AZ 85226 | Claim Number: 4113<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $841.16 |

| CONNER, MARTH D. & RAYMOND L.<br>2400 RICE<br>PONCA CITY, OK 74604 | Claim Number: 4114<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY            Claimed: | $10,000.00 |

| HIMBURY, LYNDA FORD<br>1704 EL CAMINO<br>PONCA CITY, OK 74604 | Claim Number: 4115<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| PRIORITY            Claimed: | $3,616.37 |

| FELIX, ELDON R. IRA<br>54 N SPRUCE ST<br>OTTAWA, KS 660671698 | Claim Number: 4116<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| PRIORITY            Claimed: | $5,000.00 |

| HARRIS, DENNIS J.<br>3904 HUNTCLIFF DR.<br>CHARLOTTE, NC 28226 | Claim Number: 4117<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $10,780.00 |

| MARCH, MARIAN JANE & RANDALL DEAN TTEES<br>MARIAN JANE MARCH REV TRUST DTD 8/25/98<br>4989 E WILSON TURNER DR<br>COLUMBIA, MO 65202 | Claim Number: 4118<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY            Claimed: | $10,218.42 |

| HIMBURY, LYNDA FORD IRA<br>1704 EL CAMINO<br>PONCA CITY, OK 74604 | Claim Number: 4119<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY            Claimed: | $6,275.92 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ERNST, JOSEPH<br>1616 TARTAN WAY<br>LOUISVILLE, KY 40205-2474 | Claim Number: 4120<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed:          $33,956.00 | |

| ERNST, SONIA<br>1616 TARTAN WAY<br>LOUISVILLE, KY 40205-2474 | Claim Number: 4121<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed:          $6,801.00 | |

| KEMP, JEANNINE<br>9314 BUENA VISTA<br>PRAIRIE VILLAGE, KS 66207 | Claim Number: 4122<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:          $5,000.00 | |

| KEMP, JEANNINE<br>9314 BUENA VISTA<br>PRAIRIE VILLAGE, KS 66207 | Claim Number: 4123<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:          $5,000.00 | |

| ADAMS, ALLISON K.<br>9302 ROE AVE<br>PRAIRIE, KS 66207 | Claim Number: 4124<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:          $5,000.00 | |

| ADAMS, ALLISON K.<br>9302 ROE AVE<br>PRAIRIE, KS 66207 | Claim Number: 4125<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:          $2,500.00 | |

| MWANJALA, REBECCA<br>13534 ESSEX DR<br>HAGERSTOWN, MD 217422374 | Claim Number: 4126<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|
| PRIORITY          Claimed:          $547.56          Scheduled:          $547.56  CONT | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GREENBURGH TOWN
ATTN DAVID C DWINELL, RECEIVER OF TAXES
177 HILLSIDE AVE
GREENBURGH, NY 10067

Claim Number: 4127
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

---

GREENBURGH SCHOOLS #7
ATTN DAVID C DWINELL
177 HILLSIDE AVE
GREENBURG, NY 10607

Claim Number: 4128
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| PRIORITY | Claimed: | $106,468.92 |
|---|---|---|

---

TOBIAS, CARLOS A.
3656 BELL RD NE
SALEM, OR 97301

Claim Number: 4129
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,083.95 |
|---|---|---|

---

SOMERVELL CAD - DIANE W SANDERS
LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741)
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 4130
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $1,243.26 |
|---|---|---|

---

CURTIS, EUGENE M.
719 BIG SLOUGH RD
FREEPORT, TX 77541-9653

Claim Number: 4131
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $49,093.00 |
|---|---|---|

---

WATTS WINDOW CLEANING, INC
ATTN MICHAEL R. WATTS, V.P.
4633 BENSON AVE
BALTIMORE, MD 21227

Claim Number: 4132
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $189.00 | Scheduled: | $94.50 |
|---|---|---|---|---|

---

BAILEY, JASON
3734 LAGOONA DR
ROUND ROCK, TX 78681-2325

Claim Number: 4133
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $4,230.77  CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WHITETAIL APPRAISALS
ATTN LISA HYDE
8025 US HWY 2 - PO BOX 162
IRON RIVER, WI 54847

Claim Number: 4134
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

---

BRUNSON, JAMES A.
9811 CHASE ISLAND DR
SHREVEPORT, LA 71118

Claim Number: 4135
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $15,600.00 |
|---|---|---|

---

TZENG, FOREST FENG-TZER
11505 RIDGE MIST TERRACE
POTOMAC, MD 20854

Claim Number: 4136
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $7,683.40 |
|---|---|---|

---

SCHALMO, KEN
7067 AKRON AVE NW
CANAL FULTON, OH 44614

Claim Number: 4137
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SCHILLER, THOMAS K.
180 NORTH SAPPINGTON RD
SAINT LOUIS, MO 63122

Claim Number: 4138
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,500.00 |
|---|---|---|

---

HERMAN, KERMIT R. & LENORA CO-TTEE
KERMIT HERMAN & LENORA HERMAN LIVING
TRUST DTD 2-27-03
3821 TEXAS AVE S
ST LOUIS PARK, MN 55426

Claim Number: 4139
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,983.75 |
|---|---|---|

---

DUNCAN GROUP, THE
ATTN CHRIS PARMER, CONTROLLER
3760 PEACHTREE CREST DR
SUITE A
DULUTH, GA 30097

Claim Number: 4140
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $10,125.00 | Scheduled: | $10,125.00 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOCHHAUSER, HARVEY
1930 WHITECLIFF WAY
WALNUT CREEK, CA 94596

Claim Number: 4141
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,100.00 | |
| UNSECURED | Claimed: | $6,100.00 | |
| TOTAL | Claimed: | $6,100.00 | |

---

SKILLE, JUDITH A. & JOHN. D.
JT MARTIAL PROP/WROS WI
PO BOX 285
LAKE DELTON, WI 53940-0285

Claim Number: 4142
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED          Claimed:          $11,879.11

---

FARRELL, BEULAH M.
PO BOX 738
LARIMORE, ND 58251

Claim Number: 4143
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

UNSECURED          Claimed:          $25,964.95

---

WISE, BARBARA A
8732 MARY LANE
JESSUP, MD 20794

Claim Number: 4144
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)
Amends claim number 1020

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,503.63 | Scheduled: | $1,503.63 CONT |

---

ROBERTS, DONALD A.
(TD AMERITRADE INC. CUSTODIAN)
413 BUENA TIERRA CT
WINDSOR, CA 95492

Claim Number: 4145
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

UNSECURED          Claimed:          $1,120.99

---

APPRAISAL RESEARCH REVIEW CO.
ATTN JEANNE KENWORTHY
12 RICHMOND HILL
LAGUNA NIGUEL, CA 92677

Claim Number: 4146
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

UNSECURED          Claimed:          $350.00

---

PAPA, HERMAN D.
22 BATTERY ST, STE 333
SAN FRANCISCO, CA 94111

Claim Number: 4147
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

UNSECURED          Claimed:          $466,178.68

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HARRELL, JAMES A.
1317 WINDER SPRINGS LN
CARDOVA, TN 38016-8743

Claim Number: 4148
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,200.50 | | |
|---|---|---|---|---|

---

ACE REALTY & APPRAISAL INC
ATTN CAROL LEAGJELD CO-OWNER
22239 US 71
LONG PRAIRIE, MN 56347

Claim Number: 4149
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

---

FRIEDENBERG, RAE NADLER
11626 BRIARWOOD CIR
BOYNTON BEACH, FL 33437

Claim Number: 4150
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,000.00 | | |
|---|---|---|---|---|

---

LOWE, AMANDA J
2227 CERREIA WAY
FORT WAYNE, IN 46814-8867

Claim Number: 4151
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15  CONT |
|---|---|---|---|---|

---

PRESTON LEETE SMITH REVOCABLE LIVING TR
PO BOX 030490
FORT LAUDERDALE, FL 33303

Claim Number: 4152
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,260.00 | | |
|---|---|---|---|---|

---

SMITH, PRESTON LEETE, IRA
PO BOX 030490
FORT LAUDERDALE, FL 33303

Claim Number: 4153
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $21,005.00 | | |
|---|---|---|---|---|

---

TROTTA, SAL & NUZZOLILLO, ANNETTE
40 MARCY DR
SOUTHINGTON, CT 06489

Claim Number: 4154
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $409.38 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BROWN, LARRY D.
11303 W DELANO
WICHITA, KS 67212-6532

Claim Number: 4155
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,000.00 | |
| UNSECURED | Claimed: | $0.00 | |

---

TANNER, ROBERT A.
3319 E CLARK
WICHITA, KS 67218

Claim Number: 4156
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |

---

TANNER, ROBERT A.
3319 E CLARK
WICHITA, KS 67218

Claim Number: 4157
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,500.00 |

---

MEDOVICH, JESSICA
2662 TABBY WALK
MARIETTA, GA 30062

Claim Number: 4158
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 | CONT |

---

SANDERS, STEVEN G.
185 RIDGECREST DR.
MACON, GA 31210

Claim Number: 4159
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,269.00 |

---

GATEWAY RIVERSIDE, INC.
C/O THOMAS J LEANSE, ESQ.
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA 90067-3012

Claim Number: 4160
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,337.54 |
| UNSECURED | Claimed: | $111,219.24 |

---

WILLEFORD, GARY - IRA
1726 CR 2924
HUGHES SPRINGS, TX 75656

Claim Number: 4161
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CORNELL, BARBARA B.<br>2822 W SHANDON AVE<br>MIDLAND, TX 79705-6111 | | Claim Number: 4162<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $4,554.20 | | | |
| UNSECURED | Claimed: | $4,554.20 | | | |
| TOTAL | Claimed: | $4,554.20 | | | |
| MORA, ROSA M.<br>110 SW 91 AVE.<br>APT. # 101<br>PLANTATION, FL 33324 | | Claim Number: 4163<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $1,169.23 | Scheduled: | $1,169.23 CONT | |
| FREEMAN, JACK B.<br>20 MEADOW RD<br>BRIARCLIFF MANOR, NY 10510 | | Claim Number: 4164<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $39,650.50 | | | |
| SPROWL, CEDRIC HARDY<br>PO BOX 202683<br>ARLINGTON, TX 76006 | | Claim Number: 4165<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| AZULEA COAST APPRAISALS, INC.<br>ATTN ADAM CONNOLLY, OWNER<br>1901 KENT ST<br>WILMINGTON, NC 28403 | | Claim Number: 4166<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| JAY & NORMA MILLER TRUST<br>JAY D. MILLER (TRUSTEE)<br>1431 FIR CT<br>RIFLE, CO 81650 | | Claim Number: 4167<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,448.90 | | | |
| JACOBY, ANDREW L. & EDA M.<br>2300 VALLEY ROAD<br>HUNTINGDON VALLEY, PA 19006 | | Claim Number: 4168<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,472.69 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| METROPOLITAN GOVERNMENT TRUSTEE<br>ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | Claim Number: 4169<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| SECURED | Claimed: | $1,842.22 | | |
|---|---|---|---|---|

| MITCHELL, GENELLE L<br>5003 123 ST SE<br>EVERETT, WA 98208 | Claim Number: 4170<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $1,386.54 | Scheduled: | $1,386.54  CONT |
|---|---|---|---|---|

| CROWSON, ORVIS L.<br>6636 S INDIANAPOLIS AVE<br>TULSA, OK 74136 | Claim Number: 4171<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| HOMMINGA, W. & G. TTEE<br>W.F. HOMMINGA TRUST<br>U/A DTD 11/08/1985<br>2180 AURORA POND DR. SW, APT 2327<br>GRAND RAPIDS, MI 49519 | Claim Number: 4172<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $5,166.95 | | |
|---|---|---|---|---|

| SASSER APPRAISALS INC<br>ATTN ROBERT SASSER, PRESIDENT<br>PO BOX 442<br>PERKINS, OK 74059 | Claim Number: 4173<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $200.00 | | |
|---|---|---|---|---|

| CHARTER FUNDING A DBA OF FIRST MAGNUS<br>FINANCIAL SE<br>3051 W. MAPLE LOOP DRIVE<br># 125<br>LEHI, UT 84043 | Claim Number: 4174<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $2,032.50 | | |
|---|---|---|---|---|

| THOMAS D JOLLY TRUST<br>THOMAS D JOLLY JR TTEE<br>400 WICKFORD DRIVE<br>PITTSBURGH, PA 15238-2532 | Claim Number: 4175<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FORS, DAVID J.<br>899 S. 14TH ST.<br>COTTAGE GROVE, OR 97424 | Claim Number: 4176<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $4,213.00 |
| KEEHNER, WARREN W.<br>****NO ADDRESS PROVIDED**** | Claim Number: 4177<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED          Claimed: | $23,158.00 |
| MANN, JAY M.<br>435 VINE AVE.<br>LAKESIDE MARBLEHEAD, OH 43440 | Claim Number: 4178<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $3,365.46 |
| MORA, ROSA M.<br>1 S PINE ISLAND RD APT 322<br>PLANTATION, FL 33324-2643 | Claim Number: 4179<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY          Claimed: | $1,461.54 |
| SENG, LAWRENCE E.<br>CGM IRA ROLLOVER CUST<br>4333 W CENTRAL AVE<br>TOLEDO, OH 43615 | Claim Number: 4180<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $2,521.00 |
| SCRICCA, DOMINIC J.<br>41 10 FAIRWAY DRIVE<br>LITTLE RIVER, SC 29566-8036 | Claim Number: 4181<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED          Claimed: | $6,310.95 |
| SOLANO COUNTY<br>RECORDER OFFICE<br>ATTN ELIZABETH SUMNER, DEPUTY<br>575 TEXAS ST, STE 2700<br>FAIRFIELD, CA 94533 | Claim Number: 4182<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| SECURED          Claimed: | $47,564.28 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HIZZEY, MAYA L<br>5302 64TH AVE<br>NW<br>GIG HARBOR, WA 98335 | Claim Number: 4183<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $984.62 | Scheduled: | $3,484.34  CONT |
|---|---|---|---|---|

| SENDACH, JERRI<br>11805 WATERCREST LN<br>BOCA RATON, FL 33498 | Claim Number: 4184<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,008.32 |
|---|---|---|

| THOMAS, DUANE K.<br>14 CLARKSON FARM DR.<br>CHESTERFIELD, MO 63017 | Claim Number: 4185<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,234.99 |
|---|---|---|

| FOSTER, EDNA ANN<br>PO BOX 1<br>MONTEZUMA, NC 286530001 | Claim Number: 4186<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $217.50 |
|---|---|---|

| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALEY RD<br>DIANE HALL<br>DIAMOND SPRINGS, CA 95619 | Claim Number: 4187<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $228,750.00 |
|---|---|---|

| KOZIELEK, RAYMOND F., TRUSTEE<br>RAYMOND F. KOZIELEK REV. LIV. TRUST<br>2741 HARVEY PLACE<br>APT. 118<br>GRANITE CITY, IL 62040 | Claim Number: 4188<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $22,646.00 |
|---|---|---|

| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DRIVE<br>BOISE, ID 83713 | Claim Number: 4189<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $31.16 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $31.16 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TREASURE VALLEY COFFEE INC.
ATTN SUZANNE B. MYERS, SECRETARY OF CORP
11875 PRESIDENT DR
BOISE, ID 83713

Claim Number: 4190
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23.90 | | |
| UNSECURED | | | Scheduled: | $23.90 |

---

TREASURE VALLEY COFFEE INC.
ATTN SUZANNE B. MYERS, SECRETARY OF CORP
11875 PRESIDENT DR
BOISE, ID 83713

Claim Number: 4191
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $60.69 | | |
| UNSECURED | | | Scheduled: | $60.69 |

---

TREASURE VALLEY COFFEE INC
ATTN SUZANNE B. MYERS, SECRETARY OF CORP
11875 PRESIDENT DR
BOISE, ID 83713

Claim Number: 4192
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $52.95 | | |
| UNSECURED | | | Scheduled: | $52.95 |

---

TREASURE VALLEY COFFEE INC
ATTN SUZANNE B. MYERS, SECRETARY OF CORP
11875 PRESIDENT DR
BOISE, ID 83713

Claim Number: 4193
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $29.04 | | |
| UNSECURED | | | Scheduled: | $29.04 |

---

BERRY, JOHN
16870 S 1ST DR
PHOENIX, AZ 850450725

Claim Number: 4194
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $12,002.40 | | |

---

BERRY, JOHN A
13848 S 36TH WAY
PHOENIX, AZ 85044-4550

Claim Number: 4195
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED | Claimed: | $12,084.00 | Scheduled: | $12,002.40  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN, STE 200<br>LOUISVILLE, KY 40207 | | Claim Number: 4196<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| SINES APPRAISAL SERVICE PC<br>ATTN PATTY J. SINES<br>561 HUMBERSON RD<br>FRIENDSVILLE, MD 21531 | | Claim Number: 4197<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $485.00 | Scheduled: | $450.00 |
| JOHNSON, EILEEN<br>36 LAUREL PLACE<br>BETHPAGE, NY 11714 | | Claim Number: 4198<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $7,150.00   UNLIQ | | |
| PRIEST, ROBERT & CHARLEEN<br>PRIEST LIVING TRUST<br>U/A DTD 01-06-2000<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4199<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,186.95 | | |
| PRIEST, ROBERT G.<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4200<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,186.95 | | |
| PRIEST, CHARLEEN<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4201<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,093.95 | | |
| HART, CAROLYN<br>4541 PATRICK DR<br>KENNESAW, GA 30144 | | Claim Number: 4202<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $412.00 | Scheduled: | $412.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HART, CAROLYN
4541 PATRICK DR
KENNESAW, GA 30144

Claim Number: 4203
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| PRIORITY | Claimed: | $439.10 | Scheduled: | $439.10 CONT |
|---|---|---|---|---|

---

WILLIAM C. CLARKE JR IRA FBO
UFTC AS CUSTODIAN
U/A DTD 11/30/87
25 BLOSSOM ST
KEENE, NH 03431-2839

Claim Number: 4204
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,129.50 |
|---|---|---|

---

HARRIS, DENNIS J.
3904 HUNTCLIFF DR.
CHARLOTTE, NC 28226

Claim Number: 4205
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| UNSECURED | Claimed: | $5,260.00 |
|---|---|---|

---

SCHLAGAL, ROBERT C. (TTEE)
% ROBERT C SCHLAGAL TRUST
202 N EISENHOWER
MIDLAND, TX 79703-5422

Claim Number: 4206
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,537.76 |
|---|---|---|

---

FRANK B. SCHNIEROW IRA
3035 CENTENNIAL
HIGHLAND PARK, IL 60035

Claim Number: 4207
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

ANHOUSE APPRAISAL
ATTN MICHAEL ANHOUSE, PRESIDENT
201 BRECKENRIDGE LN STE 200
LOUISVILLE, KY 40207

Claim Number: 4208
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |
| TOTAL | Claimed: | $5,000.00 |

---

NATIONAL APPRAISAL SERVICES, INC.
ATTN RICHARD ANDERSON
727 RARITAN RD.
CLARK, NJ 07066

Claim Number: 4209
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,850.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WILLIAMS, DEBORAH J.
315 CHESAPEAKE AVE
PRINCE FREDERICK, MD 20678

Claim Number: 4210
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,081.00 | | |
|---|---|---|---|---|

---

SFM APPRAISALS
ATTN STEVEN F. MEISTER, OWNER
606 S PINE DR
FULLERTON, CA 92833

Claim Number: 4211
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,100.00 | | |
|---|---|---|---|---|

---

CASTLE & COOKE COMMERCIAL PROP
4601 SIX FORKS RD STE 500
RALEIGH, NC 276095286

Claim Number: 4212
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $25,803.71 | Scheduled: | $25,803.71 |
|---|---|---|---|---|

---

O'BRIEN PROPERTIES
ATTN JAMES H. O'BRIEN IV
201 FOURTH ST.
CLARKSVILLE, VA 23927

Claim Number: 4213
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $425.00 | | |
|---|---|---|---|---|

---

WILEY, STEPHANIE C
4031 W ANDERSON DR
GLENDALE, AZ 85308

Claim Number: 4214
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,032.83 | Scheduled: | $1,032.83  CONT |
|---|---|---|---|---|

---

SCHUMACHER, CAROL L.
5059 RIVER ROAD
RHINELANDER, WI 54501

Claim Number: 4215
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,617.00 | | |
|---|---|---|---|---|

---

LAURIN, ANDREW C.
72 FARMWOOD DR
NASHUA, NH 030621107

Claim Number: 4216
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STEPHEN L SOWERS TRS FBO STEPHEN L
SOWERS TRUST, A REVOCABLE INTER
VIVOS TRUST UA JAN 01, 2005
3408 RED MAPLE DR
MODESTO, CA 95355-8419

Claim Number: 4217
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,208.99 |

---

GOUGH, RONALD L.
8985 MARTIN RD.
ROSWELL, GA 30076

Claim Number: 4218
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,908.00 |
| SECURED | Claimed: | $0.00 |

---

BONNY, KENNETH F.
105 KEEPSAKE LN
CHADDS FORD, PA 19327

Claim Number: 4219
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $136,716.76 |

---

JAMES N. SERVEY/IRA
1317 CHURCH ROAD
ORELAND, PA 19075-2228

Claim Number: 4220
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,000.00 |

---

DELAWARE CHARTER TTEE
STANLEY L. KAUFMAN IRA
R/O TEMPO SALES
13070 REDON DR
PALM BEACH GARDENS, FL 33410-1449

Claim Number: 4221
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $17,502.84 |

---

PRATSCHKER, DAHLIA
14910 PANTATION OAK DR
HOUSTON, TX 77068-3115

Claim Number: 4222
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $22,829.85 |

---

DARGAVELL, RAY
480 WHITLOCK RD
RICHMOND, KY 40475

Claim Number: 4223
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,448.36 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GIBSON, JOE F. & DAVID N.<br>1489 HWY. 49 EAST<br>ASHLAND CITY, TN 37015 | | Claim Number: 4224<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,106.65 | | |
| SECURED | Claimed: | $2,106.65 | | |
| TOTAL | Claimed: | $2,106.65 | | |

| DALTON, AUGUSTINE I.<br>2430 RIVER ROCK DRIVE<br>MACUNGIE, PA 18062 | | Claim Number: 4225<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $9,534.00 | | |
| UNSECURED | Claimed: | $9,534.00 | | |
| TOTAL | Claimed: | $9,534.00 | | |

| CALDERONE, DOMINICK<br>662 N. MEADOW DR.<br>BOUND BROOK, NJ 08805 | | Claim Number: 4226<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,400.00 | | |

| CALDERONE, DOMINICK<br>662 N. MEADOW DR.<br>BOUND BROOK, NJ 08805 | | Claim Number: 4227<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,600.00 | | |

| ISHAM, ROBERT C.<br>435 HOLLY HILL RD.<br>OLDSMAR, FL 34677-2022 | | Claim Number: 4228<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,774.95 | | |

| HEYWARD F. HOLTON & ASSOCIATES<br>ATTN HEYWARD F. HOLTON, PRESIDENT<br>PO BOX 21084<br>COLUMBIA, SC 29221 | | Claim Number: 4229<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $735.00 | Scheduled: | $800.00 |

| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | | Claim Number: 4230<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $111,522.27 | Scheduled: | $110,737.47 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SERVEY, JAMES N. AND ROBERTA A.<br>1317 CHURCH ROAD<br>ORELAND, PA 19075-2228 | | Claim Number: 4231<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,000.00 |
| JOLLY, THOMAS D. JR.<br>400 WICKFORD DRIVE<br>PITTSBURGH, PA 15238-2532 | | Claim Number: 4232<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HAMLETT, JAMES A.<br>5725 CHADWICK LN<br>BRENTWOOD, TN 37027 | | Claim Number: 4233<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARY THOMPSON APPRAISAL<br>ATTN MARY T. THOMPSON<br>5747 GARDEN WALK<br>FLOWERY BRANCH, GA 30542 | | Claim Number: 4234<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $275.00 |
| TSE, KAM CHUEN & JULIA SU<br>1015 MILLRIDGE LANE<br>MARIETTA, GA 30067 | | Claim Number: 4235<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $205,689.55 |
| LUXURY HOMES MAGAZINE<br>TOREY AND DANYELLE LAM<br>16289 S. BARLOW<br>OREGON CITY, OR 97045 | | Claim Number: 4236<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $3,790.00 |
| MCCALLEY, NOEL J.<br>5828 TIMBER CREEK RD. NE<br>CEDAR RAPIDS, IA 52411-7948 | | Claim Number: 4237<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $5,975.97 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ROGERS TOWNSHIP<br>ATTN THOMAS RADKA, TREASURER<br>1660 HEYTHALER HWY<br>ROGERS CITY, MI 49779 | Claim Number: 4238<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MAYER, AMIEE<br>65 N PARK AVE LOWR<br>BUFFALO, NY 14216-2817 | Claim Number: 4239<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,055.25 | Scheduled: | $1,055.25  CONT |
|---|---|---|---|---|

| MILLER, JANET LEE<br>1904 WYOMING AVE.<br>FORT PIERCE, FL 34982 | Claim Number: 4240<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,000.00 |
|---|---|---|

---

| BRUNETTE, MARILYN L.<br>2614 JODY DR<br>NEW FRANKEN, WI 54229-9602 | Claim Number: 4241<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $19,042.10 |
|---|---|---|

---

| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | Claim Number: 4242<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $1,440.00 |
|---|---|---|

---

| SLOWINSKI, MICHELLE L<br>15014 N 150TH LANE<br>SURPRISE, AZ 85379 | Claim Number: 4243<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00  CONT |
|---|---|---|---|---|

| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | Claim Number: 4244<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $110,737.47 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LEVY, STEVEN R.<br>3700 PACIFIC HIGHWAY E. 406<br>FIFE, WA 98424 | Claim Number: 4245<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:               $4,932.00 | |

| WOOD, THOMAS L. SR.<br>PO BOX 442<br>SNELLVILLE, GA 30078-0442 | Claim Number: 4246<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed:               $0.00   UNDET | |

| VAUGHAN, KIMBERLY A<br>700 SE 160TH AVE STE 107<br>VANCOUVER, WA 986848910 | Claim Number: 4247<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| PRIORITY          Claimed:               $1,292.31          Scheduled:          $1,292.31  CONT | |

| MCNIEL, JOHN T. & MARTHA, JT TEN<br>191 SUNNY ACRES<br>HARLAN, KY 40831 | Claim Number: 4248<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:               $15,000.00 | |

| HAMILTON APPRAISAL SERV., INC<br>ATTN REBECCA A. DAVEY, OFFICE MGR.<br>802 GRAHAM RD.<br>CUYAHOGA FALLS, OH 44221 | Claim Number: 4249<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed:               $1,650.00 | |

| SCHUMACHER, HELEN<br>573 GEN LEARNED ROAD<br>KING OF PRUSSIA, PA 19406 | Claim Number: 4250<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed:               $2,430.03 | |

| CRISP, CAROL A<br>4826 S ELK WY<br>AURORA, CO 80016 | Claim Number: 4251<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|
| PRIORITY          Claimed:               $2,153.84          Scheduled:          $2,153.84  CONT | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COHEN, ADELE
2401 PENNSYLVANIA AVE 3C 45
PHILADELPHIA, PA 19130

Claim Number: 4252
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,205.74 |
| --- | --- | --- |

---

KLEIN, WILLIAM I.
PO BOX 253
ROCKAWAY, NJ 07866-0253

Claim Number: 4253
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,080.00 |
| --- | --- | --- |

---

SHEN, PEI YUN
691 3RD AVE
SAN FRANCISCO, CA 94118

Claim Number: 4254
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

ACE APPRAISALS LLC
ATTN KAREN JEANIE REIF
2481 DURHAM DR
SAGINAW, MI 48609

Claim Number: 4255
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
| --- | --- | --- |

---

LARIMER COUNTY, COLORADO
COUNTY TREASURER
ATTN GARY STOKER, SENIOR ACCOUNTANT
PO BOX 1250
FORT COLLINS, CO 80522-1250

Claim Number: 4256
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,533.54 | Scheduled: | $0.00 UNDET |
| --- | --- | --- | --- | --- |

---

PALOMINO, BARBARA
PO BOX 277944
MIRAMAR, FL 33027

Claim Number: 4257
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $882.00 | Scheduled: | $1,764.00 CONT |
| --- | --- | --- | --- | --- |

---

KIRKWOOD, WALTER R.
101 ANGELINA DR
CHANDLER, TX 75758

Claim Number: 4258
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $7.00 |
| --- | --- | --- |
| SECURED | Claimed: | $158.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHARP, WILLIAM E. AND DONNA H. JT/WROS
167 KINGSBROOK AVE
ANN ARBOR, MI 48103-6937

Claim Number: 4259
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,423.67 |
|---|---|---|

---

AKHTARI, DARIUSH
5 SURREY WAY
FRANKLIN, MA 02038

Claim Number: 4260
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,045.00 |
|---|---|---|

---

MELICK, WILLIAM F. & CROSSLAND, MITZI R.
9117 E. DONNER RD
TRAVERSE CITY, MI 49684

Claim Number: 4261
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,512.00 |
|---|---|---|

---

LINDA L. SCHIERMEIER TRUST
13435 TERRA VISTA DR
SAINT LOUIS, MO 63146

Claim Number: 4262
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,259.10 |
|---|---|---|

---

WELLS FARGO BANK C/F IRA
JERRY I CUDDY
1566 SPRINGHURST DR
FLORISSANT, MO 63031

Claim Number: 4263
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,516.80 |
|---|---|---|

---

ROGER J. SCHIERMEIER TRUST
13435 TERRA VISTA DR
SAINT LOUIS, MO 63146

Claim Number: 4264
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,682.89 |
|---|---|---|

---

WELLS FARGO BANK IRA C/F
CHERYL A. NEWMARK
16874 BABLER VIEW DR
WILDWOOD, MO 63011

Claim Number: 4265
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,258.44 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEMAY, MARY ANN H.<br>325 SOUTHAMPTON DR<br>SAINT LOUIS, MO 63125 | Claim Number: 4266<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,115.59 |
| WELLS FARGO BANK IRA C/F<br>RONALD D. FUSSNER<br>6101 SIOUX TRAILS<br>OSAGE BEACH, MO 65065 | Claim Number: 4267<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $12,722.32 |
| GLADNEY, CHAD E. & ANGELEA S.D.<br>272 VICTORIA DR<br>TROY, MO 63379 | Claim Number: 4268<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $11,998.32 |
| WELLS FARGO BANK IRA C/F<br>12453 STATE ROAD CC<br>FESTUS, MO 630283678 | Claim Number: 4269<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $3,704.81 |
| DONNER, MARVIN L. & MARIAN W.<br>19 MARY ROSE CT<br>HAZELWOOD, MO 63042 | Claim Number: 4270<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $7,156.71 |
| WELLS FARGO BANK IRA C/F<br>ROY H. HERMANN<br>7350 FLORA AVE<br>MAPLEWOOD, MO 63143 | Claim Number: 4271<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $14,014.90 |
| WELLS FARGO BANK IRA C/F<br>IRENE R. EADES<br>P.O. BOX 323<br>NEW BERLIN, IL 62670 | Claim Number: 4272<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $6,935.71 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WELLS FARGO BANK IRA C/F
TREVA IMES
6010 ABU DHABI PL
DULLES, VA 20189

Claim Number: 4273
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,043.36 | | |

---

WAGNER, NANCY
35 ELM DR
FARMINGDALE, NY 11735

Claim Number: 4274
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,211.54 | Scheduled: | $2,211.54 CONT |

---

WELLS FARGO BANK IRA C/F
WILLIAM F MELICK
9117 E DONNER RD
TRAVERSE CITY, MI 49684

Claim Number: 4275
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,512.06 | | |

---

TEITELBAUM, KAREN TTEE
4436 FOUR WINDS LN
NORTHBROOK, IL 60062

Claim Number: 4276
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,549.00 | | |

---

LICKO, CLIFFORD W.
IRA E*TRADE CUSTODIAN
17 AVENIDA FIORI
HENDERSON, NV 89011

Claim Number: 4277
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,159.74 | | |

---

GOOCH CHARITABLE TRUST
MARGIE GOOCH TRUSTEE
10916 GRAND HAVEN AVE
LAS VEGAS, NV 89134

Claim Number: 4278
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,865.00 | | |

---

LINNSTAEDT, GEORGE F.
IRA ROLLOVER
TD AMERITRADE CLEARING CUST.
1409 SYLVAN DRIVE
ARLINGTON, TX 76012-2422

Claim Number: 4279
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRUNELLE, PAUL A. & GIRARD, EDMOND C.
JT TENS
4337 OAK VIEW DR
SARASOTA, FL 34232

Claim Number: 4280
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,404.99 |

---

MILLER, CLARENCE A. & CHARLOTTE A.
JT TEN WROS & NOT AS TENCOM.
12680 N 1800TH ST.
TEUTOPOLIS, IL 62467-3917

Claim Number: 4281
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,250.00 |

---

WEISS, RICHARD
4911 W. MIDLAND DR
GREENFIELD, WI 53219

Claim Number: 4282
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,981.08 |

---

COCHRAN, JOY A.
P O BOX 367
# 531
PINE BLUFFS, WY 82082

Claim Number: 4283
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $3,461.33 |

---

LEDESMA, MARIO
818 MONTEREY RD
GLENDALE, CA 91206

Claim Number: 4284
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,087.00 |

---

LEDESMA, MARIO
818 MONTEREY RD
GLENDALE, CA 91206

Claim Number: 4285
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,482.00 |

---

STANTON MARSH
STATNTON MARSH, APPRAISER
106 3 MILIAM
LIVINGSTON, TX 77351

Claim Number: 4286
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $400.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| VELASQUEZ, MARILYN<br>5050 PRIMROSE CIR.<br>WICHITA, KS 67219 | | Claim Number: 4287<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| SCHNEIDER, ANNA MARIE & STEPHEN<br>216 BROAD MOOR LANE<br>ROTONDA WEST, FL 33947-1903 | | Claim Number: 4288<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,609.69 |

---

| | | |
|---|---|---|
| JOHNSON, PAUL S. & HELEN C.<br>7734 PEBBLE CREEK CIR # 304<br>NAPLES, FL 34108-6562 | | Claim Number: 4289<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $3,077.00 |

---

| | | |
|---|---|---|
| LACEY, EMILY M.<br>8434 HILL ST.<br>WAUWATOSA, WI 53226 | | Claim Number: 4290<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,081.36 |

---

| | | |
|---|---|---|
| BELMONT, BARBARA E.<br>14029 PALISADES AVE.<br>HUNTLEY, IL 60142 | | Claim Number: 4291<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,954.00 |

---

| | | |
|---|---|---|
| MOORE COUNTY TAX DEPARTMENT<br>ATTN ESTHER R. CUMMINGS,<br>DEPUTY TAX ADMINISTRATOR<br>PO BOX 428<br>CARTHAGE, NC 28327 | | Claim Number: 4292<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009) |
| PRIORITY | Claimed: | $212.28 |

---

| | | |
|---|---|---|
| ZERBEY, RICHARD S.<br>2230A CATASUQUA RD<br>BETHLEHEM, PA 18018-1049 | | Claim Number: 4293<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZURSCHMIEDE, EUSTASIA<br>1672 WOODLAWN DRIVE<br>NEW ALBANY, IN 47150 | Claim Number: 4294<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,375.00 | | |
|---|---|---|---|---|

| GREATER LOUISVILLE ASSOCIATION<br>OF REALTORS, INC<br>ATTN LISA STEPHENSON, EVP<br>6300 DUTCHMANS PARKWAY<br>LOUISVILLE, KY 40205 | Claim Number: 4295<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $316.00 | Scheduled: | $316.00 |
|---|---|---|---|---|

| MARK GUY APPRAISALS INC.<br>ATTN MARK D. GUY (PRESIDENT)<br>PO BOX 8646<br>ST. JOSEPH, MO 64508 | Claim Number: 4296<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $150.00 | | |
|---|---|---|---|---|

| SCHROEDER, MARILYN E. & TOD M.H.<br>2050 NE 39TH ST APT 208 SOUTH<br>LIGHTHOUSE POINT, FL 33064 | Claim Number: 4297<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| SILGE, WALTER E.<br>1605 N MILWAUKEE AVE APT 2B<br>LIBERTYVILLE, IL 60048-1353 | Claim Number: 4298<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,411.08 | | |
|---|---|---|---|---|

| TOLEDO BOARD OF REALTORS<br>ATTN PAULA S. KITT, CEO<br>2960 S. REPUBLIC BLVD.<br>TOLEDO, OH 43615-1912 | Claim Number: 4299<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $765.00 | Scheduled: | $765.00 |
|---|---|---|---|---|

| WATSON APPRAISAL SERVICES, INC<br>9660 FALLS OF NEUSE RD STE 138<br>RALEIGH, NC 27615-2435 | Claim Number: 4300<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BECKER, JOHN R.<br>6807 GREENLAWN RD.<br>LOUISVILLE, KY 40222 | Claim Number: 4301<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $23,471.29 |
|---|---|---|
| UNSECURED | Claimed: | $23,471.29 |
| TOTAL | Claimed: | $23,471.29 |

| POLENZANI BENEFITS & INSURANCE SERVICES, INC.  PROFIT SHARING TRUST DTD 1/01/00<br>POLENZANI, THOMAS A. & ELIZABETH, TTEES<br>2580 DEODAR CIRCLE<br>PASADENA, CA 91107 | Claim Number: 4302<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7506 (06/05/2009) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HANNA, NORMAN O. & ROSEMARY<br>8601 HWY A RT 2<br>BELLEVILLE, WI 53508-9570 | Claim Number: 4303<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| KAUAI ISLAND UTILITY COOPERATIVE<br>ATTN TRACIE JACINTHO<br>LIHUE, HI 96766-2032 | Claim Number: 4304<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $90.04 |
|---|---|---|

| PATTON BOGGS, LLP<br>ATTN IRA A FISHMAN, COO<br>2550 M STREET NW<br>WASHINGTON, DC 20037-1350 | Claim Number: 4305<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $889.30   UNLIQ |
|---|---|---|

| SHAW, GWENDOLYN (GWEN)<br>P.O. BOX 440066<br>CHICAGO, IL 60644-0066 | Claim Number: 4306<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT |
|---|---|---|---|---|

| JOHNSON, GARLAND M.<br>445 SEASIDE AVE # 1414<br>HONOLULU, HI 96815 | Claim Number: 4307<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $15,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STEINER, KENNETH J.
218 WILLOW DR.
COULTERVILLE, IL 62237

Claim Number: 4308
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,734.00 |

---

PIERCE, ROLAND F. & LORENE M.
9114 RANGE ROAD
NEW ATHENS, IL 62264-1610

Claim Number: 4309
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,000.00 |

---

PARKS, RONALD J.
1329 UPTON AVE. N
MINNEAPOLIS, MN 55411

Claim Number: 4310
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,169.00 |

---

TOOTLEMAN, EVA B.
6 CRANSTON CT
PRINCETON JUNCTION, NJ 08550

Claim Number: 4311
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,878.72 |

---

SIEKERKA, MICHAEL
34 FOX MEADOW LN
APT B
GLEN CARBON, IL 62034

Claim Number: 4312
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $305.00 |

---

BERTI, MICHAEL
64 PINE GROVE AVE
KINGSTON, NY 12401

Claim Number: 4313
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8815 (04/30/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,846.16 | Scheduled: | $5,769.00 CONT |

---

MOHAMED, SHAMEENA
3 PATRIOT CIR
CLIFTON PARK, NY 12065

Claim Number: 4314
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,253.50 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRIEDMAN, DAVID A
19 MERIT LA
JERICHO, NY 11753

Claim Number: 4315
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $9,403.85 UNLIQ | Scheduled: | $9,403.85 CONT |
|---|---|---|---|---|

SCHILSON, MILDRED H.
14 ANCHORAGE LANE
SALEM, SC 29676-4000

Claim Number: 4316
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,860.00 | | |
|---|---|---|---|---|

GOSLO, MICHAEL
FIDELITY INVESTMENTS
500 SALEM STREET OS2S
SMITHFIELD, RI 02917

Claim Number: 4317
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,500.00 | | |
|---|---|---|---|---|

DYKES, HURVY E.
909 E. 18TH STREET
ZION, IL 60099

Claim Number: 4318
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

CONTI , PATRICIA  A. (PAT)
191 GLENGARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4319
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT |
|---|---|---|---|---|

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4320
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,884.62 | | |
|---|---|---|---|---|

HAWKENSON, EUGENE & MARLENE
16905 HWY. 61 BLVD.
WELCH, MN 55089

Claim Number: 4321
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,610.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GULF APPRAISAL GROUP
2405 BURKE ST
GULFPORT, MS 395072206

Claim Number: 4322
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

STRATEGIC PLANNING PARTNERS LLC
7041 S 61ST ST
LINCOLN, NE 68516-5518

Claim Number: 4323
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $488.50 |
|---|---|---|

---

IMPERIAL COUNTY TAX COLLECTOR
ATTN FLORA GARCIA,
DEPUTY TREASURER-TAX COLLECTOR
940 WEST MAIN STREET # 106
EL CENTRO, CA 92243

Claim Number: 4324
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

PRIORITY                                                    Scheduled:              $280.97 DISP CONT

| SECURED | Claimed: | $280.97 |
|---|---|---|

---

OWENS, MYRON A.
7041 S 61ST ST
LINCOLN, NE 68516-5518

Claim Number: 4325
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $565.75 |
|---|---|---|

---

DIVIS, CHARLES J. TRUSTEE
DIVIS SURVIVORS TRUST
161 N. LINDEN
WAHOO, NE 68066

Claim Number: 4326
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,411.75 |
|---|---|---|

---

STRATEGIC PLANNING PARTNERS LLC
ATTN MYRON A. OWENS,
MANAGING PARTNER
875 SOUTH 48TH STREET
LINCOLN, NE 68510-3726

Claim Number: 4327
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,155.75 |
|---|---|---|

---

SEMINOLE COUNTY TAX COLLECTOR
RAY VALDES
1101 EAST FIRST STREET
POST OFFICE BOX 630
SANFORD, FL 32772

Claim Number: 4328
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8485 (01/08/2010)

| SECURED | Claimed: | $49.13   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LIKES, SUSAN<br>1770 COUNTY RD. M<br>WAHOO, NE 68066 | Claim Number: 4329<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $3,202.75 |

| LIKES, GERALD K. & SUSAN R. JT TEN<br>1770 COUNTY RD. M<br>WAHOO, NE 68066 | Claim Number: 4330<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $2,138.75 |

| OTOOLE, LOREN J. II<br>209 NORTH MAIN ST.<br>PLENTYWOOD, MT 59254 | Claim Number: 4331<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $2,313.00 |

| COLE, GERALD P.<br>121 SO. LEONARD<br>SIOUX CITY, IA 51103 | Claim Number: 4332<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | Claim Number: 4333<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9919 (04/06/2011) |
|---|---|
| UNSECURED            Claimed: | $7,500.00 |

| WELLNESS AT WORK<br>ATTN MARILYN KIER<br>540 FRONTAGE RD<br>NORTHFIELD, IL 60093 | Claim Number: 4334<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|
| UNSECURED            Claimed: | $110.00 |

| FASTGROUND<br>373 S SCHMALE RD STE 204<br>CAROL STREAM, IL 601882733 | Claim Number: 4335<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|
| UNSECURED            Claimed:            $3,383.09            Scheduled:            $3,383.09 | |

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LONEY, GEMELI
67 E SMITH ST
AMITYVILLE, NY 11701-2421

Claim Number: 4336
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,047.74 | Scheduled: | $1,047.74  CONT |
| --- | --- | --- | --- | --- |

PETERSEN, ERIC D
9 EVERGREEN RD
LADERA RANCH, CA 92694

Claim Number: 4337
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15  CONT |
| --- | --- | --- | --- | --- |

NEACE CATTLE CO. LLC
6300 N CAMPBELL AVE APT A
TUCSON, AZ 85718-3152

Claim Number: 4338
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $18,818.00 |
| --- | --- | --- |

DAY, BERNA B.
226 CR 55
TISHOMINGO, MS 38873

Claim Number: 4339
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $9,303.04 |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 |

SHENANDOAH LEGAL GROUP, P.C.
ATTN JEFFREY A. FLEISCHHAMER, PRESIDENT
P.O. BOX 75
310 JEFFERSON ST., SE
ROANOKE, VA 24002

Claim Number: 4340
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $1,522.75 |
| --- | --- | --- |

JONES, MATTHEW NEWELL
35 MOSS RD
CAMDEN, TN 38320

Claim Number: 4341
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $495.00 | Scheduled: | $495.00 |
| --- | --- | --- | --- | --- |

OLIVER, PRESTON C.
C/O JOHN T. OLIVER, SON W/POA
2205 NORDOH PLACE
ALEXANDRIA, VA 22306

Claim Number: 4342
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,412.95 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCKENNA, DONNA
66 TULIP AVE APT 6C
FLORAL PARK, NY 11001

Claim Number: 4343
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,248.15 | Scheduled: | $4,882.04 CONT |
|---|---|---|---|---|

VASQUEZ, FABIAN
782 GEORGE ST.
TEANECK, NJ 07666

Claim Number: 4344
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,550.20 |
|---|---|---|

LI, JIYAN
215 37 48TH AVE
APT 2A
BAYSIDE, NY 11364

Claim Number: 4345
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,644.23 | Scheduled: | $2,148.23 CONT |
|---|---|---|---|---|

HALLER, LYNDA A.
P.O. BOX 1165
SANDWICH, MA 02563

Claim Number: 4346
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,569.00 |
|---|---|---|

ARTUSO, ANTHONY
39 ROOSEVELT STREET
CORNING, NY 14830

Claim Number: 4347
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,169.80 |
|---|---|---|

STEINER, RUSSELL W.
13 WILLARD WILLIAMSON ROAD
MILAN, TN 38358

Claim Number: 4348
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,451.50 |
|---|---|---|

COLLIER RESIDENTIAL APPR., INC.
ATTN PETRINA STORTER/OFF MNGR.
1044 CASTELLO DR. # 103
NAPLES, FL 34103

Claim Number: 4349
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KENT, GEORGE A.<br>8734 ARAGON LN<br>KNOXVILLE, TN 37923 | | Claim Number: 4350<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,129.98 |
| GREEN, JEANETTE<br>727 CANTERBURY LANE<br>VILLANOVA, PA 19085 | | Claim Number: 4351<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,203.18 |
| KOCH, ROBERT<br>1201 KIMBALL COURT<br>NAPERVILLE, IL 60540 | | Claim Number: 4352<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $19,866.90 |
| SAMANTA, JAGAT B.<br>690 KANE CT.<br>RENO, NV 89512 | | Claim Number: 4353<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,230.00 |
| LAMBRIANIDIS, FOTINI<br>19-23 23RD AVENUE<br>ASTORIA, NY 11105 | | Claim Number: 4354<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| PRIORITY | | Scheduled: $350.00 CONT |
| UNSECURED | Claimed: | $350.00 |
| HAMILTON, MARY R.<br>7999 N CRESCENT BLVD #AL21<br>PENNSAUKEN, NJ 081101402 | | Claim Number: 4355<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $11,585.00 |
| CHUTE, MORTIMER H. JR. AND JANE A.<br>27 CHESTNUT ST.<br>GARDEN CITY, NY 11530 | | Claim Number: 4356<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $31,845.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| ROSARIO, JACK<br>52 RUSSELL PL<br>APT 2B<br>FREEPORT, NY 11520 | Claim Number: 4357<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) |
|---|---|

| PRIORITY | Claimed: | $216.00 | Scheduled: | $432.00  CONT |
|---|---|---|---|---|

| KENNETH DECKER CUST<br>LUKE M. TESON UGMA/WIC<br>2812 W 50TH STREET<br>WESTWOOD, KS 66205-1731 | Claim Number: 4358<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| KENNETH DECKER CUST<br>JOSEPH C. TESON UGMA/WISC<br>2812 W. 50TH STREET<br>MISSION, KS 66205-1731 | Claim Number: 4359<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| KENNETH DECKER CUST<br>ELIZABETH ELISE BENES UGMA/KS<br>2812 W. 50TH<br>WESTWOOD, KS 66205-1731 | Claim Number: 4360<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| KENNETH DECKER CUST<br>KOLBE DECKER BENES UGMA/KANSAS<br>2812 W. 50TH STREET<br>WESTWOOD, KS 66205-1731 | Claim Number: 4361<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| DECKER, KENNETH & TESON, PATRICK K.<br>JTWROS<br>2812 W 50TH STREET<br>WESTWOOD, KS 66205-1731 | Claim Number: 4362<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| GARY LEES AVENUE PIZZA<br>1575 BROADWAY<br>BUFFALO, NY 14212 | Claim Number: 4363<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $267.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MEYER, RICHARD M.<br>4720 WAHL RD.<br>SANDUSKY, OH 44870 | | Claim Number: 4364<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,573.90 | | |
| MEYER, RICHARD M.<br>4720 WAHL RD.<br>SANDUSKY, OH 44870 | | Claim Number: 4365<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,947.85 | | |
| TETRAULT, SUSAN L.<br>1070 TOBEY ST.<br>NEW BEDFORD, MA 02745 | | Claim Number: 4366<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |
| NATHAN, MARILYN G<br>11 KETCHAM PL<br>MELVILLE, NY 11747 | | Claim Number: 4367<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,370.88 | Scheduled: | $1,370.88  CONT |
| NATALE FALANGA IRREVOCABLE FAMILY TRUST<br>DR. NATALE J. FALANGA TTEE<br>DTD 12/20/2002<br>35 SAWGRASS ST.<br>JACKSON, NJ 08527-4023 | | Claim Number: 4368<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $210.00<br>$10,815.92 | | |
| ALLRED, WILLARD H.,TRUSTEE U/W JW ALLRED<br>U/A DTD 4/3/80<br>305 GULLEDGE CEMETERY ROAD<br>MT. CROGHAN, SC 29727 | | Claim Number: 4369<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,129.24 | | |
| FRANCES MCPHERSON BAKER<br>934 WRERS ROOST CIR. # 3<br>MEMPHIS, TN 38119-0511 | | Claim Number: 4370<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$5,201.31 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DAVIS, PETER Q.<br>1610 KEARSARGE RD<br>LA JOLLA, CA 92037 | | Claim Number: 4371<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $102,609.00 |
| MAHAFFEY, DONALD<br>935 NORTH 4230 ROAD<br>HUGO, OK 74743 | | Claim Number: 4372<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $15,423.00 |
| MCCARTHY, MICHAEL M.<br>514 W 19TH AVE<br>SPOKANE, WA 99203-2025 | | Claim Number: 4373<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,591.47 |
| SMOYER, IRENE A.<br>38 ACRES DRIVE<br>RIDLEY PARK, PA 19078 | | Claim Number: 4374<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| ROBBINS, WALTER W.<br>ROLLOVER IRA ACCOUNT<br>P.O. BOX 1556<br>JENA, LA 71342-1556 | | Claim Number: 4375<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WUNSCH, KEITH A.<br>1576 PENZANCE WAY<br>HANOVER, MD 21076-1480 | | Claim Number: 4376<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $17,967.51 |
| COBB, D.C. TTEE<br>****NO ADDRESS PROVIDED**** | | Claim Number: 4377<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $42,126.63   UNLIQ |
| UNSECURED | Claimed: | $42,126.63   UNLIQ |
| TOTAL | Claimed: | $42,126.63   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PERKINS, MARION H. AND ARTHUR J. JT WROS
W4577 COUNTY HWY R
MERRILL, WI 54452

Claim Number: 4378
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

WUNSCH, PATRICE B.
1576 PENZANCE WAY
HANOVER, MD 21076-1480

Claim Number: 4379
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,801.85 |
| --- | --- | --- |

---

WUNSCH, KEITH & PATRICE
1576 PENZANCE WAY
HANOVER, MD 21076-1480

Claim Number: 4380
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,819.95 |
| --- | --- | --- |

---

CIRKUS, JOSEPH
4251 ROCK ISLAND RD. APT. 106
LAUDERHILL, FL 33319-4509

Claim Number: 4381
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

HEUSCHKEL, ROBERT H.
6083 FOREST VILLAS CIR
FORT MYERS, FL 33908

Claim Number: 4382
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $345.15 |
| --- | --- | --- |

---

HALL, DAVID
1595 BEACON STREET
APARTMENT 9
BROOKLINE, MA 02446

Claim Number: 4383
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,562.50 |
| --- | --- | --- |

---

MICHEAL E KELLER & ASSOCIATES
2442 E RUSH AVE
FRESNO, CA 937304751

Claim Number: 4384
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $750.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TAYLOR, SHIRLEY A. | Claim Number: 4385 |
| 13202 W HYACINTH DR | Claim Date: 12/03/2007 |
| SUN CITY WEST, AZ 85375-4968 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $3,273.00 |

---

| AARONS, DAWN M | Claim Number: 4386 |
| 294 E 45TH ST | Claim Date: 12/03/2007 |
| BROOKLYN, NY 11203 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6839 (01/13/2009) |

| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $3,830.77 CONT |

---

| MISUTKA, RICHARD | Claim Number: 4387 |
| 9003 WOOD VIEW DR. | Claim Date: 12/03/2007 |
| PITTSBURGH, PA 15237 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,095.84 |

---

| RUSHING, NANCY R. | Claim Number: 4388 |
| 3582 OAK ST | Claim Date: 12/03/2007 |
| JACKSONVILLE, FL 322058449 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| O'HARA, DANIEL FRANCIS JR. & LINDA JT/WROS | Claim Number: 4389 |
| 4 ELLENITA DRIVE | Claim Date: 12/03/2007 |
| HILTON HEAD ISLAND, SC 29926 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 3946 (05/02/2008) |

| SECURED | Claimed: | $125,000.00 |
| UNSECURED | Claimed: | $3,046.85 |

---

| WELDON, TOMMY W. | Claim Number: 4390 |
| 13977 CRESTWICK DR. E. | Claim Date: 12/03/2007 |
| JACKSONVILLE, FL 32218-8431 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| METRO APPRAISAL GROUP, INC. | Claim Number: 4391 |
| 5145 MAYFIELD RD. | Claim Date: 12/03/2007 |
| LYNDHURST, OH 44124 | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| | Comments: DOCKET: 6703 (12/11/2008) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $300.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MENDELSOHN, JONAS<br>4316 STONELEIGH CT<br>HARRISBURG, PA 17112-8639 | Claim Number: 4392<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,050.00 UNLIQ |
|---|---|---|

| LUCKEN, TRYGVE C. JR.<br>128 SANDSTONE CIRCLE<br>VENICE, FL 34293 | Claim Number: 4393<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,336.00 |
|---|---|---|

| BROWN, ELDON<br>1710 KAIBAB LOOP<br>PRESCOTT, AZ 86303 | Claim Number: 4394<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $18,016.00 |
|---|---|---|

| MACDONALD, RICHARD & JOSEPHINE / TTEES<br>MACDONALD FAMILY TRUST<br>U/A 12/12/96<br>10142 N. 105TH WAY<br>SCOTTSDALE, AZ 85258 | Claim Number: 4395<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| SECURED | Claimed: | $26,190.00 |
|---|---|---|

| KLEIN, KAREN S.<br>3815 S. DATE ST.<br>KENNEWICK, WA 99337 | Claim Number: 4396<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,238.70 |
|---|---|---|

| GAVINSKI, ROBERT J.<br>2848 WATER STREET<br>STEVENS POINT, WI 54481 | Claim Number: 4397<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,755.58 |
|---|---|---|

| YUBA COUNTY TREASURER/TAX COLLECTOR<br>LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.<br>915 8TH ST. STE 103<br>MARYSVILLE, CA 95901 | Claim Number: 4398<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $11,295.06 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

YUBA COUNTY TREASURER/TAX COLLECTOR
LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.
915 8TH ST. STE 103
MARYSVILLE, CA 95901

Claim Number: 4399
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $11,139.74 |

---

BLUHM, GARY C.
119 GLACIER PEAK DR
CAMANO ISLAND, WA 982828562

Claim Number: 4400
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,730.88 |

---

KADISH, HERBERT S. & PHYLLIS R.
1034 LIBERTY PARK DR #GUEST
AUSTIN, TX 78746-6891

Claim Number: 4401
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $5,218.01 |

---

HARTOIN, MICHAEL F.
1238 GREENERY LANE
CINCINNATI, OH 45233

Claim Number: 4402
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,091.00 |

---

MORRILL, SONDRA S. TTEE
SONDRA S. MORRILL TRUST
3115 N FAIRVIEW AVE # 26
TUCSON, AZ 85705-3736

Claim Number: 4403
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,991.09 |

---

PENTALPHA GROUP LLC
ATTN JILL GILBERT CALLAHAN, PRESIDENT
ONE GREENWICH OFFICE PARK NORTH
GREENWICH, CT 06831

Claim Number: 4404
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $292,500.00 |

---

BROMER, JOHN
412 SPORT HILL RD
EASTON, CT 06612

Claim Number: 4405
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $35,346.52 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BROMER, JEAN B.<br>412 SPORT HILL RD<br>EASTON, CT 06612 | | Claim Number: 4406<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,555.07 |
| BROMER, JOHN & JEAN<br>412 SPORT HILL RD<br>EASTON, CT 06612 | | Claim Number: 4407<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,328.50 |
| DORIS E. TANNER TEST TR<br>ROBERT A. TANNER TTEE<br>3319 E. CLARK<br>WICHITA, KS 67218 | | Claim Number: 4408<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $13,490.00<br>$0.00 |
| DORIS E. TANNER TEST TR<br>ROBERT A. TANNER TTEE<br>3319 E. CLARK<br>WICHITA, KS 67218 | | Claim Number: 4409<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,616.00<br>$0.00 |
| GERALD & JANICE RATTS TR<br>TTEE<br>1325 COUNTRY WALK CIR<br>WICHITA, KS 67206 | | Claim Number: 4410<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $5,000.00<br>$0.00 |
| RATTS, GERALD L. REV TR<br>1325 COUNTRY WALK CIR<br>WICHITA, KS 67206-4121 | | Claim Number: 4411<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,250.00<br>$0.00 |
| O.E. & E.L. BRADLEY TR<br>110 S MAIN STE 500<br>WICHITA, KS 67202 | | Claim Number: 4412<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $7,500.00<br>$0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THOLEN, BARNEY C.<br>10405 W. 16TH<br>WICHITA, KS 67212 | | Claim Number: 4413<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $17,961.00 |
| UNSECURED | Claimed: | $0.00 |

| HAGGARD, KATHERINE<br>801 LITCHFIELD<br>WICHITA, KS 67203 | | Claim Number: 4414<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $21,313.50 |
| UNSECURED | Claimed: | $0.00 |

| HAGGARD, KATHERINE U.<br>801 LITCHFIELD<br>WICHITA, KS 67203 | | Claim Number: 4415<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $7,224.25 |
| UNSECURED | Claimed: | $0.00 |

| O.E. BRADLEY TR.<br>110 S. MAIN STE 500<br>WICHITA, KS 67202 | | Claim Number: 4416<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |
| UNSECURED | Claimed: | $0.00 |

| EGGLESTON, RICHARD D<br>1512 W. MURDOCK<br>WICHITA, KS 67203 | | Claim Number: 4417<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $30,000.00 |
| UNSECURED | Claimed: | $0.00 |

| SEEBER, ALFREDA V.<br>520 RANDOM RD<br>EL DORADO, KS 67042-4230 | | Claim Number: 4418<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $45,000.00 |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LESTER, BERTHA<br>7614 W WESTLAWN ST<br>WICHITA, KS 672127339 | Claim Number: 4419<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $24,775.00 | |
| UNSECURED | Claimed: | $0.00 | |

| EGGLESTON CHARITABLE BENEVELANT TR.<br>ATTN RICHARD D EGGLESTON, TRUSTEE<br>1512 W MURDOCK<br>WICHITA, KS 67203 | Claim Number: 4420<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,541.08 | |
| UNSECURED | Claimed: | $0.00 | |

| UNION COUNTY CLERK<br>ATTN MOSHOOD MUFTAU, ESQ<br>ASSISTANT COUNTY COUNSEL<br>2 BROAD ST, COURTHOUSE, RM 115<br>ELIZABETH, NJ 07207 | Claim Number: 4421<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $120.00 | Scheduled: | $80.00 |

| DAY, THOMAS E. & KATHERINE J., JT/WROS<br>226 CR 55<br>TISHOMINGO, MS 38873-0008 | Claim Number: 4422<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,050.73 | |
| UNSECURED | Claimed: | $0.00 | |

| ASSOCIATED SOFTWARE CONSULTANT<br>ATTN TIMOTHY W LISTON, PRESIDENT<br>7251 ENGLE RD<br>STE 300<br>MIDDLEBURG HTS, OH 44130 | Claim Number: 4423<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $2,580.00 |

| LOOMIS, SUSAN<br>65798 WHITE ROCK LOOP<br>BEND, OR 97701-8118 | Claim Number: 4424<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | |

| NORTON, RANDY<br>26808 FOUNDERS PL<br>SPICEWOOD, TX 78669 | Claim Number: 4425<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $668.13 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CALVIN, MELISSE<br>15040 INDIAN DRIVE<br>FONTANA, CA 92335 | Claim Number: 4426<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $3,369.23 | Scheduled: | $3,369.23  CONT |
|---|---|---|---|---|

| DREXLER, BARRY<br>5997 GREENBRIAR TER<br>FAYETTEVILLE, PA 17222-9667 | Claim Number: 4427<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $10,200.00 |
| TOTAL | Claimed: | $10,200.00 |

| TULIAU, MALVINA Q (VINA)<br>7636 BOTANY BAY DR.<br>LAS VEGAS, NV 89128 | Claim Number: 4428<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10440 (05/04/2012) |
|---|---|

| PRIORITY | Claimed: | $2,261.58 |
|---|---|---|

| KERBY, FRED D.<br>3709 METTER ST<br>LAS VEGAS, NV 891296467 | Claim Number: 4429<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $150.00 |
|---|---|---|

| BENOIT, EDMOND<br>912 WOLF CREEK ST<br>CLERMONT, FL 34711-6742 | Claim Number: 4430<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $3,081.00 |
|---|---|---|

| PEAK TO PEAK APPRAISALS LLC<br>890 RIDGEVIEW AVE<br>BROOMFIELD, CO 80020-6618 | Claim Number: 4431<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,450.00 |
|---|---|---|

| SHOWACRE APPRAISAL INC<br>ATTN SYLVIA M. SHOWACRE<br>PO BOX 23506<br>SANTA FE, NM 87502 | Claim Number: 4432<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KUHLMEIER, PAUL D.
5296 E SOFTWOOD DR
BOISE, ID 83716

Claim Number: 4433
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $103,225.35 |

---

ERICKSON, STANLEY & PAULA, JTWROS
1880 O'BRIAN AVE DEPT C
CLARION, IA 50525

Claim Number: 4434
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,010.34 |

---

ROSE-DYER, MAXINE
1595 N CENTRAL AVE APT 37
VALLEY STREAM, NY 11580-1186

Claim Number: 4435
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT |
| UNSECURED | Claimed: | $250.00 | | |

---

LONG ISLAND LIGHTING COMPANY DGA LIPA
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

Claim Number: 4436
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8936 (06/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,233.50 |

---

KEYSPAN GAS EAST CORP DBA KEYSPAN ENERGY
DELIVERY LONG ISLAND
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

Claim Number: 4437
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53.61 |

---

LONG ISLAND LIGHTING COMPANY DGA LIPA
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

Claim Number: 4438
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8936 (06/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $270,845.23 |

---

MAZARAKIS, ROXANNE
PO BOX 4316
EL DORADO HILLS, CA 95762

Claim Number: 4439
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $22,340.08 | Scheduled: | $22,121.81 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MARTIN, MAYLA L.<br>206 MADISON ST<br>WARWICK, RI 02888 | | Claim Number: 4440<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $14,868.68 |

---

| | | |
|---|---|---|
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4441<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,627.31 |

---

| | | |
|---|---|---|
| MESSER, STEVE<br>822 S 24TH<br>FORT SMITH, AR 72901 | | Claim Number: 4442<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,584.00 |

---

| | | |
|---|---|---|
| MESSER, ANITA O.<br>822 S 24TH<br>FORT SMITH, AR 72901 | | Claim Number: 4443<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,630.00 |

---

| | | |
|---|---|---|
| GREENE, THOMAS F., TRUSTEE<br>THOMAS F GREENE LIVING TRUST<br>209 N INTERMEDIATE LAKE RD<br>CENTRAL LAKE, MI 49622 | | Claim Number: 4444<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MALIZIA, ROSE<br>37 ALLEN DR<br>BREWSTER, NY 10509 | | Claim Number: 4445<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $10,000.00 |
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| CJ PLAN<br>ATTN LAMAR CLEMENTS<br>5740 NORTH 7000 W<br>CACHE JUNCTION, UT 84304 | | Claim Number: 4446<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,819.90 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KLEIN, WILLIAM I.<br>PO BOX 253<br>ROCKAWAY, NJ 07866-0253 | Claim Number: 4447<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,185.25 |
|---|---|---|

| AA APPRAISALS<br>ATTN BILL BARNES, OWNER<br>PO BOX 1828<br>MULDROW, OK 74948 | Claim Number: 4448<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7022 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

| FORSYTH COUNTY<br>ATTN DARLENE PIERCE<br>PO BOX 82<br>WINSTON-SALEM, NC 27102 | Claim Number: 4449<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $608.74 |
|---|---|---|

| HARER, W BENSON JR.<br>1107 FIRST AVE #1601<br>SEATTLE, WA 98101 | Claim Number: 4450<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $221,883.00 |
|---|---|---|

| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2435<br>TAMPA, FL 33602-5896 | Claim Number: 4451<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $389,998.00 |

| CONSALVO, GENE<br>PO BOX 3094<br>PINEHURST, NC 28374 | Claim Number: 4452<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,820.19 |
|---|---|---|

| SCHATTEMAN, DOLORES TTEE<br>DOLORES A SCHATTEMAN JR TRUST<br>U/A DTD JULY 17, 1992<br>2812 2ND ST<br>MOLINE, IL 61265-7710 | Claim Number: 4453<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $2,091.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CABLE PLUS INC<br>ATTN ANNETTE ROMAINE, CREDIT MANAGER<br>5330 N LOCKWOOD<br>CHICAGO, IL 60630 | Claim Number: 4454<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $7,162.95 | Scheduled: | $2,036.16 |
|---|---|---|---|---|

| KACZMAR, HELEN<br>1401 WOODLAND AVE<br>MODESTO, CA 953511133 | Claim Number: 4455<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,600.60 |
|---|---|---|

| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | Claim Number: 4456<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,294.90 | Scheduled: | $56,974.02 CONT |

| BRADFORD, ROBERT E & TERRY L REED JT TEN<br>489 VANHOY DR<br>GREENWOOD, IN 46142-9065 | Claim Number: 4457<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $63,605.50 |
|---|---|---|

| ANGELLE APPRAISAL<br>ATTN YVONNE ANGELLE<br>4892 MAIN HWY<br>ST MARTINVILLE, LA 70582 | Claim Number: 4458<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,975.00 |
|---|---|---|

| ENGELLAND, ERIC<br>8830 NW PEACE AND QUIET WAY<br>SILVERDALE, WA 98383 | Claim Number: 4459<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $4,137.50 | Scheduled: | $4,137.50 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,424.75 |

| STEPHEN SWEENEY R E APPRAISAL<br>ATTN STEPHEN SWEENEY<br>110 W LANCASTER AV #100<br>WAYNE, PA 19087 | Claim Number: 4460<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $3,450.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WRIGHT APPRAISAL SERVICES, INC
ATTN BRUCE E WRIGHT, PRESIDENT
8414 STILLBROOK AVE
TAMPA, FL 33615

Claim Number: 4461
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,500.00 |
|-----------|----------|-----------|

---

CARR, THOMAS O
2605 STATE ST
SALEM, OR 97310

Claim Number: 4462
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $300.00 |
|-----------|----------|---------|

---

LOUTINSKY, KARL J & MARY E JT WROS
121 N GLADDEN ST
ALEXANDRIA, VA 22304

Claim Number: 4463
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,949.99 |
|-----------|----------|------------|

---

WHEELER, R.H.
706 SAINT MICHAEL LN
ALTAMONTE SPRINGS, FL 32714

Claim Number: 4464
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| SECURED | Claimed: | $81,647.00 |
|---------|----------|------------|

---

BRAD MALONE APPRAISALS
4990 RIVERHILL RD NE
MARIETTA, GA 300684857

Claim Number: 4465
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $360.00 |
|-----------|----------|---------|

---

A-1 APPRAISAL SERVICES, INC
ATTN STEVE JENNINGS, OWNER
1012 W ILES AVE
SPRINGFIELD, IL 62704

Claim Number: 4466
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,100.00 |
|-----------|----------|-----------|

---

CARL, FRANK M.
NO ADDRESS PROVIDED

Claim Number: 4467
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MURAY, MAUNY<br>3700 DEAN DR #1708<br>VENTURA, CA 93003 | | Claim Number: 4468<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,500.00 | | |

| ROBERTSON, LARRY<br>512 NE SAPPHIRE WAY<br>JENSEN BEACH, FL 34957 | | Claim Number: 4469<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| YOUNG, SHELLE<br>1227 9TH AVE SE<br>OLYMPIA, WA 98501 | | Claim Number: 4470<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $934.80 | Scheduled: | $934.80  CONT |

| HUGHES, TYRONE<br>19016 101ST PL NE<br>BOTHELL, WA 98011 | | Claim Number: 4471<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,626.52 | | |

| KEUTER, DONALD J.<br>5515 BROADVIEW AVE N.E.<br>TACOMA, WA 98422 | | Claim Number: 4472<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,250.93 | | |

| LEDESMA, MARIO<br>818 MONTEREY RD<br>GLENDALE, CA 91206 | | Claim Number: 4473<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,071.00 | | |

| DELAMATER, DONALD<br>712 EDMUND AVE<br>SAINT PAUL, MN 55104 | | Claim Number: 4474<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,884.40 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RALL, ERNEST<br>4840 KNOLLWOOD DR. N.E.<br>BEMIDJI, MN 56601-7061 | Claim Number: 4475<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,099.95 |

| LOVEJOY, JONATHAN D. & LINDA L. JT TEN<br>2813 WINTERPLACE CIR<br>PLANO, TX 75075 | Claim Number: 4476<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $10,927.95 |

| CURYLO, MICHAEL<br>3405 JAMESTON DR<br>FLOWER MOUND, TX 750282976 | Claim Number: 4477<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| RAY, JANICE<br>3643 MCKIBBON ROAD<br>ST. LOUIS, MO 63114 | Claim Number: 4478<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,500.00 |

| TUCKER, CONRAD<br>1970 N. LESLIE ST. # 2835<br>PAHRUMP, NV 89060-3678 | Claim Number: 4479<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,018.08 |

| DRISCOLL, DAVID<br>2315 HILLSTONE AVE<br>HENDERSON, NV 89052-5839 | Claim Number: 4480<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $268.00 |

| PETERS, PATRICIA<br>4911 W. TORREY PINES CIRCLE<br>GLENDALE, AZ 85308 | Claim Number: 4481<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| PRIORITY          Claimed:          $147.69          Scheduled:          $147.69  CONT | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOBBIN, TOM
32 DUNLEITH
ST. LOUIS, MO 63124

Claim Number: 4482
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

BECKER, DONALD G. JR.
P.O. BOX 51208
MIDLAND, TX 79710

Claim Number: 4483
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,450.00 |
| UNSECURED | Claimed: | $1,450.00 |
| TOTAL | Claimed: | $1,450.00 |

---

ERSKINE, EDWIN M. JR.
1889 BELLE ISLAND RD.
RICHMOND HILL, GA 31324

Claim Number: 4484
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,104.00 |

---

PARK PLACE APPRAISAL GROUP INC
ATTN REGINA C. ROWS
243 S PARK PLACE DR
BARTLETT, IL 60103

Claim Number: 4485
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,381.00 |

---

HESS, KIM CUSTODIAN FOR
ADDISON YOUNG
10 BOND LN.
HICKSVILLE, NY 11801

Claim Number: 4486
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,750.00 |

---

FRED W. STRAUSS TRUST
10 BOND LN.
HICKSVILLE, NY 11801

Claim Number: 4487
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,500.00 |

---

STRAUSS, CATHERINE
10 BOND LN.
HICKSVILLE, NY 11801

Claim Number: 4488
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,500.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HESS, KIM CUSTODIAN FOR<br>LINDEN YOUNG<br>10 BOND LN.<br>HICKSVILLE, NY 11801 | Claim Number: 4489<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $3,750.00 |
|---|---|---|

| ARMINAS, JOHN K.<br>180 PELTON AVE<br>STATEN ISLAND, NY 10310-1523 | Claim Number: 4490<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $240.00 |
|---|---|---|

| PACIFIC WEST APPRAISAL SERVICE<br>5912 BOLSA AVE STE 200<br>HUNTINGTN BCH, CA 926491170 | Claim Number: 4491<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,475.00 |
|---|---|---|

| KRIEGLER, JOSEPH F. CUST. FOR<br>WILLIAM R. NERVIG IV<br>UNDER NE/UTMA<br>7402 S. 140 AVE<br>OMAHA, NE 68138 | Claim Number: 4492<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $959.99 |
|---|---|---|

| KEPPER, DAVID O.<br>3035 MIWOK WAY<br>CLAYTON, CA 94517-2004 | Claim Number: 4493<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $17,506.00 |
|---|---|---|

| HUFFORD, ANITA A. (ANN)<br>1062 HARVEST CIRCLE<br>PLEASANTON, CA 94566 | Claim Number: 4494<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $8,702.69 | Scheduled: | $9,889.42  CONT |
|---|---|---|---|---|

| ZALETEL, EDWARD T.<br>9423-GREENBELT DRIVE<br>URBANDALE, IA 50322 | Claim Number: 4495<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WEBER, JODI M.
12866 WALBECK DR
FISHERS, IN 46037-6241

Claim Number: 4496
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $8,336.95 |
| --- | --- | --- |

---

HERMANCE, SCOTT C
1513 TILDEN AVE
FORT WAYNE, IN 46805

Claim Number: 4497
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $587.86 | Scheduled: | $587.86 CONT |
| --- | --- | --- | --- | --- |

---

SIMANSKY, JOEL
1419 LIBERTY ST.
ALTON, IL 62002

Claim Number: 4498
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,500.00 |
| --- | --- | --- |

---

VOSHAGE, PATSY S. TTEE
THE PATSY S VOSHAGE REV LIVING
TR DATED 5/9/1994
351 JASPER LANE
JACKSON, MO 63755-7585

Claim Number: 4499
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
| --- | --- | --- |

---

FISHER, JOYCE B. TOD
10302 63RD AVE.
PLEASANT PRAIRIE, WI 53158

Claim Number: 4500
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,604.00 |
| --- | --- | --- |

---

FISHER, GARY A. (IRA)
AMERIPRISE TRST CO. ACF
10302 63RD AVE.
PLEASANT PRAIRIE, WI 53158

Claim Number: 4501
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $11,459.00 |
| --- | --- | --- |

---

APPRAISAL OFFICE, THE
ATTN D. KASSLER, APPRAISER
22429 S COLORADO RIVER
SONORA, CA 95370

Claim Number: 4502
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $425.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PIERSON, HARRY T.<br>3544 ENCHANTED FARM<br>SCHERTZ, TX 781543506 | Claim Number: 4503<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,523.00 |
|---|---|---|

| KUO, IN-TIN TIMOTHY & CHUN-CHEN<br>4409 CROSS VALEY RUN<br>AUSTIN, TX 78731 | Claim Number: 4504<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,549.80 |
|---|---|---|

| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | Claim Number: 4505<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | Claim Number: 4506<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

| BRYAN, EDWIN L.<br>3809 HENDERSON ROAD<br>GREENSBORO, NC 27410 | Claim Number: 4507<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,813.00 |
|---|---|---|

| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | Claim Number: 4508<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| JOHNSON, PARI AND CARL R.<br>149 BLACK BIRD LN<br>CHEHALIS, WA 98532 | Claim Number: 4509<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $8,330.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAULSBY, DAVID LEE JR. | | Claim Number: 4510 |
| 1424 PARK AVE. | | Claim Date: 12/04/2007 |
| BALTIMORE, MD 21217 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| | | |
| UNSECURED | Claimed: | $17,513.00 |

| GU, WEI | | Claim Number: 4511 |
| 610 TWIN PEAKS ST | | Claim Date: 12/04/2007 |
| SIMI VALLEY, CA 93065 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4027 (05/12/2008) |
| | | |
| PRIORITY | Claimed: | $45,000.00 |
| UNSECURED | Claimed: | $42,550.00 |
| TOTAL | Claimed: | $45,000.00 |

| KROL, FRANK & JEANNETTE | | Claim Number: 4512 |
| 6411 WEST 81ST STREET | | Claim Date: 12/04/2007 |
| BURBANK, IL 60459 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| | | |
| UNSECURED | Claimed: | $5,000.00 |

| PATEL, DENNY | | Claim Number: 4513 |
| 274 S. EARLHAM ST. | | Claim Date: 12/04/2007 |
| ORANGE, CA 92869 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| | | |
| UNSECURED | Claimed: | $3,616.00 |

| CHIU-SIT, PAULINE PUI-YING | | Claim Number: 4514 |
| 2038 BALBOA ST. | | Claim Date: 12/04/2007 |
| SAN FRANCISCO, CA 94121-3024 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| | | |
| SECURED | Claimed: | $7,500.00 |
| UNSECURED | Claimed: | $4,214.50 |

| PETRASH, TERRY G. & BOBBIE G. JT TEN | | Claim Number: 4515 |
| 4806 HWY 574 | | Claim Date: 12/04/2007 |
| PLANT CITY, FL 33566-7952 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4295 (05/29/2008) |
| | | |
| PRIORITY | Claimed: | $25,578.13 |

| PETRASH, TERRY G. & BOBBIE G. JT TEN | | Claim Number: 4516 |
| 4806 HWY 574 | | Claim Date: 12/04/2007 |
| PLANT CITY, FL 33566-7952 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4295 (05/29/2008) |
| | | |
| PRIORITY | Claimed: | $25,609.38 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| J HAGAN RESIDENTIAL REAL ESTAT<br>ATTN JUDI J HAGAN<br>68 THUMPER LNE<br>ARDEN, NC 28704 | | Claim Number: 4517<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $400.00 |

| | | |
|---|---|---|
| HONDA, JANE G. (R/O IRA)<br>FCC AS CUSTODIAN<br>TWO WATERFRONT PLAZA, SUITE 400<br>500 ALA MOANA<br>HONOLULU, HI 96813 | | Claim Number: 4518<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,491.00 |

| | | |
|---|---|---|
| MER, INC.<br>6501 WOODLAKE DR APT 1005<br>RICHFIELD, MD 554231397 | | Claim Number: 4519<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,659.60 |

| | | |
|---|---|---|
| ROTHROCK, CLIFFORD<br>5271 EASTBROOK CT<br>SHELBY TWP., MI 48316 | | Claim Number: 4520<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $59,917.00 |
| UNSECURED | Claimed: | $59,917.00 |
| TOTAL | Claimed: | $59,917.00 |

| | | |
|---|---|---|
| WILLIAMS, DAVID ALLEN<br>7950 ONTONAGON COURT<br>THOMPSONVILLE, MI 49683 | | Claim Number: 4521<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,619.80 |

| | | |
|---|---|---|
| LAIRD, DONALD & DORIS JT TEN<br>PO BOX 321<br>SNYDER, NE 68664-0321 | | Claim Number: 4522<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,337.00 |

| | | |
|---|---|---|
| LONG, CARL R. & PHYLLIS M. TTEES<br>CARL R & PHYLLIS M LONG REV TR<br>10716 CALAVERAS COVE<br>BELTON, TX 76513 | | Claim Number: 4523<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $13,522.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| HENDERSON, MARLAND<br>510 LAKE CLIFF DRIVE<br>DALLAS, TX 75203 | | Claim Number: 4524<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

| HENDERSON, JONELL<br>12412 VERONICA RD<br>DALLAS, TX 75234 | | Claim Number: 4525<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

| DUFRESNE, NORMAN J.<br>3912 N GARFIELD AVE<br>KANSAS CITY, MO 64116 | | Claim Number: 4526<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

| SHERR'S QUALITY 401(K)<br>W.G. SHERR<br>P.O. BOX 2899<br>GULF SHORES, AL 36547 | | Claim Number: 4527<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,274.72 |

| HENDERSON APPRAISAL SRV.<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4528<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

| NORSKOV, DONALD E.<br>17007 SHIRLEY STREET<br>OMAHA, NE 68130 | | Claim Number: 4529<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,140.75 |

| JEWELL, NORMAN AND RUTH<br>7401 GLENWOOD CIRCLE<br>LINCOLN, NE 68510-2408 | | Claim Number: 4530<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,239.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NICHOLS, MARILYN K.
MARILYN K. NICHOLS TRUST
DATED 12-20-90
1802 ROAD II
FAIRMONT, NE 68354

Claim Number: 4531
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,679.50 |
|---|---|---|

---

RED SKY PROPERTIES, LLC
ATTN JEFFREY MARKEL - MEMBER
800 HEARTWOOD LANE
# 18
BAYFILED, CO 81122

Claim Number: 4532
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,223.00 | Scheduled: | $4,223.00 |
|---|---|---|---|---|

---

POPSON, CASSIE J
1401 JACKSON CIRCLE
INDIANOLA, IA 50125

Claim Number: 4533
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $598.65 | Scheduled: | $598.65  CONT |
|---|---|---|---|---|

---

FLORIDA GULF APPRAISALS INC
18430 PIONEER RD
FORT MYERS, FL 339084655

Claim Number: 4534
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,380.00 |
|---|---|---|

---

DANHEL, WILLIAM T.
3221 FOREST ROAD
BETHEL PARK, PA 15102

Claim Number: 4535
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,012.95 |
|---|---|---|

---

ALTRUGGE, FRED M.
103 ROBERTA DR
LIVERPOOL, NY 13090

Claim Number: 4536
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

---

JACKSON, DAVID M. & DIANE L.
TRS FBO JACKSON FAMILY TRUST
DATED OCT 28 2004
1986 BRUSH CREEK RD
SANTA ROSA, CA 95404-2047

Claim Number: 4537
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,589.98 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BELANSKY, GAIL K. IRA
601 E. DEL MAR BLVD # 206
PASADENA, CA 91101-2889

Claim Number: 4538
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,142.00 |
|-----------|----------|-----------|

---

MANIACI, STEPHEN A.
2 GREYSTONE LANE
MOHNTON, PA 19540

Claim Number: 4539
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,947.49 |
|-----------|----------|-----------|

---

WERT, J. & V F. (CO - TTEE)
1745 MASTERS DRIVE
BANNING, CA 92220-6670

Claim Number: 4540
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

JAREMY, MARGARET
1325 LILY WAY
SOUTHAMPTON, PA 18966

Claim Number: 4541
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

JAREMY, ALEXANDER
1325 LILY WAY
SOUTHAMPTON, PA 18966

Claim Number: 4542
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

MORRIS, THOMAS E. & MARGARET JR.
7222 MYSTIC WAY
PORT SAINT LUCIE, FL 34986

Claim Number: 4543
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

ALASKAN SPRINGS DISTRIBUTORS
ATTN GREGORY YOUNG, PARTNER
115 B MARINE ST
FARMINGDALE, NY 11735

Claim Number: 4544
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $524.41 | Scheduled: | $524.41 |
|-----------|----------|---------|------------|---------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NEWSOM, DANA<br>1608 N. ELM STREET<br>ESCONDIDO, CA 92026 | Claim Number: 4545<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $5,684.05 | Scheduled: | $5,684.05  CONT |
|---|---|---|---|---|

| TEJEDA, DARBY<br>25949 ORBITA<br>MISSION VIEJO, CA 92691 | Claim Number: 4546<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,846.08 |
|---|---|---|

| LEE, JOSEPHINE W.<br>1772 CAMARGO DR.<br>SAN JOSE, CA 95132-1603 | Claim Number: 4547<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $29,531.00 |
|---|---|---|

| EZBIANSKI, RICHARD J<br>12 NOMAHEGAN CT<br>CRANFORD, NJ 07016 | Claim Number: 4548<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $5,561.97 |
|---|---|---|

| HALL, JOYCE A.<br>PO BOX 2934<br>EDGARTOWN, MA 02539 | Claim Number: 4549<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WEISS, JOAN<br>14376 AMBERLY LN APT 26-103<br>DELRAY BEACH, FL 33446-2951 | Claim Number: 4550<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SHI, FEI AND REN, PING<br>44 GLEN STREET<br>MALDEN, MA 02148 | Claim Number: 4551<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| AYERSMAN, ERIC<br>2 PARKVIEW DR.<br>SO. CHARLESTON, WV 25309 | | Claim Number: 4552<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,002.00 |
| ARBESMAN, BERNARD<br>3203 OLD POST DRIVE # 1<br>PIKESVILLE, MD 21208-3212 | | Claim Number: 4553<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $4,200.00 |
| UNSECURED | Claimed: | $4,200.00 |
| TOTAL | Claimed: | $4,200.00 |
| DEANGELIS, KAYEL JR<br>80 SHUTTER LN<br>OYSTER BAY, NY 11771-3304 | | Claim Number: 4554<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BEAULIEU, GERALD & PATRICIA<br>119 ASPEN CT.<br>WOODSTOCK, GA 30188-1781 | | Claim Number: 4555<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ARROYO, VIRGINIA<br>521 S. GLEANCY DRIVE<br>DELTONA, FL 32725 | | Claim Number: 4556<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,000.00 |
| MULL, VERNON M.<br>2620 PRINDLE RD<br>BELMONT, CA 94002 | | Claim Number: 4557<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $7,857.95 |
| VAIDEN, MARY K<br>2742 CANDLEWOOD CT<br>APOPKA, FL 32703 | | Claim Number: 4558<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10131 (08/15/2011) |
| PRIORITY | Claimed: | $994.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CHAMBERS-MURPHY, SHARRAN<br>12 JEFFERSON STREET<br>SOUTH FARMINGDALE, NY 11735 | Claim Number: 4559<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) |
|---|---|

| PRIORITY | Claimed: | $1,292.30 | Scheduled: | $2,584.60  CONT |
|---|---|---|---|---|

| DWYER, PATRICIA<br>100 HILTON AVE UNIT 608<br>GARDEN CITY, NY 11530-1568 | Claim Number: 4560<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HERMAN, KERMIT R.<br>3821 TEXAS AVE S<br>ST LOUIS PARK, MN 55426 | Claim Number: 4561<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,313.50 |
|---|---|---|

| BIAGIO VERDERAME ENTERPRISES<br>ATTN BIAGIO VERDERAME / OWNER<br>10 WASHINGTON AVE<br>GLEN HEAD, NY 11545 | Claim Number: 4562<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $949.76 |
|---|---|---|

| SCHMIDT, NICHOLAS<br>790 S BROADWAY<br>LINDENHURST, NY 117575646 | Claim Number: 4563<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $330.00 |
|---|---|---|

| FINK, JAMES<br>3 DEERFIELD LN<br>SCARSDALE, NY 10583 | Claim Number: 4564<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,495.00 |
|---|---|---|

| YATES, MARK<br>BOX 4801<br>ONE LAMPLIGHTER WAY<br>MT. HERMON, MA 01354 | Claim Number: 4565<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,300.92 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WALSH, PATRICK
801 BERBERRY DR.
LANSDALE, PA 19446

Claim Number: 4566
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $550.00 |
|---|---|---|

---

SHARER, TOM & JAN
12608 MIRADO AVE
GRAND TERRACE, CA 92313

Claim Number: 4567
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $400.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $400.00 |

---

DOUGLAS, SHARON K.
8657 CALLAHAN TRAIL
INVER GROVE HTS, MN 55076

Claim Number: 4568
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,063.00 |
|---|---|---|

---

SUN LIFE ASSURANCE COMPANY OF CANADA
C/O COLLIERS PINKARD
C/O MICHAEL G. MENKOWITZ, ESQUIRE
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 4569
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $123,441.58 |
|---|---|---|

---

INCHARGE HOUSING COUSELING SERVICES
ATTN WILLIAM R. MALSEED, TREASURER
2101 PARK CENTER DR STE 320
ORLANDO, FL 32835-7625

Claim Number: 4570
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $55.00 |
|---|---|---|

---

MANGINELLI, DANIEL J III
2 SUN TER
LAGUNA NIGUEL, CA 92677-9230

Claim Number: 4571
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $58,983.61 | Scheduled: | $58,797.86  CONT |
|---|---|---|---|---|

---

HERMAN, ALEXIS & CO., INC.
ATTN MARK H RYNES
633 W 5TH ST
FL 28
LOS ANGELES, CA 90071

Claim Number: 4572
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WISEMAN, ROBERT D.
202 SW NORTH WAKEFIELD CIR
PORT SAINT LUCIE, FL 34953

Claim Number: 4573
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,786.00 | |

---

ANDRES, KRISTY N
2720 NE 8TH AVE
4
WILTON MANORS, FL 33334

Claim Number: 4574
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,022.08 | Scheduled: | $1,022.08 CONT |

---

RAHAGHI, ASGHAR
36 HAZEN DR
AVON, CT 06001

Claim Number: 4575
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | |

---

DWYER, PATRICIA
100 HILTON AVE UNIT 608
GARDEN CITY, NY 11530-1568

Claim Number: 4576
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

SONNEBORN, WILLIAM C.
244 POLHEMUS AVE
ATHERTON, CA 94027-5439

Claim Number: 4577
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | |

---

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4578
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,410.49 | Scheduled: | $5,410.49 CONT |
| UNSECURED | Claimed: | $27,501.55 | Scheduled: | $27,397.91 CONT |

---

SIMON, KIMBERLY J.
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4579
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,410.49 | |
| UNSECURED | Claimed: | $27,397.91 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NYOVICH, JACKIE
849 AUGUSTA DR
ROCHESTER HILLS, MI 48309

Claim Number: 4580
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,582.60 | Scheduled: | $10,582.60 | CONT |
| UNSECURED | Claimed: | $394.35 | Scheduled: | $5.81 | CONT |

PEREN, GILBERTO
25 LINDEN LN
SHIRLEY, NY 11967-2452

Claim Number: 4581
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $205.80 | Scheduled: | $411.60 | CONT |

BOZEMAN APPRAISAL SERVICES, INC.
ATTN B. JUNE BOZEMAN, COO, VP
PO BOX 3087
GAINESVILLE, GA 30503

Claim Number: 4582
Claim Date: 12/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,050.00 |

WILLIAMS TRANSFER & STORAGE
ATTN KIRK PHILLIPS, SALES MANAGER
621 EAST PRESIDENT AVE
TUPELO, MS 38801

Claim Number: 4583
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $128,494.16 |

PARRY, OLIVER W & BRACKETT, ALLEN V
6603 NW 25TH CT
BOCA RATON, FL 33496

Claim Number: 4584
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,330.30 |

RUND WALLMAN & ROBBINS LLP
ATTN PARTNER
151 N DELAWARE
STE 520
INDIANAPOLIS, IN 46204-2535

Claim Number: 4585
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $399.00 | Scheduled: | $209.00 |

ARLINGTON COUNTY, TREASURER
ATTN RONALD L ZAMBOTTI
TREASURER'S SPECIALIST
#1 COURT HOUSE PLAZA STE 217
ARLINGTON, VA 22216

Claim Number: 4586
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10060 (06/20/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,032.59 | DISP CONT |
| SECURED | Claimed: | $6,412.15 | | | |
| UNSECURED | Claimed: | $641.22 | | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ABIODUN, OLUKAYODE
8418 MERRYVIEW DR
WINDSOR MILL, MD 21244

Claim Number: 4587
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

---

CHESSIN, LAWRENCE N & RITA R
301 AMBASSADOR DR
ROCHESTER, NY 14610

Claim Number: 4588
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,837.00 |
|---|---|---|

---

STEINBERG, FRED
66 STIRRUP LANE
RIVERSIDE, CT 06878

Claim Number: 4589
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

---

RAFIE, ROYA
7200 MELODY LN #60
LA MESA, CA 91942-1408

Claim Number: 4590
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SCARBROUGH, EMMA A
218 BEACH 14TH ST
FAR ROCKAWAY, NY 11691

Claim Number: 4591
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $538.75 | Scheduled: | $538.75  CONT |
|---|---|---|---|---|

---

RHYNES, MARK H.
1522 WEST MANCHESTER AVE
LOS ANGELES, CA 90047

Claim Number: 4592
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GRAY, AYANA
86-20 PARK LANE SOUTH, APT 3A
WOODHAVEN, NY 11421

Claim Number: 4593
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $961.54 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| INFORMA RESEARCH SERVICES, INC<br>ATTN MICHAEL E ADLER, PRESIDENT<br>26565 AGOURA ROAD<br>CALABASAS, CA 91302-1942 | Claim Number: 4594<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $54.31 | | |
|---|---|---|---|---|

| B&B COOL AIR INC<br>ATTN GREGORY V. BOREK<br>1511 GRETCHEN AVE<br>STE A<br>LEHIGH ACRES, FL 33971 | Claim Number: 4595<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $114.23 |
|---|---|---|---|---|

| RANDALL COUNTY TAXING DISTRICTS<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | Claim Number: 4596<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) |
|---|---|

| SECURED | Claimed: | $1,348.18 | | |
|---|---|---|---|---|

| LAW OFC OF KEITH S. SHAW & ASSOCIATES, LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | Claim Number: 4597<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $8,137.35 | | |
|---|---|---|---|---|

| KOTVASZ, ANDREW L.<br>148 N 750 W<br>VALPARAISO, IN 46385 | Claim Number: 4598<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,550.95 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,550.95 |
| TOTAL | Claimed: | $2,550.95 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 4599<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| PRIORITY | Claimed: | $4,884.38 |
|---|---|---|
| UNSECURED | Claimed: | $14,967.55 |

| PACIFIC POWER<br>ATTN BANKRUPTCY DEPT.<br>LISA FORTUNE, CUSTOMER SERVICE<br>PO BOX 25308<br>SALT LAKE CITY, UT 84125 | Claim Number: 4600<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $109.83 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERNANDO COUNTY UTILITIES DEPARTMENT<br>C/O HERNANDO COUNTY ATTORNEY'S OFFICE<br>KENT L. WEISSINGER - SR. ASST CTY ATTY<br>20 NORTH MAIN STREET - SUITE 462<br>BROOKSVILLE, FL 34601 | Claim Number: 4601<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED            Claimed: | $78.68 |

| PITE DUNCAN, LLP<br>PO BOX 17933<br>SAN DIEGO, CA 921777921 | Claim Number: 4602<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED            Claimed: | $4,348.32 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 4603<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|
| PRIORITY            Claimed: | $1,065.67 |
| UNSECURED            Claimed: | $3,288.35 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 4604<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|
| UNSECURED            Claimed: | $44,534.50 |

| EAST COAST APPRAISAL SERVICE<br>50 COURT ST. SUITE 508<br>BROOKLYN, NY 11201 | Claim Number: 4605<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED            Claimed: | $10,375.00 |

| BERNALILLO COUNTY TREASURER<br>PATRICK J. PADILLA<br>P.O. BOX 627<br>ALBUQUERQUE, NM 87103-0627 | Claim Number: 4606<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
|---|---|
| PRIORITY | Scheduled:            $194.90  DISP CONT |
| SECURED            Claimed:            $374.31 | |

| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL OPERATIONS BANKRUPTCY UNIT<br>ATTN JILL WHITWORTH, BWC ATTORNEY<br>P.O. BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Number: 4607<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|
| PRIORITY            Claimed: | $502.78 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POTOMAC ELECTRIC POWER COMPANY
ATTN S. SPEARS, SUPERVISOR COLLECTIONS
PEPCO
PO BOX 97274
WASHINGTON, DC 20090-7274

Claim Number: 4608
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $73.04 |
|---|---|---|

---

EMC MORTGAGE CORPORATION
800 STATE HIGHWAY 121 BYP
LEWISVILLE, TX 750674180

Claim Number: 4609
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 5463 (08/18/2008)

| SECURED | Claimed: | $3,060.18 |
|---|---|---|
| UNSECURED | Claimed: | $25,759.38 |

---

EMC MORTGAGE CORPORATION
ATTN SHANETTA ROLLINS
909 N. HIDDEN RIDGE
IRVING, TX 75039

Claim Number: 4610
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 5463 (08/18/2008)

| SECURED | Claimed: | $3,259.60 |
|---|---|---|
| UNSECURED | Claimed: | $26,966.23 |

---

EMC MORTGAGE CORPORATION
800 STATE HIGHWAY 121 BYP
LEWISVILLE, TX 750674180

Claim Number: 4611
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 5463 (08/18/2008)

| SECURED | Claimed: | $2,875.94 |
|---|---|---|
| UNSECURED | Claimed: | $23,443.27 |

---

GUERRERO, ALEXANDER
13685 KITTY HAWK WAY APT 201
WOODBRIDGE, VA 22191-5235

Claim Number: 4612
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,330.77  CONT |
|---|---|---|---|---|

---

EBRAHIM, MITCH
ROTH IRA
244 SUMMER HILL RD
AUBURN, AL 36830

Claim Number: 4613
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,199.99 |
|---|---|---|

---

EBRAHIM, MITCH
244 SUMMER HILL RD
AUBURN, AL 36830

Claim Number: 4614
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,159.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RAFIE, REZA
7200 MELODY LANE # 60
LA MESA, CA 91942-1408

Claim Number: 4615
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TIMOUR, TREVA S.
7237 E. SHORELINE DRIVE
TUCSON, AZ 85715

Claim Number: 4616
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,584.00 |
|---|---|---|

---

HOENDORF, DARLENE S. & BILLIE L.
JT WROS
6523 NW FAIRWAY DR
PARKVILLE, MO 64152

Claim Number: 4617
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

---

HOLDEN, TERRY & CLIFFORD JT TEN
5823 LEGACY CRESCENT PL UNIT 104
RIVERVIEW, FL 33578-3869

Claim Number: 4618
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,318.53 |

---

SNYDER, SARAH
PO BOX 13
EASTWOOD, KY 40018-0013

Claim Number: 4619
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,683.50 |
|---|---|---|

---

CROSBY, GARY R.
331 PINECREST DR.
MACOMB, IL 61455

Claim Number: 4620
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,500.00 |
|---|---|---|

---

RUBEL, JIM
1675 PORTAGE PASS
DEERFIELD, IL 60015

Claim Number: 4621
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,050.00 | Scheduled: | $9,050.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COWETTA-FAYETTE EMC
PO BOX 530812
ATLANTA, GA 30353-0812

Claim Number: 4622
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $128.77 | Scheduled: | $128.77 |
|-----------|----------|---------|------------|---------|

LATORELLA, ALFRED L.
3149 MORSE HILL RD
DORSET, VT 05251-9707

Claim Number: 4623
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,238.00 |
|-----------|----------|-----------|

CAHILL, PATRICIA
69 KING ROAD
LANDING, NJ 07850

Claim Number: 4624
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

BROTCHNER, BRYAN
8572 ORIELLY ST
VALLEY SPGS, C9 525299193

Claim Number: 4625
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $5,538.47 | Scheduled: | $5,538.47  CONT |
|----------|----------|-----------|------------|-----------------|

CASTAGNA, JUDITH P.
417 E. 57TH ST. APT 9B
NEW YORK, NY 10022

Claim Number: 4626
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,493.00 |
|-----------|----------|-----------|

RUPP, CHARLES A.
PO BOX 53021
PETTISVILLE, OH 43553

Claim Number: 4627
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,350.00 |
|-----------|----------|-----------|

RUPP, CHARLES A.
PO BOX 53021
PETTISVILLE, OH 43553

Claim Number: 4628
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,610.00 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PEKAR, MARTY<br>246 RYAN ROAD<br>GREENWICH, NY 12834 | | Claim Number: 4629<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | |

---

| PITTNER, SUSAN H.<br>5103 GOODSON RD<br>WEST JEFFERSON, OH 43162 | | Claim Number: 4630<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,000.00 | |

---

| RISCH, JEFFREY A.<br>SCOTTRADE INC TR FBO<br>9450 VERNON AVENUE<br>MONTCLAIR, CA 91763 | | Claim Number: 4631<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,225.00 | |

---

| NELSON, JOHN<br>2431 HILLCREST ROAD<br>DONNELLSON, IA 52625 | | Claim Number: 4632<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,433.95 | |
| UNSECURED | Claimed: | $350.00 | |

---

| MEYERS, SHARON<br>345 BRAE BURN DR<br>EUGENE, OR 97405 | | Claim Number: 4633<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,009.99 | |

---

| SCOTTRADE<br>ATTN REORG DEPT<br>ANTHONY RAYNER<br>P.O. BOX 31759<br>ST. LOUIS, MO 63131 | | Claim Number: 4634<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $43,000.00 | |

---

| MARESCA, JOAN<br>2 SHORT HILL ROAD<br>NEW CITY, NY 10956 | | Claim Number: 4635<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $411.92 | Scheduled: | $411.92  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BOLICK, ROBERT C. III<br>722 SEWARD<br>EVANSTON, IL 60202 | Claim Number: 4636<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $42.00 | | |

| EASON, DANIEL<br>10655 CHANDON<br>PLACE<br>HIGHLANDS RANCH, CO 80126 | Claim Number: 4637<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY     Claimed: | $9,403.50 | Scheduled: | $12,072.64 CONT |
| UNSECURED     Claimed: | $2,076.92 | Scheduled: | $429.19 CONT |

| EMANUEL, JAMES<br>82 KATE CIRCLE<br>MIDDLE ISLAND, NY 11953 | Claim Number: 4638<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY     Claimed: | $2,160.58 | Scheduled: | $2,160.58 CONT |

| GIRDHARRY, COMPTON<br>3700 GREENBRIAR AVE<br>ALLIANCE, OH 44601 | Claim Number: 4639<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $14,000.00 | | |

| MAIBACH, RICHARD G. & KAREN<br>JT TEN<br>649 SYCAMORE LANE<br>NORTH BRUNSWICK, NJ 08902 | Claim Number: 4640<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| SECURED     Claimed: | $0.00 | | |
| UNSECURED     Claimed: | $400.00 | | |

| NEWS & RECORD - CLASSIFIED<br>PO BOX 20848<br>GREENSBORO, NC 274200848 | Claim Number: 4641<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $650.00 | | |

| KUSUNIS, KEITH<br>1736 FERNRIDGE<br>SAN DIMAS, CA 91773-1309 | Claim Number: 4642<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $16,068.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RAHUSEN, HENDRICK P.
29 BUFALO GROVE PLACE
PALM COAST, FL 32137-9462

Claim Number: 4643
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,280.00 |

---

SMITHERMANN, KAROLYNN & BUZZI, ROBERT
617 POWELL
WICHITA, KS 67230-1612

Claim Number: 4644
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

KUMMER, DAVID
FCE AS CUSTODIAN
363 HWY 109
CHESTERFIELD, MO 63005-4113

Claim Number: 4645
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |

---

LUGVIEL, DAVID C.
1390 FRIESS LAKE ROAD
HUBERTUS, WI 53033

Claim Number: 4646
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,215.14 |

---

PURNER, ANNE M. TTEE
13913 NW 44TH AVE
VANCOUVER, WA 98685

Claim Number: 4647
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

SMITH, BRUCE K. & KAREN
JT WROS
1557 DEERHAVEN DRIVE
NORTH LOGAN, UT 84341

Claim Number: 4648
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,430.00 |

---

BERMEO, MARIO
63 ARROWWOOD CT.
HOWELL, NJ 07731

Claim Number: 4649
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $8,013.73 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MASCARENO, JESSICA<br>331 WINDJAMMER CIR<br>CHULA VISTA, CA 91910-7427 | Claim Number: 4650<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,949.50  CONT |
|---|---|---|---|---|

| RICHARDSON, KEVIN<br>C/F MISHAYLA RICHARDSON<br>1507 MEMORIAL DRIVE<br>BROKEN BOW, NE 68822 | Claim Number: 4651<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $702.20 |
|---|---|---|

| CROWN POINT APPRAISERS, INC.<br>ATTN MARY L. JAWW<br>1334 SAN MATEO AVE.<br>JACKSONVILLE, FL 32207 | Claim Number: 4652<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

| STANGE, ARTHUR V.<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | Claim Number: 4653<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| STANGE, ARTHUR V. (TRUSTEE)<br>ARTHUR V. STANGE LIVING TRUST,<br>J/A 6/8/00<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | Claim Number: 4654<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| STANGE, ARTHUR V. (TRUSTEE)<br>DIANNE L. STANGE LIVING TRUST.<br>U/A 6/8/00<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | Claim Number: 4655<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| ABBOTT TOOL, INC. PSP 401K<br>A. STANGE & L. LIVECCHI TTEE<br>U/A/D 1-1-86   -   F/B/O KARLE STANGE<br>3239 134TH ST<br>TOLEDO, OH 43611 | Claim Number: 4656<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| STANGE, KARLE E. FBO<br>NFS/FMTC ROTH IRA<br>3239 134TH ST.<br>TOLEDO, OH 43611 | | Claim Number: 4657<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| BARKAN, IRVING<br>505 SOUTH PARKVIEW AVE.<br>APT # 406<br>COLUMBUS, OH 43209 | | Claim Number: 4658<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $24,940.00 | |
| BARKAN, RUTH H.<br>505 SOUTH PARKVIEW AVE.<br>APT # 406<br>COLUMBUS, OH 43209 | | Claim Number: 4659<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $24,937.50 | |
| BOWMAN, CHUCK<br>829 N AIR DEPOT BLVD.<br>EDMOND, OK 73034-7541 | | Claim Number: 4660<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED | Claimed: | $108,018.70 | |
| MINTER, MICHAEL D.<br>1321 LASKIN ROAD, # 100<br>VIRGINIA BEACH, VA 23451 | | Claim Number: 4661<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED | Claimed: | $325.00 | |
| MCWHERTER, MICHAEL K.<br>1717 E. 116TH ST<br>PERKINS, OK 74059 | | Claim Number: 4662<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| SECURED | Claimed: | $22,360.00 | |
| SOLIS, JENNIFER A<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 4663<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | |
| PRIORITY | Claimed: | $1,355.09 | Scheduled:   $1,355.09  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KYAN, CHWAN P KYAN<br>ETRADE FINANCIAL<br>PO BOX 1542<br>ARLINGTON, VA 22116-1542 | | Claim Number: 4664<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,406.44 |
| PITLER, STEPHEN H. & JANET S.<br>JT WROS<br>2030 HUNTERS TRAIL<br>NORFOLK, VA 23518 | | Claim Number: 4665<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| PITLER, STEPHEN H. & JANET S.<br>JT WROS<br>2030 HUNTERS TRAIL<br>NORFOLK, VA 23518 | | Claim Number: 4666<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FRANK, ALAN B.<br>3903 LAVAINE CT<br>ANNANDALE, VA 22003 | | Claim Number: 4667<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,640.00 |
| GRAY COMPANY INC<br>ATTN REBECCA M GRAY, PRESIDENT<br>PO BOX 50354<br>MYRTLE BEACH, SC 29579 | | Claim Number: 4668<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $329.00 |
| O'NEIL, JANE<br>4662 CREW BLVD<br>APT 4<br>PALM BAY, FL 32904 | | Claim Number: 4669<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GETTLER, JOHN<br>1333 ROCK CHAPEL RD<br>HERNDON, VA 20170 | | Claim Number: 4670<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BREWER, GREGG<br>304 FENIMORE RD # 5B<br>MAMARONECK, NY 10543 | | Claim Number: 4671<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,500.00 |
| ZIMMERMAN, CHERYL<br>9825 W. 50TH TER<br>MERRIAM, KS 66203 | | Claim Number: 4672<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,018.67 |
| MARDOCK, WILLIAM W.<br>1339 PARK VIEW DR.<br>STORY CITY, IA 50248 | | Claim Number: 4673<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,611.70 |
| SCHAUB, JEROME C. JR.<br>926 BROOKLINE BLVD<br>PITTSBURGH, PA 15226 | | Claim Number: 4674<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,412.49 |
| SCHNEIDER, ROCHELLE & ARNOLD<br>2208 FAWN RIDGE ST<br>LAS VEGAS, NV 89134 | | Claim Number: 4675<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9995 (05/09/2011) |
| UNSECURED | Claimed: | $10,744.00 |
| BELLMAN, THOMAS J.<br>4313 MINUTE MAN DRIVE<br>CINCINNATI, OH 45245 | | Claim Number: 4676<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $12,524.55 |
| CHAPPELL, JAMES W.<br>1632 ELMART LANE<br>RICHMOND, VA 23235-6210 | | Claim Number: 4677<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,235.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KELLER, SHANNON
14604 S. LIVESAY ROAD
OREGON CITY, OR 97045

Claim Number: 4678
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $2,096.45  UNDET | Scheduled: | $2,096.45  CONT |
|----------|----------|------------------|------------|-----------------|

BELLMAN, THOMAS J.
4313 MINUTE MAN DRIVE
CINCINNATI, OH 45245

Claim Number: 4679
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $12,524.55 |
|-----------|----------|------------|

ASSOCIATED APPRAISERS, INC
ATTN CRAIG J HANDYSIDE, VICE PRESIDENT
7703 WILDER COURT
GREENSBORO, NC 27409

Claim Number: 4680
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $350.00 |
|-----------|----------|---------|

DAVIS, MARION C.
1770 MOUNTAIN FARM RD.
WOODSTOCK, GA 30188-2014

Claim Number: 4681
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,750.00 |
|-----------|----------|------------|

WIRICK, LORI
6309 MAYWOOD CIR
FORT WAYNE, IN 46819

Claim Number: 4682
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3696 (04/14/2008)

| PRIORITY | Claimed: | $1,216.80 |
|----------|----------|-----------|

WIRICK, LORI A.
6309 MAYWOOD CIR
FORT WAYNE, IN 46819

Claim Number: 4683
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,216.80 |
|----------|----------|-----------|

CAVINS, JEWELL M.
14012 STARLIGHT RD.
FLOYDS KNOBS, IN 47119

Claim Number: 4684
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,187.51 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COLLAR, RICHARD
P.O. BOX 281
39714 FRUITLAND MESA RD.
CRAWFORD, CO 81415

Claim Number: 4685
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,576.80 | | |

---

RAYMOND L. PULVER, IFA
RAYMOND L. PULVER, PRESIDENT
15324 ROLLING OAKS PLACE
LEO, IN 46765

Claim Number: 4686
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

LABELLA, PATRICK A. JR.
24 COUNTRY RIDGE DR
MONROE, CT 06468

Claim Number: 4687
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,295.00 | | |

---

APPRAISAL PROFESSIONALS INC
ATTN RAYMOND L. PULVER, PRESIDENT
15324 ROLLING OAKS PL
LEO, IN 46765

Claim Number: 4688
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $65.00 | | |
| UNSECURED | | | Scheduled: | $65.00 |

---

SANDERS, RICHARD
10209 PREMIA PL
LAS VEGAS, NV 89135

Claim Number: 4689
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,820.00 | | |

---

KOVAC, SANJA S
7871 TYSON OAKS CIR
VIENNA, VA 22182-3935

Claim Number: 4690
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,116.92 | Scheduled: | $1,116.92  CONT |

---

BOUDREAU, ANDRE TTEE
616 COHAS AVE
MANCHESTER, NH 03109

Claim Number: 4691
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,126.56 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

GRIMSTAD, JOHN E.
PO BOX 511
RED LODGE, MT 59068

Claim Number: 4692
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,932.10 | | |

---

WATTERS, MARY E (MARY BETH)
27 BATTERSEA RD
BERLIN, MD 21811

Claim Number: 4693
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,653.11 | Scheduled: | $1,653.11 CONT |

---

CLAYTON, DEBORAH
42 MEGAN DR
HENDERSON, NV 89074

Claim Number: 4694
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT |

---

ANDERSON, ROBERT & SALLY D. - TTEES
ANDERSON FAMILY TRUST
U/A DTD 06/02/1987
3169 EMERSON ST
PALO ALTO, CA 94306

Claim Number: 4695
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

MITCHELL, JAMES E.
1432 STAGECOACH RD. SE
ALBUQUERQUE, NM 87123

Claim Number: 4696
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,723.89 | |

---

MITCHELL, JAMES E.
1432 STAGECOACH RD. SE
ALBUQUERQUE, NM 87123

Claim Number: 4697
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,160.80 | |

---

PRICE, RICHARD R.
136 RIVERS EDGE DR
CONWAY, SC 29526-7569

Claim Number: 4698
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,972.50 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN CLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | Claim Number: 4699<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| UNSECURED        Claimed: | $1,938.99 |

| MINTZ, ALAN R.<br>125 8TH ST.<br>BELLEAIR BEACH, FL 33786 | Claim Number: 4700<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $15,136.85 |

| ANDREATTA, PATRICIA F.<br>1319 CONCORD CIR SE<br>NEW PHILADELPHIA, OH 44663 | Claim Number: 4701<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $3,045.95 |

| HERRICK, CHARLES & EVELYN<br>1206 BROOK HOLLOW CT.<br>BRYAN, TX 77802 | Claim Number: 4702<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

| KNICOS, JAMES & TARA<br>1908 SAUCON LANE<br>BETHLEHEM, PA 18015 | Claim Number: 4703<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED        Claimed: | $410,073.24 |

| NISSEN, MILDRED J.<br>21 - BIG STUMP MTN TRL # 20631<br>JASPER, GA 30143 | Claim Number: 4704<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $937.30 |

| NISSEN, FRANKLIN L.<br>21 - BIG STUMP MTN TRL # 20631<br>JASPER, GA 30143 | Claim Number: 4705<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $583.16 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WESTER, BILLY C.<br>822 DEVEREAUX STEWART RD.<br>CLARKESVILLE, GA 30523 | Claim Number: 4706<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $12,743.55 |
| UNSECURED | Claimed: | $12,743.55 |
| TOTAL | Claimed: | $12,743.55 |

---

| HASLER FINANCIAL SERVICES, LLC<br>478 WHEELERS FARMS RD<br>MILFORD, CT 064619105 | Claim Number: 4707<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $3,278.88 |

---

| CAMPBELL, DAVID A.<br>320 - 14TH STREET N.W.<br>CLEVELAND, TN 37311 | Claim Number: 4708<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,890.00 |

---

| MARTIN, CAROLINE D.<br>3912 DEER LAKE CIRCLE<br>PROSPECT, KY 40059 | Claim Number: 4709<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |

---

| MARTIN, WILLIAM W.<br>3912 DEER LAKE CIRCLE<br>PROSPECT, KY 40059 | Claim Number: 4710<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |

---

| BODIE, DANNA L<br>8502 MAPLE BLUFF CT<br>NEW HAVEN, IN 46774 | Claim Number: 4711<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00  CONT |

---

| JACOBS, EDWIN F. & LAURA J.<br>LIVING TRUST DATED 5-31-03<br>EDWIN F. JACOBS & LAURA J. JACOBS TTEES<br>3124 LAMBERT DR.<br>TOLEDO, OH 43613 | Claim Number: 4712<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,287.36 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZUCKERMAN, JUDIM & MICHAEL<br>280 RANGEGROVE<br>IRVINE, CA 92604 | Claim Number: 4713<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

| MEGEFF, NATALIE J.<br>1204 ELM ST<br>DENTON, TX 762091212 | Claim Number: 4714<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $6,539.98 |
|---|---|---|

| SUNSHINE APPRAISAL SERVICES<br>JENNIFER E. LOUGHRY, SEC.<br>1200 RED HILL ROAD<br>ROWLESBURG, WV 26425 | Claim Number: 4715<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| CIARELLI, PAUL F.<br>285 SHASTA DR.<br>PITTSBURGH, PA 15239 | Claim Number: 4716<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $150.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,567.00 |

| ANDERSON LEONARD A. / CAROL A.<br>5200 N. FARM LOOP RD<br>PALMER, AK 99645-8116 | Claim Number: 4717<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $460.00 |
|---|---|---|

| ORR, OSCAR DALE AND CHRISTINE M.<br>OSCAR DALE & CHRISTINE MARIE ORR REV<br>LIV TR DTD 3/17/93<br>7491 E HUBBARD RD<br>PONCA CITY, OK 74604 | Claim Number: 4718<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $15,000.00 |
|---|---|---|

| MERLE, F. JOHN<br>105 MISSION HILLS DR<br>GUTHRIE, OK 73044-9556 | Claim Number: 4719<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SIMOVITS, SHERRY
4822 CLOVER COURT
PLAINFIELD, IL 60586

Claim Number: 4720
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,538.46 | Scheduled: | $2,418.39 CONT |
| UNSECURED | | | Scheduled: | $140.07 CONT |

---

KRAUSE, CARL H. & DOROTHY M.
818 SUMMER MEADOW CT.
ST. LOUIS, MO 63125

Claim Number: 4721
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,767.61 |
|---|---|---|

---

MANDELL, JAY AND GERALDINE JT WROS
100 STEELE ROAD
W HARTFORD, CT 06119

Claim Number: 4722
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

---

BRIDGES, RANDALL R.
29623 91ST ROAD
ARKANSAS CITY, KS 67005-6004

Claim Number: 4723
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,840.50 |
|---|---|---|

---

ADAMS, GEORGE & LORAINE
21271 W. HWY 40 LOT 70
DUNNELLON, FL 34431

Claim Number: 4724
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $7,972.61 |
|---|---|---|

---

USAMOBILITY
6850 VERSAR CTR STE 420
SPRINGFIELD, VA 22151-4148

Claim Number: 4725
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $12.91 |
|---|---|---|

---

USAMOBILITY
ATTN RENDY SLONE, SR. MGR.
890 EAST HEINBERG STREET
PENSACOLA, FL 32502

Claim Number: 4726
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $17.58 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MENDELL, LEE TTEE<br>1100 STEARNS DR<br>LOS ANGELES, CA 90035-2641 | Claim Number: 4727<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |

---

| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4728<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4729<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4730<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GLUCKOW, HARRIETTE<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4731<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GLUCKOW, HARRIETTE & SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4732<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GLUCKOW, HARRIETTE & SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | Claim Number: 4733<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GLUCKOW, HARRIETTE & SEYMOUR
550 SUMMIT ST.
ENGLEWOOD CLIFFS, NJ 07632

Claim Number: 4734
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

APPRAISAL SERVICES
13043 EMERALD DR
HAYDEN, ID 83835

Claim Number: 4735
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10131 (08/15/2011)

| UNSECURED | Claimed: | $825.00 |
|---|---|---|

GUNTER, DAN L. (SEP IRA)
FCC AS CUSTODIAN
185 KENWITH COURT
LAKELAND, FL 33803

Claim Number: 4736
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,816.41 |
|---|---|---|

GUNTER, DAN L.
TOD ACCOUNT
185 KENWITH COURT
LAKELAND, FL 33803

Claim Number: 4737
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $55,887.70 |
|---|---|---|

LERCH, DALE L. TTEE
U/A DTD 03-20-96
1455 ORCHID ROAD
NORTH FORT MYERS, FL 33903

Claim Number: 4738
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $53,357.00 |
|---|---|---|

LUTTRELL, GERALD & LESLIE
P.O. BOX 1952
PITTSBURG, KS 66762

Claim Number: 4739
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

LUTTRELL, LESLIE TTEE
P.O. BOX 1952
PITTSBURG, KS 66762

Claim Number: 4740
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBERTSON, MICHAEL T.
113 N. 13TH
KANSAS CITY, KS 66102

Claim Number: 4741
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,986.00 |
|---|---|---|

---

IRA FBO LAWANDA M DOMESHEK
VFTC AS CUSTODIAN
901 THOUSAND OAKS DR
LAWRENCEVILLE, GA 30043-3121

Claim Number: 4742
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,949.34 |
|---|---|---|

---

IRA FBO ALLEN DOMESHEK
VFTC AS CUSTODIAN
901 THOUSAND OAKS DR
LAWRENCEVILLE, GA 30043-3121

Claim Number: 4743
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $102,857.09 |
|---|---|---|

---

RALPH, KATHLEEN A.
220 N 4TH ST
COLUMBUS, MT 59019-7282

Claim Number: 4744
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,562.34 |
|---|---|---|

---

GRIMLAND, DAVID D.
53 E. RIDGE RD
COLUMBUS, MT 59019

Claim Number: 4745
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,794.86 |
|---|---|---|

---

MASON MCDUFFIE MORTGAGE CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA 945831344

Claim Number: 4746
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7585 (06/30/2009)

| UNSECURED | Claimed: | $55,656.70 |
|---|---|---|

---

SISA INFORMATION SECURITY PVT
ATTN URMILA MURTHY, DIRECTOR
3029 B. SRI SAI DARSHAM MARG,
13TH MAIN RD HAL 2ND STAGE
INDIRANAGAR, BANGALORE, 560 008
INDIA

Claim Number: 4747
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $583.00 | Scheduled: | $583.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NAIZGI, NEGA G.
1171 S. SALIDA WAY
AURORA, CO 80017

Claim Number: 4748
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,923.25 | | |

---

BURKE ROBERTSON, CANDACE
PO BOX 160924
ALTAMONTE SPG, FL 32716

Claim Number: 4749
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39  CONT |

---

GERBER, SHARON M.
8276 BROWNING COURT
CONCORD TWP, OH 44060

Claim Number: 4750
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,603.83  CONT |
| UNSECURED | Claimed: | $30,359.51 | Scheduled: | $9,656.43  CONT |

---

LAMBERT APPRAISAL SERVICES
15029 N THOMPSON PARK PKWY # B111-417
SCOTTSDALE, AZ 852602217

Claim Number: 4751
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $950.00 | Scheduled: | $150.00 |

---

TUCKER, NATHAN
APT. 203
38 MOONACHIE RD.
HACKENSACK, NJ 07601-6554

Claim Number: 4752
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,117.49 | | |

---

SANDUSKY, RICHARD
31 C EASTGATE DRIVE
BOYNTON BEACH, FL 33436

Claim Number: 4753
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,802.00 | | |

---

LANDMARK APPRAISAL GROUP
ATTN SCOTT SIEGMAN, OWNER/APPRAISER
13020 DELMAR
LEAWOOD, KS 66209

Claim Number: 4754
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $425.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBINSON, RICHARD
6808 NW PLEASANTVIEW DR
KANSAS CITY, MO 64152

Claim Number: 4755
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

NOYES, THOMAS R.
8963 SE 232 STREET
LATHROP, MO 64465

Claim Number: 4756
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

---

HALL, DENNIS
2929 W. MAIN
DURANT, OK 74701

Claim Number: 4757
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

HALL, DENNIS
2929 W. MAIN
DURANT, OK 74701

Claim Number: 4758
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,650.00 |
|---|---|---|

---

SHEEDY, JAMES J.
3 VEEDER DR.
ALBANY, NY 12205-3619

Claim Number: 4759
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $12,000.00 |
|---|---|---|

---

KRENNING, LYNDA K.
1297 GREENVISTA LN
GULF BREEZE, FL 32563-3410

Claim Number: 4760
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,692.58 |
|---|---|---|

---

O'NEILL, DANIEL R. PSP
8 FLYNN FOREST
ST. LOUIS, MO 63122

Claim Number: 4761
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TURNER, WANDA (TRUSTEE)<br>7450 STONEBROOK PKWY APT 2105<br>FRISCO, TX 750345754 | | Claim Number: 4762<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

| DE LEON, JOSEPH<br>1818 W FOUNTAIN WAY<br>FRESNO, CA 93705-3235 | | Claim Number: 4763<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $21,992.95 |

| ETZEL, JOHN M.<br>510 N. 7TH STREET<br>FT. DODGE, IA 50501 | | Claim Number: 4764<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,388.00 |

| ETZEL, CAROL K.<br>510 N. 7TH ST.<br>FORT DODGE, IA 50501 | | Claim Number: 4765<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,956.98 |

| MCGETRICK, MARTIN<br>10020 LACHLAN DR<br>AUSTIN, TX 78717 | | Claim Number: 4766<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $16,446.00 |
| UNSECURED | Claimed: | $16,446.00 |
| TOTAL | Claimed: | $16,446.00 |

| CENTURY 21 HIGH COUNTY<br>PO BOX 313<br>RIMFOREST, CA 923780313 | | Claim Number: 4767<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $56,880.00 |

| VANN, RICHARD K.<br>2535 HALCYON DOWNS LOOP<br>MONTGOMERY, AL 36117 | | Claim Number: 4768<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $40,974.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VANN, RICHARD K.
2535 HALCYON DOWNS LOOP
MONTGOMERY, AL 36117

Claim Number: 4769
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,836.90 | |

---

WEIGOLD, PETER W
111 15TH AVENUE S.
JACKSONVILLE BEACH, FL 32250-6321

Claim Number: 4770
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

CROCKETT, JUANITA C
55 DOWD AVE. U-12
CANTON, CT 06019

Claim Number: 4771
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $281.25 | Scheduled: | $281.25 CONT |

---

MIECHUR-SZIY, JOANN
4852 SCHOOL ROAD
SLATINGTON, PA 18080-3153

Claim Number: 4772
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

THOMPSON, DORIS ANN
4432 TERRACE STREET
KANSAS CITY, MO 64111

Claim Number: 4773
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

---

EASTMAN, JOHN H.
8104 HIGHWOOD DR APT G311
BLOOMINGTON, MN 554383028

Claim Number: 4774
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,207.00 | |

---

SHEEHY, FRANK P.
8613 MEADOW VIEW CT.
HOUSTON, TX 77040

Claim Number: 4775
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $8,141.81 | Scheduled: | $7,944.41 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| DARTER, JOYCE<br>12108 CANTLE RD<br>OKLAHOMA CITY, OK 731208042 | | Claim Number: 4776<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,543.00 |
| BUFFALO, TIMOTHY CARL<br>1476 ANITA ST.<br>CARPINTERIA, CA 93013 | | Claim Number: 4777<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,365.95 |
| MOSELEY, NATHANIEL C. AND BETTY E.<br>6715 NW BLAIR ROAD<br>PARKVILLE, MO 64152 | | Claim Number: 4778<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $50,000.00 |
| MOSELEY, NATHANIEL C. AND BETTY E.<br>6715 NW BLAIR ROAD<br>PARKVILLE, MO 64152 | | Claim Number: 4779<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| SIMMONS, ELDON J. & SHIRLEY O.<br>4308 MILTON DRIVE<br>INDEPENDENCE, MO 64055 | | Claim Number: 4780<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SCHWARZ, RAYMOND K. & JANET L.<br>764 NW SCHWARZ RD<br>GOWER, MO 64454 | | Claim Number: 4781<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SILIATO, SANTO & MARIE<br>12625 - 50 ST. S.<br>WELLINGTON, FL 33449 | | Claim Number: 4782<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,014.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

THOMPSON, A. PAUL
2920 IDLEWOOD DR
CHARLOTTESVLE, VA 229011134

Claim Number: 4783
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $3,923.25 | | |
|---|---|---|---|---|

BENTON COUNTY
ATTN SHERRY C. BEASLEY, TRUSTEE
1 COURT SQUARE
RM # 103
CAMDEN, TN 38320

Claim Number: 4784
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $21.00 | Scheduled: | $99.32 DISP CONT |
|---|---|---|---|---|

ZARNICH & ASSOCIATES
ATTN NICK ZARNICH
433 STATE STREET
BEAVER, PA 15009

Claim Number: 4785
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | | |
|---|---|---|---|---|

MAJORS, TAMMIE
6736 GRACE EDMOND DR
MERIDEN, KS 66512

Claim Number: 4786
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,886.31 | Scheduled: | $1,886.31 CONT |
|---|---|---|---|---|

HOWES, CYRUS THOMAS
CGM IRA CUSTODIAN
507 VALLEY ROAD
HAVERTOWN, PA 19083-4715

Claim Number: 4787
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,136.19 | | |
|---|---|---|---|---|

NASTAS, GEORGE III
5943 SUMMERFIELD CT.
HASLETT, MI 48840-8998

Claim Number: 4788
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $3,128.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,128.00 |
| TOTAL | Claimed: | $3,128.00 |

CASE, SAMUEL A
419 SPINNAKER LANE
FORT COLLINS, CO 80525

Claim Number: 4789
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9973 (05/05/2011)

| PRIORITY | Claimed: | $3,900.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,050.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZZSY LLC
2951 S ROSEMARY
DENVER, CO 80231

Claim Number: 4790
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,281.85 |
|-----------|----------|-----------|

---

KASSAN, NORMA S.
4781 POE AV.
WOODLAND HILLS, CA 91364

Claim Number: 4791
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,500.00 |
|---------|----------|-----------|

---

MUSKINGUM COUNTY - TAX OFC
ATTN RONALD G. LAASMAR, ASST. PROS. ATTY
401 MAIN ST.
ZANESVILLE, OH 43701

Claim Number: 4792
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9994 (05/09/2011)

| SECURED | Claimed: | $0.00 |
|---------|----------|-------|

---

QIAO, JIAN-HUA
220 N. ALMONT DR. APT # 3
BEVERLY HILLS, CA 90211-1664

Claim Number: 4793
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,805.35 |
|---------|----------|-----------|

---

INDMAN, LEO
2629 E 23RD ST APT 2A
BROOKLYN, NY 11235-2848

Claim Number: 4794
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62  CONT |
|----------|----------|-----------|------------|-----------------|

---

HAGAN, JAMES P.
615 WOODLAND HILLS DR.
TYLER, TX 75701

Claim Number: 4795
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $45,206.40 |
|-----------|----------|------------|

---

GRAMLING, LEONA (TRUSTEE)
LEONA GRAMLING TRUST
DTD 12-12-1996
10400 45TH AVE # 214
PLYMOUTH, MN 55442-2579

Claim Number: 4796
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $59,441.00 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| REALVEST RESIDENTIAL APPRAISAL<br>ATTN WINNIE GEE, OFFICE MANAGER<br>1331 SUNDIAL POINT<br>WINTER SPRINGS, FL 32708 | | Claim Number: 4797<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $4,150.00 | Scheduled: | $1,525.00 |
| APPDEV PRODUCTS, LLC<br>ATTN DARLA NEMEC, CFO<br>10250 VALLEY VIEW ROAD<br>SUITE 120<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 4798<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $5,205.00 | | |
| APPRAISALS UNLIMITED, INC.<br>ATTN AARON M. ADLER, PRESIDENT<br>18 CRAWFORD STREET<br>NEEDHAM, MA 02494 | | Claim Number: 4799<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,480.00 | | |
| NORTHWEST STAFFING GROUP<br>PO BOX 8008<br>PORTLAND, OR 972078008<br>UAS | | Claim Number: 4800<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>UPDATE AS PER CREDITOR | | |
| UNSECURED | Claimed: | $3,906.98 | Scheduled: | $3,228.98 |
| DESROULEAUX, MONICA P<br>18872 NW 24TH CT<br>PEMBROKE PNES, FL 33029-5354 | | Claim Number: 4801<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $519.23 | Scheduled: | $519.23  CONT |
| CRABB, JOHN D. & JOAN C.<br>C/O ABIS<br>14901 N. SCOTTSDALE RD # 304<br>SCOTTSDALE, AZ 85254 | | Claim Number: 4802<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| HOFFMAN, JOHN J. (TTEE)<br>JOHN J. HOFFMAN TRUST<br>391 E. BRECKENRIDGE WAY<br>GILBERT, AZ 85234 | | Claim Number: 4803<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $471.81 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCUDDER, EDGAR I.<br>10638 CIRCLE POINT DR.<br>FRANKSTON, TX 75763-4414 | | Claim Number: 4804<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,879.95 | | |

| GERBER, SHARON M.<br>8276 BROWNING CT.<br>CONCORD TWP, OH 44060 | | Claim Number: 4805<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $42,132.35 | | |

| IGNACE, GLENN E<br>88 SAYBROOK AVENUE<br>HAMILTON, NJ 08619 | | Claim Number: 4806<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,578.94 | Scheduled: | $3,868.40  CONT |

| KASER, KATHRYN E.<br>229 N. FRUITLAND<br>KENNEWICK, WA 99336 | | Claim Number: 4807<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,709.46 | | |
| UNSECURED | Claimed: | $4,709.46 | | |
| TOTAL | Claimed: | $4,709.46 | | |

| CONSALVO, E.A.<br>SCOTTRADE<br>1224 CHICHESTER ST.<br>ORLANDO, FL 32803 | | Claim Number: 4808<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,693.00 | | |

| CONSALVO, E.A.<br>SCOTTRADE<br>1224 CHICHESTER ST.<br>ORLANDO, FL 32803 | | Claim Number: 4809<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,034.80 | | |

| MASEL, RENEE<br>2041 BAYVIEW DR<br>FORT WAYNE, IN 46815-4216 | | Claim Number: 4810<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $686.40 | Scheduled: | $686.40  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PHILLIPS, JOHN D.<br>11329 WESTWIND DRIVE<br>FORT WAYNE, IN 46845-1356 | | Claim Number: 4811<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,000.00 |
| ERICKA HEIDRICK PHOTOGRAPHY<br>ERICKA HEIDRICK<br>7726 SE 17TH AVE.<br>PORTLAND, OR 97202 | | Claim Number: 4812<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,100.00 |
| ERSEK, ANDREW L., EXECUTOR<br>EST. CLARA VAGO<br>2284 N. GLASSELL ST # B<br>ORANGE, CA 92865-2743 | | Claim Number: 4813<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,490.00 |
| DREDLA, JACK C. & FAITH L. (TRUSTEE)<br>JACK C. DREDLA TRUST<br>2104 SOUTH TRACY AVE.<br>BOZEMAN, MT 59715 | | Claim Number: 4814<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,600.93 |
| DREDLA, FAITH L. & JACK C. (TRUSTEE)<br>FAITH L. DREDLA TRUST<br>2104 SOUTH TRACY AVENUE<br>BOZEMAN, MT 59715 | | Claim Number: 4815<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $13,703.61 |
| KUSUNIS, KEITH<br>1736 FERNRIDGE<br>SAN DIMAS, CA 91773-1309 | | Claim Number: 4816<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,798.00 |
| MAC DONALD, DENNIS<br>5101 S. IRONTON WAY<br>GREENWOOD VILLAGE, CO 80111 | | Claim Number: 4817<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $53,575.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BAME, PAUL H. & LOIS J. TTEES<br>BAME FAMILY TRUST<br>U/A DTD 07/17/95<br>534 S. CRESCENT AVE<br>LODI, CA 95240-3941 | | Claim Number: 4818<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| STEMPIEN, THADDEUS<br>158 SERPENTINE DR<br>VENICE, FL 34285 | | Claim Number: 4819<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,500.00 | | |

| | | | | |
|---|---|---|---|---|
| KNUCKLES, DENEEN<br>2006 CANDELAR DR<br>HIGH POINT, NC 27265-1473 | | Claim Number: 4820<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |

| | | | | |
|---|---|---|---|---|
| HARDY, HEATHER<br>307 SOUTH HOWARD<br>INDIANOLA, IA 50125 | | Claim Number: 4821<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $564.94 | Scheduled: | $564.94  CONT |

| | | | | |
|---|---|---|---|---|
| ROSE, STEPHEN S.<br>1316 LONGLEAF RD.<br>SOUTHPORT, NC 28461 | | Claim Number: 4822<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,125.00 | | |

| | | | | |
|---|---|---|---|---|
| ZOOK, ERIC G.<br>GENERAL DELIVERY<br>EGLIN AFB, FL 325429999 | | Claim Number: 4823<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,354.88 | | |

| | | | | |
|---|---|---|---|---|
| AYER, A. JOHN<br>12070 STAVE MILL RD.<br>CABOOL, MO 65689 | | Claim Number: 4824<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FARMERS BROTHERS COFFEE<br>ATTN KATHI PASEWALK, AR MANAGER<br>P.O. BOX 2959<br>TORRANCE, CA 90509-2959 | Claim Number: 4825<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $136.78 | Scheduled: | $136.78 |
|---|---|---|---|---|

| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | Claim Number: 4826<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $1,100.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $1,175.00 |

| GLUSHEFSKI, EDWARD A.<br>9426 WATERFORD DRIVE<br>MANASSAS, VA 20110 | Claim Number: 4827<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,224.99 |
|---|---|---|

| HIRAYAMA, PATRICIA M<br>1066 CREEKSIDE CT.<br>WHEELING, IL 60090 | Claim Number: 4828<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00  CONT |
|---|---|---|---|---|

| JULIUS, DENNIS E.<br>1609 COUNTY LN DR<br>BONNE TERRE, MO 63628 | Claim Number: 4829<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,225.00 |
|---|---|---|

| HOGAN, SHANA M<br>12433 CORKWOOD LN<br>VICTORVILLE, CA 92395 | Claim Number: 4830<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $360.00 | Scheduled: | $2,621.54  CONT |
|---|---|---|---|---|

| PLUMAS COUNTY<br>ATTN SUSAN T. BRYANT-GRANT<br>P.O. BOX 176<br>QUINCY, CA 95971 | Claim Number: 4831<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $8,764.50   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LAMPE, IRVIN (REV)<br>54 W LAKE RD<br>FARLINGTON, KS 66734-4039 | | Claim Number: 4832<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $14,169.43 | | |
| COLE, JAMES R. LIV TR.<br>7955 OLD AZTEC HWY<br>FLORA VISTA, NM 87415-9635 | | Claim Number: 4833<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY | Claimed: | $23,405.00 | | |
| SAWNEE EMC<br>ATTN MICHAEL A.<br>PO BOX 100002<br>CUMMING, GA 30028 | | Claim Number: 4834<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $311.23 | Scheduled: | $282.28 |
| SHAPIRO, STANLEY K.<br>12 EDGEHILL ROAD<br>WEST ORANGE, NJ 07052 | | Claim Number: 4835<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $7,700.00 | | |
| HOLWERDA, GERALD W.<br>18522 15TH ST. SW<br>BLOMKEST, MN 56216-9737 | | Claim Number: 4836<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $17,948.00 | | |
| SMITH, CHRISTINA<br>5105 GRAND PINES DR<br>MEMPHIS, TN 381255732 | | Claim Number: 4837<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $638.85 | | |
| CAVERO, PHIL J<br>365 ROUTE 111 APT C15<br>SMITHTOWN, NY 11787-4763 | | Claim Number: 4838<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALBERTS, BURTON H.
60 EDGEHILL WAY
SAN FRANCISCO, CA 94127-1004

Claim Number: 4839
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,614.00 |
|---|---|---|

---

LIU, KEN AND TRACY MD
26751 ALMADEN CT.
LOS ALTOS, CA 94022

Claim Number: 4840
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $92,460.00 |
|---|---|---|

---

WILSON, ELIZABETH
1100 BRANCH CHAPEL CHURCH ROAD
SELMA, NC 27576

Claim Number: 4841
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,909.99 |
|---|---|---|

---

NAPOLI, JOSEPH J. AND JOAN G. JT WROS
25812 BROWNING PL
STEVENSON RANCH, CA 91381-1227

Claim Number: 4842
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $19,824.48 |
|---|---|---|

---

KNOTT, JEFFERY L.
8596 W. 84TH CIR.
ARVADA, CO 80005-2314

Claim Number: 4843
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,300.00 |
|---|---|---|

---

BAIDE, JOSEPH M. TTEE
MARIAN A. BAIDE TRUST
1717 S BLACK AVE APT 56
BOZEMAN, MT 59715-5783

Claim Number: 4844
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,621.00 |
|---|---|---|

---

CRAIG, ANDREA M.
890 TOPSAIL DRIVE
VALLEJO, CA 94591-7761

Claim Number: 4845
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,372.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCRAE, PATRICIA
2901 MONAD RD 125
BILLINGS, MT 59102

Claim Number: 4846
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,989.49 | | |
|---|---|---|---|---|

WASHINGTON BUSINESS JOURNAL
ATTN BUSINESS MGR
PO BOX 632024
BALTIMORE, MD 21263

Claim Number: 4847
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,520.00 | Scheduled: | $1,520.00 |
|---|---|---|---|---|

RINGSTONE PARTNERS, LLC
ATTN DEBBIE STONER, PARTNER/PROP MGR.
PO BOX 160897
BIG SKY, MT 59716

Claim Number: 4848
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 |
|---|---|---|---|---|

HRABAN, GREG
244 CONTINENTAL ESTATES
WAHOO, NE 68066

Claim Number: 4849
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,093.74 | | |
|---|---|---|---|---|

SANKEY, RAYMOND E.
4716 S. 85TH CT.
LINCOLN, NE 68526

Claim Number: 4850
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,188.75 | | |
|---|---|---|---|---|

HRABAN, GREG
244 CONTINENTAL ESTATES
WAHOO, NE 68066

Claim Number: 4851
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,293.70 | | |
|---|---|---|---|---|

MENKE, ANDREW V.
3520 SHERIDAN BLVD.
LINCOLN, NE 68506-6127

Claim Number: 4852
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,391.50 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WILSON, JIM L.<br>11322 MULLER ST.<br>DOWNEY, CA 90241 | | Claim Number: 4853<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,415.24 | | |
| LEMAN, ROBERT B.<br>688 PAWLEY RD.<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 4854<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $585.70 | | |
| FOX, DAVID I<br>168 GRENADA AVE<br>ROOSEVELT, NY 11575 | | Claim Number: 4855<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $2,615.39 | Scheduled: | $2,615.39  CONT |
| JAKE A. PARROTT INSURANCE AGENCY<br>ATTN JAKE PARROTT<br>P O BOX 3545<br>KINSTON, NC 28501 | | Claim Number: 4856<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WONG, ESTHER M.<br>1625 LACEY LANE<br>NIPOMO, CA 93444 | | Claim Number: 4857<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $6,170.00 | | |
| MCDOWELL, H CLAY & CAROLYN M. JT WROS<br>328 SMITH ROAD<br>RISING SUN, MD 21911-2202 | | Claim Number: 4858<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| DON VITO, LARRY<br>15300 PALM DR.<br># 242<br>DESERT HOT SPRINGS, CA 92240 | | Claim Number: 4859<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,976.48 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MICHALESKO, JENNIFER<br>675 WARBLER LN<br>NEW LENOX, IL 60451 | | Claim Number: 4860<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,733.40 |

---

| OSTER, CHARLES<br>2521 4TH AVE NE<br>NAPLES, FL 34120-4940 | | Claim Number: 4861<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,842.00 |

---

| MCGOWAN, JACK<br>BOX 85<br>ENNIS, MT 59729 | | Claim Number: 4862<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $9,368.42 |

---

| MARY LOU GAUDINO TRUST<br>UA 6-19-02<br>5556 MEADOWRIDGE DR.<br>SANTA ROSA, CA 95409-5818 | | Claim Number: 4863<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $21,682.00 |

---

| CIACCIA, JOHN & LORRAINE<br>2678 EDGEWOOD<br>UTICA, NY 13501-6319 | | Claim Number: 4864<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,000.00 |
| UNSECURED | Claimed: | $1,000.00 |

---

| HOPGOOD, TED & CAROLYN<br>4600 OAKMONT CIRCLE<br>COLLEGE STATION, TX 77845 | | Claim Number: 4865<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,507.00 |

---

| KASSAN, MELVIN E. & NORMA S. JT TEN<br>4781 POE AVE<br>WOODLAND HILLS, CA 91364 | | Claim Number: 4866<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $2,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KASSAN, MELVIN E. & NORMA S. JT TEN
4781 POE AVE
WOODLAND HILLS, CA 91364

Claim Number: 4867
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,500.00 |
| --- | --- | --- |

---

BERL, LOUIS IRA
P.O. BOX 848
BODEGA BAY, CA 94923

Claim Number: 4868
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,406.96 |
| --- | --- | --- |

---

CHARTER OAK APPRAISALS
ATTN DORIS DE WEES
PO BOX 257
MADISON, CT 06443

Claim Number: 4869
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 |
| --- | --- | --- |

---

BENNETT, DENISE A
2995 COMMUNITY HOUSE RD.
COLUMBIA, VA 23038

Claim Number: 4870
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | | | Scheduled: | $1,381.69  CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $1,381.69 | | |

---

BENNETT, DENISE A
2995 COMMUNITY HOUSE RD.
COLUMBIA, VA 23038

Claim Number: 4871
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT |
| --- | --- | --- | --- | --- |

---

SHIVERS, MARK W
151 E 3RD ST
DEER PARK, NY 11729

Claim Number: 4872
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77  CONT |
| --- | --- | --- | --- | --- |

---

ASSOCIATES APPRAISERS
ATTN TERRY FISHER, OWNER/PARTNER
PO BOX 1717
HAYDEN, ID 83835

Claim Number: 4873
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $400.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DESIGN CIRCLES<br>55 WEST 38TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 4874<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $14,007.46 | Scheduled: | $14,007.46 |
|---|---|---|---|---|

---

| BERKOWITZ, CELIA (DECEASED)<br>EVELYN BERKOWITZ JT WROS<br>2506 RIVERSIDE<br>HOUSTON, TX 77004 | Claim Number: 4875<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $8,025.00 |
|---|---|---|

---

| BERKOWTIZ, EVELYN<br>2506 RIVERSIDE<br>HOUSTON, TX 77004 | Claim Number: 4876<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $13,750.00 |
|---|---|---|

---

| NEWMAN, BERNARD AND SANDRA JT TEN<br>144-31 68 AVE<br>FLUSHING, NY 11367 | Claim Number: 4877<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,199.99 |
|---|---|---|

---

| WASHINGTON COUNTY, OREGON<br>ATTN MIKE DEROSE, TAX CLERK<br>ASSESSMENT & TAXATION DEPARTMENT<br>155 N. FIRST AVENUE, SUITE 130<br>HILLSBORO, OR 97124 | Claim Number: 4878<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $1,744.41 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $2,932.08 UNDET | | |

---

| FLAHERTY, MAUREEN<br>155 SOUTHGATE DR<br>MASSAPEQUA PK, NY 117623821 | Claim Number: 4879<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $7,384.62 CONT |
|---|---|---|---|---|

---

| FITZPATRICK, DAVID P<br>34240 BROOK WAY DRIVE<br>TEMECULA, CA 92592 | Claim Number: 4880<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $4,170.20 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DARWIN CALENDAR<br>319<br>700 E REDLANDS BLVD STE U<br>REDLANDS, CA 92373-6168 | Claim Number: 4881<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

| MANZO APPRAISALS INC<br>ATTN PRESIDENT<br>22 RIDGE RD<br>LYNDHURST, NJ 07071 | Claim Number: 4882<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $2,625.00 |
|---|---|---|

---

| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | Claim Number: 4883<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $76.32 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| FERRIS, KENNETH C. & ROBERTA T. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4884<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,865.54 |
|---|---|---|
| UNSECURED | Claimed: | $6,865.54 |
| TOTAL | Claimed: | $6,865.54 |

---

| FERRIS, ROBERTA T. & KENNETH C. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4885<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $9,946.25 |
|---|---|---|
| UNSECURED | Claimed: | $9,946.25 |
| TOTAL | Claimed: | $9,946.25 |

---

| FERRIS, ROBERTA T. & KENNETH C. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4886<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $9,831.36 |
|---|---|---|
| UNSECURED | Claimed: | $9,831.36 |
| TOTAL | Claimed: | $9,831.36 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HUDSON LIVING TRUST
1109 ARROYO DR
PEBBLE BEACH, CA 939532517

Claim Number: 4887
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $104,501.38 | Scheduled: | $10,325.58 |

FEIBEL, VERA
2801 NE 183RD ST. APT# 1002
AVENTURA, FL 33160

Claim Number: 4888
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,290.00 |

THOET, LANCE
10 HIGHLAND AVE
SEA CLIFF, NY 11579

Claim Number: 4889
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,295.10 |

MGIC INVESTOR SERVICES CORPORATION
C/O ANTHONY J. CARONNA
PO BOX 488
MILWAUKEE, WI 53202

Claim Number: 4890
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 8486 (01/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $173,386.83 |

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

Claim Number: 4891
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $335,029.30 |

PEARLMAN, JAMIE
1545 RAINIER AVE
PETAUMA, CA 94954-1568

Claim Number: 4892
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,543.68 | Scheduled: | $1,543.68 CONT |

HILLE, RUTHANNE
10003 N RIDGECREST DR
SPOKANE, WA 99208

Claim Number: 4893
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GRUND, JOHN D.<br>194 RIDGEWOOD DR<br>PENDERGRASS, GA 30567-4015 | Claim Number: 4894<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $432.80 | | |
|---|---|---|---|---|

---

| SEVCIK, CHERYL M<br>309 BAUDER RD<br>FORT PLAIN, NY 13339 | Claim Number: 4895<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $2,934.62 | Scheduled: | $3,600.97 CONT |
|---|---|---|---|---|

---

| HORWITZ, JOYCE<br>8202 WESTOVER WAY<br>SOMERSET, NJ 08873-5917 | Claim Number: 4896<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,552.74 | | |
|---|---|---|---|---|

---

| PLAINIUM, LLC<br>7127 S WESTNEDGE AVE STE 2<br>PORTAGE, MI 490024276 | Claim Number: 4897<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $3,303.00 | Scheduled: | $1,803.00 |
|---|---|---|---|---|

---

| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | Claim Number: 4898<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $76.32 | | |
|---|---|---|---|---|

---

| MAGEN, MR. & MRS. STANLEY<br>ON TOP OF THE WORLD<br>90-97 S-W 91ST CR.<br>OCALA, FL 34481 | Claim Number: 4899<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

---

| KNUDSON, KAY F. & SHIRLEY M.<br>1304 WADE ST<br>LEXINGTON, NE 68850 | Claim Number: 4900<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,704.34 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KNUDSON, KAY F.<br>1304 WADE ST<br>LEXINGTON, NE 68850 | | Claim Number: 4901<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,861.99 |

| | | |
|---|---|---|
| HUNT, BILLY D.<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>111 BLUEGRASS PKWY<br>LEBANON, TN 37090 | | Claim Number: 4902<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1,156.00 |
| UNSECURED | Claimed: | $26,715.00 |

| | | |
|---|---|---|
| BRYAN, JAMES V & JIM W, TTEES<br>U/A DTD 07/23/96<br>BRYAN LIVING TRUST<br>4924 COBBS #10A<br>WACO, TX 76710-2710 | | Claim Number: 4903<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $11,192.99 |

| | | |
|---|---|---|
| CONNER, LEE F., IRA<br>8147 TRAVELERS REST DR<br>MECHANICSVLLE, VA 23111-2273 | | Claim Number: 4904<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| TEPPER, DONNA<br>470 FOURWYND DR<br>ST. LOUIS, MO 63141 | | Claim Number: 4905<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |

| | | |
|---|---|---|
| ASHBURN, JAMES<br>2300 N ATLANTIC AVE<br>APT #501<br>DAYTONA BEACH, FL 32118-3391 | | Claim Number: 4906<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| STOOS, DON P. & DEBRA RISLEY<br>6 FAIRLAKE DR<br>CHESTERFIELD, MO 63005 | | Claim Number: 4907<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHEN, KANGYI
1578 MARTEN AVE SW
ALBANY, OR 97321

Claim Number: 4908
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

PENROD, JAY M. & VERA M., TTEES
THE PENROD FAMILY TRUST
U/A DTD AUGUST 28, 1996
4011 PIMLICO DRIVE
PLEASANTON, CA 94588-3464

Claim Number: 4909
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,146.25   UNLIQ |
|---|---|---|

KIRSCH, JEROME, IRA
FCC AS CUSTODIAN
123 RADCLIFFE CT
GLENVIEW, IL 60026

Claim Number: 4910
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,458.20 |
|---|---|---|

LYNCH & ASSOCIATES
462 FASHION AVE
FL 12
NEW YORK, NY 10018-7433

Claim Number: 4911
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,785.00 |
|---|---|---|

CMS LEGAL SERVICES, LLC
CMS LEGAL SERVICES, LLC
999 18TH ST STE 2200
DENVER, CO 802022401

Claim Number: 4912
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 9459 (11/16/2010)

| UNSECURED | Claimed: | $4,226.95 |
|---|---|---|

ABBEY, DIANE
1035 FIFTH AVENUE APT 11C
NEW YORK, NY 10028-0135

Claim Number: 4913
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRANSWESTERN SL GALE NAPERVILLE, LLC
C/O ADAM E BERMAN, ATTORNEY
MASON WENK & BERMAN, LLC
1033 SKOKIE BOULEVARD SUITE 250
NORTHBROOK, IL 60062

Claim Number: 4914
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $248,999.06 | Scheduled: | $17,470.64 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4915<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $385.11 | | |
| MARRIOTT SAN RAMON<br>ATTN JOE GERSHMAN, CONTROLLER<br>2600 BISHOP DRIVE<br>SAN RAMON, CA 94583 | | Claim Number: 4916<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $25,710.00 | Scheduled: | $42,049.02 |
| AJILON FINANCE<br>175 BROADHOLLOW RD<br>MELVILLE, NY 117474902 | | Claim Number: 4917<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9014 (07/16/2010) | | |
| UNSECURED | Claimed: | $16,844.76 | Scheduled: | $16,472.42 |
| AJILON OFFICE<br>ATTN LINDA SONDEY<br>PARK 80 WEST PLAZA 2<br>9TH FLOOR<br>SADDLE BROOK, NJ 07663 | | Claim Number: 4918<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9014 (07/16/2010) | | |
| UNSECURED | Claimed: | $19,563.05 | Scheduled: | $18,544.03 |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4919<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $66.30 | | |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4920<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $122.80 | | |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4921<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $110.72 | Scheduled: | $45.14 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4922
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,336.86 | Scheduled: | $1,311.86 |
|---|---|---|---|---|

LAYNE, KARLEN H. & JOHN H.
8038 LANGHORNE RD
SCOTTSVILLE, VA 24590

Claim Number: 4923
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $111,193.00 |
|---|---|---|

LARSON, NILS & CAROLYN, TTEES
LARSON FAMILY TRUST
1234 W SOLANO DR
PHOENIX, AZ 85013

Claim Number: 4924
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $27,705.00 |
|---|---|---|

MACALUSO, JOHN, IRA
WMS CUSTODIAN
14820 N 17TH DR
PHOENIX, AZ 85023

Claim Number: 4925
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,081.00 |
|---|---|---|

LARSON, NILS, IRA
WMS CUSTODIAN
1234 W SOLANO DR
PHOENIX, AZ 85013

Claim Number: 4926
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $16,947.00 |
|---|---|---|

BURGENER, CAROL JOYE
13265 DEL MONTE DR. #35 I
SEAL BEACH, CA 90740

Claim Number: 4927
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $25,555.00 |
|---|---|---|

LARSON, CAROLYN, IRA
WMS CUSTODIAN
1234 W SOLANO DR
PHOENIX, AZ 85013

Claim Number: 4928
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $16,967.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BURGENER, CAROL, IRA<br>WMS CUSTODIAN<br>13265 DEL MONTE DR #I35<br>SEAL BEACH, CA 90740 | | Claim Number: 4929<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $16,967.00 |
| ADAMS, DONNA DR., IRA<br>WMS CUSTODIAN<br>12635 N 18TH PL<br>PHOENIX, AZ 85022 | | Claim Number: 4930<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,751.00 |
| KIRTS, LARRY, CPS PLAN<br>WMS CUSTODIAN<br>12635 N 18TH PL<br>PHOENIX, AZ 85022 | | Claim Number: 4931<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $17,233.15 |
| DUNAWAY, TERESA M & ALLEN R<br>3102 E OCOTILLO<br>PHOENIX, AZ 85016 | | Claim Number: 4932<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $11,200.00 |
| CREDEX AMERICAN INC<br>ATTN MARIO D CARUSO, ESQ<br>5500 MAIN ST<br>BUFFALO, NY 14221 | | Claim Number: 4933<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,825.57 |
| BORDERTOWN APPRAISALS<br>ATTN ROSE VAN DOVER<br>60 DURAN RD<br>EQUINUNK, PA 18417 | | Claim Number: 4934<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $360.00 |
| SGAVICCHIO, JOE<br>8930 REDBRIDGE RD<br>RICHMOND, VA 23236 | | Claim Number: 4935<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,222.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BOMMARITO, VINCENT<br>5130 WILSON<br>ST. LOUIS, MO 63110 | | Claim Number: 4936<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |

| | | |
|---|---|---|
| HORNUNG, DAVID J.<br>731 HEATHERSTONE DR<br>HIGH RIDGE, MO 63049 | | Claim Number: 4937<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |

| | | |
|---|---|---|
| MADER, AUDREY<br>11957 MOORLAND MANOR<br>SAINT LOUIS, MO 63146 | | Claim Number: 4938<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| GAUDREAU, JOHN J<br>1081 NEW HAVEN RD APT 11G<br>NAUGATUCK, CT 067704777 | | Claim Number: 4939<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,528.12 |

| | | |
|---|---|---|
| JANSEN, ELVA V.<br>3534 BEECHWOOD PL<br>RIVERSIDE, CA 925061209 | | Claim Number: 4940<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| PRIORITY | Claimed: | $1,461.00 |

| | | |
|---|---|---|
| LARSEN, RAYMOND G.<br>571 400TH AVE<br>GRINNELL, IA 50112 | | Claim Number: 4941<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,200.60 |

| | | |
|---|---|---|
| DEANGELIS, KAYEL JR<br>2109 BORDEN AVE STE C<br>LONG IS CITY, NY 111014531 | | Claim Number: 4942<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $72,236.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ARNLUND, BERT E.
82 INNISBROOK AVE
LAS VEGAS, NV 89113

Claim Number: 4943
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,701.35 |
| UNSECURED | Claimed: | $11,701.35 |
| TOTAL | Claimed: | $11,701.35 |

---

KING, HAROLD R. & BABARA L.
2353 HAWN AVE
REDDING, CA 96002-1627

Claim Number: 4944
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,281.95 |

---

AVERSA, MARIE
5411 NW 82 AVE
LAUDERHILL, FL 33351

Claim Number: 4945
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $153.85 | Scheduled: | $153.85 | CONT |

---

NIX, CRISPUS C & EDNA E
1311 MERIWETHER RD
MONTGOMERY, AL 36117-3454

Claim Number: 4946
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,380.50 |

---

RODRIGUEZ, MARGIDLEY
137 16B 68TH DR
KEW GARDENS HILLS, NY 11367

Claim Number: 4947
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46 | CONT |

---

SANTOS, ANTONIO F & SATURNINA
3215 E JACARAND AVE
ORANGE, CA 92867

Claim Number: 4948
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,104.00 |

---

ISENBERG, ANNETTE, TTEE
ANNETTE ISENBERG TR U/A
DTD 08/05/1996
600 THREE ISLAND BLVD APT 602B
HALLANDALE, FL 33009-2844

Claim Number: 4949
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $7,700.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| JOE AND GRACE YEE TRUST<br>UAD 01/26/2007<br>6091 MANORFIELD DR<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 4950<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,964.00 | | |

| GRIFFITH, ANN<br>9498 CAMPI DR<br>LAKE WORTH, FL 33467 | | Claim Number: 4951<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $70,551.00 | | |
| TOTAL | Claimed: | $81,501.11 | | |

| GRIFFITH, ANN M<br>9498 CAMPI DR<br>LAKE WORTH, FL 33467 | | Claim Number: 4952<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $68,000.15 | Scheduled: | $67,937.33 CONT |

| BAKER, ANGELA F<br>18789 CHAPLAINS<br>CHAPEL RD<br>BRIDGEVILLE, DE 19933 | | Claim Number: 4953<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,142.31 | Scheduled: | $1,142.31 CONT |

| FIDELITY MANAGEMENT TRUST CO/PROFIT<br>SHARING KEOGH FOR THE BENEFIT OF<br>ROBERT G. ORSATTI<br>601 RIDGELAND TERRACE<br>LEONIA, NJ 07605 | | Claim Number: 4954<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,302.00 | | |

| DAWSON, CRAIG<br>213 13TH ST S.W.<br>ALTOONA, IA 50009 | | Claim Number: 4955<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,174.00 | | |

| DEWALD, KAREN<br>114 CABANA DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4956<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,361.72 | Scheduled: | $1,361.72 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HEALEY, JANET M.
3 VILLA ST.
WALTHAM, MA 02453

Claim Number: 4957
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,631.90 | | |

---

SANTIAGO, ANTHONY T
94 47 116TH ST
RICHMOND HILL, NY 11419

Claim Number: 4958
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $904.62 | Scheduled: | $904.62  CONT |

---

THOET, LANCE A.
10 HIGHLAND AVE
SEA CLIFF, NY 11579

Claim Number: 4959
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
| UNSECURED | Claimed: | $19,192.93 | Scheduled: | $19,080.22  CONT |

---

BUBES, HARRIET
20310 FAIRWAY OAKS DR.
APT. 121
BOCA RATON, FL 33434

Claim Number: 4960
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

JARRELL, PATRICIA A. TRUSTEE
U/A DATED 04/07/97
4301 W 112 TERR.
LEAWOOD, KS 66211-1716

Claim Number: 4961
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $277.50 | |
| UNSECURED | Claimed: | $10,000.00 | |

---

MARION TWP 145
ATTN GUDREY RUKOWSKY, SUPERVISOR
10925 SOUTH MERRILL ROAD
BRANT, MI 48614

Claim Number: 4962
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

WHITE, CAROL
N10502 COUNTY RD A
FOX LAKE, WI 53933

Claim Number: 4963
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

SACKS, STEPHEN J.
1224 COLUMBINE PLACE
WELLINGTON, FL 33414

Claim Number: 4964
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

HARRIS, JOSEPHINE
288 PARKER LN.
ST. JAMES, MO 65559

Claim Number: 4965
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
| --- | --- | --- |

---

HANSEN, RONALD
N52 W35383 LIGHTHOUSE LN
OCONOMOWOC, WI 53066

Claim Number: 4966
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,940.03 |
| --- | --- | --- |

---

BRINKLEY, MELVIN P.
2821 WHITE MARSH RD.
SUFFOLK, VA 23434

Claim Number: 4967
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

GUNNING, GEOFFREY R.
1610 BRADFORD RD.
PETERSBURG, TN 37144

Claim Number: 4968
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,036.60 |
| --- | --- | --- |

---

TREASURE VALLEY COFFEE OF CENTRAL OREGON
ATTN OFFICE MANAGER
PO BOX 6164
BEND, OR 97708

Claim Number: 4969
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $33.75 |
| --- | --- | --- |

---

CROSSFIELD, KATHY
400 NAVAJO ST
HUACHUCA CITY, AZ 85616

Claim Number: 4970
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92  CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CERNANSKY, HENRY C. AND DONA D. TTEE OF THE CERNANSKY LIVING TRUST DTD 9/13/01 14765 AMBERLEIGH HILL CHESTERFIELD, MO 63017 | | Claim Number: 4971 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,000.00 | | | |
| MCFADDEN, ROBERT A. 1503 CASTLEROCK ST WENATCHEE, WA 98801 | | Claim Number: 4972 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,700.00 | | | |
| KEENER, JOHN H. 1563 HEADQUARTERS DR JOHNS ISLAND, SC 29455 | | Claim Number: 4973 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $972.95 | | | |
| KEENER, BRANDY S. 1563 HEADQUARTERS DR JOHNS ISLAND, SC 29455 | | Claim Number: 4974 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,953.86 | | | |
| BAILEY, BRENDA J 1903 SPRUNGER AVE FORT WAYNE, IN 46808 | | Claim Number: 4975 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 | CONT |
| SPENCER, ROBERT C. 17409 MCDUFFEE RD. CHURUBUSCO, IN 46723-9262 | | Claim Number: 4976 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| FULTON, ANDREW 207 BOWERY FL 7 NEW YORK, NY 100022870 | | Claim Number: 4977 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $983.60 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MORRIS, HERBERT C.
610 SANTA MARIA
SUGAR LAND, TX 77478

Claim Number: 4978
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,284.00 |
| UNSECURED | Claimed: | $5,284.00 |
| TOTAL | Claimed: | $5,284.00 |

---

GROVER, DOROTHY V.
5 WILLOW AVE
AUDUBON, PA 19403-2031

Claim Number: 4979
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,891.58 |

---

KIRK, PHILIP N.
139 COLDSTREAM ROAD
PHOENIXVILLE, PA 19460

Claim Number: 4980
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,643.22 |

---

HARRELL, JAMES A. & J. BRADLEY JT TEN
1317 WINDER SPRINGS LANE
CORDOVA, TN 38016-8743

Claim Number: 4981
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,200.50 |

---

HARRELL, H. JENNIFER
1317 WINTER SPRINGS LANE
CORDOVA, TN 38016-8743

Claim Number: 4982
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,503.77 |

---

KELLY, AILEEN B.
1637 S.E. PARADISE CIR
# 106
CRYSTAL RIVER, FL 34429

Claim Number: 4983
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,152.20 |

---

CHAKRABORTY, RABIN K.
247 GOLF COURSE ROAD
AMSTERDAM, NY 12010

Claim Number: 4984
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $25,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHARLESTON COUNTY, SOUTH CAROLINA
JANICE PORTER, BANKRUPTCY TECH.
POB 878
CHARLESTON, SC 29402-0878

Claim Number: 4985
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,974.08  DISP CONT |
| SECURED | Claimed: | $2,419.71 | | |

---

RUBIN, MORRIS & ELAINE
4 WEYANT DR
CEDARHURST, NY 11516

Claim Number: 4986
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,465.00 |

---

SHYU, JENQ-PYNG
21875 LAS NUBES DR.
TRABUCO CANYON, CA 92679-3403

Claim Number: 4987
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,460.00 |

---

TRILAR MANAGEMENT GROUP
ATTN OWNER EL PRESIDIO LLC
2101 CAMINO VIDA ROBLE. STE A
CARLSBAD, CA 92011

Claim Number: 4988
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,166.48 | Scheduled: | $6,166.48 |

---

ROOT, ROYCE C.
386 EAST AVE.
BROCKPORT, NY 14420

Claim Number: 4989
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,240.00 |

---

COTTA, BONNIE
4462 DESIN DR
SAN JOSE, CA 95118

Claim Number: 4990
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $637.99 | | |
| UNSECURED | | | Scheduled: | $637.99  CONT |

---

SKYPARK RPR ASSOCIATES II
2780 SKYPARK DRIVE
SUITE 202
TORRANCE, CA 90505

Claim Number: 4991
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,345.17 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SINGH, HAKAM<br>42404 CHISOLM TRAIL<br>MURRIETA, CA 92562 | Claim Number: 4992<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| SECURED | Claimed: | $12,391.95 |
|---|---|---|

| | | |
|---|---|---|
| MANGO, MICHIKO<br>1400 GEARY BLVD<br>APT. 407<br>SAN FRANCISCO, CA 94109 | Claim Number: 4993<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |

| SECURED | Claimed: | $17,985.00 |
|---|---|---|

| | | |
|---|---|---|
| ALLEGHENY COUNTY RECORDER<br>ATTN JOANNE DEPASCALE,FISCAL COORDINATOR<br>101 COUNTY OFFICE BUILDING<br>PITTSBURGH, PA 15219 | Claim Number: 4994<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| PRIORITY | Claimed: | $60.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $60.00 |

| | | |
|---|---|---|
| SIEMON, JEFFREY<br>400 NAVAJO ST<br>HUACHUCA CITY, AZ 85616 | Claim Number: 4995<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 CONT |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIPINSKI, DONALD<br>30 N 58TH ST<br>SUPERIOR, WI 54880 | Claim Number: 4996<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| UNSECURED | Claimed: | $33,479.26 |
|---|---|---|

| | | |
|---|---|---|
| TUCKER, MYOUNG HE & LARRY<br>9238 CLASSIC DR NE<br>LACEY, WA 98516 | Claim Number: 4997<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,595.29 |
|---|---|---|

| | | |
|---|---|---|
| DICUS, LAWRENCE & ELIZABETH<br>1614 MURPHY MYERS RD<br>MARYVILLE, TN 37803 | Claim Number: 4998<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $11,300.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FORTINI, MARY & PETER D.<br>2022 BATH RD RM 10<br>BRISTOL, PA 19007-2107 | Claim Number: 4999<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $13,387.50 |
|---|---|---|

---

| | | |
|---|---|---|
| FORTINI, MARY & DOLORES A.<br>2022 BATH RD RM 10<br>BRISTOL, PA 19007-2107 | Claim Number: 5000<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $12,153.45 |
|---|---|---|

---

| | | |
|---|---|---|
| JACOBS, THOMAS<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5001<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5002<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

---

| | | |
|---|---|---|
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5003<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $75.00 |
|---|---|---|

---

| | | |
|---|---|---|
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5004<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $520.00 |
|---|---|---|

---

| | | |
|---|---|---|
| PALERMO, JOSEPH CM<br>848 HESPER ST<br>METAIRIE, LA 70005-2042 | Claim Number: 5005<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,034.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WILLIAMS, RON A.
34807 HOOD CANAL DR NE
KINGSTON, WA 98346

Claim Number: 5006
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,650.00 | | |
| --- | --- | --- | --- | --- |

ROSSIER APPRAISAL COMPANY
ATTN ROBERT B. ROSSIER
322 MAMMOTH OAKS DR.
CHARLOTTE, NC 28270

Claim Number: 5007
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,025.00 | Scheduled: | $75.00 |
| --- | --- | --- | --- | --- |

GUPTA, SUSHILA
6 THEIS LANE
BLAUVELT, NY 10913

Claim Number: 5008
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $43,750.00 | | |
| --- | --- | --- | --- | --- |

TOWNSEND, PAULA E
110 VILLAGE GATE BLVD.
DELAWARE, OH 43015

Claim Number: 5009
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $699.09 | Scheduled: | $699.09  CONT |
| --- | --- | --- | --- | --- |

ABSOLUTE APPRAISALS
ATTN CHERYL JOHNSON
409 PICKETT LN
CHARLOTTESVLE, VA 229010660

Claim Number: 5010
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $400.00 | | |
| --- | --- | --- | --- | --- |

SHRED - IT
1707 E. 58TH AVE.
DENVER, CO 80216

Claim Number: 5011
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $65.00 | Scheduled: | $60.00 |
| --- | --- | --- | --- | --- |

SHRED-IT DENVER
1707 E 58TH AVE
DENVER, CO 80216

Claim Number: 5012
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $130.00 | Scheduled: | $205.00 |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHRED - IT<br>1707 E. 58TH AVE<br>DENVER, CO 80216 | Claim Number: 5013<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $150.00 |

| GIOIA, FRANCES<br>135 BAY 8 ST.<br>BROOKLYN, NY 11228 | Claim Number: 5014<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $10,690.34 |
| UNSECURED | Claimed: | $10,690.34 |
| TOTAL | Claimed: | $10,690.34 |

| TYMA, LORRAINE<br>3 SUMMIT DRIVE<br>HOOKSETT, NH 03106 | Claim Number: 5015<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,676.85  CONT |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| SECKER, HELEN H.<br>3101 PALMYRA ROAD<br>HANNIBAL, MO 63401 | Claim Number: 5016<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED | Claimed: | $19,898.98 |

| VIFQUAIN, JOANNA<br>P.O. BOX 1748<br>GLENROCK, WY 82637-1748 | Claim Number: 5017<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED | Claimed: | $7,100.00 |

| MARKET APPRAISAL INC<br>ATTN MARGO H.<br>7019 14 AV NW<br>SEATTLE, WA 98117 | Claim Number: 5018<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|
| UNSECURED | Claimed: | $400.00 |

| O'BRIEN, PATRICK F. & TRUSTEE<br>O'BRIEN TRUST<br>3876 DUNFORD WAY<br>SANTA CLARA, CA 95051 | Claim Number: 5019<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED | Claimed: | $17,244.90 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| VAN WERT CO TREASURER<br>ATTN BEVERLY A FUERST, TREASURER<br>121 E MAIN ST # 200<br>VAN WERT, OH 45891 | | Claim Number: 5020<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| HANSON, ANDREA<br>3840 W 608 N<br>HUNTINGTON, IN 46750 | | Claim Number: 5021<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,302.00 | Scheduled: | $1,302.00 CONT |

| SAYAD, MARY<br>8106 WARREN'S WAY<br>WANAQUE, NJ 07465 | | Claim Number: 5022<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,196.00 | |

| SCHLEGEL, CAROL<br>8200 OLDE TROON DR.<br>CHARLOTTE, NC 28277 | | Claim Number: 5023<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,474.85 | |

| MORINE, SHIRLEY A.<br>78547 IRON BARK DR.<br>PALM DESERT, CA 92211 | | Claim Number: 5024<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,283.99 | |

| SHOCK, CLIFFORD L.<br>5712 TAMARISK WAY<br>SAN LUIS OBISPO, CA 93401-8274 | | Claim Number: 5025<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $42,629.59 | |

| SHOCK, NORA L.<br>5712 TAMARISK WAY<br>SAN LUIS OBISPO, CA 93401-8274 | | Claim Number: 5026<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,704.13 | |
| UNSECURED | Claimed: | $2,704.13 | |
| TOTAL | Claimed: | $2,704.13 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHOCK, C  NORA CO-TTEE<br>CLIFFORD AND NORA SHOCK FAM TRUST<br>5712 TAMARISK WAY<br>SAN LUIS OBISPO, CA 93401-8274 | Claim Number: 5027<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $58,475.78 |
|---|---|---|

---

| EWING, JOHN R.<br>32 FAYETTE ST.<br>OAKDALE, PA 15071-1274 | Claim Number: 5028<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MID STATE APPRAISAL GROUP<br>ATTN THOMAS D. JENKINS<br>PO BOX 36034<br>DES MOINES, IA 50315 | Claim Number: 5029<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

---

| DUNCAN, BRENDA<br>5602 SWANSON RD<br>ELLENWOOD, GA 302943856 | Claim Number: 5030<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $970.64 |
|---|---|---|

---

| SWITZER, CHARLES H.<br>****NO ADDRESS PROVIDED**** | Claim Number: 5031<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,110.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,110.00 |
| TOTAL | Claimed: | $1,110.00 |

---

| SANDGREN, LEROY E.<br>4909-A PARKVIEW DR<br>LAKE OSWEGO, OR 97035 | Claim Number: 5032<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| CLAYTON, SUZY R<br>16455 SW LORENZO LANE<br>TIGARD, OR 97223 | Claim Number: 5033<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $307.68 | Scheduled: | $307.68  CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WYLIE, WILLIAM T. & JANE L.<br>103 TURNER FOREST LANE<br>SIMPSONVILLE, SC 29681 | Claim Number: 5034<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

| HANSEN, THEODORE AND SHIELA<br>JOINT TENNANTS<br>HCR 60 BOX 1<br>BONNERS FERRY, ID 83805 | Claim Number: 5035<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,171.03 |
|---|---|---|

| WALKER, JANE P<br>2026 46TH ST<br>DES MOINES, IA 50310 | Claim Number: 5036<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,330.40 | Scheduled: | $1,862.56  CONT |
|---|---|---|---|---|

| WEAVER, RONALD S.<br>726 PARADISE PARK<br>SANTA CRUZ, CA 95060 | Claim Number: 5037<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,900.00 |
|---|---|---|

| MADISON, EARL<br>15824 SONOMA CT.<br>EDMOND, OK 73013-1424 | Claim Number: 5038<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $469.95 |
|---|---|---|

| EVELAND, WILLIAM P.<br>1918 DOLPHIN BLVD.<br>ST. PETERSBURG, FL 33707 | Claim Number: 5039<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,634.95 |
|---|---|---|
| UNSECURED | Claimed: | $2,634.95 |
| TOTAL | Claimed: | $2,634.95 |

| LAPINSKI, LOUISE TR<br>803 S. MAIN<br>MOUNT PROSPECT, IL 60056 | Claim Number: 5040<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,108.14 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ELLIS, RENALDO<br>1513 SE DELAWARE AVE. # 2<br>ANKENY, IA 50021 | Claim Number: 5041<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $14,106.60 |

| HABITO, FERNANDO & LOLITA<br>2611 W. ATLANTIC AVE<br>WAUKEGAN, IL 60085 | Claim Number: 5042<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| SECURED          Claimed: | $1,075.60 |

| LAMB, DARLENE C.<br>FREEDOM APPRAISAL SERVICES<br>4397 OWENS RD<br>EVANS, GA 30809 | Claim Number: 5043<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $325.00 |

| EBERHARDT, SHIRLEY A.<br>4985 PRICE DR.<br>SUWANEE, GA 30024-4187 | Claim Number: 5044<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,500.00 |

| EBERHARDT, CLYDE W.<br>4985 PRICE DR<br>SUWANEE, GA 30024-4187 | Claim Number: 5045<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $7,500.00 |

| STEPHENSON, CHRISTELL<br>3208 FIVE OAKS PL.<br>LOUISVILLE, KY 40207 | Claim Number: 5046<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $5,969.31 |

| BLUEGRASS REAL ESTATE WEEKLY<br>PO BOX 910794<br>LEXINGTON, KY 405910794 | Claim Number: 5047<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|
| UNSECURED          Claimed:          $2,810.00          Scheduled:          $1,160.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DEATHERAGE, STEPHANIE
4809 FORTUNES RIDGE
TRAIL
CHARLOTTE, NC 28269

Claim Number: 5048
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,700.00 | Scheduled: | $1,700.00  CONT |

PANY, STEVE
P.O. BOX 662
PRIOR LAKE, MN 55372

Claim Number: 5049
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,005.00 |

SIPLIN, MAE F
603 ORANGE AVE
SANFORD, FL 32771

Claim Number: 5050
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $942.31 | Scheduled: | $942.31  CONT |

GIBBONS, MARGARET ARDEN
P.O. BOX 75
ROCKPORT, TX 78381

Claim Number: 5051
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,492.95 |

LAMELL, RITA & HAROLD MARKOWITZ
137 LAKELAND DRIVE
BARNEGAT, NJ 08005-5637

Claim Number: 5052
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,585.00 |

LAMELL, RITA & HAROLD MARKOWITZ
137 LAKELAND DRIVE
BARNEGAT, NJ 08005-5637

Claim Number: 5053
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,388.55 |

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

Claim Number: 5054
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,371.36 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LEWIS, RONALD L. TR.<br>26037 NEWCOMBE CIRCLE<br>LEESBURG, FL 34748 | | Claim Number: 5055<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,747.96 |
| MATTERN, WILLIAM L.<br>1857 LAKE GROVE LANE<br>ORLANDO, FL 32806 | | Claim Number: 5056<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,600.00 |
| WEIR, RANDALL ROBERT<br>7537 E. LAZY Y5 ROAD<br>SIERRA VISTA, AZ 85635 | | Claim Number: 5057<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,807.00 |
| DAO, SON B.<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5058<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $17,659.85 |
| DAO, SONY & BINH T. NGUYEN<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5059<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,173.90 |
| DAO, SONY & BINH T. NGUYEN<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5060<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $12,215.90 |
| BOGERT, GWENDOLYN (AKA WENDY)<br>7930 SE MAMMOTH DR<br>HOBE SOUND, FL 33455 | | Claim Number: 5061<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CORTESE, JAMES<br>12884 ELIZA BETH WAY<br>TUSTIN, CA 92780 | Claim Number: 5062<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,258.00 | | |
| UNSECURED | Claimed: | $6,258.00 | | |
| TOTAL | Claimed: | $6,258.00 | | |

| STAFFSOLVE<br>ATTN TERRI WINKLER, CONTROLLER<br>333 N SAM HOUSTON PKWY<br>STE 110<br>HOUSTON, TX 77060 | Claim Number: 5063<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,132.28 | Scheduled: | $7,132.28 |

| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | Claim Number: 5064<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $677.73  CONT |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 852625840 | Claim Number: 5065<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $863.52 | Scheduled: | $863.52  CONT |

| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | Claim Number: 5066<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,041.25 | Scheduled: | $2,041.25  CONT |

| ELITE APPRAISAL<br>25000 AVENUE STANFORD #111<br>VALENCIA, CA 913551224 | Claim Number: 5067<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,450.00 | | |

| KOVEN, JUDITH IRA<br>22538 N. PADARO DR.<br>SUN CITY WEST, AZ 85375 | Claim Number: 5068<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,865.25 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KOVEN, SHELDON & JUDITH<br>22538 N. PADARO DR.<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5069<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,129.25 | | |

| MILLER, PETER J.<br>210 N. CHURCH ST.<br>UNIT 2310<br>CHARLOTTE, NC 28202 | | Claim Number: 5070<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,008.00 | | |
| UNSECURED | Claimed: | $1,008.00 | | |
| TOTAL | Claimed: | $1,008.00 | | |

| BOYDSTON, BRADLEY D.<br>6653 SE COUGAR MTN WAY<br>BELLEVUE, WA 98006 | | Claim Number: 5071<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| POLLACK, JOEL TTEE<br>JOEL POLLACK TRUST U/A DTD 3-1-93<br>107 LONG BEN DRIVE<br>KEY LARGO, FL 33037-2327 | | Claim Number: 5072<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| EVANS, LEIGH A<br>2716 WEST CHESTER<br>ROAD<br>DOWNINGTOWN, PA 19335 | | Claim Number: 5073<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $307.69 | Scheduled: | $307.69  CONT |

| DEMICH, GARY F.<br>8310 WALNUT DR. NE<br>OLYMPIA, WA 98516 | | Claim Number: 5074<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,039.24 | | |

| MARKOWTIZ, HAROLD<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | | Claim Number: 5075<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,127.86 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

YUKNIS, WARD C.
541 PLYMOUTH ST
MIDDLEBORO, MA 02346-2530

Claim Number: 5076
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,232.00 |

---

HART, ALBERT & MARILYN
712 BEAUVAIS COURT
CREVE COEUR, MO 63141

Claim Number: 5077
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,650.00 |

---

HART, ALBERT & MARILYN
712 BEAUVAIS COURT
CREVE COEUR, MO 63141

Claim Number: 5078
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

LARSON, CARL ELMER
2595 SAINT PAUL'S DRIVE
TITUSVILLE, FL 32780-6761

Claim Number: 5079
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,750.00 |
| UNSECURED | Claimed: | $23,750.00 |
| TOTAL | Claimed: | $23,750.00 |

---

MYERS, JAY
4810 VIA BENSA
OAK PARK, CA 91377

Claim Number: 5080
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,504.60 |
| UNSECURED | Claimed: | $6,504.60 |
| TOTAL | Claimed: | $6,504.60 |

---

MCCOY, JOHN
5525 HILLSIDE CIRCLE
EDINA, MN 55439

Claim Number: 5081
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

O'BRIEN, JOHN
3337 BRECONWOOD CIR
WAYZATA, MN 55391-3348

Claim Number: 5082
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,360.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEFAZIO, JOSEPH<br>2707 SEBASTIAN CT<br>KISSIMMEE, FL 347435344 | Claim Number: 5083<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $597.00 |
|---|---|---|

---

| TRICKEY, EDWARD & SHIRLEY (TRUSTEES)<br>TRICKEY LIVING TRUST<br>U/A DATED 4-29-97<br>5055 HWY. 236 EAST<br>CARLISLE, AR 72024 | Claim Number: 5084<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,634.00 |
|---|---|---|

---

| COVE COMMERCIAL, LLC<br>14901 N. SCOTTSDALE RD # 304<br>SCOTTSDALE, AZ 85254 | Claim Number: 5085<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $49,948.58   UNLIQ |
|---|---|---|

---

| ANTUZZI, ALFRED<br>28 WATERS EDGE DR.<br>DELRAN, NJ 08075 | Claim Number: 5086<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $143,217.87 | Scheduled: | $142,629.18 CONT |

---

| LAMELL, RITA & HAROLD MARKOWITZ<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | Claim Number: 5087<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,857.60 |
|---|---|---|

---

| BENNETT, DOUGLAS E.<br>225 FANNIN<br>HEWITT, TX 76643 | Claim Number: 5088<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,409.05 |
|---|---|---|

---

| STURMS, ALLAN<br>6005 TRENTCOURT<br>LEWIS CENTER, OH 43035 | Claim Number: 5089<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $55,425.29 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ROGERS, GRACE W.<br>PO BOX 617<br>NICASIO, CA 94946 | Claim Number: 5090<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| PRIORITY | Claimed: | $518.50 |
| MESSICK & COMPANY APPRAISERS<br>ATTN MANAGER/TREASURER<br>3701-A WEST MARKET STREET<br>GREENSBORO, NC 27403 | Claim Number: 5091<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |
| UNSECURED | Claimed: | $550.00 |
| RUFFIN-BROWN, CAROLYN D. TRUSTEE<br>CAROLYN D. RUFFIN-BROWN TRUST<br>U/A DTD 9-02-95<br>2209 BERRYWOOD RD<br>EDMOND, OK 73034-6877 | Claim Number: 5092<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $7,500.00 |
| BROWN, JAMES KEITH TRUSTEE<br>JAMES KEITH BROWN TRUST<br>U/A DTD 9-2-95<br>2209 BERRYWOOD RD<br>EDMOND, OK 73034-6877 | Claim Number: 5093<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $7,500.00 |
| CESTARO, JOAN C. & JOSEPH M. TRUSTEES<br>JOAN C. CESTARO TRUST<br>U/A DTD 11/05/2004<br>6841 DERBY RUN WAY<br>GAINESVILLE, VA 20155-3040 | Claim Number: 5094<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED | Claimed: | $34,406.05 |
| MOMROCK, DEBBIE<br>24 BLOSSOM HILL RD<br>LEBANON, NJ 08833 | Claim Number: 5095<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $5,455.00 |
| VALLEY APPRAISAL PC<br>PO BOX 2454<br>WHITE CITY, OR 97503 | Claim Number: 5096<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | |
| UNSECURED | Claimed: | $825.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| NIETO, DANIEL R.<br>13 PANAMA ST.<br>ALISO VIEJO, CA 92656 | | Claim Number: 5097<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$39,654.38 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HONOKAUPU, CHRISTINA K<br>PO BOX 1337<br>HAIKU, HI 96708 | | Claim Number: 5098<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLE DUPLICATE OF 1169<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $767.20 | Scheduled: | $767.31 CONT | |

---

| | | | |
|---|---|---|---|
| REYNOLDS, MICHAEL<br>2286 NASHUA LANE<br>MENDOTA HEIGHTS, MN 55120 | | Claim Number: 5099<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| UNSECURED | Claimed: | $1,027.00 | |

---

| | | | |
|---|---|---|---|
| STOWELL, RONALD<br>1263 HECKER RD.<br>WATERLOO, NY 13165 | | Claim Number: 5100<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $12,178.00 | |

---

| | | | |
|---|---|---|---|
| GERSHON, HELEN<br>1201 S OCEAN DR. APT. 1511N<br>HOLLYWOOD, FL 33019 | | Claim Number: 5101<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

| | | | | |
|---|---|---|---|---|
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | | Claim Number: 5102<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $9,532.46<br>$34,755.48 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$33,191.48 CONT |

---

| | | | |
|---|---|---|---|
| BEARDEN APPRAISAL SERVICE INC<br>ATTN JIM BEARDEN / OWNER<br>PO BOX 676<br>ROGERS, AR 72757 | | Claim Number: 5103<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED | Claimed: | $775.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAHLE, SUSAN B. | Claim Number: 5104 |
| 337 POLK SAINT CROIX RD | Claim Date: 12/10/2007 |
| OSCEOLA, WI 54020 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $4,322.40 |

---

| BATTISTA, GINO A. | Claim Number: 5105 |
| 274 POSSUM REST DRIVE | Claim Date: 12/10/2007 |
| BURNSVILLE, NC 28714 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,903.99 |

---

| CONDE, REISA S | Claim Number: 5106 |
| 21 FISCHER AVENUE | Claim Date: 12/10/2007 |
| KINGSTON, NY 12401 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $892.31 |

---

| WALSER, JAMES | Claim Number: 5107 |
| 2010 PHILOMENA DR. | Claim Date: 12/10/2007 |
| SCHENECTADY, NY 12303 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,634.95 |

---

| WINTNER, BARBARA E. | Claim Number: 5108 |
| 181 COSMAN ST. | Claim Date: 12/10/2007 |
| TOWNSHIP OF WSHINGTON, NJ 07676 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $3,422.00 |

---

| MCANOLLY, JAMES W. TTEE | Claim Number: 5109 |
| THE MCANNOLLY FAMILY TRUST | Claim Date: 12/10/2007 |
| DATED 8/30/96 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 34 HOLLY DR | Comments: EXPUNGED |
| OLATHE, KS 66062-1831 | DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $20,000.00 |

---

| MEYER, KATHLEEN KECK TTEE | Claim Number: 5110 |
| 3908 ADAMS | Claim Date: 12/10/2007 |
| INDEPENDENCE, MO 64055 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $3,750.00 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SPILDE, DORA
1002 4TH ST N
CASSELTON, ND 580123444

Claim Number: 5111
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,949.98 |

---

SPILDE, LEROY A.
1002 4TH ST N
CASSELTON, ND 580123444

Claim Number: 5112
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,281.99 |

---

SPILDE, LEROY A.
823 NADA DR.
ALAMO, TX 78516

Claim Number: 5113
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $561.00 |

---

RHODES, REBECCA J.
PO BOX 386
ARLINGTON, OR 97812-0238

Claim Number: 5114
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $743.00 |

---

HUNTER, D ROSS
153 TAMARACK LN
BOXBOROUGH, MA 01719

Claim Number: 5115
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,326.92 | Scheduled: | $4,838.44 CONT |
| UNSECURED | | | Scheduled: | $658.48 CONT |

---

KIMMEL, LILLIAN TTEE OF THE
LILLIAN KIMMEL REV. LIV. TR. DTD
3-25-99
301 LAKESIDE CIRCLE
POMPANO BEACH, FL 33060

Claim Number: 5116
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $11,351.41 |

---

DEPENDABLE ALARM & COMMUNICATIONS
ATTN PRESIDENT
13577 YELLOW BLUFF RD
JACKSONVILLE, FL 32226-1855

Claim Number: 5117
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $64.20 | Scheduled: | $64.20 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| BRUNO, MARGARET A. TTEE<br>OF THE MARGARET A. BRUNO REV. TR.<br>11688 CALRKSDALE<br>MARYLAND HEIGHTS, MO 63043 | Claim Number: 5118<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

| FIORETTI, DENNIS J.<br>20324 PLATTNER CT.<br>MOKENA, IL 60448 | Claim Number: 5119<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,760.00 |
|---|---|---|

| WARREN, GENESS L<br>269 BENT GRASS DR<br>DEKALB, IL 60115-8696 | Claim Number: 5120<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00  CONT |
|---|---|---|---|---|

| CAMPBELL, DOUGLAS E.<br>3803 OAKLAND COURT<br>MISSOURI CITY, TX 77459 | Claim Number: 5121<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $50,225.87 |
|---|---|---|

| HARPER, ROBERT F. TRUSTEE<br>ROBERT F. HARPER ESQ BENEFIT PLAN<br>U/A DTD 1/1/86<br>55 HILTON AVE<br>GARDEN CITY, NY 11530 | Claim Number: 5122<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HOOGKAMP, RICHARD W.<br>****NO ADDRESS PROVIDED**** | Claim Number: 5123<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PORTNOY, EDWARD R. & CAROL<br>60 CEDAR CRIST CT<br>NEWBURY PARK, CA 91320 | Claim Number: 5124<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,686.31 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PORTNOY, EDWARD R.
60 CEDAR CRIST CT
NEWBURY PARK, CA 91320

Claim Number: 5125
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,686.31 | | | |

---

ZIMMERMAN, JAMES
209 CYPRESS DRIVE
MASTIC BEACH, NY 11951

Claim Number: 5126
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $882.90 | | | |
| UNSECURED | Claimed: | $4,120.20 | | | |

---

MANZO, DEBORAH
42 SYLVIA LN
PLAINVIEW, NY 11803

Claim Number: 5127
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,384.62 | CONT |
| UNSECURED | Claimed: | $5,384.62 | | | |

---

TRIANGLE MORTGAGE REPORT, THE
ATTN ELIZABETH W. CARROLL
P.O. BOX 1282
APEX, NC 27502

Claim Number: 5128
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105.00 | Scheduled: | $105.00 | |

---

FLOREY, JOHN D. & EDWENA RANDALL
LIVING TRUST
EDWENA RANDALL & JOHN D FLOREY TRUSTEE
6943 BOB-0-LINK DR
DALLAS, TX 75214

Claim Number: 5129
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $509.75 | | | |
| UNSECURED | Claimed: | $4,997.45 | | | |

---

HUGGINS, FRED L.
229 HEMINGWAY LOOP
FOLEY, AL 36535-1569

Claim Number: 5130
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,121.10 | | | |

---

TIDWELL, JAY E.
2090 BANEBERRY DRIVE
BIRMINGHAM, AL 35244

Claim Number: 5131
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,000.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WADDELL, WILLIAM J. SEP IRA<br>1025 SPAULDING AVE, S.E., # D<br>GRAND RAPIDS, MI 49546 | | Claim Number: 5132<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,736.00 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5133<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,877.00 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5134<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,990.00 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5135<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,757.00 |
| CHERRY, MARTHA & BETTY BALLANTINE<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5136<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,796.43 |
| BATTISTA, GINO A.<br>274 POSSUM REST DRIVE<br>BURNSVILLE, NC 28714 | | Claim Number: 5137<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,805.99 |
| BATTISTA, GINO A.<br>274 POSSUM REST DRIVE<br>BURNSVILLE, NC 28714 | | Claim Number: 5138<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,772.39 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GAGLIARDO, JESSICA
25 E LAKELAND ST
BAY SHORE, NY 11706-1916

Claim Number: 5139
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $300.00 | | $600.00 CONT |

---

MCLEE, KEITH
15615 77TH ST
HOWARD BEACH, NY 11414-2522

Claim Number: 5140
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $984.62 | | $984.62 CONT |

---

EMPLOYEES PROFIT SHARING PLAN & TRUST OF
EDISON CASKET COMPANY, THE
ATTN LEON KULESZA TTEE
21 CORAL STREET
EDISON, NJ 08837

Claim Number: 5141
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $25,454.95 |

---

CHANDLER, JOHN P.
21801 VIA DEL LAGO
TRABUCO CANYON, CA 92679

Claim Number: 5142
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,716.00 |

---

MCDONALD, LOIS J.
FBO SEP IRA  LANDAU B. MCDONALD
59 NORWOOD DR.
GILLETTE, NJ 07933-2113

Claim Number: 5143
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $6,001.01 |
| UNSECURED | | $6,001.01 |
| TOTAL | | $6,001.01 |

---

MCDONALD, LANDON B. - CUSTODIAN
FBO SEP IRA OF LANDON B MCDONALD
59 NORWOOD DR.
GILLETTE, NJ 07933

Claim Number: 5144
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $18,516.76 |
| UNSECURED | | $18,516.76 |
| TOTAL | | $18,516.76 |

---

PROEBSTEL, DAVID
2240 SHELLER ROAD
SUNNYSIDE, WA 98944

Claim Number: 5145
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $12,297.28 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GERSHON, PAUL N.
4217 W 114TH ST
LEAWOOD, KS 66211

Claim Number: 5146
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

PARELMAN, JEAN LEE
402 W 50TH ST
KANSAS CITY, MO 64112

Claim Number: 5147
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DINSEL,  C. GARY
2121 SAINT ANNE COMMON
NORTH HUNTINGDON, PA 15642

Claim Number: 5148
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $298,415.00 |

---

WHITE, UTAH G.
713 MEANDERING WOODS DRIVE
KELLER, TX 76248

Claim Number: 5149
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,182.00 |

---

SEAMAN, DAVID C.
PMB 222
8499 S TAMIAMI TRL
SARASOTA, FL 34238-2960

Claim Number: 5150
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $29,715.00 |
| UNSECURED | Claimed: | $29,715.00 |
| TOTAL | Claimed: | $29,715.00 |

---

CHOPP,
SUPERIOR COURT OF NJ, MON-L-005571-06
VINCENT J. DIMATTEO
10 TINDALL RD
MIDDLETOWN, NJ 07748

Claim Number: 5151
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,000.00 | Scheduled: | $0.00 UNLIQ |

---

JACOBSON, DONNA L. & PAUL F.
48-30 40 STREET
APT. 5J
SUNNYSIDE, NY 11104-4133

Claim Number: 5152
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $592.75 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POFFENBERGER, JERRY & KAREN
700 APTI WINDRIDGE LN.
FLORENCE, KY 41042

Claim Number: 5153
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $25,000.00 | |
| UNSECURED | Claimed: | $25,000.00 | |
| TOTAL | Claimed: | $25,000.00 | |

SHAH, MIHIR N
182 STUYVESANT DR
SELDEN, NY 11784

Claim Number: 5154
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT |

FEIBEL, EDGAR L.
2801 N.E. 183RD ST., APT. 1002
AVENTURA, FL 33160

Claim Number: 5155
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,874.00 |

FEIBEL, EDGAR L.
2801 N.E. 183RD ST., APT. 1002
AVENTURA, FL 33160

Claim Number: 5156
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,225.00 |

GORMAN, MARY JO
7217 KENTUCKY AVE.
HAMMOND, IN 46323

Claim Number: 5157
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,320.00 |

PAPPAS, SPYROS
85 LUCAS AVENUE
KINGSTON, NY 12401

Claim Number: 5158
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,463.00 |

PAPPAS, YOTA
85 LUAS AVENUE
KINGSTON, NY 12401

Claim Number: 5159
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,493.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KELLY, AILEEN B.
1637 S E PARADISE CIRCLE
#106
CRYSTAL RIVER, FL 34429

Claim Number: 5160
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $3,212.24 | Scheduled: | $3,152.20 CONT |

---

LIGHTNING COURIERS, INC.
ATTN CHRIS SCHLIESMANN, OWNER
PO BOX 1611
RIVERVIEW, FL 33569-1611

Claim Number: 5161
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55.00 | Scheduled: | $55.00 |

---

TAYLOR, NEWELL F.
13202 W HYACINTH DR
SUN CITY WEST, AZ 85375-4968

Claim Number: 5162
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,882.99 |

---

GOLETZ, MICHAEL LOUIS
3222 DEVEREAUX DRIVE
INDIANAPOLIS, IN 46228

Claim Number: 5163
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

PIERCE, DALE ROBERT (DALE)
5129 WESTMINSTER PL
SAINT LOUIS, MO 631081120

Claim Number: 5164
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $576.92 CONT |
| UNSECURED | Claimed: | $9,500.00 | | |

---

FEINBERG, EUNICE M.
14850 E. GRANDVIEW DR.
UNIT 240
FOUNTAIN HILLS, AZ 85268

Claim Number: 5165
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,165.00 |

---

RACHAEL, MASIIVVA
48 MARTHA ST
INDIAN ORCHARD, MA 01151

Claim Number: 5166
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| DUNLAP, BERT JAMES<br>13780 WINDSOR CROWN CT. W<br>JACKSONVILLE, FL 32225 | Claim Number: 5167<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| SECURED          Claimed: | $3,816.00 |

| HANSON, JAMES J.<br>UTA CHARLES SCHWAB & CO. INC.<br>IRA 4096-5030<br>420 SOUTH 4TH AVE<br>PRINCETON, MN 55371 | Claim Number: 5168<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $41,796.98 |

| MITRA, SAMIR K.<br>3225 OLD LANTERN DR.<br>BROOKFIELD, WI 53005-3014 | Claim Number: 5169<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $10,428.00 |

| JAVORSKY, RICHARD H.<br>1835 HAYMARKET RD<br>WAUKESHA, WI 53189 | Claim Number: 5170<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,450.00 |

| ROCKPORT TOWN<br>ATTN ROBERT JOSEPHSON, TREASURER<br>P.O. BOX 150<br>ROCKPORT, MA 01966 | Claim Number: 5171<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|
| PRIORITY          Claimed: | $7,331.04 |

| HOFFMAN, JOHN J.<br>391 E. BRECKENRIDGE WAY<br>GILBERT, AZ 85234 | Claim Number: 5172<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| SECURED          Claimed: | $4,885.23 |

| DAVIS, JEROME<br>2779 ROCKWOOD DR<br>RIVERSIDE, CA 92503 | Claim Number: 5173<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|
| PRIORITY          Claimed: | $1,800.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LACERENZA, DENISE
307 COMMONWEALTH STREET
FRANKLIN SQUARE, NY 11010

Claim Number: 5174
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT |
|----------|----------|-----------|------------|----------------|

HANSON, VIVIAN J.
CHARLES SCHWAB & CO INC CUST
IRA 4098 - 5565
420 S. 4TH AVE.
PRINCETON, MN 55371

Claim Number: 5175
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,409.83 |
|-----------|----------|-----------|

WARNER, ROBERT JOSEPH TTEE
UNIV BOOKSTORE INC RETIREMENT
UA DTD 4/1/92
3904 PINE GLADE - 2529 W MICHIGAN AVE.
KALAMAZOO, MI 49002

Claim Number: 5176
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,000.00 |
|-----------|----------|------------|

MACCAMY, JOSEPH E (JOE)
224 NW 195TH ST
SHORELINE, WA 98177

Claim Number: 5177
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $1,344.70 |
|----------|----------|-----------|

BARTLOW, GAIL ROTH IRA
2741 GOLF MEADOWS CT
SIMI VALLEY, CA 93063

Claim Number: 5178
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $800.00 |
|-----------|----------|---------|

FRANTZ, GENE
POB 10628
ALBUQUERQUE, NM 87184

Claim Number: 5179
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,500.00 |
|---------|----------|-----------|

MILLER, ROGER & SUSAN
W159 N9494 CHEROKEE DR.
MENOMONEE FALLS, WI 53051

Claim Number: 5180
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,649.75 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BOLAND, CAROL J.<br>816 E. 4TH ST<br>OCEAN CITY, NJ 08226 | | Claim Number: 5181<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,323.50 |

---

| | | |
|---|---|---|
| BOLAND, WILLIAM J.<br>816 E. 4TH ST.<br>OCEAN CITY, NJ 08226 | | Claim Number: 5182<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,870.98 |

---

| | | |
|---|---|---|
| YOUNG, HERBERT<br>7621 VELVET MIST ST<br>LAS VEGAS, NV 89131-3651 | | Claim Number: 5183<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| FWU, J.M.<br>6747 BLUE POINT DR<br>CARLSBAD, CA 92011 | | Claim Number: 5184<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,646.00 |

---

| | | |
|---|---|---|
| DENNING, JOHN G.<br>1014 SYCAMORE AVE.<br>RACINE, WI 53406-4137 | | Claim Number: 5185<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| PASQUARELLO, PATRICIA<br>200 BAYVIEW AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 5186<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT |

---

| | | |
|---|---|---|
| SAKUDA, ALEX J & VICKY T JT TEN<br>557 POKOLE STREET<br>HONOLULU, HI 96816-2324 | | Claim Number: 5187<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $51,295.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STERN, FREDERICKA G. IRA<br>MLPF & S CUST FPO<br>90 NORTH AVE<br>WESTPORT, CT 06880 | | Claim Number: 5188<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $37,826.19 |

| WEISS, GLORIA<br>15240 W. PANTANO DR<br>SURPRISE, AZ 85374 | | Claim Number: 5189<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,102.05 |

| BABUINI, JOHN<br>465 HAMPTON LN<br>KEY BISCAYNE, FL 33149-1852 | | Claim Number: 5190<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,149.95 |

| JEFFREY A. GUSS FAMILY TURST, THE<br>DTD 12-6-2003<br>846 SENECA STREET<br>SANTA MARIA, CA 93454-2673 | | Claim Number: 5191<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $325.50 |

| INMAN, MICHAEL P.<br>4715 PINEHAVEN DR<br>SAGINAW, MI 486384648 | | Claim Number: 5192<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| BURR, PATRICK<br>3268 PARKBROOK DR.<br>GROVE CITY, OH 43123 | | Claim Number: 5193<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $9,000.00 |
| UNSECURED | Claimed: | $0.00 |

| BOX-BURR, PHYLLIS J.<br>3268 PARKBROOK DR.<br>GROVE CITY, OH 43123 | | Claim Number: 5194<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $24.40 |
| TOTAL | Claimed: | $4,880.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BURR, PATRICK
3268 PARKBROOK DR.
GROVE CITY, OH 43123

Claim Number: 5195
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $14,000.00 | | |

---

OLIVER, AGNES C.
2816 CRESTWOOD LANE
KILGORE, TX 75662

Claim Number: 5196
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | |

---

KRAMER, CYNTHIA A.
8702 RAIL FENCE RD
FORT WAYNE, IN 46835-8814

Claim Number: 5197
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | |

---

PEACOCK BAKER, DEBORAH A
15 SPRING DR
TABERNACLE, NJ 08088-9137

Claim Number: 5198
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $959.61 | Scheduled: | $959.61 CONT |

---

TERRELL, JULIE L.
8718 SCOTTSVILLE RD.
FLOYDS KNOBS, IN 47119

Claim Number: 5199
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,196.51 | |

---

JOHNSON, RUSSEL
1850 GLENROSE AVE
SACRAMENTO, CA 95815

Claim Number: 5200
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $4,526.00 | |

---

ATHERTON, CHARONDA
851 MACON PL
UNIONDALE, NY 11553-2938

Claim Number: 5201
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $499.95 | Scheduled: | $999.90 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | | Claim Number: 5202<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $36,000.00 |
| UNSECURED | Claimed: | $36,000.00 |
| TOTAL | Claimed: | $36,000.00 |
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | | Claim Number: 5203<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $30,100.00 |
| COFF, FREDRICK JOHN<br>15 WEST 81 STREET<br>APT 10G<br>NEW YORK, NY 10024-6022 | | Claim Number: 5204<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,184.00 |
| HARDIN COUNTY<br>ATTN RYAH A. ZERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ.<br>STE 230<br>KENTON, OH 43326 | | Claim Number: 5205<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| SECURED | Claimed: | $0.00 |
| CHRISTENSEN, JAMES L.<br>1269 VIA CONEJO<br>ESCONDIDO, CA 92029 | | Claim Number: 5206<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,591.90 |
| KEWLEY, JOE<br>P.O. BOX 192<br>WAUKEGAN, IL 60079 | | Claim Number: 5207<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,298.95 |
| JAM, ROBET B. JR<br>P.O. BOX 772<br>RED LODGE, MT 59068 | | Claim Number: 5208<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,958.63 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAPLESON, TERI ANN<br>5 LAKEWOOD AVE.<br>LAKE RONKONKOMA, NY 11779 | Claim Number: 5209<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | | $1,413.46 | Scheduled: | $1,413.46  CONT |
|---|---|---|---|---|---|

| PRUEITT, ROSALIA TOD<br>4 WESTMINSTER DR.<br>SAPINGTON, MO 63126 | Claim Number: 5210<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| O'KEEFE, NEIL R.<br>1075 N.E. MIAMI GARDENS DR. # 309W<br>N. MIAMI BEACH, FL 33179-4635 | Claim Number: 5211<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $3,909.35 |
|---|---|---|

| DAVIS, NATHANIEL B.<br>635 DAVIS RD<br>HOPE HULL, AL 36043-6712 | Claim Number: 5212<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,515.86 |
|---|---|---|

| RASMUSSEN, STEVEN H. & JANET R.<br>28157 JOHNSON LANE<br>CHISAGO CITY, MN 55013-9610 | Claim Number: 5213<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,524.98 |
|---|---|---|

| JIM BROSE APPRAISALS, LLC<br>ATTN JAMES R BROSE<br>10905 E 20TH AVE<br>SPOKANE VALLEY, WA 99206 | Claim Number: 5214<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

| DEGRAMMONT, CYNTHIA & GREGORY<br>213 RANKEN DRIVE<br>EDGEWATER, FL 32141 | Claim Number: 5215<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,051.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LUM & WINN APPRAISAL GROUP<br>ATTN NOLAN LUM<br>10116 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628 | Claim Number: 5216<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 | | |
|---|---|---|---|---|

---

| COUNTY OF LOUDOUN<br>ATTN ELLEN MACKAY, DEPUTY TREASURER<br>C/O COLLECTIONS<br>PO BOX 347<br>LEESBURG, VA 20176 | Claim Number: 5217<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $2,370.32 | | |
|---|---|---|---|---|

---

| LEE, JOHN E.<br>3010 LBJ FRWY #1200<br>DALLAS, TX 75234 | Claim Number: 5218<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $227,000.00 | | |
|---|---|---|---|---|

---

| PEREZ, DARIA<br>148A FIRST STREET<br>NEW PROVIDENCE, NJ 07974 | Claim Number: 5219<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,605.77 | Scheduled: | $1,605.77  CONT |
|---|---|---|---|---|

---

| TORREY, KENNETH R<br>401 HAVANA RD<br>OWATONNA, MN 55060-3426 | Claim Number: 5220<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $19,943.00 | | |
|---|---|---|---|---|

---

| FITZGERALD, BRIAN F<br>PO 54<br>ELMA, NY 14059 | Claim Number: 5221<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,659.75 | | |
|---|---|---|---|---|

---

| BETBEZE, DEBORAH B<br>121 WINDOVER RD<br>BUSH, LA 70431-4202 | Claim Number: 5222<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
|---|---|

| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HILL, SUE<br>1929 SE HAMILTON RD<br>MOUNTAIN HOME, ID 836476089 | Claim Number: 5223<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $20,000.00 | | |

| | | | | |
|---|---|---|---|---|
| GRAZIANI, JOHN<br>3730 N LAKE SHORE DR<br>#5A<br>CHICAGO, IL 60613 | Claim Number: 5224<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31 CONT |

| | | | | |
|---|---|---|---|---|
| JOHNSON, MICHELINE K CUST FOR<br>MATTHEW D JO HNSON UTNUGMA<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | Claim Number: 5225<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,152.95 | | |

| | | | | |
|---|---|---|---|---|
| JOHNSON, DOUGLAS THOMAS<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | Claim Number: 5226<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $14,122.95 | | |

| | | | | |
|---|---|---|---|---|
| JOHNSON, MICHELINE KELLY, TTEE<br>MICHELINE KELLY JOHNSON PSP<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | Claim Number: 5227<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $14,082.95 | | |

| | | | | |
|---|---|---|---|---|
| BORER, JACOB L.<br>2908 S 74TH ST<br>OMAHA, NE 68124 | Claim Number: 5228<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $528.49 | | |
| TOTAL | Claimed: | $528.42 | | |

| | | | | |
|---|---|---|---|---|
| BIDDINGER, LINDA (VA)<br>411 GLENWOOD AVENUE<br>GLEN BURNIE, MD 21061 | Claim Number: 5229<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BIDDINGER APPRAISALS, LLC<br>ATTN LINDA L BIDDINGER<br>411 GLENWOOD AVE<br>GLEN BURNIE, MD 21061-2235 | Claim Number: 5230<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $356.00 | | |
|---|---|---|---|---|

---

| OLD COLONY APPRAISAL LLC<br>48 HERITAGE WOODS<br>WALLINGFORD, CT 06492-4348 | Claim Number: 5231<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $325.00 | | |
|---|---|---|---|---|

---

| HUNTINGTON PAVING, INC.<br>ATTN JAMES BROWN, PRESIDENT<br>12 NEW ST<br>GREAT RIVER, NY 11739 | Claim Number: 5232<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) |
|---|---|

| SECURED | Claimed: | $44,969.42 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,987.19 |

---

| CAPITAL CONTRACTORS INC<br>ATTN NANCY J EVANS, COLLECTIONS<br>POB 3079<br>HUNTINGTON, NY 11746 | Claim Number: 5233<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) |
|---|---|

| UNSECURED | Claimed: | $18,731.91 | Scheduled: | $20,535.04 |
|---|---|---|---|---|

---

| WILLIAM DUNLAP S & D PROPERTIES<br>ATTN WILLIAM DUNLAP, MANAGER<br>39 DEPOT STREET<br>MERRIMACK, NH 03054 | Claim Number: 5234<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $69,747.49 | | |
|---|---|---|---|---|

---

| HARIETTE BAKER TRUST<br>HARIETTE BAKER, TTEE<br>7365 E 16TH ST # 200<br>INDIANAPOLIS, IN 46219-2308 | Claim Number: 5235<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,906.67 | | |
|---|---|---|---|---|

---

| FRITZ, SUZAN K<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | Claim Number: 5236<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $43,969.36 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LUCAS, JON<br>20 TEAL POND RD<br>NARRAGANSETT, RI 028825323 | Claim Number: 5237<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 8997 (07/12/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,910.27 |

---

| SIEGMUND, MICHELLE<br>1069 RIVERVIEW DR<br>SPARTANBURG, SC 29307 | Claim Number: 5238<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,985.00 |
|---|---|---|

---

| EAST N. ST. ASSOC. LLC<br>C/O ANDREW J WHITE, JR<br>HAYNSWORTH SINKLER BOYD, PA<br>PO BOX 2048<br>GREENVILLE, SC 29602-2048 | Claim Number: 5239<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $67,718.88 |
|---|---|---|

---

| MCNEIL, MARY JANE<br>IRA ROLLOVER<br>13600 CEDAR CREST LN APT 111J<br>SEAL BEACH, CA 90740-4612 | Claim Number: 5240<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

---

| RIDGEVIEW PLAZA, LLC.<br>ATTN CHRIS D NICHOLS, ATTORNEY<br>PO BOX 70399<br>RENO, NV 89570 | Claim Number: 5241<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $27,461.28 |
|---|---|---|

---

| NEUWIRTH, HARRY DAVIS<br>6614 N 13 ST<br>PHOENIX, AZ 85014-1405 | Claim Number: 5242<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

---

| HUBER, CARY<br>C/O SUZAN FRITZ<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | Claim Number: 5243<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $41,242.75 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOHLOCK, ELIZABETH
12322 FAIRBANKS RD
LINDEN, MI 48451

Claim Number: 5244
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $86,533.00 |

---

MOHSENZADEH, HOLLY
1415 SILVERLINDEN CT
FORT WAYNE, IN 46804

Claim Number: 5245
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,275.12 |

---

BUEHRLE, JUDITH
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5246
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | $2,046.15  CONT |

---

BUEHRLE, JUDITH M
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5247
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $901.44 | | $901.44  CONT |

---

MEADOR, SANDRA
1560 SPRINGFIELD DR
VINTON, VA 24179

Claim Number: 5248
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $391.22 |

---

SJOSTROM, JOHN E & COURTNEY (JTWROS)
24101 UNIVERSITY DR
WORTON, MD 21678

Claim Number: 5249
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55.00 |

---

SJOSTROM, COURTNEY L
24101 UNIVERSITY DR
WORTON, MD 21678

Claim Number: 5250
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SJOSTROM, JOHN E
CGM IRA CUSTODIAN
24101 UNIVERSITY DR
WORTON, MD 21678

Claim Number: 5251
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,148.00 |

---

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

Claim Number: 5252
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,921.00 |

---

COLDWELL BANKER
ATTN: MARCIA GILES
4090 MISSION BOULEVARD
SAN DIEGO, CA 92109

Claim Number: 5253
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,500.00 |

---

QUICK MORTGAGE SERVICES, LLC
ATTN JOHN F TENOLD, MANAGING MEMBER
1500 W. FOURTH AVE
SUITE 410
SPOKANE, WA 99201

Claim Number: 5254
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 9324 (10/13/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,346.34 |

---

AMERICAN EXPRESS BANK, FSB
ATTN, SANRDA K CURTIN, ESQ
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Claim Number: 5255
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8005 (09/03/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $198,933.87 | Scheduled: | $258,180.97 |

---

THOMAS J. WEBER, SRA
DBA ASSOCIATED APPRAISAL & PROPERTY
SERVICES
24072 IRON HEAD LANE
LAGUNA NIGUEL, CA 92677

Claim Number: 5256
Claim Date: 12/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,250.00 |

---

BOYD, ROBERT W
18101 FAIRVIEW CIRCLE
TEQUESTA, FL 33469

Claim Number: 5257
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,023.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PETERSON, OLGA C.
3678 IMPERIAL RIDGE PKY.
PALM HARBOR, FL 34684

Claim Number: 5258
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $10,542.00 |

---

MASON, NELLIE
11760 GLENBROOK CT # 104
CARMEL, IN 46032-3802

Claim Number: 5259
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,100.00 |

---

MASON, NELLIE IRA
11760 GLENBROOK CT # 104
CARMEL, IN 46032-3802

Claim Number: 5260
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

O'DELL APPRAISAL SERVICES INC
178 ROSEMEADE WAY
ACWORTH, GA 301011908

Claim Number: 5261
Claim Date: 12/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

HAWKS, GLORIA O.
2617 SUNNYDALE DR
DUARTE, CA 91010-1386

Claim Number: 5262
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,341.00 |
| UNSECURED | | $0.00 |

---

WANNAMAKER, ROWENA MALPHRUS TR
1505 SARAMOUNT DRIVE
COLUMBIA, SC 29205-1555

Claim Number: 5263
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

WANNAMAKER, WILLIAM F.
1505 SARAMOUNT DRIVE
COLUMBIA, SC 29205-1555

Claim Number: 5264
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

STRICKLAND, CIERA
PO BOX 1134
HILLSBORO, OR 97123

Claim Number: 5265
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $625.00 |

---

STRICKLAND, CIERA
21250 SW JAQUITH RD
NEWBERG, OR 97132

Claim Number: 5266
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $220.00 | | |
| UNSECURED | | | Scheduled: | $220.00 |

---

THARMAN, JUDITH
N34 W23193 CIRCLE RIDGE RD # 204
PEWAUKEE, WI 53072

Claim Number: 5267
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,273.14 |
| UNSECURED | Claimed: | $1,273.14 |
| TOTAL | Claimed: | $1,273.14 |

---

VITT, FRED & BETTY (TRUSTEES)
FREDERICK D. VITT, TRUST
U/A DTD 1/17/93
11045 HOLLAND CIRCLE
EDEN PRAIRIE, MN 55347

Claim Number: 5268
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,867.45 |

---

BARRETT, THOMAS & DORE
322 W. ADAMS
VILLA PARK, IL 60181

Claim Number: 5269
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $933.75 |

---

HANDBERG, ROGER EUGENE & CAROL TTEES FBO
ROGER HANDBERG UA DTD 6/11/91
PO BOX 47945
PLYMOUTH, MN 55447-0945

Claim Number: 5270
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $31,749.95 |

---

MIKELONIS, WILLIAM P.
1338 HAGAN LANE
BRENTWOOD, CA 94513

Claim Number: 5271
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,834.95 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MIKELONIS, WILLIAM P.
1338 HAGAN LANE
BRENTWOOD, CA 94513

Claim Number: 5272
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,244.75 |

---

EGGLESTON, DAVID B.
236 S. POINSETTA TER.
CRYSTAL RIVER, FL 34429-8127

Claim Number: 5273
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,710.00 |

---

HELMER, DUANE
4030 170TH STREET S.W.
LYNNWOOD, WA 98037

Claim Number: 5274
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,379.46 |

---

MEZINEV, VELIN
500 W 56TH ST APT 923
NEW YORK, NY 10019-3569

Claim Number: 5275
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,200.00 |

---

CHOW, CHARLES
218 BRIGHT ST.
SAN FRANCISCO, CA 94132

Claim Number: 5276
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,550.00 |

---

CAREY, CORNELIA LEE
11 LORD ASHLEY DRIVE
CHARLESTON, SC 29407-7462

Claim Number: 5277
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CHOW, CHARLES
218 BRIGHT ST.
SAN FRANCISCO, CA 94132

Claim Number: 5278
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $3,600.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PORTER, MATTHEW
16679 WINDSOR COURT
LEMONT, IL 60439

Claim Number: 5279
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,458.38 |

---

GALIK, SUSAN M. & JOHN
408 RIO GRANDE DRIVE
MISSION, TX 78572

Claim Number: 5280
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,261.77 |

---

KAPLAN, INDIA N.
370 E. 76ST APT B804
NEW YORK, NY 10021

Claim Number: 5281
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

HOGAN, DANIEL G.
2033 SYCAMORE ST.
SILVER CITY, NM 88061

Claim Number: 5282
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,092.95 |

---

BROWN, CAROLYN B. & KENNETH L.
12602 CHEROKEE
LEAWOOD, KS 66209

Claim Number: 5283
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

SARAFRAZ, AFSAREH
47 LAGOON RD.
SAN RAFAEL, CA 94901

Claim Number: 5284
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

MARK HOFFMAN APPRAISALS
ATTN MARK B. HOFFMAN
4204 HIGHKNOLL DRIVE
OKLAND, CA 94619

Claim Number: 5285
Claim Date: 12/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,900.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| REGAN, THOMAS<br>18 LINCOLN ST<br>ROSELAND, NJ 07068 | | Claim Number: 5286<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,391.20 | Scheduled: | $1,391.20 CONT |

| MASULLO, ROSANNA<br>72 BAY 32ND ST<br>BROOKLYN, NY 11214 | | Claim Number: 5287<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $598.56 | Scheduled: | $598.56 CONT |

| LEE, THOMAS B.<br>14745 RICHMOND<br>SOUTHGATE, MI 48195 | | Claim Number: 5288<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

| GIK, INC., DBA SIR SPEEDY PRINTING<br>ATTN MURRAY NEWTON, VICE PRESIDENT<br>1801-B ST. ALBANS DRIVE<br>RALEIGH, NC 27609-6286 | | Claim Number: 5289<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $364.39 | Scheduled: | $737.26 |

| PERRY, JOSEPH<br>6719 E. LISERON<br>BOYNTON BEACH, FL 33437 | | Claim Number: 5290<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,000.00 | |

| GARNER, SAMUEL T.<br>6708 DUQUAINE CT<br>NASHVILLE, TN 37205 | | Claim Number: 5291<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,500.00 | |

| LEVINE, DEBBY HIL<br>235 WEST END AVE<br>APT 7D<br>NEW YORK, NY 10023 | | Claim Number: 5292<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $55,684.90 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| DUROSEAU, ALAN J<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | Claim Number: 5293<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $851.92 | Scheduled: | $2,848.72 CONT |

| | | |
|---|---|---|
| TALBOTT, GRACE M. (TRUSTEE)<br>GRACE W. TALBOTT TRUST<br>U/A 11/9/05<br>2400 S. FINLEY RD APT. 150<br>LOMBARD, IL 60148 | Claim Number: 5294<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,418.30 |

| | | |
|---|---|---|
| MULL & ASSOCIATES FINANCIAL SERVICES,LLC<br>PATRICIA B. MULL<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | Claim Number: 5295<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,852.48 | Scheduled: | $1,852.48 |

| | | |
|---|---|---|
| CHIN, STEVEN P<br>20 CENTRAL DRIVE<br>GLEN HEAD, NY 11545 | Claim Number: 5296<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT |

| | | |
|---|---|---|
| BEEKMAN, SYLVIA<br>9311 NW 31ST PLACE<br>SUNRISE, FL 33351 | Claim Number: 5297<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,614.87 |

| | | |
|---|---|---|
| TRAGALE, DENISE M<br>29 EAST WILLISTON AVE<br>EAST WILLISTON, NY 11596 | Claim Number: 5298<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $106,268.60 | Scheduled: | $106,268.60 CONT |

| | | |
|---|---|---|
| POLLICINO MCNALLY, KRISTINE<br>11 GLENDALE DR<br>MELVILLE, NY 11747 | Claim Number: 5299<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $5,649.23 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LAMBIASI, ANTONINO (ANTHONY)<br>162 50 98TH ST<br>HOWARD BEACH, NY 11414 | Claim Number: 5300<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | Claimed: | $756.00 | Scheduled: | $756.00 CONT |
|---|---|---|---|---|

| ROTOLO, CAMILLE<br>957 N. GREENE AVE<br>LINDENHURST, NY 11757 | Claim Number: 5301<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $876.92 | Scheduled: | $876.92 CONT |
|---|---|---|---|---|

| YADAVALLI, NATARAJ<br>4016 FOX RUN DR<br>PLAINSBORO, NJ 085363413 | Claim Number: 5302<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $4,846.15 | Scheduled: | $4,846.15 CONT |
|---|---|---|---|---|

| LUBAWSKI, DONNA L<br>713 CEDAR CREST CT<br>EDGEWOOD, MD 21040 | Claim Number: 5303<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $1,833.19 | Scheduled: | $1,833.19 CONT |
|---|---|---|---|---|

| LEVEY, RUBY N.<br>11 ELLENSVIEW CIRCLE<br>RICHMOND, VA 23226-1757 | Claim Number: 5304<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,197.33 | | |
|---|---|---|---|---|

| SCHOOLMAN, KAREN<br>1073 BARRET CIR W<br>CARMEL, NY 10512 | Claim Number: 5305<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HEGNEY, ROBERT & SALLY<br>5415 RICHMOND RD<br>W. MILFORD, NJ 07480 | Claim Number: 5306<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| JACKSON LEWIS ATTORNEY AT LAW<br>ATTN: ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601-2310 | | Claim Number: 5307<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $203,475.92 | Scheduled: | | $349,280.38 |
| ZUCKER, ERICA<br>71 BAYVIEW AVE<br>GREAT NECK, NY 11021 | | Claim Number: 5308<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| ALDINE ISD<br>ATTN M. EVELYN OWENS,<br>TAX ASSESSOR/COLLECTOR<br>14909 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032 | | Claim Number: 5309<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| SECURED | Claimed: | $281.50   UNLIQ | | | |
| SCHOOLMAN, MICHAEL<br>1073 BARRETT CIR W.<br>CARMEL, NY 10512 | | Claim Number: 5310<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| SCHOOLMAN, MICHAEL<br>1073 BARRETT CIR W.<br>CARMEL, NY 10512 | | Claim Number: 5311<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| TROY, THOMAS F. & ELIZABETH C.<br>6101 RUDYCARD DR<br>BETHESDA, MD 20814-2237 | | Claim Number: 5312<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,596.69 | | | |
| JARVIS, MAX E. & BARBARA L. TTEE<br>9550 S. OCEAN DR UNIT 1901<br>JENSEN BEACH, FL 34957 | | Claim Number: 5313<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,947.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| JARVIS, MAX E. & BARBARA L. TTEE<br>9550 S. OCEAN DR UNIT 1901<br>JENSEN BEACH, FL 34957 | Claim Number: 5314<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $7,478.95 | |
| JARVIS, MAX E. IRA ACCOUNT<br>9550 S. OCEAN DR UNIT 1091<br>JENSEN BEACH, FL 34957 | Claim Number: 5315<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $4,994.59 | |
| SMITH, DARRYL<br>5204 REMINGTON PARK DR<br>FLOWER MOUND, TX 75028 | Claim Number: 5316<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | |
| PRIORITY          Claimed:          $4,415.38          Scheduled:          $3,305.20  CONT<br>UNSECURED                                                  Scheduled:          $936.10  CONT | | |
| ROBERT F. EILERS, JR. IRA FBO<br>SUNAMERICA TRUST CO CUST<br>ROLLOVER ACCOUNT<br>PO BOX 775<br>AVON, CT 06001 | Claim Number: 5317<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $0.00    UNLIQ | |
| SUNDBERG, MICHAEL N.<br>2726 LADY ANNE'S WAY<br>HUNTINGTOWN, MD 20639-4119 | Claim Number: 5318<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $9,371.70 | |
| SUNDBERG, MICHAEL N.<br>2726 LADY ANNE'S WAY<br>HUNTINGTOWN, MD 20639-4119 | Claim Number: 5319<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $5,938.29 | |
| ILOG, INC.<br>ATTN HARVEY A. STRICKON<br>PAUL HASTINGS, JANOFSKY & WALKER LLP<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 | Claim Number: 5320<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7504 (06/05/2009) | |
| UNSECURED          Claimed: | $798,543.63 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FRITZ, SUSAN D.<br>P.O. BOX 3228<br>RESTON, VA 20195 | | Claim Number: 5321<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,206.99 |
| NAYLOR, DOUGLAS & ELEANOR<br>4617 SAINT ANDREW DR.<br>STEUBENVILLE, OH 43953 | | Claim Number: 5322<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,300.00 |
| GOLDBERG, SONDRA<br>805 DAVISVILLE RD.<br>SOUTHAMPTON, PA 18966 | | Claim Number: 5323<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BODNAR, JOSEPH E.<br>730 STRAWBERY ST.<br>TRENTON, NJ 08638-3362 | | Claim Number: 5324<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $543.53 |
| WELDON, LEE ROY<br>1575 W ALLUVIAL<br>FRESNO, CA 93711 | | Claim Number: 5325<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,970.00 |
| WINSTEAD, RICHARD S.<br>420 PEAKS VIEW DR<br>MONETA, VA 24121-2565 | | Claim Number: 5326<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,200.00   UNDET |
| BURROWS, GERARD<br>32 JONATHANS WAY<br>LIMERICK, PA 19468 | | Claim Number: 5327<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,368.85 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOARDMAN, ROBERT C. & SALLY R.
36 PLYMOUTH RD.
SOMERS, CT 06071

Claim Number: 5328
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,975.07 | | | |

---

SELTZER, ADOLPH
501 FIFTH AVE
NEW YORK, NY 10017

Claim Number: 5329
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,792.00 | | | |

---

LUCERO, JIMMY V.
12717 BARBATA RD.
LA MIRADA, CA 90638

Claim Number: 5330
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,598.53 | | | |
| UNSECURED | Claimed: | $675.18 | | | |

---

LUCERO, JIMMY V (JIM)
12717 BARBATA ROAD
LA MIRADA, CA 90638

Claim Number: 5331
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,647.90 | Scheduled: | $8,598.53 | CONT |
| UNSECURED | Claimed: | $708.50 | Scheduled: | $675.18 | CONT |

---

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

Claim Number: 5332
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,049.71 | Scheduled: | $7,439.29 | CONT |
| UNSECURED | Claimed: | $26,690.00 | Scheduled: | $18,260.16 | CONT |

---

WA STATE DEPT. OF LABOR & INDUSTRIES
ATTN PAULA ROMINES, REVENUE AGENT
BANKRUPTCY UNIT
PO BOX 4170
OLYMPIA, WA 98504-4170

Claim Number: 5333
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10549 (08/21/2012)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,104.23 | Scheduled: | $12,145.87 | |

---

CITY OF NORFOLK TREASURER
PO BOX 3215
NORFOLK, VA 23515

Claim Number: 5334
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8485 (01/08/2010)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $3,524.98 | | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BUSER, LORIEN K. | Claim Number: 5335 |
| 129 N SHERIDAN ST | Claim Date: 12/07/2007 |
| WICHITA, KS 67203 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SHERWIN WILLIAMS COMPANY, THE | Claim Number: 5336 |
| MICHAEL B. BACH, ESQ. | Claim Date: 12/10/2007 |
| 11256 CORNELL PARK DRIVE, SUITE 500 | Debtor: AMERICAN HOME MORTGAGE CORP |
| CINCINNATI, OH 45242 | Comments: DOCKET 7233 (04/07/2009) |

| SECURED | Claimed: | $7,186.28 |
|---|---|---|

| FULTON COUNTY TAX COMMISSIONER | Claim Number: 5337 |
| 141 PRYOR ST SUITE 1113 | Claim Date: 12/10/2007 |
| ATLANTA, GA 30303 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET 7506 (06/05/2009) |

| PRIORITY | Claimed: | $4,793.90   UNLIQ |
|---|---|---|

| LOY, ROGER D. | Claim Number: 5338 |
| C/O AARON C. AMORE, ESQUIRE | Claim Date: 12/10/2007 |
| KRATOVIL & AMORE, PLLC | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| 211 W. WASHINGTON STREET | Comments: DOCKET 10415 (04/11/2012) |
| CHARLES TOWN, WV 25414 | |

| UNSECURED | Claimed: | $295,000.00 |
|---|---|---|

| WANAQUE BOROUGH | Claim Number: 5339 |
| ANTHONY FIORELLO, ATTORNEY | Claim Date: 12/10/2007 |
| 579 RINGWOOD AVE. | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| WANAQUE, NJ 07456 | Comments: EXPUNGED |
| | DOCKET 6574 (11/13/2008) |

| PRIORITY | Claimed: | $76.32 |
|---|---|---|

| CLERMONT COUNTY | Claim Number: 5340 |
| MR J ROBERT TRUE, TREASURER | Claim Date: 12/10/2007 |
| 123 N. THIRD STREET | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| BATAVIA, OH 45103 | Comments: EXPUNGED |
| | DOCKET 7233 (04/07/2009) |

| SECURED | Claimed: | $0.00 |
|---|---|---|

| A & J BLACKETER, INC. | Claim Number: 5341 |
| ATTN STEPHEN P. IMHOFF, ATTORNEY | Claim Date: 12/10/2007 |
| 225 S. HURSTBOURNE PKWY., SUITE 103 | Debtor: AMERICAN HOME MORTGAGE CORP |
| LOUISVILLE, KY 40222 | Comments: DOCKET 4027 (05/12/2008) |

| UNSECURED | Claimed: | $8,752.57 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CANTERBURY TOWN<br>ATTN CHERYL A. GORDON, TAX COLLECTOR<br>P.O. BOX 500<br>CANTERBURY, NH 03224 | Claim Number: 5342<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | |
| SECURED | Claimed: | $0.00   UNDET |
| MAGDALIN, CHRIS F.<br>10268 RIDGELYNN DR.<br>ST. LOUIS, MO 63124 | Claim Number: 5343<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $6,232.00 |
| FISHER, FERN H.<br>16042 W. POPE BLVD.<br>LINCOLNSHIRE, IL 60069 | Claim Number: 5344<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $15,743.48 |
| CASTAGNINI, MARK D. & EUGENE J.<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | Claim Number: 5345<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, EUGENE<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | Claim Number: 5346<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, EUGENE J. AND JANICE<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | Claim Number: 5347<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, EUGENE J.<br>IRA ACCOUNT<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | Claim Number: 5348<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NOORTHOEK, ROGER
13650 DEL MONTE DR APT C43
SEAL BEACH, CA 90740-5574

Claim Number: 5349
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,486.00 | | |
|---|---|---|---|---|

---

GILLETTE, DAVID S.
6612 BRECKENRIDGE CT
RENO, NV 89523-1296

Claim Number: 5350
Claim Date: 12/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

---

FEUERMAN, FRED & LEATRICE - TRUSTEES
5681 CARUSO COURT # 104
BOYNTON BEACH, FL 33437-5330

Claim Number: 5351
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $29,994.34 | | |
|---|---|---|---|---|

---

ALLEY, JEANNE I.
1015 N. HALIFAX AVE.
DAYTONA BEACH, FL 32118

Claim Number: 5352
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,072.45 | | |
|---|---|---|---|---|

---

LAUTERBACH, STUART
10590 GRANDE PALLADIUM WY
BOYNTON BEACH, FL 33436

Claim Number: 5353
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $33,738.85 | | |
|---|---|---|---|---|

---

BRASWELL, STACY WALTER
17418 BRIDLETRAIL WEST
GLENCOE, MO 63038

Claim Number: 5354
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,500.00 | | |
|---|---|---|---|---|

---

GALUSHA, CHARLES
104 RANDALL ST
OREGON CITY, OR 97045

Claim Number: 5355
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $3,321.85 |
|---|---|---|
| UNSECURED | Claimed: | $3,321.85 |
| TOTAL | Claimed: | $3,321.85 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BROWN APPRAISALS<br>5325 BELFERN DR<br>BELLINGHAM, WA 98226 | Claim Number: 5356<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,800.00 |
|---|---|---|

| CORN, SHELDON<br>7016 MANDARIN DR.<br>BOCA RATON, FL 33433-7410 | Claim Number: 5357<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,195.85 |
|---|---|---|

| HELTON, LEONARD R.<br>5183 DRAYTON HARBOR ROAD<br>BLAINE, WA 98230 | Claim Number: 5358<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5180 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,636.10 |
|---|---|---|

| CARTWRIGHT, ALTON (AL)<br>466 WOLDUNN CIRCLE<br>LAKE MARY, FL 32746 | Claim Number: 5359<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

| ROCKWEL, ROGER G.<br>26520 STATE HIGHWAY 8<br>UNION CITY, PA 16438 | Claim Number: 5360<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PETRUZZELLO, SUSANNE<br>775 RED BRIDGE RD.<br>ELLSWORTH, ME 04605 | Claim Number: 5361<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,312.06 |
|---|---|---|

| TOMLINSON, SEAN<br>11914 WASHINGTON ST<br>PEMBROKE PNES, FL 330255750 | Claim Number: 5362<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $2,961.54  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BHAGAT, SUMESH<br>17017 SE NEWPORT WAY<br>ISSAQUAH, WA 98027-7846 | Claim Number: 5363<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,818.00 |

| PARODI, JOHN F. - TRUSTEE<br>6201 SURFLANDING LANE<br>HUNTINGTON BEACH, CA 92648 | Claim Number: 5364<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $24,940.00 |

| KRIZUK, EDWARD H.<br>24039 CHICAGO<br>DEARBORN, MI 48124 | Claim Number: 5365<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $28,017.00 |

| STAPEN, LOIS R.<br>27010 GRAND CENTRAL PKWY<br>APT 14K<br>FLORAL PARK, NY 11005 | Claim Number: 5366<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED          Claimed: | $0.00   UNDET |

| STAPEN, MILTON H.<br>27010 GRAND CENTRAL PKWY<br>APT 14K<br>FLORAL PARK, NY 11005 | Claim Number: 5367<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED          Claimed: | $0.00   UNDET |

| LIU, HUI & LIANG, XIAOLI<br>18 BLUE SPRUCE<br>IRVINE, CA 926201245 | Claim Number: 5368<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $16,544.00 |

| CHRISTMAN, JOANN - TRUSTEE<br>IRA E*TRADE CUSTODIAN, ROTH ACCOUNT<br>34146 BLUE LANTERN ST.<br>DANA POINT, CA 92629-2503 | Claim Number: 5369<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
|---|---|
| PRIORITY          Claimed: | $2,793.49 |
| SECURED          Claimed: | $2,793.49 |
| UNSECURED          Claimed: | $2,793.49 |
| TOTAL          Claimed: | $2,793.49 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHRISTMAN, JOANN - TRUSTEE
34146 BLUE LANTERN ST.
DANA POINT, CA 92629-2503

Claim Number: 5370
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $5,906.98 |
| SECURED | Claimed: | $5,906.98 |
| UNSECURED | Claimed: | $5,906.98 |
| TOTAL | Claimed: | $5,906.98 |

---

FALLICK, SYRIL & LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

Claim Number: 5371
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,927.57 |
|---|---|---|

---

FALLICK, LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

Claim Number: 5372
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,927.03 |
|---|---|---|

---

BALESTRINE, JOHN ANTHONY & GEORGIA LEE
TRUSTEES U/A DTD 1/28/03
JOHN & GEORGIA TR
6603 STODDARD RD
WILMINGTON, NC 28412-3083

Claim Number: 5373
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $420.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,593.41 |

---

PEARSON ENTERPRISES
ATTN SAUNDRA G. PERSON
1176 ST. ANTHONY DR.
SLIDELL, LA 70460

Claim Number: 5374
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |
|---|---|---|---|---|

---

BATTISTINI, JOHN JR. & LOIS
131 CUMBERLAND AVE.
ESTELL MANOR, NJ 08319

Claim Number: 5375
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,550.00 |
|---|---|---|

---

STIEFEL, ANNE
4551 GULF SHORE BLVD NORTH # 305
NAPLES, FL 34103

Claim Number: 5376
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALEXANDER, JULIA A.
911 SPRUCE ST
SEQUIM, WA 98382

Claim Number: 5377
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $4,392.37 |
|---|---|---|

---

ELECT APPRAISALS, INC.
ATTN NATALIE BARTON, ACCOUNTING
P.O. BOX 7054
LAKELAND, FL 33807

Claim Number: 5378
Claim Date: 12/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

HOSACK, ARLENE
451 VANDERBILT
ASHEVILLE, NC 28803

Claim Number: 5379
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,707.95 |
|---|---|---|

---

NATHANSON, LEONARD
4200 HARDING RD APT. 301
NASHVILLE, TN 37205

Claim Number: 5380
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $33,223.00 |
|---|---|---|

---

SHELDRAKE, MARGARET
935 MAPLE AVE APT 101
HOMEWOOD, IL 60430-2059

Claim Number: 5381
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,000.00 |
|---|---|---|

---

BERGMEIER, CLAYTON DEAN & DONNA JEAN
DEBRA ANN LABBEE
P.O. BOX 2622
POCATELLO, ID 83206

Claim Number: 5382
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,221.65 |
|---|---|---|

---

OLDHAM, LOEL E.
990 COUNTRY TRAIL
PLEASANTON, TX 78064

Claim Number: 5383
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,029.98 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZIMMERMAN, CARA
11133 SANDYSHELL WAY
BOCA RATON, FL 33498

Claim Number: 5384
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ZIMMERMAN, KENNETH S.
11133 SANDYSHELL WAY
BOCA RATON, FL 33498

Claim Number: 5385
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DETTMANN, FREDERICK G. MD
4811 N. 68TH ST.
SCOTTSDALE, AZ 85251

Claim Number: 5386
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LANDIS, JAMES & EDITH JT TEN
3897 CEMETERY RD
PARKESBURG, PA 19365-1792

Claim Number: 5387
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,461.45 |
|---|---|---|

LANDIS, JAMES S. SR. IRA
3897 CEMETERY RD
PARKESBURG, PA 19365-1792

Claim Number: 5388
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,461.45 |
|---|---|---|

CALL, RALPH
2608 W. CHESTNUT AVE
YAKIMA, WA 98902

Claim Number: 5389
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $11,892.52 |
|---|---|---|

BILLERICA TOWN
ATTN ASST. TREASURER
365 BOSTON RD.
ROOM 115
BILLERICA, MA 01821

Claim Number: 5390
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8746 (04/06/2010)

| PRIORITY | Claimed: | $301.82 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LIVIAN, DARIUS D
455 CANYON DEL REY BLVD
# 337
MONTEREY, CA 93940

Claim Number: 5391
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,485.97 | Scheduled: | $5,816.75 CONT |
| UNSECURED | Claimed: | $56,827.55 | Scheduled: | $39,703.33 CONT |

---

MOORE, SANDRA
2718 CORVALIS AVE
FORT WAYNE, IN 46809

Claim Number: 5392
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $538.40 | Scheduled: | $538.40 CONT |

---

MOORE, DANIEL
2718 CORVALIS AVE
FORT WAYNE, IN 46809

Claim Number: 5393
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32.00 | Scheduled: | $320.00 CONT |
| UNSECURED | Claimed: | $10.00 | | |
| TOTAL | Claimed: | $320.00 | | |

---

SCHWARTZ, PATRICIA (PAT)
35 PARKEDGE ST
ROCHESTER, NY 14606

Claim Number: 5394
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77 CONT |

---

SALT LAKE COUNTY TREASURER
ATTN RAY LANCASTER
2001 SOUTH STATE STREET, # N1200
SALT LAKE CITY, UT 84190

Claim Number: 5395
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $13,752.26 |

---

AYMES BLANCHET, ANDRES AND
AYMES ANSOLEAGA, BARBARA & DANIELA JTTEN
BOSQUE DEL SECRETO 82
COLONIA LA HERRADURA 1A. SECCION
MEXICO, DF 52784
MEXICO

Claim Number: 5396
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,050.00 |

---

GHR SYSTEMS, INC. F/K/A LOAN SOFT, INC.
D/B/A METAVANTE LENDING SOLUTIONS
C/O BRUCE G. ARNOLD, ESQ. - WHITE ET AL
555 EAST WELLS ST., SUITE 1900
MILWAUKEE, WI 53202

Claim Number: 5397
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8936 (06/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $417,972.50 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 5398
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $4,420.58   UNLIQ |
| --- | --- | --- |

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 5399
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8485 (01/08/2010)

| SECURED | Claimed: | $523.71   UNLIQ |
| --- | --- | --- |

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 5400
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8485 (01/08/2010)

| SECURED | Claimed: | $523.71   UNLIQ |
| --- | --- | --- |

GARLAND INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 5401
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $8,061.85   UNLIQ |
| --- | --- | --- |

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 5402
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $4,420.58   UNLIQ |
| --- | --- | --- |

LEWIS, JAMES
726 LAFFERTY DR
PITTSBURGH, PA 15227

Claim Number: 5403
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $836.54 | Scheduled: | $836.54  CONT |
| --- | --- | --- | --- | --- |

KENCK, HARRY R.
32105 PINEY MEADOWS LN.
HUSON, MT 59846

Claim Number: 5404
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,746.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BREWER, BARBARA A.<br>364 PERTH COURT<br>DUNEDIN, FL 34698 | Claim Number: 5405<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,152.00 |

---

| 100 MARKET STREET<br>ATTN DAVID W. HAMILTON, COMPTROLLER<br>P.O. BOX 1267<br>MICHAEL SIMICHIK<br>PORTSMOUTH, NH 03802 | Claim Number: 5406<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $97,367.84 |

---

| EQUIFAX<br>ATTN: ALTHEA BARNES, ACCTS RECEIVABLE<br>1100 ABERNATHY ROAD SUITE 300<br>MAIL DROP 52D<br>ATLANTA, GA 30328 | Claim Number: 5407<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8662 (03/08/2010) |
|---|---|
| UNSECURED          Claimed: | $447,995.19 |

---

| NATER, CARL J<br>5 DENISE ST<br>MASSAPEQUA, NY 11758 | Claim Number: 5408<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009) |
|---|---|
| PRIORITY          Claimed: | $742.88 |

---

| MACLELLAN, KATIE<br>111 WASHINGTON ST<br>HANOVER, MA 02339 | Claim Number: 5409<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|
| PRIORITY          Claimed: $1,008.00          Scheduled: $1,008.00  CONT | |

---

| LEAGUE, DENNIS AND BEVERLY (TTEE)<br>1631 SNELLING AVE<br>THE VILLAGES, FL 32162-6129 | Claim Number: 5410<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,500.00 |

---

| CARROLL, LUTHER R.<br>261 NC HIGHWAY 403<br>MOUNT OLIVE, NC 28365-8203 | Claim Number: 5411<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| SECURED          Claimed: | $0.00 |
| UNSECURED          Claimed: | $23,549.49 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCAMIS, MARK E.
1413 MOORGATE DRIVE
KNOXVILLE, TN 37922

Claim Number: 5412
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,890.00 |

---

ATLANTIC/OXFORD ENTERPRISES
ATTN BARBAR GRIFFIN
897 WEST PARK AVENUE
OCEAN TOWNSHIP, NJ 07712

Claim Number: 5413
Claim Date: 12/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

---

MEYER, JANICE E.
7305 WAYNE TRACE
FORT WAYNE, IN 46816

Claim Number: 5414
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,371.93 |

---

MEYER, JERRY R.
7305 WAYNE TRACE
FORT WAYNE, IN 46816

Claim Number: 5415
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,426.27 |

---

LYNCH, WILLIE J.
103 PARKSIDE DR.
GOOSE CREEK, SC 29445

Claim Number: 5416
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,945.00 |

---

SPURRIER, VANCE O.
7069 VALLEY TRAILS DRIVE
PLEASANTON, CA 94588

Claim Number: 5417
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $64,102.36 |
| UNSECURED | Claimed: | $64,102.36 |
| TOTAL | | $64,102.36 |

---

EISENHAUER, JAMES R. & MARYELLEN C.
TTE JR & MC EISENHAUER
FAM TR UAD 10/15/01
2085 ST. GEORGE WY.
CARSON CITY, NV 89703-4559

Claim Number: 5418
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,093.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CROBAN, SIDNEY J.
1255 N. SANDBURG TERRACE (1402)
CHICAGO, IL 60610-8269

Claim Number: 5419
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,630.00 |

---

FREEMAN, DAVID
111 PLANTATION TRCE
WOODSTOCK, GA 30188-2271

Claim Number: 5420
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SUVAGIYA, RAMESH K & KAILAS R
53 HOPATCONG DRIVE
LAWRENCEVILLE, NJ 08648

Claim Number: 5421
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,262.99 |
| UNSECURED | Claimed: | $10,262.99 |
| TOTAL | Claimed: | $10,262.99 |

---

SUNG, VIVIAN
516 WATKINS DR
MINEOLA, NY 11501

Claim Number: 5422
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,748.99  CONT |
| UNSECURED | Claimed: | $1,748.99 | | |

---

CASSAGNAU LUNDIE, CATHERINE J
63 OGDEN RD
WEST ISLIP, NY 11795

Claim Number: 5423
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,076.92 |

---

STAGNER, ROY
493 CARLLS PATH
DEER PARK, NY 11729-2314

Claim Number: 5424
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Replaces claim number 786

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,480.77 | Scheduled: | $2,480.77  CONT |

---

STEVESON, SUSAN D
5515 DARTMOUTH
DRIVE
FORT WAYNE, IN 46825

Claim Number: 5425
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $853.85 | Scheduled: | $853.85  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOWELL, BARBARA J
508 MONTE VISTA DR
FORT WAYNE, IN 46814

Claim Number: 5426
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,334.40 | Scheduled: | $2,135.04 CONT |
|---|---|---|---|---|

JEGERLEHNER, TRAVIS W
6141 CROFTON DR
FORT WAYNE, IN 46835

Claim Number: 5427
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,008.90 | Scheduled: | $1,008.90 CONT |
|---|---|---|---|---|

RIFFKIN, OLIVE K. (TTEE)
2207 MONROE VILLAGE
MONROE TWP., NJ 08831

Claim Number: 5428
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,179.97 |
|---|---|---|

PUGLIESE, RALPH JR.
PO BOX 481
CUTCHOGUE, NY 11935

Claim Number: 5429
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $750.00 |
|---|---|---|

MACDOWELL, VALERIE H. & LOUIS G. III
481 SAILFISH COVE
SATELLITE BEACH, FL 32937

Claim Number: 5430
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| PRIORITY | Claimed: | $1,640.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,640.00 |
| TOTAL | Claimed: | $1,640.00 |

BROWN, EDNA J.
896 NIAGRA FALLS DRIVE
REDMOND, OR 97756-7084

Claim Number: 5431
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $10,269.00 |
|---|---|---|

VENTER, ROSEMARY & GRAMBLING, CATHERINE
405 BEACH AVENUE
BRADLEY BEACH, NJ 07720

Claim Number: 5432
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,044.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,044.00 |
| TOTAL | Claimed: | $5,044.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KAPLAN, MARY JO
9804 BEND ST
SANTEE, CA 920711926

Claim Number: 5433
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $656.26 | Scheduled: | $152.64  CONT |
| --- | --- | --- | --- | --- |

ROSA, SAVATORE
1 ISLAND PL.
NEW CITY, NY 10956

Claim Number: 5434
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,011.80 |
| --- | --- | --- |

MILSTEAD, ANDREW H.
2923 WOODWARDIA DR.
LOS ANGELES, CA 90077-2124

Claim Number: 5435
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

HALILI, FLORENCIO V.
851 GELLERT BLVD.
DALY CITY, CA 94015-2853

Claim Number: 5436
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,570.80 |
| --- | --- | --- |

QUALITY APPRAISAL SERVICE
ATTN JO ELLEN WRIGHT, PRESIDENT
641 WASHINGTON ST # 18
COLUMBUS, IN 47201

Claim Number: 5437
Claim Date: 12/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $325.00 |
| --- | --- | --- |

PESCATORE, JOHN J. AND CARMEL ANN
JT / WROS
12 E NOB HILL
ROSELAND, NJ 07068

Claim Number: 5438
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,916.00 |
| --- | --- | --- |

NORTON, CHARLES H.
4951 NETARTS HWY. W. # 1840
TILLAMOOK, OR 97141-9467

Claim Number: 5439
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,885.97 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHELDRAKE, RICHARD & MARGARET
935 MAPLE AVE APT 101
HOMEWOOD, IL 60430-2059

Claim Number: 5440
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,000.00 |
|---|---|---|

KRAEMER, MELANIE IRA FBO
VFTC AS CUSTODIAN
ROTH ACCOUNT
PO BOX 3523
BOONE, NC 28607-0823

Claim Number: 5441
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,755.50 |
|---|---|---|

CITY OF GREENSBORO
ATTN CONNIE C. HUDGINS - DEPUTY
PO BOX 3136
GREENSBORO, NC 27402-3136

Claim Number: 5442
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $3,960.00 |
|---|---|---|

SHELDRAKE, RICHARD & MARGARET
16943 WESTERN AVE
HAZEL CREST, IL 60429

Claim Number: 5443
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

SAVAGE, JILL
160 MAPLE COURT
COPIAGUE, NY 11726

Claim Number: 5444
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,903.85 | Scheduled: | $1,903.85  CONT |
|---|---|---|---|---|

KRAEMER, ELLEN JO & MELANIE & VANESSA
JT TEN
P.O. BOX 3523
BOONE, NC 28607

Claim Number: 5445
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,437.95 |
|---|---|---|

KRAEMER, ELLEN JO
CHAS. SCHWAB & CO INC CUST.
IRA ROLLOVER
PO BOX 3523
BOONE, NC 28607

Claim Number: 5446
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,856.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| KRAEMER, ELLEN JO<br>P.O. BOX 3523<br>BOONE, NC 28607 | | Claim Number: 5447<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| SECURED | Claimed: | $16,138.40 | | |
| MEYER, JANICE E (JAN)<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 5448<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $5,169.23 CONT |
| LAKE, JEFFREY<br>6872  E. STONE RIDGE PLACE<br>TUCSON, AZ 85750 | | Claim Number: 5449<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $379,543.82 | Scheduled: | $377,593.27 CONT |
| ALLEN, ROXANNA (ROXIE)<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | | Claim Number: 5450<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,846.58 | Scheduled: | $1,846.58 CONT |
| BARTLETT, C. SCOTT JR.<br>36 BELTED KINGFISHER LN<br>RICHMOND HILL, GA 31324-4355 | | Claim Number: 5451<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,770.00 | | |
| MARRIOTT MELVILLE<br>ATTN THOMAS DAY - HOTEL CONTROLLER<br>1350 OLD WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | | Claim Number: 5452<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $159,917.90 | Scheduled: | $55,372.11 |
| MCKINNON APPRAISAL INC<br>ATTN PAMELA L COHEN<br>PO BOX 662<br>BREWER, ME 04412 | | Claim Number: 5453<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $75.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NAZZARO, JOHN J. & ALICE G. TTEES<br>JOHN J & ALICE G NAZZARO TRUST<br>1130 MAYFLOWER AVE<br>MELBOURNE, FL 32940-6721 | Claim Number: 5454<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| PRESTIFILIPPO, JOHN<br>1731 PALOMINO LANE<br>KINGWOOD, TX 77339 | Claim Number: 5455<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $30,459.78 |

---

| JOHN J. EICHMANN PROFIT SHARING TRUST<br>C/O JOHN J. EICHMANN<br>212 HARDON AVE.<br>WESTMONT, NJ 08108 | Claim Number: 5456<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $107,400.28 |

---

| TURNER, KENTON<br>4242 FRAZIER DR. NE<br>CORYDON, IN 47112 | Claim Number: 5457<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,669.51 |

---

| PASQUILL, JAMES M.<br>2087 PEBBLE BEACH BLVD.<br>ORLANDO, FL 32826-5225 | Claim Number: 5458<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $0.00   UNLIQ |

---

| ROST, MICHELE D<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | Claim Number: 5459<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $3,692.31  CONT |

---

| FIACABLE, JOSEPH P.<br>P.O. BOX 5482<br>FORT WAYNE, IN 46895 | Claim Number: 5460<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $50,475.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| DECKER, DAN<br>10277 S. KELLIWOOD WY<br>HIGHLAND RANCH, CO 80126 | | Claim Number: 5461<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $927.00 |
| PEREYRA, CHRISTIAN<br>37 26 54TH STREET<br>WOODSIDE, NY 11377 | | Claim Number: 5462<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $1,759.05 |
| MCLEAN ASSOCIATES<br>43 GILFORD EAST DRIVE<br>GILFORD, NH 03249 | | Claim Number: 5463<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $150.00 |
| PETERSON, JOHN A. & JOAN R.<br>1201 YALE PL. # 1803<br>MINNEAPOLIS, MN 55403 | | Claim Number: 5464<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,000.00 |
| LAMBERT, MARION<br>3315 BAYBERRY CIRCLE<br>ANES, IA 50014-4601 | | Claim Number: 5465<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,204.51 |
| BRIESKE, ROBERT J.<br>W4717 CHERRYWOOD DRIVE<br>LA CROSSE, WI 54601 | | Claim Number: 5466<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,200.00 |
| KARL S. SHEFFIELD IRA ROLLOVER<br>841 WYNDEMERE WAY<br>NAPLES, FL 34105 | | Claim Number: 5467<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRIESKE, ROBERT J.<br>W4717 CHERRYWOOD DRIVE<br>LA CROSSE, WI 54601 | Claim Number: 5468<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,498.70 |
|---|---|---|

---

| GENDLER, CORINNE L.<br>4909 PINEVIEW CIR<br>DELRAY BEACH, FL 33445 | Claim Number: 5469<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| DOCUSYSTEMS<br>ATTN CEO<br>1000 HWY 501 E<br>MYRTLE BEACH, SC 29578 | Claim Number: 5470<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $251.69 |
|---|---|---|

---

| CITY OF WINTER PARK<br>ATTN JAMES E. CHEEK, III, ESQ.<br>PO BOX 1986<br>WINTER PARK, FL 32790 | Claim Number: 5471<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $361.11 | Scheduled: | $766.85 |
|---|---|---|---|---|

---

| GREAT SOUTHWEST MORTGAGE<br>1020 15TH STREET<br>SUITE 16G<br>DENVER, CO 80202 | Claim Number: 5472<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $817.90 |
|---|---|---|

---

| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | Claim Number: 5473<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,959.00 |

---

| HOCKSTAD, STEVEN E.<br>214 W. LAGUNA ST.<br>TUCSON, AZ 85705 | Claim Number: 5474<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $3,939.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,475.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOCKSTAD, STEVEN E.
214 W. LAGUNA ST.
TUCSON, AZ 85705

Claim Number: 5475
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $5,588.00 |
|-----------|----------|-----------|

---

HENTCHEL, THEODORE P. & CHARLOTTE J.
16430 PARK LAKE RD LOT 223
E. LANSING, MI 48823

Claim Number: 5476
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,774.00 |
|-----------|----------|-----------|

---

HENTCHEL, THEODORE P. & CHARLOTTE J.
16430 PARK LAKE RD LOT 223
E. LANSING, MI 48823

Claim Number: 5477
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,160.01 |
|-----------|----------|-----------|

---

ASSOCIATES OF 555 LIMITED PARTNERSHIP
ATTN DAVID HORTON, RPESIDENT
555 SOUTH OLD WOODWARD
BIRMINGHAM, MI 48009

Claim Number: 5478
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,595.43 | Scheduled: | $4,582.34 |
|-----------|----------|-----------|-----------|-----------|

---

ROBB, LEORA HELEN
8428 GOLFSIDE DR
COMMERCE TOWNSHIP, MI 48382

Claim Number: 5479
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,978.20 |
|---------|----------|-----------|

---

WHITE, EDWARD C
822 NORTHERN PKWY
UNIONDALE, NY 11553

Claim Number: 5480
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00  CONT |
|----------|----------|---------|-----------|---------------|

---

MONTGOMERY, ELIZABET
700 MEASE PLAZA
APT 749
DUNEDIN, FL 34698-6639

Claim Number: 5481
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,804.60 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHORE, JEFFREY
2265 BOTANICA CIRCLE
WEST MELBOURNE, FL 32904

Claim Number: 5482
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,767.95 |

---

FRIZELL, WILLIAM W. & SHIRLEY J.
JT TEN
14417 W. FUTURA DR.
SUN CITY WEST, AZ 85375

Claim Number: 5483
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $8,010.00 |
| UNSECURED | Claimed: | $8,010.00 |
| TOTAL | Claimed: | $8,010.00 |

---

ZAVITSON, CHRIS
780 N.W. RED PINE WAY
JENSEN BEACH, FL 34957

Claim Number: 5484
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

FRIZELL, WILLIAM W. & SHIRLEY J.
JT TEN
14417 W. FUTURA DR.
SUN CITY WEST, AZ 85375

Claim Number: 5485
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,524.96 |

---

ADLEY, RONALD R.
1005 AZALEA DRIVE
MUNSTER, IN 46321

Claim Number: 5486
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,487.04 |

---

ARVIA & ASSOCIATES (IL) (IN)
425 JOLIET ST STE 325
DYER, IN 463111767

Claim Number: 5487
Claim Date: 12/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,305.00 |

---

GOODMAN, THOMAS E. & DONNA L.
2210 DE LA PALMA AVE.
BARTOW, FL 33830

Claim Number: 5488
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,868.88 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DI COLA, MAURIZIO SCHIANO
134 PENDLETON PLACE
OLD BRIDGE, NJ 08857

Claim Number: 5489
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

SCHILL BERRY, DANIELLE K
17 ADAMS CT
FALL RIVER, MA 02720-5903

Claim Number: 5490
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT |
|---|---|---|---|---|

---

MACARTHUR, LAURA
8 LEO ST
PATCHOGUE, NY 11772

Claim Number: 5491
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,279.63 | Scheduled: | $2,279.63  CONT |
|---|---|---|---|---|

---

LANGLEY, HOWARD F.
3087 CIDER HOUSE RD
TOANO, VA 23168

Claim Number: 5492
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,014.95 |
|---|---|---|

---

DALTON, ROSS A. AND ETHEL E.
602 NORTH BROAD
APT B-204
LANSDALE, PA 19446-2365

Claim Number: 5493
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,162.33 |
|---|---|---|

---

HOWLEY, ALEXIS
131 6TH ST SE
NAPLES, FL 34117-9346

Claim Number: 5494
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,582.56 |
|---|---|---|

---

FRIZELL, WILLIAM W.
14417 W. FUTURA DR
SUN CITY WEST, AZ 85375

Claim Number: 5495
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,027.96 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| NELSON, JEFFREY E.<br>1825 PEDDY VESTAL LOOP<br>HENDERSON, TN 38340 | Claim Number: 5496<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,279.49 | | |
|---|---|---|---|---|

| GARRANA, HENRY N.<br>7201 FOXTREE<br>AUSTIN, TX 78750 | Claim Number: 5497<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| STINGER, JAMIE<br>659 WALLINGFORD RD<br>LITITZ, PA 17543-8231 | Claim Number: 5498<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $795.07 | Scheduled: | $795.07  CONT |
|---|---|---|---|---|

| WANNAMAKER, CHARLES T.<br>4720 NORWOOD DR.<br>COLUMBIA, SC 29206-1115 | Claim Number: 5499<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD - C/O BECKET & LEE LLP<br>CYNTHIA L. GROFF, MICHELLE L. MCGOWAN<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | Claim Number: 5500<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10308 (01/11/2012) |
|---|---|

| UNSECURED | Claimed: | $561,398.89 | Scheduled: | $359,388.27 |
|---|---|---|---|---|

| AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD - C/O BECKET & LEE LLP<br>CYNTHIA L. GROFF, MICHELLE L. MCGOWAN<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | Claim Number: 5501<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10308 (01/11/2012) |
|---|---|

| UNSECURED | Claimed: | $43,820.95 | | |
|---|---|---|---|---|

| AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CARD - C/O BECKET & LEE LLP<br>CYNTHIA L. GROFF, MICHELLE L. MCGOWAN<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | Claim Number: 5502<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $1,042.13 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HEWITT, BRUCE L.<br>5 TOWER TERRACE<br>BURLINGTON, VT 05401 | | Claim Number: 5503<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $87,400.20 |
| EGAN, MIRIAM<br>34 CHESTER HILL RD<br>WARWICK, NY 10990 | | Claim Number: 5504<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $220.00 |
| ZEMAITIS, BENEDICT R.<br>301 ESTES PARK DR.<br>CHATHAM, IL 62629 | | Claim Number: 5505<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,851.50 |
| KNUDSON, BRAD<br>363 ANJOU DRIVE<br>NORTHBROOK, IL 60062 | | Claim Number: 5506<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $5,226.00 |
| MARQUARDT, MARY<br>PO BOX 2603<br>AVILA BEACH, CA 93424 | | Claim Number: 5507<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $3,812.20 |
| SECURED | Claimed: | $3,172.00 |
| UNSECURED | Claimed: | $3,172.00 |
| LOVETT, CARROLL<br>223 PALM ISLAND, SW<br>CLEARWATER BEACH, FL 33767-1941 | | Claim Number: 5508<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,023.00 |
| CONNELL, PAMELA E.<br>11011 ELLWOOD<br>THE WOODLANDS, TX 77380-4001 | | Claim Number: 5509<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00    UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COHEN, ELLIOT<br>2308 ROSENDALE VILLAGE AVE.<br>HENDERSON, NV 89052 | Claim Number: 5510<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,228.95 | |
| UNSECURED | Claimed: | $10,228.95 | |
| TOTAL | Claimed: | $10,228.95 | |

| LLOYD, STANLEY<br>19017 SE LOXAHATCHEE RIVER ROAD<br>JUPITER, FL 33458 | Claim Number: 5511<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,980.09 | |

| GORFAIN, JOAN<br>19 NORTHLITE CIRCLE<br>SACRAMENTO, CA 95831-2122 | Claim Number: 5512<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,351.00 | |

| SHEDDY, VAIDA G. TTEE<br>1142 HADTNER AVE<br>WILLIAMSPORT, PA 17701 | Claim Number: 5513<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $19,541.85 | |

| JONES, PHILLIP<br>4444 BOSWELL AVE<br>ST. LOUIS, MO 63134 | Claim Number: 5514<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

| GILL, CHARLES W.<br>113 ASHTON CT<br>WEST DEPTFORD, NJ 08051-2002 | Claim Number: 5515<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $3,146.26 | |

| DOAN APPRAISAL CONSULTANTS<br>ATTN GREGORY K. DOAN<br>15 EAST GENESEE ST<br>AUBURN, NY 13021 | Claim Number: 5516<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| CHARD, ROBIN L<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | Claim Number: 5517<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $319.23 | Scheduled: | $319.23 CONT |

| ROMAN, ANGELA A.<br>2429 SETTLERS RDG<br>NEW WINDSOR, NY 12553 | Claim Number: 5518<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,150.35 | |

| FERGUSON, JOHN P.<br>1426 HOLSTED DR.<br>SOLVANG, CA 93463 | Claim Number: 5519<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,722.00 | |

| JOE'S PLACE<br>ATTN PRESIDENT<br>7130 MINSTREL WAY<br>STE 135<br>COLUMBIA, MD 21045 | Claim Number: 5520<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $649.95 | Scheduled: | $649.95 |

| FRIZELL, WILLIAM W.<br>ROTH IRA<br>14417 W. FUTURA DR<br>SUN CITY WEST, AZ 85375 | Claim Number: 5521<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,729.91 | |

| CODY, SUSAN LYNN<br>1150 JACKSON PLACE<br>BALDWIN, NY 11510 | Claim Number: 5522<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,288.46 | Scheduled: | $8,134.61 CONT |

| TERNES, ROBERT J.<br>8601 E. JOSHUA TREE LANE<br>SCOTTSDALE, AZ 85250 | Claim Number: 5523<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,913.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TERNES, PATRICIA B.
8601 E JOSHUA TREE LANE
SCOTTSDALE, AZ 85250

Claim Number: 5524
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,771.00 |

---

KENNEDY, BEVERLY A
24639 CALUSA BLVD
EUSTIS, FL 327367949

Claim Number: 5525
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT |

---

ARORA, VINOD & POONA
324 BRADBERRY WAY
BOILING SPRINGS, SC 29316

Claim Number: 5526
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HAGENMILLER, EDWARD AND VIRGINIA
227 JOHNSON ST
CENTERPORT, NY 11721

Claim Number: 5527
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,166.00 |

---

STYS, PHILIP R.
4141 WAIPUA ST.
KILAUEA, HI 96754

Claim Number: 5528
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,102.85 |

---

RUSCH, PAUL G.
4443 CRESTWOOD CR.
CONCORD, CA 94521

Claim Number: 5529
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,095.95 |
| UNSECURED | Claimed: | $6,095.95 |
| TOTAL | Claimed: | $6,095.95 |

---

LIM, EDDIE A. &* TIN-MU A.
4355 KILAUEA AVENUE
HONOLULU, HI 96816

Claim Number: 5530
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,145.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| BENNETT, JASON D.<br>5915 SANDY PINE CT<br>SPRING, TX 77379 | | Claim Number: 5531<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

| MCCORMICK, BRIAN S<br>1548 GREENVILLE RD<br>ASHBY, MA 01431 | | Claim Number: 5532<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,095.24 | | |

| COBB EMC<br>ATTN JIM GANTT<br>PO BOX 369<br>MARIETTA, GA 30061 | | Claim Number: 5533<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132.68 | Scheduled: | $77.35 |

| MCCRACKEN, TODD<br>1735 19TH ST UNIT 3D<br>DENVER, CO 80202-6006 | | Claim Number: 5534<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| GROSSMAN, MARC A<br>1080 S TAYLOR CT<br>ANAHEIM, CA 92808 | | Claim Number: 5535<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,000.00 | | |

| CROWLEY, NEAL<br>10820 S KILBOURN<br>OAK LAWN, IL 60453 | | Claim Number: 5536<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $201.10 | | |

| CROWLEY, NEAL<br>10820 S KILBOURN<br>OAK LAWN, IL 60453 | | Claim Number: 5537<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $439.20 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GUINTA, THOMAS J
211 BEACON HILL ROAD
TRUMBULL, CT 06611

Claim Number: 5538
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8539 (02/04/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,060.32 | |
| UNSECURED | Claimed: | $10,060.32 | |
| TOTAL | Claimed: | $10,060.32 | |

---

GREENE, WAYNE & ROSE GUGGENHEIM
633 26TH ST
RICHMOND, CA 94804

Claim Number: 5539
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,590.00 |

---

MILCO TRUST
ATTN MARK I LEFKOWITZ TRUSTEE
PO BOX 1945
LA JOLLA, CA 92038

Claim Number: 5540
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $10,262.95 |

---

MCSHANE, JEANNE, IRA
WMS CUST
20729 N 106 LN
PEORIA, AZ 85382

Claim Number: 5541
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,592.00 |

---

CINQUEMANI, CAROL F
460 OLD TOWN RD
UNIT 23G
PORT JEFFERSON STATION, NY 11776

Claim Number: 5542
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,053.00 | Scheduled: | $1,053.00  CONT |

---

LEE, YUK CHING
12704 NE 132ND FL
KIRKLAND, WA 98034-5425

Claim Number: 5543
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

GLAWE, ILO S
306 COMMERCIAL ST
STRAWBERRY POINT, IA 52076

Claim Number: 5544
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,169.19 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LAND INTEREST<br>A PARTNERSHIP<br>ATTN DEBRA POTTER, GENERAL PARTNER<br>115 CENTER AVE N, BOX 760<br>MITCHELLVILLE, IA 50169 | Claim Number: 5545<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,490.07 |
|---|---|---|

| YING, AMY ZHE-ME<br>61-25 97 ST<br>APT 15M<br>REGO PARK, NY 11374 | Claim Number: 5546<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $62,960.60 |
|---|---|---|

| LANGER, MAURICE J<br>14402 MARINA SAN PABLO PLACE<br>#603<br>JACKSONVILLE, FL 32224-0824 | Claim Number: 5547<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,651.95 |
|---|---|---|

| FINN, TIMOTHY<br>140 E 28 ST<br>6G<br>NEW YORK, NY 10016 | Claim Number: 5548<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LYNCH, JODI<br>31 HILL AVE<br>NESCONSET, NY 11767-3020 | Claim Number: 5549<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $887.49 | Scheduled: | $887.49  CONT |
|---|---|---|---|---|

| ZANABONI, LARRY<br>5831 LUDLOW AVE<br>GARDEN GROVE, CA 92845 | Claim Number: 5550<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,700.00 |
|---|---|---|

| ZANABONI, LARRY<br>5831 LUDLOW AVE<br>GARDEN GROVE, CA 92845 | Claim Number: 5551<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,300.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5552
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5553
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54  CONT |

---

BARRETTE, JOHN S
731 EAST MARY LN
OAK CREEK, WI 53154

Claim Number: 5554
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $88.00 |

---

PETERS, JOANN & CHRIS
60 PETERS RD
BRIDGER, MT 59014

Claim Number: 5555
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,193.04 |

---

SIMMONS, ROBERT L
20311 PEMBERVILLE RD APT 729
PEMBERVILLE, OH 434509417

Claim Number: 5556
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,906.30 |

---

SIMMONS, LOIS M
20311 PEMBERVILLE RD APT 729
PEMBERVILLE, OH 434509417

Claim Number: 5557
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,831.73 |

---

SIMMONS, ROBERT L
C/O CAROL MELCHER
745 CHAMPAGNE
BOWLING GREEN, OH 43402

Claim Number: 5558
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,531.28 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQ<br>1617 JOHN F KENNEDY BLVD<br>ST 1400<br>PHILADELPHIA, PA 19103 | Claim Number: 5559<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| --- | --- |

| UNSECURED | Claimed: | $10,419.00 | | |
| --- | --- | --- | --- | --- |

| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQ<br>1617 JOHN F KENNEDY BLVD<br>ST 1400<br>PHILADELPHIA, PA 19103 | Claim Number: 5560<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments:<br>Amends claim number 2959 |
| --- | --- |

| UNSECURED | Claimed: | $10,419.00 | | |
| --- | --- | --- | --- | --- |

| BIANCHI, KATIE G<br>PO BOX 147<br>MEADOW VISTA, CA 95722-0147 | Claim Number: 5561<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $6,422.00 | Scheduled: | $6,272.78 CONT |

| BIANCHI, KATIE G<br>PO BOX 790<br>MEADOW VISTA, CA 95722-0790 | Claim Number: 5562<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $6,422.00 | | |
| TOTAL | Claimed: | $17,372.58 | | |

| VARGA BERGER LEDSKY HAYES &<br>CASEY, ATTY'S AT LAW<br>224 SOUTH MICHIGAN AVE STE 350<br>CHICAGO, IL 60604 | Claim Number: 5563<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) |
| --- | --- |

| UNSECURED | Claimed: | $288,150.33 | | |
| --- | --- | --- | --- | --- |

| WRIGHT, LARRY L (LYNN)<br>4842 S. SHENANDOAH WAY<br>AURORA, CO 80015 | Claim Number: 5564<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| --- | --- |

| PRIORITY | Claimed: | $6,747.22 | Scheduled: | $6,747.22 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $82,699.65 | Scheduled: | $82,396.87 CONT |

| MARTINEZ, JAIME M<br>901 INDIGO COURT<br>EL DORADO HILLS, CA 95762 | Claim Number: 5565<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| --- | --- |

| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00 CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOGAN, JOSEPH D.<br>UNIT 3030 BOX 42<br>APO, AA 34022 | Claim Number: 5566<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $22,181.00 |

| WITTNER, LILLIAN M. TRUSTEE<br>JOHN J. AND LILLIAN M. WITTNER REVOCABLE<br>TRUST DATED 6/13/07<br>101 ELY BLVD. S. - APT. 255<br>PETALUMA, CA 94954-4808 | Claim Number: 5567<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED          Claimed: | $66,100.00 |

| FREISINGER FAMILY REV. TRUST<br>JOHN J. FREISINGER & MARGARET FREISINGER<br>TTEES<br>10816 NELLE AVE NE.<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5568<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $4,870.00 |

| FREISINGER FAMILY REV. TRUST<br>JOHN J. FREISINGER & MARGARET FREISINGER<br>TTEES<br>10816 NELLE AVE NE.<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5569<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $6,010.00 |

| FREISINGER, JOHN J. & MARGARET S.<br>JT WROS<br>10816 NELLE AVE NE<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5570<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,909.99 |

| MARSHALL, H.P. DR.<br>4102 SAN MATEO PL<br>VICTORIA, BC V8N 2K1<br>CANADA | Claim Number: 5571<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY          Claimed: | $6,561.00 |

| ROYER, JULIAN L.<br>1710 WEST KRAUSE<br>WESTLAKE, LA 70669 | Claim Number: 5572<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $6,405.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| JAEN, MIGUEL<br>126 GOLDEN ISLES DR.<br>APT 22A<br>HALLANDALE BEACH, FL 33009 | | Claim Number: 5573<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $836.60 |
| POOLE, BERTHA & DANNY<br>286 PARKWOOD DR NE<br>CLEVELAND, TN 37323 | | Claim Number: 5574<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,312.50 |
| ROLLER, VICTOR L.<br>3410 MEADOW BROOK<br>COSTA MESA, CA 92626 | | Claim Number: 5575<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $965.00 |
| POOLE, DANNY<br>286 PARKWOOD DR NE<br>CLEVELAND, TN 37323 | | Claim Number: 5576<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,016.95 |
| CUOMO, NICHOLE<br>172 16 CROCHERON AVE<br>FLUSHING, NY 11358 | | Claim Number: 5577<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| PRIORITY | Claimed: | $1,052.72        Scheduled:        $1,052.72  CONT |
| REDBURN, BYRON D.<br>PO BOX 1898<br>NOME, AK 99762 | | Claim Number: 5578<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,025.00 |
| BISKAMP & ASSOCIATES, INC.<br>ATTN BRETT K. BISKAMP<br>14001 DALLAS PARKWAY, STE 1200<br>DALLAS, TX 75240 | | Claim Number: 5579<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $800.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KELLER, LYNNE M. ROLLOVER IRA
C/O SCOTTRADE - PETE RIOPEL
411 REDROCK LN
NAPA, CA 94558-9522

Claim Number: 5580
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,500.00 |

---

MARGERUM, CHARLENE
309 CENTRAL AVE.
BERTHA, MN 56437-0116

Claim Number: 5581
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,400.00   UNLIQ |

---

KROLL, ROBERT E.
315 CALAMUS CIRCLE
MEDINA, MN 55340

Claim Number: 5582
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,939.95 |

---

DE ROSE, ERNEST
6880 CLYDEWAY CT.
WORTHINGTON, OH 43085-2912

Claim Number: 5583
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,302.00 |

---

MILLS, JEFFERY J.
414 APACHE TRL
MULBERRY, FL 338603406

Claim Number: 5584
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $350.00 |

---

WALDRUM, WILLIAM L.
PO BOX 756
NEW BOSTON, TX 75570

Claim Number: 5585
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,087.55 |

---

LOUCKS, LINDA
216 W STATE
ASHLEY, IN 46705

Claim Number: 5586
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LAW OFC OF KEITH S. SHAW & ASSOCIATES, LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | | Claim Number: 5587<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $8,137.35 |
| COLLINS APPRAISAL SERVICE<br>1036 W. ROBINWOOD DRIVE<br>STOCKTON, CA 95207 | | Claim Number: 5588<br>Claim Date: 12/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $400.00 |
| BETLACH, EDWARD<br>2429 SIMS AVENUE<br>ST. LOUIS, MO 63114 | | Claim Number: 5589<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| MATLICK, DONALD E.<br>6529 W. HERITAGE WAY<br>FLORENCE, AZ 85232 | | Claim Number: 5590<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,732.93 |
| DOUGHERTY, JOHN<br>570  PRALLE LN<br>ST. CHARLES, MO 63303 | | Claim Number: 5591<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| CHRISTOPHER, CHARLES & PAMELA<br>4994 A. POTOMAC<br>ST. LOUIS, MO 63139 | | Claim Number: 5592<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |
| HORNING, EDWARD & MARIANNE<br>8330 SHERTON DRIVE<br>MECHANICSVILLE, VA 23116 | | Claim Number: 5593<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KELLER, JAMES V.<br>2212 GUNAR DR<br>SAN JOSE, CA 95124 | | Claim Number: 5594<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $17,509.00 |
| BLACKETER, A & J<br>A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | | Claim Number: 5595<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $8,752.57   UNLIQ |
| DAGHESTANI, ALA AND CATHERINE<br>12212 MONROVIA<br>OVERLAND PARK, KS 66218 | | Claim Number: 5596<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $51,491.00 |
| STEWART, ROGER & KAREN<br>JTWROS<br>227 ALLISON LN<br>WINFIELD, MO 63389 | | Claim Number: 5597<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| BROWN, SHELLY SUCESSOR TRUSTEE<br>GLORIA RUTLEDGE REV LIV TRUST<br>12339 BORCHERDING<br>ST. LOUIS, MO 63131 | | Claim Number: 5598<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,000.00 |
| LEWIS, DEAN A.<br>5803 CEDAR CV.<br>SAN ANTONIO, TX 78249 | | Claim Number: 5599<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,904.98 |
| MOLL, JUDITH<br>2509 EGRET LAKE DR<br>GREEN ACRES, FL 33413 | | Claim Number: 5600<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,565.50 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ABRAMOWITZ, MEYER & REGINA
14096 HUNTINGTON POINTE DR APT 405
DELRAY BEACH, FL 334841862

Claim Number: 5601
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,761.00 | | |
| UNSECURED | Claimed: | $13,761.00 | | |
| TOTAL | Claimed: | $13,761.00 | | |

---

2250 LIVELY LLC
ATTN DAVID E. COHEN, P.C.
55 WEST MONROE STREET
SUITE 600
CHICAGO, IL 60603

Claim Number: 5602
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/06/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,549.86 | | |
| SECURED | Claimed: | $7,634.00 | | |
| UNSECURED | Claimed: | $61,695.65 | Scheduled: | $8,591.93 |

---

LERCH, EARLY & BREWER, CHTD.
ATTN: ARNOLD D. SPEVACK, ESQUIRE
3 BETHESDA METRO CENTER, SUITE 460
BETHESDA, MD 20814

Claim Number: 5603
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $383.09 | |

---

FIDELITY INFORMATION SERVICES, INC.
ATTN: MICHELE GILLIS
601 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

Claim Number: 5604
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,158.40  UNLIQ | Scheduled: | $139.37 |

---

GILBERT, RICHARD
663 MAJESTIC OAKS
DR
CHARLESTON, SC 29412

Claim Number: 5605
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,309.14 | Scheduled: | $4,309.14  CONT |

---

WEISS, ANITA G.
707 N. OXFORD AVE # J1
VENTNOR CITY, NJ 08406

Claim Number: 5606
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

SCHWARTZ, PATRICIA
35 PARKEDGE ST
ROCHESTER, NY 14606

Claim Number: 5607
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,730.77 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KAMPS, GEORGE
8729 PRAIRIE HILL DR
LAS VEGAS, NV 89134-8416

Claim Number: 5608
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,492.10 |
|---|---|---|

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 5609
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

INTERNATIONAL MINUTE PRESS
PO BOX 45538
BOISE, ID 837115538

Claim Number: 5610
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,011.76 | Scheduled: | $3,794.99 |
|---|---|---|---|---|

---

LOBO, EDISSA
91-18 108 STREET
RICHMOND HILL, NY 11418

Claim Number: 5611
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| SECURED | Claimed: | $40,000.00 |
|---|---|---|

---

BAILEY, JACK H & WANDA M.
11242 CANTON DR.
STUDIO CITY, CA 91604

Claim Number: 5612
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| SECURED | Claimed: | $73,202.00 |
|---|---|---|

---

REHM, CARL E. & BARBARA R. TTEE
CARL E.REHM REV LIVING TRSUT
U/A 4-22-91
541 TOULOUSE DR
PUNTA GORDA, FL 33950

Claim Number: 5613
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,643.41 |
|---|---|---|

---

PREDICTIVE HIRING PARTNERS, INC.
ATTENTION: SUSAN GAUFF
65 HONEYSUCKLE WOODS
LAKE WYLIE, SC 29710

Claim Number: 5614
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $114,355.50 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WELLS, LESLIE D.
634 DEREK DRIVE
WENTZVILLE, MO 63385

Claim Number: 5615
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $926.68 | Scheduled: | $926.68 CONT |
|----------|----------|---------|------------|--------------|

---

BARRY, KATELYN R.
11019 HARVEST DANCE WAY
SAN DIEGO, CA 92127

Claim Number: 5616
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $11,851.98 |
|-----------|----------|------------|

---

SIMMS, LYNDA TRUSTEE
FBO MARY E. GARRISON
REVOCABLE TRUST DATED 3/27/95
437 HIDEAWAY LANE
HIDEAWAY, TX 75771

Claim Number: 5617
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

JAVERI, AKSHAY & SWATI
1 MOCKINGBIRD CT
CRANBURY, NJ 08512

Claim Number: 5618
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,735.43 |
|-----------|----------|-----------|

---

ELDER, RICHARD W.
2013 SE KILMALLIN CT
PORT SAINT LUCIE, FL 34952

Claim Number: 5619
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ELDER, RICHARD W.
2013 SE KILMALLIN CT
PORT SAINT LUCIE, FL 34952

Claim Number: 5620
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

BYER, MATT
992 PLANTI DRIVE
OTTAWA, ON
CANADA

Claim Number: 5621
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM AMOUNT IS IN CANADIAN DOLLARS $1,513.68

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COOPER, CHERYL A
84 KEMPER ST
QUINCY, MA 02170

Claim Number: 5622
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $576.00 | Scheduled: | $576.00 CONT |
|---|---|---|---|---|

LENAWEE COUNTY TREASURER
MARILYN J. WOODS
301 N. MAIN
ADRIAN, MI 49221

Claim Number: 5623
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| SECURED | Claimed: | $2,963.34   UNLIQ |
|---|---|---|

SCHWARTZ, SKAI
7605 S. SANIBEL CIRCLE
TEMPLE TERRACE, FL 33637

Claim Number: 5624
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $497.00 |
|---|---|---|

GOLLADAY, CAROL R
7134 AUTUMN ARCES
CONVERSE, TX 78109

Claim Number: 5625
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00 CONT |
|---|---|---|---|---|

WIDO, THOMAS M.
17244 HAMPTON CHASE
STRONGSVILLE, OH 44136

Claim Number: 5626
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $106,439.00 |
|---|---|---|

KRENGER REAL ESTATE
ATTN JOHN R KRENGER
3304 NORTH HALSTED
CHICAGO, IL 60657

Claim Number: 5627
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

SIMON, CANDY
37620 GLENN AVE
CATHEDRAL CITY, CA 92234

Claim Number: 5628
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $3,819.31 | Scheduled: | $3,819.31 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VAZQUEZ, EVANIA
16 LEIGH ST
HUNTINGTON, NY 11743-5233

Claim Number: 5629
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $253.80 | Scheduled: | $253.80 | CONT |

---

SCHMITT, DERIL M.
22781 TINDAYA
MISSION VIEJO, CA 92692

Claim Number: 5630
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,909.95 |

---

BEERY, NANCY L
8531 KILLEEN RUN
FORT WAYNE, IN 46835

Claim Number: 5631
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 | CONT |

---

GANDHI, KANTI
2600 SNYDER AVE
MODESTO, CA 95356

Claim Number: 5632
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,250.00 |

---

KOGER, PATRICIA A. & KENNETH J. JT TEN
4595 S. 890 E.
WOLCOTTVILLE, IN 46795

Claim Number: 5633
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,973.30 |

---

KNIGHT, DOUGLAS L.
801 EL PASO DR
SOUTH SIOUX CITY, NE 68776-3412

Claim Number: 5634
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $231.99 |

---

KNIGHT, DOUGLAS L. SEP IRA
FCC AS CUSTODIAN
801 EL PASO DR
SOUTH SIOUX CITY, NE 68776-3412

Claim Number: 5635
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,421.11 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KNIGHT, DOUGLAS L. SEP IRA
FCC AS CUSTODIAN
801 EL PASO DR
SOUTH SIOUX CITY, NE 68776-3412

Claim Number: 5636
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,006.54 |

---

GEWANT, TOBY W.
3816 COLLINE DRIVE
MONTGOMERY, AL 36106-3355

Claim Number: 5637
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

CRITCHFIELD, STEPHEN
1857 E WALNUT RD
VINELAND, NJ 08361-6067

Claim Number: 5638
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $10,950.00  CONT |
| UNSECURED | | | Scheduled: | $11,550.00  CONT |

---

CAREY, ZETOUN
2999 E. OCEAN BLVD # 620
LONG BEACH, CA 90803

Claim Number: 5639
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $59,871.85 |
| UNSECURED | Claimed: | $59,871.85 |
| TOTAL | Claimed: | $59,871.85 |

---

GYHRA, RICHARD A. AND EMMET
70998 617TH AVENUE
PAWNEE CITY, NE 68420-3108

Claim Number: 5640
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,473.25 |

---

PANZER, JOEL S.
1101 ISAAC DRIVE
LINCOLN, NE 68521-5312

Claim Number: 5641
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,783.15 |

---

DUNBAR, GERALD D.
DBA DUNBAR APPRAISAL SERVICES
101 TRIWOOD CIRCLE
LAFAYETTE, LA 70503

Claim Number: 5642
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $650.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STORW, HENRY<br>479 STRONGTOWN RD.<br>SOUTHBURY, CT 06488-2445 | Claim Number: 5643<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,500.00 |

---

| PLAZA AT EL PORTAL, L.P., THE<br>ATTN RITA NORD<br>PO BOX 2344<br>MERCED, CA 95344 | Claim Number: 5644<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $2,472.00 | | |
| UNSECURED | | | Scheduled: | $2,472.00 |

---

| HEIFFERON, DONALD J. IRA<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | Claim Number: 5645<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $45,030.59 |

---

| HEIFFERON, DONALD J. & CAROL C.<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | Claim Number: 5646<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $30,251.78 |

---

| ECKHAUS, ETHEL<br>23 BEECHWOOD LANE<br>RIDGEFIELD, CT 06877 | Claim Number: 5647<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,035.00 |

---

| EVANS, MICHELE S.<br>2332 PRESLEY COURT<br>SPRING HILL, FL 34608 | Claim Number: 5648<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,715.00 |

---

| MERRY LYNNE SCREEN PRINTING<br>293 COMO AVE #3<br>ST PAUL, MN 55103 | Claim Number: 5649<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $548.25 | Scheduled: | $548.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| VAN GELDER, JOHN M. III<br>TWENTY ONE RIVERSIDE DR # 902<br>COCOA, FL 32922-7843 | Claim Number: 5650<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED        Claimed: | $25,000.00 | |
| VAN GELDER, JOHN M. III<br>TWENTY ONE RIVERSIDE DR<br>UNIT 902<br>COCOA, FL 32922-7843 | Claim Number: 5651<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED        Claimed: | $25,000.00 | |
| SELAND, DANIEL<br>CMR 420, BOX 1993<br>APO, AE 09063 | Claim Number: 5652<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |
| SECURED        Claimed: | $25,275.98 | |
| WISSINGER, NANCY M.<br>215 DARDEN DR<br>POQUOSON, VA 23662-1215 | Claim Number: 5653<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED        Claimed: | $0.00    UNDET | |
| BOUCHER, EDWARD R.<br>1105 CHELSEA RD.<br>ABSECON, NJ 08201 | Claim Number: 5654<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| SECURED        Claimed: | $5,000.00 | |
| BROWN, SONYA M<br>182 GREENMEADOW WAY APT K<br>UPPR MARLBORO, MD 207741149 | Claim Number: 5655<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| PRIORITY        Claimed: | $1,462.00        Scheduled: | $1,462.00  CONT |
| BOUCHER, EDWARD R.<br>1105 CHELSEA RD.<br>ABSECON, NJ 08201 | Claim Number: 5656<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| SECURED        Claimed: | $2,500.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BURKE, ANDREW P
3710 N WAYNE AVE
2ND FLOOR
CHICAGO, IL 60613

Claim Number: 5657
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,646.15 | Scheduled: | $1,646.15 CONT |
|---|---|---|---|---|

CAIRA, MARCELLO R/O IRA
39-20 WILLOW
DOUGLASTON, NY 11363

Claim Number: 5658
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,670.00 |
|---|---|---|

KNAG, PAUL E. JR.
60 E 9TH ST,
# 505
NEW YORK, NY 10003

Claim Number: 5659
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $7,500.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,165.39 | Scheduled: | $33,218.55 CONT |

JONES, DAN H. & LAURA J.
1396 CHRISTIAN HILLS DR.
ROCHESTER HILLS, MI 48309

Claim Number: 5660
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,179.92 |
|---|---|---|

GOLDBERG, ELIEZER
1314 EAST 22ND STREET
BROOKLYN, NY 11210

Claim Number: 5661
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

PARRISH, ANITA B
3214 MURRAY HILL LOOP
KISSIMMEE, FL 34758

Claim Number: 5662
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,204.00 | Scheduled: | $1,204.00 CONT |
|---|---|---|---|---|

EBERLE, RICHARD M. & LOIS A RIEHL-EBERLE
114 GRANITE LANE
CHEHALIS, WA 98532.

Claim Number: 5663
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,275.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,275.00 |
| TOTAL | Claimed: | $4,275.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

AMERENIP
ATTN: COLLECTIONS A-10
PO BOX 2543
DECATUR, IL 62525

Claim Number: 5664
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $921.02 | Scheduled: | $259.35 |

---

ATWELL FAMILY REV TR.
ATTN LILA M. ATWELL
RR # 3 BOX 31
NORTON, KS 67654-9705

Claim Number: 5665
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| PRIORITY | Claimed: | $9,861.37 |
| UNSECURED | Claimed: | $0.00 |

---

DUNLAP, MICHAEL DENNIS
17174 WOODSIDE LN
THREE RIVERS, MI 49093

Claim Number: 5666
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |

---

CHARTER FUNDING A DBA OF FIRST MAGNUS
FINANCIAL
ATTN GAM R. FREE, PRESIDENT
3051 W. MAPLE LOOP DRIVE # 125
LEHI, UT 84043

Claim Number: 5667
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 |

---

ROSSI & ASSOC. INC, EMPLOYEES 401K
PROFIT SHARING PLAN
DTD 2-17-99
970 SOUTH BYRNE RD
TOLEDO, OH 43609-1010

Claim Number: 5668
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,492.71 |

---

BOOKER, ARBON J.
1056 BEALL LN
CENTRAL POINT, OR 97502-2717

Claim Number: 5669
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,950.00 |

---

LEAVERTON, RUTH L. TTEE
RUTH L. LEAVERTON TRUST
2909 WOODLAND AVE # 618
DES MOINES, IA 50312

Claim Number: 5670
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,906.15 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| RILEY, RICHARD<br>2909 WOODLAND # 618<br>DES MOINES, IA 50312 | Claim Number: 5671<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| UNSECURED          Claimed: | $18,128.96 | |

| | | |
|---|---|---|
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP<br>CORPORATION - ATTN: PATRICIA D GASS<br>555 NEW SALEM ROAD<br>MURFREESBORO, TN 37129 | Claim Number: 5672<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED          Claimed: | $812.49 | |

| | | |
|---|---|---|
| SZOPINSKI'S DEN<br>ATTN CHRISTINE SZOPINSK - PRESIDENT<br>S 110 W 16126 UNION CHURCH DR<br>MUSKEGO, WI 53150 | Claim Number: 5673<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED          Claimed: | $175.00 | |

| | | |
|---|---|---|
| GREVER, GEORGE<br>50W029 OWENS RD<br>MAPLE PARK, IL 60151-9779 | Claim Number: 5674<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $10,172.92 | |

| | | |
|---|---|---|
| KREUTZ, CONNIE H. & MARTIN<br>426 VAN HORN<br>HOLTS SUMMIT, MO 65043-1569 | Claim Number: 5675<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $3,750.00 | |

| | | | | |
|---|---|---|---|---|
| ISOMEDIA.COM<br>PO BOX 2228<br>SEATTLE, WA 981112228 | Claim Number: 5676<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED          Claimed: | $1,000.82 | Scheduled: | $223.94 | |

| | | |
|---|---|---|
| WORRALL, DEBORAH A.<br>214 SETTLERS VALLEY DR<br>PFLUGERVILLE, TX 78660 | Claim Number: 5677<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $3,501.95 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLACKAMAS COUNTY TAX COLLECTOR<br>ATTN BOB VROMAN, COUNTY ASSESSOR<br>168 WARNER MILNE RD<br>OREGON CITY, OR 97045 | Claim Number: 5678<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $435.77 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $2,014.21 | | |

| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN CHARLES W. SEMBLER, TAX COLLECTOR<br>PO BOX 1509<br>VERO BEACH, FL 32961-1509 | Claim Number: 5679<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| SECURED | Claimed: | $826.17   UNLIQ |
|---|---|---|

| HATT, JON B.<br>1551 BISCAYNE WAY<br>MARCO ISLAND, FL 34145 | Claim Number: 5680<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,965.00 |
|---|---|---|

| SPAIN, ALBERT H. & LYNN P. JT TEN<br>1798 POINTE DRIVE<br>TALBOTT, TN 37877 | Claim Number: 5681<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,048.00 |
|---|---|---|

| TUMMINELLO, JOHN<br>5111 KENERLY PINES CT.<br>ST. LOUIS, MO 63128 | Claim Number: 5682<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

| FILTERFRESH TRI STATE<br>PO BOX 634915<br>CINCINNATI, OH 45263-4915 | Claim Number: 5683<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $310.18 | Scheduled: | $71.60 |
|---|---|---|---|---|

| FILTERFRESH TRI STATE<br>PO BOX 634915<br>CINCINNATI, OH 45263-4915 | Claim Number: 5684<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $147.00 | Scheduled: | $105.85 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NASHVILLE ELECTRIC SERVICE<br>ATTN BRENDA MCCULLOUGH/SUPERVISOR<br>1214 CHURCH STREET<br>NASHVILLE, TN 37246-0003 | Claim Number: 5685<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $198.35 | Scheduled: | $334.50 |
|---|---|---|---|---|

| BINGMAN, MAX E. & ELEANOR JT TEN<br>177 SO. ROOSEVELT<br>MOSCOW, ID 83843-3685 | Claim Number: 5686<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,230.75 |
|---|---|---|

| GERSHON, ANDREW M.<br>19 BEACH STREET # 5<br>NEW YORK, NY 10013 | Claim Number: 5687<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SHERWIN, KELLEY M.<br>25975 ATWOOD AVE.<br>WARRENS, WI 54666-8507 | Claim Number: 5688<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,575.32 |
|---|---|---|

| NATIONAL ACCEPTANCE CORP<br>ATTN PRESIDENT<br>PO BOX 25610<br>SCOTTSDALE, AZ 85255 | Claim Number: 5689<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $2,265.93 |
|---|---|---|

| NEWMAN, CHARLES J<br>PO BOX 25610<br>SCOTTSDALE, AZ 85255 | Claim Number: 5690<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,876.90 |
|---|---|---|

| GUSTAFSON, KATHY A<br>703 DAHLIA DRIVE<br>MONROEVILLE, PA 15146 | Claim Number: 5691<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,682.69  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ENGEL, WILLIAM
9736 ALCOTT ST
LOS ANGELES, CA 90035

Claim Number: 5692
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,746.45 | | |

---

THOMPSON, MARIE
67 WAVERCREST DR.
MASTIC BEACH, NY 11951

Claim Number: 5693
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,364.62 | Scheduled: | $2,364.62  CONT |

---

SCOTT, RENEE M
3532 DELRAY DR
FORT WAYNE, IN 46815

Claim Number: 5694
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,776.92 | Scheduled: | $1,776.92  CONT |

---

SALT LAKE APPRAISING CO.
ATTN LOREN K KNAPHUS
PMB 223
138 E 12300 S STE C
DRAPER, UT 84020-7965

Claim Number: 5695
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | | |

---

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-01
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5860 (09/15/2008)

ADMINISTRATIVE

---

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-02
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5860 (09/15/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $531,811.27 | Scheduled: | $32,002.61 |

---

HOFER APPRAISAL SERVICE INC.
ATTN DAVID S. HOFER, PRESIDENT
42 SCORPION CT
HENDERSON, NV 89074

Claim Number: 5697
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $875.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SNYDER, LINDA
1308 SOMMERHILL PL.
LOUISVILLE, KY 40223

Claim Number: 5698
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,852.10 |
|---|---|---|

---

UBS FINANCIAL SERVICES, INC.
ATTN MAURINE K. KAESTNER, TTEE
4801 OLYMPIA PARK PLAZA, SUITE 4000
LOUISVILLE, KY 40241

Claim Number: 5699
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

STRADA, TORY
602 W COMSTOCK AVE
GLENDORA, CA 91741

Claim Number: 5700
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,465.41 | Scheduled: | $4,892.10  CONT |
|---|---|---|---|---|

---

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

Claim Number: 5701
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $1,319.35 |
|---|---|---|

---

PENTALPHA GROUP LLC
ATTN JILL GILBERT CALLAHAN, PRESIDENT
ONE GREENWICH OFFICE PARK NORTH
GREENWICH, CT 06831

Claim Number: 5702
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $292,500.00 | Scheduled: | $292,500.00 |
|---|---|---|---|---|

---

HENDERSON APPRAISAL CO. INC.
5364 EHRLICH ROAD # 71
TAMPA, FL 33624

Claim Number: 5703
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $4,600.00 |
|---|---|---|

---

DYE, ROSS W. & NORMA J. JT TEN
5128 DEWDROP LANE
FORT WORTH, TX 76123-1931

Claim Number: 5704
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| D M VALUATION, INC.<br>ATTN DAVID DESKG, OWNER<br>15195 FARMINGTON RD # A-6<br>LAVONIA, MI 48154 | Claim Number: 5705<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |

| UNSECURED | Claimed: | $2,800.00 | | |

---

| SAFEGUARD PROPERTIES<br>650 SAFEGUARD PLAZA<br>BROOKLYN HEIGHTS, OH 44131 | Claim Number: 5706<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | |

| UNSECURED | Claimed: | $68,458.94 | Scheduled: | $580.00 |

---

| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | Claim Number: 5707<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |

| UNSECURED | Claimed: | $10,655.00 | | |

---

| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | Claim Number: 5708<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |

| UNSECURED | Claimed: | $9,952.00 | | |

---

| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | Claim Number: 5709<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |

| UNSECURED | Claimed: | $6,345.00 | | |

---

| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | Claim Number: 5710<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |

| UNSECURED | Claimed: | $6,815.40 | | |

---

| CALLAHAN, BARBARA L<br>2443 MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | Claim Number: 5711<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |

| PRIORITY | Claimed: | $1,834.61 | Scheduled: | $1,834.61  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SEDGWICK COUNTY<br>OFFICE OF THE COUNTY COUNSELOR<br>PATRICIA J PARKER # 10413<br>525 N. MAIN, SUITE 359<br>WICHITA, KS 67203-3790 | Claim Number: 5712<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,294.54 |
|---|---|---|

| JUDY, HARRY F.<br>3914 SEQUOIA<br>LEES SUMMIT, MO 64064 | Claim Number: 5713<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

| LIU, CHIEN<br>8100 TOMAHAWK ROAD<br>PRAIRIE VILLAGE, KS 66208 | Claim Number: 5714<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| JUDY, HARRY F.<br>3914 SEQUOIA<br>LEES SUMMIT, MO 64064 | Claim Number: 5715<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

| LIU, CHIEN<br>8100 TOMAHAWK ROAD<br>PRAIRIE VILLAGE, KS 66208 | Claim Number: 5716<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

| SNELL, GEORGE E. & PATRICIA A.<br>4506 HARVARD LANE<br>KANSAS CITY, MO 64133 | Claim Number: 5717<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| ABENDROTH, EMERSON I. & JULIANN D.<br>9247 OUTLOOK DRIVE<br>OVERLAND PARK, KS 66207 | Claim Number: 5718<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JACOBSON, KENT J.
7329 N. CONGRESS
KANSAS CITY, MO 64152

Claim Number: 5719
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,983.12 |
| --- | --- | --- |

---

SHERATON COLUMBIA
ATTN SCOTT HERMANI, DIRECTOR OF FINANCE
10207 WINCOPIN CIRCLE
COLUMBIA, MD 21044

Claim Number: 5720
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| UNSECURED | Claimed: | $22,846.44 | Scheduled: | $28,226.34 |
| --- | --- | --- | --- | --- |

---

LUENEBURG, JANE
317 S VIEW DR
TOMAHAWK, WI 54487-1800

Claim Number: 5721
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $57,776.40 |
| --- | --- | --- |

---

JANE LUENEBURG, IRA
317 S VIEW DR
TOMAHAWK, WI 54487-1800

Claim Number: 5722
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,175.49 |
| --- | --- | --- |

---

LUENEBURG, RONALD H.
317 S VIEW DR
TOMAHAWK, WI 54487-1800

Claim Number: 5723
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,956.69 |
| --- | --- | --- |

---

SCOTT, HARRY V. AND BERTHA J.
3 RIDGE DRIVE
CROSS LANES, WV 25313

Claim Number: 5724
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

CERTIFIED PROPERTY INSPECTIONS
ATTN PRESIDENT
3712 N BROADWAY ST # 300
CHICAGO, IL 60613 4235

Claim Number: 5725
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8947 (06/21/2010)

| UNSECURED | Claimed: | $1,780.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5726
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,025.00 | Scheduled: | $1,025.00 |

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5727
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |

BRINKMAN, WILLIAM H.
8675 THE 5TH GREEN
ATLANTA, GA 30350-1625

Claim Number: 5728
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,917.95 |

BRINKMAN, WILLIAM H.
IRA ROLLOVER
6075 ROSWELL RD STE 610
ATLANTA, GA 30350-1625

Claim Number: 5729
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $39,168.85 |

BRINKMAN, WILLIAM H.
USAA FED SVGS BNK
C/F SPIRA SIMPLE
6075 ROSWELL RD. STE 610
ATLANTA, GA 30328

Claim Number: 5730
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,056.95 |

BRINKMAN, WILLIAM H.
6075 ROSWELL RD. STE 610
ATLANTA, GA 30328

Claim Number: 5731
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,225.00 |

IANAZZI, ELAINE
148 S DEAN ST
HICKSVILLE, NY 11801

Claim Number: 5732
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,038.15 | Scheduled: | $1,038.15  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ALACHUA COUNTY TAX COLLECTOR<br>ATTN: CAMMIE TALLEY<br>P.O. BOX 1439<br>GAINSVILLE, FL 32602 | Claim Number: 5733<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| SECURED | Claimed: | $17.15 |
| UTAH SYSTEM OF HIGHER EDUCATION<br>TROY CASERTA<br>BOARD OF REGENTS BUILDING, THE GATEWAY<br>60 SOUTH 400 WEST<br>SALT LAKE CITY, UT 84101-1284 | Claim Number: 5734<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $982.79 |
| JAHRLING, WALTER C. TTEE<br>AGNES B KEMP IRREV TRUST, DTD 8-19-98<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | Claim Number: 5735<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $20,000.00 |
| JAHRLING, JANE M. TTEE<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | Claim Number: 5736<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $12,500.00 |
| JAHRLING, WALTER TTEE<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | Claim Number: 5737<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $12,500.00 |
| JESUDAS, MATTHEW V. & SUSAN J.<br>2617 BEEMAN DR.<br>MESQUITE, TX 75181 | Claim Number: 5738<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| PRIORITY | Claimed: | $6,599.90 |
| CURAN, ROBERT J.<br>CUSTODIAN FOR MEGAN E. CURAN<br>105 BAY PORT LANE<br>MOORESVILLE, NC 28117 | Claim Number: 5739<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $12,572.23 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

JOHN W KIZZIAR DDS INC
DEFINED BENEFIT PLAN
P.O. BOX 36
HAYFORK, CA 96041

Claim Number: 5740
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

JESUDAS, JAMES M.
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5741
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,068.99 |
| UNSECURED | Claimed: | $2,068.99 |
| TOTAL | Claimed: | $2,068.99 |

---

JESUDAS, MATTHEW V. & SUSAN J.
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5742
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,495.60 |

---

JESUDAS, JAMES . IRA
TD AMERITRADE CLEARING CUSTODIAN
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5743
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,164.99 |

---

KEEGAN, MORGAN
ATTN: CYNTHIA HARLESS
11400 PARKSIDE DRIVE SUITE 200
KNOXVILLE, TN 37934

Claim Number: 5744
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,458.94 |

---

HEILNER, TOM
PO BOX 771828
STEAMBOAT SPRINGS, CO 80477

Claim Number: 5745
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,359.53 |

---

GAMBLE, HILDA R. TTEE
HILDA R. GAMBLE CARING TRUST U/A 12/6/94
1514 FIRST PARKWAY
WASHINGTON, MO 63090

Claim Number: 5746
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9995 (05/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,073.13 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GAMBLE, HILDA R. TTEE<br>HILDA R. GAMBLE CARING TRUST U/A 12/6/94<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5747<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,113.35 |
| GAMBLE, HILDA R.<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5748<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9995 (05/09/2011) |
| UNSECURED | Claimed: | $51,808.35 |
| GAMBLE, HILDA R.<br>NFS/FMTC ROLLOVER IRA<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5749<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $39,316.70 |
| WILKINS, MICHAEL W.<br>1907 LAKE VILLAGE DR<br>KINGWOOD, TX 77339-3350 | | Claim Number: 5750<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $46,000.00 |
| POLENZ, ALLAN R. & MARLA J. NELSON<br>JTTEN<br>11047 SW RED CLOUD ROAD<br>POWELL BUTTE, OR 97753-1528 | | Claim Number: 5751<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,371.59 |
| SCHIMMEL, PAULINDA<br>2652 ZORADA DR.<br>LOS ANGELES, CA 90046 | | Claim Number: 5752<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,172.00 |
| UNSECURED | Claimed: | $2,172.00 |
| TOTAL | Claimed: | $2,172.00 |
| BIEBER, OTTO A. CPA RE TTEE<br>OTTO A. BIEBER, MNY PEER. PLAN.<br>FBO OTTO A. BIEBER<br>1132 W. 53RD ST. B1<br>DAVENPORT, IA 52806 | | Claim Number: 5753<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,952.07 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBERT W. BAIRD & CO., INC. TTEE
FBO OTTO A. BIEBER, IRA
1132 W. 53RD ST B1
DAVENPORT, IA 52806

Claim Number: 5754
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,097.24 |
|---|---|---|

---

BIEBER, OTTO A. PC
1132 W. 53RD ST. B-Z
DAVENPORT, IA 52806

Claim Number: 5755
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,872.05 |
|---|---|---|

---

BAKER, FRANK W.
3354 WARRINGHAM AVE
WATERFORD, MI 48329

Claim Number: 5756
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

FULKERSON, LARRY W.
22321 MCARDLE RD.
BEND, OR 97702-9666

Claim Number: 5757
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,621.50 |
|---|---|---|

---

CAIN, MARION W.
LAW OFFICES OF MARION W. CAIN, PC
127 LEWIS STREET
SAN ANTONIO, TX 78212

Claim Number: 5758
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $307.00 |
|---|---|---|

---

STATHAM, MARK
6535 C.R. 11
RISING SUN, OH 43457

Claim Number: 5759
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,247.98 |
|---|---|---|

---

BOYLE BROWN, MARION JANE
9595 E ARBOR PLACE
ENGLEWOOD, CO 80111

Claim Number: 5760
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,779.49   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WHITESELL, DAVID F. & DIANE Y.<br>JT TEN WROS<br>9680 JERDIK DR NW<br>MOORE HAVEN, FL 33471-8653 | | Claim Number: 5761<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,230.46 | |

---

| HORWIN, LOUIS<br>7670 E. LA JUNTA RD.<br>SCOTTSDALE, AZ 85255 | | Claim Number: 5762<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,252.00 | |

---

| KLIMISCH, KENNETH W.<br>901 MAPLE ST.<br>NORTHFIELD, MN 55057-2616 | | Claim Number: 5763<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,855.95 | |

---

| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 01844 | | Claim Number: 5764<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,211.54 | |

---

| GERHARTER, DAN<br>4122 GRAF<br>BOZEMAN, MT 59715 | | Claim Number: 5765<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,418.96 | |

---

| MCCORMICK, KATHLEEN.<br>413 JEFFREY AVE<br>EAST MEADOW, NY 11554 | | Claim Number: 5766<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| FRANCO, CHRIS A<br>1931 SAINT SIMONS ST<br>SAVANNAH, TX 76227-7759 | | Claim Number: 5767<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $553.85 | Scheduled: | $553.85  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MULLANE, WILLIAM E. & CYNTHIA M.
****NO ADDRESS PROVIDED****

Claim Number: 5768
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,348.00 |
|---|---|---|

VALLEJO, MARIA (CARMEN)
12370 W ADAMS ST
AVONDALE, AZ 85323-8011

Claim Number: 5769
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $679.33 | Scheduled: | $207.69  CONT |
|---|---|---|---|---|

BREUNSER, MATHIAS J.
14000 NORTH 94TH ST # 3163
SCOTTSDALE, AZ 85260

Claim Number: 5770
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

D'HAGAN, PATRICK J.
18422 PINE CONE DR. #4
TINLEY PARK, IL 60477

Claim Number: 5771
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

OSTROW, PHILIP S.
213 HERITAGE POINTE
MORGANTOWN, WV 26505-2831

Claim Number: 5772
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,184.00 |
|---|---|---|

SHEAFFER, ROBERT B. JR.
3308 SODA CANYON DRIVE
CERES, CA 95307

Claim Number: 5773
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,346.00 |
|---|---|---|

AMAYA, VICTOR M.
8104 OPAL MIST CT SW
ALBUQUERQUE, NM 87121

Claim Number: 5774
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,540.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CASCADE NATURAL GAS CORPORATION<br>8113 W GRANDRIDGE BLVD<br>KENNEWICK, WA 99336-7166 | Claim Number: 5775<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $116.08 | | |
|---|---|---|---|---|

| WATSON, ELEVEE<br>5670 MIDDLECOFF DR<br>WEST PALM BCH, FL 334131239 | Claim Number: 5776<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

| FREDERICK ASSOCIATES<br>FRED MULLER<br>97452 DIAMOND HEAD DRIVE<br>DIAMONDHEAD, MS 39525 | Claim Number: 5777<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,162.45 | | |
|---|---|---|---|---|

| GUO, ZHIWEN<br>5219 MODENA CT<br>PLEASANTON, CA 94588 | Claim Number: 5778<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,200.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| BUMPUS APPRAISAL SERVICE<br>ATTN JANE BUMPUS - APPRAISER<br>102 E 5 ST<br>LAMPASAS, TX 76550 | Claim Number: 5779<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $100.00 | | |
|---|---|---|---|---|

| NOBILE, JESSE<br>4120 N MISSOURI AVE<br>PORTLAND, OR 972173144 | Claim Number: 5780<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,153.99 | | |

| KINDLE, THERESA Y.<br>FCC AS CUSTODIAN<br>809 SHERBROOK<br>RICHARDSON, TX 75080-3015 | Claim Number: 5781<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,251.54 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

BITTLINGMAIER, HERBERT
56 TOWN GREEN DR.
ELMSFORD, NY 10523-2322

Claim Number: 5782
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,719.88 | | |
|---|---|---|---|---|

BRUMFIELD, SHARON D.
13033 BUMPY HOLLOW LANE
HANOVER, VA 23069

Claim Number: 5783
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $660.00 | Scheduled: | $325.00 |
|---|---|---|---|---|

MAURER, JOANNE
3 SPRINGHOUSE LANE
MYERSTOWN, PA 17067

Claim Number: 5784
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,750.00 | | |
|---|---|---|---|---|

STRUPHAR, GARY A. & VERNA M.
1760 LOUSER RD
ANNVILLE, PA 17003

Claim Number: 5785
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

GO, HOWARD T.
10129 REED LANE
ELLICOTT CITY, MD 21042

Claim Number: 5786
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,305.01 | | |
|---|---|---|---|---|

DEMITZ, DWIGHT & ELEANOR
7001 BIRCH POINT RD.
TRAVERSE CITY, MI 49684

Claim Number: 5787
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,195.00 | | |
|---|---|---|---|---|

DEMITZ, ELEANOR
7001 BIRCHPOINT ROAD
TRAVERSE CITY, MI 49684

Claim Number: 5788
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,051.30 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KAMHOLZ, DARRELL<br>19 UNION STATION ROAD<br>N. CHILI, NY 14514 | | Claim Number: 5789<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,905.13 |
| NOER, VICTOR<br>5527 HIGHPOINT CT SE<br>PRIOR LAKE, MN 55372-3376 | | Claim Number: 5790<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $9,190.00 |
| MASTERS, HAROLD J. & CHERYL H.<br>JT TEN<br>412 GERONA RD.<br>ST. AUGUSTINE, FL 32086 | | Claim Number: 5791<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STUTZMAN, RYAN<br>2211 E PARKWAY DR<br>MOUNT VERNON, WA 98273-5541 | | Claim Number: 5792<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,454.10 |
| KUKES, JERRY W.<br>30024 SCENIC DR. N.E.<br>POULSBO, WA 98370 | | Claim Number: 5793<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $354,718.00 |
| WENG, DACONG<br>28112 RIDGEFOREST CT.<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 5794<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $8,000.00 |
| HAMRICK, TERRY LEE<br>3835 BISHOPS WALK<br>CUMMING, GA 300419295 | | Claim Number: 5795<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $450.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TEITELBAUM, MARTIN J.<br>20 CHESTER ST.<br>SMITHTOWN, NY 11787 | | Claim Number: 5796<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $3,208.00 |

---

| | | |
|---|---|---|
| ESSER, RICHARD<br>725 APPALOOSA DRIVE<br>WALNUT CREEK, CA 94596 | | Claim Number: 5797<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| STANTON, SHANE<br>2382 SW BORDER WAY<br>GRESHAM, OR 970806365 | | Claim Number: 5798<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $37,708.95 |

---

| | | |
|---|---|---|
| OMMUNDSON, RAYMOND & ARDITH<br>2076 W. EVENING STAR ROAD<br>POST FALLS, ID 83854 | | Claim Number: 5799<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,340.83 |

---

| | | |
|---|---|---|
| YOUNG, MICHAEL E.<br>861 A OLD TAXVILLE RD<br>YORK, PA 17404 | | Claim Number: 5800<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,694.99 |

---

| | | |
|---|---|---|
| WELCH MARITAL TRUST<br>ELIZABETH WELCH, TR.<br>3444 GODDARD RD.<br>TOLEDO, OH 43606 | | Claim Number: 5801<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | | | |
|---|---|---|---|---|
| BAUTISTA, REBECCA (BECKY)<br>3555 37TH ST.<br>APT. A<br>SAN DIEGO, CA 92105 | | Claim Number: 5802<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $715.37 | Scheduled: | $715.37  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAUE, THELMA & ORVILLE
JT WROS
16149 NORTH COUNTRY ESTATES RD
EFFINGHAM, IL 62401

Claim Number: 5803
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|-----------|----------|-----------|

---

TOPHAM, JAMES
21 EDEL WEISS PT. N.W.
CALGARY, AB T3A 4N4
CANADA

Claim Number: 5804
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,464.00 |
|-----------|----------|-----------|

---

ESSER, RICHARD
725 APPALOOSA DRIVE
WALNUT CREEK, CA 94596

Claim Number: 5805
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|-----------|----------|-----------|

---

GO, HOWARD T.
10129 REED LANE
ELLICOTT CITY, MD 21042

Claim Number: 5806
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $4,650.00 |
|---------|----------|-----------|

---

NIEHOFF, MARGUERITE T.
2 ELK RUN DR.
ST. PETERS, MO 63376

Claim Number: 5807
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $625.00 | Scheduled: | $908.65  CONT |
|----------|----------|---------|-----------|---------------|

---

PARISH, JOSEPH G. PSP DTD 1/1/89
JOSEPH G PARISH TTEE
2942 LEXINGTON RD
LOUISVILLE, KY 40206-2934

Claim Number: 5808
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $47,632.00 |
|----------|----------|------------|

---

DOONAR, WILLIAM
41 WRIGHTS MILL RD
ARMONK, NY 10504

Claim Number: 5809
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,114.00 |
|-----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HAKES, ALMA R.<br>2113 NEW STATE RD<br>NORWALK, OH 44857-9165 | | Claim Number: 5810<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $44,634.39 | | |
| NORTON, WILLIAM J.<br>14761 TRILLIUM DR<br>AUGUSTA, MI 490129329 | | Claim Number: 5811<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $780.00 | | |
| UNSECURED | Claimed: | $780.00 | | |
| TOTAL | Claimed: | $780.00 | | |
| SALCEDO, MICHAELANGELO<br>9801 LAKESIDE LANE<br>PORT RICHEY, FL 34668 | | Claim Number: 5812<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,438.00 | | |
| MASSIE, SANDI & TOM<br>JT WROS<br>1334 HICKORY<br>WAHOO, NE 68066 | | Claim Number: 5813<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,407.75 | | |
| LORRAINE BEAMAN TRUST<br>1217 HICKORY ST<br>WAHOO, NE 68066 | | Claim Number: 5814<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,055.35 | | |
| GOLDBERG, C. DAVID<br>ATTORNEY AT LAW<br>357 BARR AVENUE<br>WOODMERE, NY 11598 | | Claim Number: 5815<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
| FOX, MARTIN<br>11204 CEDAR<br>LEAWOOD, KS 66211 | | Claim Number: 5816<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,936.39 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FOX, MARTIN
11204 CEDAR
LEAWOOD, KS 66211

Claim Number: 5817
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,667.95 |
| --- | --- | --- |

---

SIMMONS, DEBORAH A
1250 HIGHFIELD CT APT 203
BETHEL PARK, PA 151024119

Claim Number: 5818
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,824.23 |
| --- | --- | --- |

---

ACCURATE OFFICE INSTALLATION
ATTN JEFF PITTS, OWNER
12788 N.W. SHELDAHL DR.
POLK CITY, IA 50226

Claim Number: 5819
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $847.00 | Scheduled: | $847.00 |
| --- | --- | --- | --- | --- |

---

FULLER, MELVIN S. & BARBARA N.
132 PINE RIDGE DR
WHISPER PNES, NC 28327-9484

Claim Number: 5820
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.12 |
| --- | --- | --- |

---

ASQUITH, DON & JO ANN
JT TEN
3784 CO RD 8 SE
ST CLOUD, MN 56304

Claim Number: 5821
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,000.00 |
| --- | --- | --- |

---

HENDERSON, JOHN
1505 NE 70TH TERRACE
KANSAS CITY, MO 64118

Claim Number: 5822
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,450.00 |
| --- | --- | --- |

---

WITT, WILLIAM J.
10570 NE REINKING RD
KANSAS CITY, MO 64156

Claim Number: 5823
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,500.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROSEN, STANLEY C.
6179 EVIAN PL
BOYNTON BEACH, FL 33437

Claim Number: 5824
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

THANGAMUTHU, KANDASWAMY
707 CONTINENTAL CIRCLE
APT. 225
MOUNTAIN VIEW, CA 94040

Claim Number: 5825
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,299.87 |
|-----------|----------|-----------|

---

D&R APPRAISALS, LLC
ATTN PATRICK J. REHMER
P.O. BOX 733
ROCKY MOUNT, MO 65072

Claim Number: 5826
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $600.00   UNLIQ |
|-----------|----------|-----------------|

---

RUSTIN, CYRUS & TAMERA
4904 CODY DR
WEST DES MOINES, IA 50265

Claim Number: 5827
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,157.00 |
|----------|----------|-----------|

---

TODD, WILLIAM
129 DONNA DR
HOPKINSVILLE, KY 42240-5263

Claim Number: 5828
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 |
|-----------|----------|---------|------------|---------|

---

GEFFNER-ATIYA, STACIE & YOSEF ATIYA
12-28 FAIRCLOUGH PL
FAIR LAWN, NJ 07410

Claim Number: 5829
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,417.95 |
|-----------|----------|-----------|

---

CAMERANO, LAWRENCE R. JTWROS
DEBRA CAMERANO
28 FLAMINGO HAMMOCK RD
ISLAMORADA, FL 33036

Claim Number: 5830
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED   | Claimed: | $0.00     |
|-----------|----------|-----------|
| UNSECURED | Claimed: | $1,050.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CAMERANO, LAWRENCE R. JT TEN<br>DEBRA CAMERANO<br>28 FLAMINGO HAMMOCK RD<br>ISLAMORADA, FL 33036 | Claim Number: 5831<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $500.00 |

---

| TIZZANO, CHRISTOPHER R<br>61 VIEW ACRE DR<br>HUNTINGTON, NY 11743 | Claim Number: 5832<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08 CONT |

---

| STANTON, SHANE M<br>2382 SW BORDER WAY<br>GRESHAM, OR 970806365 | Claim Number: 5833<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $26,756.51 | Scheduled: | $37,708.95 CONT |

---

| BISHOP WHITE & MARSHALL, P.S.<br>ATTN WILLIAM L. BISHOP, ATTORNEY<br>720 OLIVE WAY # 1301<br>SEATTLE, WA 98111 | Claim Number: 5834<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|

| UNSECURED | Claimed: | $819.32 |

---

| PATTON, NATHANIEL<br>12623 W BENT TREE DR<br>PEORIA, AZ 85383-3950 | Claim Number: 5835<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $271.04 | Scheduled: | $271.04 CONT |

---

| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | Claim Number: 5836<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $33,821.03 | Scheduled: | $33,614.78 CONT |

---

| RUSSELL, MERRILL R.<br>5784 NORTHFIELD PKWY.<br>TROY, MI 48098 | Claim Number: 5837<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,949.19 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROBINSON, STEPHEN D.
3213 COLGATE AVE
DALLAS, TX 75225-4826

Claim Number: 5838
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

BACH, JAMES P.
513 REDONDO DRIVE
CHESTERFIELD, MO 63017

Claim Number: 5839
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,959.35 |

---

BACH, BRYON
219 PARASOL DR
CHESTERFIELD, MO 63017

Claim Number: 5840
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,561.75 |

---

PRATT, MARSHALL
CHARLES SCHWAB & CO INC. CUST
IRA ROLLOVER
2517 WATERFORD COURT
SANFORD, NC 27330

Claim Number: 5841
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,933.30 |
| UNSECURED | Claimed: | $1,933.30 |
| TOTAL | Claimed: | $1,933.30 |

---

DUNBAR, RICHARD
1556 POPLAR DR
ORMOND BEACH, FL 32174

Claim Number: 5842
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,838.00 |

---

FENNER, CATHERINE M.
11520 FLINT
OVERLAND PARK, KS 66210

Claim Number: 5843
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

FENNER, ARNOLD M.
11520 FLINT
OVERLAND PARK, KS 66210

Claim Number: 5844
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SHERWIN, KELLEY M.<br>25975 ATWOOD AVE.<br>WARRENS, WI 54666-8507 | | Claim Number: 5845<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $16,724.39 |
| PREMIER BUSINESS CENTERS<br>ATTN JEFF REINGTEIN, CEO<br>400 CORPORATE POINTE, STE 300<br>CULVER CITY, CA 90230 | | Claim Number: 5846<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $10,129.68 |
| CEBULSKI, MARIANNE<br>1578 POINT DR.<br>BENSALEM, PA 19020 | | Claim Number: 5847<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,981.52 |
| CEBULSKI, MARIANNE<br>1578 POINT DR.<br>BENSALEM, PA 19020 | | Claim Number: 5848<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,204.52 |
| GUMBS, RONALD W.<br>160 WYCKOFF WAY W.<br>EAST BRUNSWICK, NJ 08816 | | Claim Number: 5849<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $23.78 |
| POGODA, TERRI KRANGEL<br>91 MYRTLE ST.<br>MEDFORD, MA 02155 | | Claim Number: 5850<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,163.70 |
| FERRIS, ROBERTA T. & KENNETH C.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | | Claim Number: 5851<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,831.36 |
| UNSECURED | Claimed: | $9,831.36 |
| TOTAL | Claimed: | $9,831.36 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FERRIS, ROBERTA T. & KENNETH C.
JT TEN
170 SHORELINE DR. S.H.
MALAKOFF, TX 75148-4755

Claim Number: 5852
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,946.25 |
| UNSECURED | Claimed: | $9,946.25 |
| TOTAL | Claimed: | $9,946.25 |

---

FERRIS, KENNETH C. & ROBERTA T.
JT TEN
170 SHORELINE DR. S.H.
MALAKOFF, TX 75148-4755

Claim Number: 5853
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,865.54 |
| UNSECURED | Claimed: | $6,865.54 |
| TOTAL | Claimed: | $6,865.54 |

---

FERRIS, KENNETH C.
JT TEN
170 SHORELINE DR. S.H.
MALAKOFF, TX 75148-4755

Claim Number: 5854
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,263.00 |
| UNSECURED | Claimed: | $9,263.00 |
| TOTAL | Claimed: | $9,263.00 |

---

DING, YIMING
59 MILL ST.
QUINCY, MA 02169

Claim Number: 5855
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $510.98 |

---

DING, YIMING
59 MILL ST.
QUINCY, MA 02169

Claim Number: 5856
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,753.42 |

---

SUI, XINXIN
59 MILL ST.
QUINCY, MA 02169

Claim Number: 5857
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,869.98 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CORBIN, DAVID L
1235 NAZARETH RD
LEXINGTON, SC 290737774

Claim Number: 5858
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,032.00 | Scheduled: | $1,270.00  CONT |

---

CANNONE, DOLORES E.
9 EASTVIEW TER.
EASTON, PA 18045

Claim Number: 5859
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7.00 |
| UNSECURED | Claimed: | $2,707.00 |

---

REMSBERG, THOMAS D.
7229 HOLSTER ROAD
MIDDLETOWN, MD 21769

Claim Number: 5860
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,564.28 |

---

MORRIS, CINDY
3716 BAKERSTOWN RD
GIBSONIA, PA 150449738

Claim Number: 5861
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,261.28  CONT |
| UNSECURED | Claimed: | $1,130.82 | | |

---

LACY, JULIE
49 BEACH AVENUE
HULL, MA 02045-2539

Claim Number: 5862
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $118,725.00 |

---

LEE, WING & BOO I.
2379 CROPSEY AVE
BROOKLYN, NY 11214

Claim Number: 5863
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,500.00 |

---

STEIN, ROSS A.
10 E 29TH ST APT 36C
NEW YORK, NY 100167441

Claim Number: 5864
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,298.36 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BENEVENTANO, LOIS<br>PO BOX 62<br>EAST MEADOW, NY 11554 | Claim Number: 5865<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,173.63 | |

| ESPOSITO, IRENE<br>22 TURNBERRY COURT<br>MONROE, NY 10950 | Claim Number: 5866<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,709.62 | Scheduled: $1,709.62 CONT |

| ALLEN, MICHELE A. (SHELLY)<br>1420 PORT CT<br>OAKLEY, CA 94561 | Claim Number: 5867<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,025.85 | Scheduled: $1,254.73 CONT |

| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 5868<br>Claim Date: 12/19/2007<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 5869<br>Claim Date: 12/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 5870<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| ZANLERIGU, JEFFREY<br>7518 N. WOLCOTT AVE<br>CHICAGO, IL 60626 | Claim Number: 5871<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ANDERSEN, GARY A.<br>2100 SURREY LANE<br>MC KINNEY, TX 75070 | Claim Number: 5872<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED            Claimed: | $14,666.65 |

| ANDERSEN, GARY A. & MARJORIE<br>2100 SURREY LANE<br>MC KINNEY, TX 75070 | Claim Number: 5873<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED            Claimed: | $9,835.00 |

| FERRER, VICENTE<br>3315 WISCONSIN AVE., N.W.<br>WASHINGTON, DC 20016 | Claim Number: 5874<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $2,609.99 |

| BRATTOLI, FRANCESCO<br>2 MIAMI TRAIL<br>ROCKAWAY, NJ 07866 | Claim Number: 5875<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| SECURED            Claimed: | $3,560.00 |

| MARINARO, JAMES<br>75-A HILLWOOD DR<br>HUNTINGTON STATION, NY 11746 | Claim Number: 5876<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|
| PRIORITY            Claimed:        $1,305.44            Scheduled:        $1,305.44  CONT | |

| SLATER, RUTH<br>1270 NORTH AVE #4J<br>NEW ROCHELLE, NY 10804-2601 | Claim Number: 5877<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED            Claimed: | $32,047.06 |

| COLUMBIA TOWN<br>ATTN CAROL W. PRICE, TAX COLLECTOR<br>323 ROUTE 87<br>COLUMBIA, CT 06237 | Claim Number: 5878<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN |
|---|---|
| SECURED            Claimed: | $3,266.67 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| KEOWN, SAMUEL GARLAND AND LAURA JOAN<br>6706 WIMBLEDON ESTATE DR.<br>SPRING, TX 77379 | | Claim Number: 5879<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $32,237.00 | | |

---

| | | | | |
|---|---|---|---|---|
| JACKSON, SABRINA<br>17 BUFFALO AVE APT 3A<br>FREEPORT, NY 11520-4042 | | Claim Number: 5880<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $863.92 | Scheduled: | $863.92 CONT |

---

| | | | | |
|---|---|---|---|---|
| STEIN, ROSS A.<br>10 E 29TH ST APT 36C<br>NEW YORK, NY 100167441 | | Claim Number: 5881<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $8,680.26 | | |

---

| | | | | |
|---|---|---|---|---|
| MACLIN, JILLIAN S<br>1111 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 5882<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $1,307.69 | Scheduled: | $2,225.00 CONT |

---

| | | | | |
|---|---|---|---|---|
| YING, CINDY ZHI-JING<br>400 CENTRAL PARK WEST 18P<br>NEW YORK, NY 10025-5856 | | Claim Number: 5883<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $29,324.96 | | |

---

| | | | | |
|---|---|---|---|---|
| DUNCANSON, WALTER W. & LYNNE F. JR.<br>P.O. BOX 166<br>SALISBURY, VT 05769 | | Claim Number: 5884<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| PALMER, MARK J.<br>P.O. BOX 310<br>GUY, TX 77444 | | Claim Number: 5885<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $885.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PATHAK, RAMESH<br>31 BLAISDELL WAY<br>FREMONT, CA 94536 | Claim Number: 5886<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $29,825.04 |

| MARTIN, STEPHEN E. FBO<br>FMT CO CUST IRA ROLLOVER<br>PO BOX 2090<br>BOOTHWYN, PA 19061-8090 | Claim Number: 5887<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED          Claimed: | $80,940.00 |

| RC RAWSON RETIREMENT<br>69 SINGINGWOOD LANE<br>ORINDA, CA 94563 | Claim Number: 5888<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,480.00 |

| JPETROPOULOS, PANAGIOTIS/HERRAS,ANGELIKI<br>DEXAURENIS 11<br>KILISSIA<br>ATHENS, 14563<br>GREECE | Claim Number: 5889<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,807.75 |

| FERRIS, JOHN<br>500 WEST 43RD STREET<br>APT 32F<br>NEW YORK, NY 10036 | Claim Number: 5890<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $23,826.25 |

| MORETTI, ALBERT V.<br>6 NORTH WARD AVE<br>RUMSON, NJ 07760 | Claim Number: 5891<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00    UNDET |

| MARTIN, STEPHEN E. IRA<br>TD AMERITRADE INC CUSTODIAN<br>PO BOX 2090<br>BOOTHWYN, PA 19061-8090 | Claim Number: 5892<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $13,305.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAILIN, SUSAN
128 EMERSON AVE
HARTSDALE, NY 10530-1350

Claim Number: 5893
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,643.75 |

---

TILAHUN, MAHARI R.
P.O. BOX 351045
LOS ANGELES, CA 90035

Claim Number: 5894
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,048.83 |

---

SAUER, DARLENE A
411 N. MAIN ST.
MANCHESTER, PA 17345

Claim Number: 5895
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,122.00 | | $1,122.00 CONT |

---

COLLINS, KENNETH R. (KEN)
26 WYOMING DRIVE
HUNTINGTON STATION, NY 11746

Claim Number: 5896
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $6,337.69 |

---

SHOOP, JAMES L.
400 ALBASIO COURT
ANGELS CAMP, CA 95222-9756

Claim Number: 5897
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $4,253.51 |

---

SHOOP, JAMES L
400 ALBASIO COURT
ANGELS CAMP, CA 95222

Claim Number: 5898
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $4,537.01 | | $4,537.01 CONT |
| UNSECURED | | $10,151.47 | | $10,100.70 CONT |

---

SHOREHAM VIEWRIDGE, LLC
D/B/A SHOREHAM PLACE
ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL
1202 KETTNER BLVD., 3RD FLOOR
SAN DIEGO, CA 92101

Claim Number: 5899
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $75,119.17 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5900 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5901 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5902 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5903 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5904 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5905 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5906 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5907 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5908 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5909 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5910 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5911 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5912 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5913 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5914 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5915 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5916 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5917 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5918 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5919 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5920 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: EXPUNGED DOCKET: 7234 (04/07/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5921
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5922
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5923
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MURPHY, PATRICIA
347 GALWAY CT
BLOOMINGDALE, IL 60108-8808

Claim Number: 5924
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)
+

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,889.45 |

---

MEDINA, FREEDA
352 STONEGATE RD
BOLINGBROOK, IL 60440

Claim Number: 5925
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $1,764.00 | Scheduled: | $2,114.43  CONT |
|---|---|---|---|---|

---

FITZPATRICK, JAMES X.
25 NORWICH LANE
METHUEN, MA 01844

Claim Number: 5926
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,555.00 |
|---|---|---|

---

BUDGAR, ESTHER
3520 OAKS WAY APT 601
POMPANO BEACH, FL 33069

Claim Number: 5927
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $13,203.04 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| HANCE, NICOLE<br>129 ROYALLBROOK LN<br>OFALLON, MO 63368 | Claim Number: 5928<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85  CONT |
|---|---|---|---|---|

| MARRAH, ROBERT G.<br>7804 CREST HAMMOCK WAY<br>SARASOTA, FL 34240 | Claim Number: 5929<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $67,910.24 |
|---|---|---|

| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 117582562 | Claim Number: 5930<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) |
|---|---|

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT |
|---|---|---|---|---|

| APPRAISAL HUB<br>ATTN ERIC BOUSTANI, ATTORNEY<br>182 HOWORD ST., #410<br>SAN FRANCISCO, CA 94105 | Claim Number: 5931<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $43,225.00 |
|---|---|---|

| COLORADO INVESTORS REAL ESTATE SVCS, LLC<br>ATTN: GENE ZACHMAN<br>1630 A 30TH STREET, # 601<br>BOULDER, CO 80301 | Claim Number: 5932<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|

| UNSECURED | Claimed: | $81.54 |
|---|---|---|

| RUSSELL, GENE A.<br>401 2ND AVE S.<br>NASHVILLE, TN 37201 | Claim Number: 5933<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $197,425.00 |
|---|---|---|

| PYRAMID APPRAISAL SERVICES LLC<br>ATTN PATTY A. DIXON<br>P.O. BOX 1423<br>GLASTONBURY, CT 06033 | Claim Number: 5934<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,285.00 | Scheduled: | $550.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHARMA, SHALINI<br>6951 N. WESTER AVE.<br>UNIT # G<br>CHICAGO, IL 60645 | | Claim Number: 5935<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,247.00 |

| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5936<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5937<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5938<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5939<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | | Claim Number: 5940<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,876.95 |

| SCOTT, PAULA<br>95 LOCKE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 5941<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $11,842.72 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KENISTON, MARGARET
200 GROVE ST
READING, MA 01867-1422

Claim Number: 5942
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $27,374.33 |
|----------|----------|------------|

SCOTT, PAULA
95 LOCKE ROAD
CHELMSFORD, MA 01824

Claim Number: 5943
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,880.20 |
|----------|----------|-----------|

KENISTON, CHARLES
200 GROVE ST
READING, MA 01867-1422

Claim Number: 5944
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $18,726.00 |
|----------|----------|------------|

KENISTON, CHARLES
200 GROVE ST
READING, MA 01867-1422

Claim Number: 5945
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $25,763.80 |
|----------|----------|------------|

GUMMADI, DURGA DEVI
57118 NIGHTINGALE WAY
INDIAN LAND, SC 29707

Claim Number: 5946
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

PERRY APPRAISALS
C/O MATTHEW W. TIFFANY, ESQUIRE
770 INDEPENDENCE CIRCLE, STE 200
VIRGINIA BEACH, VA 23455

Claim Number: 5947
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,885.00 |
|-----------|----------|-----------|

MILLER, RICHARD, TTEE
PMB 36
8595 COLLIER BLVD STE 107
NAPLES, FL 34114-3556

Claim Number: 5948
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,925.87 |
|---------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHAH, BHANUKUMAR C.<br>RET. PLAN DTD 4/10/87<br>7015 CLEARWOOD CT<br>CINCINNATI, OH 45236-1467 | | Claim Number: 5949<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,328.94 | | |

| GANDHI, RAJESH<br>17 ARBUTUS WAY<br>MONMOUTH JUNCTION, NJ 08852 | | Claim Number: 5950<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,806.99 | | |

| MCCARTHY, CAROL<br>174 UNION AVE<br>HOLBROOK, NY 11741 | | Claim Number: 5951<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,303.85 | | |

| COLEMAN, SHARON L<br>1910 EKIN<br>NEW ALBANY, IN 47150 | | Claim Number: 5952<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $399.36 | Scheduled: | $399.36 |

| G&W APPRAISAL ASSOCIATES<br>PO BOX 981<br>WESTWOOD, MA 02090-0981 | | Claim Number: 5953<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | |

| CHAN, FONGPEIN L.<br>63-10 DIETELE CRES.<br>REGO PARK, NY 11374 | | Claim Number: 5954<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,846.00 | | |

| BAYLEY, HAIDAI T.<br>1223 W. SWAIN RD<br>STOCKTON, CA 95207 | | Claim Number: 5955<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,051.90 | | |
| SECURED | Claimed: | $950.95 | | |
| UNSECURED | Claimed: | $7,100.95 | | |
| TOTAL | Claimed: | $8,051.90 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAYLEY, HAIDAI TSAI
1223 W. SWAIN RD
STOCKTON, CA 95207

Claim Number: 5956
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,559.98 | |
| SECURED | Claimed: | $949.99 | |
| UNSECURED | Claimed: | $1,609.99 | |
| TOTAL | Claimed: | $2,559.98 | |

WALLACE, KEVIN
4227 DALEWOOD CIRCLE
THOUSAND OAKS, CA 91320

Claim Number: 5957
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,146.00 |

CONNELL, CANDACE L
3918 KNIGHTWAY DRIVE
FORT WAYNE, IN 46815

Claim Number: 5958
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT |

SOTO, JODY
3801 STRICKLAND MINE RD
PLACERVILLE, CA 956678287

Claim Number: 5959
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.30 | Scheduled: | $1,442.30  CONT |

DESIDERIO, MICHAEL
1139 ELDERON DR
WILMINGTON, DE 19808-1922

Claim Number: 5960
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $599.00 |

JAMERSON, WILLIAM D.
2701 ARCHERS MILL RD
SUFFOLK, VA 23434

Claim Number: 5961
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,196.00 |

GIBBS, E.C.
1004 ARKADELPHIA RD NE
HANCEVILLE, AL 35077

Claim Number: 5962
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,135.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HIENDLMAYR, THOMAS R<br>& JAN M ORMASA JTTEN<br>1841 PINEHURST AVE<br>SAINT PAUL, MN 55116 | Claim Number: 5963<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,480.00 | | |
|---|---|---|---|---|

| KORDIC, TOMISLAV (TOM)<br>2 HILTON COURT<br>STONY BROOK, NY 11790 | Claim Number: 5964<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,788.46 | Scheduled: | $2,788.46  CONT |
|---|---|---|---|---|

| COOPER, MR. & MRS. JACK D.<br>1805 HUNTINGTON DR<br>GRAND PRAIRIE, TX 75051-3730 | Claim Number: 5965<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| COOPER, MR. & MRS. JACK D.<br>1805 HUNTINGTON DR<br>GRAND PRAIRIE, TX 75051-3730 | Claim Number: 5966<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| STEWARD, JOHN<br>606 TITUS HILL RD<br>COLEBROOK, NH 035763627 | Claim Number: 5967<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $73.50 | | |
|---|---|---|---|---|

| SERGEY, JOHN M.<br>517 FALCON POINT DRIVE<br>NEW HOPE, PA 18938 | Claim Number: 5968<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $94,589.83 | | |
|---|---|---|---|---|

| PIERCE, CHRIS<br>1123 LE GREEN ST<br>HOUSTON, TX 770094409 | Claim Number: 5969<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| THATCHER, NICOLE<br>7639 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | | Claim Number: 5970<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31  CONT |
| DEFIANCE COUNTY<br>P.O. BOX 278<br>DEFIANCE, OH 43512 | | Claim Number: 5971<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| JADA, SIVANANDA S.<br>698 ANDREA COURT<br>CHESHIRE, CT 06410-2943 | | Claim Number: 5972<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $4,033.40 | | |
| GLENNING, DAVID E.<br>1918 GROCE MEADOW RD<br>TAYLORS, SC 29687 | | Claim Number: 5973<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $8,905.00 | | |
| ORTH & ASSOCIATES,INC<br>8217 SANTA ROSA CT<br>SARASOTA, FL 342433007 | | Claim Number: 5974<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,825.00 | | |
| GANDHI, DILIP N<br>5 FRANKLIN ST<br>PISCATAWAY, NJ 08854-3824 | | Claim Number: 5975<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CHO, JUNGSOON<br>1082 NORWAY DR<br>COLUMBUS, OH 43221-1658 | | Claim Number: 5976<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $59,357.00   UNDET | | |
| SECURED | Claimed: | $22.00   UNDET | | |
| UNSECURED | Claimed: | $59,335.00   UNDET | | |
| TOTAL | Claimed: | $59,357.00   UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MILLER, RICHARD C.<br>PMB 36<br>8595 COLLIER BLVD STE 107<br>NAPLES, FL 34114-3556 | Claim Number: 5977<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| SECURED          Claimed: | $32,374.69 |

| CULPEPPER, JOHNNY AND LINDA<br>C/O LEA A. WEEMS<br>LEGAL ASSISTANCE FOUNDATION<br>111 W. JACKSON BLVD., 3RD FLOOR<br>CHICAGO, IL 60604 | Claim Number: 5978<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $365,000.00 |

| GUGELEV, BORIS<br>483 WATCHUNG AVENUE<br>BLOOMFIELD, NJ 07003 | Claim Number: 5979<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY          Claimed: | $7,012.95 |

| HANCOCK, JERRY E.<br>4101 TATES CREEK CTR<br>PO BOX 150-322<br>LEXINGTON, KY 40517 | Claim Number: 5980<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| PRIORITY          Claimed: | $1,489.99 |

| SUNG, STEVEN LANG<br>SUNG LIVING TRUST<br>86 RAINFLOWER LANE<br>WEST WINDSOR, NJ 08550 | Claim Number: 5981<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $11,071.99 |

| DECK, PAUL F. & PAMELA H.<br>2026 NC 108 HWY<br>RUTHERFORDTON, NC 28139-7347 | Claim Number: 5982<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $17,264.85 |

| LEE, WING & BOO I<br>2379 CROPSEY AVE<br>BROOKLYN, NY 11214 | Claim Number: 5983<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $22,539.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REIMAN, MILFORD B.
9 AMES COURT
SHARON, MA 02067

Claim Number: 5984
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,850.81 | | |
|---|---|---|---|---|

---

BASRAI, DURRIYA
12 WINDSOR CT
STREAMWOOD, IL 60107

Claim Number: 5985
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,115.38 | Scheduled: | $3,426.92 CONT |
|---|---|---|---|---|

---

DAVALLE, MICHAEL J
215 E FIRST ST
HINSDALE, IL 60521

Claim Number: 5986
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,107.99 | | |
|---|---|---|---|---|

---

FRISHMAN, ISAAC, TRUSTEE
ISAAC & IDA FRISHMAN TRUST U/A/D 7/1/97
3084 SCOTTSBOROUGH WAY
RIVA, MD 21140-1421

Claim Number: 5987
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $125,095.38 | | |
|---|---|---|---|---|

---

CHEN, SHING MING
88 FOREST PARK DRIVE
CARLISLE, MA 01741-1003

Claim Number: 5988
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,100.00 | | |
|---|---|---|---|---|

---

PUSTYLNIK, MICHAEL
1224 KNOLLWOOD RD.
DEERFIELD, IL 60015

Claim Number: 5989
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| PRIORITY | Claimed: | $694.63 | | |
|---|---|---|---|---|

---

COLOSI, STEVE C. AND MARY JANE, JTWROS
34 CHICKADEE WAY
BECKLEY, WV 25801

Claim Number: 5990
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,988.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COLOSI, STEVE C. AND MARY JANE, JTWROS
34 CHICKADEE WAY
BECKLEY, WV 25801

Claim Number: 5991
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,444.00 | | |

---

FIRST HORIZON HOME LOANS
4000 HORIZON WAY
IRVING, TX 75063

Claim Number: 5992
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,506.27 | Scheduled: | $13,356.27 |

---

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

Claim Number: 5993
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $15,956.00 | | |

---

META PRODUCTIONS INC
SU CASA, SU GUIA SUBURBIOS
6108 W ROOSEVELT ROAD
OAK PARK, IL 60304

Claim Number: 5994
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 |

---

ZAFRAN, EVELYN
69-10 YELLOWSTONE BLVD
APT 311
FOREST HILLS, NY 11375-3707

Claim Number: 5995
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,998.95 | | |

---

GMAC MARTGAGE, LLC
C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL
465 SOUTH ST., STE 202
MORRISTOWN, NJ 07960

Claim Number: 5996
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $3,358.00 | | |
| UNSECURED | Claimed: | $40,296.00 | Scheduled: | $3,358.50 |

---

SHEALEY, DORNETTA
114 83 228TH ST
CAMBRIA HEIGHTS, NY 11411

Claim Number: 5997
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,845.15 | Scheduled: | $1,846.15  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WESTLAKE LEASING II, LLC
ATTN ELIZABETH A. STUHLDREHER, ATTY.
PO BOX 1517
CUMMING, GA 30028

Claim Number: 5998
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $310,416.65 |
|---|---|---|

---

WESTLAKE LEASING II, LLC
ATTN ELIZABETH A. STUHLDREHER, ATTY.
PO BOX 1517
CUMMING, GA 30028

Claim Number: 5999
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| ADMINISTRATIVE | Claimed: | $9,865.13 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $50.00 |

---

DERY, FRED J.
TRUSTEE FOR THE ESTATE OF ADELBERT MOSS
C/O SCOTT A. GIES, ESQ.
25800 NORTHWESTERN HWY., STE 950
SOUTHFIELD, MI 48075

Claim Number: 6000
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 9012 (09/15/2010)

| UNSECURED | Claimed: | $114,525.29 |
|---|---|---|

---

BIRDS AND EXOTICS ANIMAL CARE
ATTN KERRY BATEMAN
OFFICE MANAGER
814 JOHNNIE DODDS BLVD
MOUNT PLEASANT, SC 29464

Claim Number: 6001
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $5,100.00 |
|---|---|---|

---

MC KINNEY, JAMES B.
6526 HUGHES SPRINGS RD
LAS VEGAS, NV 89131-3145

Claim Number: 6002
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6003
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $207,328.92 |
|---|---|---|

---

KADISH, HERBERT S. & PHYLLIS R.
2905 WHITEWAY
AUSTIN, TX 78757-1616

Claim Number: 6004
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $4,989.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WEST COAST CONTRACTING OF NEVADA INC<br>ATTN MARIO RAMIREZ<br>PRESIDENT<br>7785 WHITE FIRST ST<br>RENO, NV 89523 | Claim Number: 6005<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED          Claimed: | | $425.00 | Scheduled: | $425.00 |
| CUMBERLAND CO TAX COLLECTOR<br>PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 | Claim Number: 6006<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY          Claimed: | | $87.32 | | |
| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | Claim Number: 6007<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED          Claimed: | | $99.98 | | |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | Claim Number: 6008<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED          Claimed: | | $0.00   UNDET | | |
| TAM, CHUNG<br>3741 PARADISE AVE<br>SOUTH LAKE TAHOE, CA 96150 | Claim Number: 6009<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | | $2,120.00<br>$2,222.99 | | |
| TREBBIEN, SUSAN M., CUSTODIAN FOR<br>529 E SILVERTHORN LN<br>PONTE  VEDRA, FL 320817012 | Claim Number: 6010<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED          Claimed: | | $24,473.90 | | |
| TREBBIEN, SUSAN M., CUSTODIAN FOR<br>529 E SILVERTHORN LN<br>PONTE VEDRA, FL 320817012 | Claim Number: 6011<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED          Claimed: | | $15,477.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SPURRIER, VANCE O.
7069 VALLEY TRAILS DRIVE
PLEASANTON, CA 94588

Claim Number: 6012
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $65,076.65 | | |

---

HODGE, JAMES G.
PO BOX 442
LAKE ISABELLA, CA 93240-0442

Claim Number: 6013
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,575.00 | | |

---

LENDER CHOICE NETWORK
444 W OCEAN BLVD STE 1400
LONG BEACH, CA 90802-4522

Claim Number: 6014
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $12,500.00 |

---

HOLLOWAY, MARK S.
7007 MARYLAND DR
URBANDALE, IA 50322

Claim Number: 6015
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $406.61 | | |

---

NELSON, MARY PENNELL
213 FORESIDE RD
FALMOUTH, ME 04105

Claim Number: 6016
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,904.26 | | |

---

MEREDITH, BERNARD & LILA
6411 RAYWOOD AVE
SAINT LOUIS, MO 63123

Claim Number: 6017
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

---

JERMAGIAN, ADAM
IRA
TD WATERHOUSE BANK CUSTODIAN
3712 PORTOFINO WAY #A
SANTA BARBARA, CA 93105-4430

Claim Number: 6018
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SOUTHARD, JEANNA D.<br>4551 AMY SAYE WALK<br>ACWORTH, GA 30101 | Claim Number: 6019<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $685.51 | |

| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | Claim Number: 6020<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | Scheduled:<br>$1,153.85 | $1,153.85  CONT |

| INDEPENDENT TITLE<br>4331 N FEDERAL HWY<br>FT LAUDERDALE, FL 33308 | Claim Number: 6021<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |
| UNSECURED | | $200,000.00 |

| ARCHER, WILLIAM H., TTEE OF THE<br>LEOLA B. ARCHER REV TR.<br>5312 SUTHERLAND<br>SAINT LOUIS, MO 63109 | Claim Number: 6022<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

| ARCHER, WILLIAM H., TTEE OF THE<br>LEOLA B. ARCHER TRUST<br>5312 SUTHERLAND<br>SAINT LOUIS, MO 63109 | Claim Number: 6023<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

| SHEFELTON, JUDITH C<br>592 VIRGINIA CENTER PKWY<br>GLEN ALLEN, VA 23059-7414 | Claim Number: 6024<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
|---|---|---|
| SECURED | Claimed: | $23,023.68 |

| ALVES, BRUCE & JANETTE<br>921 APRICOT<br>SAINT CHARLES, MO 63301 | Claim Number: 6025<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $15,835.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BIGHAM, RICHARD A & DORIS J
366 LUMBER ST
LITTLESTOWN, PA 17340

Claim Number: 6026
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

OSCEOLA COUNTY
ATTN PATSY HEFFNER
TAX COLLECTOR
PO BOX 422105
KISSIMMEE, FL 34742

Claim Number: 6027
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 3879 (04/28/2008)

| PRIORITY | Claimed: | $46,096.76 |
| --- | --- | --- |

---

BUSH, ALBERT JR.
1421 REDBUD ST
ATHENS, AL 35611

Claim Number: 6028
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
| --- | --- | --- |

---

VELSOR, MIRTHA
7120 162ND ST # 2
FLUSHING, NY 113654237

Claim Number: 6029
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | | Scheduled: | $1,538.46  CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $1,538.46 | |

---

HONOLULU ADVERTISER
ATTN MARILYN ZIMMERMAN, AGENT
C/O SZABO ASSOCIATES, INC.
3355 LENOX RD, 9TH FL
ATLANTA, GA 30326

Claim Number: 6030
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9459 (11/16/2010)

| UNSECURED | Claimed: | $3,115.89 |
| --- | --- | --- |

---

CONSUMERS ENERGY COMPANY
ATTN MICHAEL G WILSON (P33263)
ONE ENERGY PLAZA
JACKSON, MI 49201

Claim Number: 6031
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $524.25 |
| --- | --- | --- |

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6032
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| ADMINISTRATIVE | Claimed: | $1,969.23 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6033<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $21,697.08 |
|---|---|---|

---

| CIRCUIT COURT FOR BALTIMORE CITY<br>100 NORTH CALVERT ST., RM 610<br>BALTIMORE, MD 21202 | Claim Number: 6034<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| CAUDLE & BALLATO, P.C.<br>ATTN ROBERT K. CAUDLE, JR.<br>ATTORNEY FOR CREDITOR<br>3123 WEST BROAD STREET<br>RICHMOND, VA 23230 | Claim Number: 6035<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,714.10 |
|---|---|---|

---

| LENAWEE COUNTY<br>ATTN MARILYN J WOODS<br>TREASURER<br>301 N MAIN<br>ADRIAN, MI 49221 | Claim Number: 6036<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $2,963.34 |

---

| BETTY AUTON-BECK, APLC<br>300 E STATE ST, STE 200<br>REDLANDS, CA 92373 | Claim Number: 6037<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| SECURED | Claimed: | $1,422.83 |
|---|---|---|

---

| RICH, BRIAN<br>8 FARM ROAD<br>EWING, NJ 08638 | Claim Number: 6038<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $175.09 | Scheduled: | $175.09  CONT |
|---|---|---|---|---|

---

| SOUTHWEST FUNDING LP<br>7105 GOLF CLUB DR.<br>STE 1102 #105<br>FORT WORTH, TX 76179 | Claim Number: 6039<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITY OF FORT WORTH | | Claim Number: 6040 | | |
|---|---|---|---|---|
| (FORT WORTH WATER DEPARTMENT) | | Claim Date: 12/18/2007 | | |
| ATTN CHRIS MOSELY | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| 1000 THROCKMORTON STREET | | Comments: DOCKET: 5461 (08/18/2008) | | |
| FORT WORTH, TX 76102 | | | | |
| | | | | |
| UNSECURED | Claimed: | $28.70 | | |

---

| VELEZ, CYNTHIA R. | | Claim Number: 6041 | | |
|---|---|---|---|---|
| 3262 DEER CHASE RUN | | Claim Date: 12/20/2007 | | |
| LONGWOOD, FL 32779 | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3945 (05/02/2008) | | |
| | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $119,050.00 | | |

---

| DIEMAND, JEREY P AND LORI | | Claim Number: 6042 | | |
|---|---|---|---|---|
| 4237 WEST 42ND STREET | | Claim Date: 12/20/2007 | | |
| CHICAGO, IL 60632 | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| | | Comments: DOCKET: 5463 (08/18/2008) | | |
| | | MAIL COPY TO: | | |
| | | | | |
| UNSECURED | Claimed: | $78,890.00 | | |

---

| KIM VEST APPRAISALS | | Claim Number: 6043 | | |
|---|---|---|---|---|
| ATTN SHARON KIM VEST | | Claim Date: 12/20/2007 | | |
| PO BOX 945 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| JONESBOROUGH, TN 37659 | | Comments: DOCKET: 6703 (12/11/2008) | | |
| | | | | |
| UNSECURED | Claimed: | $4,100.00 | | |

---

| BARNES, MELISSA L. | | Claim Number: 6044 | | |
|---|---|---|---|---|
| 18226 CAMDENHURST DR | | Claim Date: 12/20/2007 | | |
| GAINESVILLE, VA 20155-6242 | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| | | Comments: DOCKET: 6703 (12/11/2008) | | |
| | | | | |
| UNSECURED | Claimed: | $250.00 | | |

---

| MCSMITH, WILLIAM D. & CAROL A. | | Claim Number: 6045 | | |
|---|---|---|---|---|
| 8851 FM 2163 | | Claim Date: 12/21/2007 | | |
| HASKELL, TX 79521-9219 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4865 (06/25/2008) | | |
| | | | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $5,042.70 | | |

---

| FAIRFAX COUNTY | | Claim Number: 6046 | | |
|---|---|---|---|---|
| ATTN NANCY F LOFTUS, ASST COUNTY ATTNY | | Claim Date: 12/21/2007 | | |
| OFFICE OF THE COUNTY ATTORNEY | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| 1200 GOVERNMENT CENTER PWY, STE 549 | | Comments: DOCKET: 7399 (05/15/2009) | | |
| FAIRFAX, VA 22035 | | | | |
| | | | | |
| PRIORITY | Claimed: | $20,085.20 | Scheduled: | $14,069.88 DISP CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | Claim Number: 6047<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $435.11 |
| SECURED | Claimed: | $360.85 |
| UNSECURED | Claimed: | $3,096.70 |

---

| KLEMAN, BETTY J.<br>1604 SERENITY CIRCLE<br>NAPLES, FL 34110 | Claim Number: 6048<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| DFS SERVICES LLC<br>ATTN CHRISTINA WALDEN - SR. ASSOCIATE<br>PO BOX 3000<br>NEW ALBANY, OH 43054 | Claim Number: 6049<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,727.45 |

---

| CHIPRIN, ALFRED S.<br>3747 S. CLARINGTON AVE<br>APT. 4<br>LOS ANGELES, CA 90034-5828 | Claim Number: 6050<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $6,553.00 |

---

| MANOJ SHARMA<br>17 LORROAINE CT<br>NORTHPORT, NY 11768 | Claim Number: 6051<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,702.50 | Scheduled: | $24,702.50 |

---

| KIBIGER, SUZANNE<br>10708 MCCULLOCH RD<br>ORLANDO, FL 32817 | Claim Number: 6052<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | Claim Number: 6053<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,876.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DEARASAUGH, DANIEL W.
931 BRAMBLEWOOD DR.
CASTLE ROCK, CO 80108-3642

Claim Number: 6054
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,978.10 | | |

---

WAREHOUSE DIRECT
ATTN DEBBIE GORMAN, CREDIT MGR.
1601 WEST ALGONQUIN RD
MOUNT PROSPECT, IL 60056

Claim Number: 6055
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $31,393.46 | Scheduled: | $1,539.07 |

---

AON CONSULTING
ATTN BILL GRUBBS
1100 REYNOLDS BLVD.
WINSTON-SALEM, NC 27105

Claim Number: 6056
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9017 (07/16/2010)

| UNSECURED | Claimed: | $27,762.50 | Scheduled: | $28,500.00 |

---

FARRA, HOWARD L.
41518 N. RAVINE DRIVE
ZION, IL 60099

Claim Number: 6057
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

WANNAMAKER, WILLIAM FRANKLIN JR.
758 SPRINGWOOD DR.
LILBURN, GA 30047

Claim Number: 6058
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,652.00 | | |

---

BAKER, GRAHAM IRA ROLLOVER
3738 C.R. 401B
ALVARADO, TX 76009-3014

Claim Number: 6059
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,741.50 | | |

---

HENNING, KENT S. AND BARBARA A.
JT WROS
2138 STANLEY DR
FORT WORTH, TX 76110-1836

Claim Number: 6060
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,813.02 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HENNING, BARBARA A.<br>SEPARATE PROPERTY<br>2138 STANLEY DR.<br>FORT WORTH, TX 76110-1836 | | Claim Number: 6061<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,459.59 |

---

| | | |
|---|---|---|
| HENNING, KENT S. IRA<br>2138 STANLEY DRIVE<br>FORT WORTH, TX 76110-1836 | | Claim Number: 6062<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $38,422.68 |

---

| | | |
|---|---|---|
| CAVIL, MARK J. AND JOAN M.<br>JTWROS<br>N6183 NELSON ROAD<br>FOND DU LAC, WI 54937-9439 | | Claim Number: 6063<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,000.00 |

---

| | | |
|---|---|---|
| VICENTIE, LOUIS F.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6064<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,478.05 |

---

| | | |
|---|---|---|
| VICENTIE, JANET R.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6065<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,043.90 |

---

| | | |
|---|---|---|
| VICENTIE, LUIS F. & JANET R.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6066<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,100.95 |

---

| | | |
|---|---|---|
| KOSHY, THOMAS<br>5728 GREEN HOLLOW LN<br>THE COLONY, TX 75056 | | Claim Number: 6067<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,409.95 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MACDOUGALL, ROBERT
5708 LOKELANI RD
KAPAA, HI 96746

Claim Number: 6068
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,002.00 |
| --- | --- | --- |

---

LEHMBERG, GEORGE AND JANET ROSE
192 VIOLA ROAD
MONSEY, NY 10952

Claim Number: 6069
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,723.79 |
| --- | --- | --- |

---

WANNAMAKER, WILLIAM F.
758 SPRINGWOOD DR.
LILBURN, GA 30047

Claim Number: 6070
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,241.00 |
| --- | --- | --- |

---

COXBILL, CLIFFORD E. AND BETH E.
19205 NW 80TH DR
OKEECHOBEE, FL 34972

Claim Number: 6071
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,252.95 |
| --- | --- | --- |

---

GUERTIN VS. GARDNER, AMERICAN HOME
MORTGAGE CORP.CO KERSHAW SC NO 06CP28259
JEFFERY TEZERMAN
304 HAMPTON PARK, PO BOX 1317
CAMDEN, SC 29020

Claim Number: 6072
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $157,500.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

HENDRICKS, PHIL
2525 14TH ST #2
SANTA MONICA, CA 90405

Claim Number: 6073
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $909.95 |
| --- | --- | --- |

---

PALMISANO, MICHAEL J.
SIMPLE IRA E*TRADE CUSTODIAN
409 SURF ROAD
MELBOURNE BEACH, FL 32951-2651

Claim Number: 6074
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,239.98 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LEMAY MOBILE SHREDDING
ATTN AMY LOWERS, OPR AST.
2910 HOGUM BAY ROAD NE
LACEY, WA 98516

Claim Number: 6075
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70.70 | Scheduled: | $26.90 |

---

LEITNER, LIONEL
5335 PIPING ROCK DR.
BOYNTON BEACH, FL 33437-1605

Claim Number: 6076
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

LEITNER, LIONEL
5335 PIPING ROCK DR.
BOYNTON BEACH, FL 33437-1605

Claim Number: 6077
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

LEITNER, LIONEL
5335 PIPING ROCK DR.
BOYNTON BEACH, FL 33437-1605

Claim Number: 6078
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MOSES, HARRY
C/O LEHMAN BROTHERS
399 PARK AVENUE
NEW YORK, NY 10022-4679

Claim Number: 6079
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

CAMP, WARREN
P.O. BOX 986
ARNOLD, CA 95223

Claim Number: 6080
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,764.95 |

---

BENNETT, MICHELLE
6912 NORDALE DRIVE
FORT WAYNE, IN 46804

Claim Number: 6081
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| GREEVILLE CITY<br>TAX COLLECTOR<br>JEFFERY NIEBAUER<br>111 S. WASHINGTON STREET, PO BOX 875<br>GREEVILLE, NC 27835 | | Claim Number: 6082<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| SECURED | Claimed: | $671.30 |
| SERPA, MICHAEL L.<br>P.O. BOX 1627<br>MODESTO, CA 95353 | | Claim Number: 6083<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $583.00 |
| UNSECURED | | Scheduled: $575.00 |
| BELLA, THERESA DELLA<br>29 BLUE RIDGE DRIVE<br>MEDFORD, NY 11763 | | Claim Number: 6084<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,440.09 |
| SPINELLI, JOSEPH R. JR.<br>631 ELM ST.<br>MONROE, CT 06468 | | Claim Number: 6085<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8541 (02/04/2010) |
| PRIORITY | Claimed: | $6,706.88 |
| UNSECURED | Claimed: | $6,706.88 |
| TOTAL | Claimed: | $6,706.88 |
| STAHL, ROSE<br>210 WHITE OAK CIRCLE<br>MAITLAND, FL 32751 | | Claim Number: 6086<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET 7234 (04/07/2009) |
| PRIORITY | Claimed: | $5,045.25 |
| KELLERT, IRENE<br>7520 SW SCHOLLS FRY #B-2<br>BEAVERTON, OR 97008 | | Claim Number: 6087<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,502.00 |
| BAILEY, LOIS<br>309 WILLOUGHBY BLVD<br>GREENSBORO, NC 27408-3828 | | Claim Number: 6088<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | Claim Number: 6089<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $117,246.27 | Scheduled: | $117,246.27 CONT |
|---|---|---|---|---|

| STAHL, WILLIAM<br>210 WHITE OAK CIRCLE<br>MAITLAND, FL 32751 | Claim Number: 6090<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $6,725.50 |
|---|---|---|

| ABC APPRAISAL GROUP, INC.<br>ATTN MARK A. RUPLINGER<br>P.O. BOX 5000<br>HILTON HEAD ISLAND, SC 29938 | Claim Number: 6091<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $4,375.00 |
|---|---|---|

| HIRSH, NATHAN<br>129 HARBOR LAKE CIRCLE<br>GREENACRES, FL 33413 | Claim Number: 6092<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,037.50 |
|---|---|---|

| WIECZERZA, GENEVIEVE<br>16170 MEADOWS DR<br>MACOMB, MI 48044-3955 | Claim Number: 6093<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,362.50 |
|---|---|---|

| BYERS, BRADLEY<br>200 BIRD CT.<br>NORMAL, IL 61761-3256 | Claim Number: 6094<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,606.90 |
|---|---|---|

| DREGER, BEVERLY<br>260 BROOK DR<br>ATLANTA, GA 30328 | Claim Number: 6095<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $839.09 | Scheduled: | $839.09 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LINDEN, JOHN H
4 PINE CIRCLE
EASTCHESTER, NY 10709

Claim Number: 6096
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $154,044.60 | Scheduled: | $150,086.78 CONT |

---

BYERS, BRADLEY & MARTINEZ, PILAR JT TEN
200 BIRD CT.
NORMAL, IL 61761-3256

Claim Number: 6097
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,616.79 |

---

MORIE, ROBERT
9 LOCKWOOD RD.
SCARSDALE, NY 10583-5301

Claim Number: 6098
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,671.29 |

---

HAWES, LORA H.
3362 BUCKLAND SQ
OWENSBORO, KY 42301-5829

Claim Number: 6099
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,557.20 |

---

LAVOIE, PHILIP
124 BEAVER DAM RD.
COLUMBIA, SC 29223

Claim Number: 6100
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,295.95 |

---

GILSTRAP, ROBERT D.
105 DEXTER DRIVE
TAYLORS, SC 29687

Claim Number: 6101
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,469.95 |

---

SIMONE, DANIELLE S
407 RAFT AVE
HOLBROOK, NY 11741

Claim Number: 6102
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,165.31 CONT |
| UNSECURED | Claimed: | $1,165.31 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | Claim Number: 6103<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $865.38  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $865.38 | | |

---

| LEDBETTER, ELIZABETH & ROBERT JTWROS<br>4962 SHIPP ROAD<br>POWDER SPRINGS, GA 30127 | Claim Number: 6104<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,485.00 |
|---|---|---|

---

| TYSER, DENNIS<br>7215 S. 20TH STREET<br>LINCOLN, NE 68512 | Claim Number: 6105<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,085.99 |
|---|---|---|

---

| KASS, DAVID E. ROTH IRA<br>2206 CLOVER DR. NW<br>GRAND RAPIDS, MI 49504 | Claim Number: 6106<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $31,515.04 |
|---|---|---|

---

| SENATOR, ERVIN & MARVIN<br>111 CAMDIKE STR.<br>VALLEY STREAM, NY 11580-5335 | Claim Number: 6107<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| PENNER, WILLIAM F. RLT UA 3-9-06<br>17694 S.E. 93RD HAWTHORNE AVE.<br>LADY LAKE, FL 32162-3915 | Claim Number: 6108<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,936.00 |
|---|---|---|

---

| BERKELEY COUNTY TAX COLLECTOR<br>ATTN: VIRGINIA R. HAMILTON<br>P.O. BOX 6122<br>MONCKS CORNER, SC 29461 | Claim Number: 6109<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| SECURED | Claimed: | $1,612.08 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOOPER LLC
ATTN LAWRENCE W. SWEEET, M. PARTNER
3102 SWANLAKE CIRCLE
PRESCOTT, AZ 86303

Claim Number: 6110
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,270.50 |
|-----------|----------|-----------|

---

PALMER, JOHN W.
4216 RICHWOOD CT
NAPERVILLE, IL 60564

Claim Number: 6111
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,000.00 |
|---------|----------|------------|

---

VASHI, DIPAK M.
413 GASTONBURY CT.
LEAGUE CITY, TX 77573

Claim Number: 6112
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,644.95 |
|-----------|----------|-----------|

---

COURTNEY, DONALD W.
875 WAGON WHEEL LANE
LINCOLN, CA 95648-8133

Claim Number: 6113
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

CHOICE ONE REAL ESTATE
ATTN WENDY EISNAUGLE, BIC
117A E REED ST
ANDERSON, SC 296242343

Claim Number: 6114
Claim Date: 12/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $13,200.00 |
|-----------|----------|------------|

---

MCNUTT, CATHERINE A
5610 MORSE AVE
JACKSONVILLE, FL 32244

Claim Number: 6115
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $750.00 CONT |
|----------|----------|-----------|-----------|-----------|
| UNSECURED | Claimed: | $750.00 | | |

---

SWIST, ED IRA
3623 SOMERSET
PRAIRIE VILLAGE, KS 66208

Claim Number: 6116
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $500.00 |
|-----------|----------|---------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALEXANDER, STEPHANIE
1 FIELDING RD
SHORT HILLS, NJ 07078

Claim Number: 6117
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 |
|---|---|---|---|---|

BROWN, SHARON L
136 ROUNDTREE BLVD
SAN RAFAEL, CA 94903

Claim Number: 6118
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,678.72 | Scheduled: | $2,727.92  CONT |
|---|---|---|---|---|

ALBERT, WILLIAM L.
PO BOX 1617
CORTEZ, CO 81321-1617

Claim Number: 6119
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,401.87 |
|---|---|---|

JACOBY MURAD, SUSAN L
5133 TOP SEED COURT
CHARLOTTE, NC 28226

Claim Number: 6120
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,647.42 | Scheduled: | $1,838.24  CONT |
|---|---|---|---|---|

SNIVELY, WILLIAM
2228 S. NOCHE DE PAZ
MESA, AZ 85202

Claim Number: 6121
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $1,447.00 |
|---|---|---|

HOLE, BILL N. DR.
17169 S.E. 76TH CREEKSIDE CIRCLE
THE VILLAGES, FL 32162-5304

Claim Number: 6122
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $924.50 |
|---|---|---|

HAUGH, ROBERT B. & LUCIA K.
2200 WILDWOOD COURT
BURNSVILLE, MN 55306

Claim Number: 6123
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,835.33 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GORDON, BERNARD<br>1511 S.W PARK AVE, SUITE 1001<br>PORTLAND, OR 97201 | | Claim Number: 6124<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,404.74 |

---

| | | |
|---|---|---|
| MAYERS, LILLIAN S.<br>838 JACKSON ST.<br>ALBANY, CA 94706 | | Claim Number: 6125<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,233.00 |

---

| | | |
|---|---|---|
| LEWAN, VIRGINIA L.<br>16530 35TH AVE SE<br>BOTHELL, WA 98012 | | Claim Number: 6126<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,059.95 |

---

| | | |
|---|---|---|
| YANG, SHENG-FU<br>1723 CAMP CRAFT RD.<br>AUSTIN, TX 78746-7319 | | Claim Number: 6127<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | | Claim Number: 6128<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| SECURED | Claimed: | $1,787.23 |

---

| | | |
|---|---|---|
| KERLEY, JAN N.<br>C/O D.A. DAVIDSON & CO.<br>200 FIRST AVE. E., K-M BUILDING<br>P.O. BOX 128<br>KALISPELL, MT 59903 | | Claim Number: 6129<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| ZIELINSKI, JAMES<br>6016 SPRINGS BLVD<br>CRYSTAL LAKE, IL 60012-1238 | | Claim Number: 6130<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,168.99 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CAREERBUILDER
ATTN CAROL MORRONE, SR CREDIT REP.
200 N LASALLE ST
STE 100
CHICAGO, IL 60601

Claim Number: 6131
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $12,920.01 | Scheduled: | $12,920.01 |
|---|---|---|---|---|

BENNER, DORIS M.
205 E JOPPA RD  #806
TOWSON, MD 21286

Claim Number: 6132
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7399 (05/15/2009)

| SECURED | Claimed: | $60.00 |
|---|---|---|

SIU, ELLEN & ANGUS
1074 CITRON WAY
HAYWARD, CA 94545

Claim Number: 6133
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $58,592.00 |
|---|---|---|

LAI REAL ESTATE LTD
PO BOX 51032
SEATTLE, WA 98115

Claim Number: 6134
Claim Date: 12/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,175.00 |
|---|---|---|

HAMMOND, M. EVONNE
58 SOUTH HOWELLS POINT ROAD
BELLPORT, NY 11713

Claim Number: 6135
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| SECURED | Claimed: | $2,938.00 |
|---|---|---|

LANE, SARAH A
1496 E ANTELOPE RD
DOUGLAS, WY 82633

Claim Number: 6136
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $486.00 | Scheduled: | $486.00  CONT |
|---|---|---|---|---|

LEADBETTER, NANCY F.B., TRUSTEE
107 EAGLE RIDGE RD
BREWER, ME 04412-1285

Claim Number: 6137
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,786.86 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STANLEY, TAMMY
1132 ST JOSEPH BLVD
FORT WAYNE, IN 46805

Claim Number: 6138
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $430.72 CONT |

KREIN, HAROLD
242 EAST DRIVE
HURLEY, NY 12443

Claim Number: 6139
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,183.99 |

KREIN, DIANE
242 EAST DRIVE
HURLEY, NY 12443

Claim Number: 6140
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,168.99 |

KREIN, HAROLD
242 EAST DRIVE
HURLEY, NY 12443

Claim Number: 6141
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,168.69 |

KREIN, HAROLD
242 EAST DRIVE
HURLEY, NY 12443

Claim Number: 6142
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,168.99 |

SINGLETON, RACHEL A
112 TOWNHOUSE RD N
HUNTINGTON STATION, NY 11746

Claim Number: 6143
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $995.19 | Scheduled: | $995.19 CONT |

MICHAEL JAMES INDUSTRIES INC
11 DREW CT
RONKONKOMA, NY 11779-7238

Claim Number: 6144
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,762.89 | Scheduled: | $29,230.67 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

SERPA, MICHAEL L.
P.O. BOX 1627
MODESTO, CA 95353

Claim Number: 6145
Claim Date: 12/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $583.00 | | | |

---

KRUSE WAY, LLC
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6146
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $160,794.00 | | | |

---

MEADOWS LAKE OSWEGO
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6147
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,173.64 | Scheduled: | $1,764.47 | |

---

KRUSE WAY, LLC
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6148
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $171,621.72 | | | |

---

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

Claim Number: 6149
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $656,970.68 | | | |

---

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

Claim Number: 6150
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,454.85 | | | |

---

CITY TREASURER-ELECTRICITY
90 W BOARD STREET
CITY HALL ROOM 111
COLUMBUS, OH 43215

Claim Number: 6151
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31.58 | | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| YARBRO, CRYSTAL D. | Claim Number: 6152 |
| 4005 PRICE RD | Claim Date: 12/24/2007 |
| GAINESVILLE, GA 30506-5364 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $807.69 | Scheduled: | $1,615.04 CONT |

---

| THOMAS, ELLEN | Claim Number: 6153 |
| 2 JOHN F. KENNEDY DRIVE | Claim Date: 12/24/2007 |
| NORTON, MA 02766 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6839 (01/13/2009) |

| PRIORITY | Claimed: | $5,008.50 |

---

| HORDESKI, THEODORE J | Claim Number: 6154 |
| 107 OCEAN AVE | Claim Date: 12/24/2007 |
| WARETOWN, NJ 08758 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $43,160.00 |

---

| BLACKS, ISSAC | Claim Number: 6155 |
| 80 CENTERWOOD ST. | Claim Date: 12/24/2007 |
| W. BABYLON, NY 11704 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 5919 (09/16/2008) |

| PRIORITY | Claimed: | $223.08 | Scheduled: | $223.08 CONT |

---

| PERSON, EDWIN | Claim Number: 6156 |
| 9045 BECKHER | Claim Date: 12/24/2007 |
| FLUSHING, MI 48433 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,949.95 |

---

| RUTHSDOTTIR, ANNE | Claim Number: 6157 |
| 29 SCHOOL ST | Claim Date: 12/24/2007 |
| BRUNSWICK, ME 04011 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,753.95 |

---

| HEKTOR, ARTHUR | Claim Number: 6158 |
| 20 WESTWOOD LN | Claim Date: 12/24/2007 |
| LINCOLNSHIRE, IL 60069 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,644.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BOE, PATTY<br>5805 COLDSWORTH CT<br>ARLINGTON, TX 76018-2386 | | Claim Number: 6159<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $250.00 | | |
| BERGNER, DANIEL J.<br>680 WESTON RIDGE PARKWAY<br>CHASKA, MN 55318 | | Claim Number: 6160<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| UNSECURED | Claimed: | $482.49 | | |
| SCREENVISION DIRECT<br>ATTN WILLIAM SAPP - COLLECTION SUP.<br>360 LINDEN OAKS<br>ROCHESTER, NY 14625 | | Claim Number: 6161<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $10,372.00 | | |
| CHAN, KENNETH<br>53 MOUNTAIN AVE<br>WARREN, NJ 07059 | | Claim Number: 6162<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| CHAN, KENNETH<br>53 MOUNTAIN AVE<br>WARREN, NJ 07059 | | Claim Number: 6163<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| BROOKWOOD TAMARAC PLAZA INVESTORS, LLC<br>C/O STEVEN W. KELLY<br>SILVER & DEBOSKEY, P.C.<br>1801 YORK STREET<br>DENVER, CO 80206 | | Claim Number: 6164<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $48,996.04 | Scheduled: | $4,493.59 |
| ROBERT J BELL & ASSOC. INC<br>ATTN LORRAINE BELL, PRESIDENT<br>3419 VIRGINIA BEACH BLVD. # 241<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 6165<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,060.00 | Scheduled: | $325.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOYER, JANE C.
1702 E. LIND RD
TUCSON, AZ 85719

Claim Number: 6166
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,846.00 |

---

APARTMENT HOUSE SUPPLY CO. INC.
PENSION PLAN FBO BENJAMIN WINIKOFF
12/12/03
2416 AMSTERDAM AVE
NEW YORK, NY 10003

Claim Number: 6167
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $40,960.00 |

---

WINIKOFF, LYNN C/F
21 ANNETT AVE
EDGEWATER, NJ 07020-1530

Claim Number: 6168
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $32,657.00 |

---

WINIKOFF, BENJAMIN
355 EAGLE DR.
JUPITER, FL 33477

Claim Number: 6169
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $173,986.00 |

---

HABINAK, LINDA ROLLOVER IRA
TD AMERITRADE INC. CUSTODIAN
3279 WARREN RD
CLEVELAND, OH 44111

Claim Number: 6170
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,256.48 |

---

GUDOVITZ, SEYMOUR
136 EAGLE PINE WAY
ROCHESTER, NY 146235171

Claim Number: 6171
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,772.48 |
| UNSECURED | Claimed: | $4,772.48 |
| TOTAL | Claimed: | $4,772.48 |

---

RATHJEN, JOHN AND CHARLOTTE
12018 GRASMERE AVE
BAKERSFIELD, CA 93312

Claim Number: 6172
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,956.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BALEWSKI, KELLI
8 FICUS ST
PORT JEFFERSON STATI, NY 11776

Claim Number: 6173
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,076.92 |

---

HEARD COUNTY
ATTN SANDRA P. NOLEN - TAX COMM.
P.O. BOX 519
FRANKLIN, GA 30217

Claim Number: 6174
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

LARSON, LEO
4924 CORLISS DR
LYNDHURST, OH 44124-1133

Claim Number: 6175
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,545.60 |
| UNSECURED | Claimed: | $12,545.60 |
| TOTAL | Claimed: | $12,545.60 |

---

JOURDAN, LARRY J. SR. & MARILEE
JT TEN
14505 DARMSTADT ROAD
EVANSVILLE, IN 47725-9148

Claim Number: 6176
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,138.92 |

---

FIKE, RICHARD P. & MARILYN J.
1734 NE 92ND ST.
SEATTLE, WA 98115

Claim Number: 6177
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WOLTERS, DALE G.
1870 MAPLEVIEW SE
KENTWOOD, MI 49508

Claim Number: 6178
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,044.00 |

---

FRANZ, PETER D.
3824 BROADVIEW DR.
CINCINNATI, OH 45208

Claim Number: 6179
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,154.95 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SANDER, L. WELDON<br>CGM IRA CUSTODIAN<br>1735 RYAN DR<br>CRESTON, IA 50801 | | Claim Number: 6180<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,110.00 |
| SANDER, L. WELDON & SHARON R.<br>JTWROS<br>1735 RYAN DR<br>CRESTON, IA 50801 | | Claim Number: 6181<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,465.00 |
| PARKER, JOHN H. JR.<br>1460 E. GREEN ST<br>PERRY, FL 32348 | | Claim Number: 6182<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| TORGOVE, JOYCE & LLOYD<br>40 CLIFTON HEIGHTS LA<br>MARBLEHEAD, MA 01945 | | Claim Number: 6183<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $31,617.94 |
| TSUJI, RYOSUKE<br>6710 HAWAII KAI DR # 814<br>HONOLULU, HI 96825 | | Claim Number: 6184<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,570.00 |
| KOSHY, KAREN ROLLOVER IRA<br>5728 GREEN HOLLOW LN<br>THE COLONY, TX 75056 | | Claim Number: 6185<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,807.00 |
| STOOPS, LINDSEY<br>2710 HILMER CT<br>ORLANDO, FL 32806 | | Claim Number: 6186<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $2,567.79  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WENZINGER, ARLENE
A356 CR RD 16
NEW BAVARIA, OH 43548

Claim Number: 6187
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,129.47 |
|---|---|---|

---

EVERGREEN MANAGEMENT SVCS
ATTN SHANNA BROWN, A/R
PO BOX 346
WAUNA, WA 98395

Claim Number: 6188
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

---

HERNANDEZ, IVON
4843 S LUNA
STICKNEY, IL 60638

Claim Number: 6189
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $307.70 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $307.70 | | |

---

MOFFETT, JOAN T
402 CRESSWELL RD
BROOKLYN, MD 212253914

Claim Number: 6190
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT |
|---|---|---|---|---|

---

PELLINNEN, J. WILLIAM & MAIJA
JT TEN
526 FORESTVIEW DR.
ATLANTIS, FL 33462

Claim Number: 6191
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $406.95 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

RASKAUSKAS, JOSEPH
14709 SPRING MEADOWS
DR
DARNESTOWN, MD 20874

Claim Number: 6192
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $673.08 | Scheduled: | $673.08 CONT |
|---|---|---|---|---|

---

WILLIAMSON, EDITH I.
JACK D. WILLIAMSON TIC
BRENDA K WILLIAMSON TIC/KAREN BROWN TIC
833 VINE RIDGE ROAD
CRAWFORD, TN 38554

Claim Number: 6193
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,250.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MATHER, WHITFORD T. AND JEAN M.
1308 TEHAMA AVENUE
OROVILLE, CA 95965

Claim Number: 6194
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $28,185.40 | | |
|---|---|---|---|---|

---

QIAN, HONG
309 W WESTFIELD CT
DUNLAP, IL 615258937

Claim Number: 6195
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

ELLIS, NICOLE E
4901 BRADFORD PL
ROCKLIN, CA 95765

Claim Number: 6196
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $2,224.03 | Scheduled: | $2,708.64  CONT |
|---|---|---|---|---|

---

FORT COLLINS UTILITIES
PO BOX 1580
FORT COLLINS, CO 80522-1580

Claim Number: 6197
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $211.01 | | |
|---|---|---|---|---|

---

DUFF, LIBBY W.
RAYMOND JAMES & ASSOCIATES, INC.
537 MARKET STREET, SUITE 105
CHATTANOOGA, TN 37402

Claim Number: 6198
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

BRUNS, SARA L.
9404 CROWNSPOINT CIR.
AUSTIN, TX 78748

Claim Number: 6199
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,592.84 | | |
|---|---|---|---|---|

---

MORIN, JANE E.
9049 KESTRAL CIR
ENGLEWOOD, FL 34224

Claim Number: 6200
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,282.77 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KATHLEEN M. SIPWOUCH
YOUNG CONAWAY STARGATT & TAYLOR LLP
RYAN M. BARLTLEY - BRANDYWINE BUILDING
1000 WEST STREET 17TH FLOOR - PO BOX 391
WILMINGTON, DE 19899-0391

Claim Number: 6201
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10.00 |
|---|---|---|

---

KENNEDY, ANNE B.
FBO JULIA M FRANCIS
1122 LAKE AVE
WILMETTE, IL 60091

Claim Number: 6202
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,004.99 |
|---|---|---|

---

BRESSLER, JEROME
350 W SCHAUMBURG RD STE 3
SCHAUMBURG, IL 601943400

Claim Number: 6203
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,832.68 |
|---|---|---|

---

KENNEDY, ANNE B.
FBO BENJAMIN FRANCIS
1122 LAKE AVE
WILMETTE, IL 60091

Claim Number: 6204
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,421.83 |
|---|---|---|

---

KENNEDY, ANNE B.
FBO SOPHIA FRANCIS
1122 LAKE AVE
WILMETTE, IL 60091

Claim Number: 6205
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,125.35 |
|---|---|---|

---

MILLER, EULA & RALPH OWEN MILLER
JT TEN
PO BOX 273
JARRATT, VA 23867-0273

Claim Number: 6206
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,187.73 |
|---|---|---|

---

MILLER, EULA & RALPH OWEN MILLER
JT TEN
PO BOX 273
JARRATT, VA 23867-0273

Claim Number: 6207
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,054.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ENVIRO-SHRED<br>1045 2ND AVE., NW<br>HICKORY, NC 28601 | Claim Number: 6208<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 |
|---|---|---|---|---|

| HAYNES, CLAYTON<br>12 HIGHPOINT<br>ALISO VIEJO, CA 92656 | Claim Number: 6209<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $633.20 |
|---|---|---|

| COMPRINT MILITARY COMMUNICAT<br>9030 COMPRINT COURT<br>GAITHERSBURG, MD 20877 | Claim Number: 6210<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $718.00 |
|---|---|---|

| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | Claim Number: 6211<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $75.00 |
|---|---|---|

| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | Claim Number: 6212<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| UNSECURED | Claimed: | $657.00 |
|---|---|---|

| JONES, DANN BRADDOCK & CHASE-JONES,<br>CYNTHIA L. CO-TTEE<br>U/A DTD 03/04/2002<br>12660 EASTON DR.<br>SARATOGA, CA 95070 | Claim Number: 6213<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $17,368.19 |
|---|---|---|

| BELLMAN, THOMAS J.<br>4313 MINUTE MAN DRIVE<br>CINCINNATI, OH 45245 | Claim Number: 6214<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,524.55 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COLLINS, JEFFREY D.
16787 BEACH BLVD # 690
HUNTINGTN BCH, CA 926474848

Claim Number: 6215
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,612.00 | |

---

WEISMAN, JANET K. & ALFRED L.
9330 LAGOON PLACE # 409
DAVIE, FL 33324

Claim Number: 6216
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

---

UHLENHOPP, CRISTINE (CRIS)
17025 COLONIAL PARK DR
MONUMENT, CO 80132

Claim Number: 6217
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $712.50 | Scheduled: | $712.50 CONT |
| UNSECURED | Claimed: | $1,592.98 | Scheduled: | $1,587.21 CONT |

---

FRIEDMAN & FEIGER, L.L.P.,
ATTORNEYS AT LAW
5301 SPRING VALLEY ROAD, SUITE 200
DALLAS, TX 75254

Claim Number: 6218
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10256 (11/18/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,791.31 | |

---

BARLEY REAL ESTATE APPRAISERS
ATTN MATHEW BARLEY
PO BOX 163
SULLIVANS ISLAND, SC 29482

Claim Number: 6219
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $780.00 | |

---

SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.
JT WROS
120 DAVIS DR
WILLIAMSBURG, VA 23185

Claim Number: 6220
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,224.80 | |
| UNSECURED | Claimed: | $17,224.80 | |
| TOTAL | Claimed: | $17,224.80 | |

---

TINNIN, YANWEN
9401 HARVEST CT
SAINT LOUIS, MO 63132

Claim Number: 6221
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $55,571.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| LAWLOR, PETER<br>6878 SWANSON ST.<br>CLINTON, WA 98236 | | Claim Number: 6222<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HART, JEROME A. & SARA A.<br>C/O NATIONAL DECORATING SERVICE<br>2210 CAMDEN CT.<br>OAK BROOK, IL 60523-1272 | | Claim Number: 6223<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WINIKOFF, BENJAMIN IRREV TR.<br>21 ANNETT AVE<br>EDGEWATER, NJ 07020-1530 | | Claim Number: 6224<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $17,824.00 |
| MILLS, JANE<br>9104 MONTPELIER DR<br>LAUREL, MD 20708-2550 | | Claim Number: 6225<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,471.00 |
| NARDONE, RALPH<br>9104 MONTPELIER DR<br>LAUREL, MD 20708-2550 | | Claim Number: 6226<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,150.98 |
| ELLIS, JANET L. TTEE<br>216 POPPY LN.<br>BENSENVILLE, IL 60106 | | Claim Number: 6227<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| PAKAI, CHINUBHAI R. & RENUKA C.<br>13815 BAILIWICK TERRACE<br>GERMANTOWN, MD 20874 | | Claim Number: 6228<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,169.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

3024 APPRAISING LLC
ATTN MICHAEL
6980 SULFUR LN
CASTLE ROCK, CO 80108

Claim Number: 6229
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,350.00 |
|---|---|---|

---

CHEN, KAI
309 W WESTFIELD CT
DUNLAP, IL 615258937

Claim Number: 6230
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

---

CLEMENTE, KELLY
393 GREAT EAST NECK RD APT C
WEST BABYLON, NY 11704-7619

Claim Number: 6231
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $942.31  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $942.31 | | |

---

WARNER, HAROLD L.
LORENZ APPRAISAL, INC.
8592 WOODBRIAR DR.
SARASOTA, FL 34238

Claim Number: 6232
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $27,000.00 |
|---|---|---|

---

LORENZ APPRAISAL, INC.
ATTN JANICE B. LORENZ, APPRAISER
8592 WOODBRIAR DRIVE
SARASOTA, FL 34238

Claim Number: 6233
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

---

TARAKJI, GHASSAN
1600 HOLLOWAY AVE.
SCHOOL OF ENGINEERING
SAN FRANCISCO, CA 94132-1722

Claim Number: 6234
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $4,414.95 |
|---|---|---|

---

TARAKJI, GHASSAN
1600 HOLLOWAY AVE.
SCHOOL OF ENGINEERING
SAN FRANCISCO, CA 94132-1722

Claim Number: 6235
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,036.99 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RARICK, MATTHEW<br>86 SHOEMAKERSVILLE RD<br>SHOEMAKERSVILLE, PA 19555 | Claim Number: 6236<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,737.70 |
|---|---|---|

---

| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC<br>PO BOX 1537<br>SAINT PETERS, MO 633760027 | Claim Number: 6237<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|

| UNSECURED | Claimed: | $19,882.62 |
|---|---|---|

---

| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | Claim Number: 6238<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,736.53 | Scheduled: | $5,192.31 CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150.14 CONT |

---

| ELLIS, NICOLE E<br>4901 BRADFORD PL<br>ROCKLIN, CA 95765 | Claim Number: 6239<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT |
|---|---|---|---|---|

---

| WRIGHT, ALAN J.<br>6 WINSTON DRIVE<br>LIVINGSTON, NJ 07039 | Claim Number: 6240<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,000.00 |

---

| DOLCINE, LESLY<br>104-08 211 ST<br>QUEENS VILLAGE, NY 11429 | Claim Number: 6241<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,279.38 | Scheduled: | $1,279.38 CONT |
|---|---|---|---|---|

---

| GEIGER, STEVEN<br>4720 95TH ST<br>URBANDALE, IA 50322 | Claim Number: 6242<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $11,927.43 |
|---|---|---|
| UNSECURED | Claimed: | $79,128.98 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TEJEDA, DARBY
25949 ORBITA
MISSION VIEJO, CA 926915816

Claim Number: 6243
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,846.08 | | |

---

VASQUEZ, ANGELICA
2956 N FULTON RD
POMONA, CA 91767

Claim Number: 6244
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,347.37 | Scheduled: | $1,347.37  CONT |

---

BOUTWELL, LYNN E.
320 RIDGE CT
PRESCOTT, AZ 863036365

Claim Number: 6245
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,000.00 |
| UNSECURED | Claimed: | $6,000.00 |
| TOTAL | Claimed: | $6,000.00 |

---

LELIN, DORIS
347 PENNSYLVANIA AVE
NORTH BAY SHORE, NY 11706

Claim Number: 6246
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $648.18 | Scheduled: | $648.18  CONT |

---

JACKSON, DAVID K.
5393 EAST VERNON RD
VERNON, BC V1B 3J7
CANADA

Claim Number: 6247
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,262.00 |

---

HASSLER, ASHLEY
320 UPAS STREET
SAN DIEGO, CA 92103

Claim Number: 6248
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,736.53 | Scheduled: | $1,736.53  CONT |

---

HOLEWA, JOSEPH P.
7150 CAHILL ROAD # 217
EDINA, MN 55439-2043

Claim Number: 6249
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,994.55 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STUART, JUNE W. & JOHN L.
FBO JUNE W STUART REV LIV TST
DTD 6-17-1993
4021 NW 62ND TERRACE
OKLAHOMA CITY, OK 73112-1427

Claim Number: 6250
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

ICENHOWER, MARLENE
200 HIGH MEADOWS STREET
RICHLAND, WA 99352

Claim Number: 6251
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,316.80 |
|---|---|---|

---

SANTORO, SASHA T.
11441 ALLERTON PARK DR UNIT 214
LAS VEGAS, NV 89135-3375

Claim Number: 6252
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

BOARDMAN, MARILYN
14210 W VIRGINIA DR
LAKEWOOD, CO 80228

Claim Number: 6253
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,669.14 | Scheduled: | $3,202.96  CONT |
|---|---|---|---|---|

---

DAVIS, PATRICK T
1746 WOODCLIFF PL NE
ATLANTA, GA 303292439

Claim Number: 6254
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

NEW HOME TRENDS INC
ATTN TODD BRITSCH, PRESIDENT
4314 148TH ST SE
BOTHELL, WA 98012

Claim Number: 6255
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $750.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $750.00 |

---

SAKLA, MARY G.
2640 UPPER BAY DR
OXNARD, CA 93036

Claim Number: 6256
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $2,540.19 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SAKLA, NABIL CUST.<br>BENJAMIN M. CORREA (MINOR)<br>2640 UPPER BAY DR.<br>OXNARD, CA 93036 | Claim Number: 6257<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $435.40 | |

| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | Claim Number: 6258<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: $1,804.09  CONT |

| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | Claim Number: 6259<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $188.70 | Scheduled: $188.70  CONT |

| CORTEZ, KASIE T<br>7375 GEODE CT<br>CASTLE ROCK, CO 80108 | Claim Number: 6260<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,253.13 | Scheduled: $2,253.13  CONT |
| UNSECURED | Claimed: | $2,253.13 | |
| TOTAL | Claimed: | $2,253.13 | |

| PRINZ, BARBARA C.<br>C/O HIRSCH<br>6859 CAIRNWELL DR.<br>BOYNTON BEACH, FL 33472 | Claim Number: 6261<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,556.00 | |

| BOETTCHER, JANET L. TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | Claim Number: 6262<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| BOETTCHER, JANET AND DECENDANTS TRUST<br>2070 N. POINTE LANE<br>FLORISSANT, MO 63031 | Claim Number: 6263<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOETTCHER, JANET TRUST
2070 N. POINTE LN.
FLORISSANT, MO 63031

Claim Number: 6264
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BOETTCHER, JANET L. AND DECENDANTS TRUST
2070 N. POINTE LN
FLORISSANT, MO 63031

Claim Number: 6265
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BOETTCHER, JANET L. (IRA)
FCC AS CUSTODIAN
2070 N. POINTE
FLORISSANT, MO 63031

Claim Number: 6266
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CAVACO, MARK
35 IRENE ST
LINDENHURST, NY 11757-1204

Claim Number: 6267
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,537.63 | Scheduled: | $1,537.63  CONT |
|---|---|---|---|---|

---

SMITH, CAROL L
722 DORCHESTER ROAD
BALTIMORE, MD 21228

Claim Number: 6268
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $788.63 | Scheduled: | $788.63  CONT |
|---|---|---|---|---|

---

MCCARTHY APPRAISAL SVCS INC
168 WHITTLE AV
BLOOMFIELD, NJ 07003

Claim Number: 6269
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $4,170.00 |
|---|---|---|

---

MO, RUOFEI
CHARLES SCHWAB & CO INC.
CUST ROTH CONTRIBUTORY IRA
3519 S. FLEMINGTON DR.
WEST COVINA, CA 91792

Claim Number: 6270
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $3,162.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MO, RUOFEI<br>CHARLES SCHWAB & CO INC.<br>CUST IRA ROLLOVER<br>3519 S. FLEMINGTON DR.<br>WEST COVINA, CA 91792 | Claim Number: 6271<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,312.95 |
|---|---|---|

---

| AKER, STELLAN C. AND BEATRICE<br>REV TRUST UA 10-27-94<br>STELLAN OR BEATRICE AKER TR<br>PO BOX 646<br>GUALALA, CA 95445 | Claim Number: 6272<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | Claim Number: 6273<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) |
|---|---|

| SECURED | Claimed: | $322.64 |
|---|---|---|

---

| MCGILLVRAY, KIMBERLY R<br>12450 NE 9TH ST<br>KIRKLAND, WA 980335237 | Claim Number: 6274<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
|---|---|

| PRIORITY | Claimed: | $1,121.54 | Scheduled: | $1,121.54  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

| WOODYARD, DEBORAH E.<br>11730 GLADE RIVER LANE<br>TOMBALL, TX 77377 | Claim Number: 6275<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $12,905.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,905.00 |
| TOTAL | Claimed: | $12,905.00 |

---

| ALDERSON, KATHERINE ANN<br>CHARLES SCHWAB & CO. INC. CUST<br>IRA CONTRIBUTORY<br>7911 SUGREE TRL<br>LOLO, MT 59847 | Claim Number: 6276<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $3,239.00 |
|---|---|---|

---

| ENGLAND, MEGHAN<br>1240 N PLACENTIA AVE<br>FULLERTON, CA 92831 | Claim Number: 6277<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $934.56 | Scheduled: | $934.56  CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCBRIDE, ANNA M.
9217 MORGAN LN.
GREENWOOD, AR 72936

Claim Number: 6278
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $24,209.67 |
|---|---|---|

---

ZUCKER, LISA M.
29430 WEST WOODALL DR
SOLON, OH 44139

Claim Number: 6279
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED

| UNSECURED | Claimed: | $5,030.00 |
|---|---|---|

---

WILLERTON, JAMES & ELIZABETH
209 PIKE ST
SAINT CHARLES, MO 633013457

Claim Number: 6280
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

ROJAS, LAURA A. AND NORMA
1063 WEXFORD WAY
PORT ORANGE, FL 32129

Claim Number: 6281
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,137.00 |
|---|---|---|

---

GORDON MCDONALD TRUST
21 LINKSIDE
ISLE OF PALMS, SC 29451

Claim Number: 6282
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $35,292.24 |
|---|---|---|
| UNSECURED | Claimed: | $52,312.26 |

---

MURRAY JAY MILLER ARCHITECTURE
ATTN MURRAY JAY MILLER, OWNER
138 SOUTH MAIN ST
WILKES-BARRE, PA 18701

Claim Number: 6283
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,797.57 | Scheduled: | $5,797.57 |
|---|---|---|---|---|

---

ALVAREZ, HILDA
3633 AVOCADO VILLAGE CT
UNIT 143
LAS MESA, CA 919418323

Claim Number: 6284
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $421.87 | Scheduled: | $421.87 CONT |
|---|---|---|---|---|
| PRIORITY | Claimed: | $421.87 | Scheduled: | $421.87 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BUTOR, AILEEN C<br>1109 CLOUDWALK CANYON DR<br>CHULA VISTA, CA 919116835 | Claim Number: 6285<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,688.00 | Scheduled: | $2,688.00 CONT |
|---|---|---|---|---|

| MCDONALD, JANE<br>21 LINKSIDE<br>ISLE OF PALMS, SC 29451 | Claim Number: 6286<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $18,200.96 |
|---|---|---|
| UNSECURED | Claimed: | $46,411.76 |

| KENNEDY, ANNE B., TTEE<br>FBO ANNE B. KENNEDY TRUST<br>1122 LAKE AVE<br>WILMETTE, IL 60091 | Claim Number: 6287<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,748.30 |
|---|---|---|

| MEDIATOR SERVICES, LLC<br>LUCILLE ALFANO<br>508 JERSEY AVENUE<br>SPRING LAKE, NJ 07762 | Claim Number: 6288<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $150.00 |
|---|---|---|

| NORTHWIND FINANCIAL CORP<br>ATTN C. CUMMINGS, CEO<br>5999 BELINDA DR NE<br>ROCKFORD, MI 49341 | Claim Number: 6289<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $10,693.14 |
|---|---|---|

| BERRIAN, HAROLD F. JR.<br>327 REDBUD DR.<br>ASHLAND, KY 41102-8245 | Claim Number: 6290<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FISHER, STEVEN<br>206 OLD BENCHGLEN RD<br>BOONTON, NJ 07005 | Claim Number: 6291<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,194.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HATFIELD, MARK
P.O. BOX 157
CALAIS, ME 04619

Claim Number: 6292
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

WUERTZ, WILBERT
17279 FAIRWAY CIRCLE
COLD SPRING, MN 56320-8800

Claim Number: 6293
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,818.27 |
|---|---|---|

---

ZEALEAR, DAVID S.
2123 WEST BROWNING AVE
FRESNO, CA 93711

Claim Number: 6294
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,428.00 |
|---|---|---|

---

ROTHENBERG, DIANE
DESIGNATED BENE PLAN
2123 W. BROWNING AVE
FRESNO, CA 93711

Claim Number: 6295
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,272.53 |
|---|---|---|

---

MILHOLLAND, KATHRYN
327 BROADMOOR DR.
FREDERICKSBURG, TX 78624-2715

Claim Number: 6296
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,776.89 |

---

HAMILTON, SALLY
20B WILLIAM ST
GLEN COVE, NY 11542

Claim Number: 6297
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7387 (05/15/2009)

| PRIORITY | Claimed: | $59,199.78 | Scheduled: | $6,010.96  CONT |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $295.50  CONT |

---

WEINER, JOEL M.
51 HERON POINTE CT.
MARLTON, NJ 08053-1781

Claim Number: 6298
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,268.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WEINER, JOEL M.
51 HERON POINTE CT.
MARLTON, NJ 08053-1781

Claim Number: 6299
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,892.00 |
| --- | --- | --- |

---

WEINER, JOEL M.
51 HERON POINTE CT.
MARLTON, NJ 08053-1781

Claim Number: 6300
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,060.00 |
| --- | --- | --- |

---

CARTER, JAMES G. REV TRUST / TTEE
4595 FOOTHILLS DR
LOVELAND, CO 80538

Claim Number: 6301
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,984.96 |
| --- | --- | --- |

---

PRINCE GEORGE'S COUNTY, MD
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVAN MEYERS
6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE PARK, MD 20737-1385

Claim Number: 6302
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9552 (12/13/2010)

| SECURED | Claimed: | $4,317.09   UNLIQ |
| --- | --- | --- |

---

BARTOSZKIEWICZ, RON E.
P.O. BOX 14607
SPRINGFIELD, MO 65814-607

Claim Number: 6303
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,858.00 |
| --- | --- | --- |

---

BARTOSZKIEWICZ, RON E.
P.O. BOX 14607
SPRINGFIELD, MO 65814-607

Claim Number: 6304
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $151,647.50 |
| --- | --- | --- |

---

ROSENBLATT, RONALD R.
1741 PLUM THICKET LANE
WEST DES MOINES, IA 50266

Claim Number: 6305
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $651,645.34 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | Claim Number: 6306<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $609,200.85 | Scheduled: | $603,471.54 CONT |

| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | Claim Number: 6307<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,090.84 | Scheduled: | $1,090.84 CONT |

| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | Claim Number: 6308<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,090.84 |

| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | Claim Number: 6309<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,115.66 |
| SECURED | Claimed: | $26,115.66 |
| UNSECURED | Claimed: | $3,022.41 |
| TOTAL | Claimed: | $29,138.07 |

| BARSEL, JANET<br>7058 AYRSHIRE LANE<br>BOCA RATON, FL 33496 | Claim Number: 6310<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,424.85 |

| BARSEL, JANET AND STEVEN SCHAFFER<br>JT TEN<br>7058 AYRSHIRE LANE<br>BOCA RATON, FL 33496 | Claim Number: 6311<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,899.90 |

| FOSTER, TAKIA J.<br>6426 BLUE SKY LN<br>MATTESON, IL 604433310 | Claim Number: 6312<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HILLIARD, KATHRYN
100 RIVERDALE AVE APT 2L
YONKERS, NY 10701-4631

Claim Number: 6313
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $674.87 | Scheduled: | $674.87 | CONT |

---

WEHKING, ERHARDT F. & LILLIAN R.
TTEES FBO ERHARDT F & LILLIAN K WEHKING
TRUST U/A/D 04/10/03
3635 LAUREL CREST
SALT LAKE CITY, UT 84109-3731

Claim Number: 6314
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,338.37 |

---

LAAKMANN, THOMAS
5700 RUXTON WAY
WILMINGTON, NC 28409

Claim Number: 6315
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $997.50 |

---

PRUNSKI, LUCILLE R.
511 VAN DRIVE
DURHAM, NC 27703

Claim Number: 6316
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,891.00 |

---

LIND, SYDELL SHAKERDGE
88 POND VIEW DR.
PORT WASHINGTON, NY 11050

Claim Number: 6317
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,379.95 |

---

ABRAHAM, ERWIN & ANNEMARIE
1894 - 14TH AVENUE
SAN FRANCISCO, CA 94122

Claim Number: 6318
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,000.00 |

---

NWOSY, CHARLES
493 43RD STREET
LINDENHURST, NY 11757

Claim Number: 6319
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 | CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

KRAMER, THEODORE AND SIGRID
2218 N. ROAD 56
PASCO, WA 99301

Claim Number: 6320
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,866.00 |

---

ZUCKER, SANDRA E. REVOCABLE TRUST
SANRA ZUCKER TRUSTEE
4120 CAMBRIDGE COURT
ORANGE VILLAGE, OH 44122

Claim Number: 6321
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,422.00 |

---

CASTELLI, MARIO & CAROLE
JT WROS
9017 WHIMBREL WATCH LN
# 202
NAPLES, FL 34109-4389

Claim Number: 6322
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,928.00 |

---

KING, ROBERT & EVELYN
1625 27TH RD
CLAY CENTER, KS 67432-8169

Claim Number: 6323
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

---

SERVOSS, WILLIAM
2312 S. 2300 EAST
SALT LAKE CITY, UT 84109

Claim Number: 6324
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

SERVOSS, WILLIAM
2312 S. 2300 EAST
SALT LAKE CITY, UT 84109

Claim Number: 6325
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,000.00 |

---

OSHAUNESY, IVA
# 26
2605 SOUTH TOMAHAWK RD
APACHE JUNCTION, AZ 85219

Claim Number: 6326
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRANKLIN, VICTOR
C/O RUTH WHITE
10220 W. 56TH STREET
SHAWNEE MISSION, KS 66203

Claim Number: 6327
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,537.02 |

---

HALL, GARY L.
HALL-HOUSTON EXPLORATION PARTNERS
4605 POST OAK PLACE SUITE 100
HOUSTON, TX 77027

Claim Number: 6328
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,877.00 |

---

PENNUCCI, BILL
11922 WHALERS LANE
MALIBU, CA 90265

Claim Number: 6329
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WOODYARD, DEBORAH E
11730 GLADE RIVER LN
TOMBALL, TX 77377

Claim Number: 6330
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $969.00 |

---

LVTV/ TV13 CLASSIFIEDS
ATTN MARYANN
3910 ADLER PLACE
BETHLEHEM, PA 18017

Claim Number: 6331
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $997.50 |

---

SIVERTSON, DON
11702 34TH ST. NW
WATFORD CITY, ND 58854

Claim Number: 6332
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,087.92 |

---

ADAMS, MARY
14477 BIG BRUSH LANE
JACKSONVILLE, FL 32258

Claim Number: 6333
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,657.99 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COLPITTS, WARREN & TRUDY<br>2943 SEA VIEW PKY<br>ALAMEDA, CA 94502 | Claim Number: 6334<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,988.63 | | |

| LUPLOW, DALE L. ROTH IRA<br>P.O. BOX 241<br>GRANGEVILLE, ID 83530 | Claim Number: 6335<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,326.50 | | |

| HERTAUS, MARVIN F. BETTIE J.<br>2294 PINEWOOD DR<br>SHAKOPEE, MN 55379 | Claim Number: 6336<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,277.00 | | |

| MAMMOLA, LAURA<br>8818 107TH AVE<br>OZONE PARK, NY 114171345 | Claim Number: 6337<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT |

| ROOD, REBECCA<br>8785 GREENGRASS WAY<br>PARKER, CO 80134 | Claim Number: 6338<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT |

| COCHRAN HELMS, INC.<br>ATTN EVERETT L. HELMS, JR., OWNER<br>226 EAST TREMONT AVE<br>CHARLOTTE, NC 28203 | Claim Number: 6339<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $675.00 | | |

| SMITH, CHARLOTTE A.<br>1980 PEINE ROAD<br>WENTZVILLE, MO 63385 | Claim Number: 6340<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,144.49 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOFFMAN, DAVID J. & SHIRLEY A.<br>1100 REGENT LN.<br>GREENVILLE, TX 75402 | Claim Number: 6341<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,447.00 |
|---|---|---|

| DECHELLIS, MARK J.<br>1974 KINGSCOTE CIR NE<br>NORTH CANTON, OH 44720-6184 | Claim Number: 6342<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,332.00 |
|---|---|---|

| SANTORO, EDWARD C.<br>NFC/FMTC ROTH IRA<br>286 N. MADISON AVE # 416<br>PASADENA, CA 91101 | Claim Number: 6343<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TUBB, CATHERINE<br>250 OLD CHESAPEAKE DR.<br>WENTZVILLE, MO 63385 | Claim Number: 6344<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $2,923.08 | Scheduled: | $2,923.08  CONT |
|---|---|---|---|---|

| CHEN, WEN-PAI<br>801 SHEVLIN DRIVE<br>EL CERRITO, CA 94530 | Claim Number: 6345<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $4,998.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,998.00 |
| TOTAL | Claimed: | $4,998.00 |

| SAULS, REGINALD G. IV TRUSTEE FOR<br>SAULS FAMILY SURVIVORS TRUST<br>UA 04 09 92<br>475 HICKEYS FORK ROAD<br>MARSHALL, NC 28753 | Claim Number: 6346<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| SECURED | Claimed: | $64,852.73 |
|---|---|---|

| SAULS, REGINALD G. IV TRUSTEE FOR<br>SAULS FAMILY DECEDENTS TRUST<br>UA 4992<br>475 HICKEYS FORK ROAD<br>MARSHALL, NC 28753 | Claim Number: 6347<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $41,376.47 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| AUSTIN, NANCY<br>1782 WILLOW RD.<br>FRANKLIN GROVE, IL 61031 | | Claim Number: 6348<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,293.00 | | |

---

| HOLT, JUNE C.<br>7575 KATY FREEWAY<br>STE 24<br>HOUSTON, TX 77024-2117 | | Claim Number: 6349<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

---

| OLESON, KARL E.<br>817 W. MAIN ST<br>FESTUS, MO 63028 | | Claim Number: 6350<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,271.45 | | |

---

| KNOWLTON, KRISTINE M (KRIS)<br>430 SW 13TH AVE<br>APT 810<br>PORTLAND, OR 972052364 | | Claim Number: 6351<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $553.92 | Scheduled: | $553.92  CONT |

---

| KASS, KAREN<br>(ROTH IRA)<br>2206 CLOVER DR NW<br>GRAND RAPIDS, MI 49504 | | Claim Number: 6352<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,860.00 | | |

---

| SHERLAK, THOMAS P. & GEORGIA C.<br>133 DOCK SIDE CIRCLE<br>LAKE TAPAWINGO, MO 64015 | | Claim Number: 6353<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $11,954.83 | | |

---

| SAN JOAQUIN COUNTY<br>ATTN SHABBIR A. KHAN, TAX COLLECTOR<br>PO BOX 2169<br>STOCKTON, CA 95201-2169 | | Claim Number: 6354<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $73,070.74 | | |
| SECURED | Claimed: | $73,070.74 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CHICAGO SHRED AUTHORITY<br>2416 S ARCHER AVE<br>CHICAGO, IL 60616 | | Claim Number: 6355<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 |

| | | |
|---|---|---|
| FANN, SARA<br>48545 BERNICE AVE<br>SOLDOTNA, AK 99669 | | Claim Number: 6356<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| KLEIN, DEAN<br>11102 HARVEST RD<br>LITTLE FALLS, MN 56345 | | Claim Number: 6357<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $653.14 |

| | | |
|---|---|---|
| BAUMBACH, JACKSON<br>1730 BECKLEY DR<br>NEW CUMBERLND, PA 170701463 | | Claim Number: 6358<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $9,944.10 |

| | | |
|---|---|---|
| DAVIES, W. DAVID, TRUSTEE<br>W. DAVID DAVIES REV. TRUST<br>2385 SPICER AVENUE<br>WILTON, IA 52778 | | Claim Number: 6359<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,695.39 |

| | | |
|---|---|---|
| KRUPSAW, JANETTE R.<br>402 LONG FOREST CI<br>ANDERSON, SC 29625 | | Claim Number: 6360<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,069.33 |

| | | |
|---|---|---|
| PYLE, JOHN B.<br>3283 PLEASANT VIEW DR<br>MANHEIM, PA 17545-9603 | | Claim Number: 6361<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,161.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUSMAN, CLAIRE<br>PO BOX 3484<br>OSHKOSH, WI 549033484 | Claim Number: 6362<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $10,000.00 |

| BRAUN, JOAN<br>21285 HALLENDALE CRT<br>BROOKFIELD, WI 53045 | Claim Number: 6363<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,585.38 |

| MACIOSEK, MICHELLE<br>W224 S7920 OAKRIDGE DR<br>BIG BEND, WI 53103 | Claim Number: 6364<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $12,464.00 |

| ARENT, JEFFREY<br>S52W25100 SAGE CT<br>WAUKESHA, WI 53189-6910 | Claim Number: 6365<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,281.00 |

| BABO, ROSEMARIE<br>4914 N 77TH PLACE<br>SCOTTSDALE, AZ 85251-1606 | Claim Number: 6366<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,275.54 |

| ITTU, JOHN L.<br>15921 WOODBURY AVE<br>CLEVELAND, OH 44135-4227 | Claim Number: 6367<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $25,475.00 |

| BLANC IMAGE PRODUCTIONS<br>ATTN OSCAR I. GARCIA, OWNER<br>697 GRANITE ST<br>IMPERIAL, CA 92251 | Claim Number: 6368<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED          Claimed:          $500.00          Scheduled:          $500.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GANATRA, LABHESH M.<br>403 HORSE SHOE DR<br>EULESS, TX 76039-3955 | Claim Number: 6369<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,350.00 | | |
|---|---|---|---|---|

---

| KALLMAN, HERBERT, IRA<br>OPENHIMER & CO CUSTODIAN<br>12670 KELLY PALM DR<br>FT MYERS, FL | Claim Number: 6370<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $15,515.00 | | |
|---|---|---|---|---|

---

| EASTWOOD, TRITT AARON<br>744 HUNTERS CROSSING LANE<br>SPRINGFIELD, TN 37172 | Claim Number: 6371<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $339.94 | | |
|---|---|---|---|---|

---

| RESIDENTIAL APPRAISAL GROUP<br>ATTN ROBERT H. BIRD, OWNER<br>518 S SAMUEL ST<br>CHARLES TOWN, VA 25414 | Claim Number: 6372<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $325.00 |
|---|---|---|---|---|

---

| PACIFIC GAS AND ELECTRIC COMPANY<br>BARBARA GREEN, BANKRUPTCY UNIT<br>PO BOX 8329<br>STOCKTON, CA 95208 | Claim Number: 6373<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,429.61 | | |
|---|---|---|---|---|

---

| HALL STONEBRIAR ONE ASSOCIATES, LTD.<br>ATTN LAURIE D. BIDDLE<br>6801 GAYLORD PARKWAY<br>SUITE 406<br>FRISCO, TX 75034 | Claim Number: 6374<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| SECURED | Claimed: | $5,154.38 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,657.36 | Scheduled: | $5,672.86 |

---

| MCGEE, HOWARD G.<br>1520 DEVINE ST<br>JACKSON, MS 39202 | Claim Number: 6375<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $16,593.75   UNLIQ | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FURGAL, JEAN
2400 S FINLEY RD #122
LOMBARD, IL 60148

Claim Number: 6376
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

KORBLER, JUDITH
204 WHITE CAP LANE
NEWPORT COAST, CA 92657

Claim Number: 6377
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |

---

JOHNSON, MARY ANN T
2788 MADERIA CIRCLE
MONACO ESTATES
MELBOURNE, FL 32935-5599

Claim Number: 6378
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,882.39 | | |

---

EDWARDS, ESTER
CMR 450 BOX 592
APO, AE 09705

Claim Number: 6379
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,561.00 | | |

---

YING, ZHI YU
102-10 66 ROAD
APT 10G
FOREST HILLS, NY 11375

Claim Number: 6380
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $13,263.90 | | |

---

STATEWIDE PUBLISHING - WA
ATTN KAREN PRATT, COLLECTIONS MANAGER
PO BOX 83
RICHLAND, WA 99352

Claim Number: 6381
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $800.12 | Scheduled: | $437.64 |

---

AMRHEIN, MICHAEL G.
2301 ODDIE BLVD #26
RENO, NV 89512

Claim Number: 6382
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,164.78 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

AMRHEIN, MICHAEL G.
2301 ODDIE BLVD #26
RENO, NV 89512

Claim Number: 6383
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,838.00 |

---

GEDEON, MARY A. & JOHN J., TTEES
MARY & JOHN GEDEON LIVING TRUST
7865 E MISSISSIPPI AVE
UNIT 501
DENVER, CO 80247

Claim Number: 6384
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,838.51 |

---

BUMBAK, KATHY (KATIE)
4810 COLLINSVILLE PLACE
HIGHLANDS RANCH, CO 80130

Claim Number: 6385
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $904.61 | Scheduled: | $904.61  CONT |

---

KELLY, THOMAS H.
2500 MACERO ST
ROSEVILLE, CA 95747-5000

Claim Number: 6386
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,987.52 |
| UNSECURED | Claimed: | $0.00 |

---

BROOMALL INVESTMENT CLUB
ATTN STEPHEN POLINSKY G.P.
107 TEAKWOOD COURT
NORRISTOWN, PA 19401

Claim Number: 6387
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,343.00 |

---

POLINSKY, STEPHEN
107 TEAKWOOD COURT
NORRISTOWN, PA 19401

Claim Number: 6388
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100.00 |

---

CHIN, JEAN LAU
96 A MOUNTAIN AVE
BAYVILLE, NY 11709

Claim Number: 6389
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,732.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| CHIN, GENE S.<br>614 DEDHAM ST<br>NEWTON CENTER, MA 02459 | Claim Number: 6390<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $130,820.00 | | |

| DALTHORP, RACHEL L<br>3043 NEVADA AVE S<br>ST LOUIS PARK, MN 55426-3216 | Claim Number: 6391<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 139 | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $2,560.01 CONT |
| UNSECURED          Claimed: | $2,560.01 | | |

| BLANCO, EVELYN P.<br>6340 POLVADERA<br>EL PASO, TX 79912 | Claim Number: 6392<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $15,196.07 | | |

| ZARING, STANLEY P., TTEE<br>STANLEY P. ZARING CHARITABLE REMAINDER<br>TRUST U/A DTD 11-12-98<br>10960 NW 86TH CT<br>CHIEFLAND, FL 32626 | Claim Number: 6393<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $277,822.00 | | |

| ZARING, STANLEY PAUL<br>10960 NW 86TH CT<br>CHIEFLAND, FL 32626 | Claim Number: 6394<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $97,218.00 | | |

| TMC APPRAISAL SERVICES LLC<br>64 WOODBURY<br>MERIDIAN, ID 83646 | Claim Number: 6395<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $350.00 | | |

| GALLATIN COUNTY, MONTANA<br>KIMBERLY BUCHANAN<br>COUNTY TREASURER<br>311 WEST MAIN STREET ROOM 210<br>BOZEMAN, MT 59715 | Claim Number: 6396<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $0.00 UNDET |
| SECURED          Claimed: | $2,848.75 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ADL PARTNERS LTD<br>ATTN ALAN D. LACOSTE, GENERAL PARTNER<br>11 RIVER LANE<br>LAKE CHARLES, LA 70605 | Claim Number: 6397<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $35,030.00 |

---

| EILERS, ANITA I.<br>13101 SOUTHAMPTON DRIVE<br>BONITA SPRINGS, FL 34135 | Claim Number: 6398<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $29,838.99 |

---

| BAUMGARTEN, JESSICA<br>114 VICTORY DRIVE<br>JUPITER, FL 33477 | Claim Number: 6399<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $27,260.35 |

---

| SWIST, EDWARD & JAN<br>3623 SOMERSET<br>PRAIRIE VILLAGE, KS 66208 | Claim Number: 6400<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $500.00 |

---

| YMCA OF THE PIKES PEAK REGION<br>ATTN THOMAS LOWDEN, VICE PRESIDENT<br>207 NORTH NEVADA AVENUE<br>COLORADO SPRINGS, CO 80903 | Claim Number: 6401<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $1,400.00 |

---

| JOHNSON, KEN<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | Claim Number: 6402<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $24,129.30 |

---

| JOHNSON, KEN & MARY-ANN<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | Claim Number: 6403<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $51,859.65 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MARINO, MICHAEL A. & JOANNA M. JT WROS<br>40 AROCA AVENUE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 6404<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,667.99 | | |
| SERNOFF, EDWIN<br>EIN HOD ARTISTS VILLAGE<br>D.N. HOF HACARMEL<br> 30890<br>ISRAEL | | Claim Number: 6405<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,000.00 | | |
| INNOCENT, JEAN<br>215 WORTMAN AVE.<br>APT # 7H<br>BROOKLYN, NY 11207 | | Claim Number: 6406<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | |
| PRIORITY | Claimed: | $1,526.54 | Scheduled: | $1,526.54  CONT |
| WADE, GERALD<br>2603 - 11TH ST.<br>KENOSHA, WI 53140 | | Claim Number: 6407<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| MULVEHILL, ALENA<br>9794 BROADWAY AVE<br>IRWIN, PA 15642 | | Claim Number: 6408<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,184.61 | Scheduled: | $1,184.61  CONT |
| MACORMAC, EVELYN W<br>106 W FAIR MEADOWS<br>DR<br>CANONSBURG, PA 15317 | | Claim Number: 6409<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,788.46 | Scheduled: | $2,414.42  CONT |
| BRANDSPIEGEL, ROSE<br>360 SILVER CT<br>WOODMERE, NY 11598 | | Claim Number: 6410<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRANDSPIEGEL, BERNARD & ROSE
360 SILVER CT
WOODMERE, NY 11598

Claim Number: 6411
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

BRANDSPIEGEL, BERNARD
360 SILVER CT
WOODMERE, NY 11598

Claim Number: 6412
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

GOTTLIEB, MURRAY AND
BEVERLY SCHNITZER, TRUSTEES
MURRAY GOTTLIEB REVOCABLE TRUST
900 FARMHAVEN DRIVE
ROCKVILLE, MD 20852

Claim Number: 6413
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,740.00 |

---

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6414
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13.00 | Scheduled: | $0.00 UNDET |
| UNSECURED | Claimed: | $1.00 | | |

---

PATTERSON, WILLIAM R.
27 CANDICE COURT
LANCASTER, NY 14086-1205

Claim Number: 6415
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,744.46 |
| UNSECURED | Claimed: | $8,744.46 |
| TOTAL | Claimed: | $8,744.46 |

---

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6416
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,176.48 | Scheduled: | $0.00 UNDET |
| UNSECURED | Claimed: | $627.54 | | |

---

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 6417
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $749,136.68 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROELKE, WILLIAM LLOYD SR TTEE
630 HARMONY DR APT 257
NEW OXFORD, PA 17350-8224

Claim Number: 6418
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $5,321.00 |

---

HYNH, LONG & KIMYEN
7706 SHUMARD CIR
IRVING, TX 75063

Claim Number: 6419
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,631.00 |
| UNSECURED | Claimed: | $6,631.00 |
| TOTAL | Claimed: | $6,631.00 |

---

BABBE, ELEANOR M.
4616 FALKIRK BAY
OXNARD, CA 93035

Claim Number: 6420
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BABBE, EVERETT L.
4616 FALKIRK BAY
OXNARD, CA 93035

Claim Number: 6421
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BABBE, EVERETT L.
4616 FALKIRK BAY
OXNARD, CA 93035

Claim Number: 6422
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

STRECKER, ROGER W.
200 FRYE RD
PINEHURST, NC 28374

Claim Number: 6423
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,908.91 |

---

PARADY, STEVE
SPECIAL ACCOUNT
8427 S. TERRACE RD
TEMPE, AZ 85284

Claim Number: 6424
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,269.53 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CANCER MONTHLY LLC PROF SHRG<br>401K PLAN FBO MICHAEL HORWIN<br>14460 NEW FALLS OF NEUSE RD.<br>STE 149-243<br>RALEIGH, NC 27614 | | Claim Number: 6425<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,845.00 |
| KOFFMAN FOUR ACCOUNT ET AL<br>ATTN BARRY KOFFMAN (AGENT)<br>224 MAIN STREET<br>BINGHAMTON, NY 13905 | | Claim Number: 6426<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $44,708.00 |
| ROMAN, MARK J. & LORETTA J. JT WROS<br>17481 LAKESEDGE TRAIL<br>CHAGRIN FALLS, OH 44023 | | Claim Number: 6427<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,419.40 |
| LANE, DORIS<br>PO BOX 1182<br>LEWISTOWN, MT 59457-1182 | | Claim Number: 6428<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,737.65 |
| PETERSCHICK, JEROME & HAZEL<br>601 HURON<br>LEWISTOWN, MT 59457 | | Claim Number: 6429<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,264.82 |
| ALDRICH, OPAL J.<br>217 MCKINLEY ST RM 4<br>LEWISTOWN, MT 59457-2266 | | Claim Number: 6430<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,269.39 |
| JOYNER, DIXIE LEE<br>923 W. ERIE<br>LEWISTOWN, MT 59457 | | Claim Number: 6431<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,095.11 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARLSON, JOHN M.<br>314 - 4TH AVE N.<br>LEWISTOWN, MT 59457 | Claim Number: 6432<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $15,255.99 | | |
|---|---|---|---|---|

| CENTRAL MONTANA FOUNDATION<br>MILDRED MCMILLEN<br>PO BX 334<br>LEWISTOWN, MT 59457 | Claim Number: 6433<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,151.46 | | |
|---|---|---|---|---|

| MONTESIONE, KIMBERLY<br>66 DISBROW LANE<br>N.R., NY 10804 | Claim Number: 6434<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,038.00 | | |
|---|---|---|---|---|

| MONTESIONE, ROBERT J.<br>66 DISBROW LANE<br>N.R., NY 10804 | Claim Number: 6435<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,985.00 | | |
|---|---|---|---|---|

| SCHMERSAHL, LAURA E<br>913 KIEFER RIDGE DR<br>BALLWIN, MO 63021 | Claim Number: 6436<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $70,298.28 | Scheduled: | $70,064.74  CONT |
|---|---|---|---|---|

| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | Claim Number: 6437<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $713,614.31 | Scheduled: | $717,272.30  CONT |

| PROFESSIONAL APPRAISAL ASSOC.<br>ATTN THOMAS S. KACHELRIESS, PRES<br>469 MORRIS AVE.<br>SUMMIT, NJ 07902 | Claim Number: 6438<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $925.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

PERRY, STEVE
508 S RIVER RD
ENTERPRISE, MS 393309100

Claim Number: 6439
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,001.90 |

---

SABIK, RONALD J.
SCI CRESSON P.O. BOX A
CRESSON, PA 16699-0001

Claim Number: 6440
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

---

WATSON, MARINA
9511 BEACH MILL RD
GREAT FALLS, VA 22066

Claim Number: 6441
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $992.79 |
| UNSECURED | Claimed: | $992.79 |
| TOTAL | Claimed: | $992.79 |

---

LANER MUCHIN DOMBROW
BECKER LEVING & TOMINBERG, LTD
ATTN ROBERT H. BROWN, DIRECTOR
515 NORTH STATE STREET, SUITE # 2800
CHICAGO, IL 60610

Claim Number: 6442
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,122.50 |

---

ROUTH CRABTREE OLSEN, PS
13555 SE 36TH ST #1
BELLEVUE, WA 98006-1400

Claim Number: 6443
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,550.00 |

---

SCHMERSAHL, ROBERT
913 KIEFER RIDGE DR
BALLWIN, MO 63021

Claim Number: 6444
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $676.57 | Scheduled: | $676.57  CONT |

---

WOODS, JEREMY M
2436 PROSPECT AVENUE
EVANSTON, IL 60201

Claim Number: 6445
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $374.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

APPRAISAL CONNECTION, LLC
ATTN JACQUES W. WEINTEIN (MEMBER)
27 STATE ST, STE 20
BANGOR, ME 04401

Claim Number: 6446
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)
Replaces claim number 610

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $325.00 |

---

ALTER, GARY
1485 SANDPOINTE CT
MANCHESTER, MO 63021

Claim Number: 6447
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,294.00 |

---

EASTWOOD, TRITT AARON
744 HUNTERS CROSSING LANE
SPRINGFIELD, TN 37172

Claim Number: 6448
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $339.94 |

---

PEDERSEN, RUTH AND RICHARD
4229 W FAWN LAKE RD
SPRINGSTEAD, WI 54552

Claim Number: 6449
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,749.00 |

---

JARRETT, EVE ROBIN
35 JACK AND JILL DRIVE
PO BOX 192
BRIDGEHAMPTON, NY 11932

Claim Number: 6450
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $300,678.45 | Scheduled: | $291,605.97 CONT |

---

JAMES A. CURRLIN APPRAISALS
ATTN JAMES A. CURRLIN
6 SILVERHILL COURT
CHICO, CA 95926

Claim Number: 6451
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

MONTESIONE, ROBERT J.
66 DISBROW LANE
NEW ROCHELLE, NY 10804

Claim Number: 6452
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,346.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DENNIS, DENNIS J. | Claim Number: 6453 |
| 12 WILDFLOWER TRAIL | Claim Date: 12/26/2007 |
| ROBBINSVILLE, NJ 08691 | Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $7,978.62 |

---

| DENNIS, DENNIS J. | Claim Number: 6454 |
| 12 WILDFLOWER TRAIL | Claim Date: 12/26/2007 |
| ROBBINSVILLE, NJ 08691 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $713.78 |

---

| US BANK | Claim Number: 6455 |
| 110 MARTER AVE STE 101 | Claim Date: 12/26/2007 |
| MOORESTOWN, NJ 80573124 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 8492 (01/12/2010) |

| UNSECURED | Claimed: | $2,239.90 |

---

| DENNIS, DENNIS J. | Claim Number: 6456 |
| 12 WILDFLOWER TRAIL | Claim Date: 12/26/2007 |
| ROBBINSVILLE, NJ 08691 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $2,574.74 |

---

| PENDER COUNTY | Claim Number: 6457 |
| ATTN TERECA L. CRENSHAW, ASST. TAX COLL. | Claim Date: 12/27/2007 |
| P.O. BOX 1047 | Debtor: AMERICAN HOME MORTGAGE CORP |
| BURGAW, NC 28425 | Comments: DOCKET: 8485 (01/08/2010) |

| SECURED | Claimed: | $31.37 |

---

| SALTOS, JOHN C | Claim Number: 6458 |
| 4112 41ST ST APT 2A | Claim Date: 12/27/2007 |
| SUNNYSIDE, NY 111043217 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $4,230.77  CONT |

---

| VITAL SIGNS OF BAKERSFIELD | Claim Number: 6459 |
| ATTN MINDY DAVIS - OFFICE MGR. | Claim Date: 12/27/2007 |
| 6703 ROSEDALE HWY | Debtor: AMERICAN HOME MORTGAGE CORP |
| BAKERSFIELD, CA 93308 | |

| UNSECURED | Claimed: | $1,933.78 | Scheduled: | $1,933.78 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEMARCO, DONALD S.<br>6186 GOLF VILLAS DR<br>BOYNTON BEACH, FL 33437 | Claim Number: 6460<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,234.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,234.00 | | |

| EIERMAN, GENAMARIE/WILLIAM<br>31525 JEDEDIAH SMITH RD<br>TEMECULA, CA 92592 | Claim Number: 6461<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,745.50 |
|---|---|---|

| EIERMAN, WILLIAM/GENAMARIE<br>31525 JEDEDIAH SMITH ROAD<br>TEMECULA, CA 92592 | Claim Number: 6462<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,508.00 |
|---|---|---|

| EGIX INC<br>POB 2306<br>INDIANAPOLIS, IN 46206-2306 | Claim Number: 6463<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $12,000.00 |
|---|---|---|

| VONWAHLDE, DOROTHY D., TRUSTEE<br>DOROTHY D VONWAHLDE TRUST DTD 02/14/2006<br>11090 SIERRA PALM CT.<br>FORT MEYERS, FL 33966 | Claim Number: 6464<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,768.64 |
|---|---|---|

| VONWAHLDE, ROBERT F., TRUSTEE<br>ROBERT F. VONWAHLDE TRUST DTD 02/14/2006<br>11090 SIERRA PALM CT.<br>FORT MEYERS, FL 33966 | Claim Number: 6465<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $18,072.20 |
|---|---|---|

| ALL SEASONS CLEANING SVC<br>ATTN KEN PHOENIX<br>2367 NEWBURG LN<br># B<br>SAFETY HARBOR, FL 34695 | Claim Number: 6466<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $228.00 | Scheduled: | $228.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KELLEY, SCOTT R. & LISA M.<br>1007 MORGANS LANDING CT.<br>BRENTWOOD, TN 37027 | | Claim Number: 6467<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $19,936.00 |

---

| MISHRA, GAJENDRA & MADHU JT<br>4201 SILVERADO DR<br>IDAHO FALLS, ID 83404-5035 | | Claim Number: 6468<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,354.98 |

---

| BURROUGHS, DOUG<br>7005 HARTLEY CT<br>MODESTO, CA 95356 | | Claim Number: 6469<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $4,104.00 |

---

| HOOVER, JOHN<br>611 NW RIVERFRONT ST<br>BEND, OR 97701-2558 | | Claim Number: 6470<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
|---|---|---|
| PRIORITY | Claimed: | $40,759.19 |
| UNSECURED | Claimed: | $40,759.19 |
| TOTAL | Claimed: | $40,759.19 |

---

| WICHMANN, KENNETH J.<br>PO BOX 209<br>ELY, MN 55731-0209 | | Claim Number: 6471<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,138.95 |

---

| VONCK, THEODORE F. JR.<br>1659 VALOR RIDGE DRIVE<br>KENNESAW, GA 30152 | | Claim Number: 6472<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $20,006.00 |

---

| MARSHALL, PAUL E.<br>2310 E US 52<br>SERENA, IL 60549 | | Claim Number: 6473<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POPE, H. MORGAN & JANE B.
1993 CANADY LANDING RD
AURORA, NC 27806-9413

Claim Number: 6474
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,818.70 |
| UNSECURED | Claimed: | $5,818.70 |
| TOTAL | Claimed: | $5,818.70 |

VIENS, MADELINE C.
3462 MECARTNEY RD.
ALAMEDA, CA 94502

Claim Number: 6475
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,079.99 |

HOOKER, ROBYN A.
8850 TRIPOLI PL
DULLES, VA 20189-8850

Claim Number: 6476
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,105.95 |

ALTMAN, MURRAY
522 W END AVE APT 15C
NEW YORK, NY 10024-3228

Claim Number: 6477
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

WECHSLER, ELAINE
20310 FAIRWAY OAKS DRIVE #144
BOCA RATON, FL 33434-3228

Claim Number: 6478
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,427.09 |

BROCKMAN, RONALD CHARLES & MONNIE DEAN
2603 ADAMS ST.
PADUCAH, KY 42003

Claim Number: 6479
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,060.66 |

SMITH, TEDDY L.
1676 FORD PARKWAY
SAINT PAUL, MN 55116

Claim Number: 6480
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KANE, LUKE D.<br>31 ASBURY AVENUE<br>ATLANTIC HIGHLANDS, NJ 07716-1413 | | Claim Number: 6481<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,673.00 |
| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE NUMBER 1<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 6482<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011)<br>Amends claim number 698 |
| PRIORITY | Claimed: | $3,310.10 |
| ROSENTHAL, CAROLYN - ROLLOVER IRA<br>C/O CAROLYN ROSENTHAL<br>245 OAKRIDGE BLD O<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 6483<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $61,639.49 |
| ROSENTHAL, MURRAY - ROTH IRA<br>C/O MURRAY ROSENTHAL<br>245 OAKRIDGE BLD O<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 6484<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,575.75 |
| WORKMAN, KIM E.<br>9894 EASTDELL<br>SANDY, UT 84092 | | Claim Number: 6485<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,971.98 |
| REZNIK, ROMAN<br>16255 VENTURA BLVD., #1012<br>ENCINO, CA 91436 | | Claim Number: 6486<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $4,875.00 |
| NORDMEYER OIL<br>ATTN HARRY NORDMEYER<br>362 90TH ROAD<br>TORONTO, KS 66777-3098 | | Claim Number: 6487<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $27,425.05 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| JANZEN, BECKY<br>3220 SHERWOOD CT.<br>LAWRENCE, KS 66049-2116 | | Claim Number: 6488<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,250.00 |
| JANZEN, BECKY<br>3220 SHERWOOD CT.<br>LAWRENCE, KS 66049-2116 | | Claim Number: 6489<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $5,000.00 |
| DANIEL, DEBORAH<br>3821 WINDSCAPE CT.<br>OKLAHOMA CITY, OK 73179-3845 | | Claim Number: 6490<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $4,992.48 |
| EATON, JERRIE & SALLY JT TEN<br>PO BOX 360<br>ELMA, WA 98541-0360 | | Claim Number: 6491<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| IZZO, JOHN<br>26928 HALIFAX PLACE<br>HAYWARD, CA 94542 | | Claim Number: 6492<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,844.66 |
| IZZO, JOHN<br>26928 HALIFAX PLACE<br>HAYWARD, CA 94542 | | Claim Number: 6493<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $15,670.85 |
| MUI, LILY<br>1133 WAIMANU ST., APT 911<br>HONOLULU, HI 96814 | | Claim Number: 6494<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $580.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ANDERSON, SAMUEL M.<br>2064 BREEZE DRIVE<br>SODDY DAISY, TN 37379 | Claim Number: 6495<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $5,526.00 |
|---|---|---|

---

| REZNIK, ROMAN AND BORIS<br>16255 VENTURA BLVD., # 1012<br>ENCINO, CA 91436 | Claim Number: 6496<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $6,093.75 |
|---|---|---|

---

| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | Claim Number: 6497<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | | | Scheduled: | $1,772.31 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,772.31 | | |

---

| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | Claim Number: 6498<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) |
|---|---|

| PRIORITY | | | Scheduled: | $603.99 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,257.31 | Scheduled: | $1,257.31 CONT |

---

| WACO PROPERTIES, INC.<br>C/O C. RYAN MALONEY<br>FOLEY & LARDNER LLP<br>PO BOX 240<br>JACKSONVILLE, FL 32201-0240 | Claim Number: 6499<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,052.14 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,814.20 | Scheduled: | $1,395.99 |

---

| DIXON, RICHARD P.<br>218 BEECK ST<br>MAYFIELD, NY 12117 | Claim Number: 6500<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,642.50 |
|---|---|---|

---

| SHAH, PRAGNA K.<br>1802 SOUTH YORK STREET<br>MECHANICSBURG, PA 17055-5115 | Claim Number: 6501<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,394.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHMOOKLER, IRVING & MOLLY
128 BIRMINGHAM LN
MONROE TWP, NJ 08831

Claim Number: 6502
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,345.00 | | |
|---|---|---|---|---|

OLD TAPPAN BOROUGH
BOROUGH OF OLD TAPPAN
ATTN ALLEN M. BELL, ESQ.
277 OLD TAPPAN RD.
OLD TAPPAN, NJ 07675

Claim Number: 6503
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $40,779.74   UNLIQ | | |
|---|---|---|---|---|

SCHAEFER, KATHLEEN
29 CAGER PL
HUNTINGTON STATION, NY 11746

Claim Number: 6504
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $2,239.00 | Scheduled: | $4,480.00  CONT |
|---|---|---|---|---|

SHAH, PINKI ANOOP
1531 6TH ST APT 412
SANTA MONICA, CA 90401-2536

Claim Number: 6505
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,099.70 | | |
|---|---|---|---|---|

WU, SHEAN-DONG
20150 BONNIE BRAE LANE
SARATOGA, CA 95070

Claim Number: 6506
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 | | |
|---|---|---|---|---|

WESCH VS. AMERICAN HOME MORTGAGE CORP.
SUPERIOR COURT MONMOUTH CO NJ C-741-07
13 CANIDAE CT
TINTON FALLS, NJ 07753

Claim Number: 6507
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $446,643.28 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

GROSS, GARY
5242 E. ARROYO RD
PARADISE VALLEY, AZ 85253-3322

Claim Number: 6508
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $218,000.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CAL-PACIFIC BUSINESS MACHINES INC
ATTN JOHN SANTNER
9610 S. LA CIENEGA BLVD
INGLEWOOD, CA 90301

Claim Number: 6509
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,559.73 | Scheduled: | $827.31 |
|---|---|---|---|---|

KALLA, KESHAN AND RADHIKA
190 BLUEBERRY LANE
HICKSVILLE, NY 11801

Claim Number: 6510
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,444.00 |
|---|---|---|

BASSLER, DANA P
160 COTTAGE ST
NORWOOD, MA 02062

Claim Number: 6511
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $440.00 | Scheduled: | $440.00 CONT |
|---|---|---|---|---|

INTER-TEL INTEGRATED SYSTEMS, INC. (BY
CT NETWORKS) C/O LEGAL DEPARTMENT
DIANA CLINE, PARALEGAL
7300 W. BOSTON STREET
CHANDLER, AZ 85226

Claim Number: 6512
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $2,884.20 |
|---|---|---|

GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME
INV CORP DEFENDANT.  2:06-CV-2234
WARREN S. DANK, FRANK & ASSOCIATES, PC
500 BI-COUNTY BLVD., SUITE 112N
FARMINGDALE, NY 11735

Claim Number: 6513
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $2,500,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RESOURCE DEVELOPMENT GROUP, LLC
ATTN ALEN D LACOSTE, GENERAL PARTNER
11 RIVER LANE
LAKE CHARLES, LA 70605

Claim Number: 6514
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $50,610.00 |
|---|---|---|

RUDZINSKI, CHRISTINE
4121 AVALON DR
WEYMOUTH, MA 02188

Claim Number: 6515
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,712.55 | Scheduled: | $2,739.69 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ASHCRAFT, DONALD W.<br>152 GRANITE STREET<br>UXBRIDGE, MA 01569 | | Claim Number: 6516<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $14,764.62 |
| CIRAFICI, PETER J.<br>IRA<br>105 CHAINSAW ROAD<br>DILLSBURG, PA 17019 | | Claim Number: 6517<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,624.25 |
| DEARING, CURTIS D.<br>P.O. BOX 229<br>WINNIE, TX 77665 | | Claim Number: 6518<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $16,664.00 |
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | | Claim Number: 6519<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $300.00 |
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | | Claim Number: 6520<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $5,461.75 |
| KRIEGLER, JOSEPH F.<br>7402 S. 140 AVE<br>OMAHA, NE 68138 | | Claim Number: 6521<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,798.00 |
| KEENER, STACEY<br>3122 LAUREL RIDGE CIR<br>BRIDGEVILLE, PA 15017 | | Claim Number: 6522<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
| PRIORITY | Claimed: | $537.11          Scheduled:          $537.11  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHILSON, DONALD L.
4620 SUMMERSET DR.
TERRE HAUTE, IN 47803

Claim Number: 6523
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

SCHILSON, ELIZABETH A.
4620 SUMMERSET DR.
TERRE HAUTE, IN 47803

Claim Number: 6524
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

SALIS, GEORGE J.
1846 RADCLIFF AVE.
BRONX, NY 10462-3707

Claim Number: 6525
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $722.40 |
|---|---|---|

---

HUTCHINSON, DOROTHY U.
3863 N. TAZEWELL ST
ARLINGTON, VA 22207

Claim Number: 6526
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,014.52 |
|---|---|---|

---

SINGH, DAVE
131 02 107TH AVE
RICHMOND HILL, NY 11419

Claim Number: 6527
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $3,461.54 | Scheduled: | $3,461.54 CONT |
|---|---|---|---|---|

---

LEVY, MILTON
575 PARK AVE.
# 1009
NEW YORK, NY 10065

Claim Number: 6528
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,405.95 |
|---|---|---|

---

GORSLINE, DAVID R.
215 HEATHER DRIVE
MARSHALL, MI 49068

Claim Number: 6529
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $223,500.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GORSLINE, DAVID R.
215 HEATHER DRIVE
MARSHALL, MI 49068

Claim Number: 6530
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,000.00 | | |

---

SIDERIS, CHRISTOPHER
250 MAMARONECK AVENUE, NO 661
WHITE PLAINS, NY 10605

Claim Number: 6531
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $620.00 | | |

---

BURGESS, JACOB
90 COUNTRY CLUB DRIVE
PORT WASHINGTON, NY 11050

Claim Number: 6532
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,865.22 | Scheduled: | $3,512.82 CONT |

---

FRANCIS, DARLA J.
7887 PINE ISLAND DR NE
BELMONT, MI 49306-9719

Claim Number: 6533
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,570.00 | | |

---

TJR APPRAISAL CORPORATION
140 NW MAGNOLIA LAKES BLVD
PORT ST LUCIE, FL 349863567

Claim Number: 6534
Claim Date: 12/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,300.00 | | |
| UNSECURED | Claimed: | $10,985.00 | Scheduled: | $3,175.00 |

---

SOLIS, ANTONIO
C/O MICHAEL C. BERGKVIST
BERGKVIST, BERGKVIST AND CARTER
400 OCEANGATE, WUITE 800
LONG BEACH, CA 90802

Claim Number: 6535
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10583 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $750,000.00 | | |

---

CRUZ, TRINIDAD
C/O MICHAEL C. BERGKVIST
BERGKVIST, BERGKVIST AND CARTER
400 OCEANGATE, SUITE 800
LONG BEACH, CA 90802

Claim Number: 6536
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10583 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $610,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| LOPEZ, SAUL & TORRES, CARLOS<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | | Claim Number: 6537<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10583 (09/17/2012) | |
| UNSECURED | Claimed: | $715,000.00 | |
| NOSAL, MARK<br>701 BRIDGEWATER DR<br>BENTON, AR 72015 | | Claim Number: 6538<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7234 (04/07/2009) | |
| PRIORITY | Claimed: | $10,000.00 | |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | | Claim Number: 6539<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED | Claimed: | $166,003.59 | |
| ALAIMO, VINCENZO<br>156 9TH ST<br>BETHPAGE, NY 11714 | | Claim Number: 6540<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | |
| PRIORITY | | Scheduled: | $4,660.82  CONT |
| UNSECURED | Claimed: | $4,660.82 | |
| HARSCH, STEVEN<br>39719 S RIVERWOOD DR<br>TUCSON, AZ 85739 | | Claim Number: 6541<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) | |
| PRIORITY | Claimed: | $1,650.00 | |
| NIESS, THOMAS L.<br>708 NORTH 13TH ST<br>BILLINGS, MT 59101 | | Claim Number: 6542<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $18,425.19 | |
| NIESS, THOMAS L.<br>708 NORTH 13TH ST<br>BILLINGS, MT 59101 | | Claim Number: 6543<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $24,807.93 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GAUL, FRANCESCA
PELICAN APPRAISALS
1300 15TH CT #5
KEY WEST, FL 33040

Claim Number: 6544
Claim Date: 12/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,625.00 |
| UNSECURED | Claimed: | $1,625.00 |
| TOTAL | Claimed: | $1,625.00 |

---

HUGHES, SHARAINE
C/O MARY CATHERINE SHERIDAN ESQ
HALL SICKELS FREI KATTENBURG & MIMS PC
12120 SUNSET HILLS RD STE 150
RESTON, VA 20190

Claim Number: 6545
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,450,000.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

EASSA, CHARLES N., CUST
CMR 480 BOX 3000
APO AE, 09128

Claim Number: 6546
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $693.95 |

---

EASSA, CHARLES N., CUST
GRACE EASSA UTMA KS
90 OFFUTT RD
HANSCOM AFB, MA 01731

Claim Number: 6547
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $348.95 |

---

GLIEDER, HARALD
4000 PARK NEWPORT #207
NEWPORT BEACH, CA 92660

Claim Number: 6548
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,250.00 |

---

ABCARI, REZA
4038 MT DIABLO BLVD
LAFAYETTE, CA 94549

Claim Number: 6549
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58.76 |

---

RIES, MICHAEL H.

Claim Number: 6550
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $164,377.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | | Claim Number: 6551<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| PRIORITY | Claimed: | $570.46 | Scheduled: | $1,749.95 CONT |
| WHELAN, DOMINIC<br>109 S STRONG AVE<br>COPIAGUE, NY 117264820 | | Claim Number: 6552<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92 CONT |
| WHELAN, SUSAN<br>109 S STRONG AVE<br>COPIAGUE, NY 11726-4820 | | Claim Number: 6553<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $914.00 | Scheduled: | $914.00 CONT |
| SKINNER, WILLIAM<br>1684 SERVAIS COLLERAN RD<br>LA CROSSE, WI 54601 | | Claim Number: 6554<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| HIRSCHFELD, DANIEL<br>9430 LIVE OAK PL #304<br>DAVIE, FL 33324 | | Claim Number: 6555<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| SAN JOAQUIN COUNTY, CALIFORNIA<br>TREASURER/TAX COLLECTOR<br>P.O. BOX 2169<br>ATTN SHABBIR A KHAN<br>STOCKTON, CA 95201-2169 | | Claim Number: 6556<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY<br>SECURED | Claimed: | $73,070.74 | Scheduled: | $0.00 UNDET |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | | Claim Number: 6557<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |
| PRIORITY | Claimed: | $26,115.66 | | |
| SECURED | Claimed: | $26,115.66 | | |
| UNSECURED | Claimed: | $3,022.41 | | |
| TOTAL | Claimed: | $29,138.07 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DISKERUD, CAROL B.<br>309 BREEZE VIEW DR<br>BALLWIN, MO 63021 | | Claim Number: 6558<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,016.46 |

| 32 PROSPECT AVENUE LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVE<br>MONTCLAIR, NJ 07042 | | Claim Number: 6559<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 9884<br>DOCKET: 6703 (12/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $880.00 |

| WHEATLEY, MARY ANN<br>4430 HEEGE RD<br>SAINT LOUIS, MO 63123 | | Claim Number: 6560<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| AU, NORMAN N., TTEE<br>U/A DTD 3/15/1995<br>NORMAN & PATSY UA<br>3250 STEVEN DRIVE<br>ENCINO, CA 91436-4226 | | Claim Number: 6561<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00    UNLIQ |

| TARYLE, DAVID<br>7683 SOUTH OLIVE CIRCLE<br>CENTENNIAL, CO 80112 | | Claim Number: 6562<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $12,500.00 |

| WIKMAN, CAROLINE<br>4067 OAK POINTE DR<br>GULF BREEZE, FL 32563 | | Claim Number: 6563<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

| CARLSON, LINDA<br>4067 OAK POINTE DR<br>GULF BREEZE, FL 32563 | | Claim Number: 6564<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $650.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FORBES, JOSEPH<br>74 SUMMIT POINTE CT<br>SAINT CHARLES, MO 63301 | Claim Number: 6565<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed: | $10,000.00 |

| SOUTHERN HORIZON FINANCIAL GROUP, LLC<br>4366 SEB R B RUSELL SQ #200<br>ACWORTH, GA 301015467 | Claim Number: 6566<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8669 (03/09/2010) |
|---|---|
| PRIORITY           Claimed:<br>UNSECURED           Claimed: | $10,950.00<br>$3,222.50 |

| CRYSTAL, NORMAN S & STEVEN B<br>NORMAN CRYSTAL TRUST<br>U/A DTD 4/19/04<br>PO BOX 12367<br>RENO, NV 89510-2367 | Claim Number: 6567<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED           Claimed: | $60,240.00 |

| PALMER, THOMAS A.<br>1104 DREON<br>CLAWSON, MI 48017 | Claim Number: 6568<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED           Claimed: | $25,000.00 |

| RHADANS, LARRY D.<br>2932 HIGHBROOK CT<br>MARIETTA, GA 30066 | Claim Number: 6569<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed: | $10,357.00 |

| HEIMES, BEVERLY A.<br>17288 SATTERLEE WAY<br>BEND, OR 97707-2051 | Claim Number: 6570<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed: | $2,608.58 |

| DAHL, THOMAS B.<br>146 HAMPTON SHORES DR<br>HAMPTON, GA 30228 | Claim Number: 6571<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed: | $17,064.22 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OSTRANDER, CONNIE ANN & MICHAEL JAMES
137 LAKEVIEW DRIVE
WATAGA, IL 61488

Claim Number: 6572
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $185.80 |
|---|---|---|

MAIN, COURTNEY M
4714 NE 72ND AVE
NUMBER 31
VANCOUVER, WA 98661

Claim Number: 6573
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $430.64 | Scheduled: | $430.64 CONT |
|---|---|---|---|---|

THAU, IRVING J.
1139 AMALFI DRIVE
PACIFIC PALISADES, CA 90272-4031

Claim Number: 6574
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,221.20 |
|---|---|---|

MORRIS, DOUGLAS S & DEE ANN
9583 BEECHWOOD DR
ALTA LOMA, CA 91737

Claim Number: 6575
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

HALL, KIMBRA B
6300 STEVENSON AVE APT 905
ALEXANDRIA, VA 223043573

Claim Number: 6576
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $623.27 |
|---|---|---|

PRESS, JOAN K.
90 MEYER RD APT 412
BUFFALO, NY 142261004

Claim Number: 6577
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

GREBIN, JUDITH
351 W 24TH ST
APT 9G
NEW YORK, NY 10011

Claim Number: 6578
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,625.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DILLON, JAMES & KATHLEEN
7809 E 161ST
BELTON, MO 64012

Claim Number: 6579
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,640.00 |
|-----------|----------|------------|

---

BLOOM, GARY
114 POPLAR PT
PASS CHRISTIAN, MS 39571

Claim Number: 6580
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $2,800.00 |
|-----------|----------|-----------|

---

SINTON, MARC
5055 JASMINE WAY
PALM HARBOR, FL 34685

Claim Number: 6581
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,608.00 |
|-----------|----------|------------|

---

STENGLE, THOMAS G., JR.
8000 DESOTO ST
METAIRIE, LA 70003

Claim Number: 6582
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

TURK, SARAH
2408 CARNEGIE LN #1
REDONDO BEACH, CA 90278

Claim Number: 6583
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,538.48 | Scheduled: | $1,538.40  CONT |
|----------|----------|-----------|------------|-----------------|

---

MCELHENIE, AUDREY J.
6414 AUBURN AVE
BRADENTON, FL 34207-5501

Claim Number: 6584
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,233.03 |
|-----------|----------|------------|

---

CASAGRANDE, ROBERT M., JR.
19435 MESA DR
VILLA PARK, CA 92861

Claim Number: 6585
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,000.00 |
|---------|----------|------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MILES, JACK B.<br>722 LIBERTY ST APT 15<br>CLAY CENTER, KS 67432-1575 | | Claim Number: 6586<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SMITH, ARTHUR R.<br>PO BOX 51777<br>MESA, AZ 85208-0089 | | Claim Number: 6587<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,154.95 |
| CINTIA, ROBERT<br>72 FLAMINGO CIRCLE<br>SAFETY HARBOR, FL 34695 | | Claim Number: 6588<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,701.95 |
| MYERS, OLGA M.<br>1334-29TH AVENUE<br>SAN FRANCISCO, CA 94122 | | Claim Number: 6589<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
| SECURED | Claimed: | $7,293.66 |
| UNSECURED | Claimed: | $0.00 |
| SECURED | Claimed: | $7,293.66 |
| UNSECURED | Claimed: | $0.00 |
| VESPA, ROBERT F.<br>2131 GREENBRIAR<br>SPRINGFIELD, IL 62704 | | Claim Number: 6590<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $3,800.00 |
| RL INVESTMENT LIMITED PARTNERS<br>230 E 107TH ST CIR<br>BLOOMINGTON, MN 55420 | | Claim Number: 6591<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
| UNSECURED | Claimed: | $33,139.19 |
| BOLL, PETER<br>406 SAVOIE DR<br>PALM BEACH GDNS, FL 33410-1606 | | Claim Number: 6592<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,197.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SUTO, TIMOTHY
185 BARLOW DRIVE SOUTH
BROOKLYN, NY 11234

Claim Number: 6593
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $509.95 |

---

YATES, DANNIELLE
PO BOX 3307
TUALATIN, OR 97062

Claim Number: 6594
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,706.25 |

---

OFFICES BY DESIGN
PO BOX 1142
ATTN JANET L GREER, MEMBER
HILLSBORO, OR 97123

Claim Number: 6595
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,320.12 | Scheduled: | $754.00 |

---

GRAEBER, MARK P.
562 KINGS CROSS WAY
SAN JOSE, CA 951362838

Claim Number: 6596
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,719.00 |

---

KILDAY, JESSICA A
666 KOELBEL COURT
BALDWIN, NY 11510

Claim Number: 6597
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $567.00 | Scheduled: | $567.00  CONT |

---

CALCANDY, CANDICE M.
183 VINEYARD RD
HUNTINGTON, NY 11743

Claim Number: 6598
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $479.24 |
| UNSECURED | Claimed: | $479.24 |
| TOTAL | Claimed: | $479.24 |

---

BROCKWAY, LARRY & CHAN, LILY
709 CLIPPER WAY
SACRAMENTO, CA 95821

Claim Number: 6599
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,350.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WASHINGTON, ANDRE
179 SCOTT ST
NAUGATUCK, CT 06770-4315

Claim Number: 6600
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | $2,288.46 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $2,288.46 | | |

---

SESKIND, WENDY
1531 LIVE OAK LANE
SANTA BARBARA, CA 93105

Claim Number: 6601
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $313.44 |
|---|---|---|

---

KOPPIE, JANE B
20558 BROAD RUN DR
STERLING, VA 20165

Claim Number: 6602
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,851.20 | Scheduled: | $1,851.20 CONT |
|---|---|---|---|---|

---

SIMMONDS, STEPHANIE D.
1715 S ST CHARLES RD
SPOKANE VALLEY, WA 99037

Claim Number: 6603
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,064.00 |
|---|---|---|

---

AAR APPRAISALS
PO BOX 567
ATTN ROBERT L KINNIEBREW
WILLINGBORO, NJ 08046

Claim Number: 6604
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

MALDONADO, MARIA T
749 SUMMERWOOD AVE #9
DIAMOND BAR, CA 91789

Claim Number: 6605
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | $1,232.00 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $1,232.00 | | |

---

CHAO, LUCY & PAO, JT WROS
1907 BROOKE LANE
FULLERTON, CA 92833

Claim Number: 6606
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HERRERA, YVONNE A<br>24711 CALLE EL TORO GRANDE<br>LAKE FOREST, CA 92630 | Claim Number: 6607<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $438.46 | Scheduled: | $438.46 CONT |
|---|---|---|---|---|

| VALUE LINK APPRAISALS<br>ATTN WOODROW W WREN<br>28850 CAMINO ALBA<br>MURRIETA, CA 92563 | Claim Number: 6608<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| HOLLAND, JANET<br>4121 S CONSTANCIA CT<br>GREEN VALLEY, AZ 85622-5612 | Claim Number: 6609<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $36.30 |
|---|---|---|

| MCMENEMY, AMY M<br>1959 W FOSTER AVE<br>APT 2<br>CHICAGO, IL 60640 | Claim Number: 6610<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $728.93 | Scheduled: | $728.93 CONT |
|---|---|---|---|---|

| WISE, YVONNE<br>PO BOX 72<br>MALAKOFF, TX 75148 | Claim Number: 6611<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $12,000.00 |
|---|---|---|

| O'HARA, SAMANTHA & MATTHEW<br>1041 MEADOWLARK LANE<br>GLENVIEW, IL 60025 | Claim Number: 6612<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| UNSECURED | Claimed: | $10.41 |
|---|---|---|

| STAHEL, DAVE<br>12110-44TH AVE N<br>PLYMOUTH, MN 55442 | Claim Number: 6613<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,957.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THERME, NERDA J (JOSEPHINE)<br>17 WAGNER ST<br>ELMONT, NY 11003 | Claim Number: 6614<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $775.59 | Scheduled: | $775.59  CONT |
|---|---|---|---|---|

| POWELL, MABEL, TRUSTEE<br>MABEL POWELL REVOC LIV TRUST<br>245 COLUMBIA DR<br>WOODBURN, OR 97071 | Claim Number: 6615<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,974.48 |
|---|---|---|

| CM APPRAISALA<br>859 U.S. ROUTE 1<br>ATTN CANDACE MORONG<br>YORK, ME 03909 | Claim Number: 6616<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |
|---|---|---|---|---|

| HUGHES, STEPHEN, IRA<br>TD AMERITRADE INC CUSTODIAN<br>71 TOWER STREET<br>DEDHAM, MA 02026 | Claim Number: 6617<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $34,160.00 |
|---|---|---|

| GONZALEZ-ANDRADES, JOSE A.<br>JARDINES COUNTRY CLUB<br>BB-25 C/104<br>CAROLINA, PR 00983-2004 | Claim Number: 6618<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,980.88 |
|---|---|---|

| OGDEN, PAUL L.<br>123 FLORENCE BLVD<br>DEBARY, FL 32713-2030 | Claim Number: 6619<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,244.54 |
|---|---|---|

| OGDEN, PAUL L.<br>123 FLORENCE BLVD<br>DEBARY, FL 32713-2030 | Claim Number: 6620<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,245.56 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOGGS, AMIE L
5440 NOAH ROAD
CUMMING, GA 30041

Claim Number: 6621
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $570.46 | Scheduled: | $570.46 | CONT |

KAZ APPRAISALS INC
PO BOX 364
ATTN KAREN A ZIRPOLI, PRESIDENT
GAINESVILLE, VA 20156-0364

Claim Number: 6622
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

KAZ APPRAISALS LLC
PO BOX 364
ATTN KAREN A ZIRPOLI, PRESIDENT
GAINESVILLE, VA 20156

Claim Number: 6623
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 |

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6624
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $262.15 |

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6625
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $276.36 | Scheduled: | $262.15 |

MACO, JOHN
5495 MAIN ST
STRATFORD, CT 06614

Claim Number: 6626
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,000.00 | CONT |
| UNSECURED | Claimed: | $48,658.00 | | | |

A-1 PROFESSIONAL CLEANNING &
MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

Claim Number: 6627
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,138.84 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| W C I<br>POB 9497<br>SEATTLE, WA 98109 | Claim Number: 6628<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,035.49 | Scheduled: | $1,672.32 |

---

| GILBERT, ANN R<br>1428 TRADERS CROSSING<br>FORT WAYNE, IN 46845 | Claim Number: 6629<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,238.49 | Scheduled: | $2,700.03 CONT |

---

| MARTIN, JENNIFER L (JENNY)<br>9326 SHOREWOOD TR<br>FORT WAYNE, IN 46804 | Claim Number: 6630<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,075.00 | Scheduled: | $1,075.00 CONT |

---

| GIBSON, BRENDA<br>2090 E FOX DRIVE<br>COLUMBIA CITY, IN 46725 | Claim Number: 6631<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,030.77 | Scheduled: | $2,030.77 CONT |

---

| WASHINGTON MUTUAL BANK, FA<br>C/O ROBERT TRODELLA<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | Claim Number: 6632<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7022 (02/17/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $659,558.69 | | |

---

| CARPENTER, MITCHEAL E (MITCH)<br>15077 SE ST ANDREWS<br>HAPPY VALLEY, OR 97086 | Claim Number: 6633<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,761.36 | Scheduled: | $3,830.58 |

---

| GRAY, ANTHONY & JOAN<br>5612 BENTWOOD TRL. NE<br>ALBUQUERQUE, NM 87109 | Claim Number: 6634<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $7,125.87 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SUROWIEC, MICHAEL S<br>116 RALPH AVE<br>S PLAINFIELD, NJ 07080-2814 | Claim Number: 6635<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7392 (05/15/2009) |
|---|---|

| UNSECURED | Claimed: | $14,970.21 |
|---|---|---|

| RABBITT, PITZER & SNODGRASS PC<br>ATTNY AT LAW<br>100 SOUTH FOURTH STREET, STE 400<br>ST. LOUIS, MO 63102-1821 | Claim Number: 6636<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|

| UNSECURED | Claimed: | $16,704.58 |
|---|---|---|

| BOB HULLET REALTY, INC.<br>ATTN SUSAN HULLETT, CORP SECRETARY<br>PO BOX 588<br>NEWTON, NC 28658-0588 | Claim Number: 6637<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | Claim Number: 6638<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $2,612.32 |
|---|---|---|

| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | Claim Number: 6639<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,857.57   UNLIQ |
|---|---|---|

| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | Claim Number: 6640<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $1,857.57 |
|---|---|---|
| SECURED | Claimed: | $1,772.64 |
| TOTAL | Claimed: | $1,772.64 |

| CIRCLE 22 INVESTORS LLC<br>ATTN JAMEY A. SHANDLEY, VP/CFM<br>C/O HAMILTON REAL ESTATE<br>4057 28TH STREET NW, SUITE 200<br>ROCHESTER, MN 55901 | Claim Number: 6641<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $53,423.44 | Scheduled: | $4,829.16 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAU, MARIAN
2238 LARK STREET
NEW ORLEANS, LA 70122

Claim Number: 6642
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,035.38 |

---

EASTRIDGE, LINDA
IRA R/O ETRADE CUSTODIAN
22600 FISHER HOLLOW ROAD
DAMASCUS, VA 24236-2350

Claim Number: 6643
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,290.00 |

---

BROWN, DAVID AND LORETTA
11195 CHACOL CT
RANCHO CORDOVA, CA 95670

Claim Number: 6644
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

ROCHFORD, AMANDA L
3403 SOUTHPORT DRIVE
ISLAND LAKE, IL 60042

Claim Number: 6645
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,423.00 | Scheduled: | $2,423.08  CONT |

---

GAITHER, GEORGE W. & DONNA J.
629 MOONGLOW LANE
INDIANAPOLIS, IN 46217

Claim Number: 6646
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $23,700.65 |
| UNSECURED | Claimed: | $23,700.65 |
| TOTAL | Claimed: | $23,700.65 |

---

GAITHER, GEORGE W.
629 MOONGLOW LANE
INDIANAPOLIS, IN 46217

Claim Number: 6647
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

ANDERSON, ROBERT C.
4237 N WINCHESTER AVE #2
CHICAGO, IL 60613-1013

Claim Number: 6648
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,521.92 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| O'BRIEN, BARON N<br>2550 FIFTH AVE #167<br>SAN DIEGO, CA 92103 | | Claim Number: 6649<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $243,316.15 | | |

| O'BRIEN, BARON<br>2550 FIFTH AVE #167<br>SAN DIEGO, CA 92103 | | Claim Number: 6650<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8025 (09/08/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,138.44 | Scheduled: | $98,538.72 CONT |

| MOSLEY, VINCENT J.<br>817 MARGO LN<br>MEMPHIS, TN 38122 | | Claim Number: 6651<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,529.90 | | |
| UNSECURED | Claimed: | $2,529.90 | | |
| TOTAL | Claimed: | $2,529.90 | | |

| KRAEMER, JEROME<br>440 CLAIBORNE<br>DRY RIDGE, KY 41035 | | Claim Number: 6652<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,673.38 | | |

| NATIONAL GRID<br>ATTN MICHAEL J LARSON, SR ANALYST<br>PO BOX 960<br>NORTHBOROUGH, MA 01532-0960 | | Claim Number: 6653<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $894.11 | | |

| CROSS COUNTRY APPRAISAL INC<br>ATTN HEATHER A CLEMENTS<br>637 PINE AV<br>WAYNESBORO, VA 22980 | | Claim Number: 6654<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

| MONTGOMERY, LYNN & SHIRLEY<br>289 TWIN LAKES DR<br>UNION, MO 63084 | | Claim Number: 6655<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $36,464.58 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GUL P. BHATIA TRUST DTD 07/19/98 GUL P. BHATIA TRUSTEE 1594 GROTON LANE WHEATON, IL 60187 | | Claim Number: 6656 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,725.00 | | |

| BELL, MARY P. 18 E FERRY DR ATLANTA, GA 30318 | | Claim Number: 6657 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42,200.00 | | |

| TRESTLER, THOMAS E. & PHYLLIS B. 39828 VILLAGE RUN DR NORTHVILLE, MI 48168 | | Claim Number: 6658 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| TURNER, WILLIAM F 3833 MONTECITO ROAD DENTON, TX 76205 | | Claim Number: 6659 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,716.80 | | |

| KINNIEBREW, ROBERT L PO BOX 567 WILLINGBORO, NJ 08046 | | Claim Number: 6660 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

| EULER, ALISA N 51 KRAEMER ST HICKSVILLE, NY 11801 | | Claim Number: 6661 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,487.50 | Scheduled: | $1,487.50  CONT |

| SCHWED, H. ANDREW 233 E 69TH ST APT 11H NEW YORK, NY 10021 | | Claim Number: 6662 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BORSODY, ANDY & RAMONA TRUSTEES<br>BORSODY FAMILY TRUST U/A DTD 8/23/00<br>40 PIMA ST<br>WATSONVILLE, CA 95076 | | Claim Number: 6663<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,020.81 | | |

---

| | | | | |
|---|---|---|---|---|
| POWELL, VICKY<br>13513 NORTHWEST CT.<br>HASLET, TX 76052 | | Claim Number: 6664<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $4,582.31 | Scheduled: | $4,822.31 CONT |

---

| | | | | |
|---|---|---|---|---|
| CECCUCCI, GAREN & REBECCA<br>117 VICTORIA PL<br>STERLING, VA 201641125 | | Claim Number: 6665<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,582.00 | | |

---

| | | | | |
|---|---|---|---|---|
| OTT, BONNIE<br>305 EAST 40TH STREET<br>#16-L<br>NEW YORK, NY 10016 | | Claim Number: 6666<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,481.82 | | |

---

| | | | | |
|---|---|---|---|---|
| HAHN, HERBERT R., TTEE<br>IRMOLOT CHARITABLE REMAINDER TR<br>PO BOX 8<br>BANNER ELK, NC 28604 | | Claim Number: 6667<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $36,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HAHN, HERBERT R., TEE<br>HERBERT R HAHN LV TRUST<br>PO BOX 8<br>BANNER ELK, NC 28604 | | Claim Number: 6668<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MARENTETTE, RICHARD<br>59224 CONIFER CT<br>WASHINGTON, MI 48094 | | Claim Number: 6669<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,533.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SAN LUIS OBISPO COUNTY
FRANK L FREITAS, TAX COLLECTOR
ROOM D 290
COUNTY GOVERNMENT CENTER
SAN LUIS OBISPO, CA 93408

Claim Number: 6670
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $18,353.14 | UNLIQ |

---

SHEETS, H. PAUL
408 LAUREL LAKE DRIVE #202
VENICE, FL 34292-7511

Claim Number: 6671
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

ZEMAN, DONALD
3 SHALOM DRIVE
APT #308
WARWICK, RI 02886

Claim Number: 6672
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,700.98 |

---

BURK, NORMAN
8400 DELMAR LANE
PRAIRIE VILLAGE, KS 66207

Claim Number: 6673
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

SCRUGGS, LAURA C
3801 STRICKLAND MINE RD
PLACERVILLE, CA 95667

Claim Number: 6674
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $264.00 | Scheduled: | $264.00 | CONT |

---

SHOFNER, PARY GRANT & KATHY JANE, TTEES
U/A DTD 08/22/01
PARY G & KATHY J SHOFNER LIVING TRUST
3311 N ALEXANDER LN
BETHANY, OK 73008-3720

Claim Number: 6675
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,605.18 |

---

SHOFNER, KATHY JANE, ROTH
EDWARD D. JONES & CO. CUSTODIAN
3311 N ALEXANDER LANE
BETHANY, OK 73008-3720

Claim Number: 6676
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,419.20 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SANDOVAL, JEDGLEN<br>703 BROADWAY<br>BRENTWOOD, NY 11717 | Claim Number: 6677<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $208.00 |
|---|---|---|

| SPRATT, MARC<br>12775 OAK FALLS DR<br>ALPHARETTA, GA 30004 | Claim Number: 6678<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $9,901.95 |
|---|---|---|

| EICHSTADT, HAROLD J AND MARCELLA M<br>TRUSTEES EICHSTADT REVOCABLE TRUST<br>1820 VINLAND ROAD<br>OSHKOSH, WI 54901-2245 | Claim Number: 6679<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $64,870.00 |
|---|---|---|

| WADE, DAVID L. AND CAROL S. JT TEN<br>1401 RICHVIEW LANE<br>GREENVILLE, IL 62246 | Claim Number: 6680<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| KAUFMAN COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 6681<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $4,439.89 UNLIQ |

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 6682<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $53,891.22 UNLIQ |

| MANFREDINI, LOU<br>1618 W ERIE STREET<br>CHICAGO, IL 60622 | Claim Number: 6683<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $146,536.14 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SAPRE, PRAVIN
47805 RED RUN DR
CANTON, MI 48187

Claim Number: 6684
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,508.23 CONT |
| UNSECURED | Claimed: | $7,147.92 | Scheduled: | $130.00 CONT |

WRIGHT, DONALD C.
P.O. BOX 20372
KEIZER, OR 97307-0372

Claim Number: 6685
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,951.55 |

APPRAISAL SERVICES NORTHWEST
ATTN SHELLEY K CUNNINGHAM, OWNER
37305 W LAKE WLAKER DR SE
ENUMCLAW, WA 98022

Claim Number: 6686
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $905.00 |

SMITH, LANCE J. & NANCY A.
2509 NE GINGER TER
JENSEN BEACH, FL 34957

Claim Number: 6687
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

HERMSEN, LUCILE
505 PEPPERRIDGE RD.
LEWISVILLE, NC 27023

Claim Number: 6688
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

MURPHY, ERIN J
710 WINDING CREEK TERR
BRENTWOOD, CA 94513

Claim Number: 6689
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,512.00 CONT |

LOWE, MAXINE TTEE
1886 CUNNING DR APT 1
MANSFIELD, OH 44907-2274

Claim Number: 6690
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FREDRICKSON, JOHN S.
5643 GREEN CIRLE DR # 115
MINNETONKA, MN 55343-9040

Claim Number: 6691
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $66,132.00 |
|---|---|---|

---

DESHONG, ROBERT J. IRA R/O
OPPENHEIMER CO CUST
135 WEST VILLAGE WAY
JUPITER, FL 33458

Claim Number: 6692
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $48,170.00 |
|---|---|---|

---

COOK APPRAISAL
ATTN RICHARD COOK
25111 PAMELA CT.
BROWNSTOWN, MI 48134

Claim Number: 6693
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $225.00 |
|---|---|---|

---

GLADES-PIKES INVESTORS, LTD.
7777 GLADES ROAD
SUITE 310
BOCA RATON, FL 33434

Claim Number: 6694
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $4,695.16 | Scheduled: | $4,456.15 |
|---|---|---|---|---|

---

HUETTMANN, JEFF
1815 NE 120TH AVE.
PORTLAND, OR 97220

Claim Number: 6695
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

---

BOUGHTER, JAMES S.
2271 CONSERVATORY PT
COLORADO SPGS, CO 80918-7997

Claim Number: 6696
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,084.95 |
|---|---|---|

---

WAREHOUSELINE, LTD
ATTN BRUCE REICHSTEIN, PRESIDENT
707 WOODCASTLE BEND
STE 200
HOUSTON, TX 77094

Claim Number: 6697
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED

| UNSECURED | Claimed: | $92,898.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NYKTAS, JOHN S.
IRA ETRADE CUSTODIAN
8 RONIT. DRIVE
W. TRENTON, NJ 08628

Claim Number: 6698
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,256.50 |
| UNSECURED | Claimed: | $2,256.50 |
| TOTAL | Claimed: | $2,256.50 |

---

NYKTAS, JOHN AND IRENE
JT WROS
8 RONIT. DRIVE
W. TRENTON, NJ 08628

Claim Number: 6699
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,699.00 |
| UNSECURED | Claimed: | $2,699.00 |
| TOTAL | Claimed: | $2,699.00 |

---

BALARD, ROBERT W. IRA
OPPENHEIMER & CO CUST.
615 WARREN PLACE
ITHACA, NY 14850-3146

Claim Number: 6700
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $29,935.00 |

---

NYKTAS, JOHN C/F
DEMETRIA, CHRISTINA MICHAILIDES
UTMA/NJ
8 ROMITI DRIVE
W. TRENTON, NJ 08628

Claim Number: 6701
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,131.60 |
| UNSECURED | Claimed: | $5,131.60 |
| TOTAL | Claimed: | $5,131.60 |

---

NYKTAS, JOHN C/F
YANNISEMICHAILIDES
UTMA/NJ
8 RONIT DR
W. TRENTON, NJ 08628

Claim Number: 6702
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,129.00 |
| UNSECURED | Claimed: | $2,129.00 |
| TOTAL | Claimed: | $2,129.00 |

---

REINHART, HAROLD
4304 LOMSDALE AVE
LOUISVILLE, KY 40215

Claim Number: 6703
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,462.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NYKTAS, JOHN
8 RONIT DRIVE
W. TRENTON, NJ 08628

Claim Number: 6704
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,307.00 |
| UNSECURED | Claimed: | $3,307.00 |
| TOTAL | Claimed: | $3,307.00 |

---

GARINGER, KEVIN
8523 BACARDI DR
DALLAS, TX 75238-4923

Claim Number: 6705
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,344.50 |

---

JACOBS, JAMES AND BARBARA
7905 HANSEN RD
FOUNTAIN, MI 49410

Claim Number: 6706
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,863.00 |
| UNSECURED | Claimed: | $7,863.00 |
| TOTAL | Claimed: | $7,863.00 |

---

WILLIAMS, LLOYD A.
10 WINDING WAY
MORRIS PLAINS, NJ 07950

Claim Number: 6707
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,053.00 |

---

HALPERN, DD
2801 HARBOR ROAD
MERRICK, NY 11566

Claim Number: 6708
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 6704 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $977.76 | Scheduled: | $812.31 | CONT |

---

STARK, ALAN H.
2067 SW 15TH ST. # 229
DEERFIELD BEACH, FL 33442

Claim Number: 6709
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,484.50 |
| UNSECURED | Claimed: | $3,323.00 |

---

ACCU CHEK
C/O HERSCHEL G SMITH
8385 STATE RD 64
GEORGETOWN, IN 47122

Claim Number: 6710
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $10,459.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GANDOLFO, SALVATORE
226 W. 26TH STREET, 8TH FL
NEW YORK, NY 10001

Claim Number: 6711
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

HAHN, WILLI W.
4149 PERRY PL.
NEW PORT RICHEY, FL 34652

Claim Number: 6712
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $3,050.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3,050.00 |
| TOTAL | Claimed: | $3,050.00 |

---

LEUNG, KASTON
16 HOLITMAN DRIVE
OTTAWA, ON K2J 2A9
CANADA

Claim Number: 6713
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,387.65 |
| --- | --- | --- |

---

HSU, HSING HAO AND SHIH FANG
12957 19 AVE
SURREY, BC V4A 8P2
CANADA

Claim Number: 6714
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,970.00 |
| --- | --- | --- |

---

WILLIAMS, MICHAEL
5906 TERRACE DR
HOUSE SPRINGS, MO 63051

Claim Number: 6715
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $504.04 UNLIQ | Scheduled: | $384.64 CONT |
| --- | --- | --- | --- | --- |

---

SITTER, HALLIE
2416 N. 37TH PL
PHOENIX, AZ 85008

Claim Number: 6716
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $980.70 |
| --- | --- | --- |

---

NEW LIFE RECHARGE INC
ATTN DARYL EVANS, PRESIDENT
P.O. BOX 3505
BRENTWOOD, TN 37024-3505

Claim Number: 6717
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $727.61 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PROFESSIONAL APPRAISAL ASSOC.<br>ATTN THOMAS S. KACHELRIESS, PRES.<br>469 MORRIS AVE.<br>SUMMIT, NJ 07902 | | Claim Number: 6718<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $925.00 | | |

| BEYSER, GUNTER<br>1148 REED RD.<br>GIBUONS, BC V0N 1V7<br>CANADA | | Claim Number: 6719<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,603.40 | | |

| KELLER, ROCCA (RINA)<br>7321 N OLEANDER AVE<br>CHICAGO, IL 60631 | | Claim Number: 6720<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,379.04 | Scheduled: | $28,130.71  CONT |

| MAJOR APPRAISAL<br>PO BOX 2095<br>WAYNESBORO, VA 22980 | | Claim Number: 6721<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,750.00 | | |

| KINNIEBREW, ROBERT L.<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | | Claim Number: 6722<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6217 (10/10/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

| JUREN, RONALD M.<br>711 PIN OAK DR<br>FRIENDSWOOD, TX 77546 | | Claim Number: 6723<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,289.68 | | |

| SANFORD, DARRYL<br>246 SANFORD LN<br>SEQUIM, WA 98382-8585 | | Claim Number: 6724<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $651.99 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| STEPHENS, ROBERT J.<br>2376 N. CAMPUS AVENUE<br>UPLAND, CA 91784 | Claim Number: 6725<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $11,702.50 |
| KASPER, SUSAN K.<br>SEP IRA ETRADE CUSTODIAN<br>257 MISSION ROAD<br>HACKETTSTOWN, NJ 07840-5641 | Claim Number: 6726<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY          Claimed: | $0.00   UNDET |
| BASSEWITZ, DORICE<br>1002 BRADFORD PLACE<br>WEST DES MOINES, IA 50266 | Claim Number: 6727<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00<br>$4,891.60 |
| BASSEWITZ, DORICE<br>1002 BRADFORD PLACE<br>WEST DES MOINES, IA 50266 | Claim Number: 6728<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00<br>$5,590.40 |
| MAYER, PATRICIA R. REVOCABLE TRUST<br>924 COURTLAND PLACE<br>MANCHESTER, MO 63021-6732 | Claim Number: 6729<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $4,986.01 |
| MAYER, PATRICIA R. REVOCABLE TRUST<br>924 COURTLAND PLACE<br>MANCHESTER, MO 63021-6732 | Claim Number: 6730<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $4,990.01 |
| LOKE, HERBERT L.<br>7735 N CHADWICK RD<br>MILWAUKEE, WI 53217-3158 | Claim Number: 6731<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RAMER, MICHELE R
4415 ARLINGTON AVE
FORT WAYNE, IN 46807

Claim Number: 6732
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $402.88 | Scheduled: | $402.88  CONT |
| --- | --- | --- | --- | --- |

MEYER, LARRY J.
1061 BRISTOL MANOR DR
BALLWIN, MO 63011-5106

Claim Number: 6733
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $31,580.95 |
| --- | --- | --- |

SMITH, RHODA G.
4090 FOOTHILLS CT.
ASHLAND, KY 41102

Claim Number: 6734
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,934.90 |
| --- | --- | --- |

PUCILOWSKI, JOSEPH
257 MISSION ROAD
HACKETTSTOWN, NJ 07840-5641

Claim Number: 6735
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

SMITH, SYDNEY S.
125 - 5TH AVE S. # 201
KIRKLAND, WA 98033

Claim Number: 6736
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,946.00 |
| --- | --- | --- |

LYNCH, DAN AND GAIL
2385 EAST MENLO AVE.
FRESNO, CA 93710

Claim Number: 6737
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,634.99 |
| --- | --- | --- |

SCHWARZ , JAMES W. & BARBARA J.
TEN ENT
4 SPRING CIRCLE
BROOMALL, PA 19008-1219

Claim Number: 6738
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NOVAK, EDWARD & FRANCES<br>34 BENTLEY COURT<br>WILLIAMSVILLE, NY 14221-8315 | Claim Number: 6739<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,161.48 | |
| UNSECURED | Claimed: | $4,161.48 | |
| TOTAL | Claimed: | $4,161.48 | |

| MARTINEZ, LOUIS C.<br>121 FOREST RIDGE ROAD<br>WINCHESTER, VA 22602 | Claim Number: 6740<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,775.80 |

| BEACH, BRETT<br>4814 SE 30TH AVE APT 131<br>PORTLAND, OR 97202-4419 | Claim Number: 6741<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT |

| BUBLITZ, DELORES<br>BOX 158<br>SHERIDAN, IL 60551 | Claim Number: 6742<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CAO, LI-PING<br>39-3469 TERRAVITA PLACE<br>VANCOUVER, BC V5K 5H7<br>CANADA | Claim Number: 6743<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $586.25 |

| PACE, SALVATORE TRUSTEE FBO<br>SALVATORE PACE AND SOPHIE PACE TRUST<br>DTD DEC 22, 1992<br>49 DUBLIN DR<br>SCHENECTADY, NY 12309-1442 | Claim Number: 6744<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,294.98 |

| KUCZERO, GEORGE A.<br>15162 HILLTOP DRIVE<br>ORLAND PARK, IL 60462 | Claim Number: 6745<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,007.74 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POPE, CATHERINE A.<br>5100 DUPONT BLVD<br>APT 4L<br>FT. LAUDERDALE, FL 33308 | Claim Number: 6746<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,131.95 |
|---|---|---|

---

| GUILFOYLE, FRANCIS JOSEPH TTEE<br>FRANCIS JOSEPH GUILFOYLE REV TRUST<br>1231 - 31ST AVE.<br>SAN FRANCISCO, CA 94122 | Claim Number: 6747<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $7,265.00 |
|---|---|---|
| SECURED | Claimed: | $7,265.00 |

---

| ZHAO, LEON<br>43 ROOSEVELT AVE.<br>SYOSSET, NY 11791 | Claim Number: 6748<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $152.94 |
|---|---|---|

---

| NUNEZ, JACQUELYN A.<br>CGM IRA ROLLOVER CUSTODIAN<br>4425 42ND AVE. NE<br>SALEM, OR 97305 | Claim Number: 6749<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,243.00 |
|---|---|---|

---

| BOURGEOIS, PAUL R. & ALICE L.<br>3034 OAKCREST DR. NW.<br>SALEM, OR 97304 | Claim Number: 6750<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,019.00 |
|---|---|---|

---

| BOURGEOIS, PAUL R. /IRA<br>3034 OAKCREST DR. NW.<br>SALEM, OR 97304 | Claim Number: 6751<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $15,159.98 |
|---|---|---|

---

| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | Claim Number: 6752<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6753<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $325.00 |
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6754<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $325.00 |
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6755<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $325.00 |
| FLOWE, STEVEN G.<br>2435 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6756<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,185.99 |
| FLOWE, CHRISTOPHER L.<br>2435 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6757<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,838.99 |
| HARRIS, DONALD<br>2445 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6758<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,259.99 |
| FLOWE, REBECCA<br>2445 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6759<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DAVIS, VINCENT R.<br>370 NW FOSCANE TRAIL<br>PORT SAINT LUCIE, FL 34986 | | Claim Number: 6760<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $3,616.99 |
| FLEISCHNER, ERIK<br>HQUSEUCOM, CMR 480<br>BOX 2230<br>APO, AE 09128 | | Claim Number: 6761<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $11,977.00 |
| BARNHART, EILEEN, IRA<br>OPPENHIEIMER & CO CUST<br>2221 NORWEGIAN DR #9<br>CLEARWATER, FL 33763-2958 | | Claim Number: 6762<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,360.00 |
| SITKO, NATHAN D.<br>103 TARNOV COURT<br>MANCHESTER, NJ 08759 | | Claim Number: 6763<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $32,264.55 |
| SZOSTAK-FALCONE, TIARA<br>IRA CONTRIBUTORY (SCHWAB)<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738 | | Claim Number: 6764<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,679.95 |
| SZOSTAK, JAN<br>CHARLES SCHAB & CO INC CUST<br>IRA ROLLOVER<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738-1006 | | Claim Number: 6765<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,509.95 |
| SZOSTAK, ERIK J.<br>CHARLES SCHAB IRA<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738-1006 | | Claim Number: 6766<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,794.90 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VEERKAMP, MARK A. & PATRICIA K.
JT TEN / WROS
3609 MAXIM DR
FORT WAYNE, IN 46815-6132

Claim Number: 6767
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,641.84 |
|---|---|---|

VEERKAMP, MARK A. IRA
3609 MAXIM DR
FORT WAYNE, IN 46815-6132

Claim Number: 6768
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,351.99 |
|---|---|---|

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

Claim Number: 6769
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT |
|---|---|---|---|---|

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

Claim Number: 6770
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,083.33 |
|---|---|---|

CHARLES FUCHS APPRAISALS
ATTN CHARLES FUCHS
74 SOUTH DELREY ROAD
MONTAUK, NY 11954

Claim Number: 6771
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $725.00 |
|---|---|---|

THORNBERRY, JERRY J.
2033 PLUMB LN
BATAVIA, OH 45103

Claim Number: 6772
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,794.00 |
|---|---|---|

KUTAS, IRVING AND ESTHER L.
2033 PLUMB LANE
BATAVIA, OH 45103

Claim Number: 6773
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,401.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| LUTKES, STEFAN B.<br>HOHLE GASSE 61<br>BONN, 53177<br>GERMANY | | Claim Number: 6774<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,500.00 |
| SHULTZ APPRAISAL CO<br>ATTN JEFF SHULTZ<br>23 RAMSEY RD<br>ASHEVILLE, NC 28806 | | Claim Number: 6775<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $700.00 |
| LOYA, JANET & DAVID JT TEN<br>58 SHORTWOODS ROAD<br>NEW FAIRFIELD, CT 06812 | | Claim Number: 6776<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,896.35 |
| 939 NORTH AVENUE COLLECTION, LLC<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN: DAVID STRAKA<br>801 GRAND AVENUE<br>DES MOINES, IA 50392 | | Claim Number: 6777<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $212,276.75 |
| MAUER, MARK FBO<br>MAXWELL MAUER - MINOR ROTH IRA<br>STIFEL NICOLAUS - CUSTODIAN<br>10309 XYLON RD SO<br>BLOOMINGTON, MN 55438-2061 | | Claim Number: 6778<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,912.00 |
| MAUER, MARK<br>C/F JACOB H HUMMEL MN UT MA<br>10309 XYLON RD SO<br>BLOOMINGTON, MN 55438-2061 | | Claim Number: 6779<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,139.00 |
| DJ, LLC<br>201 WEST MAIN STREET<br>SUITE 101<br>MISSOULA, MT 59802 | | Claim Number: 6780<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,169.84 | Scheduled: | $5,169.84 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MAXEY, BILLY J.
112 MORELOS AVE
RANCHO VIEJO, TX 78575

Claim Number: 6781
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $79,101.00 | |
| UNSECURED | Claimed: | $79,101.00 | |
| TOTAL | Claimed: | $79,101.00 | |

MAXEY, BILLY J.
112 MORELOS AVE
RANCHO VIEJO, TX 78575

Claim Number: 6782
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $27,206.00 | |
| UNSECURED | Claimed: | $27,206.00 | |
| TOTAL | Claimed: | $27,206.00 | |

HENDERSON, JEANNA M
13073 TROY CT
VICTORVILLE, CA 92395

Claim Number: 6783
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00 CONT |

WEIGEL, JUTTA
42 FOXBORO DRIVE
ROCHESTER HILLS, MI 48309

Claim Number: 6784
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,758.00 |
| UNSECURED | Claimed: | $131,438.00 |

DUKE, CYNTHIA SCOTT
1710 PALM PLACE
DAVIS, CA 95616-1425

Claim Number: 6785
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

UNDERWOOD, ROLLA W. & JO ANN (JT)
TTEES OF REV. LIVING TRUST DATED 4-25-06
1713 SE CARDINAL DR
BLUE SPRINGS, MO 64014

Claim Number: 6786
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $487.50 |

MORGAN, ROBERT S.
4908 TORREY PINES CT
CHARLOTTE, NC 28226

Claim Number: 6787
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $69,448.18 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| GRAHAM, WILLIAM J. & MARIE E.<br>2900 W GYMKHAMA WAY<br>TUCSON, AZ 85742 | Claim Number: 6788<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $11,732.00 | | |
|---|---|---|---|---|

| MATTHEWS ROWLAND REAL ESTATE<br>ATTN RICHARD J. ROWLAND, OWNER/PARTNER<br>1001 W YAKIMA AVE, STE 319<br>YAKIMA, WA 98902 | Claim Number: 6789<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,175.00 | | |
|---|---|---|---|---|

| SIMON, CATHERINE A.<br>1733 ROBERT ST<br>NEW ORLEANS, LA 70115-4916 | Claim Number: 6790<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $979.62 | | |
|---|---|---|---|---|

| DAVIDSON, JODY<br>1666 LAKEVIEW AVE<br>SEAFORD, NY 11783 | Claim Number: 6791<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $1,057.69 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,057.69 | | |

| HOOVEN, HOWARD E., III<br>810 MILL LAKE RD<br>FORT WAYNE, IN 46845 | Claim Number: 6792<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,060.00 | | |
|---|---|---|---|---|

| BLAU, SHARYN M<br>281 PONDVIEW LN<br>SMITHTOWN, NY 11787 | Claim Number: 6793<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $5,769.23 CONT |
|---|---|---|---|---|

| NEIL, CLIFFORD A., TR FBO<br>CLIFFORD A & EMMA L NEIL REV LIV TR<br>UA NOV 07, 2000<br>PO BOX 791<br>LANESBORO, MA 01237 | Claim Number: 6794<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,500.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KRIEGER, JENNIFER M<br>1602 WAVE AVE<br>MEDFORD, NY 11763-1738 | Claim Number: 6795<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,010.59 | Scheduled: | $1,010.59 CONT |
| UNSECURED | Claimed: | $0.00 | | |

---

| PARAMOUNT APPRAISAL SVCS INC<br>ATTN JOSEPH A. MURRAY, JR<br>PO BOX 5401<br>N BRANCH, NJ 08876-1304 | Claim Number: 6796<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $287.00 |

---

| FRIDAY, ROBERT<br>2536 HEARTWOOD DR<br>PITTSBURGH, PA 15241 | Claim Number: 6797<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RETRO CAFE AND GRILLE<br>ATTN JAMES SLUSHER, PRESIDENT<br>PO BOX 358<br>REHOBOTH BEACH, DE 19971 | Claim Number: 6798<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $493.00 | Scheduled: | $493.00 |

---

| KOPPELMAN, MITCH<br>535 VALLEY VIEW RD<br>TOWSON, MD 21296-1991 | Claim Number: 6799<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $11,882.00 |
| UNSECURED | Claimed: | $11,882.00 |
| TOTAL | Claimed: | $11,882.00 |

---

| PATERNO, ANDREW IRA<br>INDIVIDUAL RETIREMENT ACCOUNT<br>RBC DAIN RAUSCHER CUSTODIAN<br>16-06 LUCENA DR<br>FAIR LAWN, NJ 07410-5358 | Claim Number: 6800<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

---

| PELOSO, AZURE<br>4715 E HALIFAX ST<br>MESA, AZ 85205-4115 | Claim Number: 6801<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $292.31 | Scheduled: | $292.31 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WOOD, ROBERT A.
175 BOUNDARY BLVD #1
ROTONDA WEST, FL 33947-2212

Claim Number: 6802
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,680.00 | | |

---

PAWTUCKET CITY
ATTN MICHAELA BOLANO
INTEGRATIN SPECIALIST
PO BOX 1635
PROVIDENCE, RI 02901

Claim Number: 6803
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,901.16 | | |

---

GIBBS, KELLIE
936 PARK AVENUE
HUNTINGTON, NY 11743

Claim Number: 6804
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $570.51 | Scheduled: | $570.51  CONT |

---

CARDEN, JAMES P
57 CHESTNUT STREET
MASSAPEQUA, NY 11758

Claim Number: 6805
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $375.16 | Scheduled: | $375.16  CONT |

---

TULLY, KEVIN J
45 YACHT CLUB RD
BABYLON TOWNSHIP, NY 11702

Claim Number: 6806
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00  CONT |

---

LAPETERS, NORMAN
220 N ZAPATO HIGHWAY #11
420 A
LAREDO, TX 78043

Claim Number: 6807
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,135.00 | | |

---

LAPETERS, NORMAN
220 N ZAPATO HIGHWAY #11
420 A
LAREDO, TX 78043

Claim Number: 6808
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,089.48 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GRAB, WILLIAM & MARIANNE<br>5110 OPENWOOD WAY<br>MADISON, WI 53714-3455 | Claim Number: 6809<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5180 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,318.53 |
|---|---|---|

---

| MADDOX, JULIA S.<br>PO BOX 224<br>PALOS VERDES PENINSULA, CA 90274-0224 | Claim Number: 6810<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,450.00 |
|---|---|---|

---

| KENITH, JOSEPH<br>411 N NEW RIVER DR E<br>APT 2503<br>FORT LAUDERDALE, FL 33301 | Claim Number: 6811<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| HEFFRON, RAYMOND A.<br>1800 N BAYSHORE DR #1401<br>MIAMI, FL 33132 | Claim Number: 6812<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| COUCH, DALE<br>3 BEACHVIEW COURT<br>NORTHPORT, PORT BOULEVARD<br>WANNANUP, WA, 6210<br>AUSTRALIA | Claim Number: 6813<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,027.00 |
|---|---|---|

---

| ARROYO, CRISTINA<br>1906 S GREENVILLE<br>SANTA ANA, CA 92704 | Claim Number: 6814<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |
| TOTAL | Claimed: | $5,000.00 |

---

| MELLI, DONNA<br>119 42 80TH ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 6815<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) |
|---|---|

| PRIORITY | Claimed: | $29,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WU, YUE<br>5817 BLUE BEECH CT<br>ANTELOPE, CA 95843-3700 | Claim Number: 6816<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $450.00 |
|---|---|---|

| NEIDHARD, ELIZABETH A.<br>3247 BALSAMRIDGE DR<br>CINCINNATI, OH 45239 | Claim Number: 6817<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $5,336.00 |
|---|---|---|

| SANG, BENJAMIN Y.<br>2340 BURNETT STREET<br>BROOKLYN, NY 11229-5809 | Claim Number: 6818<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $11,048.00 |
|---|---|---|

| DIROFF, ALYNDA KAY<br>3420 W TEMPERANCE<br>LAMBERTVILLE, MI 48144 | Claim Number: 6819<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,451.00 |
|---|---|---|

| VAN FLEET, BRUCE, III<br>89 CLUB CREST DR<br>MAGGIE VALLEY, NC 28751 | Claim Number: 6820<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $33,426.00 |
|---|---|---|

| VAN FLEET, BRUCE N.<br>7606 WEST BAYMEADOWS CIRCLE<br>JACKSONVILLE, FL 32256-1814 | Claim Number: 6821<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $21,940.00 |
|---|---|---|

| PECK, DAVID R. & ELIZABETH A. JT TEN<br>130 KAREN CT<br>PALATKA, FL 32177 | Claim Number: 6822<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,023.19 |
|---|---|---|
| UNSECURED | Claimed: | $10,023.19 |
| TOTAL | Claimed: | $10,023.19 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PECK, DAVID R., IRA
FCC AS CUSTODIAN
130 KAREN CT
PALATKA, FL 32177

Claim Number: 6823
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,502.83 |
| UNSECURED | Claimed: | $7,502.83 |
| TOTAL | Claimed: | $7,502.83 |

---

STRASSNER, BERNARD & BERNICE, TTEES
BERNARD STRASSNER LIVING TRUST
U/A DTD 01/17/1997
45 EAST 89TH ST 30F
NEW YORK, NY 10128

Claim Number: 6824
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,222.00 |

---

ECHOLS, ELVIN
6601 BERNADINE
WATANGA, TX 76148

Claim Number: 6825
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,323.33 |

---

ECHOLS, ELVIN
6601 BERNADINE
WATANGA, TX 76148

Claim Number: 6826
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,052.00 |

---

ECHOLS, ELAINE
6601 BERNADINE
WATANGA, TX 76148

Claim Number: 6827
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,766.40 |

---

MARK CREATIVE SERVICES LLC
ATTN MARK SHIPLEY, PRINCIPAL
3975 N. 10TH ST
KALAMAZOO, MI 49009

Claim Number: 6828
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $365.00 |

---

CAMPBELL, CHRISTOPHER M
4900 N LAWNDALE
APT B
CHICAGO, IL 60625

Claim Number: 6829
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,176.92 | Scheduled: | $1,176.92 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TIELKER, SAMUEL R<br>215 NW PASSAGE TRL<br>FORT WAYNE, IN 46825-2083 | | Claim Number: 6830<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,309.44 | Scheduled: | $1,309.44  CONT |

---

| | | | |
|---|---|---|---|
| CARROLL, PATRICK E.<br>1403 DURAND CT SE<br>ROCHESTER, MN 55904 | | Claim Number: 6831<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $8,154.00 | |

---

| | | | |
|---|---|---|---|
| FLESHMAN, ALICE H., TTEE<br>FLESHMAN FAMILY REVOCABLE<br>LIVING TRUST (A) UAD 7/10/92<br>13303 HARDWOOD DRIVE<br>SUN CITY WEST, AZ 85375-4938 | | Claim Number: 6832<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $11,900.00 | |

---

| | | | |
|---|---|---|---|
| AUGUSTAIN, JAIME<br>17520 E STAR FLOWER<br>QUEEN CREEK, AZ 85242 | | Claim Number: 6833<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $540.00 | |

---

| | | | |
|---|---|---|---|
| MORGAN, VIOLET, IRA<br>18617 E 11TH AVE<br>GREENACRES, WA 99016 | | Claim Number: 6834<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $2,025.25 | |

---

| | | | |
|---|---|---|---|
| HEFFRON, RAYMOND A.<br>1800 N BAYSHORE DR #1401<br>MIAMI, FL 33132 | | Claim Number: 6835<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $7,452.22 | |

---

| | | | |
|---|---|---|---|
| MCBRIDE, JERRY<br>1305 AZURE HILLS DR<br>VAN BUREN, AR 72956 | | Claim Number: 6836<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) | |
| PRIORITY | Claimed: | $293,103.33 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SMITH, ROBERT<br>2067 LUMA LINDA WAY N<br>CLEARWATER, FL 33763 | | Claim Number: 6837<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $35.00 |
| STEPHENS, ROBERT J.<br>2376 N. CAMPUS AVENUE<br>UPLAND, CA 91784 | | Claim Number: 6838<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,396.80 |
| NEWS-DEMOCRAT<br>ATTN REBECCA PATE, CREDIT SUPERVISOR<br>PO BOX 427<br>BELLEVILLE, IL 62222 | | Claim Number: 6839<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $558.69 |
| MECEWITZ, KARL W.<br>34 SCHOOL STREET<br>ACTON, MA 01720 | | Claim Number: 6840<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MECEWITZ, KARL W.<br>34 SCHOOL STREET<br>ACTON, MA 01720 | | Claim Number: 6841<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| NOBLE-MECEWITZ, GINY<br>34 SCHOOL ST<br>ACTON, MA 01720-3626 | | Claim Number: 6842<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| QIU, JIAN<br>7689 PIPIT PL<br>SAN DIEGO, CA 92129 | | Claim Number: 6843<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,542.99 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MICHNA, DEBRA<br>4344 ROBBINS ST<br>SAN DIEGO, CA 92122 | | Claim Number: 6844<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $5,700.38 | Scheduled: | $5,700.38  CONT |
| REIMER LORBER/ARNOVITS CO LPA<br>ATTN DENNIS REIMER, PRESIDENT<br>2450 EDISON BLVD<br>TWINSBURG, OH 44087 | | Claim Number: 6845<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $7,311.00 | | |
| ARCE, FRANK<br>2224 CORTE ANACAPA<br>CHULA VISTA, CA 91914-4469 | | Claim Number: 6846<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $8,795.34 | Scheduled: | $8,764.50  CONT |
| PIP PRINTING<br>ATTN JOHN CRISP<br>8504 COMMERCE AVE<br>SAN DIEGO, CA 92121 | | Claim Number: 6847<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8794 (04/23/2010) | | |
| UNSECURED | Claimed: | $31,213.83 | Scheduled: | $13,388.37 |
| MITCHELL, STEPHANIE L<br>12230 FLYNN WOODS RD<br>JACKSONVILLE, FL 32223 | | Claim Number: 6848<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08  CONT |
| TAMBURRI, P. ANTONIO & JACQUELINE JTWROS<br>15501 GULF BLVD<br>REDINGTON BEACH, FL 33708 | | Claim Number: 6849<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $18,320.00 | | |
| VICOM COMPUTER SERVICES, INC.<br>ATTN ROBERT VEROLA, VP<br>60 CAROLYN BLVD<br>FARMINGDALE, NY 11735 | | Claim Number: 6850<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5861 (09/15/2008) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $105,563.61 | Scheduled: | $74,992.20 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HAZELTINE GATES LLC
ATTN JOHN B. GOODMAN, PRESIDENT
JOHN B. GOODMAN ENTERPRISES, INC.
1107 HAZELTINE BLVD., SUITE 200
CHASKA, MN 55318

Claim Number: 6851
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $319.55 | Scheduled: | $11,141.75 |
|---|---|---|---|---|

---

AMRHEIN, PAUL M.
6109 UPTON AVE
SPARTA, WI 546568304

Claim Number: 6852
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,875.13 |
|---|---|---|

---

BILLER, GEORGE ROTH IRA
458 REDWOOD FOREST DR
BALLWIN, MO 63021

Claim Number: 6853
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $3,400.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

AMRHEIN, CHRISTINE S.
6109 UPTON AVE
SPARTA, WI 546568304

Claim Number: 6854
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,875.13 |
|---|---|---|

---

SYLVESTER LAW OFFICE PC PENSION
TRUST DTD 06/07/04
THOMAS P. SYLVESTER. TTEE
PO BOX 16026
TUCSON, AZ 85732-6+06

Claim Number: 6855
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,190.00 |
|---|---|---|

---

GRADISIC, NERMINA
PO BOX 23760
JACKSONVILLE, FL 32241-3760

Claim Number: 6856
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77  CONT |
|---|---|---|---|---|

---

BERTRAND, VIRGINIA JEAN
215 N. CHARLES
WICHITA, KS 67203

Claim Number: 6857
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| GLENN, SUE L.<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6858<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,261.07 |
| GARMON, JOHN E. IRA<br>WACHOVIA BANK NA - C/F<br>8607 OLD HWY 10<br>HICKORY, NC 28602 | | Claim Number: 6859<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $104,757.66 |
| KIPER, NICHOLAS A. AND DENNIS W. JT TEN<br>7900 TRENDWOOD DRIVE<br>LINCOLN, NE 68506-6559 | | Claim Number: 6860<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,083.74 |
| PITT, J<br>6 EAMONN CT<br>KENDALL PARK, NJ 08824 | | Claim Number: 6861<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,513.00 |
| VOIER, SEAN<br>9229 BAYBERRY RD<br>LA VISTA, NE 68128 | | Claim Number: 6862<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,688.99 |
| FRICKE, MARGARET R.<br>16706 FREDERICK CIRCLE<br>OMAHA, NE 68130 | | Claim Number: 6863<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,030.00 |
| PETERS, KIMBERLY K (KIM)<br>8960 SUTTERS GOLD DRIVE<br>SACRAMENTO, CA 95826 | | Claim Number: 6864<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) |
| PRIORITY | Claimed: | $1,680.46    Scheduled:    $1,811.75  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MCCORMICK-BLESSING, JOAN Z.<br>37 ABINGTON DRIVE<br>PINEHURST, NC 28374 | | Claim Number: 6865<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,652.95 |

| HODGE, KEA<br>125 LAFAYETTE AVENUE # 3A<br>BROOKLYN, NY 11217 | | Claim Number: 6866<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $18.38 |
| UNSECURED | Claimed: | $18.38 |
| TOTAL | Claimed: | $18.38 |

| CRAWFORD, CAROLINE<br>2767 PARK WEST DRIVE<br>COOKEVILLE, TN 38501 | | Claim Number: 6867<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $4,186.08 |
| UNSECURED | Claimed: | $4,186.08 |
| TOTAL | Claimed: | $4,186.08 |

| REINARD, KENNETH<br>PO BOX 2907<br>COOKEVILLE, TN 38502 | | Claim Number: 6868<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7605 (06/05/2009)<br>CLAIM OUT OF BALANCE Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $25,372.99 |
| UNSECURED | Claimed: | $25,372.99 |
| TOTAL | Claimed: | $25,372.99 |

| WILSON, JEFFREY<br>3100 N. LAKE CT.<br>NEWBURGH, IN 47630 | | Claim Number: 6869<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,166.00 |

| ANDERSON APPRAISALS<br>522 E. PARKSIDE DR<br>HAYDEN, ID 83835 | | Claim Number: 6870<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $1,650.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GLENN, WALTER H. SR
PO BOX 824
PENSACOLA, FL 32594

Claim Number: 6871
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $71,349.50 |

---

SMITH, LAUREN
58 WALNUT ST
W HEMPSTEAD, NY 11552-2027

Claim Number: 6872
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $300.00 | | $600.00  CONT |

---

NOLAN, ROBERT B. & MARY E.
JT TEN
325 FOREST AVE
MASSAPEQUA, NY 11758-5708

Claim Number: 6873
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $496.01 |

---

BALLARINI, GIANLUCA
251 WEST 98TH STREET APT # 2B
NEW YORK, NY 10025

Claim Number: 6874
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,100.00 |

---

FOX, BRUCE M.
5335 NEW BRITTON CIR.
ANTELOPE, CA 95843

Claim Number: 6875
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,511.95 |

---

GLENN, WALTER H. SR
8326 WILDE LANE RD
PENSACOLA, FL 32526

Claim Number: 6876
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $9,340.75 |
| TOTAL | Claimed: | $93,210.75 |

---

GLENN, WALTER H. SR
8326 WILDE LANE RD
PENSACOLA, FL 32526

Claim Number: 6877
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $52,312.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GLENN, SUE L.<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6878<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,634.25 | | |

| ZELT, KATHY K<br>4647 S 100 W<br>ALBION, IN 46701 | | Claim Number: 6879<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77 CONT |

| FRESHOUR, ROSEMARY W.<br>804 SANDRINGHAM DRIVE<br>LUTZ, FL 33549 | | Claim Number: 6880<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,606.00 UNLIQ | | |

| FRESHOUR, FRANK W. DR.<br>804 SANDRINGHAM LANE<br>LUTZ, FL 33549 | | Claim Number: 6881<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $2,158.00 UNLIQ | | |

| SIMON, CAROL A.<br>1508 STATE ST RD<br>BELLEVILLE, IL 62220 | | Claim Number: 6882<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

| GREEN, VIRGINIA<br>9 RIDGE LANE<br>HACKETTSTOWN, NJ 07840 | | Claim Number: 6883<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $315.49 | | |

| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | | Claim Number: 6884<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $740.38 | Scheduled: | $3,136.54 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | Claim Number: 6885<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38 CONT |
| FOTOPOULOS, BARBARA<br>920 HAZELTINE CT<br>ST AUGUSTINE, FL 32092-2755 | Claim Number: 6886<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $15,835.10 | | |
| GUARASCIO, COLLEEN<br>56 TEDDY CT<br>RONKONKOMA, NY 11779 | Claim Number: 6887<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $384.60 | Scheduled: | $384.60 CONT |
| TWEEL, W. DAVID<br>272 CREEKSTONE RDG<br>S CHARLESTON, WV 253098952 | Claim Number: 6888<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| PRIORITY | Claimed: | $22,826.98 | | |
| UNSECURED | Claimed: | $22,826.98 | | |
| TOTAL | Claimed: | $22,826.98 | | |
| THOMAS, JAMES E. II<br>P.O. BOX 1956<br>KILMARNOCK, VA 22482 | Claim Number: 6889<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $57,227.15 | | |
| UNSECURED | Claimed: | $57,277.15 | | |
| TOTAL | Claimed: | $57,227.15 | | |
| FRASHER THOMAS, AMY B.<br>P.O. BOX 1956<br>KILMARNOCK, VA 22482-1956 | Claim Number: 6890<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $9,856.97 | | |
| UNSECURED | Claimed: | $9,856.97 | | |
| TOTAL | Claimed: | $9,856.97 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PURKEY, CHELYA W.
4021 PINEHURST DRIVE
MORGANTOWN, WV 26505-8071

Claim Number: 6891
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,066.99 |
| UNSECURED | Claimed: | $11,066.99 |
| TOTAL | Claimed: | $11,066.99 |

---

CORBIN, JAMES E. & RURTH M. JT TEN
1134 LYNDALE DRIVE
CHARLESTON, WV 25314

Claim Number: 6892
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,165.00 |
| UNSECURED | Claimed: | $13,165.00 |
| TOTAL | Claimed: | $13,165.00 |

---

COSTELO, ALICE M. IRA
RR  1 BOX 274
KINGWOOD, WV 265379708

Claim Number: 6893
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,871.31 |
| UNSECURED | Claimed: | $8,871.31 |
| TOTAL | Claimed: | $8,871.31 |

---

CURTIS, JANE K. IRA
FERRIS BAKER WATTS C/F
1918 CARSON STREET
CHARLESTON, WV 25302-4101

Claim Number: 6894
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,122.20 |
| UNSECURED | Claimed: | $14,122.20 |
| TOTAL | Claimed: | $14,122.20 |

---

HENDRICKS, LEE ANN
P.O. BOX 82
TORNADO, WV 25202

Claim Number: 6895
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,926.70 |
| UNSECURED | Claimed: | $24,926.70 |
| TOTAL | Claimed: | $24,926.70 |

---

HILL, JOAN T.
201 LIVE OAK DRIVE
OAK ISLAND, NC 28465-8118

Claim Number: 6896
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,589.56 |
| UNSECURED | Claimed: | $6,589.56 |
| TOTAL | Claimed: | $6,589.56 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| LILLEY, GEORGE TRUSTEE<br>GEORGE W. LILLY, NON EXEMPT TR.<br>173 POPLAR DRIVE<br>MORGANTOWN, WV 26505 | | Claim Number: 6897<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $36,113.00 |
| UNSECURED | Claimed: | $36,113.00 |
| TOTAL | Claimed: | $36,113.00 |

| MARTIN, ROBERT W.<br>C/O LISA MARTIN EASTER POA<br>1807 FLETCHER AVE.<br>DUNBAR, WV 25064 | | Claim Number: 6898<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $14,047.00 |
| UNSECURED | Claimed: | $14,047.00 |
| TOTAL | Claimed: | $14,047.00 |

| MCCORMICK, VONDON RAY IRA<br>3301 PARK RD APT D<br>CHARLOTTE, NC 282092087 | | Claim Number: 6899<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $18,598.00 |
| UNSECURED | Claimed: | $18,598.00 |
| TOTAL | Claimed: | $18,598.00 |

| MCLAUGHLIN, JOHN C. IRA<br>FERRIS BAKER WATTS C/F<br>140 PINEWOOD RD.<br>ELKVIEW, WV 25071 | | Claim Number: 6900<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $77,281.52 |
| UNSECURED | Claimed: | $77,281.52 |
| TOTAL | Claimed: | $77,281.52 |

| MCLAUGHLIN, JOHN C. AND DONNA S.<br>FERRIS BAKER WATTS C/F<br>140 PINEWOOD RD.<br>ELKVIEW, WV 25071 | | Claim Number: 6901<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $11,036.00 |
| UNSECURED | Claimed: | $11,036.00 |
| TOTAL | Claimed: | $11,036.00 |

| NORMAN, BOBBY C.<br>2647 ANDERSON STREET<br>BRISTOL, TN 37620-3432 | | Claim Number: 6902<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $16,160.47 |
| UNSECURED | Claimed: | $16,160.47 |
| TOTAL | Claimed: | $16,160.47 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PURKEY, CHELYA W. IRA
FBW C/V
4021 PINEHURST DR.
MORGANTOWN, WV 26505

Claim Number: 6903
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,747.23 |
| UNSECURED | Claimed: | $14,747.23 |
| TOTAL | Claimed: | $14,747.23 |

---

CARPENTER, BASIL
333 A CALL ROAD
CHARLESTON, WV 25312

Claim Number: 6904
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $33,422.33 |
| UNSECURED | Claimed: | $33,422.33 |
| TOTAL | Claimed: | $33,422.33 |

---

J&B EXCAVATING
ATTN: BASIL CARPENTER
333 A CALL ROAD
CHARLESTON, WV 25312

Claim Number: 6905
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,133.37 |
| UNSECURED | Claimed: | $11,133.37 |
| TOTAL | Claimed: | $11,133.37 |

---

BOWMAN, CLARENCE E. JR IRA
FERRIS BAKER WATTS C/F
3319 CAMPBELL LANE
ST. ALBANS, WV 25177

Claim Number: 6906
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $36,198.00 |
| UNSECURED | Claimed: | $36,198.00 |
| TOTAL | Claimed: | $36,198.00 |

---

BAXTER, PATRICIA L.
3010 ELKDALE DRIVE
CHARLESTON, WV 25302

Claim Number: 6907
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,648.64 |
| UNSECURED | Claimed: | $17,648.64 |
| TOTAL | Claimed: | $17,648.64 |

---

ADKINSON, LARRY
2101 2ND AVE N
ST PETERSBURG, FL 337138807

Claim Number: 6908
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,448.00 |
| UNSECURED | Claimed: | $27,448.00 |
| TOTAL | Claimed: | $27,448.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HENN, MELANIE A
1082 HUMMINGBIRD CT
COLORADO SPRINGS, CO 80921

Claim Number: 6909
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $1,125.00 | Scheduled: | $1,125.00 CONT |
|---|---|---|---|---|

---

KROUGLOW, ALEXANDER AND LAURA
2333 ANONRIDGE CIRCLE
OAKVILLE, ON L6M 4T9
CANADA

Claim Number: 6910
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $7,346.58 |
|---|---|---|

---

WEBER, JOHN J.
2015 RT. 34
OSWEGO, IL 60543

Claim Number: 6911
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,464.00 |
|---|---|---|

---

LEE, WENDY Y.
58 TIFFANY DR.
EAST HANOVER, NJ 07936

Claim Number: 6912
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,585.99 |
|---|---|---|

---

KHAN, SAHEED A.
P.O. BOX 8884
WOODLAND, CA 95776

Claim Number: 6913
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $17,145.00 |
|---|---|---|

---

KHAN, SAHEED A.
P.O. BOX 8884
WOODLAND, CA 95776

Claim Number: 6914
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $11,507.00 |
|---|---|---|

---

KHAN, SAHEED, A.
P.O. BOX 8884
WOODLAND, CA 95776

Claim Number: 6915
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| SECURED | Claimed: | $41,162.22 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| MCBRIDE APPRAISAL SERVICES<br>TAMMY L. MCBRIDE<br>901 COLUMBUS DR<br>CAPITOLA, CA 95010 | | Claim Number: 6916<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,750.00 | | | |
| MCBRIDE, TAMMY L.<br>901 COLUMBUS DR.<br>CAPITOLA, CA 95010 | | Claim Number: 6917<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |
| NASRALLAH, ADEL<br>5727 ETIWANDA AVE. # 3<br>TARZANA, CA 91356 | | Claim Number: 6918<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $134,378.00 | | | |
| ENGINEERING INSPECTION SERVICS<br>ATTN MARVIN W. WARD, PRESIDENT<br>1616 BARRINGTON RD<br>COLUMBUS, OH 43221 | | Claim Number: 6919<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,100.00 | | | |
| AUSTIN LAWTHER DESIGN<br>ATTN AUSTIN LAWTHER<br>27 ARION PLACE<br>APT. 203<br>BROOKLYN, NY 11206 | | Claim Number: 6920<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $3,582.50 | Scheduled: | $1,002.50 | |
| LEE, WENDY Y.<br>58 TIFFANY DR.<br>EAST HANOVER, NJ 07936 | | Claim Number: 6921<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,416.00 | | | |
| TALX CORPORATION<br>11432 LACKLAND<br>ST. LOUIS, MO 63146 | | Claim Number: 6922<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8406 (12/14/2009) | | | |
| UNSECURED | Claimed: | $216,746.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BRADMAN, EDITH
1973 ROCKY POINTE DR.
LAKELAND, FL 33813

Claim Number: 6923
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,834.95 |
| UNSECURED | Claimed: | $9,834.95 |
| TOTAL | Claimed: | $9,834.95 |

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

Claim Number: 6924
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9389 (10/29/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,077.37 |

SCHWILM, MARGUERITE G.
P.O. BOX 690186
CHARLOTTE, NC 28227-7003

Claim Number: 6925
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,334.51 |

SCHWILM, MARGUERITE G.
P.O. BOX 690186
CHARLOTTE, NC 28227-7003

Claim Number: 6926
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,029.78 |

CONLEY, MICHEL R.
17707 EMERALD GREEN PLACE
TAMPA, FL 33647-2547

Claim Number: 6927
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $116,855.80 |

WETZEL, THOMAS
276 S 9TH ST
LINDENHURST, NY 11757

Claim Number: 6928
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,423.08 |

ALLEN, LISA
15404 WASHINGTON ST
BOX 303
HUNTERTOWN, IN 46748

Claim Number: 6929
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

Claim Number: 6930
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 9389 (10/29/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,706.08 |

---

MARTIN, CLAUDE ROBERT
7232 RYEHILL DR
CARY, NC 27519-1570

Claim Number: 6931
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,548.71 |

---

MARTIN, CLAUDE ROBERT
7232 RYEHILL DR
CARY, NC 27519-1570

Claim Number: 6932
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,922.17 |

---

EISELE, GARY
281 ELMORE AVE APT 2
EAST MEADOW, NY 11554

Claim Number: 6933
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $696.30 | Scheduled: | $696.30 | CONT |

---

HAMILTON, BIRGIT
1127 ELDRIDGE PKWY #300-170
HOUSTON, TX 770771771

Claim Number: 6934
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,488.00 |

---

HYDER, CLAUDE (CLAUDE)
GENELLE HYDER
PO BOX 713
SPARTA, TN 38583

Claim Number: 6935
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,168.08 |
| UNSECURED | Claimed: | $11,168.08 |
| TOTAL | Claimed: | $11,168.08 |

---

SARASOTA COUNTY
ATTN MELANIE SEVERINO/CLERK
101 S WASHINGTON B.VD
SARASOTA, FL 34236

Claim Number: 6936
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ | Scheduled: | $1,907.99 | DISP CONT |
| SECURED | Claimed: | $2,056.24 | UNLIQ | | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OSTERHOUT, CERA
751 MAPLEWOOD LANE
#3 UNIT 9
KEWADIN, MI 49648

Claim Number: 6937
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT |
|---|---|---|---|---|

BLOOM, MARY JO
8009 W. BANCROFT
TOLEDO, OH 43617

Claim Number: 6938
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,019.40 |
|---|---|---|

AVILA, CHARMEN C.   07-13243 CA04
C/O PETER SPINDEL, ESQ.
P.O. BOX 166245
MIAMI, FL 33116-6245

Claim Number: 6939
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $486,135.73   UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ELYNX.LTD
PO BOX 643292
CINCINNATI, OH 45264-3292

Claim Number: 6940
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,398.50 | Scheduled: | $10,398.50 |
|---|---|---|---|---|

ELISBERG, STEVEN K. AND CYNTHIA A.
JT WROS
2049 SHILOH ST. SE.
SALEM, OR 97306-1064

Claim Number: 6941
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,205.00 |
|---|---|---|

POOD, EMMA E. FBO
FMT CO CUST IRA
2262 ALMADEN RD #B
SAN JOSE, CA 95125

Claim Number: 6942
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TEEMLEY, BRADLEY J.
11 PEARL ST
FORESTVILLE, NY 140629501

Claim Number: 6943
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $2,065.44 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHLOSS, STANFORD
340 WEBSTER AVE.
BROOKLYN, NY 11230

Claim Number: 6944
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,130.00 |
|---|---|---|

---

LAROCCA, ANDREW J.
32 RHODE ISLAND AVE
MASSAPEQUA, NY 11758

Claim Number: 6945
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT |
|---|---|---|---|---|

---

MEHTA, MUKUL
3846 GLADNEY DR
ATLANTA, GA 30341

Claim Number: 6946
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,002.00 |
|---|---|---|

---

CONNER, WANDA J.
175 BRET HARTE AVE
RENO, NV 895091936

Claim Number: 6947
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

---

HANKS, JEFFIE L. & HAZEL M.
8885 HIGHWAY 77
HUNTINGDON, TN 38344

Claim Number: 6948
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $280.00 |
|---|---|---|

---

PROS, THOMAS C.
3877 WHALER CT.
LAKE HAVASU CITY, AZ 86406

Claim Number: 6949
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

JOAN KOWALSKI TRUST DTD 7/14/07
JOAN KOWALSKI TRUSTEE
21761 ELIZABETH AVE.
FAIRVIEW PARK, OH 44126

Claim Number: 6950
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $15,628.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WONG, NAN
26333 ELENA RD.
LOS ALTOS, CA 94022

Claim Number: 6951
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

---

SKEIE, LARRY
6825 CHESSHIRE LN. N.
MAPLE GROVE, MN 55311

Claim Number: 6952
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,464.00 |

---

GOEPFERT, WILLIAM
18660 INGLEWOOD AVE.
ROCKY RIVER, OH 44116

Claim Number: 6953
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

---

GOEPFERT, WILLIAM
18660 INGLEWOOD AVE.
ROCKY RIVER, OH 44116

Claim Number: 6954
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

---

CONWAY, NOREEN
5400 ROLAND DR
CLEVELAND, OH 44125-3228

Claim Number: 6955
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $965.31 |

---

HARWIN, THOMAS
3958 WOODED RIDGE TRAIL
COLGATE, WI 53017

Claim Number: 6956
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,671.80 |
| UNSECURED | Claimed: | $14,671.80 |
| TOTAL | Claimed: | $14,671.80 |

---

HOCHWALD, ROBERT FBO
FMT CO CUST IRA
123 BAYBERRY CIRCLE
ST. SIMONS ISLAND, GA 31522

Claim Number: 6957
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,996.97 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MYERS, TIMOTHY H.<br>1158 CIRCLE DRIVE<br>PONTE VEDRA BEACH, FL 32082 | Claim Number: 6958<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,286.95 |

| PAPE, PAUL<br>215 LN 101A HAMILTON LAKE<br>HAMILTON, IN 46742 | Claim Number: 6959<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,750.00 |

| FRUIT, THOMAS W.<br>3973 REDWOD DRIVE<br>PULASKI, WI 54162 | Claim Number: 6960<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $22,506.96 |

| GANELES, EUGENE<br>23870 VENADIS CT<br>CARMEL, CA 93923 | Claim Number: 6961<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $426.50 |

| RENGSTORFF, A.E.<br>13610 SOMERSET LANE S.E.<br>BELLEVUE, WA 98006 | Claim Number: 6962<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $10,462.00   UNLIQ |

| WESOLOWSKI, KEITH M<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | Claim Number: 6963<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | | Scheduled: | $10,950.00  CONT |
|---|---|---|---|
| UNSECURED          Claimed: | $136,282.79 | Scheduled: | $125,332.79  CONT |

| WESOLOWSKI, KEITH M<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | Claim Number: 6964<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY          Claimed: | $10,950.00 |
|---|---|
| UNSECURED          Claimed: | $125,332.79 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DEVINE, SUZANNE C.
8709 WINGARD RD
WAXHAW, NC 28173

Claim Number: 6965
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $127,274.10 | | |

---

DEVINE, SUZANNE C
8709 WINGARD ROAD
WAXHAW, NC 28173

Claim Number: 6966
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $123,354.61 | Scheduled: | $122,735.89 CONT |

---

YOUNGMAN, JAMES L.
395 COUNTY RD. 414
KILLEN, AL 35645

Claim Number: 6967
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,869.02 |

---

BUNN, DORIS B.
9005 ENFIELD CT
RALEIGH, NC 276151473

Claim Number: 6968
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $64,038.54 |

---

SHOPPES AT FLIGHT DECK
TED STAMBOLITIS, PRESIDENT
109 OLD CHAPIN ROAD, TOWER
P.O. BOX 907
LEXINGTON, SC 29071

Claim Number: 6969
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $98,000.00 |

---

NOLAN, ROBERT B
325 FOREST AVE
MASSAPEQUA, NY 11758

Claim Number: 6970
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,942.31 | Scheduled: | $2,942.31 CONT |

---

NADOLSKI, TERRY
11868 ST RT E
ROLLA, MO 65401

Claim Number: 6971
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,000.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $15,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OREAR, PAMELA
PO BOX 11686
CHARLOTTE, NC 28220

Claim Number: 6972
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT |

KIRKPATRICK, GEORGE J AND VERONICA M
W6669 SOUTH SHORE DRIVE
DELAVAN, WI 53115

Claim Number: 6973
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,569.08 |

MCCOY, WILLIAM K (KEVIN)
13550 MERIDIAN AVE N
SEATTLE, WA 98133

Claim Number: 6974
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,280.00 | Scheduled: | $2,280.00 CONT |

COTTRELL, LINDA K
4400 E SCOTTSDALE RD #9565
SCOTTSDALE, AZ 85251

Claim Number: 6975
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,634.62 | Scheduled: | $3,634.62 CONT |

DANIEL, KATHRYN M
3306 MONTCLAIR RD
ORLANDO, FL 328061725

Claim Number: 6976
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $1,400.00 CONT |

GERRITY, SEAN
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

Claim Number: 6977
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $985,560.13 |

GERRITY, SEAN
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

Claim Number: 6978
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $951,489.66 | Scheduled: | $947,891.07 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FAZIO, WILLIAM<br>2764 SHAUGHNESSY DR<br>WELLINGTON, FL 33414 | Claim Number: 6979<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $10,450.00 | Scheduled: | $10,450.00 CONT |
| UNSECURED | Claimed: | $2,050.00 | Scheduled: | $2,050.00 CONT |

---

| ORLANS ASSOCIATES PC<br>ATTN MARSHALL ISAACS, ATTORNEY<br>PO BOX 5041<br>TROY, MI 48007 | Claim Number: 6980<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7159 (03/25/2009) |
|---|---|

| SECURED | Claimed: | $204,630.15 |

---

| COMMISSIONERS OF PUBLIC WORKS<br>ATTN H C LUCAS RAYMOND<br>PO BOX B<br>CHARLESTON, SC 29402 | Claim Number: 6981<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $115.11 |

---

| SAN JOAQUIN COUNTY TAX COLLECTOR<br>ATTN SHABBIR A. KHAN<br>PO BOX 2169<br>STOCKTON, CA 95201-2169 | Claim Number: 6982<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $73,070.74 |
| SECURED | Claimed: | $73,070.74 |

---

| DIVIDEND CAPITAL INVESTMENTS<br>518 17TH STREET, STE 1700<br>DENVER, CO 80202 | Claim Number: 6983<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CITIBANK (SOUTH DAKOTA), N.A.<br>DBA: STAPLES<br>ATTN TERRY GIERINGER, BANKRUPTCY REP.<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6984<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| UNSECURED | Claimed: | $4,958.24 |

---

| JAMES A CURRLIN APPRAISALS<br>ATTN JAMES A CURRLIN<br>6 SILVERHILL CT.<br>CHICO, CA 95926 | Claim Number: 6985<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $100.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROTHBERG LOGAN & WARSCO LLP
ATTN SUSAN E. TRENT, ATTORNEY
PO BOX 11647
FORT WAYNE, IN 46859-1647

Claim Number: 6986
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $15,829.37 |
|---|---|---|

---

DIVIDEND CAPITAL INVESTMENTS
518 17TH STREET, STE 1700
DENVER, CO 80202

Claim Number: 6987
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

COSERV ELECTRIC
ATTN CYNDI ALEXANDER, COLLECTION MANAGER
COLLECTIONS DEPT
7701 S STEMMONS FRWY
CORITNH, TX 76210-1842

Claim Number: 6988
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $811.66 |
|---|---|---|

---

LEUNG, TOMMY
8 JOHN STREET
QUINCY, MA 02169

Claim Number: 6989
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | Scheduled: | $250.00  CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $777.75 | |

---

BALSAM, JEROME M
220 EAST 54TH ST, APT 6E
NEW YORK, NY 10022-4840

Claim Number: 6990
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $12,195.00 |
|---|---|---|

---

LEESON, BARBARA R.
134 RIDGE DR
MONTVILLE, NJ 07045-9473

Claim Number: 6991
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GAINER, LLOYD ALLEN
167 BRANTLEY LANE
BREWTON, AL 36426

Claim Number: 6992
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,749.39 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TATOR, WILLIAM E., III<br>7722 PARK RIDGE DR SW<br>JENISON, MI 494289158 | | Claim Number: 6993<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $5,000.00 | | |
| UNSECURED | Claimed: | $5,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MUNSON, THOMAS<br>130 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 6994<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,419.10 | | |

---

| | | | | |
|---|---|---|---|---|
| NEVADA OFFICE MACHINES<br>ATTN CHRISTINA MARQUEZ<br>1855 VASSAR ST<br>RENO, NV 89502 | | Claim Number: 6995<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $276.55 | Scheduled: | $276.55 |

---

| | | | | |
|---|---|---|---|---|
| GVOZDEV, ALEXEI & TATIANA E. KORN JT TEN<br>2975 BELLA DR<br>CONCORD, CA 94519 | | Claim Number: 6996<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,373.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MCLEOD, CARLA D<br>24612 NE 193RD PL<br>WOODINVILLE, WA 98077 | | Claim Number: 6997<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,637.50 | Scheduled: | $1,637.50  CONT |

---

| | | | | |
|---|---|---|---|---|
| LAWRENCE, JOY<br>165 COMMACK RD<br>DEER PARK, NY 11729 | | Claim Number: 6998<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $2,136.54 | Scheduled: | $3,908.85  CONT |

---

| | | | | |
|---|---|---|---|---|
| DIAZ, BEVERLY<br>1300 WALNUT HILL LANE<br>BALTIMORE, MD 21204 | | Claim Number: 6999<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $336,954.94 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KUHN, ASHLEY
46 BUCKSKIN LN
SELDEN, NY 11784

Claim Number: 7000
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $320.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $320.00 | | |

---

FAZIO, KEITH
1937 MELVOR LN
WINCHESTER, VA 22601

Claim Number: 7001
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,133.23 |
|---|---|---|

---

PLUDO, ROBERT
527 GUINEVERE DR
NEWTOWN SQUARE, PA 19073

Claim Number: 7002
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,772.36 |
|---|---|---|

---

CARPENTER, LARRY
19050 SE WRIGHTS LN
JUPITER, FL 33478-1943

Claim Number: 7003
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,970.12 |
|---|---|---|

---

HAMILTON, PAUL
1015 MYERS PARK DR
TALLAHASSEE, FL 32301-4524

Claim Number: 7004
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,871.45 |
|---|---|---|

---

ALAVERDIAN, LORIS
2 TILDEN PL
NORWOOD, NJ 07648

Claim Number: 7005
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,617.81 |
|---|---|---|

---

HARRIS, JENNY R
9453 SW 52ND CT
COOPER CITY, FL 33328-4111

Claim Number: 7006
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $1,568.77 | Scheduled: | $1,568.77 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ECKEL, KARL M. & SHARON T., JTTEN<br>175 N TANGLEWOOD DR<br>QUARRYVILLE, PA 17566-9287 | Claim Number: 7007<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,009.00 | | |
|---|---|---|---|---|

| FORD, MICHAEL<br>111 LAKEVIEW DR<br>RIDLEY PARK, PA 19078-3705 | Claim Number: 7008<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT |
|---|---|---|---|---|

| WESTPORT TOWN<br>ATTN CAROL A BORDEN, TAX COLLECTOR<br>PO BOX 3408<br>WESTPORT, MA 02790 | Claim Number: 7009<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

| MCGINNIS, JAMES JR.<br>6 CEDAR AVE<br>MEDFORD, NY 11763 | Claim Number: 7010<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $330.75 | Scheduled: | $661.50 CONT |
|---|---|---|---|---|

| ABLE, ANGELA M<br>P.O. BOX 674<br>HUGHESVILLE, MD 20637 | Claim Number: 7011<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) |
|---|---|

| PRIORITY | Claimed: | $1,862.40 | Scheduled: | $1,551.13 CONT |
|---|---|---|---|---|

| REYNOLDS, JAMES S., CORRINE A. & JAIME<br>750 PARK ST<br>LA CONNER, WA 98257 | Claim Number: 7012<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,765.00 | | |
|---|---|---|---|---|

| CHRISTOFORATOS, DIONISIOS E<br>271 W 47TH ST APT 30C<br>NEW YORK, NY 100361450 | Claim Number: 7013<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $2,308.00 | Scheduled: | $3,221.54 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SARTER, PAUL E
50 GRANGE ST
FRANKLIN SQUARE, NY 11010

Claim Number: 7014
Claim Date: 01/04/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,548.80 | Scheduled: | $1,548.80 CONT |
|---|---|---|---|---|

KAY, MARY K
309 SADDLE COURT
CHESAPEAKE, VA 23323

Claim Number: 7015
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $230.77 | Scheduled: | $230.77 CONT |
|---|---|---|---|---|

SCOTTO, ANTHONY
77 MARLOW DR
JACKSON, NJ 85274680

Claim Number: 7016
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $3,417.76 | | |
|---|---|---|---|---|

CARROLL, GREGG
11 N DURKEE LN
EAST PATCHOGUE, NY 11772

Claim Number: 7017
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,531.77 | Scheduled: | $4,281.77 CONT |
|---|---|---|---|---|

BAKER, RUBY M
777 COUNTYLINE RD
APT24B
AMITYVILLE, NY 11701

Claim Number: 7018
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,038.46 | Scheduled: | $1,038.46 CONT |
|---|---|---|---|---|

NATIONAL COMMUNICATIONS SVCS
ATTN GARY HEGARTY, CFO
1100 LUND BLVD
ANOKA, MN 55303

Claim Number: 7019
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,502.21 | Scheduled: | $1,812.80 |
|---|---|---|---|---|

KIRK, GLORIA VS. AMERICAN HOME MTG CORP.
2:06-CV02603 ATTN: W STEPHEN GARDNER,
MULLINS GARDNER PLC
P.O. BOX 41893
MEMPHIS, TN 38174

Claim Number: 7020
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $65,182.82 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DBSI PHOENIX PEAK LEASE CO LLC
ATTN JEREMY SWENSON, ASSISTANT SECRETARY
C/O DDRS LEGAL FINANCE DEPARTMENT
12426 WEST EXPLORER DRIVE, STE 100
BOISE, ID 83713

Claim Number: 7021
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $172,229.27 | | |
|---|---|---|---|---|

---

SCHOOLFIELD, MATTHEW B
16420 SEGARS LN
HUNTERSVILLE, NC 28078-6492

Claim Number: 7022
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,142.51 | Scheduled: | $8,093.91 CONT |

---

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7023
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $9,570.05 |
|---|---|---|
| UNSECURED | Claimed: | $377.40 |

---

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7024
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $5,957.91 |
|---|---|---|

---

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7025
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $296.48 |
|---|---|---|

---

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7026
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $199.92 |
|---|---|---|

---

CLAMPIT, SANDRA L. - ROTH IRA
12012 KNAPP RD
BROOKLYN, MI 49230

Claim Number: 7027
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,337.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CLAMPIT, TIMOTHY J. & SANDRA L., JT TEN<br>12012 KNAPP RD<br>BROOKLYN, MI 49230 | Claim Number: 7028<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,410.00 | | |
|---|---|---|---|---|

| FAMILY TREE APPRAISAL CENTER<br>ATTN SHANE E SOMERS, PRESIDENT<br>PO BOX 843<br>STATESVILLE, NC 28687 | Claim Number: 7029<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $975.00 | | |
|---|---|---|---|---|

| COOK, MARIANNE E.<br>9 DEER TRACK LANE<br>CONCORD, NH 03301 | Claim Number: 7030<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| CLAMPIT, TIMOTHY J., ROTH IRA<br>12012 KNAPP RD<br>BROOKLYN, MI 49230 | Claim Number: 7031<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,656.15 | | |
|---|---|---|---|---|

| VICTOR & ASSOC.<br>ATTN MARTIN S. VICTOR, PRESIDENT<br>8035 CRIPPLE CREEK DRIVE<br>LONG GROVE, IL 60047 | Claim Number: 7032<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $5,950.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

| MCKAY, CHRISTINA A<br>3719 KENILWORTH DR<br>CHEVY CHASE, MD 20815 | Claim Number: 7033<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $118,401.35 | Scheduled: | $121,054.17  CONT |

| FROWNFELTER, JAMES B.<br>4604 MAPLE AVENUE<br>BETHESDA, MD 20814 | Claim Number: 7034<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $37,126.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KENT, APRIL M
3252 LACKLAND DR
DELTONA, FL 32738

Claim Number: 7035
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,169.22 | Scheduled: | $1,169.22  CONT |

---

ZOLLA, DAVID J. & ALLAN R. POQUETTE
JTWROS
11401 TOPANGA CYN BL
SPC 16
CHATSWORTH, CA 91311

Claim Number: 7036
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,805.44 |

---

TEHRANI, HANRI Y.
125 S CLARK DR
BEVERLY HILLS, CA 90211-2603

Claim Number: 7037
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $659.80 |

---

KAZIMIR, LYNN
140-35 BEECH AVENUE #4R
FLUSHING, NY 11355

Claim Number: 7038
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $942.90 |

---

BERMAN, CHARLOTTE
6260 108TH ST
APT 6H
FOREST HILLS, NY 11375

Claim Number: 7039
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,086.01 |
| UNSECURED | Claimed: | $10,086.01 |
| TOTAL | Claimed: | $10,086.01 |

---

DUNNILL, KENNETH R.
917 OVERBROOK RD
WILMINGTON, DE 19807

Claim Number: 7040
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,279.96 |

---

THE ULTIMATE CLEANING COMPANY
ATTN TIMOTHY T. PERRY, OWNER
6 AUTUMN DR
MASHPEE, MA 02649

Claim Number: 7041
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POND, BRUCE L.
18901 33RD ST CT S
INDEPENDENCE, MO 64057

Claim Number: 7042
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,132.89 |
|---|---|---|

---

AMRHEIN, PETER W.
E7374A HINKST HOLLOW RD
VIROQUA, WI 54665

Claim Number: 7043
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,310.22 |
|---|---|---|

---

FEUERMAN, HYMAN - IRA
5779 LAKEVIEW MEMS PL
BOYNTON BEACH, FL 33437

Claim Number: 7044
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,126.00 |
|---|---|---|

---

FEUERMAN, HYMAN & ROSLYN
H&R FEUERMAN REVOC TRUST
5779 LAKEVIEW MEMS PL
BOYNTON BEACH, FL 33437

Claim Number: 7045
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,947.00 |
|---|---|---|

---

SCHOBER, LEROY E. & IRMA G.
93 MEADOWVIEW LN
VERNON, CT 06066

Claim Number: 7046
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,038.00 |
|---|---|---|

---

LASLO, SUSAN
169 CANDLEWOOD LAKE RD
BROOKFIELD, CT 06804

Claim Number: 7047
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,275.00 | Scheduled: | $1,275.00  CONT |
|---|---|---|---|---|

---

FADIO, THOMAS M. & KYOTO T.
2085 ALA WAI BLVD APT 32
HONOLULU, HI 96815

Claim Number: 7048
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,288.90 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DODS, CRAIG R.
10393 MORNING DEW LN
MECHANICSVILLE, VA 23116

Claim Number: 7049
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $32,293.50 |
|---|---|---|

---

DESHONG, PATRICIA
135 WEST VILLAGE WAY
JUPITER, FL 33458

Claim Number: 7050
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $64,150.00 |
|---|---|---|

---

UNDERWOOD, GARY M. & KAREN A.
380 ORMSBEE RD
PORTER CORNERS, NY 12859-1803

Claim Number: 7051
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,244.00 |
|---|---|---|

---

BINNS, FAY
16 FOREST DRIVE
SUCCASUNNA, NJ 07876

Claim Number: 7052
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,235.20 |
|---|---|---|

---

SAUTNER, DONALD & JEANNE M.
548 BEACH 66 ST
ARVERNE, NY 11692

Claim Number: 7053
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,375.50 |
|---|---|---|

---

AVILA, CHARMEN C.
C/O PETER SPINDEL, ESQ.
P.O. BOX 166245
MIAMI, FL 33116-6245

Claim Number: 7054
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $486,135.73 |
|---|---|---|

---

CT NETWORKS
ATTN ROY LANGHAMER, COO
PO BOX 11054
125 WIRELESS BLVD
HAUPPAUGE, NY 11788

Claim Number: 7055
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $113,664.17 | Scheduled: | $112,391.74 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BROWN, AUSTIN L. & DANA L.
143 LAWRENCE AVE
STATEN ISLAND, NY 10310-3031

Claim Number: 7056
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $42,144.00 |
|---|---|---|

---

TRAPOST, LLC AND PARK TOWNE DEVELOPMENT CORPORATION
ATTN MIKE RING
402 S GAMMON PLACE
MADISON, WI 53719

Claim Number: 7057
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $81,288.43 |
|---|---|---|

---

WADSWORTH, BRAD
4760 SCOTNEY CT.
SUWANEE, GA 30024

Claim Number: 7058
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $7,541.66 |
|---|---|---|

---

PERROTT, CHARLES M.
147 CALLE OJO FELIZ, APT. N
SANTA FE, NM 87505

Claim Number: 7059
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,253.71 |
|---|---|---|

---

CHEGE, FREDERICK
12 MELROSE TERRACE
NUM 13
WAKEFIELD, MA 01880

Claim Number: 7060
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,941.31 | Scheduled: | $2,911.96 CONT |
|---|---|---|---|---|

---

DOYLE, CHARLES
80 PRESTIGE DR
BRISTOL, NH 03222-2302

Claim Number: 7061
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $434.90 | Scheduled: | $434.90 CONT |
|---|---|---|---|---|

---

ASSANIE, MAHABIBI
1309 SOUTH THOMAS ST #22
ARLINGTON, VA 22204

Claim Number: 7062
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,643.92 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KODIAK FUNDING LP<br>C/O WINSTON & STRAWN LLP<br>ATTN DAVID W WIRT<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | Claim Number: 7063<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10287 (12/20/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $85,000,000.00 | UNLIQ |

---

| HASCHERT, TERRY R. & CLARICE R., TTEES<br>TERRY/CLARICE R HASCHERT REV INTERVIVOS<br>TR U/A DTD 3/01/1991<br>455 ELEANOR DR<br>BEN LOMOND, CA 95005 | Claim Number: 7064<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $7,696.68 |
|---|---|---|

---

| KUMAR, ARUN & SHALINI<br>2126 S BEVERLY DRIVE<br>LOS ANGELES, CA 90034 | Claim Number: 7065<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,152.95 |
|---|---|---|

---

| DOYLE, CHARLES P<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | Claim Number: 7066<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8540 (02/04/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,871.04 |

---

| HASKINS, NIKKI<br>61 PLANK RD<br>TROY, NY 12182 | Claim Number: 7067<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,248.00 |
|---|---|---|

---

| PROVOST, TIMOTHY & SONNENSCHEIN, NURIT<br>16 LONGWOOD DRIVE<br>SARATOGA SPRINGS, NY 12866 | Claim Number: 7068<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,783.00 |
|---|---|---|

---

| LAWRENCE G HILL TRUST<br>C/O CATHERINE HILL<br>3104 FOXDEN LANE<br>OAKTON, VA 22124 | Claim Number: 7069<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $13,127.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HARRISON, DARRELL J. (VA)<br>3229 BOW CREEK BLVD<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 7070<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| URBANO APPRAISAL SERVICES<br>6869 GLENROY STREET<br>ATTN JAVIER URBANO, OWNER<br>SD, CA 92120 | | Claim Number: 7071<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $4,885.00 | Scheduled: | $1,925.00 |
| GORALSKI, MILDRED<br>70 CARRIAGE DRIVE #2<br>ORCHARD PARK, NY 14127 | | Claim Number: 7072<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,080.00 | | |
| BROOKS, JOHN C.<br>5141 NORWOOD DR<br>BETTENDORF, IA 52722 | | Claim Number: 7073<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ZIEBARTH, ARNOLD K.<br>1001 HICKORY CT<br>ELDRIDGE, IA 52748-2504 | | Claim Number: 7074<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $589.99 | | |
| WANG, JUAN<br>PO BOX 1610<br>BELFAIR, WA 98528 | | Claim Number: 7075<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $62.40 | | |
| ZIEBARTH, SANDRA KAY<br>1001 W HICKORY CT<br>ELDRIDGE, IA 52748-2504 | | Claim Number: 7076<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $4,894.95 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GALLAGHER, PATRICK<br>1 GREENVIEW ROAD<br>DANBURY, CT 06811 | | Claim Number: 7077<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,782.95 |
| FALVO, DIANNE L., TTEE<br>THE TAYLOR LIVING TRUST<br>U/A DTD 4/23/2002<br>8801 SW HOPWOOD AVE<br>INDIANTOWN, FL 34956-4241 | | Claim Number: 7078<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WEINGER, MILTON & NORMAN, JT TEN<br>6080 HOLLOW LANE<br>DELRAY BEACH, FL 33484 | | Claim Number: 7079<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WEINGER, MILTON, IRA R/O<br>ETRADE CUSTODIAN<br>6080 HOLLOWS LANE<br>DELRAY BEACH, FL 33484 | | Claim Number: 7080<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARRARA, DIVA<br>451 WOODVIEW CIR.<br>WEST PALM BEACH, FL 33418 | | Claim Number: 7081<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GORALSKI, GERALD<br>70 CARRIAGE DRIVE # 2<br>ORCHARD PARK, NY 14127 | | Claim Number: 7082<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,400.00 |
| HARENS, SANDARA LOUISE & MILTON LEE<br>JT TEN<br>6790 E. CEDAR AVE. APT 304<br>DENVER, CO 80224 | | Claim Number: 7083<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,547.31 |
| UNSECURED | Claimed: | $3,547.31 |
| TOTAL | Claimed: | $3,547.31 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REYNOLDS, JAMES S.
750 PARK ST
LA CONNER, WA 98257

Claim Number: 7084
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $500.00 |
| --- | --- | --- |

---

DRAUTZ, LYNN WATERS AND KENNETH E.
JTWROS
10 NO. MEADOW LANE
LATHAM, NY 12110-5318

Claim Number: 7085
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

NICOLA, DANIEL J.
122 BALA AVE
BALA CYNWYD, PA 19004

Claim Number: 7086
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $722.95 |
| --- | --- | --- |

---

SCOTT, ROGER D. CUST. FBO LAURA E. SCOTT
UTMA-VA
4614 OVERVIEW DR.
FREDERICKSBURG, VA 22408-8774

Claim Number: 7087
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $676.00 |
| --- | --- | --- |

---

SCOTT, ROGER D. CUST. FBO MONICA L.
SCOTT UTMA-VA
4614 OVERVIEW DR.
FREDERICKSBURG, VA 22408-8774

Claim Number: 7088
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,880.50 |
| --- | --- | --- |

---

COX, EVER MAE
10600 BEAVERBRIDGE ROAD
CHESTERFIELD, VA 23838

Claim Number: 7089
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $403.01 |
| --- | --- | --- |

---

STEPHENSON, FRANK & NORMA
10 MARSH WINDS
HILTON HEAD ISLAND, SC 29926

Claim Number: 7090
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LOEFFLER, RICHARD
195 JERICHO VALLEY DRIVE
NEWTOWN, PA 18940

Claim Number: 7091
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $290,810.50 | Scheduled: | $289,426.28 CONT |

---

MAHAN, GARY D.
2109 JONES ST
WICHITA FALLS, TX 76309

Claim Number: 7092
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,030.00 |

---

ROBERTS, DAVID
323 THOMAS RD
SEVERNA PARK, MD 21146

Claim Number: 7093
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,064.00 CONT |
| UNSECURED | Claimed: | $353,440.18 | Scheduled: | $341,238.31 CONT |

---

ROBERTS, DAVID E.
323 THOMAS DR
SEVERNA PARK, MD 21146

Claim Number: 7094
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $353,440.18 |

---

BEN-ZVI & ASSOCIATES
HENRY BEN-ZVI
3231 OCEAN PARK BLVD., SUITE 212
SANTA MONICA, CA 904053

Claim Number: 7095
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70.00 |

---

FALVEY, SHEILA
48 CLONKEEN
RATOATH
CO. MEATH,
IRELAND

Claim Number: 7096
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,077.95 |

---

CHU, MOU-MAN
PO BOX 1610
BELFAIR, WA 98528

Claim Number: 7097
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SHIDELER, JAY A.<br>27994 VIA VENTANA<br>LOS ALTOS, CA 94022 | | Claim Number: 7098<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,686.04 |

---

| | | |
|---|---|---|
| SHIDELER, JAY A.<br>27994 VIA VENTANA<br>LOS ALTOS, CA 94022 | | Claim Number: 7099<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,693.29 |

---

| | | |
|---|---|---|
| SHIDELER, JANET R., TRUSTEE<br>27994 VIA VENTANA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 7100<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,516.20 |

---

| | | |
|---|---|---|
| SHIDELER, JANET R., TRUSTEE<br>27994 VIA VENTANA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 7101<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,514.18 |

---

| | | |
|---|---|---|
| RURY, CHARLES A. AND BETTY A. TTEE<br>THE REV TRUST OF CHARLES A & BETTY RURY<br>1504 HARRIS DR.<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7102<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $2,470.76 |
| UNSECURED | Claimed: | $30,445.23 |

---

| | | |
|---|---|---|
| RURY, CHARLES<br>FCC AS CUSTODIAN<br>1504 HARRIS DR.<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7103<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $463.12 |
| UNSECURED | Claimed: | $10,406.49 |

---

| | | |
|---|---|---|
| RURY, BETTY A.<br>FCC AS CUSTODIAN<br>1504 HARRIS DRIVE<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7104<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $1,151.50 |
| UNSECURED | Claimed: | $25,594.29 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FUREY, THOMAS<br>6 MARVIN PLACE<br>BETHEL, CT 06801 | | Claim Number: 7105<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7943 (08/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |

| SCHARRER, DAVID F<br>PO BOX 14733<br>CLEARWATER, FL 33766 | | Claim Number: 7106<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,130.74 | Scheduled: | $22,940.93  CONT |

| KODIAK FUNDING, LP<br>ATTN: DAVID W. WIRT<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | | Claim Number: 7107<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10287 (12/20/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $85,000,000.00  UNLIQ | | |

| MOELLER, RICHARD<br>439 AETNA DRIVE<br>CORBIN ITY, NJ 08270 | | Claim Number: 7108<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| SHOJI, SUSANNE<br>224 SW NANCY CIRCLE<br>GRESHAM, OR 97030 | | Claim Number: 7109<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,083.00 | Scheduled: | $3,101.92  CONT |

| HYDE, NORMAN<br>1032 CALCUTTA ST.<br>HURST, TX 76053 | | Claim Number: 7110<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $91,512.00 | | |

| PAN, HUIFANG<br>22214 OVERVIEW LANE<br>BOYDS, MD 20841 | | Claim Number: 7111<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $779.99 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VALINIA, AZITA & MACNEICE, PETER J.
9621 PINKNEY CT.
POTOMAC, MD 20854

Claim Number: 7112
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $986.92 |
|---|---|---|

---

NEFF, JULIE E.
14101 SNICKERSVILLE DR
GAINESVILLE, VA 201554462

Claim Number: 7113
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

THOMSON, LINDA M., TTE
LINDA M THOMSON TRUST
DTD 9-30-93
1912 HICKORY ST
ST. LOUIS, MO 63104

Claim Number: 7114
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BILINSKI, ANDREW
1291 TWEED CT
VIENNA, VA 22182

Claim Number: 7115
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,018.95 |
|---|---|---|

---

BUMGARNER, JAMES RICHARD
SEP IRA 5116-3636 CHARLES SCHWAB & CO
1715 ABBEY OAK DRIVE
VIENNA, VA 22182

Claim Number: 7116
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,991.90 |
|---|---|---|

---

BUMGARNER, JAMES RICHARD
SEP IRA 5116-3636 CHARLES SCHWAB & CO
1715 ABBEY OAK DRIVE
VIENNA, VA 22182

Claim Number: 7117
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,357.18 |
|---|---|---|

---

MARATHON SPECIAL OPPORTUNITY MASTER FUND
1 BRYANT PARK # 38
NEW YORK, NY 100366715

Claim Number: 7118
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10257 (11/18/2011)

| UNSECURED | Claimed: | $125,000,000.00 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| E M HENDERSON LIVING TRUST<br>638 PALM DR<br>WINTER GARDEN, FL 34787-2367 | | Claim Number: 7119<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $55,397.70 |
| JOHNSON, JOSEPH H.<br>USAA FED SVGS BNK C/F SDIRA R/O<br>4608 RIVER CLOSE BLVD<br>VALRICO, FL 33594 | | Claim Number: 7120<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $22,241.95 |
| SCHLACKMAN, JOAN<br>8796 VIA TUSCANY DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 7121<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,548.05 |
| SCHLACKMAN, MARVYN<br>8796 VIA TUSCANY DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 7122<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,256.12 |
| E M HENDERSON LIVING TRUST<br>E M HENDERSON, TRUSTEE<br>UAD 3/13/07<br>P O BOX 770344<br>WINTER GARDEN, FL 34777-0344 | | Claim Number: 7123<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,916.84 |
| KRUMANOCKER, JOHN<br>5 FAIRLAWN LANE<br>TROY, NY 12180 | | Claim Number: 7124<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,546.00 |
| KNOTT, MARION<br>14 GROVE ST.<br>BOONTON, NJ 07005 | | Claim Number: 7125<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,555.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LIU, SHIJI
2015 SPRINGWOOD DRIVE
CONWAY, AR 72034

Claim Number: 7126
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,209.59 |

---

LIU, ERIC S. & CEN, JENNY Y.
2015 SPRINGWOOD DRIVE
CONWAY, AR 72034

Claim Number: 7127
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,075.50 |

---

KELLY, ROBERT M.
1 BRONSON AVENUE
SCARSDALE, NY 10583

Claim Number: 7128
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,650.00 |

---

RAMOS, JAMES
4 PINE CIRCLE DRIVE
OCALA, FL 34472

Claim Number: 7129
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $9,800.00 |

---

SUMETSKY, OLGA
4165 EMPIRE LANE
PLYMOUTH, MN 55446

Claim Number: 7130
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $48,055.00 |

---

WAGNER, ROBERT E.
IRA
TD AMERITRADE CLEARING HOUSE
730 FIFTH STREET
MARIETTA, OH 45750-1728

Claim Number: 7131
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,379.95 |

---

WARRICK, STEPHEN G. R/O IRA
5520 NARROWS RD
LONSDALE, AR 72087-9460

Claim Number: 7132
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,465.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MATTHEWS, NAN E. AND KENNETH ROBERT<br>1516 CIRCLEDALE RD.<br>NORTH LITTLE ROCK, AR 72116 | Claim Number: 7133<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

---

| STONE, JOHN<br>307 W AVE I<br>NOLANVILLE, TX 76559 | Claim Number: 7134<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,905.00 |
|---|---|---|

---

| GRASSO, DOMENIC & NANCY L. JT WROS<br>5172 MEDORAS AVENUE<br>ST AUGUSTINE, FL 32080-7174 | Claim Number: 7135<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,051.50 |
|---|---|---|

---

| SMITH, CINDY L.<br>6860 SAN MARINO DR. APT 404<br>NAPLES, FL 34108-7540 | Claim Number: 7136<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| FENNER, RAYMOND<br>1334 GARY BLVD<br>BRUNSWICK, OH 44212-2914 | Claim Number: 7137<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $15,643.00 |
|---|---|---|

---

| ANGELICH, CHRISTIAN D<br>1229 W. BULLARD AVE #124<br>FRESNO, CA 93711 | Claim Number: 7138<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $17,993.14 |
|---|---|---|

---

| WEYER, MASON & DIANE MARIE JT WROS<br>14309 ARBOR BLVD<br>BECKER, MN 55308 | Claim Number: 7139<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,914.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HAMILTON, JAMES A.<br>3823 S. HAMPTON RD.<br>PHILPOT, KY 42366 | | Claim Number: 7140<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,212.00 | | | |
| BRADLEY, ZACHARY<br>1460 ITAWAMBA TRAIL<br>LONDON, OH 43140 | | Claim Number: 7141<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $1,029.78 | Scheduled: | $1,029.78 | CONT |
| TORODOR, WILLIAM<br>2311 RHODE IS SO<br>MINNEAPOLIS, MN 55426 | | Claim Number: 7142<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,287.26 | | | |
| YANG, KUN<br>1166 SPRIG WAY<br>GILROY, CA 950208113 | | Claim Number: 7143<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $519.95 | | | |
| LYNCH, MARY A.<br>3445 VICARI AVE<br>TOMS RIVER, NJ 08755 | | Claim Number: 7144<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $3,170.00 | | | |
| BRAUNSTEIN, JOSEPH<br>7144 FRANCISCO BEND DR<br>DELRAY BEACH, FL 33446-5610 | | Claim Number: 7145<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $156,432.00 | | | |
| DIXON, SHIRLEY ANN<br>RT. 1 BOX 1782<br>PATTON, MO 63662-9716 | | Claim Number: 7146<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,500.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DREUS, FRANCINE J. | Claim Number: 7147 |
| 1411 CALE SAN SEBASTIAN | Claim Date: 01/07/2008 |
| SAN JACINTO, CA 92583 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

| BEE, ROBERT M. & MARGOT JT TEN | Claim Number: 7148 |
| 3819 LOG CABIN RD | Claim Date: 01/07/2008 |
| CLINTON, WA 98236-9333 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $15,146.62 |
| --- | --- | --- |

---

| HUNTER, THOMAS W. | Claim Number: 7149 |
| FCC AS CUSTODIAN | Claim Date: 01/07/2008 |
| 5701 6TH AVE SOUTH | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| SUITE # 105 | Comments: EXPUNGED |
| SEATTLE, WA 98108 | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $5,880.48 |
| --- | --- | --- |

---

| RIDDER, ROBERT C. IRA | Claim Number: 7150 |
| 5809 S ROXBURY ST | Claim Date: 01/07/2008 |
| SEATTLE, WA 98118-5853 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $16,746.59 |
| --- | --- | --- |

---

| JOHNSON, R. THOMAS | Claim Number: 7151 |
| 538 HARVARD ST | Claim Date: 01/07/2008 |
| ROCHESTER, NY 14607 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

| GREATER GATEWAY ASSOCIATION OF REALTORS | Claim Number: 7152 |
| ATTN ALBERT M SUGUITAN, PRES. & COO | Claim Date: 01/07/2008 |
| #10 GINGER CREEK PARKWAY | Debtor: AMERICAN HOME MORTGAGE CORP |
| GLEN CARBON, IL 62034 | Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $100.00 |
| --- | --- | --- |

---

| HICKS, RANDAL | Claim Number: 7153 |
| CMR 415 BOX 3485 | Claim Date: 01/07/2008 |
| APO, AE 09114-0035 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $1,500.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $1,500.00 |
| TOTAL | Claimed: | $1,500.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CONNER, MARY M.<br>5 JACQUE TERRACE<br>WHIPPANY, NJ 07981 | Claim Number: 7154<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,745.95 |
|---|---|---|

| JOAN MARIE COOPER TRUST<br>C/O JOAN MARIE COOPER, TRUSTEE<br>8240 WEST SAINT JOSEPH HWY.<br>LANSING, MI 48917 | Claim Number: 7155<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $18,437.38 |
|---|---|---|

| SABIN, CAROL S.<br>2902 GRAND AVE<br>NIAGARA FALLS, NY 14301 | Claim Number: 7156<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,206.38 |
|---|---|---|

| BECKER, ROBERT A.<br>175 MOUNT VERNON STREET<br>RIDGEFIELD PARK, NJ 07660 | Claim Number: 7157<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,296.98 |
|---|---|---|

| HUMPHREY, RONDA C<br>1604 HOWARD PLACE<br>BALDWIN, NY 11510 | Claim Number: 7158<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $4,615.39  CONT |
|---|---|---|---|---|

| PUTNAM, WALTER C. JR.<br>CGM IRA CUSTODIAN<br>5111 QUAIL LANE<br>COLUMBIA, SC 29206-4628 | Claim Number: 7159<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $8,063.25 |
|---|---|---|
| UNSECURED | Claimed: | $8,063.25 |
| TOTAL | Claimed: | $8,063.25 |

| SCHUMACHER FAMILY TRRUST<br>UA 4-19-94<br>CAROL & DONAVON SCHUMAHER TR<br>22582 LAKE FOREST LANE<br>LAKE FOREST, CA 92630 | Claim Number: 7160<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $7,532.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SO CAL APPRAISAL SERVICES<br>KENNETH H. HACKWORTH, OWNER<br>PO BOX 419<br>ETIWANDA, CA 91739-0419 | | Claim Number: 7161<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,725.00 |
| FOGLE, LEO H.<br>4762 SALEM CIRCLE<br>BANNING, CA 92220-5257 | | Claim Number: 7162<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GREENAWALT APPRAISAL & CONSULT<br>ATTN CYRIL L. GREENAWALT<br>1941 LAKE WATCORN BLVD<br>BELLINGHAM, WA 98229 | | Claim Number: 7163<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,755.00 |
| STEIN, PAUL LAWRENCE<br>6616 FERNSHAW DR.<br>DALLAS, TX 75248 | | Claim Number: 7164<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $31,340.00 |
| NOVALLO, RICHARD J. MARY K. - TST<br>3024 PORT AUSTIN RD<br>FORT AUSTIN, MI 484679727 | | Claim Number: 7165<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,950.00 |
| OKONCITY INC.<br>ATTN CHUKWUDERA OKOLI<br>P.O. BOX 301453<br>JAMAICA PLAIN, MA 02130 | | Claim Number: 7166<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOSSA, ALDO J.<br>3399 MORAGA BLVD.<br>LAFAYETTE, CA 94549 | | Claim Number: 7167<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,330.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HOFMEISTER, ROBERT M. & TERESA R.<br>412 N. HARVEY RD<br>GREENWOOD, IN 46143 | | Claim Number: 7168<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,491.99 |
| DONOGHUE, DENNIS J.<br>2750 N. LAKE HARBOR LN<br>BOISE, ID 83703 | | Claim Number: 7169<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,333.45 |
| DONOGHUE, DENNIS J.<br>2750 N. LAKE HARBOR LN<br>BOISE, ID 83703 | | Claim Number: 7170<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,262.95 |
| CORRIGAN, NORBERT J. & SANDRA L.<br>2482 OVERLOOK WAY<br>ATLANTA, GA 30345 | | Claim Number: 7171<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,734.51 |
| KUSSEROW, ANNEGRET<br>3479 S. WAKEFIELD ST<br>ARLINGTON, VA 22206 | | Claim Number: 7172<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,235.95 |
| LONGSHORE, BUCK & LONGSHORE, P.C.<br>ATTN W. L. LONGSHORE, III<br>NORTH LONGSHORE BUILDING<br>2009 SECOND AVENUE<br>BIRMINGHAM, AL 35203 | | Claim Number: 7173<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,460.71 |
| GORDON, PETER<br>10824 N. RIDGEWIND CT.<br>ORO VALLEY, AZ 85737 | | Claim Number: 7174<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,881.73 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| WISHFUL INVESTORS<br>C/O JON BRAUCH<br>1566 N. WARSON<br>ST. LOUIS, MO 63132 | | Claim Number: 7175<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $843.50 |
| FOSTER, LOIS CELESTE<br>2022 WINDSOR COURT # 2<br>SCHERERVILLE, IN 46375-6603 | | Claim Number: 7176<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,942.17 |
| APPELHANS, MARILYN<br>540 BALLWOOD DR.<br>BALLWIN, MO 63021 | | Claim Number: 7177<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| REED, EUGENE C.<br>1053 SPRING MEADOW DR<br>QUAKERTOWN, PA 18951 | | Claim Number: 7178<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,270.00 |
| SMITH, JERRY<br>6321 JUNIPER WAY<br>KLAMATH FALLS, OR 97603 | | Claim Number: 7179<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $13,232.00 |
| FISHER, COURTNEY A.<br>F/K/A COURTNEY CARTEAUX<br>411 E. SUPERIOR ST<br>WAUSEON, OH 43567 | | Claim Number: 7180<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $740.38 |
| VANDERBEC, ROBERT W.<br>204 GENUNG RD<br>ITHACA, NY 14850 | | Claim Number: 7181<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $30,000.00 |
| UNSECURED | Claimed: | $30,000.00 |
| TOTAL | Claimed: | $30,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RPM002 MUIR ORTHOPEDIC SPECIALISTS
401(K) PROFIT SHARING DTD 03/01/01
FBO JEROME C. BERNHOFT
2517 ROUNDHILL DRIVE
ALAMO, CA 94507-2220

Claim Number: 7182
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $5,000.00 |

---

FRANKLIN, CHRISTOPHER M
4164 E. GREENWAY CIRCLE
MESA, AZ 85205

Claim Number: 7183
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $17,470.00 |
| UNSECURED | | $17,470.00 |
| TOTAL | | $17,470.00 |

---

MICHAUD, DAVID P.
1795 UPPER CHELSEA RCH
VIRGINIA BEACH, VA 23454

Claim Number: 7184
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10143 (08/26/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | |
| UNSECURED | | $43,452.00 | | $27,303.83  CONT |

---

BERENSON, PAUL J. & SUSAN M. JT WROS
36 MADISON LN. S.
NEWPORT NEWS, VA 23606

Claim Number: 7185
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $24,305.26 |

---

NASH, ROGER
5734 N. DRAKE
CHICAGO, IL 60659

Claim Number: 7186
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $37,348.12 |

---

PARMET, LOIS K.
UTA CHARLES SCHWAB & CO INC
IRA CONTRIBUTORY DTD 09/20/97
2 LYNWOOD RD
SCARSDALE, NY 10583

Claim Number: 7187
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $17,684.96 |

---

DEPPE, MARGARET AND EDWARD LOVY
P.O. BOX 32914
PHOENIX, AZ 85064

Claim Number: 7188
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $13,239.61 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| HARRISBURG CITY/COUNTY BILL<br>DAUPHIN COUNTY COURTHOUSE<br>RM 105, FRONT & MARKET STR.<br>HARRISBURG, PA 17101 | Claim Number: 7189<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
|---|---|
| SECURED          Claimed: | $415.01 |

| BILINSKI, MARY<br>1291 TWEED CT<br>VIENNA, VA 22182 | Claim Number: 7190<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,759.95 |

| ROLOFF, KENENTH L. & BERNICE I.<br>9801 N RIDGE SHADOW PL<br>TUCSON, AZ 857048270 | Claim Number: 7191<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,417.00 |

| BELKIN, ALAN TTEE<br>ALAN & KAREN BELKIN TRUST DTD 3/05/1999<br>1754 ORCHARD WOOD RD.<br>ENCINITAS, CA 92024 | Claim Number: 7192<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,126.81 |

| SHAFER, MARY M. TTEE<br>FBO MARY M. SHAFER REV LIV TRUST<br>11536 CONWAY RD<br>ST LOUIS, MO 63131-2407 | Claim Number: 7193<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $8,967.52 |

| SULLYFIELD MTC LLC, W&F MTC LLC & MTC<br>TIC LLC - SUCCESSOR TO WRIT L.P.<br>JEFFREY S. ROMANICK - GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030 | Claim Number: 7194<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5446 (08/15/2008) |
|---|---|
| ADMINISTRATIVE          Claimed: | $9,034.74 |

| A-COLONIAL 300/500 OWNER LLC<br>C/O WILES & WILES<br>ATTN LEE NELSON, VICE PRESIDENT<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA, GA 30060-7946 | Claim Number: 7195<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED          Claimed: | $36,750.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JOHNSON, JOSEPH H. | Claim Number: 7196 |
| USAA FED SVGS BNK C/F SDIRA R/O | Claim Date: 01/07/2008 |
| 4608 RIVER CLOSE BLVD | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| VALRICO, FL 33594 | Comments: EXPUNGED |
| | DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $22,241.95 |

---

| BREHENY, HARRY THOMAS & JOAN MARY | Claim Number: 7197 |
| JT TEN | Claim Date: 01/07/2008 |
| 11 HILDRETH PL | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| YONKERS, NY 10704-3009 | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $0.00   UNDET |

---

| DESANTIS, BARBARA | Claim Number: 7198 |
| 1498 N. 500 E | Claim Date: 01/07/2008 |
| CENTERVILLE, UT 84014 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $1,110.00 |
| UNSECURED | Claimed: | $1,110.00 |
| TOTAL | Claimed: | $1,110.00 |

---

| GRAINGER, JACK | Claim Number: 7199 |
| 1498 N. 500 E. | Claim Date: 01/07/2008 |
| CENTERVILLE, UT 84014 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $1,100.00 |
| UNSECURED | Claimed: | $1,100.00 |
| TOTAL | Claimed: | $1,100.00 |

---

| SCOTT, GILBERT T. | Claim Number: 7200 |
| SEPARATE ACCT - B. OF AMERICA | Claim Date: 01/07/2008 |
| 2213 EASTWOOD DRIVE | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| RICHARDSON, TX 75080 | Comments: EXPUNGED |
| | DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $19,009.78 |

---

| SCOTT, GILBERT T. | Claim Number: 7201 |
| SEPARATE ACCT - B. OF AMERICA | Claim Date: 01/07/2008 |
| 2213 EASTWOOD DRIVE | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| RICHARDSON, TX 75080 | Comments: EXPUNGED |
| | DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $28,572.22 |

---

| SCHLACKMAN, JOAN | Claim Number: 7202 |
| 8796 VIA TUSCANY DR. | Claim Date: 01/07/2008 |
| BOYNTON BEACH, FL 33472 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,284.38 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

DAKOTA R FEARS TRUST
UA 01 01 99
ANTHONY G TUMMINELLO TRUSTEE
10349 WATSON RD
ST. LOUIS, MO 63127-1105

Claim Number: 7203
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,009.85 |
|-----------|----------|------------|

COATNEY, CHERYL D.
4600 RAVENWOOD AVE
SACRAMENTO, CA 95821

Claim Number: 7204
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,436.90 |
|-----------|----------|-----------|

HENDERSON, EULA F. & EVERY G.
5361 FORZLEY ST
ORLANDO, FL 32812

Claim Number: 7205
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,054.37 |
|-----------|----------|-----------|

HUNDER, ECKHARD & GISSELLE
HUNDER FAMILY LIVING TRUST
UA DTD APRIL 29, 2004
616 E. CORTE CASTANO
CAMARILLO, CA 93010

Claim Number: 7206
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,670.00 |
|-----------|----------|------------|

LOWE, LORA
4483 ANTIGUA WAY
OXNARD, CA 93035

Claim Number: 7207
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,148.00 |
|-----------|----------|------------|

KITTRELL, KARL
28724 SANDHURST WAY
ESCONDIDO, CA 92026

Claim Number: 7208
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

KITTRELL, KARL
28724 SANDHURST WAY
ESCONDIDO, CA 92026

Claim Number: 7209
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SOMERVILLE, CATHERINE<br>19 ERICSSON RD<br>CABIN JOHN, MD 20818 | Claim Number: 7210<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $520.00 | | |
|---|---|---|---|---|

| MORSE, LYLE<br>A G EDWARDS & SONS C/F<br>IRA ACCOUNT<br>2108 74TH STREET<br>DES MOINES, IA 50322-5706 | Claim Number: 7211<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,170.85 | | |
|---|---|---|---|---|

| TAYLOR, J. STANLEY<br>4507 BRYN MAWR LN<br>HOUSTON, TX 77027 | Claim Number: 7212<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,154.70 | | |
|---|---|---|---|---|

| NEWMAN, CHARLES L. & DELLA S.<br>JT WROS<br>10808 GOLDEN MAPLE PL.<br>LOUISVILLE, KY 40223-5525 | Claim Number: 7213<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| NEWMAN, CHARLES L. & DELLA S.<br>JT WROS<br>10808 GOLDEN MAPLE PL.<br>LOUISVILLE, KY 40223-5525 | Claim Number: 7214<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| SHEARER, LYLE<br>4441 CLIPPER DR<br>DISCOVERY BAY, CA 94505 | Claim Number: 7215<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $225,123.64 | Scheduled: | $223,850.34  CONT |
|---|---|---|---|---|

| JOHNSON, ALISA<br>11614 TRAILS NORTH DR<br>FORT WAYNE, IN 46845-1319 | Claim Number: 7216<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $807.84 | Scheduled: | $807.84  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TURPEN, PATRICIA A.<br>33891 SE EVERETT WAY<br>SCAPPOOSE, OR 97056 | | Claim Number: 7217<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,445.00 |
| CAWTHORNE, HUGH<br>8158 ANDORRA LN<br>SANDY, UT 84093 | | Claim Number: 7218<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,000.00 |
| PAPSO, FRANCIS J.<br>422 VALLEYBROOK DRIVE<br>LANCASTER, PA 17601 | | Claim Number: 7219<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,512.08 |
| WANG, XUAN<br>17-8-603 HENG SHAN ROAD<br>SHANGHAI, 200031<br>CHINA | | Claim Number: 7220<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,765.80 |
| KILE, ALMA R.<br>549 BURTON COURT<br>CARLSBAD, CA 92011 | | Claim Number: 7221<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $26,010.99 |
| COOKE, QUINTON EDWIN JR.<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>4002 CHAPRA DR.<br>WILMINGTON, NC 28412 | | Claim Number: 7222<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,109.95 |
| GUSTAFSON, WILLIAM R.<br>37 NORTHWOODS ROAD<br>OCEAN, NJ 07712 | | Claim Number: 7223<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,657.91 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GEISER, JOHN H.<br>1863 BARBEE LANE<br>WALL, NJ 07719 | | Claim Number: 7224<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| GEISER, NANCY B.<br>1863 BARBEE LANE<br>WALL, NJ 07719 | | Claim Number: 7225<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,636.65 |
| BOISE PHILHARMONIC ASSOC<br>ATTN GORDON SWENSON, ACCOUNTANT<br>516 S 9TH ST<br>BOISE, ID 83702 | | Claim Number: 7226<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| HAGGERTY, DAVID<br>P.O. BOX 39953<br>LOS ANGELES, CA 90039 | | Claim Number: 7227<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,199.50 |
| DSHONG, ROBERT J. & PATRICIA A.<br>135 WEST VILLAGE WAY<br>JUPITER, FL 33458 | | Claim Number: 7228<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $115,667.00 |
| TORNETTA, LINDA S.<br>460 N. ARMANDO<br># I-46<br>ANAHEIM, CA 92806 | | Claim Number: 7229<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $750.00 |
| KADTKE, CHRISTINE M & NOLAN, ANNEMARIE V JTWROS<br>148 MORTON BLVD<br>PLAINVIEW, NY 11803-5617 | | Claim Number: 7230<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $496.10 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| BINNS, RICHARD FBO<br>CGM ROTH IRA CUSTODIAN<br>1506 IROQUOIS CT<br>HAVRE DE GRACE, MD 21078 | | Claim Number: 7231<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,805.70 | | | |
| BINNS, RICHARD<br>1506 IROQUOIS CT<br>HAVRE DE GRACE, MD 21078 | | Claim Number: 7232<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,228.06 | | | |
| WADEL, GLENN<br>30 DEERPATH LANE<br>GLENMOORE, PA 19343 | | Claim Number: 7233<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $437.00 | | | |
| MARTINO, EVE M<br>2374 MERMAID AVE<br>WANTAGH, NY 11793 | | Claim Number: 7234<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 | CONT |
| BRUMBERGER, EVA R.<br>275 MORNING STAR LANE<br>CHRISTIANSBURG, VA 24073 | | Claim Number: 7235<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,996.75 | | | |
| GREEN, RONALD H. & VICTORIA A. JTC<br>141 SPRING DRIVE<br>NEWPORT, VA 24128 | | Claim Number: 7236<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10,687.00 | | | |
| WRIGHT, ANNIE FRED & PATRICIA S.<br>JT TEN TOD<br>1313 CRESTVIEW DRIVE<br>BLACKSBURG, VA 24060 | | Claim Number: 7237<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $6,169.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ROLAND, ROBERT J. & ROBIN A.<br>259 STACY WEAVER DRIVE<br>FAYETTEVILLE, NC 28311-0849 | Claim Number: 7238<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $1,095.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,095.00 |
| TOTAL | Claimed: | $1,095.00 |

| FOLEY, JAMES D.<br>158 ELTON RD<br>STEWART MANOR, NY 11530-5006 | Claim Number: 7239<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,110.00 |
|---|---|---|

| DOLORES COUNTY<br>ATTN JAMIE STIASNY<br>PO BOX 421<br>DOVE CREEK, CO 81324 | Claim Number: 7240<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $373.82 |
|---|---|---|

| NEFF, LAWRENCE T.<br>3060 MAYAPPLE DR<br>HUDSON, OH 44236 | Claim Number: 7241<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FAUBION, LINDA S.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | Claim Number: 7242<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $40,221.94 |
|---|---|---|

| FAUBION, THOMAS W.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | Claim Number: 7243<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $30,823.95 |
|---|---|---|

| ROSENKRANS, BARRY<br>39 WARNER RD<br>BINGHAMTON, NY 13901 | Claim Number: 7244<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $1,062.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ORANGEBURG COUNTY<br>P. O BOX 9000<br>ORANGEBURG, SC 29116 | | Claim Number: 7245<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $935.33 |
| DAVIS, BARBARA<br>1332 CREENWAY PARK DRIVE<br>CARROLLTON, TX 75007 | | Claim Number: 7246<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,622.68 |
| CAPUANO, LOUIS<br>2374 MERMAIND AVENUE<br>WANTAGH, NY 11793 | | Claim Number: 7247<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,285.10 |
| CERNY, DEAN R. & JAMES N., TTEES<br>BY ROBERT CERNY TRUST<br>1020 BLISS ROAD<br>SUGAR GROVE, IL 60554 | | Claim Number: 7248<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LASSEIGNE, PRISCILLA<br>129 SANDY SHOAL LOOP<br>FAIRHOPE, AL 36532-3395 | | Claim Number: 7249<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $40,759.90 |
| LASSEIGNE, RUSSELL E. & PRISCILLA U.<br>JT TEN<br>1322 CROSSFIELD DR.<br>KATY, TX 77450 | | Claim Number: 7250<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,292.00 |
| LASSEIGNE, RUSSELL EARL JR.<br>129 SANDY SHOAL LOOP<br>FAIRHOPE, AL 36532-3395 | | Claim Number: 7251<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,059.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LASSEIGNE, RUSSELL EARL JR & PRISCILLA U
JT TEN
1322 CROSSFIELD DR.
KATY, TX 77450

Claim Number: 7252
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,269.90 |

---

H & Q ASSOCIATES
FBO RENDONG HUANG
5408 ROLLING HLS
TEXARKANA, TX 75503-6094

Claim Number: 7253
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,360.00 |

---

FREEDMAN, MILDRED E.
7473 GLENDEVON LANE #404
DELRAY BEACH, FL 33446

Claim Number: 7254
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,650.00 |

---

TSENG, CHEO-SEN
4494 BRADFORD RD
COLUMBUS, OH 43220-3846

Claim Number: 7255
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,931.00 |
| UNSECURED | Claimed: | $15,931.00 |
| TOTAL | Claimed: | $15,931.00 |

---

JOHNSON, WALTER E. & SUSAN K. JT TENWROS
34 ELI WHITNEY ST
WESTBOROUGH, MA 01581-3518

Claim Number: 7256
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,026.83 |

---

RYAN, IONE M.
1020 E IRVING AVE
OSHKOSH, WI 54901

Claim Number: 7257
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,994.70 |

---

DAVIS, WAYNE ROBERT
PO BOX 236
FAIRVIEW, NC 28730-0236

Claim Number: 7258
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,432.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LODWICK, CATHERINE A
15603 N 52ND ST
SCOTTSDALE, AZ 85254-1704

Claim Number: 7259
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $10,751.00 |
|-----------|----------|------------|

BURKHART, CYNTHIA
917 E KNIGHT LANE
TEMPE, AZ 85284

Claim Number: 7260
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $333.95 |
|-----------|----------|---------|

WILDAY, SANDRA F.
4581 SUMAC LANE
LITTLETON, CO 80123

Claim Number: 7261
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $78,772.15 |
|-----------|----------|------------|

DESMONTS, ERIC
228 W GLEN AVE
RIDGEWOOD, NJ 07450

Claim Number: 7262
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,940.43 |
|-----------|----------|-----------|

PERKO, MARGARET
425 APPLETREE ROAD
CAMP HILL, PA 17011

Claim Number: 7263
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,500.00 |
|-----------|----------|-----------|

GAMMIE, ROBERT
7634 N BANK RD
ROSEBURG, OR 974708494

Claim Number: 7264
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,200.00 |
|-----------|----------|-----------|

WILDAY, SANDRA F., CUST. FOR
KEVIN C. WILDAY UTMA-CO
4581 SUMAC LANE
LITTLETON, CO 80123

Claim Number: 7265
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $28,019.41 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LODWICK, CATHERINE A
15603 N 52ND ST
SCOTTSDALE, AZ 85254-1704

Claim Number: 7266
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,751.00 |
|---|---|---|

---

WHERRY, KEN A.
102 8TH LANE
KIRKLAND, WA 98033

Claim Number: 7267
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $32,138.34 |
|---|---|---|

---

SANDERS, LEW
1525 BOOKBINDER DR
SAINT LOUIS, MO 63146

Claim Number: 7268
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

---

GANER, MARY
2274 CRESTROYAL
SAINT LOUIS, MO 63131-1916

Claim Number: 7269
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

OWENS, RICHARD & SHARON
107 BAXTER ACRES
ST LOUIS, MO 63011

Claim Number: 7270
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

BLANK, BRUCE & TSILA
57 COLONY DR
HOLBROOK, NY 11741

Claim Number: 7271
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $2,279.95 |
|---|---|---|

---

KINES, LINDA B.
12350 POLE RUN ROAD
DISPUTANTA, VA 23842

Claim Number: 7272
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,226.34 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POLK COUNTY TAX OFFICE
ATTN SUSAN DIRKS, CHIEF TAX CLERK
850 MAIN STREET
DALLAS, OR 97338

Claim Number: 7273
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $888.07 | | |

---

HAUSMANN, ROBERT
332 JULE DRIVE
CHESAPEAKE, VA 23322

Claim Number: 7274
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,757.85 CONT |
| UNSECURED | Claimed: | $142,396.75 | Scheduled: | $146,015.53 CONT |

---

TRUJILLO, ELIZABETH
951 ROSE AVE
DES PLAINES, IL 60016

Claim Number: 7275
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $538.24 | Scheduled: | $538.24 CONT |

---

MAY, GREGORY W.
221 LAKEWOOD DR
CROSSVILLE, TN 38558

Claim Number: 7276
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,585.00 |

---

NEIER, MAJORIE
1205 LINCOLN
HOBART, IN 46342-6041

Claim Number: 7277
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,258.26 |

---

GORMAN, PATRICIA A.
8805 JANE WAY
UNIT #4
MUNSTER, IN 46321-2343

Claim Number: 7278
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,332.80 |

---

JANSEN, JACQUELINE
206 ERNEST
GRIFFITH, IN 46319-2629

Claim Number: 7279
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,674.11 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KRUSE, JEAN M.<br>1243 170TH AVE<br>DONNELLSON, IA 52625-9306 | | Claim Number: 7280<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,103.93 |
| EVERSULL, ROBERT E. & LOUISE A.<br>37 SNOWFLAKE LN<br>ELIZABETHTOWN, KY 42701-8363 | | Claim Number: 7281<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,480.86 |
| PAULSON, PEGGY Y.<br>651 SADDLEWOOD DR<br>LAWRENCEVILLE, GA 30043-3153 | | Claim Number: 7282<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,843.95 |
| PAULSON, PEGGY Y.<br>651 SADDLEWOOD DR<br>LAWRENCEVILLE, GA 30043-3153 | | Claim Number: 7283<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,938.78 |
| WALKER, JAMES E. & ANNA M.<br>801 BEAUREGARD<br>SUMMERVILLE, SC 29483-1912 | | Claim Number: 7284<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,075.42 |
| CRIST, GINA M.<br>118 RISING RIDGE RD<br>RIDGEFIELD, CT 06877-5821 | | Claim Number: 7285<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,519.90 |
| HOLEMAN, CLAUDE A.<br>9410 W 135TH PLACE<br>CEDAR LAKE, IN 46303 | | Claim Number: 7286<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,105.50 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MORGAN, GLENDA A.<br>6396 VERMONT ST.<br>MERRILLVILLE, IN 46410-2748 | Claim Number: 7287<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED       Claimed: | $14,354.33 | |
| ZAGAR, CAROL E. C/F ALICE D.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | Claim Number: 7288<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED       Claimed: | $4,974.14 | |
| ZAGAR, CAROL E., C/F WILLIAM R.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | Claim Number: 7289<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED       Claimed: | $4,977.12 | |
| ZAGAR, CAROL E.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | Claim Number: 7290<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED       Claimed: | $4,978.62 | |
| GORMAN, TIMOTHY C. SR.<br>3773 MAITLAND<br>HOBART, IN 46342-1618 | Claim Number: 7291<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| PRIORITY       Claimed: | $6,618.29 | |
| GILL, RONALD B.<br>655 SHEFFIELD<br>VALPARAISO, IN 46385-6234 | Claim Number: 7292<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED       Claimed: | $17,888.66 | |
| KRUSE, LARRY W.<br>1243 170TH AVE<br>DONNELLSON, IA 52625-9306 | Claim Number: 7293<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED       Claimed: | $46,171.06 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| METALONIS, ANTHONY R<br>714 PENNOCK CIRCLE<br>CROWN POINT, IN 46307-9156 | | Claim Number: 7294<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,319.14 |
| METALONIS, PATRICIA L.<br>714 PENNOCK CIRCLE<br>CROWN POINT, IN 46307-9156 | | Claim Number: 7295<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,033.00 |
| DAHLEM, GLENN G.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 7296<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,986.15 |
| DAHLEM, GLENN G.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 7297<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,110.00 |
| PANELLA, GEORGE T., IRA<br>25 BRIDLEWOOD RD<br>SOUTH WINDSOR, CT 06074 | | Claim Number: 7298<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,937.28 |
| JARMAKOWICZ, HELEN M.<br>328 N CLINE AVE<br>GRIFFITH, IN 46319-2145 | | Claim Number: 7299<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,382.23 |
| ELSNER, MARY<br>13 MEADOW LN<br>MERRILLVILLE, IN 46410-4773 | | Claim Number: 7300<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,046.03 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | | Claim Number: 7301<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,646.54 |
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | | Claim Number: 7302<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,427.00 |
| MCCULLOCH, MARIE J.<br>BOX 836<br>WHITNEY POINT, NY 13862-0836 | | Claim Number: 7303<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BERNICE HOEFNER VINT REVOCABLE TRUST<br>JOHN KNAPP SUCCESSOR TRUSTEE<br>1431 PRIEWOOD HILLS CT<br>SPRING HILL, FL 34606-4448 | | Claim Number: 7304<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LOYLE, DOLORES<br>3332 FLAGSHIP AVE<br>TAVARES, FL 327789220 | | Claim Number: 7305<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LJUBENKO, DUSAN J.<br>1529 STONEGATE ROAD<br>LA GRANGE PARK, IL 60526-1050 | | Claim Number: 7306<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,572.33 |
| HARMONY HOMES R.E.<br>3125 MCHENRY AVE STE F<br>MODESTO, CA 953501451 | | Claim Number: 7307<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $125.08 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HARMONY HOMES R.E.
3125 MCHENRY AVE STE F
MODESTO, CA 953501451

Claim Number: 7308
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $76.58 |
|---|---|---|

---

HARMONY HOMES R.E.
3125 MCHENRY AVE
STE F
MODESTO, CA 953501451

Claim Number: 7309
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $33.04 |
|---|---|---|

---

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

Claim Number: 7310
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $11.68 |
|---|---|---|

---

CAPAX INSURANCE
1150 NINTH ST.
SUITE 1400
MODESTO, CA 95354

Claim Number: 7311
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5169 (07/18/2008)

| UNSECURED | Claimed: | $242.86 | Scheduled: | $58.02 |
|---|---|---|---|---|

---

HEIDENREICH, RICHARD R & DARLENE JTWROS
641 CEDAR LANE
LADY LAKE, FL 32159-3215

Claim Number: 7312
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $82,759.96 |
|---|---|---|

---

HEIDENREICH, R & D TTEES
DARLEN HEIDENREICH REV TRUST
UAD 10/07/1994
641 CEDAR LANE
LADY LAKE, FL 32159-3215

Claim Number: 7313
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,356.99 |
|---|---|---|

---

RENHEIDENREICH, LIFEN - IRA ETRADE
62 TIFFANY RD
COVENTRY, RI 02816-4417

Claim Number: 7314
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,585.97 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MEATTE, JESS<br>131 KEYSTONE DRIVE<br>FENTON, MO 63026 | | Claim Number: 7315<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| PRIORITY | Claimed: | $7,000.00 |
| MOORE, FURST M. & WILMA L.<br>4686 CURTIS BLACK RD<br>HALLSVILLE, TX 75650 | | Claim Number: 7316<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| SECURED | Claimed: | $95,478.46 |
| KATZ, STUART<br>1 BROADWAY, STE 101<br>ELMWOOD PARK, NJ 07407 | | Claim Number: 7317<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,600.00 |
| DALLAS APPRAISAL GROUP, INC.<br>112 W CENTER, STE 700<br>FAYETTEVILLE, AR 72701 | | Claim Number: 7318<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $850.00 |
| WHEELER, MICHAEL JAMES<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 956613983 | | Claim Number: 7319<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $363,131.73 |
| TULLY, EUGENE & ELIZABETH A., TTEES<br>TULLY FAMILY TRUST U/A DATED 11/01/89<br>23 ROCKY RIDGE ROAD<br>DENNIS, MA 02638-2241 | | Claim Number: 7320<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $100,000.00 |
| LEITNER, JOYCE<br>425 SPENCER CREEK ROAD<br>KALAMA, WA 98626 | | Claim Number: 7321<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,958.09 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WALKER, HARRY K.<br>162 COUNTY RD 4161<br>TROUP, TX 75789-9721 | Claim Number: 7322<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| PANELLA, GEORGE T., ROTH IRA<br>25 BRIDLEWOOD RD<br>SOUTH WINDSOR, CT 06074 | Claim Number: 7323<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $642.49 |

---

| SPURRIER, DAVE<br>PO BOX 9185<br>LONGVIEW, TX 75608-9185 | Claim Number: 7324<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $8,077.23 |

---

| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | Claim Number: 7325<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|
| UNSECURED          Claimed: | $2,531.00 |

---

| CONRAD WEISER FAMILY ASSOCIATION<br>ATTN DOUGLAS J WEISER, TREASURER<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | Claim Number: 7326<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $12,070.72 |

---

| LAWNTON OAKLEIGH LIONS CLUB<br>ATTN DOUGLAS J WEISER, PRESIDENT<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | Claim Number: 7327<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,744.81 |

---

| WEISER, TIMOTHY V.<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | Claim Number: 7328<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $4,440.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WEISER, DOUGLAS J.
112 SOUTH 48 ST
HARRISBURG, PA 17111-3425

Claim Number: 7329
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,731.76 |

---

PALMER, REED
254 SWEET BAY PLACE
CARRBORO, NC 27510

Claim Number: 7330
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,500.00 |

---

ARMSTRONG, CYNTHIA A
520 ORCHID LIGHTS CT
GRIFFIN, GA 302237263

Claim Number: 7331
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

MOZART, JOHN J., JR., CUSTODIAN
EMILY E MOZART
UNIF TRANS TO MINORS ACT NJ
140 TUNES BROOK DR
BRICK, NJ 08723-6665

Claim Number: 7332
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $908.49 |

---

LARSEN, LINDA
16252 TREASURE COVE
BULLARD, TX 75757

Claim Number: 7333
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $7,767.51 | Scheduled: | $7,673.34 CONT |

---

LARSEN, LINDA
16252 TREASURE COVE
BULLARD, TX 75757

Claim Number: 7334
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,767.51 |

---

MARGENAU, KENT M & CARLA M LIVING TRUST
3-7-06
106 STEAMBOAT SPRINGS DRIVE
FENTON, MO 63026-5683

Claim Number: 7335
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,109.99 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LIU, LINLIN
4066 KIMBERLY DR
CANTON, MI 48188

Claim Number: 7336
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,312.50 |
|---|---|---|

---

SGROI, JOHN
212 SANDFORD ST
NEW BRUNSWICK, NJ 08901

Claim Number: 7337
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LEONARD, RUSSELL D. AND FLORA J.
5904 SCENIC DRIVE
YAKIMA, WA 98908

Claim Number: 7338
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,498.99 |
|---|---|---|

---

SECOR, WILBUR P & ESTELLA M
SECOR FAMILY TRUST
1009 HACIENDA DRIVE
EL CAJON, CA 92020

Claim Number: 7339
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,210.35 |
|---|---|---|

---

ARCHDEKIN, NANCY A. & JAMES R.
JT TEN/WROS
13903 GERTRUDE CIRCLE
OMAHA, NE 68138-6225

Claim Number: 7340
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,509.88 |
|---|---|---|

---

EITEL, DOUGLAS R.
RBC DAIN RAUSCHER
SHREWSBURY EXECUTIVE CENTER
1040 BROAD STREET
SHREWSBURY, NJ 07702

Claim Number: 7341
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,606.50 |
|---|---|---|

---

BRENNAN, JACQUELINE
8 HAMILTON PLACE
COHOES, NY 12047

Claim Number: 7342
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,612.87 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHUMACHER, DONAVON JOHN
SEP IRA
TD AMERITRADE CLEARING CUSTODIAN
22582 LAKE FOREST LANE
LAKE FOREST, CA 92630-3026

Claim Number: 7343
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,934.00 |

---

HOOTER, STEVE W.
2 PARK ST
BELVIDERE, NJ 78233030

Claim Number: 7344
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

RUSSELL, ALFRED JAMES
1309 BRISTERS HILL RD
WAUSAU, WI 54401

Claim Number: 7345
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |

---

ANDERSON, JOY A.
1313 BALFOUR DOWNS CIR
FUQUAY VARINA, NC 27526

Claim Number: 7346
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $432.60 |
| UNSECURED | Claimed: | $11,358.84 |

---

JOHNSON, BRANDON
219 W BROWN RD
MONTPELIER, OH 43543-2002

Claim Number: 7347
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $278.39 |

---

DAWKINS, ROBERT
12621 ALCOVY RD
COVINGTON, GA 30014

Claim Number: 7348
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

FARMER, DAVID R. & CARRIE L., JT WROS
3105 WATERWORKS RD
DANVILLE, KY 40422-9365

Claim Number: 7349
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

A AND H APPRAISALS INC
436 VILLAGE VIEW LN
LONGWOOD, FL 327792610

Claim Number: 7350
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,575.00 | | |

---

MILLER, AGGIE
711 PARK DR
GOODLETTSVILLE, TN 37072

Claim Number: 7351
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $360.00 | | |
| UNSECURED | Claimed: | $15,630.50 | | |

---

BUTLER, MICHAEL J. & JENNIFER B. QUICK
PO BOX 16786
SAVANNAH, GA 31416

Claim Number: 7352
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,649.53 | | |

---

BARRY ASSOC
ATTN BARRY KURT
1907 HWY 35
OAKHURST, NJ 07755

Claim Number: 7353
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

---

SAKAI, MASAMI RAY
14387 AUBURN CT
CHINO HILLS, CA 91709

Claim Number: 7354
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,957.15 | | |

---

KAZENAS, IRENE
180 SADDLEBROOK DR
OAK BROOK, IL 60523

Claim Number: 7355
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,042.39 | | |

---

WINGFIELD, HARVEY N., III
112 GOLDVIEW DRIVE
FREDERICKSBURG, VA 22407

Claim Number: 7356
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,540.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RIENSTRA, MICHAEL
69 CHESTER PL APT 1C
ENGLEWOOD, NJ 07631-3637

Claim Number: 7357
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

CANTU, CARLOS III
3703 HAINES ST, APT H
SAN DIEGO, CA 92109

Claim Number: 7358
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,329.00 |
| --- | --- | --- |

---

CURTIS, RALEIGH MANFRED
UTA CHARLES SCHWAB & CO
IRA CONTRIBUTORY
4839 37TH AVE NE
SEATTLE, WA 98105

Claim Number: 7359
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,516.95 |
| --- | --- | --- |

---

HERTEL, GEORGE
2701 JENNIFER DR
WEST PLAINS, MO 65775

Claim Number: 7360
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

NICHOLAS FEARS TRUST
UA 01 01 1999
ANTHONY G TUMMINELLO, TRUSTEE
10349 WATSON RD
SAINT LOUIS, MO 63127-1105

Claim Number: 7361
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,502.19 |
| --- | --- | --- |

---

MCERLEAN, JENNIFER
33 PARDAM KNOLL RD
MILLER PLACE, NY 11764

Claim Number: 7362
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,289.19 | Scheduled: | $1,289.19 CONT |
| --- | --- | --- | --- | --- |

---

ZIMMERMAN, THEODORE & REBECCA
66 ST CHARLES AVE
WEST CALDWELL, NJ 07006

Claim Number: 7363
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $45,053.45 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| COLLINS & ASSOC. R.E. APP. | Claim Number: 7364 |
| ATTN DONNA J. COLLINS | Claim Date: 01/07/2008 |
| 215 MARINA DR. | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| ST. SIMONS ISLAND, GA 31522 | |

| UNSECURED | Claimed: | $225.00 |

---

| SEGALL, ERIC | Claim Number: 7365 |
| 1985 ROLLING VISTA DR UNIT 52 | Claim Date: 01/07/2008 |
| LOMITA, CA 90717 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: ALLOWED |
| | DOCKET: 8976 (07/01/2010) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,557.69 CONT |
| UNSECURED | Claimed: | $38,857.69 | | |

---

| PORTLAND GENDERAL ELECTRIC (PGE) | Claim Number: 7366 |
| ATTN NANCY CLARK, CREDIT REP | Claim Date: 01/07/2008 |
| 7895 SW MOHAWK ST | Debtor: AMERICAN HOME MORTGAGE CORP |
| TUALATIN, OR 97062 | Comments: EXPUNGED |
| | DOCKET: 7584 (06/30/2009) |

| PRIORITY | Claimed: | $451.07 | | |
| UNSECURED | | | Scheduled: | $140.59 |

---

| SAUNDERS, LARRY L & BETTY D. SAUNDERS TR | Claim Number: 7367 |
| U/A/D 04/17/1998 | Claim Date: 01/07/2008 |
| FBO LARRY L SAUNDERS & BETTY D. SAUNDERS | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 12242 TAVARES RIDGE CIRCLE | Comments: EXPUNGED |
| TAVARES, FL 32778-4474 | DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $38,235.00 |

---

| BALTES, ANGELA | Claim Number: 7368 |
| 8015 ROCKY GLEN PL | Claim Date: 01/07/2008 |
| FORT WAYNE, IN 46815 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00 CONT |

---

| SENSENIG, CECILIA V | Claim Number: 7369 |
| 74 JAMESLEE DRIVE | Claim Date: 01/07/2008 |
| CHAMBERSBURG, PA 17201 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $188.41 |

---

| GALLAGHER MESSINA, LAURIE | Claim Number: 7370 |
| 263 LAMOKA PL | Claim Date: 01/07/2008 |
| WEST ISLIP, NY 11795 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $1,766.54 | Scheduled: | $1,766.54 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HANSON, SUE
900 E TOM LANDRY ST
MISSION, TX 78572-4409

Claim Number: 7371
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $200.00 |
| SECURED | Claimed: | $18,210.00 |
| UNSECURED | Claimed: | $18,210.00 |
| TOTAL | Claimed: | $18,410.00 |

---

YBARRA, MITCHELL
9204 FOX RIDGE LN SE
OLYMPIA, WA 985135691

Claim Number: 7372
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WILSON & ASSOCIATES
1521 MERRILL DRIVE
SUITE D-220
ATTN CHRISTOPHER L PALMER
LITTLE ROCK, AR 72211

Claim Number: 7373
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6574 (11/13/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,790.15 |

---

SPECTRUM MORTGAGE SERVICES, INC.
112 BUDDTOWN ROAD
ATTN EUGENE J DAVIS
SOUTHAMPTON, NJ 08088

Claim Number: 7374
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,504.00 |

---

SIMPLEX GRINNELL
ATTN CLAUDIA COMMODORE CASH APPLICATIONS
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

Claim Number: 7375
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,133.29 |

---

WARD, SCOTT K.
46744 ABINGTON TER
POTOMAC FALLS, VA 20165

Claim Number: 7376
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $557,101.29 |

---

HUBER, JAMES E.
113 SHANNON DRIVE
LANCASTER, PA 17603-7013

Claim Number: 7377
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,786.95 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BMS TENANT SERVICES<br>P.O. BOX 27252<br>NEW YORK, NY 10087-7257 | Claim Number: 7378<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,012.33 | Scheduled: | $1,012.33 |
|---|---|---|---|---|

| REISLER, ABBY POLIN<br>C/O MTEAM MORTGAGE GROUP<br>400 SKOKIE BLVD SUITE 110<br>NORTHBROOK, IL 60062 | Claim Number: 7379<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,998.00 |
|---|---|---|

| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | Claim Number: 7380<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,616.05 |
|---|---|---|

| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | Claim Number: 7381<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,585.85 |
|---|---|---|

| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | Claim Number: 7382<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,951.90 |
|---|---|---|

| MUSUMECI<br>15 WOODHULL ROAD<br>ATTN WILLIAM J RANIOLO<br>EAST SETAUKET, NY 11733 | Claim Number: 7383<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $54,350.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| DEVELOPMENT DIMENSIONS<br>INTERNATIONAL INC<br>PO BOX 951783<br>ATTN KELLY LITTLE<br>CLEVELAND, OH 44193 | Claim Number: 7384<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $29,613.03 | Scheduled: | $17,101.65 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | | Claim Number: 7385<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,219.90 |
| LOEHR, JANET M., TTEE<br>U/A/D AUG 29, 1979<br>JANET M LOEHR LIVING TRUST<br>29 GREENBRIAR ST<br>GROSSE POINTE SHORES, MI 48236-1507 | | Claim Number: 7386<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $59,026.98 |
| LOEHR, JANET M., IRA<br>RAYMOND JAMES & ASSOC INC CSDN - BROKER<br>29 GREENBRIAR ST<br>GROSS POINTE SHORES, MI 48236-1507 | | Claim Number: 7387<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,129.12 |
| LOEHR, JANET M., TTEE<br>U/A/D AUG 29, 1979<br>JANET M LOEHR LIVING TRUST<br>29 GREENBRIAR ST<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7388<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,735.59 |
| LOEHR, WALTER A., IRA<br>RAYMOND JAMES & ASSOC INC CSDN-BROKER<br>29 GREENBRIAR ST<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7389<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $57,591.72 |
| WALTER A LOEHR TRUST<br>U/A/D 8/29/78<br>WALTER A LOEHR TRUSTEE<br>29 GREENBRIAR LANE<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7390<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $49,024.41 |
| BLUE MOON APPRAISALS LLC<br>3404 DANNER CIR<br>BIRMINGHAM, AL 352432816 | | Claim Number: 7391<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $750.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAY, GREGORY W.<br>221 LAKEWOOD DR<br>CROSSVILLE, TN 38558 | Claim Number: 7392<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY              Claimed: | $12,250.00 |

---

| LACROSSE, JUDITH E.<br>6570 S PIKE DR<br>LARKSPUR, CO 80118-9720 | Claim Number: 7393<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY              Claimed: | $0.00   UNDET |

---

| CALVO, LORAINE (LORI)<br>43 COTTONWOOD LA<br>WESTBURY, NY 11590 | Claim Number: 7394<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|
| PRIORITY              Claimed: | $8,826.92 |

---

| HO, LONG DANG<br>8752 ROOSEVELT AVE<br>MIDWAY CITY, CA 92655 | Claim Number: 7395<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED              Claimed: | $6,920.00 |

---

| MO, GARY & GU, SHUYING<br>138 QINGHAI ROAD SUITE 15A<br>SHANGHAI, 200041<br>CHINA | Claim Number: 7396<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED              Claimed: | $0.00   UNDET |

---

| RC TRICKEY INC<br>1009 ASPEN ST<br>ATTN ROBERT C TRICKEY<br>MEDFORD, OR 97501 | Claim Number: 7397<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED              Claimed: | $375.00 |

---

| POTTER, RONNIE E.<br>5512 W 10TH AVE<br>KENNEWICK, WA 99326 | Claim Number: 7398<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED              Claimed: | $5,121.77 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POTTER, RONNIE E.<br>5512 W 10TH AVE<br>KENNEWICK, WA 99326 | Claim Number: 7399<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,097.00 |

| TUSH, GORDON R.<br>2128 SOUTHWOOD PL<br>LINCOLN, NE 68512-1370 | Claim Number: 7400<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNDET |

| SHERAR, MYRON D.<br>4100 INTERNATIONAL PLAZA<br>SUITE 150<br>FORT WORTH, TX 76109 | Claim Number: 7401<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| UNSECURED          Claimed: | $50,000.00 |

| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | Claim Number: 7402<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) |
|---|---|
| SECURED          Claimed: | $12,963.09 |

| DUDA, EDWARD<br>3940 30TH AVE S<br>MINNEAPOLIS, MN 55406 | Claim Number: 7403<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $6,600.00 |

| YOUNG, WELLMAN M.<br>206 CARLISLE WAY<br>BENICIA, CA 94510-1506 | Claim Number: 7404<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $773.00 |

| BAER, RICHARD (IRA ACCOUNT)<br>375 SHENANDOAH COURT<br>DEERFIELD, IL 60015-4464 | Claim Number: 7405<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,890.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BAER, RICHARD S.<br>375 SHENANDOAH COURT<br>DEERFIELD, IL 60015-4464 | Claim Number: 7406<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,794.00 |

---

| CHRISTIAN CABLE GROUP<br>1150 BLUE MOUND RD, WEST S<br>ATTN CARLITA GRIFFITH, PRESIDENT<br>HASLET, TX 76052 | Claim Number: 7407<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $700.92 | Scheduled: | $700.92 |

---

| KLAASSEN, DONALD R.<br>REV TR UTD 9/12/89 AS AMENDED<br>DONALD R KLAASSEN TTEE<br>1540 N BROADWAY #200A<br>WICHITA, KS 67214 | Claim Number: 7408<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SIGNATURE TOUCH<br>6760 ST. VRAIN RANCH BLVD.<br>ATTN STEPHEN L MILLER, OWNER<br>FIRESTONE, CO 80504 | Claim Number: 7409<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $810.00 | Scheduled: | $540.00 |

---

| HAKIM, MICHAEL<br>2917 MILLSPAUGH WAY<br>YUKON, OK 73099-7940 | Claim Number: 7410<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,527.92 |

---

| SYKES, THADDEUS<br>2003 CRIMSON MEADOWS DR.<br>O'FALLON, MO 63366 | Claim Number: 7411<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |

| PRIORITY | Claimed: | $9,166.00 |

---

| RACEVICIUS, JANINA<br>180 SADDLEBROOK DRIVE<br>OAK BROOK, IL 60523 | Claim Number: 7412<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,462.49 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KENNEDY, CARRIE M., DAVIS, SYLVIA K., & MINIR, GAYLE K., JTD<br>208 DIANA STREET<br>TROY, AL 36081 | Claim Number: 7413<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|
| SECURED          Claimed: | $50,000.00 |

| ESROCK, SANDRA E.<br>14233 WOODSMILL COVE<br>CHESTERFIELD, MO 63017 | Claim Number: 7414<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | Claim Number: 7415<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$43,452.00 |

| JOYCE, DAVID M.<br>214 REBECCA LANE<br>NORMAL, IL 61761 | Claim Number: 7416<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $946.50 |

| BUCKMINSTER, PHILIP I & DERETHA C.<br>11825 LARCH RD<br>HENRYETTA, OK 74437 | Claim Number: 7417<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| SECURED          Claimed: | $23,141.40 |

| WALLACE, CHARLENE<br>2128 SOUTHWOOD PL<br>LINCOLN, NE 68512-1370 | Claim Number: 7418<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNDET |

| OSTRANDER, LUKE T. & ESA, COVERDELL<br>4937 FOREST BEND<br>DALLAS, TX 75244 | Claim Number: 7419<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,007.60 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| APPLEWHITE, AMANDA SEIDEL (FORMERLY OSTRANDER) 4937 FOREST BEND DALLAS, TX 75244 | | Claim Number: 7420 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,976.56 |
| ROSSMAN, KAREN S. 245 MADISONBURG PIKE MADISONBURG, PA 16852 | | Claim Number: 7421 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,973.25 |
| BURN, BETSY J. NELSON MULLINS RILEY & SCARBOROUGH LLP PO BOX 11070 COLUMBIA, SC 29211 | | Claim Number: 7422 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $4,349.18 |
| HUANG, LE NGOC 76 KENMARK BLVD SCARBOROUGH, ON M1K 3N7 CANADA | | Claim Number: 7423 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,269.29 |
| CHANDLER, DON 5507 SAN SABA CT MIDLAND, TX 79707 | | Claim Number: 7424 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $74,486.90 |
| WESDORP, BENJAMIN M 411 CHELSEA CAY WAPPINGERS FL, NY 125905416 | | Claim Number: 7425 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $4,615.38 |
| NAPA COUNTY TAX COLLECTOR NAPA COUNTY CENTRAL COLLECTIONS 1195 THIRD STREET RM 108 ATT SANDRA NEWBURN ACCOUNTING SPECIALIST NAPA, CA 94559-3050 | | Claim Number: 7426 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6702 (12/11/2008) |
| SECURED | Claimed: | $8,118.20 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BHATT, DEVONGI K. | Claim Number: 7427 |
| 11742 KOUROS WAY | Claim Date: 01/07/2008 |
| RANCHO CORDOVA, CA 95742-8046 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $362.92 |

---

| MALLICOAT, GARY | Claim Number: 7428 |
| 545 MAPLE WAY | Claim Date: 01/07/2008 |
| ASHLAND, OR 97520 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WAHSUM, CARL R. JR., ESTATE OF | Claim Number: 7429 |
| 6130 FURNAS OGLESBY RD | Claim Date: 01/07/2008 |
| WAYNESVILLE, OH 45068 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| STIEGERT, MICHAEL & MARINA, JT TEN | Claim Number: 7430 |
| WESTENDALLEE 65 14052 | Claim Date: 01/07/2008 |
| BERLIN, | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| GERMANY | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,811.71 |

---

| DREVS, RONALD D. | Claim Number: 7431 |
| 1411 CALLE SAN SEBASTIAN | Claim Date: 01/07/2008 |
| SAN JACINTO, CA 92583 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BARTELS, PATRICIA | Claim Number: 7432 |
| 121 FOUNTAIN DR | Claim Date: 01/07/2008 |
| YORK, PA 17402-9118 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $14,619.44 |

---

| ANDERSON, JANET | Claim Number: 7433 |
| 330 WIRE ROAD | Claim Date: 01/07/2008 |
| YORK, PA 17402-9538 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,123.33 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

HENSLEY, JAMIE M
3057 WEST SALTER
DRIVE
PHOENIX, AZ 85027

Claim Number: 7434
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $733.49 | Scheduled: | $733.49 CONT |
|---|---|---|---|---|

CROSS, JOHN L.
128 HIGH HAT CIR
GREENVILLE, SC 296177267

Claim Number: 7435
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,010.50 | | |
|---|---|---|---|---|

DOMANTAY, JOHN
PO BOX 116
FRANKLIN PARK, IL 601310116

Claim Number: 7436
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $8,010.00 | | |
|---|---|---|---|---|

GREISMAN, LILA
5671 E. PINCHOT RD
TUCSON, AZ 85750

Claim Number: 7437
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,347.00 | | |
|---|---|---|---|---|

BATEMAN, LAURA
15970 S WILSON RD.
OREGON CITY, OR 97045

Claim Number: 7438
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $657.69 | Scheduled: | $657.69 CONT |
|---|---|---|---|---|

YOUNG, LARRY F.
11910 SANDY RIVER CT
BAKERSFIELD, CA 93311

Claim Number: 7439
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $4,892.00 | | |
|---|---|---|---|---|

BEVILLE, PAULINE
3146 LEBANON AVENUE
ZION, IL 60099

Claim Number: 7440
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $1,774.08 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,774.08 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAVENAU, SUSAN E.
PO BOX 7422
RENO, NV 895107422

Claim Number: 7441
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $500.00 | | |

---

MATHEWS, DONNETTA
1142 FOREST GLEN
JONESBORO, GA 30238

Claim Number: 7442
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $772.86 | Scheduled: | $772.86 CONT |

---

SHORTELL, PATRICK L.
30644 HIGHWAY BB
LEBANON, MO 65536

Claim Number: 7443
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 | | |

---

SOUSSAN, LIORE
10687 LAKE OAK WAY
BOCA RATON, FL 33498

Claim Number: 7444
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $235.00 | | |

---

HARRIS, LISA L
917 CRIMSON WILLOW
DR
HUNTERTOWN, IN 46748

Claim Number: 7445
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $323.08 | Scheduled: | $2,152.20 CONT |

---

WIZARD LOCK & SAFE CO.
ATTN K. WILLIAMS
218 N. PRINCE STREET
LANCASTER, PA 17603

Claim Number: 7446
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $225.93 | Scheduled: | $225.93 |

---

HAMILTON APPRAISAL SERV., INC
ATTN REBECCA A. DAVRY, OFFICE MGR.
802 GRAHAM RD.
CUYAHOGA  FALLS, OH 44221

Claim Number: 7447
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $1,650.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PATEL, SURESH & GULABBEN - JT TEN
24913 WILLIMET WAY
HAYWARD, CA 94544-1761

Claim Number: 7448
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

HECK, KATHLEEN R
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 7449
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8821 (05/04/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,206.51 | Scheduled: | $9,206.51 CONT |
| UNSECURED | Claimed: | $90,793.49 | Scheduled: | $90,793.49 CONT |

---

LAWTON, WILLIAM E.
10430 PINEAIRE DR.
SUN CITY, AZ 85351

Claim Number: 7450
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

GEYSER, M. JOYCE SEGR. ROLLOVER IRA
RBC DAIN RAUSCHNER CUSTODIAN
5601 E. WONDERVIEW RD
PHOENIX, AZ 85018

Claim Number: 7451
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,865.78 | |

---

HARRISON, WILLIAM T.
2112 GALLOWAY
LIVERMORE, CA 94551

Claim Number: 7452
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $664.29 | |

---

CHISM, JOHN
9922 DEVONSHIRE DR.
HUNTERSVILLE, NC 28078-5965

Claim Number: 7453
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,613.86 | |

---

SYKES, THADDEUS J (THAD)
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

Claim Number: 7454
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,269.23 CONT |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LYONS, BRIDGET M
4444 S UNION STREET
MORRISON, CO 80465

Claim Number: 7455
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | Scheduled: | $1,157.52  CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $1,157.52 | | |

PAN, SHIYAN AND CHEN, CHULING
JT WROS
94-23 VAN ARSDALE DR
VIENNA, VA 22181

Claim Number: 7456
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $146.30 |
|---|---|---|

SMITH, GERARD J.
38 SUNFLOWER DR.
HAUPPAUGE, NY 11788

Claim Number: 7457
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,152.00 |
|---|---|---|

BAILEY, ANNETTE
12702 HONORE ST APT 1C
BLUE ISLAND, IL 604064974

Claim Number: 7458
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46  CONT |
|---|---|---|---|---|

ZHU, LIMAN
432 S. CURSON AVE., APT. 6F
LOS ANGELES, CA 90036-5228

Claim Number: 7459
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,410.75 |
|---|---|---|

OGDEN DIRECTORIES
ATTN JANE TEMPEL, A/R
PO BOX 1113
ALTOONA, PA 16603-9902

Claim Number: 7460
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,990.00 |
|---|---|---|

SYKES, THADDEUS
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

Claim Number: 7461
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $4,163.46 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

O'DONNELL, TOM
621 CEDAR LN
MORTON, PA 19070

Claim Number: 7462
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,825.55 |

---

J C & ASSOCIATES APPRAISALS
ATTN JANA CAMPBELL, OWNER
595 W 2050 S
HURRICANE, UT 84737

Claim Number: 7463
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $350.00 |

---

POWELL, PAULA
111 WAX MYRTLE DR
SANFORD, FL 32773

Claim Number: 7464
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $969.23 | | $969.23 CONT |

---

COOPER, J. GARY
1208 PALMEHO ST
MOBILE, AL 36604

Claim Number: 7465
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $15,000.00 |

---

LEWIS, RICHARD L. SR
73 MOUNTAIN ASH DR
KINGSTON, MA 023641269

Claim Number: 7466
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $842.00 |

---

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

Claim Number: 7467
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,500.00 |

---

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

Claim Number: 7468
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,500.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 7469<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7987 (08/31/2009) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $32,581.00 | | |

---

| SWEENEY, ROBERT<br>696 WOODBINE DR.<br>CARMEL, IN 46033 | | Claim Number: 7470<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,375.00 | | |

---

| LITSEY, CHRISTINE M (TINA)<br>13811 NE AIRPORT DR<br>VANCOUVER, WA 98684 | | Claim Number: 7471<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46  CONT |

---

| SCOTT, SHELBY M. & LOIS G.<br>583 N. TULARE WAY<br>UPLAND, CA 91786-4635 | | Claim Number: 7472<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,200.00 | | |

---

| SCOTT, SHELBY MARTIN<br>583 N TULARE WAY<br>UPLAND, CA 91786-4635 | | Claim Number: 7473<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,974.00 | | |

---

| ZWICK, ERIN E.<br>266 SUMMERHILL CT.<br>AURORA, IL 60506 | | Claim Number: 7474<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.60 | | |

---

| CHOSA, TODD<br>PO BOX 32<br>BARAGA, MI 49908 | | Claim Number: 7475<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRESSLER, MICHELLE L.<br>PO BOX 1191<br>BUCKEYE, AZ 853260088 | | Claim Number: 7476<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $290.50 | Scheduled: | $290.50 |

| DOCTOR, KIMBERLY A<br>8835 NE BROADWAY ST<br>PORTLAND, OR 97220 | | Claim Number: 7477<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15  CONT |

| SEUS, SHERYL A<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 891445433 | | Claim Number: 7478<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $352.00 | | |

| SEUS, SHERYL<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 891445433 | | Claim Number: 7479<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $473.00 | | |

| SMITH, AMY R<br>18 SIMPSON RD<br>BULGER, PA 15019 | | Claim Number: 7480<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,716.35 | Scheduled: | $1,716.35  CONT |

| DWYER, CHARLES F. & GEORGIA L.<br>JT WROS<br>3907 EGGEMAN ROAD<br>FORT WAYNE, IN 46814-9724 | | Claim Number: 7481<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,036.11 | | |

| RIGDON, LILIA<br>10720 LAKE SHASTA<br>COURT<br>FORT WAYNE, IN 46804 | | Claim Number: 7482<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $238.46 | Scheduled: | $1,450.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DWYER, THOMAS J.<br>12110 SYLVAN MEADOWS DRIVE<br>FORT WAYNE, IN 46814-9723 | Claim Number: 7483<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,783.21 | | |

| DWYER, CHARLES F. SEP<br>RAYMOND JAMES & ASSOC INC CSDN<br>3907 EGGEMAN ROAD<br>FORT WAYNE, IN 46814-9724 | Claim Number: 7484<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,414.93 | | |

| GLEICHMAN, NEIL<br>P.O. BOX 264<br>DRIGGS, ID 83422 | Claim Number: 7485<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22.00 | | |

| MESCUBRINK, WILLIAM J.<br>2118 S 166 ST<br>OMAHA, NE 68130 | Claim Number: 7486<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,780.00 | | |

| SISKEY, DAWN M<br>19406 S WHITEWATER AVE<br>WESTON, FL 33332 | Claim Number: 7487<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,600.00 | Scheduled: | $3,600.00  CONT |

| SISKEY, JOSEPH (JOE)<br>19406 S WHITEWATER AVE<br>WESTON, FL 33332 | Claim Number: 7488<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,830.23 | Scheduled: | $1,830.23  CONT |

| CADIZ, JOY<br>1168 NAMDAC AVE.<br>BAY SHORE, NY 11706 | Claim Number: 7489<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $3,846.15  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BROOKS, RONALD KENNETH<br>5525 SADDLEWOOD<br>HOLT, MI 488429794 | Claim Number: 7490<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,185.00 | | |
|---|---|---|---|---|

| IAMPIERI, CONSTANCE M<br>2877 EVERGREEN WAY<br>ELLICOTT CITY, MD 21042 | Claim Number: 7491<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $3,300.00 | Scheduled: | $3,300.00 CONT |
|---|---|---|---|---|

| GREEN, ANNA<br>440 E 23RD ST APT 7D<br>NEW YORK, NY 10010-5009 | Claim Number: 7492<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,787.21 | | |
|---|---|---|---|---|

| COLLINS PALLWITZ, DIANA K<br>1645 WATERS EDGE DRIVE<br>PLEASANT HILL, IA 50327 | Claim Number: 7493<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3945 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $2,488.71 | Scheduled: | $2,488.71 CONT |
|---|---|---|---|---|

| HARRISBURG CITY/COUNTY BILL<br>DAUPHIN COUNTY COURTHOUSE<br>RM 105, FRONT & MARKET STR.<br>HARRISBURG, PA 17101 | Claim Number: 7494<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
|---|---|

| SECURED | Claimed: | $687.25 | | |
|---|---|---|---|---|

| LAMONICA, MICHELE A<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | Claim Number: 7495<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $3,307.69 | Scheduled: | $4,961.54 CONT |
|---|---|---|---|---|

| LOGIUDICE, ALAN<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | Claim Number: 7496<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,600.00 | Scheduled: | $2,860.00 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SHEEDY, JAMES J.<br>3 VEEDER DR.<br>ALBANY, NY 12205-3619 | | Claim Number: 7497<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $12,000.00 | | |

| HEMME, CHRISTINE M<br>2415 GLORY DR<br>WATERFORD, PA 16441 | | Claim Number: 7498<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $71.25 | Scheduled: | $71.25  CONT |

| TURNER, ALLISON M<br>11581 2ND AVE<br>HESPERIA, CA 92345 | | Claim Number: 7499<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $1,292.31  CONT |

| SCHEINER, RUSSELL<br>2392 WATERFALL DR<br>SPRING HILL, FL 34608-4645 | | Claim Number: 7500<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $759.62  CONT |
| UNSECURED | Claimed: | $759.62 | | |

| DUGRE, M. ANDRE<br>26 RUE DEPATIE<br>LAVAL, QC H7L 4Y5<br>CANADA | | Claim Number: 7501<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $737.00 | | |

| BERGER, CHARLES L.<br>7408 E. SYCAMORE ST<br>EVANSVILLE, IN 47715 | | Claim Number: 7502<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $32,395.00 | | |

| MOORE, STEVE<br>630 ANDREWS RD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7503<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,710.97 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

FRIT, ROBERT
292 BARBADOS DR.
JUPITER, FL 33458-2917

Claim Number: 7504
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,620.44 | | |

---

DOMOTOR, SHELLEY J.
6412 CALLOWAY DR
MCKINNEY, TX 750709422

Claim Number: 7505
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,923.08 | | |

---

LOPEZ, MARTHA
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7506
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |

---

LOPEZ, MARTHA
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7507
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8414 (12/14/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $495.00 | Scheduled: | $466.23  CONT |
| UNSECURED | Claimed: | $41.23 | Scheduled: | $41.23  CONT |

---

LOPEZ, MARTHA M
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7508
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9972 (05/05/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $495.00 | Scheduled: | $495.00  CONT |

---

MORRISSEY, JOHN
5712 SUNMIST DR
YORBA LINDA, CA 92886

Claim Number: 7509
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,370.00 | | |

---

NIETO, CRYSTAL
4529 REED ST
FORT WAYNE, IN 46806

Claim Number: 7510
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $560.00 | Scheduled: | $560.00  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| IALACCI, DOLORES C<br>1680 THE HIDEOUT<br>LAKE ARIEL, PA 18436 | Claim Number: 7511<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $830.77 CONT |
| UNSECURED | Claimed: | $830.77 | |

| VINCENTY, LEYLANI<br>20 LAYTON LN<br>CENTEREACH, NY 11720 | Claim Number: 7512<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,461.60    Scheduled: | $3,461.60 CONT |

| GARCIA, WILLIAM L<br>21 STEWART CIR<br>CENTEREACH, NY 11720-2847 | Claim Number: 7513<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $740.38    Scheduled: | $740.38 CONT |

| GARCIA, ENA M<br>21 STEWART CIR<br>CENTEREACH, NY 11720-2847 | Claim Number: 7514<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,920.00    Scheduled: | $2,920.00 CONT |

| IVI APPRAISALS<br>PMB 159<br>PO BOX 50<br>LK ARROWHEAD, CA 923520050 | Claim Number: 7515<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,300.00 | |

| GATEMAN, IRVIN<br>15478 FIORENZA CIR<br>DELRAY BEACH, FL 33446-3294 | Claim Number: 7516<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,836.95 | |

| GATEMAN, IRVIN<br>5509 ESCALLONIA ST<br>LAS VEGAS, NV 89149 | Claim Number: 7517<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,963.22 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GARCIA, MELISSA
35 IRENE ST
LINDENHURST, NY 117571304

Claim Number: 7518
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT |
|---|---|---|---|---|

GREISMAN, LILA
5671 E. PINCHOT RD
TUCSON, AZ 85750

Claim Number: 7519
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,188.00 | | |
|---|---|---|---|---|

JACKSON, ROBERT
42 PROVIDENCE RD
RICHBORO, PA 18954

Claim Number: 7520
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,133.23 | | |
|---|---|---|---|---|

TODARO, STEVE
485 DOE RUN LANE
SPRINGFIELD, PA 19064

Claim Number: 7521
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,994.01 | | |
|---|---|---|---|---|

WASSEF, MAHER NABIH
24 OMAR IBN ELKHATTAB STREET, APT. # 5
HELIOPOLIS, CAIRO, 11361
EGYPT

Claim Number: 7522
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FLOODEEN, GITTE M
863 HILLCREST CIR
WEXFORD, PA 15090-7583

Claim Number: 7523
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT |
|---|---|---|---|---|

KOENEMAN, SCOTT
3536 BARTER ST
SAINT CHARLES, MO 63301-8155

Claim Number: 7524
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $384.62 | Scheduled: | $384.62 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| WENG, LIH J.<br>426 BONITA AVE<br>PASADENA, CA 91107-5064 | | Claim Number: 7525<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,851.00 | | |

---

| | | | | |
|---|---|---|---|---|
| WILLIAMSON, CARLA<br>239 E PENNYWOOD AVE<br>ROOSEVELT, NY 11575 | | Claim Number: 7526<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT |

---

| | | | | |
|---|---|---|---|---|
| HARRIS, MALIK<br>8612 2ND AVE<br>INGLEWOOD, CA 90305 | | Claim Number: 7527<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $1,067.50 | | |

---

| | | | | |
|---|---|---|---|---|
| BANG, YOO JUNG (JULIA)<br>8412 NE 178TH ST<br>BOTHELL, WA 98011 | | Claim Number: 7528<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT |

---

| | | | | |
|---|---|---|---|---|
| SORENSEN, KIM<br>1221 CORAL WAY<br>SINGOR ISLAND, FL 33404 | | Claim Number: 7529<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $8,777.31 | | |

---

| | | | | |
|---|---|---|---|---|
| CONTARINO, ELLEN S<br>478 PHILADELPHIA AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 7530<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,732.31 CONT |

---

| | | | | |
|---|---|---|---|---|
| GALLEGOS, JODY L.<br>5 STONYWELL COURT<br>DIX HILLS, NY 11746 | | Claim Number: 7531<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $4,269.23 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GALLEGOS, JODY L.<br>430 JEFFREY AVENUE<br>EAST MEADOW, NY 11554 | Claim Number: 7532<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,269.23 | Scheduled: | $4,269.23  CONT |

| GREENVILLE WATER SYSTEM<br>ATTN DERRICK J. BROWN, MANAGER<br>PO BOX 687<br>GREENVILLE, SC 29602-0687 | Claim Number: 7533<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $225.68 | Scheduled: | $85.98 |

| DIX, JAMIE N<br>5725 MOUNT HOOD CT<br>SACRAMENTO, CA 95842-2203 | Claim Number: 7534<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $926.54 | Scheduled: | $926.54  CONT |

| FLEMING, ART<br>2565 RIO ALAYNE CT.<br>SPARKS, NV 89436 | Claim Number: 7535<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,028.00 | | |

| FIELDS, VINETA<br>46 SHERMAN ST<br>ROOSEVELT, NY 11575 | Claim Number: 7536<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,177.20 | Scheduled: | $1,177.20  CONT |

| RIEBKES, ELMER IRA FBO<br>PERSHING LLC AS CUSTODIAN<br>19107 HWY D 20<br>ALDEN, IA 50006-8071 | Claim Number: 7537<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,987.50 | | |

| KARP, KAREN<br>2019 EARL DR.<br>MERRICK, NY 11566 | Claim Number: 7538<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,963.22 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DYNAMIC METHODS INC<br>ATTN MORGAN HARRIS, PARTNER<br>9070 IRVINE CENTER DRIVE<br>SUITE 260<br>IRVINE, CA 92618 | Claim Number: 7539<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $4,700.00 | Scheduled: | $4,700.00 |
|---|---|---|---|---|

| ARTIGUE, WADE J.<br>135 HEARTWOOD CIRCLE<br>LAFAYETTE, LA 70503 | Claim Number: 7540<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $49,926.00 |
|---|---|---|

| SCHMITZ, JAMES<br>229 CHRYSTIE ST. APT 423<br>NEW YORK, NY 10002 | Claim Number: 7541<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,322.00 |
|---|---|---|

| MAXIM V CHYOBOTOV CUST<br>FBO KATHERINE E CHYOBOTOV UGMA/TX<br>3317 BONNIEBROOK DR<br>PLANO, TX 75075-4701 | Claim Number: 7542<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ROTHE, JOHN & MRS.<br>2780 RIVERSIDE DRIVE<br>WANTAGH, NY 11793 | Claim Number: 7543<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | Claim Number: 7544<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | | | Scheduled: | $1,584.62  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,584.62 | | |

| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | Claim Number: 7545<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
|---|---|

| PRIORITY | Claimed: | $484.56 | Scheduled: | $484.56  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 7546
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $340.00 |
|----------|----------|---------|

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 7547
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $340.00 |
|----------|----------|---------|

HAEHNEL, ALFRED PAUL AND PATRICIA ANN
327 E 22ND AVE
N. WILDWOOD, NJ 08260

Claim Number: 7548
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

KRIEGER, DENISE A
3019 CHESTNUT AVE
MEDFORD, NY 11763-1825

Claim Number: 7549
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,328.20 | Scheduled: | $1,328.20  CONT |
|----------|----------|-----------|------------|-----------------|

LAIRD, MARTY G
722 REINKE RD
BALLWIN, MO 63021

Claim Number: 7550
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|

WINTERS, JAYSHREE
71 ANDREA COURT
PARAMUS, NJ 07652

Claim Number: 7551
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,773.50 |
|----------|----------|-----------|

MANS, RAYMOND F.
2136 LAPPEL LANE
PITTSBURGH, PA 15212

Claim Number: 7552
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,358.00 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| VIRTUE, RICHARD & CATHERINE N. TTEES<br>UTD 01/17/84 FBO<br>RICHARD & CATHERINE VIRTUE TR<br>1905 WALNUT AVE<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 7553<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $98,000.00 | | |
| KINKER, VICKI S.<br>1517 HIAWATHA DR<br>OWOSSO, MI 48867 | | Claim Number: 7554<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| HARPER, STEPHEN<br>148 KILBURN RD<br>GARDEN CITY, NY 11530 | | Claim Number: 7555<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,641.03 | Scheduled: | $1,641.03  CONT |
| CARRILLO III, RAYMOND<br>2902 MANILA LN<br>HOUSTON, TX 77043 | | Claim Number: 7556<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $12,950.00 | | |
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | | Claim Number: 7557<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $535.00 | | |
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | | Claim Number: 7558<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $125.00 | | |
| ZISKIND, FRANCINE<br>814 TALBOT AVE<br>NORTH WOODMERE, NY 11581 | | Claim Number: 7559<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $24,545.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL<br>210 INTERSTATE NORTH PARKWAY, NW<br>SUITE 400<br>ATLANTA, GA 30339 | Claim Number: 7560<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $1,125,804.15   UNLIQ | | |

---

| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL<br>210 INTERSTATE NORTH PARKWAY, NW<br>SUITE 400<br>ATLANTA, GA 30339 | Claim Number: 7561<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7937 (08/11/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED    Claimed: | $1,125,804.15   UNLIQ | Scheduled: | $575,262.41 |

---

| LAMEIRAO, VALDEMAR M<br>222-25 DAVENPORT AVENUE<br>2ND FLOOR<br>QUEENS VILLAGE, NY 11428 | Claim Number: 7562<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|
| PRIORITY    Claimed: | $12,526.85 | | |

---

| RICO, SARAH C<br>1450 BROCKTON AVE APT 6<br>LOS ANGELES, CA 900252150 | Claim Number: 7563<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|
| PRIORITY    Claimed: | $3,170.78 | Scheduled: | $3,170.78  CONT |

---

| IYO, JOLENE<br>228 A KUKUAU ST.<br>HILO, HI 96720 | Claim Number: 7564<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $649.38 | | |

---

| MATTHEWS, GEORGE T<br>41986 KUDU CT<br>ALDIE, VA 20105 | Claim Number: 7565<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | |
|---|---|---|---|
| PRIORITY    Claimed: | $10,000.00 | | |

---

| RICO, SARAH C<br>1450 BROCKTON AVE APT 6<br>LOS ANGELES, CA 900252150 | Claim Number: 7566<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| PRIORITY    Claimed: | $1,550.77 | Scheduled: | $1,550.77  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| SULLYFIELD MTC LLC W&F MTC LLC & MTC TIC LLC - SUCCESSOR IN INTEREST TO WRIT LP ATTN JEFFREY S ROMANICK-GROSS & ROMANICK 3975 UNIVERSITY DRIVE, SUITE 410 FAIRFAX, VA 22030-2520 | | Claim Number: 7567 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $57,086.13 |
| PAGE, JANE D. 8365 EAST LEHIGH AVE. DENVER, CO 80237-1639 | | Claim Number: 7568 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,325.00 |
| BERGERON, RONALD J. C/O COREY W. HAUGLAND JAMES & HAUGLAND, P.C. 609 MONTANA AVENUE EL PASO, TX 79902 | | Claim Number: 7569 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $196,766.46 |
| FARR, BURKE, GAMBACORTA & WRIGHT, PC PO BOX 5375 PRINCETON, NJ 085435375 | | Claim Number: 7570 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $6,060.51 |
| LUNCEFORD, SOPHIA 10715 E. SAHUARO DR. SCOTTSDALE, AZ 85259 | | Claim Number: 7571 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7399 (05/15/2009) |
| PRIORITY | Claimed: | $3,750.00 |
| TOWER PLACE L.P. C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE SUITE 100 ATLANTA, GA 30326 | | Claim Number: 7572 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $6,882.75 |
| UNSECURED | Claimed: | $79,484.02 |
| LEUNG, KAM YIU & PANG, YUN FUN # 22-6300 BIRCH ST RICHMOND, BC V6Y 4K3 CANADA | | Claim Number: 7573 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $659.00 |
| UNSECURED | Claimed: | $5,516.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| HINE, HENRY S. & PEGGY H.<br>331 WILLOWCREST DR<br>WINSTON SALEM, NC 27107 | Claim Number: 7574<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $9,300.00 |
|---|---|---|
| TOTAL | Claimed: | $10,060.03 |

| HICKS, TERRY RAY<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | Claim Number: 7575<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $3,209.64 |
|---|---|---|

| HICKS, TERRY AND TARA<br>JT TEN<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | Claim Number: 7576<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $835.24 |
|---|---|---|

| HICKS, TERRY R. ROTH IRA<br>SCOTTRADE INC TR FBO<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | Claim Number: 7577<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $9,094.69 |
|---|---|---|

| KESTLER, PAUL D.<br>CHARLES SCHWAB & CO., INC. CUSTODIAN<br>SEP-IRA<br>2216 ARISTOCRAT DRIVE<br>IRVING, TX 75063 | Claim Number: 7578<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,136.80 |
|---|---|---|

| FELL, CAROLE AND MELISSA HAGLER<br>JTWROS<br>225 E. 63 ST. APT 6J<br>NEW YORK, NY 10065 | Claim Number: 7579<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $447.00 |
|---|---|---|

| UHRLASS, GLENN<br>8511 BILLET PL<br>OAK RIDGE, NC 27310-9806 | Claim Number: 7580<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $4,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CROWE, JAMES B.
425 OAKDALE AV
GLENCOE, IL 60022

Claim Number: 7581
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,775.00 |

---

FOCUS APPRAISALS INC.
103-210
2400 E MAIN ST STE 103
SAINT CHARLES, IL 601742415

Claim Number: 7582
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,450.00 |

---

JEFFERSON COUNTY TREASURER
ATTN DAVE VILLANO, DEPUTY TREASURER
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO 80419

Claim Number: 7583
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,782.44 |
| SECURED | Claimed: | $5,252.70 |
| UNSECURED | Claimed: | $1,529.74 |
| TOTAL | Claimed: | $6,782.44 |

---

JOHNSTON GROUP, THE
ATTN JOEL JOHNSTON
7485 RUSH RIVER DR.
SACRAMENTO, CA 95831

Claim Number: 7584
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,334.00 |

---

445 DOLLEY MADISON ROAD LLC
445 DOLLEY MADISON ROAD
SUITE 400
GREENSBORO, NC 27410

Claim Number: 7585
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,785.50 | Scheduled: | $10,243.33 |

---

KOVES, PAMELA
1463 STARK AVE NW
GRAND RAPIDS, MI 49534

Claim Number: 7586
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,131.92 | Scheduled: | $1,131.92  CONT |

---

FRANK RAIMONDI & ASSOC INC
ATTN FRANK RAIMONDI, PRESIDENT
544 HEMPSTEAD BLVD
UNIONDALE, NY 11553

Claim Number: 7587
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $800.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DAWKINS, ROBERT<br>12621 ALCOVY RD<br>COVINGTON, GA 30014 | Claim Number: 7588<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| GROBER, MARVIN J. TTEE<br>MARVIN J. GROBER TRUST<br>UAD 01/06/95<br>17628 SEALAKES DRIVE<br>BOCA RATON, FL 33498 | Claim Number: 7589<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| PROTER, SHLOMIT BAER<br>3613 WINGREN RD.<br>IRVING, TX 75062 | Claim Number: 7590<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $4,562.00 |
|---|---|---|

| ALLEGIANCE APPRAISAL<br>ATTN ALLISON L CESARO<br>G 3140 S DYE RD<br>FLINT, MI 48507 | Claim Number: 7591<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,435.00 |
|---|---|---|

| MODERN APPRAISAL<br>ATTN CARON J. CLARKE<br>PO BOX 661<br>SCAPPOOSE, OR 97056 | Claim Number: 7592<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

| POWERS APPRAISING LLC<br>ATTN PATRICK POWERS<br>10 LOMBARDY PLACE<br>TOWSON, MD 21204 | Claim Number: 7593<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

| STEPHEN E. SHAMBAN, LAW OFFICES, P.C.<br>222 FORBES ROAD<br>PO BOX 850973<br>BRAINTREE, MA 02185-0973 | Claim Number: 7594<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,284.95 | Scheduled: | $2,307.95 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HPC LLC
ATTN JOHN J. FORD
1569 EDMUND DR
BARNHART, MO 63012

Claim Number: 7595
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,850.00 |
|---|---|---|

---

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7596
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

KIGHT REALTY CORPORATION
ATTN DAVID H. MACMILLAN, PRES./OWNER
PO BOX 12742
NORFOLK, VA 23541-0742

Claim Number: 7597
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

MOREHEAD, JOHN H.
4166 PARKRIDGE DRIVE
WHITE BEAR LAKE, MN 55110

Claim Number: 7598
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,397.50 |
|---|---|---|

---

SINGLE SOURCE VALUATION, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7599
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

PROFESSIONAL APPRAISERS GROUP
8364 HICKMAN RD
SUITE A1
CLIVE, IA 50325

Claim Number: 7600
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,525.00 |
|---|---|---|

---

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7601
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SINGLE SOURCE VALUATIONS, LLC | Claim Number: 7602 |
| ATTN THOMAS O'BRIEN, OWNER | Claim Date: 01/07/2008 |
| P.O. BOX 773 | Debtor: AMERICAN HOME MORTGAGE CORP |
| HUNTINGTOWN, MD 20639 | |

| UNSECURED | Claimed: | $325.00 | | |

---

| MEYERS, BRUCE D. | Claim Number: 7603 |
| 6531 79TH PLACE | Claim Date: 01/07/2008 |
| CABIN JOHN, MD 20818 | Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | Claimed: | $6,151.00 | | |
| UNSECURED | Claimed: | $38,288.00 | Scheduled: | $37,448.11 CONT |

---

| THOMAS TYE & ASSOCIATES,INC | Claim Number: 7604 |
| 6062 INDIAN RIVER RD, STE 104 | Claim Date: 01/07/2008 |
| VIRGINIA BEACH, VA 23454 | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| | Comments: DOCKET: 5461 (08/18/2008) |

| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $325.00 | | |

---

| HAMILTON, TERRY | Claim Number: 7605 |
| 8015 PAGOSA SPRINGS DRIVE | Claim Date: 01/07/2008 |
| HOUSTON, TX 77040 | Debtor: AMERICAN HOME MORTGAGE CORP |

| PRIORITY | | | Scheduled: | $2,307.69 CONT |
| UNSECURED | Claimed: | $1,057.77 | | |

---

| KAMMEYER, CALVIN | Claim Number: 7606 |
| 4850 DOCKSIDE DR 203 | Claim Date: 01/07/2008 |
| FORT MYERS, FL 33919 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET 7942 (08/11/2009) |

| PRIORITY | Claimed: | $40,000.00 | | |
| UNSECURED | Claimed: | $40,000.00 | | |
| TOTAL | Claimed: | $40,000.00 | | |

---

| JUSTIN MARTELLA | Claim Number: 7607 |
| C/O RICHARD D. ALTIMUS, ESQ. | Claim Date: 01/07/2008 |
| 802 N. IRWIN ST., STE 102 | Debtor: AMERICAN HOME MORTGAGE CORP |
| HANFORD, CA 93230-3845 | Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $28,166.14 | | |

---

| HATCHETT VS. AMERICAN HOME MORTGAGE | Claim Number: 7608 |
| CASE#06CH15839 COOK CO IL M WEINBERG | Claim Date: 01/07/2008 |
| LEGAL ASSIST FOUNDATION MERTRO CHICAGO | Debtor: AMERICAN HOME MORTGAGE CORP |
| 111 W. JACKSON STREET, SUITE 300 | Comments: EXPUNGED |
| CHICAGO, IL 60604 | DOCKET 10281 (12/14/2011) |

| SECURED | Claimed: | $137,750.00 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MONTESANO CAPITAL MANAGEMENT
175 E HAWHTORN PKWY
SUITE 100
VERNON HILLS, IL 60061-1475

Claim Number: 7609
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,935.47 | Scheduled: | $7,947.70 |

ANDERSON, LOIS B
9268 BROWN RD
ELK GROVE, CA 95624

Claim Number: 7610
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,320.00 | Scheduled: | $1,320.00 CONT |

LBA MELVILLE ASSOCIATES LP C/O RICHARDS
LAYTON & FINGER, P.A.(ATTN:JASON MADRON)
920 N. KING STREET
WILMINGTON, DE 19801

Claim Number: 7611
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $448,000.00 |

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA 94505

Claim Number: 7612
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,464.41 |
| SECURED | Claimed: | $6,464.41 |
| UNSECURED | Claimed: | $223,561.02 |
| TOTAL | Claimed: | $230,025.43 |

WHEELER, MICHAEL J/SVP+RN
1844 GRAZZIANI WAY
ROSEVILLE, CA 95661-3983

Claim Number: 7613
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $363,131.73 | Scheduled: | $362,984.83 CONT |

DUNLEA COMMERCIAL PROPERTIES LLC
ATTN: SEAN DUNLEA
4N422 MOUNTAIN ASH DRIVE
WAYNE, IL 60184

Claim Number: 7614
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $173,615.78 | Scheduled: | $16,503.85 |

LBA MELVILLE ASSOCIATES LP C/O RICHARDS
LAYTON & FINGER P.A. (ATTN:JASON MADRON)
920 N. KING STREET
WILMINGTON, DE 19801

Claim Number: 7615
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,085.73 | Scheduled: | $68,023.37 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HOME BUYERS MARKETING II INC.<br>ATTN: JEAN M. POLSTON EXEC V.P.<br>28215 BOULDER CIRCLE<br>EXCELSIOR, MN 55331 | | Claim Number: 7616<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $31,133.68 | | | |
| HOME BUYERS MARKETING INC.<br>ATTN: JEAN M. POLSTON EXEC V.P.<br>28215 BOULDER CIRCLE<br>EXCELSIOR, MN 55331 | | Claim Number: 7617<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $464,027.00 | Scheduled: | $472,665.44 | |
| RACEVICIUS JANINA & KAZENAS IRENE JT TEN<br>180 SADDLEBROOK DRIVE<br>OAK BROOK, IL 60523 | | Claim Number: 7618<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $16,909.99 | | | |
| CRAMER, JANE M<br>1954 SANTA FE<br>DRIVE<br>STOCKTON, CA 95209 | | Claim Number: 7619<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $1,048.32 | Scheduled: | $1,048.32 | CONT |
| GOVERS, JOHN, IRA<br>FIRST TRUST CORP TTEE<br>A/C J 092212-0001 SEC J<br>3708 MT DIABLO BLVD STE 100<br>LAFAYETTE, CA 94549 | | Claim Number: 7620<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,800.00 | | | |
| KLEINS IRREV TRUST<br>UA 10-18-96<br>EMMI M ACKERMANN TR<br>41 EUCALYPTUS RD<br>BERKELEY, CA 94705-2801 | | Claim Number: 7621<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $70.00 | | | |
| GOVERS, JOHN C., IRA<br>TD BANK USA NA CUSTODIAN<br>41 EUCALYPTUS RD<br>BERKELEY, CA 94705 | | Claim Number: 7622<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $140.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JUTTERS TRUST
JOHN C GOVERS AND EMMI M ACKERMANN TR
UA 8-31-93
41 EUCALYPTUS ROAD
BERKELEY, CA 94705

Claim Number: 7623
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,400.00 |
|---|---|---|

---

JOHN C GOVERS TRUST
UA 08-05-86
JOHN C GOVERS TR
41 EUCALYPTUS RD
BERKELEY, CA 94705-2801

Claim Number: 7624
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

---

TURCO, TAEDRA
115 SAN REMO DR
JUPITER, FL 33458-8728

Claim Number: 7625
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,115.38 | Scheduled: | $3,147.93 CONT |
|---|---|---|---|---|

---

CUNNINGHAM, CORY
1860 LAW ST
SAN DIEGO, CA 92109

Claim Number: 7626
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $6,192.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,192.00 |
| TOTAL | Claimed: | $6,192.00 |

---

BLOCK, BRUCE W.
623 MAZE GLEN
ESCONDIDO, CA 92025

Claim Number: 7627
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $16,251.90 |
|---|---|---|

---

WIGMORE, JOSEPH
466 PENN ST
PENNSBURG, PA 18073-1106

Claim Number: 7628
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,510.58 |
|---|---|---|

---

DUONG, TOAN V
5721 MILNER WAY
SACRAMENTO, CA 95822

Claim Number: 7629
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BATES, ARBIE<br>3848 HWY 63<br>BLACK ROCK, AR 72415 | | Claim Number: 7630<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ENGLISH, ODALIS M.<br>220 MALIBU CIRCLE<br>GREENACRES, FL 33413 | | Claim Number: 7631<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $495.42 | Scheduled: | $495.42  CONT |
| EXCEL SECURITY SYSTEMS<br>2740 HUDSON AVENUE<br>ATTN KIM HOFFMAN, OWNER<br>CORONA, CA 92881 | | Claim Number: 7632<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $3,510.00 | Scheduled: | $3,510.00 |
| MUNITZ, NICOLE<br>2883 VALMONT LN<br>DELTONA, FL 32738 | | Claim Number: 7633<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $1,315.39 | Scheduled: | $1,315.39  CONT |
| PUROHIT, URMILA<br>28 MOHEGAN AVENUE<br>PORT WASHINGTON, NY 11050 | | Claim Number: 7634<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $2,950.00 | Scheduled: | $2,950.00  CONT |
| WALSH, ZELLEN<br>613 S QUINCY ST<br>ARLINGTON, VA 22204 | | Claim Number: 7635<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $423.08 | Scheduled: | $846.00  CONT |
| JUNKER, GEORGE & LEE ANN<br>11 PENNSYLVANIA AVENUE<br>BRENTWOOD, NY 11717 | | Claim Number: 7636<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHORE PRINTING & GRAPHICS
105 RHETT CT
ATTN ANNA BOZZO
COMMACK, NY 11725

Claim Number: 7637
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,161.21 | | |

---

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

Claim Number: 7638
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $145,008.85 | Scheduled: | $144,355.44 CONT |

---

CBCINNOVIS, INC
ATTN DIRK M. CANTRELL, SEC/TREAS.
250 E. BROAD STREET, SUITE 1200
COLUMBUS, OH 43215

Claim Number: 7639
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $162,069.12 | Scheduled: | $241,201.12 |

---

MCGOWEN, MARK
54 SWEETBRIAR TRAIL
EASTON, CT 06612

Claim Number: 7640
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $138,696.00 | |

---

RIVERA, EDWIN
3921 AZALEA CIR.
MAUMEE, OH 43537

Claim Number: 7641
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,273.74 | Scheduled: | $6,251.87 CONT |
| UNSECURED | Claimed: | $23,437.82 | Scheduled: | $24,549.58 CONT |

---

BRYAN, JEAN K
2132 N. CHARTER POINT DR
ARLINGTON HEIGHTS, IL 60004

Claim Number: 7642
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,038.46 | Scheduled: | $5,469.23 CONT |

---

RIVERA, EDWIN L
3921 AZALEA CIR.
MAUMEE, OH 43537

Claim Number: 7643
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,273.74 | |
| UNSECURED | Claimed: | $23,437.82 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COURTNEY L. RIVERA
3921 AZALEA CIRCLE
MAUMEE, OH 43537

Claim Number: 7644
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 |

SEXAUER, MARY JO
14707 GOLF RD
ORLAND PARK, IL 60462-7434

Claim Number: 7645
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $130,050.00 | Scheduled: | $129,105.34 CONT |

FORTAIN, THERESA J (TRACY)
5237 WHITEHOUSE DR.
TOLEDO, OH 43611

Claim Number: 7646
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $153.20 | Scheduled: | $343.58 CONT |

CHANG, MUHSIUNG & HUILING Y.
NO. 7, LANE 8, FU-HSIANG STREET
HSI-TUN DISTRICT,
TAICHUNG, 40765
TAIWAN

Claim Number: 7647
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

KEPLINGER, JANETTE G. & DAWN N. FERRIO
JT TEN
936 BUTTERMILK CREED DR.
FOND DU LAC, WI 54935-6119

Claim Number: 7648
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $44.99 |
| SECURED | Claimed: | $715.00 |

TYLER, CASSELL, JACKSON, PEACE & SILVER
L.L.P. - DONALD W. TYLER JR., ESQUIRE
POST OFFICE BOX 11656
COLUMBIA, SC 29211

Claim Number: 7649
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,192.03 |

KHAJURIVALA, KUMAR M.
11 KATIE LN
LEOMINSTER, MA 01453-5266

Claim Number: 7650
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,229.99 |
| SECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HENIG, DONALD
7 BARBERRY ROAD
WEST ISLIP, NY 11795

Claim Number: 7651
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $1,354,159.22 | Scheduled: | $1,364,122.91 CONT |

KENERK, MAUREEN A.
5085 THIEL RD
HICKSVILLE, OH 43526

Claim Number: 7652
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,998.95 |

SWEARINGEN REALTY GROUP, LLC
ATTN GRANVILLE JENKINS
5950 BERKSHIRE LANE, # 700
DALLAS, TX 75225

Claim Number: 7653
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00 |

DEWEY & LEBOEUF LLP
ATTENTION: IRENA GOLDSTEIN
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Claim Number: 7654
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $209,715.30 |

GHERMAN, MAURICE
207 COMMERCIAL CT
MORGANVILLE, NJ 77511070

Claim Number: 7655
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

IRWIN, JAMES WILLIAM AND MARJORIA M.
TRUST U/A 9-22-1995
JAMES W. IRWIN & MARJORIA M. IRWIN TRUST
8907 MELSHIRE DR.
AUSTIN, TX 78757-6917

Claim Number: 7656
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $532.00 |

DUDDLESTON, MARK
72 MAST HILL RD
SACO, ME 04072

Claim Number: 7657
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,771.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MEECE, FRANK H., JR.<br>P.O. BOX 3165<br>TOPSAIL BEACH, NC 28445 | | Claim Number: 7658<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,567.00 | |

| SWARTZ, RICHARD<br>SAUDI ARAMCO<br>P.O. BOX 11920<br>DHAHRAN, 31311<br>SAUDI ARABIA | | Claim Number: 7659<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,100.00 | |

| SCHWAN, WALTER J.<br>231 COY GLEN RD<br>ITHACA, NY 14850-5011 | | Claim Number: 7660<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,718.70 | |

| MOFFATT, LINDA F. SEP/IRA<br>660 SW 43RD PL<br>OCALA, FL 344717448 | | Claim Number: 7661<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,448.34 | |

| SANDERS, DAVID A.<br>7521 HATTERAS DRIVE<br>HUDSON, FL 34667 | | Claim Number: 7662<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $18,140.00 | |

| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | | Claim Number: 7663<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,278.85 | Scheduled: | $4,329.81  CONT |

| QIN, WEI ZE<br>470 MIKASA DR<br>ALPHARETTA, GA 30022 | | Claim Number: 7664<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
|---|---|---|---|
| SECURED | Claimed: | $31,883.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRIGHT, STEPHEN E.<br>606 CALHOUN ST.<br>ROCKDALE, TX 76567 | Claim Number: 7665<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED            Claimed: | $8,776.00 |

| ROGINSK, DENNIS C.<br>2607 W. LIBERTY<br>SPOKANE, WA 99205 | Claim Number: 7666<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $1,216.00 |

| DAVIS BROWN KOEHN SHORS & ROBERTS<br>ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER<br>THE FINANCIAL CENTER<br>666 WALNUT ST., STE., 2500<br>DES MOINES, IA 50309-3989 | Claim Number: 7667<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|
| UNSECURED            Claimed: | $11,004.03 |

| COLLINS, WILLIAM A., JR., TRUSTEE<br>WILLIAM A. COLLINS, JR. REV. TRUST<br>7040 E. INDEPENDENCE BLVD.<br>CHARLOTTE, NC 28227-9419 | Claim Number: 7668<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $16,445.00 |

| TELEDIRECT INTERNATIONAL, INC<br>ATTN CINDI SCHULTZ, ACCOUNTING MANAGER<br>17255 N 82ND STREET<br>SCOTTSDALE, AZ 85255 | Claim Number: 7669<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|
| UNSECURED            Claimed: | $8,037.12 |

| COMMUNITY MAGAZINE<br>ATTN JACK COHEN, MANAGER<br>1616 OCEAN PKWY<br>BKLYN, NY 11223 | Claim Number: 7670<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED            Claimed: | $1,300.00 |

| SPJUT, WILLIAM T.<br>323 36TH ST., APT. A<br>MANHATTAN BEACH, CA 90266-3205 | Claim Number: 7671<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED            Claimed: | $924.99 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| BASS, K. BRYAN AND NANCY J.<br>196 MARINERS WAY<br>MOYOCK, NC 27958 | | Claim Number: 7672<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,321.00 |
| ADAMS, TIMOTHY A.<br>14548 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | | Claim Number: 7673<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,894.31 |
| COUNTY APPRAISAL SERVICES<br>ATTN KIM BOOKER, APPRAISER<br>19831 CARLISLE ROAD<br>APPLE VALLEY, CA 92307 | | Claim Number: 7674<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $625.00 |
| UNSECURED | Claimed: | $450.00 |
| TOTAL | Claimed: | $450.00 |
| JANNET H<br>7320 COLLEGE ST # 201<br>IRMO, SC 29063 | | Claim Number: 7675<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,641.04 |
| HUDLEY, JAMES P.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 7676<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $601.85 |
| SANDER, CHARLES G. JR.<br>22320 CLASSIC CT APT 238<br>BARRINGTON, IL 60010-5915 | | Claim Number: 7677<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,058.00 |
| GULIK, FRANK J.<br>321 W. HAMPSHIRE DR.<br>BLOOMINGDALE, IL 60108 | | Claim Number: 7678<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAKER, ROBERT
2712 PINEHURST
WESTON, FL 33332

Claim Number: 7679
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,325.50 |
|---|---|---|

---

ADAMS, TIMOTHY A.
14548 BIG BRUSH LANE
JACKSONVILLE, FL 32258

Claim Number: 7680
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,772.00 |
|---|---|---|

---

ADAMS, HEATHER E.
14548 BIG BRUSH LANE
JACKSONVILLE, FL 32258

Claim Number: 7681
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,782.96 |
|---|---|---|

---

ADAMS, TIM
14548 BIG BRUSH LANE
JACKSONVILLE, FL 32258

Claim Number: 7682
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,054.66 |
|---|---|---|

---

PORTER, RALPH
9007 INDIGO LK
SAN ANTONIO, TX 782451673

Claim Number: 7683
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,401.96 |
|---|---|---|

---

ACCESS TELEPHONE SOLUTIONS
ATTN MELISSA SCHNEIDER, SECRETARY/TREAS.
1475 - 130TH AVE NE
BELLEVUE, WA 98005

Claim Number: 7684
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,982.78 | Scheduled: | $245.03 |
|---|---|---|---|---|

---

REESE, SARA JO
5021 FRANCE AVENUE
CHARLESTON HEIGHTS, SC 29405

Claim Number: 7685
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HAUGEN, EUGENE D.<br>150 BRITTANY LANE<br>SEQUIM, WA 98382-9369 | | Claim Number: 7686<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,214.00 |
| THOMAS, MICHAEL<br>PSC 80 BOX 10288<br>APO, AP 96367 | | Claim Number: 7687<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,137.99 |
| NAHOOM, KERRY J.<br>PO BOX 2752<br>PONTE VEDRA BEACH, FL 32004 | | Claim Number: 7688<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $1,404.95 |
| APPRAISAL SERVICES MOLOKAI<br>ATTN ISA R. FOSTER, OWNER/APPRAISER<br>HC 01 BOX 104<br>KAUNAKAKAI, HI 96748 | | Claim Number: 7689<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $650.00 |
| EDITH M. WILMOTH TRUST<br>EDITH M. WILMOTH TTEE<br>16585 BORDEAUX LN.<br>HUNTINGTON BEACH, CA 92649 | | Claim Number: 7690<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,286.00 |
| KEYSER, TODD<br>483 BEACHSIDE DR<br>WESTERVILLE, OH 43081-3039 | | Claim Number: 7691<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,595.00 |
| FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>ATTN SCOTT A. CHERNICH<br>313 S WASHINGTON SQUARE<br>LANSING, MI 48933-2193 | | Claim Number: 7692<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $17,650.42 | Scheduled: | $17,650.42 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DULI, WOODROW W.<br>P.O. BOX 66069<br>ST. PETE BEACH, FL 33736 | Claim Number: 7693<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed: | $10,470.00 |

| ST. HILAIRE, MICHAEL<br>2315 HARBOUR OAKS DR.<br>LONGBOAT KEY, FL 34228 | Claim Number: 7694<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed: | $4,684.95 |

| FIELD, PHILIP J.<br>1379 NW 565<br>HOLDEN, MO 64040-9499 | Claim Number: 7695<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED           Claimed: | $8,250.00 |

| HOLLAND, THOMAS E.<br>16304 E. COGAN DR.<br>INDEPENDENCE, MO 64055 | Claim Number: 7696<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed: | $4,027.00 |

| DEO, ROSALIE A.<br>11409 W 72ND TERR<br>SHAWNEE, KS 66203-4319 | Claim Number: 7697<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED           Claimed: | $1,500.00 |

| GREGO, JOHN D.<br>309 COLUMBIA ST.<br>COHOES, NY 12047 | Claim Number: 7698<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED           Claimed: | $23,570.00 |

| PATRICK, GEORGE B. TTEE<br>D. EVELYN THORNLEY PATRICK TRUST B<br>U/A DTD 7/26/1994<br>481 SANTEE DRIVE<br>SANTEE, SC 29142 | Claim Number: 7699<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| SECURED           Claimed: | $0.00 |
| UNSECURED           Claimed: | $13,335.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PATRICK, G. BRYAN JR.<br>481 SANTEE DRIVE<br>SANTEE, SC 29142 | | Claim Number: 7700<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,038.22 |

---

| O'CONNOR, THOMS F. JR.<br>BENEFICIARY<br>MARGARET O'CONNOR DECEASED IRA<br>631 GREENWAY TERRACE<br>KANSAS CITY, MO 64113-1535 | | Claim Number: 7701<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

| MAST, ROGER & DONNA<br>1604 NE 60TH CIRCLE<br>KANSAS CITY, MO 64118 | | Claim Number: 7702<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

| ROBINSON, MAUREEN<br>P.O. BOX 203<br>21 CHPPEWA LOOP<br>BRANT LAKE, NY 12815 | | Claim Number: 7703<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $13,943.81 |

---

| RYAN, JOHN & JAMES W.<br>5348 W 150TH TER<br>OVERLAND PARK, KS 662243403 | | Claim Number: 7704<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $55,975.00 |

---

| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | | Claim Number: 7705<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 3696 (04/14/2008) |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| COLMAN, WILTON H. & MARJORIE J.<br>624 THE CAPE BLVD.<br>WILMINGTON, NC 28412 | | Claim Number: 7706<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,195.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PATRICK L RICE INC<br>ATTN PATRICK L RICE, PRESIDENT<br>PO BOX 1207<br>SPARKS, NV 89432-1207 | Claim Number: 7707<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,342.50 | |

| BELTRAN, MAGDALENA (MAGGIE)<br>1147 W GARDENA BLVD<br>GARDENA, CA 902474823 | Claim Number: 7708<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,624.61  CONT |

| MAGDALENO, ELIZABETH<br>403 HONEYSUCKLE<br>WAGONER, OK 74467 | Claim Number: 7709<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,846.00 | Scheduled: | $1,115.39  CONT |
| UNSECURED | Claimed: | $9,846.00 | |
| TOTAL | Claimed: | $9,846.00 | |

| JOHNSON, STANLEY K.<br>1117 DREXEL DR<br>DAVIS, AZ 85616 | Claim Number: 7710<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | |

| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | Claim Number: 7711<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $34,440.00 | |

| BLUME, BOYCE A. & HAZEL H.<br>500 SOUTH BENNETT ST<br>BURGAW, NC 28425 | Claim Number: 7712<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| IANNOTTA, JOSEPH<br>2356 EASTERN AVE<br>BELLMORE, NY 11710 | Claim Number: 7713<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,843.15 | Scheduled: | $1,846.15  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| DESERT PALACE, INC., DBA<br>CAESAR'S PALACE HOTEL & CASINO<br>3570 LAS VEGAS BLVD, S<br>LAS VEGAS, NV 89109 | Claim Number: 7714<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8959 (06/22/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500,000.00 | Scheduled: | $500,000.00 |
| WILLIAMS, JOHN HUNTER JR.<br>7502B ASHBY LANE<br>ALEXANDRIA, VA 22315 | Claim Number: 7715<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $178,479.39 | Scheduled: | $178,421.81 CONT |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | Claim Number: 7716<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| SECURED | Claimed: | $34,440.00 | | |
| GELBERG, BERNICE A.<br>34 JADEHALL RD<br>NEW GLOUCESTER, ME 04260 | Claim Number: 7717<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $1,452.50 | | |
| UNSECURED | Claimed: | $1,452.50 | | |
| TOTAL | Claimed: | $1,452.50 | | |
| KOSS, MARILYN J<br>150 SMETHWICK LANE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 7718<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $2,773.08 | Scheduled: | $4,159.62 CONT |
| CASH, GLENDA - TRUSTEE<br>GLENDA CASH TRUST DTD 4/24/1997<br>5431 LOCUST STREET<br>CHINO, CA 91710 | Claim Number: 7719<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,571.00 | | |
| 84 LUMBER COMPANY  2006CV0468<br>MASON, SCHILLING & MASON, CO, LPA<br>11340 MONTGOMERY ROAD, SUITE 210<br>CINCINATTI, OH 45249 | Claim Number: 7720<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 10207 (10/07/2011) | | | |
| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $0.00 UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REEG, BRIAN C
5169 HERITAGE DR
CONCORD, CA 94521

Claim Number: 7721
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $61,664.66 | Scheduled: | $61,330.13 CONT |

REEG, BRIAN
5169 HERITAGE DR
CONCORD, CA 94521

Claim Number: 7722
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $63,783.82 |

BEISINGER, LARRY E.
PO BOX 461
GREENWOOD, IN 46142-0461

Claim Number: 7723
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $315,071.00 |

MANN ENTERPRISES
ATTN ROBERT KIESL, PRESIDENT
1440 CORAL RIDGE DR #341
CORAL SPRINGS, FL 33071

Claim Number: 7724
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,124.36 | Scheduled: | $636.97 |

PELICAN II, LLC
5 PALMWOOD SR
TYBEE ISLAND, GA 313289716

Claim Number: 7725
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

INTER-TEL TECHNOLOGIES, INC
C/O LEGAL DEPARTMENT - DIANE CLINE
7300 W BOSTON ST
CHANDLER, AZ 85226

Claim Number: 7726
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,866.68 |

DAHM, STEFANIE N.
IRA E TRADE CUSTODIAN
13917 W 156 LN
OLATHE, KS 66062

Claim Number: 7727
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $977.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DAHM, CHARLES E.
IRA E TRADE CUSTODIAN
13917 W 156 LN
OLATHE, KS 66062

Claim Number: 7728
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,973.00 |
|-----------|----------|-----------|

---

HIGHWOODS PROPERTIES, INC.
C/O SCOTT P VAUGHN
HELMS MULLISS & WICKER, PLLC
PO BOX 31247
CHARLOTTE, NC 28231

Claim Number: 7729
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $14,344.40 |
|-----------|----------|-----------|

---

UNIGLOBE AT BEST TRAVEL, INC
111 HOWARD BLVD
SUITE 210
MT. ARLINGTON, NJ 07856

Claim Number: 7730
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,707.00 |
|-----------|----------|-----------|

---

BELLPORT, BARRY
3484 SPRINGMILL COURT
LAFAYETTE, CA 94549-2333

Claim Number: 7731
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

MEADOR, JAMES DR.
RANCH LA QUINTA C.C.
78-775 RIO SECO
LA QUINTA, CA 92253-6413

Claim Number: 7732
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

LUCIER, MARY LEE
301 W HILLSALE BLVD
SAN MATEO, CA 94403-4219

Claim Number: 7733
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

DRAHER, ELAINE H
1624 OAKVIEW AVENUE
KENSINGTON, CA 94707-1222

Claim Number: 7734
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | Claim Number: 7735<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,734.96 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83,734.50 | Scheduled: | $83,556.71 CONT |

---

| THELEN REID BROWN RAYSMAN & STEINER LLP<br>ATTN LOUIS J CISZ, III<br>MARCUS O COLABIANCHI<br>101 SECOND STREET #1800<br>SAN FRANCISCO, CA 94105 | Claim Number: 7736<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $3,027.90 |
|---|---|---|

---

| WILLIAMSON, BRIAN<br>12840 SW ALTO PARK RD<br>LAKE OSWEGO, OR 97034-1581 | Claim Number: 7737<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,370.00 |
|---|---|---|

---

| E.E.C.O. ELECTRIC CORP.<br>35650 COUNTY ROAD 48<br>PECONIC, NY 11958 | Claim Number: 7738<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8493 (01/12/2009) | | |
|---|---|---|---|

| SECURED | Claimed: | $97,649.69 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $97,649.69 |

---

| SOLOMON & TANENBAUM<br>ATTN CLIFFORD M SOLOMAN, PRESIDENT<br>707 WESTCHESTER AVENUE, SUITE 205<br>WHITE PLAINS, NY 10604 | Claim Number: 7739<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $20,275.95 |
|---|---|---|

---

| ORACLE, USA INC, SUCCESSOR IN INTEREST<br>TO ORACLE CORPORATION<br>BUCHALTER NEMER C/O SHAWN CHRISTIANSON<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | Claim Number: 7740<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $45,407.20 |
|---|---|---|

---

| AHM BORROWER NO. 1001819356<br>C/O MARY E GOULET, ESQ<br>WHITHAM CURTIS CHRISTOFFERSON & COOK, PC<br>11491 SUNSET HILLS RD, STE 340<br>RESTON, VA 20190 | Claim Number: 7741<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $246,213.00   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

Claim Number: 7742
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $3,127.41 | | |
| UNSECURED | Claimed: | $20,991.40 | Scheduled: | $71.27 |

---

EZEE TRADE
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND, 2232
NSW AUSTRALIA

Claim Number: 7743
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

MCGOWEN, MARK
54 SWEETBRIAR TRAIL
EASTON, CT 06612

Claim Number: 7744
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,893.42 | CONT |
| UNSECURED | Claimed: | $138,696.00 | Scheduled: | $139,909.02 | CONT |

---

HOMES ON THE HILL COMMUNITY DEVELOPMENT CORPORATION
4318 WESTLAND MALL
COLUMBUS, OH 43228-1629

Claim Number: 7745
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,300.00 |

---

PATRICK MANLEY FREYA DENITTO SHAWN ONEIL
CHRISTIAN KOHL & T MARINOVICH 04CV-08606
DAN GETMAN, LAW OFFICE OF DAN GETMAN
9 PARADIES LANE
NEW PALTZ, NY 12561

Claim Number: 7746
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,651,254.79 | Scheduled: | $0.00 | UNLIQ |

---

ZODINS SUPERANNUATION FUND
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND, 2232
NSW AUSTRALIA

Claim Number: 7747
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |

---

MCCALLA RAYMER, LLC
ATTN JOHN D SCHLOTTER, ESQ
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

Claim Number: 7748
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,236.32 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COLLIER-LEE APPRAISAL,INC
2390 KINGS LAKE BLVD
NAPLES, FL 34112-2307

Claim Number: 7749
Claim Date: 01/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $5,525.00 |
|---|---|---|

WEVALUEIT, INC
ATTN SUSAN PRIORE, PRESIDENT
PO BOX 217
MOUNTAIN LAKES, NJ 07046-0217

Claim Number: 7750
Claim Date: 01/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $6,297.80 |
|---|---|---|

TILTON, FRANK W.
BOX 944
NASHVILLE, IN 47448

Claim Number: 7751
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

AGOSTINI, ROBERT J
88 ETNA ST
BRIGHTON, MA 021352830

Claim Number: 7752
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $787.50 | Scheduled: | $787.50  CONT |
|---|---|---|---|---|

EDWARDS, BERNARD
224 STONINGTON DRIVE
MARTINEZ, GA 30907

Claim Number: 7753
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CARD, THERESA
2913 BOULDER RIDGE TR
MILFORD, MI 48380

Claim Number: 7754
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $384.62 |
|---|---|---|

QIN, HUIMING
C/O JING LU
3910 BOUNTIFUL CREST LN.
SUGAR LAND, TX 77479

Claim Number: 7755
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,364.11 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SWEATT, JAMES L.<br>7402 STONEHAVEN DR<br>WAXHAW, NC 28173 | | Claim Number: 7756<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,462.98 | | |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC<br>F/K/A SUN TRUST ASSET FUNDING, LLC<br>C/O MADISON L MARTIN - STITES & HARBISON<br>401 COMMERCE STREET, STE 800<br>NASHVILLE, TN 37219 | | Claim Number: 7757<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8299 (11/13/2009) | | |
| UNSECURED | Claimed: | $18,613,685.00 | | |
| NASH PRINTING D/B/A SIR SPEEDY<br>OF PLAINVIEW/ATTN MATTHEW V. SPERO, ESQ<br>C/O RUSKIN MOSCOU FALTISCHEK, PC<br>1425 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 7758<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $515,134.51 | Scheduled: | $45,321.66 |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP<br>C/O MICHAEL S GREGER/JAMES A TIMKO ESQS<br>ALLEN MATKINS LECK GAMBLE MALLORY &<br>NATSIS LLP - 1900 MAIN ST, FIFTH FL<br>IRVINE, CA 92614-7321 | | Claim Number: 7759<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $11,806.90 | | |
| UNSECURED | Claimed: | $156,706.56 | | |
| MARK YOUNG APPRAISALS<br>ATTN MARK YOUNG<br>5 NEWMAN DR<br>BELLEVILLE, IL 62223 | | Claim Number: 7760<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,350.00 | | |
| CERTIFIED APPRAISAL SERVICE<br>ATTN ELBERT CECIL WRIGHT, OWNER<br>97 TOLLGATE TRAIL<br>LONGWOOD, FL 32750 | | Claim Number: 7761<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| UNSECURED | Claimed: | $10,945.00 | Scheduled: | $2,520.00 |
| ROBERT SCHERMAN & ASSOCIATES<br>ATTN ROBERT J SCHERMAN<br>5700 HARROW GLEN CT<br>GALENA, OH 43021 | | Claim Number: 7762<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $6,975.00 | Scheduled: | $5,725.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SWEARINGEN REALTY GROUP, LLC<br>ATTN: GRANVILLE JENKINS<br>5950 BERKSHIRE LANE #700<br>DALLAS, TX 75225 | Claim Number: 7763<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $15,036.91 | Scheduled: | $15,036.91 |
|---|---|---|---|---|

| M.H. ALBERT & ASSOCIATES<br>6169 UPPER YORK ROAD<br>NEW HOPE, PA 18938 | Claim Number: 7764<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $2,390.00 |
|---|---|---|

| STOCKTON, LINDA D.<br>504 W. ORCHARD LN.<br>GREENWOOD, IN 46142 | Claim Number: 7765<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $5,900.00 |
|---|---|---|

| SCHOLLMEYER, LISA<br>493 CARLLS PATH<br>DEER PARK, NY 11729 | Claim Number: 7766<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $825.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $825.00 | | |

| WALLACH, JAY H.<br>7 NUTMEG COURT<br>EDISON, NJ 08820 | Claim Number: 7767<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HALSTATER, BRUCE<br>62 SOMERSET RD<br>NORWOOD, NJ 07648-1912 | Claim Number: 7768<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HALSTATER, BRUCE<br>62 SOMERSET RD<br>NORWOOD, NJ 07648-1912 | Claim Number: 7769<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JORGENSEN, ANNE MARIE<br>5013 63RD ST<br>WOODSIDE, NY 11377-5835 | | Claim Number: 7770<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,255.77 | Scheduled: | $7,234.81 CONT |

| DUARTE, DEBORAH<br>504 MARTHA AVE<br>BELLPORT, NY 11713 | | Claim Number: 7771<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $568.46 | Scheduled: | $568.46 CONT |
| UNSECURED | Claimed: | $568.46 | | |
| TOTAL | Claimed: | $568.46 | | |

| DECKER, HELEN<br>9199 NW 1ST ST<br>CORAL SPRINGS, FL 33071 | | Claim Number: 7772<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,830.50 | |

| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | | Claim Number: 7773<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,376.92 | Scheduled: | $2,376.92 CONT |

| KATANOV, IGOR<br>10244 63RD AVE<br>FOREST HILLS, NY 11375-1046 | | Claim Number: 7774<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,561.54   UNDET | Scheduled: | $1,561.54 CONT |

| VAN HOUCK, JASON V<br>1101 MCGEE DR<br>RENO, NV 89523 | | Claim Number: 7775<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,255.39 | Scheduled: | $1,255.39 CONT |

| SOGLO, MICHELLE<br>1407 MOONLIGHT DR<br>CANTONMENT, FL 32533-7735 | | Claim Number: 7776<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $346.08 | Scheduled: | $692.16 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| JOHNSON, STAN<br>465 LYNBROOKE RD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7777<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,861.55 |
| BENTIVEGNA, DOM<br>446 LARCHWOOD RD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7778<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,619.44 |
| MARINO, RICHARD<br>107 W SYLVAN<br>MORTON, PA 19070 | | Claim Number: 7779<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,133.23 |
| GOLDBERG, ANITA<br>515 SALEM WAY<br>GALLOWAY, NJ 08204 | | Claim Number: 7780<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROBERTELLO, JAMES & LINDA<br>580 PATTEN AVE #60<br>LONG BRANCH, NJ 07740 | | Claim Number: 7781<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,372.95 |
| ROBERTELLO, JAMES & LINDA<br>580 PATTEN AVE #60<br>LONG BRANCH, NJ 07740 | | Claim Number: 7782<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,808.95 |
| OCCHIOGROSSO, COSMO<br>1 STONEHAM CT<br>BRICK, NJ 08724 | | Claim Number: 7783<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,157.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LUC, TRUONG VAN<br>524 ALPINE ST AP 1<br>LOS ANGELES, CA 90012 | | Claim Number: 7784<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,700.00 | | |

---

| YU, XINYI CINDY<br>4 RENEE CT<br>EDISON, NJ 08820 | | Claim Number: 7785<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,880.61 | | |

---

| BELTRAN, MAGDALENA (MAGGIE)<br>1040 EAST WASHINGTON<br>BLVD NUM 24<br>ESCONDIDO, CA 92027 | | Claim Number: 7786<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT |

---

| RAMAN, SHANKAR<br>70 REVERE ST<br>APT 9<br>BOSTON, MA 02114 | | Claim Number: 7787<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,882.48 | | |

---

| ALASSANDRO, DIANA T & CHRISTINA A ROCHE<br>25 SUNRISE TERRACE<br>CLIFTON PARK, NY 12065 | | Claim Number: 7788<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,843.35 | |
| UNSECURED | Claimed: | $3,843.35 | |
| TOTAL | Claimed: | $3,843.35 | |

---

| LYTWYN, P. PETER<br>960 BERGER RD<br>EASTON, PA 18042 | | Claim Number: 7789<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9677 (01/19/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,840.18 | |

---

| JACOVINO, ANN<br>36 MAPLEWOOD AVE<br>W HARTFORD, CT 06119 | | Claim Number: 7790<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,656.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

YOTLEY, ALAN
AG EDWARDS & SONS C/F
5332 OXFORD DRIVE
APT 104
MECHANICSBURG, PA 17055-4434

Claim Number: 7791
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $608.02 |

---

WANG, HU
2 PEMBROOK DRIVE
STONY BROOK, NY 11790

Claim Number: 7792
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,987.85 |

---

BORACK, SARI
56 VINEYARD CT
MONROE TWP, NJ 08831-5303

Claim Number: 7793
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,856.00 |

---

REICHE, DONNA J. GARZINSKY - IRA
RBC DAIN RAUSCHER CUSTODIAN
5 POTTER LANE
WHARTON, NJ 07885

Claim Number: 7794
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,321.18 |

---

WILLIAMS, DAVID Z.
9809 LAKEMONT DR
DALLAS, TX 75220

Claim Number: 7795
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $980.00 |
| UNSECURED | Claimed: | $980.00 |
| TOTAL | Claimed: | $980.00 |

---

RENEHAN, MICHELE (WILLIAMS)
9809 LAKEMONT DR
DALLAS, TX 75220

Claim Number: 7796
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $576.80 |
| UNSECURED | Claimed: | $576.80 |
| TOTAL | Claimed: | $576.80 |

---

ENDERBY, DEBORAH
10 RIDGEFIELD DR.
SHOREHAM, NY 11786

Claim Number: 7797
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAW, BYRON
17605 JEFFERSON HWY, BLDG A6
BATON ROUGE, LA 70817

Claim Number: 7798
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,715.43 |

---

MARCANO, ANGELICA
426 TAMARIND PARKE LN
KISSIMMEE, FL 34758-3635

Claim Number: 7799
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,500.00 |

---

MARCANO, ANGELICA F
426 TAMARIND PARKE LN
KISSIMMEE, FL 347583635

Claim Number: 7800
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,500.00 | | $2,087.77 CONT |

---

PERKINS, SAM G. & CONNIE E., JTWROS
775 LONGBOAT CLUB RD
UNIT PH-7
LONGBOAT KEY, FL 34228

Claim Number: 7801
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $25,000.00 |

---

KELLEY, TIMOTHY R.
2934 JONES ST
SIOUX CITY, IA 51104

Claim Number: 7802
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,982.50 |

---

BLEYMAN, WALTER
20 RUSFIELD DR
GLENMONT, NY 12077

Claim Number: 7803
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $11,833.71 |

---

BLEYMAN, WALTER
20 RUSFIELD DR
GLENMONT, NY 12077

Claim Number: 7804
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $38,199.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SCHLANGE, JOANNE E<br>455 N MESA ST<br>SUSANVILLE, CA 96130 | | Claim Number: 7805<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $498.87 |
| CECCUCCI, ROBERT<br>6 BAKER AVENUE<br>COHOES, NY 12047 | | Claim Number: 7806<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,958.63 |
| CECCUCCI, ROBERT & JANE<br>6 BAKER AVENUE<br>COHOES, NY 12047 | | Claim Number: 7807<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,347.26 |
| SPECTOR, D & M, TRUSTEES<br>MORRIS SPECTOR M.D. PA RET PLAN<br>U/A DTD 01/01/92<br>PO BOX 15273<br>SAN ANTONIO, TX 78212 | | Claim Number: 7808<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,000.00 |
| SPECTOR INVESTMENTS, I.P.<br>ATTN M SPECTOR<br>PO BOX 15273<br>SAN ANTONIO, TX 78212 | | Claim Number: 7809<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,000.00 |
| HAN, PATRICIA<br>7621 KILMICHAEL LN<br>DALLAS, TX 752482340 | | Claim Number: 7810<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HAN, CHIEN-JIN<br>7621 KILMICHAEL LN<br>DALLAS, TX 752482340 | | Claim Number: 7811<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ORTIZ-CLIFFORD, SANDRA
344 TREMONT RD
LINDENHURST, NY 11757

Claim Number: 7812
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | | $261.18 CONT |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $173.65 | | | |

---

INLAND WESTERN BRADENTON BEACHWAY, LLC
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7813
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
SEND NOTICES TO:

| SECURED | Claimed: | $6,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $47,475.14 |

---

IMPAC FUNDING CORPORATION
ATTN STEPHEN WICHMANN
19500 JAMBOREE ROAD
IRVINE, CA 92612

Claim Number: 7814
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 9861 (03/17/2011)

| UNSECURED | Claimed: | $63,000,000.00 |
|---|---|---|

---

KATZ, RHONDA
14 STRATFORD CT
NORTH BELLMORE, NY 11710

Claim Number: 7815
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $2,961.54 CONT |
|---|---|---|---|---|

---

CHOWDHURY, KAMRUL HASAN
714 BARCLAY RD
TROY, MI 48085

Claim Number: 7816
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,419.49 |
|---|---|---|

---

SING, GURKAMAL
37 MUIRFIELD COURT
PITTSFORD, NY 14534

Claim Number: 7817
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $17,133.00 |
|---|---|---|

---

ENG, YUEN SAU FREDA & YEE SHOU
27, WHITE HOUSE DRIVE
POQUOSON, VA 23662

Claim Number: 7818
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCHWARTZ, CYNTHIA & LEONARD<br>103 TAYLOR COURT<br>LOCUST GROVE, VA 22508 | Claim Number: 7819<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $32,580.99 |
|---|---|---|

---

| ALESSANDRO, DIANA<br>25 SUNRISE TERRACE<br>CLIFTON PARK, NY 12065 | Claim Number: 7820<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $6,175.20 |
|---|---|---|
| UNSECURED | Claimed: | $6,175.20 |
| TOTAL | Claimed: | $6,175.20 |

---

| BELLEZZA, VALERIE<br>56 VINEYARD CT<br>MONROE TWP, NJ 08831-5303 | Claim Number: 7821<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $34,277.95 |
|---|---|---|

---

| STELDT, PAUL M. & MARIANN M.<br>30331 SARATOGA LN<br>BOERNE, TX 78015-4250 | Claim Number: 7822<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $144,172.38 |
|---|---|---|

---

| LUSINK FAMILY TRUST<br>RICHARD E LUSHINK TR.<br>2972 MANZANITA VIEW ROAD<br>ALPINE, CA 91901 | Claim Number: 7823<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $27,139.96 |
|---|---|---|

---

| REESE, FRED<br>143 NORTH POINT BLVD<br>MOYOCK, NC 27958 | Claim Number: 7824<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,288.00 |
|---|---|---|

---

| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | Claim Number: 7825<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $13,033.50 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JOHNSON, BEVERLY<br>509 W. NATHAN STREET<br>LAKE CRYSTAL, MN 56055 | Claim Number: 7826<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $3,814.46 | |
| | | Scheduled: | $300.00 |

---

| SIMON, BABETTE, TTEE UNDER REV TRUST<br>4872 N CITATION DR<br>APT 101<br>DELRAY BEACH, FL 334456550 | Claim Number: 7827<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | Claim Number: 7828<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $289.95 |
|---|---|---|

---

| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | Claim Number: 7829<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $225.00 |
|---|---|---|

---

| MISEK, STEVAN A & WENDY L<br>JOINT TENNANTS W/ RIGHTS OF SURVIVORSHIP<br>68 FULLAM HILL ROAD<br>FITZWILLIAM, NH 03447 | Claim Number: 7830<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,935.00 |
|---|---|---|

---

| MAKAR, MONICA & MATT<br>1919 TINNISWOOD CRT<br>KAMLOOPS, BC V2E 2K5<br>CANADA | Claim Number: 7831<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

---

| ESKRIDGE, JOHN A & THOMASA L, JT TEN<br>227 W LOSEY ST<br>GALESBURG, IL 61401 | Claim Number: 7832<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $7,262.90 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| IMWOLD, DONALD J.<br>1109 LONGBROOK ROAD<br>LUTHERVILLE, MD 21093 | | Claim Number: 7833<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| BOYLE, JOHN J.<br>31 OLD STATE ROAD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7834<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SCOTT R LEGENDRE &<br>KATHELLEN M LEGENDRE JT TEN<br>2 EASTWAY ROAD APT M<br>GREENBELT, MD 20770-0770 | | Claim Number: 7835<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $23.66 |
| PRICKETT, HAROLD & CAROL<br>910 HAND AVE<br>CAPE MAY COURT HOUSE, NJ 08210 | | Claim Number: 7836<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STAINO, LAURA<br>31 BENNINGTON WAY<br>WEST CREEK, NJ 08092 | | Claim Number: 7837<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $624.41 |
| DENSLOW, CHRISTOPHER W.<br>2306 S ARTHUR LP<br>KENNEWICK, WA 99338 | | Claim Number: 7838<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,567.00 |
| BURR, JEFFREY<br>1007 WHITE BIRCH DRIVE<br>NEWARK, DE 19713 | | Claim Number: 7839<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,224.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TUM-SUDEN, IRENE M
IRA R/O ETRADE CUSTODIAN
215 HART BLVD APT 2G
STATEN ISLAND, NY 10301-3467

Claim Number: 7840
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,959.60 | |

---

ADAMN LAND CO.
ATTN WALTER KANN, PRESIDENT
5 ADORACION COURT
HOT SPRINGS VILLAGE, AR 71909

Claim Number: 7841
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,163.69 | |
| UNSECURED | Claimed: | $7,163.69 | |
| TOTAL | Claimed: | $7,163.69 | |

---

POOLE, DANNY & LAWANDA INGRAM
246 GREEN SHADOW RD SE
CLEVELAND, TN 37323

Claim Number: 7842
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $4,719.94 | |

---

BOYLE, BEVERLY
32 HEMLOCK DRIVE
PARLIN, NJ 08859

Claim Number: 7843
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $164.75 | Scheduled: | $1,250.00 CONT |
| UNSECURED | Claimed: | $164.75 | | |
| TOTAL | Claimed: | $164.75 | | |

---

MCCLELLAND, WAYNE T
4201 SHADY BCH
SENECA FALLS, NY 13148

Claim Number: 7844
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

JOHNSTON, THOMAS R
23 CHAMPNEY PLACE
LAGUNA NIGUEL, CA 92677

Claim Number: 7845
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,080.54 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

WHITE, BETH E
5377 SW 40 AVE
APT 104
FORT LAUDERDALE, FL 33314

Claim Number: 7846
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $998.31 | Scheduled: | $1,369.56 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| EGLINTON, GARY S (SCOTT)<br>2887 S GREENLEAF CIR<br>BOYNTON BEACH, FL 33426 | | Claim Number: 7847<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,144.62 CONT |
| BASHA, JAASMINE O.<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021-5209 | | Claim Number: 7848<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $26,618.00 | | |
| VARGAS, MARIANNE A<br>7392 SWEET CLOVER<br>COLUMBIA, MD 21045 | | Claim Number: 7849<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
| PRIORITY | Claimed: | $3,800.00 | Scheduled: | $3,800.00 CONT |
| SMITH, SHANTA N.<br>675 COMMANDER AVE<br>WEST BABYLON, NY 11704 | | Claim Number: 7850<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,528.80 | Scheduled: | $1,615.39 CONT |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7851<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $757,598.63 | | |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7852<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8009 (09/04/2009) | | |
| UNSECURED | Claimed: | $750,351.20 | Scheduled: | $747,161.88 CONT |
| CLARKE, TOM J<br>2 TERRY LANE<br>COMMACK, NY 11725 | | Claim Number: 7853<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $3,807.69 | Scheduled: | $3,807.69 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

Claim Number: 7854
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 8009 (09/04/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $203,177.00 | |

---

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

Claim Number: 7855
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $258,180.97 | |

---

HUBER, CHANDA L
49129 PLUMA GRIS PL
COACHELLA, CA 922365485

Claim Number: 7856
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,038.46 | Scheduled: | $1,038.46  CONT |

---

EFIRD CORPORATION OF NC, THE
ATTN TAMMY L GARLOCK, VP
528 EAST BLVD
CHARLOTTE, NC 28203

Claim Number: 7857
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | |

---

YUNKER, ROBERT D.
P.O. BOX 278
HAYS, KS 67601-0278

Claim Number: 7858
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,944.00 | |

---

CRAGHOLM, RACHEL K.
2704 ENTRADA CIRCLE
ANTIOCH, CA 94509

Claim Number: 7859
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $767.36 | Scheduled: | $767.36  CONT |
| UNSECURED | Claimed: | $71.70 | | |

---

MCCANN, SCOTT C.
183 S. MINGES RD
BATTLE CREEK, MI 49015

Claim Number: 7860
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,282.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BREVITZ, R. BRUCE
10 OAKSIDE DRIVE
BATTLE CREEK, MI 49015

Claim Number: 7861
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $88,492.50 |
|---|---|---|

---

BREVITZ, R. BRUCE
10 OAKSIDE DRIVE
BATTLE CREEK, MI 49015

Claim Number: 7862
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $88,621.02 |
|---|---|---|

---

SHIELDS MARIANNE
2624 S HATCH
SPOKANE, WA 99220

Claim Number: 7863
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| PRIORITY | | | Scheduled: | $325.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | | |

---

ACADIANA'S OFFICE PRODUCTS
ATTN JOHN A. MARTIN
P.O. BOX 61748
LAFAYETTE, LA 70596

Claim Number: 7864
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $23,585.04 |
|---|---|---|

---

REILLY, SANDRA G.
7 1/2 FRIENDS AVE
MEDFORD, NJ 08055

Claim Number: 7865
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

REILLY, SANDRA G.
7 1/2 FRIENDS AV
MEDFORD, NJ 08035

Claim Number: 7866
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

---

REILLY, SANDRA G.
7 1/2 FRIENDS AVE
MEDFORD, NJ 08055

Claim Number: 7867
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ADLER, PARIS DIAMOND<br>EDWARD R. ADLER, CUSTODIAN<br>2328 W. THOMAS ST.<br>CHICAGO, IL 60622 | Claim Number: 7868<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| WILLIAM/JOAN D ADLER LIVING TRUST<br>UA 6/1/92<br>874 YORKCHESTER DDR APT 150<br>HOUSTON, TX 77079-3441 | Claim Number: 7869<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $18,895.00 |
|---|---|---|

| NINO, ANA V (VANESA)<br>1232 9TH ST<br>WEST BABYLON, NY 11704 | Claim Number: 7870<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $1,759.79 | Scheduled: | $1,759.79 CONT |
|---|---|---|---|---|

| GATEWAY CHULA VISTA<br>333 "H" STREET<br>SUITE 6000<br>CHULA VISTA, CA 91910 | Claim Number: 7871<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $179,235.18 |
|---|---|---|

| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | Claim Number: 7872<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $117,635.15 | Scheduled: | $117,230.20 CONT |

| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | Claim Number: 7873<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $117,230.00 |

| OPTION DIRECT<br>ATTN MORTON A.<br>610 NE 173RD TERRACE<br>MIAMI, FL 33317 | Claim Number: 7874<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $43,448.04 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POSNER, IRA
3080 NORTH 34TH STREET
HOLLYWOOD, FL 33021-2624

Claim Number: 7875
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $60,729.50 |
|---|---|---|

---

KORO, KEVIN
515 E. LAS OLAS BLVD SUITE 1200
ATTN: SCOTT RAMO, ADVISOR
FT. LAUDERDALE, FL 33301-4203

Claim Number: 7876
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $4,274.11 |
|---|---|---|

---

TURNER, IRVING
515 E. LAS OLAS BLVD SUITE 1200
ATTN: SCOTT RAMO, ADVISOR
FT. LAUDERDALE, FL 33301-4203

Claim Number: 7877
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,255.01 |
|---|---|---|

---

WILSON, MATTHEW & JANICE
515 E. LAS OLAS BLVD. SUITE 1200
ATTN: SCOTT RAMO, ADVISOR
FT. LAUDERDALE, FL 33301-4203

Claim Number: 7878
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,156.24 |
|---|---|---|

---

RAMO, MARILYN
515 E. LAS OLAS BLVD SUITE 1200
ATTN: SCOTT RAMO ADVISOR
FT. LAUDERDALE, FL 33301-4203

Claim Number: 7879
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,508.57 |
|---|---|---|

---

AROLL, MORTY & SHOSHANA
610 NE 173RD TERRACE
N. MIAMI BEACH, FL 33162-2040

Claim Number: 7880
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,656.03 |
|---|---|---|

---

SALTZMAN, RONALD
10664 FAWN RIVER TRAIL
BOYNTON BEACH, FL 33437-3996

Claim Number: 7881
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $39,827.57 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

PHILBEE, RICK A
4465 DOENGES DR
FORT WAYNE, IN 46815

Claim Number: 7882
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,346.52 | Scheduled: | $1,346.52 CONT |
|---|---|---|---|---|

LEAVITT, JOHN W., TRUSTEE
JOHN W. LEAVITT LIVING TRUST
U/A DTD 05-03-1995
201 CRESTVIEW - PO BOX 666
MARCUS, IA 51035

Claim Number: 7883
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,995.95 |
|---|---|---|

COCHRRAN, ROBERT E. AND CAROL A.
2725 SUTTON COURT
FORT COLLINS, CO 80526

Claim Number: 7884
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $415.00 |
|---|---|---|

COCHRAN, ROBERT E.
2725 SUTTON COURT
FORT COLLINS, CO 80526

Claim Number: 7885
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,345.00 |
|---|---|---|

COCHRAN, ROBERT AND CAROL
2725 SUTTON CT
FORT COLLINS, CO 80526

Claim Number: 7886
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $907.00 |
|---|---|---|

COCHRAN, JULIE MICHELLE
1227 SAINT JOHN PL
FORT COLLINS, CO 805258803

Claim Number: 7887
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,710.50 |
|---|---|---|

DELUCA, THERESA J.
38A ETHAN ALLEN DR
MONROE TWNSP., NJ 08831

Claim Number: 7888
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,030.66 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STILLWELL, DAVID<br>16 BERKSHIRE DR.<br>CLIFTON PARK, NY 12065 | Claim Number: 7889<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,729.80 | |

---

| DICOSTANZO, CHRISTINE<br>PO BOX 243<br>HUNTINGTON STA, NY 11746 | Claim Number: 7890<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,461.52 | Scheduled: $2,461.52 CONT |

---

| DOLAN, MICHAEL F<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | Claim Number: 7891<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,000.00 | Scheduled: $10,230.77 CONT |

---

| BENEBIG, PATRICIA<br>225 ETHEL LANE # 6<br>CLARKSVILLE, IN 47129-1800 | Claim Number: 7892<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,054.89 | |

---

| STERN, JOYCE<br>515 E 79TH ST APT 18F<br>NEW YORK, NY 10075-0784 | Claim Number: 7893<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $70,130.00 | |

---

| STERN, JOYCE & GOLDBERG, JANE<br>515 E 79TH ST APT 18F<br>NEW YORK, NY 10075-0784 | Claim Number: 7894<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,430.50 | |

---

| MCMILLAN, LOIS L.<br>26286 COLUMBUS DR<br>SUN CITY, CA 92586 | Claim Number: 7895<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $5,000.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GULIK, FRANK
153 ROSE DRIVE
BLOOMINGDALE, IL 60108

Claim Number: 7896
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GOLDMAN, ALINA
4620 N PARK AVE APT 608W
CHEVY CHASE, MD 208154583

Claim Number: 7897
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $22,000.00 |
|---|---|---|

---

JARRARD, THOMAS A.
6358 KILLOE ROAD
BALDWINSVILLE, NY 13027

Claim Number: 7898
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,563.97 |
|---|---|---|

---

BROWN, ROBERT J. R/O IRA
FCC AS CUSTODIAN
37 WOODCLIFF TERRACE
FAIRPORT, NY 14450-4208

Claim Number: 7899
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $22,372.90 |
|---|---|---|

---

SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.
JTWROS
120 DAVIS DR
WILLIAMSBURG, VA 23185

Claim Number: 7900
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $17,224.80 |
|---|---|---|
| UNSECURED | Claimed: | $17,224.80 |
| TOTAL | Claimed: | $17,224.80 |

---

ECCLES, IRMA
18 EVE PLACE
TOMS RIVER, NJ 08757

Claim Number: 7901
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,143.00 |
|---|---|---|

---

KREAMER, STEVEN
4855 PARKER RD.
HAMBURG, NY 14075

Claim Number: 7902
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $56,733.96 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WALSH, JAMES E. & CLAIRE E. TTEES<br>FBO WALSH FAMILY TR U/A/D 2/09/01<br>6050 SE FRANKLIN PL<br>HOBE SOUND, FL 33455-7301 | Claim Number: 7903<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $26,874.40 |
|---|---|---|

| VIRGINIA DEPARTMENT OF TAXATION<br>ATTN MARK K. AMES<br>P.O. BOX 2156<br>RICHMOND, VA 23261 | Claim Number: 7904<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| PRIORITY | Claimed: | $9,513.93 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| HUMMEL, JEFFREY W. AND K. COLLEEN<br>13839 SPRINGSTONE DR.<br>CLIFTON, VA 20124-2363 | Claim Number: 7905<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,443.00 |
|---|---|---|

| DREVS, SYLVA E.<br>1419 NORTH BRIGHTON STREET<br>BURBANK, CA 91506 | Claim Number: 7906<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | Claim Number: 7907<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $2,884.62 |
|---|---|---|

| NICOL, MARIO T. AND GIANNI, NANCY J.<br>JT TEN<br>57 CHERRY STREET<br>JERSEY CITY, NJ 07305-4818 | Claim Number: 7908<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | Claim Number: 7909<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $4,417.07 | Scheduled: | $4,417.07 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 7910<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $322.20 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC.<br>DBA EMPIRE BLUE CROSS BLUE SHIELD<br>ATTN LOUIS BENZA, ESQ.<br>15 METRO TECH CENTERC 6TH FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 7911<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) |
| UNSECURED | Claimed: | $0.00    UNDET |
| BERKOWITZ, CYRIL (IRA)<br>FCC AS CUSTODIAN<br>304 VICTORIA WAY<br>RICHMOND, VA 23238 | | Claim Number: 7912<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,174.88 |
| BERKOWITZ, CYRIL M. & DEE A.<br>JT TEN<br>304 VICTORIA WAY<br>RICHMOND, VA 23238 | | Claim Number: 7913<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,173.48 |
| TINSLEY, G. WARREN<br>8176 TAVERN KEEPERS WAY<br>MECHANICSVILLE, VA 23111 | | Claim Number: 7914<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,544.66 |
| KENNEY, CHARLES H. & JO LEE<br>3908 HANOVER AVENUE<br>RICHMOND, VA 23221 | | Claim Number: 7915<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,491.00 |
| WEBSTER, ROBERT A. & MARY C.<br>P.O. BOX 179<br>ETNA GREEN, IN 46524 | | Claim Number: 7916<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,536.33 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| TINNELL, L. AMOS & FRANCES<br>121 ELIZABETH BROOK DRIVE<br>DAVIDSON, NC 28036 | | Claim Number: 7917<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $16,139.25 | | | |
| SMITH, KRISTOPHER<br>129 PEARL ST<br>BATAVIA, NY 140202913 | | Claim Number: 7918<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $730.44 | | | |
| SMITH, KRISTOPHER<br>129 PEARL STREET<br>BATAVIA, NY 14020 | | Claim Number: 7919<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $730.44 | Scheduled: | $1,000.67 | CONT |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 7920<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $2,700.00 | | | |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 7921<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $2,700.00 | | | |
| ROSARIO, LUCRETIA (CREE)<br>9760 PARK TERRACE<br>DR 18<br>SANTEE, CA 92071 | | Claim Number: 7922<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $1,161.56 | Scheduled: | $1,161.56 | CONT |
| SCHREIBER, LISA M.<br>925 NW HOYT ST APT 410<br>PORTLAND, OR 97209-3250 | | Claim Number: 7923<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $468,775.00 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TURNER, MEL
961 SWALLOW AVE., PH 301-A
MARCO ISLAND, FL 34145

Claim Number: 7924
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,122.99 |

---

HAYASHIDA, HARRY H.
1547 ALA AOLANI STREET
HONOLULU, HI 96819

Claim Number: 7925
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BASHA, SOUAD
4916 BUCHANAN ST
HOLLYWOOD, FL 33021

Claim Number: 7926
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,087.00 |

---

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
101 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10178

Claim Number: 7927
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET 7023 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | | | Scheduled: | $136,423,174.00 UNDET DISP |
| UNSECURED | Claimed: | $37,852,554.00   UNLIQ | | |

---

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
101 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10178

Claim Number: 7928
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET 7023 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $136,423,174.00 UNDET DISP |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ | | |

---

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
101 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10178

Claim Number: 7929
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET 7023 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | | | Scheduled: | $136,423,174.00 UNDET DISP |
| UNSECURED | Claimed: | $37,852,554.00   UNLIQ | | |

---

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
101 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10178

Claim Number: 7930
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7023 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $136,423,174.00 UNDET DISP |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 7931<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 7932<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 7933<br>Claim Date: 01/09/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>CHRISTINE AGUILERA, DEPUTY TAX COLLECT.<br>172 WEST 3RD STREET<br>SAN BERNARDINO, CA 92415 | | Claim Number: 7934<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $43,377.81   UNLIQ |
| ABN AMRO BANK, N.V.<br>101 PARK AVE FL 6<br>NEW YORK, NY 101780601 | | Claim Number: 7935<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | | Claim Number: 7936<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) |
| UNSECURED | Claimed: | $283,902.30 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ACCOMAZZO APPRAISAL SERVICES
ATTN A. ACCOMAZZO
14685 GENESEE ROAD
APPLE VALLEY, CA 92307-5156

Claim Number: 7937
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,025.00 | | |

---

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

Claim Number: 7938
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,120.61 | | |
| UNSECURED | Claimed: | $38,425.40 | | |

---

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

Claim Number: 7939
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,233.51 | Scheduled: | $10,120.61 CONT |
| UNSECURED | Claimed: | $39,537.18 | Scheduled: | $38,425.40 CONT |

---

KOPF, DAVID
16 PACIFIC GROVE DR
ALISO VIEJO, CA 92656

Claim Number: 7940
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,568.77 | Scheduled: | $7,137.86 CONT |

---

TOUCHARD, JOHN M.
26622 BOYCE MILL RD.
GREENSBORO, MD 21639

Claim Number: 7941
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,335.34 | | |

---

LOFT, DOUGLAS A.
2633 VERONA TRAIL
WINTER PARK, FL 32789

Claim Number: 7942
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,961.60 | | |

---

THOMSON NETG
GREG PORTO
SKILLSOFT CORPORATION
107 NORTHEASTERN BLVD.
NASHUA, NH 03062

Claim Number: 7943
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $323,024.49 | Scheduled: | $113,024.49 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ANEWALT, BETTY L.
304 LARRY LN
GAHANNA, OH 43230-2638

Claim Number: 7944
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

---

SICARI, DANIELLE L.
536 FRENCH AVENUE
NORTH BABYLON, NY 11703

Claim Number: 7945
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,531.27 | Scheduled: | $3,290.65  CONT |

---

CRAVEN-SHAFFER-NORTH BAY VILLAGE
C/O GEOFFREY S AARONSON P.A.
ATTN GEOFFREY S AARONSON, ESQ.
100 SE 2ND STREET, 27TH FL- BOA TOWER
MIAMI, FL 33131

Claim Number: 7946
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $109,286.04 |

---

TD SERVICE COMPANY
1820 E FIRST ST, STE 210
SANTA ANA, CA 92711

Claim Number: 7947
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $152,092.47 |

---

TOSHIBA AMERICA BUSINESS SOLUTIONS
ELECTRONIC IMAGING DIVISION
ATTN MERCIA MCKENZIE, CREDIT MRG.
2 MUSICK
IRVINE, CA 92606

Claim Number: 7948
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,208.38 | Scheduled: | $15,990.01 |

---

WASHINGTON REAL ESTATE INVESTMENT TRUST
C/O MAGRUDER & ASSOCIATES, P.C.
ATTN JASON MCNEAL, ASSET MANAGER
1889 PRESTON WHITE DR. - STE. 200
RESTON, VA 20191

Claim Number: 7949
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,093.10 |

---

TOWN SQUARE VENTURES, L.P.
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQUIRE - LAW DEPT.
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7950
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8492 (01/12/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $10,446.34 |
| UNSECURED | Claimed: | $4,032.14 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

121 MARCOM INC
ATTN RACHEL RODGERS, PRES.
120 BLOOMFIELD STREET # 2
HOBOKEN, NJ 07030

Claim Number: 7951
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $16,920.00 | | |
|---|---|---|---|---|

---

STILES, LAUREL A
382 WALTON STREET
LEMOYNE, PA 17043

Claim Number: 7952
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,295.62 | Scheduled: | $1,360.40 CONT |
|---|---|---|---|---|

---

MAHAN, RICHARD K
4989 WESTCHESTER DR
HARRISBURG, PA 17112

Claim Number: 7953
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,490.36 | Scheduled: | $8,610.36 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,670.24 | Scheduled: | $62,284.17 CONT |

---

PASQUALE, LISA MARIE
2400 26TH AVE S
MINNEAPOLIS, MN 554061245

Claim Number: 7954
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $8,210.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,271.35 | | |

---

CANNON, JAMIN P.
526 SPRING GROVE AVENUE
TOLEDO, OH 43605

Claim Number: 7955
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9142 (08/13/2010)

| PRIORITY | Claimed: | $50,000.00 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $45,466.07 | | |

---

ADVANTAGE APPRAISAL SERVICES
ATTN THOMAS R. RUDOFSKI, PRESIDENT
4786 JUNIPER DR.
COMMERCE, MI 48382

Claim Number: 7956
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $9,775.00 | | |
|---|---|---|---|---|

---

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

Claim Number: 7957
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $386,339.12 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| ZELTNER VS AMERICAN HOME MORTGAGE | Claim Number: 7958 |
| CT OF COMMON PLEAS WOOD CO OH 06CV220 | Claim Date: 01/09/2008 |
| ADVOCATES BASIC LEGAL EQUALITY R ALSTON | Debtor: AMERICAN HOME MORTGAGE CORP |
| 520 MADISON AVENUE, SUITE 740 | Comments: EXPUNGED |
| TOLEDO, OH 43604 | DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $216,000.00 | Scheduled: | $0.00 UNLIQ |

---

| SAS INSTITUTE INC. | Claim Number: 7959 |
| ATTN H. HOWARD BROWNE | Claim Date: 01/09/2008 |
| 100 SAS CAMPUS DRIVE | Debtor: AMERICAN HOME MORTGAGE CORP |
| CARY, NC 27513 | |

| UNSECURED | Claimed: | $16,666.40 | Scheduled: | $10,681.45 |

---

| VIEBROCK, CHARLES W. | Claim Number: 7960 |
| 381 SCHOOL ROAD | Claim Date: 01/09/2008 |
| NOVATO, CA 94945-2750 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $13,060.52 |

---

| JOHNSTON, JOHN A. | Claim Number: 7961 |
| 23 CHAMPNEY PL. | Claim Date: 01/09/2008 |
| LAGUNA NIGUEL, CA 92677 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: WITHDRAWN |
| | DOCKET: 10476 (06/07/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $386,339.12 |

---

| COUGHLIN DUFFY LLP | Claim Number: 7962 |
| ATTN DANIEL MARKHAM, MEMBER | Claim Date: 01/09/2008 |
| WALL STREET PLAZA | Debtor: AMERICAN HOME MORTGAGE CORP |
| 88 PINE STREET, 5TH FLOOR | Comments: EXPUNGED |
| NEW YORK, NY 10005 | DOCKET: 9778 (02/09/2011) |

| UNSECURED | Claimed: | $9,423.43 |

---

| LEVITT BAKERSFIELD, LLC | Claim Number: 7963 |
| C/O GREGORY D. BYNUM & ASSOC., INC | Claim Date: 01/09/2008 |
| ATTN ROY SCARAZZO, AUTHORIZED AGENT | Debtor: AMERICAN HOME MORTGAGE CORP |
| 5601 TRUXTUN AVENUE SUITE 190 | Comments: DOCKET: 4027 (05/12/2008) |
| BAKERSFIELD, CA 93309-0627 | |

| UNSECURED | Claimed: | $104,680.60 |

---

| CREGEEN, JOHN R. | Claim Number: 7964 |
| 1001 SEAFARER CIRCLE | Claim Date: 01/09/2008 |
| APT 504 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| JUPITER, FL 33477-9040 | Comments: EXPUNGED |
| | DOCKET: 3946 (05/02/2008) |

| SECURED | Claimed: | $475,708.45 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| VOYAGER INDEMNITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW -#400 EAST<br>WASHINGTON, DC 20007 | Claim Number: 7965<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7690 (08/18/2009) |
|---|---|

| UNSECURED | Claimed: | $71,932.58 |
|---|---|---|

---

| AMERICAN SECURITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW- #400 EAST<br>WASHINGTON, DC 20007 | Claim Number: 7966<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10549 (08/21/2012) |
|---|---|

| UNSECURED | Claimed: | $71,932.58 | Scheduled: | $34,732.17 |
|---|---|---|---|---|

---

| STANDARD GUARANTY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW-#400 EAST<br>WASHINGTON, DC 20007 | Claim Number: 7967<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9459 (11/16/2010) |
|---|---|

| UNSECURED | Claimed: | $71,932.58 |
|---|---|---|

---

| CHAMPION & ASSOCIATES, P.C.<br>1750 WASHINGTON ST #B<br>BOSTON, MA 21181831 | Claim Number: 7968<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8212 (10/27/2009) |
|---|---|

| SECURED | Claimed: | $497,197.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

| J.P. MORGAN SECURITIES INC.<br>ATTN DANIEL J CLARKE, MANAGING DIRECTOR<br>10 SOUTH DEARBORN, 13TH FLOOR<br>CHICAGO, IL 60603 | Claim Number: 7969<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) |
|---|---|

| UNSECURED | Claimed: | $88,174.79 |
|---|---|---|

---

| CATANESE, ANTHONY<br>60 COLLEEN CIRCLE<br>DOWNINGTOWN, PA 19335 | Claim Number: 7970<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $12,384.00 |
|---|---|---|

---

| TRAHAN, ROBERT<br>4834 N. HOYNE AVE<br>CHICAGO, IL 60625 | Claim Number: 7971<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $452,420.32 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| NORMAN B NEWMAN NOT INDIVIDUALLY BUT SOLELY AS THE CHAPTER 7 TRUSTEE OF ROBERT TRAHAN<br>191 N WACKER SUITE 1800<br>CHICAGO, IL 60606 | | Claim Number: 7972<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 | CONT |
| UNSECURED | Claimed: | $441,200.97 | Scheduled: | $440,385.24 | CONT |
| CIP GATEWAY 1 & 2 LLC<br>114 PACIFIC STE 450<br>IRVINE, CA 926183343 | | Claim Number: 7973<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| SECURED | Claimed: | $5,900.00 | | | |
| UNSECURED | Claimed: | $18,357.40 | Scheduled: | $6,031.48 | |
| G. MELO, LLC<br>C/O MAGRUDER & ASSOCIATES<br>PHIL W. HATHCOCK, PROPERTY MANAGER<br>1889 PRESTON WHITE DR., STE 200<br>RESTON, VA 20191 | | Claim Number: 7974<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 4863 (06/25/2008) | | | |
| UNSECURED | Claimed: | $52,636.39 | | | |
| DEA APPRAISALS<br>ATTN JEROME T DEA, JR<br>10906 CARIBOU LANE<br>ORLAND PARK, IL 60467 | | Claim Number: 7975<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $10,825.00 | | | |
| BRAVEPOINT<br>ATTN JOHN HARLOW, PRESIDENT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA 30071 | | Claim Number: 7976<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $227,798.97 | Scheduled: | $200,163.16 | |
| BRIT-FIFTY WEST, LLC<br>ATTN MARJORIE ATYA, PROPERTY MANAGER<br>C/O MAGRUDER & ASSOCIATES, P.C.<br>1889 PRESTON WHITE DR, STE 200<br>RESTON, VA 20191 | | Claim Number: 7977<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $188,809.82 | | | |
| G. MELO LLC<br>ATTN PHIL W HATHCOCK, PROPERTY MAANGER<br>C/O MAGRUDER & ASSOCIATES, P.C.<br>1889 PRESTON WHITE DR, STE 200<br>RESTON, VA 20191 | | Claim Number: 7978<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $52,636.39 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS<br>PO BOX 250<br>COLD SPG HBR, NY 11724-0250 | Claim Number: 7979<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $61,181.95 |
|---|---|---|

| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | Claim Number: 7980<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $59,116.00 |

| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7981<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST VIII |
|---|---|

| UNSECURED | Claimed: | $36,215,221.58 |
|---|---|---|

| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7982<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST III |
|---|---|

| UNSECURED | Claimed: | $62,401,844.84 |
|---|---|---|

| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7983<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>AHM CAPITAL TRUST I |
|---|---|

| UNSECURED | Claimed: | $130,122,443.50 |
|---|---|---|

| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7984<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>BAYLIS TRUST VII |
|---|---|

| UNSECURED | Claimed: | $20,787,892.52 |
|---|---|---|

| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7985<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST VII |
|---|---|

| UNSECURED | Claimed: | $20,787,892.52 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WILMINGTON TRUST COMPANY
PATRICK HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

Claim Number: 7986
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments:
BAYLIS TRUST VI

| UNSECURED | Claimed: | $31,181,334.68 |
| --- | --- | --- |

---

WILMINGTON TRUST COMPANY
PATRICK HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

Claim Number: 7987
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments:
BAYLIS TRUST VI

| UNSECURED | Claimed: | $31,181,334.68 |
| --- | --- | --- |

---

WILMINGTON TRUST COMPANY
PATRICK HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

Claim Number: 7988
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments:
BAYLIS TRUST III

| UNSECURED | Claimed: | $62,401,844.84 |
| --- | --- | --- |

---

KATO & ASSOCIATES APPRAISAL SR
ATTN ALAN KATO - C.E.O.
10813 REAGAN ST
LOS ALAMITOS, CA 90720

Claim Number: 7989
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,270.00 |
| --- | --- | --- |

---

BOXER, MINDA
12904 SW 107 CT
MIAMI, FL 33176

Claim Number: 7990
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7942 (08/11/2009)

| PRIORITY | Claimed: | $16,000.00 |
| --- | --- | --- |

---

FRANKS, KIM
11 ACORN PATH
EAST QUOGUE, NY 11942-4712

Claim Number: 7991
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00  CONT |
| --- | --- | --- | --- | --- |

---

GRENIER, KAREN
21 WINDING LN
ISLANDIA, NY 11749

Claim Number: 7992
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $745.97 | Scheduled: | $3,481.18  CONT |
| --- | --- | --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| MASCOLO, JACQUELINE<br>31 S COLUMBIA ST<br>PORT JEFFERSON STATI, NY 11776 | Claim Number: 7993<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31 CONT |

| AREGBE, TAIWO<br>13102 CRUTCHFIELD AVENUE<br>BOWIE, MD 20720 | Claim Number: 7994<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED | Claimed: | $2,031.12 |

| DORIA, RONALD<br>372 SHUNPIKE ROAD<br>CHATHAM, NJ 07928 | Claim Number: 7995<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED | Claimed: | $3,300.00 |

| JAFFER, MOHAMED ABBAS<br>553 KELLER AVENUE<br>ELMONT, NY 11003 | Claim Number: 7996<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED | Claimed: | $13,628.58 |

| HOFFMAN, KEN<br>5545 WHIPPOORWILL AVE<br>PALM CITY, FL 34990-4045 | Claim Number: 7997<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED | Claimed: | $11,643.10 |

| HARDY, KEITH<br>12844 CALAIS CIRCLE<br>PALM BEACH GARDENS, FL 33410 | Claim Number: 7998<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED | Claimed: | $14,619.44 |

| MILLER, ROBERT<br>2113 ELDER AVE<br>MORTON, PA 19070-1246 | Claim Number: 7999<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED | Claimed: | $14,619.44 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZEIDNER, JOAN
2034 ARCH ST APT P
PHILADELPHIA, PA 19103

Claim Number: 8000
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,825.55 | | |
|---|---|---|---|---|

---

LAMBIASE, GILDA A
7780 HIGHLANDS
CIRCLE
MARGATE, FL 33063

Claim Number: 8001
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT |
|---|---|---|---|---|

---

RAINERI, LORRAINE M.
3714 KINGSLEY DR
MYRTLE BEACH, SC 29588-7726

Claim Number: 8002
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $339.99 | | |
|---|---|---|---|---|

---

CREGEEN, JOHN R.
1001 SEAFARER CIRCLE #504
JUPITER, FL 33477-9040

Claim Number: 8003
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $364,695.00 |
|---|---|---|
| SECURED | Claimed: | $110,876.00 |
| UNSECURED | Claimed: | $364,695.00 |
| TOTAL | Claimed: | $475,591.00 |

---

DUBIN, LESLIE
445 EAST 77TH ST. APT 6M
NEW YORK, NY 10021

Claim Number: 8004
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $103,440.00 |
|---|---|---|

---

CHESTNUT, ELEANOR & WILLIAM
6646 NALL DR
MISSION, KS 66202

Claim Number: 8005
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

CHESTNUT, ELEANOR & WILLIAM
6646 NALL DR
MISSION, KS 66202

Claim Number: 8006
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| HAGIS, STEVEN<br>1045 SINCLAIR AVE<br>STATEN ISLAND, NY 10309 | | Claim Number: 8007<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $73,251.95 |
| ROMERO, JOYCE C.<br>116 CARRIAGE WAY DR. # 114<br>BURR RIDGE, IL 60527 | | Claim Number: 8008<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,808.00 |
| FINIZIO, MICHAEL A.<br>37 OSAGE TRL<br>MEDFORD, NJ 08055-1214 | | Claim Number: 8009<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,278.49 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8010<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $187.50 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8011<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $499.44 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8012<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $358.86 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8013<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,472.61 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

Claim Number: 8014
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,450.80 |
| --- | --- | --- |

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

Claim Number: 8015
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $874.51 |
| --- | --- | --- |

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

Claim Number: 8016
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $646.00 |
| --- | --- | --- |

HAMBRICK, GEORGE M.
111 SE 9TH CT
POMPANO BEACH, FL 33060

Claim Number: 8017
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $83,802.91 |
| --- | --- | --- |

HAMBRICK, MIRIAM
111 SE 9TH CT
POMPANO BEACH, FL 33060

Claim Number: 8018
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,749.74 |
| --- | --- | --- |

CAMBRIDGE VALUATION SERVICES
P.O. BOX 181
ATTN THOMAS WM CAMBRIDGE PRESIDENT
OWNER
MONTCHANIN, DE 19710

Claim Number: 8019
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,200.00 |
| --- | --- | --- |

ROURKE, JOSEPH T., JR.
5 TOWN FORM RD
PO BOX 395
MONSON, MA 01057

Claim Number: 8020
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,390.00 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| DUFFY, JOSEPH F<br>29 CAPE CORAL<br>ALISO VIEJO, CA 92656 | | Claim Number: 8021<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $9,466.09 | Scheduled: | $9,466.09 CONT | |
| BOLTON, RICHARD G.<br>1616 N 11TH STREET<br>READING, PA 19604 | | Claim Number: 8022<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| ORELLANO, CHRISTINA (TINA)<br>218 CRYSTAL LAKE RD<br>LK IN THE HLS, IL 60156-1257 | | Claim Number: 8023<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $80.77 | Scheduled: | $2,229.24 CONT | |
| ORELLANO, CHRISTINA (TINA)<br>218 CRYSTAL LAKE RD<br>LK IN THE HLS, IL 60156-1257 | | Claim Number: 8024<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$80.77 | Scheduled: | $80.77 CONT | |
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8025<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) | | | |
| SECURED | Claimed: | $1,529.37 | | | |
| WILKINSON, FAITH<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8026<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8320 (11/19/2009) | | | |
| PRIORITY | Claimed: | $12,000.00 | | | |
| DAVIDSON, EDWARD C. & JANET M.<br>455 LOGAN RD APT 227<br>MANSFIELD, OH 44907-2866 | | Claim Number: 8027<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,391.47 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GENNATIEMPO, PEGGY ANN
UNIT 4960
APO, AA 34037

Claim Number: 8028
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

WJ SCHWAAB LIVING TRUST
JEAN H SCHWAAB & WILLIAM J SCHWAAB TRUST
2647 HAVITUR WAY
ANCHORAGE, AK 99504-3606

Claim Number: 8029
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $214.38 |
| --- | --- | --- |

A G EDWARDS & SONS C/F
GEORGE PROVENZANO
SEP IRA ACCOUNT
9 DANFOURTH RD
ALTON, IL 62002-3205

Claim Number: 8030
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,134.00 |
| --- | --- | --- |

BERNIA, MELVIN J. & ELAINE E.
1406 CEDAR BEND DRIVE
BLOOMFIELD HILLS, MI 48302

Claim Number: 8031
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $105,159.00 |
| --- | --- | --- |

MELVIN J & ELAINE E BERNIA CHARITABLE
REMAINDER TRUST U/A 6/15/2002
1406 CEDAR BEND DRIVE
BLOOMFIELD HILLS, MI 48302

Claim Number: 8032
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $88,059.00 |
| --- | --- | --- |

DORONILA, ALLEN
4 MICHIGAN AVE
HAZLET, NJ 07730-2214

Claim Number: 8033
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| PRIORITY | Claimed: | $1,184.00 | Scheduled: | $1,440.61 CONT |
| --- | --- | --- | --- | --- |

ONEILL, CARLY
98 S ZORANNE DR
FARMINGDALE, NY 11735

Claim Number: 8034
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $1,636.88 | Scheduled: | $3,069.22 CONT |
| --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| THISTLEWOOD, DONALD K. IRA<br>SCOTTRADE INC TR FBO<br>PO BOX 827<br>GOLDEN, CO 80402 | Claim Number: 8035<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $4,618.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,618.00 |
| TOTAL | Claimed: | $4,618.00 |

---

| THISTLEWOOD, JOEY F. IRA<br>SCOTTRADE INC TR FBO<br>11349 W. FREMONT AVE<br>LITTLETON, CO 80127 | Claim Number: 8036<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,800.00 |
|---|---|---|

---

| SCHILLER, CAROL<br>2694 EDGEWATER CT<br>WESTON, FL 33332 | Claim Number: 8037<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $7,487.00 |
|---|---|---|

---

| CLAUSS, ELIZABETH MARY LOU (IRA)<br>FCC AS CUSTODIAN<br>758 DARBY-PAOLI ROAD<br>NEWTOWN SQUARE, PA 19073-2609 | Claim Number: 8038<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $13,642.25 |
|---|---|---|

---

| CLAUSS, PETER (IRA) FCC AS CUSTODIAN<br>758 DARBY-PAOLI ROAD<br>NEWTOWN SQUARE, PA 19073-2609 | Claim Number: 8039<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $149,904.78 |
|---|---|---|

---

| KNORR, JOANN<br>4112 CONVERSE DR<br>RALEIGH, NC 27609 | Claim Number: 8040<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $1,092.00 |
|---|---|---|
| SECURED | Claimed: | $1,974.75 |

---

| KNORR, JOANN<br>4112 CONVERSE DR<br>RALEIGH, NC 27609 | Claim Number: 8041<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $8,000.00 |
|---|---|---|
| SECURED | Claimed: | $8,147.06 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TMENGTRIRAT, EKKAPNAP
PO BOX 4935
LEXINGTON, VA 24450

Claim Number: 8042
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,010.49 | | |
|---|---|---|---|---|

GETTY IMAGES INC
ATTN KATHLEEN A. MEEK-SENYOCHL
CREDIT AND COLLECTIONS DEPT.
PO BOX 953604
ST LOUIS, MO 63195-3604

Claim Number: 8043
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $21,099.62 | Scheduled: | $655.00 |
|---|---|---|---|---|

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Claim Number: 8044
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67  UNLIQ | | |

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 11019

Claim Number: 8045
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67  UNLIQ | | |

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 11019

Claim Number: 8046
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67  UNLIQ | | |

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 11019

Claim Number: 8047
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67  UNLIQ | | |

D'ARGENIO & ASSOCIATES, INC.
ATTN DENNIS D'ARGENIO
P.O. BOX 149
ELDERSBURG, MD 21784

Claim Number: 8048
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,775.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCKINNEY, EDWARD
608 SAN CARLOS DRIVE
GREENWOOD, IN 46142

Claim Number: 8049
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |
|---|---|---|---|---|

---

MCKINNEY, EDWARD F.
608 SAN CARLOS DR
GREEN WOOD, IN 46142

Claim Number: 8050
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,425.00 |
|---|---|---|

---

KAYCEE LLC
ATTN GARY ERICKSON, MGR
1295 KELLY JOHNSON BLVD
SUITE 230
COLORADO SPRINGS, CO 80920

Claim Number: 8051
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $42,283.81 |
|---|---|---|

---

MEETZE APPRAISALS, INC.
ATTN MELODY MEETZE SHIRLEY, PRESIDENT
PO BOX 2942
IRMO, SC 29063

Claim Number: 8052
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,705.00 |
|---|---|---|

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AS AGENT FOR IDB - ATTN SCOTT K LEVINE
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

Claim Number: 8053
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $26,200.80 |
|---|---|---|

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AS AGENT FOR OFC CAPITAL- SCOTT K LEVINE
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

Claim Number: 8054
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $420,214.30 |
|---|---|---|

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

Claim Number: 8055
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $134,518.94 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8056 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN |
| UNSECURED | Claimed: | $134,518.94 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8057 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) |
| UNSECURED | Claimed: | $134,518.94 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8058 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8059 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: WITHDRAWN |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8060 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8061 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $4,969.51 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | | Claim Number: 8062 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN |
| UNSECURED | Claimed: | $4,969.51 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AS AGENT FOR NATIONAL PENN BANK<br>ATTN SCOTT K LEVINE / PALTZER SWERGOLD<br>1065 AVENUE OF THE AMERICAS, 18TH FLOR<br>NEW YORK, NY 10018 | Claim Number: 8063<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7023 (02/17/2009) |
| UNSECURED          Claimed:            $4,969.51 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>C/O PLATZER SWERGLD KARLIN LEVINE ET AL<br>ATTN SCOTT K LEVINE, ESQ.<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8064<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN |
| UNSECURED          Claimed:        $1,305,949.98 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>ATTN SCOTT K LEVINE, ESQ<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8065<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7023 (02/17/2009) |
| UNSECURED          Claimed:        $1,305,949.98 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>ATTN SCOTT K LEVINE ESQ<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8066<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
| UNSECURED          Claimed:        $1,305,949.98 | |
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8067<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10092 (07/18/2011) |
| UNSECURED          Claimed:          $808,285.78 | |
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8068<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10092 (07/18/2011) |
| UNSECURED          Claimed:        $36,498,888.27 | |
| BOWMAN, PHILLIP B.<br>COM IRA CUSTODIAN<br>1794 BRUSH HILL LANE<br>GLENVIEW, IL 60025 | Claim Number: 8069<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED          Claimed:              $0.00   UNDET | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BOZEK, GALE E<br>657 OPEL RD<br>GLEN BURNIE, MD 21060 | | Claim Number: 8070<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $4,296.00 | | |
| BOZEK, GALE E<br>657 OPEL RD<br>GLEN BURNIE, MD 21060 | | Claim Number: 8071<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| RICHARD, BRENDA J<br>6350 STONEY HILL CHURCH RD<br>BAILEY, NC 278079538 | | Claim Number: 8072<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00  CONT |
| DANZILO, ANTHONY<br>2474 FREEPORT ST<br>WANTAGH, NY 11793 | | Claim Number: 8073<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $607.69 | Scheduled: | $607.69  CONT |
| TAYLOR, DAMETRIA<br>2583 COUNTRYSIDE CT.<br>AUBURN HILLS, MI 48326 | | Claim Number: 8074<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $931.44 | Scheduled: | $931.44  CONT |
| CAVICCHIONI, DAN<br>10901 E MONUMENT ESTATES CIRCLE<br>TUCSON, AZ 85748-6911 | | Claim Number: 8075<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| SECURED | Claimed: | $19,957.40 | | |
| CROSBY, JENNIFER N<br>4581 TAYLOR AVE<br>OGDEN, UT 844033142 | | Claim Number: 8076<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | | | |
|---|---|---|---|---|
| YOUNG, MARIE V<br>3802 S VERSAILLES<br>DALLAS, TX 75209-5928 | | Claim Number: 8077<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| SECURED | Claimed: | $20,503.87 | | |
| GUIDA, ALICE E<br>77 HAYES ST<br>GARDEN CITY, NY 11530 | | Claim Number: 8078<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62  CONT |
| BOMBA, MARTIN<br>1208 EAST 94TH STREET<br>BROOKLYN, NY 11236 | | Claim Number: 8079<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| SECURED | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $246,946.00  UNLIQ CONT | Scheduled: | $0.00  UNLIQ |
| AHMED, SHAHNILA<br>351 W 14TH ST<br>DEER PARK, NY 117296346 | | Claim Number: 8080<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31  CONT |
| WASMAN, GOLDIE<br>765 NORTH SHORE DR<br>MIAMI BEACH, FL 33141 | | Claim Number: 8081<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $35,450.00 | | |
| ROGERS, ADELINE<br>6101 S ROCKWELL<br>OKLAHOMA CITY, OK 73169 | | Claim Number: 8082<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| WASMAN, ROGER & GOLDIE<br>765 NORTH SHORE DR<br>MIAMI BEACH, FL 33141 | | Claim Number: 8083<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $70,900.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CROUCH, CLYDE J.<br>423 PORT ROYAL BLVD<br>SATELLITE BEACH, FL 32937 | | Claim Number: 8084<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,010.00 |
| DELEVE, GENE A.<br>8024 MONROVIA ST<br>LENEXA, KS 66215-2727 | | Claim Number: 8085<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $11,015.95 |
| REPUBLIC WASTE SERVICES<br>PO BOX 9001099<br>LOUISVILLE, KY 40290-1099 | | Claim Number: 8086<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| STAYER, LOUIS L.<br>4340 SEQUOYAH RD<br>OAKLAND, CA 94605 | | Claim Number: 8087<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
| UNSECURED | Claimed: | $9,797.25 |
| CRAIG, ANDREA Y.<br>UTA CHARLES SCHWAB & CO INC<br>7052 VIA QUITO ST<br>PLEASANTON, CA 94566-5764 | | Claim Number: 8088<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LOUIS STAYER LIVING<br>4340 SEQUOYAH ROAD<br>OAKLAND, CA 94605 | | Claim Number: 8089<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $21,889.75 |
| STERLING, DANIELLE<br>1882 WEST 9TH ST.<br>BROOKLYN, NY 11223 | | Claim Number: 8090<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| PRIORITY | Claimed: | $547.06 | Scheduled: | $547.06  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUSTON, WILLA<br>PO BOX 759<br>BLAIRSDEN-GRAEAGLE, CA 96103-0759 | Claim Number: 8091<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| POWERS, KENNETH C<br>403 ESSEX AVE<br>BOONTON, NJ 07005-1121 | Claim Number: 8092<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $2,981.02 | Scheduled: | $4,038.46  CONT |
|---|---|---|---|---|

---

| LEVINE, SYLVIA<br>5 CHESTNUT HILL<br>ROSLYN, NY 11576 | Claim Number: 8093<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $24,850.00 | | |
|---|---|---|---|---|

---

| ROSINSKY, MARTIN<br>17390 BRIDLEWAY TRAIL<br>BOCA RATON, FL 33496-3231 | Claim Number: 8094<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $25,003.85 | | |
|---|---|---|---|---|

---

| LUCAS, PATRICK A.<br>900 MOUNTAIN VIEW LANE<br>SPRINGVILLE, AL 35146 | Claim Number: 8095<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $297.99 | | |
|---|---|---|---|---|

---

| STICKEL, TOM<br>2616 VERONA TRL<br>WINTER PARK, FL 32789 | Claim Number: 8096<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,710.97 | | |
|---|---|---|---|---|

---

| HISCOCK, MARY N<br>97 HILARY ST<br>WEST SAYVILLE, NY 11796 | Claim Number: 8097<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $344.25 | Scheduled: | $344.25  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 8098
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,653.85 | Scheduled: | $1,653.85 CONT |

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 8099
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 8414 (12/14/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $952.45 | Scheduled: | $952.45 CONT |

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 8100
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,819.13 |

SOPKIN, JACK
1155 WESTOVER RD
STAMFORD, CT 06902

Claim Number: 8101
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $32,516.00 |

THOMSON, DOUGLAS MCDONALD SR.
PO BOX 1033
FORESTHILL, CA 956311033

Claim Number: 8102
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425,000.00 |

RAMIREZ, KELLY
1732 SOUTH PIERCE STREET
LAKEWOOD, CO 80232

Claim Number: 8103
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT |

GRATZA, DONNA
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8104
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7585 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GRATZA, DONNA M.
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8105
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,333.00 | | |

---

GRATZA, DONNA M
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8106
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $59.62 | Scheduled: | $59.62 CONT |

---

LATHOUWERS, MAURICE & B HINTERGARDT T
MED MKT PL INC COMPARABILITY P
U/A DTD 06/15/2000
1470 BRYANT D2 E
LONG BEACH, CA 90815

Claim Number: 8107
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,515.90 | | |

---

CONNERS, SANDRA L
PO BOX 4572
WALNUT CREEK, CA 945960572

Claim Number: 8108
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,616.00 | Scheduled: | $1,616.00 CONT |

---

SEARS, SANDRA L.
45 MACINTOSH LANE
BRATTLEBORO, VT 05301

Claim Number: 8109
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,999.99 | | |

---

WOODRUFF, DAVID H.
1473 QUAKER RIDGE
WEST CHESTER, PA 19380

Claim Number: 8110
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $28,814.54 | | |

---

SPRINGMAN, EDWARD J
PO BOX 5160
KALISPELL, MT 59903-5160

Claim Number: 8111
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,400.00 | | |
| UNSECURED | Claimed: | $42,240.00 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STAPLEFORD, IRENE<br>58 PILLSBURY ST<br>SOUTH PORTLAND, ME 04106 | Claim Number: 8112<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,718.00 |
|---|---|---|

---

| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 8113<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $27,500.00 |
|---|---|---|

---

| DITLINGER, DONALD & CECILE<br>438 SHADY LANE<br>GREENWOOD, IN 46142-8362 | Claim Number: 8114<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,888.95 |
|---|---|---|

---

| C.F. MCERLEAN, JR. TRUST A DTD 5/27/2005<br>CHARLES F MCERLEAN, JR. TRUSTEE<br>2733 N 164TH AVE<br>GOODYEAR, AZ 85395 | Claim Number: 8115<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $9,265.90 |
|---|---|---|

---

| C.F. MCERLEAN, JR. TRUST A DTD 5/27/2005<br>CHARLES F MCERLEAN, JR. TRUSTEE<br>2733 N 164TH AVE<br>GOODYEAR, AZ 85395 | Claim Number: 8116<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $9,265.90 |
|---|---|---|

---

| REDDING, DEBBY<br>5338 SMILEY HOLLOW RD<br>GOODLETTSVILLE, TN 370727101 | Claim Number: 8117<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

---

| SMITH, ALICE<br>789 COUNTY RD 665<br>DEVINE, TX 780164741 | Claim Number: 8118<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

**BUDD, JOEL K**
102 N CUMINA AVE
WRIGHTSVILLE BEACH, NC 28480

Claim Number: 8119
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,458.98 |

---

**JANSEN, DAVID A.**
264 BEECH HILL LANE
MOUNT PLEASANT, SC 29464

Claim Number: 8120
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,792.56 |

---

**HORROCKS, STEPHEN**
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA 92646

Claim Number: 8121
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,670.33 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $55,112.48 | Scheduled: | $54,502.36 CONT |

---

**STANLEY APPRAISAL, INC.**
ATTN RICK STANLEY, PRESIDENT
8645 COLLEGE BLVD., STE 210
OVERLAND PARK, KS 66210

Claim Number: 8122
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $450.00 |

---

**CAGLIERO, ROBERT**
5280 W HARBOR VILLAGE DR APT 302
VERO BEACH, FL 329677362

Claim Number: 8123
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,500.00 |

---

**FABEN, CERALD A.**
706 HECTOR ST
ITHACA, NY 14850

Claim Number: 8124
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,771.00 |

---

**FUNDERBURKE, RICK B & CAROL, JT TEN**
PO BOX 4146
ROANOKE, VA 24015

Claim Number: 8125
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $40,471.29 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POSH, SOPHIE G.<br>1300 S HIGHLAND AV<br>LOMBARD, IL 60148 | | Claim Number: 8126<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $24,096.00 |

| LEE, SARA<br>110 WHITNEY AVE<br>LOS GATOS, CA 95030 | | Claim Number: 8127<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $8.00 |
| SECURED | Claimed: | $3,795.75 |

| OWEN, JAMES E.<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8128<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14,195.00 |

| OWEN, JAMES E & MARYBETH, JT TEN<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8129<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $8,185.00 |

| OWEN, MARYBETH<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8130<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,143.00 |

| INUI, JEFFREY M<br>817 KALLIN AVE<br>LONG BEACH, CA 90815 | | Claim Number: 8131<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,846.88 |

| GROSECLOSE, GENE H<br>PO BOX 11<br>KOOTENAI, ID 83840-0011 | | Claim Number: 8132<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,930.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARTLINE, DONALD R AND LOIS P, TTEES U/A DTD 03/21/01 FOR DONALD HARTLINE REV TRUST 3221 GRAND AVE APT 7 DES MOINES, IA 50312-4129 | Claim Number: 8133 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6840 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $14,924.17 |
|---|---|---|

| LATIMER, PATRICA PHUNG 6248 HANCOCK AVE SAN JOSE, CA 95123 | Claim Number: 8134 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $23,570.00 |
|---|---|---|

| KAISER, CANDACE R 2615 COUNTRY RD 75 BUTLER, IN 46721 | Claim Number: 8135 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $2,880.77 | Scheduled: | $3,380.10  CONT |
|---|---|---|---|---|

| SUN, JUN 12637 EL CAMINO REAL UNIT 5308 SAN DIEGO, CA 92130-5008 | Claim Number: 8136 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2.75 |
|---|---|---|

| GRUFFERMAN, MICHAEL 25 TARRY L N LEVITTOWN, NY 11756 | Claim Number: 8137 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $23.80 |
|---|---|---|

| FLECK, BETH A ROTH IRA TD AMERITRADE CLEARING CUSTODIAN 13122 MESA CREST PLACE SAN DIEGO, CA 92129 | Claim Number: 8138 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $282.90 |
|---|---|---|

| FEINSTEIN, FRED IRA E*TRADE CUSTODIAN 193 MIDDLE ROAD BLUE POINT, NY 11715-1921 | Claim Number: 8139 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,922.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BRUCE, J. WAYNE<br>24 EAGLE RIDGE DR<br>SAVANNAH, GA 31406 | Claim Number: 8140<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $536.77 | |

---

| | | |
|---|---|---|
| VANDE LUNE, WILMA J. & DOYLEE E.<br>608 E 2ND ST. APT 201<br>PELLA, IA 50219-1761 | Claim Number: 8141<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $10,198.00 | |

---

| | | |
|---|---|---|
| STIFEL, NICOLAUS, CUSTODIAN FOR<br>DAVID L. WADE SEP IRA<br>1401 RICHVIEW LANE<br>GREENVILLE, IL 62246 | Claim Number: 8142<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $5,000.00 | |

---

| | | |
|---|---|---|
| WESOLOWSKI, KEITH<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | Claim Number: 8143<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| PRIORITY          Claimed: | $592.37 | |

---

| | | |
|---|---|---|
| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | Claim Number: 8144<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| PRIORITY | | Scheduled: | $661.19 CONT |
| UNSECURED          Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | Claim Number: 8145<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| PRIORITY | | Scheduled: | $1,765.39 CONT |
| UNSECURED          Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228 | Claim Number: 8146<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | |
| PRIORITY          Claimed: | $10,950.00 | |
| UNSECURED          Claimed: | $50,000.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MASSELLA, RALPH A.
528 HILTON AVENUE
CATONSVILLE, MD 21228-5817

Claim Number: 8147
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $42,200.00 | | | |

---

MASSELLA, RALPH A
528 HILTON AVE
CATONSVILLE, MD 21228

Claim Number: 8148
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $126,811.13 | Scheduled: | $137,126.48 | CONT |

---

SEXAUER, MARY JO
14707 GOLF RD
ORLAND PARK, IL 60462-7434

Claim Number: 8149
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $130,050.00 | |

---

LATTANZIO, EDWARD L.
4345 MILLCREEK ROAD
DALLAS, TX 75244

Claim Number: 8150
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

VENSKUS, MICHAEL
36 PRATT ST
ALLSTON, MA 02134

Claim Number: 8151
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $722.40 | Scheduled: | $722.40 | CONT |

---

BOWMAN, STEVEN P.
817 E 41ST
SAVANNAH, GA 31401

Claim Number: 8152
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,356.99 |

---

ANDERSON, LARRY J. & CATHY E.
1572 KIMBERWICKE DR.
SANTA ANA, CA 92705-2430

Claim Number: 8153
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,312.35 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ANDERSON, LARRY JOE
1572 KIMBERWICKE DR.
SANTA ANA, CA 92705-2430

Claim Number: 8154
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $37,484.91 |
|---|---|---|

---

FEINSTEIN, JOAN
193 MIDDLE ROAD
BLUE POINT, NY 11715-1921

Claim Number: 8155
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,124.00 |
|---|---|---|

---

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

Claim Number: 8156
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 9389 (10/29/2010)

| ADMINISTRATIVE PRIORITY | Claimed: | $8,685.78 |
|---|---|---|

---

MORGAN STANLEY CAPITAL SERVICES, INC.
C/O MORGAN STANLEY & CO. INC.
ATTN RICHE MCKNIGHT, ESQ.
1633 BROADWAY, 25TH FLOOR
NEW YORK, NY 10019

Claim Number: 8157
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 8878 (06/01/2010)

| UNSECURED | Claimed: | $1,540,814.00 |
|---|---|---|

---

MORGAN STANLEY MARKET PRODUCTS INC.
C/O MORGAN STANLEY & CO., INC.
ATTN: RICHE MCKNIGHT, ESQ.
1633 BROADWAY, 25TH FLOOR
NEW YORK, NY 10019

Claim Number: 8158
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8998 (07/12/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $4,975,548.26 | UNLIQ |
| UNSECURED | | | |

---

BANK OF AMERICA, N.A.
ATTN: SEAN A. TOBIAS
TX 1-492-66-01
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8159
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BANK OF AMERICA, N.A.
ATTN: SEAN A. TOBIAS
TX 1-492-66-01
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8160
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

BANK OF AMERICA, N.A.
ATTN: SEAN A. TOBIAS
TX 1-492-66-01
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8161
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 10314 (01/17/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BANK OF AMERICA, N.A.
ATTN: SEAN A. TOBIAS
TX 1-492-66-01
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8162
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10314 (01/17/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BANK OF AMERICA, N.A.
ATTN ADAM D. GLASSNER
214 NORTH TRYON STREET
CHARLOTTE, NC 28255

Claim Number: 8163
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10138 (08/19/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $75,667,287.20 | UNLIQ |

---

BANC OF AMERICA SECURITIES LLC
ATTN: JAMIE FRAZER
NY1-633-28-01
1633 BROADWAY
NEW YORK, NY 10019

Claim Number: 8164-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 10281 (12/14/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $230,930.44 |

---

BANC OF AMERICA SECURITIES LLC
ATTN: JAMIE FRAZER
NY1-633-28-01
1633 BROADWAY
NEW YORK, NY 10019

Claim Number: 8164-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10281 (12/14/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

BANK OF AMERICA, N.A.
ATTN: JAY T. WAMPLER
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8165
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |

---

TOLSON, CAROL J.
1823 HERON RUN
HAYES, VA 23072-3708

Claim Number: 8166
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,733.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FISHER AND SHAPRIO, LLC<br>ATTN:  RICHARD ARONOW<br>4201 LAKE COOK ROAD<br>NORTHBROOK, IL 60062 | | Claim Number: 8167<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,446.50 | | |
| TRANSVENDING SERVICES, LLC<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8168<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 8553 (02/09/2010) | | |
| UNSECURED | Claimed: | $12,147.72 | Scheduled: | $12,147.72 |
| TRANSVENDING SERVICES<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8169<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 8553 (02/09/2010) | | |
| UNSECURED | Claimed: | $1,483.81 | | |
| COX, WILLIAM J. & HELEN V.<br>23 BIRCH DRIVE<br>BASKING RIDGE, PR 07920 | | Claim Number: 8170<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $21,342.58 | | |
| EDWARDS, OMAR R.<br>22 MANCHESTER BLVD<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 8171<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $1,184.62  CONT |
| MORGAN STANLEY & CO., INC.<br>ATTN RICHE MCKNIGHT, ESQ.<br>LEGAL & COMPLIANCE DIVISION<br>1633 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8172<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10208 (10/07/2011) | | |
| SECURED<br>UNSECURED | Claimed: | $178,382.28   UNLIQ | | |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8173<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $608.00 | Scheduled: | $608.00  CONT |
| UNSECURED | Claimed: | $230.29 | Scheduled: | $230.29  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

MCELHANEY SIGNS
ATTN CHARLENE W MCELHANEY, OWNER/PARTNER
558 E BUTLER AVE
NEW BRITAIN, PA 18901

Claim Number: 8174
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,176.60 | Scheduled: | $1,176.60 |

MCGINNIS, SARAH J
8137 SAGIMORE CT
FORT WAYNE, IN 46835

Claim Number: 8175
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,384.62 | Scheduled: | $5,144.62  CONT |

ESCORCIA, JUSTIN
829 HERBERT COURT
UNIONDALE, NY 11553

Claim Number: 8176
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,620.00 |

ESCORCIA, JUSTIN
829 HERBERT CT
UNIONDALE, NY 11553

Claim Number: 8177
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,620.00 |

THAKARAR, GOOL
2 FENBROOK DRIVE
LARCHMONT, NY 10538

Claim Number: 8178
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $58,489.40 |

THAKARAR, GOOL
2 FENBROOK DR
LARCHMONT, NY 10538

Claim Number: 8179
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,489.40 | Scheduled: | $58,137.40  CONT |

THAKARAR, GOOL
2 FENBROOK DR
LARCHMONT, NY 10538

Claim Number: 8180
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4615 (06/13/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,489.40 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| C.B. CONTRACTORS, INC.<br>ATTN PAUL PINGEL, PRES.<br>2630 W ARMITAGE<br>CHICAGO, IL 60647 | Claim Number: 8181<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5,458.38 | | |
|---|---|---|---|---|

| MCQUILLAN, SHERRY<br>10546 LONGORIA GARDEN ST<br>LAS VEGAS, NV 891417316 | Claim Number: 8182<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $1,447.20  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,447.20 | | |

| GRIFFITHS, BEATRICE N.<br>401 ROCK CREEK CT<br>YORKTOWN, VA 23693 | Claim Number: 8183<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,909.00 |
|---|---|---|

| BIRDSON, PAUL D.<br>544 SAXET TRL<br>SPRING BRANCH, TX 780704966 | Claim Number: 8184<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $24,580.03 |
|---|---|---|

| GAMBOA, JESUS A.<br>6233  PIONEERTOWN<br>YUCCA VALLEY, CA 92284-5300 | Claim Number: 8185<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,353.28 |
|---|---|---|

| TYJ, ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA 19341 | Claim Number: 8186<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6611 (11/21/2008) |
|---|---|

| SECURED | Claimed: | $3,000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,080.00 | Scheduled: | $3,727.10 |

| THE RUSKIN FAMILY REVOCABLE LIVING TRUST<br>COMPLETE REVISION DATED 9/11/2002<br>ALFRED M. & LORENA L. RUSKIN TTEES<br>9562 HALKULAN<br>GARDEN GROVE, CA 92841 | Claim Number: 8187<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $4,595.00  UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LAVIGNA, PAUL
424 WOLF HILL RD
DIX HILLS, NY 11746

Claim Number: 8188
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,066.77 |
|---|---|---|

---

WILGERS, LORNA E.
1792 18TH RD.
WASHINGTON, KS 66968

Claim Number: 8189
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

WILGERS, BRUCE W.
715 N. CRESTRIDGE CT.
WICHITA, KS 67230

Claim Number: 8190
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

---

SYMPLEGADES
ATTN IAN GERTLER, PRESIDENT & CEO
1746 MCLAURIN LANE
FUQUAY-VARINA, NC 27526

Claim Number: 8191
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $47,610.00 |
|---|---|---|

---

KERR, KEVIN
1614 MYRTLEWOOD ST.
COSTA MESA, CA 92626

Claim Number: 8192
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $133,650.93 |

---

MILLER, BRIAN A.
2252 ABINGTON ROAD
UPPER ARLINGTON, OH 43221-3114

Claim Number: 8193
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,750.00 |
|---|---|---|

---

MOODY'S INVESTORS SERVICE, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN CHRISTOPHER R BELMONTE ESQ
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 8194
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $170,192.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GEORGE J FOSTER & CO, INC<br>150 VENTURE DRIVE<br>ATTN RICHARD MESSER CREDIT MANAGER<br>DOVER, NH 03820 | Claim Number: 8195<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $59.22 |

| SHI, JUAN<br>2803 NIGHTHAWK CIRCLE<br>AUDUBON, PA 19403 | Claim Number: 8196<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| PRIORITY          Claimed: | $2,479.99 |

| MILLER, BRIAN A<br>2252 ABINGTON ROAD<br>UPPER ARLINGTON, OH 43221-3114 | Claim Number: 8197<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $7,317.22 |

| HOBEROCK, BARBARA JO<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>327 LAKE VIEW DRIVE<br>WASHINGTON, MO 63090 | Claim Number: 8198<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,037.95 |

| SMITH, PATRICIA A.<br>4312 ARIEL COURT<br>NAPERVILLE, IL 60564 | Claim Number: 8199<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $14,782.00 |

| MCMACHAN, FRED N.<br>485 WHITREE LANE<br>CHESTERFIELD, MO 63017-2449 | Claim Number: 8200<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|
| PRIORITY          Claimed: | $25,000.00 |

| COHEN, CYNTHIA S.<br>30 LYONS DR<br>HORSEHEADS, NY 14845 | Claim Number: 8201<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,140.45 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| WHEATLEY, MARLENE D.<br>522 ROBINWOOD LN APT I<br>COPLEY, OH 44321-3185 | | Claim Number: 8202<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,331.27 |
| SCHAEFER, JAMES O.<br>222 JACKSON AVENUE<br>FORT COLLINS, CO 80521 | | Claim Number: 8203<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $11,992.20 |
| LEE, CHUN-FU & HSIU-CHUN CHEN<br>5415 W SUNFALLS CT<br>SALT LAKE CITY, UT 84118 | | Claim Number: 8204<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $336.46 |
| ZIGLER, BRAD<br>PO BOX 2120<br>WINDSOR, CA 95492-2120 | | Claim Number: 8205<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,927.60 |
| SUMMIT APPRAISAL, INC<br>9459 CEDAR ISLAND RD.<br>ATTN ELIZABETH A DENNIS PRESIDENT<br>WHITE LAKE, MI 48386 | | Claim Number: 8206<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $525.00 |
| GIEBEL, RAY E. & CARMOLEDA H., JT TEN<br>PO BOX 207<br>MUSSELSHELL, MT 59059 | | Claim Number: 8207<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,325.99 |
| MASSEY, JOHN H.<br>PO BOX 294329<br>KERRVILLE, TX 78029 | | Claim Number: 8208<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $54,551.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TAN, LOUIS<br>BLK161 HOUGANG ST 11<br>10-47<br>SINGAPORE, 530161<br>CHINA | Claim Number: 8209<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| PRIORITY | Claimed: | $433.00 |
|---|---|---|

| | | |
|---|---|---|
| MARTZ, RONALD A.<br>5744 THETA PLACE<br>SAN DIEGO, CA 92120 | Claim Number: 8210<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,337.55 |
|---|---|---|

| | | |
|---|---|---|
| CARLTON, ROBERT M. & NANCY A.<br>204 MONITOR DR<br>FLAGLER BEACH, FL 32136-2717 | Claim Number: 8211<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $8,568.10 |
|---|---|---|

| | | |
|---|---|---|
| BERARDUCCI, ROBERT<br>1869 DEVONSHIRE DR NW<br>CANTON, OH 44708 | Claim Number: 8212<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| SECURED | Claimed: | $308.00 |
|---|---|---|

| | | |
|---|---|---|
| GARCIA, GRACIELA<br>701 W. HUNTINGTON COMMONS<br>MOUNT PROSPECT, IL 60056 | Claim Number: 8213<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $2,229.61 | Scheduled: | $1,762.25 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WHEATLEY, JAMES L.<br>4341 LESLIE AVE<br>DECATUR, IL 62526 | Claim Number: 8214<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| SECURED | Claimed: | $26,375.75 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| MURPHY, JAMES E.<br>509 NORTH ORCHARD ROAD<br>SYRACUSE, NY 13209 | Claim Number: 8215<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $25,897.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ANTHONY, DONALD B.<br>1104 CHARLESTON CT<br>KELLER, TX 762485246 | Claim Number: 8216<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,265.00 | | |
|---|---|---|---|---|

| POTOMAC RIVER RUNNING TWILIGHT<br>FESTIVAL 4 MILER<br>2 AWSLEY COURT<br>POTOMAC FALLS, VA | Claim Number: 8217<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
|---|---|---|---|---|

| KOZAK, EDWARD T.<br>10102 FALLOW CT<br>WEXFORD, PA 15090 | Claim Number: 8218<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,246.00 | | |
|---|---|---|---|---|

| KOZAK, EDWARD T.<br>10102 FALLOW CT<br>WEXFORD, PA 15090 | Claim Number: 8219<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,811.00 | | |
|---|---|---|---|---|

| MCPHERSON INC.<br>ATTN D.M. SCHOEFFEL<br>7A STUART ROAD<br>CHELMSFORD, MA 01824 | Claim Number: 8220<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $200,267.00 | | |
|---|---|---|---|---|

| CHESAPEAKE REAL ESTATE ANALYSTS, INC.<br>ATTN DAVID WHITTEN PRESIDENT<br>P O BOX 678<br>NORTH BEACH, MD 20714 | Claim Number: 8221<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,125.00 | | |
|---|---|---|---|---|

| WHITTEN, DAVID (VA)<br>PO BOX 678<br>NORTH BEACH, MD 20714 | Claim Number: 8222<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| BRANDSIH, CHARLES B., IRA<br>6645 GLYNEAGLE DR SE<br>SALEM, OR 97306-1419 | Claim Number: 8223<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED                 Claimed: | $5,139.00 |

| REDWING COLLECTION<br>MARLON NAYSMITH<br>705 EAST NEBRASKA<br>SAINT PAUL, MN 55106 | Claim Number: 8224<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED                 Claimed: | $1,647.00 |

| MIKAELIAN, MAGGIE<br>510 CAMERON CREST DR<br>DIAMOND BAR, CA 91765 | Claim Number: 8225<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED                 Claimed: | $10,509.99 |

| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | Claim Number: 8226<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| PRIORITY                 Claimed:<br>UNSECURED                 Claimed: | $10,950.00<br>$43,452.00 |

| POWERS, HOWARD TRUETT<br>3804 GRITBRICK<br>PLANO, TX 75075-1516 | Claim Number: 8227<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED                 Claimed: | $0.00   UNDET |

| STEVENS, BARBARA<br>11657 N 41ST PLACE<br>PHOENIX, AZ 85028 | Claim Number: 8228<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| SECURED                 Claimed: | $25,017.73 |

| BARNETT, SANDRA & GERALD<br>THE BARNETT FAMILY TRUST<br>PO BOX 44298<br>PHOENIX, AZ 85064 | Claim Number: 8229<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| SECURED                 Claimed: | $25,238.79 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BARNETT, SANDRA<br>SANDRA BARNETT LTD DB PENSION PLAN<br>PO BOX 44298<br>PHOENIX, AZ 85064 | Claim Number: 8230<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $35,981.80 |

---

| SCHAN, LYN<br>507 FISHERS ROAD<br>BRYN MAWR, PA 19010 | Claim Number: 8231<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $35,815.00 |

---

| COSGROVE, BEVERLEY A.<br>3519 JACKSON STREET<br>SIOUX CITY, IA 51104-1946 | Claim Number: 8232<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,265.35 |

---

| LAMAR ADVERTISING COMPANY<br>ATTN: CREDIT DEPARTMENT<br>PO BOX 66338<br>BATON ROUGE, LA 70896 | Claim Number: 8233<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,200.00 |

---

| SYNDER, JOSEPH AND LOYCE, JT TEN<br>1510 FARGO<br>ODESSA, TX 79761-3208 | Claim Number: 8234<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,647.55 |

---

| NORTON, BLAINE C.<br>8521 CORINTH POINTE CT.<br>ORLANDO, FL 32829 | Claim Number: 8235<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $18,900.00 |

---

| JEFFERSON PARTNERS, LLC -<br>382 STRATHMORE RD<br>ROSEMONT, PA 19010 | Claim Number: 8236<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $134,533.00 | Scheduled: | $8,036.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REPETTA, CAROLINE
3850 13TH AVE. N. APT. 207
ST. PETERSBURG, FL 33713

Claim Number: 8237
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,765.70 |

---

SMITH, HELEN J. REV TR
10205 N. 29 CT
OMAHA, NE 68112

Claim Number: 8238
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,121.00 |
| UNSECURED | Claimed: | $2,121.00 |
| TOTAL | Claimed: | $2,121.00 |

---

SMITH, HELEN J. IRA
10205 N. 29TH COURT
OMAHA, NE 68112

Claim Number: 8239
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $8,914.10 |
| UNSECURED | Claimed: | $8,914.10 |
| TOTAL | Claimed: | $8,914.10 |

---

KILROY REALTY L.P.
C/O LAWRENCE C. MEYERSON, ESQ.
578 WASHINGTON BLVD., STE. 867
MARINA DEL REY, CA 90292

Claim Number: 8240
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,132,670.79 |

---

KILROY REALTY, L.P.
C/O LAWRENCE C. MEYERSON, ESQ.
578 WASHINGTON BLVD., STE. 867
MARINA DEL REY, CA 90292

Claim Number: 8241
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $243,664.20 |

---

TRYON, STEPHEN P.
PO BOX 712048
SALT LAKE CITY, UT 84121

Claim Number: 8242
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,468.15 |

---

SAMPAT, SUNDERDAS G.
14849 MELROSE
OVERLAND PARK, KS 66221-9626

Claim Number: 8243
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,031.60 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VERICOMM, INC
ATTN: DON BURK
27200 TOURNEY ROAD
SUITE 315
VALENCIA, CA 91355

Claim Number: 8244
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $181,991.17 | Scheduled: | $13,179.40 |

---

MAGEE APPRAISAL SERVICE LLC
ATTN: DIANA MAGEE
PO BOX 556
FREDERICK, MD 21705

Claim Number: 8245
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $385.00 |

---

MAGEE APPRAISAL SERVICE
ATTN: DIANA MAGEE
PO BOX 556
FREDERICK, MD 21705

Claim Number: 8246
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 |

---

BOUNDS APPRAISAL SVCS INC
ATTN: SHAWN BOUNDS, OWNER
7603 NEW MARKET DR
BETHESA, MD 20817

Claim Number: 8247
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 |

---

JP MORGAN CHASE BANK, N.A.
ATTN: CHARLES O. FREEDGOOD
277 PARK AVE., 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 8248
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 10258 (11/18/2011)

| UNSECURED | Claimed: | $413,567.00 |

---

AUMILLER, SHANE
707 TRAGO CREEK
DRIVE
BALLWIN, MO 63021

Claim Number: 8249
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10441 (05/04/2012)

| PRIORITY | Claimed: | $307.68 | Scheduled: | $615.36  CONT |

---

AUMILLER, SHANE
707 TRAGO CREEK DRIVE
BALLWIN, MO 63021

Claim Number: 8250
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $6,153.84 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COLAGIOVANE-MILLER, LIANA L
6497 W. EL CAMPO GRANDE AVE
LAS VEGAS, NV 89130

Claim Number: 8251
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,958.90 | Scheduled: | $5,784.86 | CONT |
| UNSECURED | Claimed: | $83,033.04 | Scheduled: | $80,708.83 | CONT |

---

ARIZONA APPRAISAL TEAM
ATTN: JAY DELIAH
PO BOX 5927
SCOTTSDALE, AZ 85261

Claim Number: 8252
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,990.00 |

---

SHAPIRO & SWERTFEGER,LLP
ATTN SEAN QUIRK, ATTORNEY
2872 WOODCOCK BLVD.
SUITE 100
ATLANTA, GA 30341

Claim Number: 8253
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,734.51 |

---

BERND, CATHERINE
719 BOURNE CT
DANVILLE, CA 94506

Claim Number: 8254
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,216.58 | CONT |
| UNSECURED | Claimed: | $1,216.58 | | | |

---

PAW, PATRICK
309 HOUCHIN RD
BAKERSFIELD, CA 93304

Claim Number: 8255
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,650.00 |

---

DUNITZ, JERI A. & KAHN, GARY S. CO TTEES
SIDNEY M. DUNITZ FAMILY TRUST
DTD 5/24/94
1205 S. 15TH AVE. W.
NEWTON, IA 50208-4365

Claim Number: 8256
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| | | |
|---|---|---|
| PRIORITY | | $74,301.85 |

---

DUNITZ, JERI A.
1205 S. 15TH AVENUE
NEWTON, IA 50208-4365

Claim Number: 8257
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,799.80 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JP MORGAN CHASE BANK, N.A. | Claim Number: 8258 |
| ATTN CHARLES O FREEDGOOD/MANAGING DIR. | Claim Date: 01/10/2008 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| NEW YORK, NY 10172 | Comments: EXPUNGED |
| | DOCKET: 10258 (11/18/2011) |

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| GOLDMAN, ANDREW | Claim Number: 8259 |
| 114 QUAYSIDE | Claim Date: 01/10/2008 |
| JUPITER, FL 33477 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET: 4526 (06/11/2008) |

| SECURED | Claimed: | $21,295.00 |
| UNSECURED | Claimed: | $21,295.00 |
| TOTAL | Claimed: | $21,295.00 |

---

| BISTERFELT, PATSY (IRA) | Claim Number: 8260 |
| FCC AS CUSTODIAN | Claim Date: 01/10/2008 |
| P.O. BOX 96 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| TOM BEAN, TX 75489 | Comments: EXPUNGED |
| | DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $34,447.29 |

---

| J.P. MORGAN MORTGAGE ACQUISITION CORP. | Claim Number: 8261 |
| ATTN BRIAN SIMONS, VICE PRESIDENT | Claim Date: 01/10/2008 |
| 270 PARK AVENUE, 10TH FLOOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| NEW YORK, NY 10017 | Comments: ALLOWED |
| | DOCKET: 10342 (02/24/2012) |

| UNSECURED | Claimed: | $96,844,421.32 |

---

| JP MORGAN CHASE BANK, N.A. | Claim Number: 8262 |
| ATTN CHARLES O. FREEDGOOD | Claim Date: 01/10/2008 |
| MANAGING DIRECTOR | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| 277 PARK AVENUE, 8TH FLOOR | Comments: EXPUNGED |
| NEW YORK, NY 10172 | DOCKET: 10258 (11/18/2011) |

| SECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $161,160,514.00 UNDET DISP |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| AMBROSE, ALFONSE | Claim Number: 8263 |
| 36925 CURTIS RD | Claim Date: 01/10/2008 |
| LIVONIA, MI 48152 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $683.00 |

---

| FINANCIAL GUARANTY INSURANCE COMPANY | Claim Number: 8264 |
| BRUCE A. WILSON, ESQ. | Claim Date: 01/10/2008 |
| KUTAK ROCK LLP | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 1650 FARNAM STREET | Comments: EXPUNGED |
| OMAHA, NE 68102-2186 | DOCKET: 10343 (02/27/2012) |

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| W2007 SEATTLE OFFICE BELLEFIED OFFICE PARK REALTY, LLC - C/O SHAWN B. REDIGER WILLIAMS, KASTNER & GIBBS PLLC 601 UNION STREET, SUITE 4100 SEATTLE, WA 98101 | Claim Number: 8265<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $7,755.80 |
|---|---|---|
| SECURED | Claimed: | $9,983.49 |
| UNSECURED | Claimed: | $106,889.40 |

| BELL, CHARLES RAY PO BOX 363 BRENTWOOD, TN 37024 | Claim Number: 8266<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $182,612.00 |
|---|---|---|

| EVANS, JOSEPH C. 1412 HUNTER ROAD FRANKLIN, TN 37064-4502 | Claim Number: 8267<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $38,647.95 |
|---|---|---|

| STAPP, BETTY C. 4465 MIRA VISTA DR FRISCO, TX 750347519 | Claim Number: 8268<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,473.00 |
|---|---|---|

| STAPP, BETTY C. 133 DOGWOOD LAKES CIRCLE BULLARD, TX 75757 | Claim Number: 8269<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $14,936.16 |
|---|---|---|

| MBIA INSURANCE CORPORATION BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA, NE 68102-2186 | Claim Number: 8270<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) |
|---|---|

| UNSECURED | Claimed: | $221,112,000.00    UNLIQ |
|---|---|---|

| MBIA INSURANCE CORPORATION ATTN BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA, NE 68102-2186 | Claim Number: 8271<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) |
|---|---|

| UNSECURED | Claimed: | $221,112,000.00    UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8272<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) | |

| UNSECURED | Claimed: | $221,112,000.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| SECURITY CONNECTIONS, INC.<br>MARK MINUTI, ESQ.<br>SAUL EWING LLP<br>222 DELAWARE AVE STE 1200 - PO BOX 1266<br>WILMINGTON, DE 19899 | Claim Number: 8273<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 9923 (04/08/2011) | |

| SECURED | Claimed: | $140,344.14 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| MOODY'S INVESTORS SERVICE, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN CHRISTOPHER R. BELMONTE, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | Claim Number: 8274<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |

| UNSECURED | Claimed: | $1,449.30 | Scheduled: | $14,901.56 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| SEAWEB<br>C/O CHARLES A. MALLOY<br>ARNOLD & PORTER LLP<br>555 TWELFTH STREET, N.W.<br>WASHINGTON, DC 20004 | Claim Number: 8275<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $51,599.37 |
|---|---|---|

---

| | | |
|---|---|---|
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | Claim Number: 8276<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $4,330.55 |
|---|---|---|

---

| | | |
|---|---|---|
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | Claim Number: 8277<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | |

| UNSECURED | Claimed: | $4,330.55 |
|---|---|---|

---

| | | |
|---|---|---|
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | Claim Number: 8278<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | |

| UNSECURED | Claimed: | $4,330.55 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8279 |
| ATTN PAMELA WIEDER    -EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8280 |
| ATTN PAMELA WIEDER  -EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8281 |
| ATTN PAMELA WIEDER   - EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8282 |
| ATTN PAMELA WIEDER   - EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8283 |
| ATTN PAMELA WIEDER   - EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | Claim Number: 8284 |
| ATTN PAMELA WIEDER   - EP-MN-WS1D | Claim Date: 01/10/2008 |
| U.S. BANK CORPORATE TRUST SERVICES | Debtor: AMERICAN HOME MORTGAGE CORP |
| 60 LIVINGSTON AVENUE | Comments: ALLOWED |
| ST. PAUL, MN 55107 | DOCKET: 10652 (11/14/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8285<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8286<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8287<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8288<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8289<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| MICROSOFT CORP. & MICROSOFT LICENSING GP<br>C/O JOSEPH E. SHICKICH, JR.<br>RIDDELL WILLIAMS P.S.<br>1001 4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | Claim Number: 8290<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| UNSECURED | Claimed: | $1,421,718.97 |
|---|---|---|

| WAECHTER, JUDITH M.<br>10646 DEDEKE DR<br>NEW BRAUNFELS, TX 78132 | Claim Number: 8291<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,872.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PALMER, THOMAS A.<br>179 WOODSTOCK RD.<br>VILLANOVA, PA 19085 | Claim Number: 8292<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,332.43 | |

| LESLIE, KEVIN<br>30156 LOBLOLLY CIR<br>DAPHNE, AL 36526 | Claim Number: 8293<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $710.11 | |

| EININGER, EVAN<br>24 GREENWOODS ROAD<br>OLD TAPPAN, NJ 07675 | Claim Number: 8294<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,975.76 | |
| UNSECURED | Claimed: | $6,975.76 | |
| TOTAL | Claimed: | $6,975.76 | |

| GARCIA, JOSE<br>300 S WHEELING RD<br>PROSPECT HEIGHTS, IL 60070 | Claim Number: 8295<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,120.00 | Scheduled: | $1,040.00 |

| MORALES, MARIA<br>300 S. WHEELING RD<br>PROSPECT HEIGHTS, IL 60070 | Claim Number: 8296<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,340.00 | Scheduled: | $1,100.00 |

| OWEN, JAMES E.<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | Claim Number: 8297<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,479.00 | |

| SCHROEDER, KARNA F., TRUSTEE<br>KARNA F. SCHROEDER REV TRUST<br>U/A DTD 10-02-02<br>4821 N. CHAPEL VIEW STREET<br>WICHITA, KS 67226 | Claim Number: 8298<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,500.00 | |
| UNSECURED | Claimed: | $0.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRYDMAN, JACOB
JOHN FRYDMAN CUSTODIAN
645 MISSISSIPPI
LAWRENCE, KS 66044-2349

Claim Number: 8299
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $2,500.00 |
| UNSECURED | Claimed: | $0.00 |

---

FRYDMAN, TESS
RICHARD FRYDMAN CUSTODIAN
701 TENNESSEE
LAWRENCE, KS 66044-2369

Claim Number: 8300
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

FRYDMAN, HANNAH
RICHARD FRYDMAN, CUSTODIAN
701 TENNESSEE
LAWRENCE, KS 66044-2369

Claim Number: 8301
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

FRYDMAN, SOFIA ADEEA
RICHARD FRYDMAN CUSTODIAN
701 TENNESSEE
LAWRENCE, KS 66044-2369

Claim Number: 8302
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

SHOPE, J TRUMAN IRA RO
STIFEL NICOLAUS CUSTODIAN
2534 YELLOWSTONE CIRCLE
WICHITA, KS 67215

Claim Number: 8303
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $12,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

SCHOLFIELD, KEITH AND DORIS TTEES
FBO AUSTIN K HASTINGS TRUST
U/A DTD 02/01/2000
3222 SW 100TH
AUGUSTA, KS 67010-8374

Claim Number: 8304
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MWHB TRUST
WILLIAM H BAUCK
2920 S 127TH ST EAST
WICHITA, KS 67210

Claim Number: 8305
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

JULIUS, RICHARD J.
3508 N MARKET ST
WICHITA, KS 67219-3658

Claim Number: 8306
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $20,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

DEVINE, DOLORES M.
900 MORRIS # 3
LARNED, KS 67550-2425

Claim Number: 8307
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $14,938.12 |
| UNSECURED | Claimed: | $0.00 |

---

SHULICK, IMOGENE IRA
STIFEL NICOLAUS CUSTODIAN
2201 AUGUSTA AVE
EDMOND, OK 73034-3016

Claim Number: 8308
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $2,783.50 |
| UNSECURED | Claimed: | $0.00 |

---

HIRSCHMAN, JANA S.
STIFEL NICOLAUS CUSTODIAN
8800 E. 55TH SOUTH
DERBY, KS 67037-8363

Claim Number: 8309
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

CLEMENTS, JACK J. AND MARION Y. TTEES
JACK J CLEMENTS TRUST
U/A/D 12/15/00
13761 SE 140TH AVE
NORWICH, KS 67118

Claim Number: 8310
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $50,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SCHOLFIELD, KEITH AND DORIS E. TTEES FBO<br>GENE L SCHOLFIELD TR<br>U/A/DTD 8-31-92<br>3222 SW 100TH<br>AUGUSTA, KS 67010-8374 | Claim Number: 8311<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| AMEND, J RICHARD IRA<br>STIFEL NICOLAUS CUSTODIAN<br>1205 RICHARDS CIRCLE<br>RAYMORE, MO 64083 | Claim Number: 8312<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| AMEND, J. RICHARD IRA<br>STIFEL NICOLAUS CUSTODIAN<br>1205 RICHARDS CIRCLE<br>RAYMORE, MO 64083 | Claim Number: 8313<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $795.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| SNEERINGER, EUGENE M. JR. TTEE<br>SNEERINGER, MONAHAN, PROVOST, REDGRAVE<br>TIGLE AGENCY<br>50 CHAPEL ST.<br>ALBANY, NY 12207 | Claim Number: 8314<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $123,970.29 |
|---|---|---|

| HOWE, GERALD W.<br>12844 CENTURY ST.<br>OVERLAND PARK, KS 66213 | Claim Number: 8315<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WILHELM, AUSTIN & AMY<br>3390 COUNTY ROAD 138<br>MANDAN, ND 585548388 | Claim Number: 8316<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $6,178.80 |
|---|---|---|

| WARREN, WILLIAM H., JR.<br>6 EMS T30A LANE<br>LEESBURG, IN 46538 | Claim Number: 8317<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZIMMER, CHARLOTTE | Claim Number: 8318 |
| 9839 LAUREN LANE | Claim Date: 01/10/2008 |
| NILES, IL 60714-1020 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| WALDRON, TERRENCE | Claim Number: 8319 |
| 10423 S. OAKLEY | Claim Date: 01/10/2008 |
| CHICAGO, IL 60643 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,405.00 |

---

| ALEMAN-GARAY, WILTON | Claim Number: 8320 |
| 148 KENTUCKY STREET | Claim Date: 01/10/2008 |
| SHELBYVILLE, KY 40065 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $350.00 |

---

| PRESTON, MICHAEL W. | Claim Number: 8321 |
| 161 STATE HIGHWAY 176 | Claim Date: 01/10/2008 |
| FORSYTH, MO 656535139 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | Comments: EXPUNGED |
| | DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $27,411.45 |

---

| DOVE, JOSEPH F. | Claim Number: 8322 |
| PERSHING LLC AS CUSTODIAN | Claim Date: 01/10/2008 |
| 6197 OLIVESBURG - FITCHVILLE RD | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| GREENWICH, OH 44837-9603 | Comments: EXPUNGED |
| | DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $2,898.35 |

---

| NOEL, JENNYAI EMI E | Claim Number: 8323 |
| 13 THOMAS DR | Claim Date: 01/10/2008 |
| NORTH BABYLON, NY 11703 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $1,064.54 | Scheduled: | $1,061.54  CONT |

---

| BEAMSLEY, JOHANNA | Claim Number: 8324 |
| 711 SOUTH MAIN # A211 | Claim Date: 01/10/2008 |
| SYCAMORE, IL 60178 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 3946 (05/02/2008) |

| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SEDOTTO, BONNIE
116 KETRIDGE ST
WEST BABYLON, NY 11704

Claim Number: 8325
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85  CONT |
| --- | --- | --- | --- | --- |

---

HIROKAWA, ROY KIYOSHI, SEP IRA
SCOTTRADE INC TR FBO
45-525 UALANI PLACE
KANEOHE, HI 96744

Claim Number: 8326
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $5,233.75 |
| --- | --- | --- |
| UNSECURED | | $24,992.38 |

---

KIROKAWA, ROY K. & JEANNE SUE, JT TEN
45-525 UALANI PLACE
KANEOHE, HI 96744

Claim Number: 8327
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $4,206.13 |
| --- | --- | --- |
| UNSECURED | Claimed: | $7,211.06 |

---

BRUNO, JASON M
12537 PATRICK CIRCLE
OMAHA, NE 68164

Claim Number: 8328
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,110.91 |
| --- | --- | --- |

---

BAIRD, STANLEY H & CLAIRE
630 LOMBARD ST
NORTH BEND, OR 97459

Claim Number: 8329
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,175.00 |
| --- | --- | --- |

---

YENTIS, JONATHAN & TAMARAH
1444 NW 103RD ST
CLIVE, IA 50325-6502

Claim Number: 8330
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00   UNLIQ |
| --- | --- | --- |

---

OWEN, MARYBETH
7422 N OKETO AVE
CHICAGO, IL 60631-4429

Claim Number: 8331
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,267.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8332<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $65.95 | Scheduled: | $68.00 |
|---|---|---|---|---|

| BOHNER, CHRISTIE K.<br>1247 PORTNER RD<br>ALEXANDRIA, VA 22314 | Claim Number: 8333<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BOHNER, LYNN S.<br>651 NAGEL DR<br>PENSACOLA, FL 32503 | Claim Number: 8334<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HOLM, J. GREG, TRUSTEE<br>J GREG HOLM DDS PA 401 K PLAN<br>7405 W CENTRAL<br>WICHITA, KS 67212-3514 | Claim Number: 8335<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $6,021.77 |
|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8336<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $35.00 |
|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8337<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $126.85 | Scheduled: | $126.75 |
|---|---|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8338<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $31.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8339<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 |
|---|---|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8340<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 |
|---|---|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8341<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $22.95 |
|---|---|---|

| FRYDMAN, JOHN<br>CUSTODIAN FOR ALYSON FRYDMAN<br>645 MISSISSIPPI<br>LAWRENCE, KS 66044-2349 | Claim Number: 8342<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8343<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $22.95 | Scheduled: | $22.95 |
|---|---|---|---|---|

| AILEEN S. ANDREW FOUNDATION<br>10701 WINTERSET DRIVE<br>ORLAND PARK, IL 60467 | Claim Number: 8344<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | Claim Number: 8345<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10144 (08/26/2011) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MERRILL LYNCH CREDIT CORPORATION
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

Claim Number: 8346
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10144 (08/26/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY<br>UNSECURED | | $0.00  UNLIQ |

---

MERRILL LYNCH MORTGAGE LENDING, INC.
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

Claim Number: 8347
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10144 (08/26/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $946,970.54  UNLIQ CONT |

---

MERRILL LYNCH MORTGAGE LENDING, INC.
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

Claim Number: 8348
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10144 (08/26/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $946,970.54  UNLIQ CONT |

---

SNYDER, JOSEPH AND LOYCE, JT TEN
1510 FARGO
ODESSA, TX 79761-3208

Claim Number: 8349
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $13,608.33 |

---

SNYDER, JOSEPH AND LOYCE, JT TEN
1510 FARGO
ODESSA, TX 79761-3208

Claim Number: 8350
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $7,205.99 |

---

GEORGAS, RACHAEL
4873 CARNOUSTIE COURT
SUMMERVILLE, SC 29485

Claim Number: 8351
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $575.92 | | $576.92  CONT |

---

OSGOOD APPRAISAL SERVICES
ATTN JIM OSGOOD
4006 E. VIA MONTOYA DRIVE
PHOENIX, AZ 85050

Claim Number: 8352
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,395.00 | | $450.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MADDEN, BARBARA<br>97 FIRESTONE PLACE<br>MEADOWLAKES, TX 78654 | Claim Number: 8353<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $94,515.87 | | |
| UNSECURED | Claimed: | $94,515.87 | | |
| TOTAL | Claimed: | $94,515.87 | | |

| PELHAM, MICHAEL PAUL<br>1877 RED OAK DRIVE<br>FRANKLIN, IN 46131 | Claim Number: 8354<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | |

| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | Claim Number: 8355<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $13,142.31  CONT |
| UNSECURED | Claimed: | $133,650.93 | Scheduled: | $140,308.93  CONT |

| BLANKE, KERRI<br>53 E REDFORD CT<br>SAINT CHARLES, MO 633045048 | Claim Number: 8356<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $444.15 | Scheduled: | $444.15  CONT |

| TRAVELERS CASUALTY AND SURETY COMPANY OF<br>AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | Claim Number: 8357<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 7267 (04/14/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| TRAVELERS CASUALTY AND SURETY COMPANY OF<br>AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | Claim Number: 8358<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7267 (04/14/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| TRAVELERS CASUALTY AND SURETY COMPANY OF<br>AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | Claim Number: 8359<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7267 (04/14/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | Claim Number: 8360<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: DOCKET: 7267 (04/14/2009) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | Claim Number: 8361<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,113.00 |

| PUBLIC STORAGE<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | Claim Number: 8362<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,291.00 |

| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | Claim Number: 8363<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7267 (04/14/2009) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| MCDAVITT, HAROLD<br>310 SILVER MEADOW DR<br>WADSWORTH, OH 44281 | Claim Number: 8364<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,474.95 |

| PERREN, IRENE A.<br>9209 HIGHLAND DRIVE<br>BRECKSVILLE, OH 44141 | Claim Number: 8365<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $3,456.95 |

| TURK, HERBERT M.<br>39165 JOHNNYCAKE RIDGE ROAD<br>WILLOUGHBY, OH 44094-7951 | Claim Number: 8366<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,514.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARMON PHOTOGRAPHERS<br>ATTN KAREN L PRUSSEY, OWNER<br>5661 INDEPENDENCE CIR STE 2<br>FORT MEYERS, FL 33912 | Claim Number: 8367<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $201.40 | Scheduled: | $503.50 |
|---|---|---|---|---|

| THISTLEWOOD, DAVID K. IRA<br>SCOTTRADE, INC. TR FBO<br>8502 OAK STREET<br>ARVADA, CO 80005 | Claim Number: 8368<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

| VAN METER, DOUGLAS G.<br>962 ENTERPRISE RD<br>COLQUITT, GA 39837 | Claim Number: 8369<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,731.25 |
|---|---|---|

| BOYD, GRANT A. IRA<br>804 DUNRAVEN DR.<br>MANCHESTER, MO 63021 | Claim Number: 8370<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| SMITH, ARLENE A.<br>5400 HARBOUR POINTE BLVD, C-104<br>MUKILTEO, WA 98275 | Claim Number: 8371<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,285.60 |
|---|---|---|

| MAAHS, KAREN L.<br>1837 DUCK LAKE DR.<br>EAGLE RIVER, WI 54521 | Claim Number: 8372<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| ROEBUCK, KATHELEN S.<br>30942 LUCIA LANE<br>LAGUNA NIGUEL, CA 92677 | Claim Number: 8373<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | | Claim Number: 8374<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
| PRIORITY | Claimed: | $34,249.80 |
| DUVALL, JAMES A.<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | | Claim Number: 8375<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUVALL, JAMES A.<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | | Claim Number: 8376<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUVALL, MARY ANN<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | | Claim Number: 8377<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUVALL, JAMES A. & MARY ANN JT WROS<br>9182 42ND WAY<br>PINELLAS PARK, FL 33782-5603 | | Claim Number: 8378<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GLUCK, MICHAEL<br>6851 SE 33RD ST<br>MERCER ISLAND, WA 98040 | | Claim Number: 8379<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,125.00 |
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN/PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8380<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
| ADMINISTRATIVE | Claimed: | $1,057.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| APPRAISAL INSPECTION SVCS<br>ATTN KEVIN BOX, PARTNER<br>736 GRAND AVENUE<br>BILLINGS, MT 59101 | Claim Number: 8381<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,800.00 | | |
|---|---|---|---|---|

---

| LANDMARK V AMERICAN HOME MORTGAGE CORP<br>K MCCRACKEN & J CHESNUT 3:06-CV-116-JTC<br>JD DALBEY CHILIVIS COCHRAN LARKINS BEVER<br>3127 MAPLE DRIVE, NE<br>ATLANTA, GA 30305 | Claim Number: 8382<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $310,384.72 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD, MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 8383<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) |
|---|---|

| UNSECURED | Claimed: | $2,005.55 | | |
|---|---|---|---|---|

---

| CAUSEY APPRAISAL SERVICE<br>ATTN SARA E. CAUSEY<br>100 HACKNEY CIRCLE<br>WILMINGTON, DE 19803 | Claim Number: 8384<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $4,496.00 | | |
|---|---|---|---|---|

---

| TURLAND, HARLENE<br>FCC AS CUTODIAN<br>8430 BIRCHCROFT<br>DALLAS, TX 75243-6502 | Claim Number: 8385<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,135.65 | | |
|---|---|---|---|---|

---

| MORELLA, STACEY<br>P.O. BOX 691463<br>HOUSTON, TX 77269 | Claim Number: 8386<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $181,500.00 | | |
|---|---|---|---|---|

---

| MORELLA, GENEVA<br>5210 ROTHCHILDE CT<br>HOUSTON, TX 770691545 | Claim Number: 8387<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $211,500.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LEVINE, DEREK AND MORRIS, LIZ<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8388<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED          Claimed: | $917.18 |

---

| JACKSON, DAISY LEE<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8389<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED          Claimed: | $13,062.60 |

---

| DIXON, JAMES AND FERRELL, ANNETTE<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8390<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|
| UNSECURED          Claimed: | $7,008.20 |

---

| PARKER, DAVID<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8391<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|
| UNSECURED          Claimed: | $118,004.03 |

---

| NORTEY, SAMSON Y. & ELIZABETH S.<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8392<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|
| UNSECURED          Claimed: | $33,099.82 |

---

| LAW OFFICE OF DANIEL C CONSUEGRA<br>ATTN:  DANIEL C. CONSUEGRA<br>9204 KING PALM DRIVE<br>TAMPA, FL 33619 | Claim Number: 8393<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|
| UNSECURED          Claimed: | $46,807.30 |

---

| COMMUNITY DEVELOPMENT ADMINISTRATION<br>A DIV OF THE MARYLAND DEPT OF HOUSING &<br>COMMUNITY DEVELOPMENT- C/O DAVID FONTANA<br>ONE SOUTH ST, STE 2200- GEBHARDT & SMITH<br>BALTIMORE, MD 21202 | Claim Number: 8394<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10522 (07/09/2012) |
|---|---|
| UNSECURED          Claimed: | $400,325.24 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

EL AD US HOLDING, INC
ATTN SHEANA A ORBIT, SECRETARY
575 MADISON AVENUE
22ND FLR.
NEW YORK, NY 10022

Claim Number: 8395
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,315,103.86 UNLIQ |
| --- | --- | --- |

J.P. MORGAN MORTGAGE ACQUISITION CORP.
ATTN BRIAN SIMONS
VICE PRESIDENT
270 PARK AVENUE, 10TH FLOOR
NEW YORK, NY 10017

Claim Number: 8396
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10342 (02/24/2012)

| UNSECURED | Claimed: | $20,223.38 |
| --- | --- | --- |

JP MORGAN CHASE BANK, N.A.
ATTN CHARLES O. FREEDGOOD
MANAGING DIRECTOR
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 8397
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10258 (11/18/2011)

| SECURED | Claimed: | $160,600.00 CONT |
| --- | --- | --- |

J.P. MORGAN SECURITIES INC.
ATTN BRIAN SIMONS
VICE PRESIDENT
270 PARK AVENUE, 10TH FLOOR
NEW YORK, NY 10017

Claim Number: 8398
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10258 (11/18/2011)

| UNSECURED | Claimed: | $1,397,266.00 |
| --- | --- | --- |

J.P. MORGAN MORTGAGE ACQUISITION CORP.
ATTN: BRIAN SIMONS
VICE PRESIDENT
270 PARK AVENUE, 10TH FLOOR
NEW YORK, NY 10017

Claim Number: 8399
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10342 (02/24/2012)

| UNSECURED | Claimed: | $308,000.00 |
| --- | --- | --- |

HUB PROPERTIES TRUST
ATTN JENNIFER B. CLARK, SENIOR VP
PO BOX 84-5008
BOSTON, MA 02284-5008

Claim Number: 8400
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $29,163.26 |
| --- | --- | --- |

TADYCH, STACEY D
7122 THORNCLIFF DR.
CHARLOTTE, NC 28210

Claim Number: 8401
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $961.60 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | Claim Number: 8402<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) |

| SECURED | Claimed: | $15,604.53 |
| UNSECURED | Claimed: | $163,990.45 |

---

| VOL APPRAISAL<br>ATTN MICHAEL WERTZ, PRESIDENT<br>206 MALLARD DRIVE<br>STEVENSVILLE, MD 21666 | Claim Number: 8403<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $1,420.00 |

---

| MITCHELL, DEBRA<br>620 COLLEGE FM RD<br>STEPHENVILLE, TX 76401 | Claim Number: 8404<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |

| UNSECURED | Claimed: | $7,000.00 |

---

| ARROYO, CRISTINA B.<br>1906 S. GREENVILLE<br>SANTA ANA, CA 92704 | Claim Number: 8405<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) |

| PRIORITY | Claimed: | $2,343.75 | Scheduled: | $4,763.15  CONT |

---

| KIRBY, DAVID S.<br>31 RAINBOW FLS<br>IRVINE, CA 92603-3439 | Claim Number: 8406<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 6217 (10/10/2008) |

| PRIORITY | Claimed: | $4,827.59 |

---

| CASEY, JANET<br>19692 HILLOCK VIEW PLAZA<br>YORBA LINDA, CA 92886 | Claim Number: 8407<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $2,031.04 | Scheduled: | $2,031.04  CONT |

---

| KNUTSON, GLORIA<br>17362 STAFFORD CIR<br>YORBA LINDA, CA 92886-3819 | Claim Number: 8408<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $284.75 | Scheduled: | $182.75  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | Claim Number: 8409<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,185.09 | Scheduled: | $2,185.10 CONT |

| PFITZER, SANDRA MARTHA<br>34771 MORAVIAN, APT. 212<br>STERLING HEIGHTS, MI 48312 | Claim Number: 8410<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $52,000.00 UNLIQ | |

| FNC, INC.<br>ATTN DEWITT LAMAR BOLTON, III<br>ASSOCIATE GENERAL COUNSEL<br>1214 OFFICE PARK DRIVE<br>OXFORD, MS 38655 | Claim Number: 8411<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $496,579.31 | Scheduled: | $296,801.73 |

| JONES, CASSANDRA R<br>3055 EBBTIDE DR<br>EDGEWOOD, MD 21040 | Claim Number: 8412<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,046.15 | Scheduled: | $1,611.53 CONT |

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN RATNA D BUTANI, DEPUTY<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 8413<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,087.67 | Scheduled: | $0.00 UNDET |
| SECURED | Claimed: | $120,139.34 | | |

| TSATSAKIS, ANASTASIOS (TASI)<br>17859 S. ALTA DRIVE<br>LOCKPORT, IL 60441 | Claim Number: 8414<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,572.31 | Scheduled: | $2,572.31 CONT |

| GAO, SUHUA<br>252 RUE DU BOSQUET<br>PINCUORT, QC J7V 0B5<br>CANADA | Claim Number: 8415<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $576.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PHILLIPS, RAYMOND<br>310 WHITEFORD LANE<br>EUBANK, KY 42567 | Claim Number: 8416<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,512.00 |

---

| SCHAARSCHMIDT, K. KARL<br>3320 WOODVIEW DRIVE<br>LAFAYETTE, CA 94549 | Claim Number: 8417<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,633.98 |

---

| MURRAY, W. & KULLA, C.<br>HEGELSTRASSE 6,<br>BAD SODEN-SALMUENSTER, 63628<br>GERMANY | Claim Number: 8418<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $12,500.00 |

---

| ROMSAITONG, PANDATE<br>10 CLUB DRIVE<br>MASSAPEQUA, NY 11758 | Claim Number: 8419<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| DOVE, JOSEPH F.<br>C/O PERSHING LLC AS CUSTODIAN<br>6197 OLIVESBURG - FITCHVILLE RD<br>GREENWICH, OH 44837-9603 | Claim Number: 8420<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,898.35 |

---

| BROTHERTON, JILL<br>1226 NORTH AVENUE<br>BATAVIA, IL 60510 | Claim Number: 8421<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |

| PRIORITY | Claimed: | $1,100.00 | Scheduled: | $1,153.85  CONT |
| UNSECURED | Claimed: | $1,020.00 | | |

---

| WHITE, JACK R.<br>2624 SWISS LANE<br>BIRMINGHAM, AL 35226 | Claim Number: 8422<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,500.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WHITE, JACK R.<br>2624 SWISS LANE<br>BIRMINGHAM, AL 35226 | | Claim Number: 8423<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,591.00 |
| KAHN, WALTER F. IRA<br>SCOTTRADE INC TR FBO<br>REORG DEPT<br>P.O. BOX 31759<br>SAINT LOUIS, MO 63131 | | Claim Number: 8424<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,284.50 |
| KRAMER, BRUCE D.<br>98 NORTH ROW RD<br>STERLING, MA 01564 | | Claim Number: 8425<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,505.00 |
| SCHWARTZ, STEVEN & KATHY<br>380 MESSINA<br>BALLWIN, MO 63021 | | Claim Number: 8426<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,500.00 |
| CHEN, HSISANG-YU<br>256 DEEP BROOK COURT<br>PISCATAWAY, NJ 08854 | | Claim Number: 8427<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,723.93 |
| BASKERVILLE, DEBORAH<br>1490 GAYLORD TERRACE<br>TEANECK, NJ 07666 | | Claim Number: 8428<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,345.33 |
| GLAZNER, GERALDINE R.<br>7853 N. ZOAN CT.<br>TERRE HAUTE, IN 47805-1005 | | Claim Number: 8429<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,131.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GLAZNER, GERALDINE R.
TR FBO
GERALDINE R. GLAZNER REV TRUST
7853 N. ZOAN CT
TERRE HAUTE, IN 47805-1005

Claim Number: 8430
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,538.00 | | |

---

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

Claim Number: 8431
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $84,708.17 | UNLIQ |
| UNSECURED | Claimed: | $84,708.17 | UNLIQ |
| TOTAL | Claimed: | $91,169.71 | UNLIQ |

---

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

Claim Number: 8432
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4289 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,461.54 |
| UNSECURED | Claimed: | $84,708.17 |

---

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

Claim Number: 8433
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)
SIGNATURE ON ATTACHMENT

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85,026.08 | Scheduled: | $84,708.17  CONT |

---

EITSERT, LINDA M
5208 COVENTRY LN
FORT WAYNE, IN 468047164

Claim Number: 8434
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $728.92 | Scheduled: | $728.92  CONT |

---

HAMILTON, JOYCE
207 WOODLAWN AVE
WILLOW GROVE, PA 19090

Claim Number: 8435
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

HAMILTON, JOHN R. JR.
6520 N. 2ND ST
PHILADELPHIA, PA 19126

Claim Number: 8436
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LISSMAN, PAUL J.
70 TIBER RD
SYOSSET, NY 11791-1109

Claim Number: 8437
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,635.00 | | |

---

DUNSON, LATANYA
144-02 LINDEN BLVD
JAMAICA-QUEENS, NY 11436

Claim Number: 8438
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $557.00 | Scheduled: | $557.00 CONT |

---

SIMMONS, DALE A
16 WENDY LANE
MASSAPEQUA PARK, NY 11762

Claim Number: 8439
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,153.50 | |

---

DECKER, JANELLE T.
2812 W. 50TH
WESTWOD, KS 66205

Claim Number: 8440
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,891.74 | |

---

HORROCKS, STEPHEN
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA 92646

Claim Number: 8441
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $65,000.00 | |

---

GARRISON, ELLENA
PO BOX 1423
PATCHOGUE, NY 11772

Claim Number: 8442
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $679.80 | Scheduled: | $679.80 CONT |

---

TRUEBLOOD, RICHARD K.
6139 MESA ROAD
RENO, NV 89511

Claim Number: 8443
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,388.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| YAKUBOWICH, MARY M.<br>CGM IRA CUSTODIAN<br>8 WINDSOR RD.<br>EDISON, NJ 08817 | | Claim Number: 8444<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,502.67 |
| MOSCA, ERNESTO<br>474 OAKWOOD AVE.<br>TORONTO, ON M6E 2W6<br>CANADA | | Claim Number: 8445<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,100.00 |
| WISHARD, NATHAN<br>9105 CENTURY FARM RD<br>FELTON, PA 17322 | | Claim Number: 8446<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,450.00 |
| RESIDENTIAL FUNDING COMPANY, LLC<br>C/O RICHARD D. BALLOT<br>GMAC RESCAP<br>465 SOUTH STREET, SUITE 202<br>MORRISTOWN, NJ 07960 | | Claim Number: 8447<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 9826 (03/10/2011) |
| UNSECURED | Claimed: | $37,327.15 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>GEORGE KIELMAN<br>ASSOCIATE GENERAL COUNSEL<br>8200 JONES BRANCH DRIVE - MS 202<br>MC LEAN, VA 22102 | | Claim Number: 8448<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 8299 (11/13/2009) |
| UNSECURED | Claimed: | $110,188.00   UNLIQ |
| NATIONAL APPRAISAL SERVICES<br>PO BOX 1016<br>SCARBOROUGH, ME 40701016 | | Claim Number: 8449<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $800.00 |
| WEISMAN, JANET K. & ALFRED L.<br>9330 LAGOON PLACE # 409<br>DAVIE, FL 33324 | | Claim Number: 8450<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $10,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| LEUNG, CHUNG NGOC<br>9 WOODSHAW ROAD<br>NEWARK, DE 19711 | Claim Number: 8451<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $7,137.98 | |

---

| | | |
|---|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8452<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 10343 (02/27/2012) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8453<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 10343 (02/27/2012) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| NORTHWEST TRUSTEE SERVICES, INC.<br>13555 SE 36TH ST STE 200<br>BELLEVUE, WA 98006-1485 | Claim Number: 8454<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED | |
| UNSECURED          Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| ILLINOIS NATIONAL INSURANCE CO. ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | Claim Number: 8455<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET 10207 (10/07/2011) | |
| SECURED          Claimed: | $0.00   UNLIQ | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

---

| | | |
|---|---|---|
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | Claim Number: 8456<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $13,837,333.58   UNLIQ | |

---

| | | |
|---|---|---|
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | Claim Number: 8457<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $13,558,882.64   UNLIQ | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | Claim Number: 8458<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | Claim Number: 8459<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUTPCY COLLECTIONS<br>DAVID A. LEVINE, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | Claim Number: 8460<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| CHIRAYIL, MARTHA A<br>54 ANDREA ST.<br>WEST BABYLON, NY 11704 | Claim Number: 8461<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $6,608.65 | Scheduled: | $6,608.65  CONT |

| SMITH, PEGGY (IRA)<br>FCC AS CUSTODIAN<br>12658 AMY LANE<br>TERRELL, TX 75161-5716 | Claim Number: 8462<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,977.55 |

| MERCER, ROBERT<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817-5609 | Claim Number: 8463<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $2,276.35 |
| UNSECURED | Claimed: | $124,921.65 |

| MERCER, ROBERT C<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817 | Claim Number: 8464<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $120,155.40 | Scheduled: | $119,777.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SLAGLE, KATHLEEN L.
9614 EVERGREEN STREET
SILVER SPRING, MD 20901

Claim Number: 8465
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,888.89 | Scheduled: | $1,888.89 CONT |
|---|---|---|---|---|

---

PRATT APPRAISAL SERVICE
ATTN TONDA PRATT
4828 ST ANDREWS DR
STOCKTON, CA 95219

Claim Number: 8466
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,600.00 |
|---|---|---|

---

VAN WYK, JOHN & SUSAN
1053 BEDFORD AVENUE
PALM BEACH GARDENS, FL 33403

Claim Number: 8467
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,856.31 |
|---|---|---|

---

TATE APPRAISAL & CONSULTATION
ATTN KIM TATE, APPRAISER/OWNER
1115 WATERLILY RD
COINJOCK, NC 27923

Claim Number: 8468
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

---

MOBLEY, RONALD W. & SUSAN H.
13771 N. FOUNTAIN HILLS BLVD.
STE. 114-333
FOUNTAIN HILLS, AZ 85268

Claim Number: 8469
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $250,000.00 UNLIQ |
|---|---|---|

---

PENA VS. AMERICAN HOME MORTGAGE CORP.
US DISTRICT CT N DISTRICT IL 07CV552
DANIEL A. EDELMAN EDELMAN, COMBS,
120 SOUTH LASALLE STREET, 18TH FLOOR
CHICAGO, IL 60603

Claim Number: 8470
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3083 (02/26/2008)

| UNSECURED | Claimed: | $25,845.40 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| TOTAL | Claimed: | $27,658.01 UNLIQ | | |

---

PINER, CONNIE E.
C/O HARTZELL & WHITEMAN, LLP
2626 GLENWOOD AVENUE, SUITE 500
RALEIGH, NC 27608

Claim Number: 8471
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10281 (12/14/2011)

| UNSECURED | Claimed: | $158,938.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARTER, JACK & MYSTE<br>4190 STATE HWY 151<br>MINGO JUNCTION, OH 43938 | Claim Number: 8472<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $4,007.63 |
|---|---|---|

| KNORR, DAVID A.<br>132 CLAYBROOK DR.<br>E. PALESTINE, OH 44413 | Claim Number: 8473<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $3,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,500.00 |
| TOTAL | Claimed: | $3,500.00 |

| PASQUALE, LISA MARIE<br>2400 26TH AVE SOUTH<br>MINNEAPOLIS, MN 554061245 | Claim Number: 8474<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $3,000.00 |
|---|---|---|

| ATKINS, DANIEL E.<br>123 HARDING AVE<br>WESTWOOD, NJ 07675-1507 | Claim Number: 8475<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SOTERAS, CHARLES C.<br>1202 PARK AVE APT 2<br>HOBOKEN, NJ 07030-4402 | Claim Number: 8476<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | Claim Number: 8477<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $6,463.93 |
|---|---|---|
| UNSECURED | Claimed: | $140.00 |

| NIELSEN, DOUGLAS A. & DOLORES M.<br>2004 SKY HAWK AVE<br>PAPILLION, NE 68193 | Claim Number: 8478<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,459.70 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RICZO, JOHN J., ADMINISTRATOR
ESTATE OF NICHOLAS J. HOMOKY
7462 STATE RD.
CLEVELAND, OH 44134

Claim Number: 8479
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,340.00 |
|---|---|---|

---

AMERICAN HOME BANK, N.A.  07 CV 4077
ATTN JAMES M DEITCH, CEO
3840 HEMPLAND ROAD
MOUNTVILLE, PA 17554

Claim Number: 8480
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 9435 (11/10/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

AMERICAN HOME BANK, N.A.  07 CV 4077
ATTN JAMES M DEITCH, CEO
3840 HEMPLAND ROAD
MOUNTVILLE, PA 17554

Claim Number: 8481
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9435 (11/10/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

LERNER, SAMPSON & ROTHFUSS, LPA
ATTN EDWARD J. BOLL, III
P.O. BOX 1985
CINCINNATI, OH 45264-1985

Claim Number: 8482
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $827.60 |
|---|---|---|

---

BOSTON PROPERTIES LIMITED PARTNERSHIP
C/O J. DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET NW
WASHINGTON, DC 20006

Claim Number: 8483
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $146,585.00 |
|---|---|---|

---

TRUSTEES OF MALL ROAD TRUST
C/O J. DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 8484
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| UNSECURED | Claimed: | $20,497.43   UNLIQ |
|---|---|---|

---

BP KINGSTOWNE OFFICE K LP
C/O J DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 8485
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10092 (07/18/2011)

| UNSECURED | Claimed: | $49,737.05 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SHAKIB, IRAJ D. & PHYLLIS P.
3010 BROOKMONTE LANE
LEXINGTON, KY 40515-8508

Claim Number: 8486
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | | |

---

HOPP, DEBRA S
8137 SAGIMORE CT
FORT WAYNE, IN 46835

Claim Number: 8487
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $4,032.53 CONT |
| UNSECURED | Claimed: | $451.33 | | |

---

PERRY, JOSEPH
2607 WYNDSONG COURT
CRYSTAL LAKE, IL 60012

Claim Number: 8488
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,439.74 CONT |
| UNSECURED | Claimed: | $244,005.27 | Scheduled: | $245,066.55 CONT |

---

PERRY, JOSEPH
6719 E. LISERON
BOYNTON BEACH, FL 33437

Claim Number: 8489
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,439.74 | | |
| UNSECURED | Claimed: | $245,066.55 | | |

---

QWEST CORPORATION
ATTN: JANE FREY CORPORATE COUNSEL
1801 CALIFORNIA ST RM 900
DENVER, CO 80202

Claim Number: 8490
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,881.75 | Scheduled: | $30,427.64 |

---

QWEST COMMUNICATIONS CORPORATION
ATTN JANE FREY CORPORATE COUNSEL
1801 CALIFORNIA ST RM 900
DENVER, CO 80202

Claim Number: 8491
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $442,445.02 | Scheduled: | $251,841.32 |

---

PINE CREEK AGAWAM L.P.
ATTN JEFFREY M STROLE, ASST VICE PRES.
380 UNION STREET
WEST SPRINGFIELD, MA 01089

Claim Number: 8492
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,332.00 | | |
| UNSECURED | Claimed: | $19,452.73 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARMON LAW OFFICES, P.C.<br>ATTN ANDREW S. HARMON, ESQUIRE<br>150 CALIFORNIA STREET<br>NEWTON, MA 02458 | Claim Number: 8493<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $27,732.08 | Scheduled: | $38,739.44 |
|---|---|---|---|---|

| 93-99 MAIN STREET, LLC<br>1534 BROADWAY APT 114<br>HEWLETT, NY 115571444 | Claim Number: 8494<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $112,985.07 | Scheduled: | $10,609.00 |
|---|---|---|---|---|

| CRADDOCK, JANET B<br>6019 HEMLOCK DR<br>INDIAN TRAIL, NC 28079 | Claim Number: 8495<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $920.67 | Scheduled: | $920.67 CONT |
|---|---|---|---|---|

| ADAIR, DOUGLAS M<br>49 SANDY HILL RD<br>OYSTER BAY, NY 11771 | Claim Number: 8496<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $9,615.39 | Scheduled: | $9,615.39 CONT |
|---|---|---|---|---|

| CRESWELL, BEVERLY L<br>1212 N EL PASO ST<br>COLORADO SPGS, CO 80903-2522 | Claim Number: 8497<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8059 (09/14/2009) |
|---|---|

| PRIORITY | Claimed: | $271.81 |
|---|---|---|
| UNSECURED | | $6,284.97 |

| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA, GA 30004 | Claim Number: 8498<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10092 (07/18/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $117,324.34 |
|---|---|---|
| UNSECURED | Claimed: | $573,578.31 |

| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | Claim Number: 8499<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $46,666.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ROBB EVANS, PLAINTIFF V. AMERICAN HOME<br>11661 SAN VICENTE BLVD<br>STE 500<br>LOS ANGELES, CA 900495113 | Claim Number: 8500<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9741 (02/01/2011) | | | |
| UNSECURED | Claimed: | $10,257.65 | Scheduled: | $0.00 UNLIQ |
| PITSTICK, JERRY W.<br>3475 WESTBURY RD.<br>DAYTON, OH 45409-1247 | Claim Number: 8501<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00 UNDET | | |
| HARTUNG, DONALD M.<br>7341 RAVINIA DR<br>ST. LOUIS, MO 63121-2515 | Claim Number: 8502<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,407.00 | | |
| HARTUNG, DONALD M.<br>7341 RAVINIA DR<br>ST. LOUIS, MO 63121-2515 | Claim Number: 8503<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,286.00 | | |
| SALEH, PEGGY KARAM & B. PETER JT TEN<br>11110 WHISPERING WIND<br>SAN ANTONIO, TX 78230 | Claim Number: 8504<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $8,947.56 | | |
| PANSKY FAMILY TRUST, THE<br>IRIS PANSKY, TTEE<br>2647 S.W. VISTA AVE.<br>PORTLAND, OR 97201-1793 | Claim Number: 8505<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $33,450.99 | | |
| BURGESS, BARBARA A.<br>11818 S.W. 43RD STREET RD.<br>OCALA, FL 34481 | Claim Number: 8506<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,702.50 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ARNOLD, EDWARD H.<br>815 TUDOR LANE<br>LEBANON, PA 17042 | | Claim Number: 8507<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $177,045.22 | | |

| RATHMANN, KAREN<br>2908 NE 185TH COURT<br>VANCOUVER, WA 98682 | | Claim Number: 8508<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,123.08 | Scheduled: | $1,123.08 CONT |

| RATHMANN, KAREN M<br>2908 NE 185TH CT<br>VANCOUVER, WA 98682 | | Claim Number: 8509<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $793.27 | Scheduled: | $793.27 CONT |

| CAREY, MARILEE<br>15 BROOK AVENUE<br>MERRICK, NY 11566 | | Claim Number: 8510<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,374.78 | Scheduled: | $5,214.72 CONT |

| RAJCHEL, JOHN<br>202 S. SCHUYLKILL AV<br>NORRISTOWN, PA 19403 | | Claim Number: 8511<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,801.50 | | |

| CARROLL, DANA<br>7409 VILLAGE RD APT 18<br>SYKESVILLE, MD 21784-7489 | | Claim Number: 8512<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,310.40 | Scheduled: | $2,620.80 CONT |

| RICOH BUSINESS SYSTEMS INC<br>ATTN DAVE KAUTZ, A/R BILLING & COLLECT.<br>STE M 1225 GREENBRIAR AVE<br>ADDISON, IL 60101 | | Claim Number: 8513<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,857.51 | Scheduled: | $11,471.67 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RICOH BUSINESS SOLUTIONS<br>ATTN DAVE KAUTZ, A/R BILLING & COLLECT.<br>1225 GREENBRIAR AVENUE, SUITE M<br>ADDISON, IL 60101 | Claim Number: 8514<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $568.57 | | |
|---|---|---|---|---|

| PEARSON, ROBERT J.<br>2470 COACH & SURREY LANE<br>AURORA, IL 60506 | Claim Number: 8515<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,861.30 | | |
|---|---|---|---|---|

| PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.<br>ATTN BRENT A. YORK, ESQ.<br>480 MAIN STREET<br>PRESQUE ISLE, ME 04769 | Claim Number: 8516<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $10,813.34 | | |
|---|---|---|---|---|

| EIDSON, WILLIAM B<br>219 NORSAM DR<br>LANGHORNE MANOR, PA 19047 | Claim Number: 8517<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $9,388.92 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,083.34 | | |

| EIDSON, WILLIAM<br>219 NORSAM DR<br>LANGHORNE MANOR, PA 19047 | Claim Number: 8518<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7407 (05/19/2009) |
|---|---|

| PRIORITY | Claimed: | $9,388.92 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,083.34 | Scheduled: | $345.00  CONT |

| PASTORE, ANGELA J.<br>290 COLLINS AVE. - # 8E<br>MT. VERNON, NY 10552 | Claim Number: 8519<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,107.30 | | |
|---|---|---|---|---|

| AMERICAN CORPORATE RECORD CENTER, INC.<br>C/O SILVERMAN PERLSTEIN & ACAMPORA LLP<br>ATTN GERARD R. LUCKMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | Claim Number: 8520<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) |
|---|---|

| SECURED | Claimed: | $267,856.47 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| POUCH RECORDS MANAGEMENT LP<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND MILLER<br>525 M. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 | Claim Number: 8521<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $110,175.73 | Scheduled: | $3,907.08 |
|---|---|---|---|---|

| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | Claim Number: 8522<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) |
|---|---|

| UNSECURED | Claimed: | $6,600.35 |
|---|---|---|

| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | Claim Number: 8523<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) |
|---|---|

| UNSECURED | Claimed: | $9,076,422.69 |
|---|---|---|

| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | Claim Number: 8524<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) |
|---|---|

| UNSECURED | Claimed: | $27,585,072.66 |
|---|---|---|

| SUN LIFE ASSURANCE COMPANY OF CANADA- US<br>ATTN ANDREA L. NIEDERMEYER<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 | Claim Number: 8525<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| SECURED | Claimed: | $7,203.10 |
|---|---|---|
| UNSECURED | Claimed: | $89,287.77 |

| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT.<br>TO SOUTHBOROUGH/WESTBOROUGH LLC<br>C/O LYNNE B. XERRAS-HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | Claim Number: 8526<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $71,086.24 |
|---|---|---|

| ANDERS APPRAISAL ASSOC., INC.<br>ATTN ALLEN KENT ANDERS, PRES/DIRECTOR<br>9414 OLD GEORGETOWN ROAD<br>BETHESDA, MD 20814 | Claim Number: 8527<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6840 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $10,745.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CITIMORTGAGE, INC.
C/O ANDREW J. PETRIE
FEATHERSTONE PETRIE DESISTO LLP
600 17TH STREET, SUITE 2400S
DENVER, CO 80202

Claim Number: 8528
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10256 (11/18/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $121,550.00 |

---

SOVEREIGN BANK FSB
ATTN: STEVE ANDREWS, SENIOR VP
GBM FIXED INCOME SALES
MAIL CODE MA1-SST-04-13; 75 STATE STREET
BOSTON, MA 02109

Claim Number: 8529
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10092 (07/18/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,912,922.64 |

---

SOVEREIGN BANK FSB
ATTN: STEVE ANDREWS, SENIOR VP
GBM FIXED INCOME SALES
MAIL CODE MA1-SST-04-13; 75 STATE STREET
BOSTON, MA 02109

Claim Number: 8530
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 10092 (07/18/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,191,373.58 |

---

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8531
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9551 (12/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,360.00 | UNLIQ |

---

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8532
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9551 (12/13/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8533
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 8492 (01/12/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8534
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10208 (10/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,360.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8535<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | | | |
| SECURED | Claimed: | $0.00 | UNLIQ | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8536<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | |
| SECURED | Claimed: | $0.00 | UNLIQ | |
| UNSECURED | Claimed: | $6,360.00 | UNLIQ | |
| BAI, LARRY<br>2990 SHEFFIELD DR.<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 8537<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $817.16 | Scheduled: | $817.16 CONT |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS<br>SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8538<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| UNSECURED | Claimed: | $51,986,697.69 UNLIQ | | |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS<br>SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8539<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| UNSECURED | Claimed: | $51,986,697.69 UNLIQ | | |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS<br>SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8540<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| UNSECURED | Claimed: | $52,696,335.97 UNLIQ | | |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS<br>SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8541<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| UNSECURED | Claimed: | $52,696,335.97 UNLIQ | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8542<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $52,746,454.02   UNLIQ |
|---|---|---|

---

| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8543<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $52,746,454.02   UNLIQ |
|---|---|---|

---

| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8544<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| UNSECURED | Claimed: | $52,746,454.02   UNLIQ |
|---|---|---|

---

| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE<br>ATTN JAMES HEANEY, VICE PRESIDENT<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 8545<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| UNSECURED | Claimed: | $52,746,454.02   UNLIQ |
|---|---|---|

---

| BOUNDS, JERRY A.<br>PO BOX 794<br>RAKIRAKI,<br>FIJI ISLANDS | Claim Number: 8546<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

---

| COVEN, ADAM L<br>6864 YELLOWSTONE BLVD APT A67<br>FOREST HILLS, NY 113753334 | Claim Number: 8547<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $4,423.08 | Scheduled: | $4,423.08  CONT |
|---|---|---|---|---|

---

| JOHNSON, MICHELE<br>173 ROBODA BLVD<br>ROYERSFORD, PA 194682976 | Claim Number: 8548<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $846.30 | Scheduled: | $846.30  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CLOREY, ROXANNE S<br>6214 8TH STREET NW<br>WASHINGTON, DC 20011 | | Claim Number: 8549<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $3,461.54 | Scheduled: | $3,461.54 CONT |
| THERIAULT, CLIFFORD J<br>20575 WESTPARK PL<br>DEER PARK, IL 60010 | | Claim Number: 8550<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $228,345.15 | Scheduled: | $221,753.15 CONT |
| SHINN, VICKI LOMBARDI<br>23 ROANWOOD DR<br>ROLLING HILLS ESTATE, CA 90274 | | Claim Number: 8551<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $15,956.00 | | |
| SHINN, VICKI LOMBARDI<br>23 ROANWOOD DRIVE<br>ROLLING HILLS EST, CA 90274 | | Claim Number: 8552<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | | | Scheduled: | $1,799.14 CONT |
| UNSECURED | Claimed: | $27,031.37 | Scheduled: | $24,899.52 CONT |
| MADDULURI, SUMAN<br>1 JEFFERSON AVE, APT K1<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 8553<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $3,006.73 CONT |
| HOGAN, KERRY N<br>4462 FIRELIGHT DRIVE<br>SAINT LOUIS, MO 63129 | | Claim Number: 8554<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $615.96 | Scheduled: | $615.96 CONT |
| LEHMAN, APRIL C<br>305 TYNDALL DR.<br>BURLINGTON, NC 27215 | | Claim Number: 8555<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $2,727.85 | Scheduled: | $2,727.85 CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LEHMAN, APRIL C
305 TYNDALL DR.
BURLINGTON, NC 27215

Claim Number: 8556
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $600.75 | Scheduled: | $600.75 CONT |
|---|---|---|---|---|

LACOMBE, MICHAEL J
248 N MORGAN VALLEY DR
OSWEGO, IL 60543

Claim Number: 8557
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,873.08 CONT |
|---|---|---|---|---|

LACOMBE, LINDA M
6105 BROOKWOOD DR
OAK FOREST, IL 60452

Claim Number: 8558
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $92.00 | Scheduled: | $92.00 CONT |
|---|---|---|---|---|

FRMC FINANCIAL, INC.
MICHAEL J. LICHTENSTEIN, ESQUIRE
SHULMAN ROGERS GANDAL PORDY & ECKER, PA
11921 ROCKVILLE PIKE, SUITE 300
ROCKVILLE, MD 20852-2743

Claim Number: 8559
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $273,006.25 | | |
|---|---|---|---|---|

STAND GUARD WATER QUALITY
ATTN STANLEY W EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8560
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $39.35 | Scheduled: | $39.35 |
|---|---|---|---|---|

STAND GUARD
ATTN STANLEY W. EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8561
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $194.98 | | |
|---|---|---|---|---|

STAND GUARD
ATTN STANLEY W. EILERS, CFO
P.O. BOX 62291
NEW ORLEANS, LA 70162

Claim Number: 8562
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $33.87 | Scheduled: | $33.87 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STANDARD COFFEE SERVICE CO<br>ATTN STANELY W. EILERS, CFO<br>640 MAGAZINE STREET<br>NEW ORLEANS, LA 70130 | Claim Number: 8563<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,699.33 | Scheduled: | $880.30 |

| AKI LLC<br>240 E TUDOR RD STE 130<br>ANCHORAGE, AK 995037244 | Claim Number: 8564<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,173.50 | Scheduled: | $10,676.90 |

| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | Claim Number: 8565<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $112,407.60 |

| ROSICKI, ROSICKI AND ASSOC PC<br>ATTN KELLY POOLE<br>51 E BETHPAGE RD<br>PLAINVIEW, NY 11803-4224 | Claim Number: 8566<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $9,250.00 |

| MARYLAND DEPARTMENT OF HOUSING AND<br>COMMUNITY DEVELOPMENT<br>ATTN MARK PETRAUSKAS - ADMINITRATION<br>100 COMMUNITY PLACE, STE 2.300<br>CROWNSVILLE, MD 21032 | Claim Number: 8567<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $1,215.00 |

| DIELHMANN, FRED & CONSTANCE<br>ATTN FRED DIEHLMANN<br>14420 OLD MILL RD #201<br>UPPER MARLBORO, MD 20772 | Claim Number: 8568<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,669.32 | | |
| UNSECURED | | | Scheduled: | $1,503.94 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | Claim Number: 8569<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SPEED, KAY<br>5275 FOREST HILL - IRENE RD<br>MEMPHIS, TN 38125 | Claim Number: 8570<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $13,125.00 | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8571<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ CONT<br>$0.00   UNLIQ CONT | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8572<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ CONT<br>$0.00   UNLIQ CONT | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8573<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ CONT<br>$0.00   UNLIQ CONT | |
| REYNOLDS APPRAISAL SERVICES,<br>ATTN PENELOPE P REYNOLDS, PRESIDENT<br>29 W LOOCKERMAN ST<br>DOVE, DE 19904 | Claim Number: 8574<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | |
| UNSECURED          Claimed: | $1,200.00 | |
| WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN ROSELINE K MANEY<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 8575<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10321 (01/24/2012) | |
| ADMINISTRATIVE          Claimed:<br>PRIORITY          Claimed:<br>SECURED          Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ<br>$0.00   UNLIQ<br>$0.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SPEED, KEVIN<br>9181 FOREST DOWNS<br>GERMANTOWN, TN 38138 | Claim Number: 8576<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,500.00 |

---

| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | Claim Number: 8577<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $108,012.96 | Scheduled: | $143,932.97 CONT |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $108,012.96 | Scheduled: | $143,932.97 CONT |

---

| DESERT APPRAISALS LLC<br>ATTN JOSEPH BARTLEY<br>6295 MCLEOD DR # 18<br>LAS VEGAS, NV 89120-4434 | Claim Number: 8578<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $1,900.00 |

---

| TPRF/THC HAVENPARK, LLC<br>DEAN G RALLIS JR / DIANE C STANFIELD ESQ<br>WESTON BENSHOOF ROCHEFORT RUBALCAVA<br>MACCUISH, LLP - 333 S HOPE ST, 16TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 8579<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $18,187.38 |

---

| RYNIAK, JOSEPH<br>19880 CALLE CAPIZ<br>WALNUT, CA 91789 | Claim Number: 8580<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,500.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8581<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8582<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8583<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8584<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8585<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8586<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8587<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8588<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8589
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8590
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8591
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8592
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8593
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8594
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATN PAMELA WIEDER
U.S. BANK CORORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8595
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE, STE 1500
SAINT PAUL, MN 55107

Claim Number: 8596
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8597
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

Claim Number: 8598
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8599
Claim Date: 01/11/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8600
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8601
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8602
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $2,171,057.29   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8603
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8604
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8605
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE, BRUCE KAISERMAN
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8606
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

---

BANK OF NEW YORK, THE
ATTN: MARTIN FEIG
101 BARCLAY STREET, 8W
NEW YORK, NY 10286

Claim Number: 8607
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9552 (12/13/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

TPRF/THC HAVENPARK, LLC
DEAN G RALLIS JR / DIANE C STANFIELD ESQ
WESTON BENSHOOF ROCHEFORT  ET AL
333 S. HOPE STREET, 16TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 8608
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $18,187.38 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BANK OF NEW YORK, THE AS IND TTEE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8609<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 8298 (11/13/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8610<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| MICHALESKO, JENNIFER<br>675 WARBLER LN<br>NEW LENOX, IL 60451 | Claim Number: 8611<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $1,818.96 | Scheduled: | $2,231.28  CONT |
|---|---|---|---|---|

| MASSUNG, LARRY<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 8612<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
|---|---|

| UNSECURED | Claimed: | $41,660.00 |
|---|---|---|

| HAFRON, JOSHUA F.<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 8613<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
|---|---|

| UNSECURED | Claimed: | $10,662.00 |
|---|---|---|

| GREENBERG, ELLIOT<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 8614<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
|---|---|

| UNSECURED | Claimed: | $26,280.00 |
|---|---|---|

| NEW ENGLAND TEAMSTERS & TRUCKING<br>INDUSTRY PENSION FUND<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>66 LIVINGSTON AVE -LOWENSTEIN SANDLER PC<br>ROSELAND, NJ 07068 | Claim Number: 8615<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
|---|---|

| UNSECURED | Claimed: | $927,198.59 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| | | |
|---|---|---|
| IRON WORKERS TENNESSEE VALLEY PENSION FUND C/O MICHAEL ETKIN AND IRA LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 8616 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7281 (04/16/2009) | |

| UNSECURED | Claimed: | $420,591.00 |
|---|---|---|

| IRON WORKERS LOCAL NO. 25 PENSION FUND C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 8617 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7281 (04/16/2009) | |
|---|---|---|

| UNSECURED | Claimed: | $807,497.92 |
|---|---|---|

| CITY OF PHILADELPHIA BOARD OF PENSIONS & RETIREMENT C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 8618 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7281 (04/16/2009) | |
|---|---|---|

| UNSECURED | Claimed: | $653,128.06 |
|---|---|---|

| ALASKA LABORERS EMPLOYERS RETIREMT. FUND C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 8619 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7281 (04/16/2009) | |
|---|---|---|

| UNSECURED | Claimed: | $755,294.40 |
|---|---|---|

| INSTITUTIONAL INVESTOR GROUP C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 8620 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7281 (04/16/2009) | |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| RUDY, MARTHA J 321 GREENWOOD EVANSTON, IL 60201 | Claim Number: 8621 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP | |
|---|---|---|

| PRIORITY | Claimed: | $1,454.95 | Scheduled: | $1,454.95  CONT |
|---|---|---|---|---|

| LOSACCO, KRISTIN 117 TERRA MEADOW CIRCLE VOLO, IL 60020 | Claim Number: 8622 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP | |
|---|---|---|

| PRIORITY | Claimed: | $1,527.79 | Scheduled: | $1,527.79  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROSINSKI, BARI M.
2013 WALTERS AVE
NORTHBROOK, IL 60062

Claim Number: 8623
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,106.69 | | $1,106.69 CONT |

MARINCA, JAIMEE L
1606 ST CLAIRE CT
GURNEE, IL 60031

Claim Number: 8624
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,170.00 | | $1,170.00 CONT |

RONSMAN, REBECCA M
1403 BRADLEY CT.
SPRING GROVE, IL 60081

Claim Number: 8625
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $3,076.92 | | $3,076.92 CONT |

WEIDNER, MARLYN E.
3406 OREGON ST.
EASTON, PA 18045

Claim Number: 8626
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $280.00 |

PETRO, CHRITOPHER J.
56 TOWNSEND DRIVE
FLORHAM PARK, NJ 07932

Claim Number: 8627
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,400.00 |

NOLL, STEPHEN G.
915 DEWEY AVE
ALPA, NJ 08865

Claim Number: 8628
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $146.53 |

ANZALORE, CATHERINE
60 A HUDSON PKWY
WHITING, NJ 08759

Claim Number: 8629
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $266.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WEIDNER, MARJORIE A.<br>3406 OREGON ST.<br>EASTON, PA 18045 | | Claim Number: 8630<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,930.67 |
| SCULLIN, JAMES P.<br>381 VICTORIA AVE.<br>PISCATAWAY, NJ 08854 | | Claim Number: 8631<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,297.00 |
| LAMBERTI, WALTER J., JR.<br>166 W. 24TH ST<br>BAYONNE, NJ 07002 | | Claim Number: 8632<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $560.00 |
| URICH, MARGARET M. & BEITZ, PATRICIA A.<br>2187 PERRINE RD.<br>MARTINSVILLE, NJ 08836 | | Claim Number: 8633<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,540.00 |
| BARTON, ANNE<br>40 NEWPORT DR.<br>NANUET, NY 10954 | | Claim Number: 8634<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,930.67 |
| SCHLEGEL, JAN<br>61 DUNCAN AVE, APT. 5K<br>JERSEY CITY, NJ 07304 | | Claim Number: 8635<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $879.20 |
| FRAZER, STEPHEN C.<br>PO BOX 449<br>OXFORD, NJ 07863 | | Claim Number: 8636<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,100.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NARNOLIA, RATAN<br>2105 TIMBER OAKS RD<br>EDISON, NJ 88201576 | Claim Number: 8637<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $1,957.37 |

---

| LEVENSON, DAVID<br>5421 PEPPERMILL<br>GRAND BLANC, MI 48439-1946 | Claim Number: 8638<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $15,122.27 |

---

| CRAWLEY, LESLIE L., JR.<br>148 TENNIS COURT<br>WINTER SPRINGS, FL 32708 | Claim Number: 8639<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4291 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $41,366.56 |

---

| LUKE, JENNIFER<br>190-18 CROCHERON<br>AVE<br>FLUSHING, NY 11358 | Claim Number: 8640<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8027 (09/08/2009) |
|---|---|
| PRIORITY          Claimed:          $3,692.31  UNDET          Scheduled:          $3,692.31  CONT | |

---

| DE LOS REYES, MARIE<br>12206 CALAWAY COVE CT.<br>HOUSTON, TX 77041 | Claim Number: 8641<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $12,410.00 |

---

| ROUTH CRABTREE OLSEN<br>13555 SE 36TH ST STE 300<br>BELLEVUE, WA 98006-1489 | Claim Number: 8642<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
|---|---|
| UNSECURED          Claimed: | $0.00  UNLIQ |

---

| LAW FIRM OF HUTCHENS, SENTER AND BRITTON<br>ATTN JOSEPH J. VONNEGUT<br>P.O. BOX 2505<br>FAYETTEVILLE, NC 28302 | Claim Number: 8643<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $36,315.78 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| DELBRIDGE, JEFFREY W.<br>PO BOX 1540<br>BRUSH PRAIRIE, WA 98606-0047 | Claim Number: 8644<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | |
| UNSECURED | Claimed: | $39,367.29 UNLIQ | | |
| BOSTON PROPERTIES LIMITED PARTNERSHIP<br>C/O TAMMY FRANKLIN<br>DLA PIPER US LLP<br>500 8TH ST. NW<br>WASHINGTON, DC 20004 | Claim Number: 8645<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $196,522.26 | | |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | Claim Number: 8646<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,553.00 | | |
| BLANK, BRUCE & TSILA<br>57 COLONY DR<br>(IN THE COLONY)<br>HOLBROOK, NY 11741 | Claim Number: 8647<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,279.95 | | |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | Claim Number: 8648<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | | | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $2,884.62 | Scheduled: | $11,763.07 CONT |
| DENNIS, DEBORAH E<br>8056 FOREST GLEN DR<br>PASADENA, MD 21122 | Claim Number: 8649<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $7,383.14 | Scheduled: | $7,383.14 CONT |
| UNSECURED | Claimed: | $40,286.82 | Scheduled: | $40,136.69 CONT |
| DOBSON, WILLIAM T. AND PATRICIA A.<br>515 HORT STREET<br>WESTFIELD, NJ 07090-4161 | Claim Number: 8650<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $459.05 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GINNONA, RONALD T. AND TRACI A.<br>AKA COMNET NO02-15135 COURT COMMON PLEAS<br>GREGORY NOONAN ESQ WALFISH & NOONAN, LLC<br>528 DEKALB STREET<br>NORRISTOWN, PA 19401 | Claim Number: 8651<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10443 (05/07/2012) | | | |
| UNSECURED | Claimed: | $221,189.61 | Scheduled: | $0.00 UNLIQ |
| YOUNG, CYNTHIA SMITH & EDWARD VEARL<br>7061 WEST CONSTELLATION DR<br>CHARLESTON, SC 29418 | Claim Number: 8652<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,047.37 | | |
| RAM INTERNATIONAL I, L.L.C.<br>10013-59TH AVE. SW<br>LAKEWOOD, WA 98499 | Claim Number: 8653<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $9,597.66 | | |
| GRAMSE, JEFFREY H.<br>8 PARKER WAY<br>FALMOUTH, ME 041052663 | Claim Number: 8654<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | |
| UNSECURED | Claimed: | $18,868.20 | | |
| KRAPPMAN, MATTHEW J. & SARAH TTEES<br>KRAPPMAN TRUST DTD 9/28/07<br>439 DAROCA AVE.<br>SAN GABRIEL, CA 91775 | Claim Number: 8655<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $67,898.68 | | |
| WETZEL, E. SCOTT III<br>519 N. 41ST ST.<br>SEATTLE, WA 98103-7717 | Claim Number: 8656<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $40,000.00 | | |
| SANDERS, H. BRANT<br>3704 BRIAR OAK CIR<br>BIRMINGHAM, AL 35223 | Claim Number: 8657<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,030.15 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SANDERS, H. BRANT
3704 BRIAR OAK CIR
BIRMINGHAM, AL 35223

Claim Number: 8658
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,401.25 |
|---|---|---|

---

SHUMAKER WILLIAMS, P.C.
ATTN HARRY LEVY
P.O. BOX 88
HARRISBURG, PA 17108

Claim Number: 8659
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,435.00 |
|---|---|---|

---

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 5375
PRINCETON, NJ 085435375

Claim Number: 8660
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10087 (07/15/2011)

| UNSECURED | Claimed: | $1,127,152.75 |
|---|---|---|

---

RICHARDS, LAYTON & FINGER, P.A.
ATTN JASON M MADRON
920 NORTH KING STREET
WILMINGTON, DE 19801

Claim Number: 8661
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $8,756.68 |
|---|---|---|

---

LAW GROUP PL
ATTN JOHN C BROCK JR
FLORIDA DEFAULT LAW GROUP PL
PO BOX 25018 MAIL STOP 4
TAMPA, FL 33622-5018

Claim Number: 8662
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $8,219.21 |
|---|---|---|

---

MCGRAW, JEANETTE
14928 SE MEGAN WAY
CLACKAMAS, OR 97015

Claim Number: 8663
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $303,030.24 | Scheduled: | $301,895.54 CONT |

---

REKOSH, JEROLD H.
7236 NESHOBA CIR
GERMANTOWN, TN 38138-3749

Claim Number: 8664
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $140.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| U.S BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8665<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN: PAMELA WIEDER, CORP TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVEUE<br>ST. PAUL, MN 55107 | Claim Number: 8666<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| STATES, CHAD RANDALL<br>100 BEUTH COURT<br>FOLSOM, CA 95630 | Claim Number: 8667<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $125,033.81 | Scheduled: | $124,165.58 CONT |

---

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8668<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

| FARRELL FRITZ, P.C.<br>ATTN TED A. BERKOWITZ, ESQ., PARTNER<br>1320 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 8669<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,904.20 |

---

| STEFFEY, EDMOND A. JR.<br>20001 E. BRIGHTWAY DRIVE<br>MOKENA, IL 60448 | Claim Number: 8670<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $500.00 |

---

| 711 WESTCHESTER AVE SPE LLC<br>ATTN RICHARD CONNIF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 8671<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $36,416.12 |
| UNSECURED | Claimed: | $113,595.17 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| 1305 WALT WHITMAN ROAD SPE, LLC. | Claim Number: 8672 |
| ATTN RICHARD CONNIFF, AUTHORIZED PERSON | Claim Date: 01/11/2008 |
| C/O REXCORP REALTY LLC | Debtor: AMERICAN HOME MORTGAGE CORP |
| 625 REXCORP PLAZA | |
| UNIONDALE, NY 11556 | |

| UNSECURED | Claimed: | $29,700.00 |

---

| OMNI PARTNERS I, L.P. | Claim Number: 8673 |
| ATTN RICHARD CONNIFF, AUTHORIZED PERSON | Claim Date: 01/11/2008 |
| C/O REXCORP REALTY LLC | Debtor: AMERICAN HOME MORTGAGE CORP |
| 625 REXCORP PLAZA | |
| UNIONDALE, NY 11556 | |

| UNSECURED | Claimed: | $81,367.44 |

---

| AURORA LOAN SERVICES, LLC -ON BEHALF OF | Claim Number: 8674 |
| CERTAIN TRUSTS & LEHMAN BROS. BANK FSB | Claim Date: 01/11/2008 |
| & LEHMAN BROS. HOLDINGS INC | Debtor: AMERICAN HOME MORTGAGE CORP |
| 885 THIRD AVENUE - ATTN ROBERT ROSENBERG | Comments: ALLOWED |
| LITTLETON, CO 80163-1565 | DOCKET: 10048 (06/16/2011) |

| SECURED | Claimed: | $19,100,000.00 |
| UNSECURED | | |

---

| FARMERS INSURANCE COMPANY, INC. | Claim Number: 8675 |
| ATTN: JERRI L. SOLOMON, ESQ. | Claim Date: 01/11/2008 |
| 4680 WILSIRE BLVD. | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| LOS ANGELES, CA 90010 | Comments: EXPUNGED |
| | DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| IVANJACK, LARRY G. | Claim Number: 8676 |
| PARKER MILLIKEN CLARK O'HARA SAMULIAN | Claim Date: 01/11/2008 |
| 555 S. FLOWER STREET, 30TH FLOOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| LOS ANGELES, CA 90071-2440 | |

| UNSECURED | Claimed: | $38,224.22 | Scheduled: | $25,042.72 |

---

| FDIC AS CONSERVATOR FOR INDYMAC FED BANK | Claim Number: 8677 |
| TRANSFEROR: INDYMAC BANK, F.S.B. | Claim Date: 01/11/2008 |
| ATTN: SUNNY K HUR LITIGATION COUNSEL | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 3465 FOOTHILL BLVD | Comments: DOCKET: 9993 (05/09/2011) |
| PASADENA, CA 91107 | |

| UNSECURED | Claimed: | $8,431,758.00 |

---

| LOFTIS, NORMAN | Claim Number: 8678 |
| 215 E 95TH STREET | Claim Date: 01/11/2008 |
| APT. 28G | Debtor: AMERICAN HOME MORTGAGE CORP |
| NEW YORK, NY 10128 | Comments: WITHDRAWN |
| | DOCKET: 10510 (06/29/2012) |

| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8679<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) | |
| PRIORITY | Claimed: | $2,425.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MM N55107 | | Claim Number: 8680<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $409,892.27 | |
| U.S. BANK NATIONAL ASSOCIATION, AS CUST.<br>DOCUMENT CUSTODY SERVICES<br>ATTN DELMA CARLSON<br>1133 RANKIN STREET, SUITE 100<br>ST. PAUL, MN 55116 | | Claim Number: 8681<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED | Claimed: | $12,382.23 | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8682<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $409,892.27 | |
| BREITENBACK, WILLIAM JAY<br>DBA FORCE APPRAISALS<br>105 AMESBURY COURT<br>SEVERNA PARK, MD 21146 | | Claim Number: 8683<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| UNSECURED | Claimed: | $6,750.00 | |
| ANNE ARUNDEL COUNTY, MARYLAND<br>ATTN BOBBI WALLACE CHARNEY<br>BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | | Claim Number: 8684<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | |
| SECURED | Claimed: | $2,728.91 | |
| CRAWFORD, CHARLOTTE<br>4601 LIPO LANE<br>HOUSTON, TX 77092 | | Claim Number: 8685<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | |
| SECURED | Claimed: | $324,202.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LARSON, MISTY
C/O CHRISTINA M. LATTA, ATTORNEY
705 SECOND AVENUE, SUITE 501
SEATTLE, WA 98104

Claim Number: 8686
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00   UNLIQ | | |

---

TOBIN, JENNIFER
10836 MOUNTSHIRE CIRCLE
HIGHLANDS RANCH, CO 80126

Claim Number: 8687
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,830.77  CONT |
| UNSECURED | Claimed: | $2,831.95 | Scheduled: | $2,831.95  CONT |

---

FORMER EMPLOYEES
JAMES E. HUGGETT / MARGOLIS EDELSTEIN
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801

Claim Number: 8688
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

SLOSSER, KENNETH
1001 NINETEENTH STREET NORTH
ARLINGTON, VA 22209

Claim Number: 8689
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10158 (09/08/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

LIBERTY PROPERTY LIMITED PARTNERSHIP
824 N MARKET ST STE 800
WILMINGTON, DE 19801-4939

Claim Number: 8690
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| SECURED | Claimed: | $3,543.63 |
| UNSECURED | Claimed: | $14,318.17 |

---

LIBERTY PROPERTY LIMITED PARTNERSHIP
RICHARD A. BARKASY, ESQ.
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. MARKET ST., SUITE 1001
WILMINGTON, DE 19801

Claim Number: 8691
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,350.00 |
| UNSECURED | Claimed: | $32,577.46 |

---

ZELTNER VS AMERICAN HOME MORTGAGE
525 JEFFERSON AVE #300
TOLEDO, OH 436041094

Claim Number: 8692
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED

| | | |
|---|---|---|
| SECURED | Claimed: | $55,100.04 |
| UNSECURED | Claimed: | $159,200.08 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CHOUDHARY, ROHIT<br>90 CYPRESS LANE E<br>WESTBURY, NY 11590 | | Claim Number: 8693<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,066.67 | Scheduled: | $2,066.67 | CONT |
| TAKACS, JENNIFER<br>2410 RIVER RD<br>CALVERTON, NY 11933-1617 | | Claim Number: 8694<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $2,153.84 | CONT |
| KING, SHERYL<br>PO BOX 159<br>MAMARONECK, NY 105430159 | | Claim Number: 8695<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 | CONT |
| FIORENTINO, MICHAEL A. AND MARION A.<br>98 CORAL CIRCLE<br>PISMO BEACH, CA 93449 | | Claim Number: 8696<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $26,675.64 | | | |
| WA, IVAN CHAN<br>PO BOX 23017<br>HONOLULU, HI 86923 | | Claim Number: 8697<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $13,144.00 | | | |
| HOFFMAN, JONATHAN A<br>200 CANTERBURY GATE<br>LYNBROOK, NY 11563 | | Claim Number: 8698<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,658.03 | | | |
| FAUST, BETTY JO<br>501 E ROSE ST<br>JACKSON, AL 36545 | | Claim Number: 8699<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,808.83 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STEELE, JUNE H.
1436 S ESTATE LN
LAKE FOREST, IL 60045

Claim Number: 8700
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

ASSURED GUARANTY CORP.
ATTN  DONNA L. CULVER
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET T., P.O. BOX 1347
WILMINGTON, DE 19899-1347

Claim Number: 8701
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 9028 (07/19/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,773,515.25 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ASSURED GUARANTY CORP.
ATTN  DONNA L. CULVER
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET T., P.O. BOX 1347
WILMINGTON, DE 19899-1347

Claim Number: 8702
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 9028 (07/19/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,773,515.25 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ASSURED GUARANTY CORP.
ATTN  DONNA L. CULVER
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET T., P.O. BOX 1347
WILMINGTON, DE 19899-1347

Claim Number: 8703
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $171,035.26 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ASSURED GUARANTY CORP.
ATTN  DONNA L. CULVER
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET T., P.O. BOX 1347
WILMINGTON, DE 19899-1347

Claim Number: 8704
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $171,035.26 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ASSURED GUARANTY CORP.
ATTN  DONNA L. CULVER
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. MARKET T., P.O. BOX 1347
WILMINGTON, DE 19899-1347

Claim Number: 8705
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $171,035.26 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 8706<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 8707<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 8708<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 8709<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9028 (07/19/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,773,515.25 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8710<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) |
|---|---|

| UNSECURED | Claimed: | $193,960,204.09 |
|---|---|---|

---

| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8711<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) |
|---|---|

| UNSECURED | Claimed: | $193,960,204.09 |
|---|---|---|

---

| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8712<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) |
|---|---|

| UNSECURED | Claimed: | $193,960,204.09 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCMILLAN, DONALD E.
ROTH IRA
ETRADE 5799-9645
2409 WATROUS AVENUE
TAMPA, FL 33629

Claim Number: 8713
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

MCMILLAN, DONALD E.
ROTH IRA
ETRADE 5789-9577
2409 WATROUS AVENUE
TAMPA, FL 33629

Claim Number: 8714
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $210.00 |

---

LEWIS, CECILIA STEORTS IRA FBO
PERSHING LLC AS CUSTODIAN
1811 HANOVER AVE.
RICHMOND, VA 23220-3507

Claim Number: 8715
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL;50 S 16TH ST, 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 8716
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL;50 S 16TH ST, 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 8717
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

FORBES, JEREMY R. AND DANEA N.
9487 HISBISCUS DR
HIGHANDS RANCH, CO 80126-3074

Claim Number: 8718
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,370.00 |

---

ALLENDE, DAPHNE
485 GRAND BLVD
BRENTWOOD, NY 11717

Claim Number: 8719
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HALLISSEY, JOHN J<br>66 ASPEN ST<br>FLORAL PARK, NY 11001 | Claim Number: 8720<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,575.00 | Scheduled: | $3,961.54 CONT |
|---|---|---|---|---|

| YATMAN, ATILLA<br>20237 KEARNEY HILL RD.<br>PFLUGERVILLE, TX 78660 | Claim Number: 8721<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,300.00 |

| NORTHWEST TITLE. LLC<br>ATTN CHRIS DUNCAN, ACCOUNTING MGR.<br>2411 W DOLARWAY RD<br>ELLENSBURG, WA 989269309 | Claim Number: 8722<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| NORTHWEST TITLE. LLC<br>ATTN CHRIS DUNCAN, ACCOUNTING MGR.<br>2411 W DOLARWAY RD<br>ELLENSBURG, WA 989269309 | Claim Number: 8723<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| UNSECURED | Claimed: | $18,044.00 |
|---|---|---|

| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8724<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) |
|---|---|

| UNSECURED | Claimed: | $221,112,000.00 |
|---|---|---|

| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8725<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) |
|---|---|

| UNSECURED | Claimed: | $221,112,000.00 |
|---|---|---|

| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8726<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) |
|---|---|

| UNSECURED | Claimed: | $221,112,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SLO, LLC<br>ATTN GEORGE SANCHEZ, PROPERTY MANAGER<br>1032 CORAL WAY<br>CORAL GABLES, FL 33134 | Claim Number: 8727<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $17,739.99 | Scheduled: | $7,916.66 |
|---|---|---|---|---|

---

| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST.<br>PHILADELPHIA, PA 19102 | Claim Number: 8728<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | Claim Number: 8729<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| WESTCHESTER FIRE INSURANCE COMPANY,ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | Claim Number: 8730<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7234 (04/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY<br>JENIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | Claim Number: 8731<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7234 (04/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8732<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $3,166.67 |
|---|---|---|
| UNSECURED | Claimed: | $44,020.35 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DDRTC SOUTHERN PINES MARKETPLACE, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8733<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $52,715.91 |
|---|---|---|

| DDR SOUTHEAST FOUNTAINS, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8734<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $975.02 |
|---|---|---|

| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASST. GEN. COUNSEL<br>DEVELOPERS DIVERSIFIED CORP.<br>3300 ENTERPRISE PARKWAY - PO BOX 228042<br>BEACHWOOD, OH 44122 | Claim Number: 8735<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) |
|---|---|

| ADMINISTRATIVE | Claimed: | $38.41 |
|---|---|---|

| CARVER WOODS EXEC. CTR LLC<br>5101 CREEK ROAD, SUITE 3<br>CINCINNATI, OH 452423931 | Claim Number: 8736<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $8,790.26 | Scheduled: | $3,634.53 |
|---|---|---|---|---|

| O'MALLEY, KRISTA E.<br>1131 OTTAWA AVE.<br>ST. PAUL, MN 55118 | Claim Number: 8737<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,419.87 |
|---|---|---|

| CAUTHORNE, CUTISHA<br>C/O THE HOGAN FIRM<br>ATTN DANIEL K HOGAN<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | Claim Number: 8738<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>Withdrawal received from The Hogan Firm, Daniel K. Hogan on 09/19/2008 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ANDREJCZYK, EVELYN M.<br>461 HAMMERTOWN ROAD<br>MONROE, CT 06468 | Claim Number: 8739<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $2,657.08 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REYES, JUDY
PO BOX 1352
RONKONKOMA, NY 11779

Claim Number: 8740
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,163.46 | Scheduled: | $2,163.46 CONT |

ACQUISTO, SAM AND DEBBIE
C/O GRISSIM H. WALKER JR., ESQ.
CONSUMER LAW CENTER, P.A.
537 10TH ST W
BRADENTON, FL 34205

Claim Number: 8741
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $459,000.00 UNLIQ | |

BELL, DENNIS B.
5153 CHESTNUT COURT
WOODSTOCK, GA 30188

Claim Number: 8742
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,245.00 |

RUSH  WMN-07-CV-854
1308 THORNAPPLE DR
OSPREY, FL 34229-2300

Claim Number: 8743
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8946 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $700,000.00 | | |
| UNSECURED | Claimed: | $1,090,000.00 | Scheduled: | $0.00 UNLIQ |

DIRECTLENDER.COM A DBA OF SYNERGY FINAN.
ATTN VERONICA M. JIMENEZ
53 SETON ROAD
IRVINE, CA 92612

Claim Number: 8744
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,243.25 |

SAMO, RYAN
222 BERGSTROM BLVD
CEDAR FALLS, IA 50613-5528

Claim Number: 8745
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $890.95 |

KYZER, I. BRAXTON & MERLE R.
738 BRUCE ST.
CHARLESTON, SC 29412

Claim Number: 8746
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,933.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KYZER, MERLE R.
738 BRUCE ST.
CHARLESTON, SC 29412

Claim Number: 8747
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,301.00 |

---

KYZER, IRVIN B.
738 BRUCE ST.
CHARLESTON, SC 29412

Claim Number: 8748
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,743.00 |

---

KYZER, I. BRAXTON
738 BRUCE ST.
CHARLESTON, SC 29412

Claim Number: 8749
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,775.00 |

---

KYZER, IRVIN B. & MERLE R.
738 BRUCE ST.
CHARLESTON, SC 29412

Claim Number: 8750
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,048.00 |

---

STATES, CHAD RANDALL
100 BEUTH CT
FOLSOM, CA 95630

Claim Number: 8751
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | | $126,556.85 |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PLE - 50 S. 16TH ST-22ND FL.
PHILADELPHIA, PA 19102

Claim Number: 8752
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

JOHNSON, ROBERT I.
3812 ETON LN
MODESTO, CA 95355

Claim Number: 8753
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,368.71 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LANDERS, JO<br>27 HOWARD AVE<br>EASTHAMPTON, MA 01027 | | Claim Number: 8754<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,130.37 | | |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERLIN & MELLOTT, LLC<br>TWO LIBERTY PL - 50 S. 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8755<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET 7488 (06/04/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

| VON DONOP, DOUG<br>PO BOX 752<br>OLD GREENWICH, CT 06870-0752 | | Claim Number: 8756<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,221.27 | | |

---

| GROOVER, WILLIE C. AND LYNN P.<br>3407 JONES MILL ROAD<br>STATESBORO, GA 30461 | | Claim Number: 8757<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,185.00 | | |

---

| ECKLER, THOMAS C<br>108 QUAIL RUN DR<br>DEER PARK, NY 11729 | | Claim Number: 8758<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,447.31 | Scheduled: | $2,447.31 CONT |

---

| KHAKHKHAR, PRAVIN H.<br>10840 SOMER LN<br>ORLAND PARK, IL 60467 | | Claim Number: 8759<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,787.99 | | |

---

| HSIA, MARTIN E.<br>3711 POKA PLACE<br>HONOLULU, HI 96816 | | Claim Number: 8760<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,506.95 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JONES, HERMAN B.<br>1325 SHORES BLVD.<br>ROCKWALL, TX 75087 | Claim Number: 8761<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $423,000.00 | |
|---|---|---|---|

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>TWO LIBERTY PL. - 50 S. 16TH ST., 22ND F<br>PHILADELPHIA, PA 19102 | Claim Number: 8762<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>TWO LIBERTY PL.- 50 S. 16TH ST., 2ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8763<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8764<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8765<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8766<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8767<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL.,-50 SO. 16TH ST.,22ND FL
PHILADELPHIA, PA 19102

Claim Number: 8768
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS COLLATERAL AGENT, INDENTURE TTEE, ECT
C/O SEWARD & KISSEL, ATTN: LAURIE BINDER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Claim Number: 8769
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10256 (11/18/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS COLLATERAL AGENT, INDENTURE TTEE, ECT
C/O SEWARD & KISSEL, ATTN: LAURIE BINDER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Claim Number: 8770
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10256 (11/18/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

MCDONAGH, THOMAS A.
30 CHESTNUT STREET
GARDEN CITY, NY 11530

Claim Number: 8771
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10158 (09/08/2011)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

Claim Number: 8772
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 10476 (06/07/2012)

| UNSECURED | Claimed: | $1,200,000.00 |
|---|---|---|

---

EXPERIAN INFORMATION SOLUTIONS, INC.
C/O JOSEPH D. FRANK
FRANK/GEDKER LLP
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60610

Claim Number: 8773
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED

| UNSECURED | Claimed: | $43,430.83 |
|---|---|---|

---

JANET CONSTANCE RE
ATTN: JANET CONSTANCE
127 CURVE ST
DEDHAM, MA 02026-2108

Claim Number: 8774
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $305.38  UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CORPORATE CENTER V, L.L.C.
BY: AMERICAN NEVADA COMPANY LLC
ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.
901 NORTH GREEN VALLEY PARKWAY, STE 200
HENDERSON, NV 89074

Claim Number: 8775
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,734.00 |

---

RAMBLEWOOD SQUARE, LLC
PETER E. SHAPIRO, ESQ.
SHUTTS & BOWEN LLP
200 EAST BROWARD BLVD., SUITE 2100
FORT LAUDERDALE, FL 33301

Claim Number: 8776
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $7,000.00 |
| UNSECURED | Claimed: | $17,724.98 |

---

MACKO, KIMBERLY
536 S. WALNUT AVE
BREA, CA 92821

Claim Number: 8777
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,121.69 | Scheduled: | $2,121.69  CONT |

---

GAISS, ALFRED J.
407 E. MARY ST.
BESSEMER, MI 49911

Claim Number: 8778
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,261.00 |

---

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 8779
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,670.80 |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 8780
Claim Date: 01/02/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,039.95  UNLIQ |
| UNSECURED | Claimed: | $250.00  UNLIQ |

---

ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

Claim Number: 8781
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $123.67 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| US BANCORP MANIFEST FUNDING SERVICES<br>ATTN CORPORATE ATTORNEY<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 | Claim Number: 8782<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $71,515.01 |
|---|---|---|

---

| LOS ANGELES COUNTY TREASURER & TAX COLL.<br>ATTN JOYCE M. OWENS<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 8783<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| SECURED | Claimed: | $107,421.79 |
|---|---|---|

---

| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA, BANKRUPTCY DEPT.<br>333 W EVERETT ST RM A130<br>MILWAUKEE, WI 53203 | Claim Number: 8784<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $2,336.15 |
|---|---|---|

---

| NSTAR ELECTRIC<br>MICHALE K. CALLAHAN, ESQUIRE<br>LEGAL COLLECTIONS, NW220<br>1 NSTAR WAY<br>WESTWOOD, MA 02090 | Claim Number: 8785<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $168.42 |
|---|---|---|

---

| HUGHES, SHARAINE<br>C/O MARY CATHERINE SHERIDAN ESQ<br>HALL SICKELS FREI KATTENBURG & MIMS PC<br>12120 SUNSET HILLS RD STE 150<br>RESTON, VA 20190 | Claim Number: 8786<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7023 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $1,450,000.00    UNLIQ |
|---|---|---|

---

| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | Claim Number: 8787<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8593 (02/18/2010) |
|---|---|

| SECURED | Claimed: | $367.10    UNLIQ |
|---|---|---|

---

| BRCP AURORA MARKETPLACE, LLC<br>C/O DONALD D. FARLOW<br>303 E. 17TH AVE, SUITE 800<br>DENVER, CO 80203 | Claim Number: 8788<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $25,852.44 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SECURITAS SECURITY SERVICES USA, INC.
FKA PINKERTON, INC.
ATTN: THOMAS ROSZHART
43330 PARK TERRACE DR
WESETLAKE VILLAGE, CA 91361

Claim Number: 8789
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,323.73 | Scheduled: | $14,181.73 |
|---|---|---|---|---|

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 8790
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,039.95 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | UNLIQ |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 8791
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)
Amends claim number 2894

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

JOHN D. CLUNK, L.P.A.
LAW OFFICES OF JOHN D. CLUNK, L.P.A.
5601 HUDSON DRIVE
SUITE 400
HUDSON, OH 44236

Claim Number: 8792
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

MOSS CODILIS, L.L.P.
ATTN MICHAEL S. MARGOLF, VICE PRESIDENT
6560 GREENWOOD PLAZA BLVD., SUITE 100
ENGLEWOOD, CO 80111

Claim Number: 8793
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $23,823.75 |
|---|---|---|

---

MOSS CODILIS, L.L.P.
ATTN MICHAEL S. MARGOLF, VICE PRESIDENT
6560 GREENWOOD PLAZA BLVD., SUITE 100
ENGLEWOOD, CO 80111

Claim Number: 8794
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $23,823.75 |
|---|---|---|

---

KINES, LINDA B.
12350 POLE RUN ROAD
DISPUTANTA, VA 23842

Claim Number: 8795
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,106.50 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DELMARVA POWER<br>ATTN RACHELLE HASSLER<br>5 COLLINS DRIVE<br>CARNEYS POINT, NJ 08069 | | Claim Number: 8796<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $795.31 |
| RSF, LLC<br>ATTN PAUL M. WEISER<br>BUCHALTER NEMER<br>16435 NORTH SCOTTSDALE ROAD, SUITE 440<br>SCOTTSDALE, AZ 85254-1754 | | Claim Number: 8797<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $88,198.84 |
| CRISLIP, PHILIP & ASSOCIATES<br>ATTN JOHN B. PHILIP<br>4515 POPLAR AVENUE, SUITE 322<br>MEMPHIS, TN 38117 | | Claim Number: 8798<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $12,562.81 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 8799<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7233 (04/07/2009) |
| PRIORITY | Claimed: | $7,638.46   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |
| EQUITY ONE, INC.<br>LAW OFFICES OF RICHARD S. COHEN, LLC<br>1806 OLD OKEECHOBEE ROAD<br>WEST PALM BEACH, FL 33401 | | Claim Number: 8800<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $42,928.08 |
| HOLT, OLIVER M.<br>213 N BOWEN ST<br>JACKSON, MI 49202 | | Claim Number: 8801<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,816.75 |
| HAMILTON MOON STEPHENS STEELE & MARTIN<br>MARK R KUTNY<br>201 S COLLEGE STREET SUITE 2020<br>CHARLOTTE, NC 28244 | | Claim Number: 8802<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $549.73 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| VERIZON INC.<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | Claim Number: 8803<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $18,562.94 | | |
|---|---|---|---|---|

| MERCED COUNTY TAX COLLECTOR<br>ATTN LORRAINE GONZALEZ<br>2222 "M" STREET<br>MERCED, CA 95340 | Claim Number: 8804<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $25,327.60 | | |
|---|---|---|---|---|

| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | Claim Number: 8805<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| UNSECURED | Claimed: | $55,177.16 | Scheduled: | $54,730.28  CONT |
|---|---|---|---|---|

| HYLAND, JAYNE Z.<br>293 OAK STREET<br>GLEN ELLYN, IL 60137 | Claim Number: 8806<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,739.35 | | |
|---|---|---|---|---|

| RIVERA, BLANCA R.<br>407 E MARY ST<br>BESSEMER, MI 49911 | Claim Number: 8807<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $6,016.00 | | |
|---|---|---|---|---|

| HAMBLIN, RONALD<br>PO BOX 390<br>BISHOPVILLE, MD 21813-0390 | Claim Number: 8808<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

| MADDEN, JENNIFER<br>435 VIKING DR<br>SYCAMORE, IL 60178 | Claim Number: 8809<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $750.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PRIESTER, DALE W. & ANITA R.<br>346 4TH ST<br>MANISTEE, MI 496600 | | Claim Number: 8810<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $8,810.22 |
| EXPRESS APPRAISAL SERVICES<br>42916 CEDAR RIDGE BLVD<br>CHANTILLY, VA 201526372 | | Claim Number: 8811<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $1,175.00 |
| NUSS VALUATIONS, INC.<br>4820 SE 34TH AVE<br>PORTLAND, OR 972024102 | | Claim Number: 8812<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) |
| UNSECURED | Claimed: | $5,400.00 |
| PARADISE APPRAISALS<br>2076 J AND C BLVD<br>NAPLES, FL 341096214 | | Claim Number: 8813<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $225.00 |
| HUMETON, DAN<br>C/O CENTURY 21 MONEYWORLD<br>375 N. STEPHANIE, BLDG. 4<br>HENDERSON, NV 89014 | | Claim Number: 8814<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $934.20 |
| 115 RIVER ROAD LLC<br>ATTN: SCOTT HEGNEY<br>115 RIVER ROAD<br>EDGEWATER, NJ 07020 | | Claim Number: 8815<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $7,410.00 |
| LEE APPRAISAL GROUP, INC<br>20843 E GIRARD DR<br>AURORA, CO 800138926 | | Claim Number: 8816<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,950.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| U.S. BANK NATIONAL ASSOCIATION AS TTEE<br>V A ARKUSZEWSKI/V BAXTER & AMERICAN HOME<br>MICHAEL G. KELLY, CHADWICK & LAKERDAS<br>5300 S. SHORE DRIVE<br>CHICAGO, IL 60615 | Claim Number: 8817<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $50,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| BREEN, JOHN A., III<br>436 FOX MEADOW DRIVE<br>NORTHFIELD, IL 60093 | Claim Number: 8818<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $54,395.60 |
|---|---|---|

| FERGUSON, LLOYD<br>519 HOYT LANE<br>WINNETKA, IL 60093 | Claim Number: 8819<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $27,444.42 |
|---|---|---|
| UNSECURED | Claimed: | $192,243.82 |

| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>KELLY BYRD MULLINS, GENERAL COUNSEL<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 | Claim Number: 8820<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $73,325.31 |
|---|---|---|

| THE HAMPTON BUILDING LLC<br>P O BOX 6997<br>ATTN NEIL MCCOY, MEMBER<br>MYRTLE BEACH, SC 29572 | Claim Number: 8821<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $2,800.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,909.50 | Scheduled: | $2,870.00 |

| FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN ST<br>MIDDLETOWN, NY 10940 | Claim Number: 8822<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $214.63 |
|---|---|---|

| SCHOLFIELD, KEITH & DORIS E., TTEES<br>FBO AUSTIN K HASTINGS TRUST<br>U/A DTD 02/01/2000<br>3222 SW 100TH<br>AUGUSTA, KS 67010 | Claim Number: 8823<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| AMEND, RICHARD & TERRI JOINT TRUST<br>DTD 2/18/04<br>RICHARD J AMEND & TERESA ANN AMEND TTEES<br>1205 RICHARDS CIRCLE<br>RAYMORE, MO 64083 | Claim Number: 8824<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $25,000.00 | | |
| CLEMENTS, JACK J., DEC'D & MARION, TTEES<br>JACK J CLEMENTS TRUST<br>U/A/D 12/15/00<br>13761 SE 140TH AVE<br>NORWICH, KS 67118-9004 | Claim Number: 8825<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $15,000.00 | | |
| SCHOLFIELD, DORIS & KEITH, TTEES<br>DORIS EARLYNE SCHOLFIELD TRUST<br>U/A/D 08/31/92<br>3222 SW 100TH<br>AUGUSTA, KS 67010 | Claim Number: 8826<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $25,000.00 | | |
| STONE, CLIFFORD W.<br>PO BOX 528<br>EL DORADO, KS 67042-0528 | Claim Number: 8827<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $50,000.00 | | |
| NICOLAUS, STIFEL, CUSTODIAN FOR<br>8127 EL MONTE ST<br>PRAIRIE VLG, KS 662085052 | Claim Number: 8828<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $9,645.00 | | |
| RAMSEY, LYNN M.<br>1609 CULEN<br>WICHITA, KS 67206 | Claim Number: 8829<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10,496.75 | | |
| COCHRAN, TERRENCE<br>2218 INDIANA AVE #1-F<br>SAINT LOUIS, MO 63104 | Claim Number: 8830<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $616.59  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ADORNO & YOSS LLP, ATTNY @ LAW
ATTN: GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD, SUITE 400
MIAMI, FL 33134

Claim Number: 8831
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| UNSECURED | Claimed: | $3,110.00 |
|---|---|---|

---

LOS ANGELES COUNTY TREASURER & TAX COLL
REVENUE AND ENFORCEMENT
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Number: 8832
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $107,421.79 |
|---|---|---|

---

ADORNO & YOSS LLP, ATTNY @ LAW
ATTN: GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD, SUITE 400
MIAMI, FL 33134

Claim Number: 8833
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $239,774.21 |
|---|---|---|

---

1ST APPRAISAL SOURCE
ATTN: MAGGIE ROMAN, OFFICE MANAGER
322 ROUTE 4 EAST
SOUTH LOBBY
PARAMUS, NJ 07652

Claim Number: 8834
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $4,220.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

---

1ST APPRAISAL SOURCE
332 E STATE RT 4 STE 1
PARAMUS, NJ 076525116

Claim Number: 8835
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $4,470.00 |
|---|---|---|

---

SOUTHHAMPTON TOWN NEWSPAPER INC
135 WINDMILL LANE
ATTN PAUL CONROY, SALES MGR
SOUTHAMPTON, NY 11968

Claim Number: 8836
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,676.00 |
|---|---|---|

---

CITIGROUP GLOBAL MARKETS INC.
ATTN SUSAN MILLS MANAGING DIRECTOR
330 GREENWICH ST
NEW YORK, NY 10013

Claim Number: 8837
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| UNSECURED | Claimed: | $556,132.74   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS COLLATERAL AGENT, INDENTURE TTEE, ECT
C/O SEWARD & KISSEL, ATTN: LAURIE BINDER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Claim Number: 8838
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10256 (11/18/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK NA AS INDENTURE TTEE PAYING
AGENT & REGISTRAR FOR AMERICAN HOME
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8839
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK NA AS TRUSTEE PAYING AGENT &
REGISTRAR FOR AMERICAN HOME  MORTGAGE
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8840
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK NA AS TRUSTEE PAYING AGENT &
REGISTRAR FOR AMERICAN HOME  MORTGAGE
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8841
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK AS TRUSTEE FOR STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8842
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK AS SECURITIES ADMINISTRATOR FOR
HSI ASSET LOAN OBLIGATION TRUST
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8843
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITIBANK AS SECURITIES ADMINISTRATOR FOR
HSI ASSET LOAN OBLIGATION TRUST
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8844
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8845 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8846 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8847 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8848 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8849 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8850 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) |
|---|---|

UNSECURED          Claimed:                    $0.00   UNLIQ

---

| 6 COMMERCE DRIVE ASSOCIATES LLC C/O MACK CALI REALTY CORP 11 COMMERCE DRIVE CRANFORD, NJ 07016 | Claim Number: 8851 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

UNSECURED          Claimed:                    $64,394.60

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JVI<br>ATTN VICE PRESIDENT<br>951 MARKET PROMENADE AVE<br>STE 2101<br>LAKE MARY, FL 32746 | Claim Number: 8852<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6702 (12/11/2008) | | | |
| UNSECURED | Claimed: | $82,260.00 | | |
| SMITHKLINE BEECHAM, PLC<br>C/O JOES LANG LASALLE AMERICAS, INC<br>NANCY A CONNERY, ESQ SCHOEMAN UPDIKE<br>60 EAST 42ND STREET<br>NEW YORK, NY 10165-0006 | Claim Number: 8853<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $867,020.37 | | |
| CITIBANK, N.A.<br>ATTN CAROL FLATON, MANAGING DIRECTOR<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | Claim Number: 8854<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10194 (10/04/2011) | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $37,609,372.04 UNLIQ | | |
| CITIBANK, N.A.<br>ATTN CAROL FLATON, MANAGING DIRECTOR<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | Claim Number: 8855<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10192 (10/04/2011) | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $37,609,372.04 UNLIQ | | |
| BARBOSA, MIGUEL A.  07-CV1724<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | Claim Number: 8856<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |
| DOODY, MARY BETH<br>655 CHASEWOOD DR<br>SOUTH ELGIN, IL 60177-3229 | Claim Number: 8857<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $1,980.72 | Scheduled: | $1,561.54 CONT |
| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L SOLOMON, ESQ<br>4680 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | Claim Number: 8858<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WELLS FARGO BANK, N.A.-ATTN WILLIAM FAY DEFAULT & RESTRUCTURING ACCOUNT MANAGER CORPORATE TRUST SERVICES 9062 OLD ANNAPOLIS RD - MAC N2702-011 COLUMBIA, MD 21045 | Claim Number: 8859 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10549 (08/21/2012) | | | |
| UNSECURED | Claimed: | $80,000.00 | Scheduled: | $80,000.00 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER ATTN WILLIAM FAY - CORPORATE TRUST SVCS ASSET SECURITIZATION 9062 OLD ANNAPOLIS RD COLUMBIA, MD 21045 | Claim Number: 8860 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 3702 (04/16/2008) | | | |
| SECURED UNSECURED | Claimed: Claimed: | $0.00   UNLIQ $462,049.83   UNLIQ | | |
| WELLS FARGO BANK, NA, AS MASTER SERVICER ATTN WILLIAM FAY - CORPORATE TRUST SVCS ASSET SECURITIZATION GROUP 9062 OLD ANNAPOLIS RD COLUMBIA, MD 21045 | Claim Number: 8861 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 10092 (07/18/2011) | | | |
| ADMINISTRATIVE SECURED UNSECURED | Claimed: Claimed: Claimed: | $0.00   UNLIQ $0.00   UNLIQ $731,914.41   UNLIQ | | |
| OKUNIEWICZ, JOYCE M 78 STILLWATER RD HARDWICK, NJ 78259562 | Claim Number: 8862 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| CHEBROLU, NEEHANKA 24 GAZEBO LANE HOLTSVILLE, NY 11742 | Claim Number: 8863 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,894.62 | Scheduled: | $1,894.62  CONT |
| CHLUDZINSKI, DOUGLAS JAMES 63 WERTSVILLE RD HILLS BOROUGH, NJ 08844 | Claim Number: 8864 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,962.70 | | |
| PAGE, NICOLE 713 HUSON AVE. ROMEOVILLE, IL 60491 | Claim Number: 8865 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BERGER, ALVIN S<br>7599 GLENDEVON LN #1505<br>DELRAY BEACH, FL 33446 | Claim Number: 8866<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $7,483.00 |

| XIA, SHI YAN<br>8880 20TH AVE<br>BROOKLYN, NY 11214 | Claim Number: 8867<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| PRIORITY          Claimed: | $449.12 |

| ALFINI, KIMBERLY AND RICHARD<br>54 CYPRESS POINTE CT<br>SEVERNA PARK, MD 21146 | Claim Number: 8868<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,005.28 |

| SHAKTI LLC<br>ATTN ANIL SAHAI, MEMBER<br>709 WHITE POST DR<br>WEBSTER CITY, IA 50595 | Claim Number: 8869<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $28,305.00 |

| GIBNEY, JAMES B<br>PO BOX 1338<br>BURLINGAME, CA 94011 | Claim Number: 8870<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $15,190.50 |

| DONOVAN, JOHN G., DR.<br>410 W 3RD ST<br>CARROLL, IA 51401 | Claim Number: 8871<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED          Claimed: | $83,553.07 |

| SHANNON, DENNIS<br>1305-9TH STREET<br>NORTH BERGEN, NJ 07047 | Claim Number: 8872<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,354.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZELLNER, MARY C
27735 PRESCOTT ST
ROMULUS, MI 48174

Claim Number: 8873
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,515.00 |
|---|---|---|

---

MURRAY, MICHAEL
5211 LAKEDALE DR
DURHAM, NC 27713

Claim Number: 8874
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,336.45 |
|---|---|---|

---

CALHOUN, LISA
53 MCLEAN SCHOOL RD
RR#2
ST GEORGE, ON N0E 1N0
CANADA

Claim Number: 8875
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,771.51 |
|---|---|---|

---

SCHULTZ, ERICH R. W.
1502-6 WILLOW ST
WATERLOO, ON M5J 4S3
CANADA

Claim Number: 8876
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,344.10 |
|---|---|---|

---

CHRISTIAN, VALERIA C
143-25 84TH DR
BRIARWOOD, NY 11435

Claim Number: 8877
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8819 (05/04/2010)

| PRIORITY | | | Scheduled: | $800.48 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

CHRISTIAN, VALERIA C
143-25 84TH DR
BRIARWOOD, NY 11435

Claim Number: 8878
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT |
|---|---|---|---|---|

---

YARLING & ROBINSON
ATTN CHARLES F. ROBINSON, JR.
MARKET SQUARE CENTER, STE 1535
151 NORTH DELAWARE STREET
INDIANAPOLIS, IN 46204

Claim Number: 8879
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6574 (11/13/2008)

| UNSECURED | Claimed: | $18,731.54 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZURICH AMERICAN INS CO,ET AL O/B/O COMM. OF PA ET AL UNDER SURETY BND LPM 7593143 % KAREN L. TURNER; ECKERT SEAMANS ET AL. TWO LIBERTY PL., 50 S.16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 8880<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ALPINE COUNTY<br>ATTN CAROL MCELROY<br>P.O. BOX 217<br>MARKLEEVILLE, CA 96120 | Claim Number: 8881<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 |

---

| EMMERT, VALERIE<br>19855 SW TOUCHMARK WAY UNIT 225<br>BEND, OR 97702-1961 | Claim Number: 8882<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,240.00 |

---

| EMMERT, GEORGE<br>UNIT 226<br>19855 SW TOUCHMARK WAY<br>BEND, OR 97702 | Claim Number: 8883<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,082.00 |

---

| SILVERNAIL, HAL E. & JOYCE ELAINE<br>2916 LANSOLOWNE LANE<br>OKLAHOMA CITY, OK 73120 | Claim Number: 8884<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |

---

| SCHWARTZ, CLAIRE DISHONGH, TRUSTEE<br>CLAIRE DISHONGH SCHWARTZ TRUST<br>143 LAKE ALUMA DRIVE<br>OKLAHOMA CITY, OK 73121 | Claim Number: 8885<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |

---

| SILVERNAIL, JOYCE ELAINE<br>2916 LANSDOWNE LANE<br>OKLAHOMA CITY, OK 73120 | Claim Number: 8886<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,535.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | Claim Number: 8887<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $22,414.00 |

---

| MARTINEZ, JAIME<br>10515 PLEASANT VILLAS LN<br>HOUSTON, TX 77075-3059 | Claim Number: 8888<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) |
|---|---|
| UNSECURED          Claimed: | $299,145.87 |

---

| MERKEL, TED<br>3341 COYOTE TRAIL RD<br>NEWPORT, WA 99156 | Claim Number: 8889<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,460.00 |

---

| WOLFSON, STEVEN MORSE<br>11 AGAWAM DR<br>SCITUATE, MA 02066 | Claim Number: 8890<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,664.00 |

---

| BAUDER, CHRISTINE<br>140 PINNACLE RD<br>OCEAN CITY, NJ 082264559 | Claim Number: 8891<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED          Claimed: | $18,000.00 |

---

| O'ROURKE, JOHN<br>1550 DUBLIN LN<br>ESCONDIDO, CA 92027-1283 | Claim Number: 8892<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,830.50 |

---

| BAUDER, GEORGE AND CHRISTINE<br>140 PINNACLE RD<br>OCEAN CITY, NJ 082264559 | Claim Number: 8893<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $14,832.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HIEBER, ROSS H. & VIRGINIA C.<br>95 UNDERDOWN RD<br>ANN ARBOR, MI 48105 | | Claim Number: 8894<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,316.00 |
| BAUDER, GEORGE<br>140 PINNACLE RD<br>OCEAN CITY, NJ 082264559 | | Claim Number: 8895<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,800.00 |
| NISAR, MOHAMMED M. TTEE<br>MOHAMMED M. NISAR MD PA<br>EMPLOYEES PENSION PLAN TRUST<br>1895 OAK TREE RD.<br>EDISON, NJ 08820 | | Claim Number: 8896<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $169,633.00 |
| NISAR, DR. MOHAMMED<br>1895 OARK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8897<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,528.00 |
| FMT CO CUST IRA<br>FBO NOOR A NISAR<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8898<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,679.80 |
| NISAR, DR. MOHAMMED<br>1895 OARK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8899<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $140,337.63 |
| NOOR A NISAR LTD PARTNERSHIP<br>NOOR AFZA NISAR - GEN PT<br>M MOHAMMED NISAR - GEN PT<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8900<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $120,672.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ROTONDO, GUY J. & MARISA S.<br>178 HIRST RD<br>BRIARCLIFF MANOR, NY 10510 | | Claim Number: 8901<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $76,433.80 |

| PERDUE, ELIZABETH<br>309 CENTER ST<br>WRENS, GA 30833 | | Claim Number: 8902<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $8,815.45 |

| SCHMIDT, HEIDI G.<br>59 WHITE OAK CIRCLE<br>ST. CHARLES, IL 60174 | | Claim Number: 8903<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,586.01 |

| GREIF, ELLA<br>10055 S.W. 90TH LOOP<br>OCALA, FL 34481 | | Claim Number: 8904<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,055.00 |

| MARINE, VALERIE<br>914 N 70TH ST<br>SEATTLE, WA 98103 | | Claim Number: 8905<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,000.00   UNLIQ |
| UNSECURED | Claimed: | $2,000.00   UNLIQ |
| TOTAL | Claimed: | $2,000.00   UNLIQ |

| DUHAMEL, GARY K.<br>3929 N. BUCKHORN DR.<br>BEVERLY HILLS, FL 34465 | | Claim Number: 8906<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,950.00 |

| DUHAMEL, GARY K.<br>3929 N. BUCKHORN DR.<br>BEVERLY HILLS, FL 34465 | | Claim Number: 8907<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $62,590.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FMTC CUSTODIAN-ROTH IRA<br>FBO SHIRAZ ANISAR<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | Claim Number: 8908<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | |

---

| FMTC CUSTODIAN ROTH IRA<br>FBO KHALID ANISAR<br>2 RIO VISTA DR.<br>EDISON, NJ 08820 | Claim Number: 8909<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | |

---

| DISPLAY PRESENTATIONS<br>ATTN STAN ZANASKI, VICE PRESIDENT/SEC.<br>175 KENNEDY DRIVE<br>HAUPPAUGE, NY 11788 | Claim Number: 8910<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $3,621.01 | Scheduled: | $307.95 |

---

| ZURICH AMERICAN INS CO, ET AL O/B/O ST<br>OF NH ET AL UNDER SURETY BND LPM 7591871<br>% KAREN L. TURNER; ECKERT SEAMANS ET AL<br>TWO LIBERTY PL., 50 S.16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8911<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8912<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8913<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |

---

| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L. SOLOMON, ESQ.<br>4680 WILSHIRE BLVD.<br>LOS ANGELES, CA 90010 | Claim Number: 8914<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10208 (10/07/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GREEN, HARRY F. JR.
140 LATTICE LANE
COLLEGEVILLE, PA 19426

Claim Number: 8915
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,895.00 |
|---|---|---|

---

ROWE, RONALD K.
2068 DORAL DRIVE
HARRISBURG, PA 17112

Claim Number: 8916
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,499.99 |
|---|---|---|

---

LINGLE, CAROLYN G.
100 WREN HILL DR
SAUTEE NACOOCHEE, GA 30571

Claim Number: 8917
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,833.23 |
|---|---|---|

---

NATIXIS REAL ESTATE CAPITAL, INC.
JOSEPH F. FALCONE, III
9 WEST 57TH STREET
NEW YORK, NY 10019

Claim Number: 8918
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 6768 (12/19/2008)

| SECURED UNSECURED | Claimed: | $11,318,306.82 |
|---|---|---|

---

NATIXIS REAL ESTATE CAPITAL, INC.
JOSEPH F. FALCONE, III
9 WEST 57TH STREET
NEW YORK, NY 10019

Claim Number: 8919
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 6768 (12/19/2008)

| SECURED | Claimed: | $11,318,306.82 |
|---|---|---|

---

NATIXIS REAL ESTATE CAPITAL, INC.
JOSEPH F. FALCONE, III
9 WEST 57TH STREET
NEW YORK, NY 10019

Claim Number: 8920
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6768 (12/19/2008)

| SECURED | Claimed: | $11,318,306.82 |
|---|---|---|

---

NATIXIS REAL ESTATE CAPITAL, INC.
JOSEPH F. FALCONE, III
9 WEST 57TH STREET
NEW YORK, NY 10019

Claim Number: 8921
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6768 (12/19/2008)

| SECURED | Claimed: | $11,318,306.82 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | Claim Number: 8922<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6768 (12/19/2008) |
|---|---|

| SECURED | Claimed: | $11,318,306.82 |
|---|---|---|

---

| MICHAEL N. HUSCROFT & ASSOC.<br>ATTN LAWRENCE Z. WILK, ESQ.<br>9201 N. 25TH AVENUE<br>SUITE 170<br>PHOENIX, AZ 85021 | Claim Number: 8923<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,095.00 |
|---|---|---|

---

| UBS SECURITIES LLC<br>ATTN HUGH CORCORAN, MANAGING DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8924<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| SECURED | Claimed: | $15,039,395.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| UBS REAL ESTATE SECURITIES INC.<br>ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8925<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) |
|---|---|

| SECURED | Claimed: | $8,498,893.06   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| UDELL, JOHN<br>PO BOX 460114<br>FT LAUDERDALE, FL 33346-0114 | Claim Number: 8926<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,123.88 |
|---|---|---|

---

| ZAFARANLOO, CYRUS<br>1734 W10TH ST<br>BROOKLYN, NY 11223 | Claim Number: 8927<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

---

| MARKLAND, COLEEN C.<br>1060 FURTH RD<br>VALLEY STREAM, NY 11581 | Claim Number: 8928<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $132.30 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MOY, JOCELYN
28 SOMMERSET WAY
CASITA # 1005
TORONTO, ON M2N 6W7
CANADA

Claim Number: 8929
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,890.00 |

---

MASON, PETER W.
72 MUNN RD.
MONTICELLO, FL 32344

Claim Number: 8930
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,256.00 |

---

MEEKER, ROSEMARY & WILLIAM G.
8111 AINSWORTH AVE.
SPRINGFIELD, VA 22152

Claim Number: 8931
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,104.52 |

---

NIELSEN, ZOA -INDIVIDUALLY AND ON BEHALF OF OTHERS
C/O JON M. EGAN - JON M. EGAN, PC
240 SIXTH STREET
LAKE OSWEGO, OR 97034-2931

Claim Number: 8932
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

FORMER EMPLOYEES
JAMES E. HUGGETT / MARGOLIS EDELSTEIN
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801

Claim Number: 8933
Claim Date: 01/11/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

FORMER EMPLOYEES
JAMES E. HUGGETT / MARGOLIS EDELSTEIN
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801

Claim Number: 8934
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

FORMER EMPLOYEES
JAMES E. HUGGETT / MARGOLIS EDELSTEIN
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801

Claim Number: 8935
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | Claim Number: 8936<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | Claim Number: 8937<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | Claim Number: 8938<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | Claim Number: 8939<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MILSHTEYN, ALEXANDER<br>7477 WESTBURN BLVD<br>WEST BLOOMFIELD, MI 48322 | Claim Number: 8940<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,234.10 |

---

| ZERVOS, GEORGE<br>11020 BRIARCLIFF CT<br>CROWN POINT, IN 46307 | Claim Number: 8941<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

---

| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8942<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MCBEAN, GARY<br>419 KELSEY PARK DR<br>WEST PALM BEACH, FL 33410-4513 | Claim Number: 8943<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED        Claimed: | $8,787.21 |

---

| GOODCHILD, BRIAN<br>125 NOTTINGHAM<br>TALLMADGE, OH 44278 | Claim Number: 8944<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $1,618.00 |

---

| ZEMLE, DENNIS H & LOIS<br>N2474 GREENDALE RD<br>HORTONVILLE, WI 54944 | Claim Number: 8945<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $2,587.50 |

---

| JOHNSTONE, PETER J<br>124 RACCOON TRL<br>TRAVELERS REST, SC 29690-8170 | Claim Number: 8946<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $1,317.49 |

---

| BRADHAM, WILLIAM<br>2923 HEYWARD ST<br>COLUMBIA, SC 29205 | Claim Number: 8947<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED        Claimed: | $2,640.41 |

---

| RITSOS, TERRY<br>4102 QUEENS BLVD APT 3C<br>SUNNYSIDE, NY 111042888 | Claim Number: 8948<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED        Claimed: | $1,988.25 |

---

| RITSOS, TERRY<br>4102 QUEENS BLVD - APT 3C<br>SUNNYSIDE, NY 111042888 | Claim Number: 8949<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED        Claimed: | $3,172.32 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FORMER EMPLOYEES<br>750 SHIPYARD DR STE 100<br>WILMINGTON, DE 198015161 | Claim Number: 8950<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10036 (06/09/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8951<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8952<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8953<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8299 (11/13/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $65,331.09 |
|---|---|---|---|---|

| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8954<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

| ROYAL BANK OF SCOTLAND PLC C/O<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8955<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6496 (11/04/2008) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | Claim Number: 8956<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RBS FINANCIAL PRODUCTS, INC. | Claim Number: 8957 |
|---|---|
| FKA GREENWICH CAPITAL FINANCIAL PRODUCTS | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 8299 (11/13/2009) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RBS FINANCIAL PRODUCTS, INC. | Claim Number: 8958 |
|---|---|
| FKA GREENWICH CAPITAL FINANCIAL PRODUCTS | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE CORP |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 10187 (10/03/2011) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RBS FINANCIAL PRODUCTS, INC. | Claim Number: 8959 |
|---|---|
| FKA GREENWICH CAPITAL FINANCIAL PRODUCTS | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 10187 (10/03/2011) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RBS FINANCIAL PRODUCTS, INC. | Claim Number: 8960 |
|---|---|
| FKA GREENWICH CAPITAL FINANCIAL PRODUCTS | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 10187 (10/03/2011) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RBS SECURITIES, INC. | Claim Number: 8961 |
|---|---|
| FKA GREENWICH CAPITAL MARKETS, INC | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 10187 (10/03/2011) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RBS SECURITIES, INC. | Claim Number: 8962 |
|---|---|
| FKA GREENWICH CAPITAL MARKETS, INC | Claim Date: 01/11/2008 |
| 600 WASHINGTON BOULEVARD | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| STAMFORD, CT 06901 | Comments: EXPUNGED |
| | DOCKET: 10187 (10/03/2011) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

ROYAL BANK OF SCOTLAND PLC
C/O GREENWICH CAPITAL MARKETS, INC.
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

Claim Number: 8963
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 8779 (04/19/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,203,128.00 |

---

BARBOSA V. DANA CAPITAL GROUP, INC.,
7-1724
WILLIAM P. COFFIN, ESQ
100 NORTH 4TH STREET
EASTON, PA 18042

Claim Number: 8964
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |

---

TRIAD GUARANTY INSURANCE CORP.
ATTN EARL WALL, ESQUIRE
SENIOR VP, SEC. GENERAL COUNSEL
101 SOUTH STRATFORD ROAD
WINSTON SALEM, NC 27104

Claim Number: 8965
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10614 (10/15/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

TRIAD GUARANTY INSURANCE CORP.
ATTN EARL WALL, ESQUIRE
SENIOR VP, SEC. GENERAL COUNSEL
101 SOUTH STRATFORD ROAD
WINSTON-SALEM, NC 27104

Claim Number: 8966
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10614 (10/15/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

SMITHKLINE BEECHAM, PLC
C/O JONES LANG LASALLE AMERICAS, INC
NANCY A CONNERY, ESQ. SHOEMAN UPDIKE
60 EAST 42ND STREET
NEW YORK, NY 10065-0006

Claim Number: 8967
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $867,020.37 |

---

CALIDO BAY HOMEOWNERS ASSOCIATION
C/O LAW OFFICE OF WANDEN P TREANOR
1744 LINCOLN AVENUE
SAN RAFAEL, CA 94901

Claim Number: 8968
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,595.62 |
| UNSECURED | Claimed: | $3,595.62 |

---

CHAN WA, IVAN
P.O. BOX 23017
HONOLULU, HI 96827

Claim Number: 8969
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,465.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUDSON, STEVE<br>8015 W PARKWAY BLVD APT 105<br>TULSA, OK 74127-5657 | Claim Number: 8970<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,053.70 | |

---

| ORELLANA, KIRK R.<br>16311 S DAN OCONNELL DR<br>PLAINFIELD, IL 605869008 | Claim Number: 8971<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10131 (08/15/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $576.00 | Scheduled: $576.00 CONT |

---

| DILL, WILLMARY<br>921 WAKE TOWNE DR<br>RALEIGH, NC 27609 | Claim Number: 8972<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: $1,206.16 CONT |

---

| FOX, CAROLYN A.<br>2515 LUCIERNAGA ST<br>CARLSBAD, CA 92009-5820 | Claim Number: 8973<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,435.00 | |

---

| STONEHENGE CAPITAL LLC<br>C/O MEISTER SEELIG & FEIN LLP<br>ATTN MATTHEW E. KASINDORF, ESQ.<br>2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL<br>NEW YORK, NY 10017 | Claim Number: 8974<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | |

---

| APPRAISING IN DELAWARE INC<br>ATTN PATTI PERSIA, OWNER<br>129 SCHOOL PL<br>MILFORD, DE 19963 | Claim Number: 8975<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | |

---

| BARCLAYS BANK PLC, INDIV. AND AS AGENT<br>ATTN MARK MANSKI - HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Claim Number: 8976<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,770.00 UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BARCLAYS BANK PLC, INDIV. AND AS AGENT
ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 10166

Claim Number: 8977
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,770.00 | UNLIQ |

---

BARCLAYS BANK PLC, INDIV. AND AS AGENT
ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 1016607981

Claim Number: 8978
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,770.00 | UNLIQ |

---

BARCLAYS BANK PLC,
ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 10166

Claim Number: 8979
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,830.00 | UNLIQ |

---

BARCLAYS CAPITAL INC
ATTN MARK MANSKI - HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 10166

Claim Number: 8980
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,064,682.00 | UNLIQ |

---

BARCLAYS BANK PLC, INDIV. AND AS AGENT
ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 10166

Claim Number: 8981
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,770.00 | UNLIQ |

---

LOFTIS, NORMAN
3 DEERFIELD AVENUE
SAG HARBOR, NY 11963

Claim Number: 8982
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 10510 (06/29/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

LOFTIS, NORMAN
3 DEERFIELD AVENUE
SAG HARBOR, NY 11963

Claim Number: 8983
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 10510 (06/29/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | Claim Number: 8984<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
|---|---|

| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | Claim Number: 8985<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
|---|---|

| UNSECURED | Claimed: | $53,722,732.67 |

| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | Claim Number: 8986<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
|---|---|

| UNSECURED | Claimed: | $53,785,321.46 |

| APPRAISING IN DELAWARE, INC.<br>ATTN PATTI PERSIA, OWNER<br>129 SCHOOL PL<br>MILFORD, DE 19963 | Claim Number: 8987<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $1,800.00 |

| LABAUVE, THERESA<br>495 PELICAN LN S<br>JUPITER, FL 33458 | Claim Number: 8988<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,123.33 |

| BIRNEY, JANE E.<br>23723-7TH PLACE W<br>BOTHELL, WA 98021 | Claim Number: 8989<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,385.55 |

| STOREY, FRANK H.<br>CHARLES SCHWAB & CO INC CUST.<br>IRA ROLLOVER<br>214 E 13TH AVE<br>SPOKANE, WA 99202 | Claim Number: 8990<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $24,136.80 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PAGANO, SHARON A & PHILLIPS, ROBERT ROSS<br>153 MILL ROAD<br>CHELMSFORD, MA 01824 | Claim Number: 8991<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $5,168.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| PIETROSKI, JOSEPH J<br>112 SILVER ROSE CRESCENT<br>MARKHAM, ON L6C 1W8<br>CANADA | Claim Number: 8992<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,163.95 |
|---|---|---|

| PARIKH, AMIT N.<br>1159 COLD LN<br>SOUTH LYON, MI 48178 | Claim Number: 8993<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $1,183.38 |
|---|---|---|
| UNSECURED | Claimed: | $1,183.38 |
| TOTAL | Claimed: | $1,183.38 |

| LIANG, JULIE<br>1300 ALKI AVE, UNIT 300<br>SEATTLE, WA 98116 | Claim Number: 8994<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,180.91 |
|---|---|---|

| SMULLEN, JOYCE M.<br>409 E PLENTY ST<br>LONG BEACH, CA 90805 | Claim Number: 8995<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,962.99 |
|---|---|---|

| UPTON, JAMES R.<br>15922 SKY LAND DR<br>HOUSTON, TX 77073 | Claim Number: 8996<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

| CAPIZZI, DENISE<br>16 WINDWOOD RD<br>BROOKFIELD, CT 06804 | Claim Number: 8997<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $24,944.01 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RUDA, ANTHONY
256 W MAIN ST
BERGENFIELD, NJ 076211538

Claim Number: 8998
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $4,063.08 CONT |
|---|---|---|---|---|

KOTHARY, MANISH
4304 CHASTAIN WALK NE
ATLANTA, GA 303423361

Claim Number: 8999
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $772,300.00 |
|---|---|---|

ACKERS, GILBERT
2621 CARANEL RD
BROOMALL, PA 19008

Claim Number: 9000
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

FOTI, JOHN
8080 SANDHILL CT
WEST PALM BEACH, FL 33412

Claim Number: 9001
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,825.55 |
|---|---|---|

DAVIS, GARY
4901 KINGPOST DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 9002
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $6,666.00 |
|---|---|---|

DIAZ, ENRIQUE L.
755 TENTH AVENUE
NEW YORK, NY 10019

Claim Number: 9003
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MAYNE, LARRY C
8043 TWIN CREEK TRACE
WEST CHESTER, OH 45069-2276

Claim Number: 9004
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,399.11 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOLMAN, SCOTT III
3813 OVERBROOK LANE
HOUSTON, TX 77027-4037

Claim Number: 9005
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MAGUN, JOSEPH
116 CORNWALL DRIVE
OAKLYN, NJ 08107

Claim Number: 9006
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

KANN, DOLENA I & WALTER F, TTEES
DOLENA I KANN REVOC LIVING TRUST
5 ADORACION COURT
HOT SPRINGS VILLAGE, AR 71909-7704

Claim Number: 9007
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,693.41 |

---

BABY, PRINCE
4 MARTINO WAY
POMONA, NY 10970

Claim Number: 9008
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,500.00 |

---

NUNEZ, EMILIO
13162 MUNGO CT
RANCHO CUCAMONGA, CA 91739

Claim Number: 9009
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,564.46  CONT |
| UNSECURED | Claimed: | $74,561.17 | Scheduled: | $78,625.23  CONT |

---

JONES, COTY A
3215 VIRGIE CT
RIVERSIDE, CA 92508-6059

Claim Number: 9010
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,723.10 | Scheduled: | $8,723.10  CONT |

---

LOFTIS, NORMAN
3 DEERFIELD AVENUE
SAG HARBOR, NY 11963

Claim Number: 9011
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 10510 (06/29/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | Claim Number: 9012<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | Claim Number: 9013<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | Claim Number: 9014<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | Claim Number: 9015<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| LASALLE BANK NATIONAL ASSOCIATION<br>ATN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | Claim Number: 9016<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Claim Number: 9017<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $64,300,000.00 UNLIQ |
|---|---|---|

| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Claim Number: 9018<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $64,300,000.00 UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Claim Number: 9019<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $64,300,000.00   UNLIQ |
|---|---|---|

| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9020<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10642 (11/09/2012) |
|---|---|

| UNSECURED | Claimed: | $3,371,600.00   UNLIQ CONT |
|---|---|---|

| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9021<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10642 (11/09/2012) |
|---|---|

| UNSECURED | Claimed: | $3,371,600.00   UNLIQ CONT |
|---|---|---|

| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9022<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 10642 (11/09/2012) |
|---|---|

| UNSECURED | Claimed: | $3,371,600.00   UNLIQ CONT |
|---|---|---|

| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9023<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 9826 (03/10/2011) |
|---|---|

| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |
|---|---|---|

| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9024<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9826 (03/10/2011) |
|---|---|

| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |
|---|---|---|

| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9025<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9826 (03/10/2011) |
|---|---|

| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| BEAR STEARNS INTERNATIONAL LIMITED<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9026<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10642 (11/09/2012) | |
| UNSECURED | Claimed: | $386,500.00   UNLIQ CONT | |
| BEAR, STEARNS & CO. INC.<br>ATTN GERALD J RUSSELLO<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9027<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10297 (01/03/2012) | |
| UNSECURED | Claimed: | $162,165.00 | |
| BEAR, STEARNS & CO. INC.<br>ATTN GERALD J RUSSELLO<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9028<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10297 (01/03/2012) | |
| UNSECURED | Claimed: | $421,133.00 | |
| LIQUID FUNDING, LTD<br>ATTN DIANE PERINCHIEF, CORPORATE SEC.<br>CANON'S COURT<br>22 VICTORIA STREET<br>HAMILTON, HM12<br>BERMUDA | | Claim Number: 9029<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10292 (12/27/2011) | |
| SECURED | Claimed: | $0.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 9030<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8722 (03/30/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 9031<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8722 (03/30/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 9032<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8722 (03/30/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | | Claim Number: 9033<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
| UNSECURED | Claimed: | $1,855,469.63 |
| LEHMAN BROTHERS INC.<br>LATHAM & WATKINS LLP<br>ATT ROBERT J ROSENBERG & MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9034<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10383 (04/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| SECURED<br>UNSECURED | Claimed: | $3,956,603.41 |
| LEHMAN BROTHERS SPECIAL FINANCING INC<br>LATHAM WATKINS LLP<br>ATT ROBERT J ROSENBERG & MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9035<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10450 (05/11/2012) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| SECURED<br>UNSECURED | Claimed: | $684,083.76 |
| LEHMAN BROTHERS SPECIAL FINANCING INC<br>LATHAM WATKINS LLP<br>ATT ROBERT J ROSENBERG & MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9036<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10450 (05/11/2012) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| SECURED<br>UNSECURED | Claimed: | $749,057.95 |
| HSBC BANK USA, NATIONAL ASSOCIATION<br>ATTN THOMAS L NOLAN VICE PRESIDENT<br>8 EAST 40TH STREET 3RD FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 9037<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9826 (03/10/2011) |
| UNSECURED | Claimed: | $3,717,953.00 |
| NOMURA CREDIT & CAPITAL, INC.<br>ATTN MARK BROWN PRESIDENT<br>2 WORLD FINANCIAL CTR<br>BUILDING B<br>NEW YORK, NY 10281 | | Claim Number: 9038<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9822 (03/09/2011) |
| UNSECURED | Claimed: | $10,726,904.00    CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

SCOTT, LAURA E
10517 LIBERTY RD
RANDALLSTOWN, MD 21133

Claim Number: 9039
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $2,060.00 | | |
|---|---|---|---|---|

KARRY, CHRIS J.
940 MAPLE ST
HOWE, TX 75459

Claim Number: 9040
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $940.59 | | |
|---|---|---|---|---|

RODITTI, PATRICIA E. & NICOLAS A.
12739 MEGAN JEAN CT
JACKSONVILLE, FL 32218

Claim Number: 9041
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $189.50 | | |
|---|---|---|---|---|

MONARES, JOLEEN
2099 WINSBURG WAY
KENNESAW, GA 30144

Claim Number: 9042
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $285.63 | Scheduled: | $285.63 CONT |
|---|---|---|---|---|

CORBETT, HEATHER
4425 B301 PARRISH ST
PHILADELPHIA, PA 19104

Claim Number: 9043
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $730.50 | Scheduled: | $1,355.50 CONT |
|---|---|---|---|---|

BOWERSOX, LOUIS H & LAURIE A
3722 GABLE GROVE LN
KATY, TX 77494-6574

Claim Number: 9044
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

BOWERSOX, LAURIE
3722 GABLE GROVE LN
KATY, TX 77494-6574

Claim Number: 9045
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PAGANO, SHARON<br>153 MILL RD<br>CHELMSFORD, MA 01824 | | Claim Number: 9046<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $771.56 | | |
| SECURED | Claimed: | $0.00 | | |

| MTEAM FINANCIAL PARTNERS AS REP OF THE<br>2 NORTHFIELD PLZ STE 300<br>NORTHFIELD, IL 60093-1272 | | Claim Number: 9047<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $812,393.44 | | |

| PALMER, JERROLD<br>1931 E RIDGEWOOD<br>GLENVIEW, IL 60025 | | Claim Number: 9048<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7504 (06/05/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | | | Scheduled: | $85,050.00 CONT |

| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134 | | Claim Number: 9049<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,774.21 | | |

| DUGRE, M GUILLAUME<br>26 RUE DEPATIE<br>LAVAL, QC H7L 4Y5<br>CANADA | | Claim Number: 9050<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,700.00 | | |

| KOTHARY, MANISH<br>444 WASHINGTON BLVD<br>STE 6238<br>JERSEY CITY, NJ 07310 | | Claim Number: 9051<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,866,841.00 | | |

| KIT LING TAM LI<br>79 HILLHURST DR<br>RICHMOND HILL, ON L4B 3C4<br>CANADA | | Claim Number: 9052<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,636.11 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| CHONG, DAVID HOU YUEN & CECILIA C.<br>66 AVA CRESC<br>RICHMOND HILL, ON L4B 2X4<br>CANADA | Claim Number: 9053<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,908.64 |
|---|---|---|

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | Claim Number: 9054<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| POWEL, LARRY<br>1042 IDYLWILD DR<br>RICHMOND, KY 40475-3610 | Claim Number: 9055<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $10,112.69 |
|---|---|---|

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | Claim Number: 9056<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| DEUTSCHE BANK AG<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | Claim Number: 9057<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 9058<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

| UNSECURED | Claimed: | $2,897,707.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| DEUTSCHE BANK SECURITIES, INC.<br>LIZ GROSSMAN<br>MAIL STOP: NYC60-3510<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 | Claim Number: 9059<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |

| UNSECURED | Claimed: | $969,101.59 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9060<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88 |
| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9061<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88   UNLIQ |
| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9062<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88 |
| GEMINI SECURITIZATION CORP., LLC<br>800 BOYLSTON ST STE 3500<br>BOSTON, MA 02199-3600 | | Claim Number: 9063<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88 |
| GEMINI SECURITIZATION CORP., LLC<br>GERALDINE ST-LOUIS<br>C/O ROPES & GRAY<br>ONE INTERNATIONAL PLACE, RM. 3218<br>BOSTON, MA 02110 | | Claim Number: 9064<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88   UNLIQ |
| GEMINI SECURITIZATION CORP., LLC<br>GERALDINE ST-LOUIS<br>C/O ROPES & GRAY<br>ONE INTERNATIONAL PLACE, RM. 3218<br>BOSTON, MA 02110 | | Claim Number: 9065<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88 |
| NEWPORT FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9066<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $92,655.88 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| NEWPORT FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | Claim Number: 9067<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $92,655.88   UNLIQ |
|---|---|---|

---

| LAUREN PROPERTIES LP/CARNEGIE<br>C/O KATHIE BAGINSKI<br>27500 DETROIT RD., STE. 300<br>WESTLAKE, OH 44145 | Claim Number: 9068<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| SECURED | Claimed: | $3,400.00 |
|---|---|---|
| UNSECURED | Claimed: | $66,341.02 |

---

| MCNEIL, JERRY J. & MARY A. TTEES FBO<br>9030 TERRY ESTATES DR.<br>ORANGE, TX 77630 | Claim Number: 9069<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $21,579.98 |
|---|---|---|

---

| MCNEIL, JERRY OR MARY<br>9030 TERRY ESTATES DR.<br>ORANGE, TX 77630 | Claim Number: 9070<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $165,060.90 |
|---|---|---|

---

| NEWPORT FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | Claim Number: 9071<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $142,498,546.38 |
|---|---|---|

---

| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | Claim Number: 9072<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $142,498,546.38 |
|---|---|---|

---

| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | Claim Number: 9073<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $142,498,546.38   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | Claim Number: 9074<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | |
| UNSECURED          Claimed: | $142,498,546.38 | |

---

| | | |
|---|---|---|
| K&R APPRAISAL SERVICES<br>ATTN KEVIN J. GINGRAS, PRESIDENT<br>23 ANAAN AVE<br>WEST ROXBURY, MA 02132 | Claim Number: 9075<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $5,000.00 | |

---

| | | |
|---|---|---|
| SUSAN C LITTLE & ASSOCIATES PA<br>ATTN SUSAN LITTLE, PRESIDENT<br>SUITE 101<br>4501 INDIAN SCHOOL RD NE.<br>ALBUQUERQUE, NM 87110 | Claim Number: 9076<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $550.26 | |

---

| | | |
|---|---|---|
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | Claim Number: 9077<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $1,950.00 | |

---

| | | |
|---|---|---|
| STAR APPRAISALS / KATHLEEN MUSSER<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | Claim Number: 9078<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |
| UNSECURED          Claimed: | $6,175.00 | |

---

| | | |
|---|---|---|
| TRIAD GUARANTY INSURANCE CORP.<br>ATTN EARL F. WALL, SEN. VP & GEN. COUNS.<br>101 SOUTH STRATFORD ROAD<br>WINSTON-SALEM, NC 27104 | Claim Number: 9079<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

---

| | | |
|---|---|---|
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | Claim Number: 9080<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $5,150.00 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | Claim Number: 9081<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $60.00 | | |
|---|---|---|---|---|

| BARRETT, PAULA M<br>6 BEDFORD AVE<br>FREEPORT, NY 11520 | Claim Number: 9082<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT |
|---|---|---|---|---|

| 1140 GALAXY WAY, LLC<br>MICHAEL E REYNOLDS<br>SNELL & WILMER , LLP<br>600 ANTON BLVD., STE 1400<br>COSTA MESA, CA 92626-7000 | Claim Number: 9083<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $235,448.30 | | |
|---|---|---|---|---|

| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF VA, ETC- BONDS LPM7592378, 7592380<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9084<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF WASHINGTON, ETC - BOND LPM7591256<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9085<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF WEST VIRGINIA, ETC - BOND LPM7592557<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9086<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF WYOMING, ETC - BOND LPM7592559<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9087<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF RHODE ISLAND, ETC, SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9088 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO, IT SUBSIDIARIES & AFFILIATES A/T/I/M/A KAREN L TURNER; ECKERT SEAMANS CHERNI K TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9089 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| UNSECURED | Claimed: | $1,053.50 |
|---|---|---|

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF VERMONT, ETC - BOND LPM7591721 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9090 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MISSISSIPPI - BOND LPM7592553 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9091 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE - BOND LPM7591725 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9092 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO, ITS SUBSIDIARIES & AFFILIATES A/T/I/M/A - SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9093 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ARIZONA, ETC - BOND LPM 7591651 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9094 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF WASHINGTON & CYNTHIA SAUNDERS
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9095
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF CONNECTICUT, ETC
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9096
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF DELAWARE, ETC - BOND LPM7591725
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9097
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O
COMMONWEALTH OF PA, ETC -BOND LPM7593143
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9098
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O
WASHINGTON DC, ETC - BOND LPM7592560
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9099
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NORTH DAKOTA, ETC - BOND LPM7591669
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9100
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEW HERSEY, ETC - BOND LPM7591695
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9101
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEW HAMPSHIRE, ETC - BOND LPM7591899
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9102
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF MICHIGAN, ETC - BOND LPM7592610
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9103
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF MAINE, ETC - BOND LPM7592556
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9104
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF LOUISIANA, ETC - BOND LPM7592607
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9105
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OKLAHOMA, ETC - BOND LPM7592368
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9106
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF KANSAS, ETC - BOND LPM1751667
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9107
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF IOWA, ETC - BOND LPM7591650
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9108
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF WISCONSIN, ETC - BONS LPM7592411
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9109
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF ILLINOIS,ETC BONDS LPM7591186,7591188
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9110
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF IDAHO, ETC - CERTAIN SURETY BONDS
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9111
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF GEORGIA,ETC-BONDS LPM7591503, 7591723
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9112
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|----------|----------|-------|-------|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF OREGON, ETC - BOND LPM7591653
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9113
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEBRAKSA, ETC - CERTAIN SURETY BONDS
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9114
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF SOUTH CAROLINA,ETC - BOND LPM7591247
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9115
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MCNEIL, JERRY & MARY A.
9030 TERRY ESTATES DR.
ORANGE, TX 77630

Claim Number: 9116
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $81,401.85 |

---

MCNEIL, JERRY & MARY A.
9030 TERRY ESTATES DR.
ORANGE, TX 77630

Claim Number: 9117
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,072.47 |

---

MCNEIL, JERRY J. & MARY A.
9030 TERRY ESTATES DR.
ORANGE, TX 77630

Claim Number: 9118
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,609.74 |

---

RYMAN, SCOTT
3436 RIDGEVIEW DR
EL DORADO HLS, CA 957624410

Claim Number: 9119
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,808.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WARDELL, THOMAS E.
SEP IRA ETRADE 6859-7046
1425 ELIZABETH CREST
REDLANDS, CA 92373

Claim Number: 9120
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $73,416.00 |
| --- | --- | --- |

---

HOFFMANN, KEVIN M. & WENDY M.
11665 SW HAZELWOOD LOOP
TIGARD, OR 97223

Claim Number: 9121
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $6,069.00 |
| --- | --- | --- |

---

HUNT, CYNTHIA
3800 MONT BLANC TER
BAKERSFIELD, CA 93306

Claim Number: 9122
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $577.92 | Scheduled: | $577.92  CONT |
| --- | --- | --- | --- | --- |

---

PARKER, GEORGE M. & JANE H.
6 BAHIA LANE
HOT SPRINGS VILLAGE, AR 71909

Claim Number: 9123
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

ARTHUR, DORIS L.
9328 FREEMAN RD
SANGER, TX 76266

Claim Number: 9124
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,525.00 |
| --- | --- | --- |

---

ARTHUR, DORIS L.
9328 FREEMAN RD
SANGER, TX 76266

Claim Number: 9125
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,800.00 |
| --- | --- | --- |

---

SLOCA, STEVEN L.
12 AVERSTONE DRIVE WEST
WASHINGTON CROSSING, PA 18977

Claim Number: 9126
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $11,735.99 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FATEMI, FARAMARZ S.<br>27 CHESTNUT PL.<br>HO HO KUS, NJ 07423 | | Claim Number: 9127<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,865.93 |
| IFKOWITSCH, ALEX P.<br>4901 W. WINONA # 3B<br>CHICAGO, IL 60630 | | Claim Number: 9128<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,315.60 |
| WALLACE, RONALD R.<br>4900 NW 32ND<br>OKLAHOMA CITY, OK 73122-1110 | | Claim Number: 9129<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HOLLON, RANDY<br>217 SHEFFIELD<br>SAN ANTONIO, TX 78213 | | Claim Number: 9130<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,118.30 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9131<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9132<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9133<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Claim Number: 9134
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
|---|---|---|

---

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Claim Number: 9135
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
|---|---|---|

---

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Claim Number: 9136
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
|---|---|---|

---

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Claim Number: 9137
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
|---|---|---|

---

WASHINGTON MUTUAL MORTGAGE SECURITIES
CORP. C/O MICHAEL D. COYNE
WASHINGTON MUTUAL BANK
623 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10022

Claim Number: 9138
Claim Date: 01/11/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
|---|---|---|

---

PETRICK, JOSEPH & GLORIA
34 ATHENS AVE.
SOUTH AMBOY, NJ 08879

Claim Number: 9139
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 3946 (05/02/2008)

| UNSECURED | Claimed: | $67,960.64 |
|---|---|---|

---

MKM REALTY TRUST II
C/O CAROLE LITTMAN
300 CONGRESS STREET
QUINCY, MA 02169

Claim Number: 9140
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6178 (10/02/2008)

| UNSECURED | Claimed: | $80,601.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O
COMMONWEALTH OF PA ETC-BOND LPM7593143
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9141
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: ALLOWED
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF MARYLAND, ETC - BOND LPM7599861
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9142
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF ARIZONA,ETC - BOND LPM7590120
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9143
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO, ITS SUBSIDIARIES
AND AFFILIATES A/T/I/M/A
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9144
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEW JERSEY,ETC, CERTAIN SURETY BONDS
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9145
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF N.CAROLNIA,ETC - BOND LPM7590112
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9146
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF OHIO,ETC - BOND LPM7590136
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9147
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF VIRGINIA,ETC - BOND LPM7590789
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9148
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF CALIFORNIA,ETC - BOND LPM7591193
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9149
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF DELAWARE,ETC - BOND LPM7592364
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9150
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O
WASHINGTON DC, ETC - BOND LPM7591074
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9151
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF FLORIDA, ETC - BOND LPM7591098
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9152
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEW JERSEY, ETC - BOND LPM7590520
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9153
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF GEORGIA, ETC - BOND LPM7590846
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9154
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF IDAHO, ETC - BOND LPM7599598
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9155
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF ILLINOIS, ETC - CERTAIN SURETY BONDS
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9156
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF KANSAS, ETC - BOND LPM7590125
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9157
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEBRASKA, ETC - BOND LPM7599470
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9158
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF LOUISIANA, ETC - BOND7590131
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9159
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF MICHIGAN, ETC - BOND LPM7591262
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9160
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF MISSOURI, ETC - BOND LPM7593467
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9161
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

LEUNG, ARCHER
7805 VIA TORTONA
BURBANK, CA 91504

Claim Number: 9162
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $19,691.40 |
| UNSECURED | Claimed: | $19,691.40 |
| TOTAL | Claimed: | $19,691.40 |

---

RASMUSSEN, CLYDE MERVYN
5518 NE 1ST PL
RENTON, WA 980594974

Claim Number: 9163
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

RASMUSSEN, CLYDE MERVYN & PENNY
5518 NE 1ST PL
RENTON, WA 980594974

Claim Number: 9164
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

RASMUSSEN, CLYDE MERVYN & PENNY
1820 SE 8TH STREET
RENTON, WA 98057

Claim Number: 9165
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| HANDLER, JOHN R. & LINDA P.<br>246 W. BROAD STREET<br>TAMAQUA, PA 18252 | Claim Number: 9166<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,002.97 |
|---|---|---|

| EKAS, EDWARD D.<br>153 NORMAN DR<br>CRANBERRY TWP, PA 16066-4231 | Claim Number: 9167<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CAZZANTI, STEFANO<br>6292 SHETLAND DR. NW<br>ROCHESTER, MN 55901 | Claim Number: 9168<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,020.16 |
|---|---|---|

| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | Claim Number: 9169<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) |
|---|---|

| PRIORITY | Claimed: | $415.44   UNLIQ | Scheduled: | $415.44   CONT |
|---|---|---|---|---|

| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | Claim Number: 9170<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| PRIORITY | Claimed: | $415.44   UNLIQ | Scheduled: | $3,350.83   CONT |
|---|---|---|---|---|

| MCCUIN, MARYANNE C.<br>4216 W CAROL AVE<br>PHOENIX, AZ 85051 | Claim Number: 9171<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

| CIDER, CHARLOTTE S. (IRA)<br>9480 HUMMINGBIRD BLVD<br>PENSACOLA, FL 32514-1405 | Claim Number: 9172<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $57,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CIDER, EDWARD T. & CHARLOTTE S.
JT TEN
9480 HUMMINGBIRD BLVD
PENSACOLA, FL 32514-1405

Claim Number: 9173
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $115,000.00 |
|---|---|---|

---

GAGNON, DAVID
10007 VISTA POINTE DR
TAMPA, FL 33635-6332

Claim Number: 9174
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

---

RICH, ROBERT P.
1311 GOLDEN HILL DRIVE
INDIANAPOLIS, IN 46208

Claim Number: 9175
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $49,172.50 |
|---|---|---|

---

RICH, ROBERT P.
1311 GOLDEN HILL DRIVE
INDIANAPOLIS, IN 46208

Claim Number: 9176
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $60,606.50 |
|---|---|---|

---

HERMAN, ALAN
46 MAIN PKWY
PLAINVIEW, NY 11803

Claim Number: 9177
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CITY OF HARTFORD, CT TAX COLLECTOR
C/O KENNETH B. KAUFMAN, ATTORNEY
THE LAW OFFICE OF KENNETH B. KAUFMAN LLC
63 FOREST HILLS DRIVE
FARMINGTON, CT 06032

Claim Number: 9178
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10428 (04/27/2012)

| PRIORITY | Claimed: | $613.71 |
|---|---|---|

---

MARTIN, DENISE APRIL
113 LIDSTER AVE.
GRASS VALLEY, CA 95945

Claim Number: 9179
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,008.03 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| GREEN, HARRY F. JR.<br>140 LATTICE LANE<br>COLLEGEVILLE, PA 19426 | | Claim Number: 9180<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,730.00 |
| STEPHENSON, RYNA L.<br>9400 KENSALL COURT<br>SACRAMENTO, CA 95829-6065 | | Claim Number: 9181<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7.56 |
| WANG DAN ZHOU<br>250 UNIVERSITY AVE. 4TH FLOOR<br>VANCOUVER, BC V5R 4S6<br>CANADA | | Claim Number: 9182<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,234.92 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9183<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9184<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10276 (12/31/2011) |
| PRIORITY<br>UNSECURED | Claimed: | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9185<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10276 (12/13/2011) |
| PRIORITY<br>UNSECURED | Claimed: | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9186<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |
| PRIORITY | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9187<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) | |
| PRIORITY          Claimed: | $0.00   UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9188<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) | |
| PRIORITY          Claimed: | $0.00   UNLIQ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9189<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) | |
| PRIORITY          Claimed: | $0.00   UNLIQ | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9190<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | |
| UNSECURED          Claimed: | $198,600.00   UNLIQ | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9191<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | |
| UNSECURED          Claimed: | $198,600.00   UNLIQ | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9192<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | |
| UNSECURED          Claimed: | $198,600.00   UNLIQ | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9193<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | |
| UNSECURED          Claimed: | $198,600.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9194<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $198,600.00   UNLIQ |
|---|---|---|

---

| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9195<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $198,600.00   UNLIQ |
|---|---|---|

---

| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9196<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $198,600.00   UNLIQ |
|---|---|---|

---

| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9197<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $198,600.00   UNLIQ |
|---|---|---|

---

| SMITH, DALE E.<br>724 COLUMBIA ST NW STE 350<br>OLYMPIA, WA 98501-1298 | Claim Number: 9198<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,600.00 |
|---|---|---|

---

| SMITH, DALE E.<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>724 COLUMBIA ST NW, STE 30<br>PO BOX 1668<br>OLYMPIA, WA 98507-1668 | Claim Number: 9199<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,600.00 |
|---|---|---|

---

| SMITH, DALE E.<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>724 COLUMBIA ST NW, STE 30<br>PO BOX 1668<br>OLYMPIA, WA 98507-1668 | Claim Number: 9200<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,600.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SMITH, DALE E.<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>724 COLUMBIA ST NW, STE 30<br>PO BOX 1668<br>OLYMPIA, WA 98507-1668 | Claim Number: 9201<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $2,600.00 | |

| | | |
|---|---|---|
| SMITH, DALE E.<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>724 COLUMBIA ST NW, STE 30<br>PO BOX 1668<br>OLYMPIA, WA 98507-1668 | Claim Number: 9202<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $2,600.00 | |

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC.<br>ATTN KATHLEEN MCCARTHY<br>DIRECTOR & ASSOCIATE GENERAL COUNSEL<br>388 GREENWICH ST, 17TH FL<br>NEW YORK, NY 10013 | Claim Number: 9203<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>SEND NOTICES TO: | |
| SECURED          Claimed: | $0.00   UNLIQ | |
| UNSECURED          Claimed: | $608,671.80   UNLIQ | |

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVC CO.<br>ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY<br>FLASTER/GREENBERG PC<br>EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL<br>PHILADELPHIA, PA 19103 | Claim Number: 9204<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9111 (08/11/2010) | |
| PRIORITY          Claimed: | $24,287.31 | |

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVC CO.<br>ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY<br>FLASTER/GREENBERG PC<br>EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL<br>PHILADELPHIA, PA 19103 | Claim Number: 9205<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9111 (08/11/2010) | |
| PRIORITY          Claimed: | $24,287.31 | |

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC.<br>ATTN SUSAN MILLS, MANAGING DIRECTOR<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | Claim Number: 9206<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10066 (06/29/2011)<br>SEND NOTICES TO: | |
| SECURED          Claimed: | $0.00   UNLIQ | |
| UNSECURED          Claimed: | $20,124,241.15   UNLIQ | |

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN SUSAN MILLS, MANAGING DIRECTOR<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | Claim Number: 9207<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED          Claimed: | $0.00 | |
| UNSECURED          Claimed: | $68,813,688.40 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUTTON, KAREN | Claim Number: 9208 |
| C/O LAW OFFICES OF SCOTT A SAYRE | Claim Date: 01/11/2008 |
| 2003 WESTERN AVE | Debtor: AMERICAN HOME MORTGAGE CORP |
| STE 203 | |
| SEATTLE, WA 98121 | |

| UNSECURED | Claimed: | $120,000.00   UNLIQ CONT |

---

| PORTER, APRIL R | Claim Number: 9209 |
| 647 CRESCENT HILLS PL | Claim Date: 01/11/2008 |
| LAKELAND, FL 33813 | Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $1,935.32 |

---

| DOBSON APPRAISAL SERVICES | Claim Number: 9210 |
| ATTN MARK DOBSON, PRESIDENT | Claim Date: 01/11/2008 |
| 3380 E CAMPBELL ROAD | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| GILBERT, AZ 85234 | Comments: DOCKET: 6611 (11/21/2008) |

| UNSECURED | Claimed: | $9,385.00 |

---

| ORIX CAPITAL MARKETS, LLC | Claim Number: 9211 |
| ATTN GREG MAY | Claim Date: 01/11/2008 |
| 1717 MAIN STREET, STE 900 | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| DALLAS, TX 75201 | Comments: EXPUNGED |
| | DOCKET: 9711 (01/28/2011) |

| SECURED | Claimed: | $54,362,091.00   UNLIQ | Scheduled: | $73,009,000.00  UNDET DISP |
| UNSECURED | Claimed: | $20,000,000.00   UNLIQ | | |

---

| NUCKOLS, KATHRYN | Claim Number: 9212 |
| 295 COTTONWOOD LANE | Claim Date: 01/11/2008 |
| STAUNTON, VA 24401 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $8,741.58 | Scheduled: | $7,104.58  CONT |
| UNSECURED | Claimed: | $42,269.87 | Scheduled: | $44,348.53  CONT |

---

| NUCKOLS, KATHRYN | Claim Number: 9213 |
| 295 COTTONWOOD LANE | Claim Date: 01/11/2008 |
| STAUNTON, VA 24401 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4615 (06/13/2008) |

| PRIORITY | Claimed: | $7,104.58 |
| UNSECURED | Claimed: | $44,348.53 |

---

| ALLEN, PATRICIA H | Claim Number: 9214 |
| 3413 FRANCES BERKELEY | Claim Date: 01/11/2008 |
| WILLIAMSBURG, VA 23188 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $3,854.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WINANS, SHIRLEY | Claim Number: 9215 |
| 2209 ALABAMA | Claim Date: 01/11/2008 |
| JOPLIN, MO 64804-1221 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| BROOKS, JEB | Claim Number: 9216 |
| 105 LIBERTY ST APT B | Claim Date: 01/11/2008 |
| LYNDEN, WA 98264-1445 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET 5175 (07/18/2008) |

| UNSECURED | Claimed: | $210.50 |
| --- | --- | --- |

| YANG, JINBO AND GE, QING | Claim Number: 9217 |
| 224 NAYOGAMI TERRACE | Claim Date: 01/11/2008 |
| ROLLA, MO 65401 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $5,667.06 |
| --- | --- | --- |
| UNSECURED | Claimed: | $5,667.06 |
| TOTAL | Claimed: | $5,667.06 |

| NGAI, DUNCAN TK AND PEGGY | Claim Number: 9218 |
| 5368 ARGYLE ST | Claim Date: 01/11/2008 |
| VANCOUVER, BC V5P 3J3 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $11,663.75 |
| --- | --- | --- |

| MCDONALD, MCKENZIE, RUBIN, | Claim Number: 9219 |
| MILLER & LYBRAND, L.L.P | Claim Date: 01/11/2008 |
| ATTN KEVIN T. BROWN, PARTNER | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| 1704 MAIN ST., 2ND FLOOR | Comments: DOCKET: 6703 (12/11/2008) |
| COLUMBIA, SC 29201 | |

| UNSECURED | Claimed: | $78,587.64 |
| --- | --- | --- |

| FRESE, SUSAN AND MCCARTHY | Claim Number: 9220 |
| 210 OAKWOOD ST SE APT 306 | Claim Date: 01/11/2008 |
| WASHINGTON, DC 20032-1770 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: ALLOWED |

| UNSECURED | Claimed: | $0.00 |
| --- | --- | --- |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 9221 |
| C/O KAREN LEE TURNER | Claim Date: 01/11/2008 |
| ECKERT SEAMANS CHERNI & MELLOTT, LLC | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL | Comments: WITHDRAWN |
| PHILADELPHIA, PA 19102 | DOCKET 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERNI & MELLOTT, LLC
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9222
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERNI & MELLOTT, LLC
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9223
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

AGF WOODFIELD OWNER LLC
C/O JONES LANG LASALLE
ATTN GENERAL MANAGER
1375 E. WOODFIELD ROAD
SCHAUMBURG, IL 60173

Claim Number: 9224
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $7,094.75 |
| UNSECURED | Claimed: | $95,235.01 |

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.
GSR MORTGAGE LOAN TRUST 2007
1761 EAST ST. ANDREW PLACE
SANTA ANA, CA 92705

Claim Number: 9225
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7222 (04/01/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ |

---

FRESE, SUSAN AND MCCARTHY
751 GRESHAM PLACE, NW
WASHINGTON, DC 20001

Claim Number: 9226
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNDET |

---

FRESE, SUSAN AND MCCARTHY
751 GRESHAM PLACE, NW
WASHINGTON, DC 20001

Claim Number: 9227
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNDET |

---

BETTINGER, ROBERT
5108 KARRINGTON DR.
GIBSONIA, PA 15044

Claim Number: 9228
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $17,904.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TYLER, MARY<br>11425 BROMLEY COVE<br>FORT WAYNE, IN 46845 | Claim Number: 9229<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) |
|---|---|

| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64  CONT |
|---|---|---|---|---|

| ORELLANA, TIFFANY<br>10741 MARY LN APT 2A<br>MOKENA, IL 60448-1721 | Claim Number: 9230<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15  CONT |
|---|---|---|---|---|

| WATERFIELD SHAREHOLDER LLC<br>C/O ERIC J. GORMAN, ESQ.<br>SKADEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 9231<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| UNION FEDERAL BANK OF INDIANAPOLIS<br>C/O ERIC J. GORMAN, ESQ.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 9232<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| WELLS FARGO BANK, N.A.<br>ATTN:  WILLIAM FAY<br>MAC N2702-011<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Claim Number: 9233<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $160,602.15   UNLIQ CONT |

| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN: WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD -   MAC2702-011<br>COLUMBIA, MD 21045 | Claim Number: 9234<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) |
|---|---|

| UNSECURED | Claimed: | $160,602.15   UNLIQ CONT |
|---|---|---|

| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD-  MAC N2702-011<br>COLUMBIA, MD 21054 | Claim Number: 9235<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) |
|---|---|

| UNSECURED | Claimed: | $160,602.15   UNLIQ CONT |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WELLS FARGO BANK, N.A.
CORP. TRUST SERVICES, ATTN WILLIAM FAY
DEFAULT & RESTRUCTURING ACCOUNT MANAGER
9062 OLD ANNAPOLIS RD -   MAC2702-011
COLUMBIA, MD 21045

Claim Number: 9236
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 8299 (11/13/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $483,750,616.79   UNLIQ CONT | |

---

ANDERSON, DEREK
123 MAIN STREET
CLEVELAND, OH 44114

Claim Number: 9237
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $99,050.00 |

---

RA 520 BROADHOLLOW ROAD LLC
C/O REXCORP REALTY LLC
625 REXCORP PLAZA
UNIONDALE, NY 11556

Claim Number: 9238
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 9253 (09/24/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $133,200.00 |
| UNSECURED | Claimed: | $1,227,877.54 |

---

LORENZO, DONNA
29023 PINE AVENUE
BIG PINE KEY, FL 33043

Claim Number: 9239
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,206.00 |

---

ORANGE & ROCKLAND
ATTN PHYLLIS J. DODGE,
SUPPORT OPERATIONS
390 WEST ROUTE 59
SPRING VALLEY, NY 10977-5300

Claim Number: 9240
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,050.00 | Scheduled: | $2,004.31 |

---

HOUSTON, JAMIE DMD
CMR 427BOX 2088
APO, AE 09630

Claim Number: 9241
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,230.00 |

---

IMAGE ENHANCERS
ATTN STAN D. JENNINGS, OWNER
4416 HANFORD AVENUE
LAS VEGAS, NV 89107

Claim Number: 9242
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $780.00 | Scheduled: | $780.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HALLORAN, NARIA L.
1318 MANTEBELLA DR.
HERRIN, IL 62948

Claim Number: 9243
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

CUMMINS, CLINTON O. LIV TR
DTD 06/23/98
CLINTON O CUMMINGS
AUDREY C CUMMINS CO -TTEE
HAYESVILLE, NC 28904-7568

Claim Number: 9244
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,185.95 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $6,185.95 |
| TOTAL | Claimed: | $6,185.95 |

---

EARLL, RONALD L.
3005 CROSSVIEW ESTATES
ST. LOUIS, MO 63129

Claim Number: 9245
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,000.00 |
|---------|----------|-----------|

---

MNL GLOBAL INC.
C/O ANNIE VERDRIES
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CA 92626

Claim Number: 9246
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10208 (10/07/2011)

| UNSECURED | Claimed: | $49,611.50 |
|-----------|----------|------------|

---

PEPCO
ATTN BANKRUPTCY DESK
701 NINTH STREET, N.W.
WASHINGTON, DC 20068-0001

Claim Number: 9247
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $405.00 |
|-----------|----------|---------|

---

HAMILTON APPRAISAL SERVICES, INC.
ATTN REBECCA DAVEY, OFFICE MANAGER
802 GRAHAM ROAD
CUYAHOGA  FALLS, OH 44221

Claim Number: 9248
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)
Amends claim number 7447

| UNSECURED | Claimed: | $1,350.00 |
|-----------|----------|-----------|

---

BUDISH AND COMPANY INC
PO BOX 101194
DENVER, CO 80250

Claim Number: 9249
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $337.00 |
|-----------|----------|---------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | | Claim Number: 9250<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $51,268.26 | Scheduled: | $27,887.14 | |
| HELMKAMP & SWIFT INC<br>ATTN MARK R.<br>2817 BAYWOOD TRAIL<br>FORT WAYNE, IN 46845 | | Claim Number: 9251<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $2,850.00 | Scheduled: | $225.00 | |
| EATON, RUSSELL ALAN<br>PO BOX 1131<br>GEORGETOWN, CA 95634-1131 | | Claim Number: 9252<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE | | | |
| PRIORITY | Claimed: | $96,678.17 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $108,317.97 | | | |
| TOTAL | Claimed: | $108,317.97 | | | |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 956215219 | | Claim Number: 9253<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,678.00 | | | |
| UNSECURED | Claimed: | $4,419.00 | | | |
| HASLER, INC.<br>ARMSCO INC<br>ATTN SHEILA M NULL<br>PO BOX 1345<br>ENGLEWOOD, FL 34295 | | Claim Number: 9254<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $7,625.07 | | | |
| ADORNO & YOSS, LLP<br>C/O GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD., SUITE 400<br>MIAMI, FL 33134 | | Claim Number: 9255<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $205,784.04 | | | |
| KEY EQUIPMENT FINANCE, INC.<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | | Claim Number: 9256<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| SECURED | Claimed: | $34,626.96 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

POWELL, STEVEN & DEL MENARD, KIMBERLY
LAW OFFICE OF RICHARDS S. MILLER, ESQ.
1600 S. MAIN STREET, SUITE 230
WALNUT CREEK, CA 94596

Claim Number: 9257
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7023 (02/17/2009)

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

---

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 9258
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8375 (12/08/2009)

ADMINISTRATIVE

| UNSECURED | Claimed: | $241,891.20 | Scheduled: | $39,961.84 |
|---|---|---|---|---|

---

JGL, LLC
CECILIA L. ROSENAUER, ESQ.
CECILIA L. ROSENAUER, LTD.
510 W PLUMB LN., STE. A
RENO, NV 89509

Claim Number: 9259
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $2,305.00   UNLIQ |
|---|---|---|

---

ADORNO & YOSS, LLP
C/O GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD., SUITE 400
MIAMI, FL 33134

Claim Number: 9260
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments:
Amends claim number 8831

| UNSECURED | Claimed: | $239,774.21 |
|---|---|---|

---

HOPP & SHORE, LLC
ROBERT J. HOPP, ESQ.
POST OFFICE BOX 8539
DENVER, CO 80201

Claim Number: 9261
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $9,684.89 |
|---|---|---|

---

VAN HOOZER, KARLA
3737 WOODLAND AVE STE 630
W DES MOINES, IA 502661937

Claim Number: 9262
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

LAWRENCE APPRAISAL GROUP HAWAII, INC.
308 KAMEHAMEHA AVE, STE PH-3
HILO, HI 96720

Claim Number: 9263
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $1,228.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAKER, LAYCE PATRICIA
7517 CEDAR DR
CITRUS HTS, CA 95610-1415

Claim Number: 9264
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,678.00 | Scheduled: | $2,678.08 CONT |
| UNSECURED | Claimed: | $0.00 | | |

POUCH RECORDS MANAGEMENT LP
C/O R GIBSON PAGTER, JR
PAGTER AND MILLER
525 N CABRILLO PARK DRIVE SUITE 104
SANTA ANA, CA 92701

Claim Number: 9265
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $110,175.73 |

GOODMAN, JAMES WS
SEP IRA ETRADE CUSTODIAN
PMB 15-1455
413 INTERAMERICA BLVD WHI
LAREDO, TX 78045-7926

Claim Number: 9266
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,000.00 |

JORDAN, WILLIAM K, JR & JEAN B TEN COM
119 MOBLEY HWY
WINNSBORO, SC 29180-8103

Claim Number: 9267
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,676.14 |
| UNSECURED | Claimed: | $12,676.14 |
| TOTAL | Claimed: | $12,676.14 |

WELLINGTON, HELEN
24836 LOIRE CT
HEMET, CA 92544

Claim Number: 9268
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,290.00 |

TEAMWORK REAL ESTATE SERVICES
ATTN DEBORAH BARTOLINO, OWNER
1805 LIVINGSTON STREET
MELBOURNE, FL 32901

Claim Number: 9269
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $250.00 |

KOWNURKO, LEONARD I & MARCELLA R JT TEN
25 LAKEVIEW DRIVE
SOUTHAMPTON, PA 18966-2053

Claim Number: 9270
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,580.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| VENSKUS, MICHAEL<br>36 PRATT ST<br>ALLSTON, MA 02134 | Claim Number: 9271<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $722.40 |
|---|---|---|

| DUTTA, MRITYUNJOY & BHARATI<br>112 CHEVAL BLVD<br>BROWNSBORO, AL 35741 | Claim Number: 9272<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,228.00 |
|---|---|---|

| NEUSTADT, JEFFREY C.<br>5 MINERVA PL 3G<br>BRONX, NY 10468-1628 | Claim Number: 9273<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ENVIRONMENT CONTROL<br>ATTN L R INGRAM<br>PO BOX 43515<br>TUCSON, AZ 85733 | Claim Number: 9274<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $240.48 |
|---|---|---|

| GASTON, JOHN IRA<br>222 169TH AVE NE<br>BELLEVUE, WA 98008-4524 | Claim Number: 9275<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,836.00 |
|---|---|---|

| GASTON, WENDY IRA<br>222 169TH AVE NE<br>BELLEVUE, WA 98008-4524 | Claim Number: 9276<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,022.00 |
|---|---|---|

| EDWARDS, MERYL<br>224 STONINGTON DRIVE<br>MARTINEZ, GA 30907 | Claim Number: 9277<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TANCER, EDWARD F.
5135 ISABELLA DR
PALM BCH GDNS, FL 33418

Claim Number: 9278
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,036.00 |

---

LIN, JIANMING
46 BURROUGHS DR
MADISON, WI 53713

Claim Number: 9279
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,259.00 |

---

DLUGASH, ALAN
622 3RD AVE #7
NEW YORK, NY 10017

Claim Number: 9280
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,302.00 |
| UNSECURED | Claimed: | $24,302.00 |
| TOTAL | Claimed: | $24,302.00 |

---

LAMPMAN, WILMA L.
405 LAKESHORE DRIVE
CARTERVILLE, IL 62918-5049

Claim Number: 9281
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

HOMIC, KATHLEEN KIMBERLY
801 ELDERSVILLE RD
BURGETTSTOWN, PA 15021

Claim Number: 9282
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,975.68 |

---

HEINTZ, RICHARD A
3344 PORTLAND AVE
MINNEAPOLIS, MN 55407

Claim Number: 9283
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,398.00 |

---

COOPER, KATHERINE E.
2928 MOUNTAIN LAKE RD
HEDGESVILLE, WV 25427

Claim Number: 9284
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,215.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BROWN, ELISABETH M.
134 COLLEGE VIEW DR
HACKETTSTOWN, NJ 07840

Claim Number: 9285
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,835.79 |

---

DON J. PAPINEAU & ASSOCIATES
ATTN DON J PAPINEAU
2305 PLAINFIELD ROAD
CREST HILL, IL 60403-1812

Claim Number: 9286
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

---

BELOTE, JAMES P (JIM)
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

Claim Number: 9287
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,840.47 |

---

BELOTE, JAMES P (JIM)
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

Claim Number: 9288
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,459.84 |

---

BELOTE, JAMES
2405 RUNNERS WAY
VIRGINIA BEACH, VA 23454

Claim Number: 9289
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $12,646.00 | Scheduled: | $8,819.10 CONT |

---

BUTZEL LONG P.C.
ATTN JEANNE WYATT
150 W JEFFERSON
STE 100
DETROIT, MI 48226

Claim Number: 9290
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,504.00 |

---

PALUMBO, EDWARD A., TTEE
1204 BURR RIDGE CLUB
BURR RIDGE, IL 60527

Claim Number: 9291
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,156.25 |
| UNSECURED | Claimed: | $24,950.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BEINBRECH, WILLIAM C. IRA
3254 LAUREL RIDGE CIR
RIVIERA BEACH, FL 33404-1841

Claim Number: 9292
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,120.40 |
|---|---|---|

---

BEINBRECH, WILLIAM C. ROTH IRA
3254 LAUREL RIDGE CIR
RIVIERA BEACH, FL 33404-1841

Claim Number: 9293
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,477.21 |
|---|---|---|

---

ARTHUR LAUFER REV TRUST
ARTHUR & EDITH LAUFER TTEES
U/A DTD 05/05/2004
16411 BLATT BLVD #204, BLDG 200
WESTON, FL 33326-1839

Claim Number: 9294
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,500.00 |
|---|---|---|

---

GILORMINI, JANICE
318 MOUNT PLEASANT RD
HAUPPAGE, NY 117882738

Claim Number: 9295
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $163.46 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

ROYHL, HEATHER
21W040 MONTICELLO RD
LOMBARD, IL 60148-5124

Claim Number: 9296
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,480.64 |
|---|---|---|
| UNSECURED | Claimed: | $1,480.64 |
| TOTAL | Claimed: | $1,480.64 |

---

PAYNE, KATHERINE
3184 W CANYON AVE
SAN DIEGO, CA 92123

Claim Number: 9297
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,051.38 |
|---|---|---|

---

BELL, DONALD W & CAROLYN S, TTEES
BELL FAMILY TRUST
U/A 11/20/98
3571 VIGILANCE DR
PALOS VERDES ESTATES, CA 90275

Claim Number: 9298
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,478.51 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ALLEN, WILLIE L. IRA<br>TD AMERTRADE INC CUSTODIAN<br>2616 CLOVERMEADOW DR<br>FORT WORTH, TX 76123 | | Claim Number: 9299<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,407.98 |
| LACHOWSKI, JEANNE<br>935 NORTHCLIFF DR<br>SALT LAKE CITY, UT 84103 | | Claim Number: 9300<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,133.23 |
| WILLIAM KIEFER FAMILY TRUST<br>ATTN WILLIAM KIEFER<br>512 MADONNA<br>NORTH PORT, FL 34287 | | Claim Number: 9301<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,205.00 |
| DRB MANAGEMENT INC<br>ATTN TREASURER<br>1132 AMERICAN ELM<br>LAKE ORION, MI 48360-1449 | | Claim Number: 9302<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,554.89 |
| YOUSEF, NIZAM F.<br>4812 BLUEBIRD CT APT D<br>RALEIGH, NC 27606-1549 | | Claim Number: 9303<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROSENBERG, IRWIN & CYNTHIA<br>3031 WEATHERBY CT<br>WILMINGTON, NC 28405-3483 | | Claim Number: 9304<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,273.03 |
| SCOTT, BRIAN J. & LORI-ANN L.<br>6310 S PITTSBURG ST<br>SPOKANE, WA 99223 | | Claim Number: 9305<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $400.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SKOCZYLAS, KAZIK L.
2 STRAWBERRY HILL
WINDSOR, CT 06095

Claim Number: 9306
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,176.00 |
|---|---|---|

---

WALLEY, EILEEN C
5745 WALTON AVE
PHILADELPHIA, PA 19143

Claim Number: 9307
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $1,639.00 |
|---|---|---|

---

ULRICH, EUGENE
316 METZ RD
SEASIDE, CA 93955

Claim Number: 9308
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $1,574.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

---

GUNTER, FRITZ
PO BOX 676
ENUMCLAW, WA 98022-0676

Claim Number: 9309
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,517.26 |
|---|---|---|

---

MATHISEN, DOROTHY M. & ALFRED K.
528 CAPESIDE DRIVE
WILMINGTON, NC 28412

Claim Number: 9310
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,220.00 |
|---|---|---|

---

BABURYAN, MATEVOS
718 E SANTA ANITA AVE
BURBANK, CA 91501

Claim Number: 9311
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

SHIRK, RYAN
3900 CEDAR AVE S STE 1
MINNEAPOLIS, MN 554074570

Claim Number: 9312
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $221.80 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| HERRERA, EDWIN<br>146-34 32 AVE<br>FLUSHING, NY 11354 | Claim Number: 9313<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $2,206.95 |
| ROBINSON-LAWLER, ROYCE & CASEY LAWLER<br>4810 SHERIDAN AVE SOUTH<br>MINNEAPOLIS, MN 55410 | Claim Number: 9314<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED          Claimed: | $5,484.00 |
| BLEWETT, BETSY<br>8 BELCANTO<br>MISSION VIEJO, CA 92692 | Claim Number: 9315<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $396.75 |
| DAKE, JERRY L<br>2312 SHENANDOAH TRAIL<br>DENTON, TX 76205 | Claim Number: 9316<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED          Claimed: | $2,267.70 |
| ROLLINS, MICHAEL S.<br>1 COACH TER<br>DURHAM, NC 27713 | Claim Number: 9317<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $6,737.00    UNDET |
| HEIN, DAVID & JULIE<br>11210 DALE COURT<br>STERLING HEIGHTS, MI 48313 | Claim Number: 9318<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $6,508.98 |
| GOSS, RAY W., IRA<br>MORGAN KEEGAN AND CO INC CUST<br>1399 NATURE TRAIL<br>JACKSONVILLE, AL 36265 | Claim Number: 9319<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $5,051.34 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HAHN, STEVEN M.
23398 TUCK ROAD
FARMINGTON, MI 48336

Claim Number: 9320
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $70.00 |
|---|---|---|

---

WAUGH, KENNETH M.
7221 RAMON CT
MAINEVILLE, OH 45039

Claim Number: 9321
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,435.00 |
|---|---|---|

---

DOUGHERTY, EDWARD J. & JOAN E.
942 CEDAR LANE
PENNS PARK, PA 18943

Claim Number: 9322
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,035.00 |
|---|---|---|

---

BEVELLE, TERESA A
8609 LAKESIDE DR APT 1A
FORT WAYNE, IN 468164848

Claim Number: 9323
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $3,337.85 | Scheduled: | $953.85  CONT |
|---|---|---|---|---|

---

WU, JIN-FENG
768A 18TH AVE
SAN FRANCISCO, CA 94121

Claim Number: 9324
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LISLE, LUCILE A. & HAMPTON H. JTWROS
ETRADE SECURITIES
PO BOX 641
GAMBRILLS, MD 21054

Claim Number: 9325
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,377.37 |
|---|---|---|

---

COUNTRYWIDE HOME LOANS, INC.
ATTN DAVID SOBUL, ESQ
4500 PARK GRANADA - MS: CH-11
CALABASAS, CA 91302

Claim Number: 9326
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $20,000,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 9327<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED | Claimed: | $20,000,000.00 | | |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 9328<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED | Claimed: | $20,000,000.00 | | |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 9329<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED | Claimed: | $20,000,000.00   UNLIQ | | |
| JOVANOVIC, ZORICA<br>1200 GREENWOOD DRIVE<br>MOUNT PROSPECT, IL 60056 | Claim Number: 9330<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,950.83 | Scheduled: | $2,950.83  CONT |
| NERLAND, DAVID E.<br>9589 N 113TH WAY<br>SCOTTSDALE, AZ 85259-5868 | Claim Number: 9331<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7100 (03/15/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$217,580.95 | | |
| SAUDER, ANNA<br>737 LETORT ROAD<br>WASHINGTON BORO, PA 17582 | Claim Number: 9332<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $402.84 | Scheduled: | $402.84  CONT |
| CORPORATE TECHNOLOGIES INC<br>ATTN LYNDA CARSON, ACCOUNTING SUPERVISOR<br>3 BURLINGTON WOODS<br>BURLINGTON, MA 01803 | Claim Number: 9333<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $60,075.28 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARTFORD FIRE INSURANCE COMPANY<br>ATTN JULIE ALLEYNE<br>THE HARTFORD<br>HARTFORD PLAZA - T4<br>HARTFORD, CT 06155 | Claim Number: 9334<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| OBRIEN, SANDRA A.<br>170 - RAILROAD AV<br>BEN LOMOND, CA 95005 | Claim Number: 9335<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $13,330.25 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| TIMMONS, TERRANCE<br>18600 N DALLAS PKWY<br># 1017<br>DALLAS, TX 75287 | Claim Number: 9336<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $461.54 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| HAILEY, ROBERT P.<br>W.601 RIVERSIDE AVE, STE. 1500<br>SPOKANE, WA 99201 | Claim Number: 9337<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BUGGS, ARECA<br>4350 MCCORD LIVSEY<br>RD.<br>SNELLVILLE, GA 30039 | Claim Number: 9338<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $388.73 | Scheduled: | $388.73 CONT |
|---|---|---|---|---|

---

| YATES, RANDY & SHIRLEY<br>6 NATURAL SPRINGS LANE<br>SOPCHOPPY, FL 32358 | Claim Number: 9339<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $10,643.33 |
|---|---|---|

---

| CARLTON, BONNIE<br>11918 FOX GLEN RD<br>CHARLOTTE, NC 28269 | Claim Number: 9340<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $2,620.88 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| RAMSEY APPRAISAL SERVICES, INC<br>ATTN PRESIDENT<br>PO BOX 734<br>MT. ULLA, NC 28125 | Claim Number: 9341<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| PRIORITY          Claimed: | $350.00 |

| FRESE APPRAISAL SERVICE<br>ATTN VIRGIL FRESE<br>3145 WESTVIEW DRIVE<br>QUINCY, IL 62301 | Claim Number: 9342<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED     Claimed:<br>TOTAL             Claimed: | $100.00<br>$100.00<br>$100.00 |

| RAISH, DONNA L.<br>PO BOX 272<br>MARATHON, TX 798420272 | Claim Number: 9343<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED     Claimed: | $0.00   UNDET |

| LAI, SHU TONG & CAROL P.K.<br>612 ROCK ISLE<br>ALAMEDA, CA 94501 | Claim Number: 9344<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED     Claimed: | $2,479.96 |

| MURPHY, DESMOND L.<br>8645 SW LEAHY RD<br>PORTLAND, OR 97225 | Claim Number: 9345<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|
| UNSECURED     Claimed: | $21,382.00 |

| GOMEZ, MARI AR.<br>68 BRADHURST AVENUE, 6F<br>NEW YORK, NY 10039 | Claim Number: 9346<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED     Claimed: | $2,300.00 |

| WEISEL, LOUISE M. AND DAVID P.<br>17241 BEGONIA DR<br>RUTHER GLEN, VA 225464804 | Claim Number: 9347<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED     Claimed: | $3,092.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MILLER, TIMOTHY<br>20506 NW SKYLINE BLVD<br>NORTH PLAINS, OR 971339213 | Claim Number: 9348<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,995.95 |
|---|---|---|

| BRAUER, TRENT<br>22 RIVERA DR.<br>AGAWAM, MA 01001-2855 | Claim Number: 9349<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

| LISLE, LUCILE A. & HAMPTON H.<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | Claim Number: 9350<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $119.18 |
|---|---|---|

| CITY OF NORWALK TAX COLLECTOR<br>ATTN AL C. PALUMBO, ASST TAX COLLECTOR<br>125 EAST AVENUE<br>NORWALK, CT 06851 | Claim Number: 9351<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,385.52 |
|---|---|---|

| WEED, HAZE H L<br>1940 S E 2 ST<br>ASTORIA, OR 97103 | Claim Number: 9352<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8746 (04/06/2010) |
|---|---|

| UNSECURED | Claimed: | $862.00 | Scheduled: | $250.00 |
|---|---|---|---|---|

| WALTER, GARY A.<br>UTA ETRADE FINANCIAL<br>IRA CONTRIBUTORY<br>506 240TH ST SE<br>BOTHELL, WA 98021 | Claim Number: 9353<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $6,198.99 |
|---|---|---|

| BALTES, PATRICIA A.<br>910 SMITH ST.<br>UNIONDALE, NY 11553 | Claim Number: 9354<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $33,865.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LAMPARELLI, NICHOLAS<br>700 E FALCONRY CT.<br>HERNANDO, FL 34442 | | Claim Number: 9355<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,978.36 |
| CAMERON, CHRIS<br>PO BOX 44795<br>PHOENIX, AZ 85064-4795 | | Claim Number: 9356<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,900.00 |
| BOZER, STEPHEN R.<br>18561 FLORIDA ST APT 3047<br>HUNTINGTN BCH, CA 92648-6053 | | Claim Number: 9357<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| COOPER, DAVID R. & VICKI S.<br>2928 MOUNTAIN LAKE RD.<br>HEDGESVILLE, WV 25427 | | Claim Number: 9358<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $7,556.00 |
| O'DELL APPRAISAL SERVICES INC<br>178 ROSEMEAD WAY<br>ACWORTH, GA 301011908 | | Claim Number: 9359<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,350.00 |
| PITTMAN, JOHNNIE ANNETTE<br>173 LITTLE CREEK CIRCLE<br>CHELSEA, AL 35043 | | Claim Number: 9360<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $610.00 |
| ENTREKIN, CAROL<br>10176 PLUM ST.<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 9361<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,787.21 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

OEY, FRANCIS K.S. - SEP IRA
TD AMERITRADE INC CUSTODIAN
2305 GRAND BLVD
HOLIDAY, FL 34690-4552

Claim Number: 9362
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,554.99 |
| --- | --- | --- |

---

SMITH, GEORGE H. III
8808 W. LAPHAM ST
WEST ALLIS, WI 53214

Claim Number: 9363
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,106.99 |
| --- | --- | --- |
| TOTAL | Claimed: | $2,092.80 |

---

WENTWORTH, DANIEL H.
47409 224 ST.
FLANDREAU, SD 57028

Claim Number: 9364
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,260.00 |
| --- | --- | --- |

---

BULLARD, HELEN
3127 W ROBINWOOD
FRESNO, CA 93711

Claim Number: 9365
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9940 (04/13/2011)

| UNSECURED | Claimed: | $302.25 | Scheduled: | $302.25  CONT |
| --- | --- | --- | --- | --- |

---

HAMILL, JAMES F.
4601 FIRESTONE DR
FRISCO, TX 750346848

Claim Number: 9366
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $80,000.00 |
| --- | --- | --- |

---

SHARIFF, SHAJAHAN
33 BALTIC ST
EDISON, NJ 08820

Claim Number: 9367
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,365.95 |
| --- | --- | --- |

---

MAKOWIAK, KENT R.
240 PROSPECT DR
BROOKFIELD, WI 53005

Claim Number: 9368
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $5,000.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CARDWELL, ROBERT T.
PO BOX 970
FRISCO, CO 80443

Claim Number: 9369
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROBINSON, GRANT
15 TEDDY BEAR TRL
SANTA FE, NM 87505

Claim Number: 9370
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

COMFORT, ROBIN C
217 CROSSWINDS DR UNIT # 104
CHESAPEAKE, VA 23320

Claim Number: 9371
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $787.52 | Scheduled: | $787.52  CONT |
|---|---|---|---|---|

SPERRY, NATASHA
5649 WHITE FIR WAY UNIT 1
SACRAMENTO, CA 95841

Claim Number: 9372
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $2,150.76 |
|---|---|---|
| UNSECURED | Claimed: | $6,999.60 |

COMFORT, ROBIN C
217 CROSSWINDS DR UNIT # 104
CHESAPEAKE, VA 23320

Claim Number: 9373
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $375.00 | Scheduled: | $375.00  CONT |
|---|---|---|---|---|

MALLE, ANTHONY
6161 ARBOR GREEN DR
SAINT LOUIS, MO 63129

Claim Number: 9374
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

PARADIS, MIKE E.
2370 MILL CREEK ROAD
COUNCIL, ID 83612

Claim Number: 9375
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,862.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

BAHADURSINGH, ANIL
20 LARKSPUR DR
ALISO VIEJO, CA 926561881

Claim Number: 9376
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

WAER, GARY O. & HOLTON, F. WAYNE - TTEES
EVELYN D. WEAR CRT
UA DTD 12/23/1992
P.O. BOX 1068
SOLVANG, CA 93464

Claim Number: 9377
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $24,923.28 |

---

YEE, PINYING C. AND RANDY M.
JOINT TENANT
8722 BISHOP AVE
WESTMINSTER, CA 92683

Claim Number: 9378
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $1,860.90 |

---

HAWANA, SABRY & FAWZIA
189 GREGORY AVE.
W. ORANGE, NJ 07052

Claim Number: 9379
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

SHAKIR, OMAR
807 UNION ST., BOX 1883
SCHENECTADY, NY 12308

Claim Number: 9380
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

MOLINEUX, DOUGLAS
8020 OUTLOOK LN.
PRAIRIE VILLAGE, KS 66208

Claim Number: 9381
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,000.00 |

---

LEMYRE, MARCEL
180 16E RUE
PR
CRABTREE, QC J0K 1B0
CANADA

Claim Number: 9382
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $6,671.98 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SHETH, SATISH B.<br>6 REGINA CT.<br>CHATHAM, NJ 07928 | | Claim Number: 9383<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,798.25 | | |

| | | |
|---|---|---|
| COE, ALLISON M<br>1645 MADRID ST APT 4<br>SALINAS, CA 93906-8439 | | Claim Number: 9384<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,584.00 | Scheduled: | $1,584.00  CONT |

| | | |
|---|---|---|
| DUNN, JOAN D<br>2742 S ZENOBIA ST<br>DENVER, CO 80236 | | Claim Number: 9385<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39  CONT |

| | | |
|---|---|---|
| LAMBERT, SHELDON<br>1133 E. PHIL-ELLENA ST<br>PHILA, PA 19150 | | Claim Number: 9386<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| MARLINGHAUS, KARL O.<br>2347 SOUTH 12TH STREET - REAR<br>ST. LOUIS, MO 63104-4243 | | Claim Number: 9387<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | |

| | | |
|---|---|---|
| HEIFNER, DOUGLAS & EILEEN<br>P.O. BOX 1132<br>160 WEST ST<br>BERLIN, MA 01503 | | Claim Number: 9388<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,946.50 | |

| | | |
|---|---|---|
| DENNIS, IRVING H.<br>10220 W. DESERT ROCK DR<br>SUN CITY, AZ 85351-1647 | | Claim Number: 9389<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BYRNE, JOHN P. III<br>936 - 23 ROAD<br>GRAND JCT, CO 81505 | Claim Number: 9390<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4223 (05/23/2008) |
|---|---|

| UNSECURED | Claimed: | $5,057.19 | | |
|---|---|---|---|---|

| DREYER, JANET<br>20602 SEA PT<br>LAGUNA NIGUEL, CA 92677-4660 | Claim Number: 9391<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $14,061.00 | | |
|---|---|---|---|---|

| ANDERSON, EDWIN R. (IRA)<br>FCC AS CUSTODIAN<br>2454 FM 1827<br>MC KINNEY, TX 75071-0663 | Claim Number: 9392<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $38,831.53 | | |
|---|---|---|---|---|

| ANDERSON, EDWIN R. (ROTH IRA)<br>FCC AS CUSTODIAN<br>2454 FM 1827<br>MC KINNEY, TX 75071-0663 | Claim Number: 9393<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $32,414.37 | | |
|---|---|---|---|---|

| ESTURO, PAULA L<br>2495 BELTAGH AVE<br>BELLMORE, NY 11710 | Claim Number: 9394<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,630.55 | Scheduled: | $1,630.55 CONT |
|---|---|---|---|---|

| UDELL, LARRY & GLORIA JTWROS<br>11113 RIDGEWAY ST<br>PHILA, PA 19116 | Claim Number: 9395<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,320.00 | | |
|---|---|---|---|---|

| WASNIDGE, PHILLIP L<br>HILLIARD LYONS CUSTODIAN<br>IRA ROLLOVER<br>14910 SO ST ROAD 59<br>JASONVILLE, IN 47438-8737 | Claim Number: 9396<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,000.00 UNDET | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CHAPMAN, FREDDIE<br>16387 E 2050 AVE<br>HIDALGO, IL 62432 | Claim Number: 9397<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,580.00 | | |
|---|---|---|---|---|

---

| ASSOCIATED SERVICES<br>ATTN ROBERT SURMAN, BRANCH MANAGER<br>1040 SHARY CT<br>STE C<br>CONCORD, CA 94518-4705 | Claim Number: 9398<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $523.35 | Scheduled: | $14.95 |
|---|---|---|---|---|

---

| ADAMS, PAMELA K<br>2822 STANFORD AVE<br>FORT WAYNE, IN 46808-1970 | Claim Number: 9399<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $3,000.00 | | |
|---|---|---|---|---|

---

| RUIZ, DIANE E<br>143 LELAND DR<br>MABLETON, GA 30126 | Claim Number: 9400<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| CLEAN FREAKS<br>703 HOLLY CREST DR<br>CULPEPPER, VA 22701 | Claim Number: 9401<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $850.00 | | |
|---|---|---|---|---|

---

| STANTON, JOHN<br>125 N VICTORIA PARK RD<br>FORT LAUDERDALE, FL 33301-3745 | Claim Number: 9402<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,643.10 | | |
|---|---|---|---|---|

---

| STEPENOVITCH, JOE<br>1800 S OCEAN DR<br>APT 409<br>FORT LAUDERDALE, FL 33316-3759 | Claim Number: 9403<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,643.10 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

GREEN, CYNTHIA
12402 JAMES MADISON LN
GLENN DALE, MD 20769

Claim Number: 9404
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PIERCE, LYDIA P.
9116 CHALICE CIRCLE
EVANS, GA 30809

Claim Number: 9405
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BORCHERT, GEORGE MELVIN
TOD SANDRA L GRATTON
SUBJECT TO STA TOD RULES
6928 LONG OAK BLVD
NAPLES, FL 34109-8877

Claim Number: 9406
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $7,870.18 |
|---|---|---|

---

FRANK MORGAN APPRAISALS
ATTN FRANK MORGAN, OWNER
351 E RUDASILL RD
TUCSON, AZ 85704

Claim Number: 9407
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10130 (08/15/2011)

| UNSECURED | Claimed: | $870.00 |
|---|---|---|

---

SNEERINGER, EUGENE M. JR. CUST
JEFFREY S SNEERINGER NY UTMA
17 VALLEY VIEW DR
ALBANY, NY 12208

Claim Number: 9408
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,496.01 |
|---|---|---|

---

SNEERINGER, EUGENE M. JR. TTEE
EM SNEERINGER JR CHAR REM TR
17 VALLEY VIEW SR
ALBANY, NY 12208

Claim Number: 9409
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,465.80 |
|---|---|---|

---

SNEERINGER, EUGENE M. JR. TTEE
17 VALLEY VIEW DR
ALBANY, NY 12208

Claim Number: 9410
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $35,700.07 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SNEERINGER, EUGENE
17 VALLEY VIEW DR
ALBANY, NY 12208

Claim Number: 9411
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $130,182.70 |
|---|---|---|

---

SNEERINGER, PETER A
17 VALLEY VIEW DR
ALBANY, NY 12208

Claim Number: 9412
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,014.92 |
|---|---|---|

---

RL INVESTMENT LTD PARTNERSHIP
RICHARD HORWOOD, GEN PTNR
230 E 107TH STREET CIRCLE
BLOOMINGTON, MN 55420-5315

Claim Number: 9413
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $72,944.87 |
|---|---|---|

---

HE, ZHU
224 BLUEFIELD ROAD
CHAPEL HILL, NC 27517

Claim Number: 9414
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,961.36 |
|---|---|---|

---

THOMSON WEST
ATTN TOM M CANEFF
610 OPPERMAN DRIVE, D6-11-3707
EAGAN, MN 55123

Claim Number: 9415
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $1,318.26 |
|---|---|---|

---

BELLEZZA, LEONARD
4697 SE WATERFORD DR
STUART, FL 34997

Claim Number: 9416
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $357,132.00 |
|---|---|---|

---

DELUCA, KATHERINE
2113 ACKERMAN RD
HARROD, OH 45850

Claim Number: 9417
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,416.16 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

DELUCA, KATHERINE & GARY
2113 ACKERMAN RD
HARROD, OH 45850

Claim Number: 9418
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,306.24 |
|---|---|---|

DELUCA, GARY
2113 ACKERMAN RD
HARROD, OH 45850

Claim Number: 9419
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,762.80 |
|---|---|---|

EMERSON, MARCIA
6 PINE VALLEY LANE
AMARILLO, TX 79124

Claim Number: 9420
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,894.00 |
|---|---|---|

MAYNARD R BRANKNEY TRUST
C/O MARCIA B EMERSON, TRUSTEE
6 PINE VALLEY LANE
AMARILLO, TX 79124

Claim Number: 9421
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $44,636.00 |
|---|---|---|

MELINAUSKAS, KAREN L
823 RAINBOW DRIVE
GLENWOOD, IL 60425

Claim Number: 9422
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,961.46 | Scheduled: | $1,961.46 CONT |
|---|---|---|---|---|

JANOTHA, MANFRED
RR 1 BOX 94
PENNSBORO, WV 26415-9716

Claim Number: 9423
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,369.00 |
|---|---|---|

BRUMBACK, MICHAEL RAY
3948 RILEY ANTON WAY
RNCHO CORDOVA, CA 95742-8001

Claim Number: 9424
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,885.92 |
|---|---|---|
| UNSECURED | Claimed: | $4,544.37 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KNIGHT, TERI
2471 S BAHAMA WAY
AURORA, CO 80013

Claim Number: 9425
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,961.54 | | $2,526.34 CONT |
| UNSECURED | | | Scheduled: | $715.97 CONT |

---

FEUERBACHER, REINHARD A.
4567 CARRIAGE HILL DRIVE
SANTA BARBARA, CA 93110-2072

Claim Number: 9426
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED          Claimed:          $10,574.95

---

GARLAND APPRAISAL SERVICES
ATTN SAMANTHA GARLAND
PO BOX 752
DANIELSVILLE, GA 30633

Claim Number: 9427
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

PRIORITY          Claimed:          $0.00
UNSECURED         Claimed:          $375.00

---

CHEN, CHIN SHU
329 HAMILTON SHORE DR
WINTER HAVEN, FL 33881

Claim Number: 9428
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED          Claimed:          $0.00   UNDET

---

SCHOEFFEL INTERNATIONAL CORP
ATTN D. M. SCHOEFFEL
355 HILLSDALE AVE
BOX 216
HILLSDALE, NJ 07642

Claim Number: 9429
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 4295 (05/29/2008)

UNSECURED          Claimed:          $24,678.00

---

BAILLIE, JOHN
1220 MORGANTOWN RD
MORGANTOWN, PA 19543

Claim Number: 9430
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

UNSECURED          Claimed:          $14,604.59

---

BRADY, LORI
5432 W FLUNTER DRIVE
WEST VALLEY CITY, UT 84120

Claim Number: 9431
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

UNSECURED          Claimed:          $2,853.59

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KWONG, WAI S.
910 W SHORB ST APT A
ALHAMBRA, CA 91803-2448

Claim Number: 9432
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $163.95 |
| --- | --- | --- |

---

MARSHALL, TINA
11 PORTLAND PL
PALM COAST, FL 321646744

Claim Number: 9433
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $7,383.04 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

BLASZCZAK, DONNA L
62 5TH AVE
NORTH TONAWANDA, NY 14120

Claim Number: 9434
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $407.16 |
| --- | --- | --- |

---

GARTENLAUB, IRENE
6249 MISTY MEADOW LOOP
NEW PORT RICHEY, FL 34655

Claim Number: 9435
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,350.00 |
| --- | --- | --- |

---

CUMIN, COLTER
1150 34TH ST #3C
MISSOULA, MT 59801

Claim Number: 9436
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,000.00 |
| --- | --- | --- |

---

WILSON, ROSIE
501 BOLTZ ST
FORT WAYNE, IN 46806-1108

Claim Number: 9437
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64 CONT |
| --- | --- | --- | --- | --- |

---

TERRELL, ANNA L
6143 BROKEN SLATE WAY
LAS VEGAS, NV 891396840

Claim Number: 9438
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT |
| --- | --- | --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DRAKES, JOHN<br>90 CRESCENT BEACH DRIVE | Claim Number: 9439<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|
| PRIORITY          Claimed: | $100,000.00 |

---

| COUNTRYWIDE BANK, F.S.B.<br>ATTN KATHLEEN CONTE<br>4500 PARK GRANDA - MS CH-20<br>CALABASAS, CA 91302 | Claim Number: 9440<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|
| SECURED          Claimed: | $2,000,000.00   UNLIQ |

---

| RECONTRUST BANK, N.A.<br>ATTN LARRY BOCK, FIRST V.P.<br>MAIL STOP: SVW-88A<br>1757 TAPO CANYON ROAD<br>SIMI VALLEY, CA 93063 | Claim Number: 9441<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 3522 (04/04/2008) |
|---|---|
| UNSECURED          Claimed: | $10,830.05 |

---

| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | Claim Number: 9442<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/18/2009) |
|---|---|
| UNSECURED          Claimed: | $4,245.27 |

---

| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | Claim Number: 9443<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $5,280.27   UNLIQ |

---

| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | Claim Number: 9444<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/15/2009) |
|---|---|
| UNSECURED          Claimed: | $5,280.27   UNLIQ |

---

| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | Claim Number: 9445<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|
| UNSECURED          Claimed: | $5,280.27   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| MOORE, MICHAEL R.<br>7776 SENDERO ANGELICA<br>SAN DIEGO, CA 92127-2552 | | Claim Number: 9446<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $188,013.62 | | |

---

| MOORE, MICHAEL R.<br>13930 RANCHO SOLANA TRAIL<br>SAN DIEGO, CA 92130 | | Claim Number: 9447<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,788.75 | Scheduled: | $6,788.75 CONT |
| UNSECURED | Claimed: | $192,947.86 | Scheduled: | $192,174.87 CONT |

---

| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9448<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14.58 |

---

| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9449<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) |
|---|---|---|
| UNSECURED | Claimed: | $81.35 |

---

| WANG, BETTY L.<br>211 BIG BEAR PEN RD.<br>PO BOX 1769<br>HIGHLANDS, NC 28741-1769 | | Claim Number: 9450<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,086.00 |

---

| CLARKE, WILLIAM V. & M.F.<br>THE CLARKE FAMILY TRUST U/A<br>DTD 10/18/2003<br>5898 SYCAMORE<br>RIALTO, CA 92377 | | Claim Number: 9451<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,600.25 |

---

| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 9452<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $745.47 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 9453
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15 | CONT |

WATERHOUSE, DREW
C/O RONALD S. COOK, ESQ.
222 MIDDLE COUNTRY RD, SUITE 206
SMITHTOWN, NY 11787

Claim Number: 9454
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $219,147.52 |

HERTLING, SHANNON
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 9455
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,461.24 | Scheduled: | $4,461.24 | CONT |

LESELROD, MICHAEL
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 9456
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,551.00 | Scheduled: | $5,102.44 | CONT |

HERTLING, DIETER
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 9457
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $86,452.47 |

LISLE, ELIZABETH B. FBO
ETRADE SECURITIES CUSTODIAN
P.O. BOX 641
GAMBRILLS, MD 21054

Claim Number: 9458
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,022.00 |

LISLE, ELIZABETH B. FBO
ETRADE SECURITIES CUSTODIAN
P.O. BOX 641
GAMBRILLS, MD 21054

Claim Number: 9459
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,329.19 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PARKINS, BARBARA E.<br>104D WENDOVER DRIVE<br>MONROE, CT 06468 | | Claim Number: 9460<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $52,957.97 |
| LINDLIEF, KELLY S.<br>3232 N LADERA CIR<br>MESA, AZ 85207-0810 | | Claim Number: 9461<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,607.35 |
| LINDLIEF, DAVID<br>3232 N LADERA CIR<br>MESA, AZ 85207-0810 | | Claim Number: 9462<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,580.00 |
| BAKER, JAMES T.<br>5104 PURDUE DR<br>METAIRIE, LA 70003 | | Claim Number: 9463<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,031.37 |
| NEUBERGER, SIDNEY & MARGOT<br>17 FORT GEORGE HILL<br>NEW YORK, NY 10040 | | Claim Number: 9464<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| ERWINSKI, JEANNE<br>11 KETAY DRIVE NORTH<br>E NORTHPORT, NY 11731 | | Claim Number: 9465<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| ERWINSKI, JAMES<br>11 KETAY DRIVE NORTH<br>E NORTHPORT, NY 11731 | | Claim Number: 9466<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| HOFFMANN, DONALD L. & ANN L.<br>11024 UCT LOOP RD<br>LAKE STEVENS, WA 98258 | Claim Number: 9467<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,737.58 |
| HOFFMANN, DONALD L. C/F<br>820 4TH ST APT 106<br>HAVRE, MT 59501-3768 | Claim Number: 9468<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED | Claimed: | $4,685.00 |
| MCKENZIE, DEBRA C/F<br>NATHAN MCKENZIE-PROTASKA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | Claim Number: 9469<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| SECURED | Claimed: | $20,212.48 |
| MCKENZIE, DEBRA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | Claim Number: 9470<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| SECURED | Claimed: | $38,839.05 |
| MCKENZIE, DEBRA C/F<br>MICHAELLA MCKENZIE-PROTASKA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | Claim Number: 9471<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED | Claimed: | $10,592.99 |
| LISLE, RACHEL C. IRRV. TRUST<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | Claim Number: 9472<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED | Claimed: | $53,045.20 |
| LISLE, RACHEL C. IRRV. TRUST<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | Claim Number: 9473<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $10,294.70 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MOUNCE, JOE
5005 S. 68 E. AVE
TULSA, OK 74145

Claim Number: 9474
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,187.45 |

---

LUTTINEN, CARLYLE H.
3385 PLEASANT BEACH DR. NE
BAINBRIDGE ISLAND, WA 98110

Claim Number: 9475
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $33,056.70 |

---

MCGOWEN, MAURICE L.
4702 MOUNT VERNON ST
HOUSTON, TX 770066109

Claim Number: 9476
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,738.00 |

---

MORAN, JOHN DAVIDSON
1233 N GULFSTREAM AV
# 302
SARASOTA, FL 34236

Claim Number: 9477
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WILDAY, SANDRA F.
IRA ACCOUNT
4581 SUMAC LANE
LITTLETON, CO 80123

Claim Number: 9478
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,388.55 |

---

DE PINHO, FRANK
6 SUNRISE CIRCLE
HOLMDEL, NJ 07733

Claim Number: 9479
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $494,500.00 |

---

MOYLAN, ADEENA
222 STRANAHAN CIR
CLAYTON, CA 94517-1455

Claim Number: 9480
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,457.00 | Scheduled: | $3,466.97  CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | | |
|---|---|---|---|
| GOLDEN, LEONA<br>15 BOWER ROAD, C-4<br>QUINCY, MA 02169 | | Claim Number: 9481<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| POWELL, AMANDA<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 294589512 | | Claim Number: 9482<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| MITCHEL, JOHNNY H.<br>2628 PATRICK HIGHWAY<br>HARTSVILLE, SC 29550-9042 | | Claim Number: 9483<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $3,456.22 | |
| RHODARMER, WILHERMINA<br>PO BOX 1114<br>CANTON, NC 28716-1114 | | Claim Number: 9484<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $9,544.24 | |
| MITCHELL, JOHNNY H.<br>2628 PATRICK HIGHWAY<br>HARTSVILLE, SC 29550-9042 | | Claim Number: 9485<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $23,374.94 | |
| ALDRIDGE, EUGENE C.<br>7 FOREST PARK DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 9486<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED | Claimed: | $2,241,252.18 | |
| HO, LAM<br>214 HERITAGE OAKS LANE<br>HOUSTON, TX 77024 | | Claim Number: 9487<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| PRIORITY | Claimed: | $14,175.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PERLSTADT, REID
55 CEDAR AVENUE
FARMINGDALE, NY 11735

Claim Number: 9488
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

CIRLIN, EUN-HEE
12412 TEXAS AVE APT 304
LOS ANGELES, CA 90025-1966

Claim Number: 9489
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,441.25 |

---

DELANEY, JOHN J.
348 EAST NOBLE ST REAR
NANTICOKE, PA 18634-2911

Claim Number: 9490
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,994.97 |
| UNSECURED | Claimed: | $12,994.97 |
| TOTAL | Claimed: | $12,994.97 |

---

GORDON, CHRISTINE M
5053 MIGUEL DR
OAKLEY, CA 94561

Claim Number: 9491
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $876.93  CONT |

---

SANDISON, BETSY B.
6332 MEMORIAL DR
FRISCO, TX 75034-7268

Claim Number: 9492
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,649.95 |

---

CASEY, ALICE RAE
5555 N. SHERIDAN # 811
CHICAGO, IL 60640

Claim Number: 9493
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,721.42 |

---

HASSALL, JAMES
1217 BEACH BLVD
FORKED RIVER, NJ 08731

Claim Number: 9494
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,830.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ANIYA, STANLEY M.
39 NANEA AVE
WAHIAWA, HI 96786

Claim Number: 9495
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BRAENDEHOLM, PETER
1898 MATIN CIRCLE
UNIT 189
SAN MARCOS, CA 92069

Claim Number: 9496
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,005.24 |
|---|---|---|

SCHRIVENER, PAMELA T.
10932 S. EMERALD
OLATHE, KS 66061-2687

Claim Number: 9497
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CARLSON, DAVID J.
94 COMANCHE CR.
MILLSBORO, DE 19966-9290

Claim Number: 9498
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $70.00 |
|---|---|---|
| SECURED | Claimed: | $3,525.00 |

UDELL, LARRY
WACHOVIA AS CUSTODIAN
1113 RIDGEWAY ST.
PHILA, PA 19116

Claim Number: 9499
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,770.00 |
|---|---|---|

BLACK, GARY L. SR.
727 HIGH LAKE DR.
BATON ROUGE, LA 70810

Claim Number: 9500
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $29,247.50 |
|---|---|---|

SHAPIRO & FELTY, LLC
ATTN MARK R LEMBRIGHT, ESQ
1500 WEST THIRD STREET
STE 400
CLEVELAND, OH 44113

Claim Number: 9501
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $907.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BARRINGTON TOWN<br>JOANN S KRUPSKI<br>DEPUTY TAX COLLECTOR<br>41 PROVINCE<br>BARRINGTON, NH 03825 | | Claim Number: 9502<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 9503<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $175,910.21 |

---

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-5151 | | Claim Number: 9504<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $18,738.94 |

---

| | | |
|---|---|---|
| IMSDAHL, NORMA NIELSEN<br>230 E 107TH ST CIR<br>BLOOMINGTON, MN 55420 | | Claim Number: 9505<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,456.00 |

---

| | | |
|---|---|---|
| OBRIEN, SANDRA A<br>170 RAILROAD<br>BEN LOMOND, CA 95005 | | Claim Number: 9506<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,181.30 |
| SECURED | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| KERRICK, MARY H. IRA<br>FCC AS CUSTODIAN<br>14410 N BUCKTHORN CT<br>FOUNTAIN HILLS, AZ 85268-3170 | | Claim Number: 9507<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SMITH, PHILIP D<br>209 STADIUM VIEW DR<br>GREENVILLE, SC 29609-5114 | | Claim Number: 9508<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $602.44   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SEGELL, JANET A.<br>1088 YORKTOWN DR<br>CHARLESTON, SC 29412 | | Claim Number: 9509<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,738.00 |
| ORFIRER, DENNIS M.<br>1818 GLENDON AVENUE<br>#203<br>LOS ANGELES, CA 90025 | | Claim Number: 9510<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $1,512.00 |
| ROWE, ELSIE & ROBERT<br>2826 W LOMBARD<br>DAVENPORT, IA 52804 | | Claim Number: 9511<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $7,869.00 |
| WEILER, GERALD S.<br>1119 W TIFFANY LANE<br>OAK CREEK, WI 53154 | | Claim Number: 9512<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $17,437.99 |
| UNSECURED | Claimed: | $17,437.99 |
| TOTAL | Claimed: | $17,437.99 |
| YAO, CLARA<br>42 ASH LANE<br>RANDOLPH, NJ 07869 | | Claim Number: 9513<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $509.99 |
| BUSSETT, RAYMOND E.<br>13644 WILEY CT<br>POWAY, CA 92064-4000 | | Claim Number: 9514<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| WAGNER, JOANNE<br>18632A ANGELINE AVE NE<br>SUQUAMISH, WA 983929750 | | Claim Number: 9515<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,555.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| GREEK, BONNIE L<br>36803 34TH AVE S<br>AUBURN, WA 98001 | | Claim Number: 9516<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.08 | CONT |
| WU, LINYU<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3103 MILL OAK WAY<br>SACRAMENTO, CA 95833 | | Claim Number: 9517<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,941.00 | | | |
| WU, LINYU<br>3103 MILL OAK WAY<br>SACRAMENTO, CA 95833 | | Claim Number: 9518<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,180.00 | | | |
| FEEHAN, JOAN E.<br>7400 ESTERO BLVD #112<br>FORT MYERS BEACH, FL 33931-4773 | | Claim Number: 9519<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,679.76 | | | |
| SNYDER, CARL E. & PATRICIA E.<br>685 PARISH LAKES DR<br>FOLEY, AL 365352448 | | Claim Number: 9520<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,475.00 | | | |
| JEWELL, BRAD J. ROTH IRA<br>JMS LLC CUST FBO<br>49560 NATURE TRAIL<br>SAINT CLAIRSVILLE, OH 43950-9298 | | Claim Number: 9521<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,894.90 | | | |
| ROBERTSON, DIANA<br>100 MOSSY POINT<br>LOCUST GROVE, AR 72550 | | Claim Number: 9522<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $3,999.95 | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HEFFERNAN, SHERYL<br>30535 RUE DE LA PIERRE<br>RANCHO PALOS VERDES, CA 90275 | Claim Number: 9523<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $12,682.41 |
|---|---|---|
| UNSECURED | Claimed: | $188.17 |

---

| ADAMS, PAUL STEPHEN<br>750 SE 3RD AVENUE, STE 201<br>FORT LAUDERDALE, FL 33316 | Claim Number: 9524<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $42,517.33 |
|---|---|---|

---

| LARABEE, KENNETH P.<br>5119 RIDGE LAKE PL<br>SARASOTA, FL 34238 | Claim Number: 9525<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,489.00 |
|---|---|---|

---

| ACQUISTO, PAUL A. IRA<br>SCOTTRADE IN TR PRO<br>2455 ALDRIDGE AVE<br>FORT MYERS, FL 33907-4327 | Claim Number: 9526<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| EAPPRAISAL, INC<br>ATTH DAVE COLLINS, PRESIDENT<br>215 S WADSWORTH BLVD STE 220<br>LAKEWOOD, CO 802261569 | Claim Number: 9527<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $775.00 |
|---|---|---|

---

| WILLIAM, CAROL J.<br>5629 ESTATES DR<br>NORTH PORT, FL 34291 | Claim Number: 9528<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,470.00 |
|---|---|---|

---

| FUJITA, MARGORIE M IRA<br>FCC AS CUSTODIAN<br>1668 HAKUAINA PLACE<br>HONOLULU, HI 96819-1642 | Claim Number: 9529<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $63,575.47 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BRODEUR, DARIUS<br>1645 MADRID ST APT 4<br>SALINAS, CA 939068439 | Claim Number: 9530<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,544.48 |
|---|---|---|

| VAN DINTER, GORDON<br>N8715 ZIRBEL DR<br>MENASHA, WI 54952 | Claim Number: 9531<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $6,848.50 |
|---|---|---|

| STONESTREET, BETTY R<br>STONESTREET LIVING TRUST<br>1207 MARLBOROUGH LANE<br>WINSTON SALEM, NC 27105 | Claim Number: 9532<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,539.75 |

| THERIOT, ROBERT<br>414 EAGLE DR<br>RACELAND, LA 70394 | Claim Number: 9533<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

| BRUCKMAN, ROSALIND<br>ATTN SIDNEY BRUCKMAN, EXECUTOR<br>2700 GRAND CENTRAL PKWY<br>APT 4V<br>FLORAL PARK, NY 11005-1104 | Claim Number: 9534<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CATHOLIC BISHOP OF LINCOLN<br>ATTN TIMOTHY J THORBURN, VICE PRESIDENT<br>PO BOX 80328<br>LINCOLN, NE 68501 | Claim Number: 9535<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $110,700.00 |
|---|---|---|

| CINQUEMANI, LAURA<br>126 SEUSING BLVD<br>HAUPPAUGE, NY 11788 | Claim Number: 9536<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,284.00 | Scheduled: | $1,284.00  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,284.00 | | |
| TOTAL | Claimed: | $1,284.00 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STEPHENSON, RYNA L.
9400 KENSALL COURT
SACRAMENTO, CA 95829-6065

Claim Number: 9537
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4.00 |

---

HEFFERNAN, SHERYL
30535 RUE DE LA PIERRE
RANCHO PALOS VERDES, CA 90275

Claim Number: 9538
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,682.41 | Scheduled: | $12,682.41 CONT |
| UNSECURED | Claimed: | $188.17 | Scheduled: | $188.17 CONT |

---

MESSINGER, LEWIS R & SHARON L
17106 STATE ROUTE 3
WATERTOWN, NY 13601-5520

Claim Number: 9539
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MORTON, SHAWN
289 CARMEL VALLEY WAY
SAINT ROBERT, MO 65584

Claim Number: 9540
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

HOYLE, LYLE E
572 PALMYRA RD
DIXON, IL 61021

Claim Number: 9541
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,058.58 |

---

RODERICK, GREG A. ACF
ISABELLE H RODERICK U/OR/VTMA
17400 SW UPPER BOONES FERRY RD
STE #230
DURHAM, OR 97224-7094

Claim Number: 9542
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,306.00 |

---

BARRETT, ELISABETH R.
3244 CAMBRIDGE CT
FAIRFAX, VA 22030

Claim Number: 9543
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,810.99 UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KIETA, VINCENT JAMES<br>1306 WINGARD DR<br>RADCLIFF, KY 40160-1446 | | Claim Number: 9544<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $20,844.04 |

| KIETA, VINCENT<br>1306 WINGARD DR<br>RADCLIFF, KY 40160-1446 | | Claim Number: 9545<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,259.12 |

| KARBERG, CAROL R.<br>908 N BALLAS RD<br>ST LOUIS, MO 63131 | | Claim Number: 9546<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $3,058.79 |

| KARBERG, ALAN F.<br>908 N BALLAS RD<br>ST LOUIS, MO 63131 | | Claim Number: 9547<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,843.10 |

| PINKAS, MARCELLA A<br>4119 CARROLLWOOD VILLAGE DR<br>CARROLLWOOD, FL 33618-8655 | | Claim Number: 9548<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9102 (08/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $9,147.80 |

| PINKAS, MARCELLA A<br>4119 CARROLLWOOD VILLAGE DR<br>CARROLLWOOD, FL 33618-8655 | | Claim Number: 9549<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9102 (08/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $12,739.75 |

| QUEALY, JOHN M.<br>5131 COUNTY RTE 25<br>CAMERON MILLS, NY 14820 | | Claim Number: 9550<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,096.23 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

RICE, RICHARD W.
6 SEAWATCH TRAIL
WEBSTER, NY 14580

Claim Number: 9551
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,800.00 |
|---|---|---|

---

LISLE, HAMPTON H.
ETRADE SECURITIES
PO BOX 61
MOUNT AIRY, MD 21771

Claim Number: 9552
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,435.02 |
|---|---|---|

---

LISLE, HAMPTON H. FBO
ETRADE SECURITIES CUSTODIAN
PO BOX 641
GAMBRILLS, MD 21054

Claim Number: 9553
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $90,973.75 |
|---|---|---|

---

LISLE, HAMPTON H. FBO
ETRADE SECURITIES CUSTODIAN
PO BOX 641
GAMBRILLS, MD 21054

Claim Number: 9554
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $237,308.50 |
|---|---|---|

---

HO, LAI HA LEUNG
636-60TH STREET
APT 2
BROOKLYN, NY 11220-4109

Claim Number: 9555
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $22,506.00 |
|---|---|---|

---

RODERICK, GREG A.
17400 SW UPPER BOONES FERRY RD
SRE #230
DURHAM, OR 97224-7094

Claim Number: 9556
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,130.00 |
|---|---|---|

---

RODERICK, GREG A. IRA
17400 SW UPPER BOONES FERRY RD
STE #230
DURHAM, OR 97224

Claim Number: 9557
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,296.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RODERICK, GREG A.
17400 SW UPPER BOONES FERRY RD
STE #230
DURHAM, OR 97224-7094

Claim Number: 9558
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,425.51 |

---

RODERICK, GREG A. ACF
JOSHUAH A. RODERICK U/OR/VTMA
17400 SW UPPER BOONES FERRY RD
STE #230
DURHAM, OR 97224-7094

Claim Number: 9559
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,305.00 |

---

EISSMAN, MARK A.
16842 HICKORY CREST DR
WILDWOOD, MO 63011

Claim Number: 9560
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $346.15  CONT |

---

SMITH, MONICA L
200 EAST 66TH ST
APT B 1406
NEW YORK, NY 10065

Claim Number: 9561
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,309.62 |

---

DICKERSON, DERRICK J
6755 E SUPERSTATION SPRINGS BLVD
#203
MESA, AZ 85206

Claim Number: 9562
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,928.90 |
| UNSECURED | Claimed: | $14,928.90 |
| TOTAL | Claimed: | $14,928.90 |

---

JEFFREYS, JOHN S.
10533 GREEN MOUNTAIN CIRCLE
COLUMBIA, MD 21044

Claim Number: 9563
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,000.00  UNDET |

---

LISLE, HAMPTON H.
ETRADE SECURITIES
PO BOX 61
MOUNT AIRY, MD 21771

Claim Number: 9564
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,040.10 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PURTIY PLUS AKA RKDIXON<br>5700 UTICA RIDGE ROAD<br>DAVENPORT, IA 52807 | | Claim Number: 9565<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $6,654.45 |
| COYLE & COYLE , INC.<br>40 S MAIN ST STE 3<br>NEW CITY, NY 10956-3533 | | Claim Number: 9566<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,090.00 |
| CAMPBELL, TASHA E.<br>36 EDDIE AVENUE<br>N BABYLON, NY 11703 | | Claim Number: 9567<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $800.00 |
| NG, ALFRED YUEN-HING<br>5161 SLVIA DR<br>CASTRO VALLEY, CA 94552 | | Claim Number: 9568<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,781.60   UNDET |
| NG, ALFRED YUEN-HING<br>5161 SLVIA DR<br>CASTRO VALLEY, CA 94552 | | Claim Number: 9569<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,919.00   UNDET |
| KOOTENAI COUNTY TREASURER<br>ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY<br>C/O KOOTENAI COUNTY LEGAL SERVICES<br>PO BOX 9000<br>COEUR D ALENE, ID 83816-9000 | | Claim Number: 9570<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 6574 (11/13/2008) |
| SECURED | Claimed: | $1,307.86 |
| MADERA COUNTY<br>ATTN TRACY KENNEDY DESMOND, TREASURER<br>200 W 4TH ST. 2ND FLOOR<br>MADERA, CA 93639 | | Claim Number: 9571<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,984.87   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

JAHN, CURTIS F.
342 CENTER GROVE RD
DOVER, NJ 07869

Claim Number: 9572
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $35,115.00 |
|-----------|----------|------------|

---

KERN, WESLEY P & ELE
24102 SPRING MILL
SPRING, TX 77373

Claim Number: 9573
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

KERN, WESLEY P.
24102 SPRING MILL
SPRING, TX 77373

Claim Number: 9574
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

KERN, ELENA S.
24102 SPRING MILL LANE
SPRING, TX 77373

Claim Number: 9575
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

KERN, ELENA S.
24102 SPRING MILL LANE
SPRING, TX 77373

Claim Number: 9576
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

ABBOTT, FRANK G. & JOAN M.
PO BOX 150001
LONGVIEW, TX 75615

Claim Number: 9577
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,310.51 |
|-----------|----------|-----------|

---

FRANK G ABBOTT SR FAMILY PARTNERSHIP
PO BOX 150001
LONGVIEW, TX 75615

Claim Number: 9578
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,390.35 |
|-----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| TRANSTAR CAPITAL CORPORATION<br>ATTN MARK C KLOPFENSTEIN, PRESIDENT<br>6300 POWERS FERRY ROAD<br>SUITE 600-315<br>ATLANTA, GA 30339 | Claim Number: 9579<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

UNSECURED          Claimed:          $12,014.00

---

| | |
|---|---|
| ROTHBAUER, C. JAMES AND/OR GJERTRUD<br>872 DREW RD<br>PARKSVILLE, BC V9P 1X2<br>CANADA | Claim Number: 9580<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

UNSECURED          Claimed:          $0.00   UNDET

---

| | |
|---|---|
| HAWKINS, DAVID H. & M. GLORIA<br>110 PINEWOOD AVE<br>BRIDGEPORT, WV 26330 | Claim Number: 9581<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

UNSECURED          Claimed:          $0.00   UNDET

---

| | |
|---|---|
| FIGENSHU, SHIRLEY M.<br>3925 NORRIS AVE<br>SACRAMENTO, CA 95821 | Claim Number: 9582<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

UNSECURED          Claimed:          $400.00

---

| | |
|---|---|
| KANE, JOHN & MONICA<br>13291 STATE ROUTE 23<br>PRATTSVILLE, NY 12468 | Claim Number: 9583<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

UNSECURED          Claimed:          $100.00

---

| | |
|---|---|
| CASTAGNOLO, CAROLINE<br>335 SE 6TH AVE APT 208<br>DELRAY BEACH, FL 334835298 | Claim Number: 9584<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

PRIORITY                                        Scheduled:          $3,533.52  CONT
UNSECURED          Claimed:          $0.00   UNDET

---

| | |
|---|---|
| REISSER, ELISABETH<br>PO BOX 110<br>CONESVILLE, OH 43811-0110 | Claim Number: 9585<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

UNSECURED          Claimed:          $2,468.65

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STRIEGEL, MARTIN C. & ELIZABETH B. JTTEN<br>7401 WATCH HILL CT<br>LOUISVILLE, KY 40228 | Claim Number: 9586<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| DEBLASIO, MICHAEL J. CUST<br>MICHAEL WILLIAM DEBLASIO UNDER UNIT<br>TRANSFERS TO MINORS ACT<br>7350 36TH COURT<br>VERO BEACH, FL 32967 | Claim Number: 9587<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,762.45 |
|---|---|---|

| SOUTHWEST MICHIGAN APPRAISAL<br>ATTN JOE FERRIELL, OWNER<br>2920 BUSINESS ONE DR, STE 119<br>KALAMAZOO, MI 49048 | Claim Number: 9588<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $275.00 |
|---|---|---|

| LISLE, HAMPTON H. IV<br>ETRADE SECURITIES<br>PO BOX 61<br>MOUNT AIRY, MD 21770 | Claim Number: 9589<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,589.49 |
|---|---|---|

| LISLE, HAMPTON H.<br>STATE STREET BANK TTEE<br>NORTHROP GRUMMAN PLAN<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | Claim Number: 9590<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $48,309.95 |
|---|---|---|

| STATE BOARD OF EQUALIZATION<br>ATTN AMY E EVERSON, AUTHORIZED REP<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim Number: 9591<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $2,603.00 |
|---|---|---|

| MARSHALL, TIMOTHY J<br>104 STIRRUP LANE<br>BURR RIDGE, IL 60527 | Claim Number: 9592<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $100,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WESSEL, PAUL S.
1203 OLD HARRODS CREEK RD
LOUISVILLE, KY 40223-2429

Claim Number: 9593
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $63,390.01 |
| SECURED | Claimed: | $23,804.67 |
| UNSECURED | Claimed: | $75,122.76 |
| TOTAL | | $162,317.41 |

---

MACKINNON, ROBERT M. & JACQUELINE B.
C/O CITIGROUP GLOBAL MARKETS INC.
997 LENOX DRIVE
BLDG 3 - 2ND FL
LAWRENCE, NJ 08648-2317

Claim Number: 9594
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,658.23 |

---

UDELL, LARRY & GLORIA JTWROS
11113 RIDGEWAY ST
PHILA, PA 19116

Claim Number: 9595
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,696.00 |

---

HARRISON, BRANDY JO
320 WOLF CREEK PL
LOCUST GROVE, GA 30248-2781

Claim Number: 9596
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $692.64 | Scheduled: | $692.64  CONT |

---

CORBIN, DAVID L.
1235 NAZARETH RD
LEXINGTON, SC 290737774

Claim Number: 9597
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,270.00 |

---

VANDENBROEK, MARTIN E.
996 RUTLAND WAY
WORTHINGTON, OH 43085

Claim Number: 9598
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,039.74 |

---

BJERKE FAMILY TRUST
ELMER S. BJERKE, TTEE
750 MISSISSIPI RIVER BLVD.
APT. 312
ST. PAUL, MN 55116

Claim Number: 9599
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,114.60 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

CRAVEN, WAYLAND PAUL
116 CREEKSIDE ROAD
GREER, SC 29650

Claim Number: 9600
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,386.00 |

---

SHOWELL, HENRY J.
231 SEASIDE AVE
WESTBROOK, CT 06498

Claim Number: 9601
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,629.85 |
| UNSECURED | Claimed: | $4,629.85 |
| TOTAL | Claimed: | $4,629.85 |

---

NIE, GREGORY A.
1660 N. LASALLE UNIT # 3108
CHICAGO, IL 60614-6024

Claim Number: 9602
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,769.49 |
| UNSECURED | Claimed: | $0.00 |

---

ELWELL, CASEY
940 TENNYSON LANE
VENTURA, CA 93003

Claim Number: 9603
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,849.44 |

---

SUCKOW, LYDIA
21 CLOVER LEAF LN.
MANCHESTER, MO 63011

Claim Number: 9604
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,650.00 |

---

YEH, AN-GONG
6 MADONNA LANE
BROOMALL, PA 19008

Claim Number: 9605
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $185.95 |

---

JENNINGS, MARY F.
10101 SHADOW CIRCLE
OLATHE, KS 66061

Claim Number: 9606
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GARTENLAUB, IVAN P.<br>6249 MISTY MEADOW LOOP<br>NEW PORT RICHEY, FL 34655 | | Claim Number: 9607<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,700.00 |
| AMESQUITA, FRANK<br>1526 BUCKINGHAM GLEN<br>GLENVIEW, IL 60026 | | Claim Number: 9608<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,632.95 |
| GIEBEL, RAY E. AND CARMOLEDA H.<br>JT TEN/WROS<br>P.O. BOX 207<br>MUSSELSHELL, MT 59059 | | Claim Number: 9609<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,182.95 |
| BELINSKI, JOHN<br>527 CASSANDRA LN<br>LAKELAND, FL 33809 | | Claim Number: 9610<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,630.95 |
| HANLEY, DAVID B.<br>13885 BURNTWOODS RD.<br>GLENELG, MD 21737 | | Claim Number: 9611<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,298.95 |
| INOUYE, NEAL<br>16008 GRAMERCY PL<br>GARDENA, CA 90247-3614 | | Claim Number: 9612<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,500.00 |
| CROWE, DAVID I.<br>2593 REVERE DRIVE<br>AKRON, OH 44333 | | Claim Number: 9613<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,426.92 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MILLER, THOMAS E. AND MARY JO<br>JT TEN<br>3185 N SHERLOCK PT<br>HERNANDO, FL 34442 | | Claim Number: 9614<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| LIMING, MICHAEL K.<br>2434 SHADE CREEK RD<br>GUYSVILLE, OH 45735 | | Claim Number: 9615<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $3,000.00 | | |

| | | | | |
|---|---|---|---|---|
| CHAPMAN, GARY<br>PO BOX 310<br>RICHLAND, WA 99352-0310 | | Claim Number: 9616<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $5,557.00 | | |

| | | | | |
|---|---|---|---|---|
| MIRZAYAN, ARMINE<br>3874 W. ASHTON DR.<br>ANTHEM, AZ 85086 | | Claim Number: 9617<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $150.95 | | |

| | | | | |
|---|---|---|---|---|
| BLACK, GARY L. SR.<br>727 HIGH LAKE DR.<br>BATON ROUGE, LA 70810 | | Claim Number: 9618<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $21,807.87 | | |

| | | | | |
|---|---|---|---|---|
| PCI APPRAISALS<br>ATTN ANDRE LANIER, PRESIDENT<br>47 W POLK 100-289<br>CHICAGO, IL 60606 | | Claim Number: 9619<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,350.00 | | |

| | | | | |
|---|---|---|---|---|
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 9620<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10441 (05/04/2012) | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WIMMER & ASSOCIATES
ATTN SHARON G. WIMMER
4860 RIVER FARM RD
NE
MARIETTA, GA 30068

Claim Number: 9621
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $350.00 |

---

LEWIS R MESSINGER     GRANTOR
SHARON L MESSINGER SUCCESSORTTEES
LEWIS R MESSINGER LIVING TR
17106 STATE ROUTE 3
WATERTOWN, NY 13601-5520

Claim Number: 9622
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

---

SALT LAKE COUNTY TREASURER
ATTN RAY LANCASTER
2001 SOUTH STATE STREET, # N1200
SALT LAKE CITY, UT 84190

Claim Number: 9623
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| SECURED | Claimed: | $0.00   UNLIQ |

---

MCDONALD HOPKINS LLC
RONALD L. BERGUM C/O SEAN D. MALLOY ATTY
600 SUPERIOR AVE, SUITE 2100 EAST
CLEVELAND, OH 44114

Claim Number: 9624
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 7282 (04/16/2009)

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,065,332.94 |

---

MCDONALD HOPKINS LLC
RONALD L. BERGUM C/O SEAN D. MALLOY ATTY
600 SUPERIOR AVE, SUITE 2100 EAST
CLEVELAND, OH 44114

Claim Number: 9625
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,182,183.96 |

---

KEY EQUIPMENT FINANCE, INC.
ATTN RITA ROBLES
1000 S. MCCASLIN BLVD
SUPERIOR, CO 80027

Claim Number: 9626
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8005 (09/03/2009)

| SECURED | Claimed: | $34,626.96 |

---

VAN CLEVE, JIMMY RAY & DONNA GAIL
PO BOX 96
REFUGIO, TX 78377-0096

Claim Number: 9627
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,516.90 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| JOHNSON, HOWARD L. & FERGUSON, MARY JANE<br>12752 MULHOLLAND DR<br>BEVERLY HILLS, CA 90210-1329 | Claim Number: 9628<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,650.95 |
|---|---|---|

---

| BERNZWEIG, DORA<br>117 GLEN WAY<br>SYOSSET, NY 11791 | Claim Number: 9629<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $12,727.00 |
|---|---|---|

---

| COSTA, LEON & THERESA<br>2548 PARK PLACE<br>BELLMORE, NY 11710 | Claim Number: 9630<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $153.98 |
|---|---|---|

---

| ROBERTS, CHERYL<br>4029 S PARK DR<br>FORT WAYNE, IN 46806 | Claim Number: 9631<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $384.32 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| DRISCOLL, THAYNE J. & ANDRA<br>P.O. BOX 334<br>AMERICAN FALLS, ID 83211 | Claim Number: 9632<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,331.31 |
|---|---|---|

---

| HAYES, SUSAN L<br>15561 HAMMET CT<br>MORENO VALLEY, CA 92555 | Claim Number: 9633<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| MARY ANNE LONG TRUST<br>P.O. BOX 166<br>O'FALLON, MO 63366-0166 | Claim Number: 9634<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| SECURED | Claimed: | $3,444.32 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAUER, EDDIE C.
****NO ADDRESS PROVIDED****

Claim Number: 9635
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

ACHENBACH, JASON D.
2520 HASEN DR
LAMBERTVILLE, MI 481449642

Claim Number: 9636
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $300.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

---

RIZOPOULOS FRAGOPOULOS, P NICOLE
34 GARDNER AVE
HICKSVILLE, NY 11801

Claim Number: 9637
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MISIR, INDIRA
25 MILLSTONE DR.
BRAMPTON, ON LG4 RG2
CANADA

Claim Number: 9638
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $6,195.00 |
|---|---|---|

---

HEATH, DONALD P.
13 KLAMATH
IRVINE, CA 92612

Claim Number: 9639
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BRYANT, MARY G.
17924 SNIPES ROAD
ROLAND, AR 72135

Claim Number: 9640
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $506.20 |

---

HAGE II, SAM
2834 ROEHAMPTON CLOSE
TARPON SPGS, FL 34688-8424

Claim Number: 9641
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 5918 (09/16/2008)

| PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $146,536.14 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BRYANT, LARRY L.<br>17924 SNIPES ROAD<br>LITTLE ROCK, AR 72135 | | Claim Number: 9642<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,765.35 |
| GORE PROPERTIES & APPRAIALS<br>ATTN S. CURY GORE, JR., MANAGING MEMBER<br>6402 GUY CT<br>WILMINGTON, NC 28403 | | Claim Number: 9643<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $300.00 |
| BERGER, BESSIE R.<br>1 KATERINA<br>UNION, MO 63084 | | Claim Number: 9644<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $7,433.35 |
| KENION, CAROL M. & GEORGE A.<br>9931 43 AVE S<br>SEATTLE, WA 98118 | | Claim Number: 9645<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $85,091.70 |
| ROUSSELL, VALERIE J.<br>7510 STONE HILL COURT<br>GARLAND, TX 75044 | | Claim Number: 9646<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $779.46 |
| LINK, JULIE E.<br>14715 BARRYKNOLL LN # 154<br>HOUSTON, TX 77079 | | Claim Number: 9647<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ZYDNEY, J. CARL<br>201 E 80 ST APT 14D<br>NEW YORK, NY 10075 | | Claim Number: 9648<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,462.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KHODABANDEH, MOHSEN<br>2862 HYLAND PARK RD.<br>FAYETTEVILLE, AR 72701 | Claim Number: 9649<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $20,213.57 |

| | | |
|---|---|---|
| MILWIT, SANFORD C.<br>3010 N. COURSE DR., APT 707<br>POMPANO BEACH, FL 33069 | Claim Number: 9650<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $14,045.88 |
| TOTAL | Claimed: | $14,045.48 |

| | | |
|---|---|---|
| SERBIN, LEW D.<br>POST OFFICE BOX 1058<br>SAN FRANCISCO, CA 94101 | Claim Number: 9651<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED | Claimed: | $57,740.60 |

| | | |
|---|---|---|
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN: SUSAN E. TRENT<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | Claim Number: 9652<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |
| UNSECURED | Claimed: | $39,838.89 |

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | Claim Number: 9653<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) | |
| ADMINISTRATIVE | Claimed: | $1,288.90 |

| | | |
|---|---|---|
| HERNANDEZ, MATTHEW AND MELANIE<br>42375 STETSON AVE<br>HEMET, CA 925447565 | Claim Number: 9654<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED | Claimed: | $56,541.22   UNLIQ |

| | | | | |
|---|---|---|---|---|
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9655<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $204.87 | Scheduled: | $80.00  DISP CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9656<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $80.00 UNDET DISP |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9657<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (06/19/2009) | | | |
| PRIORITY | Claimed: | $5,287.22 | Scheduled: | $80.00 DISP CONT |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9658<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $80.00 DISP CONT |
| CITY OF FRASER<br>ATTN KAREN ROWSE-OBERLE<br>BUTLER, BUTLER & ROWSE-OBERLE, PLLC<br>24525 HARPER, STE. 2<br>ST. CLAIR SHORES, MI 48080 | Claim Number: 9659<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| SECURED | Claimed: | $410.42 | | |
| PACIFIC CREST SAVINGS BANK<br>ATTN SHANNON SPERRY, ATTORNEY<br>3500 188TH ST SW<br>LYNNWOOD, WA 98037 | Claim Number: 9660<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $294,375.85 | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | Claim Number: 9661<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | |
| PRIORITY | Claimed: | $57,809.30 | Scheduled: | $11,476.12 UNDET DISP |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | Claim Number: 9662<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $20,486.65 | Scheduled: | $0.00 UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., 10-200<br>DETROIT, MI 48202 | Claim Number: 9663<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | |
| UNSECURED | Claimed: | $20,701.44 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | Claim Number: 9664<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | |
| UNSECURED | Claimed: | $2,000.00 |
| CALHOUN, ROBERT<br>53 MCLEAN SCHOOL RD.<br>RR2<br>ST GEORGE, ON N0E 1N0<br>CANADA | Claim Number: 9665<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $7,982.42 |
| APKARIAN, GREGORY<br>1094 BERGEN BLVD<br>FORT LEE, NJ 07024 | Claim Number: 9666<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,350.00 |
| OPEN ACCESS<br>ATTN P.D. LANGER, DIRECTOR OF FINANCE<br>ONE HUNTINGTON QUADRANGLE<br>STE 3512<br>MELVILLE, NY 11747 | Claim Number: 9667<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $28,668.00 |
| MALGHAN, KASHAVA S.<br>308 SILVER GLADE PLACE<br>ROCKVILLE, MD 20850 | Claim Number: 9668<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $15,273.00 |
| RANDOLPH, JOHN<br>182 LAFAYETTE AVE<br>CHATHAM, NJ 07928 | Claim Number: 9669<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $5,118.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CATTRAN, KENT IRA<br>JMS LLC CUST FBO<br>70391 CRESCENT RD<br>ST. CLAIRSVILLE, OH 43950 | Claim Number: 9670<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $2,084.80 |
|---|---|---|

| BLUHM, PAUL<br>8527 WELLS RD.<br>LITTLE GENESE, NY 14754 | Claim Number: 9671<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $1,925.50 |
|---|---|---|

| STROM, SUSAN M.<br>9309 CHINA GROVE CT.<br>MANASSAS, VA 20110 | Claim Number: 9672<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BLUHM, SHARON<br>8527 WELLS RD.<br>LITTLE GENESE, NY 14754 | Claim Number: 9673<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $5,272.98 |
|---|---|---|

| KUHN, BRIGETTE F.<br>1860 ALA MOANA BLVD # 906<br>HONOLULU, HI 96815-1637 | Claim Number: 9674<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,402.00 |
|---|---|---|

| HOBSON, JANE M.<br>6606 W. FRANKLIN ST<br>RICHMOND, VA 23226 | Claim Number: 9675<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $29,995.50 |
|---|---|---|

| SATHER, MARILYN<br>21 FAIRVIEW AVE APT 523<br>TUCKAHOE, NY 10707-4129 | Claim Number: 9676<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | | Scheduled: | $4,146.46  CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

RICHLAND COUNTY TREASURY
ATTN DAVID A ADAMS-RICHLAND, TREASURER
POST OFFICE BOX 11947,
COLUMBIA, SC 29211

Claim Number: 9677
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $834.86 |
| --- | --- | --- |

---

TORTAROLO, JOANNE E.
354 GARRETSON RD.
BRIDGEWATER, NJ 08807

Claim Number: 9678
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,016.95 |
| --- | --- | --- |

---

JENKINSON, EARL
138 STATE RTE. 11B
DICKINSON CENTER, NY 12930

Claim Number: 9679
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,969.24   UNLIQ |
| --- | --- | --- |

---

IMBURGIA, ANTHONY JOSEPH
111 E. CHESTNUT ST.
CHICAGO, IL 60611

Claim Number: 9680
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $54,069.00 |
| --- | --- | --- |

---

IMBURGIA, ANTHONY JOSEPH
111 E. CHESTNUT
CHICAGO, IL 60611

Claim Number: 9681
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $38,755.00 |
| --- | --- | --- |

---

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

Claim Number: 9682
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8098 (09/25/2009)

| PRIORITY | Claimed: | $6,730.76 | Scheduled: | $6,730.76  CONT |
| --- | --- | --- | --- | --- |

---

HUSSAR, J.P.
178 OAKDALE RD
JOHNSON CITY, NY 13790

Claim Number: 9683
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $4,021.67 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| O'MEARA, DAVID J. & MARY<br>478 TEQUESTA DRIVE, UNIT # 113<br>TEQUESTA, FL 33469 | Claim Number: 9684<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| HORNER, SIMON M. DR.<br>6 PARKFIELD ROAD SOUTH<br>DIDSBURY MANCHESTER, M20 6DB<br>UNITED KINGDOM | Claim Number: 9685<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $14,384.99 |
| INCO-CHECK, INC.<br>ATTN KYLE ALKEMA, VP BUS. DEVELOPMENT<br>26741 PORTOLA PARKWAY<br>FOOTHILL RANCH, CA 92610-1743 | Claim Number: 9686<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED          Claimed: | $19,867.00 |
| MECKLENBURG COUNTY<br>TTN CITY-COUNTY NC TAX COLLECTOR<br>PO BOX 31637<br>CHARLOTTE, NC 28231 | Claim Number: 9687<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) |
| SECURED          Claimed: | $11,426.33 |
| GALLOWAY, LORY<br>1511 COUNTY ROAD 4430<br>WINNSBORO, TX 754948633 | Claim Number: 9688<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $6,576.99 |
| SWAN, M. KATHLEEN<br>5111 MCNUTT RUN ROAD<br>CAMPBELL, NY 14821-9707 | Claim Number: 9689<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED          Claimed: | $5,305.61 |
| KRUSE, HOWARD<br>2128 ST AUGUSTINE CIR<br>PETALUMA, CA 94954 | Claim Number: 9690<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $10,592.46 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MARCUSON, GERTRUDE<br>12050 NAPAOLI LN<br>BOYNTON BEACH, FL 334372026 | Claim Number: 9691<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| RL INVESTMENT LMTD PTN<br>C/O RICHARD M HORWOOD<br>HORWOOD MARCUS & BERK CHTD<br>230 EAST 107TH STREET CIRCLE<br>BLOOMINGTON, MN 55420-5315 | Claim Number: 9692<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $58,819.50 |
|---|---|---|

---

| BUNCOMBE COUNTY<br>BUNCOMBE CO TAX OFC<br>60 COURT PLZ, RM 320<br>ASHEVILLE, NC 28801 | Claim Number: 9693<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $43.15 |
|---|---|---|

---

| CITY OF STERLING HEIGHTS<br>ATTN JAMES P BUHLINGER, TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311-8009 | Claim Number: 9694<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $158.29 |
|---|---|---|

---

| KNIPERS, DONALD D.<br>4551 LAKESIDE DR<br>RENSSELAER, IN 479787549 | Claim Number: 9695<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $23,919.86 |
|---|---|---|

---

| QUIGLEY APPRAISAL COMPANY<br>ATTN PATRICIA A QUIGLEY<br>7201 CRESHELM ROAD<br>PHILADELPHIA, PA 19401 | Claim Number: 9696<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

| CATANIA, BARBARA G.<br>18 EAST NECK RD<br>DIX HILLS, NY 11746 | Claim Number: 9697<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $23,783.60 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CULOTTA, LINDA & PHILIP
7 KENNETH PLACE
STATEN ISLAND, NY 10309

Claim Number: 9698
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,835.00 |
|---|---|---|

---

SENKBEIL, KRISTINA
PO BOX 320927
COCOA BEACH, FL 32932

Claim Number: 9699
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,422.93 |
|---|---|---|

---

HANSEN, STEVEN M., TRUSTEE
STEVEN M. HANSEN FAMILY TRUST
3953 BROCKBANK WAY
SALT LAKE CITY, UT 84124

Claim Number: 9700
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $32,850.00 |
|---|---|---|

---

PRADO, ROSA LINDA
843 AMARILLO WAY
SALINAS, CA 93905

Claim Number: 9701
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $900.00 |
|---|---|---|

---

KOUO, LUCILLE H. E.
2710 PLYMOUTH DRIVE
CAPE GIRARDEAU, MO 63701

Claim Number: 9702
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CROZIER, VERNON V
PO BOX 607
PITTSBURG, KS 66762

Claim Number: 9703
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,680.18 |
|---|---|---|

---

COPELAND, TONI ZEAKES
723 ELM ST
MARTINS FERRY, OH 43935

Claim Number: 9704
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,247.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MACUS, JOHN
411 STOCKTON DR
BATON ROUGE, LA 70815

Claim Number: 9705
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,335.00 |

---

JORDAN, MILDRED F.
4251 HWY 70E
WHITE BLUFF, TN 37187

Claim Number: 9706
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,498.45 |

---

BLASZCZAK, DONNA L
62 5TH AVE
NORTH TONAWANDA, NY 14120

Claim Number: 9707
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,083.71 |

---

SAN MATEO COUNTY
ATTN RENATO LILLES, REVENUE COLLECTOR
LEE BUFFINGTON, TAX COLLECTOR
555 COUNTY CENTER, 1ST FLOOR
REDWOOD CITY, CA 94063

Claim Number: 9708
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,007.17 |

---

MULLIGAN, CONNIE
822 NW 45TH TERRACE
GAINESVILLE, FL 32605

Claim Number: 9709
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,800.00 |

---

BLUM, RONALD & ELSIE
186 WASHINGTON AVE
ISLAND PARK, NY 11558

Claim Number: 9710
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

ADCOCK, BEVERLY
7819 CAMINO HUERTA
SAN DIEGO, CA 92122-1833

Claim Number: 9711
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,113.95 |
| SECURED | Claimed: | $5,113.95 |
| UNSECURED | Claimed: | $5,113.95 |
| TOTAL | Claimed: | $5,113.95 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| AMSTER, DAVID M., TRUSTEE<br>DAVID M AMSTER PC PSP U/A DTD 08/25/1989<br>FBO DAVID M AMSTER SUB ACCOUNT<br>67 E WELDON STE 307<br>PHOENIX, AZ 85012 | | Claim Number: 9712<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,759.00 |
| MCLEAN, PATRICIA<br>4959 CHEVIOT DR<br>COLUMBUS, OH 43220 | | Claim Number: 9713<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,664.00 |
| QUIGLEY, PATRICIA<br>7201 CRESHEIM ROAD<br>PHILADELPHIA, PA 19119 | | Claim Number: 9714<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $325.00 |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST<br>CHANDLER, AZ 85226 | | Claim Number: 9715<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5915 (09/16/2008) |
| UNSECURED | Claimed: | $7,866.68 |
| CRYE-LEIKE RELOCATION SERVICES<br>ATTN JAN HARBOR<br>6525 QUAIL HOLLOW RD<br>STE 400<br>MEMPHIS, TN 38120 | | Claim Number: 9716<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 3879 (04/28/2008) |
| PRIORITY | Claimed: | $126,051.77 |
| MILLER APPRAISAL SERVICE<br>ATTN REBECCA MILLER<br>3317 SIMS AVE<br>ST. ANN, MO 63074 | | Claim Number: 9717<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,025.00 |
| COLLINS, CAMERON & CHRISTINE<br>17395 SW CONSTANCE ST<br>BEAVERTON, OR 97007 | | Claim Number: 9718<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,760.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LOGAN, SHANNON<br>818 GERA AVE NW<br>PALM BAY, FL 32907 | Claim Number: 9719<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | Claim Number: 9720<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9913 (04/04/2011) |
|---|---|

| PRIORITY | Claimed: | $2,039.37 |
|---|---|---|
| UNSECURED | Claimed: | $1,649.32 |

---

| ZIEGLER, EDNA L. IRA<br>1506 GRADY LANE<br>CEDAR HILL, TX 75104-4226 | Claim Number: 9721<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,909.35 |
|---|---|---|

---

| DURKO, ROBERT R. IRA ROLLOVER<br>10732 LIPAN TRAIL<br>FORT WORTH, TX 76108-6923 | Claim Number: 9722<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,297.06 |
|---|---|---|

---

| RANKIN, DONALD G.<br>4733 CRIPPLE CREEK RD<br>HALTOM CITY, TX 761372164 | Claim Number: 9723<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>OBJECTION WITHDRAWN PER N. GROW |
|---|---|

| UNSECURED | Claimed: | $18,201.23 |
|---|---|---|

---

| HOUSTON, ANNE P. IRA R/O<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 9724<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,438.88 |
|---|---|---|

---

| HOUSTON, ALBERT J. & ANNE P.<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 9725<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $26,088.62 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DUBOIS, MICHAEL REGIS & PAUL A.
18933 PENINSULA POINT DR
CORNELIUS, NC 28031

Claim Number: 9726
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $2,104.55 |
|----------|----------|-----------|

---

DUBOIS, MARGARET W.
IRA ROLLOVER
18933 PENINSULA PT
CORNELIUS, NC 28031

Claim Number: 9727
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $10,043.90 |
|----------|----------|------------|

---

DUBOIS, RICHARD ANTHONY & MAJORIE E.
1502 RENAISSANCE DR NE
DIPLOMAT B13
CONYERS, GA 30012

Claim Number: 9728
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $25,260.90 |
|----------|----------|------------|

---

DUBOIS, RICHARD ANTHONY & MARJORIE E.
1502 RENAISSANCE DR NE
DIPLOMAT B13
CONYERS, GA 30012

Claim Number: 9729
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $9,129.90 |
|----------|----------|-----------|

---

GOODELL, RICHARD W.
5428 E OAKHURST WAY
SCOTTSDALE, AZ 85254

Claim Number: 9730
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,713.00 |
|-----------|----------|-----------|

---

GOODELL, RICHARD W.
5428 E OAKHURST WAY
SCOTTSDALE, AZ 85254

Claim Number: 9731
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,964.00 |
|-----------|----------|-----------|

---

PACIFIC CREST BANK
ATTN SHANNON SPERRY, ATTORNEY
3500 188TH ST SW
LYNNWOOD, WA 98037-4763

Claim Number: 9732
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $294,375.85 |
|-----------|----------|-------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KROCKER, SHANNON<br>2508 BOLTON DRIVE<br>FORT WAYNE, IN 46805 | | Claim Number: 9733<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| PRIORITY | Claimed: | $728.00 |
| UNSECURED | Claimed: | $728.00 |
| TOTAL | Claimed: | $728.00 |

| BINDER, DUSTIN & JENNY<br>21743 HWY 118<br>GRAIG, MO 64437 | | Claim Number: 9734<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $1,423.50 |

| FRIEDMAN, JACOB<br>620 CLERMONT<br>DENVER, CO 80220 | | Claim Number: 9735<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,255.00 |

| KAHN, CHESTER<br>PO BOX 845<br>LINCOLN, NH 03251 | | Claim Number: 9736<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (09/30/2008) |
|---|---|---|
| PRIORITY | Claimed: | $30,000.00 |
| UNSECURED | Claimed: | $30,000.00 |
| TOTAL | Claimed: | $30,000.00 |

| HOLTZ, BRIAN PAUL & JOY A.<br>JT TEN<br>308 LITTLE JOHN TRAIL<br>HOT SPRINGS, AR 71913 | | Claim Number: 9737<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $39,555.85 |

| HOLTZ, BRIAN PAUL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>308 LITTLE JOHN TRAIL<br>HOT SPRINGS, AR 71913 | | Claim Number: 9738<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| SECURED | Claimed: | $25,648.63 |

| BRENNAN COLANGELO APPRAISALS<br>561 E JIMMIE LEEDS ROAD<br>GALLOWAY, NJ 08205 | | Claim Number: 9739<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,050.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STANISLAUS COUNTY, CALIFORNIA<br>ATTN GORDON B. FORD, TAX COLLECTOR<br>POB 859<br>STANISLAUS, CA 95353 | Claim Number: 9740<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $285.36 | Scheduled: | $285.36  DISP CONT |
|---|---|---|---|---|

| VALENZUELA, ELVIN & PHYLLIS<br>ATTN DANIEL I. BARNESS<br>SPIRO MOSS BARNESS LLP<br>11377 W. OLYMPIC BLVD., FIFTH FLOOR<br>LOS ANGELES, CA 90064 | Claim Number: 9741<br>Claim Date: 01/21/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|

| UNSECURED | Claimed: | $100,000,000.00   UNLIQ |
|---|---|---|

| GORMAN, KEVIN<br>9306 NW 59TH TER<br>PARKVILLE, MO 64152-3536 | Claim Number: 9742<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,287.26 |
|---|---|---|

| BUSINESS IMAGES & GRAPHICS INC<br>ATTN RICKY HALL, PRESIDENT<br>308 W MULBERRY<br>SEARCY, AR 72143 | Claim Number: 9743<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $15,013.50 | Scheduled: | $13,962.41 |
|---|---|---|---|---|

| FIORE, BRIAN R<br>37A KATIE CT<br>MAHOPAC, NY 10541 | Claim Number: 9744<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,830.77 | Scheduled: | $1,830.77  CONT |
|---|---|---|---|---|

| WILLETT, MARY CARLILE & CHARLES D.<br>CO-TTEES<br>120 HILLCREST DRIVE<br>BARDSTOWN, KY 40004 | Claim Number: 9745<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

| BARCELO, BERNADETTE M<br>1307 S SABINO DR<br>HIGLEY, AZ 85296 | Claim Number: 9746<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $674.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| COSTON, BOB CHARLES<br>620 GOLDVINCH ST SE<br>KNOXVILLE, TN 37920 | | Claim Number: 9747<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $4,972.15 |
| COLUMBUS COUNTY<br>ATTN RICHARD J GORE, TAX ADMINISTRATOR<br>COLUMBUS CO TAX OFC<br>PO BOX 1468<br>WHITEVILLE, NC 28472 | | Claim Number: 9748<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| FELDMAN, BARBARA IRA ROLLOVER<br>10 CITY PLACE APT 5A<br>WHITE PLAINS, NY 10601 | | Claim Number: 9749<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KOFAX IMAGE PRODUCTS<br>ATTN HIAM MATTOX, CFO<br>16245 LAGUNA CANYON ROAD<br>IRVINE, CA 92618 | | Claim Number: 9750<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $10,500.00 |
| SEERY, MARGARET M<br>23 JAGGER CT<br>MELVILLE, NY 11747 | | Claim Number: 9751<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | | Scheduled:          $3,738.46  CONT |
| UNSECURED | Claimed: | $3,738.46   UNDET |
| MUENDER, JEFFREY C (JEFF)<br>2650 KING RICHARD DR<br>EL DORADO HILLS, CA 95762 | | Claim Number: 9752<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $30,000.00 |
| CADENHEAD, LARRY<br>5577 COMPTON LN<br>ELDERSBURG, MD 21784-8860 | | Claim Number: 9753<br>Claim Date: 01/22/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CADENHEAD, LARRY<br>7820 OLD LITCHFIELD LANE<br>ELLICOTT CITY, MD 21043 | | Claim Number: 9754<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $7,500.00 |

| | | |
|---|---|---|
| THOMPSON, SONYA H.<br>3433 N 53RD ST<br>MILWAUKEE, WI 53216-3257 | | Claim Number: 9755<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,838.30 |

| | | |
|---|---|---|
| DOUGLASS, DAVID<br>13060 COASTAL CIRCLE<br>WEST PALM BEACH, FL 33410 | | Claim Number: 9756<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,911.52 |

| | | |
|---|---|---|
| SULENTIC, CHRISTOPHER<br>4514 CHAMBLEE DUNWOODY RD<br>#251<br>ATLANTA, GA 30338 | | Claim Number: 9757<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,060.84 |

| | | |
|---|---|---|
| WILLIAMSON COUNTY CLERK AND MASTER<br>ATTN WILLIAM J YOST, BACK TAX ATTORNEY<br>PO BOX 1666<br>FRANKLIN, TN 37065 | | Claim Number: 9758<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $278.18   UNLIQ |

| | | |
|---|---|---|
| ATLEE ENTERPRISES INC<br>1496 GLANWORTH DRIVE<br>LONDON, ON N6N 1H1<br>CANADA | | Claim Number: 9759<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,864.50 |

| | | |
|---|---|---|
| SATELLITE 600 OWNER CORP. C/O CARTER<br>ATTN JOHN BRIER, CARTER MANAGEMENT<br>171 17TH STREET<br>SUITE 1200<br>ATLANTA, GA 30368-6018 | | Claim Number: 9760<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $7,149.35 |
| UNSECURED | Claimed: | $73,381.00 |
| TOTAL | Claimed: | $81,030.85 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FERREIRA, RENITA<br>8535 SW 100TH AVE<br>MIAMI, FL 331733934 | Claim Number: 9761<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $10,000.00 | |
| CALTRONICS BUSINESS SYSTEMS<br>ATTN ANNE LONG, CFO<br>10491 OLD PLACERVILLE RD<br>SACRAMENTO, CA 95827-2508 | Claim Number: 9762<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $5,667.85 | |
| PICKENS COUNTY<br>ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR<br>222 MCDANIEL AVE B6<br>PICKENS, SC 29671 | Claim Number: 9763<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | |
| PRIORITY          Claimed: | $186.67 | |
| ACCESS RELS<br>ATTN PRESIDENT<br>PO BOX 83<br>GREENVILLE, SC 296020083 | Claim Number: 9764<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $34,210.00 | |
| NICHOLS, DANIEL E<br>PO BOX 805<br>DAYTONA BEACH, FL 32115 | Claim Number: 9765<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| SECURED          Claimed: | $26,913.25 | |
| FARLEY, KAREN L<br>13287 TROPIC EQRET DR<br>JACKSONVILLE, FL 32224 | Claim Number: 9766<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| GROSS, DAVID<br>7248 BALLANTRAE CT<br>BOCA RATON, FL 33496 | Claim Number: 9767<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| PRIORITY          Claimed: | $40,000.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROMAN, MANDY
1043 N BRADFORD AVE APT J
PLACENTIA, CA 92870-4340

Claim Number: 9768
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $646.14 | Scheduled: | $646.14  CONT |
| SECURED | Claimed: | $646.14 | | |
| TOTAL | Claimed: | $646.14 | | |

---

JONES, FRANCES A
1364 W RANDOLPH ST
CHICAGO, IL 60607-1522

Claim Number: 9769
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MOORE, DORINE H. - IRA
841 SUMMIT GLEN COURT
FENTON, MO 63026

Claim Number: 9770
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

---

MOORE, RONALD W. - IRA
841 SUMMIT GLEN COURT
FENTON, MO 63026

Claim Number: 9771
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

SCHLOTTHAUER, MARTIN A
3729 N 152ND DR
GOODYEAR, AZ 85395

Claim Number: 9772
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $5,000.00   UNLIQ |

---

MESA COUNTY, COLORADO
ATTN MONIKA TODD, TREASURER
MESA COUNTY TREASURER'S OFFICE
PO BOX 20,000
GRAND JUNCTION, CO 81502-5027

Claim Number: 9773
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $767.81 | Scheduled: | $496.77  DISP CONT |

---

STANFIELD & ASSOCIATES
ATTN FRANKLYN L STANFIELD, OWNER
PO BOX 2682
NORFOLK, VA 23501

Claim Number: 9774
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,275.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BORDE, SHIRLEY S.
4801 BRYCE DRIVE
CARSON CITY, NV 89706

Claim Number: 9775
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,201.30 | | |

CITY OF DOVER
ATTN NATALIE COFONE, BILLING SUPERVISOR
PO BOX 7100
DOVER, DE 19903-7100

Claim Number: 9776
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,522.77 | Scheduled: | $812.97 |

MORRELL, WENDY
14 ORCHID CT
DEPTFORD, NJ 08096

Claim Number: 9777
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $576.92 | Scheduled: | $576.92  CONT |

ARAPAHOE COUNTY
ATTN GEORGE ROSENBERG, ASST ATTORNEY
5334 S PRINCE STREET
LITTLETON, CO 80166

Claim Number: 9778
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $11,945.13  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

TRAISMAN, BARBARA L.
1206 STANYAN ST
SAN FRANCISCO, CA 94117

Claim Number: 9779
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,475.90 |

MOORE, CHERIE L
4488 ALDERPORT DR
HUNTINGTN BCH, CA 92649-2289

Claim Number: 9780
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $205,416.00 | Scheduled: | $2,788.46  CONT |

PAN, THERESA STONE TTEE
THERESA STONE PAN CRUT IV
1650 CULERA CREEK HEIGHTS DR
MILPITAS, CA 95035

Claim Number: 9781
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $28,574.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PAN, THERESA STONE TTEE<br>THERESA STONE PAN CRUT III<br>U/A 6/26/97<br>1650 CULERA CREEK HEIGHTS DR<br>MILPITAS, CA 95035 | Claim Number: 9782<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| SECURED | Claimed: | $985.32 |
|---|---|---|

| | | |
|---|---|---|
| MARSHALL WILT REAL ESTATE APPR<br>ATTN MARSHALL THOMAS WILT<br>1050 WEIRES AVE<br>LAVALE, MD 21502 | Claim Number: 9783<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| | | |
|---|---|---|
| MCMACHAN, FRED N.<br>485 WHITREE LANE<br>CHESTERFIELD, MO 63017-2449 | Claim Number: 9784<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

| | | |
|---|---|---|
| DYNAMIC FOUNDATION<br>ATTN THERESA PAN, CEO<br>1650 CULERA CREEK HEIGHTS DR<br>MILPITAS, CA 95035 | Claim Number: 9785<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| SECURED | Claimed: | $737.00 |
|---|---|---|

| | | |
|---|---|---|
| THE STAR-LEDGER<br>ATTN BLERTA SULSTAROVA<br>PO BOX 5718<br>HICKSVILLE, NY 11802-5718 | Claim Number: 9786<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $27,069.40 |
|---|---|---|

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 9787<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>Replaces claim number 1368 | |

| PRIORITY | Claimed: | $140.18 |
|---|---|---|
| UNSECURED | Claimed: | $356.38 |

| | | | | |
|---|---|---|---|---|
| USDA RURAL DEVELOPMENT<br>ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP<br>MAIL STOP 0784<br>1400 INDEPENDENCE AVE, SW<br>WASHINGTON, DC 20250 | Claim Number: 9788<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |

| UNSECURED | Claimed: | $29,244.54 | Scheduled: | $30,916.90 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CITY OF CORPUS CHRISTI
ATTN YVETTE AGUILAR, ASST CITY ATTORNEY
PO BOX 9277
SAN ANTONIO, TX 78265-9722

Claim Number: 9789
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36.95 | Scheduled: | $72.99 |

KUNZMAN, REBECCA R.
201 GLORIETTA BLVD
ORINDA, CA 94563

Claim Number: 9790
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,409.00 |

SHELTON, WALTER JAY
320 FIRST COURT
DANVILLE, VA 24541-5524

Claim Number: 9791
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,454.00 |

PORTERIO, MARIA-ELENA
85-59 87TH STREET
WOODHAVEN, NY 11421

Claim Number: 9792
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,844.50 |

SULLIVAN, KENNETH J. & LOIS M.
21 GOLF ST
NEWINGTON, CT 06111

Claim Number: 9793
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

MILLER, PETER C
2739 LONG GROVE DRIVE
MARIETTA, GA 30062

Claim Number: 9794
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $57,678.00 |

GAMILL, LILLIAN E.
632 TIMBERLINE
HURST, TX 76053

Claim Number: 9795
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,911.89 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HARRIS, DIANE IRA<br>3200 EVAN DRIVE<br>HURST, TX 76054-2037 | | Claim Number: 9796<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,027.76 |

---

| | | |
|---|---|---|
| HARRIS, DIANE S.<br>3200 EVAN DRIVE<br>HURST, TX 76054-2037 | | Claim Number: 9797<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,883.00 |

---

| | | |
|---|---|---|
| GAMILL, RONALD C. AND DEBORAH K.<br>1113 ASHFORD LANE<br>MANSFIELD, TX 76063-2697 | | Claim Number: 9798<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,337.60 |

---

| | | |
|---|---|---|
| PHILLIPS BROTHERS LIMITED PARTNERSHIP<br>FBO GARY PHILLIPS<br>7908 NE LOOP 820<br>NORTH RICHLAND, TX 76180 | | Claim Number: 9799<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $57,755.00 |

---

| | | |
|---|---|---|
| PRESLEY, MARK IRA<br>6100 HARRIS PARKWAY # 320<br>FORT WORTH, TX 76132-4133 | | Claim Number: 9800<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,873.50 |

---

| | | |
|---|---|---|
| WILHITE, V. RUSSELL IRA<br>104 CREEK CLIFF DRIVE<br>GATESVILLE, TX 76258-1011 | | Claim Number: 9801<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>OBJECTION WITHDRAWN PER N. GROW |
| UNSECURED | Claimed: | $21,988.99 |

---

| | | |
|---|---|---|
| CLARK, JOHN B. SEG IRA RO<br>2349 BRIDGEWOOD DRIVE<br>ROANOKE, TX 76262-8823 | | Claim Number: 9802<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,598.99 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PHILLIPS BROTHERS LIMITED PARTNERSHIP-
COLLEGE
7908 NE LOOP 820
NORTH RICHLAND, TX 76180

Claim Number: 9803
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4028, 4526 (06/11/2008)
OBJECTION WITHDRAWN PER N. GROW

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,118.68 |

---

PHILLIPS, GREER H. AND LAURIE
JT WROS
2104 WHITE LANE
HASLET, TX 76052-4605

Claim Number: 9804
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,561.00 |

---

MCQUEEN, DANIEL C. IRA
5006 IVYCREST TRAIL
ARLINGTON, TX 76017-0504

Claim Number: 9805
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,274.22 |

---

GLASSMAN, SUSAN K.
8310 GANNON
ST LOUIS, MO 63132

Claim Number: 9806
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

ENERGIZE YOUR SPACE
ATTN SUSAN OR GARY PENDERGRAF
5720 3RD AVE WEST
BRADENTON, FL 34209

Claim Number: 9807
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,450.00 |

---

LAROSA, VICTOR
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

Claim Number: 9808
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,031.00 |

---

FOUR CORNERS CLEANING
PO BOX 3131
YUBA CITY, CA 95992-3131

Claim Number: 9809
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $175.00 |
| UNSECURED | Claimed: | $175.00 |
| TOTAL | Claimed: | $175.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BUSH, ELLEN<br>412 BECKY PLACE<br>LEXINGTON, KY 40517 | Claim Number: 9810<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $4,268.46 | |
| MONTGOMERY, JANET LYN<br>138 WINDING CANYON LANE<br>FOLSOM, CA 95630 | Claim Number: 9811<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| PRIORITY          Claimed: | $9,500.00 | |
| NUTTALL, J. BRUCE<br>2516 ABERDEEN DR<br>ARLINGTON, TX 76015 | Claim Number: 9812<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $2,078.38 | |
| ACCURATE APPRAISAL COMPANY<br>ATTN NATHAN M. BYRAM<br>51 BLACKBRIAR<br>DANVILLE, IL 618321204 | Claim Number: 9813<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $320.00 | |
| O'NEIL, TIM<br>215 POND ST.<br>NATICK, MA 01760 | Claim Number: 9814<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $295.00   UNLIQ | |
| CARROLL, TORY<br>227 DUNCAN TRAIL<br>LONGWOOD, FL 32779 | Claim Number: 9815<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8746 (04/06/2010)<br>CLAIM OUT OF BALANCE | |
| PRIORITY          Claimed: | $900.00          Scheduled: | $900.00  CONT |
| IBM CORPORATION - BARSA SYSTEMS<br>2900 WESTCHESTER AVENUE<br>PURCHASE, NY 10577 | Claim Number: 9816<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BARSA COUNSULTING GROUP
2900 WESTCHESTER AVE
PURCHASE, NY 10577

Claim Number: 9817
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 |
|-----------|----------|-------------|

---

BARSA CONSULTING GROUP, LLC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9818
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 |
|-----------|----------|-------------|

---

BARSA CONSULTING GROUP
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9819
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 |
|-----------|----------|-------------|

---

BARSA CONSULTING GROUP, LLC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9820
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 |
|-----------|----------|-------------|

---

BARSA SYSTEMS DISTRIBUTION INC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9821
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3,405.39 |
|-----------|----------|-------------|------------|-----------|

---

STIRLING, BRUCE R.
3415 LINDEN AVE - APT 219
LONG BEACH, CA 90807

Claim Number: 9822
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,150.00 |
|-----------|----------|-----------|

---

STIRLING, BRUCE R.
3415 LINDEN AVE - APT 219
LONG BEACH, CA 90807

Claim Number: 9823
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $268.00 |
|-----------|----------|---------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

ASSOCIATED SVCS CO
ATTN CHARLENE E. SHEARRER
1040 SHARY CT
CONCORD, CA 94518-4705

Claim Number: 9824
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $531.20 |
|---|---|---|

---

MARION COUNTY TREASURER
200 E. WASHINGTON STREET, SUITE 1041
INDIANAPOLIS, KS 46204

Claim Number: 9825
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 8520 (01/28/2010)

| PRIORITY | Claimed: | $2,692.89 |
|---|---|---|
| UNSECURED | Claimed: | $804.40 |

---

CAROLLO, LISA M
104 MASSAPEQUA AVE
MASSAPEQUA, NY 11758

Claim Number: 9826
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,612.50 | Scheduled: | $1,612.50  CONT |
|---|---|---|---|---|

---

NOVAK, MARIA
11462 GIRDLED RD
CONCORD, OH 44077

Claim Number: 9827
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

PREFERRED PERSONNEL, INC.
PO BOX 720
NEOTSU, OR 973640720

Claim Number: 9828
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $4,393.75 |
|---|---|---|

---

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S DENVER
TULSA, OK 74103

Claim Number: 9829
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $1,420.00 | Scheduled: | $1,258.40  DISP CONT |
|---|---|---|---|---|

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY PO BOX 245
ATTN MICHAEL READING AUTHORIZED AGENT
TRENTON, NJ 08646

Claim Number: 9830
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $45,815.42 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | Claim Number: 9831<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | |
| PRIORITY          Claimed: | $1,494,298.91 | |
| MERIDIAN MEADOWS FIVE LLC<br>C/O JEFFREY A HOKANSON<br>HOSTETLER & KOWALIK PC<br>101 W OHIO STREET SUITE 2100<br>INDIANAPOLIS, IN 46204 | Claim Number: 9832<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $17,757.18 | |
| BUTTE COUNTY TREASURER/TAX COLLECTOR<br>ATT STEPHANIE BROWN DEPUTY TAX COLLECTOR<br>25 COUNTY CENTER DR<br>BUTTE VALLEY, CA 95965 | Claim Number: 9833<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | |
| SECURED          Claimed: | $1,079.72 | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>ATTN TONI PRICE-MAYS RTS3<br>CHICAGO, IL 60601 | Claim Number: 9834<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | |
| ADMINISTRATIVE          Claimed: | $115.50 | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-425<br>ATTN TONI PRICE-MAYS, RTS3<br>CHICAGO, IL 60601 | Claim Number: 9835<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED          Claimed: | $324.00 | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTT EVA MILANOWSKI<br>BANKRUPTCY ADMINISTRATOR<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 9836<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| ADMINISTRATIVE          Claimed: | $2,640.35 | |
| SPRINT NEXTEL<br>ATTN ABBY LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 9837<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | |
| UNSECURED          Claimed: | $159,264.01 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 9838<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10035 (06/09/2011) |

ADMINISTRATIVE

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $91,187.86 | | |
| UNSECURED | Claimed: | $113,652.30 | Scheduled: | $57,148.65 |

| | | |
|---|---|---|
| ALASKA COMMUNICATIONS SYSTEMS<br>FORMERLY ANCHORAGE TELEPHONE UTILITY<br>ATTN AMY NEWLUN MS #8<br>600 TELEPHONE AVE<br>ANCHORAGE, AK 99519-6666 | | Claim Number: 9839<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,958.02 |

| | | |
|---|---|---|
| ARMSTRONG GIBBONS & GNYS LLP<br>ATTN CARL S LEVIN ESQ<br>155 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | | Claim Number: 9840<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,400.00 |

| | | |
|---|---|---|
| KEVIN NORTHROP<br>SERVICE RD BX 375<br>BEAR MOUNTAIN, NY 10911 | | Claim Number: 9841<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9842<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $855,967.24 |
| UNSECURED | Claimed: | $250.00 |

| | | |
|---|---|---|
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 9843<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $765.00 | Scheduled: | $1,377.00 |

| | | |
|---|---|---|
| LOWERMYBILLS, INC., A DELAWARE CORP<br>SANDRA I TIBERI<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FLOOR | | Claim Number: 9844<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,999.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BEALL, LAURA A.<br>11002 BLUE ROAN RD<br>OAKTON, VA 22124 | | Claim Number: 9845<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $525,000.00 |
| BROOKSHER, WILLIAM A<br>2513 DAWN HILL CT<br>RICHLAND, WA 99352 | | Claim Number: 9846<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,837.00 |
| DAUN, ALAN & PATRICIA<br>425A CORTE MADERA AVENUE<br>CORTE MADERA, CA 94925 | | Claim Number: 9847<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,715.50 |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNATL REVENUE SERVICE<br>31 HOPIKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | | Claim Number: 9848<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $28,979,149.71 |
| UNSECURED | Claimed: | $22,011.82 |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 9849<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7023 (02/17/2009) |
| ADMINISTRATIVE | Claimed: | $55.05 |
| PRIORITY | Claimed: | $34.04 |
| MATUKNATH, DEVINDRA<br>126-22-147 STREET<br>JAMAICA, NY 11436 | | Claim Number: 9850<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $831.92 |
| KOTSINES, MARIA<br>45 PEACHTREE ROAD<br>OAKHURST, NJ 07755 | | Claim Number: 9851<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,003.66 |
| TOTAL | Claimed: | $1,033.66 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SCHNEIDER, SHIRLEE
299 ST JOHNS PLACE
UNION, NJ 07083

Claim Number: 9852
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,185.00 | | |

---

DREGER, BROOKE
2490 KEENLAND CT.
CUMMING, GA 30040

Claim Number: 9853
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $824.00 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

KOHL, KRISTEN M.
32 AUDLEY CIRCLE
PLAINVIEW, NY 11803

Claim Number: 9854
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $730.77 |

---

DREGER, BROOKE
2490 KEENLAND CT.
CUMMING, GA 30040

Claim Number: 9855
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $3,018.00 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

PHOENIX SAVINGS BANK PACIFIC
3500 188TH ST SW STE 575
ATTN JEFFREY SMOOT, ATTORNEY
LYNNWOOD, WA 980374763

Claim Number: 9856
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,313.41 |
| UNSECURED | Claimed: | $330,654.87 |

---

BENNING, MELANIE TINNES
834 CHESTNUT ST APT 525
PHILADELPHIA, PA 19107-5137

Claim Number: 9857
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $250.00 |

---

GLASSEL, MORTON L.
BEAR STEARNS SEC CORP CUST
4 BAYVIEW DRIVE
HUNTINGTON, NY 11743-1505

Claim Number: 9858
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

STAHL, SHIRLEY M.
6388 MARCHINN DR
RAVENNA, OH 44266-1712

Claim Number: 9859
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,348.00 |
|-----------|----------|-----------|

---

FLORY, WILLIAM
12255 SPERRYVILLE PIKE
CULPEPER, VA 22701

Claim Number: 9860
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $1,250.00 |
|-----------|----------|-----------|

---

QUINONES, ERLINDA
5246 W. DIANA AVENUE
GLENDALE, AZ 85302

Claim Number: 9861
Claim Date: 01/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $1,402.71 CONT |
|----------|----------|-----------|------------|----------------|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

DABRIEO, EDWARD R.
20 BIRCHWOOD LANE
SPRINGVILLE, ME 04083

Claim Number: 9862
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9255 (09/24/2010)

| UNSECURED | Claimed: | $6,407.20 |
|-----------|----------|-----------|

---

BLOMMER PETERMAN, S.C.
165 BISHOPS WAY
BROOKFIELD, WI 53005-6235

Claim Number: 9863
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $20,819.78 |
|-----------|----------|------------|

---

DEPARTMENT OF CORPORATIONS
C/O: PRESTON DUFAUCHARD, COMMISSIONER
1515 K ST, STE 200
SACRAMENTO, CA 95814-4052

Claim Number: 9864
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9257 (09/29/2010)

| UNSECURED | Claimed: | $10,605.65 |
|-----------|----------|------------|

---

DEPARTMENT OF CORPORATIONS
C/O: PRESTON DUFAUCHARD, COMMISSIONER
1515 K ST, STE 200
SACRAMENTO, CA 95814-4052

Claim Number: 9865
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $10,596.27 | Scheduled: | $10,596.27 |
|-----------|----------|------------|------------|------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| US SECURITIES AND EXCHANGE COMMISSION<br>ATTN BANKRUPTCY GROUP<br>3 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 9866<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 8739 (04/02/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046 | Claim Number: 9867<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $3,679.95 |
|---|---|---|

| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | Claim Number: 9868<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $392.66 |
|---|---|---|

| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | Claim Number: 9869<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $899.22 |
|---|---|---|

| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | Claim Number: 9870<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $1,665.46 |
|---|---|---|

| HARMONY HOMES R.E.<br>3125 MCHENRY AVE STE F<br>MODESTO, CA 953501451 | Claim Number: 9871<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $213.59 |
|---|---|---|

| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | Claim Number: 9872<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $222.04 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 9873<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $1,228.00 |
| ASSANIE, MAHABIBI<br>1309 SOUTH THOMAS ST., # 22<br>ARLINGTON, VA 22204 | | Claim Number: 9874<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $17,643.92 |
| BRODT, PHILIP S.<br>219 WOODS POINT RD.<br>OSPREY, FL 34229 | | Claim Number: 9875<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $6,253.00 |
| UNSECURED | Claimed: | $6,253.00 |
| TOTAL | Claimed: | $6,253.00 |
| OLIVER, N.N.<br>1380 LARCHMONT DR.<br>BUFFALO GROVE, IL 60089 | | Claim Number: 9876<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $6,200.00 |
| ENGLISH, DAVID<br>6523 FURMAN BLVD<br>FT. MYERS, FL 33919 | | Claim Number: 9877<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,374.00 |
| LICKING COUNTY<br>ATTN: DENNIS E. DOVE, ASS'T PROS. ATTY<br>P.O. BOX 830<br>NEWARK, OH 43058 | | Claim Number: 9878<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $4,421.14 |
| CAVLIERE, ANTONIO<br>C/O MOUND INVESTMENTS<br>24620 SCHOENHERR<br>WARREN, MI 48089 | | Claim Number: 9879<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $14,082.00   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| TAYLOR, HARRY R.<br>354 BARNSIDE DR<br>PALMYRA, PA 17078-8728 | Claim Number: 9880<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $23,310.00 | | |

| SIMANER, JAMI<br>1126 ARDMORE ST<br>SAINT AUGUSTINE, FL 32092 | Claim Number: 9881<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $476.92 | Scheduled: | $476.92  CONT |

| OTTENDORF, PAUL D<br>13131 WEXFORD HOLLOW<br>ROAD N<br>JACKSONVILLE, FL 32224 | Claim Number: 9882<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $2,307.69 | Scheduled: | $2,307.69  CONT |

| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | Claim Number: 9883<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $5,339.25 | | |

| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | Claim Number: 9884<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008)<br>Amends claim number 6559 | | |
|---|---|---|---|
| UNSECURED            Claimed: | $880.00 | | |

| STATE OF MARYLAND COMPTROLLER<br>ATTN: MARY T. CARR<br>301 WEST PRESTON STREET ROOM 410<br>BALTIMORE, MD 21201 | Claim Number: 9885<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $0.00 | | |
| UNSECURED            Claimed: | $404.00 | | |

| DE STEFANO, RON<br>342 LAVERNE AVE.<br>MILL VALLEY, CA 94941 | Claim Number: 9886<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $3,523.15 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITY OF FLINT<br>DOUGLAS S. PHILPOTT<br>503 S. SAGINAW STREET, STE. 1415<br>FLINT, MI 48502 | Claim Number: 9887<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | |
|---|---|---|---|
| **SECURED** | **Claimed:** | $353.91 | |

| LITTLE, CECIL<br>2227 WHEATLEY DR # 204<br>BALTIMORE, MD 21207 | Claim Number: 9888<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | |
|---|---|---|---|
| **UNSECURED** | **Claimed:** | $325.00 | |

| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT. OF HOUSING & URBAN DEV.<br>OFFICE OF THE REGIONAL COUNSEL, REG. III<br>100 PENN SQUARE EAST - WANAMAKER BLDG.<br>PHILADELPHIA, PA 19107 | Claim Number: 9889<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10932 | | |
|---|---|---|---|
| **SECURED** | **Claimed:** | $0.00 | UNDET |
| **UNSECURED** | **Claimed:** | $2,266,563.09 | UNDET |

| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT. OF HOUSING & URBAN DEV.<br>OFFICE OF THE REGIONAL COUNSEL, REG. III<br>100 PENN SQUARE EAST - WANAMAKER BLDG.<br>PHILADELPHIA, PA 19107 | Claim Number: 9890<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: POSSIBLY AMENDED BY 10931 | | |
|---|---|---|---|
| **SECURED** | **Claimed:** | $0.00 | UNDET |
| **UNSECURED** | **Claimed:** | $1,805,017.90 | UNDET |

| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | Claim Number: 9891<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|
| **SECURED** | **Claimed:** | $242.80 | |

| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | Claim Number: 9892<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | |
|---|---|---|---|
| **PRIORITY** | | Scheduled: | $0.00 UNDET |
| **SECURED** | **Claimed:** | $301.36 | |

| REYNOLDS, JERRY DOUGLAS<br>7152 NOLEN PARK CIR<br>NOLENSVILLE, TN 37135-9550 | Claim Number: 9893<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| **UNSECURED** | **Claimed:** | $0.00 | UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| REYNOLDS, DEBRA F.<br>7152 NOLEN PARK CIR<br>NOLENSVILLE, TN 37135-9550 | Claim Number: 9894<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| SPOKANE COUNTY TREASURER<br>ATTN: MINDY ENSIGN<br>PO BOX 199<br>SPOKANE, WA 99210 | Claim Number: 9895<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8591 (02/18/2010) |
|---|---|

| SECURED | Claimed: | $551.58 UNLIQ | | |
|---|---|---|---|---|

| BRAUN, PHILIP A.<br>18 PINECONE LN<br>COMMACK, NY 11725 | Claim Number: 9896<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $3,384.62 CONT |
|---|---|---|---|---|

| STEPHENS, RONALD L. IRS R/O<br>114 LAWTON AVE.<br>SAVANNAH, GA 31404-1229 | Claim Number: 9897<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,032.97 | | |
|---|---|---|---|---|

| BUTLER, PATRICIA<br>800 HIGH WOODS TRAIL<br>FORT WORTH, TX 76112-1705 | Claim Number: 9898<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,525.78 | | |
|---|---|---|---|---|

| EDWARDS APPRAISAL SERVICE<br>PO BOX 826<br>AHOSKIE, NC 27910 | Claim Number: 9899<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $1,600.00 | | |
|---|---|---|---|---|

| REMAX<br>201 NEW STINE RD STE 300<br>BAKERSFIELD, CA 933092659 | Claim Number: 9900<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $1,278.95 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SINGN, SANDEEP<br>4 ASHFORD DRIVE<br>PLAINSBORO, NJ 08536 | | Claim Number: 9901<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $817.77 | | | |
| SORAGHAN, ANNE W.<br>P.O. BOX 413<br>DOVER, MA 02030-0413 | | Claim Number: 9902<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,748.95 | | | |
| CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: PETER BUCK<br>P.O. BOX 4034<br>SACRAMENTO, CA 95812 | | Claim Number: 9903<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |
| VIRGINIA HOUSING DEVELOPMENT AUTHORITY<br>C/O MCGUIREWOODS LLP<br>JOSEPH S. SHEERIN<br>ONE JAMES CENTER<br>RICHMOND, VA 23219 | | Claim Number: 9904<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7504 (06/05/2009) | | | |
| UNSECURED | Claimed: | $184,840.25 | | | |
| FORSYTH COUNTY, GEORGIA<br>FORSYTH COUNTY TAX COMMISSIONER<br>ATTN: MATTHEW C. LEDBETTER<br>1092 TRIBBLE GAP ROAD<br>CUMMING, GA 30040 | | Claim Number: 9905<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY | Claimed: | $326.52 | Scheduled: | $305.86 DISP CONT | |
| PAUL A. ANDERSON & ELVADEEN F. ANDERSON<br>TRUST - ELVADEEN F. ANDERSON TTEE<br>UAD NOV 1, 1988<br>2672 BARBARARADALE CIRCLE<br>LAS VEGAS, NV 89146 | | Claim Number: 9906<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | | |
| ALLAWAY, LINDA M<br>11024 S THERESA CIRCLE<br>#2A<br>PALOS HILLS, IL 60465 | | Claim Number: 9907<br>Claim Date: 02/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | | | Scheduled: | $576.00 CONT | |
| UNSECURED | Claimed: | $0.00    UNDET | | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FIDELITY AND DEPOSIT COMPANY OF MD
ATTN: MATT SEAMAN, RECOVERY SPECIALIST
PO BOX 66944
CHICAGO, IL 60666-0994

Claim Number: 9908
Claim Date: 02/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,030.00 |
|---|---|---|

---

CHANNAH, KHURSHID
20 EAST 9TH STREET
APT. 14-O
NEW YORK, NY 10003-5944

Claim Number: 9909
Claim Date: 02/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,816.76 |
|---|---|---|

---

GREENVILLE COUNTY, SOUTH CAROLINA
GREENVILLE COUNTY TAX COLLECTOR
ATTN: THERESA RICH, BANKRUPTCY CLERK
301 UNIVERSITY RIDGE, STE 700
GREENVILLE, SC 29601

Claim Number: 9910
Claim Date: 02/06/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $413.81 |
|---|---|---|

---

KYLE, VIRGIL
14 PONDERS END
LAGUNA NIGUEL, CA 92677

Claim Number: 9911
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,456.14 | Scheduled: | $23,456.14 CONT |

---

WASHINGTON STATE EMPLOYMENT SECURITY
DEPT - ATTN: ELLEN MOE, COMPLIANCE UNIT
UI TAX AND WAGE ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046

Claim Number: 9912
Claim Date: 01/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $12,475.52 |
|---|---|---|
| SECURED | Claimed: | $1,724.16 |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 9913
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $4,298,913.95 |
|---|---|---|

---

STATE OF NEVADA DEPT OF UNEMPLOYMENT,
TRAINING AND REHAB. EMPLOY. SECURITY DIV
ATTN: CATHY A. KOCH, TAX MANAGER
500 EAST THIRD STREET
CARSON CITY, NV 89713

Claim Number: 9914
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 3380

| PRIORITY | Claimed: | $791.83 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 9915<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $805.44 | | |
| UNSECURED | Claimed: | $4,748.65 | | |

| MJB APPRAISAL GROUP<br>7119 E SHEA BLVD # 109-154<br>SCOTTSDALE, AZ 85254 | Claim Number: 9916<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $11,000.00 | | |

| DIOCESAN PUBLICATIONS, INC<br>ATTN: CARL A. ARSULOWICZ<br>PO BOX 608105<br>ORLANDO, FL 32860-8105 | Claim Number: 9917<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $328.50 | | |

| VEGA, JANELLE<br>1715 N. WILKE RD.<br>ARLINGTON HEIGHTS, IL 60004 | Claim Number: 9918<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $25.00 | | |

| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | Claim Number: 9919<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $2,076.92  CONT |
| UNSECURED | Claimed: | $2,076.92 | | |

| MONROE COUNTY, FLORIDA<br>ATTN: DANISE D. HENRIQUEZ, TAX COLLECTOR<br>1200 TRUMAN AVENUE, SUITE 101<br>KEY WEST, FL 33040 | Claim Number: 9920<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | | | Scheduled: | $39.93  DISP CONT |
| SECURED | Claimed: | $214.10 | | |

| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | Claim Number: 9921<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $2,076.92 | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR3<br>INTERNAL REVENUE SERVICE<br>31 HOPIKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 9922<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| PRIORITY | Claimed: | $2,884,732.65 | Scheduled: | $852,227.00 DISP CONT |
| UNSECURED | Claimed: | $22,011.82 | | |

---

| CULLEN, JOHN V. TTEE O/T<br>CULLEN FAMILY TRUST DTD 1/29/92<br>841 STRATFORD ST.<br>PISMO BEACH, CA 93449-2446 | Claim Number: 9923<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $26,750.00 |

---

| FAGAN, JOSEPH J.<br>2434 GOLDEN OAKS DR.<br>GARLAND, TX 75044 | Claim Number: 9924<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,140.00 |

---

| WOLF, MICHAEL<br>936 NW BENT TREE DR.<br>LEES SUMMIT, MO 64081-1836 | Claim Number: 9925<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $69,367.00 |

---

| LEE COUNTY<br>CATHERINE M. CURTIS, TAX COLLECTOR<br>C/O LEGAL DEPARTMENT<br>POST OFFICE BOX 850<br>FORT MYERS, FL 33902-0280 | Claim Number: 9926<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,296.06   UNLIQ |

---

| SHADEN, EDDIE A.<br>4583 20TH AVE N<br>ST. PETERSBURG, FL 33713 | Claim Number: 9927<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $2,996.00 |

---

| STIFEL, NICOLAUS C/F<br>JOHN LEONARD<br>1566 EAST RANGE LINE RD.<br>GREENCASTLE, IN 46135 | Claim Number: 9928<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $15,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HOFFSTETTER, RAYMOND & MURIEL
8726 GLENWOOD
ST. LOUIS, MO 63126

Claim Number: 9929
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,000.00 |

---

BLIESE, DAVID
OPTOMETRIST
263 WEST PARK MALL
CAPE GIRARDEAU, MO 63703

Claim Number: 9930
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,428.00 |
| UNSECURED | Claimed: | $14,428.00 |
| TOTAL | Claimed: | $14,428.00 |

---

SEIWERT, HILBERT
3989 LOS ARABIS DR.
LAFAYETTE, CA 94549

Claim Number: 9931
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

YANG, YUDONG
5120 FAIRMONT ST.
VANCOUVER, BC V5R 3V3
CANADA

Claim Number: 9932
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,464.00 |

---

PAN-L-TEK OFFICE FURNITURE
ATTN: ROBERT W. HLAVON, OWNER
4220 PERIMETER DRIVE
COLUMBUS, OH 43228

Claim Number: 9933
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,551.25 |

---

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 9934
Claim Date: 02/05/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,230.51 |

---

STIER, DORENE E.
430 RIVERSIDE AVE
BEN LOMOND, CA 95005

Claim Number: 9935
Claim Date: 02/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,765.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CASMUS, CHARLES A. III<br>3105 HEMON RD<br>MONTGOMERY, AL 36106 | Claim Number: 9936<br>Claim Date: 02/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,064.00 |
|---|---|---|

| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 9937<br>Claim Date: 02/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8485 (01/08/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $54.63 | UNLIQ |

| DELMARVA POWER<br>ATTN D L COCHRAN<br>PEPCO HOLDINGS INC<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069 | Claim Number: 9938<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| PRIORITY | Claimed: | $2,831.47 |
|---|---|---|

| LOTZ, MARY B. (IRA)<br>117 DEHAVEN DR # 346<br>YONKERS, NY 10703 | Claim Number: 9939<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| PIPER, SARA LYNN - IRA<br>8308 N. TAHOE DR.<br>MUNCIE, IN 47303-9333 | Claim Number: 9940<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| IRISH, ROBERT<br>2924 BARRINGTON DR.<br>TOLEDO, OH 43606-3005 | Claim Number: 9941<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| BARBOSA, EMMA Y.<br>9280 BLU STEEL WAY<br>LORTON, VA 22079 | Claim Number: 9942<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $9,217.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| GAZETTE NEWSPAPERS<br>ATTN: EVELYN A. WILSON, CREDIT MGR<br>5225 E. 2ND ST<br>LONG BEACH, CA 90803 | Claim Number: 9943<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $2,340.00 |
|---|---|---|

| ROSENTHAL, PATRICIA &<br>6101 MARY ELLEN AVE<br>VALLEY GLEN, CA 914013152 | Claim Number: 9944<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $16,529.00 |
|---|---|---|

| SAWVEL, WILLIAM<br>9255 NEW CARLISLE PIKE<br>NEW CARLISLE, OH 45344-9267 | Claim Number: 9945<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $19,187.99 |
|---|---|---|

| BOB'S JANITORIAL SERVICE, INC.<br>137 TUCKER ST.<br>JACKSON, TN 38301 | Claim Number: 9946<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $45.00 |
|---|---|---|

| TUCK, KEITH<br>2208 BELLGATE CT.<br>MONTGOMERY, AL 36116 | Claim Number: 9947<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| SECURED | Claimed: | $9.99 |
|---|---|---|
| UNSECURED | Claimed: | $1,020.00 |

| CHRISTIANSEN, BARRY ALVIN<br>P.O. BOX 1030<br>CEBY CITY, 6000<br>PHILIPPINES | Claim Number: 9948<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,650.00 |
|---|---|---|

| DONNELLY APPRAISALS, INC.<br>ATTN: EUGENIA DONNELLY, PRESIDENT<br>PO BOX 3413<br>FREDERICK, MD 21705 | Claim Number: 9949<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,785.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,785.00 |
| TOTAL | Claimed: | $1,785.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>DENNIS DREBSKY<br>NIXON PEABODY LLP<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9950<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10276 (12/13/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| COHN, GOLDBERG & DEUTSCH, LLC<br>ATTN: STEPHEN N. GOLDBERG, ESQUIRE<br>600 BALTIMORE AVENUE, SUITE 208<br>BALTIMORE, MD 21204 | Claim Number: 9951<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $19,641.31 |
|---|---|---|

| COBB COUNTY TAX COMMISSIONER<br>MICHELE MCDUFFIE, TAX ADMINISTRATOR<br>P.O. BOX 649<br>MARIETTA, GA 30061-0649 | Claim Number: 9952<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ | Scheduled: | $1,062.58 DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $1,062.58 UNLIQ | | |

| MARINCA, DIANA<br>39316 STOCKTON LANE<br>WADSWORTH, IL 60083 | Claim Number: 9953<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $1,024.00 | Scheduled: | $1,024.00 CONT |
|---|---|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9954<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $116,324.59 |
|---|---|---|

| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 9955<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 9956<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 9957<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9958<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $120,867.09   UNLIQ |
|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9959<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) |
|---|---|

| UNSECURED | Claimed: | $205,390.50   UNLIQ |
|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9960<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $214,541.99   UNLIQ |
|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9961<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $71,747.72   UNLIQ |
|---|---|---|

| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | Claim Number: 9962<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $76,871.65   UNLIQ |
|---|---|---|

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN; MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 9963<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FAST APPRAISAL SERVICES<br>7310 E PASEO TAMPICO<br>ANAHEIM, CA 92808 | | Claim Number: 9964<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | | |

| JERDAN, JANICE<br>5112 BELLEFONTAINE DR.<br>ARLINGTON, TX 76017 | | Claim Number: 9965<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,552.00 | | |

| MCLEOD, SEAN<br>15740 LANDING CREEK LN<br>ROANOKE, TX 762624476 | | Claim Number: 9966<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $6,346.15  CONT |

| REHMS, JOHN & JANE<br>20108 N DAY MT SPOKANE<br>MEAD, WA 99021-7775 | | Claim Number: 9967<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $18,430.00 | | |

| COMUNIDADE NEWS<br>155 MAIN ST<br>DANBURY, CT 06810 | | Claim Number: 9968<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | |

| PIONEER MORTGAGE<br>ATTN: SEAN BAGHEBAN-REZVAN<br>2647 EMERALD BAY DRIVE<br>DAVIS, CA 95616 | | Claim Number: 9969<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,186.50 | | |

| SEIWERT, HILBERT<br>3989 LOS ARABIS DR.<br>LAFAYETTE, CA 94549 | | Claim Number: 9970<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 9971 Claim Date: 01/31/2008 Debtor: GREAT OAK ABSTRACT CORP Comments: EXPUNGED DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $237,037.95   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: TRUST ADMINISTRATION 1761 EAST ST. ANDREW PLACE SANTA ANA, CA 92705 | Claim Number: 9972 Claim Date: 02/15/2008 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: ALLOWED DOCKET: 10276 (12/13/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | | |

---

| HOMEGUIDE OF YOLO COUNTY P.O. BOX  8855 WOODLAND, CA 95776 | Claim Number: 9973 Claim Date: 02/15/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $210.00 |

---

| ARLINGTON INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON, TX 76094-430 | Claim Number: 9974 Claim Date: 02/19/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 8492 (01/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $417.45 |

---

| FORT WORTH INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 9975 Claim Date: 02/19/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 8492 (01/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $731.39 |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 9976 Claim Date: 02/19/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7233 (04/07/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $236.55   UNLIQ |

---

| KOERNER, ROBERT J. 2308 HURSTVIEW DRIVE HURST, TX 76054-2720 | Claim Number: 9977 Claim Date: 02/19/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,388.18 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BIRDSONG, OTIS
101 MARSEILLE DR
MAUMELLE, AR 72113

Claim Number: 9978
Claim Date: 02/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $3,000.00 | | |

---

SULLIVAN, ROBERT W
3066 125TH AVE NE
BELLEVUE, WA 98005

Claim Number: 9979
Claim Date: 02/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7945 (08/11/2009)

| PRIORITY | Claimed: | $23,643.25 | | |

---

BILODEAU, KIMBERLY R
334 MAUI DRIVE
PLACENTIA, CA 92870

Claim Number: 9980
Claim Date: 02/19/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,346.15 CONT |
| UNSECURED | Claimed: | $1,346.15 | | |

---

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

Claim Number: 9981
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $6.66 | | |

---

RISSMAN, RANDALL S.
132 CANNON CIRCLE
WOODSTOCK, NY 12498

Claim Number: 9982
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,244.45 | | |

---

PALMER, CHERYL A.
176 RUNYON RD
CEDARTOWN, GA 30125-5550

Claim Number: 9983
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 | | |

---

JIMENEZ ROBINSON, ANNA
9115 WEEPING HOLLOW AVE
LAS VEGAS, NV 89178-6231

Claim Number: 9984
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,044.42 | Scheduled: | $1,044.42 CONT |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HASTON, HAROLD MD<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 10250<br>GLENDALE, AZ 85318 | | Claim Number: 9985<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,325.00 | | |
| UNSECURED | Claimed: | $23,258.80 | | |
| TOTAL | Claimed: | $23,258.80 | | |

| JIMENEZ ROBINSON, ANNA<br>10290 ACHILPA<br>STREET<br>LAS VEGAS, NV 89178 | | Claim Number: 9986<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $842.31 | Scheduled: | $842.31  CONT |

| FLEMING, JOE A.<br>2909 BARCODY RD SE<br>HUNTSVILLE, AL 35801 | | Claim Number: 9987<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,710.00 | | |
| UNSECURED | Claimed: | $1,710.00 | | |
| TOTAL | Claimed: | $1,710.00 | | |

| VELASQUEZ, GLORIA A<br>1723 LITTLE RIVER DR.<br>SALINAS, CA 93906 | | Claim Number: 9988<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00  CONT |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | | Claim Number: 9989<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | | |
| UNSECURED | Claimed: | $350.00 | | |
| TOTAL | Claimed: | $350.00 | | |

| ANDERSON, JAMES F., JR.<br>25555 N. WINDY WALK DR. # 64<br>SCOTTSDALE, AZ 85255 | | Claim Number: 9990<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,387.47 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PIERCE, DALE<br>QUEST MORTGAGE<br>8921 VETERANS MEMORIAL PARKWAY<br>O'FALLON, MO 63366 | Claim Number: 9991<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | |
| PRIORITY | Claimed: | $9,500.00 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 9992<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |
| PRIORITY | Claimed: | $3,393.84 |
| UNSECURED | Claimed: | $26,215.04 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 9993<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | |
| UNSECURED | Claimed: | $319,915.53 |
| CENTRAL MORTGAGE COMPANY<br>KATHY H. VAN HOOK<br>801 JOHN BARROW RD., SUITE 1<br>LITTLE ROCK, AR 72205 | Claim Number: 9994<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED | Claimed: | $175.86 |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | Claim Number: 9995<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| SECURED | Claimed: | $11,088.00 |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | Claim Number: 9996<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| SECURED | Claimed: | $41,588.91 |
| MCALLEN ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 9997<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8485 (01/08/2010)<br>MAKE CHECKS PAYABLE TO: | |
| SECURED | Claimed: | $104.58   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SOUTH TEXAS COLLEGE<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 9998<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8593 (02/18/2010)<br>MAKE CHECKS PAYABLE TO: | |
| SECURED | Claimed: | $14.07   UNLIQ |
| SOUTH TEXAS ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 9999<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8593 (02/18/2010)<br>MAKE CHECKS PAYABLE TO: | |
| SECURED | Claimed: | $4.49   UNLIQ |
| CITY OF MCALLEN<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 10000<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8485 (01/08/2010)<br>MAKE CHECKS PAYABLE TO: | |
| SECURED | Claimed: | $38.48   UNLIQ |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 10001<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7931 (08/11/2009)<br>MAKE CHECKS PAYABLE TO: | |
| SECURED | Claimed: | $655.33   UNLIQ |
| FLORIDA TODAY<br>ATTN: SHARON SECORD, CREDIT MANAGER<br>PO BOX 331289<br>NASHVILLE, TN 37203 | Claim Number: 10002<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $2,364.00 |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10003<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED | Claimed: | $4,044.85   UNLIQ |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 10004<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED | Claimed: | $1,193.61   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PIERCE COUNTY BUDGET & FINANCE<br>ATTN: ALEN RICHARDSON, FIELD AGENT<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | Claim Number: 10005<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 3403 |
|---|---|

| SECURED | Claimed: | $771.01 |
|---|---|---|

---

| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | Claim Number: 10006<br>Claim Date: 02/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 2210 |
|---|---|

| PRIORITY | Claimed: | $617.20 |
|---|---|---|

---

| LORENZ, ERICH A.<br>15 BLENHEIM COURT<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 10007<br>Claim Date: 02/21/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $43,809.66 |
|---|---|---|

---

| LANCASTER TOWN<br>ATTN CHARITY BLANCHETTE, TAX COLLECTOR<br>25 MAIN ST<br>LANCASTER, NH 03584 | Claim Number: 10008<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $1,260.64 |

---

| SCHWEIZER, BRIAN T.<br>978 TARA OAKS DR<br>CHESTERFIELD, MO 630053654 | Claim Number: 10009<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,002.00 |
|---|---|---|

---

| FLATHER, NEWELL<br>334 OTIS STREET<br>W NEWTON, MA 02465-2547 | Claim Number: 10010<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $30,538.32 |
|---|---|---|

---

| LINGL, HERB<br>PO BOX 470455<br>SAN FRANCISCO, CA 94147 | Claim Number: 10011<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STINNETT, KEVIN AND/OR JULIE<br>6370 PEACOCK WAY<br>PILOT HILL, CA 95664 | Claim Number: 10012<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10207 (10/07/2011) |
|---|---|

| UNSECURED | Claimed: | $37,869.00 |
|---|---|---|

| DAVID, SUSAN<br>LAW OFFICE OF TIMOTHY G MCFARLIN<br>ATTORNEY-CLIENT TRUST ACCOUNT<br>4 PARK PLAZA, STE 1025<br>IRVINE, CA 92614 | Claim Number: 10013<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $1,778,000.00 |
|---|---|---|

| KAVANAGH, ERIN C<br>378 LEHMAN OUTLET RD<br>DALLAS, PA 186122647 | Claim Number: 10014<br>Claim Date: 03/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $1,265.38 | Scheduled: | $1,265.38  CONT |
|---|---|---|---|---|

| HELVESTON, PATRICK<br>1940 REINS RD<br>BEAUMONT, TX 77713 | Claim Number: 10015<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,478.75 |
|---|---|---|---|---|

| ORANGEBURG APPRAISAL SERVICES<br>PO BOX 146<br>ST MATTHEWS, SC 29135 | Claim Number: 10016<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $625.00 |
|---|---|---|

| CITY OF BROOKFIELD<br>ATTN ROSEMARIE ROSSBACH, DEP. TREASURER<br>2000 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 | Claim Number: 10017<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $1,293.08 |
|---|---|---|

| MCMAHON, JOSEPH R., III<br>110 RIDGELAKE DRIVE<br>METAIRIE, LA 70001 | Claim Number: 10018<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $3,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | Claim Number: 10019<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10059 (06/20/2011) |
|---|---|

| PRIORITY | Claimed: | $18,721.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,320.25 |

---

| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10020<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10092 (07/18/2011)<br>Amends claim number 9057 |
|---|---|

| UNSECURED | Claimed: | $4,448,159.22 |
|---|---|---|

---

| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10021<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10092 (07/18/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $4,083,159.22   UNLIQ |

---

| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | Claim Number: 10022<br>Claim Date: 03/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

---

| VERDOLINO, JOHN<br>36 47TH ST<br>ISLIP, NY 11751 | Claim Number: 10023<br>Claim Date: 03/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $15,384.62 |
|---|---|---|
| TOTAL | Claimed: | $10,950.00 |

---

| STARR, VINCENT M.<br>100 RIDGE ROAD<br>DELTA, PA 17314 | Claim Number: 10024<br>Claim Date: 03/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,983.12 |
|---|---|---|

---

| WELLS, EARL C<br>515 ORCHARD LANE<br>FINDLAY, OH 45840 | Claim Number: 10025<br>Claim Date: 03/06/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DUKOW, ALBERT N.
15451 VENTURA BOULEVARD, #324
SHERMAN OAKS, CA 91403-3014

Claim Number: 10026
Claim Date: 03/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,298.47 |

LAROSA, VICTOR P
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

Claim Number: 10027
Claim Date: 03/06/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,031.00 |

MENNITI, JOHN C
505 CHERRY AVENUE
OREGON CITY, OR 97045

Claim Number: 10028
Claim Date: 03/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10029
Claim Date: 02/27/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,044.85 |

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 10030
Claim Date: 03/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED

| | | |
|---|---|---|
| TOTAL | Claimed: | $0.00 |

EMPLOYMENT SECURITY DEPARTMENT
UI TAX AND WAGE ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046

Claim Number: 10031
Claim Date: 02/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9028 (07/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,593.59 |
| UNSECURED | Claimed: | $1,724.16 |

KESHINOVER, JASON
2245 3RD ST
EAST MEADOW, NY 11554

Claim Number: 10032
Claim Date: 02/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,000.00 |
| UNSECURED | Claimed: | $3,000.00 |
| TOTAL | Claimed: | $3,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.
RECOVERY DEPT.
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 10033
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| UNSECURED | | $126,299.21 |

---

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 10034
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,047.59 |
| UNSECURED | Claimed: | $11,304.44 |

---

RIVER PARK EXECUTIVE SUITES
C/O WILLIAM E WINFIELD
NORDMAN CORMANY HAIR & COMPTON LLP
1000 TOWN CENTER DRIVE, 6TH FLOOR
OXNARD, CA 93036

Claim Number: 10035
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $744.00 | | |
| UNSECURED | Claimed: | $80,662.00 | Scheduled: | $128.23 |

---

ROTHBERG LOGAN & WARSCO LLP
ATTN SUSAN E TRENT
PO BOX 11647
FORT WAYNE, IN 46859-1647

Claim Number: 10036
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,961.89 |

---

RAINBOW CORPORATE CENTER LP
ATTN KEVIN R HANSEN, ESQ.
C/O WILDE HANSEN, LLP
208 S JONES BLVD
LAS VEGAS, NV 89107

Claim Number: 10037
Claim Date: 03/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,236.69 |

---

LGS PROPERTIES, LLC
2231 SW WANAMAKER RD
TOPEKA, KS 66614

Claim Number: 10038
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,800.00 | | |
| UNSECURED | Claimed: | $16,800.00 | Scheduled: | $2,712.50 |

---

SUMMERLIN WEST COMMUNITY ASSOC
1000 WEST CHARLESTON BLVD
STE 170
LAS VEGAS, NV 89135

Claim Number: 10039
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $288.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| REALTY ASSOCIATES FUND VIII, L.P., THE | Claim Number: 10040 |
| C/O JEFFREY D. HUPERT, ESQ. | Claim Date: 12/21/2007 |
| 30 NORTH LASALLE STREET, SUITE 2630 | Debtor: AMERICAN HOME MORTGAGE CORP |
| CHICAGO, IL 60602 | Comments: DOCKET: 7234 (04/07/2009) |

| SECURED | Claimed: | $8,092.00 |
| UNSECURED | Claimed: | $56,933.00 |

---

| OHIO DEPARTMENT OF TAXATION | Claim Number: 10041 |
| ATTORNEY GENERAL, COLLECTION ENFORCEMENT | Claim Date: 12/26/2007 |
| 150 E. GAY STREET, 21ST FLOOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| COLUMBUS, OH 43215 | Comments: EXPUNGED |
| | DOCKET: 7233 (04/07/2009) |

| PRIORITY | Claimed: | $264,403.27 |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE | Claim Number: 10042 |
| BANKRUPTCY SECTION | Claim Date: 01/02/2008 |
| PO BOX 5300 | Debtor: AMERICAN HOME MORTGAGE CORP |
| ALBANY, NY 12205-0300 | Comments: EXPUNGED |
| | DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $1,039.95   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE | Claim Number: 10043 |
| BANKRUPTCY SECTION | Claim Date: 01/02/2008 |
| PO BOX 5300 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ALBANY, NY 12205-0300 | Comments: EXPUNGED |
| | DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $1,039.95   UNLIQ |

---

| DANIELS, ANGELA | Claim Number: 10044 |
| 1801 EGG HARBOUR RD # 406 | Claim Date: 01/04/2008 |
| LINDENWOLD, NJ 08021 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 7584 (06/30/2009) |

| PRIORITY | Claimed: | $395.00 |
| UNSECURED | Claimed: | $395.00 |
| TOTAL | Claimed: | $395.00 |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE | Claim Number: 10045 |
| BANKRUPTCY SECTION | Claim Date: 03/03/2008 |
| PO BOX 5300 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ALBANY, NY 12205-0300 | Comments: EXPUNGED |
| | DOCKET: 4526 (06/11/2008) |

| PRIORITY | Claimed: | $8,595,748.00   UNLIQ |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE | Claim Number: 10046 |
| BANKRUPTCY SECTION | Claim Date: 03/07/2008 |
| PO BOX 5300 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ALBANY, NY 12205-0300 | Comments: EXPUNGED |
| | DOCKET: 7505 (06/05/2009) |

| PRIORITY | Claimed: | $4,297,874.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MOODY'S INVESTORS SERVICE, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE/ PAMELA BOSSWICK
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 10047
Claim Date: 03/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10216 (10/25/2011)

| UNSECURED | Claimed: | $25,653.00 |
|---|---|---|

---

MOODY'S WALL STREET ANALYTICS, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE / PAMELA BOSSWICK
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 10048
Claim Date: 03/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10216 (10/25/2011)

| UNSECURED | Claimed: | $48,971.18 |
|---|---|---|

---

MORRIS, SUSAN L
20 SKYLINE DRIVE
WEST HAVEN, CT 06516

Claim Number: 10049
Claim Date: 03/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $33,000.00 |
|---|---|---|

---

SUMMERS, MATTHEW
208 TIMBERFIELD TRAIL
CHINA GROVE, NC 28023

Claim Number: 10050
Claim Date: 03/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $38,000.00 |

---

HEILPERN, PATRICIA D
1575 EAST PARKWAY AVENUE
SALT LAKE CITY, UT 84106

Claim Number: 10051
Claim Date: 03/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

WILHITE, WES D.
3400 WHITE OAK DRIVE
COTTONWOOD, CA 96022

Claim Number: 10052
Claim Date: 03/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

BOWEN, BOBBIE
119 SHADY BEND
LUFKIN, TX 75901

Claim Number: 10053
Claim Date: 03/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,118.23 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PEELE, TIM ROGER<br>1150 HUNGRYNECK BLVD #C-156<br>MT PLEASANT, SC 29464-3484 | Claim Number: 10054<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $100,000.00  UNLIQ |
|---|---|---|

---

| CRAWFORD, GARY<br>9 SHERWOOD CRESCENT<br>DIX HILLS, NY 11746 | Claim Number: 10055<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

| MCGLOTHAN, JERRY W<br>10 ACKERMAN CT<br>STEVENSVILLE, MD 21666-2267 | Claim Number: 10056<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $2,784.00 |
|---|---|---|

---

| PATES, HUGH D.<br>10852 LAMENTIN COURT<br>SAN DIEGO, CA 92124 | Claim Number: 10057<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,435.69 |

---

| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>208 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | Claim Number: 10058<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $2,795.00 |
|---|---|---|

---

| VERIZON<br>ATTN BANKRUPTCY DEPARTMENT<br>3900 WASHINGTON ST<br>WILMINGTON, DE 19802 | Claim Number: 10059<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| UNSECURED | Claimed: | $22,590.55 |
|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 10060<br>Claim Date: 03/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,555.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HIGGINS, CHARLES L.
65 EAST H STREET
ENCINITAS, CA 92024

Claim Number: 10061
Claim Date: 03/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| SECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10062
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 8485 (01/08/2010)

PRIORITY                                            Scheduled:        $108,722.09  DISP CONT

| SECURED | Claimed: | $1,693.50 |
| --- | --- | --- |

---

WHEELER, PETER M
7335 BROOKVIEW, UNIT 303
ELKRIDGE, MD 21075

Claim Number: 10063
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| SECURED | Claimed: | $4,000.00 |
| --- | --- | --- |

---

JENKINS, PATRICIA
246 SHEPARD AVE
EAST ORANGE, NJ 07018

Claim Number: 10064
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10208 (10/07/2011)

| SECURED | Claimed: | $0.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289,000.00 |

---

ROMANO, DAVID M.
10 WOODLAND DRIVE
WEST WARWICK, RI 02893

Claim Number: 10065
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $31,500.00 |
| --- | --- | --- |

---

LAWRENCE, RICHARD P
6154 105TH AVE
PINEALLAS PARK, FL 337822526

Claim Number: 10066
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| SECURED | Claimed: | $7,817.17 |
| --- | --- | --- |

---

LILLEY, MAXIE
2070 FM 357
CORRIGAN, TX 75939

Claim Number: 10067
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| SECURED | Claimed: | $14,529.17 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KLINE, BRUCE A<br>PO BOX 6617<br>PAHRUMP, NV 890416617 | Claim Number: 10068<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED            Claimed: | $777.33 |

| VOHSEN, RONALD & CONSTANCE<br>521 ROLLINGHILLS DR<br>ST CHARLES, MO 63304 | Claim Number: 10069<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| VOHSEN, RONALD & CONSTANCE<br>521 ROLLINGHILLS DR<br>ST CHARLES, MO 63304 | Claim Number: 10070<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| BOYD, CLARA & WILLIAM<br>1245 HIGHLAND CIRCLE DR<br>WENTZVILLE, MO 63385 | Claim Number: 10071<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| WEISS, SHIRLEY ANN<br>722 WAYFIELD DRIVE<br>ST LOUIS, MO 63132 | Claim Number: 10072<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| WEISS, SHIRLEY ANN<br>722 WAYFIELD DRIVE<br>ST LOUIS, MO 63132 | Claim Number: 10073<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

| BUKHSHTABER, BORIS<br>262 WOODBOURNE<br>ST LOUIS, MO 63105 | Claim Number: 10074<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00    UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

WHEELER, BYFORD
212 PARK ROAD
IOWA CITY, IA 52246

Claim Number: 10075
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

CLAUSS, HELMUT
KLOSTERBUSCH 22
MUENSTER, 48167
GERMANY

Claim Number: 10076
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SOLOMON, MICHAEL R.
PO BOX 21210
WICKENBURG, AZ 85390

Claim Number: 10077
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SOLOMON, MICHAEL R.
PO BOX 21210
WICKENBURG, AZ 85390

Claim Number: 10078
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SOLOMON, MICHAEL R.
PO BOX 21210
WICKENBURG, AZ 85390

Claim Number: 10079
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SOLOMON, MICHAEL R.
PO BOX 21210
WICKENBURG, AZ 85390

Claim Number: 10080
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

MCCARTHY, JOHN
4610 PERSHING PLACE
SAINT LOUIS, MO 63108

Claim Number: 10081
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LUEPKE, KATHLEEN
5405 HEATHERBLUFF CT
SAINT LOUIS, MO 63128

Claim Number: 10082
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

HEIDBRINK, WILLIAM & CATHERINE
359 BLUFF VIEW CIRCLE
SAINT LOUIS, MO 63129

Claim Number: 10083
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

WALLACH, JOHN
100 S BRENTWOOD BLVD
STE 300
ST LOUIS, MO 63105

Claim Number: 10084
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

WALLACH, JOHN
100 S BRENTWOOD BLVD
STE 300
ST LOUIS, MO 63105

Claim Number: 10085
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

HARRIS, STEPHEN
9560 LITZSINGER
LADUE, MO 63124

Claim Number: 10086
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

BRYAN, WILLIAM
PO BOX 11664
CLAYTON, MO 63105

Claim Number: 10087
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

SHEPHERD, CHARLES MM
222 S CENTRAL AVE
STE 804
ST LOUIS, MO 63105

Claim Number: 10088
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

SHEPHERD, CHARLES MM
222 S CENTRAL AVE
STE 804
ST LOUIS, MO 63105

Claim Number: 10089
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

LEVY, SARAH
4660 ROTHERHAVEN WAY
SAN JOSE, CA 95111

Claim Number: 10090
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $665,000.00 |

---

GAVIDIA, JOHN R. AND
GAVIDIA-ARVINO, ANA M.
1149 BIRD AVENUE # 4
SAN JOSE, CA 95125

Claim Number: 10091
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

LAMA, CHOG TSERING
2712 W PORTER AVE APT 10
FULLERTON, CA 92833-3546

Claim Number: 10092
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,538.24 |
| SECURED | Claimed: | $254,400.00 |

---

MONTES, JORGE L
14362 SW 172 LANE
MIAMI, FL 33177

Claim Number: 10093
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $50,000.00 |
| TOTAL | Claimed: | $45,049.45 |

---

HORRACH, MARISOL
1198 ROYAL GLEN DRIVE #312B
GLEN ELLYN, IL 60137

Claim Number: 10094
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $21,299.25 |

---

KOHLBERG, JEFFREY M.
2750 COMMONS DR UNIT 207
GLENVIEW, IL 60026-7814

Claim Number: 10095
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MCGILL, WAYNE T.
8300 FAWN MEADOW AVENUE
LAS VEGAS, NV 89149

Claim Number: 10096
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $77,000.00 |

---

J.MEULENERS, DAVID
835 MERGANSER AVENUE
WINSTED, MN 55395

Claim Number: 10097
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $169,900.00 |

---

BOLGER, JOHN M.
2462 WATERBURY LANE
BUFFALO GROVE, IL 60089

Claim Number: 10098
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $102,600.00 |

---

MURPHY, JEROMY D.
6585 E. LINCOLN WAY
COLUMBIA CITY, IN 46725

Claim Number: 10099
Claim Date: 03/13/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10087 (07/15/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,702.84 |

---

BORISHKEVICH, ALEKSANDR
37819 21ST COURT SOUTH
FEDERAL WAY, WA 98003

Claim Number: 10100
Claim Date: 03/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $34,500.00 |

---

COOK, RUSSELL W.
7501 TULE SPRINGS RD STE 100
LAS VEGAS, NV 891316149

Claim Number: 10101
Claim Date: 03/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6178 (10/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00 |
| SECURED | Claimed: | $203,000.00 |
| UNSECURED | Claimed: | $88,000.00 |
| TOTAL | Claimed: | $291,000.00 |

---

AT&T ADVERTISING & PUBLISHING
ATTN BEVERLY HARRIS BK REP 942983869
101 SPEAR STREET RM 534
SAN FRANCISCO, CA 94105

Claim Number: 10102
Claim Date: 03/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,043.53 | Scheduled: | $902.82 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MERZBACK, WILLIAM R & LARRISA<br>3565 WONDER VIEW DR<br>LOS ANGELES, CA 90068-1537 | Claim Number: 10103<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SAMSON, LINDA<br>9231 NORTH 47TH DRIVE<br>GLENDALE, AZ 85302 | Claim Number: 10104<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $3,041.89 |
|---|---|---|

| MCDONALD, KEVIN A.<br>2604 12TH ST SW<br>ALTOONA, IA 50009 | Claim Number: 10105<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| UNSECURED | Claimed: | $67,412.04 |
|---|---|---|

| MEDINA APPRAISAL COMPANY<br>ATTN TOM WAYNE, OWNER<br>740 MARKS RD<br>VALLEY CITY, OH 442809775 | Claim Number: 10106<br>Claim Date: 03/17/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| DELBARBA, JOHN P.<br>302 LITTLE QUARRY ROAD<br>GAITHERBURG, MD 20878 | Claim Number: 10107<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
|---|---|

| PRIORITY | Claimed: | $521,000.00 |
|---|---|---|
| SECURED | Claimed: | $115,000.00 |
| UNSECURED | Claimed: | $508,800.00 |
| TOTAL | Claimed: | $636,000.00 |

| HALL, MONICA M<br>1000 NORTH LAKE SHORE DR., #1005<br>CHICAGO, IL 60611 | Claim Number: 10108<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $630.00 |
|---|---|---|

| KENDRICK, ROBERT<br>26012 MISTY WAY DR<br>FORT MILL, SC 29708 | Claim Number: 10109<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
|---|---|

| PRIORITY | Claimed: | $80,000.00 |
|---|---|---|
| SECURED | Claimed: | $216,710.60 |
| TOTAL | Claimed: | $216,710.60 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BIRD, VONNIE R.<br>9901 EAST EVANS AVENUE #25A<br>DENVER, CO 80247 | | Claim Number: 10110<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |

| LIANG, MATTHEW<br>1797 KANAPUU DR<br>KAILUA, HI 96734 | | Claim Number: 10111<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7394 (05/15/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $134,000.00 | |

| LAUER, MICHELLE M<br>14586 W CATALINA DR<br>GOODYEAR, AZ 853958342 | | Claim Number: 10112<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $6.00 | |

| RIZON, MARY<br>5411 PASO DEL RIO COURT<br>CONCORD, CA 94521 | | Claim Number: 10113<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 10114<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $1,160.03 | |

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 10115<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 27 | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $3,540.06  DISP CONT |
| SECURED | Claimed: | $1,225.78 | |

| BANK OF NEW YORK, THE<br>AS INDENTURE TRUSTEE<br>ATTN MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | | Claim Number: 10116<br>Claim Date: 03/18/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BANK OF NEW YORK, THE
IN VARIOUS CAPACITIES
ATTN MARTIN FEIG
101 BARCLAY STREET, 8W
NEW YORK, NY 10286

Claim Number: 10117
Claim Date: 03/18/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 8298 (11/13/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 |

---

VERIZON, INC
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 10118
Claim Date: 03/18/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $25,100.23 |

---

DEPARTMENT OF THE TREASURY - IRS
RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Claim Number: 10119
Claim Date: 03/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments:
Replaces claim number 1369

| | Claimed: | |
|---|---|---|
| PRIORITY | | $879,550.61 |
| UNSECURED | | $22,011.82 |

---

MCROBERTS, MICHAEL A
159 DEL MONTE LANE
MORGAN HILL, CA 95037

Claim Number: 10120
Claim Date: 03/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $6,685.02 |

---

CONSTANTINE, THOMAS
21 SEVENTH AVE.
WESTWOOD, NJ 07675

Claim Number: 10121
Claim Date: 03/20/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,289.60 |

---

SPENCER, SHARON R
300 W 135TH ST
NEW YORK, NY 10030

Claim Number: 10122
Claim Date: 03/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,146.15 | | $2,146.15 CONT |

---

BUSACCA, DARLENE
834 MOWAT CIRCLE
HAMILTON, NJ 08690

Claim Number: 10123
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $65,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

MOSER, JASON L
PO BOX 31162
MESA, AZ 85275-1162

Claim Number: 10124
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

---

PANSBY, NEIL M.
2378 VISTA DEL LAGO DR
VALLEY SPGS, CA 95252-9380

Claim Number: 10125
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

---

CRAIG, MELISSA N
1522 CARRIAGE DRIVE
EATON, CO 80615

Claim Number: 10126
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $27,000.00 | |

---

EMC CORPORATION
ATTN PHYLLIS A HAYES, RMS, AGENT
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 10127
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10120 (08/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $233,195.90 | | |
| UNSECURED | Claimed: | $29,645.89 | Scheduled: | $212,761.31 |

---

C&H PROPERTIES LLC
ATTN: CHRIS CANTY, PRINCIPAL
318A GUILBEAU RD
LAFAYETTE, LA 70506

Claim Number: 10128
Claim Date: 03/21/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $35,841.63 | |

---

CITY OF LAS VEGAS
PHILIP R. BYRNES, DEPUTY CITY ATTORNEY
400 STEWART AVENUE, NINTH FLOOR
LAS VEGAS, NV 89101

Claim Number: 10129
Claim Date: 03/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $251.07 | |

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 10130
Claim Date: 03/24/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,189.07 | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HUGGINS, MICHELLE<br>1025 HILLBROOK LN<br>NEWBERRY, SC 29108-7806 | Claim Number: 10131<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ZYLSTRA, JERRY J<br>247 GOLD PAN WAY<br>DAYTON, NV 89403 | Claim Number: 10132<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $330,000.00   UNLIQ |
|---|---|---|

| DEUTSCH, GWEN<br>WARREN S. DANK<br>FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | Claim Number: 10133<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $355,000.00 |
|---|---|---|

| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | Claim Number: 10134<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| SECURED | Claimed: | $60,000.00 |
|---|---|---|

| THRASHER, GARY A.<br>10492 EAST ONEIL ROAD<br>HEREFORD, AZ 85615 | Claim Number: 10135<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JORDAN, WILLIAM K. JR. & JEAN B<br>TEN COM<br>119 MOBLEY HWY<br>WINNSBORO, SC 29180-8103 | Claim Number: 10136<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $12,676.14 |
|---|---|---|
| UNSECURED | Claimed: | $12,676.14 |
| TOTAL | Claimed: | $12,676.14 |

| HYATT, ROBERT<br>1215 W. CHERRYWOOD CT.<br>SPOKANE, WA 99218 | Claim Number: 10137<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $5,521.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MARSHALL, RICHMOND KYLE<br>7995 HOLLY COURT<br>DENVER, NC 28037 | | Claim Number: 10138<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $137,000.00 |
| UNSECURED | Claimed: | $466.19 |

| | | |
|---|---|---|
| HOFFMAN, DANIEL F.<br>2456 GREENRIDGE DRIVE<br>MEDFORD, OR 97504 | | Claim Number: 10139<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) |
| SECURED | Claimed: | $279,634.90 |

| | | |
|---|---|---|
| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA<br>AND LISE<br>C/O STEPHEN H. FINKESLTEIN, ESQ.<br>369 LEXINGTON AVE RM 1201<br>NEW YORK, NY 10017-6527 | | Claim Number: 10140<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $436,625.00 |

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10141<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $21,179.37 |

| | | |
|---|---|---|
| PHIPPS, PATRICIA A.<br>10608 CHAMPION LAKE TRL<br>TOMBALL, TX 77375 | | Claim Number: 10142<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $7,598.16 |

| | | | | |
|---|---|---|---|---|
| KING COUNTY, WASHINGTON<br>KING COUNTY<br>LINDA CRANE NELSEN<br>500 FOURTH AVE.<br>SEATTLE, WA 98104 - 15 | | Claim Number: 10143<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | |
| PRIORITY | | | Scheduled: | $991.18 DISP CONT |
| SECURED | Claimed: | $1,704.84 | | |

| | | |
|---|---|---|
| THALER, BILLY JR.<br>14502 SPUR LN.<br>WALLER, TX 77484 | | Claim Number: 10144<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $60,877.99 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STAMPS, MARK E.<br>224 SIDNEY STREET<br>BECKLEY, WV 25801 | | Claim Number: 10145<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| COLE, BECKY A.<br>531 SID ROAD<br>UNION CITY, MI 49094 | | Claim Number: 10146<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $100.04 |
| SPOONER, MICHELLE L.<br>1743 CARMEL DRIVE #21<br>WALNUT CREEK, CA 94596 | | Claim Number: 10147<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $321,388.00 |
| SEO, JEONG JA<br>6379-D SMITHY SQUARE<br>GLEN BURNIE, MD 21060 | | Claim Number: 10148<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED | Claimed: | $32,000.00 |
| LORBEER, VIRGINIA L.<br>14084 EAST HAMPDEN PLACE<br>AURORA, CO 80014 | | Claim Number: 10149<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $333,488.61 |
| WEYRAUCH, STEPHEN<br>10535 EAST BETONY DR<br>SCOTTDALE, AZ 85255 | | Claim Number: 10150<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| WAKE COUNTY TAX COLLECTOR<br>421 FAYETTEVILLE STREET MALL STE 200<br>RALEIGH, NC 276011450 | | Claim Number: 10151<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $2,037.76 |
| UNSECURED | Claimed: | $858.75 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ARDEN REALTY LIMITED PARTNERSHIP<br>C/O MCGUIREWOODS LLP<br>ATTN: SUSAN GERMAISE<br>1800 CENTURY PARK EAST, 8TH FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 10152<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $141,823.56 |
|---|---|---|

| HOLMES, CORLIS ALFREDA<br>2000 ALICE AVENUE #202<br>OXON HILL, MD 20745 | Claim Number: 10153<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $196,000.00 |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER - ECKERT SEAMANS<br>TWO LIBERTY PLACE<br>50 SO. 16TH STREET, 22ND FLOOR<br>SCHAUMBURG, IL 60196 | Claim Number: 10154<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $1,030.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| BLUE BEAR PROPERTIES, LP, A TEXAS<br>LIMITED PARTNERSHIP<br>ATTN: DAVID S. GRAGG, ATTORNEY<br>1402 CHESTNUT GROVE LANE<br>KINGWOOD, TX 77345 | Claim Number: 10155<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $67,899.44 |
|---|---|---|

| KENNEDY, MARK O.<br>202 WARREN STREET<br>MOUNT VERNON, WA 98273 | Claim Number: 10156<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $105,000.00 |
|---|---|---|

| KALERT, BYRAN R & KATHLEEN<br>67 PASADENA DRIVE<br>FAIRVIEW HEIGHTS, IL 62208 | Claim Number: 10157<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| SECURED | Claimed: | $115.00 |
|---|---|---|
| UNSECURED | Claimed: | $685.00 |

| W2007 SEATTLE OFFICE BELLEFIED<br>OFFICE PARK REALTY, LLC<br>C/O SHAWN B. REDIGER - WILLIAMS KASTNER<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | Claim Number: 10158<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7588 (07/01/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,259.93 |
|---|---|---|
| UNSECURED | Claimed: | $112,416.44 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CLARK COUNTY ASSESSOR<br>M.W. SCHOFIELD<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | | Claim Number: 10159<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $1,219.90 |
| ABTAHI, ESMAIL<br>5425 CONCORD BLVD APT G7<br>CONCORD, CA 94521-2464 | | Claim Number: 10160<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $99.00 |
| WESTRIDGE II AND III, L.L.C.<br>(F/K/A WEST PROPERTIES II & III, L.P.)<br>JERRY SHARPE - BELIN LAW FIRM<br>666 WALNUT STREET SUITE 2000<br>DES MOINES, IA 50309-3989 | | Claim Number: 10161<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
| UNSECURED | Claimed: | $133,747.63 |
| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | | Claim Number: 10162<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $139,415.64   UNLIQ |
| HEINLEN, KENT MICHAEL<br>6699 ELK CREEK RD<br>MIDDLETOWN, OH 45044 | | Claim Number: 10163<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) |
| SECURED | Claimed: | $10,000.00 |
| NACCI, JAMES C.<br>3002 COUNTY ROAD 7<br>DILLONVALE, OH 43917 | | Claim Number: 10164<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $7,572.68 |
| IBARRA, GLORIA T.<br>18915 108TH LANE SOUTHEAST<br>RENTON, WA 98055 | | Claim Number: 10165<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| NOR CAL APPRAISERS<br>GARY LEV<br>6544 SUTTON CT<br>OAKDALE, CA 95361-9414 | Claim Number: 10166<br>Claim Date: 03/31/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $1,400.00 |

---

| ZWEIG, JOSEPH S.<br>2435 SPYGLASS CT<br>RIVERWOODS, IL 60015 | Claim Number: 10167<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $600.00 |

---

| CULPEPER COUNTY<br>P.O. BOX 1447<br>CULPEPER, VA 22701 | Claim Number: 10168<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |

| SECURED | Claimed: | $1,728.16 |

---

| HEUSER, RICHARD<br>815 SW PENNOYER ST<br>PORTLAND, OR 972394401 | Claim Number: 10169<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| SECURED | Claimed: | $495,000.00 |

---

| PERRY, MELVIN<br>7 TRADITIONS COURT<br>COLUMBIA, SC 29229 | Claim Number: 10170<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |

| SECURED | Claimed: | $218,089.00 |

---

| CRUZ, ROBERT C.<br>18266 SW FALLATIN LOOP<br>BEAVERTON, OR 97007-5755 | Claim Number: 10171<br>Claim Date: 04/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |

| SECURED | Claimed: | $628,499.98 |

---

| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 10172<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |

| SECURED | Claimed: | $1,003.75 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10173<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,262.18 |

---

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP.<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10174<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,507.99 |

---

| | | |
|---|---|---|
| DIPIETRO, ANTHONY<br>18 PLEASANT PLACE<br>TUCKAHOE, NY 10707 | | Claim Number: 10175<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

---

| | | |
|---|---|---|
| WISE, YVONNE<br>PO BOX 72<br>MALAKOFF, TX 75148 | | Claim Number: 10176<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $22,232.26 |
| SECURED | Claimed: | $7,232.62 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $22,232.26 |

---

| | | |
|---|---|---|
| LERETSIS, MARY-MARGARET<br>16245 CATENARY DRIVE<br>WOODBRIDGE, VA 22191 | | Claim Number: 10177<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| JANABAJAL, JAY & JOYCE<br>10820 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | | Claim Number: 10178<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MEHAS, GUSTAVO J.<br>5610 W MERCER WAY<br>MERCER ISLAND, WA 980404841 | | Claim Number: 10179<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25.25 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| BELCHER, LOREATHA<br>6073 CAPRICE DRIVE<br>JACKSONVILLE, FL 32244 | Claim Number: 10180<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $25,500.00 |
|---|---|---|

| SIMS, DARNELL O. & VEDA T.<br>307 OAK ST<br>BURKEVILLE, VA 23922 | Claim Number: 10181<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $114,654.72 |
|---|---|---|

| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | Claim Number: 10182<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | Claim Number: 10183<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| MCCUISTION, ROBIN E.<br>6827 SE GOVE ST.<br>SNOQUALMIE, WA 98065 | Claim Number: 10184<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| SECURED | Claimed: | $252,930.68 |
|---|---|---|

| HUSTON, JAMES R.<br>PO BOX 105<br>GLENVIEW, IL 60025 | Claim Number: 10185<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $85,470.24 |
|---|---|---|

| SMITH, DOUG<br>4 AMWELL ROAD<br>RINGOES, NJ 08551 | Claim Number: 10186<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| SECURED | Claimed: | $117,111.06 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ST JOSEPH COUNTY, INDIANA
ST. JOSEPH COUNTY TREASURER
P.O. BOX 4758
SOUTH BEND, IN 46634

Claim Number: 10187
Claim Date: 04/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,383.60 | Scheduled: | $0.00 UNDET |
| UNSECURED | Claimed: | $59.60 | | |

---

A.SWIND, SCOTT
16751 MIDSUMMER LN
SPRING HILL, FL 34610-9015

Claim Number: 10188
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $37,622.04 |

---

RICHMOND, CHARLES
POB 751344
LAS VEGAS, NV 89136

Claim Number: 10189
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $200,000.00 |

---

YEE, TODD
234 RIDGECREST DRIVE
KLAMATH FALLS, OR 97601

Claim Number: 10190
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)
APPEND

| | | |
|---|---|---|
| SECURED | Claimed: | $1,175.00 |

---

APPRAISAL NETWORK OF MICHIGAN, INC.
2418 E. GRAND RIVER
HOWELL, MI 48843

Claim Number: 10191
Claim Date: 04/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $330.00 |

---

NELSON, LAURA
157 SHELTER ROCK RD #49
DANBURY, CT 06810

Claim Number: 10192
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $25,188.00 |

---

KOONS, KEVIN L.
3609 CUMMINGS WAY
N HIGHLANDS, CA 95660-3326

Claim Number: 10193
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $673,400.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DABRIEO, EDWARD R.
20 BIRCHWOOD
SPRINGVALE, ME 40831937

Claim Number: 10194
Claim Date: 04/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 9255 (09/24/2010)

| UNSECURED | Claimed: | $6,407.20 |
|---|---|---|

---

GOODMAN, CAREN
177 WASHINGTON STREET
GOLDEN, CO 80403

Claim Number: 10195
Claim Date: 04/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $6,958.89 |
|---|---|---|

---

PATEL, JYOTHI
2576 WARM SPRINGS LANE
NAPERVILLE, IL 60564

Claim Number: 10196
Claim Date: 04/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

---

DIXON, BRENDA S.
PO BOX 1932
SIERRA VISTA, AZ 85636

Claim Number: 10197
Claim Date: 04/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6702 (12/11/2008)

| PRIORITY | Claimed: | $2,096.26 |
|---|---|---|
| SECURED | Claimed: | $285,600.00 |
| UNSECURED | Claimed: | $327.83 |

---

CLERMONT COUNTY, OHIO
MR. J. ROBERT TRUE, TREASURER
101 E. MAIN ST.
BATAVIA, OH 45103

Claim Number: 10198
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9993 (05/09/2011)

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

ROELLER, SHARLINE C
7730 COAST JAY ST
NORTH LAS VEGAS, NV 89084

Claim Number: 10199
Claim Date: 04/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,611.20 | Scheduled: | $1,611.20 CONT |
|---|---|---|---|---|

---

SHEPHERD, CLARENCE L
PO BOX 28731
BELLINGHAM, WA 98228

Claim Number: 10200
Claim Date: 04/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| SOTO-MENESES, ANABELL<br>141-10 82 DR # 238<br>JAMAICA, NY 11435 | Claim Number: 10201<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $76,424.63 |
|---|---|---|
| UNSECURED | Claimed: | $14,040.00 |

| NICHOLS, KEVIN<br>8107 W CARLOTA LN<br>PEORIA, AZ 853832197 | Claim Number: 10202<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ROGNLIE, SUSAN<br>6847 FARRALONE AVENUE<br>LOS ANGELES, CA 91303 | Claim Number: 10203<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $60,000.00   UNLIQ |
|---|---|---|

| CLARK, DAVID R.<br>2121 DYAN WAY<br>MAITLAND, FL 32751 | Claim Number: 10204<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $117,434.10 |
|---|---|---|

| DIEPHOLZ, BRADLEY & KAREN<br>7047 E GREENWAY PKWY STE 140<br>SCOTTSDALE, AZ 852548109 | Claim Number: 10205<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $514,945.25 |
|---|---|---|

| NICOTERA, PATRICIA<br>PO BOX 480744<br>CHARLOTTE, NC 28269-5306 | Claim Number: 10206<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $20,000.00 |

| DAWSON, CARLTON R.<br>5989 EMMA CANNON ROAD<br>AYDEN, NC 28513 | Claim Number: 10207<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|

| SECURED | Claimed: | $400.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VERMA, MAMTA
73605 HIGHWAY 111
PALM DESERT, CA 92260

Claim Number: 10208
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,741.48 |

---

KOUMANTAKIS, GEORGE G
8 SOUTH EAGLE CIRCLE
AURORA, CO 80012

Claim Number: 10209
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,133.69 |
| SECURED | Claimed: | $20,133.69 |

---

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

Claim Number: 10210
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $32,146.81 |
| SECURED | Claimed: | $32,146.81 |
| TOTAL | Claimed: | $32,146.81 |

---

GUYTON, JAMES
220 PINE RIDGE LANE
MONTGOMERY, IL 60538

Claim Number: 10211
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| PRIORITY | Claimed: | $0.00   UNDET |

---

GATES, ROBERT BRIAN
2589 ALLEGHANY LOOP
VIRGINIA BCH, VA 23456-2442

Claim Number: 10212
Claim Date: 04/06/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| PRIORITY | Claimed: | $0.00   UNDET |

---

DAILEY, DAVID J.
1707 EAST 122ND STREET
LOS ANGELES, CA 90059

Claim Number: 10213
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10280 (12/14/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $340,146.51 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

THORNTON, SONYA L
2151 GUNSMITH TERRACE
WOODBRIDGE, VA 22191

Claim Number: 10214
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $17,000.00 | | |

---

ST. TAMMANY PARISH COUNTY, LOUISIANA
ST. TAMMANY PARISH
TAX COLLECTOR
P O BOX 608
COVINGTON, LA 70434-0608

Claim Number: 10215
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,415.41 | Scheduled: | $132.75  DISP CONT |

---

BIXEL, CHRISTINA R
491 E 319TH STREET
WILLOWICK, OH 44095

Claim Number: 10216
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $719.23  CONT |
| SECURED | Claimed: | $0.00 | | |

---

TEITELBAU, JOEL
1319 EUCLID ST., NW #2
WASHINGTON, DC 20009

Claim Number: 10217
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,000.00 |
| UNSECURED | Claimed: | $24,000.00 |

---

CENTRAL LIMESTONE CO., INC.
ATTN: KAY M. SHAW
16805 QUARRY RD.
MORRIS, IL 60450

Claim Number: 10218
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

MCCONKEY, MILTON G
9325 BAKER STREET
OWINGS, MD 20736

Claim Number: 10219
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $666.41 |

---

ZILLS, JAMES W. JR. AND UDY T.
1083 POINTE PLEASANT RD
LINCOLNTON, GA 30817

Claim Number: 10220
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,459.50 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 10221<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $29.36 |
| LUND, ROBERT W.<br>3 CHERRY DRIVE E<br>PLAINVIEW, NY 11803 | | Claim Number: 10222<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $361,378.00 |
| MCWATERS, ZACHARY J.<br>6390 RANCHO MISSION ROAD # 215<br>SAN DIEGO, CA 92108 | | Claim Number: 10223<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $234,399.00 |
| TAYLOR, WILLIAM A.<br>14781 PEACOCK HILL ROAD<br>SOUTHEAST<br>OLALLA, WA 98359 | | Claim Number: 10224<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $975.67 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10225<br>Claim Date: 04/17/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10226<br>Claim Date: 04/17/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10227<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10228<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10229<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10230<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10231<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10232<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10233<br>Claim Date: 04/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $204.87 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10234<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| PRIORITY | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

LANTERMAN, FRANK E.
488 HALLET RD
E STROUDSBURG, PA 18301-9555

Claim Number: 10235
Claim Date: 04/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,328.00 |

---

SUTTER COUNTY TAX COLLECTOR
ATTN JIM STEVENS
TREASURER TAX COLLECTOR
PO BOX 546
YUBA CITY, CA 95992

Claim Number: 10236
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,146.81 |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $32,146.81 |
| TOTAL | Claimed: | $32,146.81 |

---

SPRINT NEXTEL
ABBY LATOURRETTE, BANKRUPTCY
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 10237
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8593 (02/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $159,264.01 |

---

AYERS, JENNIFER L.
4524 COUNTY RD 4
CANANDAIGUA, NY 14424

Claim Number: 10238
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,300.00   UNLIQ |

---

SMITH, KAREN A.
1209 SPRING ST RD
CAYUGA, NY 13034

Claim Number: 10239
Claim Date: 04/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

HAMM, NICHOLE L.
10 APPLERIDGE DRIVE
BIDDEFORD, ME 04005

Claim Number: 10240
Claim Date: 04/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $31,049.18 |

---

WEBB, MOSES A.
6713 SWINDON PLACE
MANASSAS, VA 20112

Claim Number: 10241
Claim Date: 04/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $193,800.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HEFNER, KENNETH R. | Claim Number: 10242 |
| 30 MULHOLLAND CT | Claim Date: 04/18/2008 |
| MISSION VIEJO, CA 92692 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6703 (12/11/2008) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,850.19 |

---

| VERICOMM, INC. | Claim Number: 10243 |
| DON BURK | Claim Date: 04/21/2008 |
| 27200 TOURNEY ROAD | Debtor: AMERICAN HOME MORTGAGE CORP |
| SUITE 315 | Comments: |
| VALENCIA, CA 91355 | Amends claim number 8244 |

| UNSECURED | Claimed: | $181,991.17 |

---

| UNTI, RENEE | Claim Number: 10244 |
| 3670 LA COSTA AVENUE | Claim Date: 04/21/2008 |
| CASTRO VALLEY, CA 94546 | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| | Comments: EXPUNGED |
| | DOCKET: 7399 (05/15/2009) |

| SECURED | Claimed: | $0.00   UNDET |

---

| FRAGA, MICHAEL | Claim Number: 10245 |
| 1754 CHERRYHILLS DR | Claim Date: 04/21/2008 |
| DISCOVERY BAY, CA 94514 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $2,620.00 |

---

| FABIANICH, ANDREA | Claim Number: 10246 |
| 10305 SEDGE GRASS WAY | Claim Date: 04/21/2008 |
| HIGHLANDS RANCH, CO 80129 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $48,000.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| PANNUCCI, JAMES A. | Claim Number: 10247 |
| 5604 WOODLYN ROAD | Claim Date: 04/21/2008 |
| FREDERICK, MD 21703 | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| | Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $4,345.00 |

---

| THOMAS, SAMUEL N. | Claim Number: 10248 |
| 3405 CLOUDNINE COURT | Claim Date: 04/21/2008 |
| CHESAPEAKE, VA 23323 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 7022 (02/17/2009) |

| SECURED | Claimed: | $209,000.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CHERNEKOFF, GERALD<br>3207 HEATHER COURT<br>WILMINGTON, DE 19809 | | Claim Number: 10249<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $148,200.00 |
| WALLACH, ALETA C/F<br>JOHN WALLACH<br>355 25TH ST<br>SANTA MONICA, CA 90402 | | Claim Number: 10250<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $6,233.00 |
| 19101391 TTEE<br>19101391<br>U/A DTD 7/23/1993<br>PO BOX 331<br>DES PLAINES, IL 60016-0331 | | Claim Number: 10251<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | | Claim Number: 10252<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 2753 |
| UNSECURED | Claimed: | $15,200.18 |
| O'DELL, TAMI MARIA<br>24 CARHART AVE # 209<br>WHITE PLAINS, NY 10605 | | Claim Number: 10253<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $14,670.77 |
| SHINDELAIR, SHERI<br>2040 W. WARNER AVE. # 104<br>CHICAGO, IL 60618 | | Claim Number: 10254<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $296,400.00 |
| STITES, PAUL B.<br>4512 WALLASEY WAY<br>SALIDA, CA 95368-9221 | | Claim Number: 10255<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SUNSHINE CUSTOM CLEANING SERVICE<br>6005 IRENE DR<br>HOFFMAN ESTATES, IL 60192 | | Claim Number: 10256<br>Claim Date: 04/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,210.13 |
| CUNNINGHAM JAMES S<br>3950 KINGS POINTE DRIVE<br>MANSFIELD, OH 44903 | | Claim Number: 10257<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $65,000.00 |
| LUTZ, DANIEL S.<br>1611 E STREET<br>LAKEBAY, WA 98349 | | Claim Number: 10258<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $10,016.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10259<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7930 (08/11/2009) |
| PRIORITY | Claimed: | $104.69 |
| UNSECURED | Claimed: | $42.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10260<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $280.00 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 10261<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| ADMINISTRATIVE | Claimed: | $968.48 |
| ABACOA TOWN CNTR 1 COMMERCIAL<br>ATTN: RICARDO REYES, ESQ.<br>1155 MAIN ST<br>JUPITER, FL 33458 | | Claim Number: 10262<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $119,341.32 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 10263<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|
| UNSECURED          Claimed: | $294,655.76 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 10264<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|
| UNSECURED          Claimed: | $1,292,360.94 |

| VASILIS POLYCHRONIDIS<br>PO BOX 34628<br>SEATTLE, WA 98124-1628 | Claim Number: 10265<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|
| UNSECURED          Claimed: | $290,000.00   UNLIQ |

| O'CONNELL, MICHAEL R<br>4848 WINTERWOOD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 10266<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|
| SECURED          Claimed: | $0.00   UNDET |

| CANTELI, LISBET<br>4637 HENDRIX DR<br>FOREST PARK, GA 302973729 | Claim Number: 10267<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 10280 (12/14/2011) |
|---|---|
| UNSECURED          Claimed: | $508,172.38 |

| GUERRA TAPIA, VICTOR HUGO<br>13634 ZIRCON WAY<br>VICTORVILLE, CA 92394 | Claim Number: 10268<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|
| SECURED          Claimed: | $265,000.00 |
| UNSECURED          Claimed: | $32,245.00 |

| HENDERSON, E.M. - TRUSTEE OF<br>638 PALM DR<br>WINTER GARDEN, FL 34787-2367 | Claim Number: 10269<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|
| UNSECURED          Claimed: | $63,299.04 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| REYNOLDS, JOSHUA D.<br>1192 LENOR WAY<br>SAN JOSE, CA 95128 | | Claim Number: 10270<br>Claim Date: 04/22/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| PRIORITY | Claimed: | $2,736.56 |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | | Claim Number: 10271<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| PERKINS, LARRY<br>773 ROLLING GREEN DRIVE<br>WEST SACRAMENTO, CA 95605 | | Claim Number: 10272<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $588,000.00 |
| GOSS, JUDITH M.<br>185 STONEFOREST DRIVE<br>WOODSTOCK, GA 30189 | | Claim Number: 10273<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $131,039.98 |
| BADRI, FARHAD<br>PO BOX 63194<br>COLORADO SPRINGS, CO 80962 | | Claim Number: 10274<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2000) |
| SECURED | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| JP MORGAN ACCEPTANCE CORPORATION I,ET AL<br>ATTN: ALEX ROVIRA & GEOFF RAICHT<br>SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | | Claim Number: 10275<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10130 (08/15/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| PLUMBERS' & PIPEFITTERS' LOCAL # 562<br>SUPPLEMENTAL PLAN & TRUST ET AL<br>SIDLEY AUSTIN-ALEX ROVIRA & GEOFF RAICHT<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | | Claim Number: 10276<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

Claim Number: 10277
Claim Date: 04/25/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $656,970.68 |
|---|---|---|

SANDERS, DONNA
6527 REEFTON AVE
CYPRESS, CA 90630

Claim Number: 10278
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| SECURED | Claimed: | $80,400.00 |
|---|---|---|

GANGE, JANICE L.
2673 TOY LANE
SAN JOSE, CA 95121

Claim Number: 10279
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $60,790.00 |
|---|---|---|

BEED, DONNIE
6527 REEFTON AVE
CYPRESS, CA 90630

Claim Number: 10280
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $86,500.00 |
|---|---|---|

BROOKS, SHERYL
21420 INDEPENDENCE
SOUTHFIELD, MI 48076

Claim Number: 10281
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $35,000.00 |
|---|---|---|

CANTU, JOSE
11712 VAN BUREN STREET NE
BLAINE, MN 55434

Claim Number: 10282
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $63,000.00 |
|---|---|---|

CHAMPLIN, RICHARD D.
906 HENDRICKSON SCHOOL ROAD
SHELL KNOB, MO 65747

Claim Number: 10283
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $4,441.88 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HERRERA, TERESITA
4953 SOUTH KNOX AVENUE
CHICAGO, IL 60632

Claim Number: 10284
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

KENT, MICHAEL A. & LYDIA
816 WOODROW CT
CHESAPEAKE, VA 23322

Claim Number: 10285
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,409.91 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $8,409.91 |
| TOTAL | Claimed: | $8,409.91 |

---

PENNINGTON, BEN
2301 ADAMS CREEK DRIVE
CINCINNATI, OH 45231

Claim Number: 10286
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $30,913.55 |

---

DEVILLE, GEORGE
1 ORCHARD ST
BOX 447
MUSE, PA 15350

Claim Number: 10287
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,477.61 |

---

LIVINGSTON COUNTY
ATTN DIANNE H HARDY, TREASURER
200 E GRAND RIVER AVE
HOWELL, MI 48843

Claim Number: 10288
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6702 (12/11/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $985.69   UNLIQ |

---

VINCENT, ROBERT ALAN
4326 SOLANO WAY
UNION CITY, CA 94587

Claim Number: 10289
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $340,000.00 |

---

WASHINGTON, SHEILA
P.O.BOX 6363
GARDEN GROVE, CA 92648

Claim Number: 10290
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $91,630.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MAJEWSKI, PAUL<br>73 STORM JIB CT<br>BERKELEY TOWNSHIP, NJ 08721 | Claim Number: 10291<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|
| PRIORITY          Claimed: | $3,684.00 |

---

| YVONNE MUKASE<br>3509 LUPINE COURT<br>HYATTSVILLE, MD 20784 | Claim Number: 10292<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|
| SECURED          Claimed: | $413,750.00 |

---

| PIERINI, RONALD J.<br>P.O. BOX 143<br>CLOVIS, CA 93613 | Claim Number: 10293<br>Claim Date: 04/28/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|
| UNSECURED          Claimed: | $350.00 |

---

| TRAN, MINH H.<br>18514 NORTHEAST 102ND COURT<br>REDMOND, WA 98052 | Claim Number: 10294<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|
| UNSECURED          Claimed: | $532,000.00 |

---

| COLOMBO, BRIAN R<br>2904 MORNINGSIDE AVENUE<br>PARKERSBURG, WV 26101 | Claim Number: 10295<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|
| UNSECURED          Claimed: | $1,360.00 |

---

| FALLON, DAVID M<br>63 LAKEVIEW DRIVE<br>HAMBURG, NJ 07419 | Claim Number: 10296<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) |
|---|---|
| UNSECURED          Claimed: | $591.78 |

---

| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | Claim Number: 10297<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) |
|---|---|
| UNSECURED          Claimed: | $118,636.50 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SEAHORN, SAMUEL<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | | Claim Number: 10298<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $118,636.50 |
| FONTAINE, PIERRE<br>3308 JAMAICA PRINCESS PL UNIT 1<br>N LAS VEGAS, NV 89084-3335 | | Claim Number: 10299<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $77,900.00 |
| WHITE, MARK G & IRENE WHITE<br>877E HEARTWOOD CIRCLE<br>FRUIT HEIGHTS, UT 84037 | | Claim Number: 10300<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| UNSECURED | Claimed: | $0.00   UNDET |
| ANDREW M. IRVINE<br>1353 LAKE SHORE DR<br>CATAWISSA, MO 630151148 | | Claim Number: 10301<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,403.89 |
| WYRICK, RICHARD<br>6220 RUSSWOOD DR<br>PLEASANT GDN, NC 273139536 | | Claim Number: 10302<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| DEL ZOTTO, THOMAS A.<br>2014 SAILOR CLAIM WAY<br>GOLD RIVER, CA 95670 | | Claim Number: 10303<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $40,425.12 |
| GAULT, BRIAN K.<br>101 MEADOWCREST DR<br>BEDFORD, NH 03110-6317 | | Claim Number: 10304<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,038.42 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARTER, GRAILING J.<br>9863 BUCKNER ROAD<br>MANASSAS, VA 20110 | Claim Number: 10305<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10557 (08/24/2012) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $80,344.00 |
| SECURED | Claimed: | $175,000.00 |
| UNSECURED | Claimed: | $137,749.00 |

---

| PINEDA, JOSE L<br>119 RACQUET CLUB DRIVE<br>COMPTON, CA 90220 | Claim Number: 10306<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| JORGENSON, REED C.<br>1504 7TH AVE N<br>SAUK RAPIDS, MN 56379-2900 | Claim Number: 10307<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $1,963.11 |

---

| SMITH, SCOTT W.<br>5252 WEST 125TH STREET<br>HAWTHORNE, CA 90250 | Claim Number: 10308<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $106,000.00 |

---

| SMITH, WILLIAM<br>5 ASHLEY HALL DRIVE<br>BLUFFTON, SC 29910 | Claim Number: 10309<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,865.71 |

---

| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | Claim Number: 10310<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $25,000.10 |

---

| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | Claim Number: 10311<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $201,850.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | | Claim Number: 10312<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10549 (08/21/2012) |
| SECURED | Claimed: | $230,000.00 |
| FULLER, JOHN ANDRE<br>2112 FOUNTAIN SPRINGS DRIVE<br>HENDERSON, NV 89074 | | Claim Number: 10313<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $102,500.00 |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10314<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $2,678.00 |
| BISHOP, GARY LEE AND JANIS BISHOP<br>PO BOX 3409<br>PALMER, AK 99645 | | Claim Number: 10315<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED |
| UNSECURED | Claimed: | $0.00 |
| FRANCIS, JERRY JAMES JR<br>1316 SCHOOL STREET<br>FOLSOM, CA 95630 | | Claim Number: 10316<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| SECURED | Claimed: | $210,625.64 |
| UNSECURED | Claimed: | $9,264.50 |
| STONE, JONATHAN FALCON<br>1320 POTOMAC COURT<br>WILMINGTON, NC 28411 | | Claim Number: 10317<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $135,899.98 |
| PORATH, AMY L.<br>2355 HOWARD DRIVE<br>SPARKS, NV 89434 | | Claim Number: 10318<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $85,500.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOGGS, FRANCES
3775 LONGS PEAK COURT
LAS VEGAS, NV 89103

Claim Number: 10319
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $31,234.43 |
|---------|----------|------------|

---

MORRIS, KATHLEEN L
103 TANGELO UNIT 402
IRVINE, CA 92618

Claim Number: 10320
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $6,575.28 |
|---------|----------|-----------|

---

PRASSE, ERIC H.
6125 KEHN LANE
FREDERICKSBURG, VA 22408

Claim Number: 10321
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7396 (05/18/2009)

| UNSECURED | Claimed: | $11,110.42 |
|-----------|----------|------------|

---

POWELL, LEROY D.
17670 NE CHEHALEM DR
NEWBERG, OR 971326619

Claim Number: 10322
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| PRIORITY | Claimed: | $1,944.57 |
|----------|----------|-----------|

---

SHOWACRE APPRAISAL, INC.
SYLVIA SHOWACRE
PO BOX 23506
SANTA FE, NM 87502

Claim Number: 10323
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $400.00 |
|-----------|----------|---------|

---

DILL, WILLMARY
8406 26TH AVENUE SW, UNIT D
SEATTLE, WA 98106

Claim Number: 10324
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,206.16 |
|----------|----------|-----------|

---

HOOD, JE TAIME
4 SQUIRES PL
NEWPORT NEWS, VA 23606-1250

Claim Number: 10325
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10087 (07/15/2011)

| UNSECURED | Claimed: | $22,959.37 |
|-----------|----------|------------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

REBACK, JEFFREY B.
14 BINGHAM HILL CIRCLE
RUMSON, NJ 07760

Claim Number: 10326
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| UNSECURED | Claimed: | $302,025.00 |
|---|---|---|

ZEA, ALISON A.
C/O RICK S MILLER, ESQ
FERRY JOSEPH & PEARCE, P.A.
PO BOX 1351
WILMINGTON, DE 19899

Claim Number: 10327
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7023 (02/17/2009)

| UNSECURED | Claimed: | $5,570,000.00 |
|---|---|---|

ZEA, ALISON A.
C/O RICK S MILLER, ESQ
FERRY JOSEPH & PEARCE, P.A.
PO BOX 1351
WILMINGTON, DE 19899

Claim Number: 10328
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7023 (02/17/2009)

| UNSECURED | Claimed: | $192,312.00 |
|---|---|---|

MITCHELL, TINA R.
8 OLD ELM ROAD
JOLIET, IL 60433

Claim Number: 10329
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $230,000.00 |
|---|---|---|

JAUREQUI, ISAAC & TRACI
23650 AIROSA PLACE
MORENO VALLEY, CA 92557

Claim Number: 10330
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $80,000.00 |
|---|---|---|

MOURE, PAUL T.
8354 KIMBALL AVE #F-365
CHINO, CA 91708-9267

Claim Number: 10331
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $42,500.00 |
|---|---|---|

ADAMS, SUSAN
47 TAMALPAIS ROAD
FAIRFAX, CA 94930

Claim Number: 10332
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6839 (01/13/2009)

| UNSECURED | Claimed: | $774.25 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| ZINE, EDWARD E. | Claim Number: 10333 |
| PO BOX 665 | Claim Date: 04/30/2008 |
| EAST FALMOUTH, MA 02536-0665 | Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $40,000.00 |

---

| MCMULLEN, RALPH M. | Claim Number: 10334 |
| 164 LACORTE RD | Claim Date: 04/30/2008 |
| CATSKILL, NY 124146525 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $25,000.00 |
| SECURED | Claimed: | $151,475.00 |
| UNSECURED | Claimed: | $25,000.00 |
| TOTAL | Claimed: | $176,475.00 |

---

| MUNDY APPRAISALS | Claim Number: 10335 |
| ATTN DELBERT WILLIAM MUNDY | Claim Date: 04/30/2008 |
| 11427 N 12TH WAY | Debtor: AMERICAN HOME MORTGAGE CORP |
| PHOENIX, AZ 85023 | Comments: DOCKET: 6702 (12/11/2008) |

| UNSECURED | Claimed: | $2,475.00 |

---

| SCOGGINS, BRENT | Claim Number: 10336 |
| 1865C MONTCLAIR DR | Claim Date: 04/30/2008 |
| MT PLEASANT, SC 29464 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: EXPUNGED |
| | DOCKET: 7396 (05/18/2009) |

| UNSECURED | Claimed: | $37,780.00 |

---

| SANCHEZ, SALVADOR JOE | Claim Number: 10337 |
| 2007 MALIBU WAY | Claim Date: 04/30/2008 |
| LOMPOC, CA 934366319 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6839 (01/13/2009) |

| SECURED | Claimed: | $62,780.00 |

---

| POLIZZI, ANTHONY L. | Claim Number: 10338 |
| PERSONAL AND CONFIDENTIAL | Claim Date: 04/30/2008 |
| 340 MAIN STREET | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| SAUGERTIES, NY 12477 | Comments: EXPUNGED |

| SECURED | Claimed: | $43,000.00 |

---

| HRONCHECK, MICHAEL | Claim Number: 10339 |
| 465 AMANDA PINES DRIVE | Claim Date: 04/30/2008 |
| PARKER, CO 80138 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6217 (10/10/2008) |

| SECURED | Claimed: | $92,132.85 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

POWELL, SHERVONNE
8206 HILLCREST DR
MANASSAS, VA 20111-2851

Claim Number: 10340
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10589 (09/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,200.00 |
| SECURED | Claimed: | $47,514.00 |

---

MILLER, SUSAN K
12956 BRYCE CANYON DR #B
MARYLAND HEIGHTS, MO 63043

Claim Number: 10341
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

GILFEDDER, BRENDAN J
21 UPPER DRIVE,ROBIN PARK
HUNTINGTON, NY 11743

Claim Number: 10342
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $58,000.00 |

---

RINCON, SARA R.
381  N.W 152ND AVENUE
PEMBROKE PINES, FL 33028

Claim Number: 10343
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10087 (07/15/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,392.00 |

---

BITSEFF, TONIE L.
363 MARIN AVENUE
MILL VALLEY, CA 94941

Claim Number: 10344
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $430,000.00 |

---

TUCKER, CELESTINE
737 RANTOUL LANE
LAKE MARY, FL 32746

Claim Number: 10345
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $324,000.00 |
| UNSECURED | Claimed: | $324,000.00 |
| TOTAL | Claimed: | $324,000.00 |

---

OLAFSSON, THOMAS
55 COTTAGE FARM RD.
BROOKLINE, MA 02446

Claim Number: 10346
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $366,360.15 |
| SECURED | Claimed: | $786,401.20 |
| UNSECURED | Claimed: | $48,807.40 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

RUCKER, JAMES D.
5057 CORONADO DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 10347
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8490 (01/12/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,447,330.10 |
| SECURED | Claimed: | $589,823.22 |
| TOTAL | Claimed: | $3,037,153.36 |

---

RICCIO, THERESA M
39 ARBOR ROAD
SYOSSET, NY 11791

Claim Number: 10348
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

CHAVEZ, THOMAS J. & SARA A.
2831 RIACHUELO
SAN CLEMENTE, CA 92673-4043

Claim Number: 10349
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
2831 RIACHUELO
SAN CLEMENTE, CA 92673-4043

Claim Number: 10350
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10351
Claim Date: 04/30/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10352
Claim Date: 04/30/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10353
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10354
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10355
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10356
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

SIMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10357
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10358
Claim Date: 04/29/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10359
Claim Date: 04/29/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10360
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10361
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10614 (10/15/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $2,828,849.00 |

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10362
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10363
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

AMES, IRA, III
31 UPLAND MEADOW RD
SALISBURY, CT 06068

Claim Number: 10364
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 10641 (11/09/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

VAN OEVEREN, BARBARA M.
PO BOX 308
FALL CITY, WA 98024

Claim Number: 10365
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |

WALLACE, SHEILA
686 DEAN ST
BROOKLYN, NY 11238-3155

Claim Number: 10366
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10355 (03/08/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

ORBACZ, JEFFREY
18 INDIAN SPRINGS ROAD
KINGSTON, NY 12401

Claim Number: 10367
Claim Date: 05/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

BRANHAM, CARLA U.
112 MCMURRAY STREET
FREDERICK, MD 21701

Claim Number: 10368
Claim Date: 05/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,235.55 |

CONTI, TERESA & THOMAS
25525 DELMAR
HAYWARD, CA 94542

Claim Number: 10369
Claim Date: 05/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $241.96 | UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

Claim Number: 10370
Claim Date: 04/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $24,276.23 |
| UNSECURED | Claimed: | $1,665.79 |

---

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

Claim Number: 10371
Claim Date: 04/24/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $656,970.68 |
|---|---|---|

---

PARKINS, LARRY
773 ROLLING GREENDRIVE
WEST SACRAMENTO, CA 95605

Claim Number: 10372
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $588,000.00 |
|---|---|---|

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10373
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9141 (08/13/2010)

| ADMINISTRATIVE | Claimed: | $321.13   UNLIQ |
|---|---|---|

---

BEXAR COUNTY
DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Claim Number: 10374
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8593 (02/18/2010)
Amends claim number 10004

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,813.51   UNLIQ |

---

LIVINGSTON COUNTY
ATTN: DIANNE H. HARDY
200 E GRAND RIVER AVE
HOWELL, MI 48843

Claim Number: 10375
Claim Date: 04/06/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| SECURED | Claimed: | $985.69   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $985.69   UNLIQ |

---

JE TAIME HOOD
4 SQUIRES PL
NEWPORT NEWS, VA 23606-1250

Claim Number: 10376
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| UNSECURED | Claimed: | $22,959.37 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITIGROUP GLOBAL MARKETS INC. | Claim Number: 10377 |
| ATTN: SUSAN MILLS | Claim Date: 05/01/2008 |
| MANAGING DIRECTOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| 390 GREENWICH ST. | Comments: DOCKET: 8299 (11/13/2009) |
| NEW YORK, NY 10013 | |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $14,580,015.00 |

---

| CUNNINGHAM, JULIE A. | Claim Number: 10378 |
| 2615 CREST AVENUE | Claim Date: 05/02/2008 |
| CHEVERLY, MD 20785 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6840 (01/13/2009) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $48,026.45 |

---

| ELMORE, BRIAN A. | Claim Number: 10379 |
| 66 CLARK STREET | Claim Date: 05/02/2008 |
| DOWNSVILLE, NY 13755 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6840 (01/13/2009) |

| UNSECURED | Claimed: | $172,000.00 |

---

| SEALS, WAYNE | Claim Number: 10380 |
| 13286 WINDHAM DR | Claim Date: 05/05/2008 |
| WASHINGTON TWP, MI 48094 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6840 (01/13/2009) |

| SECURED | Claimed: | $0.00   UNDET |

---

| WRIGHT, HOWARD E | Claim Number: 10381 |
| 543 NORWAY AVE | Claim Date: 05/05/2008 |
| CINCINNATI, OH 45229 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6839 (01/13/2009) |

| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

---

| WILDHORN, STUART JAY | Claim Number: 10382 |
| 470 GOLDEN EAGLE DRIVE | Claim Date: 05/05/2008 |
| BROOMFIELD, CO 80020 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6840 (01/13/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CASWELL COUNTY | Claim Number: 10383 |
| ATTN: VIRGINIA E. MCINTYRE | Claim Date: 05/05/2008 |
| PO BOX 204 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| YANCYVILLE, NC 27379 | Comments: EXPUNGED |
| | DOCKET: 6611 (11/21/2008) |

| SECURED | Claimed: | $661.80 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ALVAREZ, GIL Q.
542 MOUNT ARGYLL COURT
APOPKA, FL 32712

Claim Number: 10384
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $47,618.50 |
|---|---|---|

CITIMORTGAGE, INC
ATTN JOHN WILFRED
PO BOX 9481
GAITHERSBURG, MD 20898

Claim Number: 10385
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10256 (11/18/2011)

| SECURED | Claimed: | $219,991.64 |
|---|---|---|

FINZEL, ROBERT B.
9362 BRUNELLO CT
BAKERSFIELD, CA 93314

Claim Number: 10386
Claim Date: 05/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $24,642.09 |
|---|---|---|

SUMMERS, STEPHEN
C/O RANDALL A WOLFF, ATTORNEY AT LAW
3325 N ARLINGTON HTS. RD., #500
ARLINGTON HEIGHTS, IL 60004

Claim Number: 10387
Claim Date: 05/05/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $15,000.00   UNLIQ |
|---|---|---|

GRIFFIN, SILJA H.
5542 33RD AVENUE NORTHEAST
SEATTLE, WA 98105

Claim Number: 10388
Claim Date: 05/05/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

KAUR, MANDEEP
132-35 SANFORD AVE 401
FLUSHING, NY 11355

Claim Number: 10389
Claim Date: 05/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| SECURED | Claimed: | $1,270.00 |
|---|---|---|

SKILLSOFT CORPORATION
C/O GREG PORTO
107 NORTHEASTERN BLVD
NASHUA, NH 03062

Claim Number: 10390
Claim Date: 05/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10040 (06/09/2011)

| UNSECURED | Claimed: | $323,024.49 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ROGERS, LIA
819 CLOCKS BLVD
MASSAPEQUA, NY 11758

Claim Number: 10391
Claim Date: 05/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $1,015.20 | Scheduled: | $1,015.20 CONT |
|---|---|---|---|---|

ARAPAHOE COUNTY
ATTN: GEORGE ROSENBERG, ASST CNTY ATTY
5334 S. PRINCE ST.
LITTLETON, CO 80166

Claim Number: 10392
Claim Date: 05/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 7022 (02/17/2009)

| PRIORITY | Claimed: | $2,309.40   UNLIQ |
|---|---|---|

BASHA, SOUAD
4916 BUCHANAN ST
HOLLYWOOD, FL 33021

Claim Number: 10393
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| SECURED | Claimed: | $24,087.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,087.00 |
| TOTAL | Claimed: | $24,087.00 |

BASHA, JASMINE
4916 BUCHANAN ST
HOLLYWOOD, FL 33021

Claim Number: 10394
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $26,618.00 |
|---|---|---|

HIRTE, DAWN E
11399 TWIN LAKES LN
BOSTON, VA 22713

Claim Number: 10395
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $1,769.23 | Scheduled: | $1,769.23 CONT |
|---|---|---|---|---|

HIRTE, DAWN E
11399 TWIN LAKES LN
BOSTON, VA 22713

Claim Number: 10396
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $629.31 | Scheduled: | $692.31 CONT |
|---|---|---|---|---|

KNUDSEN, GARY
PO BOX 1101
MALTA, MT 59538-1101

Claim Number: 10397
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ELMORE, BRIAN A.
66 CLARK STREET
DOWNSVILLE, NY 13755

Claim Number: 10398
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 4636 (06/13/2008)

| UNSECURED | Claimed: | $172,000.00 |
|-----------|----------|-------------|

---

MUSUMECI
15 WOODHULL ROAD
EAST SETAUKET, NY 11733

Claim Number: 10399
Claim Date: 05/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $36,000.00 |
|-----------|----------|------------|

---

BERVERIDGE, DAVID M.
C/O RAYMOND JAMES & ASSOCIATES, INC.
5847 SAN FELIPE ROAD, SUITE 1800
HOUSTON, TX 77057

Claim Number: 10400
Claim Date: 05/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $25,986.98 |
|-----------|----------|------------|

---

CHONG, DAVID HOU YUEN & CECILIA C.
66 AVA CRESC
RICHMOND HILL, ON L4B 2X4
CANADA

Claim Number: 10401
Claim Date: 05/16/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,908.64 |
|-----------|----------|-----------|

---

AVAYA INC.
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 10402
Claim Date: 05/19/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9964 (05/02/2011)
May replace claim number 1522

| UNSECURED | Claimed: | $9,601.05 |
|-----------|----------|-----------|

---

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 10403
Claim Date: 05/19/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $1,653.85 |
|----------|----------|-----------|

---

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 10404
Claim Date: 05/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,819.13 |
|----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ORLANS ASSOCIATES PC
ATTN MARSHALL ISAACS, ATTORNEY
PO BOX 5041
TROY, MI 48007

Claim Number: 10405
Claim Date: 05/20/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 7159 (03/25/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | |
| UNSECURED | | $353,088.36 |

---

LIMZERWALA, HUZVAAK
5208 CHABLIS CT
FORT WAYNE, IN 46845

Claim Number: 10406
Claim Date: 05/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $6,544.32 | | $6,544.32 CONT |

---

VALLEY YELLOW PAGES
DEPT 33302
PO BOX 39000
SAN FRANCISCO, CA 94139-3302

Claim Number: 10407
Claim Date: 05/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,695.51 | | $1,287.12 |

---

DECASTEELE, RUSSELL R.
1350 BROOKLYN BLVD
BAY SHORE, NY 11706

Claim Number: 10408
Claim Date: 05/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,157.69 | | $2,005.81 CONT |

---

AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 10409
Claim Date: 05/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $244,999.99 |

---

CONSTANT, NADINE
180 CENTRAL AVE
UNIT D
ENGLEWOOD, NJ 07631

Claim Number: 10410
Claim Date: 05/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7111 (03/17/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,961.54 | | $1,961.54 CONT |

---

CARDNER, JEANINE H.
2024 KENNY COURT
LEWISVILLE, TX 75067

Claim Number: 10411
Claim Date: 06/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $22,827.87 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ZANDONATTI APPRAISAL<br>ATTN: CARY A. ZANDONATTI<br>PO BOX 7586<br>ROCKFORD, IL 61126 | Claim Number: 10412<br>Claim Date: 06/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $1,845.00 |
|---|---|---|

---

| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | Claim Number: 10413<br>Claim Date: 06/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET 7022 (02/17/2009) |
|---|---|

| SECURED | Claimed: | $452.73 |
|---|---|---|

---

| FOX, RICHARD D. & CAROLE J.<br>20718 BENDING PINES LANE<br>SPRING, TX 77379-2782 | Claim Number: 10414<br>Claim Date: 06/05/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $950.68 |
|---|---|---|

---

| CIMINO, MATTHEW T.<br>137 MILLFORD CROSSING<br>PENFIELD, NY 14526 | Claim Number: 10415<br>Claim Date: 06/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,094.54 |

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 10416<br>Claim Date: 06/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,336.44 |
|---|---|---|

---

| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVENUE, SUITE PH-3<br>HILO, HI 96720 | Claim Number: 10417<br>Claim Date: 06/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $1,228.00 |
|---|---|---|

---

| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | Claim Number: 10418<br>Claim Date: 06/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $1,176.87 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 10419<br>Claim Date: 06/17/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $1,748.54   UNLIQ | | |

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 10420<br>Claim Date: 06/17/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: DOCKET: 8031 (09/08/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $800.00 | | |

| EMAGIC.COM, LLC<br>C/O ANTHONY J. CARONNA<br>PO BOX 488<br>MILWAUKEE, WI 53202 | Claim Number: 10421<br>Claim Date: 06/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $68,008.00 | | |

| WATSON, MARK AND KELLY<br>PMB 198<br>4916 POINT FOSDICK DR NW<br>GIG HARBOR, WA 98335 | Claim Number: 10422<br>Claim Date: 06/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9308 (10/08/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $0.00   UNLIQ | | |

| AMERICAN EXPRESS TRAVEL RELATED<br>SERVICE COMPANY, INC.<br>C/O CHIKOWSKI& GAFFNEY-FLASTER/GREENBERG<br>8 PENN CENTER - 1628 JFK BLVD, 15TH FL<br>PHILADELPHIA, PA 19103 | Claim Number: 10423<br>Claim Date: 06/20/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 9111 (08/11/2010) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED        Claimed: | $28,593.25 | | |

| CHATHAM COUNTY TAX COMMISSIONER<br>P.O. BOX 8321<br>SAVANNAH, GA 31412 | Claim Number: 10424<br>Claim Date: 06/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|
| PRIORITY        Claimed: | $187.83 | Scheduled: | $481.12  DISP CONT |

| BENTON CO. TAX COLLETOR<br>215 E CENTRAL, ROOM 101<br>BENTONVILLE, AR 72712 | Claim Number: 10425<br>Claim Date: 06/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|
| PRIORITY        Claimed: | $1,711.38 | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| OCEAN CITY TOWN<br>ATTN: MARTHA BENNETT<br>OCEAN CITY TAX OFC<br>BOX 5000<br>OCEAN CITY, MD 21843 | | Claim Number: 10426<br>Claim Date: 06/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|---|
| SECURED | Claimed: | $1,386.36 |
| PETITTI, ANGELO<br>8014 FERNHILL AVE<br>PARMA, OH 44129 | | Claim Number: 10427<br>Claim Date: 06/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $18,000.00 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 10428<br>Claim Date: 07/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,228.00 |
| CITY OF MT PLEASANT<br>401 N MAIN<br>MOUNT PLEASANT, MI 48858 | | Claim Number: 10429<br>Claim Date: 07/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $462.45 |
| KISIEL, FREDERICK A., TTEE<br>1477 TURQUOISE DRIVE<br>CARLSBAD, CA 92011-1245 | | Claim Number: 10430<br>Claim Date: 07/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00 UNDET |
| KISIEL, FRED A. & JUDITH A.<br>1477 TURQUOISE DREIVE<br>CARLSBAD, CA 92011-1245 | | Claim Number: 10431<br>Claim Date: 07/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00 UNDET |
| DELEVE, GENE A., TRUSTEE OF THE GENE A<br>DELEVE REVOCABLE LIVING TRUST<br>8024 MONROVIA<br>LENEXA, KS 66215 | | Claim Number: 10432<br>Claim Date: 07/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $11,015.95 UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PINKAS, MARCELLA A.<br>4119 CARROLLWOOD VILL DR<br>TAMPA, FL 33618 | | Claim Number: 10433<br>Claim Date: 07/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 9102 (08/09/2010)<br>Amends claim number 9548 and 9549 |
| UNSECURED | Claimed: | $21,887.55 |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 10434<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $250,000.00 |
| DELEVE, GENE A., TRUSTEE OF THE GENE A.<br>DELEVE REVOCABLE LIVING TRUST U/A<br>DATED 10/15/02<br>8024 MONROVIA<br>LENEXA, KS 66215 | | Claim Number: 10435<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $11,015.95 |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 10436<br>Claim Date: 07/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $250,000.00 |
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN: BRENDA T. CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | | Claim Number: 10437<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $588.87 |
| UNSECURED | Claimed: | $19.26 |
| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | | Claim Number: 10438<br>Claim Date: 07/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $212,826.36   UNLIQ |
| UNSECURED | Claimed: | $212,826.36   UNLIQ |
| JEFFERSON COUNTY TREASURER<br>ATTN: DAVE VILLANO, DEPUTY TREASURER<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | | Claim Number: 10439<br>Claim Date: 07/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009)<br>Amends claim number 7583 |
| PRIORITY | Claimed: | $1,067.70 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HINSHAW, ELIZABETH M (LIZ)
25 PACIFICA
NUMBER 6237
IRVINE, CA 92618

Claim Number: 10440
Claim Date: 07/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $5,025.00 | | $5,025.00 CONT |

---

TEITELBAUM, KAREN - TRUSTEE
4436 FOUR WINDS LANE
NORTHBROOK, IL 60062

Claim Number: 10441
Claim Date: 07/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $11,549.00 |

---

CLEVELAND COUNTY TREASURER
201 S JONES SUITE 100
NORMAN, OK 73069

Claim Number: 10442
Claim Date: 07/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $1,204.97 |

---

CLEVELAND COUNTY TREASURER
201 S JONES SUITE 100
NORMAN, OK 73069

Claim Number: 10443
Claim Date: 07/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $104.33 |

---

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

Claim Number: 10444
Claim Date: 08/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments:
Amends claim number 10159

| | Claimed: | |
|---|---|---|
| SECURED | | $4,942.88 |

---

YELLOW BOOK USA
C/O RMS BANKRUTPCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 10445
Claim Date: 08/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00 UNLIQ |
| UNSECURED | | $18,835.00 UNLIQ |

---

BOULDER COUNTY TREASURER
BOB HULLINGHORST
P.O. BOX 471
BOULDER, CO 80306

Claim Number: 10446
Claim Date: 08/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $1,166.88 |
| UNSECURED | | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| COUNTRYWIDE BANK, F.S.B.<br>ATTN: KATHLEEN CONTE<br>4500 PARK GRANADA - MS CH-20<br>CALABASAS, CA 91302 | Claim Number: 10447<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9994 (05/09/2011)<br>AMENDS #9940 | |
| SECURED          Claimed: | $15,751,633.51 | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10448<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 6 (02/19/2010) | |
| ADMINISTRATIVE          Claimed: | $16,397.21   UNLIQ | |
| COPPELL ISD<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10449<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7 (02/25/2010) | |
| ADMINISTRATIVE          Claimed: | $36,825.62   UNLIQ | |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10450<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | |
| ADMINISTRATIVE          Claimed: | $1,263.92   UNLIQ | |
| CABLEVISION<br>BANKRUPTCY, 3RD FLOOR<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 | Claim Number: 10451<br>Claim Date: 08/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | |
| UNSECURED          Claimed: | $1,943.84   UNDET | |
| KIRSCH, ALAN<br>178 NORTHAMPTON I<br>WEST PALM BCH, FL 33417-7614 | Claim Number: 10452<br>Claim Date: 08/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10453<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | Claim Number: 10454<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ |
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10455<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ |
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10456<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 10457<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| ADMINISTRATIVE          Claimed: | $655.33   UNLIQ |
| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 10458<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 6873 (01/21/2009) |
| ADMINISTRATIVE          Claimed: | $40.75   UNLIQ |
| REVAL.COM, INC.<br>420 5TH AE FL 5<br>NEW YORK, NY 10018-0941 | Claim Number: 10459<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
| UNSECURED          Claimed: | $83,158.50 |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 10460<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| ADMINISTRATIVE          Claimed: | $1,193.61   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10461<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $861,278.80  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,443.35  UNLIQ | | |

| SCOTT, KATHRYN<br>240 33A OAK PARK DR<br>DOUGLASTON, NY 11362 | Claim Number: 10462<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $3,846.15  CONT |
|---|---|---|---|---|

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10463<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10464<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10465<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10466<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10467<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10468<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10469<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $300.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10470<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $50.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10471<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $375.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10472<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $375.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10473<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $350.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10474<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10475<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 10476<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $163,308,368.00 |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 10477<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10053 (06/17/2011)<br>Amends claim number 9329 |

| | | |
|---|---|---|
| SECURED | Claimed: | $224,344,935.00 |

| | |
|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | Claim Number: 10478<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $709.58 |

| | |
|---|---|
| REVAL.COM, INC.<br>100 BROADWAY<br>22ND FLOOR<br>NEW YORK, NY 10005 | Claim Number: 10479<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $83,158.50 |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, EQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 10480<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $163,308,368.00 |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN; DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH11<br>CALABASAS, CA 91302 | Claim Number: 10481<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 8654 (03/05/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $163,308,368.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| MANAGEMENT ADVISORS INTERNAL<br>PO BOX 3708<br>HICKORY, NC 28603-3708 | | Claim Number: 10482<br>Claim Date: 08/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,000.00 | | |

| MCCOLLOUGH KEYS, JUANITA A<br>3520 SARGEANT DR<br>CHARLOTTE, NC 28217 | | Claim Number: 10483<br>Claim Date: 08/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $154.55 CONT |
| SECURED | Claimed: | $15,448.00 | | |
| TOTAL | Claimed: | $15,448.00 | | |

| MARIN COUNTY TAX COLLECTOR<br>P.O. BOX 4220<br>SAN RAFAEL, CA 94913 | | Claim Number: 10484<br>Claim Date: 08/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| PRIORITY | Claimed: | $63.97 |
| SECURED | Claimed: | $35,960.74 |

| COMMIATO, MARY T.<br>16439 BRAMBLING<br>HOUSTON, TX 77059 | | Claim Number: 10485<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6465 (10/27/2008) |
|---|---|---|
| PRIORITY | Claimed: | $3,000.00 |

| FORD, STEPHEN H.<br>3 DOGWOOD DR<br>SHALIMAR, FL 32579 | | Claim Number: 10486<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,460.00 |

| MONTGOMERY COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10487<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $2,274.34   UNLIQ |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10488<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,044.85   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10489
Claim Date: 09/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $1,630.70 UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL, 50 SO. 16TH ST,22ND FL
PHILADELPHIA, PA 19102

Claim Number: 10490
Claim Date: 09/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $1,030.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

HARRIS COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10491
Claim Date: 09/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $1,630.70 |
| --- | --- | --- |

---

HARRIS COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10492
Claim Date: 09/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| SECURED | Claimed: | $4,044.85 |
| --- | --- | --- |

---

MONTGOMERY COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3503

Claim Number: 10493
Claim Date: 09/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $2,274.34 |
| --- | --- | --- |

---

WINDHAM REVENUE DEPARTMENT
PO BOX 195
WILLIMANTIC, CT 06226

Claim Number: 10494
Claim Date: 09/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $1,405.46 |
| --- | --- | --- |

---

NETWORK TELEPHONE CORPORATION
DBA CAVALIER TELEPHONE
C/O R LEE GRANT JR
2134 W LABURNUN AVE
RICHMOND, VA 23227

Claim Number: 10495
Claim Date: 09/05/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7930 (08/11/2009)

| ADMINISTRATIVE | Claimed: | $2,000.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BOTTOM, DARYL L.
15745 SNODGRASS
WAMEGO, KS 66547

Claim Number: 10496
Claim Date: 09/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,414.00 |

---

PRIORITY SIGN INC
C/O SHAWN G RICE ESQ
RICE & GOTZMER SC
605 NORTH 8TH STREET SUITE 350
SHEBOYGAN, WI 53081

Claim Number: 10497
Claim Date: 09/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,137.48   UNLIQ |

---

ST JOHNS COUNTY
DENNIS W HOLLINGSWORTH TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE, FL 32085

Claim Number: 10498
Claim Date: 09/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $98.14 |

---

GRUNDY, KAREN R.
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

Claim Number: 10499
Claim Date: 09/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,947.67 |
| SECURED | Claimed: | $0.00 |

---

GRUNDY, GARY L.
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

Claim Number: 10500
Claim Date: 09/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $18,617.15 |

---

GRUNDY, GARY AND KAREN R
JTWROS
9552 NORWAY HILLS TRAIL
LAKEVILLE, MN 55044

Claim Number: 10501
Claim Date: 09/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,146.29 |
| SECURED | Claimed: | $0.00 |

---

BRIDGEPORT APPRAISAL, LLC
P.O. BOX 7326
COVINGTON, WA 98042

Claim Number: 10502
Claim Date: 09/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $565.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907 | Claim Number: 10503<br>Claim Date: 09/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8746 (04/06/2010) |
|---|---|
| SECURED          Claimed: | $570.86 |

| RIVERSIDE COUNTY TREASURER-TAX COLLECTOR<br>MARTHA E. ROMERO<br>PAUL MCDONNELL<br>6516 BRIGHT AVE.<br>WHITTIER, CA 90601 | Claim Number: 10504<br>Claim Date: 09/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10002 (05/11/2011) |
|---|---|
| SECURED          Claimed: | $638,855.31 |

| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10505<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $62.16   UNLIQ |

| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10506<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |
| SECURED          Claimed: | $1,619.21   UNLIQ |

| STRAUSS, MICHAEL J.<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 10507<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8009 (09/14/2009) |
|---|---|
| UNSECURED          Claimed: | $1,000,000.00   UNLIQ |

| BUTTERWORTH, SHANNON<br>672 WEDGEWOOD DR<br>WOODSTOCK, GA 301896818 | Claim Number: 10508<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|
| PRIORITY          Claimed: | $286.15 |

| SAN MATEO COUNTY<br>LEE BUFFINGTON, TAX COLLECTOR<br>555 COUNTY CENTER - 1ST FLR<br>REDWOOD CITY, CA 94063 | Claim Number: 10509<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $104,252.51 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| RIVERSIDE COUNTY<br>TREASURER TAX COLLECTOR<br>ATTN TAX ENFORCEMENT<br>PO BOX 12005<br>RIVERSIDE, CA 92502 | | Claim Number: 10510<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $638,855.31 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD.<br>MUNDELEIN, IL 60060 | | Claim Number: 10511<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 8076 (09/18/2009) |
| UNSECURED | Claimed: | $301,376.00 |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE<br>P.O. BOX 1937<br>HUGHESVILLE, MD 20637-1937 | | Claim Number: 10512<br>Claim Date: 09/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $1,183.39 |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10513<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$1,619.21   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10514<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $62.16   UNLIQ |
| AMERICAN HOME MORTGAGE<br>CUANE A. GOETTEMOELLER, ASST PROSECUTOR<br>P.O. BOX 987<br>SIDNEY, OH 45365-0987 | | Claim Number: 10515<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $901.62<br>$901.62<br>$901.62 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10516<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $256.39 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | |
|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | Claim Number: 10517<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (06/02/2009) |
| SECURED          Claimed: | $298,176.83 |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10518<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $4,603.52   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10519<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $4,232.32   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10520<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
| ADMINISTRATIVE          Claimed: | $4,550.67   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10521<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $3,106.33   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10522<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $5,259.86   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10523<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $12,676.62   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10524<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $2,260.62   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10525<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $4,028.04   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10526<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $4,173.81   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10527<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $17,572.65   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10528<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $10,068.57   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10529<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
| ADMINISTRATIVE        Claimed: | $4,612.95   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10530<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE        Claimed: | $5,760.66   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10531<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
| ADMINISTRATIVE          Claimed: | $4,947.22    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10532<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $9,137.95    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10533<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $7,680.87    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10534<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $1,584.22    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10535<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
| ADMINISTRATIVE          Claimed: | $2,196.28    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10536<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $1,760.78    UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10537<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $2,359.08    UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10538<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $1,953.32   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10539<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $2,164.04   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10540<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9921 (04/07/2011) | |
| ADMINISTRATIVE          Claimed: | $237.03   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10541<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9921 (04/07/2011) | |
| ADMINISTRATIVE          Claimed: | $72.35   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10542<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $4,734.28   UNLIQ | |
| WASHINGTON MUTUAL BANK<br>C/O ROBERT TRODELLA, ESQ.<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | Claim Number: 10543<br>Claim Date: 09/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10447 (05/07/2012) | |
| UNSECURED          Claimed: | $1,935,640.37 | |
| FIELD, JEFF<br>7313 VALLEYCROSS CIR<br>RALEIGH, NC 276153441 | Claim Number: 10544<br>Claim Date: 09/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $12,115.39<br>$25,347.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10545<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $52.65 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10546<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10547<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10548<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10549<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| ALAMANCE COUNTY TAX COLLECTOR<br>CLYDE B ALBRIGHT ATTNY TAX DEPT<br>124 W ELM STREET<br>GRAHAM, NC 27253 | | Claim Number: 10550<br>Claim Date: 09/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $43.44 |
| SECURED | Claimed: | $6,947.00 |
| TOTAL | Claimed: | $43.44 |
| LEAD PLAINTIFFS ON BEHALF OF THE CLASS,<br>IN SECURITIES FRAUD CLASS ACTION<br>C/O MICHAEL S. ETKIN AND IRA M LEVEE<br>65 LIVINGSTON AVE - LOWENSTEIN SANDLER<br>ROSELAND, NJ 07068 | | Claim Number: 10551<br>Claim Date: 09/22/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SINES APPRAISAL SERVICE<br>PATTY SINES<br>561 HUMBERSON ROAD<br>FRIENDSVILLE, MD 21531 | | Claim Number: 10552<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $485.00 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10553<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| SECURED | Claimed: | $304,363.41 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 10554<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10442 (05/04/2012) |
| PRIORITY | Claimed: | $360,650.00   UNLIQ |
| UNIFIED TREASURY (WYANDOTTE)<br>710 N. 7TH ST<br>KANSAS CITY, KS 66101 | | Claim Number: 10555<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $187.32 |
| SCHALLER, CHRIS<br>3516 HOYLAKE DRIVE<br>SPRINGFIELD, IL 62712 | | Claim Number: 10556<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) |
| PRIORITY | Claimed: | $1,351.00 |
| UNSECURED | | $6,055.98 |
| GRAND WAILEA RESORT HOTEL & SPA<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | | Claim Number: 10557<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 6906 (01/29/2009) |
| UNSECURED | Claimed: | $607,392.05 |
| SHELBY COUNTY TREASURER<br>ATTN: DUANE A. GOETTEMOELLER,<br>ASST. PROSECUTOR<br>P.O. BOX 987<br>SIDNEY, OH 45365-0987 | | Claim Number: 10558<br>Claim Date: 09/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $901.62 |
| UNSECURED | Claimed: | $901.62 |
| TOTAL | Claimed: | $901.62 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH ROAD<br>DEPARTMENT 479<br>PONTIAC, MI 48341 | | Claim Number: 10559<br>Claim Date: 10/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $29,049.59 |

| | | |
|---|---|---|
| PLACIDE, PARISA<br>66 GOLF ROAD<br>GOLF, IL 60029 | | Claim Number: 10560<br>Claim Date: 10/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $840.00 |

| | | |
|---|---|---|
| ARAPAHOE COUNTY<br>TREASURER<br>5334 S. PRINCE ST.<br>LITTLETON, CO 80166 | | Claim Number: 10561<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $3,804.73    UNLIQ |

| | | |
|---|---|---|
| ARAPAHOE COUNTY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | | Claim Number: 10562<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $2,329.04    UNLIQ |

| | | |
|---|---|---|
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | | Claim Number: 10563<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $536,776.28 |

| | | |
|---|---|---|
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | | Claim Number: 10564<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| ADMINISTRATIVE | Claimed: | $536,776.28 |

| | | | | |
|---|---|---|---|---|
| ALLEN COUNTY TREASURER<br>1 E MAIN STREET RM 104<br>FORT WAYNE, IN 46802 | | Claim Number: 10565<br>Claim Date: 10/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY<br>UNSECURED | Claimed: | $11,269.66 | Scheduled: | $11,269.66 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 10566
Claim Date: 05/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $244,999.99 |

---

LEVINE, STEWART
10 BERKLEY PLACE
COLTS NECK, NJ 07722-2031

Claim Number: 10567
Claim Date: 10/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $6,390.00 |

---

THOMPSON, LYNDELL P.
5817 LEBANON RD.
CHARLOTTE, NC 28227

Claim Number: 10568
Claim Date: 11/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $52,071.00 |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10569
Claim Date: 10/31/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 8593 (02/18/2010)

| ADMINISTRATIVE | Claimed: | $2,019.28   UNLIQ |

---

TRUSTEES OF MALL ROAD TRUST
C/O J. DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 10570
Claim Date: 11/06/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $36,709.34 |

---

BORDIGNON, VICTORIA
C/O CHRISTIAN P. PORTER, ESQ.
841 BISHOP STREET, SUITE 2125
HONOLULU, HI 96813

Claim Number: 10571
Claim Date: 11/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $100,000.00 |

---

MANFREDINI, LOU
1618 W ERIE STREET
CHICAGO, IL 60622

Claim Number: 10572
Claim Date: 11/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $89,050.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 10573<br>Claim Date: 11/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

| ADMINISTRATIVE | Claimed: | $74,630.60 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10574<br>Claim Date: 11/25/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10575<br>Claim Date: 11/25/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10576<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10577<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9920 (04/06/2011) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10578<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10579<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10580<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10581<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) |

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| | |
|---|---|
| LEE COUNTY TAX COLLECTOR<br>CATHERINE M. CURTIS<br>C/O LEGAL DEPARTMENT<br>PO BOX 850<br>FORT MYERS, FL 33902-0280 | Claim Number: 10582<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8866 (05/24/2010) |

| ADMINISTRATIVE | Claimed: | $5,618.28   UNLIQ |
|---|---|---|

| | |
|---|---|
| ARIOTO, NUNCIO AND MICHELLE<br>853 N. 17TH ST.<br>SAN JOSE, CA 95112 | Claim Number: 10583<br>Claim Date: 11/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |

| SECURED | Claimed: | $25,110.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | Claim Number: 10584<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |

| SECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | Claim Number: 10585<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |

| SECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | Claim Number: 10586<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |

| SECURED | Claimed: | $0.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

MONTGOMERY COUNTY
CAROLYN RICE, TREASURER
451 W. THIRD ST.
DAYTON, OH 45422

Claim Number: 10587
Claim Date: 11/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $108.17 |
| --- | --- | --- |

---

BESSON APPRAISALS INC
25 MARY ANN DR
EXETER, RI 02822

Claim Number: 10588
Claim Date: 11/24/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $325.00 |
| --- | --- | --- |

---

ST. JOHNS COUNTY TAX COLLECTOR
DENNIS W. HOLLINGSWORTH
P.O. BOX 9001
SAINT AUGUSTINE, FL 32085-9001

Claim Number: 10589
Claim Date: 11/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $0.00 |
| --- | --- | --- |
| SECURED | Claimed: | $176.47 |

---

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10590
Claim Date: 12/05/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8668 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $1,556.57 |
| --- | --- | --- |

---

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10591
Claim Date: 12/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8591 (02/18/2010)

| SECURED | Claimed: | $1,855.24 |
| --- | --- | --- |

---

ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10592
Claim Date: 12/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $64.13 |
| --- | --- | --- |

---

ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10593
Claim Date: 12/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $64.13 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10594<br>Claim Date: 12/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |
|---|---|

| SECURED | Claimed: | $4,427.08 |
|---|---|---|

---

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | Claim Number: 10595<br>Claim Date: 12/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $89,157.89 |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | Claim Number: 10596<br>Claim Date: 12/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $1,557.91 |
|---|---|---|
| SECURED | Claimed: | $13,682.34 |

| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 10597<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 10598<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 10599<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| PRIORITY | Claimed: | $734.51 |
|---|---|---|
| UNSECURED | Claimed: | $377.40 |

| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 10600<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,628.75 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 10601<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $1,557.91 |
|---|---|---|
| SECURED | Claimed: | $5,594.89 |

| TOWN OF POMFRET<br>PAMELA S. LEWERENZ, CCMC TAX COLLECTOR<br>PO BOX 286<br>POMFRET CENTER, CT 06259 | Claim Number: 10602<br>Claim Date: 12/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| YARLING & ROBINSON<br>151 NORTH DELAWARE STREET<br>MARKET SQUARE CENTER, STE 1535<br>INDIANAPOLIS, IN 46204 | Claim Number: 10603<br>Claim Date: 12/23/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9459 (11/16/2010) |
|---|---|

| UNSECURED | Claimed: | $12,771.86 |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN CHRISS W. STREET<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 10604<br>Claim Date: 12/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $124,228.14 |
|---|---|---|

| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 10605<br>Claim Date: 12/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10605 (10/05/2012) |
|---|---|

| SECURED | Claimed: | $1,103.99 |
|---|---|---|

| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 10606<br>Claim Date: 12/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
|---|---|

| SECURED | Claimed: | $1,103.99 |
|---|---|---|

| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | Claim Number: 10607<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) |
|---|---|

ADMINISTRATIVE

| PRIORITY | Claimed: | $903,446.00 |
|---|---|---|
| SECURED | Claimed: | $451,723.00 |

ADMINISTRATIVE
ADMINISTRATIVE

| PRIORITY | Claimed: | $903,446.00 |
|---|---|---|
| PRIORITY | Claimed: | $903,446.00 |
| SECURED | Claimed: | $451,723.00 |
| SECURED | Claimed: | $451,723.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

DOBBEN, MONA S.
9208 N. 107TH DRIVE
SUN CITY, AZ 85351

Claim Number: 10608
Claim Date: 12/26/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8667 (03/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $903,446.00 | |
| SECURED | Claimed: | $451,723.00 | |

---

DOBBEN, MONA S.
9208 N. 107TH DRIVE
SUN CITY, AZ 85351

Claim Number: 10609
Claim Date: 12/26/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8667 (03/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $903,446.00 | |
| SECURED | Claimed: | $451,723.00 | |

---

606 MOUNT VIEW HOLDING CO LLC
606 MOUNTAIN VIEW AVE #101
LONGMONT, CO 80501

Claim Number: 10610
Claim Date: 12/26/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,926.08 | Scheduled: | $371.92 |

---

INTER-TEL INTEGRATED SYSTEMS, INC. (BY
CT NETWORKS) C/O LEGAL DEPARTMENT
DIANA CLINE, PARALEGAL
7300 W. BOSTON STREET
CHANDLER, AZ 85226

Claim Number: 10611
Claim Date: 12/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9459 (11/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,884.20 |

---

CITY OF MT PLEASANT
320 WEST BROADWAY
MOUNT PLEASANT, MI 48858

Claim Number: 10612
Claim Date: 12/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8593 (02/18/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $487.98 |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.
PHILADELPHIA, PA 19102

Claim Number: 10613
Claim Date: 12/31/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,055.47   UNLIQ |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.
PHILADELPHIA, PA 19102

Claim Number: 10614
Claim Date: 12/31/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,596.27   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERIN & MELLOTT, LLC
TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.
PHILADELPHIA, PA 19102

Claim Number: 10615
Claim Date: 12/31/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $10,596.27 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-12XS
60 LIVINGSTON AVENUE. EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10616
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-8XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10617
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-11
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10618
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-15XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10619
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-17XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10620
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-1XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10621
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-2AX
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10622
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-3XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10623
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-6XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10624
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-7AX
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10625
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-8XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10626
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-11
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10627
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-15XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10628
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-17XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10629 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-11 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10630 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-15XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10631 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-17XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10632 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-1XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10633 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10634 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-7AX 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10635 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| FORSYTH COUNTY<br>P. O. BOX 82<br>WINSTON-SALEM, NC 27102 | Claim Number: 10636<br>Claim Date: 01/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $278.51 |
|---|---|---|
| UNSECURED | Claimed: | $385.42 |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10637<br>Claim Date: 12/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,556.57 |
|---|---|---|

| US BANCORP MANIFEST FUNDING SERVICES<br>ATTN CORPORATE ATTORNEY<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 | Claim Number: 10638<br>Claim Date: 12/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $71,515.01 |
|---|---|---|

| US BANCORP BUSINESS EQUIP. FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | Claim Number: 10639<br>Claim Date: 12/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $156,370.72 |
|---|---|---|

| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY DEPARTMENT<br>1800 27TH STREET, BUILDING B<br>VERO BEACH, FL 32960 | Claim Number: 10640<br>Claim Date: 12/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9026 (07/19/2010)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $481.95 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $434.97 |

| MCCANN APPRAISAL SERVICES INC.<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | Claim Number: 10641<br>Claim Date: 01/09/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $6,435.00 |
|---|---|---|

| STRECKER, ROGER W.<br>200 FRYE RD<br>PINEHURST, NC 28374 | Claim Number: 10642<br>Claim Date: 01/13/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $5,908.91 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-14AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | Claim Number: 10643 Claim Date: 01/15/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET 9822 (03/09/2011) |
|---|---|
| UNSECURED          Claimed: | $1,522,652.00 |

| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-15AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | Claim Number: 10644 Claim Date: 01/15/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET 9822 (03/09/2011) |
|---|---|
| UNSECURED          Claimed: | $1,136,973.00 |

| CITY OF MILWAUKEE CITY TREASURER - WAYNE F WHITTOW 200 E WELLS ST - ROOM 103 MILWAUKEE, WI 53202 | Claim Number: 10645 Claim Date: 12/29/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 8948 (06/21/2010) |
|---|---|
| SECURED          Claimed: | $1,290.37 |

| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W RANDOLPH ST #7-400 CHICAGO, IL 60601 | Claim Number: 10646 Claim Date: 12/29/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
|---|---|
| PRIORITY          Claimed: | $105,543.95 |
| UNSECURED          Claimed: | $10,202.20 |

| JACKSON, DAVID & JUDY 12787 LAVENDER KEEP CIRCLE FAIRFAX, VA 22033 | Claim Number: 10647 Claim Date: 01/23/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9140 (08/13/2010) |
|---|---|
| SECURED          Claimed: | $600,000.00 |
| UNSECURED          Claimed: | $1,872,000.00 |

| MONTAGUE, PENNY HOPE DEL CARLO OREGON LAW CENTER 921 SW WASHINGTON, SU. 516 PORTLAND, OR 97205 | Claim Number: 10648 Claim Date: 01/14/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: WITHDRAWN DOCKET: 10041 (06/10/2011) |
|---|---|
| UNSECURED          Claimed: | $2,050,000.00   UNLIQ CONT |

| NUECES COUNTY - ATTN:DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. SUITE 400, PO BOX 17428 AUSTIN, TX 78760-7428 | Claim Number: 10649 Claim Date: 01/26/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 8668 (03/10/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,321.16   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| VERMONT PURE SPRING WATER<br>C/O CAPE AND ISLANDS COFFEE<br>8 OTIS PARK DR.<br>SUITE 3A<br>BOURNE, MA 02532 | | Claim Number: 10650<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|---|
| UNSECURED | Claimed: | $659.21 |

---

| LAMACCHIA, DELENA S.<br>1104 BLACK ROAD<br>CHERRYVILLE, NC 28021 | | Claim Number: 10651<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10142 (08/26/2011) |
|---|---|---|
| SECURED | Claimed: | $200,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| SECURED | Claimed: | $200,000.00 |
| SECURED | Claimed: | $200,000.00 |
| SECURED | Claimed: | $200,000.00 |
| SECURED | Claimed: | $200,000.00 |
| SECURED | Claimed: | $200,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| UNSECURED | Claimed: | $400,000.00 |

---

| OHIO DEPARTMENT OF TAXATION<br>STATE OF OHIO<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | | Claim Number: 10652<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) |
|---|---|---|
| PRIORITY | Claimed: | $90,581.41 |
| UNSECURED | Claimed: | $12,202.50 |

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 10653<br>Claim Date: 01/29/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,554.62   UNLIQ |

---

| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>MOBILE, AL 36601 | | Claim Number: 10654<br>Claim Date: 02/02/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,535.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MACCORMACK, JOSEPH & MARY<br>4579 DERRING LN<br>FAIRFAX, VA 22030-6265 | Claim Number: 10655<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) |
|---|---|

| SECURED | Claimed: | $760,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,520,000.00 |

| MACCORMACK, JOSEPH & MARY<br>4800 CHRISTIE JANE LANE<br>FAIRFAX, VA 22030 | Claim Number: 10656<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|

| SECURED | Claimed: | $760,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,520,000.00 |

| BEXAR COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 10657<br>Claim Date: 01/21/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,443.18   UNLIQ |
|---|---|---|

| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | Claim Number: 10658<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $274.28 |
|---|---|---|

| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10659<br>Claim Date: 02/09/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $128.26   UNLIQ |
|---|---|---|

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10660<br>Claim Date: 02/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8668 (03/10/2010) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY | Claimed: | $4,812.29 |
|---|---|---|

| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | Claim Number: 10661<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $2,678.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,419.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

BAKER, LAYCE
6335 NACHEZ CT
CITRUS HEIGHTS, CA 95621-5219

Claim Number: 10662
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |
| UNSECURED | Claimed: | $4,419.00 |

BAKER, LAYCE
7519 CEDAR DR.
CITRUS HEIGHTS, CA 95610

Claim Number: 10663
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |

BAKER, LAYCE
7519 CEDAR DR.
CITRUS HEIGHTS, CA 95610

Claim Number: 10664
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |
| UNSECURED | Claimed: | $4,419.00 |

BAKER, LAYCE
7519 CEDAR DR.
CITRUS HEIGHTS, CA 95610

Claim Number: 10665
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |
| UNSECURED | Claimed: | $4,419.00 |

BAKER, LAYCE
7519 CEDAR DR.
CITRUS HEIGHTS, CA 95610

Claim Number: 10666
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |

BAKER, LAYCE PATRICIA
7517 CEDAR DR
CITRUS HTS, CA 95610-1415

Claim Number: 10667
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,678.00 |
| UNSECURED | Claimed: | $2,678.00 |
| TOTAL | Claimed: | $2,678.00 |

MODRELL, CRYSTAL J.
321 DANIEIS DRIVE
YORKTOWN, VA 23690

Claim Number: 10668
Claim Date: 02/05/2009
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $736.00 | Scheduled: | $736.00  CONT |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

KOHL, RICHARD P
32 AUDLEY CIR.
PLAINVIEW, NY 11803

Claim Number: 10669
Claim Date: 02/05/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $0.00  UNDET | | |

---

POLADIAN, ANGELINE
3 WHITWORTH ST
LADERA RANCH, CA 92694

Claim Number: 10670
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8299 (11/13/2009)

| PRIORITY | Claimed: | $744.48 | Scheduled: | $7,584.87  CONT |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 10671
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| SECURED | Claimed: | $438.44  UNLIQ | | |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 10672
Claim Date: 02/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| SECURED | Claimed: | $1,126.12  UNLIQ | | |

---

ANGELINA COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10673
Claim Date: 02/12/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $128.26  UNLIQ | | |

---

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10674
Claim Date: 02/12/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $4,812.29  UNLIQ | | |

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10675
Claim Date: 02/27/2009
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $16,963.50  UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DALLAS COUNTY - ELIZABETH WELLER MICHAEL W. DEEDS, & LAURIE A. SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201-2691 | | Claim Number: 10676 Claim Date: 02/27/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: WITHDRAWN DOCKET: 5 (02/19/2010) |
| ADMINISTRATIVE | Claimed: | $67,535.48   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| COPPELL ISD - ELIZABETH WELLER, MICHAEL W. DEEDS, & LAURIE A. SPINDLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX 75201 | | Claim Number: 10677 Claim Date: 02/27/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: WITHDRAWN DOCKET: 8 (02/25/2010) |
| ADMINISTRATIVE | Claimed: | $83,399.23   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| LAW GROUP PL FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA, FL 33622-5018 | | Claim Number: 10678 Claim Date: 01/10/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) |
| UNSECURED | Claimed: | $8,219.21 |
| SAN DIEGO COUNTY TREASURER DAN MCALLISTER - TAX COLLECTOR 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO, CA 92101 | | Claim Number: 10679 Claim Date: 02/20/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $235,289.85 |
| GILMER COUNTY TAX COMMISSIONER 1 BROAD ST. SUITE 105 ELLIJAY, GA 30540 | | Claim Number: 10680 Claim Date: 03/06/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $534.36 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY MICHAEL A. COX - ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD DETROIT, MI 48202 | | Claim Number: 10681 Claim Date: 02/18/2009 Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $19,615.05 |
| LAW GROUP PL FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA, FL 33622-5018 | | Claim Number: 10682 Claim Date: 02/20/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) |
| UNSECURED | Claimed: | $8,219.21 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| LARSON, MISTY<br>C/O CHRISTINA M. LATTA, ATTORNEY<br>705 SECOND AVENUE, SUITE 501<br>SEATTLE, WA 98104 | Claim Number: 10683<br>Claim Date: 02/20/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $100,000.00   UNLIQ |
|---|---|---|

| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 | Claim Number: 10684<br>Claim Date: 03/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) |
|---|---|

| SECURED | Claimed: | $276.19 |
|---|---|---|

| STRAIGHT LINE ROOFING & CONTRUCTION<br>PORTER LAW GROUP, INC.<br>WILLIAM L. PORTER<br>7801 FOLSOM BLVD., SUITE 101<br>SACRAMENTO, CA 95826 | Claim Number: 10685<br>Claim Date: 03/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>DOCKET 8186 (10/15/2009) |
|---|---|

| SECURED | Claimed: | $26,041.33 |
|---|---|---|

| LAMACCHIA, DELENA S.<br>1104 BLACK ROAD<br>CHERRYVILLE, NC 28021 | Claim Number: 10686<br>Claim Date: 03/12/2009<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10142 (08/26/2011) |
|---|---|

| SECURED | Claimed: | $200,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $400,000.00 |

| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | Claim Number: 10687<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $700,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,090,000.00 |

| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | Claim Number: 10688<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $700,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,090,000.00 |

| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | Claim Number: 10689<br>Claim Date: 03/19/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $700,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,090,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

TARRANT COUNTY
WELLER, ELIZABETH
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10690
Claim Date: 03/19/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8668 (03/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,478.52 |

---

CURRY COUNTY TREASURER
PO BOX 897
CLOVIS, NM 88102-0897

Claim Number: 10691
Claim Date: 03/13/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55.79 |
| SECURED | Claimed: | $55.79 |
| TOTAL | Claimed: | $55.79 |

---

LINCOLN COUNTY, MISSOURI
JERRY FOX, COLLECTOR
201 MAIN STREET
TROY, MO 63379

Claim Number: 10692
Claim Date: 03/17/2009
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $28.73 | Scheduled: | $31.71  DISP CONT |

---

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10693
Claim Date: 03/23/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $303,220.98 |
| UNSECURED | Claimed: | $3,193.35 |

---

TOWN OF POMFRET
TAX COLLECTOR
PO BOX 286
POMFRET CENTER, CT 06259

Claim Number: 10694
Claim Date: 03/23/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

CIMINO, MATTHEW T.
137 MILLFORD CROSSING
PENFIELD, NY 14526

Claim Number: 10695
Claim Date: 03/31/2009
Debtor: AMERICAN HOME MORTGAGE CORP

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,371.51 |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10696
Claim Date: 02/26/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,297,874.00 |
| UNSECURED | Claimed: | $2,090.48 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10697<br>Claim Date: 03/30/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | Claim Number: 10698<br>Claim Date: 03/30/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $2,496.00 |
|---|---|---|

| J.P. MORGAN ACCEPTANCE CORP. I, ET AL<br>JPMORGAN CHASE LEGAL & COMPLIANCE DEPT.<br>ATTENTION: ALYSSA KELMAN<br>1 CHASE MANHATTAN PLAZA, 26TH FLOOR<br>NEW YORK, NY 10081 | Claim Number: 10699<br>Claim Date: 04/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 10700<br>Claim Date: 04/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $149,826.31 |
|---|---|---|

| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | Claim Number: 10701<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) |
|---|---|

| SECURED | Claimed: | $1,145.10   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,145.10   UNLIQ |

| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | Claim Number: 10702<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) |
|---|---|

| SECURED | Claimed: | $445.82   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $445.82   UNLIQ |

| ALLEN COUNTY TREASURER<br>ONE EAST MAIN STREET ROOM 104<br>FORT WAYNE, IN 46802-1888 | Claim Number: 10703<br>Claim Date: 04/20/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|

| SECURED | Claimed: | $2,410.86   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $2,410.86   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10704<br>Claim Date: 04/20/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
|---|---|

| PRIORITY | Claimed: | $307,048.49 |
|---|---|---|
| UNSECURED | Claimed: | $3,193.35 |

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | Claim Number: 10705<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
|---|---|

| SECURED | Claimed: | $324,612.16 |
|---|---|---|

---

| MCGILL, WAYNE<br>PO BOX 751583<br>LAS VEGAS, NV 89136-1583 | Claim Number: 10706<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10355 (03/08/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $77,000.00 |

---

| WANG, YUELI<br>503 IVYSHAW RD.<br>CARY, NC 27519 | Claim Number: 10707<br>Claim Date: 05/01/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7584 (06/30/2009) |
|---|---|

| UNSECURED | Claimed: | $150.00 |
|---|---|---|

---

| FREITAS, FRANK L.<br>COUNTY TAX COLLECTOR<br>ROOM D-290<br>COUNTY GOVERNMENT CENTER<br>SAN LUIS OBISPO, CA 93408 | Claim Number: 10708<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

| TREASURER OF PITTSYLVANIA COUNTY<br>P.O. BOX 230<br>CHATHAM, VA 24557 | Claim Number: 10709<br>Claim Date: 05/04/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $1,762.88 |
|---|---|---|

---

| LAVAN, EILEEN M<br>165 CROWELL STREET<br>HEMPSTEAD, NY 11550 | Claim Number: 10710<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |
|---|---|

| PRIORITY | Claimed: | $6,041.25 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CARBON COUNTY TAX CLAIM BUREAU<br>COURTHOUSE ANNEX,<br>P.O. BOX 37<br>JIM THORPE, PA 18229-0037 | Claim Number: 10711<br>Claim Date: 05/11/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $3,068.85 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| FRANKLIN COUNTY, OHIO TREASURER<br>373 S HIGH ST, 17TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 10712<br>Claim Date: 05/11/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9103 (08/09/2010) |
|---|---|

| SECURED | Claimed: | $8,126.57 |
|---|---|---|

---

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10713<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|

| PRIORITY | Claimed: | $2,425.00   UNLIQ |
|---|---|---|

---

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10714<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|

| PRIORITY | Claimed: | $2,425.00   UNLIQ |
|---|---|---|

---

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10715<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|

| PRIORITY | Claimed: | $2,425.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10716<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|

| PRIORITY | Claimed: | $2,425.00   UNLIQ |
|---|---|---|

---

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10717<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|

| PRIORITY | Claimed: | $2,425.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| STATE OF CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim Number: 10718 Claim Date: 05/22/2009 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 9254 (09/24/2010) |
| --- | --- |

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

| NETWORK TELEPHONE CORPORATION C/O LEE GRANT, COUNSEL 2134 W LABURNUM AVENUE RICHMOND, VA 23227 | Claim Number: 10719 Claim Date: 05/18/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9254 (09/24/2010) |
| --- | --- |

| UNSECURED | Claimed: | $4,178.25 |
| --- | --- | --- |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 10720 Claim Date: / / Debtor: DEBTOR NOT FOUND |
| --- | --- |

| TOTAL | Claimed: | $0.00 |
| --- | --- | --- |

| ADAMS COUNTY TREASURER 450 S 4TH AVENUE BRIGHTON, CO 80601 | Claim Number: 10721 Claim Date: 05/19/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 8005 (09/03/2009) |
| --- | --- |

| SECURED | Claimed: | $4,457.77 |
| --- | --- | --- |

| STATE OF NEVADA DEPARTMENT OF TAXATION ATTN: BANKRUPTCY SECTION 555 E WASHINGTON AVENUE #1300 LAS VEGAS, NV 89101 | Claim Number: 10722 Claim Date: 05/26/2009 Debtor: AMERICAN HOME MORTGAGE CORP |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $24,798.16 |
| --- | --- | --- |

| R.I. DIVISION OF TAXATION ATTN DAVID M SULLIVAN TAX ADMINISTRATOR ONE CAPITOL HILL PROVIDENCE, RI 02908 | Claim Number: 10723 Claim Date: 05/26/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: WITHDRAWN DOCKET: 10678 (12/04/2012) |
| --- | --- |

| PRIORITY | Claimed: | $250.00 |
| --- | --- | --- |

| SCOTTO, ANTHONY 77 MARLOW DR JACKSON, NJ 08527 | Claim Number: 10724 Claim Date: 06/18/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 8819 (05/04/2010) |
| --- | --- |

| UNSECURED | Claimed: | $1,220.63 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>1100 N. EUTAW ST, ROOM 401<br>BALTIMORE, MD 21201 | Claim Number: 10725<br>Claim Date: 06/15/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8947 (06/21/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,700.00 | |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 10726<br>Claim Date: 06/22/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9902 (03/29/2011) | | |
| SECURED | Claimed: | $292,044.76 | |
| SCOTTO, ANTHONY<br>77 MARLOW DRIVE<br>JACKSON, NJ 08527 | Claim Number: 10727<br>Claim Date: 06/19/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) | | |
| PRIORITY | Claimed: | $1,220.63 | Scheduled: $3,417.76 CONT |
| GRAVES, MICHELLE<br>1961 EWALD AVE<br>BALTIMORE, MD 21222 | Claim Number: 10728<br>Claim Date: 07/20/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | |
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $2,514.76 | |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | Claim Number: 10729<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
| UNSECURED | Claimed: | $84.52 | |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | Claim Number: 10730<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
| PRIORITY | Claimed: | $84.52 | |
| TRANSYLVANIA COUNTY<br>P. O. BOX 747<br>BREVARD, NC 28712 | Claim Number: 10731<br>Claim Date: 08/17/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) | | |
| PRIORITY | Claimed: | $32.04 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

HENDRICKS COUNTY TREASURER
355 S. WASHINGTON ST #125
DANVILLE, IN 46122

Claim Number: 10732
Claim Date: 08/18/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 8815 (04/30/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $69.64 | | |
| UNSECURED | Claimed: | $48.28 | | |

COUNTY OF SANTA CLARA
TAX COLLECTOR
COUNTY GOVERNMENT CENTER, 6TH FL E WING
70 WEST HEDDING STREET
SAN JOSE, CA 95110

Claim Number: 10733
Claim Date: 08/19/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9993 (05/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $173.33 | | |

MALCOM, PATRICIA D
WALTON COUNTY TAX COMMISSIONER
303 S HAMMOND DR, STE 100
MONROE, GA 30655

Claim Number: 10734
Claim Date: 09/21/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8593 (02/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $3,861.58 | | |

TREASURER OF ARAPAHOE COUNTY, COLORADO
ARAPAHOE COUNTY TREASURER
5334 S. PRINCE STREET
LITTLETON, CO 80166

Claim Number: 10735
Claim Date: 09/28/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8410 (12/14/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $5,139.52 | | |

UBS REAL ESTATE SECURITIES INC.
1285 AVE OF THE AMERICAS
NEW YORK, NY 10019

Claim Number: 10736
Claim Date: 10/14/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9819 (03/08/2011)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $8,045,510.00   UNLIQ | | |

WINSTON SUPPORT SERVICES,LLC
ATTN: JESSE ULEZALKA
122 EAST 42ND STREET
NEW YORK, NY 10168

Claim Number: 10737
Claim Date: 10/07/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9257 (09/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $14,538.12 |

UNITED VANS LINES, LLC
ONE UNITED DRIVE
FENTON, MO 63026

Claim Number: 10738
Claim Date: 10/15/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9777 (02/08/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $72,473.35 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

PLAGEMAN, SOONER E
4171 RHAPSODY ST APT 5309
GRAND PRAIRIE, TX 75052-0236

Claim Number: 10739
Claim Date: 10/26/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| | | | Scheduled: | $769.23 CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

SHERMAN, AMBER
6528 BITTER SWEET DR
FORT WAYNE, IN 42825

Claim Number: 10740
Claim Date: 11/05/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

| PRIORITY | Claimed: | $6,240.00 |
|---|---|---|

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10741
Claim Date: 10/29/2009
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| ADMINISTRATIVE | Claimed: | $116.53  UNLIQ |
|---|---|---|

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10742
Claim Date: 10/29/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9141 (08/13/2010)

| ADMINISTRATIVE | Claimed: | $319.30  UNLIQ |
|---|---|---|

---

SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 10743
Claim Date: 11/09/2009
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

| UNSECURED | Claimed: | $165,634.56 |
|---|---|---|

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10744
Claim Date: 11/03/2009
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| ADMINISTRATIVE | Claimed: | $103.18  UNLIQ |
|---|---|---|

---

SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
DAN MCALLISTER
1600 PACIFIC HIGHWAY, ROOM 162
SAN DIEGO, CA 92101

Claim Number: 10745
Claim Date: 11/06/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8654 (03/05/2010)

| SECURED | Claimed: | $217,069.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,184.25 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CITY OF DAYTON<br>FINANCE DEPARTMENT<br>ATTN: ACC. REC. COLLECTIONS<br>101 WEST THIRD STREET<br>DAYTON, OH 45402 | Claim Number: 10746<br>Claim Date: 11/23/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $75.00 |
|---|---|---|

---

| LEE COUNTY TAX COLLECTOR<br>CATHY CURTIS<br>C/O LEGAL DEPARTMENT<br>POST OFFICE BOX 850<br>FORT MYERS, FL 33902 | Claim Number: 10747<br>Claim Date: 11/30/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8866 (05/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,132.22   UNLIQ |
|---|---|---|

---

| MARYLAND DEPT. OF LABOR, LICENSING AND REGULATION<br>OFFICE OF UNEMPLOYMENT INSURANCE<br>1100 N. EUTAW ST, ROOM 401<br>BALTIMORE, MD 21201 | Claim Number: 10748<br>Claim Date: 11/30/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8947 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $5,430.00 |
|---|---|---|

---

| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | Claim Number: 10749<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) |
|---|---|

| PRIORITY | Claimed: | $466.23 |
|---|---|---|
| UNSECURED | Claimed: | $41.23 |

---

| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | Claim Number: 10750<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) |
|---|---|

| UNSECURED | Claimed: | $20.00 |
|---|---|---|

---

| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 10751<br>Claim Date: 12/14/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,481.46   UNLIQ |
|---|---|---|

---

| SHPS, INC.<br>9200 SHELBYVILLE ROAD, SUITE 700<br>LOUISVILLE, KY 40222 | Claim Number: 10752<br>Claim Date: 01/04/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9026 (07/19/2010) |
|---|---|

| UNSECURED | Claimed: | $70,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10753 Claim Date: 01/20/2009 Debtor: GREAT OAK ABSTRACT CORP Comments: WITHDRAWN DOCKET: 8400 (12/11/2009) |
| ADMINISTRATIVE | Claimed: | $3,056.87   UNLIQ |
| DUNAGAN, BRIAN 2502 RIVERSIDE PARKWAY, # 1422 GRAND PRAIRIE, TX 75050 | | Claim Number: 10754 Claim Date: 12/23/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10584 (09/17/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $264,050.00 |
| FARMERS INS. AGENCY C/O JOHN ANDA 950 N. ELMHURST RD. STE 101 MT. PROSPECT, IL 60056 | | Claim Number: 10755 Claim Date: 01/08/2010 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9552 (12/13/2010) |
| UNSECURED | Claimed: | $1,000.00 |
| CITY OF SAN DIEGO, THE DELINQUENT ACCOUNT COLLECTIONS PROGRAM OFFICE OF THE CITY TREASURER 1010 SECOND AVENUE SIXTH FLOOR WEST WING SAN DIEGO, CA 92101-4904 | | Claim Number: 10756 Claim Date: 01/19/2010 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9141 (08/13/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LISLE, ELIZABETH B. ETRADE SECURITIES CUSTODIAN P.O. BOX 641 GAMBRILLS, MD 21054 | | Claim Number: 10757 Claim Date: 01/29/2010 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 8819 (05/04/2010) |
| UNSECURED | Claimed: | $6,382.10 |
| DB STRUCTURED PRODUCTS, INC. STEVEN KESSLER, ESQ./JAY STRAUSS, ESQ. DEUTSCHE BANK AG NEW YORK 60 WALL STREET, 36TH FL. NEW YORK, NY 10005-2888 | | Claim Number: 10758 Claim Date: 02/02/2010 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $0.00 |
| DB STRUCTURED PRODUCTS, INC. STEVEN KESSLER, ESQ./JAY STRAUSS, ESQ. DEUTSCHE BANK AG NEW YORK 60 WALL STREET, 36TH FL. NEW YORK, NY 10005-2888 | | Claim Number: 10759 Claim Date: 02/02/2010 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10210 (10/18/2011) |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10760<br>Claim Date: 02/04/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $142,498,546.38   UNLIQ |
|---|---|---|

| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10761<br>Claim Date: 02/04/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) |
|---|---|

| UNSECURED | Claimed: | $142,498,546.38   UNLIQ |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10762<br>Claim Date: 02/05/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| ADMINISTRATIVE | Claimed: | $325.51 |
|---|---|---|

| EATON, RUSSELL ALAN<br>BOX 1131<br>GEORGETOWN, CA 95634 | Claim Number: 10763<br>Claim Date: 03/01/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) |
|---|---|

| PRIORITY | Claimed: | $96,678.17 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $108,317.97 |
| TOTAL | Claimed: | $108,317.97 |

| MILLS, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | Claim Number: 10764<br>Claim Date: 03/31/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $634,954.46 |
| UNSECURED | Claimed: | $747,545.54 |

| MILLS, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | Claim Number: 10765<br>Claim Date: 03/30/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
|---|---|

| SECURED | Claimed: | $634,954.46 |
|---|---|---|
| UNSECURED | Claimed: | $747,545.54 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

THERIAULT-FAZIO, JO ANN
480 PRESTWICK LANE
WHEELING, IL 60090

Claim Number: 10766
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8947 (06/21/2010)

| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT |
|---|---|---|---|---|

KHAN, SETARA
5 SUGAR MAPLE COURT
DIX HILLS, NY 11746

Claim Number: 10767
Claim Date: 04/05/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 8948 (06/21/2010)

| SECURED | Claimed: | $1,571.21 |
|---|---|---|

BECKMAN, DENISE
274 OLD COMMACK RD
KINGS PARK, NY 11754

Claim Number: 10768
Claim Date: 04/22/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9141 (08/13/2010)

| PRIORITY | Claimed: | $1,192.31 | Scheduled: | $1,192.31 CONT |
|---|---|---|---|---|

CLEVELAND COUNTY TREASURER
201 S JONES SUITE 100
NORMAN, OK 73069

Claim Number: 10769
Claim Date: 05/11/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9141 (08/13/2010)

| PRIORITY | Claimed: | $114.91 |
|---|---|---|

MORGAN STANLEY MORT. LOAN TRST 2007 4SL
BANK OF AMERICA, N.A., MERRILL LYNCH
C/O VANESSA L. DANNER, "MSMLT 2007-4SL"
135 S LASALLE STREET - MC IL4-135-11
CHICAGO, IL 60603

Claim Number: 10770
Claim Date: 05/20/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MORGAN STANLEY MORT. LOAN TRST 2006-9AR
BANK OF AMERICA, N.A., MERRILL LYNCH
C/O VANESSA L. DANNER, "MSMLT 2006-9AR"
135 S LASALLE STREET - MC IL4-135-11
CHICAGO, IL 60603

Claim Number: 10771
Claim Date: 05/20/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MORGAN STANLEY MORT. LOAN TRST 2007-5AX
BANK OF AMERICA, N.A., MERRILL LYNCH
C/O VANESSA L. DANNER, "MSMLT 2007-5AX"
135 S LASALLE STREET - MC IL4-135-11
CHICAGO, IL 60603

Claim Number: 10772
Claim Date: 05/20/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10773<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10774<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10775<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10776<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10777<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10778<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10779<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10780<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2007-9SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-9SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10781<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT LOAN TRST 2006-13ARX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER,"MSMLT 2006-13ARX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10782<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10783<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| MORGAN STANLEY MORT. LOAN TRST 2006-2<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-2"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10784<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| U.S. DEPARTMENT OF LABOR, EMPLOYEE<br>BENEFITS SECURITY ADMINISTRATION<br>200 CONSTITUTION AVE., NW, ROOM N5668<br>WASHINGTON, DC 20210 | Claim Number: 10785<br>Claim Date: 06/14/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |
|---|---|
| ADMINISTRATIVE            Claimed: | $50,000.00 |

| KELLY SERVICES INC.<br>999 W. BIG BEAVER ROAD<br>TROY, MI 48084 | Claim Number: 10786<br>Claim Date: 06/15/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) |
|---|---|
| UNSECURED    Claimed:    $77,468.40    Scheduled:    $46,243.73 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| UBS SECURITIES LLC<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10787<br>Claim Date: 06/24/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 9994 (05/09/2011)<br>AMENDS CLAIM 8924 |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $11,675,819.31 | UNLIQ |

| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10788<br>Claim Date: 06/24/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10929<br>DOCKET: 9822 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $2,563,594.00 | UNLIQ |
|---|---|---|---|

| YELLW BOOK SALES & DIST.<br>SLATER, TENAGLIA, FRITZ & HUNT, P.A.<br>301 THIRD STREET<br>OCEAN CITY, NJ 08226 | Claim Number: 10789<br>Claim Date: 07/09/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| UNSECURED | Claimed: | $18,841.00 |
|---|---|---|

| MAIER, EDWARD CHARLES & MARCELLA MAE<br>MAIER JT TEN<br>7510 CAHILL RD APT 315B<br>EDINA, MN 55439-2788 | Claim Number: 10790<br>Claim Date: 07/22/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9552 (12/13/2010) |
|---|---|

| SECURED | Claimed: | $2,240.00 |
|---|---|---|

| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>90 SOUTH 17TH STREET, 17TH FLOOR<br>MAC N9305-176<br>MINNEAPOLIS, MN 55402-3903 | Claim Number: 10791<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 | UNLIQ |
|---|---|---|---|

| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>90 SOUTH 7TH STREET, 17TH FLOOR<br>MAC N9305-176<br>MINNEAPOLIS, MN 55402-3903 | Claim Number: 10792<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 | UNLIQ |
|---|---|---|---|

| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10793<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) |
|---|---|

| UNSECURED | Claimed: | $765.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10794<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $13,560.98 | |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10795<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $1,130.77 | |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10796<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $336.00 | |
| ROBERT HALF FINANCE & ACCOUNTING DIV. OF<br>ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALES<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10797<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $3,525.58 | |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10798<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $8,279.31 | |
| ACCOUNTEMPS DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 10799<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | |
| UNSECURED          Claimed: | $21,750.15 | |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | Claim Number: 10800<br>Claim Date: 08/18/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) | |
| ADMINISTRATIVE          Claimed: | $1,382,500.00 | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10801
Claim Date: 08/18/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10802
Claim Date: 08/13/2010
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10803
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10804
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10805
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10806
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10807
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10808
Claim Date: 08/13/2010
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| --- | --- | --- |

---

MILL, DEBORAH E.
2639 CROWS NEST LOOP
BRADLEY, CA 93426

Claim Number: 10809
Claim Date: 08/13/2010
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 9534 (12/06/2010)

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| --- | --- | --- |

---

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET   # 106
EL CENTRO, CA 92243

Claim Number: 10810
Claim Date: 10/18/2010
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10446 (05/07/2012)

| ADMINISTRATIVE | Claimed: | $673.05 | UNLIQ |
| --- | --- | --- | --- |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

DUQUESNE LIGHT COMPANY
PETER J. ASHCROFT
BERNSTEIN LAW FIRM, SUITE 2200
THE GULF TOWER
PITTSBURGH, PA 15219

Claim Number: 10811
Claim Date: 10/29/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9677 (01/19/2011)

| UNSECURED | Claimed: | $485.45 |
| --- | --- | --- |

---

SIDLEY AUSTIN LLP
ATTN: PAUL CARUSO
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

Claim Number: 10812
Claim Date: 11/16/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10115 (08/01/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $20,822.18 |
| --- | --- | --- | --- | --- |

---

SIDLEY AUSTIN LLP
ATTN: PAUL CARUSO
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

Claim Number: 10813
Claim Date: 11/16/2010
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10115 (08/01/2011)

| UNSECURED | Claimed: | $0.00 | UNDET |
| --- | --- | --- | --- |

---

SHEPPARD, VERONICA
11 CORNELL RD
SHOREHAM, NY 11786

Claim Number: 10814
Claim Date: 11/19/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| PRIORITY | | | Scheduled: | $1,760.00 CONT |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00  UNDET | | |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PERRY, JARRETT<br>2122 JULIA GOLDBACH AVE.<br>RONKONKOMA, NY 11779 | | Claim Number: 10815<br>Claim Date: 12/08/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) |
| PRIORITY | Claimed: | $1,200.00 |
| WELLS FARGO FUNDING, INC.<br>C/O SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST.<br>CHICAGO, IL 60603 | | Claim Number: 10816<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) |
| UNSECURED | Claimed: | $0.00 |
| WELLS FARGO FUNDING, INC.<br>C/O SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST<br>CHICAGO, IL 60603 | | Claim Number: 10817<br>Claim Date: 11/11/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) |
| UNSECURED | Claimed: | $0.00 |
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | | Claim Number: 10818<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| PRIORITY | Claimed: | $7,539.30   UNLIQ |
| SECURED | Claimed: | $7,539.30   UNLIQ |
| TOTAL | Claimed: | $7,539.30   UNLIQ |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10819<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| SECURED | Claimed: | $0.00   UNDET |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10820<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| SECURED | Claimed: | $119.00 |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10821<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| SECURED | Claimed: | $622.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

FARLAND, CRAIG M.
3634 PLAYERS CLUB DR
SOUTHPORT, NC 28461

Claim Number: 10822
Claim Date: 12/09/2010
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 10614 (10/15/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,683.76 |

---

REMAX SUBURBAN REAL ESTATE INC.
STEVEN L. WOLVERS, PRESIDENT
102 1ST STREET SE
BONDURANT, IA 50035

Claim Number: 10823
Claim Date: 12/13/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9777 (02/08/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 10824
Claim Date: 12/20/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,200.00 |

---

BRITTON, PATRICIA
PO BOX 130
CROMPOND, NY 10517

Claim Number: 10825
Claim Date: 12/20/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9819 (03/08/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,490.58 |

---

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
BANKRUPTCTY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 10826
Claim Date: 12/20/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $800.00 |

---

DECOURSEY, SUSAN P.
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD., SUITE 200
LEAWOOD, KS 66211

Claim Number: 10827
Claim Date: 12/21/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $64,005.63 |

---

TOWN OF HAMPTON
100 WINNACUNNET ROAD
HAMPTON, NH 03842

Claim Number: 10828
Claim Date: 12/13/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9819 (03/08/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,539.30 | UNLIQ |
| SECURED | Claimed: | $7,539.30 | UNLIQ |
| TOTAL | Claimed: | $7,539.30 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 10829<br>Claim Date: 12/28/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
|---|---|

| SECURED | Claimed: | $3,180.35 |
|---|---|---|

---

| LEU & OKUDA ATTORNEYS AT LAW<br>THE MERCHANT HOUSE<br>222 MERCHANT STREET, MAIN FLOOR<br>HONOLULU, HI 96813 | Claim Number: 10830<br>Claim Date: 12/06/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| UNSECURED | Claimed: | $1,258.48 |
|---|---|---|

---

| FOLSOM PARKSHORE SELF STORAGE<br>185 PARKSHORE DRIVE<br>FOLSOM, CA 95630 | Claim Number: 10831<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| UNSECURED | Claimed: | $4,770.00 |
|---|---|---|

---

| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 2331<br>RALEIGH, NC 27602 | Claim Number: 10832<br>Claim Date: 12/15/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $105.92 |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

| CITY CENTER SQUARE EQUITIES II LC<br>SUSAN P. DECOURSEY<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD, SUITE 200<br>LEAWOOD, KS 66211 | Claim Number: 10833<br>Claim Date: 12/22/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $64,005.63 |
|---|---|---|

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 10834<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

| DUKE REALTY LIMITED PARTNERSHIP<br>LISA STARVICH<br>6133 N. RIVER ROAD, SUITE 200<br>DES PLAINES, IL 60018 | Claim Number: 10835<br>Claim Date: 12/30/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $435,264.18 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 25323-0766 | Claim Number: 10836<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 10059 (06/20/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,276.85 |
| PRIORITY | Claimed: | $290.26 |
| UNSECURED | Claimed: | $37.65 |

---

| FALLS, ALBERT H.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | Claim Number: 10837<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| SECURED | Claimed: | $37,057.27 |

---

| FALLS, KAYE G.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | Claim Number: 10838<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| SECURED | Claimed: | $30,978.81 |

---

| BOETTCHER, JANET<br>2070 POINTE DRIVE<br>FLORISSANT, MO 63031 | Claim Number: 10839<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 5<br>WITCHITA, KS 67212 | Claim Number: 10840<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $383,625.00 |

---

| ILLINOIS NATIONAL INSURANCE COMPANY,ETAL<br>MICHELLE A. LEVITT, ESQ.<br>175 WATER STREET, 18TH FL<br>NEW YORK, NY 10038 | Claim Number: 10841<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| ILLINOIS NATIONAL INSURANCE COMPANY,ETAL<br>MICHELLE A. LEVITT, ESQ.<br>175 WATER STREET, 18TH FL<br>NEW YORK, NY 10038 | Claim Number: 10842<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>C/O WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDATLANTIC DRIVE, SUITE 300S<br>MOUNT LAUREL, NJ 08054 | Claim Number: 10843<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLE DUPLICATE OF 0<br>DOCKET: 10580 (09/14/2012) | |
| PRIORITY          Claimed: | | $236,665.32 |
| UNSECURED          Claimed: | | $881,448.68 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC.<br>ATTN: LOUIS L. BENZA, ESQ.<br>15 METRO TECH CENTER, 4TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 10844<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10195 (10/04/2011) | |
| ADMINISTRATIVE          Claimed: | | $120,000.00 |
| MEADOWS LAKE OSWEGO<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | Claim Number: 10845<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) | |
| UNSECURED          Claimed: | | $21,173.64 |
| KRUSE WAY, LLC<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | Claim Number: 10846<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) | |
| UNSECURED          Claimed: | | $332,415.72 |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN , ESQ. & R. CRAIG R.<br>MARTING, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | Claim Number: 10847<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| PRIORITY          Claimed: | | $0.00   UNDET |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN, ESQ. & R. CRAIG<br>MARTIN, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N. MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | Claim Number: 10848<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| PRIORITY          Claimed: | | $0.00   UNDET |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN, ESQ. & R. CRAIG<br>MARTIN, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP, 919 N. MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | Claim Number: 10849<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC | |
| PRIORITY          Claimed: | | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

COUNTRYWIDE HOME LOANS, INC.
STUART M. BROWN, ESQ. R. CRAIG MARTIN
DLA PIPER LLP (US)
919 N MARKET STREET SUITE 1500
WILMINGTON, DE 19801

Claim Number: 10850
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10053 (06/17/2011)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

COUNTRYWIDE BANK, F.S.B.
C/O STUART M. BROWN, ESQ. & R. CRAIG
MARTIN, ESQ., EDWARDS ANGELL PALMER &
DODGE LLP - 919 N. MARKET ST., STE. 1500
WILMINGTON, DE 19801

Claim Number: 10851
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

CALDWELL, TORRENCE
KAHN GORDON TIMKO & RODRIQUES, P.C.
20 VESEY STREET, SUITE 300
NEW YORK, NY 10007

Claim Number: 10852
Claim Date: 12/28/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 10123 (08/10/2011)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CITY CENTER SQUARE EQUITIES II LC
KORI CROUSE
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD, SUITE 200
LEAWOOD, KS 66211

Claim Number: 10853
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $64,005.63 |
|---|---|---|

---

RIVERSIDE COUNTY TAX COLLECTOR
ATTN; CARRIE KOKOSENSKI
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501

Claim Number: 10854
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| ADMINISTRATIVE | Claimed: | $92,732.47 |
|---|---|---|

---

HENDRICKS COUNTY TREASURER
355 S. WASHINGTON STREET # 215
DANVILLE, IN 46122

Claim Number: 10855
Claim Date: 01/03/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9822 (03/09/2011)

| PRIORITY | Claimed: | $299.40 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $299.40 |
| TOTAL | Claimed: | $299.40 |

---

COUNTY OF BERNALILLO
THERESA BACA SANDOVAL, ASST ATTY
520 LOMAS BLVD., NW, 4TH FLOOR
ALBUQUERQUE, NM 87102

Claim Number: 10856
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10621 (10/16/2012)

| PRIORITY | Claimed: | $249.49 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CULLER, MICHEAL<br>MICHEAL CULLER APPRAISAL<br>3441 YORK ROAD<br>WINSTON-SALEM, NC 27104 | Claim Number: 10857<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
|---|---|
| UNSECURED          Claimed: | $400.00 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE - JOAN BOHER<br>BANKRUPTCY REVIE SECT - BANKRUPTCY<br>DIVISION - PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 10858<br>Claim Date: 01/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $715.55 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE - JOAN BOHER<br>BANKRUPTCY REVIE SECT - BANKRUPTCY<br>DIVISION - PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 10859<br>Claim Date: 01/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $715.55 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE - JOAN BOHER<br>BANKRUPTCY REVIE SECT - BANKRUPTCY<br>DIVISION - PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 10860<br>Claim Date: 01/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $51,083.28 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE - JOAN BOHER<br>BANKRUPTCY REVIE SECT - BANKRUPTCY<br>DIVISION - PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 10861<br>Claim Date: 01/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $7,155.06 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE - JOAN BOHER<br>BANKRUPTCY REVIE SECT - BANKRUPTCY<br>DIVISION - PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 10862<br>Claim Date: 01/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,637,836.83 |

---

| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10863<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $33.88 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| ART, ETC.<br>ATTN: CATHERINE STACY<br>412 NW COUCH ST, SUITE 204<br>PORTLAND, OR 97209 | Claim Number: 10864<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| PRIORITY | Claimed: | $2,310.00 |
|---|---|---|

| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10865<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10059 (06/20/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,646.03 |
|---|---|---|

| MITEL TECHNOLOGIES INC<br>F/K/A INTER TEL TECHNOLOGIES INC<br>ATTN: NATHAN GRANADOS<br>7300 W BOSTON STREET<br>CHANDLER, AZ 85226 | Claim Number: 10866<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,223.22 |
|---|---|---|

| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 3<br>WITCHITA, KS 67212 | Claim Number: 10867<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| UNSECURED | Claimed: | $383,625.00 |
|---|---|---|

| FOUR WINDS DEVELOPMENT COMPANY<br>920 WALNUT STREET<br>LANSDALE, PA 19446 | Claim Number: 10868<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| UNSECURED | Claimed: | $25,000.00   UNLIQ |
|---|---|---|

| DBT APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | Claim Number: 10869<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $425.00 |
|---|---|---|

| HUSSAIN, KAREEM<br>2197 CARLYSLE CREEK DR.<br>LAWRENCEVILLE, GA 30044 | Claim Number: 10870<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| SECURED | Claimed: | $200,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

VENTURA COUNTY TAX COLLECTOR
MARY BARNES, DEPUTY TAX COLLECTOR
BANKRUPTCY DEPARTMENT
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

Claim Number: 10871
Claim Date: 01/12/2011
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9919 (04/06/2011)

| ADMINISTRATIVE | Claimed: | $33.88 |
|---|---|---|

---

URBANO, JAVIER
6869 GLENROY STREET
SAN DIEGO, CA 92120

Claim Number: 10872
Claim Date: 01/10/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $2,975.00 |
|---|---|---|

---

S&S APPRAISAL SERVICES
RESIDENTIAL REAL ESTATE APPRAISERS AND CONSULTANTS
610 WATERFALL LN.
ELGIN, IL 60124

Claim Number: 10873
Claim Date: 01/10/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $1,950.00 |
|---|---|---|

---

PLACER COUNTY TAX COLLECTOR
PLACER COUNTY TAX COLLECTORS OFFICE
2976 RICHARDSON DR
AUBURN, CA 95603

Claim Number: 10874
Claim Date: 01/12/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 9913 (04/04/2011)

| ADMINISTRATIVE | Claimed: | $6,098.23 |
|---|---|---|

---

KAREEM, HUSSAIN
2197 CARLYSLE CREEK DR.
LAWRENCEVILLE, GA 30044

Claim Number: 10875
Claim Date: 01/11/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| SECURED | Claimed: | $200,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

SHOREHAM VIEWRIDGE, LLC
C/O WERB & SULLIVAN - AMY D. BROWN
300 DELAWARE AVENUE, 13TH FLOOR
PO BOX 25046
WILMINGTON, DE 19899

Claim Number: 10876
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 2856 (02/01/2008)

| ADMINISTRATIVE | Claimed: | $8,489.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,337.14 |

---

1140 GALAXY WAY, INC.
C/O WERB & SULLIVAN - REGINA A. LORII
300 DELAWARE AVENUE, 13TH FLOOR
PO BOX 25046
WILMINGTON, DE 19899

Claim Number: 10877
Claim Date: 02/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 2957 (02/12/2008)

| ADMINISTRATIVE | Claimed: | $9,586.77 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | |
|---|---|
| MCLAIN PARTNERS II, LLC<br>C/O CONNOLY BOVE LODGE & LUTZ LLP<br>THE NEMOURS BUILDING - 1007 NORTH ORANGE<br>STREET - PO BOX 2207<br>WILMINGTON, DE 19899 | Claim Number: 10878<br>Claim Date: 05/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 5529 (08/26/2008) |

ADMINISTRATIVE          Claimed:          $61,250.00

| | |
|---|---|
| VICOM COMPUTER SERVICES, INC.<br>C/O THE BAYARD FIRM<br>MARY E. AUGUSTINE - 222 DELAWARE AVENUE<br>SUITE 900 - PO BOX 25130<br>WILMINGTON, DE 19899 | Claim Number: 10879<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 5861 (09/15/2008) |

ADMINISTRATIVE          Claimed:          $40,000.00

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O ARCHER & GREINER, P.C.<br>CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 10880<br>Claim Date: 10/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 6275 (10/17/2008) |

ADMINISTRATIVE          Claimed:          $7,500.00

| | |
|---|---|
| LBA MELVILLE ASSOCIATES LP<br>C/O RICHARDS LAYTON & FINGER, P.A.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | Claim Number: 10881<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 3084 (02/26/2008) |

ADMINISTRATIVE          Claimed:          $37,131.79

| | |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>C/O GREENBERG TRAURIG<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 1200<br>WILMINGTON, DE 19801 | Claim Number: 10882<br>Claim Date: 05/11/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8844 (05/11/2010) |

ADMINISTRATIVE          Claimed:          $6,000,000.00

| | |
|---|---|
| BANK OF NEW YORK MEL<br>C/O RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: RUSSEL C. SILBERGLIED<br>ONE RODNEY SQUARE - 920 NORTH KING ST.<br>WILMINGTON, DE 19801 | Claim Number: 10883<br>Claim Date: 11/13/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8298 (11/13/2009) |

ADMINISTRATIVE          Claimed:          $240,001.00

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br>C/O CHAPMAN AND CUTLER LLP<br>ATTN: FRANKLIN H. TOP III<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | Claim Number: 10884<br>Claim Date: 05/11/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8843 (05/11/2010) |

ADMINISTRATIVE          Claimed:          $298,145.00

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| DEUTSCHE BANK NATIONAL TRUST CO. | | Claim Number: 10885 |
|---|---|---|
| C/O NIXON PEABODY LLP | | Claim Date: 05/11/2010 |
| ATTN: DENNIS DREBSKY | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 437 MADISON AVENUE | | Comments: PAID |
| NEW YORK, NY 10022 | | DOCKET: 8842 (05/11/2010) |

| ADMINISTRATIVE | Claimed: | $355,536.00 |
|---|---|---|

| CITIBANK, N.A. | | Claim Number: 10886 |
|---|---|---|
| C/O SEWARD & KISSEL, LLP | | Claim Date: 03/05/2010 |
| ATTN: RONALD L. COHEN & ARLENE R. ALVES | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ONE BATTERY PARK PLAZA | | Comments: PAID |
| NEW YORK, NY 10004 | | DOCKET: 8653 (03/05/2010) |

| ADMINISTRATIVE | Claimed: | $607,985.00 |
|---|---|---|

| KAREEM, HUSSAIN | | Claim Number: 10887 |
|---|---|---|
| 2197 CARLYSLE CREEK DR. | | Claim Date: 02/01/2011 |
| LAWRENCEVILLE, GA 30044 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |

| SECURED | Claimed: | $200,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

| WAGNER, BARBARA L. | | Claim Number: 10888 |
|---|---|---|
| 6196 FOXVIEW AVE NW | | Claim Date: 02/04/2011 |
| CANTON, OH 44718 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 9919 (04/06/2011) |

| PRIORITY | Claimed: | $972.00 |
|---|---|---|
| UNSECURED | Claimed: | $972.00 |
| TOTAL | Claimed: | $972.00 |

| WAGNER, BARBARA L. | | Claim Number: 10889 |
|---|---|---|
| 6196 FOXVIEW AVE NW | | Claim Date: 02/04/2011 |
| CANTON, OH 44718 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 9919 (04/06/2011) |

| PRIORITY | Claimed: | $756.00 |
|---|---|---|
| UNSECURED | Claimed: | $756.00 |
| TOTAL | Claimed: | $756.00 |

| AMERICAN STOCK TRANSFER & TRUST COMPANY | | Claim Number: 10890 |
|---|---|---|
| 59 MAIDEN LANE | | Claim Date: 02/04/2011 |
| NEW YORK, NY 10038-4502 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 9913 (04/04/2011) |

| ADMINISTRATIVE | Claimed: | $23,150.00 |
|---|---|---|

| REO ASSET SERVICES, LLC | | Claim Number: 10891 |
|---|---|---|
| ATTN: THOMAS BLANCHARD | | Claim Date: 02/04/2011 |
| 7945 W. SAHARA AVE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| SUITE 106 | | Comments: EXPUNGED |
| LAS VEGAS, NV 89117 | | DOCKET: 9913 (04/04/2011) |

| ADMINISTRATIVE | Claimed: | $2,603.12 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL
DEBTORS)

---

NATIONAL TAX VERIFICATION
1700 N DIXIE HIGHWAY
SUITE 151
BOCA RATON, FL 33432

Claim Number: 10892
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

NATIONAL VERIFICATION SERVICE
1700 N. DIXIE HIGHWAY
SUITE 151
BOCA RATON, FL 33432

Claim Number: 10893
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

BOYLE, BEVERLY
32 HEMLOCK DRIVE
PARLIN, NJ 08859

Claim Number: 10894
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $245.83 |
|-----------|----------|---------|

---

WALDRON, TERRENCE
10423 S OAKLEY
CHICAGO, IL 60643

Claim Number: 10895
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $5,405.00 |
|-----------|----------|-----------|

---

BRUNS, SARA L.
9404 CROWNSPOINT CIR
AUSTIN, TX 78748

Claim Number: 10896
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| ADMINISTRATIVE | Claimed: | $3,461.00 |
|----------------|----------|-----------|

---

WESTRIDGE II AND III, L.L.C.
(F/K/A WEST PROPERTIES II & III, L.P.)
JERRY SHARPE - BELIN LAW FIRM
666 WALNUT STREET SUITE 2000
DES MOINES, IA 50309-3989

Claim Number: 10897
Claim Date: 01/31/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $133,747.63 |
|-----------|----------|-------------|

---

PEI YUN SHEN
691 3RD AVENUE
SAN FRANCISCO, CA 94118

Claim Number: 10898
Claim Date: 02/07/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $14,000.00 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| OSHTEMO CHARTER TOWNSHIP C/O JAMES W. PORTER, TOWNSHIP ATTY 7275 W. MAIN STREET KALAMAZOO, MI 49009 | Claim Number: 10899 Claim Date: 02/07/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9913 (04/04/2011) |
|---|---|

| PRIORITY | Claimed: | $348.01 |
|---|---|---|
| SECURED | Claimed: | $348.01 |
| TOTAL | Claimed: | $348.01 |

| CITY OF CHATTANOOGA 101 EAST 11TH ST., STE. 100 CHATTANOOGA, TN 37402 | Claim Number: 10900 Claim Date: 02/14/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9994 (05/09/2011) |
|---|---|

| PRIORITY | Claimed: | $361.83 |
|---|---|---|

| ALVAREZ, GIL Q. 542 MOUNT ARGYLL COURT APOPKA, FL 32712 | Claim Number: 10901 Claim Date: 03/28/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10013 (05/19/2011) |
|---|---|

| PRIORITY | Claimed: | $341,000.00 |
|---|---|---|
| SECURED | Claimed: | $341,000.00 |
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $341,600.00 |

| MAY, DAWN R. 4408 WORTH STREET DALLAS, TX 75246 | Claim Number: 10902 Claim Date: 04/06/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10026 (05/31/2011) |
|---|---|

| PRIORITY | Claimed: | $4,570.38 | Scheduled: | $8,914.49 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,019.94 | Scheduled: | $2,019.94 CONT |

| ARLINGTON COUNTY, VIRGINIA TREASURER OF ARLINGTON 2100 CLARENDON BLVD # 217 ARLINGTON, VA 22201 | Claim Number: 10903 Claim Date: 04/07/2011 Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| PRIORITY | Claimed: | $541.39 |
|---|---|---|

| STATE OF HAWAII, DEPARTMENT OF TAXATION ATTN: BANKRUPTCY UNIT PO BOX 259 HONOLULU, HI 96809 | Claim Number: 10904 Claim Date: 05/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10092 (07/18/2011) |
|---|---|

| PRIORITY | Claimed: | $18,721.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,320.25 |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| | |
|---|---|
| ALVAREZ, GIL QUENTIN<br>542 MOUNT ARGYLL COURT<br>APOPKA, FL 32712 | Claim Number: 10905<br>Claim Date: 05/19/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 10013 (05/19/2011) |

| ADMINISTRATIVE | Claimed: | $5,000.00 |
|---|---|---|

| | |
|---|---|
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | Claim Number: 10906<br>Claim Date: 07/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |

| PRIORITY | Claimed: | $119.22 |
|---|---|---|

| | |
|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRST 2006 13ARX MORTGAGE<br>PASS THROUGH CERTIFICATES,SER 2006 13ARX<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10907<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2006-2 MORTGAGE PASS<br>THROUGH CERTIFICATES, SER 2006-2<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10908<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2006-4SL MORTGAGE<br>PASS THROUGH CERT., SER 2006-4SL<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10909<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2007-4SL MORTGAGE<br>PASS THROUGH CERT., SER 2007-4SL<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10910<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | |
|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2007 5AX MORTGAGE<br>PAASS THROUGH CERT., SER 2007-5AX3RD STR<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10911<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007-9SL ATTN: PAMELA WIEDER 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10912 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR MORTGAGE PASS THROUGH CERT., SER 2006-5AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10913 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR MORTGAGE PASS THROUGH CERT., SER 2006-6AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10914 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR MORTGAGE PASS THROUGH CERT., SER 2006-9AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10915 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAE LOAN TRUST 2006-16AX MORTGAGE PASS THROUGH CERT., SER 2006-16AX 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10916 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX MORTGAGE PASS THROUGH CERT., SER 2006-16AX 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10917 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-AR MORTGAGE PASS THROUGH CERT., SER 2006-6AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10918 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR MORTGAGE PASS THROUGH CERT., SER 2006-8AR3RD STRE 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10919<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR MORTGAGE PASS THROUGH CERT., SER 2006-5AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10920<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR MORTGAGE PASS THROUGH CERT., SER 2006-8AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10921<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| COUNTRYWIDE SECURITIES CORPORATION MICHAEL SCHLOESSMAN 4500 PARK GRANADA CALABASAS, CA 91302 | | Claim Number: 10922<br>Claim Date: 08/22/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10522 (07/09/2012) |
| UNSECURED | Claimed: | $0.00   CONT |
| KENT COUNTY TREASURER P.O. BOX Y GRAND RAPIDS, MI 49501 | | Claim Number: 10923<br>Claim Date: 09/09/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $56.61   UNLIQ |
| KENT COUNTY TREASURER P.O. BOX Y GRAND RAPIDS, MI 49501 | | Claim Number: 10924<br>Claim Date: 09/09/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $3,514.60   UNLIQ |
| KENT COUNTY TREASURER P.O. BOX Y GRAND RAPIDS, MI 49501 | | Claim Number: 10925<br>Claim Date: 09/13/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $9,430.69   UNLIQ |

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN: MICHAEL KNOPF & SARAH LIEBER<br>850 THIRD AVE, 10TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10926<br>Claim Date: 09/26/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| UNSECURED | Claimed: | $22,886,446.00 |
|---|---|---|

---

| HAGAN, JAMES P.<br>P.O. BOX 6170<br>TYLER, TX 75711 | Claim Number: 10927<br>Claim Date: 11/01/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10314 (01/17/2012) |
|---|---|

| UNSECURED | Claimed: | $45,197.01 |
|---|---|---|

---

| VENTURA COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10928<br>Claim Date: 11/17/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10514 (07/05/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,691.79   UNLIQ |
|---|---|---|

---

| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10929<br>Claim Date: 03/02/2012<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claims # 8925, 10736, 10788 |
|---|---|

| SECURED | Claimed: | $7,758,715.38   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | Claim Number: 10930<br>Claim Date: 04/17/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10522 (07/09/2012) |
|---|---|

| PRIORITY | Claimed: | $2,348.91 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT. OF HUD<br>MS. MARY A. SCHMERGEL, ESQ.<br>1100 L ST., NW, ROOM 10002<br>WASHINGTON, DC 20005 | Claim Number: 10931<br>Claim Date: 05/10/2012<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments:<br>amends claim 9890 |
|---|---|

| PRIORITY | Claimed: | $10,839.75 |
|---|---|---|
| UNSECURED | Claimed: | $1,076,622.34 |

---

| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT. OF HUD<br>MS. MARY A. SCHMERGEL, ESQ.<br>1100 L ST., NW, ROOM 10002<br>WASHINGTON, DC 20005 | Claim Number: 10932<br>Claim Date: 05/10/2012<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>amends claim 9889 |
|---|---|

| PRIORITY | Claimed: | $122,554.07 |
|---|---|---|
| UNSECURED | Claimed: | $2,310,139.75 |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

---

| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | Claim Number: 10933<br>Claim Date: 04/17/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 10641 (11/09/2012) |
|---|---|

| PRIORITY | Claimed: | $2,884.84 |
| SECURED | Claimed: | $0.00 |

---

| CITY OF HARTFORD, CONNECTICUT<br>MUNICIPAL BUILDING<br>550 MAIN STREET<br>HARTFORD, CT 06103 | Claim Number: 10934<br>Claim Date: 01/04/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10428 (04/27/2012) |
|---|---|

| PRIORITY | Claimed: | $779.40 |

---

| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 10935<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 10605 (10/05/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,428.35 |

---

| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 10936<br>Claim Date: 11/06/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| PRIORITY | Claimed: | $14,029.66   UNLIQ |

---

| HORVATH, RICHARD<br>550 S CRIMSON ROAD<br>MESA, AZ 85208 | Claim Number: 90000<br>Claim Date: 11/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (ALL DEBTORS)

## Summary Page

Total Number of Filed Claims:     10939

|  | Claimed Amount |  |
|---|---|---|
| Administrative: | $26,915,165.15 | |
| Priority: | $95,860,968.34 | |
| Secured: | $1,051,496,051.32 | |
| Unsecured: | $12,549,017,829.89 | |
| Total: | $13,723,290,014.70 | |