```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Chapter 11
                                )
                                )
AMERICAN HOME MORTGAGE          )    Case No. 07-11047 (CSS)
HOLDINGS, INC., et. al.,        )
                                )    Courtroom 6
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    January 7, 2013
                                )    3:00 p.m.
```

                      TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:           Young Conaway Stargatt & Taylor,
                            LLP
                            BY: PATRICK JACKSON, ESQ.
                            BY: SEAN BEACH, ESQ.
                            1000 North King Street
                            Wilmington, DE  19801
                            (302) 571-6600


ECRO:                       LESLIE MURIN

Transcription Service:      DIAZ DATA SERVICES, LLC
                            331 Schuylkill Street
                            Harrisburg, PA  17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Mass Mutual Life        Seitz Van Ogtrop & Green, P.A.
Insurance Company:          BY: R. KARL HILL, ESQ.
                            222 Delaware Avenue, Suite 1500
                            Wilmington, DE 19801
                            (302) 888-7604

                            Quinn Emanuel Urquhart & Sullivan
                            BY: SCOTT C. SHELLEY, ESQ.
                            51 Madison Avenue, 22nd Floor
                            New York, NY 10010
                            (212) 849-7358

For FDIC, Federal           Hiller & Arban, LLC
Home Loan Bank of           BY:  BRIAN ARBAN, ESQ.
Seattle & San Francisco:    1500 North French Street, 2nd Floor
                            Wilmington, DE 19801
                            (302) 442-7676

For Federal Home Loan       Rosenthal Monhait & Goddess, P.A.
Banks of Boston,            BY: CARMELLA P. KEENER, ESQ.
Chicago & Indianapolis:     919 Market Street, Suite 1400
                            Wilmington, DE 19801
                            (302) 656-4433

For Federal Housing         Richard Layton & Finger
Agency:                     BY: MARK COLLINS, ESQ.
                            BY: AMANDA STEELE, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE 19801
                            (302) 651-7531

                            Kobre & Kim, LLP
                            BY: SCOTT K. MCCULLOCH ESQ.
                            1919 M Street, NW
                            Washington, DC 20036
                            (202) 664-1943

For JP Morgan Chase:        Landis Rath & Cobb, LLP
                            BY: MATTHEW B. MCGUIRE, ESQ.
                            919 Market Street, Suite 1800
                            Wilmington, DE 19801
                            (302) 467-4400

For Bank of America         Potter Anderson Corroon, LLP
as Agent:                   BY: R. STEPHEN MCNEILL, ESQ.
                            1313 N. Market Street
                            Wilmington, DE  19801
                            (302) 984-6171

APPEARANCES:
(Continued)

For Iron Mountain:          Gellert Scali Busenkell & Brown, LLC
                            BY: CHARLES J. BROWN, III, ESQ.
                            913 North Market Street, 10th Floor
                            Wilmington, DE 19801
                            (302) 425-5813


TELEPHONIC APPEARANCES:

For Plan Trustee:           Hahn & Hessen, LLP
                            BY: MARK INDELICATO, ESQ.
                            (212) 478-7320

For Federal Home Loan       Keller Rohrback, LLC
Banks of Boston,            BY: ELIZABETH A. LELAND, ESQ.
Chicago, & Indianapolis:    (206) 623-1900

For JPM Litigation          Sidley Austin
Defendants:                 BY: ALEX ROCIRA, ESQ.
                            (212) 839-5884

For Interested Party:       Lynn Smalley, In Pro Per/Pro Se
                            (410) 461-3340

1    WILMINGTON, DELAWARE, MONDAY, JANUARY 7, 2013, 3:11 P.M.

2                THE COURT:  Please be seated.

3                MR. JACKSON:  Good afternoon, Your Honor, Patrick

4    Jackson, of Young Conaway Stargatt & Taylor, on behalf of

5    the AHM Liquidating Trust.  Thank you, Your Honor, for

6    pushing us to this afternoon.  I think we've made very good

7    use of the extra time, although we don't have a fully

8    consensual proceeding, as I understand it, with the

9    representations that I'm going to make on the record and

10   with the changes to the proposed form of Order that I will

11   read onto to the record, that would resolve all but one

12   Objection that had been filed to the Settlement Motion.  So

13   I think that's as good as we could get under the

14   circumstances.  This was a very long road but we've been

15   working hard and, with that, Your Honor, I will provide some

16   background.

17               First, turning to the Agenda, there were three

18   items originally on the original Agenda listed as

19   uncontested going forward.  Two had been submitted under

20   Cert of Counsel and one had been deferred until the next

21   hearing.  I believe Your Honor may have entered the Orders

22   under the Certs of Counsel.  I saw something at the docket

23   right before I came over.  But, if not, they have been

24   submitted to Chambers, and this would be items 16, 17, and

25   18 if I'm not mistaken.

1            THE COURT:  I think when the notebook came over,

2    they weren't in the notebook.

3            MR. JACKSON:  Oh, okay.

4            THE COURT:  Do you have --

5            MR. JACKSON:  I do.

6            THE COURT:  And this is 16 and 18, correct?

7            MR. JACKSON:  May I approach, Your Honor?

8            THE COURT:  Yes.  And then the Order.  And then

9    the Order -- no, that was the service copy Order.

10            MR. JACKSON:  Your Honor, the Order in my binder

11   is double-sided, which I know is -- wreaks havoc on your

12   filing.  So why don't I get you the item number 16.  I'll

13   re-submit it or find one in the --

14            THE COURT:  Okay.

15            MR. JACKSON:  -- a recess.

16            THE COURT:  That's fine.

17            MR. JACKSON:  Remaining items going forward

18   today, Your Honor, are related Motions and they arise out of

19   a pretty longstanding series of disputes really between the

20   debtors and then the Liquidating Trust, Iron Mountain

21   Information Management, and then the Purchaser of the

22   debtor's servicing business.  I'll just refer to them as the

23   Purchaser.  They've had many names over the years.  It

24   really started back when the servicing business was sold.

25   There were assumed contracts that went over to the Purchaser

1    under 365 of the Bankruptcy Code.  There were a lot of

2    documents that were sold as part of the servicing sale that

3    were "business records" under the Asset Purchase Agreement.

4    And, at the time that the debtors were spinning off their

5    servicing business, there was an effort to go through and

6    kind of clean house when it came to documents that were

7    being stored offsite with Iron Mountain.  I can say that,

8    from the debtors' perspective, around the time of the

9    servicing sale, they believed that they had taken in-house

10   any documents, any corporate documents, if you will, that

11   had been stored at Iron Mountain; that they had closed out

12   any remaining Iron Mountain shred accounts and any remaining

13   data storage accounts that the Estate no longer needed and

14   that the servicing business, in the context of the sale, had

15   identified whichever records were at Iron Mountain that it

16   needed going forward, had taken them as business records

17   that it purchased under the APA, and that the contract with

18   Iron Mountain, there was one that was designated on the

19   Asset Purchase Agreement as an assumed contract.  It was the

20   debtors' understanding that that was what the debtors

21   understood to be the main hardcopy document servicing

22   account at Iron Mountain.  So after April of 2008, when the

23   official legal title to the servicing business passed to the

24   Purchaser, and around this time, we had closed out all of

25   the open accounts with Iron Mountain.  The debtors believed

1  that everything was wrapped up with Iron Mountain, and that

2  any activity going forward would be between Iron Mountain

3  and the Purchaser.

4          Several months down the road, it may -- closer to

5  two years down the road, it came to our attention from

6  communication from Iron Mountain that there was an account;

7  what's referred to in our papers as the M070K account.  The

8  debtors had believed that was the main hardcopy servicing

9  document account with Iron Mountain; hadn't seen an invoice

10 on it since the closing of the servicing sale; had believed

11 that it went over to the Purchaser in the servicing sale.

12 Only to find out from Iron Mountain that there actually were

13 several hundred thousand dollars of arrearages on the

14 account because there was an ongoing dispute between the

15 Purchaser and Iron Mountain; whether the Purchaser was, in

16 fact, responsible for all of the documents that were being

17 stored in the various facilities.

18          We -- procedurally, this dispute manifested

19 itself in a number of ways.  There were some cure claims

20 that were filed by Iron Mountain in connection with the cure

21 process that was set up for the servicing sale.  Later on

22 when the administrative bar date occurred after the Chapter

23 11 Plan went effective, there was an admin claim that was

24 filed by Iron Mountain with respect to all of these

25 arrearages.  There was another admin claim filed by the

1   Purchaser, saying, to the extent that Iron Mountain obtains

2   relief against us with respect to these, you know, documents

3   that we believe belong to the Plan Trust, the Plan Trust

4   should indemnify us.  There were some claims -- I think some

5   Proofs of Claim.  There, at the time, were also pending

6   preference actions against Iron Mountain that weren't

7   specifically related to this dispute but additional

8   contested matters between the parties.  So over the course

9   of the initial proceedings on these various contested

10  matters, the parties started to flush out their positions,

11  particularly with respect to this mass of documents that

12  were stored under the 70K account and apparently accruing

13  continuing storage costs.  And the basic position of the

14  Plan Trust was that the documents went over to the Purchaser

15  in the servicing sale.  The basic position of the Purchaser

16  was that, no, if you actually read the APA, there's no

17  category of purchased asset that these particular documents

18  fall into; therefore, they were retained by the Plan Trust.

19  It complicated matters a little bit that, to the extent they

20  were retained by the Plan Trust, confirmation of the Plan

21  served to reject any contracts that the debtors may have had

22  with Iron Mountain.  So Iron Mountain, of course, in all of

23  this, their position was simply that well, we're holding a

24  bunch of documents that we know aren't ours so somebody

25  should have to pay for them.

1            So procedurally, this wore on for a couple of

2    years actually in the various permutations of this dispute.

3    The parties attempted, in good faith, to try to get informal

4    discovery over that time to try to come to terms with, you

5    know, who owns what and who owes what for what time period.

6    But, you know, this was happening in real time so additional

7    costs from Iron Mountain's perspective continued to accrue.

8            Finally, in May of last year, the Plan Trust, as

9    the final, I guess, procedural maneuver before the

10   settlement discussions that gave rise to the settlement

11   occurred, filed a Motion to Abandon whatever interest the

12   Plan Trust may have in any documents that were still stored

13   at Iron Mountain.  And the purpose of the Abandonment Motion

14   was, to the extent that the Plan Trusts were determined to

15   have administrative liability, we wanted to stop the

16   bleeding, because as far as we could tell, as we set forth

17   in the Abandonment Motion, these documents had not been

18   accessed by the debtor or by the Plan Trust for the duration

19   of the Chapter 11 case.  We understood that most of them

20   related to -- most of them were located in a Baltimore

21   facility.  They related to a predecessor entity of the

22   debtors, known as Columbia National, Incorporated, which was

23   acquired in about 2002.  So we had no reason to believe that

24   there was anything there that was needed by the Plan Trust

25   for its very limited continued operations.  So we filed an

1  Abandonment Motion with the view toward, you know, if we're

2  wrong and we do have administrative liability, we at least

3  wanted that to end at some point.

4         The Abandonment Motion, as they often have in

5  this case, engendered a number of Objections.  I believe

6  there were ten.  And with very few exceptions, the Objectors

7  were litigants or Government entities that were in the

8  context of investigations, ongoing investigations.  So there

9  were litigants in RMBS Securities actions who had an

10  interest in obtaining information about AHM's loan

11  underwriting practices; had an interest in obtaining

12  particular files related to loans in particular,

13  securitizations, and then there were Government entities who

14  had a similar, albeit, investigatory role, a similar

15  interest in those type of documents.

16         So they filed mostly protective Objections to the

17  Abandonment Motion saying, essentially, to summarize all of

18  them, that we don't really understand what's in this

19  facility; we'd like to know more about what's in there, and

20  we don't want anything that's potentially responsive to any

21  of our outstanding discovery or investigatory subpoenas

22  being destroyed under the agents of this Order.  One of the

23  complicating factors about the Abandonment Motion is that

24  the way that it was styled, it was, you know, abandonment of

25  documents to the extent the Plan Trust has an interest

1  therein.  There wasn't a -- it wasn't known and it was still

2  disputed at the time whether the Purchaser or whether the

3  Plan Trust had an interest in the documents.  So that was, I

4  think, another complicating factor from the Objector's

5  perspective is that many of them had valid outstanding

6  subpoenas issued to the Purchaser and they wanted to make

7  sure that there wasn't some sort of way that the Purchaser

8  was going to dispose of a bunch of documents that could be

9  responsive to the subpoenas.  Needless to say, we took those

10 Objections very seriously and, you know, we kind of ramped

11 up our efforts to get some more information from Iron

12 Mountain and the Purchaser about the nature of these

13 documents and also to taking a fresh look at the underlying

14 payment dispute between the Purchaser, Iron Mountain, and

15 the Plan Trust to see if, you know, we could address the

16 underlying payment dispute in the context it also would

17 serve to address the concerns that were expressed by the

18 parties to the Abandonment Motion.

19        We had some more informal discovery, including,

20 in particular, obtaining an inventory file from Iron

21 Mountain and the Purchaser, which was -- it laid out every

22 document that, according to Iron Mountain, was being stored

23 under this 70K account.  It listed them by location.  It had

24 whatever details regarding the box were included in this

25 spreadsheet kept in the ordinary course of business, and

1   that spreadsheet allowed us to gain a better understanding

2   of what was in the various facilities.  It also gave us a

3   really good start on coming to terms with the underlying

4   payment dispute.  We had a Settlement Conference in Atlanta

5   as indicated in the papers that was really helpful.  It was

6   an all-day long kind of information exchange and just, you

7   know, everybody rolling up their sleeves and just trying to

8   come to terms with how to address the ongoing costs

9   associated with these documents, the ownership issues

10  related to some of the documents, and then what to do with

11  the documents that we've determined that neither the

12  Purchaser nor the Plan Trust want.

13          As a result of this settlement, there was a

14  settlement term sheet that then evolved into a stipulation

15  that's currently before the Court on the Agenda, Item 20.

16  In general, it was a great settlement in that nobody was

17  entirely happy with it.  It was -- you know, the Purchaser

18  agreed that it was going to pay some amount of money,

19  representing a portion of what it was that Iron Mountain

20  claimed was due to it on all of its open accounts with the

21  Purchaser and AHM.  The Plan Trust agreed that it was going

22  to pay a portion of the overall amount that had been

23  asserted by Iron Mountain.  There also was going to be a

24  payment made from the cure escrow which is the payment

25  vehicle that was set up to deal with the cure claims arising

1  out of the servicing sale.  That aspect of the settlement

2  actually implicated Bank of America who has a residual lien

3  in the amounts that are in the cure escrow.  So Bank of

4  America also was on board with this proposed settlement.  So

5  between the various payment sources, the cure escrow, the

6  Purchaser, and the Plan Trust, we arrived at an amount that

7  was going to be going over to Iron Mountain in full

8  satisfaction of their claims on all of their various open

9  accounts up through December 1st.

10           The Purchaser then also made an agreement with

11 Iron Mountain that, going forward for the avoidance of

12 doubt, they would re-state all of their existing account

13 agreements.  They would specifically identify which boxes

14 within the Iron Mountain universe under the 70K account that

15 they were -- that they acknowledged that they owned and that

16 the new account agreements were going to be drawn up

17 governing those, and that the old account agreement was

18 going to remain in place with respect to -- conceivably,

19 with respect to the Baltimore documents, which were the

20 documents that, based on what was ultimately claimed by the

21 Purchaser and what we learned about, you know, various other

22 documents that were within the Iron Mountain universe that

23 may have been inadvertently put there, belonged to some

24 party that was neither the Plan Trust nor the Purchaser.

25           We all agreed that the Baltimore documents

1    represented the only documents within the Iron Mountain 70K

2    account that could arguably belong to the Plan Trust.  So,

3    with respect to the Baltimore documents, the agreement

4    between the Plan Trust and Iron Mountain was the Plan Trust

5    would pick up the storage costs beginning December 1, since

6    our settlement payment had resolved everything prior to

7    then; that we would promptly bring a Motion before the

8    Court; that, in this Motion, we would seek authority for

9    Iron Mountain to destroy the documents, to sell the

10   resulting shred, for which they are able to get some amount

11   of money, and then to keep that money and apply it to the

12   outstanding debt.  The Plan Trust would cover the storage

13   costs for these Baltimore documents up through the date of

14   the hearing which we agreed would be today.  And then, you

15   know, we would request immediate authority to destroy the

16   documents.

17            The settlement, importantly, we didn't forget

18   about the parties who had objected to the Abandonment

19   Motion.  We had been in touch with many of them leading up

20   to this.  We had provided many of them, upon request, this

21   inventory spreadsheet that we had been using to gain our own

22   understanding of what was in this Baltimore facility and we

23   had been kind of fielding inquiries from them.  I know some

24   of them actually served subpoenas on us in the interim

25   between the Abandonment Motion and now.  So we were keenly

1   aware that they were there and that the Abandonment Motion

2   was still out there and had all the objections to it.  So in

3   the settlement with Iron Mountain, we contemplated that, if

4   there were Objections to the Settlement Motion, and we

5   suspected there might be, of course, that the Plan Trust

6   would request that the Court established procedures that

7   would provide any of the Objecting parties an opportunity to

8   obtain the documents, you know, if -- before they were

9   destroyed.

10          So the form of Order that was submitted with the

11  Motion was -- sought immediate authority to destroy the

12  documents.  But there was always embedded in there concept

13  that, if Objectors came forward, that we would work with

14  them to try to figure out what it is that they needed and to

15  try to get them what they needed.  As a result of that, we

16  did -- I think there were six Objections independently to

17  the Settlement Motion.  We had provided notice of the

18  Settlement Motion on everybody who had objected to the

19  Abandonment Motion, but there were six Objectors to the

20  Settlement Motion.  We got in touch with them, and really,

21  everybody's been working really hard and in good faith to

22  try to figure out what it is that they need from the

23  documents, what it is they can live without.  If we can do

24  this all in a fairly quick timeframe, that gives the Plan

25  Trust and Iron Mountain closure.

 1            Without going too far under the hood on the

 2    settlement discussions, I can say that one of the ideas

 3    that, early on, had gained some currency among the Objecting

 4    parties and the Plan Trust was that we would try to figure

 5    out from the -- from what we knew about the Baltimore

 6    documents, whether there was a subset of them that was more

 7    likely than others to contain documents that might be

 8    relevant to any of the litigations or investigations that

 9    the Objecting parties were participating in and the thought

10    was let's designate those documents for a certain period

11    where those won't be destroyed for at least say a couple of

12    months to allow parties to get in and look at them and copy

13    whatever they may need.  And then there was also some talk

14    of allowing another period after that for parties to

15    designate additional documents that maybe we had missed on

16    the initial list.  That -- I think that was good in concept.

17            The trouble, though, with the number of parties

18    is that it was difficult to agree on what was the

19    appropriate subset of documents to designate for

20    preservation.  And, as detailed in the Declaration of Scott

21    Martinez that we submitted in support of the Motion, we had

22    kind of whittled down to a subset of about 600 boxes, that

23    we had looked at anyway in connection with our preparation

24    for this Motion, and we would have thought that those 600

25    would be a good candidate for the ones that would be

1    preserved.  But then people asked questions, and good ones,

2    about well, why didn't you keep -- why did you exclude this

3    from the review; why did you exclude those from the review.

4    So at the end of the day, what the Plan Trust agreed to in

5    the context of the ongoing negotiations about the Order was

6    that we would simply designate, for immediate preservation,

7    all 2,800, approximately 2,800, boxes in the Baltimore

8    facility that had a received date from Iron Mountain after

9    2004 -- or in or after 2004.  And from looking at all of the

10   parties' subpoenas and from their Objections, and

11   understanding the litigations that they were involved in, it

12   occurred to us that, at least from our view, that ought to

13   capture, just from a timing perspective, the entire universe

14   of documents that could potentially be relevant to them.

15   And then everything else that had been received by Iron

16   Mountain before 2004 was likely just temporally irrelevant.

17   So that was our proposal.  We embodied this proposal in the

18   revised form of Order that we filed on Friday which is

19   included -- should be included in Your Honor's hearing

20   binder.  I don't know if you've had a chance to look at the

21   revised Order.

22             But another concession that the Plan Trust was

23   willing to make in the context of this Revised Order was

24   that we would preserve these designated documents through

25   February 16, and in the meantime, allow parties an

1    opportunity to come in and review the documents without need

2    for formal legal process and that was our -- we thought that

3    that was a way to accommodate the parties' concerns that

4    they had expressed in their Objections.

5         And since we filed the form of Order on Friday,

6    as Your Honor can imagine, there have been continued

7    discussions and continued proposals on a number of fronts.

8    And, you know, the Order has really continued to evolve,

9    including up until, you know, ten minutes ago.  I'm pleased

10   to report that, as I indicated earlier, that with the

11   changes that I will read onto the record and the

12   representations that I'll make on the record, that we've

13   resolved any Objections to the form of Order.  The one

14   remaining Objection, as I understand it, is not so much to

15   the form of Order as to the nature of the relief that's

16   being requested, and at the appropriate time, we can can go

17   through that.

18        But I guess the way I would propose to proceed is

19   first, ask Your Honor if you had any questions about --

20   broadly speaking, about the background of this matter or of

21   the relief we're seeking, and if not, then if Your Honor

22   would entertain us walking through what we hope would be the

23   final form of Order, assuming Your Honor is inclined to

24   grant the Motion over the remaining Objection, that we

25   proceed that way.

1          THE COURT:  That's fine.  I'm having trouble

2   finding the Order though.

3          MR. JACKSON:  Finding the Revised Order?

4          THE COURT:  Yes.

5          MR. JACKSON:  That's this.

6          THE COURT:  Agenda Item 19, right?  It's listed

7   as E but I don't have an E.

8          MR. JACKSON:  Your Honor, I have one of my extra

9   copies of the Notice of Revised Order that was filed on

10  Friday.  It's double-sided but -- and stapled, but

11  otherwise, I can bring that up.

12         THE COURT:  Yes.  Yes, please.  I'm sorry.  Thank

13  you.

14         MR. JACKSON:  And for the record, what I've

15  handed up is the form of Order that we filed on Friday,

16  which is -- it's the starting point for what we're going to

17  talk about today as far as the --

18         THE COURT:  Yes.

19         MR. JACKSON:  -- additional revisions.  I can say

20  -- I should have added before, there's a couple of details

21  here as well.  This Order and the Motion is filed in a

22  couple of adversary proceedings, as well as the main case.

23  That's because a couple of preference actions against Iron

24  Mountain are being resolved.  The format of this Order that

25  we filed on Friday, which it will persist in the Proposed

1  Order today, is the settlement stipulation is attached as

2  Exhibit 1.  As Exhibit 2, we've attached an abstract of the

3  Iron Mountain inventory spreadsheet that identifies the

4  documents that we're calling the designated documents.

5  These are the 2,800 or so documents in the Baltimore

6  facility that -- identified by Iron Mountain box numbers.

7  So although it looks like a lot of mumbo-jumbo, this would

8  actually enable Iron Mountain and other parties to identify

9  which of the boxes we're seeking to preserve and which ones

10  we're not.

11        And then Exhibit 3 to the Order is the pricing

12  schedule for Iron Mountain, and what we're proposing is that

13  parties -- the storage costs on these documents are being

14  picked up, if you will, by the Plan Trust, through the

15  scheduled abandonment date, and in the meantime, parties

16  that seek to -- subject to some additional changes I'm going

17  to talk about later that the parties that are seeking

18  documents from Iron Mountain would be responsible for paying

19  Iron Mountain at its contract rates for the staging of the

20  documents for review and the pulling them off the shelves

21  and so on.

22        I think -- I guess, at this point, I won't do it

23  now, but I guess I will -- our evidentiary basis for the

24  Objection is the Declaration of Scott Martinez that was

25  submitted in connection with the Motion.  I will, before the

1  close of the hearing, move that into evidence.  I'd

2  appreciate it if there are any Objections to that; I don't

3  believe that there are, but I'd appreciate if there are any,

4  that folks grab me in a recess, if we could have one.  But

5  I'd like to, if possible, Your Honor, have a five-minute

6  recess just to make sure that I've got --

7           THE COURT:  Sure.

8           MR. JACKSON:  -- all my ducks in a row on what

9  I'm going to be representing on the record.

10          THE COURT:  Okay.  So you want to recess now

11 then?

12          MR. JACKSON:  Yes.

13          THE COURT:  All right.

14          MR. JACKSON:  Thank you very much.

15            (Recess from 3:37 p.m. to 3:56 p.m.)

16          THE CLERK:  All right.

17          THE COURT:  Please be seated.

18          MR. JACKSON:  Thank you, Your Honor.

19          THE COURT:  Full contact job.

20           MR. JACKSON:  Thank you, Your Honor, for placing

21 yourself in harm's way to give us five minutes or so.

22                          (Laughter)

23          MR. JACKSON:  So hopefully, it will make the rest

24 of the hearing painless.  Thank you, Your Honor, for the

25 additional time.  I think I've got my ducks in a row and I'd

1  like to walk through -- let's look at the clean version of

2  the Order that was filed on Friday.

3          THE COURT:  Yes.

4          MR. JACKSON:  I think that's a good baseline.

5          THE COURT:  Okay.

6          MR. JACKSON:  And I will read through the changes

7  that we've agreed to and the representations on the record,

8  beginning -- I should make one other point.  The other thing

9  that this Order did was it combined the Abandonment Motion

10 and the Settlement Motion, which --

11         THE COURT:  Right.

12         MR. JACKSON:  -- under the circumstances, the

13 parties who've agreed with us are agreeable to.

14          The first change is in the prefatory language in

15 the first paragraph, starting at Romanette (ii) where it

16 says granting relief from stay to Iron Mountain and

17 Authorizing it to Destroy the Baltimore Documents, we would

18 add, comma, "as set forth in this Order".  And then later

19 on, the last line of the page I believe it is where the

20 language that says authorizing the Plan Trustee to abandon

21 the Baltimore documents, we would similarly add, comma, "as

22 set forth in this Order".  And I should say, Your Honor, our

23 intention would be if the Court is inclined to grant this

24 Motion with these changes, that we would settle an Order and

25 submit it under Cert of Counsel.  We're not going to

1   interlineate one today.

2           THE COURT:  That's fine.

3           MR. JACKSON:  The next change would be in the

4   second decretal paragraph.  We would define FD -- Federal

5   Deposit Insurance Corporation as FDIC.  And after Federal

6   Housing Finance Agency, we would add, comma, "as conservator

7   for Fannie Mae and Freddie Mac".

8           THE COURT:  All right.

9           MR. JACKSON:  And then it would be defined as

10  FHFA.  In the decretal paragraph, first decretal paragraph

11  on page four, beginning "ordered that the second Homeward

12  admin request", the dollar amount at the end of that

13  paragraph, representing the amount of Iron Mountain's admin

14  claim, would be amended to state "$80,538.79", and this

15  represents basically the additional storage costs the Trust

16  is going to be fronting to keep the documents in place until

17  the extended date.

18          THE COURT:  I'm not sure I have the same Order

19  you're looking at.

20          MR. JACKSON:  I apologize if I'm --

21          THE COURT:  Can I see what you're looking at?

22          MR. JACKSON:  What I'm looking at is a mish-mash

23  of things that have been thrown around today, but let me

24  give you what I think you're looking at.

25          THE COURT:  Order Approving Stipulation, et

1   cetera, et cetera, et cetera.  Are we looking at the Order

2   or are we looking at the Stip?

3               MR. JACKSON:  I'm sorry; we're looking at the

4   Order.

5               THE COURT:  Okay.

6               MR. JACKSON:  Let me just compare what I have to

7   what you're reading off of and --

8               THE COURT:  My document's 2.6 at the bottom if

9   that's helpful.

10              MR. JACKSON:  Yes, you should have -- okay.  You

11  should -- .6 is correct.  Let me just -- I've got my .6 now

12  open next to me, and let me just make sure before I announce

13  changes that they are where I say they should be.

14              THE COURT:  Yes, that's where I think the problem

15  was.

16              MR. JACKSON:  Okay.

17              THE COURT:  So, unfortunately, maybe we can start

18  over.

19              MR. JACKSON:  Sure.  Not a problem, Your Honor.

20  I apologize for the confusion.  Okay.  In the clean Order,

21  with the document footer .6, again, the first paragraph on

22  page two, beginning at Romanette (ii), that says "Granting

23  Relief from Stay to Iron Mountain and Authorizing it to

24  Destroy the Baltimore Documents", we would add, comma, "as

25  set forth in this Order".

1        THE COURT:  Okay.

2        MR. JACKSON:  Likewise, in the final two lines of

3   this paragraph, "Authorizing the Plan Trustee to Abandon the

4   Baltimore Documents", we would add, comma, to the extent --

5   or "as set forth in this Order".

6        THE COURT:  Okay.

7        MR. JACKSON:  In the second decretal paragraph on

8   page three --

9        THE COURT:  Right.

10        MR. JACKSON:  -- we would define Federal Deposit

11   Insurance Corporation as FDIC.

12        THE COURT:  Okay.

13        MR. JACKSON:  After Federal Housing Finance

14   Agency, we would add, comma, "as conservator for Fannie Mae

15   and Freddie Mac", and we would define them as FHFA.

16        THE COURT:  Okay.

17        MR. JACKSON:  Okay.  On page four, at the top of

18   page four, the carryover paragraph --

19        THE COURT:  Yes.

20        MR. JACKSON:  -- the dollar amount, 76,615 --

21        THE COURT:  Yes.

22        MR. JACKSON:  -- will be changed to "80,538.79".

23        THE COURT:  Okay.

24        MR. JACKSON:  The second decretal paragraph here,

25   the February 16, 2013, will be amended to May 16, 2013.  And

1  one of my representations on the record is that this

2  language that says "absent further Order of this Court, the

3  Plan Trust shall be authorized to abandon", does explicitly

4  contemplate that, in the event that a party files a Motion

5  and the Court were to order otherwise, that the abandonment

6  would be modified, the abandonment date would be modified.

7           THE COURT:  Okay.

8           MR. JACKSON:  Or could be, rather, I should say.

9           THE COURT:  Okay.  It would certainly be more

10  pleasant to be in a Baltimore warehouse in May than in

11  January.

12           MR. JACKSON:  Well, I don't know.  I've heard

13  from my witness that it looks like the warehouse in the

14  Indiana Jones movie so I don't know.

15           THE COURT:  I've been in some ugly warehouses.

16           MR. JACKSON:  In the next -- let's see.  Oh, the

17  following decretal paragraph, beginning from then after the

18  date of entry of this Order, this paragraph will be revised

19  to read "Ordered that from and after the date of abandonment

20  of any Baltimore documents in accordance with this Order,

21  the Plan Trust shall have no liability to any person arising

22  from or relating to the Baltimore documents".

23           THE COURT:  Okay.

24           MR. JACKSON:  The following paragraph, stating

25  "Ordered that Iron Mountain is hereby authorized and

1  directed to destroy the documents", the "and directed" will

2  be stricken.

3          THE COURT:  Okay.

4          MR. JACKSON:  The following paragraph, the date

5  of February 16 will be changed to May 16.  And the same

6  representation, again, with this "absent further Order of

7  this Court language contemplates that a party could file a

8  Motion to seek to move the date".  And similarly as well,

9  the language "Iron Mountain shall be authorized and hereby

10  is directed" will be amended to "shall be authorized to

11  destroy".

12          THE COURT:  Okay.

13          MR. JACKSON:  Okay.  And page five -- oh, I'm

14  sorry; my mistake.  Your Honor, I'm sorry, it's page four.

15  The paragraph, the decretal paragraph at the bottom of page

16  four, shall be amended to say "Ordered that subject to the

17  following two paragraphs".

18          THE COURT:  Okay.

19          MR. JACKSON:  The language, "at their own

20  expense", at the very end of the page, will be stricken.  On

21  page five -- I'm sorry.  Let me -- yes, at the very

22  beginning of page five so that it would fall in the sentence

23  actually, in part of the carryover sentence, "designated

24  parties are hereby authorized to review, inspect, and copy

25  the designated documents".  That's the language on page

1  four.  We would add "and any electronic images thereof

2  received by the Plan Trustee after the date of entry of this

3  Order without need for formal legal process".

4            THE COURT:  Okay.

5            MR. JACKSON:  I have a few reps to make on that

6  but let me finish the paragraph.  We will add -- I'm sorry.

7  This is -- let me back up.  I'm working from two documents

8  here.  Also, a change to that same sentence.  Again,

9  starting on page four where it says "now subject to the

10  following two paragraphs, the designated parties", after the

11  designated parties, we'll add a parenthetical that will say

12  "(including the employees, agents, and consultants for each

13  party)".

14            THE COURT:  All right.

15            MR. JACKSON:  Okay.  And now I'm back to -- okay.

16  Again, at the top of page five in this carryover paragraph,

17  after the first proviso.

18            THE COURT:  Yes, 9018-1(d)?

19            MR. JACKSON:  Yes.  We will add a second proviso

20  that says "and provided further that the foregoing

21  confidentiality proviso, comma, including the review

22  restrictions and Delaware Bankruptcy Local Rule 9018-1(d),

23  comma, shall not apply to FHFA and any designated documents

24  obtained by FHFA pursuant to subpoena".

25            And I have a couple representations now with this

1   full paragraph, as revised.  One is that the -- we are

2   obligated to provide the designated parties with access to

3   any electronic images of the designated documents that the

4   Plan Trust may receive after entry of the Order.  We're also

5   -- in the event that the Plan Trustee becomes aware of an

6   electronic image of a designated document that it has; we're

7   not presently aware of any, but if we become aware of one

8   that we have, we'll also provide access to that.

9            THE COURT:  Okay.

10           MR. JACKSON:  And with respect to FHFA, there's

11  an additional database of documents that are not the subject

12  of this Motion, but that represent the electronically imaged

13  loan files that reside at the Plan Trust's Melville offices.

14  These are files, which over the course of the case have been

15  imaged and maintained.  We will work with FHFA in good faith

16  to provide them access to loan files.  They are to provide

17  us a list of loans that they're looking for and we're going

18  to work with them to --

19           THE COURT:  Those -- and you're saying those are

20  all electronic now?  Are they still -- you still have some

21  in hardcopy?

22           MR. JACKSON:  To be honest, Your Honor, I know we

23  have a database.  Mr. Beach can probably speak more

24  authoritatively to this.

25           THE COURT:  I just -- I thought we got rid of all

1  those.

2          MR. BEACH:  Good afternoon, Your Honor.  We still

3  have some mortgage loan files.  We received -- I'm not sure

4  of the timeframe, but within the last year I believe,

5  certain files from a New Jersey warehouse which we became

6  aware of and took them in-house to the Melville facility and

7  they did contain some loan files.  My understanding is

8  there's about four skids of boxes of documents that came

9  from that New Jersey facility.  Other than that, and based

10 on the prior hardcopy loan file Orders, the hardcopy loan

11 files had been destroyed unless we had to otherwise preserve

12 them.  My recollection of the last Order was that we didn't

13 have to keep any hardcopy loan files so long as we imaged

14 them and kept the imaged copies.  And just to supplement

15 what Mr. Jackson said regarding the imaged hardcopy loan

16 files, as Your Honor may recall, I think probably about a

17 year and a half ago, we were before Your Honor, and I forget

18 the precise context of what we were before you on, but we

19 represented that we had a server issue when two of the air

20 conditioners went out on one of those 102-degree days and so

21 there was damage to the old servers.  We saved as much

22 information as we could and spent some money to get new

23 servers; decommission the old servers.  We believe that we

24 have saved somewhere close to 99 percent of what was on the

25 old servers but it's a little bit more difficult to search

1    those and so I just wanted to --

2              THE COURT:  Okay.

3              MR. BEACH  -- make sure all parties were clear

4    about that issue.

5              THE COURT:  Okay.  Thank you.

6              MR. JACKSON:  And then the final statement

7    regarding this revised paragraph is that the carve-out for

8    FHFA from the confidentiality proviso is without -- it

9    merely states that if they've -- that they're not applicable

10   to this deemed application of Bankruptcy Rule of 9018, but

11   other -- any other applicable law with respect to the

12   confidentiality of documents produced by the Plan Trust to

13   FHFA were -- the Plan Trust would reserve its rights on

14   that.

15             THE COURT:  Okay.

16             MR. JACKSON:  The following paragraph, beginning

17   "Ordered that Iron" -- oh, I'm sorry.  We will insert a new

18   paragraph after this paragraph we've just been discussing.

19   So this new paragraph will read "Ordered that,

20   notwithstanding the foregoing paragraph, a Court of

21   competent jurisdiction may authorize disclosure and the use

22   of the designated documents upon a showing of cause,

23   provided that such disclosure or use shall remain subject to

24   any applicable protective Orders and other applicable laws

25   and it is further".  And the idea behind that is that, after

1   the documents are abandoned by the Plan Trust, that folks

2   didn't want a never-ending confidentiality obligation and

3   they wanted the ability for another Court to authorize them

4   to use the documents for the purpose they were discovered.

5           THE COURT:  Okay.

6           MR. JACKSON:  And the following paragraph,

7   beginning "Ordered that Iron Mountain", it will be amended

8   to say -- the proviso will be amended to state "provided

9   that such designated parties, comma, other than FHFA and

10  FDIC, comma, shall have paid Iron Mountain in advance for

11  their retrieval, staging, and re-filing".  And in connection

12  with this, I have a representation on record and would ask

13  that FHFA and FDIC's Counsel also acknowledge that this is

14  really preserving the issue as between the Plan Trust and

15  FDIC or FHFA who's responsible for paying the staging and

16  retrieval costs to Iron Mountain.  We all acknowledge that

17  Iron Mountain isn't obligated to provide -- isn't obligated

18  to work for free and that they will have to be paid these

19  costs by somebody.  So we're not intending to create a

20  situation where Iron Mountain is forced to provide services

21  with no payment.

22          THE COURT:  Okay.  FHFA, Mr. Collins?

23          MR. COLLINS:  Yes, Your Honor, we agree with

24  that.

25          THE COURT:  Very good.  Thank you.

1           MR. ARBAN:  Good afternoon, Your Honor, Brian

2    Arban, on behalf of the FDIC.

3           THE COURT:  You need to -- I'm sorry; you just

4    have to come to the microphone.  Thank you.

5           Mr. ARBAN:  Good afternoon, Your Honor, Brian

6    Arban, on behalf of the FDIC.  That is correct.

7           THE COURT:  Very good.  Thank you.

8           MR. JACKSON:  Okay, Your Honor, and we're down to

9    the final two changes here that I have, subject to somebody

10   telling me that I've missed something.  But the paragraph,

11   the following paragraph, beginning "Ordered that Iron

12   Mountain shall have no liability", will be amended to state

13   "shall have no liability to any third party as a result of

14   its full and good faith compliance with this Order".

15          And the final change is that the last -- or the

16   paragraph regarding retention of jurisdiction will be

17   stricken.  And the idea here is not that we don't believe

18   that a Court will have jurisdiction over a dispute relating

19   to the Order, it's that the parties, you know, are just

20   preserving the status quo and if Your Honor has

21   jurisdiction, Your Honor will have jurisdiction, and if you

22   don't, you won't, and we're not going to state that either

23   way here.

24          With that, those are the changes and, to my

25   knowledge, the representations on the record that were

1  necessary to resolve the Objections, other than the

2  Objection of the JPM Defendants, and on the JPM Litigation

3  Defendants, I should clarify something that I said earlier.

4  I mentioned that nobody had any further Objections to the

5  form of Order, but that JMP had an Objection to the relief

6  we're seeking.  Mr. McGuire corrected me and I've actually

7  got it exactly backwards; that they're fine with the

8  underlying relief as I understand it, but they do actually

9  have some language that they believe should be included in

10 the Order and we can -- I'll cede the podium to Mr. McGuire

11 momentarily.  As far as the evidentiary basis for our

12 objection -- or for our Motion, I'd like to move, at this

13 time, the admission of Mr. Martinez' Declaration which I've

14 marked here as Plan Trust 1 if I may approach.

15                THE COURT:  You may.  Any objection?

16                     (No audible response)

17                THE COURT:  Does anyone wish to cross-examine the

18 witness?

19                     (No audible response)

20                THE COURT:  All right.  It's admitted without

21 objection.

22 (Plan Trust Exhibit 1 admitted to evidence.)

23                MR. JACKSON:  And, Your Honor, I neglected to

24 introduce Mr. Martinez.  He's actually sitting right here,

25 as is Steve Sass who's the Plan Trustee.  I apologize.  I

1  did not make introductions earlier.  In addition to the

2  Declaration, I'd like to proffer -- make a brief proffer of

3  additional testimony that Mr. Martinez would offer if he

4  were called to testify.

5          THE COURT:  Any objection to the proffer?

6              (No audible response)

7          THE COURT:  You may proceed.

8          MR. JACKSON:  Okay.  Thank you, Your Honor.  If

9  called to testify, Mr. Martinez, in addition to his

10 testimony in the Declaration, would testify that, based on

11 the Trust's limited resources, he doesn't believe it

12 necessary or appropriate for the Trust to review all of the

13 documents that are contained in the Baltimore facility.  He

14 would further testify that, even if such documents were

15 deemed to be owned by the Plan Trust and not owned by the

16 Purchaser of the servicing business, he does not believe

17 that those documents are necessary for the Trust's ongoing

18 claims reconciliation process or any asset recoveries of the

19 Trust, including litigation.  He would testify that, to the

20 best of his knowledge, he does not believe that the

21 Baltimore documents are necessary with respect to any

22 pending or threatened litigation involving the Plan Trust.

23          Mr. Martinez would testify further that he

24 understands that JPM has sought loan files in connection

25 with an earlier loan file return Declaration under a prior

1  Order.  Based on the sample of documents that he did review

2  while he was on site at the Baltimore facility, and to the

3  best of his knowledge, he did not find any such documents,

4  and if called upon to look for loan files, he would not look

5  in the Baltimore documents for them.

6          THE COURT:  Any cross examination?

7                  (No audible response)

8          THE COURT:  I hear none.  Any further evidence?

9          MR. JACKSON:  With that, Your Honor, I believe

10 our evidentiary presentation is over, so I would yield the

11 podium to Mr. McGuire unless Your Honor had questions about

12 the Motion?

13         THE COURT:  Well, before I hear from him, is

14 there anyone else who wishes to be heard that's -- that

15 issues have been resolved?  Anything you want to put on the

16 record?

17                  (No audible response)

18         THE COURT:  Blissfully silent.  Excellent.  Mr.

19 McGuire?

20         MR. MCGUIRE:  Good afternoon, Your Honor, Matthew

21 McGuire, on behalf of JPM Defendants.  Your Honor, JPM

22 Litigation Defendants --

23         THE COURT:  I can't hear you.  Can you move the

24 mic a little closer?

25         MR. MCGUIRE:  JPM Litigation Defendants are

1  Defendants in various RMBS proceedings around the Country.

2  We've been down this road before with the debtors, and one

3  of the ways we resolved that in connection with an Order

4  that was almost a Destruction Order that was entered almost

5  two years ago, is that JPM was -- submitted a Declaration to

6  the Plan Trust and on the docket, listing all the loan files

7  that it wished the Plan Trustee to search for.  They would

8  either have them or they wouldn't have them.  If they didn't

9  have them, it's obviously not an issue.  If they don't have

10  them on files, they don't have them.  If they do, JP Morgan

11  would pick up the tab to either have them delivered or go

12  pick them up.  That's very simply what we want to have, that

13  same type of protocol incorporated in this Order.

14           THE COURT:  They don't necessarily know what's in

15  the boxes.

16           MR. MCGUIRE:  Well, that's true and I don't know

17  that it should be JP Morgan's responsibility to find out

18  what's in the boxes.  When somebody raises a dispute, you

19  know, what -- the Plan Trust says they don't own it; AHMSI

20  says they don't own it; so then, therefore, no one's

21  actually responsible for it.  It doesn't strike me that

22  that's appropriate, equitable to JP Morgan to be forced to

23  go look through boxes when we wouldn't even know where to

24  start and the Plan Trust has at least put people on the

25  ground and has reviewed those -- at least samples of those

1   documents and boxes.

2           THE COURT:  Has your client identified a specific

3   list that you have already that they could look for?

4           MR. MCGUIRE:  I believe they have, yes.

5           THE COURT:  And they have it?  Do you have it Mr.

6   Jackson?  Mr. Beach?

7           MR. JACKSON:  Yes, Your Honor, it was a loan file

8   declaration.  I can give you a little bit of history if you

9   want in terms of what the protocol was that was set up with

10  respect to parties who wanted to request copies of loan

11  files that it --

12          THE COURT:  This was about two years ago or so

13  wasn't it, or three even?

14          MR. JACKSON:  Yes, it was about four years ago

15  that most parties entered into loan file declarations.  JP

16  Morgan was late to the game and that, but with respect to

17  the forth document Destruction Order on mortgage laon files,

18  we did agree that they could submit a Declaration.  So it

19  was in I think February of 2011 when they submitted a

20  Declaration.  I won't argue from here but I'm happy to

21  respond to that after Mr. McGuire talks.

22          THE COURT:  Okay.  All right.  So you have an

23  outstanding Declaration in place?

24          MR. MCGUIRE:  That's right.  It lists all the

25  loans.

1          THE COURT:  And you intend to look for them?

2          MR. MCGUIRE:  Yes.

3          THE COURT:  Before they destroy them.

4          MR. MCGUIRE:  Correct.  That's all I have, Your

5    Honor.

6          THE COURT:  It's hard for me to get my head

7    around it unless I know the magnitude of what we're talking

8    about.  Maybe Mr. Beach can give me some information.

9          MR. BEACH:  Good afternoon, Your Honor, for the

10   record, Shawn Beach, from Young Conaway Stargatt & Taylor.

11   Your Honor, I'm just going to step back for a moment.  There

12   were -- as I indicated before, there were four Document

13   Destruction Orders entered early on in the case.  There were

14   many parties who were concerned about the destruction of

15   hardcopy loan files as a result mainly of borrower

16   litigations, foreclosures, and the like.  So what the

17   debtors had done in 2008; I think it was March of 2008, was

18   we filed a Document Destruction Motion that set up a process

19   for any party who was interested in receiving hardcopy loan

20   files, they would -- they could file a Declaration and swear

21   to a number of things in the Declaration, including

22   confidentiality, that they were entitled to ownership, and a

23   number of other things.  With respect to those loan file

24   Declarations, the debtors agreed that when they were going

25   through the boxes of loan files in Melville, to the extent

1   we came across any of the loan files that were listed on the

2   many Declarations which were entered into a computer

3   database and scanned, and if they came up as one that was

4   part of a Declaration, then they would be put in a separate

5   stack and then returned to a party who submitted that

6   Declaration.

7           JP Morgan didn't submit a Declaration at first.

8   A couple years later, we filed another Document Destruction

9   Motion to seek some clarity on certain things.  They

10  objected to that Motion.  We then agreed that, as a

11  resolution to that Motion, they could submit a late loan

12  file Declaration and then we would comply with it with the

13  understanding that they knew that we had been through a

14  number of the documents and they had returned or destroyed a

15  number of those documents.  What effectively I believe JP

16  Morgan is asking us to do today is to do discovery for them

17  and to go into this separate facility in Baltimore to go

18  through every box of documents, either the 2,800 or the

19  17,500 boxes of documents, and look manually at each of

20  these folders and figure out if any of the loan files listed

21  in their Declaration are contained in those folders because,

22  clearly, they wouldn't have the same planning mechanism that

23  all the boxes in the other facility would have, and not only

24  would the --

25          THE COURT:  All right.  I got it.

1           MR. BEACH:  Okay.

2           THE COURT:  Yes.  Mr. McGuire, anything further?

3           MR. MCGUIRE:  Your Honor, I think at this point,

4    we'd be happy just to know if there are loan files.  I'm not

5    going to ask them to search every single file and match it

6    up with whatever lists we have.  I mean I think --

7           THE COURT:  I'm going to overrule the objection.

8    You've got until May.  Go in there and look if you think

9    it's important to you.  JP Morgan can certainly afford it

10   better than the Estate and you're the defendant.  You're

11   looking for, in effect, third party discovery.  If you want

12   it, go get it.  If not, it's going to get destroyed.

13          MR. MCGUIRE:  Okay.  Thank you, Your Honor.

14          THE COURT:  You're welcome.  Is that it?

15          MR. JACKSON:  That's it, Your Honor.  If Your

16   Honor is inclined to grant the Motion, as it sounds, then we

17   will submit an Order under Cert of Counsel reflecting the

18   changes that I read onto the record.  We'd expect,

19   hopefully, to get that over to you tomorrow.

20          THE COURT:  I'm happy to grant the relief.  I'm

21   certainly not going to get in the way of a consensual

22   resolution of this complexity and I appreciate the parties'

23   hard work on it.  So send it over and I'll sign it.

24          MR. JACKSON:  Thank you very much, Your Honor.

25          THE COURT:  Okay.  That's it for American Home?

1  All right.  We're adjourned and we'll take the next matter

2  -- well, as soon as you can all sign in.

3      (Whereupon, at 4:23 p.m., the hearing was adjourned.)

4

5                          CERTIFICATION

6          I certify that the foregoing is a correct

7  transcript from the electronic sound recording of the

8  proceedings in the above-entitled matter.

9

10

11  _____        10 January 2013
12  Tammy L. Kelly, Transcriber                    Date
13  Diaz Data Services, LLC
14

```
1                              INDEX
2
3   PLAN TRUST EXHIBITS:
4                                    MARKED          ADMITTED
5
6    #1 - Martinez Declaration          34               34
7
```

| Word | Page:Line |
|------|-----------|

**102-degree**(1) 30:20
**abandon**(3) 9:11 22:20 25:3
**abandoned**(1) 32:1
**abandonment**(17) 9:13 9:17 10:1 10:4 10:17 10:23 10:24 11:18 14:18 14:25 15:1 15:19 20:15 22:9 26:5 26:6 26:19

**abandon"**(1) 26:3
**ability**(1) 32:3
**able**(1) 14:10
**about**(23) 9:23 10:10 10:19 10:23 11:12 13:21 14:18 16:5 16:22 17:2 17:5 18:19 18:20 19:17 20:17 30:8 30:16 31:4 36:11 38:12 38:14 39:8 39:14

**aboveentitled** (1) 42:8
**abstract**(1) 20:2
**access**(3) 29:2 29:8 29:16
**accessed**(1) 9:18
**accommodate**(1) 18:3
**accordance**(1) 26:20
**according**(1) 11:22
**account**(12) 6:22 7:6 7:7 7:9 7:14 8:12 11:23 13:12 13:14 13:16 13:17 14:2

**accounts**(5) 6:12 6:13 6:25 12:20 13:9
**accrue**(1) 9:7
**accruing**(1) 8:12
**acknowledge**(2) 32:13 32:16
**acknowledged**(1) 13:15
**acquired**(1) 9:23
**across**(1) 40:1
**actions**(3) 8:6 10:9 19:23
**activity**(1) 7:2
**actually**(11) 7:12 8:16 9:2 13:2 14:24 20:8 27:23 34:6 34:8 34:24 37:21

**add**(10) 22:18 22:21 23:6 24:24 25:4 25:14 28:1 28:6 28:11 28:19

**added**(1) 19:20
**addition**(4) 35:1 35:9
**additional**(9) 8:7 9:6 16:15 19:19 20:16 21:25 23:15 29:11 35:3

**address**(3) 11:15 11:17 12:8
**adjourned**(2) 42:1 42:3
**admin**(4) 7:23 7:25 23:12 23:13
**administrative**(3) 7:22 9:15 10:2
**admission**(1) 34:13
**admitted**(3) 34:20 34:22 43:4
**advance**(1) 32:10
**adversary**(1) 19:22
**afford**(1) 41:9
**after**(16) 6:22 7:22 16:14 17:8 17:9 23:5 25:13 26:17 26:19 28:2 28:10 28:17 29:4 31:18 31:25 38:21

**afternoon**(7) 4:4 4:7 30:2 33:1 33:5 36:20 39:9

**again**(4) 24:21 27:6 28:8 28:16
**against**(3) 8:2 8:6 19:23
**agency**(3) 2:29 23:6 25:14
**agenda**(4) 4:18 4:19 12:11 19:6
**agent**(1) 2:49
**agents**(2) 10:22 28:12
**ago**(5) 18:9 30:17 37:5 38:12 38:14
**agree**(3) 16:18 32:23 38:18
**agreeable**(1) 22:13
**agreed**(9) 12:18 12:21 13:25 14:14 17:4 22:7 22:13 39:24 40:10

**agreement**(5) 6:3 6:19 13:10 13:17 14:3
**agreements**(2) 13:13 13:16
**ahm**(2) 4:6 12:21
**ahmsi**(1) 37:19
**ahm's**(1) 10:10
**air**(1) 30:19

**albeit**(1) 10:14
**alex**(1) 3:22
**all**(33) 4:12 6:24 7:16 7:24 8:22 10:17 12:20 13:8 13:12 13:25 15:2 15:24 17:7 17:9 21:18 21:13 21:16 23:8 28:14 29:20 29:25 31:3 32:16 34:20 35:12 37:6 38:22 38:24 39:4 40:23 40:25 42:1 42:2

**all-day**(1) 12:6
**allow**(2) 16:12 17:25
**allowed**(1) 12:1
**allowing**(1) 16:14
**almost**(2) 37:4 37:4
**already**(1) 38:3
**also**(12) 8:5 11:13 11:16 12:2 12:23 13:4 13:10 16:13 28:8 29:4 29:8 32:13

**although**(2) 4:8 20:7
**always**(1) 15:12
**amanda**(1) 2:30
**amended**(7) 23:14 25:25 27:10 27:16 32:7 32:8 33:12

**america**(3) 2:48 13:2 13:4
**american**(1) 41:25
**among**(1) 16:3
**amount**(7) 12:18 12:22 13:6 14:10 23:12 23:13 25:20

**amounts**(1) 13:3
**and**(191) 4:10 4:16 4:21 4:25 4:25 5:6 5:6 5:8 5:8 5:18 5:20 5:21 6:4 6:5 6:12 6:13 6:17 6:24 7:1 7:3 7:15 8:12 8:13 9:5 9:13 10:2 10:6 10:13 10:19 11:1 11:6 11:10 11:12 11:13 11:14 11:21 11:25 12:6 12:7 12:10 12:21 13:6 13:15 13:17 13:21 14:4 14:11 14:11 14:14 14:22 14:25 15:1 15:2 15:4 15:14 15:20 15:21 15:25 16:4 16:9 16:12 16:12 16:13 16:20 16:24 17:1 17:9 17:10 17:10 17:15 17:25 18:1 18:3 18:7 18:8 18:11 18:16 18:21 19:10 19:14 19:21 20:8 20:9 20:11 20:12 20:15 20:20 20:21 21:25 22:6 22:7 22:10 22:16 22:18 22:22 22:24 23:5 23:7 23:9 23:14 24:7 24:12 24:23 25:15 25:15 25:25 26:5 26:19 26:25 27:5 27:8 27:9 27:13 27:24 28:12 28:15 28:22 28:23 28:25 29:10 29:15 29:17 29:19 30:6 30:6 30:9 30:14 30:14 30:17 30:17 30:20 30:22 31:1 31:6 31:21 31:24 31:25 31:25 32:2 32:6 32:9 32:11 32:11 32:12 32:13 32:14 32:18 33:8 33:14 33:15 33:17 33:20 33:21 33:22 33:24 34:2 34:6 34:10 34:23 35:15 36:2 36:4 37:2 37:6 37:16 37:24 37:25 38:1 38:5 38:16 39:1 39:16 39:20 39:22 40:3 40:3 40:5 40:12 40:14 40:17 40:19 40:20 40:23 41:5 41:8 41:10 41:22 41:23 42:1

**anderson**(1) 2:48
**announce**(1) 24:12
**another**(6) 7:25 11:4 16:14 17:22 32:3
**any**(35) 6:10 6:10 6:12 6:12 7:2 8:21 9:12 10:20 15:7 16:8 18:13 18:19 21:2 21:3 26:20 26:21 28:1 28:23 29:3 29:7 30:13 31:11 31:24 33:13 34:4 34:15 35:5 35:18 35:21 36:3 36:6 36:8 39:19 40:1 40:20

**anyone**(2) 34:17 36:14
**anything**(4) 9:24 10:20 36:15 41:2
**anyway**(1) 16:23
**apa**(2) 6:17 8:16
**apologize**(3) 23:20 24:20 34:25
**apparently**(1) 8:12
**appearances**(1) 3:11
**applicable**(4) 31:9 31:11 31:24 31:24
**application**(1) 31:10
**apply**(2) 14:11 28:23
**appreciate**(3) 21:2 21:3 41:22
**approach**(2) 5:7 34:14
**appropriate**(4) 16:19 18:16 35:12 37:22

**approving**(1) 23:25
**approximately**(1) 17:7
**april**(1) 6:22
**arban**(6) 2:16 2:17 33:1 33:2 33:5 33:6
**are**(30) 5:18 13:3 14:10 19:24 20:5 20:13 20:17 21:2 21:3 21:3 22:13 24:1 24:2 24:13 27:24 29:1 29:11 29:14 29:16 29:19 29:20 32:1 33:19 33:24 35:13 35:17 35:21 36:25 40:21 41:4

**aren't**(1) 8:24
**arguably**(1) 14:2
**argue**(1) 38:20
**arise**(1) 5:18
**arising**(2) 12:25 26:21
**around**(5) 6:8 6:24 23:23 37:1 39:7
**arrearages**(2) 7:13 7:25
**arrived**(1) 13:6
**ask**(3) 18:19 32:12 41:5
**asked**(1) 17:1
**asking**(1) 40:16
**aspect**(1) 13:1
**asserted**(1) 12:23
**asset**(4) 6:3 6:19 8:17 35:18
**associated**(1) 12:9
**assumed**(2) 5:25 6:19
**assuming**(1) 18:23
**atlanta**(1) 12:4
**attached**(2) 20:1 20:2
**attempted**(1) 9:3
**attention**(1) 7:5
**audible**(5) 34:16 34:19 35:6 36:7 36:17
**austin**(1) 3:21
**authoritatively**(1) 29:24
**authority**(3) 14:8 14:15 15:11
**authorize**(2) 31:21 32:3
**authorized**(5) 26:3 26:25 27:9 27:10 27:24
**authorizing**(3) 22:17 22:20 24:23
**avenue**(2) 2:6 2:12
**avoidance**(1) 13:11
**aware**(5) 15:1 29:5 29:7 29:7 30:6

**back**(4) 5:24 28:7 28:15 39:11
**background**(2) 4:17 18:20
**backwards**(1) 34:7
**baltimore**(21) 9:20 13:19 13:25 14:3 14:13 14:22 16:5 17:7 20:5 22:17 22:24 24:22 25:4 26:10 26:20 26:22 35:13 35:21 36:2 36:5 40:17

**bank**(4) 2:17 2:48 13:2 13:3
**bankruptcy**(5) 1:1 1:20 6:1 28:22 31:10
**banks**(2) 2:23 3:18
**bar**(1) 7:22
**based**(4) 13:20 30:9 35:10 36:1
**baseline**(1) 22:4
**basic**(2) 8:13 8:15
**basically**(1) 23:15
**basis**(2) 20:23 34:11
**beach**(9) 1:27 29:23 30:2 31:3 38:6 39:8 39:9 39:10 41:1

**became**(1) 30:5
**because**(4) 7:4 9:16 19:23 40:21
**become**(1) 29:7
**becomes**(1) 29:5
**been**(23) 4:13 4:15 4:20 4:21 4:24 6:11 9:17 12:22 13:23 14:19 14:21 14:23 15:21 17:15 18:6 23:23 26:15 29:14 30:11 31:18 36:15 37:2 40:13

**before**(16) 1:19 4:24 9:9 12:15 14:7 15:8 17:16 19:20 20:25 22:22 30:17 30:18 36:13 37:2 39:3 39:12

**beginning**(9) 14:5 22:8 23:11 24:22 26:17 27:22 31:16 32:7 33:11

**behalf**(4) 4:5 33:2 33:6 36:21
**behind**(1) 31:25

**being**(7) 6:7 7:16 10:22 11:22 18:16 19:24 20:13

**believe**(16) 4:22 8:3 9:23 10:5 21:3 22:19 30:4 30:23 33:17 34:9 35:11 35:16 35:20 36:9 38:4 40:15

**believed**(4) 6:9 6:25 7:8 7:10
**belong**(2) 8:3 14:2
**belonged**(1) 13:23
**best**(2) 35:20 36:3
**better**(2) 12:1 41:10
**between**(9) 5:19 7:2 7:14 8:8 11:14 13:5 14:4 14:25 32:14

**binder**(2) 5:10 17:20
**bit**(3) 8:19 30:25 38:8
**bleeding**(1) 9:16
**blissfully**(1) 36:18
**board**(1) 13:4
**borrower**(1) 39:15
**boston**(2) 2:23 3:18
**bottom**(2) 24:8 27:15
**box**(3) 11:24 20:6 40:18
**boxes**(12) 13:13 16:22 17:7 20:9 30:8 37:15 37:18 37:23 38:1 39:25 40:19 40:23

**brian**(3) 2:17 33:1 33:5
**brief**(1) 35:2
**bring**(2) 14:7 19:11
**broadly**(1) 18:20
**brown**(2) 3:4 3:5
**bunch**(2) 8:24 11:8
**busenkell**(1) 3:4
**business**(8) 5:22 5:24 6:5 6:14 6:16 6:23 11:25 35:16

**but**(29) 4:12 4:15 4:24 8:7 9:6 15:12 15:19 17:1 17:22 18:18 19:7 19:10 19:10 20:23 21:3 21:4 23:23 28:6 29:7 29:12 30:4 30:18 30:25 31:10 33:10 34:5 34:8 38:16 38:20

**called**(3) 35:4 35:9 36:4
**calling**(1) 20:4
**came**(4) 4:24 5:1 6:6 7:5 15:13 30:8 40:1 40:3

**can**(18) 6:7 15:23 15:23 16:2 18:6 18:16 18:16 19:11 19:19 23:21 24:17 29:23 34:10 36:23 38:8 41:9 41:9 42:2

**candidate**(1) 16:25
**can't**(1) 36:23
**capture**(1) 17:13
**carmella**(1) 2:23
**carryover**(3) 25:18 27:23 28:16
**carve-out**(1) 31:7
**case**(6) 1:8 9:19 10:5 19:22 29:14 39:13
**category**(1) 8:17
**cause**(1) 31:22
**cede**(1) 34:10
**cert**(3) 4:21 22:25 41:17
**certain**(3) 16:10 30:5 40:9
**certainly**(3) 26:9 41:9 41:21
**certification**(1) 42:5
**certify**(1) 42:6
**certs**(1) 4:23
**cetera**(3) 24:1 24:1 24:1
**chambers**(1) 4:25
**chance**(1) 17:20
**change**(4) 22:14 23:3 28:8 33:15
**changed**(2) 25:22 27:5
**changes**(9) 4:11 18:11 20:16 22:6 22:24 24:13 33:9 33:24 41:18

**chapter**(3) 1:5 7:22 9:19
**charles**(1) 3:5
**chase**(1) 2:42
**chicago**(2) 2:24 3:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| christopher(1) 1:19 | | costs(9) 8:13 9:7 12:8 14:5 14:13 20:13 23:15 32:16 32:19 | | destroyed(6) 10:22 15:9 16:11 30:11 40:14 41:12 | | else(2) 17:15 36:14 | |
| circumstances(2) 4:15 22:12 | | | | destroy")(1) 27:11 | | emanuel(1) 2:10 | |
| claim(4) 7:23 7:25 8:5 23:14 | | could(14) 4:14 9:16 11:8 11:15 14:2 17:14 | | destruction(6) 37:4 38:17 39:13 39:14 | | embedded(1) 15:12 | |
| claimed(2) 12:20 13:25 | | 21:4 26:8 27:7 30:22 38:3 38:18 39:20 | | 39:18 40:8 | | embodied(1) 17:17 | |
| claims(5) 7:19 8:4 12:25 13:8 35:18 | | 40:11 | | detailed(1) 16:20 | | employees(1) 28:12 | |
| clarify(1) 34:3 | | counsel(5) 4:21 4:23 22:25 32:13 41:17 | | details(2) 11:24 19:20 | | enable(1) 20:8 | |
| clarity(1) 40:9 | | country(1) 37:1 | | determined(2) 9:14 12:11 | | end(4) 10:3 17:4 23:12 27:20 | |
| clean(3) 6:6 22:1 24:20 | | couple(7) 9:1 16:11 19:20 19:22 19:23 | | diaz(2) 1:35 42:13 | | engendered(1) 10:5 | |
| clear(1) 31:3 | | 28:25 40:8 | | did(9) 15:16 17:2 17:3 22:9 30:7 35:1 | | entered(5) 4:22 37:4 38:15 39:13 40:2 | |
| clearly(1) 40:22 | | course(5) 8:8 8:22 11:25 15:5 29:14 | | 36:1 36:3 38:18 | | entertain(1) 18:22 | |
| clerk(1) 21:16 | | court(93) 1:1 4:3 5:1 5:4 5:6 5:8 5:14 | | didn't(6) 14:17 17:2 30:12 32:2 37:8 40:7 | | entire(1) 17:13 | |
| client(1) 38:2 | | 5:16 12:15 14:8 15:6 19:1 19:4 19:6 | | difficult(2) 16:18 30:25 | | entirely(1) 12:17 | |
| close(2) 21:1 30:24 | | 19:12 19:18 21:7 21:10 21:13 21:17 21:19 | | directed(1) 27:1 | | entities(2) 10:7 10:13 | |
| closed(2) 6:11 6:24 | | 22:3 22:5 22:11 22:23 23:2 23:8 23:18 | | directed")(2) 27:1 27:10 | | entitled(1) 39:22 | |
| closer(2) 7:4 36:24 | | 23:21 23:25 24:5 24:8 24:14 24:17 25:1 | | disclosure(2) 31:21 31:23 | | entity(1) 9:21 | |
| closing(1) 7:10 | | 25:6 25:9 25:12 25:16 25:19 25:21 25:23 | | discovered(1) 32:4 | | entry(3) 26:18 28:2 29:4 | |
| closure(1) 15:25 | | 26:2 26:5 26:7 26:9 26:15 26:23 27:3 | | discovery(5) 9:4 10:21 11:19 40:16 41:11 | | equitable(1) 37:22 | |
| cobb(1) 2:42 | | 27:7 27:12 27:18 28:4 28:14 28:18 28:9 | | discussing(1) 31:18 | | esq(15) 1:26 1:27 2:5 2:11 2:17 2:23 2:29 | |
| code(1) 6:1 | | 29:19 29:25 31:12 31:5 31:15 31:20 32:3 | | discussions(3) 9:10 16:2 18:7 | | 2:30 2:37 2:43 2:49 3:5 3:14 3:18 3:22 | |
| collins(3) 2:29 32:22 32:23 | | 32:5 32:22 32:25 33:3 33:7 33:18 34:15 | | dispose(1) 11:8 | | | |
| columbia(1) 9:22 | | 34:17 34:20 35:5 35:7 36:6 36:8 36:13 | | dispute(9) 7:14 7:18 8:7 9:2 11:14 11:16 | | essentially(1) 10:17 | |
| combined(1) 22:9 | | 36:18 36:23 37:14 38:2 38:5 38:12 38:22 | | 12:4 33:18 37:18 | | established(1) 15:6 | |
| come(4) 9:4 12:8 18:1 33:4 | | 39:1 39:3 39:6 40:25 41:2 41:7 41:14 | | disputed(1) 11:2 | | estate(2) 6:13 41:10 | |
| coming(1) 12:3 | | 41:20 41:25 | | disputes(1) 5:19 | | even(3) 35:14 37:23 38:13 | |
| comma(10) 22:18 22:21 23:6 24:24 25:4 | | courtroom(1) 1:10 | | district(1) 1:2 | | event(2) 26:4 29:5 | |
| 25:14 28:21 28:23 32:9 32:10 | | cover(1) 14:12 | | docket(2) 26:3 34:17 | | every(3) 11:21 40:18 41:5 | |
| | | create(1) 3:19 | | document(9) 6:21 7:9 11:22 24:21 29:6 | | everybody(2) 12:7 15:18 | |
| communication(1) 7:6 | | cross(1) 36:6 | | 38:17 39:12 39:18 40:8 | | everybody's(1) 15:21 | |
| company(1) 2:5 | | cross-examine(1) 34:17 | | documents(71) 6:2 6:6 6:10 6:10 7:16 8:2 | | everything(3) 7:1 14:6 17:15 | |
| compare(1) 24:6 | | css(1) 1:8 | | 8:11 8:14 8:17 8:24 9:12 9:17 10:15 10:25 | | evidence(3) 21:1 34:22 36:8 | |
| competent(1) 31:21 | | cure(6) 7:19 7:20 12:24 12:25 13:3 13:5 | | 11:3 11:8 11:13 12:9 12:10 12:11 13:19 | | evidentiary(3) 20:23 34:11 36:10 | |
| complexity(1) 41:22 | | currency(1) 16:3 | | 13:20 13:22 13:25 14:1 14:3 14:9 14:13 | | evolve(1) 18:8 | |
| compliance(1) 33:14 | | currently(1) 12:15 | | 14:16 15:8 15:12 15:23 16:7 16:10 16:10 | | evolved(1) 12:14 | |
| complicated(1) 8:19 | | | | 16:15 16:19 17:14 17:24 18:1 20:4 20:4 | | exactly(1) 34:7 | |
| complicating(1) 10:23 11:4 | | damage(1) 30:21 | | 20:5 20:13 20:18 20:20 22:17 22:21 23:16 | | examination(1) 36:6 | |
| comply(1) 40:12 | | data(3) 1:35 6:13 42:13 | | 26:20 28:7 28:23 29:3 29:11 30:8 31:12 | | excellent(1) 36:18 | |
| computer(1) 40:2 | | database(3) 29:11 29:23 40:3 | | 31:22 32:1 33:5 35:14 35:17 35:21 | | exceptions(1) 10:6 | |
| conaway(3) 1:24 4:5 39:10 | | date(11) 7:22 14:13 17:8 20:15 23:17 26:6 | | 36:1 36:3 36:5 38:1 40:14 40:15 40:18 | | exchange(1) 12:6 | |
| conceivably(1) 13:18 | | 26:18 26:19 27:4 28:2 42:12 | | 40:19 | | exclude(2) 17:2 17:3 | |
| concept(2) 15:12 16:16 | | | | documents")(1) 38:17 | | exhibit(4) 20:2 20:2 20:11 34:22 | |
| concerned(1) 39:14 | | date"(1) 27:8 | | document's(1) 24:8 | | exhibits(1) 43:3 | |
| concerns(2) 11:17 18:3 | | day(1) 17:4 | | does(4) 26:3 34:17 35:16 35:20 | | existing(1) 13:12 | |
| concession(1) 17:22 | | days(1) 30:20 | | doesn't(2) 35:11 37:21 | | expect(1) 41:18 | |
| conditioners(1) 30:20 | | deal(1) 12:25 | | dollar(1) 23:12 25:20 | | expense")(1) 27:20 | |
| conference(1) 12:4 | | debt(1) 14:12 | | dollars(1) 7:13 | | explicitly(1) 26:3 | |
| confidentiality(5) 28:21 31:8 31:12 32:2 | | debtor(1) 9:18 | | done(1) 39:17 | | expressed(2) 11:17 18:4 | |
| 39:22 | | debtors(11) 1:12 5:20 6:4 6:20 6:25 7:8 | | don't(17) 4:8 5:12 10:18 10:20 17:20 19:7 | | extended(1) 11:9 | |
| | | 8:21 9:22 37:2 39:17 39:24 | | 21:2 26:12 26:14 33:17 33:22 37:9 37:10 | | extent(6) 8:1 8:19 9:14 10:25 25:4 39:25 | |
| confirmation(1) 8:20 | | | | 37:14 37:16 37:19 37:20 | | extra(2) 4:8 19:8 | |
| confusion(1) 24:20 | | debtors'(2) 6:8 6:20 | | | | facilities(2) 7:17 12:2 | |
| connection(6) 7:20 16:23 20:25 32:11 | | debtor's(1) 5:22 | | double-sided(2) 5:11 19:10 | | facility(11) 9:21 10:19 14:22 17:8 20:6 | |
| 35:24 37:3 | | december(2) 13:9 14:5 | | doubt(1) 13:12 | | 30:6 30:9 35:13 36:2 40:17 40:23 | |
| | | declaration(19) 16:20 20:24 34:13 35:2 | | down(5) 7:4 7:5 16:22 33:8 37:2 | | | |
| consensual(2) 4:9 41:21 | | 35:10 35:25 37:5 38:8 38:18 38:23 | | drawn(1) 13:16 | | fact(1) 7:16 | |
| conservator(2) 23:6 25:14 | | 39:20 39:21 40:4 40:6 40:7 40:12 40:21 | | ducks(2) 21:8 21:25 | | factor(1) 11:4 | |
| consultants(1) 28:12 | | 43:6 | | due(1) 12:20 | | factors(1) 10:23 | |
| contact(1) 21:19 | | | | duration(1) 9:18 | | fairly(1) 15:24 | |
| contain(2) 16:7 30:7 | | declarations(3) 38:15 39:24 40:2 | | | | faith(4) 9:3 15:21 29:15 33:14 | |
| contained(2) 35:13 40:21 | | decommission(1) 30:23 | | each(2) 28:12 40:19 | | fall(2) 8:18 27:22 | |
| contemplate(1) 26:4 | | decretal(7) 23:4 23:10 23:10 25:7 25:24 | | earlier(4) 18:10 34:3 35:1 35:25 | | fannie(2) 23:7 25:14 | |
| contemplated(1) 15:3 | | 26:17 27:15 | | early(3) 16:3 39:13 | | far(4) 9:16 16:1 19:17 34:11 | |
| contemplates(1) 27:7 | | | | ecro(1) 1:33 | | fdic(7) 2:16 23:5 25:11 32:10 32:13 33:2 | |
| contested(2) 8:8 8:9 | | deemed(2) 31:10 35:15 | | effect(1) 41:11 | | 33:6 | |
| context(6) 6:14 10:8 11:16 17:5 17:23 | | defendant(1) 41:10 | | effective(1) 7:23 | | | |
| 30:18 | | defendants(7) 3:22 34:2 34:3 36:21 36:22 | | effectively(1) 40:15 | | fdic's(1) 32:13 | |
| | | 36:25 37:1 | | effort(1) 6:5 | | february(4) 17:25 25:25 27:5 38:19 | |
| continued(7) 2:2 3:2 9:7 9:25 18:6 18:7 | | | | efforts(1) 11:11 | | federal(8) 2:16 2:22 2:28 3:17 23:4 23:5 | |
| 18:8 | | deferred(1) 4:21 | | either(4) 33:22 37:8 37:11 40:18 | | 25:10 25:13 | |
| | | define(3) 23:4 25:10 25:15 | | electronic(1) 1:42 28:1 29:3 29:6 29:20 | | | |
| continuing(1) 8:13 | | defined(1) 23:9 | | 42:7 | | few(2) 10:6 28:5 | |
| contract(3) 6:17 6:19 20:19 | | delaware(5) 1:2 1:12 2:6 4:2 28:22 | | | | fhfa(12) 23:10 25:15 28:23 28:24 29:10 | |
| contracts(2) 5:25 8:21 | | delivered(1) 37:11 | | electronically(1) 29:12 | | 29:15 31:8 31:13 32:9 32:13 32:15 32:22 | |
| copies(1) 19:9 30:14 38:10 | | deposit(2) 23:5 25:10 | | elizabeth(1) 3:18 | | | |
| copy(3) 5:9 16:12 17:24 | | designate(4) 16:10 16:15 16:19 17:6 | | | | fielding(1) 14:23 | |
| corporate(1) 6:10 | | designated(5) 6:18 17:24 20:4 27:25 | | | | figure(4) 15:14 15:22 16:4 40:20 | |
| corporation(2) 23:5 25:11 | | 28:10 28:11 28:23 29:2 29:3 31:22 | | | | file(10) 11:20 27:7 30:10 35:25 38:7 38:15 | |
| correct(5) 5:6 24:11 33:6 39:4 42:6 | | 32:9 | | | | 39:20 39:23 40:12 41:5 | |
| corrected(1) 34:6 | | destroy(7) 14:9 14:15 15:11 22:17 24:24 | | | | | |
| corroon(1) 2:48 | | 27:1 39:3 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **filed**(16) 4:13 7:20 7:24 7:25 9:11 9:25 10:16 17:18 18:5 19:9 19:15 19:21 19:25 22:2 39:18 40:8 | | **gained**(1) 16:3 **game**(1) 38:16 **gave**(2) 9:10 12:2 **gellert**(1) 3:4 **general**(1) 12:16 | | **hill**(1) 2:5 **hiller**(1) 2:16 **him**(1) 36:13 **his**(3) 35:9 35:20 36:3 **history**(1) 38:8 | | **invoice**(1) 7:9 **involved**(1) 17:11 **involving**(1) 35:22 **iron**(57) 3:4 5:20 6:7 6:11 6:12 6:15 6:18 6:22 6:25 7:1 7:2 7:6 7:9 7:12 7:15 7:20 | |
| **files**(23) 10:12 26:4 29:13 29:14 29:16 30:3 30:5 30:7 30:11 30:13 30:16 35:24 36:4 37:6 37:10 38:11 38:17 39:15 39:20 39:25 40:1 40:20 41:4 | | **get**(13) 4:14 5:12 9:3 11:11 14:10 15:15 16:12 30:22 39:6 41:12 41:12 41:19 41:21 | | **holding**(1) 8:23 **holdings**(1) 1:9 **home**(5) 1:8 2:17 2:22 3:17 41:25 **homeward**(1) 23:11 | | 7:24 8:1 8:6 8:22 8:22 9:7 9:13 11:11 11:14 11:20 11:22 12:19 12:23 13:7 13:11 13:14 13:22 14:1 14:4 14:9 15:3 15:25 17:8 17:15 19:23 20:3 20:6 20:8 20:12 20:18 20:19 22:16 23:13 24:23 26:25 32:7 32:10 32:16 32:17 32:20 33:11 | |
| **filing**(1) 5:12 **final**(6) 9:9 18:23 25:2 31:6 33:9 33:15 **finally**(1) 9:8 **finance**(2) 23:6 25:13 **find**(4) 5:13 7:12 36:3 37:17 | | **give**(4) 21:21 23:24 38:8 39:8 **gives**(1) 15:24 **goddess**(1) 2:22 **going**(28) 4:10 4:20 5:17 6:16 7:2 11:8 12:18 12:21 12:23 13:7 13:7 13:11 13:16 13:18 16:1 19:16 20:16 21:9 22:25 23:16 29:17 33:22 39:11 39:24 41:1 41:7 41:12 41:21 | | **honest**(1) 29:22 | | **iron'**(1) 31:17 | |
| **finding**(1) 19:2 19:3 **fine**(4) 5:16 19:1 23:2 34:7 **finger**(1) 2:28 **finish**(1) 28:6 **first**(8) 4:18 18:19 22:14 22:15 23:10 24:21 28:17 40:7 | | **good**(19) 4:4 4:7 4:14 9:3 12:3 15:21 16:16 16:25 17:1 22:4 29:15 30:2 32:25 33:1 33:5 33:7 33:14 36:20 39:9 | | **honor**(44) 4:4 4:6 4:16 4:22 5:7 5:10 5:18 18:6 18:19 18:21 18:23 19:8 21:5 21:18 21:20 21:24 22:22 24:19 27:14 29:22 30:2 30:16 30:17 32:23 33:1 33:5 33:8 33:20 33:21 34:23 35:8 36:9 36:11 36:20 36:21 38:7 39:5 39:9 39:11 41:3 41:13 41:15 41:16 41:24 | | **irrelevant**(1) 17:16 **isn't**(2) 32:17 32:17 **issue**(4) 30:19 31:4 32:14 37:9 **issued**(1) 11:6 **issues**(2) 12:9 36:15 **item**(1) 8:15 12:15 19:6 **items**(3) 4:19 4:25 5:17 **its**(5) 9:25 12:20 20:19 31:13 33:14 **itself**(1) 7:19 **it's**(11) 19:6 19:10 19:16 27:14 30:25 33:19 34:20 37:9 39:6 41:9 41:12 | |
| **five**(5) 21:21 27:13 27:21 27:22 28:16 **five-minute**(1) 21:5 **floor**(3) 2:12 2:18 3:6 **flush**(1) 8:10 **folders**(2) 40:20 40:21 **folks**(2) 21:4 32:1 | | **got**(8) 15:20 21:16 21:25 24:11 29:25 34:7 40:25 41:8 | | **honorable**(1) 1:19 **honor's**(1) 17:19 **hood**(1) 16:1 **hope**(1) 18:22 **hopefully**(2) 21:23 41:19 | | **i'd**(6) 21:1 21:3 21:5 21:25 34:12 35:2 **i'll**(5) 5:12 5:22 18:12 34:10 41:23 **i'm**(26) 4:10 4:26 18:9 19:1 19:12 20:16 21:9 23:18 23:20 23:22 24:3 27:13 27:14 27:21 28:6 28:7 28:15 30:3 31:17 33:3 | |
| **following**(8) 26:17 26:24 27:4 27:17 28:10 31:16 32:6 33:11 **footer**(1) 24:21 | | **governing**(1) 13:17 **government**(2) 10:7 10:13 **grab**(1) 21:4 **grant**(4) 18:24 22:23 41:16 41:20 **granting**(2) 12:16 | | **house**(1) 6:6 **housing**(3) 2:28 23:6 25:13 **how**(1) 12:8 **hundred**(1) 7:13 **idea**(2) 31:25 33:17 | | 38:20 39:11 41:4 41:7 41:20 41:20 **i've**(9) 19:14 21:6 21:25 24:11 26:12 26:15 33:10 34:6 34:13 | |
| **for**(71) 1:2 1:24 2:4 2:16 2:22 2:28 2:42 2:48 3:4 3:13 3:17 3:21 3:31 3:25 4:6 7:16 7:21 8:25 9:1 9:5 9:18 9:25 13:11 14:10 14:13 16:10 16:11 16:14 16:19 16:24 16:25 17:6 18:2 19:14 19:16 20:12 20:18 20:19 20:20 20:23 21:20 24:23 23:7 24:20 25:14 28:3 28:12 29:17 31:7 32:3 32:4 32:10 32:15 32:18 34:11 34:12 35:12 35:17 36:4 36:5 37:7 37:21 38:3 39:11 39:6 39:9 39:11 39:19 40:16 41:11 41:25 | | **great**(1) 12:16 **green**(1) 2:4 **ground**(1) 37:25 **guess**(4) 9:9 18:18 20:22 20:23 **had**(51) 4:13 4:20 4:21 5:23 6:9 6:11 6:11 6:14 6:16 6:24 7:8 7:10 8:21 9:17 9:23 10:9 10:11 10:14 11:3 11:5 11:19 11:23 12:4 12:12 14:6 14:18 14:19 14:20 14:21 14:23 15:2 15:17 15:18 16:3 16:15 16:21 16:23 17:8 17:15 17:20 18:4 18:19 30:11 30:11 30:19 34:4 34:5 36:11 39:17 40:13 40:14 | | **hint**(1) 3:5 **image**(1) 29:6 **imaged**(5) 29:12 29:15 30:13 30:14 30:15 **images**(2) 28:1 29:3 **imagine**(1) 18:6 **immediate**(3) 14:15 15:11 17:6 **implicated**(1) 13:2 **important**(1) 41:9 **importantly**(1) 14:17 **in-house**(2) 6:9 30:6 **inadvertently**(1) 13:23 | | **jackson**(65) 1:26 4:4 4:5 5:3 5:5 5:7 5:10 5:15 5:17 19:3 19:5 19:8 19:14 19:19 21:8 21:12 21:14 21:18 21:20 21:23 22:4 22:6 22:12 23:3 23:9 23:20 23:22 24:3 24:6 24:10 24:16 24:19 25:2 25:7 25:10 25:13 25:17 25:20 25:22 25:24 26:8 26:12 26:16 26:24 27:4 27:13 27:19 28:5 28:15 28:19 29:10 29:22 30:15 31:6 31:16 32:6 33:8 34:23 35:8 36:9 38:6 38:7 38:11 41:15 41:24 | |
| **forced**(2) 32:20 37:22 **foreclosures**(1) 39:16 **foregoing**(3) 28:20 31:20 42:6 **forget**(1) 14:17 30:17 **form**(9) 4:11 15:10 17:18 18:5 18:13 18:15 18:23 19:15 34:5 | | **hadn't**(1) 7:9 **hahn**(1) 3:13 **half**(1) 30:17 **handed**(1) 19:15 **happening**(1) 9:6 | | **inc**(1) 1:9 **inclined**(3) 18:23 22:23 41:16 **included**(4) 11:24 17:19 17:19 34:9 **including**(5) 11:19 18:6 28:21 35:19 39:21 **incorporated**(2) 9:22 37:13 | | **january**(4) 1:14 4:2 26:11 42:11 **jersey**(2) 30:5 30:9 **jmp**(1) 34:5 **job**(1) 21:19 **jones**(1) 26:14 | |
| **formal**(2) 18:2 28:3 **format**(1) 19:24 **forth**(6) 9:16 22:18 22:22 24:25 25:5 **forward**(6) 4:21 5:17 7:2 13:11 15:13 **four**(10) 23:11 25:17 25:18 27:14 27:16 28:1 28:9 30:8 38:14 39:12 | | **happy**(4) 12:17 38:10 41:4 41:20 **hard**(4) 4:16 15:21 39:6 41:23 **hardcopy**(6) 6:21 7:8 29:21 30:10 30:10 30:13 30:15 39:15 39:19 | | **indelicato**(1) 3:14 **indemnify**(1) 8:4 **independently**(1) 15:16 **index**(1) 43:1 **indiana**(1) 26:14 | | **jpm**(8) 3:21 34:2 34:2 35:24 36:21 36:21 36:25 37:5 **judge**(2) 1:19 1:20 **jpm**(8) — | |
| **francisco**(1) 2:18 **freddie**(2) 23:7 25:15 **free**(1) 32:18 **french**(1) 2:18 **fresh**(1) 11:13 | | **harm's**(1) 21:21 **harrisburg**(1) 1:37 **has**(9) 10:25 13:2 18:8 29:6 33:20 35:24 37:24 37:25 38:2 | | **indianapolis**(2) 2:24 3:19 **indicated**(2) 12:5 18:10 39:12 **informal**(2) 9:3 11:19 **information**(6) 5:21 10:10 11:11 12:6 30:22 39:8 | | **jurisdiction**(5) 31:21 33:16 33:18 33:21 33:21 **just**(17) 5:22 12:6 12:7 17:13 17:16 21:6 24:6 24:11 24:12 29:25 30:14 31:1 31:18 33:3 33:19 39:11 41:4 | |
| **friday**(6) 17:18 18:5 19:10 19:15 19:25 22:2 | | **have**(59) 4:8 4:22 4:24 5:4 8:21 8:25 9:12 9:15 10:2 10:4 13:23 16:24 18:6 19:7 19:8 19:20 21:4 21:5 23:18 23:23 24:6 24:10 26:21 28:5 28:25 29:8 29:14 29:20 29:23 30:3 30:13 30:24 32:10 32:12 32:18 33:4 33:9 33:12 33:13 33:18 33:21 34:9 36:15 37:8 37:37 37:9 37:10 37:11 37:12 38:3 38:4 38:5 38:5 38:22 39:4 40:22 40:23 41:6 | | **initial**(2) 8:9 16:16 **inquiries**(1) 14:23 **insert**(1) 31:17 **inspect**(1) 27:24 **insurance**(3) 2:5 23:5 25:11 **intend**(1) 39:1 **intending**(1) 32:19 **intention**(1) 22:23 | | **karl**(1) 2:5 **keener**(1) 2:23 **keenly**(1) 14:25 **keep**(4) 14:11 17:2 32:16 30:13 **keller**(1) 3:17 **kelly**(1) 42:12 **kept**(1) 11:25 30:14 **kim**(1) 2:36 | |
| **fronting**(1) 23:16 **fronts**(1) 18:7 **full**(4) 13:7 21:19 29:1 33:14 **fully**(1) 4:8 **further**(8) 26:2 27:6 28:20 34:4 35:14 35:23 36:8 41:2 | | **having**(1) 19:1 **havoc**(1) 5:11 **head**(1) 39:6 **hear**(3) 36:8 36:13 36:23 **heard**(2) 26:12 36:14 **hearing**(6) 4:22 14:14 17:19 21:1 21:24 42:3 | | **interest**(6) 9:11 10:10 10:11 10:15 10:25 11:3 **interested**(2) 3:25 39:19 **interim**(1) 14:24 **interlineate**(1) 23:1 **into**(6) 8:18 12:14 21:1 38:15 40:2 40:17 **introduce**(1) 34:24 | | **kind**(5) 6:6 11:10 12:6 14:23 16:22 **king**(1) 1:28 2:32 **knew**(2) 16:5 40:13 **know**(29) 5:11 8:2 8:24 9:5 9:6 10:1 10:19 10:24 11:10 11:15 12:7 12:17 13:21 14:15 14:23 15:8 17:20 18:8 18:9 26:12 26:14 29:22 33:19 37:14 37:16 37:19 37:23 39:7 41:4 | |
| **further"**(1) 31:25 **gain**(2) 12:1 14:21 | | **helpful**(2) 12:5 24:9 **here**(9) 19:21 25:24 28:8 33:9 33:17 33:23 34:14 34:24 38:20 **hereby**(3) 26:25 27:9 27:24 **hessen**(1) 3:13 **he's**(1) 34:24 | | **introductions**(1) 35:1 **inventory**(3) 11:10 14:21 20:3 **investigations**(3) 10:8 10:16 16:8 **investigatory**(2) 10:14 10:21 | | **knowledge**(3) 33:25 35:20 36:3 | |

| Word | Page:Line |
|---|---|
| **known**(2) 9:22  11:1 | |
| **kobre**(1) 2:36 | |
| **laid**(1) 11:21 | |
| **landis**(1) 2:42 | |
| **language**(8) 22:14  22:20  26:2  27:7  27:9  27:19  27:25  34:9 | |
| **laon**(1) 38:17 | |
| **last**(5) 9:8  22:19  30:4  30:12  33:15 | |
| **late**(2) 38:16  40:11 | |
| **later**(4) 7:21  20:17  22:18  40:8 | |
| **laughter**(1) 21:22 | |
| **law**(1) 31:11 | |
| **laws**(1) 31:24 | |
| **layton**(1) 2:28 | |
| **leading**(1) 14:19 | |
| **learned**(1) 13:21 | |
| **least**(5) 10:2  16:11  17:12  37:24  37:25 | |
| **legal**(3) 6:23  18:2  28:3 | |
| **leland**(1) 3:18 | |
| **leslie**(1) 1:43 | |
| **let**(7) 23:23  24:6  24:11  24:12  27:21  28:6  28:7 | |
| **let's**(3) 16:10  22:1  26:16 | |
| **liability**(4) 9:15  10:2  26:21  33:13 | |
| **liability'**(1) 33:12 | |
| **lien**(1) 13:2 | |
| **life**(1) 2:4 | |
| **like**(8) 10:19  20:7  21:5  22:1  26:13  34:12  35:2  39:16 | |
| **likely**(2) 16:7  17:16 | |
| **likewise**(1) 25:2 | |
| **limited**(2) 9:25  35:11 | |
| **line**(1) 22:19 | |
| **lines**(1) 25:2 | |
| **liquidating**(2) 4:6  5:20 | |
| **list**(3) 16:16  29:17  38:3 | |
| **listed**(5) 4:19  11:23  19:6  40:1  40:20 | |
| **listed**(1) 37:6 | |
| **lists**(2) 38:24  41:6 | |
| **litigants**(2) 10:7  10:9 | |
| **litigation**(6) 3:21  34:2  35:19  35:22  36:22  36:25 | |
| **litigations**(3) 16:8  17:11  39:16 | |
| **little**(4) 8:19  30:25  36:24  38:8 | |
| **live**(1) 15:23 | |
| **llc**(5) 1:35  2:16  3:4  3:17  42:13 | |
| **llp**(5) 1:25  2:36  2:42  2:48  3:13 | |
| **loan**(27) 2:17  2:22  3:17  10:10  20:13  29:16  30:3  30:7  30:10  30:10  30:13  30:15  35:24  35:25  36:4  37:6  38:7  38:10  38:15  39:15  39:19  39:23  39:25  40:4  40:11  40:20  41:4 | |
| **loans**(3) 10:12  29:17  38:25 | |
| **local**(1) 28:22 | |
| **located**(1) 9:20 | |
| **location**(1) 11:23 | |
| **long**(3) 4:15  12:6  30:13 | |
| **longer**(1) 6:13 | |
| **longstanding**(1) 5:19 | |
| **look**(11) 11:13  16:12  17:20  22:1  36:4  36:4  37:23  38:3  39:1  40:19  41:8 | |
| **looked**(1) 16:23 | |
| **looking**(10) 17:9  23:19  23:21  23:22  23:24  24:1  24:2  24:3  29:17  41:11 | |
| **looks**(2) 20:7  26:13 | |
| **lot**(2) 6:1  20:7 | |
| **lynn**(1) 3:25 | |
| **m070k**(1) 7:7 | |
| **mac''**(2) 23:7  25:15 | |
| **made**(3) 4:7  12:24  13:10 | |
| **madison**(1) 2:12 | |
| **mae**(2) 23:7  25:14 | |
| **magnitude**(1) 39:7 | |

| Word | Page:Line |
|---|---|
| **main**(3) 6:21  7:8  19:22 | |
| **mainly**(1) 39:15 | |
| **maintained**(1) 29:15 | |
| **make**(12) 4:10  11:6  17:23  18:12  21:6  21:23  22:8  24:12  28:5  31:3  35:1  35:2 | |
| **management**(1) 5:21 | |
| **maneuver**(1) 9:9 | |
| **manifested**(1) 7:18 | |
| **manually**(1) 40:19 | |
| **many**(6) 5:23  11:5  14:19  14:20  39:14  40:2 | |
| **march**(1) 39:17 | |
| **mark**(2) 2:29  3:14 | |
| **marked**(2) 34:14  43:4 | |
| **market**(5) 1:11  2:24  2:44  2:50  3:6 | |
| **martinez**(7) 16:21  20:24  34:24  35:3  35:9  35:23  43:6 | |
| **martinez'**(1) 34:13 | |
| **mass**(2) 2:4  8:11 | |
| **match**(1) 41:5 | |
| **matter**(3) 18:20  42:1  42:8 | |
| **matters**(3) 8:8  8:10  8:19 | |
| **matthew**(2) 2:43  36:20 | |
| **may**(18) 4:22  5:7  7:4  8:21  9:8  9:12  13:23  16:13  25:25  26:10  27:5  29:4  30:16  31:21  34:14  34:15  35:7  41:8 | |
| **maybe**(3) 36:15  24:17  39:8 | |
| **mcculloch**(1) 2:37 | |
| **mcguire**(17) 2:43  34:6  34:10  36:11  36:19  36:20  36:21  36:25  37:16  38:4  38:21  38:24  39:2  39:4  41:2  41:3  41:13 | |
| **mcneill**(1) 2:49 | |
| **mean**(1) 41:6 | |
| **meantime**(2) 17:25  20:15 | |
| **mechanism**(1) 40:22 | |
| **melville**(3) 29:13  30:6  39:25 | |
| **mentioned**(1) 34:4 | |
| **merely**(1) 31:9 | |
| **merican**(1) 1:8 | |
| **mic**(1) 36:24 | |
| **microphone**(1) 33:4 | |
| **might**(2) 15:5  16:7 | |
| **minutes**(2) 18:9  21:21 | |
| **mish-mash**(1) 23:22 | |
| **missed**(2) 16:15  33:10 | |
| **mistake**(1) 27:14 | |
| **mistaken**(1) 4:26 | |
| **modified**(2) 26:6  26:6 | |
| **moment**(1) 39:11 | |
| **momentarily**(1) 34:11 | |
| **monday**(1) 4:2 | |
| **money**(4) 12:18  14:11  14:11  30:22 | |
| **monhait**(1) 2:22 | |
| **months**(2) 7:4  16:12 | |
| **more**(7) 10:19  11:11  11:19  16:6  26:9  29:23  30:25 | |
| **morgan**(7) 2:42  37:10  37:22  38:16  40:7  40:16  41:9 | |
| **morgan's**(1) 37:17 | |
| **mortgage**(3) 1:8  30:3  38:17 | |
| **most**(3) 9:19  9:20  38:15 | |
| **mostly**(1) 10:16 | |
| **motion**(38) 4:13  9:11  9:13  9:17  10:1  10:4  10:17  10:23  11:18  14:7  14:8  14:19  14:25  15:1  15:4  15:11  15:17  15:18  15:19  15:20  16:21  16:24  18:24  19:21  20:25  22:9  22:10  22:24  26:4  27:8  29:12  34:12  36:12  39:18  40:9  40:10  41:10  41:16 | |
| **motions**(1) 5:18 | |

| Word | Page:Line |
|---|---|
| **mountain**(55) 3:4  5:20  6:7  6:11  6:12  6:15  6:18  6:22  6:25  7:1  7:2  7:6  7:9  7:12  7:15  7:20  7:24  8:1  8:6  8:22  8:22  9:13  11:12  11:14  11:21  11:22  12:19  12:23  13:7  13:11  13:14  13:22  14:1  14:4  14:9  15:3  15:25  17:8  17:16  19:24  20:3  20:6  20:8  20:12  20:18  20:19  22:16  24:23  26:25  27:9  32:10  32:16  32:17  32:20  33:12 | |
| **mountain's**(2) 9:7  23:13 | |
| **mountain''**(1) 32:7 | |
| **move**(4) 21:1  27:8  34:12  36:23 | |
| **movie**(1) 26:14 | |
| **much**(4) 18:14  21:14  30:21  41:24 | |
| **mumbo-jumbo**(1) 20:7 | |
| **murin**(1) 1:33 | |
| **mutual**(1) 2:4 | |
| **names**(1) 5:23 | |
| **national**(1) 9:22 | |
| **nature**(2) 11:12  18:15 | |
| **necessarily**(1) 37:14 | |
| **necessary**(4) 34:1  35:12  35:17  35:21 | |
| **need**(5) 15:22  16:13  18:8  28:3  33:3 | |
| **needed**(5) 6:13  6:16  9:24  15:14  15:15 | |
| **needless**(1) 11:9 | |
| **neglected**(1) 34:23 | |
| **negotiations**(1) 17:5 | |
| **neither**(2) 12:11  13:24 | |
| **never-ending**(1) 32:2 | |
| **new**(7) 2:13  13:16  30:5  30:9  30:22  31:17  31:19 | |
| **next**(5) 4:21  23:3  24:12  26:16  42:1 | |
| **nobody**(2) 12:16  34:4 | |
| **none**(1) 36:8 | |
| **nor**(2) 12:12  13:24 | |
| **north**(1) 1:28  2:18  2:32  3:6 | |
| **not**(28) 4:24  4:26  9:17  18:14  18:21  20:10  22:25  23:18  24:19  28:23  29:7  29:11  30:3  31:9  32:19  33:17  33:22  35:1  35:15  35:16  35:20  36:3  36:4  37:9  40:23  41:4  41:12  41:21 | |
| **notebook**(2) 5:1  5:2 | |
| **notice**(2) 15:17  19:9 | |
| **notwithstanding**(1) 31:20 | |
| **now**(7) 14:25  20:23  21:10  24:11  28:15  28:25  29:20 | |
| **number**(9) 5:12  7:19  10:5  16:17  18:7  39:21  39:23  40:14  40:15 | |
| **numbers**(1) 20:6 | |
| **objected**(3) 14:18  15:18  40:10 | |
| **objecting**(3) 15:7  16:3  16:9 | |
| **objection**(11) 4:13  18:14  18:24  20:24  34:2  34:5  34:12  34:15  34:21  35:5  41:7 | |
| **objections**(12) 10:5  10:16  11:10  15:4  15:16  17:10  18:4  18:13  21:2  34:1  34:4 | |
| **objectors**(3) 10:6  15:13  15:19 | |
| **objector's**(1) 11:4 | |
| **obligated**(3) 29:2  32:17  32:17 | |
| **obligation**(1) 32:2 | |
| **obtain**(1) 15:8 | |
| **obtained**(1) 28:24 | |
| **obtaining**(3) 10:10  10:11  11:20 | |
| **obtains**(1) 8:1 | |
| **obviously**(1) 37:9 | |
| **occurred**(3) 7:22  9:11  17:12 | |
| **off**(3) 6:4  20:20  24:7 | |
| **offer**(1) 35:3 | |
| **offices**(1) 29:13 | |
| **official**(1) 6:23 | |
| **offsite**(1) 6:7 | |
| **often**(1) 10:4 | |
| **ogtrop**(1) 2:4 | |

| Word | Page:Line |
|---|---|
| **okay**(36) 5:3  5:14  21:10  22:5  24:5  24:10  24:16  24:20  25:1  25:6  25:12  25:16  25:17  25:23  26:7  26:9  26:23  27:3  27:12  27:13  27:18  28:4  28:15  28:15  29:9  31:2  31:5  31:15  32:5  32:22  33:8  35:8  38:22  41:1  41:13  41:25 | |
| **old**(4) 13:17  30:21  30:23  30:25 | |
| **one**(18) 2:31  4:12  4:21  5:13  6:18  10:22  16:2  18:13  19:8  21:4  22:8  23:1  26:1  29:1  29:7  30:20  37:2  40:3 | |
| **ones**(3) 16:25  17:1  20:9 | |
| **one's**(1) 37:20 | |
| **ongoing**(5) 7:14  10:8  12:8  17:5  35:17 | |
| **only**(3) 7:12  14:1  40:23 | |
| **onto**(3) 4:12  18:11  41:18 | |
| **open**(4) 6:25  12:20  13:8  24:12 | |
| **operations**(1) 9:25 | |
| **opportunity**(2) 15:7  18:1 | |
| **order**(49) 4:11  5:8  5:9  5:9  5:10  10:22  15:10  17:5  17:18  17:21  17:23  18:5  18:8  18:13  18:15  18:23  19:2  19:3  19:9  19:15  19:21  19:24  20:1  20:11  22:2  22:9  22:24  23:18  23:25  24:1  24:4  24:20  26:2  26:5  26:18  26:20  27:6  28:3  29:4  30:12  33:19  34:5  34:10  36:1  37:3  37:4  37:13  38:17  41:17 | |
| **orders**(4) 4:22  30:10  31:24  39:13 | |
| **order''**(5) 22:18  22:22  24:25  25:5  33:14 | |
| **ordinary**(1) 11:25 | |
| **original**(1) 4:19 | |
| **originally**(1) 4:19 | |
| **other**(12) 13:21  20:8  22:8  22:8  30:9  31:11  31:11  31:24  32:9  34:1  39:23  40:23 | |
| **others**(1) 16:7 | |
| **otherwise**(3) 19:11  26:5  30:11 | |
| **ought**(1) 17:12 | |
| **our**(15) 7:5  7:7  10:21  11:11  14:6  14:21  16:23  17:12  17:17  18:2  20:23  22:22  34:11  34:12  36:10 | |
| **ours**(1) 8:24 | |
| **out**(14) 5:18  6:11  6:24  7:12  8:10  11:21  13:1  15:2  15:14  15:22  16:5  30:20  37:17  40:20 | |
| **outstanding**(4) 10:21  11:5  14:12  38:23 | |
| **over**(16) 4:24  5:1  5:23  5:25  7:11  8:8  8:14  9:4  13:7  18:24  24:18  29:14  33:18  36:10  41:19  41:23 | |
| **overall**(1) 12:22 | |
| **overrule**(1) 41:7 | |
| **owes**(1) 9:5 | |
| **own**(4) 14:21  27:19  37:19  37:20 | |
| **owned**(3) 13:15  35:15  35:15 | |
| **ownership**(2) 12:9  39:22 | |
| **owns**(1) 9:5 | |
| **p.a**(2) 2:4  2:22 | |
| **p.m**(5) 1:15  4:2  21:15  21:15  42:3 | |
| **page**(15) 22:19  23:11  24:22  25:8  25:17  25:18  27:13  27:14  27:15  27:20  27:21  27:22  27:25  28:9  28:16 | |
| **paid**(2) 32:10  32:18 | |
| **painless**(1) 21:24 | |
| **papers**(2) 7:7  12:5 | |
| **paragraph**(29) 22:15  23:4  23:10  23:10  23:13  24:21  25:3  25:7  25:8  25:24  26:17  26:18  26:24  27:4  27:15  27:15  28:16  29:1  31:7  31:16  31:18  31:18  31:19  31:20  32:6  33:10  33:11  33:16 | |
| **paragraphs**(1) 28:10 | |
| **paragraphs'**(1) 27:17 | |
| **parenthetical**(1) 28:11 | |
| **part**(3) 6:2  27:23  40:4 | |
| **participating**(1) 16:9 | |
| **particular**(4) 8:17  10:12  10:12  11:20 | |

| Word | Page:Line |
|---|---|
| **particularly**(1) 8:11 | |
| **parties**(26) 8:8 8:10 9:3 11:18 14:18 15:7 16:4 16:9 16:12 16:14 16:17 17:25 20:8 20:13 20:15 20:17 22:13 27:24 28:11 29:2 31:3 32:9 33:19 38:10 38:15 39:14 | |
| **parties'**(3) 17:10 18:3 41:22 | |
| **parties"**(1) 28:10 | |
| **party**(8) 3:25 13:24 26:4 27:7 33:13 39:19 40:5 41:11 | |
| **party)"**(1) 28:13 | |
| **passed**(1) 6:23 | |
| **patrick**(2) 1:26 4:4 | |
| **pay**(3) 8:25 12:18 12:22 | |
| **paying**(2) 20:18 32:15 | |
| **payment**(8) 11:14 11:16 12:4 12:24 12:24 13:5 14:6 32:21 | |
| **pending**(2) 8:5 35:22 | |
| **people**(2) 17:1 37:24 | |
| **per/pro**(1) 3:25 | |
| **percent**(1) 30:24 | |
| **period**(3) 9:5 16:10 16:14 | |
| **permutations**(1) 9:2 | |
| **persist**(1) 19:25 | |
| **person**(1) 26:21 | |
| **perspective**(4) 6:8 9:7 11:5 17:13 | |
| **pick**(3) 14:5 37:11 37:12 | |
| **picked**(1) 20:14 | |
| **place**(3) 13:18 23:16 38:23 | |
| **placing**(1) 21:20 | |
| **plan**(53) 1:24 3:13 7:23 8:3 8:3 8:14 8:18 8:20 8:20 9:8 9:12 9:14 9:18 9:24 10:25 11:3 11:15 12:12 12:21 13:6 13:24 14:2 14:4 14:4 14:12 15:5 15:24 16:4 17:4 17:22 20:14 22:20 25:3 26:3 26:21 28:2 29:4 29:5 29:13 31:12 31:13 32:1 32:14 34:14 34:22 34:25 35:15 35:22 37:6 37:7 37:19 37:24 43:3 | |
| **planning**(1) 40:22 | |
| **pleasant**(1) 26:10 | |
| **please**(3) 4:3 19:12 21:17 | |
| **pleased**(1) 18:9 | |
| **podium**(2) 34:10 36:11 | |
| **point**(5) 10:3 19:16 20:22 22:8 41:3 | |
| **portion**(2) 12:19 12:22 | |
| **position**(3) 8:13 8:15 8:23 | |
| **positions**(1) 8:10 | |
| **possible**(1) 21:5 | |
| **potentially**(2) 10:20 17:14 | |
| **potter**(1) 2:48 | |
| **ppearances**(3) 1:22 2:1 3:1 | |
| **practices**(1) 10:11 | |
| **precise**(1) 30:18 | |
| **predecessor**(1) 9:21 | |
| **prefatory**(1) 22:14 | |
| **preference**(2) 8:6 19:23 | |
| **preparation**(1) 16:23 | |
| **presentation**(1) 36:10 | |
| **presently**(1) 29:7 | |
| **preservation**(2) 16:20 17:6 | |
| **preserve**(3) 17:24 20:9 30:11 | |
| **preserved**(1) 17:1 | |
| **preserving**(2) 32:14 33:20 | |
| **pretty**(1) 5:19 | |
| **pricing**(1) 20:11 | |
| **prior**(3) 14:6 30:10 35:25 | |
| **pro**(1) 3:25 | |
| **probably**(2) 29:23 30:16 | |
| **problem**(2) 24:14 24:19 | |
| **procedural**(1) 9:9 | |
| **procedurally**(2) 7:18 9:1 | |
| **procedures**(1) 15:6 | |
| **proceed**(3) 18:18 18:25 35:7 | |
| **proceeding**(1) 4:9 | |
| **proceedings**(6) 1:18 1:42 8:9 19:22 37:1 42:8 | |
| **process**(4) 7:21 18:2 35:18 39:18 | |
| **process"**(1) 28:3 | |
| **produced**(2) 1:43 31:12 | |
| **proffer**(3) 35:2 35:2 35:5 | |
| **promptly**(1) 14:7 | |
| **proofs**(1) 8:5 | |
| **proposal**(2) 17:17 17:17 | |
| **proposals**(1) 18:7 | |
| **propose**(1) 18:18 | |
| **proposed**(3) 4:11 13:4 19:25 | |
| **proposing**(1) 20:12 | |
| **protective**(2) 10:16 31:24 | |
| **protocol**(2) 37:13 38:9 | |
| **provide**(4) 4:16 15:7 29:2 29:8 29:16 29:16 32:17 32:20 | |
| **provided**(4) 14:20 15:17 28:20 31:23 | |
| **proviso**(5) 28:17 28:19 28:21 31:8 32:8 | |
| **pulling**(1) 20:20 | |
| **purchase**(2) 6:3 6:19 | |
| **purchased**(2) 6:17 8:17 | |
| **purchaser**(25) 5:21 5:23 5:25 6:24 7:3 7:11 7:15 7:15 8:1 8:14 8:15 11:2 11:16 11:7 11:12 11:14 11:21 12:12 12:17 12:21 13:6 13:10 13:21 13:24 35:16 | |
| **purpose**(2) 9:13 32:4 | |
| **pursuant**(1) 28:24 | |
| **pushing**(1) 4:7 | |
| **put**(4) 13:23 36:15 37:24 40:4 | |
| **questions**(3) 17:1 18:19 36:11 | |
| **quick**(1) 15:24 | |
| **quinn**(1) 2:10 | |
| **quo**(1) 33:20 | |
| **raises**(1) 37:18 | |
| **ramped**(1) 11:10 | |
| **rates**(1) 20:19 | |
| **rath**(1) 2:42 | |
| **rather**(1) 26:8 | |
| **re-filing"**(1) 32:11 | |
| **re-state**(1) 13:12 | |
| **re-submit**(1) 5:13 | |
| **read**(7) 4:12 8:16 18:11 22:6 26:19 31:19 41:18 | |
| **reading**(1) 24:7 | |
| **real**(1) 9:6 | |
| **really**(9) 5:19 5:24 10:18 12:3 12:5 15:20 15:21 18:8 32:14 | |
| **reason**(1) 9:23 | |
| **recall**(1) 30:16 | |
| **receive**(1) 29:4 | |
| **received**(4) 17:8 17:15 28:2 30:3 | |
| **receiving**(1) 39:19 | |
| **recess**(5) 5:15 21:4 21:6 21:10 21:15 | |
| **recollection**(1) 30:12 | |
| **reconciliation**(1) 35:18 | |
| **record**(13) 4:10 4:12 18:11 18:12 19:14 21:9 22:7 26:1 32:12 33:25 36:16 39:10 41:18 | |
| **recorded**(1) 1:42 | |
| **recording**(2) 1:42 42:7 | |
| **records**(2) 6:15 6:16 | |
| **records"**(1) 6:3 | |
| **recoveries**(1) 35:18 | |
| **refer**(1) 5:22 | |
| **referred**(1) 7:7 | |
| **reflecting**(1) 41:17 | |
| **regarding**(4) 11:24 30:15 31:7 33:16 | |
| **reject**(1) 8:21 | |
| **related**(6) 13:18 8:7 9:20 9:21 10:12 12:10 | |
| **relating**(2) 26:22 33:18 | |
| **relevant**(2) 16:8 17:14 | |
| **relief**(8) 8:2 18:15 18:21 22:16 24:23 34:5 34:8 41:20 | |
| **remain**(2) 13:18 31:23 | |
| **remaining**(5) 5:17 6:12 6:12 18:14 18:24 | |
| **report**(1) 18:10 | |
| **represent**(1) 29:12 | |
| **representation**(2) 27:6 32:12 | |
| **representations**(6) 4:10 18:12 22:7 26:1 28:25 33:25 | |
| **represented**(2) 14:1 30:19 | |
| **representing**(3) 12:19 21:9 23:13 | |
| **represents**(1) 23:15 | |
| **reps**(1) 28:5 | |
| **request**(4) 14:15 14:20 15:6 38:10 | |
| **requested**(1) 18:16 | |
| **request"**(1) 23:12 | |
| **reserve**(1) 31:13 | |
| **reside**(1) 29:13 | |
| **residual**(1) 13:2 | |
| **resolution**(2) 40:11 41:22 | |
| **resolve**(2) 4:12 34:1 | |
| **resolved**(5) 14:6 18:13 19:24 36:15 37:3 | |
| **resources**(1) 35:11 | |
| **respect**(12) 7:24 8:2 8:11 13:18 13:19 14:3 29:10 31:11 35:21 38:10 38:16 39:23 | |
| **respond**(1) 38:21 | |
| **response**(7) 34:16 34:19 35:6 36:7 36:17 | |
| **responsibility**(1) 37:17 | |
| **responsible**(4) 7:16 20:18 32:15 37:21 | |
| **responsive**(2) 10:20 11:9 | |
| **rest**(1) 21:23 | |
| **restrictions**(1) 28:22 | |
| **result**(4) 12:13 15:15 33:13 39:15 | |
| **resulting**(1) 14:10 | |
| **retained**(2) 8:18 8:20 | |
| **retention**(1) 33:16 | |
| **retrieval**(2) 32:11 32:16 | |
| **return**(1) 35:25 | |
| **returned**(2) 40:5 40:14 | |
| **review**(8) 17:3 17:3 18:1 20:20 27:24 28:21 35:12 36:1 | |
| **reviewed**(1) 37:25 | |
| **revised**(8) 17:18 17:21 17:23 19:3 19:9 26:18 29:1 31:7 | |
| **revisions**(1) 19:19 | |
| **richard**(1) 2:28 | |
| **rid**(1) 29:25 | |
| **right**(14) 4:24 19:6 21:13 21:16 22:11 23:8 25:9 28:14 34:20 34:24 38:22 38:24 40:25 42:1 | |
| **rights**(1) 31:13 | |
| **rise**(1) 9:10 | |
| **rmbs**(2) 10:9 37:1 | |
| **road**(4) 4:15 7:4 7:5 37:2 | |
| **rocira**(1) 3:22 | |
| **rodney**(1) 2:31 | |
| **rohrback**(1) 3:17 | |
| **role**(1) 10:14 | |
| **rolling**(1) 12:7 | |
| **romanette**(2) 22:15 24:22 | |
| **rosenthal**(1) 2:22 | |
| **row**(2) 21:8 21:25 | |
| **rule**(2) 28:22 31:10 | |
| **said**(2) 30:15 34:3 | |
| **sale**(8) 6:2 6:9 6:14 7:10 7:11 7:21 8:15 13:1 | |
| **same**(5) 23:18 27:5 28:8 37:13 40:22 | |
| **sample**(1) 36:1 | |
| **samples**(1) 37:25 | |
| **san**(1) 2:18 | |
| **sass**(1) 34:25 | |
| **satisfaction**(1) 13:8 | |
| **saved**(2) 30:21 30:24 | |
| **saw**(1) 4:23 | |
| **say**(11) 6:7 11:9 16:2 16:11 19:19 22:22 24:13 26:8 27:16 28:11 32:8 | |
| **saying**(3) 8:1 10:17 29:19 | |
| **says**(8) 22:16 24:20 24:22 26:2 28:9 28:20 37:19 37:20 | |
| **scali**(1) 3:4 | |
| **scanned**(1) 40:3 | |
| **schedule**(1) 20:12 | |
| **scheduled**(1) 20:15 | |
| **schuylkill**(1) 1:36 | |
| **scott**(4) 2:11 2:37 16:20 20:24 | |
| **sean**(1) 1:27 | |
| **search**(3) 30:25 37:7 41:5 | |
| **seated**(2) 4:3 21:17 | |
| **seattle**(1) 2:18 | |
| **second**(5) 23:4 23:11 25:7 25:24 28:19 | |
| **securities**(1) 10:9 | |
| **securitizations**(1) 10:13 | |
| **see**(3) 11:15 23:21 26:16 | |
| **seek**(4) 14:8 20:16 27:8 40:9 | |
| **seeking**(4) 18:21 20:9 20:17 34:6 | |
| **seen**(1) 7:9 | |
| **seitz**(1) 2:4 | |
| **sell**(1) 14:9 | |
| **send**(1) 41:23 | |
| **sentence**(3) 27:22 27:23 28:8 | |
| **separate**(2) 40:4 40:17 | |
| **series**(1) 5:19 | |
| **seriously**(1) 11:10 | |
| **serve**(1) 11:17 | |
| **served**(2) 8:21 14:24 | |
| **server**(1) 30:19 | |
| **servers**(4) 30:21 30:23 30:23 30:25 | |
| **service**(3) 1:35 1:43 5:9 | |
| **services**(3) 1:35 32:20 42:13 | |
| **servicing**(15) 5:22 5:24 6:2 6:5 6:9 6:14 6:21 6:23 7:8 7:10 7:11 7:21 8:15 13:1 35:16 | |
| **set**(9) 7:21 9:16 12:25 22:18 22:22 24:25 25:5 38:9 39:18 | |
| **settle**(1) 22:24 | |
| **settlement**(19) 4:13 9:10 9:10 12:4 12:13 12:14 12:16 13:1 13:4 14:6 14:17 15:3 15:4 15:17 15:18 15:20 16:2 20:1 22:10 | |
| **several**(2) 7:4 7:13 | |
| **shall**(8) 26:3 26:21 27:9 27:16 28:23 31:23 32:10 33:12 | |
| **shawn**(1) 39:10 | |
| **sheet**(1) 12:14 | |
| **shelley**(1) 2:11 | |
| **shelves**(1) 20:20 | |
| **should**(13) 8:4 8:25 17:19 19:20 22:8 22:22 24:10 24:11 24:13 26:8 34:3 34:9 37:17 | |
| **showing**(1) 31:22 | |
| **shred**(2) 6:12 14:10 | |
| **sidley**(1) 3:21 | |
| **sign**(2) 41:23 42:2 | |
| **silent**(1) 36:18 | |
| **similar**(2) 10:14 10:14 | |
| **similarly**(2) 22:21 27:8 | |
| **simply**(3) 8:23 17:6 37:12 | |
| **since**(3) 7:10 14:5 18:5 | |
| **single**(1) 41:5 | |
| **site**(1) 36:2 | |
| **sitting**(1) 34:24 | |
| **situation**(1) 32:20 | |
| **six**(2) 15:16 15:19 | |
| **skids**(1) 30:8 | |
| **sleeves**(1) 12:7 | |
| **smalley**(1) 3:25 | |
| **sold**(2) 5:24 6:2 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **some**(24) 4:16 7:19 8:4 8:4 10:3 11:7 11:11 11:19 12:10 12:18 13:23 14:10 14:23 16:3 16:13 20:16 26:15 29:20 30:3 30:7 30:22 34:9 39:8 40:9 | | **take**(1) 42:1 | | **the**(301) 1:1 1:2 1:19 4:3 4:6 4:8 4:9 4:10 4:11 4:11 4:12 4:13 4:14 4:18 4:19 4:21 4:22 4:23 4:23 5:1 5:1 5:2 5:4 5:6 5:8 5:8 5:9 5:9 5:10 5:12 5:13 5:14 5:16 5:19 | | **the**(301) 19:21 19:22 19:24 19:25 20:1 20:2 20:3 20:4 20:5 20:5 20:9 20:11 20:11 20:13 20:14 20:14 20:15 20:17 20:19 | |
| | | **taken**(2) 6:9 6:16 | | | | 20:19 20:20 20:20 20:23 20:24 20:25 | |
| **somebody**(4) 8:24 32:19 33:9 37:18 | | **taking**(1) 11:13 | | 5:20 5:21 5:21 5:22 5:23 5:24 5:25 6:1 6:2 6:3 6:4 6:4 6:8 6:8 6:8 6:13 6:14 | | 20:25 21:1 21:7 21:9 21:10 21:13 21:16 21:17 21:19 21:23 21:24 21:24 22:1 22:2 | |
| **something**(3) 4:23 33:10 34:3 | | **talk**(3) 16:13 19:17 20:17 | | 6:14 6:14 6:17 6:18 6:19 6:20 6:21 | | 22:3 22:5 22:6 22:7 22:7 22:8 22:9 22:10 | |
| **somewhere**(1) 30:24 | | **talking**(1) 39:7 | | 6:22 6:23 6:23 6:25 7:3 7:4 7:5 7:7 | | 22:11 22:12 22:12 22:14 22:14 22:15 | |
| **sontchi**(1) 1:19 | | **talks**(1) 38:21 | | 7:7 7:8 7:10 7:10 7:11 7:11 7:13 7:14 | | 22:17 22:19 22:19 22:19 22:20 22:21 | |
| **soon**(1) 42:2 | | **tammy**(1) 42:12 | | 7:15 7:16 7:17 7:20 7:21 7:22 7:22 7:25 | | 22:23 23:2 23:3 23:3 23:8 23:10 23:11 | |
| **sorry**(8) 19:12 24:3 27:14 27:14 27:21 28:6 31:17 33:3 | | **taylor**(3) 1:24 4:5 39:10 | | 8:1 8:3 8:3 8:5 8:8 8:8 8:9 8:10 8:12 8:13 8:13 8:14 8:14 8:15 8:15 8:15 8:16 | | 23:12 23:12 23:13 23:15 23:15 23:16 23:17 23:18 23:18 23:21 23:25 24:1 24:2 | |
| | | **telephonic**(1) 3:11 | | 8:18 8:19 8:20 8:20 8:21 9:2 9:3 9:8 9:9 | | 24:3 24:5 24:8 24:8 24:14 24:14 24:17 | |
| **sort**(1) 11:7 | | **tell**(1) 9:16 | | 9:9 9:10 9:11 9:13 9:13 9:14 9:14 9:15 | | 24:20 24:20 24:21 24:21 24:24 25:1 25:2 | |
| **sought**(2) 15:11 35:24 | | **telling**(1) 33:10 | | 9:17 9:18 9:18 9:18 9:19 9:19 9:21 9:24 10:1 | | 25:3 25:3 25:4 25:6 25:7 25:9 25:12 | |
| **sound**(2) 1:42 42:7 | | **temporally**(1) 17:16 | | 10:4 10:6 10:7 10:16 10:22 10:22 10:23 | | 25:16 25:17 25:18 25:19 25:20 25:21 | |
| **sounds**(1) 41:16 | | **ten**(2) 10:6 18:9 | | 10:24 10:25 10:25 11:2 11:12 11:3 | | 25:23 25:24 25:25 26:1 26:2 26:4 26:5 | |
| **sources**(1) 13:5 | | **term**(1) 12:14 | | 11:4 11:6 11:7 11:9 11:14 11:15 11:15 | | 26:5 26:6 26:7 26:9 26:13 26:13 26:15 | |
| **speak**(1) 29:23 | | **terms**(2) 9:4 12:3 12:8 38:9 | | 11:14 11:15 11:15 11:16 11:17 11:17 11:18 | | 26:16 26:16 26:17 26:19 26:21 26:22 | |
| **speaking**(1) 18:20 | | **testify**(6) 35:4 35:9 35:10 35:14 35:19 35:23 | | 11:21 11:24 11:25 12:2 12:8 12:12 12:15 | | 26:23 26:24 27:1 27:1 27:3 27:4 27:4 | |
| **specific**(1) 38:2 | | | | 12:17 12:20 12:21 12:22 12:22 12:24 | | 27:5 27:8 27:9 27:12 27:15 27:15 27:15 | |
| **specifically**(2) 8:7 13:13 | | **testimony**(2) 35:3 35:10 | | 12:25 13:1 13:1 13:3 13:3 13:5 13:5 13:5 | | 27:16 27:18 27:19 27:20 27:20 27:21 | |
| **spent**(1) 30:22 | | **than**(6) 16:7 26:10 30:9 32:9 34:1 41:10 | | 13:6 13:10 13:16 13:16 13:14 13:16 13:17 | | 27:22 27:23 27:25 27:25 28:2 28:2 28:4 | |
| **spinning**(1) 6:4 | | **thank**(13) 4:6 19:12 21:14 21:18 21:20 | | 13:19 13:19 13:20 13:22 13:24 13:24 | | 28:6 28:9 28:10 28:10 28:12 28:14 28:16 | |
| **spreadsheet**(4) 11:25 12:1 14:21 20:3 | | 21:24 31:5 32:25 33:4 33:7 35:8 41:13 41:24 | | 14:5 14:7 14:9 14:9 14:11 14:12 14:12 | | 28:17 28:18 28:20 28:21 29:1 29:2 29:3 | |
| **square**(1) 2:31 | | | | 14:13 14:14 14:15 14:17 14:18 14:18 | | 29:3 29:4 29:5 29:5 29:9 29:11 29:12 | |
| **stack**(1) 40:5 | | **that**(281) 4:10 4:11 4:12 4:13 4:16 5:9 | | 14:24 14:25 15:1 15:2 15:3 15:4 15:5 | | 29:13 29:14 29:14 29:19 29:25 30:4 30:4 | |
| **staging**(3) 20:19 32:11 32:15 | | 5:25 6:2 6:2 6:4 6:6 6:7 6:9 6:10 6:11 | | 15:6 15:7 15:8 15:10 15:10 15:11 15:17 | | 30:6 30:10 30:10 30:12 30:14 30:15 30:18 | |
| **stapled**(1) 19:10 | | 6:13 6:14 6:15 6:17 6:17 6:18 6:20 6:20 | | 15:20 15:21 15:22 15:24 16:1 16:1 | | 30:19 30:21 30:23 30:24 31:2 31:5 31:6 | |
| **stargate**(3) 1:24 4:5 39:10 | | 7:1 7:1 7:6 7:8 7:12 7:16 7:20 7:21 | | 16:2 16:3 16:4 16:5 16:5 16:8 16:9 16:9 | | 31:7 31:8 31:11 31:12 31:13 31:15 31:16 | |
| **start**(3) 12:1 34:17 37:24 | | 7:23 8:1 8:3 8:6 8:11 8:14 8:16 8:17 8:19 | | 16:10 16:12 16:12 16:14 16:16 16:16 | | 31:20 31:21 31:22 31:25 32:1 32:1 32:3 | |
| **started**(2) 5:24 8:10 | | 8:21 8:23 8:24 9:4 9:10 9:12 9:14 9:19 | | 16:16 16:17 16:17 16:18 16:20 16:21 | | 32:4 32:4 32:5 32:6 32:8 32:14 32:14 | |
| **starting**(3) 19:16 22:15 28:9 | | 9:23 9:24 10:7 10:18 10:23 10:24 | | 16:23 17:3 17:3 17:4 17:4 17:4 17:5 17:5 | | 32:15 32:22 32:25 33:2 33:3 33:4 33:6 | |
| **state**(4) 23:14 32:8 33:12 33:22 | | 11:3 11:5 11:7 11:7 11:8 11:17 11:22 12:1 | | 17:5 17:7 17:9 17:11 17:13 17:17 17:20 | | 33:7 33:9 33:10 33:11 33:15 33:15 33:15 | |
| **statement**(1) 31:6 | | 12:5 12:11 12:12 12:14 12:16 12:18 12:19 | | 17:22 17:23 17:25 18:1 18:3 18:5 18:8 | | 33:17 33:19 33:19 33:20 33:24 33:25 | |
| **states**(3) 1:1 1:20 31:9 | | 12:21 12:22 12:25 13:1 13:3 13:6 13:11 | | 18:10 18:11 18:11 18:12 18:13 18:13 | | 33:25 34:1 34:1 34:2 34:2 34:4 34:5 34:7 | |
| **stating**(1) 26:24 | | 13:14 13:15 13:15 13:15 13:17 13:20 | | 18:15 18:15 18:15 18:16 18:18 18:20 | | 34:10 34:10 34:11 34:13 34:15 34:17 | |
| **status**(1) 33:20 | | 13:22 13:22 13:24 13:25 14:2 14:7 14:8 | | 18:21 18:22 18:24 18:24 19:1 19:2 19:3 | | 34:17 34:20 34:25 35:1 35:5 35:5 35:7 | |
| **stay**(2) 22:16 24:23 | | 14:11 14:21 15:1 15:1 15:3 15:5 15:6 15:6 | | 19:4 19:6 19:9 19:12 19:14 19:15 19:16 | | 35:10 35:11 35:12 35:12 35:13 35:15 | |
| **steele**(1) 2:30 | | 15:10 15:13 15:13 15:14 15:15 15:22 | | 19:17 19:18 | | 35:15 35:16 35:17 35:18 35:19 35:20 | |
| **step**(1) 39:11 | | 15:24 16:2 16:3 16:4 16:6 16:7 16:8 | | | | 35:22 36:1 36:2 36:2 36:5 36:6 36:8 | |
| **stephen**(1) 2:49 | | 16:14 16:15 16:16 16:16 16:18 16:21 | | | | 36:10 36:12 36:13 36:15 36:16 36:22 | |
| **steve**(1) 34:25 | | 16:22 16:24 16:25 17:6 17:8 17:11 17:12 | | | | 36:23 37:1 37:2 37:3 37:6 37:6 37:6 37:7 | |
| **still**(6) 9:12 11:1 15:2 29:20 29:20 30:2 | | 17:12 17:14 17:15 17:17 17:18 17:22 | | | | 37:11 37:14 37:15 37:18 37:19 37:24 | |
| **stip**(1) 24:2 | | 17:24 18:2 18:2 18:3 18:3 18:10 18:10 | | | | 37:24 38:2 38:5 38:9 38:12 | |
| **stipulation**(3) 12:14 20:1 23:25 | | 18:11 18:12 18:12 18:17 18:24 18:25 19:9 | | | | | |
| **stop**(1) 9:15 | | 19:11 19:15 19:24 20:3 20:4 20:6 20:12 | | | | **the**(49) 38:16 38:17 38:22 38:24 39:1 39:3 | |
| **storage**(6) 6:13 8:13 14:5 14:12 20:13 23:15 | | 20:16 20:17 20:17 20:24 21:1 21:2 21:3 21:4 21:6 22:2 22:7 22:9 22:20 22:24 | | | | 39:6 39:7 39:9 39:13 39:14 39:16 39:16 39:21 39:24 39:25 39:25 40:1 40:1 40:12 | |
| | | 23:11 23:12 23:23 24:13 24:22 26:1 26:2 | | | | 40:14 40:18 40:18 40:20 40:22 40:23 | |
| **stored**(6) 6:7 6:11 7:17 8:12 9:12 11:22 | | 26:4 26:4 26:5 26:13 26:19 26:25 27:7 | | | | 40:23 40:25 40:25 41:2 41:7 41:7 41:10 | |
| **street**(10) 1:11 1:28 1:36 2:18 2:24 2:32 | | 27:16 27:22 28:5 28:8 28:11 28:20 29:1 | | | | 41:10 41:11 41:14 41:16 41:17 41:18 41:20 | |
| 2:38 2:44 2:50 3:6 | | 29:1 29:3 29:5 29:6 29:8 29:8 29:11 29:20 | | | | 41:21 41:21 41:22 41:25 42:1 42:3 42:6 | |
| | | 29:13 29:17 30:8 30:9 30:9 30:12 30:19 | | | | 42:7 42:7 42:8 | |
| **stricken**(3) 27:2 27:20 33:17 | | 30:23 31:4 31:7 31:9 31:9 31:14 31:17 | | | | | |
| **strike**(1) 37:21 | | 31:19 31:23 31:25 31:25 32:1 32:7 32:9 | | | | **their**(12) 6:4 8:10 8:23 12:7 13:8 13:8 | |
| **styled**(1) 10:24 | | 32:13 32:13 32:16 32:18 32:24 33:6 33:9 | | | | 13:12 17:10 18:4 27:19 32:11 40:21 | |
| **subject**(6) 20:16 27:16 28:9 29:11 31:23 33:9 | | 33:10 33:11 33:15 33:17 33:21 34:3 34:4 34:5 34:7 34:9 35:3 35:10 35:13 35:14 35:17 35:19 | | | | **them**(38) 5:22 6:16 8:25 9:19 9:20 10:18 | |
| | | 35:20 35:23 35:24 36:1 36:9 36:14 37:3 | | | | 11:5 11:23 14:19 14:20 14:23 14:24 15:14 | |
| **submit**(5) 22:25 38:18 40:7 40:11 41:17 | | 37:4 37:4 37:5 37:7 37:12 37:17 37:21 | | | | 15:15 15:20 16:6 16:12 17:14 20:20 25:15 | |
| **submitted**(8) 4:20 4:25 15:10 16:21 20:25 37:5 38:19 40:5 | | 38:3 38:4 38:7 38:9 38:11 38:15 38:16 38:18 38:21 39:18 39:22 39:24 40:1 40:3 40:5 | | | | 29:16 29:18 30:6 30:12 30:14 32:3 36:5 37:8 37:8 37:9 37:10 37:10 37:11 37:12 | |
| | | 40:10 40:10 40:11 40:13 40:13 40:22 | | | | 39:1 39:3 40:16 41:5 | |
| **subpoenas**(5) 10:21 11:6 11:9 14:24 17:10 | | 41:14 41:18 41:19 42:6 | | | | | |
| **subpoena"**(1) 28:24 | | | | | | **then**(27) 5:8 5:8 5:20 5:21 10:13 12:10 | |
| **subset**(3) 16:6 16:19 16:22 | | **that's**(21) 4:14 5:16 10:20 12:15 18:15 | | | | 12:14 13:10 14:7 14:11 14:14 16:13 17:1 | |
| **such**(4) 31:23 32:9 35:14 36:3 | | 19:1 19:5 19:23 22:4 23:2 24:9 24:14 | | | | 17:15 18:21 20:11 21:11 22:18 23:9 26:17 | |
| **suite**(3) 2:6 2:24 2:44 | | 27:25 36:14 37:12 37:16 37:22 38:24 39:4 | | | | 31:6 37:20 40:4 40:5 40:10 40:12 41:16 | |
| **sullivan**(1) 2:10 | | 41:15 41:25 | | | | | |
| **summarize**(1) 10:17 | | | | | | **there**(45) 4:18 5:25 6:1 6:5 6:18 7:6 7:12 | |
| **supplement**(1) 30:14 | | | | | | 7:14 7:19 7:23 7:25 8:4 8:5 9:24 9:24 | |
| **support**(1) 16:21 | | | | | | 10:6 10:8 10:13 10:19 11:1 11:7 12:13 | |
| **sure**(8) 11:7 21:6 21:7 23:18 24:12 24:19 30:3 31:3 | | | | | | 12:23 13:23 15:1 15:12 15:4 15:5 15:12 15:12 15:16 15:19 16:6 16:13 18:6 21:2 | |
| | | | | | | 21:3 21:3 30:21 36:14 39:11 39:12 39:13 41:4 41:8 | |
| **suspected**(1) 15:5 | | | | | | | |
| **swear**(1) 39:20 | | | | | | **therefore**(2) 8:18 37:20 | |
| **tab**(1) 37:11 | | | | | | **therein**(1) 11:1 | |
| | | | | | | **thereof**(1) 28:1 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **there's**(4) 8:16  19:20  29:10  30:8 | | **trust's**(3) 29:13  35:11  35:17 | | **were**(56) 4:18  5:25  6:1  6:2  6:3  6:4  6:6 | | **would**(61) 4:12  4:25  7:2  11:16  13:12 | |
| **these**(15) 7:24  8:2  8:9  8:17  9:17  11:12 | | **try**(6) 9:3  9:4  15:14  15:15  15:22  16:4 | | 6:15  7:12  7:16  7:19  7:20  8:4  8:5  8:12 | | 13:13  14:5  14:7  14:8  14:12  14:14  14:15 | |
| 12:9  14:13  17:24  20:5  20:13  22:24  29:14 | | **trying**(1) 12:7 | | 8:18  8:20  9:12  9:14  9:20  10:6  10:7  10:7 | | 15:6  15:7  15:13  16:4  16:24  16:25  16:25 | |
| 32:18  40:20 | | **turning**(1) 4:18 | | 10:9  10:13  11:17  11:24  13:15  13:16  13:19 | | 17:6  17:24  18:18  18:22  18:22  20:7  20:18 | |
| | | **two**(11) 4:20  7:5  24:22  25:2  27:17  28:7 | | 13:22  14:25  15:1  15:4  15:8  15:16  15:19 | | 22:17  22:21  22:23  22:24  23:3  23:4  23:6 | |
| **they**(63) 4:24  5:2  5:18  6:9  6:9  6:11  8:18 | | 28:10  30:19  33:9  37:5  38:12 | | 16:9  17:11  26:5  30:17  30:18  31:3  31:13 | | 23:9  23:14  24:24  25:4  25:10  25:14  25:15 | |
| 8:19  9:21  10:4  10:16  11:6  13:12  13:13 | | | | 32:4  33:25  35:4  35:14  39:12  39:12  39:13 | | 26:6  26:6  26:9  27:22  28:1  31:13  32:12 | |
| 13:15  13:15  13:15  14:10  15:1  15:8  15:14 | | **type**(2) 10:15  37:13 | | 39:14  39:22  39:24  40:1  40:2 | | 35:3  35:10  35:14  35:19  35:23  36:4  36:10 | |
| 15:15  15:22  15:25  16:13  17:11  18:4  24:13 | | **ugly**(1) 26:15 | | | | 37:7  37:11  39:20  40:4  40:12  40:23  40:24 | |
| 24:13  29:16  29:20  30:7  32:3  32:4  32:18 | | **ultimately**(1) 4:20 | | **weren't**(2) 5:2  8:6 | | | |
| 34:8  34:9  37:7  37:8  37:8  37:9  37:10 | | **uncontested**(1) 4:20 | | **we'd**(3) 10:19  41:4  41:18 | | **wouldn't**(3) 37:8  37:23  40:22 | |
| 37:10  37:14  37:19  37:20  38:3  38:4  38:5 | | **under**(15) 4:14  4:20  4:23  6:1  6:3  6:17 | | **we'll**(3) 28:11  29:8  42:1 | | **wrapped**(1) 7:1 | |
| 38:18  38:19  39:3  39:20  39:20  39:22  39:24 | | 8:12  10:22  11:23  13:14  16:1  22:12  22:25 | | **we're**(19) 8:23  10:1  18:21  19:16  20:4 | | **wreaks**(1) 5:11 | |
| 40:3  40:4  40:9  40:11  40:13  40:14  40:22 | | 35:25  41:17 | | 20:9  20:10  20:12  22:25  24:3  29:4  29:6 | | **wrong**(1) 10:2 | |
| | | | | 29:17  32:19  33:8  33:22  34:6  39:7  42:1 | | **www.diazdata.com**(1) 1:39 | |
| **they're**(3) 29:17  31:9  34:7 | | **underlying**(4) 11:13  11:16  12:3  34:8 | | | | **year**(3) 9:8  30:4  30:17 | |
| **they've**(2) 5:23  31:9 | | **understand**(4) 4:9  10:18  18:14  34:8 | | **we've**(8) 4:7  4:15  12:11  18:12  20:2  22:7 | | **years**(7) 5:23  7:5  9:2  37:5  38:12  38:14 | |
| **thing**(1) 22:8 | | **understanding**(6) 6:20  12:1  14:22  17:11 | | 31:18  37:2 | | **yes**(20) 5:8  19:4  19:12  19:12  19:18  21:12 | |
| **things**(4) 23:23  39:21  39:23  40:9 | | 30:7  40:13 | | | | 22:3  24:10  24:14  25:19  25:21  27:21  28:18 | |
| **think**(18) 4:7  4:14  5:1  8:4  11:4  15:16 | | | | **what**(36) 6:20  9:5  9:5  9:5  12:2  12:10 | | 28:19  32:23  38:4  38:7  38:14  39:2  41:2 | |
| 16:16  20:22  21:25  22:4  23:24  24:14  30:16 | | **understands**(1) 35:24 | | 12:19  13:20  13:21  14:22  15:14  15:15 | | | |
| 38:19  39:17  41:3  41:6  41:8 | | **understood**(2) 6:21  9:19 | | 15:22  15:23  16:5  16:18  17:4  18:22  19:14 | | **yield**(1) 36:10 | |
| | | **underwriting**(1) 10:11 | | 19:16  20:12  21:8  23:21  23:22  23:24  24:6 | | **york**(1) 2:13 | |
| **third**(2) 33:13  41:11 | | **unfortunately**(1) 24:17 | | 24:7  30:15  30:18  30:24  37:12  37:19  38:9 | | **you**(64) 4:6  5:4  5:12  6:10  8:2  8:16  9:4 | |
| **this**(69) 4:7  4:15  4:25  5:6  6:24  7:18  8:7 | | **united**(2) 1:1  1:20 | | 39:7  39:16  40:15 | | 9:6  10:1  10:24  11:10  11:15  12:6  12:17 | |
| 8:11  8:23  9:1  9:2  9:6  10:5  10:18  10:22 | | **universe**(3) 13:14  13:22  17:13 | | | | 13:21  14:14  15:8  17:2  17:2  17:3  18:8 | |
| 11:23  11:24  12:8  13:2  13:4  14:8  14:20  14:20 | | **unless**(3) 30:11  36:11  39:7 | | **whatever**(4) 9:11  11:24  16:13  41:6 | | 18:9  18:19  19:3  20:14  21:10  21:14  21:18 | |
| 14:22  15:24  16:24  17:2  17:17  17:23  18:20 | | **until**(4) 4:21  18:9  23:16  41:8 | | **what's**(5) 7:7  10:18  10:19  37:14  37:18 | | 21:20  21:24  23:24  24:10  24:10  29:20 | |
| 19:5  19:21  19:24  20:7  20:22  22:9  22:18 | | **upon**(1) 14:20  31:22  36:4 | | **when**(10) 5:1  5:24  6:6  6:22  7:22  30:19 | | 30:18  31:5  32:25  33:3  33:4  33:4  33:7 | |
| 22:22  22:23  23:14  24:25  25:3  25:5  26:1 | | **urquhart**(1) 2:10 | | 37:18  37:23  38:19  39:24 | | 33:19  33:21  33:22  34:15  35:7  35:8  36:15 | |
| 26:2  26:18  26:18  26:20  27:6  27:7  28:2 | | **use**(4) 4:8  31:21  31:23  32:4 | | | | 36:23  36:23  37:18  38:3  38:5  38:8  38:8 | |
| 28:7  28:16  28:25  29:12  29:24  31:7  31:10 | | **using**(1) 14:21 | | **where**(8) 16:11  22:15  22:19  24:13  24:14 | | 38:22  39:1  41:8  41:9  41:11  41:13  41:19 | |
| 31:18  31:19  32:12  32:13  33:14  34:12  37:2 | | **valid**(1) 11:5 | | 28:9  32:20  37:23 | | 41:24  42:2 | |
| 37:13  38:12  40:17  41:3  41:22 | | **van**(1) 2:4 | | | | | |
| | | **various**(8) 7:17  8:9  9:2  12:2  13:5  13:8 | | **whereupon**(1) 42:3 | | **young**(3) 1:24  4:5  39:10 | |
| **those**(19) 10:15  11:9  13:17  16:10  16:11 | | 13:21  37:1 | | **whether**(4) 7:15  11:2  11:2  16:6 | | **your**(47) 4:4  4:6  4:16  4:22  5:7  5:10  5:11 | |
| 16:24  17:3  29:19  29:19  30:1  30:20  31:1 | | | | **which**(18) 5:11  9:22  11:21  12:24  13:13 | | 5:18  17:19  18:6  18:19  18:21  18:23  19:8 | |
| 33:24  35:17  37:25  37:25  39:23  40:15 | | **vehicle**(1) 12:25 | | 13:19  14:10  14:14  17:18  19:16  19:25  20:9 | | 21:5  21:18  21:20  21:24  22:22  24:19  27:14 | |
| 40:21 | | **version**(1) 21:7 | | 20:9  22:10  29:14  30:5  34:13  40:2 | | 29:22  30:2  30:16  30:17  32:23  33:1  33:5 | |
| **though**(2) 16:17  19:2 | | **very**(12) 4:7  4:15  9:25  10:6  11:10  21:14 | | | | 33:8  33:20  33:21  34:23  35:8  36:9  36:11 | |
| **thought**(4) 16:9  16:24  18:2  29:25 | | 27:20  27:21  32:25  33:7  37:12  41:24 | | **whichever**(1) 6:15 | | 36:20  36:21  38:2  38:7  39:4  39:9  39:11 | |
| **thousand**(1) 7:13 | | | | **while**(1) 36:2 | | 41:3  41:13  41:15  41:15  41:24 | |
| **threatened**(1) 35:22 | | **view**(2) 10:1  17:12 | | **whittled**(1) 16:22 | | | |
| **three**(3) 4:18  25:8  38:13 | | **walk**(1) 22:1 | | **who**(12) 9:5  9:5  10:9  10:13  13:2  14:18 | | **yourself**(1) 21:21 | |
| **through**(13) 6:5  13:9  14:13  17:24  18:17 | | **walking**(1) 18:22 | | 15:18  36:14  38:10  39:14  39:19  40:5 | | **you're**(8) 23:19  23:21  23:24  24:7  29:19 | |
| 18:22  20:14  22:1  22:6  37:23  39:25  40:13 | | **want**(8) 10:20  12:12  21:10  32:2  36:15 | | | | 41:10  41:10  41:14 | |
| 40:18 | | 37:12  38:9  41:11 | | **who's**(2) 32:15  34:25 | | **you've**(2) 17:20  41:8 | |
| **thrown**(1) 23:23 | | | | **who've**(1) 22:13 | | **"(including**(1) 28:12 | |
| **time**(12) 4:8  6:4  6:8  6:24  8:5  9:4  9:5  9:6 | | **wanted**(6) 9:15  10:3  11:6  31:1  32:3  38:10 | | **why**(4) 5:12  17:2  17:2  17:3 | | **"absent**(2) 26:2  27:6 | |
| 11:2  18:16  21:25  34:13 | | **warehouse**(3) 26:10  26:13  30:5 | | **will**(31) 4:11  4:16  6:10  18:11  19:25  20:14 | | **"and**(3) 27:1  28:1  28:20 | |
| | | **warehouses**(1) 26:15 | | 20:23  20:25  21:23  22:6  25:18  26:18 | | **"authorizing**(1) 25:3 | |
| **timeframe**(2) 15:24  30:4 | | **was**(95) 4:15  5:9  5:24  6:16  6:18  6:18  6:19 | | 27:1  27:5  27:10  27:20  28:6  28:11  28:19 | | **"business**(1) 6:3 | |
| **timing**(1) 17:13 | | 6:20  7:1  7:6  7:8  7:14  7:15  7:21  7:23  7:23 | | 29:15  31:17  31:19  32:7  32:8  32:18  33:12 | | **"designated**(1) 27:23 | |
| **title**(1) 6:23 | | 7:25  8:14  8:16  8:23  9:6  9:14  9:22  9:24 | | 33:16  33:18  33:21  41:17 | | **"granting**(1) 24:22 | |
| **today**(7) 5:18  14:14  19:17  20:1  23:1  23:23 | | 9:24  10:24  11:6  11:8  11:11  11:21 | | | | **"iron**(1) 27:9 | |
| 40:16 | | 11:22  12:2  12:5  12:5  12:13  12:16  12:16 | | **willing**(1) 17:23 | | **"now**(1) 28:9 | |
| | | 12:17  12:18  12:19  12:20  12:21  12:23 | | **wilmington**(10) 1:12  1:29  2:7  2:19  2:25 | | **"ordered**(3) 23:11  26:19  26:25  27:16 | |
| **tomorrow**(1) 41:19 | | 12:25  13:4  13:7  13:17  13:20  13:24  14:4 | | 2:33  2:45  2:51  3:7  4:2 | | 31:17  31:19  32:7  33:11 | |
| **too**(1) 16:1 | | 14:22  15:2  15:10  15:11  15:12  16:4  16:6 | | | | | |
| **took**(2) 11:9  30:6 | | 16:6  16:10  16:13  16:16  16:18  16:18  17:5 | | **wish**(1) 34:17 | | **"provided**(1) 32:8 | |
| **top**(2) 25:17  28:16 | | 17:16  17:17  17:22  17:23  18:2  18:3  19:9 | | **wished**(1) 37:7 | | **"shall**(2) 27:10  33:13 | |
| **touch**(2) 14:19  15:20 | | 20:24  22:2  22:9  24:15  30:12  30:21  30:24 | | **wishes**(1) 36:14 | | | |
| **toward**(1) 10:1 | | 36:2  37:4  37:4  37:5  38:7  38:9  38:9  38:12 | | **with**(65) 4:9  4:11  4:16  6:7  6:17  6:25  7:1 | | |
| **transcriber**(1) 42:12 | | 38:14  38:16  38:19  39:17  39:17  39:19  40:3 | | 7:9  7:20  7:24  8:2  8:11  8:22  9:4  10:11  10:22 | | |
| **transcript**(3) 1:18  1:43  42:7 | | 42:3 | | 12:18  12:19  12:10  12:17  12:22  12:25 | | |
| **transcription**(2) 1:35  1:43 | | | | 13:4  13:10  13:18  13:19  14:3  14:19  15:3 | | |
| **trouble**(2) 16:17  19:1 | | **washington**(1) 2:39 | | 15:10  15:13  15:20  16:17  16:23  18:10 | | |
| **true**(1) 37:16 | | **wasn't**(4) 11:1  11:1  11:7  38:13 | | 20:25  22:13  22:24  24:21  26:20  27:6  28:25 | | |
| **trust**(46) 4:6  5:20  8:3  8:3  8:14  8:18  8:20 | | **way**(8) 10:24  11:7  18:3  18:18  18:25  21:21 | | 29:2  29:10  29:15  29:18  31:11  32:12  32:21 | | |
| 9:8  9:12  9:18  9:24  10:25  11:3  11:15  12:12 | | 33:23  41:21 | | 32:23  33:14  33:24  34:7  35:21  35:25  36:9 | | |
| 12:21  13:6  13:24  14:2  14:4  14:4  14:12 | | | | 37:2  37:3  38:9  38:16  39:23  40:12  40:12 | | |
| 15:5  15:25  16:4  17:4  17:22  20:14  23:15 | | **ways**(2) 7:19  37:3 | | 41:6 | | |
| 26:3  26:21  29:4  31:12  31:13  32:1  32:14 | | **welcome**(1) 41:14 | | | | |
| 34:14  34:22  35:12  35:15  35:19  35:22  37:6 | | **well**(9) 8:23  17:2  19:21  19:22  26:12  27:8 | | **within**(4) 13:14  13:22  14:1  30:4 | | |
| 37:19  37:24  43:3 | | 36:13  37:16  42:2 | | **without**(6) 15:23  16:1  18:1  28:3  31:8 | | |
| | | **went**(5) 5:25  7:11  7:23  8:14  30:20 | | **witness**(2) 26:13  34:18 | | |
| **trustee**(8) 1:24  3:13  22:20  25:3  28:2  29:5 | | | | **won't**(4) 16:11  20:22  33:22  38:20 | | |
| | | | | **wore**(1) 9:1 | | |
| **trusts**(1) 9:14 | | | | **work**(5) 15:13  29:15  29:18  32:18  41:23 | | |
| | | | | **working**(3) 4:16  15:21  28:7 | | |

Page : 7                                                                                                                                                                     01/16/13 16:58:28