IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                              Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              Case No. 07-11047 (CSS)
a Delaware corporation, et al.,
                                                                    Jointly Administered
        Debtors.
                                                                    Ref. Docket No. 10740

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2013, I caused to be served the "Order Authorizing Claims Agent to Reflect Certain Claims that have been Satisfied as Paid in Full or in Part," dated January 15, 2013 [Docket No. 10740], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
17th day of January, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\AHM\Affidavits\Fully and Partially Satisifed Claims Order_DI 10740_AFF_1-16-13_SS.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALBRIGHT, CHRISTINE A | PMB 128 6039 CYPRESS GARDENS BLVD WINTER HAVEN FL 33884 |
| ALCARAZ, ESTELA | 3329 E METCALF UNIT B ORANGE CA 92869 |
| ALDERSON, JAMES (JAY) | 4641 LANDOVER CREST DR. RALEIGH NC 27616 |
| ALDRICH, JESSICA E | 2438 HUMBOLDT ST SANTA ROSA CA 95404 |
| ALEMAN, GEORGIA | 7805 BLUE JASMINE CT SPRINGFIELD VA 22153 |
| ALFORD, KRISTIN | 3868 JOHNSON DR CARROLLTON TX 75010 |
| ALLEN, BRAD | 5435 EAST HASHKNIFE RD PHOENIX AZ 85054 |
| ALLEN, STEVE V. | 36134 SERAPE DRIVE YUCAIPA CA 92399 |
| ALLENDE, DEREK M | 485 GRAND BLVD BRENTWOOD NY 11717 |
| ANDRADE CORTES, ERNESTO J | 7928 TUJUNGA AVE NORTH HOLLYWOOD CA 91605 |
| ANDRY, CHERISSE | 16554 JACKSON COURT FONTANA CA 92336 |
| ANSELMI, JENELLE M | 9857 SHERWOOD FARM ROAD OWINGS MILLS MD 21117 |
| ARIAS, RAQUEL | 14461 BELVEDERE DR WOODBRIDGE VA 22193 |
| ARMSTRONG, CELESTE M (SHELLEY) | 2819 ONYX ROAD BALTIMORE MD 21234 |
| AUSTIN, TERESA L | 1992 ASCOT DR UNIT B MORAGA CA 94556 |
| BACHMORE, KARA | 255 W 4TH ST WEST ISLIP NY 11795 |
| BARNES, NOLA | 8921 CLIFTON MEADOW DRIVE MATTHEWS NC 28105 |
| BATES, ALLYSON M | 1567 TRES PICOS DR YUBA CITY CA 95993 |
| BAUTISTA, ALEXIS L | 218 21 94TH AVE QUEENS VILLAGE NY 11428 |
| BEDELL, GINA M | 12731 TIMBERMEADOW DR HOUSTON TX 77070 |
| BERGNER, DANIEL J (DAN) | 680 WESTON RIDGE PKWY CHASKA MN 55318 |
| BERUMEN, RUBINA | 2818 FARNSWORTH DR FORT WAYNE IN 46805 |
| BHOJANI, SUJATA | 828 O'DONNELL AVE SCOTCH PLAINS NJ 07076 |
| BILAL, TRAVONNE J | 12257 WINTERBERRY LN PLAINFIELD IL 60544 |
| BILLINGSLEY, ALBERT | 38 BRANDON AVE AMITYVILLE NY 11701 |
| BISHOP, SHELBY L | 205 W ARLINGTON STREET GLADSTONE OR 97027 |
| BLACKBURN, SUSAN | 3818 CHESTNUT ST APT 1 NEW ORLEANS LA 70115 |
| BLACKWELL, CATHERINE | 3431 SE 10TH AVE PORTLAND OR 97202 |
| BLANKS, JENNIFER | 101 MAIN ST. YORKTOWN VA 23690 |
| BOATMAN, JEAN | 3721 WINDING CREEK LANE CHARLOTTE NC 28226 |
| BOUSHO, MARK D | 3335 GENOA CLARKSTON MI 48346 |
| BRADSHAW, KRISTIN | 15510 ASTERWIND CT CHARLOTTE NC 28277 |
| BROWN, CHERYL A | 222 FRANCIS ST LONGMONT CO 80501 |
| BUCHANAN, PETULA | 10608 RIVER HOLLOW CT CHARLOTTE NC 28214 |
| BURCHAM, JEREMY | 1334 FLINTSHIRE LA LAKE SAINT LOUIS MO 63367 |
| BURCHAM, JEREMY D | 1334 FLINTSHIRE LA LAKE SAINT LOUIS MO 63367 |
| BURGESS, PATRICIA L | 4824 WINDGATE TRAIL ACWORTH GA 30102 |
| BURNS, JOY | 222 LEAFLET LN SPRING TX 77388 |
| BURRY, BRANDI | 927 E 10TH STREETQ PINE BLUFFS WY 82082 |
| CABRALES CLARK, CHERYL L | 250 FERNWOOD WAY DIXON CA 95620 |
| CAMALIGAN, ERWIN | 3234 DOS PALOS DR LOS ANGELES CA 90068 |
| CANTOYA, MARY JANE | 727 OLNEY DRIVE SAN ANTONIO TX 78209 |
| CARLAN, LAUREN M | 8220 DUNDALK AVENUE BALTIMORE MD 21222 |
| CARLSON, LISA W | 5015 CEDAR PARK CT MONROE NC 28110 |
| CARMENATE, VIVIAN M | 10915 SW 25 ST MIAMI FL 33165 |
| CARRERA, ALICIA | 3687 JORGE CT TURLOCK CA 95382 |
| CARRILLO, GLORIA | 8744 DEEP CREEK ROAD APPLE VALLEY CA 92308 |
| CARTER, DARCY L | 3480 RAUSCHER DR RENO NV 89503 |
| CARUSO, REBECCA M (BECKY) | 4020 FARMDALE AVE NORTH LAS VEGAS NV 89031 |

| Claim Name | Address Information |
|---|---|
| CASTRO, JESSICA L | 144 HORIZON VIEW DR FARMINGVILLE NY 11738 |
| CELLURA, DAVIN | 38 TALCOTT DR EAST NORTHPORT NY 11731 |
| CHARLES, SHARON V | 35 BROAD STREET CRANFORD NJ 07016 |
| CHESHIRE, JEANNINE P | 311 FUEGO AVE POMONA CA 91767 |
| CHI, BELINDA L | 2660 NE 20 ST POMPANO BEACH FL 33062 |
| CHIVINGTON, JACALYN | 510 S SUNBURY RD WESTERVILLE OH 43081 |
| CHURN, ROBYN S | 6805 JUSTICE DR RALEIGH NC 27615 |
| CLACKS, ANITA | 1055 SULKY DR FLORISSANT MO 63033 |
| CLARKE, BETTE J | 304 W. 5TH STREET LANSDALE PA 19446 |
| CODY, CARL M | 1370 FOREST CREEK DRIVE LEWISVILLE TX 75067 |
| COFFEL, LAURA (LORI) | 10131 JEFFERSON WAY FORT WAYNE IN 46825 |
| COLAGIACOMO, CARLO | 12-44 162ND ST. BEECHHURST NY 11357 |
| COLE, LORI | 15821 WINCHESTER RD FORT WAYNE IN 46819 |
| COLEMAN, SANDRA R | 8811 FRAN DEL DRIVE FORT WASHINGTON MD 20744 |
| CONSOLE, ANA L | 11903 E CEDARVALE ST NORWALK CA 90650 |
| CONTRERAS, ALICIA | 1141 VIA DEL SOL RD SALINAS CA 93907 |
| COOK, ERIC P | 14 LANDMARK DR BRIDGEWATER CT 06752 |
| COOK, MARY E | 1 SANDSTONE CT BALTIMORE MD 21236 |
| CREEGER, ESPERANZA J | 1241 DONNA DR RICHARDSON TX 75080 |
| CRESPO, ESTELA | 358 PAGE AVE LYNDHURST NJ 07071 |
| DABNEY, ANDREA M | 1151 VIA SANTIAGO CORONA CA 92882 |
| DAVISON, ROBERT | 1542 WESTERVELT AVE BALDWIN NY 11510 |
| DAY, BARBARA L | 3458 MECARTNEY ROAD ALAMEDA CA 94502 |
| DEAN, WENDI C | 17760 LAWRENCE ST SAINT INIGOES MD 20684 |
| DECHERT, DONNA M | 1 HERITAGE SQUARE SAYREVILLE NJ 08872 |
| DEDMAN, JULIE NICOLE | 1850 MCDADE RD AUGUSTA GA 30906 |
| DELALOYE, JASON | 235 CHIANTI CT. FLORISSANT MO 63031 |
| DELALOYE, JASON R | 235 CHIANTI CT. FLORISSANT MO 63031 |
| DELCOMYN, AMY | 1620 S BATES AVE SPRINGFIELD IL 62704 |
| DEMARTI, CRISTINA | 8441 DEEPCLIFF DR HUNTINGTON BEACH CA 92646 |
| DEMARTINI, JEANNETTE T | 240 HILLCREST AVE LIVERMORE CA 94550 |
| DEWITT, DEVON | 1726 BRANDYWINE TRAIL FORT WAYNE IN 46845 |
| DILORENZO JR, LOUIS | 4 WINWOOD DR NESCONSET NY 11767 |
| DIMARSICO, BARBARA | 4912 WITTEN PARK WAY MC KINNEY TX 75070 |
| DOMINGUEZ, MARTIN | 9155 PACIFIC AVE APT. #217 ANAHEIM CA 92804 |
| DOOM, JUDY L | 5255 PONY SOLDIER DRIVE COLORADO SPRINGS CO 80917 |
| DOPP, AMY | 1220 N FAIRWAY DR APOPKA FL 32712 |
| DORFF, LANA M | P.O. BOX 15584 LONG BEACH CA 90815 |
| DORMAN, MINDY | 171 SW NAMITZ CT DUNDEE OR 97115 |
| DURBIN, CARY | 755 COUNTY ROAD 2310 MINEOLA TX 75773 |
| DWYER, JOYCE M | 3940 SUGARLOAF DRIVE MONROVIA MD 21770 |
| EBLE, ROBIN | 14 DELAWARE AVE HAINESPORT NJ 08036 |
| EKO, UDE E | 703 FERNDALE BLVD CENTRAL ISLIP NY 11722 |
| ELLIOTT, MARY ELIZABETH | 17256 ARROWOOD PL ROUND HILL VA 20141 |
| ESPINOZA, GWEN F | 137 JAIME DR CANTON GA 30114 |
| ESPINOZA, SUSAN | 5033 S MESQUITE HILLS PLACE TUCSON AZ 85746 |
| ESTEP, BRIAN | 950 EAGLES LANDING PKWY #132 STOCKBRIDGE GA 30281 |
| EVANS, ASHLEY N | 19719 NEVIN CT OREGON CITY OR 97045 |
| EVANS, MICHAEL J | 2312 N GREEN VALLEY PKWY 2026 HENDERSON NV 89014 |

| Claim Name | Address Information |
| --- | --- |
| FAVARO, LUCILLE | 12 GREENWICH CT HOLBROOK NY 11741 |
| FEATH, MARY T (TERRY) | 4845 WEXFORD RUN RD BRADFORDWOODS PA 15015 |
| FIALK, DAWN M | 233 SCHUSSLER ST SOUTH AMBOY NJ 08879 |
| FINK, MICHELLE A | 8 WYANDANCH TRAIL RIDGE NY 11961 |
| FITCHORN, JAKELYN | 142 VINTAGE CIRCLE HENDERSONVILLE TN 37075 |
| FLETCHER, LORI A | 440 CENTERVILLE TURNPIKE SOUTH CHESAPEAKE VA 23322 |
| FOLSOM, HANNAH | 956 WEST 13TH ST APT 1 SAN PEDRO CA 90732 |
| FONTAINE, MICHELE | 565 SPARKS BLVD NUMBER 369 SPARKS NV 89434 |
| FOWLER, DESIREE | 1021 PEARSON DR OVIEDO FL 32765 |
| FRUENDT, SUSAN | 1 STELL LANE EAST NORTHPORT NY 11731 |
| FULLERTON, SHARON | 2499 GLIME DR MECHANICSBURG PA 17055 |
| GARBER, SHELLIE R | 1313 FLOYD AVE NUMBER 168 MODESTO CA 95355 |
| GARCIA, JOSEPH M | 6553 TEAKWOOD ST CYPRESS CA 90630 |
| GAUTCHER, JOANNA | 183 MCLAREN DR N SYCAMORE IL 60178 |
| GELEYNSE, KIMBERLY A (KIM) | 300 E GROVER ST LYNDEN WA 98264 |
| GENTLE, CYNTHIA A | 34812 W COCOPAH STREET TONOPAH AZ 85354 |
| GENTRY, ASHLEY NICOLE | 6174 SPRING HILL RD RUCKERSVILLE VA 22968 |
| GEORGE, JEANNETTE | 16580 WOODCREST TIGARD OR 97224 |
| GIJRE, ANA | 18147 ERIK CT NUMBER 213 CANYON COUNTRY CA 91387 |
| GILMAN, CASSIE A | 183 COUNTRYHAVEN ROAD ENCINITAS CA 92024 |
| GIOTTA, BRANDON M | 400 E OLD COUNTRY RD APT B15 MINEOLA NY 11501 |
| GLENDE, JAIME E | 17040 79TH AVE NORTH MAPLE GROVE MN 55311 |
| GLOWACZ, GREG P | 925 N. NORTHWEST HWY PARK RIDGE IL 60068 |
| GODBEY, ALLISON | 45 BIRCH ST APT 6B KINGSTON NY 12401 |
| GODBOLD, BETSY A. | 668 TANGLEWOOD DRIVE SYKESVILLE MD 21784 |
| GRAF, RICHARD | 70-25 YELLOWSTONE BLVD FOREST HILLS NY 11375 |
| GRAPPE, DEANNA L | 61 ROCK GARDEN LANE YAKIMA WA 98908 |
| GREEN, PAMELA C (PAM) | 132 BELINGTON AVE. MADISONVILLE LA 70447 |
| GRIFFITTS, VIOLA H | 1365 WILKES WY RIO RANCHO NM 87124 |
| GRIMES, VIRGINIA C | 158 COPELAND DRIVE MOYOCK NC 27958 |
| GUASTAVINO, NATALIE | 366 S CRESCENT DR BEVERLY HILLS CA 90212 |
| GUERRERO, JEANET | 954 SCENIC WAY BEN LOMOND CA 95005 |
| GUSTAFSON, HOLLY A | 61660 WARD ROAD BEND OR 97702 |
| GUZMAN, CAROL M | 66 E HUDSON ST LONG BEACH NY 11561 |
| HACKETT, ELLEN M | 465 BELLVILLE AVE ANDREWS IN 46702 |
| HAGEDORN, ELIZABETH M | 413 BIRCHWOOD MANOR LANE BEL AIR MD 21014 |
| HAGEDORN, ROBERT T | 413 BIRCHWOOD MANOR LANE BEL AIR MD 21014 |
| HALLEN, LINDA | 3512 SCHOOL HOUSE LN CHARLOTTE NC 28226 |
| HARDY, CHERYL A | 535 POWELL AVE CENTERVILLE UT 84014 |
| HAYES, KRIS L | 5207 RONDO WAY COLORADO SPRINGS CO 80911 |
| HELM, TINA L | 1892 E SUMMERDAWN DRIVE MERIDIAN ID 83646 |
| HENNESSY, SEAN | 688 PLUM TREE RD GLEN ELLYN IL 60137 |
| HENRY, MARILYN J | 1756 IOWA ST BELLINGHAM WA 98229 |
| HERNANDEZ, EDWIN R | 5736 GRANGER ST QUEENS NY 11368 |
| HERRERA, JANETTE M | 1182 PASEO REDONDO DR MERCED CA 95348 |
| HEVERLING, HELEN | 1444 PELICAN BAY TRAIL WINTER PARK FL 32792 |
| HILLIARD, SARA B | 2950 WARBLER WAY #C BOZEMAN MT 59718 |
| HOLCROFT, MONICA | 1750 MEADOW GLEN DR LANSDALE PA 19446 |
| HOLWIG, COLLEEN | 34111 GABLE DR LIVONIA MI 48152 |

| Claim Name | Address Information |
|---|---|
| HOYLE, KAREN K | 1515 PICKWICK LN DEKALB IL 60115 |
| HUBBARD, LISA | 3111 NW 123RD TERRACE SUNRISE FL 33323 |
| HUDGINS, RACHAEL | 699 W MAGEE RD NUMBER 22102 TUCSON AZ 85704 |
| ING, TIMMY | 28271 RANCHO GRANDE LAGUNA NIGUEL CA 92677 |
| INGLES, ALEXANDER | 109 SOUTH GREENWOOD AVE. PARK RIDGE IL 60068 |
| INNES, TRICIA C | 17131 LIMETREE LANE RIVERSIDE CA 92503 |
| JACOBS, STEPHANIE L | 6750 PAWNEE CIRCLE COLORADO SPRINGS CO 80915 |
| JESSEN, CAROLYN A | 5159 E MORNING GLORY PL HIGHLANDS RANCH CO 80130 |
| JESSOP, WALTER P (PHIL) | 5308 CAPTAINS WAY NAGS HEAD NC 27959 |
| JOHNSON, EMILY JO | 331 LAKEBEND DR BRANDON MS 39042 |
| JOHNSON, VIVIAN R | 1535 W 4TH ST IRVING TX 75060 |
| JONES, ERICA L | 132 AMY ROAD HENDERSON TX 75652 |
| JONES, KIM M | 14954 N 78TH DR PEORIA AZ 85381 |
| JOSEPH KUNDE, KATHERINE C (KC) | 1139 FAIRWAY AVE SOUTH LAKE TAHOE CA 96150 |
| JUNGBLUT, KAREN | 10 PINE ST WILLINGBORO NJ 08046 |
| KAVANAGH, SHEILA | 10209 DAYLILY CT MANASSAS VA 20110 |
| KENNARD, JOHN T (TOMMY) | 3940 SUGARLOAF DR MONROVIA MD 21770 |
| KETCHUM, BROOKE | 221 MARYLAND DRIVE O'FALLON MO 63366 |
| KETCHUM, BROOKE E | 221 MARYLAND DRIVE O'FALLON MO 63366 |
| KILPATRICK, DEBORA G (DEBBIE) | 22430 1ST DRIVE SE BOTHELL WA 98021 |
| KLAHR, LIZA | 1525 AURELIA DR CUMMING GA 30041 |
| KORNEK, SHANNON | 913 BUR OAK CT. MYRTLE BEACH SC 29579 |
| KORROW, LESLIE | 12 FREMONT ST LINDENHURST NY 11757 |
| KUPELIAN, SOUCIE (SOSSY) | 6636 N 3RD ST FRESNO CA 93710 |
| LAIS, MARIAN K | 1520 25TH ST APT 8 SACRAMENTO CA 95816 |
| LAMBERT, MICHAEL | 230 KRIDER RD SANFORD FL 32773 |
| LANG, THERESE | 2717 DAVOS AVENUE WOODRIDGE IL 60517 |
| LAWRENCE, BARBARA C | 5717 SHROPSHIRE CT ALEXANDRIA VA 22315 |
| LEE, CARINE | 1011 LAKEST SUITE 212 RIVER FOREST IL 60305 |
| LEINGANG, MICHELLE M | 6933 61ST ST W UNIVERSITY PLACE WA 98467 |
| LEVENTHAL, ROBERT | 835 S MAIN ST FARMINGDALE NY 11735 |
| LEWIS, KIMBERLY A | 950 NE LOCKSLEY DR BEND OR 97701 |
| LINDE, MATTHEW C | 3135 UNIVERSITY BLVD WEST APT 2 KENSINGTON MD 20895 |
| LORING, PATRICIA (PATTI) | 2017 SOUTH COUNTY RD 9 LOVELAND CO 80537 |
| LUNDQUIST, SUSAN A | 13815 NEVADA AVE SAVAGE MN 55378 |
| LUNDY, CYNTHIA K. | 21497 BRADETICH LOOP BEND OR 97701 |
| MABRAY, CHRISTINE (CHRISSY) | 15834 SW GLAZE CT TIGARD OR 97223 |
| MACKIN, TARA A | 1231 BUCKEYE TERRACE CLAYTON CA 94517 |
| MACTAGUE, SHANNON I | 6480 MENLO ST SIMI VALLEY CA 93063 |
| MADDEN, TERRY L. | 223 RD 19 BUSHNELL NE 69128 |
| MAHONEY, DEBRA C | 1679 ARKANSAS DR VALLEY STREAM NY 11580 |
| MAIER, DANIEL | 50 S PINE RD GOLDEN CO 80401 |
| MAKARY, LINDA | 390 CAVAN DR PITTSBURGH PA 15236 |
| MALDONADO, RAFAEL | 47 HENDRICKSON AVE LYNBROOK NY 11563 |
| MANERO, JAMES M | 226 GREENWICH AVE PAULSBORO NJ 08066 |
| MANGINELLI, MARIA | 8437 EL ARROYO DR HUNTINGTON BEACH CA 92647 |
| MANGUM, SANDRA | 38 MARTIN ST. -RGB REHOBOTH BEACH DE 19971 |
| MARAVILLA, AURORA | 2520 W CONLEY AVE ANAHEIM CA 92804 |
| MARIN, CYNDY | 2568 GREEN VALLEY RD CHULA VISTA CA 91915 |

| Claim Name | Address Information |
|---|---|
| MARMOLEJO, SANDY E | 3673 S 19TH ST MILWAUKEE WI 53221 |
| MARSH, AARON KIRK | 317 ATLANTIC AVE BAY SHORE NY 11706 |
| MARTIN, BERNICE | 58 GARFIELD AVE EAST ISLIP NY 11730 |
| MARTIN, MAYLA | 206 MADISON STREET WARWICK RI 02888 |
| MARTIN, PETER | 27 D COUNTRY CLUB LN MILFORD MA 01757 |
| MASCIANGELO, MARIANN | 6540 SHORELINE DR LITTLE ELM TX 75068 |
| MATHENIA, PAULA B | 101 SJ HICKERSON RD TRENTON TN 38382 |
| MAY, PAULA | 844 ALEXANDRA AVE GLENDALE MO 63122 |
| MCBRIDE, BERGICA (BELLE) | 5 W 4TH ST FREEPORT NY 11520 |
| MCCLEISH, JANET | 899 QUINCY COURT ISLAND LAKE IL 60042 |
| MCCLOW, HEIDI H | 644 PASHUTA DRIVE PO BOX 862 GUNNISON CO 81230 |
| MCCLURE, STACY A | 3411 CACTUS MOUNTAINS ST 104 LAS VEGAS NV 89129 |
| MCCURLEY, VELDA | 1045 TIERRA CREEK DR GALT CA 95632 |
| MCELMURY, JOY | 3020 SEEKONK AVENUE ELGIN IL 60124 |
| MCGUYER, JODY L | 6648 174TH PLACE TINLEY PARK IL 60477 |
| MCKAY, JULIA | 1307 NE 131ST PLACE PORTLAND OR 97230 |
| MCKENNA, MARISA L | 9395 W ONTARIO DR LITTLETON CO 80128 |
| MCMAHAN, AMY L | 9811 CLIFFSIDE DR IRVING TX 75063 |
| MCMAHON, DANEE M | 2457 S HOLLY ST SEATTLE WA 98108 |
| MEACHAM, LORI E | 8305 FULTON RANCH STREET LAS VEGAS NV 89131 |
| MENSCER, LISA D | 7227 RACINE RD PLEASANT GARDEN NC 27313 |
| MIDDLETON, ELAINE | 401 LANSDOWNE RD CHARLOTTE NC 28270 |
| MIHAILESCU, IULIANA A | 1501 DETROIT AVE APT 6 CONCORD CA 94520 |
| MILEA, MARTA | 172 VON HUENFELD ST MASSAPEQUA PARK NY 11762 |
| MILLER, KELLEY | 7985 COTTON STREET HARRISBURG NC 28075 |
| MINHINNICK, ANNA | 314 RIMBEY AVE GAHANNA OH 43230 |
| MOORE, JANET L | 3210 E GERONA DR JACKSONVILLE N A S FL 32224 |
| MORALES ROMERO, MARIA T | 11393 IRONTON ST HENDERSON CO 80640 |
| MORALES, MARIA Y | 1963 WALLACE AVENUE BRONX NY 10458 |
| MORTON, NADINE | 2111 DOVER PINES AVE TOMS RIVER NJ 08755 |
| MULDER, TARA | 19 PARKWAY DRIVE YORKVILLE IL 60560 |
| MUNOS, BAMBI J | 10823 BROADWATER DR FAIRFAX VA 22032 |
| MUSALEM, PAOLA | 11925W 109TH ST APT 303 OVERLAND PARK KS 66210 |
| MUSTARD, MELANIE | RR 4 BOX 1577 MIFFLINTOWN PA 17059 |
| NEFF, RICK | 1615 SILVER LINDEN CT FORT WAYNE IN 46804 |
| NEFF, RICK M | 1615 SILVER LINDEN CT FORT WAYNE IN 46804 |
| NELSON, LAUNNA R | 8264 BEDFORD COVE WAY SACRAMENTO CA 95828 |
| NOSWORTHY, MARK | 211 SYLVESTER ST WESTBURY NY 11590 |
| NUNEZ BUGARIN, HILARIO | 1920 S GREENVILLE SANTA ANA CA 92704 |
| OCASION, GINA M | 3 CORONADO FOOTHILL RANCH CA 92610 |
| OLIVA, AGOSTINO | 167 N ALBANY AVE NORTH MASSAPEQUA NY 11758 |
| OLSEN, DIANNA L | 3067 PRATT LANE GROVE CITY OH 43123 |
| OXENTENKO, DANIEL K (DAN) | 13924 SE 131ST AVE CLACKAMAS OR 97015 |
| PADERES, SHEILA R | 7801 ASTER AVENUE YUCCA VALLEY CA 92284 |
| PAGE, MONIQUE J | 8360 VIA LADERA RANCHO CUCAMONGA CA 91730 |
| PAK, KYONG H (K) | 8395 NEW LONDON RD. MECHANICSVILLE VA 23116 |
| PALFERY, SUE A | 709 WOODLAWN AVE ROYAL OAK MI 48073 |
| PALLAY , JOANN | 26 COLONIAL RD NORTH BABYLON NY 11703 |
| PALMERI SMITH, RACHELE J | 7772 N 19TH DR PHOENIX AZ 85021 |

| Claim Name | Address Information |
|---|---|
| PARADA, IBIS M | 9120 CHRYSANTHEMUM DR BOYNTON BEACH FL 33437 |
| PARHAM, WINSTON | 3455 MIDWAY COVE LOGANVILLE GA 30052 |
| PARSLOW-NAZARIO, DIANA | 5235 GLENDON ST D3 SALT LAKE CITY UT 84123 |
| PATE, JOANN | 158 COUNTRY FOREST DR FORT WAYNE IN 46818 |
| PATTERSON, SHERYL M (MICHELLE) | 1028 W 25TH ST SAN PEDRO CA 90731 |
| PAUL, VALERIE | PO BOX 1501 CRESTLINE CA 92325 |
| PENICK, KRYSTAL | 9802 WATERVIEW PARKWAY ROWLETT TX 75089 |
| PHILLIPS, CATHERINE S (CATHY) | 11409 NE 98TH CIRCLE VANCOUVER WA 98662 |
| PIVER, ANDREW (ANDY) | 18 GARDINERS LN EAST HAMPTON NY 11937 |
| PLATERO, ANDREA R | 2613 HAMILTON AVE EL CENTRO CA 92243 |
| PLETCHER, MARCIA A | 12 GREEN GABLE PT SW EUHARLEE GA 30120 |
| PLUMMER, TAMARA M (MICHELLE) | 23154 PARKER RD NUMBER B SALINAS CA 93908 |
| PLYMALE, LINDA | 2309 TURTLE POINT DR RALEIGH NC 27604 |
| PONCE, KELISSA KAY | 925 SUMMERHILL DRIVE AURORA IL 60506 |
| POOMCHONGHKO, PIYAMIT | PO BOX 742 LINDENHURST NY 11757 |
| PORTE, KELLI R | 7432 VIA SERENA RANCHO CUCAMONGA CA 91730 |
| PORTER, JULIA | 5893 S TAFT ST LITTLETON CO 80127 |
| PRATER, SARAH M | 4055 SEA FOREST WAY SACRAMENTO CA 95823 |
| PREDA, STEFANIE | 25 LAKE RD. MERRICK NY 11566 |
| PROCTOR, NELITA | 5707 THUNDER HILLL RD COLUMBIA MD 21045 |
| PUCKETT, JENNIFER | 2510 W HARBOURSIDE DR FORT WAYNE IN 46814 |
| PULLIAM, GINA M | 16922 ROCKCREEK CIR APT 124 HUNTINGTON BEACH CA 92647 |
| RAMOS, FAUSSTENE | 7531 DARBY AVE RESEDA CA 91335 |
| RAPP, JOHN C (CHRISTOPHER) | 4306 OLENTANGY BLVD COLUMBUS OH 43214 |
| REINKE, KRISTI R | 36761 FRANKLIN AVE MADERA CA 93638 |
| REYES JR, YVONNE M | 9214 METZ AVE DALLAS TX 75232 |
| RICKERT, MELISSA R | 3022 SE PHEASANT AVE GRESHAM OR 97080 |
| RIEHL, PRESTON T | 1605 N FAIRVIEW ST BURBANK CA 91505 |
| RIETKERK, CRYSTAL M | 19333 BECHARD AVE CERRITOS CA 90703 |
| RINCON, KARYEN | 11 FRANKLIN STREET BRENTWOOD NY 11717 |
| RIORDAN, JAMES J | 68 KYLE COURT LADERA RANCH CA 92694 |
| RODRIGUEZ DOMINGUEZ, YANZI | 1950 N CARSON ST NUMBER 40 CARSON CITY NV 89701 |
| RUBY, AMY | 5884 JOSHUA PL WELCOME MD 20693 |
| RUIZ, JOANNA | 605 E 9TH ST DEL RIO TX 78840 |
| RUIZ, ROSA C | 1343 VISTA VERDE WAY ESCONDIDO CA 92027 |
| RUPHARD, JENNIFER | 504 PIONEER DR SAINT PETERS MO 63376 |
| RUSCH, LINDSEY M | 11925 SE DORSET LN HAPPY VALLEY OR 97086 |
| RUSSELL, SHARON K | 9811 SUMMERDAY DRIVE BURKE VA 22015 |
| RUST, ANGELA N | 2029 STONEMAN ST SIMI VALLEY CA 93065 |
| RYAN, KELLIE | 49 GLENDALE ST WEYMOUTH MA 02188 |
| SALAZAR, MARTHA D | 1711 N POST LN APT C ANAHEIM CA 92807 |
| SALAZAR, MONICA | 1635 WINDWARD CT NAPERVILLE IL 60563 |
| SALCIDO, ERICA V | 3020 W VILLA RITA ROAD PHOENIX AZ 85053 |
| SANDRIDGE, LINDA I (IRENE) | 164 P. PAW LANE TROY VA 22974 |
| SANTIAGO, CHANAI C | 15903 THOMPSON RANCH DR SANTA CLARITA CA 91387 |
| SANTORO, MICHELLE R | 9 SHETLAND CIRCLE REISTERSTOWN MD 21136 |
| SATTAR, OMAR | 852 OXFORD COURT VALLEY STREAM NY 11580 |
| SAWITS, DAVID A | 32U MADISON PARK GARDENS PORT WASHINGTON NY 11050 |
| SAWYER, CORBY | 10880 SILVER SPRINGS DRIVE COLUMBIA CA 95310 |

| Claim Name | Address Information |
|---|---|
| SBARRA, MICHAEL A | 2909 ENGLEFIELD DR. RALEIGH NC 27615 |
| SCHEUTZOW, SHAWN T | 841 MARJORIES WAY SAINT AUGUSTINE FL 32092 |
| SCHMICK, BRANDI J | 809 WEST 1ST STREET MC COOK NE 69001 |
| SCHOEDL, BRANDEN D | 2700 PETERSON PL APT 52B COSTA MESA CA 92626 |
| SCHWARTZKOPF, KIMBERLY | 1445 ESTERBROOK RD DOUGLAS WY 82633 |
| SCLAFANI, MICHAEL | 1 CAMPUS PL BALDWIN NY 11510 |
| SEILER, CHRISTINE | 1361 MAYFAIR LN. GRAYSLAKE IL 60030 |
| SHADE, VELVET D | 4219 SILVERADO TRAIL EUGENE OR 97404 |
| SHAUGHNESSY, DAVID J | 422 UPLAND ST APT D1 POTTSTOWN PA 19464 |
| SHAW, FRANCINE M | 9002 N MOUNTAIN VIEW LANE SPOKANE WA 99218 |
| SHERE, MELISSA | 480 KENSINGTON CT DE KALB IL 60115 |
| SILKWORTH, APRIL A | 4105 THREE OAKS DRIVE FORT WAYNE IN 46809 |
| SINACORE, JENNIFER | 37 PARK ST BLUE POINT NY 11715 |
| SINDUT, GERRY | 17 ALTON PROSPECT HEIGHTS IL 60070 |
| SMITH EWELL, JAMEELA D | 9522 BAYVIEW PKWY CHARLOTTE NC 28216 |
| SON, JAY J | 17 SCHENCK AVE APT 1F GREAT NECK PLAZA NY 11021 |
| STERNBERG, CASEY ANN | 2962 W VERSAILLES DRIVE COEUR D ALENE ID 83815 |
| STICKNEY, CAROL A | 16915 LANDLINGS DRIVE L HUNTERSVILLE NC 28078 |
| STOLER, DAWN M | 944 CREST ROAD LANSDALE PA 19446 |
| SUMMERS, DAWN | 373 FREDERICK DR DALLASTOWN PA 17313 |
| SYLJEBECK, JASMINE | 220 WINDSWEPT DIR NEPTUNE BEACH FL 32266 |
| TAYLOR, MARIE | 2416 BLUEJAY WAY COURT FLORISSANT MO 63033 |
| THEISEN BARNHILL, LINDA L | 5316 OLD COURSE DR CRAMERTON NC 28032 |
| THERRELL, THOMAS R (RUSS) | 903 KINGSBURY CT ALLEN TX 75013 |
| THOMPSON, JULIE M | 16922 SUPERIOR ST NORTHRIDGE CA 91343 |
| TOLEDO, LUCI | 655 PRESTON AVENUE ELGIN IL 60120 |
| TOLLEY, SHEILA (DAWN) | 27079 BOSSE DR MECHANICSVILLE MD 20659 |
| TORCASI, DANIEL | 76 ROCKLYNN PLACE PITTSBURGH PA 15228 |
| TORFIN, TINA D | 1930 79TH AVE SE OLYMPIA WA 98501 |
| TRAN, NHUNG | 444 BISCAYNE RD LANCASTER PA 17601 |
| TROYER, KIMBERLY D | 18077 E NASSAU DRIVE AURORA CO 80013 |
| TUTTLE, MICHELE | 24356 CARLYSLE ST DEARBORN MI 48124 |
| TYSON, JOYCE A | 23811 CALLE HOGAR MISSION VIEJO CA 92691 |
| UYENO, JILL M | 247 GLENDALE ROAD GLENVIEW IL 60025 |
| VAN DYKE, JULIE A | 648 S. WISCONSIN AVE. VILLA PARK IL 60181 |
| VANOMMEREN, MATTHEW | 830 ATOM CT UNIONDALE NY 11553 |
| VARGAS, ADRIANA H | 21307 ARCHIBALD AVE CARSON CA 90745 |
| VARNER, MELISSA | 1030 FLORET LN #12K MIDVALE UT 84047 |
| VASIL, CANDY B | 2757 RIVERDALE COURT FORT MILL SC 29715 |
| VELASCO, ABE | 88 SYCAMORE RD JERSEY CITY NJ 07305 |
| VERNON, PATRICIA D | 9591 W HEATHER LN MIRAMAR FL 33025 |
| VIA, BRYAN | 18222 THEODORA DR TUSTIN CA 92780 |
| VIDALES, MINDY | 6504 W TONTO DR GLENDALE AZ 85308 |
| VILLALOBOS, ASHLEE M | 12412 PETALUMA ROAD VICTORVILLE CA 92392 |
| VISSER, PAMELA I (PAM) | 901 E FRONT STREET LYNDEN WA 98264 |
| WADSWORTH, BRAD | 4760 SCOTNEY CT. SUWANEE GA 30024 |
| WAGNER, CHRISTINA (NIKKI) | 186 QUAKER ST GOLDEN CO 80401 |
| WALKER, CARLA C | 816 STARDALE DRIVE CHESAPEAKE VA 23322 |
| WALTERS, KIM | 42 HAVEN LN LEVITTOWN NY 11756 |

| Claim Name | Address Information |
|---|---|
| WANNER, JULIA A | 1526 192ND ST SE NUMBER Q2 BOTHELL WA 98012 |
| WEISS, ROBIN L | 2427 THIRD AVENUE EAST MEADOW NY 11554 |
| WELCH, CLAUDETTE H | 1603 CINDY LOU AVE HENDERSON TX 75654 |
| WELLMAKER FERRITER, LINDA M | 3401 SW HOLLY LANE PALM CITY FL 34990 |
| WELLS, KELLY C | 5785 AMNEST WAY SACRAMENTO CA 95835 |
| WHITE, LYNDA | 423 TALLGRASS LANE YORKVILLE IL 60560 |
| WHITEHEAD, BRENDA L | 5334 CATHERINE ST PHILADELPHIA PA 19143 |
| WIGGINS, BETHANY | 529 BROCKINTON SOUTH SAINT SIMONS GA 31522 |
| WILLIAMS, ALISHA N | 1394 HARFORD SQUARE DR. EDGEWOOD MD 21040 |
| WILLIAMS, ANTHONY R | 3643 W PONDERA STREET LANCASTER CA 93536 |
| WILLIAMS, ANTONIA | 161 GIBSON AVE BRENTWOOD NY 11717 |
| WILLIAMS, CHRIS C | 5741 OSUNA RD NE NUMBER 700 ALBUQUERQUE NM 87109 |
| WILLIAMS, PATRICIA | 6504 ALTA AVE BALTIMORE MD 21206 |
| WILLIS, SANDRA F. | 20 HULVEY DRIVE STAFFORD VA 22556 |
| WOLD, AMANDA L | 3680 N RED RIVER ROAD FERNDALE WA 98248 |
| WOOD, JANEL M | 23645 N 75TH STREET SCOTTSDALE AZ 85255 |
| WRIGHT, ALEXANDRA A | 6150 MERCURY PL FERNDALE WA 98248 |
| WURTZ, CHRISTOPHER | 3347 N SOUTHPORT CHICAGO IL 60657 |
| WURTZ, JEFFREY C | 401 E MADISON ST MALTA IL 60150 |
| YOUNG, CARRIE | 793 S JASPER DR PUEBLO WEST CO 81007 |
| YU, JONATHAN C | 1106 MITCHELL AVENUE TUSTIN CA 92780 |

**Total Creditor count  364**