# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road          **Chapter:** 11
Melville, NY 11747
 **EIN:** 13−4066303

*Case No*.: 07−11047−CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 1/7/13 was filed on 1/17/13 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/7/13 .

   If a request for redaction is filed, the redacted transcript is due 2/19/13 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/17/13 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 1/17/13

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 07-11047-CSS
American Home Mortgage Holdings, Inc.                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: Leslie           Page 1 of 9            Date Rcvd: Jan 17, 2013
                            Form ID: ntcBK         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2013.
db              #+American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-3675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2013**               **Signature:**     _Joseph Speetjens_

```
District/off: 0311-1           User: Leslie             Page 2 of 9                  Date Rcvd: Jan 17, 2013
                               Form ID: ntcBK           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2013 at the address(es) listed below:

        A. Michelle Hart    on behalf of Creditor   America's Servicing Company BkMail@prommis.com
        Adam  Hiller    on behalf of Attorney   Draper & Goldberg, P.L.L.C. ahiller@hillerarban.com
        Adam G. Landis    on behalf of Creditor   JPMorgan Chase Bank, N.A. landis@lrclaw.com,
         adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam R. Elgart    on behalf of Interested Party   Regions Mortgage, Inc. aelgart@mwm-law.com,
         mweisberg@mwm-law.com
        Adam T Klein    on behalf of Plaintiff   Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen,
         Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf
         of all other persons similarly situated atk@outtengolden.com
        Alan Michael Root    on behalf of Attorney   Hahn & Hesssen LLP root@blankrome.com,
         senese@blankrome.com
        Alex R. Rovira    on behalf of Creditor   J.P. Morgan Acceptance Corporation I and related entities
         arovira@sidley.com,    stattan@sidley.com;emcdonnell@sidley.com;kstark@sidley.com
        Amanda Marie Winfree     on behalf of Creditor   Aurora Loan Services LLC awinfree@ashby-geddes.com
        Amanda R. Steele    on behalf of Creditor   Federal Housing Finance Agency as Conservator
         steele@rlf.com,    greer@rlf.com
        Amy D. Brown     on behalf of Creditor   Shoreham Viewridge, LLC d/b/a Shoreham Place
         abrown@margolisedelstein.com
        Andrea  Sheehan    on behalf of Creditor   Carrollton-Farmers Branch ISD sheehan@txschoollaw.com,
         coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
        Annie  Verdries    on behalf of Creditor   MNL Global Inc verdries@ldbb.com
        Barry M. Klayman    on behalf of Creditor   Triad Guaranty Insurance Corp. bklayman@cozen.com
        Benjamin W. Keenan    on behalf of Creditor   CIFG Assurance North America, Inc.
         bkeenan@ashby-geddes.com,    bkeenan@ashby-geddes.com
        Bonnie Glantz Fatell     on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
         American Home Mortgage Holdings, Inc., et al. fatell@blankrome.com,
         senese@blankrome.com;moody@blankrome.com
        Bonnie Glantz Fatell     on behalf of Attorney   Blank Rome LLP fatell@blankrome.com,
         senese@blankrome.com;moody@blankrome.com
        Bonnie Glantz Fatell     on behalf of Defendant   Corporate Resources Group, LLC
         fatell@blankrome.com,   senese@blankrome.com;moody@blankrome.com
        Bradford J. Sandler     on behalf of Interested Party   Vantage Pointe Capital, LLC
         bsandler@pszjlaw.com
        Brett D. Fallon    on behalf of Creditor   CitiMortgage, Inc. bfallon@morrisjames.com,
         wweller@morrisjames.com;jdawson@morrisjames.com
        Brian  Salwowski    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division
         bsalwowski@atg.state.in.us
        Brian A. Sullivan    on behalf of 3rd Pty Defendant   NewWave Technologies, Inc.
         bsullivan@werbsullivan.com,    abrown@werbsullivan.com
        Brian J. McLaughlin     on behalf of Defendant   Trusted Force, LLC d/b/a Trustedforce
         bmclaughlin@monlaw.com
        Brian L. Arban    on behalf of Interested Party   Federal Deposit Insurance Corporation
         barban@hillerarban.com
        Brya M. Keilson    on behalf of Creditor   Fidelity and Deposit Company of Maryland, its affliates,
         parents and subsidiaries, including, but not limited to Zurich American Insurance Company
         delawarebankruptcy@eckertseamans.com,    bkeilson@eckertseamans.com
        Carl D. Neff    on behalf of Defendant   CFN Finance, Inc. cneff@ciardilaw.com,
         vfrew@ciardilaw.com;ddorgan@ciardilaw.com
        Carl N Kunz    on behalf of Plaintiff   Community Development Administration, a governmental unit
         of the Department of Housing and Community Development, a principal department of Maryland state
         government ckunz@morrisjames.com
        Carl N. Kunz    on behalf of Defendant   Bellagio ckunz@morrisjames.com,
         wweller@morrisjames.com;jdawson@morrisjames.com
        Carmella P. Keener     on behalf of Interested Party   Federal Home Loan Bank of Boston
         ckeener@rmgglaw.com
        Carol E. Momjian    on behalf of Creditor   Commonwealth of PA cmomjian@attorneygeneral.gov
        Catherine  Steege    on behalf of Creditor   Fannie Mae csteege@jenner.com,
         docketing@jenner.com;dhixson@jenner.com
        Charlene D. Davis    on behalf of Interested Party   Lehman Brothers Inc. bankserve@bayardlaw.com,
         cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.co
         m
        Charles J. Brown    on behalf of Creditor   AT&T Inc. cbrown@gsbblaw.com,    dabernathy@archerlaw.com
        Christina M. Thompson     on behalf of Creditor   Inland US Management, LLC
         cthompson@connollygallagher.com
        Christopher A. Ward    on behalf of Interested Party   Goldman Sachs Mortgage Company
         cward@polsinelli.com,    LSuprum@Polsinelli.com
        Christopher Dean Loizides     on behalf of Defendant   Moody's Investors Service, Inc.
         loizides@loizides.com
        Christopher M. Samis    on behalf of Interested Party   The Bank of New York samis@rlf.com,
         rbgroup@rlf.com
        Christopher Page Simon     on behalf of Creditor   Fannie Mae csimon@crosslaw.com
        Christopher R. Belmonte     on behalf of Interested Party cbelmonte@ssbb.com,    pbosswick@ssbb.com,
         managingclerk@ssbb.com,asnow@ssbb.com
        Craig J. Ziady    on behalf of Creditor   Cummings Properties, LLC legal@cummings.com
        Curtis A. Hehn    on behalf of Attorney   Pachulski Stang Ziehl &  Jones LLP chehn@pszjlaw.com
        Curtis J Crowther     on behalf of Debtor   American Home Mortgage Holdings, Inc.
         bankfilings@ycst.com,    ccrowther@ycst.com

```
District/off: 0311-1                  User: Leslie                  Page 3 of 9                  Date Rcvd: Jan 17, 2013
                                      Form ID: ntcBK                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Cynthia E Moh   on behalf of Defendant  FEDEX CORPORATION and FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. d/b/a FEDEX KINKO'S cbaldwin@eapdlaw.com,  charlotte.neuberger@dlapiper.com

        Dana S. Plon   on behalf of Creditor  Fidelity Court Associates dplon@sirlinlaw.com

        Daniel C. Kerrick   on behalf of Creditor  CBS Outdoor Inc. dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com

        Daniel I. Barness   on behalf of Interested Party dbarness@smhbhlaw.com

        Daniel K. Hogan   on behalf of Creditor  Sun Life Assurance Company of Canada (U.S.) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com

        Danielle S. Blount   on behalf of Defendant  Home Buyers Marketing II, Inc. d/b/a HBM II Fulfillment Center dblount@foxrothschild.com,  dkemp@foxrothschild.com

        David B. McCall   on behalf of Creditor  City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

        David B. Stratton   on behalf of Mediator David Stratton strattond@pepperlaw.com, wlbank@pepperlaw.com

        David G. Aelvoet   on behalf of Creditor  Bexar County davida@publicans.com

        David L. Finger   on behalf of Creditor Christian Kohl dfinger@delawgroup.com

        David M. Fournier   on behalf of Defendant  EPLUS TECHNOLOGY, INC. fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

        David P. Primack   on behalf of Defendant  Robert Half International Inc. d/b/a OfficeTeam dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com

        David W. Carickhoff   on behalf of Attorney  Blank Rome LLP carickhoff@blankrome.com, senese@blankrome.com

        David W. Huston   on behalf of Defendant  MVCC Sierra LLC d/b/a Mountainview Corporate Centre smccoll@aol.com,  dwh@hustonlaw.net;swaits@hustonlaw.net

        Dean Kawamoto   on behalf of Interested Party  Federal Home Loan Bank of Boston dkawamoto@kellerrohrback.com

        Denise Seastone Kraft   on behalf of Creditor  Countrywide Home Loans, Inc. denise.kraft@dlapiper.com

        Derek W. Loeser   on behalf of Interested Party  Federal Home Loan Bank of Boston dloeser@kellerrohrback.com, jtuatoo@kellerrohrback.com;eriley@kellerrohrback.com;dwilcher@kellerrohrback.com

        Diane W. Sanders   on behalf of Creditor  Bexar County austin.bankruptcy@publicans.com

        Don A. Beskrone   on behalf of Creditor  American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group dbeskrone@ashby-geddes.com

        Donald J. Bowman   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

        Donna L. Culver   on behalf of Defendant  Touch LLC dculver@mnat.com, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

        Donna L. Culver   on behalf of Plaintiff  Financial Guaranty Insurance Company dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

        Donna L. Harris   on behalf of Creditor  TPRF/THC HavenPark, LLC dharris@phw-law.com

        Duane David Werb   on behalf of Creditor  1140 Galaxy Way, Inc. maustria@werbsullivan.com;riorii@werbsullivan.com

        Edward J. Kosmowski   on behalf of Debtor  American Home Mortgage Holdings, Inc. ekosmowski@epiqsystems.com

        Edward L. Schnitzer   on behalf of Attorney  Official Committee of Unsecured Creditors eschnitzer@hahnhessen.com, jsmith@hahnhessen.com;kprimm@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;jzawadzki@hahnhessen.com;kcraner@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com

        Edward Patrick O'Brien   on behalf of Defendant  Reckson Australia Portfolio Clearing eobrien@sbchlaw.com

        Edwin J. Harron   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

        Elihu Ezekiel Allinson, III   on behalf of Creditor Julia Trister ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

        Elizabeth Banda Calvo   on behalf of Creditor  Arlington ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com

        Elizabeth A. Sloan   on behalf of Plaintiff  The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. sloan@blankrome.com

        Ellen W. Slights   on behalf of Creditor  United States/USAO usade.ecfbankruptcy@usdoj.gov

        Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com

        Eric J. Haber   on behalf of Mediator Eric Haber ehaber@cooley.com

        Eric J. Monzo   on behalf of Defendant  Bellagio emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

        Eric J. Snyder   on behalf of Defendant  The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries esnyder@wilkauslander.com

        Eric Lopez Schnabel   on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee de.ecf@Dorsey.com

        Eric Michael Sutty   on behalf of Interested Party  Bracebridge Capital, LLC ems@elliottgreenleaf.com

        Eric Michael Sutty   on behalf of Plaintiff  Natixis Real Estate Capital Inc. ems@elliottgreenleaf.com

        Eric T. Ray   on behalf of Creditor  Alabama Power Company eray@balch.com,  bevans@balch.com

        Erin Edwards   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

        Evelyn J. Meltzer   on behalf of Creditor  Deutsche Bank National Trust Company meltzere@pepperlaw.com,  lanoc@pepperlaw.com;wlbank@pepperlaw.com

        Francis A. Monaco   on behalf of Creditor  Barclays Bank PLC fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

        Francis J. Trzuskowski   on behalf of Creditor  Champion & Associates, P. C. fjt@elzufon.com

```
District/off: 0311-1          User: Leslie              Page 4 of 9               Date Rcvd: Jan 17, 2013
                              Form ID: ntcBK            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Fred Barakat    on behalf of Defendant    Corporate Resources Group, LLC ,
          paralegal_fredlaw@verizon.net
          Frederick Brian Rosner    on behalf of 3rd Party Plaintiff    Digital Storage Solutions, Inc.
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Interested Party    De Lage Landen Financial Services, Inc.
          fbrosner@duanemorris.com
          Gabriel R. MacConaill    on behalf of Attorney    Official Committee of Unsecured Creditors
          gmacconaill@sidley.com, bankruptcy@potteranderson.com
          Garvan F. McDaniel    on behalf of Attorney    Official Committee of Unsecured Creditors
          gmcdaniel@bglawde.com
          Geoffrey S. Aaronson    on behalf of Creditor    Craven-Shaffer-North Bay Village
          gaaronson@aaronsonpa.com
          George Rosenberg    on behalf of Creditor    Treasurer of Arapahoe County
          grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us
          Gregory Alan Taylor    on behalf of Creditor    American Security Insurance Company, Standard
          Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group
          gtaylor@ashby-geddes.com
          Gregory W. Werkheiser    on behalf of Defendant    Barclays Bank PLC gwerkheiser@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Guy B. Moss    on behalf of Creditor    SOVEREIGN BANK gmoss@riemerlaw.com
          Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com
          Hilary B Bonial    on behalf of Creditor    CitiMortgage, Inc. notice@bkcylaw.com
          Ian Connor Bifferato    on behalf of Interested Party    The Official Committee of Unsecured
          Creditors cbifferato@bifferato.com
          Ira M. Levee    on behalf of Attorney    Lowenstein Sandler PC ilevee@lowenstein.com,
          krosen@lowenstein.com
          Jacob Charles Cohn    on behalf of Plaintiff    Triad Guaranty Insurance Corp. jcohn@cozen.com,
          irosenberg@cozen.com
          James Tobia    on behalf of Defendant    P.M.C. Investigations & Security, Inc.
          jimtobia@comcast.net;bankserve@tobialaw.com
          James C. Tecce    on behalf of Defendant    American Home Mortgage Acceptance, Inc.
          jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
          James E. Huggett    on behalf of Creditor    David Michaud jhuggett@margolisedelstein.com,
          nvangorder@margolisedelstein.com
          James F. Bailey    on behalf of Interested Party Gloria Kirk jbailey@jfbailey.com,
          lharris@jfbailey.com
          James K. Pendergrass, Jr.    on behalf of Creditor    Sun Life Assurance Company of Canada
          tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com
          James L. Patton    on behalf of Debtor    American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          James S. Green, Jr.    on behalf of Counter-Claimant    JPMorgan Chase Bank, N.A. green@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
          Jami B. Nimeroff    on behalf of Creditor    Microsoft Corporation jnimeroff@bsnlawyers.com,
          cmhannan@bsnlawyers.com
          Jason M. Madron    on behalf of Creditor    LBA Melville Associates madron@rlf.com, rbgroup@rlf.com
          Jason W. Harbour    on behalf of Attorney    Hunton & Williams LLP jharbour@hunton.com
          Jeanne Morton    on behalf of Creditor    America's Servicing Company bkmail@prommis.com,
          jnm@mccallaraymer.com
          Jeffrey R. Waxman    on behalf of Creditor    CitiMortgage, Inc. jwaxman@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Jeffrey S. Margolin    on behalf of Creditor    James W. Giddens, as Trustee for Lehman Brothers
          Inc. margolin@hugheshubbard.com, lubell@hugheshubbard.com
          Jennifer Leigh Best    on behalf of Creditor    United States Internal Revenue Service
          jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
          Jeremy C. Kleinman    on behalf of Defendant    Experian Information Solutions, Inc.
          jkleinman@fgllp.com, ccarpenter@fgllp.com
          Joel A. Waite    on behalf of Debtor    American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          John C. Phillips    on behalf of Creditor    American Lien Fund, L.P. tlb@pgslaw.com;scs@pgslaw.com
          John D. Demmy    on behalf of Defendant    Commonwealth Edison Company dba ComEd jdd@stevenslee.com
          John H. Strock    on behalf of Creditor    JPMorgan Chase Bank, N.A. jstrock@foxrothschild.com,
          dkemp@foxrothschild.com
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John R. Ashmead    on behalf of Interested Party    Deutsche Bank Trust Company Americas
          ashmead@sewkis.com
          John R. Weaver    on behalf of Creditor    Banc of America Leasing and Capital, LLC
          jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com
          John T. Carroll    on behalf of Interested Party    Citibank, N.A. jcarroll@cozen.com,
          jdeeney@cozen.com;pgiordano@cozen.com
          John T. Dorsey    on behalf of Defendant    American Home Mortgage Acceptance, Inc.
          bankfilings@ycst.com
          John W. Butler    on behalf of Creditor    City of Fraser info@butler-butler.com,
          jbutler@butler-butler.com
          Jon M. Egan    on behalf of Creditor Zoa Nielsen jegan@eganlegalteam.com,
          mlauzier@eganlegalteam.com
          Jonathan B. Alter    on behalf of Defendant    McKee Nelson LLP n/k/a Bingham McCutchen LLP
          jonathan.alter@bingham.com
          Jordan A. Kroop    on behalf of Interested Party    Squire, Sanders & Dempsey L.L.P.
          jordan.kroop@squiresanders.com,
          karen.graves@squiresanders.com;bradley.cosman@squiresanders.com;thomas.salerno@squiresanders.com

```
District/off: 0311-1                  User: Leslie                    Page 5 of 9                     Date Rcvd: Jan 17, 2013
                                      Form ID: ntcBK                  Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph D. Frank    on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
          Joseph J. Bodnar    on behalf of Attorney   Official Committee of Unsecured Creditors jbodnar@BodnarLaw.net, jjbodn@aol.com
          Joseph J. McMahon    on behalf of Defendant   CFN Finance, Inc. jmcmahon@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;jclarke@ciardilaw.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Julius O. Curling    on behalf of Interested Party curlingj@michigan.gov
          Justin Cory Falgowski    on behalf of Creditor   Federal Home Loan Mortgage Corporation jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
          Justin K. Edelson    on behalf of Attorney   Polsinelli Shughart PC jedelson@polsinelli.com, LSuprum@Polsinelli.com
          Justin M. Swartz    on behalf of Plaintiff   Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated jms@outtengolden.com
          Kara Hammond Coyle    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Karen B. Skomorucha Owens    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC kskomorucha@ashby-geddes.com
          Karen C Bifferato    on behalf of Creditor   Inland US Management, LLC kbifferato@connollygallagher.com
          Karen J. Stapleton    on behalf of Creditor   County of Loudoun, Virginia Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
          Karen M. Grivner    on behalf of Defendant   Drew & Rogers, Inc. kgrivner@thorpreed.com, sambrose@thorpreed.com
          Karon Y. Wright    on behalf of Creditor   Travis County karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
          Kathleen A. Murphy    on behalf of Defendant   Qwest Business and Government Services, Inc. kmurphy@reedsmith.com
          Kathleen M. Miller    on behalf of Defendant   Broker Agent Magazine, LLC kmiller@skjlaw.com, dlm@skjlaw.com
          Kelly M. Conlan    on behalf of 3rd Pty Defendant   Digitech Systems, Inc. kconlan@connollygallagher.com
          Kelly W. Wright    on behalf of Creditor   Salt Lake County Treasurer kwright@slco.org
          Kenneth J. Enos    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Kenneth P Silverman    on behalf of Mediator Kenneth Silverman KSilverman@SilvermanAcampora.com, LKatz@SilvermanAcampora.com
          Kevin G. Collins    on behalf of Spec. Counsel   Bifferato LLC kevin.collins@btlaw.com, pgroff@btlaw.com
          Kevin J Mangan    on behalf of Counter-Claimant   Triad Guaranty Insurance Corp. kmangan@wcsr.com, hsasso@wcsr.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor   Federal Home Loan Mortgage Corporation klawson@reedsmith.com
          Kimberly Luff Wakim    on behalf of Defendant   Advisor Centric, Inc. kwakim@thorpreed.com, jdingfelder@thorpreed.com
          Kristi J. Doughty    on behalf of Creditor   Aurora Loan Services LLC bk.service@aulgur.com
          Kurt F. Gwynne    on behalf of Creditor   The Palmer House Hilton kgwynne@reedsmith.com, llankford@reedsmith.com
          L. Jason Cornell    on behalf of Defendant   On Guard Security Services, Inc. jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
          Laura L. McCloud    on behalf of Creditor   Tennessee Department of Revenue agbankdelaware@ag.tn.gov
          Laurie S. Polleck    on behalf of Defendant   Elite Fire Protection Inc. lauriespolleck@aol.com, polleck@loizides.com
          Laurie Selber Silverstein    on behalf of Creditor   Bank of America N.A. bankruptcy@potteranderson.com
          Lee Harrington    on behalf of Creditor   Deutsche Bank National Trust Company lharrington@nixonpeabody.com
          Legrand L. Clark, III    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division legrand.clark@atg.in.gov, james.green@atg.in.gov
          Leonora K. Baughman    on behalf of Creditor   Oakland County Treasurer lbaughman@kaalaw.com, ecf@kaalaw.com
          Lisa Cresci McLaughlin    on behalf of Creditor   FRMC Financial, Inc. mmo@pgslaw.com;scs@pgslaw.com
          Lisa L. Coggins    on behalf of Spec. Counsel   Ferry, Joseph & Pearce, P.A. lcoggins@ferryjoseph.com
          Lisa R. Hatfield    on behalf of Creditor   Aurara Loan Services, LLC as servicer for Mortgage Electronic Registration, Inc., as nominee for HLB Mortgage lhatfield@closingsource.net, DEECF@closingsource.net;ESerrano@closingsource.net;jsegal@closingsource.net
          Lorraine S. McGowen    on behalf of Creditor   Nomura Credit & Capital, Inc. lmcgowen@orrick.com, aenglund@orrick.com
          Lucian Borders Murley    on behalf of Creditor   Securitization Trusts , lmurley@saul.com;rwarren@saul.com
          Luke Phillip Hodgin    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division luke.hodgin@atg.in.gov, james.green@atg.in.gov
          M. Blake Cleary    on behalf of Defendant   American Home Mortgage Acceptance, Inc. bankfilings@ycst.com

```
District/off: 0311-1          User: Leslie                Page 6 of 9              Date Rcvd: Jan 17, 2013
                              Form ID: ntcBK              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Madeleine Carmel Wanslee on behalf of Creditor Maricopa County Treasurer mwanslee@gustlaw.com, tkendell@gustlaw.com
 Marc J. Phillips on behalf of Creditor Los Angeles County Treasurer and Tax Collector mphillips@regerlaw.com
 Marc Stephen Casarino on behalf of Creditor ACE American Insurance Company casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
 Margaret Fleming England on behalf of Counter-Defendant Calyon New York Branch mfe@darbylawllc.com
 Margaret Whiteman Greecher on behalf of Debtor American Home Mortgage Holdings, Inc. bankfilings@ycst.com
 Maria Ann Milano on behalf of Defendant Microsoft Corporation f/k/a Microsoft Licensing, Inc. d/b/a Microsoft Licensing, GP mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
 Maria Aprile Sawczuk on behalf of Interested Party Aurora Loan Services, LLC marias@drapgold.com
 Maribeth L Minella on behalf of Defendant American Home Mortgage Acceptance, Inc. bankfilings@ycst.com
 Marikae G. Toye on behalf of Creditor State Of New Jersey, Division of Taxation marikae.toye@dol.lps.state.nj.us
 Mark Browning on behalf of Creditor Texas Comptroller Of Public Accounts BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
 Mark Minuti on behalf of Creditor American Home Mortgage Servicing, Inc. mminuti@saul.com, rwarren@saul.com
 Mark D. Collins on behalf of Creditor ABN AMRO Bank N.V. rbgroup@rlf.com
 Mark D. Olivere on behalf of Interested Party Countrywide Home Loans, Inc. olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com
 Mark E. Felger on behalf of Mediator Mark Felger mfelger@cozen.com, mmillis@cozen.com
 Mark S. Chehi on behalf of Defendant DELOITTE & TOUCHE LLP mark.chehi@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;mirjana.mirkovic@skadden.com;wendy.lamanna@skadden.com
 Mark S. Indelicato on behalf of Plaintiff Steven D. Sass, As Plan Trustee Of The American Home Mortgage Plan Trust mindelicato@hahnhessen.com, kcraner@hahnhessen.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;ckang@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com
 Mark T Hurford on behalf of Respondent Citigroup Global Markets Inc. mhurford@camlev.com
 Martha E. Romero on behalf of Creditor California Taxing Authorities romero@dslextreme.com
 Martin A. Mooney on behalf of Creditor DCFS Trust jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com
 Martin J. Davis on behalf of Interested Party martin.davis@ots.treas.gov
 Marvin E. Sprouse on behalf of Defendant ILINC COMMUNICATIONS, INC. msprouse@jw.com, kgradney@jw.com;ccthomas@jw.com
 Mary Caloway on behalf of Creditor HSI Asset Securitization Corporation and HSBC Bank USA, National Association mary.caloway@bipc.com
 Mary A. Schmergel on behalf of Creditor United States of America (on behalf of the Government National Mortgage Association) mary.schmergel@usdoj.gov
 Mary E. Augustine on behalf of Defendant Outsource Solutions, LLC maugustine@bglawde.com
 Mary E. Augustine on behalf of Interested Party Hazeltine Gates LLC maugustine@bglawde.com
 Matthew B. McGuire on behalf of Counter-Claimant JPMorgan Chase Bank, N.A. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
 Matthew Barry Lunn on behalf of Debtor American Home Mortgage Holdings, Inc. bankfilings@ycst.com
 Matthew P. Austria on behalf of Defendant CT Networks, Inc. maustria@werbsullivan.com
 Michael Reed on behalf of Creditor County Of Denton decourts@mvbalaw.com
 Michael E. Meyers on behalf of Creditor Charles County, Maryland bdept@mrrlaw.net
 Michael G. Busenkell on behalf of Counter-Defendant Calyon New York Branch mbusenkell@gsbblaw.com
 Michael Gregory Wilson on behalf of Creditor Calyon New York Branch mwilson@hunton.com, shislop@hunton.com
 Michael Jason Barrie on behalf of Creditor Liberty Property Limited Partnership mbarrie@beneschlaw.com, ehein@beneschlaw.com;docket@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;rlemisch@beneschlaw.com
 Michael Joseph Joyce on behalf of Defendant Showcase of Agents, L.L.C. mjoyce@crosslaw.com
 Michael P. Migliore on behalf of Defendant Broker Agent Magazine, LLC mpm@skjlaw.com
 Michael P. Morton on behalf of Defendant Baltimore Gas and Electric Company d/b/a BGE mpmpa@aol.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
 Michael R. Lastowski on behalf of Creditor Impac Funding Corporation mlastowski@duanemorris.com
 Michael R. Sew Hoy on behalf of Creditor United States of America (on behalf of the Federal Housing Administration) michael.r.sew.hoy@usdoj.gov
 Michael S. Neiburg on behalf of Debtor American Home Mortgage Holdings, Inc. bankfilings@ycst.com
 Michael Seth Etkin on behalf of Auctioneer Investors and the Class metkin@lowenstein.com
 Michael W. Yurkewicz on behalf of Defendant WAREHOUSELINE, LTD. myurkewicz@klehr.com
 Mona A. Parikh on behalf of Interested Party Securities Industry and Financial Markets Association mona.parikh@bipc.com
 Nancy Hotchkiss on behalf of Creditor COWIFI Ironpoint nhotchkiss@trainorfairbrook.com

```
District/off: 0311-1          User: Leslie               Page 7 of 9                  Date Rcvd: Jan 17, 2013
                              Form ID: ntcBK             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Nancy A. Connery    on behalf of Interested Party  STWB, Inc. nconnery@schoeman.com,
           jspin@schoeman.com;gcarrion@schoeman.com
          Nancy F. Loftus    on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nathan D. Grow    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Nicola G. Suglia    on behalf of Interested Party fleischercases@fleischerlaw.com
          Norman Christopher Griffiths    on behalf of Creditor  ORIX Capital Markets, LLC
           cgriffiths@cblh.com
          Norman M. Monhait    on behalf of Counter-Defendant  Broadhollow Funding, LLC nmonhait@rmgglaw.com
          Norman P. Fivel    on behalf of Creditor  New York State Department of Taxation and Finance
           norman.fivel@oag.state.ny.us
          Patricia H. Schrage    on behalf of Interested Party schragep@sec.gov
          Patricia P. McGonigle    on behalf of Defendant  Ajilon Professional Staffing, LLC
           pmcgonigle@svglaw.com,  dclack@svglaw.com
          Patrick A. Jackson    on behalf of Counter-Defendant  American Home Mortgage Investment Corp.
           bankfilings@ycst.com
          Patrick J. Reilley    on behalf of Creditor  Drew & Rogers, Inc. preilley@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick M. Brannigan    on behalf of Defendant  Showcase of Agents, L.L.C. pbrannigan@crosslaw.com
          Paul J. Pascuzzi    on behalf of Creditor  California Housing Finance Agency ppascuzzi@ffwplaw.com
          Pauline K. Morgan    on behalf of Attorney  Young Conaway Stargatt & Taylor, LLP
           bankfilings@ycst.com
          Peter James Duhig    on behalf of Creditor  HSI Asset Securitization Corporation and HSBC Bank USA,
           National Association peter.duhig@bipc.com,  tammy.rogers@bipc.com
          R. Craig Martin    on behalf of Creditor  Countrywide Home Loans, Inc. craig.martin@dlapiper.com,
           charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
          R. Frederick Linfesty    on behalf of Creditor  Iron Mountain Information Management, Inc.
           bankruptcy@ironmountain.com
          R. Karl Hill    on behalf of Creditor  Massachusetts Mutual Life Insurance Company
           khill@svglaw.com,  cday@svglaw.com
          R. Stephen McNeill    on behalf of Counter-Claimant  Bank of America, N.A.
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel B. Mersky    on behalf of Defendant  THE RICHARD MICHAEL GROUP, INC. rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Creditor  FNC, Inc. rxza@elliottgreenleaf.com
          Raymond H. Lemisch    rlemisch@beneschlaw.com,  ehein@beneschlaw.com
          Raymond Howard Lemisch    on behalf of Interested Party  DDR Southeast Fountains, L.L.C.
           rlemisch@beneschlaw.com,
           jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
          Raymond Howard Lemisch    on behalf of Mediator Raymond Lemisch rlemisch@adelmanlaw.com,
           adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com
          Reed A. Heiligman    on behalf of Defendant  Experian Information Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Regina A. Iorii    on behalf of Creditor  1140 Galaxy Way, Inc. riorii@werbsullivan.com
          Rene S. Roupinian    on behalf of Plaintiff  Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan
           Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on
           behalf of all other persons similarly situated rsr@outtengolden.com,
           jxh@outtengolden.com;cbrann@outtengolden.com;sechegaray@outtengolden.com
          Ricardo Palacio    on behalf of Creditor  United Guaranty Services, Inc., United Guaranty
           Residential Insurance Company and United Guaranty Mortgage Indemnity Company
           rpalacio@ashby-geddes.com
          Richard A. Barkasy    on behalf of Creditor  Liberty Property Limited Partnership
           rbarkasy@schnader.com
          Richard W. Riley    on behalf of Creditor  Aon Consulting, Inc. and Aon Investment Consulting,
           Inc. rwriley@duanemorris.com
          Rick S. Miller    on behalf of Creditor Alison Zea rmiller@ferryjoseph.com,
           dsacconey@ferryjoseph.com
          Robert A. McCall    on behalf of Creditor  Champion & Associates, P. C. rmccall@peabodyarnold.com
          Robert A. Trodella, Jr.    on behalf of Creditor  Washington Mutual Bank FA rtrodella@jonesday.com,
           mplace@jonesday.com
          Robert E. Greenberg    on behalf of Interested Party rgreenberg@dclawfirm.com,
           tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
          Robert K. Beste    on behalf of Defendant  First American Flood Data Services, Inc.
           rbeste@cohenseglias.com,  swilliams@cohenseglias.com,susdin@cohenseglias.com,
           searle@cohenseglias.com
          Robert S. Brady    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Robert T. Aulgur    on behalf of Creditor  CitiMortgage, Inc bk.service@aulgur.com
          Robert W. Mallard    on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee
           mallard.robert@dorsey.com
          Roland Gary Jones    on behalf of Defendant  P.M.C. Investigations & Security, Inc.
           rgjresearch3@gmail.com
          Ronald L. Cohen    on behalf of Attorney  Seward & Kissel LLP cohen@sewkis.com
          Ronald S. Gellert    on behalf of Creditor  Fidelity and Deposit Company of Maryland, its
           affliates, parents and subsidiaries, including, but not limited to Zurich American Insurance
           Company rgellert@gsbblaw.com
          Russell C. Silberglied    on behalf of Interested Party  The Bank of New York silberglied@rlf.com,
           rbgroup@rlf.com
          Russell S. Long    on behalf of Interested Party ,  porin@dkattorneys.com
          Ryan M. Bartley    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Ryan O. Lawlor    on behalf of Creditor Brett Lotsoff ryan.lawlor@bryancave.com

```
District/off: 0311-1           User: Leslie                Page 8 of 9                  Date Rcvd: Jan 17, 2013
                               Form ID: ntcBK              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Samuel B. Garber    on behalf of Creditor   General Growth Management, Inc. ggpbk@generalgrowth.com,
           ggpbk@generalgrowth.com
          Sandra G.M. Selzer    on behalf of Interested Party   AH Mortgage Acquisition Co., Inc.
           selzers@gtlaw.com,   bankruptcydel@gtlaw.com;thomase@gtlaw.com;dellitdock@gtlaw.com
          Scott J. Leonhardt    on behalf of Defendant   Blackrock Financial Management, Inc.
           leonhardt@teamrosner.com
          Scott K. Levine    on behalf of Interested Party   De Lage Landen Financial Services, Inc.
           slevine@platzerlaw.com,   esalan@platzerlaw.com;tsadutto@platzerlaw.com
          Sean D. Malloy    on behalf of Attorney Ronald Bergum smalloy@mcdonaldhopkins.com,
           bkfilings@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com
          Sean Matthew Beach    on behalf of Debtor   American Home Mortgage Holdings, Inc.
           bankfilings@ycst.com
          Seth A. Niederman    on behalf of Defendant   Mortgage Guaranty Insurance Corporation
           sniederman@foxrothschild.com,   dkemp@foxrothschild.com
          Sharon M Zieg    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc., successor in interest to
           Oracle USA, Inc., and Oracle Corporation schristianson@buchalter.com,   cmcintire@buchalter.com
          Shelley A. Kinsella    on behalf of Creditor   WILMINGTON TRUST COMPANY sak@elliottgreenleaf.com
          Sherry Lowe Johnson    on behalf of Creditor   National City Commercial Capital Company, LLC
           sjohnson@dilworthlaw.com
          Sheryl L. Moreau    on behalf of Creditor   Missouri Department Of Revenue deecf@dor.mo.gov
          Sommer Leigh Ross    on behalf of Creditor   Homesales, Inc. slross@duanemorris.com
          Stanley B. Tarr    on behalf of Trustee   Steven D. Sass, Plan Trustee tarr@blankrome.com
          Stephan William Milo    on behalf of Defendant   Capital Contractors, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie Noble Tickle    on behalf of Defendant   CB Contractors, Inc. snoble@margolisedelstein.com
          Stephen B. Porterfield    on behalf of Creditor   Hoover Court, LLC sporterfield@sirote.com
          Stephen W. Spence    on behalf of Defendant   R.J. Foote Floors in Fashions, Inc. (a/k/a R.J. Foote
           Floor-in-Fashion Inc.) ss@pgslaw.com,   scs@pgslaw.com
          Steven K. Kortanek    on behalf of Creditor   Credit Suisse First Boston Mortgage Capital LLC,,
           Credit Suisse First Boston LLC. Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman
           Islands Branch, and its affiliates skortanek@wcsr.com,   klytle@wcsr.com;hsasso@wcsr.com
          Steven R. Lefkofsky    on behalf of Creditor   InnerWorkings, Inc. tszewczul@lgpclaw.com
          Stuart M. Brown    on behalf of Creditor   Countrywide Home Loans, Inc. stuart.brown@dlapiper.com
          Susan R. Fuertes    on behalf of Creditor   ALDINE INDEPENDENT SCHOOL DISTRICT
           susan.fuertes@lgbs.com
          Tally F. Parker    on behalf of Creditor   City of Irving, TX (Tax) shanimo1965@yahoo.com
          Tanya E. Pino    on behalf of Defendant   Ricoh Americas Corporation tepino@prickett.com
          Teresa K.D. Currier    on behalf of Creditor   Societe Generale tcurrier@saul.com,
           tercurrier@aol.com;tbuck@saul.com
          Thomas F. Driscoll    on behalf of Spec. Counsel   Bifferato LLC tdriscoll@bifferato.com
          Thomas G. Macauley    on behalf of Interested Party   Certain Individuals bankr@zuckerman.com
          Timothy W. Brink    on behalf of Defendant   INNERWORKINGS, INC. timothy.brink@dlapiper.com
          Tina Niehold Moss    on behalf of Interested Party   Law Debenture Trust Company of New York, as
           Indenture Trustee tmoss@perkinscoie.com
          Tobey M. Daluz    on behalf of Creditor   Countrywide Home Loans, Inc. daluzt@ballardspahr.com
          Todd Charles Schiltz    on behalf of Creditor   Wells Fargo Bank, N.A. todd.schiltz@dbr.com,
           mahassein.johnson@dbr.com
          Travis N. Turner    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Tyler B. Jones    on behalf of Creditor   American Home Mortgage Servicing, Inc. notice@bkcylaw.com
          United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
          Victoria A. Guilfoyle    on behalf of Attorney   Official Committee of Unsecured Creditors
           guilfoyle@blankrome.com
          Victoria A. Guilfoyle    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
           American Home Mortgage Holdings, Inc., et al. guilfoyle@blankrome.com
          Victoria W. Counihan    on behalf of Defendant   Attorneys' Title Insurance Fund, Inc.
           victoria.counihan@state.de.us
          Virginia Whitehill Guldi    on behalf of Interested Party   National Credit Union Administration
           Board vguldi@zuckerman.com
          Whitney Groff    on behalf of Creditor   America's Servicing Company ecfmail@aclawllp.com
          William Novotny    on behalf of Creditor   Waterfall Shopping Center Inc.
           WNovotny@dickinsonwright.com
          William A. Hazeltine    on behalf of Creditor   MERS Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Creditor Mary O'Connell wdsecfnotices@sha-llc.com
          William F. Taylor    on behalf of Creditor   Verizon Global bankdel@comcast.net,
           bankruptcydel@mccarter.com
          William F. Taylor    on behalf of Defendant   ADP, Inc. a/k/a Automatic Data Processing, Inc.
           bankruptcydel@mccarter.com,   bankruptcydel@mccarter.com
          William G. Wright    on behalf of Creditor   Banc of America Leasing and Capital, LLC
           wwright@capehart.com,   jlafferty@capehart.com
          William H. Kiekhofer    on behalf of Creditor   Arden Realty Limited Partnership
           wkiekhofer@mayerbrownrowe.com
          William J. Burnett    on behalf of Creditor   BP Kingstowne Office Building K LLC
           william.burnett@flastergreenberg.com
          William Pierce Bowden    on behalf of Attorney   Ashby & Geddes, P.A. wbowden@ashby-geddes.com
          William R. Firth    on behalf of Defendant   The McGraw-Hill Companies d/b/a Standard & Poor's
           Ratings Services, and Standard & Poor's Financial Services LLC WFirth@zarwin.com
          William W. Erhart    on behalf of Defendant   Chandler Signs L.L.P. erhart@erhartlaw.com

```
District/off: 0311-1           User: Leslie               Page 9 of 9                Date Rcvd: Jan 17, 2013
                               Form ID: ntcBK             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William Wright Banks   on behalf of Creditor   Georgia Department of Revenue wbanks@law.ga.gov, 02bf@law.ga.gov

        TOTAL: 308