IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: March 4, 2013 at 4:00 p.m.** |
| Debtors.[1] | x | |
| ------------------------------------------------------- | | |

# NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for March 5, 2013 at 11:00 a.m. (ET) has been re-scheduled to March 4, 2013 at 4:00 p.m. (ET) at the direction of the Court. Any matters previously scheduled for March 5, 2013 will now be heard on March 4, 2013 at 4:00 p.m. (ET)

Dated: Wilmington, Delaware
       January 22, 2013

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            */s/ Patrick A. Jackson*
                            Sean M. Beach (No. 4070)
                            Margaret Whiteman Greecher (No. 4652)
                            Patrick A. Jackson (No. 4976)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Co-Counsel to the Plan Trustee*