IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, | : | |
| Inc., | : | Case No. 07-11047 |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No.: 10750 |
| | : | |

## ORDER

Upon consideration of the Amended Motion for Reconsideration of January 2, 2013 Order and Fact Findings [D.I. 10750] filed on January 22, 2012 (the "Motion"); the Court having reviewed the Motion; and the Court finding that (1) the Court has jurisdiction over this matter, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion and the request for a new trial are denied.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: January 23, 2012