IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et                 :   Jointly Administered
al.,                                                       :
                                                           :   **Hearing Date: April 23, 2013 at 11:00 a.m. (ET)**
                             Debtors.[1]                    x
----------------------------------------------------------

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for April 1, 2013 at 10:00 a.m. (ET) has been re-scheduled to April 23, 2013 at 11:00 a.m. (ET).

Any matters previously scheduled for April 1, 2013 will now be heard on April 23, 2013 at 11:00 a.m. (ET)

Dated: Wilmington, Delaware
       January 24, 2013

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         /s/ *Michael S. Neiburg*
                         Sean M. Beach (No. 4070)
                         Margaret Whiteman Greecher (No. 4652)
                         Michael S. Neiburg (No. 5275)
                         Rodney Square
                         1000 N. King Street
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*