## EXHIBIT A

## PROPOSED ORDER

01:13144613.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,*                                         :
                                                                         :   Jointly Administered
     Debtors.                                                            :
                                                                         :
                                                                         :
                                                                         :
------------------------------------------------------------------------ x

**ORDER ALLOWING CLAIMS #10447 AND #10477 FILED BY COUNTRYWIDE BANK, F.S.B. AND COUNTRYWIDE HOME LOANS, INC. IN REDUCED AMOUNTS**

Upon the consideration of the objection (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the chapter 11 cases of the above-captioned debtors, for the entry of an order allowing in reduced amounts the proofs of claim #10447 and #10477 filed by Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc., respectively, and any responses to the Objection; and it appearing that notice of the Objection was proper and sufficient under the circumstances and that no other or further notice is required; and the Court having determined that the relief granted

---

* The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is P.O. Box 10550, Melville, New York 11747.

1

herein is in the best interests of the Trust, its beneficiaries, creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that Claim No. 10447 is hereby allowed as a general unsecured claim against AHM Corp. in the amount of $8,928,436; and it is further

ORDERED that Claim No. 10477 is hereby allowed as a general unsecured claim against AHM Corp. in the amount of $66,374,480; and it is further

ORDERED that Epiq Bankruptcy Solutions, as the official claims and noticing agent in this chapter 11 case, is hereby authorized and directed to amend the official register of claims to reflect the effect of this Order; and it is further

ORDERED that allowance of the Surviving POCs pursuant to this Order is without prejudice to the Plan Trustee's right to object further to the EPD/Breach Claims on the grounds set forth in Article 7(D) of the Plan; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2013

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge