## EXHIBIT B

## MARTINEZ DECLARATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
          Debtors.                                                 :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

**DECLARATION OF SCOTT MARTINEZ IN SUPPORT OF PLAN TRUST'S OBJECTION PURSUANT TO BANKRUPTCY CODE SECTION 502(b) AND BANKRUPTCY RULE 3007 TO CLAIMS #10447 AND #10477 FILED BY COUNTRYWIDE BANK, F.S.B. AND COUNTRYWIDE HOME LOANS, INC.**

I, Scott Martinez, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am currently employed by Zolfo Cooper, LLC ("ZC"), the financial advisor to the above-captioned debtors (the "Debtors") and the AHM Liquidating Trust (the "Plan Trust"), which was established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan"). As a Director with ZC, and in connection with its retention by the Debtors and the Plan Trust, I am responsible for, among other things, assisting with resolving disputes, including litigation and the claims reconciliation process. As a result of my tenure with the Debtors and the Plan Trust, my review of public and non-public documents, and my discussions with employees and outside professionals of the Debtors and the Plan Trust, I have gained a working knowledge of the Debtors' business, policies and procedures, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have gained knowledge of such matters from the Debtors' and the Plan Trust's

1

01:13144613.3

employees and retained advisors that report to me in the ordinary course of my responsibilities. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

2. I submit this Declaration in support of the ***Plan Trust's Objection Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 to Claims #10447 and #10477 Filed by Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc.***, dated February 1, 2013 (the "Objection"). Capitalized terms not otherwise defined herein have the meaning given to them in the Objection.

3. Based on the information provided by Countrywide (i) CW Bank is entitled to allowance of EPD/Breach Claims of not more than $8,766,028 under the EPD/Breach Claims Protocol, and (ii) CW Home Loans is entitled to allowance of EPD/Breach Claims of not more than $66,374,480 under the EPD/Breach Claims Protocol. I understand that Countrywide agrees with the Plan Trust's calculation of the maximum allowed amounts of CW Bank's and CW Home Loans' EPD/Breach Claims.

4. In light of the anticipated distributions in these chapter 11 cases, the Plan Trustee does not challenge the claims asserted by CW Bank with respect to premium recapture ($87,385) and remittance shortages ($75,023).

5. However, to date, Countrywide has not provided documentation or other information to support the remaining claims set forth in the Surviving POCs, and the Debtors' books and records do not reflect any additional amounts due or owing to CW Bank or CW Home Loans, or otherwise provide any basis for CW Bank's and CW Home's remaining claims.

6. Accordingly, I respectfully request that the Surviving POCs be allowed in the amounts set forth in the proposed order submitted with the Objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 1st day of February, 2013

*[signature]*
Scott Martinez