**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., a<br>Delaware corporation, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Response Deadline: February 25, 2013 at 4:00 p.m.**<br>**(ET)**<br>**Hearing Date: March 4, 2013 at *4:00 p.m.* (ET)** |

**CORRECTED NOTICE OF PLAN TRUST'S OBJECTION PURSUANT TO**
**BANKRUPTCY CODE SECTION 502(b) AND BANKRUPTCY RULE 3007 TO CLAIMS**
**#10447 AND #10477 FILED BY COUNTRYWIDE BANK, F.S.B. AND**
**<u>COUNTRYWIDE HOME LOANS, INC.</u>**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO
COUNTRYWIDE BANK, F.S.B. AND COUNTRYWIDE HOME LOANS, INC.; AND
(III) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO
BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. L.R. 2002-
1(b).

    PLEASE TAKE NOTICE that Steven S. Sass, as liquidating trustee (the "<u>Plan Trustee</u>")
for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the*
*Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors
(the "<u>Debtors</u>"), has filed the attached **Plan Trust's Objection Pursuant to Section 502(b) of**
**the Bankrupty Code and Bankruptcy Rules 3007 to Claims #10447 and #10477 filed by**
**Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc.** (the "<u>Objection</u>") with the
United States Bankruptcy Court for the District of Delaware.  As set forth in the Objection, the
Plan Trustee seeks to allow proofs of claim #10447 and 10477 in reduced amounts.

    PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be
filed on or before **February 25, 2013 at *4:00 p.m.* (ET)** (the "<u>Response Deadline</u>") with the
United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor,
Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned
counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV,
Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM
Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE that questions about the Objection should be directed to counsel for the Plan Trustee (Patrick Jackson, (302) 576-3588 or pjackson@ycst.com).  YOU SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF YOUR CLAIM.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **MARCH 4, 2013 AT 4:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 1, 2013
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:12972618.1