# EXHIBIT III

**Proposed Order**

01:13243578.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    : Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          : Jointly Administered
          Debtors.                                                        :
                                                                          : Ref. Docket No. _____
------------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred ninth omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claim[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:13243578.1

2

circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby disallowed in its entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claim that is the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March ___, 2013

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claim**

01:13243578.1

# Exhibit A

## No Liability

### Objectionable Claims

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| ACQUISTO, SAM AND DEBBIE<br>C/O GRISSIM H. WALKER JR., ESQ.<br>CONSUMER LAW CENTER, P.A.<br>537 10TH ST W<br>BRADENTON, FL 34205 | 8741 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$459,000.00 (U)<br>$459,000.00 (T) | Claim #8741 was filed by borrowers Sam and Debbie Acquisto (the "Acquistos") against debtor AHM SV (f/k/a American Home Mortgage Servicing, Inc.) as a general unsecured claim in the liquidated amount of $459,000, plus certain unliquidated amounts. This claim relates to alleged prepetition violations of the TILA in connection with the origination and servicing of the first mortgage loan (the "Loan") made to the Acquistos as financing for a property located in Florida. The Loan was also the subject of an action brought by the Acquistos against PC Lending, Inc. and non-debtor American Home Mortgage Servicing, Inc. ("AHMSI"), successor-in-interest to debtor AHM SV, in the United States District Court for the Middle District of Florida (Tampa), Civil Docket #: 8:08-cv-02033-JDW-TGW (the "District Court Action"). AHMSI became a successor-in-interest to debtor AHM SV as a result of the bankruptcy court approved sale of the Debtors' mortgage loan servicing business, the final closing of which occurred in April 2008.<br><br>Subsequent to the filing of Claim #8741, the Acquistos settled the District Court Action and the underlying settlement agreement provides, inter alia, that the Acquistos "release, waive, remise, acquit, satisfy and forever discharge AHMSI, in addition to each of AHMSI's past, present and future … parent corporations, subsidiaries, divisions, subdivisions, affiliates, nominees, predecessors, successors, assigns and assigns … from and against any and all liability now accrued on account of any and all actions, causes of action, claims, defenses, affirmative defenses, suits, controversies, agreements, promises and demands of every kind and nature whatsoever, whether known or unknown…" As such, the Acquistos released any and all claims against, among other entities, debtor AHM SV because AHM SV was the predecessor to AHMSI.<br><br>Since early December 2012, counsel to the Plan Trustee has left no less than 3 telephonic messages with the Acquistos' counsel regarding Claim #8741 in an attempt to discuss the claim. Additionally, the Plan Trustee sent the Acquistos' counsel a letter dated January 7, 2013 setting forth the Plan Trustee's position and requesting that the Acquistos withdraw their claim in light of the settlement of the District Court Action. The Acquistos' counsel has not responded to any of the Plan Trustee's communications. Based on the foregoing, the debtors have no liability for Claim#8741 and this claim should be disallowed in its entirety. |

––––––– Objectionable Claims –––––––

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$459,000.00 (U)<br>$459,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed