IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Case No. 07-11047 (CSS) <br> : Jointly Administered <br>   Ref/ Docket Nos. 9692, 10148, 10183, 10182 |
| Debtors. | : 10384, 10384, 10410,104411, 10713 & 10741 |
|  | : |

## Notice of Appeal

1.

Comes now Claimant, Hussain Kareem files his Notice of Appeal against the Post Judgment Order entered on January 23, 2013 [Doc. No. 10752] Denying Claimant's Motion for Reconsideration filed on January 16, 2013 [Doc. No 10741], the subsequent Amended Motion for Reconsideration [Doc. No. 10750] and the Final Judgment Order on the Fact Findings and Order entered on January 2nd, 2013, [Doc. No(s). 10713 and 10714], respectively.

2.

Claimant requests the Clerk of the Court to delete nothing from the trial transcript and all Post Hearing responses and replies and prepare said appeal for the United States District Court embracing the appeal from the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM InvestWne ent"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

this Bankruptcy Case. Upon completion of compling the case to invoice the Claimant the costs of appeal.

**EXECUTED THIS DAY ON OR ABOUT FEBRUARY 1, 2013**

_____
Hussain Kareem, Pro Se
2197 Carlysle Creek Drive,
Lawrenceville, GA 30044
Phone: 404-907-0177

U.S. Delivery Confirmation No# 0312 3190 0019 4177 7248

2