## CERTIFICATE OF SERVICE

      I, the undersign, certify that on or about February 1, 2013, I filed the foregoing document with the opposing counsel filed electronically with electronic signature and by certified mail, prepaid first class mail without using the electronic email of the counsel *to the following:*

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Margaret Whiteman Greecher
Rodney Square
1000 North King Street
Wilmington, DE 19801
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747


**EXECUTED THIS DAY ON FEBRUARY 1ST, 2013**

                                    /S/ *[signature]*
                              Hussain Kareem, Pro Se
                              2197 Carlysle Creek Drive
                              Lawrenceville, GA 30044
                              404-907-0177: Phone Line