# Notice Recipients

District/Off: 0311–1              User: JudyF                    Date Created: 2/6/2013
Case: 07–11047–CSS               Form ID: van441                Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Hussain Kareem      2197 Carlysle Creek Drive      Lawrenceville, GA 30044
intp        Hussain Kareem      2197 Carlysle Creek Drive      Lawrenceville, GA 30044

                                                                            TOTAL: 2