# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.

**Case No.:** 07–11047–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Hussain Kareem filed a Notice of Appeal on 2/6/2013 regarding the Post Judgment Order (docket #10752), Denying Claimant's Mtn for Reconsideration, (docket #10741, Amended Mtn for Reconsideration (Docket #10750) and Final Judgment on the Fact Findings and Order (docket #10713 and 10714) respectively.

The Notice of Appeal may be viewed at docket number 10763. The order on appeal may be viewed at docket number 10741see above.

David D. Bird
CLERK OF COURT

Date: 2/7/13
(VAN–440)