# Notice Recipients

District/Off: 0311−1  User: JudyF  Date Created: 2/7/2013
Case: 07−11047−CSS  Form ID: van440  Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Hahn &Hesssen LLP | Attn: Mark S. Indelicato, Esquire | 488 Madison Avenue | New York, NY 10022 | |
| cr | Hussain Kareem | 2197 Carlysle Creek Drive | Lawrenceville, GA 30044 | | |
| intp | Hussain Kareem | 2197 Carlysle Creek Drive | Lawrenceville, GA 30044 | | |
| aty | Edward L. Schnitzer | Hahn &Hessen LLP | 488 Madison Avenue | New York,, NY 10022 | |
| aty | Margaret Whiteman Greecher | Young, Conaway, Stargatt &Taylor | Rodney Square | 1000 North King Street | Wilmington, DE 19801 |
| | Steven D. Stass | AHM Liquidating Trust | P.O. Box 10550 | Melville, NY 11747 | |

TOTAL: 6