United States Bankruptcy Court
Chambers of the Honorable
   Christopher S. Sontchi
ATTN: Case Administrator
      824 N. Market Street, 5th Floor
      Wilmington, Delaware 19801

                              Feb. 1, 2013

New Address and E-mail:

MAIL:    Brad D. Fawcett
         1901 Hyde Park Street
         Suite C
         Sarasota, Florida  34239-3619

E-MAIL:   BAREYIS@YAHOO.COM
PHONE:    937-503-9152

Please subtract court fees from my $5954.86 and mail all remaining proceeds to my new address above. Information "2 pages" attached are provided to assist you with the case numbers, "APPROVAL on RULING," and the claim amount to be mailed to me.

                          Respectfully yours,

                          Brad D. Fawcett

"Your prompt attention to this RULING is appreciated."

April 26, 2008

Case Administrator
Chambers of the Honorable Christopher S. Sontchi
824 North Market Street
5th Floor
Wilmington, Delaware  19801

From:  Brad D. Fawcett
~~1518 Coventry Road, Suite 2~~   *see new address attached*
~~Dayton, Ohio  45410 - 3255~~   *Feb. 1, 2013*

American Home Mortgage (plaintiff)     vs.     Brad Fawcett (defendant)
Case Number:  2006-CV-5456                        Judge Barbara P. Gorman

On May 22, 2007, I received a Decision, Order and Entry Sustaining Defendant Brad Fawcett's Motion For Summary Judgment from The Common Pleas Court Of Montgomery County, Ohio "Civil Division". Honorable Judge Barbara P. Gorman issued the Decision, Order and Entry Sustaining "in its entirety" Defendant Brad Fawcett's Motion For Summary Judgment case 2006-CV-5456.  A full stamped copy is enclosed for your review.  This was a final appealable order and there was no appeal initiated by American Home Mortgage to the Second District Court of Appeals.
**My **Counter Claim** asks the civil court to demand plaintiff pay defendant Brad Fawcett the **total sum of $5954.86** to the defendant Brad Fawcett. The Counter Claim is included in my Answer, provided pro se, and has been ruled upon by Judge Barbara P. Gorman via the Decision, Order and Entry Sustaining Defendant Brad Fawcett's Motion For Summary Judgment. *<u>The Counter Claim total amount due is $5954.86 as stated in my Answer.</u>*
A copy of my Answer, provided pro se, is enclosed (6 pages) for your review.  Also enclosed is a copy of the case status:  status = closed.......

**Please initiate this valid claim against American Home Mortgage so that I receive the total sum of $5954.86 as full payment due via case 2006CV5456. My mail address is above, and my email address is ~~bradd88@peoplepc.com~~
Sincerely,  "~~I respectfully request your attention with any correspondence~~"



Brad Fawcett

*Brad D Fawcett*
*2-1-2013*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:     AMERICAN HOME MORTGAGE     Chapter _11_

Debtor

BRAD D. FAWCETT
~~1518 Coventry Road~~
~~Suite 2~~
~~Dayton, Ohio 45410-3255~~

Case No. __-___(__) 07-11047

Motion No. _Docket 4000_    one (1)

Objections due by:

Hearing Date:

## NOTICE OF MOTION OF _Brad D. Fawcett_ FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:    [Debtor/Debtor counsel] _PRO SE_       [Panel Trustee] —

      [Committee counsel] —       [United States Trustee] —

[The Movant] has filed a Motion for Relief from Stay which seeks the following relief: [Briefly describe relief sought]. _DEBTOR CLAIM POSTED MAY "9" 2008. (ATTACHED)_
— _(NO HEARING SCHEDULED)_ —

★ HEARING ON THE MOTION WILL BE HELD ON _____, at __ __.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:
_COPY MAILED TO: YOUNG, CONAWAY: in DELAWARE_
[Movant's attorney, address and telephone number.]     (BF)

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By: _/s/ Brad D. Fawcett_
[Counsel for the Movant] _pro se_

Local Form 106A