# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** | **Case No.:** 07–11047–CSS |
| American Home Mortgage Holdings, Inc. | |
| | **Chapter:** 11 |

Notice of Filing Fee(s) Due<br>
Re: Docket # 10763

Dear Mr. Kareem:

    On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

X   On 2/6/2013, you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $ 298 was due with the filing.

    On , you filed Schedules/Statements in which additional creditors were added. A filing fee in the amount of $ is due.

    On , you filed a Motion for Relief from Stay. A filing fee in the amount of $ is due.

    A Motion to Convert the above case was filed on . Please remit $ fee for the conversion of the Jointly Administered Cases.

    Pursuant to the Order for Relief entered , the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

    A Motion to Withdraw the Reference was filed in the above case on . Please remit $ fee for the motion. The motion will not be transmitted to District Court for consideration until the fee is paid.

    Other:

**Please remit funds to the Court at the following address by no later than 2/13/2013.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*/s/ David D. Bird*

Clerk of Court

Date: 2/6/13                                                                      By: Judy Fisher, Deputy Clerk

(VAN–441)

```
                          United States Bankruptcy Court
                               District of Delaware
In re:                                                         Case No. 07-11047-CSS
American Home Mortgage Holdings, Inc.                          Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: JudyF                  Page 1 of 9                  Date Rcvd: Feb 06, 2013
                              Form ID: van441              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
cr           +Hussain Kareem,    2197 Carlysle Creek Drive,    Lawrenceville, GA 30044-2274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*        +Hussain Kareem,    2197 Carlysle Creek Drive,    Lawrenceville, GA 30044-2274
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0311-1           User: JudyF                 Page 2 of 9                  Date Rcvd: Feb 06, 2013
                               Form ID: van441             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2013 at the address(es) listed below:

    A. Michelle Hart  on behalf of Creditor  America's Servicing Company BkMail@prommis.com
    Adam Hiller  on behalf of Attorney  Draper & Goldberg, P.L.L.C. ahiller@hillerarban.com
    Adam G. Landis  on behalf of Creditor  JPMorgan Chase Bank, N.A. landis@lrclaw.com,
     adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
    Adam R. Elgart  on behalf of Interested Party  Regions Mortgage, Inc. aelgart@mwm-law.com,
     mweisberg@mwm-law.com
    Adam T Klein  on behalf of Plaintiff  Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen,
     Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf
     of all other persons similarly situated atk@outtengolden.com
    Alan Michael Root  on behalf of Attorney  Hahn & Hesssen LLP root@blankrome.com,
     senese@blankrome.com
    Alex R. Rovira  on behalf of Creditor  J.P. Morgan Acceptance Corporation I and related entities
     arovira@sidley.com, stattan@sidley.com;emcdonnell@sidley.com;kstark@sidley.com
    Amanda Marie Winfree  on behalf of Creditor  Aurora Loan Services LLC awinfree@ashby-geddes.com
    Amanda R. Steele  on behalf of Creditor  Federal Housing Finance Agency as Conservator
     steele@rlf.com, greer@rlf.com
    Amy D. Brown  on behalf of Creditor  Shoreham Viewridge, LLC d/b/a Shoreham Place
     abrown@margolisedelstein.com
    Andrea Sheehan  on behalf of Creditor  Carrollton-Farmers Branch ISD sheehan@txschoollaw.com,
     coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
    Annie Verdries  on behalf of Creditor  MNL Global Inc verdries@lbbslaw.com
    Barry M. Klayman  on behalf of Creditor  Triad Guaranty Insurance Corp. bklayman@cozen.com
    Benjamin W. Keenan  on behalf of Creditor  CIFG Assurance North America, Inc.
     bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
    Bonnie Glantz Fatell  on behalf of Plaintiff  The Official Committee of Unsecured Creditors of
     American Home Mortgage Holdings, Inc., et al. fatell@blankrome.com,
     senese@blankrome.com;moody@blankrome.com
    Bonnie Glantz Fatell  on behalf of Attorney  Blank Rome LLP fatell@blankrome.com,
     senese@blankrome.com;moody@blankrome.com
    Bonnie Glantz Fatell  on behalf of Defendant  Corporate Resources Group, LLC
     fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
    Bradford J. Sandler  on behalf of Interested Party  Vantage Pointe Capital, LLC
     bsandler@pszjlaw.com
    Brett D. Fallon  on behalf of Creditor  CitiMortgage, Inc. bfallon@morrisjames.com,
     wweller@morrisjames.com;jdawson@morrisjames.com
    Brian Salwowski  on behalf of Creditor  Indiana Department Of Revenue-Bankruptcy Division
     bsalwowski@atg.state.in.us
    Brian A. Sullivan  on behalf of 3rd Pty Defendant  NewWave Technologies, Inc.
     bsullivan@werbsullivan.com, abrown@werbsullivan.com
    Brian J. McLaughlin  on behalf of Defendant  Trusted Force, LLC d/b/a Trustedforce
     bmclaughlin@monlaw.com
    Brian L. Arban  on behalf of Interested Party  Federal Deposit Insurance Corporation
     barban@hillerarban.com
    Brya M. Keilson  on behalf of Creditor  Fidelity and Deposit Company of Maryland, its affliates,
     parents and subsidiaries, including, but not limited to Zurich American Insurance Company
     delawarebankruptcy@eckertseamans.com, bkeilson@eckertseamans.com
    Carl D. Neff  on behalf of Defendant  CFN Finance, Inc. cneff@ciardilaw.com,
     vfrew@ciardilaw.com;ddorgan@ciardilaw.com
    Carl N Kunz  on behalf of Plaintiff  Community Development Administration, a governmental unit
     of the Department of Housing and Community Development, a principal department of Maryland state
     government ckunz@morrisjames.com
    Carl N. Kunz  on behalf of Defendant  Bellagio ckunz@morrisjames.com,
     wweller@morrisjames.com;jdawson@morrisjames.com
    Carmella P. Keener  on behalf of Interested Party  Federal Home Loan Bank of Boston
     ckeener@rmgglaw.com
    Carol E. Momjian  on behalf of Creditor  Commonwealth of PA cmomjian@attorneygeneral.gov
    Catherine Steege  on behalf of Creditor  Fannie Mae csteege@jenner.com,
     docketing@jenner.com;dhixson@jenner.com
    Charlene D. Davis  on behalf of Interested Party  Lehman Brothers Inc. bankserve@bayardlaw.com,
     cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.co
     m
    Charles J. Brown  on behalf of Creditor  AT&T Inc. cbrown@gsbblaw.com, dabernathy@archerlaw.com
    Christina M. Thompson  on behalf of Creditor  Inland US Management, LLC
     cthompson@connollygallagher.com
    Christopher A. Ward  on behalf of Interested Party  Goldman Sachs Mortgage Company
     cward@polsinelli.com, LSuprum@Polsinelli.com
    Christopher Dean Loizides  on behalf of Defendant  Moody's Investors Service, Inc.
     loizides@loizides.com
    Christopher M. Samis  on behalf of Interested Party  The Bank of New York samis@rlf.com,
     rbgroup@rlf.com
    Christopher Page Simon  on behalf of Creditor  Fannie Mae csimon@crosslaw.com
    Christopher R. Belmonte  on behalf of Interested Party cbelmonte@ssbb.com, pbosswick@ssbb.com,
     managingclerk@ssbb.com,asnow@ssbb.com
    Craig J. Ziady  on behalf of Creditor  Cummings Properties, LLC legal@cummings.com
    Curtis A. Hehn  on behalf of Attorney  Pachulski Stang Ziehl & Jones LLP chehn@pszjlaw.com
    Curtis J Crowther  on behalf of Debtor  American Home Mortgage Holdings, Inc.
     bankfilings@ycst.com, ccrowther@ycst.com

```
District/off: 0311-1              User: JudyF              Page 3 of 9              Date Rcvd: Feb 06, 2013
                                  Form ID: van441          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Cynthia E Moh    on behalf of Defendant  FEDEX CORPORATION and FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. d/b/a FEDEX KINKO'S cbaldwin@eapdlaw.com,   charlotte.neuberger@dlapiper.com

          Dana S. Plon    on behalf of Creditor  Fidelity Court Associates dplon@sirlinlaw.com

          Daniel C. Kerrick    on behalf of Creditor  CBS Outdoor Inc. dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com

          Daniel I. Barness    on behalf of Interested Party dbarness@smhbhlaw.com

          Daniel K. Hogan    on behalf of Creditor  Sun Life Assurance Company of Canada (U.S.) dkhogan@dkhogan.com,   keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com

          Danielle S. Blount    on behalf of Defendant  Home Buyers Marketing II, Inc. d/b/a HBM II Fulfillment Center dblount@foxrothschild.com,   dkemp@foxrothschild.com

          David B. McCall    on behalf of Creditor  City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

          David B. Stratton    on behalf of Mediator David Stratton strattond@pepperlaw.com, wlbank@pepperlaw.com

          David G. Aelvoet    on behalf of Creditor  Bexar County davida@publicans.com

          David L. Finger    on behalf of Creditor Christian Kohl dfinger@delawgroup.com

          David M. Fournier    on behalf of Defendant   EPLUS TECHNOLOGY, INC. fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

          David P. Primack    on behalf of Defendant  Robert Half International Inc. d/b/a OfficeTeam dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com

          David W. Carickhoff    on behalf of Attorney  Blank Rome LLP carickhoff@blankrome.com, senese@blankrome.com

          David W. Huston    on behalf of Defendant  MVCC Sierra LLC d/b/a Mountainview Corporate Centre smccoll@aol.com,   dwh@hustonlaw.net;swaits@hustonlaw.net

          Dean  Kawamoto    on behalf of Interested Party  Federal Home Loan Bank of Boston dkawamoto@kellerrohrback.com

          Denise Seastone Kraft    on behalf of Creditor  Countrywide Home Loans, Inc. denise.kraft@dlapiper.com

          Derek W. Loeser    on behalf of Interested Party  Federal Home Loan Bank of Boston dloeser@kellerrohrback.com, jtuatoo@kellerrohrback.com;eriley@kellerrohrback.com;dwilcher@kellerrohrback.com

          Diane W. Sanders    on behalf of Creditor  Bexar County austin.bankruptcy@publicans.com

          Don A. Beskrone    on behalf of Creditor  American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group dbeskrone@ashby-geddes.com

          Donald J. Bowman    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Donna L. Culver    on behalf of Defendant  Touch LLC dculver@mnat.com, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

          Donna L. Culver    on behalf of Plaintiff  Financial Guaranty Insurance Company dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

          Donna L. Harris    on behalf of Creditor  TPRF/THC HavenPark, LLC dharris@phw-law.com

          Duane David Werb    on behalf of Creditor  1140 Galaxy Way, Inc. maustria@werbsullivan.com;riorii@werbsullivan.com

          Edward J. Kosmowski    on behalf of Debtor  American Home Mortgage Holdings, Inc. ekosmowski@epiqsystems.com

          Edward L. Schnitzer    on behalf of Attorney  Official Committee of Unsecured Creditors eschnitzer@hahnhessen.com, jsmith@hahnhessen.com;kprimm@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;jzawadzki@hahnhessen.com;kcraner@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com

          Edward Patrick O'Brien    on behalf of Defendant  Reckson Australia Portfolio Clearing eobrien@sbchlaw.com

          Edwin J. Harron    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Elihu Ezekiel Allinson, III    on behalf of Creditor Julia Trister ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

          Elizabeth  Banda Calvo    on behalf of Creditor  Arlington ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com

          Elizabeth A. Sloan    on behalf of Plaintiff  The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. sloan@blankrome.com

          Ellen W. Slights    on behalf of Creditor  United States/USAO usade.ecfbankruptcy@usdoj.gov

          Epiq Bankruptcy Solutions LLC     nmrodriguez@epiqsystems.com

          Eric J. Haber    on behalf of Mediator Eric Haber ehaber@cooley.com

          Eric J. Monzo    on behalf of Defendant  Bellagio emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

          Eric J. Snyder    on behalf of Defendant  The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries esnyder@wilkauslander.com

          Eric Lopez Schnabel    on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee de.ecf@Dorsey.com

          Eric Michael Sutty    on behalf of Interested Party  Bracebridge Capital, LLC ems@elliottgreenleaf.com

          Eric Michael Sutty    on behalf of Plaintiff  Natixis Real Estate Capital Inc. ems@elliottgreenleaf.com

          Eric T. Ray    on behalf of Creditor  Alabama Power Company eray@balch.com,   bevans@balch.com

          Erin  Edwards    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Evelyn J. Meltzer    on behalf of Creditor  Deutsche Bank National Trust Company meltzere@pepperlaw.com,   lanoc@pepperlaw.com;wlbank@pepperlaw.com

          Francis A. Monaco    on behalf of Creditor  Barclays Bank PLC fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

          Francis J. Trzuskowski    on behalf of Creditor  Champion & Associates, P. C. fjt@elzufon.com

```
District/off: 0311-1          User: JudyF              Page 4 of 9               Date Rcvd: Feb 06, 2013
                              Form ID: van441          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Fred Barakat  on behalf of Defendant Corporate Resources Group, LLC , paralegal_fredlaw@verizon.net
  Frederick Brian Rosner  on behalf of 3rd Party Plaintiff Digital Storage Solutions, Inc. rosner@teamrosner.com
  Frederick Brian Rosner  on behalf of Interested Party De Lage Landen Financial Services, Inc. fbrosner@duanemorris.com
  Gabriel R. MacConaill  on behalf of Attorney Official Committee of Unsecured Creditors gmacconaill@sidley.com, bankruptcy@potteranderson.com
  Garvan F. McDaniel  on behalf of Attorney Official Committee of Unsecured Creditors gmcdaniel@bglawde.com
  Geoffrey S. Aaronson  on behalf of Creditor Craven-Shaffer-North Bay Village gaaronson@aaronsonpa.com
  George Rosenberg  on behalf of Creditor Treasurer of Arapahoe County grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us
  Gregory Alan Taylor  on behalf of Creditor American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group gtaylor@ashby-geddes.com
  Gregory W. Werkheiser  on behalf of Defendant Barclays Bank PLC gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
  Guy B. Moss  on behalf of Creditor SOVEREIGN BANK gmoss@riemerlaw.com
  Helen Elizabeth Weller  on behalf of Creditor Angelina County dallas.bankruptcy@publicans.com
  Hilary B Bonial  on behalf of Creditor CitiMortgage, Inc. notice@bkcylaw.com
  Ian Connor Bifferato  on behalf of Interested Party The Official Committee of Unsecured Creditors cbifferato@bifferato.com
  Ira M. Levee  on behalf of Attorney Lowenstein Sandler PC ilevee@lowenstein.com, krosen@lowenstein.com
  Jacob Charles Cohn  on behalf of Plaintiff Triad Guaranty Insurance Corp. jcohn@cozen.com, irosenberg@cozen.com
  James Tobia  on behalf of Defendant P.M.C. Investigations & Security, Inc. jimtobia@comcast.net;bankserve@tobialaw.com
  James C. Tecce  on behalf of Defendant American Home Mortgage Acceptance, Inc. jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
  James E. Huggett  on behalf of Creditor David Michaud jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
  James F. Bailey  on behalf of Interested Party Gloria Kirk jbailey@jfbailey.com, lharris@jfbailey.com
  James K. Pendergrass, Jr.  on behalf of Creditor Sun Life Assurance Company of Canada tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com
  James L. Patton  on behalf of Debtor American Home Mortgage Holdings, Inc. bankfilings@ycst.com
  James S. Green, Jr.  on behalf of Counter-Claimant JPMorgan Chase Bank, N.A. green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
  Jami B. Nimeroff  on behalf of Creditor Microsoft Corporation jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
  Jason M. Madron  on behalf of Creditor LBA Melville Associates madron@rlf.com, rbgroup@rlf.com
  Jason W. Harbour  on behalf of Attorney Hunton & Williams LLP jharbour@hunton.com
  Jeanne Morton  on behalf of Creditor America's Servicing Company bkmail@prommis.com, jnm@mccallaraymer.com
  Jeffrey R. Waxman  on behalf of Creditor CitiMortgage, Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
  Jeffrey S. Margolin  on behalf of Creditor James W. Giddens, as Trustee for Lehman Brothers Inc. margolin@hugheshubbard.com, lubell@hugheshubbard.com
  Jennifer Leigh Best  on behalf of Creditor United States Internal Revenue Service jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
  Jeremy C. Kleinman  on behalf of Defendant Experian Information Solutions, Inc. jkleinman@fgllp.com, ccarpenter@fgllp.com
  Joel A. Waite  on behalf of Debtor American Home Mortgage Holdings, Inc. bankfilings@ycst.com
  John C. Phillips  on behalf of Creditor American Lien Fund, L.P. tlb@pgslaw.com;scs@pgslaw.com
  John D. Demmy  on behalf of Defendant Commonwealth Edison Company dba ComEd jdd@stevenslee.com
  John H. Strock  on behalf of Creditor JPMorgan Chase Bank, N.A. jstrock@foxrothschild.com, dkemp@foxrothschild.com
  John P. Dillman  on behalf of Creditor Angelina County houston_bankruptcy@publicans.com
  John R. Ashmead  on behalf of Interested Party Deutsche Bank Trust Company Americas ashmead@sewkis.com
  John R. Weaver  on behalf of Creditor Banc of America Leasing and Capital, LLC jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com
  John T. Carroll  on behalf of Interested Party Citibank, N.A. jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
  John T. Dorsey  on behalf of Defendant American Home Mortgage Acceptance, Inc. bankfilings@ycst.com
  John W. Butler  on behalf of Creditor City of Fraser info@butler-butler.com, jbutler@butler-butler.com
  Jon M. Egan  on behalf of Creditor Zoa Nielsen jegan@eganlegalteam.com, mlauzier@eganlegalteam.com
  Jonathan B. Alter  on behalf of Defendant McKee Nelson LLP n/k/a Bingham McCutchen LLP jonathan.alter@bingham.com
  Jordan A. Kroop  on behalf of Interested Party Squire, Sanders & Dempsey L.L.P. jordan.kroop@squiresanders.com, karen.graves@squiresanders.com;bradley.cosman@squiresanders.com;thomas.salerno@squiresanders.com

```
District/off: 0311-1          User: JudyF                 Page 5 of 9                  Date Rcvd: Feb 06, 2013
                              Form ID: van441             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph D. Frank    on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
        Joseph J. Bodnar    on behalf of Attorney   Official Committee of Unsecured Creditors jbodnar@BodnarLaw.net, jjbodn@aol.com
        Joseph J. McMahon    on behalf of Defendant   CFN Finance, Inc. jmcmahon@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;jclarke@ciardilaw.com
        Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
        Julius O. Curling    on behalf of Interested Party curlingj@michigan.gov
        Justin Cory Falgowski    on behalf of Creditor   Federal Home Loan Mortgage Corporation jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
        Justin K. Edelson    on behalf of Attorney   Polsinelli Shughart PC jedelson@polsinelli.com, LSuprum@Polsinelli.com
        Justin M. Swartz    on behalf of Plaintiff   Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated jms@outtengolden.com
        Kara Hammond Coyle    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Karen B. Skomorucha Owens    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC kskomorucha@ashby-geddes.com
        Karen C Bifferato    on behalf of Creditor   Inland US Management, LLC kbifferato@connollygallagher.com
        Karen J. Stapleton    on behalf of Creditor   County of Loudoun, Virginia Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
        Karen M. Grivner    on behalf of Defendant   Drew & Rogers, Inc. kgrivner@thorpreed.com, sambrose@thorpreed.com
        Karon Y. Wright    on behalf of Creditor   Travis County karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
        Kathleen A. Murphy    on behalf of Defendant   Qwest Business and Government Services, Inc. kmurphy@reedsmith.com
        Kathleen M. Miller    on behalf of Defendant   Broker Agent Magazine, LLC kmiller@skjlaw.com, dlm@skjlaw.com
        Kelly M. Conlan    on behalf of 3rd Pty Defendant   Digitech Systems, Inc. kconlan@connollygallagher.com
        Kelly W. Wright    on behalf of Creditor   Salt Lake County Treasurer kwright@slco.org
        Kenneth J. Enos    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Kenneth P Silverman    on behalf of Mediator Kenneth Silverman KSilverman@SilvermanAcampora.com, LKatz@SilvermanAcampora.com
        Kevin G. Collins    on behalf of Spec. Counsel   Bifferato LLC kevin.collins@btlaw.com, pgroff@btlaw.com
        Kevin J Mangan    on behalf of Counter-Claimant   Triad Guaranty Insurance Corp. kmangan@wcsr.com, hsasso@wcsr.com
        Kimberly Ellen Connolly Lawson    on behalf of Creditor   Federal Home Loan Mortgage Corporation klawson@reedsmith.com
        Kimberly Luff Wakim    on behalf of Defendant   Advisor Centric, Inc. kwakim@thorpreed.com, jdingfelder@thorpreed.com
        Kristi J. Doughty    on behalf of Creditor   Aurora Loan Services LLC bk.service@aulgur.com
        Kurt F. Gwynne    on behalf of Creditor   The Palmer House Hilton kgwynne@reedsmith.com, llankford@reedsmith.com
        L. Jason Cornell    on behalf of Defendant   On Guard Security Services, Inc. jcornell@foxrothschild.com, slynch@foxrothschild.com
        Laura L. McCloud    on behalf of Creditor   Tennessee Department of Revenue agbankdelaware@ag.tn.gov
        Laurie S. Polleck    on behalf of Defendant   Elite Fire Protection Inc. lauriespolleck@aol.com, polleck@loizides.com
        Laurie Selber Silverstein    on behalf of Creditor   Bank of America N.A. bankruptcy@potteranderson.com
        Lee Harrington    on behalf of Creditor   Deutsche Bank National Trust Company lharrington@nixonpeabody.com
        Legrand L. Clark, III    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division legrand.clark@atg.in.gov, james.green@atg.in.gov
        Leonora K. Baughman    on behalf of Creditor   Oakland County Treasurer lbaughman@kaalaw.com, ecf@kaalaw.com
        Lisa Cresci McLaughlin    on behalf of Creditor   FRMC Financial, Inc. mmo@pgslaw.com;scs@pgslaw.com
        Lisa L. Coggins    on behalf of Spec. Counsel   Ferry, Joseph & Pearce, P.A. lcoggins@ferryjoseph.com
        Lisa R. Hatfield    on behalf of Creditor   Aurara Loan Services, LLC as servicer for Mortgage Electronic Registration, Inc., as nominee for HLB Mortgage lhatfield@closingsource.net, DEECF@closingsource.net;ESerrano@closingsource.net;jsegal@closingsource.net
        Lorraine S. McGowen    on behalf of Creditor   Nomura Credit & Capital, Inc. lmcgowen@orrick.com, aenglund@orrick.com
        Lucian Borders Murley    on behalf of Creditor   Securitization Trusts , lmurley@saul.com;rwarren@saul.com
        Luke Phillip Hodgin    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division luke.hodgin@atg.in.gov, james.green@atg.in.gov
        M. Blake Cleary    on behalf of Defendant   American Home Mortgage Acceptance, Inc. bankfilings@ycst.com

```
District/off: 0311-1          User: JudyF                  Page 6 of 9              Date Rcvd: Feb 06, 2013
                              Form ID: van441              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Madeleine Carmel Wanslee   on behalf of Creditor   Maricopa County Treasurer mwanslee@gustlaw.com, tkendell@gustlaw.com
- Marc J. Phillips   on behalf of Creditor   Los Angeles County Treasurer and Tax Collector mphillips@regerlaw.com
- Marc Stephen Casarino   on behalf of Creditor   ACE American Insurance Company casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Margaret Fleming England   on behalf of Counter-Defendant   Calyon New York Branch mfe@darbylawllc.com
- Margaret Whiteman Greecher   on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
- Maria Ann Milano   on behalf of Defendant   Microsoft Corporation f/k/a Microsoft Licensing, Inc. d/b/a Microsoft Licensing, GP mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
- Maria Aprile Sawczuk   on behalf of Interested Party   Aurora Loan Services, LLC marias@drapgold.com
- Maribeth L Minella   on behalf of Defendant   American Home Mortgage Acceptance, Inc. bankfilings@ycst.com
- Marikae G. Toye   on behalf of Creditor   State Of New Jersey, Division of Taxation marikae.toye@dol.lps.state.nj.us
- Mark Browning   on behalf of Creditor   Texas Comptroller Of Public Accounts BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
- Mark Minuti   on behalf of Creditor   American Home Mortgage Servicing, Inc. mminuti@saul.com, rwarren@saul.com
- Mark D. Collins   on behalf of Creditor   ABN AMRO Bank N.V. rbgroup@rlf.com
- Mark D. Olivere   on behalf of Interested Party   Countrywide Home Loans, Inc. olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com
- Mark E. Felger   on behalf of Mediator Mark Felger mfelger@cozen.com, mmillis@cozen.com
- Mark S. Chehi   on behalf of Defendant   DELOITTE & TOUCHE LLP mark.chehi@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;mirjana.mirkovic@skadden.com;wendy.lamanna@skadden.com
- Mark S. Indelicato   on behalf of Plaintiff   Steven D. Sass, As Plan Trustee Of The American Home Mortgage Plan Trust mindelicato@hahnhessen.com, kcraner@hahnhessen.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;ckang@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com
- Mark T Hurford   on behalf of Respondent   Citigroup Global Markets Inc. mhurford@camlev.com
- Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@dslextreme.com
- Martin A. Mooney   on behalf of Creditor   DCFS Trust jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com
- Martin J. Davis   on behalf of Interested Party martin.davis@ots.treas.gov
- Marvin E. Sprouse   on behalf of Defendant   ILINC COMMUNICATIONS, INC. msprouse@jw.com, kgradney@jw.com;ccthomas@jw.com
- Mary Caloway   on behalf of Creditor   HSI Asset Securitization Corporation and HSBC Bank USA, National Association mary.caloway@bipc.com
- Mary A. Schmergel   on behalf of Creditor   United States of America (on behalf of the Government National Mortgage Association) mary.schmergel@usdoj.gov
- Mary E. Augustine   on behalf of Defendant   Outsource Solutions, LLC maugustine@bglawde.com
- Mary E. Augustine   on behalf of Interested Party   Hazeltine Gates LLC maugustine@bglawde.com
- Matthew B. McGuire   on behalf of Counter-Claimant   JPMorgan Chase Bank, N.A. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Matthew Barry Lunn   on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
- Matthew P. Austria   on behalf of Defendant   CT Networks, Inc. maustria@werbsullivan.com
- Michael Reed   on behalf of Creditor   County Of Denton decourts@mvbalaw.com
- Michael E. Meyers   on behalf of Creditor   Charles County, Maryland bdept@mrrlaw.net
- Michael G. Busenkell   on behalf of Counter-Defendant   Calyon New York Branch mbusenkell@gsbblaw.com
- Michael Gregory Wilson   on behalf of Creditor   Calyon New York Branch mwilson@hunton.com, shislop@hunton.com
- Michael Jason Barrie   on behalf of Creditor   Liberty Property Limited Partnership mbarrie@beneschlaw.com, ehein@beneschlaw.com;docket@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;rlemisch@beneschlaw.com
- Michael Joseph Joyce   on behalf of Defendant   Showcase of Agents, L.L.C. mjoyce@crosslaw.com
- Michael P. Migliore   on behalf of Defendant   Broker Agent Magazine, LLC mpm@skjlaw.com
- Michael P. Morton   on behalf of Defendant   Baltimore Gas and Electric Company d/b/a BGE mpmpa@aol.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
- Michael R. Lastowski   on behalf of Creditor   Impac Funding Corporation mlastowski@duanemorris.com
- Michael R. Sew Hoy   on behalf of Creditor   United States of America (on behalf of the Federal Housing Administration) michael.r.sew.hoy@usdoj.gov
- Michael S. Neiburg   on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
- Michael Seth Etkin   on behalf of Auctioneer   Investors and the Class metkin@lowenstein.com
- Michael W. Yurkewicz   on behalf of Defendant   WAREHOUSELINE, LTD. myurkewicz@klehr.com
- Mona A. Parikh   on behalf of Interested Party   Securities Industry and Financial Markets Association mona.parikh@bipc.com
- Nancy Hotchkiss   on behalf of Creditor   COWIFI Ironpoint nhotchkiss@trainorfairbrook.com

```
District/off: 0311-1           User: JudyF                 Page 7 of 9                  Date Rcvd: Feb 06, 2013
                               Form ID: van441             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nancy A. Connery   on behalf of Interested Party  STWB, Inc. nconnery@schoeman.com,
        jspin@schoeman.com;gcarrion@schoeman.com
        Nancy F. Loftus   on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nathan D. Grow   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Nicola G. Suglia   on behalf of Interested Party fleischercases@fleischerlaw.com
        Norman Christopher Griffiths   on behalf of Creditor  ORIX Capital Markets, LLC
        cgriffiths@cblh.com
        Norman M. Monhait   on behalf of Counter-Defendant  Broadhollow Funding, LLC nmonhait@rmgglaw.com
        Norman P. Fivel   on behalf of Creditor  New York State Department of Taxation and Finance
        norman.fivel@oag.state.ny.us
        Patricia H. Schrage   on behalf of Interested Party schragep@sec.gov
        Patricia P. McGonigle   on behalf of Defendant  Ajilon Professional Staffing, LLC
        pmcgonigle@svglaw.com,  dclack@svglaw.com
        Patrick A. Jackson   on behalf of Counter-Defendant  American Home Mortgage Investment Corp.
        bankfilings@ycst.com
        Patrick J. Reilley   on behalf of Creditor  Drew & Rogers, Inc. preilley@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
        Patrick M. Brannigan   on behalf of Defendant  Showcase of Agents, L.L.C. pbrannigan@crosslaw.com
        Paul J. Pascuzzi   on behalf of Creditor  California Housing Finance Agency ppascuzzi@ffwplaw.com
        Pauline K. Morgan   on behalf of Attorney  Young Conaway Stargatt & Taylor, LLP
        bankfilings@ycst.com
        Peter James Duhig   on behalf of Creditor  HSI Asset Securitization Corporation and HSBC Bank USA,
        National Association peter.duhig@bipc.com,  tammy.rogers@bipc.com
        R. Craig Martin   on behalf of Creditor  Countrywide Home Loans, Inc. craig.martin@dlapiper.com,
        charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
        R. Frederick Linfesty   on behalf of Creditor  Iron Mountain Information Management, Inc.
        bankruptcy@ironmountain.com
        R. Karl Hill   on behalf of Creditor  Massachusetts Mutual Life Insurance Company
        khill@svglaw.com,  cday@svglaw.com
        R. Stephen McNeill   on behalf of Counter-Claimant  Bank of America, N.A.
        bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
        Rachel B. Mersky   on behalf of Defendant  THE RICHARD MICHAEL GROUP, INC. rmersky@monlaw.com
        Rafael Xavier Zahralddin-Aravena   on behalf of Creditor  FNC, Inc. rxza@elliottgreenleaf.com
        Raymond H. Lemisch   rlemisch@beneschlaw.com,  ehein@beneschlaw.com
        Raymond Howard Lemisch   on behalf of Interested Party  DDR Southeast Fountains, L.L.C.
        rlemisch@beneschlaw.com,
        jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
        Raymond Howard Lemisch   on behalf of Mediator Raymond Lemisch rlemisch@adelmanlaw.com,
        adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com
        Reed A. Heiligman   on behalf of Defendant  Experian Information Solutions, Inc.
        rheiligman@fgllp.com,  ccarpenter@fgllp.com
        Regina A. Iorii   on behalf of Creditor  1140 Galaxy Way, Inc. riorii@werbsullivan.com
        Rene S. Roupinian   on behalf of Plaintiff  Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan
        Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on
        behalf of all other persons similarly situated rsr@outtengolden.com,
        jxh@outtengolden.com;cbrann@outtengolden.com;sechegaray@outtengolden.com
        Ricardo Palacio   on behalf of Creditor  United Guaranty Services, Inc., United Guaranty
        Residential Insurance Company and United Guaranty Mortgage Indemnity Company
        rpalacio@ashby-geddes.com
        Richard A. Barkasy   on behalf of Creditor  Liberty Property Limited Partnership
        rbarkasy@schnader.com
        Richard W. Riley   on behalf of Creditor  Aon Consulting, Inc. and Aon Investment Consulting,
        Inc. rwriley@duanemorris.com
        Rick S. Miller   on behalf of Creditor Alison Zea rmiller@ferryjoseph.com,
        dsacconey@ferryjoseph.com
        Robert A. McCall   on behalf of Creditor  Champion & Associates, P. C. rmccall@peabodyarnold.com
        Robert A. Trodella, Jr.   on behalf of Creditor  Washington Mutual Bank FA rtrodella@jonesday.com,
        mplace@jonesday.com
        Robert E. Greenberg   on behalf of Interested Party rgreenberg@dclawfirm.com,
        tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
        Robert K. Beste   on behalf of Defendant  First American Flood Data Services, Inc.
        rbeste@cohenseglias.com,  swilliams@cohenseglias.com,susdin@cohenseglias.com,
        searle@cohenseglias.com
        Robert S. Brady   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Robert T. Aulgur   on behalf of Creditor  CitiMortgage, Inc bk.service@aulgur.com
        Robert W. Mallard   on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee
        mallard.robert@dorsey.com
        Roland Gary Jones   on behalf of Defendant  P.M.C. Investigations & Security, Inc.
        rgjresearch3@gmail.com
        Ronald L. Cohen   on behalf of Attorney  Seward & Kissel LLP cohen@sewkis.com
        Ronald S. Gellert   on behalf of Creditor  Fidelity and Deposit Company of Maryland, its
        affliates, parents and subsidiaries, including, but not limited to Zurich American Insurance
        Company rgellert@gsbblaw.com
        Russell C. Silberglied   on behalf of Interested Party  The Bank of New York silberglied@rlf.com,
        rbgroup@rlf.com
        Russell S. Long   on behalf of Interested Party ,  porin@dkattorneys.com
        Ryan M. Bartley   on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Ryan O. Lawlor   on behalf of Creditor Brett Lotsoff ryan.lawlor@bryancave.com

```
District/off: 0311-1          User: JudyF              Page 8 of 9             Date Rcvd: Feb 06, 2013
                              Form ID: van441          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Samuel B. Garber    on behalf of Creditor   General Growth Management, Inc. ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
          Sandra G.M. Selzer    on behalf of Interested Party   AH Mortgage Acquisition Co., Inc. selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;dellitdock@gtlaw.com
          Scott J. Leonhardt    on behalf of Defendant   Blackrock Financial Management, Inc. leonhardt@teamrosner.com
          Scott K. Levine    on behalf of Interested Party   De Lage Landen Financial Services, Inc. slevine@platzerlaw.com,  esalan@platzerlaw.com;tsadutto@platzerlaw.com
          Sean D. Malloy    on behalf of Attorney Ronald Bergum smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com
          Sean Matthew Beach    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Seth A. Niederman    on behalf of Defendant   Mortgage Guaranty Insurance Corporation sniederman@foxrothschild.com, dkemp@foxrothschild.com
          Sharon M Zieg    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc., successor in interest to Oracle USA, Inc., and Oracle Corporation schristianson@buchalter.com,  cmcintire@buchalter.com
          Shelley A. Kinsella    on behalf of Creditor   WILMINGTON TRUST COMPANY sak@elliottgreenleaf.com
          Sherry  Lowe Johnson    on behalf of Creditor   National City Commercial Capital Company, LLC sjohnson@dilworthlaw.com
          Sheryl L. Moreau    on behalf of Creditor   Missouri Department Of Revenue deecf@dor.mo.gov
          Sommer Leigh Ross    on behalf of Creditor   Homesales, Inc. slross@duanemorris.com
          Stanley B. Tarr    on behalf of Trustee   Steven D. Sass, Plan Trustee tarr@blankrome.com
          Stephan William Milo    on behalf of Defendant   Capital Contractors, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie Noble Tickle    on behalf of Defendant   CB Contractors, Inc. snoble@margolisedelstein.com
          Stephen B. Porterfield    on behalf of Creditor   Hoover Court, LLC sporterfield@sirote.com
          Stephen W. Spence    on behalf of Defendant   R.J. Foote Floors in Fashions, Inc. (a/k/a R.J. Foote Floor-in-Fashion Inc.) ss@pgslaw.com,  scs@pgslaw.com
          Steven K. Kortanek    on behalf of Creditor   Credit Suisse First Boston Mortgage Capital LLC,, Credit Suisse First Boston LLC. Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman Islands Branch, and its affiliates skortanek@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com
          Steven R. Lefkofsky    on behalf of Creditor   InnerWorkings, Inc. tszewczul@lgpclaw.com
          Stuart M. Brown    on behalf of Creditor   Countrywide Home Loans, Inc. stuart.brown@dlapiper.com
          Susan R. Fuertes    on behalf of Creditor   ALDINE INDEPENDENT SCHOOL DISTRICT susan.fuertes@lgbs.com
          Tally F. Parker    on behalf of Creditor   City of Irving, TX (Tax) shanimo1965@yahoo.com
          Tanya E. Pino    on behalf of Defendant   Ricoh Americas Corporation tepino@prickett.com
          Teresa K.D. Currier    on behalf of Creditor   Societe Generale tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com
          Thomas F. Driscoll    on behalf of Spec. Counsel   Bifferato LLC tdriscoll@bifferato.com
          Thomas G. Macauley    on behalf of Interested Party   Certain Individuals bankr@zuckerman.com
          Timothy W. Brink    on behalf of Defendant   INNERWORKINGS, INC. timothy.brink@dlapiper.com
          Tina Niehold Moss    on behalf of Interested Party   Law Debenture Trust Company of New York, as Indenture Trustee tmoss@perkinscoie.com
          Tobey M. Daluz    on behalf of Creditor   Countrywide Home Loans, Inc. daluzt@ballardspahr.com
          Todd Charles Schiltz    on behalf of Creditor   Wells Fargo Bank, N.A. todd.schiltz@dbr.com, mahassein.johnson@dbr.com
          Travis N. Turner    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Tyler B. Jones    on behalf of Creditor   American Home Mortgage Servicing, Inc. notice@bkcylaw.com
          United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
          Victoria A. Guilfoyle    on behalf of Attorney   Official Committee of Unsecured Creditors guilfoyle@blankrome.com
          Victoria A. Guilfoyle    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. guilfoyle@blankrome.com
          Victoria W. Counihan    on behalf of Defendant   Attorneys' Title Insurance Fund, Inc. victoria.counihan@state.de.us
          Virginia Whitehill Guldi    on behalf of Interested Party   National Credit Union Administration Board vguldi@zuckerman.com
          Whitney  Groff    on behalf of Creditor   America's Servicing Company ecfmail@aclawllp.com
          William  Novotny    on behalf of Creditor   Waterfall Shopping Center Inc. WNovotny@dickinsonwright.com
          William A. Hazeltine    on behalf of Creditor   MERS Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Creditor Mary O'Connell wdsecfnotices@sha-llc.com
          William F. Taylor    on behalf of Creditor   Verizon Global bankdel@comcast.net, bankruptcydel@mccarter.com
          William F. Taylor    on behalf of Defendant   ADP, Inc. a/k/a Automatic Data Processing, Inc. bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William G. Wright    on behalf of Creditor   Banc of America Leasing and Capital, LLC wwright@capehart.com,  jlafferty@capehart.com
          William H. Kiekhofer    on behalf of Creditor   Arden Realty Limited Partnership wkiekhofer@mayerbrownrowe.com
          William J. Burnett    on behalf of Creditor   BP Kingstowne Office Building K LLC william.burnett@flastergreenberg.com
          William Pierce Bowden    on behalf of Attorney   Ashby & Geddes, P.A. wbowden@ashby-geddes.com
          William R. Firth    on behalf of Defendant   The McGraw-Hill Companies d/b/a Standard & Poor's Ratings Services, and Standard & Poor's Financial Services LLC WFirth@zarwin.com
          William W. Erhart    on behalf of Defendant   Chandler Signs L.L.P. erhart@erhartlaw.com

```
District/off: 0311-1          User: JudyF            Page 9 of 9              Date Rcvd: Feb 06, 2013
                              Form ID: van441        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William Wright Banks    on behalf of Creditor   Georgia Department of Revenue wbanks@law.ga.gov, 02bf@law.ga.gov

                                                                                                                               TOTAL: 308