## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>American Home Mortgage Holdings, Inc. | **Case No.:** 07–11047–CSS<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Hussain Kareem filed a Notice of Appeal on 2/6/2013 regarding the Post Judgment Order (docket #10752), Denying Claimant's Mtn for Reconsideration, (docket #10741, Amended Mtn for Reconsideration (Docket #10750) and Final Judgment on the Fact Findings and Order (docket #10713 and 10714) respectively.

The Notice of Appeal may be viewed at docket number 10763. The order on appeal may be viewed at docket number 10741see above.

David D. Bird
CLERK OF COURT

Date: 2/7/13
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                                  Case No. 07-11047-CSS
American Home Mortgage Holdings, Inc.                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: JudyF            Page 1 of 9              Date Rcvd: Feb 07, 2013
                            Form ID: van440        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2013.
```
aty        +Edward L. Schnitzer,   Hahn & Hessen LLP,   488 Madison Avenue,   New York,, NY 10022-5717
aty        +Hahn & Hesssen LLP,    Attn:  Mark S. Indelicato, Esquire,   488 Madison Avenue,
             New York, NY 10022-5702
aty         Margaret Whiteman Greecher,   Young, Conaway, Stargatt & Taylor,   Rodney Square,
             1000 North King Street,   Wilmington, DE  19801
cr         +Hussain Kareem,   2197 Carlysle Creek Drive,   Lawrenceville, GA 30044-2274
            +Steven D. Stass,   AHM Liquidating Trust,   P.O. Box 10550,   Melville, NY 11747-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
intp*      +Hussain Kareem,   2197 Carlysle Creek Drive,   Lawrenceville, GA 30044-2274
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2013**                **Signature:**  _Joseph Speetjens_

```
District/off: 0311-1          User: JudyF                 Page 2 of 9                  Date Rcvd: Feb 07, 2013
                              Form ID: van440             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2013 at the address(es) listed below:

           A. Michelle Hart    on behalf of Creditor    America's Servicing Company BkMail@prommis.com
           Adam  Hiller    on behalf of Attorney    Draper & Goldberg, P.L.L.C. ahiller@hillerarban.com
           Adam G. Landis    on behalf of Creditor    JPMorgan Chase Bank, N.A. landis@lrclaw.com,
           adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
           Adam R. Elgart    on behalf of Interested Party    Regions Mortgage, Inc. aelgart@mwm-law.com,
           mweisberg@mwm-law.com
           Adam T Klein    on behalf of Plaintiff    Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen,
           Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf
           of all other persons similarly situated atk@outtengolden.com
           Alan Michael Root    on behalf of Attorney    Hahn & Hesssen LLP root@blankrome.com,
           senese@blankrome.com
           Alex R. Rovira    on behalf of Creditor    J.P. Morgan Acceptance Corporation I and related entities
           arovira@sidley.com,    stattan@sidley.com;emcdonnell@sidley.com;kstark@sidley.com
           Amanda Marie Winfree    on behalf of Creditor    Aurora Loan Services LLC awinfree@ashby-geddes.com
           Amanda R. Steele    on behalf of Creditor    Federal Housing Finance Agency as Conservator
           steele@rlf.com,    greer@rlf.com
           Amy D. Brown    on behalf of Creditor    Shoreham Viewridge, LLC d/b/a Shoreham Place
           abrown@margolisedelstein.com
           Andrea  Sheehan    on behalf of Creditor    Carrollton-Farmers Branch ISD sheehan@txschoollaw.com,
           coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
           Annie  Verdries    on behalf of Creditor    MNL Global Inc verdries@lbbslaw.com
           Barry M. Klayman    on behalf of Creditor    Triad Guaranty Insurance Corp. bklayman@cozen.com
           Benjamin W. Keenan    on behalf of Creditor    CIFG Assurance North America, Inc.
           bkeenan@ashby-geddes.com,    bkeenan@ashby-geddes.com
           Bonnie Glantz Fatell    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
           American Home Mortgage Holdings, Inc., et al. fatell@blankrome.com,
           senese@blankrome.com;moody@blankrome.com
           Bonnie Glantz Fatell    on behalf of Attorney    Blank Rome LLP fatell@blankrome.com,
           senese@blankrome.com;moody@blankrome.com
           Bonnie Glantz Fatell    on behalf of Defendant    Corporate Resources Group, LLC
           fatell@blankrome.com,    senese@blankrome.com;moody@blankrome.com
           Bradford J. Sandler    on behalf of Interested Party    Vantage Pointe Capital, LLC
           bsandler@pszjlaw.com
           Brett D. Fallon    on behalf of Creditor    CitiMortgage, Inc. bfallon@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
           Brian  Salwowski    on behalf of Creditor    Indiana Department Of Revenue-Bankruptcy Division
           bsalwowski@atg.state.in.us
           Brian A. Sullivan    on behalf of 3rd Pty Defendant    NewWave Technologies, Inc.
           bsullivan@werbsullivan.com,    abrown@werbsullivan.com
           Brian J. McLaughlin    on behalf of Defendant    Trusted Force, LLC d/b/a Trustedforce
           bmclaughlin@monlaw.com
           Brian L. Arban    on behalf of Interested Party    Federal Deposit Insurance Corporation
           barban@hillerarban.com
           Brya M. Keilson    on behalf of Creditor    Fidelity and Deposit Company of Maryland, its affliates,
           parents and subsidiaries, including, but not limited to Zurich American Insurance Company
           delawarebankruptcy@eckertseamans.com,    bkeilson@eckertseamans.com
           Carl D. Neff    on behalf of Defendant    CFN Finance, Inc. cneff@ciardilaw.com,
           vfrew@ciardilaw.com;ddorgan@ciardilaw.com
           Carl N Kunz    on behalf of Plaintiff    Community Development Administration, a governmental unit
           of the Department of Housing and Community Development, a principal department of Maryland state
           government ckunz@morrisjames.com
           Carl N. Kunz    on behalf of Defendant    Bellagio ckunz@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
           Carmella P. Keener    on behalf of Interested Party    Federal Home Loan Bank of Boston
           ckeener@rmgglaw.com
           Carol E. Momjian    on behalf of Creditor    Commonwealth of PA cmomjian@attorneygeneral.gov
           Catherine  Steege    on behalf of Creditor    Fannie Mae csteege@jenner.com,
           docketing@jenner.com;dhixson@jenner.com
           Charlene D. Davis    on behalf of Interested Party    Lehman Brothers Inc. bankserve@bayardlaw.com,
           cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.co
           m
           Charles J. Brown    on behalf of Creditor    AT&T Inc. cbrown@gsbblaw.com,    dabernathy@archerlaw.com
           Christina M. Thompson    on behalf of Creditor    Inland US Management, LLC
           cthompson@connollygallagher.com
           Christopher A. Ward    on behalf of Interested Party    Goldman Sachs Mortgage Company
           cward@polsinelli.com,    LSuprum@Polsinelli.com
           Christopher Dean Loizides    on behalf of Defendant    Moody's Investors Service, Inc.
           loizides@loizides.com
           Christopher M. Samis    on behalf of Interested Party    The Bank of New York samis@rlf.com,
           rbgroup@rlf.com
           Christopher Page Simon    on behalf of Creditor    Fannie Mae csimon@crosslaw.com
           Christopher R. Belmonte    on behalf of Interested Party cbelmonte@ssbb.com,    pbosswick@ssbb.com,
           managingclerk@ssbb.com,asnow@ssbb.com
           Craig J. Ziady    on behalf of Creditor    Cummings Properties, LLC legal@cummings.com
           Curtis A. Hehn    on behalf of Attorney    Pachulski Stang Ziehl & Jones LLP chehn@pszjlaw.com
           Curtis J Crowther    on behalf of Debtor    American Home Mortgage Holdings, Inc.
           bankfilings@ycst.com,    ccrowther@ycst.com

```
District/off: 0311-1          User: JudyF              Page 3 of 9            Date Rcvd: Feb 07, 2013
                              Form ID: van440          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Cynthia E Moh    on behalf of Defendant  FEDEX CORPORATION and FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC. d/b/a FEDEX KINKO'S cbaldwin@eapdlaw.com,   charlotte.neuberger@dlapiper.com

          Dana S. Plon    on behalf of Creditor  Fidelity Court Associates dplon@sirlinlaw.com

          Daniel C. Kerrick    on behalf of Creditor  CBS Outdoor Inc. dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com

          Daniel I. Barness    on behalf of Interested Party dbarness@smhbhlaw.com

          Daniel K. Hogan    on behalf of Creditor  Sun Life Assurance Company of Canada (U.S.) dkhogan@dkhogan.com,   keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com

          Danielle S. Blount    on behalf of Defendant  Home Buyers Marketing II, Inc. d/b/a HBM II Fulfillment Center dblount@foxrothschild.com,   dkemp@foxrothschild.com

          David B. McCall    on behalf of Creditor  City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

          David B. Stratton    on behalf of Mediator David Stratton strattond@pepperlaw.com, wlbank@pepperlaw.com

          David G. Aelvoet    on behalf of Creditor  Bexar County davida@publicans.com

          David L. Finger    on behalf of Creditor Christian Kohl dfinger@delawgroup.com

          David M. Fournier    on behalf of Defendant  EPLUS TECHNOLOGY, INC. fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

          David P. Primack    on behalf of Defendant  Robert Half International Inc. d/b/a OfficeTeam dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com

          David W. Carickhoff    on behalf of Attorney  Blank Rome LLP carickhoff@blankrome.com, senese@blankrome.com

          David W. Huston    on behalf of Defendant  MVCC Sierra LLC d/b/a Mountainview Corporate Centre smccoll@aol.com,   dwh@hustonlaw.net;swaits@hustonlaw.net

          Dean Kawamoto    on behalf of Interested Party  Federal Home Loan Bank of Boston dkawamoto@kellerrohrback.com

          Denise Seastone Kraft    on behalf of Creditor  Countrywide Home Loans, Inc. denise.kraft@dlapiper.com

          Derek W. Loeser    on behalf of Interested Party  Federal Home Loan Bank of Boston dloeser@kellerrohrback.com, jtuatoo@kellerrohrback.com;eriley@kellerrohrback.com;dwilcher@kellerrohrback.com

          Diane W. Sanders    on behalf of Creditor  Bexar County austin.bankruptcy@publicans.com

          Don A. Beskrone    on behalf of Creditor  American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group dbeskrone@ashby-geddes.com

          Donald J. Bowman    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Donna L. Culver    on behalf of Defendant  Touch LLC dculver@mnat.com, mdecarli@mnat.com;jhouser@mnat.com;aconway@mnat.com;rfusco@mnat.com

          Donna L. Culver    on behalf of Plaintiff  Financial Guaranty Insurance Company dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

          Donna L. Harris    on behalf of Creditor  TPRF/THC HavenPark, LLC dharris@phw-law.com

          Duane David Werb    on behalf of Creditor  1140 Galaxy Way, Inc. maustria@werbsullivan.com;riorii@werbsullivan.com

          Edward J. Kosmowski    on behalf of Debtor  American Home Mortgage Holdings, Inc. ekosmowski@epiqsystems.com

          Edward L. Schnitzer    on behalf of Attorney  Official Committee of Unsecured Creditors eschnitzer@hahnhessen.com, jsmith@hahnhessen.com;kprimm@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;jzawadzki@hahnhessen.com;kcraner@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com

          Edward Patrick O'Brien    on behalf of Defendant  Reckson Australia Portfolio Clearing eobrien@sbchlaw.com

          Edwin J. Harron    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Elihu Ezekiel Allinson, III    on behalf of Creditor Julia Trister ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

          Elizabeth Banda Calvo    on behalf of Creditor  Arlington ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com

          Elizabeth A. Sloan    on behalf of Plaintiff  The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. sloan@blankrome.com

          Ellen W. Slights    on behalf of Creditor  United States/USAO usade.ecfbankruptcy@usdoj.gov

          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com

          Eric J. Haber    on behalf of Mediator Eric Haber ehaber@cooley.com

          Eric J. Monzo    on behalf of Defendant  Bellagio emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

          Eric J. Snyder    on behalf of Defendant  The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries esnyder@wilkauslander.com

          Eric Lopez Schnabel    on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee de.ecf@Dorsey.com

          Eric Michael Sutty    on behalf of Interested Party  Bracebridge Capital, LLC ems@elliottgreenleaf.com

          Eric Michael Sutty    on behalf of Plaintiff  Natixis Real Estate Capital Inc. ems@elliottgreenleaf.com

          Eric T. Ray    on behalf of Creditor  Alabama Power Company eray@balch.com,   bevans@balch.com

          Erin Edwards    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com

          Evelyn J. Meltzer    on behalf of Creditor  Deutsche Bank National Trust Company meltzere@pepperlaw.com,   lanoc@pepperlaw.com;wlbank@pepperlaw.com

          Francis A. Monaco    on behalf of Creditor  Barclays Bank PLC fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

          Francis J. Trzuskowski    on behalf of Creditor  Champion & Associates, P. C. fjt@elzufon.com

```
District/off: 0311-1          User: JudyF                 Page 4 of 9                    Date Rcvd: Feb 07, 2013
                              Form ID: van440             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Fred Barakat   on behalf of Defendant   Corporate Resources Group, LLC ,    paralegal_fredlaw@verizon.net
      Frederick Brian Rosner   on behalf of 3rd Party Plaintiff   Digital Storage Solutions, Inc.    rosner@teamrosner.com
      Frederick Brian Rosner   on behalf of Interested Party   De Lage Landen Financial Services, Inc.    fbrosner@duanemorris.com
      Gabriel R. MacConaill   on behalf of Attorney   Official Committee of Unsecured Creditors    gmacconaill@sidley.com, bankruptcy@potteranderson.com
      Garvan F. McDaniel   on behalf of Attorney   Official Committee of Unsecured Creditors    gmcdaniel@bglawde.com
      Geoffrey S. Aaronson   on behalf of Creditor   Craven-Shaffer-North Bay Village    gaaronson@aaronsonpa.com
      George Rosenberg   on behalf of Creditor   Treasurer of Arapahoe County    grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us
      Gregory Alan Taylor   on behalf of Creditor   American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company and Assurant Group    gtaylor@ashby-geddes.com
      Gregory W. Werkheiser   on behalf of Defendant   Barclays Bank PLC gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
      Guy B. Moss   on behalf of Creditor    SOVEREIGN BANK gmoss@riemerlaw.com
      Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com
      Hilary B Bonial   on behalf of Creditor   CitiMortgage, Inc. notice@bkcylaw.com
      Ian Connor Bifferato   on behalf of Interested Party   The Official Committee of Unsecured Creditors cbifferato@bifferato.com
      Ira M. Levee   on behalf of Attorney   Lowenstein Sandler PC ilevee@lowenstein.com, krosen@lowenstein.com
      Jacob Charles Cohn   on behalf of Plaintiff   Triad Guaranty Insurance Corp. jcohn@cozen.com, irosenberg@cozen.com
      James Tobia   on behalf of Defendant   P.M.C. Investigations & Security, Inc.    jimtobia@comcast.net;bankserve@tobialaw.com
      James C. Tecce   on behalf of Defendant   American Home Mortgage Acceptance, Inc.    jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
      James E. Huggett   on behalf of Creditor   David Michaud jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
      James F. Bailey   on behalf of Interested Party Gloria Kirk jbailey@jfbailey.com, lharris@jfbailey.com
      James K. Pendergrass, Jr.   on behalf of Creditor   Sun Life Assurance Company of Canada    tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com
      James L. Patton   on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
      James S. Green, Jr.   on behalf of Counter-Claimant   JPMorgan Chase Bank, N.A. green@lrclaw.com,    adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
      Jami B. Nimeroff   on behalf of Creditor   Microsoft Corporation jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
      Jason M. Madron   on behalf of Creditor   LBA Melville Associates madron@rlf.com, rbgroup@rlf.com
      Jason W. Harbour   on behalf of Attorney   Hunton & Williams LLP jharbour@hunton.com
      Jeanne Morton   on behalf of Creditor   America's Servicing Company bkmail@prommis.com,    jnm@mccallaraymer.com
      Jeffrey R. Waxman   on behalf of Creditor   CitiMortgage, Inc. jwaxman@morrisjames.com,    wweller@morrisjames.com;jdawson@morrisjames.com
      Jeffrey S. Margolin   on behalf of Creditor   James W. Giddens, as Trustee for Lehman Brothers Inc. margolin@hugheshubbard.com, lubell@hugheshubbard.com
      Jennifer Leigh Best   on behalf of Creditor   United States Internal Revenue Service    jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
      Jeremy C. Kleinman   on behalf of Defendant   Experian Information Solutions, Inc.    jkleinman@fgllp.com, ccarpenter@fgllp.com
      Joel A. Waite   on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
      John C. Phillips   on behalf of Creditor   American Lien Fund, L.P. tlb@pgslaw.com;scs@pgslaw.com
      John D. Demmy   on behalf of Defendant   Commonwealth Edison Company dba ComEd jdd@stevenslee.com
      John H. Strock   on behalf of Creditor   JPMorgan Chase Bank, N.A. jstrock@foxrothschild.com,    dkemp@foxrothschild.com
      John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
      John R. Ashmead   on behalf of Interested Party   Deutsche Bank Trust Company Americas    ashmead@sewkis.com
      John R. Weaver   on behalf of Creditor   Banc of America Leasing and Capital, LLC    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com
      John T. Carroll   on behalf of Interested Party   Citibank, N.A. jcarroll@cozen.com,    jdeeney@cozen.com;pgiordano@cozen.com
      John T. Dorsey   on behalf of Defendant   American Home Mortgage Acceptance, Inc.    bankfilings@ycst.com
      John W. Butler   on behalf of Creditor   City of Fraser info@butler-butler.com,    jbutler@butler-butler.com
      Jon M. Egan   on behalf of Creditor Zoa Nielsen jegan@eganlegalteam.com,    mlauzier@eganlegalteam.com
      Jonathan B. Alter   on behalf of Defendant   McKee Nelson LLP n/k/a Bingham McCutchen LLP    jonathan.alter@bingham.com
      Jordan A. Kroop   on behalf of Interested Party   Squire, Sanders & Dempsey L.L.P.    jordan.kroop@squiresanders.com,    karen.graves@squiresanders.com;bradley.cosman@squiresanders.com;thomas.salerno@squiresanders.com

```
District/off: 0311-1          User: JudyF              Page 5 of 9            Date Rcvd: Feb 07, 2013
                              Form ID: van440          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph D. Frank    on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
           ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph Emil Shickich    on behalf of Creditor   Microsoft Corporation jshickich@riddellwilliams.com,
           ctracy@riddellwilliams.com
          Joseph J. Bodnar    on behalf of Attorney   Official Committee of Unsecured Creditors
           jbodnar@BodnarLaw.net,  jjbodn@aol.com
          Joseph J. McMahon    on behalf of Defendant   CFN Finance, Inc. jmcmahon@ciardilaw.com,
           vfrew@ciardilaw.com;dchigges@ciardilaw.com;jclarke@ciardilaw.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Julius O. Curling    on behalf of Interested Party curlingj@michigan.gov
          Justin Cory Falgowski    on behalf of Creditor   Federal Home Loan Mortgage Corporation
           jfalgowski@reedsmith.com,  jfalgowski@reedsmith.com
          Justin K. Edelson    on behalf of Attorney   Polsinelli Shughart PC jedelson@polsinelli.com,
           LSuprum@Polsinelli.com
          Justin M. Swartz    on behalf of Plaintiff   Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan
           Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on
           behalf of all other persons similarly situated jms@outtengolden.com
          Kara Hammond Coyle    on behalf of Debtor   American Home Mortgage Holdings, Inc.
           bankfilings@ycst.com
          Karen B. Skomorucha Owens    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
           kskomorucha@ashby-geddes.com
          Karen C Bifferato    on behalf of Creditor   Inland US Management, LLC
           kbifferato@connollygallagher.com
          Karen J. Stapleton    on behalf of Creditor   County of Loudoun, Virginia
           Karen.Stapleton@loudoun.gov,  bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
          Karen M. Grivner    on behalf of Defendant   Drew & Rogers, Inc. kgrivner@thorpreed.com,
           sambrose@thorpreed.com
          Karon Y. Wright    on behalf of Creditor   Travis County karon.wright@co.travis.tx.us,
           bkecf@co.travis.tx.us
          Kathleen A. Murphy    on behalf of Defendant   Qwest Business and Government Services, Inc.
           kmurphy@reedsmith.com
          Kathleen M. Miller    on behalf of Defendant   Broker Agent Magazine, LLC kmiller@skjlaw.com,
           dlm@skjlaw.com
          Kelly M. Conlan    on behalf of 3rd Pty Defendant   Digitech Systems, Inc.
           kconlan@connollygallagher.com
          Kelly W. Wright    on behalf of Creditor   Salt Lake County Treasurer kwright@slco.org
          Kenneth J. Enos    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
          Kenneth P Silverman    on behalf of Mediator Kenneth Silverman KSilverman@SilvermanAcampora.com,
           LKatz@SilvermanAcampora.com
          Kevin G. Collins    on behalf of Spec. Counsel   Bifferato LLC kevin.collins@btlaw.com,
           pgroff@btlaw.com
          Kevin J Mangan    on behalf of Counter-Claimant   Triad Guaranty Insurance Corp. kmangan@wcsr.com,
           hsasso@wcsr.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor   Federal Home Loan Mortgage Corporation
           klawson@reedsmith.com
          Kimberly Luff Wakim    on behalf of Defendant   Advisor Centric, Inc. kwakim@thorpreed.com,
           jdingfelder@thorpreed.com
          Kristi J. Doughty    on behalf of Creditor   Aurora Loan Services LLC bk.service@aulgur.com
          Kurt F. Gwynne    on behalf of Creditor   The Palmer House Hilton kgwynne@reedsmith.com,
           llankford@reedsmith.com
          L. Jason Cornell    on behalf of Defendant   On Guard Security Services, Inc.
           jcornell@foxrothschild.com,  slynch@foxrothschild.com
          Laura L. McCloud    on behalf of Creditor   Tennessee Department of Revenue agbankdelaware@ag.tn.gov
          Laurie S. Polleck    on behalf of Defendant   Elite Fire Protection Inc. lauriespolleck@aol.com,
           polleck@loizides.com
          Laurie Selber Silverstein    on behalf of Creditor   Bank of America N.A.
           bankruptcy@potteranderson.com
          Lee Harrington    on behalf of Creditor   Deutsche Bank National Trust Company
           lharrington@nixonpeabody.com
          Legrand L. Clark, III    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division
           legrand.clark@atg.in.gov,  james.green@atg.in.gov
          Leonora K. Baughman    on behalf of Creditor   Oakland County Treasurer lbaughman@kaalaw.com,
           ecf@kaalaw.com
          Lisa Cresci McLaughlin    on behalf of Creditor   FRMC Financial, Inc. mmo@pgslaw.com;scs@pgslaw.com
          Lisa L. Coggins    on behalf of Spec. Counsel   Ferry, Joseph & Pearce, P.A.
           lcoggins@ferryjoseph.com
          Lisa R. Hatfield    on behalf of Creditor   Aurara Loan Services, LLC as servicer for Mortgage
           Electronic Registration, Inc., as nominee for HLB Mortgage lhatfield@closingsource.net,
           DEECF@closingsource.net;ESerrano@closingsource.net;jsegal@closingsource.net
          Lorraine S. McGowen    on behalf of Creditor   Nomura Credit & Capital, Inc. lmcgowen@orrick.com,
           aenglund@orrick.com
          Lucian Borders Murley    on behalf of Creditor   Securitization Trusts ,
           lmurley@saul.com;rwarren@saul.com
          Luke Phillip Hodgin    on behalf of Creditor   Indiana Department Of Revenue-Bankruptcy Division
           luke.hodgin@atg.in.gov,  james.green@atg.in.gov
          M. Blake Cleary    on behalf of Defendant   American Home Mortgage Acceptance, Inc.
           bankfilings@ycst.com

```
District/off: 0311-1           User: JudyF                 Page 6 of 9                  Date Rcvd: Feb 07, 2013
                               Form ID: van440             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Madeleine Carmel Wanslee    on behalf of Creditor   Maricopa County Treasurer mwanslee@gustlaw.com, tkendell@gustlaw.com
      Marc J. Phillips    on behalf of Creditor   Los Angeles County Treasurer and Tax Collector mphillips@regerlaw.com
      Marc Stephen Casarino    on behalf of Creditor   ACE American Insurance Company casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
      Margaret Fleming England    on behalf of Counter-Defendant   Calyon New York Branch mfe@darbylawllc.com
      Margaret Whiteman Greecher    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
      Maria Ann Milano    on behalf of Defendant   Microsoft Corporation f/k/a Microsoft Licensing, Inc. d/b/a Microsoft Licensing, GP mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
      Maria Aprile Sawczuk    on behalf of Interested Party   Aurora Loan Services, LLC marias@drapgold.com
      Maribeth L Minella    on behalf of Defendant   American Home Mortgage Acceptance, Inc. bankfilings@ycst.com
      Marikae G. Toye    on behalf of Creditor   State Of New Jersey, Division of Taxation marikae.toye@dol.lps.state.nj.us
      Mark Browning    on behalf of Creditor   Texas Comptroller Of Public Accounts BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
      Mark Minuti    on behalf of Creditor   American Home Mortgage Servicing, Inc. mminuti@saul.com, rwarren@saul.com
      Mark D. Collins    on behalf of Creditor   ABN AMRO Bank N.V. rbgroup@rlf.com
      Mark D. Olivere    on behalf of Interested Party   Countrywide Home Loans, Inc. olivere@ccbllp.com, bankruptcyservice@ccbllp.com;dero@ccbllp.com
      Mark E. Felger    on behalf of Mediator Mark Felger mfelger@cozen.com, mmillis@cozen.com
      Mark S. Chehi    on behalf of Defendant   DELOITTE & TOUCHE LLP mark.chehi@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;mirjana.mirkovic@skadden.com;wendy.lamanna@skadden.com
      Mark S. Indelicato    on behalf of Plaintiff   Steven D. Sass, As Plan Trustee Of The American Home Mortgage Plan Trust mindelicato@hahnhessen.com, kcraner@hahnhessen.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;ckang@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com
      Mark T Hurford    on behalf of Respondent   Citigroup Global Markets Inc. mhurford@camlev.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@dslextreme.com
      Martin A. Mooney    on behalf of Creditor   DCFS Trust jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com
      Martin J. Davis    on behalf of Interested Party martin.davis@ots.treas.gov
      Marvin E. Sprouse    on behalf of Defendant   ILINC COMMUNICATIONS, INC. msprouse@jw.com, kgradney@jw.com;ccthomas@jw.com
      Mary Caloway    on behalf of Creditor   HSI Asset Securitization Corporation and HSBC Bank USA, National Association mary.caloway@bipc.com
      Mary A. Schmergel    on behalf of Creditor   United States of America (on behalf of the Government National Mortgage Association) mary.schmergel@usdoj.gov
      Mary E. Augustine    on behalf of Defendant   Outsource Solutions, LLC maugustine@bglawde.com
      Mary E. Augustine    on behalf of Interested Party   Hazeltine Gates LLC maugustine@bglawde.com
      Matthew B. McGuire    on behalf of Counter-Claimant   JPMorgan Chase Bank, N.A. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
      Matthew Barry Lunn    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
      Matthew P. Austria    on behalf of Defendant   CT Networks, Inc. maustria@werbsullivan.com
      Michael Reed    on behalf of Creditor   County Of Denton decourts@mvbalaw.com
      Michael E. Meyers    on behalf of Creditor   Charles County, Maryland bdept@mrrlaw.net
      Michael G. Busenkell    on behalf of Counter-Defendant   Calyon New York Branch mbusenkell@gsbblaw.com
      Michael Gregory Wilson    on behalf of Creditor   Calyon New York Branch mwilson@hunton.com, shislop@hunton.com
      Michael Jason Barrie    on behalf of Creditor   Liberty Property Limited Partnership mbarrie@beneschlaw.com, ehein@beneschlaw.com;docket@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;rlemisch@beneschlaw.com
      Michael Joseph Joyce    on behalf of Defendant   Showcase of Agents, L.L.C. mjoyce@crosslaw.com
      Michael P. Migliore    on behalf of Defendant   Broker Agent Magazine, LLC mpm@skjlaw.com
      Michael P. Morton    on behalf of Defendant   Baltimore Gas and Electric Company d/b/a BGE mpmpa@aol.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
      Michael R. Lastowski    on behalf of Creditor   Impac Funding Corporation mlastowski@duanemorris.com
      Michael R. Sew Hoy    on behalf of Creditor   United States of America (on behalf of the Federal Housing Administration) michael.r.sew.hoy@usdoj.gov
      Michael S. Neiburg    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
      Michael Seth Etkin    on behalf of Auctioneer   Investors and the Class metkin@lowenstein.com
      Michael W. Yurkewicz    on behalf of Defendant   WAREHOUSELINE, LTD. myurkewicz@klehr.com
      Mona A. Parikh    on behalf of Interested Party   Securities Industry and Financial Markets Association mona.parikh@bipc.com
      Nancy Hotchkiss    on behalf of Creditor   COWIFI Ironpoint nhotchkiss@trainorfairbrook.com

```
District/off: 0311-1          User: JudyF                Page 7 of 9            Date Rcvd: Feb 07, 2013
                              Form ID: van440            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nancy A. Connery    on behalf of Interested Party  STWB, Inc. nconnery@schoeman.com, jspin@schoeman.com;gcarrion@schoeman.com
        Nancy F. Loftus    on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nathan D. Grow    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Nicola G. Suglia    on behalf of Interested Party fleischercases@fleischerlaw.com
        Norman Christopher Griffiths    on behalf of Creditor  ORIX Capital Markets, LLC cgriffiths@cblh.com
        Norman M. Monhait    on behalf of Counter-Defendant  Broadhollow Funding, LLC nmonhait@rmgglaw.com
        Norman P. Fivel    on behalf of Creditor  New York State Department of Taxation and Finance norman.fivel@oag.state.ny.us
        Patricia H. Schrage    on behalf of Interested Party schragep@sec.gov
        Patricia P. McGonigle    on behalf of Defendant  Ajilon Professional Staffing, LLC pmcgonigle@svglaw.com, dclack@svglaw.com
        Patrick A. Jackson    on behalf of Counter-Defendant  American Home Mortgage Investment Corp. bankfilings@ycst.com
        Patrick J. Reilley    on behalf of Creditor  Drew & Rogers, Inc. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
        Patrick M. Brannigan    on behalf of Defendant  Showcase of Agents, L.L.C. pbrannigan@crosslaw.com
        Paul J. Pascuzzi    on behalf of Creditor  California Housing Finance Agency ppascuzzi@ffwplaw.com
        Pauline K. Morgan    on behalf of Attorney  Young Conaway Stargatt & Taylor, LLP bankfilings@ycst.com
        Peter James Duhig    on behalf of Creditor  HSI Asset Securitization Corporation and HSBC Bank USA, National Association peter.duhig@bipc.com, tammy.rogers@bipc.com
        R. Craig Martin    on behalf of Creditor  Countrywide Home Loans, Inc. craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
        R. Frederick Linfesty    on behalf of Creditor  Iron Mountain Information Management, Inc. bankruptcy@ironmountain.com
        R. Karl Hill    on behalf of Creditor  Massachusetts Mutual Life Insurance Company khill@svglaw.com, cday@svglaw.com
        R. Stephen McNeill    on behalf of Counter-Claimant  Bank of America, N.A. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
        Rachel B. Mersky    on behalf of Defendant  THE RICHARD MICHAEL GROUP, INC. rmersky@monlaw.com
        Rafael Xavier Zahralddin-Aravena    on behalf of Creditor  FNC, Inc. rxza@elliottgreenleaf.com
        Raymond H. Lemisch    rlemisch@beneschlaw.com, ehein@beneschlaw.com
        Raymond Howard Lemisch    on behalf of Interested Party  DDR Southeast Fountains, L.L.C. rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
        Raymond Howard Lemisch    on behalf of Mediator Raymond Lemisch rlemisch@adelmanlaw.com, adelman11@adelmanlaw.com;bsandler@adelmanlaw.com;svandyk@adelmanlaw.com
        Reed A. Heiligman    on behalf of Defendant  Experian Information Solutions, Inc. rheiligman@fgllp.com, ccarpenter@fgllp.com
        Regina A. Iorii    on behalf of Creditor  1140 Galaxy Way, Inc. riorii@werbsullivan.com
        Rene S. Roupinian    on behalf of Plaintiff  Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;sechegaray@outtengolden.com
        Ricardo Palacio    on behalf of Creditor  United Guaranty Services, Inc., United Guaranty Residential Insurance Company and United Guaranty Mortgage Indemnity Company rpalacio@ashby-geddes.com
        Richard A. Barkasy    on behalf of Creditor  Liberty Property Limited Partnership rbarkasy@schnader.com
        Richard W. Riley    on behalf of Creditor  Aon Consulting, Inc. and Aon Investment Consulting, Inc. rwriley@duanemorris.com
        Rick S. Miller    on behalf of Creditor Alison Zea rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
        Robert A. McCall    on behalf of Creditor  Champion & Associates, P. C. rmccall@peabodyarnold.com
        Robert A. Trodella, Jr.    on behalf of Creditor  Washington Mutual Bank FA rtrodella@jonesday.com, mplace@jonesday.com
        Robert E. Greenberg    on behalf of Interested Party rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
        Robert K. Beste    on behalf of Defendant  First American Flood Data Services, Inc. rbeste@cohenseglias.com, swilliams@cohenseglias.com,susdin@cohenseglias.com, searle@cohenseglias.com
        Robert S. Brady    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Robert T. Aulgur    on behalf of Creditor  CitiMortgage, Inc bk.service@aulgur.com
        Robert W. Mallard    on behalf of Creditor  U.S. Bank National Association, as Indenture Trustee mallard.robert@dorsey.com
        Roland Gary Jones    on behalf of Defendant  P.M.C. Investigations & Security, Inc. rgjresearch3@gmail.com
        Ronald L. Cohen    on behalf of Attorney  Seward & Kissel LLP cohen@sewkis.com
        Ronald S. Gellert    on behalf of Creditor  Fidelity and Deposit Company of Maryland, its affliates, parents and subsidiaries, including, but not limited to Zurich American Insurance Company rgellert@gsbblaw.com
        Russell C. Silberglied    on behalf of Interested Party  The Bank of New York silberglied@rlf.com, rbgroup@rlf.com
        Russell S. Long    on behalf of Interested Party , porin@dkattorneys.com
        Ryan M. Bartley    on behalf of Debtor  American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Ryan O. Lawlor    on behalf of Creditor Brett Lotsoff ryan.lawlor@bryancave.com

```
District/off: 0311-1                 User: JudyF                 Page 8 of 9                 Date Rcvd: Feb 07, 2013
                                     Form ID: van440             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Samuel B. Garber    on behalf of Creditor   General Growth Management, Inc. ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
        Sandra G.M. Selzer    on behalf of Interested Party   AH Mortgage Acquisition Co., Inc. selzers@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;dellitdock@gtlaw.com
        Scott J. Leonhardt    on behalf of Defendant   Blackrock Financial Management, Inc. leonhardt@teamrosner.com
        Scott K. Levine    on behalf of Interested Party   De Lage Landen Financial Services, Inc. slevine@platzerlaw.com, esalan@platzerlaw.com;tsadutto@platzerlaw.com
        Sean D. Malloy    on behalf of Attorney Ronald Bergum smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;mgupta@mcdonaldhopkins.com
        Sean Matthew Beach    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Seth A. Niederman    on behalf of Defendant   Mortgage Guaranty Insurance Corporation sniederman@foxrothschild.com, dkemp@foxrothschild.com
        Sharon M Zieg    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc., successor in interest to Oracle USA, Inc., and Oracle Corporation schristianson@buchalter.com, cmcintire@buchalter.com
        Shelley A. Kinsella    on behalf of Creditor   WILMINGTON TRUST COMPANY sak@elliottgreenleaf.com
        Sherry Lowe Johnson    on behalf of Creditor   National City Commercial Capital Company, LLC sjohnson@dilworthlaw.com
        Sheryl L. Moreau    on behalf of Creditor   Missouri Department Of Revenue deecf@dor.mo.gov
        Sommer Leigh Ross    on behalf of Creditor   Homesales, Inc. slross@duanemorris.com
        Stanley B. Tarr    on behalf of Trustee   Steven D. Sass, Plan Trustee tarr@blankrome.com
        Stephan William Milo    on behalf of Defendant   Capital Contractors, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com
        Stephanie Noble Tickle    on behalf of Defendant   CB Contractors, Inc. snoble@margolisedelstein.com
        Stephen B. Porterfield    on behalf of Creditor   Hoover Court, LLC sporterfield@sirote.com
        Stephen W. Spence    on behalf of Defendant   R.J. Foote Floors in Fashions, Inc. (a/k/a R.J. Foote Floor-in-Fashion Inc.) ss@pgslaw.com, scs@pgslaw.com
        Steven K. Kortanek    on behalf of Creditor   Credit Suisse First Boston Mortgage Capital LLC,, Credit Suisse First Boston LLC. Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman Islands Branch, and its affiliates skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
        Steven R. Lefkofsky    on behalf of Creditor   InnerWorkings, Inc. tszewczul@lgpclaw.com
        Stuart M. Brown    on behalf of Creditor   Countrywide Home Loans, Inc. stuart.brown@dlapiper.com
        Susan R. Fuertes    on behalf of Creditor   ALDINE INDEPENDENT SCHOOL DISTRICT susan.fuertes@lgbs.com
        Tally F. Parker    on behalf of Creditor   City of Irving, TX (Tax) shanimo1965@yahoo.com
        Tanya E. Pino    on behalf of Defendant   Ricoh Americas Corporation tepino@prickett.com
        Teresa K.D. Currier    on behalf of Creditor   Societe Generale tcurrier@saul.com, tercurrier@aol.com;tbuck@saul.com
        Thomas F. Driscoll    on behalf of Spec. Counsel   Bifferato LLC tdriscoll@bifferato.com
        Thomas G. Macauley    on behalf of Interested Party   Certain Individuals bankr@zuckerman.com
        Timothy W. Brink    on behalf of Defendant   INNERWORKINGS, INC. timothy.brink@dlapiper.com
        Tina Niehold Moss    on behalf of Interested Party   Law Debenture Trust Company of New York, as Indenture Trustee tmoss@perkinscoie.com
        Tobey M. Daluz    on behalf of Creditor   Countrywide Home Loans, Inc. daluzt@ballardspahr.com
        Todd Charles Schiltz    on behalf of Creditor   Wells Fargo Bank, N.A. todd.schiltz@dbr.com, mahassein.johnson@dbr.com
        Travis N. Turner    on behalf of Debtor   American Home Mortgage Holdings, Inc. bankfilings@ycst.com
        Tyler B. Jones    on behalf of Creditor   American Home Mortgage Servicing, Inc. notice@bkcylaw.com
        United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
        Victoria A. Guilfoyle    on behalf of Plaintiff   The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. guilfoyle@blankrome.com
        Victoria A. Guilfoyle    on behalf of Attorney   Official Committee of Unsecured Creditors guilfoyle@blankrome.com
        Victoria W. Counihan    on behalf of Defendant   Attorneys' Title Insurance Fund, Inc. victoria.counihan@state.de.us
        Virginia Whitehill Guldi    on behalf of Interested Party   National Credit Union Administration Board vguldi@zuckerman.com
        Whitney Groff    on behalf of Creditor   America's Servicing Company ecfmail@aclawllp.com
        William Novotny    on behalf of Creditor   Waterfall Shopping Center Inc. WNovotny@dickinsonwright.com
        William A. Hazeltine    on behalf of Creditor   MERS Bankruptcy001@sha-llc.com
        William D. Sullivan    on behalf of Creditor Mary O'Connell wdsecfnotices@sha-llc.com
        William F. Taylor    on behalf of Creditor   Verizon Global bankdel@comcast.net, bankruptcydel@mccarter.com
        William F. Taylor    on behalf of Defendant   ADP, Inc. a/k/a Automatic Data Processing, Inc. bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
        William G. Wright    on behalf of Creditor   Banc of America Leasing and Capital, LLC wwright@capehart.com, jlafferty@capehart.com
        William H. Kiekhofer    on behalf of Creditor   Arden Realty Limited Partnership wkiekhofer@mayerbrownrowe.com
        William J. Burnett    on behalf of Creditor   BP Kingstowne Office Building K LLC william.burnett@flastergreenberg.com
        William Pierce Bowden    on behalf of Attorney   Ashby & Geddes, P.A. wbowden@ashby-geddes.com
        William R. Firth    on behalf of Defendant   The McGraw-Hill Companies d/b/a Standard & Poor's Ratings Services, and Standard & Poor's Financial Services LLC WFirth@zarwin.com
        William W. Erhart    on behalf of Defendant   Chandler Signs L.L.P. erhart@erhartlaw.com

```
District/off: 0311-1           User: JudyF                  Page 9 of 9                   Date Rcvd: Feb 07, 2013
                               Form ID: van440              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William Wright Banks    on behalf of Creditor   Georgia Department of Revenue wbanks@law.ga.gov, 02bf@law.ga.gov

                                                                                                                                              TOTAL: 308