# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,[1]                                  :   Jointly Administered
                                                                    :
                    Debtors.                                        :   Objection Deadline: Feb. 25, 2013, at 4:00 p.m. (ET)
                                                                    :   Hearing Date: March 4, 2013 at 4:00 p.m. (ET)
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) PARTIES REQUESTING NOTICE PURSUANT TO RULE 2002

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline (the "Motion").

Responses to the Motion, if any, must be filed on or before **February 25, 2013 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **MARCH 4 AT 4:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

01: 11217287.3

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         February 11, 2013

                 YOUNG CONAWAY STARGATT & TAYLOR, LLP

                 /s/ *Michael S. Neiburg*
                 Sean M. Beach (No. 4070)
                 Margaret Whiteman Greecher (No. 4652)
                 Michael S. Neiburg (No. 5275)
                 Rodney Square
                 1000 North King Street
                 Wilmington, Delaware 19801
                 Telephone: (302) 571-6600
                 Facsimile: (302) 571-1253

                 -and-

                 HAHN & HESSEN LLP
                 Mark S. Indelicato
                 Edward L. Schnitzer
                 488 Madison Avenue
                 New York, New York 10022
                 Telephone: (212) 478-7200
                 Facsimile: (212) 478-7400

                 *Counsel for the Plan Trustee*