IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## STIPULATION BY AND BETWEEN THE PLAN TRUSTEE AND LAW DEBENTURE TRUST COMPANY OF NEW YORK RESOLVING CERTAIN PROOFS OF CLAIM AGAINST THE DEBTORS' ESTATES

This stipulation (the "Stipulation") is entered into by and between Steven D. Sass, as liquidating trustee (the "Plan Trustee") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), and Law Debenture Trust Company of New York, as Successor Trustee ("LDTC" and, together with the Plan Trustee, the "Parties"), as of the date set forth below.

### RECITALS

WHEREAS, on January 10, 2008, LDTC filed the following proofs of claim in its capacity of Successor Indenture Trustee (collectively, the "SIT Claims") under certain Junior

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12752101.1

Subordinated Indentures identified within the respective SIT Claims:

| Name of Creditor | Debtor | Case Number | Proof of Claim Number | Claim Amount |
|---|---|---|---|---|
| Law Debenture Trust Company of New York, as Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8538 | $51,986,697.69 |
| Law Debenture Trust Company of New York, as Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8541 | $52,696,335.97 |
| Law Debenture Trust Company of New York, as Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8543 | $52,746,454.02 |
| Law Debenture Trust Company of New York, as Successor Indenture Trustee | American Home Mortgage Investment Corp. | 07-11048 | 8545 | $52,746,454.02 |

WHEREAS, on January 10, 2008, LDTC filed the following proofs of claim in its capacity of Successor Property Trustee (collectively, the "SPT Claims") under the terms of certain Amended and Restated Trust Agreements identified within the respective SPT Claims:

| Name of Creditor | Debtor | Case Number | Proof of Claim Number | Claim Amount |
|---|---|---|---|---|
| Law Debenture Trust Company of New York, as Successor Property Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8539 | $51,986,697.69 |
| Law Debenture Trust Company of New York, as Successor Property Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8540 | $52,696,335.97 |
| Law Debenture Trust Company of New York, as Successor Property Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8542 | $52,746,454.02 |
| Law Debenture Trust Company of New York, as Successor Property Trustee | American Home Mortgage Investment Corp. | 07-11048 | 8544 | $52,746,454.02 |

WHEREAS, on February 23, 2009, the Bankruptcy Court entered its order [D.I. 7042] (as subsequently amended, the "Confirmation Order") confirming the Plan;

WHEREAS, the effective date of the Plan was November 30, 2010, at which time the Plan Trustee succeeded to certain rights and obligations of the Debtors (as set forth in the Plan), including, but not limited to, objecting to and settling proofs of claim;

WHEREAS, Article 8 of the Plan permits the Plan Trustee to compromise or settle claims and potential objections to claims without further approval of or application to the Bankruptcy Court, subject to the approval of the Plan Oversight Committee (as defined in the Plan) under certain circumstances; and

WHEREAS, the Plan Trustee has presented this Stipulation to the Plan Oversight Committee, which has approved it in all respects;

NOW, THEREFORE, the Parties, in consultation with counsel and intending to be legally bound hereby, and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby stipulate and agree as follows:

1. **Effectiveness.** This Stipulation shall be effective immediately upon its docketing in the Bankruptcy Court.

2. **Merger of the SIT Claims with and into the SPT Claims.** The Parties hereto agree that the SIT Claims, claim numbers 8538, 8541, 8543 and 8545, shall be merged with and into their related SPT Claims, claim numbers 8539, 8540, 8542 and 8544, respectively, with the SIT Claims being the surviving claims (collectively, the "Allowed Claims"). Any and all documentation included by LDTC with each of the SIT Claims shall also be deemed to be merged with and into their respective SPT Claims and made a part thereof.

The Parties hereto agree that the Allowed Claims shall be as follows:

| Name of Creditor | Debtor | Case Number | Proof of Claim Number | Claim Amount |
|---|---|---|---|---|
| Law Debenture Trust Company of New York, as Successor Property Trustee and Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8539 | $51,986,697.69 |
| Law Debenture Trust Company of New York, as Successor Property Trustee and Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8540 | $52,696,335.97 |
| Law Debenture Trust Company of New York, as Successor Property Trustee and Successor Indenture Trustee | American Home Mortgage Holdings, Inc. | 07-11047 | 8542 | $52,746,454.02 |
| Law Debenture Trust Company of New York, as Successor Property Trustee and Successor Indenture Trustee | American Home Mortgage Investment Corp. | 07-11048 | 8544 | $52,746,454.02 |

The Parties hereto agree that the Allowed Claims shall be treated as Allowed Subordinated Trust Preferred Claims (as such term is defined in the Plan) against their respective Debtors. The Parties hereto further agree the Allowed Claims shall be deemed amended to change the "Name of Creditor" field within the SPT Claims to "Law Debenture Trust Company of New York, as Successor Indenture Trustee and Successor Property Trustee," which change shall be reflected on the official claims register maintained in the above-captioned chapter 11 cases.

3. **Successors.** This Stipulation and all the provisions hereof shall be binding upon and shall inure to the benefit of the Parties, the Debtors, and each of their respective

01:12752101.1

executors, heirs, successors and assigns, including without limitation any chapter 7 trustee appointed to administer the Debtors' estates.

4. **No Evidence.** Neither this Stipulation nor any terms contained herein shall be offered or received in evidence or in any way referred to in any legal action or administrative proceeding among or between the Parties or the Debtors other than as may be necessary (a) to obtain approval of or to enforce this Stipulation, (b) to seek damages or injunctive relief in connection therewith or (c) to prove that the Parties have stipulated to the relief described herein.

5. **Entire Agreement.** This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof, and supersedes all prior agreements and understandings, both written and oral, thereof.

6. **Descriptive Headings.** Descriptive headings of the several sections of this Stipulation are inserted for convenience only and do not constitute a part of this Stipulation.

7. **Governing Law; Jurisdiction.** This Stipulation shall be construed and enforced in accordance with (a) the internal laws of the State of New York without giving effect to the rules governing the conflict of laws and (b) to the extent applicable, the Bankruptcy Code, as amended. The Bankruptcy Court shall have exclusive jurisdiction with respect to all disputes or controversies arising from or related to this Stipulation.

8. **Construction.** The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against either of the Parties on that basis. Each of the Parties shall bear its own costs and expenses in connection with this matter, including legal fees and expenses.

9. **Execution in Counterparts.** Each of the undersigned represents that he or she is authorized to execute this Stipulation. This Stipulation may be executed by the Parties in separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument. This Stipulation may be executed by exchange of facsimile or electronic signatures (in PDF or comparable format), which shall be deemed original signatures.

01:12752101.1

Dated: Wilmington, Delaware
February __, 2013

    HAHN & HESSEN LLP
    Mark S. Indelicato
    Edward L. Schnitzer
    488 Madison Avenue
    New York, New York 10022
    Telephone: (212) 478-7200

    -and-

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    _/s/ Sean M. Beach_
    Sean M. Beach (No. 4070)
    Patrick A. Jackson (No. 4976)
    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Co-Counsel for the Plan Trustee

Dated: New York, New York
February 12, 2013

    PERKINS COIE LLP

    _/s/ Tina N. Moss_
    Tina N. Moss (TM7907)
    30 Rockefeller Plaza, 25th Floor
    New York, New York 10112
    Telephone: (212) 262-6900
    Facsimile: (212) 977-1648

    Counsel to Law Debenture Trust Company of New
    York, as Successor Indenture Trustee and Successor
    Property Trustee

01:12752101.1