## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ : Chapter 11

In re:

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

: Jointly Administered
   Ref/ Docket Nos. 9692, 10148, 10183, 10182

                 Debtors.

: 10384, 10384, 10410,104411, 10713, 10741
   **10763, 10764, & 10765**

------------------------------------------------------------ :

      To: Clerk of the Bankruptcy Court:

### Notice of Entry of Payment for Costs of Appeal

1.

Comes now Claimant, Hussain Kareem files and remits with his

Notice of  Entry of Payment for Costs of Appeal  on or by the due date set

for Feb. 13, 2013 [Doc. No. 10764].  Claimant encloses by U.S. Postal

Money Order, the exact amount of $298.00 as required and noted [Doc. No.

10763].

**EXECUTED THIS DAY ON OR ABOUT FEBRUARY 11TH, 2013**

Hussain Kareem, Pro Se
2197 Carlysle Creek Drive,
Lawrenceville,GA 30044
Phone: 404-907-0177

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303);
American Home Mortgage Investment Corp. ("AHM InvestWne ent"), a Maryland corporation (3914);
American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267);
American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home
Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate
Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow
Road, Melville, New York 11747.

Over Night Express Mail No#: EG 308 961 665 US.

## CERTIFICATE OF SERVICE

I, the undersign, certify that on or about February 11th, 2013, I filed the foregoing document with the opposing counsel filed electronically with electronic signature and by certified mail, prepaid first class mail without using the electronic email of the counsel *to the following:*

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Margaret Whiteman Greecher
Rodney Square
1000 North King Street
Wilmington, DE 19801
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com Counsel for the Plan Trustee:


**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747


**EXECUTED THIS DAY ON FEBRUARY 11TH, 2013**

/S/

Hussain Kareem, Pro Se
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
404-907-0177: Phone Line

2