# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| STEVEN D. SASS, as PLAN TRUSTEE of the AMERICAN HOME MORTGAGE PLAN TRUST | Adv. Proc. No. 11- 51851 (CSS) |
| Plaintiff, | |
| v. | |
| BARCLAYS BANK PLC and BARCLAYS CAPITAL INC. | **Ref. Adv. D.I. 39** |
| Defendants. | |

## STATUS REPORT

Plaintiff, Steven D. Sass, as Plan Trustee ("Plaintiff") of the American Home Mortgage Plan Trust, by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceeding (the "Adversary Proceeding"), pursuant to the Court's Notice and Order of Request for Status Report [Adv. D.I. 39]:[2]

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] To the best of Plaintiff's knowledge, there are no other adversary proceedings in the Debtors' Chapter 11 cases for which a status report is required.

01:13295968.1

**Adversary Proceeding - Status I**

On August 18, 2011, defendants Barclays Bank PLC and Barclays Capital Inc. (collectively, the "Defendants") filed their motion to dismiss [Adv. D.I. 26] (the "Motion") Plaintiff's First Amended Complaint [Adv. D.I. 20] in its entirety. The parties' briefing on the Motion was completed on October 13, 2011. Defendants filed a notice of completion of briefing on October 14, 2011 [Adv. D.I. 35]. As of this date, the Court has not rendered a decision on the Motion. Pending the Court's ruling on the Motion, the parties have stipulated to a stay of all discovery in the Adversary Proceeding, which stipulation was approved by the Court's order [Adv. D.I. 24] on August 2, 2011.

The undersigned remains available should the Court have any questions concerning the above.

Dated: February 15, 2013
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plaintiff*