IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                    Debtors.                             ::
------------------------------------------------------------------------ x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on February 19, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

109th Omnibus Objections to Claims [D.I. 10759]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 19th day of February, 2013.

_____
Notary Public

> MELISSA L. ROMANO
> NOTARY PUBLIC
> STATE OF DELAWARE
> My commission expires June 25, 2014

066585.1001
01:6163664.21

By First Class Mail

Grissim Walker, Esq.
1101 6th Avenue W, Ste 109
Bradenton, FL 34205