United States Bankruptcy Court
District of Delaware

## APPEAL TRANSMITTAL SHEET

Case Number: 07-11047 (CSS)   ● BK   ○ AP

If AP, related BK case number: _____

Title of Order Appealed: Order Denying Amended Mtn for Reconsideration (DKT. 10752), MTN to Reconsider (DKT. 10741) Amended Mtn For Reconsideration (DKT. 10750), Final Judgment Order on Fact Findings & Order (DKT. 10713 & 10714.

Docket Number: 10752    Date Entered: 1/23/2013

Item Transmitted:

| | | |
|---|---|---|
| ● Notice of Appeal | Docket Number: 10763 | Date Entered: 2/6/2013 |
| ○ Amended Notice of Appeal | Docket Number: | Date Entered: |
| ○ Cross Appeal | Docket Number: | Date Entered: |
| ○ Motion for Leave to Appeal | Docket Number: | Date Entered: |
| ● Record on Appeal | Docket Number: | Date Entered: |

*Appellant/Cross Appellant:
Hussain Kareem

Counsel for Appellant:
Pro Se

2197 Carlysle Creek Drive

Lawrenceville, GA 30044

404-907-0177

Appellee/Cross Appellee:
Plan Trustee-Steven D. Stass, et al

Counsel for Appellee:
AHM Liquidating Trust

P.O. Box 10550

Melville, NY 11747

See Attachment for Additional Information

*if additional room is needed, please attach a separate sheet.

Filing Fee Paid?                                    ● YES   ○ NO
IFP Motion Filed by Applicant?                      ○ YES   ○ NO
Have Additional Appeals of the Same Order been Filed?   ○ YES   ● NO
   If so, has District Court assigned a Civil Action Number?   ○ YES   ● NO   Civil Action # _____

Additional Notes: _____

Date: 2/22/2013                   By: Judy Fisher
                                      Deputy Clerk

Bankruptcy Court Appeal(BAP) Number: BAP-13-17           For Use By U.S. Bankruptcy Court

1/15/2013

*Attachment -*

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Margaret Whiteman Greecher
Rodney Square
1000 North King Street
Wilmington, DE 19801
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747