# EXHIBIT A

**No Liability Claim**

01:13243578.1

# Exhibit A
## No Liability

### Objectionable Claims

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| ACQUISTO, SAM AND DEBBIE<br>C/O GRISSIM H. WALKER JR., ESQ.<br>CONSUMER LAW CENTER, P.A.<br>537 10TH ST W<br>BRADENTON, FL 34205 | 8741 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$459,000.00 (U)<br>$459,000.00 (T) | Claim #8741 was filed by borrowers Sam and Debbie Acquisto (the "Acquistos") against debtor AHM SV (f/k/a American Home Mortgage Servicing, Inc.) as a general unsecured claim in the liquidated amount of $459,000, plus certain unliquidated amounts. This claim relates to alleged prepetition violations of the TILA in connection with the origination and servicing of the first mortgage loan (the "Loan") made to the Acquistos as financing for a property located in Florida. The Loan was also the subject of an action brought by the Acquistos against PC Lending, Inc. and non-debtor American Home Mortgage Servicing, Inc. ("AHMSI"), successor-in-interest to debtor AHM SV, in the United States District Court for the Middle District of Florida (Tampa), Civil Docket # 8:08-cv-02033-JDW-TGW (the "District Court Action"). AHMSI became a successor-in-interest to debtor AHM SV as a result of the bankruptcy court approved sale of the Debtors' mortgage loan servicing business, the final closing of which occurred in April 2008.<br><br>Subsequent to the filing of Claim #8741, the Acquistos settled the District Court Action and the underlying settlement agreement provides, inter alia, that the Acquistos "release, waive, remise, acquit, satisfy and forever discharge AHMSI, in addition to each of AHMSI's past, present and future ... parent corporations, subsidiaries, divisions, subdivisions, affiliates, nominees, predecessors, successors, assigns and assigns ... from and against any and all liability now accrued on account of any and all actions, causes of action, claims, defenses, affirmative defenses, suits, controversies, agreements, promises and demands of every kind and nature whatsoever, whether known or unknown..." As such, the debtors have no liability on account of Claim#8741 since the Acquistos released any and all claims against, among other entities, debtor AHM SV because AHM SV was the predecessor to AHMSI.<br><br>Since early December 2012, counsel to the Plan Trustee has left no less than 3 telephonic messages with the Acquistos' counsel regarding Claim #8741 in an attempt to discuss the claim. Additionally, the Plan Trustee sent the Acquistos' counsel a letter dated January 7, 2013 setting forth the Plan Trustee's position and requesting that the Acquistos withdraw their claim in light of the settlement of the District Court Action. The Acquistos' counsel has not responded to any of the Plan Trustee's communications. Based on the foregoing, the debtors have no liability for Claim#8741 and this claim should be disallowed in its entirety. |

———— Objectionable Claims ————

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$459,000.00 (U)<br>$459,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed