# EXHIBIT A

**Insufficient Documentation Claim**

01:13243715.1

# Exhibit A

## Insufficient Documentation

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TTEE V A ARKUSZEWSKI/V BAXTER & AMERICAN HOME MICHAEL G. KELLY, CHADWICK & LAKERDAS 5300 S. SHORE DRIVE CHICAGO, IL 60615 | 8817 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Insufficient documentation to assess the validity of the claim. Counsel to the Plan Trustee has left no less than 2 telephonic messages with the Arkuszewski's counsel regarding Claim #8817 in an attempt to discuss the claim. Additionally, the Plan Trustee sent the claimant's counsel a letter dated December 20, 2012 requesting addtional information about the claim. The Claimant's' counsel has not responded to any of the Plan Trustee's communications. |

**Totals:** 1 Claim

- (S) (A) (P)
- $50,000.00 (U)
- $50,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed