IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET NUMBER #** 2

IN RE: American Home Mortgage Inc.

---

|  |  |  |
|---|---|---|
| Hussain Kareem, | ) | |
|  | ) | |
| Appellant | ) | Civil Action No. 13-295 |
| v. | ) | |
|  | ) | |
| Plan Trustee Steven D. Stass | ) | |
|  | ) | |
| Appellee | ) | Bankruptcy Case No. 07-11047 CSS |
|  |  | AP No. 13-17 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/23/12 was docketed in the District Court on 2/25/13:

    Upon consideration of the Amended Motion for Reconsideration of January 2, 2013 Order and Fact Findings [D.I. 10750] filed on January 22, 2012 (the "Motion"); the Court having reviewed the Motion; and the Court finding that (1) the Court has jurisdiction over this matter, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;
    IT IS HEREBY ORDERED THAT, the Motion and the request for a new trial are denied.

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                          John A. Cerino
                                          Clerk of Court

Date: 2/25/2013

To:    U.S. Bankruptcy Court Counsel,
       Pro Se Appellant Hussain Kareem,
       and Appellee Attorneys: Mark S. Indelicato and Edward L. Schnitzer