IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                     Debtors.                            ::
------------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on March 4, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Sustaining Plan Trust's One Hundred Eighth Omnibus (Non-Substantive) Objection to Claims

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 7th day of March, 2013.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

066585.1001
01:6163664.21

By First Class Mail

Michael G. Kelley
Chadwick & Kakerdas
5300 S. Shore Drive
Chicago, IL 60615
(U.S. Bank National Asso. As TTEE
V A Arkuszewski/V Baxter & American Home)