## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                      :    Chapter 11
                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,             :
                                            :    Jointly  Administered
                        Debtors.            ::
------------------------------------------------------------------ x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on March 4, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Sustaining Plan Trust's One Hundred Ninth Omnibus (Substantive) Objection to Claims [D.I. 10782]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 7th day of March, 2013.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

066585.1001

01:6163664.21

By First Class Mail


Grissim Walker, Jr., Esq.
1101 6th Avenue W., Ste 109
Bradenton, FL 34205

Grissim H. Walker, Jr., Esq.
Consumer Law Center, P.A.
537 10th St. W.
Bradenton, FL 34205