# EXHIBIT III

**Proposed Order**

01:13462537.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. Docket No. _____
---------------------------------------------------------------------- x

**ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED TENTH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the one hundred tenth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:13462537.1

having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2013

                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Late Filed Claim**

01:13462537.1

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| FAWCETT, BRAD D.<br>1901 HYDE PARK STREET<br>SUITE C<br>SARASOTA, FL 34239-3619 | 10940 | 5/9/08 | NO DEBTOR | -<br>-<br>-<br>$5,954.86<br>$5,954.86 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | January 11, 2008 |
| Totals: | 1 Claim | | | -<br>-<br>-<br>$5,954.86<br>$5,954.86 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claims**

01:13462537.1

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| J.P. MORGAN ACCEPTANCE CORP. I, ET AL<br>JPMORGAN CHASE LEGAL & COMPLIANCE DEPT.<br>ATTENTION: ALYSSA KELMAN<br>1 CHASE MANHATTAN PLAZA, 26TH FLOOR<br>NEW YORK, NY 10081 | 10699 | 4/10/09 | 07-11051 | Unspecified* | The documents attached to the proof of claim state that JPM has certain indemnity rights, but the documents do not establish that an event has occurred for which JPM would be entitled to indemnity or, if so, in what amount. |
| WHITE, MARK G & IRENE WHITE<br>877E HEARTWOOD CIRCLE<br>FRUIT HEIGHTS, UT 84037 | 10300 | 4/28/08 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim. Counsel for the Plan Trustee made several requests for additional information from the claimant's counsel but did not receive a response. |
| Totals: | 2 Claims | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

01:13462537.1

## Exhibit C
## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GREENVILLE COUNTY, SOUTH CAROLINA<br>GREENVILLE COUNTY TAX COLLECTOR<br>ATTN: THERESA RICH, BANKRUPTCY CLERK<br>301 UNIVERSITY RIDGE, STE 700<br>GREENVILLE, SC 29601 | 9910 | 2/6/08 | 07-11051 | - (S)<br>- (A)<br>$413.81 (P)<br>- (U)<br>$413.81 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | 10732 | 8/18/09 | 07-11047 | - (S)<br>- (A)<br>$69.64 (P)<br>$48.28 (U)<br>$117.92 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN FLORA GARCIA,<br>DEPUTY TREASURER-TAX COLLECTOR<br>940 WEST MAIN STREET # 106<br>EL CENTRO, CA 92243 | 4324 | 12/3/07 | 07-11051 | $280.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$280.97 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10540 | 9/16/08 | 07-11051 | - (S)<br>$237.03 (A)<br>- (P)<br>- (U)<br>$237.03 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10541 | 9/16/08 | 07-11051 | - (S)<br>$72.35 (A)<br>- (P)<br>- (U)<br>$72.35 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | 1096 | 9/14/07 | 07-11049 | - (S)<br>- (A)<br>$100.00 (P)<br>- (U)<br>$100.00 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 621 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$241.62 (P)<br>- (U)<br>$241.62 (T) | Debtors' mailed the payment for the claim on November 19, 2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 7 Claims | | $280.97 (S)<br>$309.38 (A)<br>$825.07 (P)<br>$48.28 (U)<br>$1,463.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.