# EXHIBIT III

**Proposed Order**

01:13462804.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
        Debtors.                                                         :
                                                                         :   Ref. Docket No. _____
------------------------------------------------------------------------ x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred eleventh omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:13462804.2

been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

    ORDERED that the Objection is sustained as set forth herein; and it is further

    ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

    ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claim that is the subject of this Objection; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April ___, 2013

                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claims**

01:13462804.2

## Exhibit A
## No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| AYERS, JENNIFER L.<br>4524 COUNTY RD 4<br>CANANDAIGUA, NY 14424 | 10238 | 4/14/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | Claimant seeks reimbursement for escrow funds purportedly held for the final draw of a Construction Loan. Debtors have no liability for this claim as escrows were not established for the Construction Loan. The escrows would have been established at the closing of the Permanent/End Financing which was not obtained through the Debtors. |
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | 3870 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$454.35 (P)<br>- (U)<br>$454.35 (T) | On November 19, 2012, the Debtors mailed the claimant a check (payment in full) for the claim. The claimant subsequently returned the check stating they were unable to identify how the payment should be applied. The Debtors then called the claimant to inquire whether taxes were still outstanding for the parcel and claimant's representatives confirmed there were no taxes due. The claim should therefore be disallowed in its entirety. |
| PLACER COUNTY TAX COLLECTOR<br>PLACER COUNTY TAX COLLECTORS OFFICE<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | 10874 | 1/12/11 | 07-11047 | - (S)<br>$6,098.23 (A)<br>- (P)<br>- (U)<br>$6,098.23 (T) | Claim relates to Deliquent Secured Supplemental Taxes for 10 assessments. Three of the 10 assessments show an ownership change date before April 11, 2008, which was the date of the "final closing" of the Debtors' sale of their mortgage servicing business to a non-debtor entity n/k/a Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc) ("Homeward Residential"). The Debtors forwarded these 3 assessments to Homeward Residential after which Homeward Residential paid the taxes applicable to these three assessments. The Debtors had no interest in the remaining 7 assessments during the applicable time period since these assessments have an ownership change date after April 11, 2008 and any outstanding tax bills should be forwarded to Homeward Residential for research and/or payment. Based on the foregoing, this claim should be disallowed in its entirety. |
| PLUMBERS' & PIPEFITTERS' LOCAL # 562<br>SUPPLEMENTAL PLAN & TRUST ET AL<br>SIDLEY AUSTIN-ALEX ROVIRA & GEOFF RAICHT<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | 10276 | 4/25/08 | 07-11051 | Unspecified* | The claim was filed on behalf of a civil plaintiff, however, per the complaint attached to the proof of claim, no AHM entities were named as a defendant in the lawsuit. Also, JPM purports to file the claim on behalf of the plaintiff pursuant to 11 U.S.C. § 501(b). However, section 501(b) only permits a creditor to file a proof of claim on behalf of another creditor where the filing creditor is "liable ... with the debtor" on the underlying claim, which is not the case here because no AHM entity is named as a defendant in the complaint. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | 4 Claims | | | - (S)<br>$6,098.23 (A)<br>$454.35 (P)<br>$5,300.00 (U)<br>$11,852.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.