IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :        Jointly Administered
        Debtors.                                :
---------------------------------------------------------------------x    Ref. Docket Nos. 10793 & 10794

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 22, 2013, I caused to be served the following:

    a)  "Notice of Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 22, 2013, to which was attached the "Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 22, 2013 [Docket No. 10793], (the "110th Omnibus Objection"), and

    b)  "Notice of Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 22, 2013, to which was attached the "Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 22, 2013 [Docket No. 10794], (the "111th Omnibus Objection"),

    by causing true and correct copies of the:

        i.  110th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.    111th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                           Pete Caris

Sworn to before me this
_____ day of March, 2013

Notary Public

---

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| FAWCETT, BRAD D. | 1901 HYDE PARK STREET SUITE C SARASOTA FL 34239-3619 |
| GREENVILLE COUNTY, SOUTH CAROLINA | GREENVILLE COUNTY TAX COLLECTOR ATTN: THERESA RICH, BANKRUPTCY CLERK 301 UNIVERSITY RIDGE, STE 700 GREENVILLE SC 29601 |
| HENDRICKS COUNTY TREASURER | 355 S. WASHINGTON ST #125 DANVILLE IN 46122 |
| IMPERIAL COUNTY TAX COLLECTOR | ATTN FLORA GARCIA, DEPUTY TREASURER-TAX COLLECTOR 940 WEST MAIN STREET # 106 EL CENTRO CA 92243 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET RM # 106 EL CENTRO CA 92243 |
| J.P. MORGAN ACCEPTANCE CORP. I, ET AL | SIDLEY AUSTIN LLP ATTN: ROBERT PIETRZAK, DOROTHY SPENNER, ALEX ROVIRA, & JEFFERY STEEN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| J.P. MORGAN ACCEPTANCE CORP. I, ET AL | JPMORGAN CHASE LEGAL & COMPLIANCE DEPT. ATTENTION: ALYSSA KELMAN 1 CHASE MANHATTAN PLAZA, 26TH FLOOR NEW YORK NY 10081 |
| OKLAHOMA TAX COMMISSION | BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON STE 2000 OKLAHOMA CITY OK 73102-7471 |
| WHITE, MARK G & IRENE WHITE | 877E HEARTWOOD CIRCLE FRUIT HEIGHTS UT 84037 |
| WHITE, MARK G & IRENE WHITE | H. JASON COHEN, ESQ. COHEN LAW GROUP 2300 WESTWOOD BLVD., 2ND FLOOR LOS ANGELES CA 90064 |
| WICOMICO COUNTY FINANCE OFFICE | ATTN PATRICIA PETERSON, DIRECTOR PO BOX 4036 SALISBURY MD 21803 |

**Total Creditor count  11**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AYERS, JENNIFER L. | 4524 COUNTY RD 4 CANANDAIGUA NY 14424 |
| JASPER COUNTY | ATTN STEPHEN H HOLT PO BOX 421 CARTHAGE MO 64836 |
| PLACER COUNTY TAX COLLECTOR | PLACER COUNTY TAX COLLECTORS OFFICE 2976 RICHARDSON DR AUBURN CA 95603 |
| PLUMBERS' & PIPEFITTERS' LOCAL # 562 | SUPPLEMENTAL PLAN & TRUST ET AL SIDLEY AUSTIN-ALEX ROVIRA & GEOFF RAICHT 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PLUMBERS' & PIPEFITTERS' LOCAL # 562 | JP MORGAN ATTN: ALYSSA KELMAN 1 CHASE MAHATTAN PLAZA 26TH FLOOR NEW YORK NY 10081 |

**Total Creditor count  5**