# EXHIBIT 1

|   | Countrywide Loan Number | AHM Corp. Loan Number | Amount of Countrywide Loss |
|---|---|---|---|
| 1 | 172506228 | 0001712924 | $244,332.93 |
| 2 | 172347282 | 0001832402 | $475,753.06 |
| 3 | 172503740 | 0001802907 | $112,623.96 |
| 4 | 172503868 | 0001833043 | $157,998.22 |
| 5 | 172507620 | 0001780363 | $173,418.90 |
| 6 | 172496115 | 0001823214 | $251,684.61 |
| 7 | 172507572 | 0001829748 | $198,761.57 |
| 8 | 171827547 | 0001814210 | $118,473.88 |
| **Total Countrywide Loss:** |  |  | **$1,733,047.13** |