## CERTIFICATE OF SERVICE

I, Michelle E. Marino, hereby certify that on this 29th day of March, 2013, I caused a true and correct copy of the foregoing *Reply of Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc. to Plan Trust's Objection to Administrative Claims Asserted by Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc. [D.I. 10757]* to be served as indicated on the parties listed below:

*Hand Delivery*
Sean M. Beach
Patrick A. Jackson
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

*First Class Mail*
Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*Hand Delivery*
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                                                      */s/ Michelle E. Marino*
                                                      Michelle E. Marino (DE 4577)