UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                        :
                                                                        :   Jointly Administered
         Debtors.                                                       :
                                                                        :   **Re: D.I. 10800**
                                                                        :
---------------------------------------------------------------------- x

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellee, Steven D. Sass, in his capacity as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by and through his undersigned counsel, hereby files this Designation of Additional Items to be Included and Additional Issues to be Presented to the United States District Court for the District of Delaware in connection with the appeal of Hussain Kareem ("Kareem") from the orders entered on January 2, 2013 and January 23, 2013 by the United States Bankruptcy Court for the District of Delaware denying (i) Kareem's Motion for Entry of Administrative Claim (D.I. 9692) and Motion for Judgment as a Matter of Law of Administrative Claim Entered (D.I. 10148) [D.I. 10714] (the "Administrative Claim Motions") and (ii) Kareem's Amended

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Motion for Reconsideration of the January 2, 2013 Order and Fact Findings [D.I. 10752] (the "<u>Amended Motion for Reconsideration</u>").

## Designation of Additional Items to be Included in the Record on Appeal

*In re American Home Mortgage Holdings, Inc., et al.* **(07-11047) (CSS)**

| Date | Docket No. | Description |
|---|---|---|
| 01/20/2011 | 9692 | Motion for Entry of Administrative Claim with Brief in Support |
| 08/29/2011 | 10148 | Motion for Judgment as a Matter of Law of Administrative Claim Entered |
| 09/30/2011 | 10182 | Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem |
| 09/30/2011 | 10183 | Plan Trustee's Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem Under Seal |
| 10/06/2011 | 10204 | Claimant's Opposition to Notice of Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875, and 10887: With Claimant's Motion to Continue |
| 11/09/2011 | 10227 | Notice of Correction in Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem |
| 11/10/2011 | 10233 | Plan Trustee's Letter to Hussain Kareem |
| 11/14/2011 | 10236 | Certification of Counsel Regarding Order Regarding Discovery Requests and Procedural Motion of Hussain Kareem |
| 11/14/2011 | 10238 | Claimant's Opposition to the Plan Trustee's Objections to Administrative Claims Numbered 10870, 10875, and 10887 |

01:13511625.1

| Date | Doc # | Description |
|---|---|---|
| 11/14/2011 | 10240 | Order Regarding Discovery Requests and Procedural Motion of Hussain Kareem |
| 11/14/2011 | 10250 | Notice to the Court Initial Discovery for Interrogatories and Production of Documents from Debtors under F.R.C.P Rules 33 and 34, respectively |
| 11/17/2011 | 10254 | Transcript regarding Hearing Held 11/14/11 RE: Status on Kareem Motions |
| 11/18/2011 | | Copies of all exhibits (PT 1 – PT 7 and PT 9 – PT 32) submitted by the Plan Trustee at the November 18, 2011 trial |
| 11/21/2011 | 10260 | Motion in Limine Certain Documents by Defendants |
| 01/06/2012 | 10304 | Notice of Filing of Redacted Confidential Exhibits to the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem |
| 01/06/2012 | 10305 | Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claims Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 Filed by Hussain Kareem Under Seal |
| 01/06/2012 | 10306 | Scheduling Order Regarding Post-Trial Briefing for (I) Motion for Judgment as a Matter of Law of Administrative Claim entered [D.I. 1048]; (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support [D.I. 9692]; and (III) Claims Numbered 10870, 10875, and 10887 Filed by Hussain Kareem |
| 04/09/2012 | 10410 | Plan Trust's Objection to Amended Motion to Court for Final Oral Argument and Motion to Strike Certain Documents, Claims Numbered 10870, 10875 and 10887 |
| 04/09/2012 | 10411 | Plan Trust's Motion to Strike (I) Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, (II) Amended Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, and (III) To the Exhibits Attached Thereto |
| 05/14/2012 | 10452 | Plan Trust's Reply to Mr. Kareem's Opposition to Plan Trust's Objection to Amended Motion to Court for Final Argument and Motion to Strike and Opposition to Plan Trust's Post Trial Brief and Post Trial Reply Brief Including Declaration of Margaret Whiteman Greecher |

| 06/29/2012 | 10507 | Plan Trust's Letter to the Honorable Christopher S. Sontchi Regarding Opinion and Related Judgment Entered by the United States Court of Appeals for the Fifth Circuit in *Hussain Kareem v. American Home Mortgage Servicing, Inc.* |
|---|---|---|
| 07/03/2012 | 10513 | Judicial Notice of Preliminary Ruling in the Fifth Circuit Court of Appeals |
| 01/02/2013 | 10714 | Order (A) Denying Hussain Kareem's Motion for Entry of Administrative Claim and Motion for Judgment as a Matter of Law of Administrative Claim (B) Sustaining Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Allowance and Payment of Administrative Claim with Brief Support; and (III) Claims Numbered 10870, 10875 and 10887 Filed by Hussain Kareem; and (C) Expunging Claims Number 10870, 10875 and 10887 in their Entirety |

**Designation of Additional Issues to be Presented**

1. Did the Court, after a full evidentiary hearing, testimony and substantial pre- and post-hearing briefing, properly deny Appellant's Administrative Claim Motions?

2. Did the Court properly deny Appellant's Amended Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e)?

[*Remainder of Page Intentionally Left Blank*]

Dated: Wilmington, Delaware
April 9, 2013

                YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                /s/ Michael S. Neiburg
                Sean M. Beach (No. 4070)
                Michael S. Neiburg (No. 5275)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Edward L. Schnitzer
                488 Madison Avenue
                New York, New York 10022
                Telephone: (212) 478-7200
                Facsimile: (212) 478-7400

                *Co-Counsel to the Plan Trustee*

01:13511625.1