# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :    Jointly Administered
                              Debtors.                             ::
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on April 9, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Counterdesignation of Records on Appeal [D.I. 10801]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 17th day of April, 2013.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

066585.1001
01:6163664.21

BY FIRST CLASS MAIL

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044