IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :  Jointly Administered
         Debtors.                                                  :
                                                                   :  **Ref. Docket No.: 10793**
                                                                   :
------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S ONE HUNDRED TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On March 22, 2013, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's One Hundred Tenth (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10793] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim number 10699 ("Claim 10699") filed by the J.P. Morgan Acceptance Corp. I, et al. ("JPMorgan") on the grounds that JPMorgan provided

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

2

insufficient documentation to allow the Plan Trustee to assess the validity of this claim.

2. After the Objection was filed, representatives of JPMorgan informally contacted the undersigned counsel and the parties have agreed to an adjournment of the Objection with respect to Claim 10699. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to this claim is attached hereto as Exhibit 1.

3. Responses to the Objection were to be filed and served no later than April 16, 2013 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: April 18, 2013
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

3
01:13536498.1

# EXHIBIT 1

**Revised Proposed Order**

01:13536498.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
         Debtors.                                                        :
                                                                         :   Ref. Docket No. 10793
------------------------------------------------------------------------ x

### ORDER SUSTAINING IN PART PLAN TRUST'S ONE HUNDRED TENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred tenth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01: 13536498.1

2

and adequate notice of the Objection having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim number 10699 filed by the JPMorgan; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u> and <u>C</u> are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Late Filed Claim

01: 13536498.1

# Exhibit A

## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| FAWCETT, BRAD D.<br>1901 HYDE PARK STREET<br>SUITE C<br>SARASOTA, FL  34239-3619 | 10940 | 5/9/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,954.86 (U)<br>$5,954.86 (T) | January 11, 2008 |

Totals: 1 Claim

- (S)
- (A)
- (P)
$5,954.86 (U)
$5,954.86 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Insufficient Documentation Claim

01: 13536498.1

## Exhibit B

### Insufficient Documentation Claims

| | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Date Filed** | **Case Number** | **Total Amount Claimed** | **Comments** |
| WHITE, MARK G & IRENE WHITE<br>877E HEARTWOOD CIRCLE<br>FRUIT HEIGHTS, UT  84037 | 10300 | 4/28/08 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim.  Counsel for the Plan Trustee made several requests for additional information from the claimant's counsel but did not receive a response. |
| **Totals:** | | **1  Claim** | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Satisfied Claims

01: 13536498.1

## Exhibit C
## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GREENVILLE COUNTY, SOUTH CAROLINA<br>GREENVILLE COUNTY TAX COLLECTOR<br>ATTN: THERESA RICH, BANKRUPTCY CLERK<br>301 UNIVERSITY RIDGE, STE 700<br>GREENVILLE, SC 29601 | 9910 | 2/6/08 | 07-11051 | - (S)<br>- (A)<br>$413.81 (P)<br>- (U)<br>$413.81 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | 10732 | 8/18/09 | 07-11047 | - (S)<br>- (A)<br>$69.64 (P)<br>$48.28 (U)<br>$117.92 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN FLORA GARCIA,<br>DEPUTY TREASURER-TAX COLLECTOR<br>940 WEST MAIN STREET # 106<br>EL CENTRO, CA 92243 | 4324 | 12/3/07 | 07-11051 | $280.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$280.97 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10540 | 9/16/08 | 07-11051 | - (S)<br>$237.03 (A)<br>- (P)<br>- (U)<br>$237.03 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10541 | 9/16/08 | 07-11051 | - (S)<br>$72.35 (A)<br>- (P)<br>- (U)<br>$72.35 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | 1096 | 9/14/07 | 07-11049 | - (S)<br>- (A)<br>$100.00 (P)<br>- (U)<br>$100.00 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 621 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$241.62 (P)<br>- (U)<br>$241.62 (T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | 7 Claims | | | $280.97 (S)<br>$309.38 (A)<br>$825.07 (P)<br>$48.28 (U)<br>$1,463.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.