# EXHIBIT A

# Late Filed Claim

01: 13536498.1

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| | | | | **Objectionable Claim** | | |
| FAWCETT, BRAD D.
1901 HYDE PARK STREET
SUITE C
SARASOTA, FL 34239-3619 | 10940 | 5/9/08 | NO DEBTOR | -
-
-
$5,954.86
$5,954.86 | (S)
(A)
(P)
(U)
(T) | January 11, 2008 |
| Totals: | 1 Claim | | | -
-
-
$5,954.86
$5,954.86 | (S)
(A)
(P)
(U)
(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Case 07-11047-CSS   Doc 10807-1   Filed 04/22/13   Page 3 of 7

# EXHIBIT B

# Insufficient Documentation Claim

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| WHITE, MARK G & IRENE WHITE<br>877E HEARTWOOD CIRCLE<br>FRUIT HEIGHTS, UT 84037 | 10300 | 4/28/08 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim. Counsel for the Plan Trustee made several requests for additional information from the claimant's counsel but did not receive a response. |
| **Totals:** | 1 Claim | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Satisfied Claims

01: 13536498.1

**Exhibit C**

**Satisfied Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| GREENVILLE COUNTY, SOUTH CAROLINA<br>GREENVILLE COUNTY TAX COLLECTOR<br>ATTN: THERESA RICH, BANKRUPTCY CLERK<br>301 UNIVERSITY RIDGE, STE 700<br>GREENVILLE, SC 29601 | 9910 | 2/6/08 | 07-11051 | -<br>-<br>$413.81<br>-<br>$413.81 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | 10732 | 8/18/09 | 07-11047 | -<br>-<br>$69.64<br>$48.28<br>$117.92 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN FLORA GARCIA,<br>DEPUTY TREASURER-TAX COLLECTOR<br>940 WEST MAIN STREET # 106<br>EL CENTRO, CA 92243 | 4324 | 12/3/07 | 07-11051 | $280.97<br>-<br>-<br>-<br>$280.97 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10540 | 9/16/08 | 07-11051 | -<br>$237.03<br>-<br>-<br>$237.03 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | 10541 | 9/16/08 | 07-11051 | -<br>$72.35<br>-<br>-<br>$72.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | 1096 | 9/14/07 | 07-11049 | -<br>-<br>$100.00<br>-<br>$100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 621 | 9/7/07 | 07-11051 | -<br>-<br>$241.62<br>-<br>$241.62 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Debtors' mailed the payment for the claim on November 19,2012 and the claimant returned the check stating the taxes related to the claim had already been paid. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | 7 Claims | | | $280.97 (S)<br>$309.38 (A)<br>$825.07 (P)<br>$48.28 (U)<br>$1,463.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.