# EXHIBIT A

# No Liability Claims

# Exhibit A

## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AYERS, JENNIFER L. 4524 COUNTY RD 4 CANANDAIGUA, NY 14424 | 10238 | 4/14/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | Claimant seeks reimbursement for escrow funds purportedly held for the final draw of a Construction Loan. Debtors have no liability for this claim as escrows were not established for the Construction Loan. The escrows would have been established at the closing of the Permanent/End Financing which was not obtained through the Debtors. |
| JASPER COUNTY ATTN STEPHEN H HOLT PO BOX 421 CARTHAGE, MO 64836 | 3870 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$454.35 (P)<br>- (U)<br>$454.35 (T) | On November 19, 2012, the Debtors mailed the claimant a check (payment in full) for the claim. The claimant subsequently returned the check stating they were unable to identify how the payment should be applied. The Debtors then called the claimant to inquire whether taxes were still outstanding for the parcel and claimant's representatives confirmed there were no taxes due. The claim should therefore be disallowed in its entirety. |
| Totals: | | | 2 Claims | - (S)<br>- (A)<br>$454.35 (P)<br>$5,300.00 (U)<br>$5,754.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.