## DECLARATION OF JENNY MCMURTRY

I, Jenny McMurtry, declare as follows:

1.  I am the Deputy for the Placer County Tax Collector (the "County"). I submit this declaration in support of the *Placer County Tax Collector's Response to Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Response"). I have personal knowledge of the matters for which are stated herein and, if called upon as a witness, I could and would competently testify thereto.

2.  I have custody and control of the County's business records and documents, and in particular, with respect to the County's Secured Tax Claim (as defined herein). Those records were prepared in the ordinary course of the County's business at or near the time of the act, condition, or event of which they are related. Such records were prepared in the ordinary course of business by the County by a person employed by the County who has personal knowledge to make a record of such event. I have personally reviewed the files as it pertains to the Debtors prior to the making of this declaration.

3.  On January 12, 2011, the County timely filed proof of claim no. 10874 in the amount of $6,098.23 (the "Secured Tax Claim"), which arises from the Debtors' delinquent secured tax claims related to ten (10) different assessments in connection with various real properties owned by at least one of the Debtors. A true and correct copy of the Secured Tax Claim is attached hereto as Exhibit "A" and incorporated herein by reference.

4.  According to the delinquent tax bills which were previously issued to the Debtors with regard to the Secured Tax Claim, such tax bills clearly state that *"[t]he lien date owner (assessee 12:01 a.m. on January 1) is responsible for payment of this tax bill"* and that *"[t]he sale or disposal of property does not relieve the assessee of the obligation to pay these taxes"*. True and correct copies of these tax bills are collectively attached hereto as Exhibit "B" and incorporated herein by reference.

5. The County received certain checks from Homeward Residential, which checks contained, at best, vague and undisclosed information concerning the identity of the Debtors, or the appropriate assessments and/or parcels that such checks pertained to. Thus, the County promptly returned such checks to Homeward Residential and requested clarification with respect to such checks because the County was unable to apply proper payment. In an attempt to recover such checks, the County made multiple requests to both Homeward Residential and the Debtors for the reissuance of such checks, without any success.

6. As of the date of the filing of this Response, the County has not recovered these checks on account of these three (3) assessments, and is uncertain whether or not the delinquent taxes will ever be paid. Based on my futile attempts to recover these checks from Homeward Residential (or the Debtors), I believe that the County will require an Order compelling prompt payment on account of these assessments from the proper party.

7. As of the filing of this Response, the County is owed not less than $7,722.07, which amount properly includes applicable penalties and interest through April 30, 2013 (and which amount will continue to accrue interest and penalties until paid, in full).

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 29th day of April, 2013, at Auburn, California.

*Jenny McMurtry*

# EXHIBIT A

| United States Bankruptcy Court<br>District of Delaware | PROOF OF ADMINISTRATIVE CLAIM |
|---|---|
| In re (Name of Debtor)<br>**American Home Mortgage Holdings Inc Et Al** | Case Number<br>**07-11047 (CSS)** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(the person or entity to whom the debtor owes money or property)<br>PLACER COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br><br>PLACER COUNTY TAX COLLECTORS OFFICE<br>2976 Richardson Dr<br>Auburn, CA 95603<br>Telephone No. (530) 889-4129 | | This space for court use only |
| Account or other number by which creditor identifies debtor:<br>990-244-606-100, 990-246-012-100, 990-248-320-000, 990-250-101-000, 990-253-367-000, 990-256-125-000, 990-256-357-000, 990-261-862-000, 991-244-606-100, 991-248-320-000 | Check here if this claim: ☐ replaces previously filed claim, dated: _____<br>☐ amends | |

1. BASIS FOR CLAIM:
☐ Goods Sold
☐ Services Performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes (THE AMOUNT WILL CONTINUE TO INCREASE AS LONG AS IT REMAINS UNPAID. TAXES WILL CONTINUE TO ACCRUE FOR FUTURE YEARS.)
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ to _____
(date)   (date)

2. DATE DEBT WAS INCURRED: 1/22/08
3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured non-priority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
Check the appropriate box or boxes that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☒ SECURED CLAIM $6,098.23

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Secured Personal Property
Amount of arrearage and other charges included in secured claim above, if any _____

☐ UNSECURED NONPRIORITY CLAIM $_____
A claim is unsecured if there is not collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $
Specify the priority of the claim.

☐ Wages, salaries or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)–11 U.S.C. § 507 (a)(3)

☐ Contributions to an employee benefit plan-U.S.C. § 507 (a)(4)

☐ Up to $900 of deposits toward purchase, lease or rental of property or services for personal, family, or household use-11 U.S.C. § 507(a)(6)

☐ Taxes or penalties of governmental units-11 U.S.C. § 507 (a)(7)

☐ Other-11 U.S.C. §§ 507 (a)(2), (a)(5)- (describe briefly)

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

| $_____ | $6,098.23 | $_____ | **$6,098.23** |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | **(Total)** |

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach Itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The ... this proof of claim. In filing this ... d deducted for the purpose of making ... ves to debtor.
7. SUPPORTING DOCUMENTS: ... itemized statements of running a ... y notes, purchase orders, invoices, available, explain. If the docum ... y interest. If the documents are not
8. TIME STAMPED COPY: To rec ... se a stamped, self-addressed envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)      0000010874

This space for court use only

Date: January 5, 2011

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

_____Jenny McMurtry, Deputy Treasurer-Tax Collector

## CLAIM ATTACHMENT

This claim is a secured tax secured by a statutory lien under California state law. The claim is secured under 11 U.S.C. Section 506(b).

The claim is subject to interest under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 5069 (b) and 11 U.S.C. Section 511, at 18% annum, as well as costs, fees and attorneys' fees.

The claim will continue to increase and interest will continue to accrue until it is paid.

```
 1                    DECLARATION OF PROOF OF SERVICE

 2      I, Sarah Taylor, declare:

 3      I am a citizen of the United States and am employed in the County of Placer. I
        am over the age of eighteen (18) years and not a party to the within-entitled action.
 4      My business address is 2976 Richardson Dr., Auburn, California.

 5      On 1/5/11 I served the within documents:

 6      **NOTICE OF     PROOF OF ADMINISTRATIVE CLAIM**

 7      _xx_  by mail on the following party(ies) in said action, in accordance with Code of
        Civil Procedure Section 1013(a), by placing a true copy thereof enclosed in a sealed
 8      envelope and placing it in a designated area for outgoing mail, addressed as follows:
        "SEE ATTACHED". I am readily familiar with the practice of this office with respect
 9      to collection and processing of documents for mailing. On the same day that
        correspondence is placed for collection and mailing at Auburn, California, it is
10      deposited in the ordinary course of business with the United States Postal Service in
        a sealed envelope with postage fully prepaid.
11
        _____  by facsimile transmission: I transmitted the above listed documents to those
12      parties indicated on the attached service list at the fax numbers so indicated. I
        caused the machine to print a transmission record of the transmission, a copy of which
13      is attached to this declaration.

14      _____  personally delivering a true copy thereof, in accordance with Code of Civil
        Procedure section 1011, to the person(s) and at the address(es) set forth below.
15
        _____  by overnight delivery on the following party(ies) in said action, in accordance
16      with Code of Civil Procedure section 1013(c), by placing a true copy thereof enclosed
        in a sealed envelope, with delivery fees paid or provided for, in a designated area
17      for outgoing overnight mail, addressed as set forth below.

18

19
        I declare under penalty of perjury that the foregoing is true and correct.
20      Executed on 1/5/11, at Auburn, California.

21

22                                                       /s/ Sarah Taylor

23

...

28
```

| | |
|---|---|
| 1 | Steven Sass |
| | AHM Liquidating Trustee |
| 2 | PO Box 10550 |
| | Melville, NY 11747 |
| 3 | |
| 4 | Young, Conaway Stargatt & Taylor LLP |
| | Sean Beach, Patrick Jackson |
| | 1000 West St, 17th Fl |
| 5 | PO Box 391 |
| | Wilmington, DE 19801 |
| 6 | |
| | Hahn & Hessen LLP |
| 7 | Mark Indelicato |
| | Edward Schnitzer |
| 8 | 488 Madison Ave |
| | New York, NY 10022 |
| 9 | |
| 10 | U.S. Bankruptcy Court for Dist. Of Delaware |
| | 824 N Market St 3rd Floor |
| | Wilmington, DE 19801 |
| 11 | |

3



# EXHIBIT B

# PLACER COUNTY 2011 - 2012 PROPERTY TAX BILL
## Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

**DELINQUENT   SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

NewTBDue 1.0.021    7/27/2011 5:28:56PM

### PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 990-244-606-100 |
| FEE NUMBER: | 013-085-008-000 |
| LOCATION: | 73 BERNICE AV |
| ASSESSED OWNER: | |
| TAX RATE AREA: | 005-001 |
| ACRES: | |

AMERICAN HOME MORTGAGE
4600 REGENT BLVD SUITE 200
IRVING TX 75063

### IMPORTANT MESSAGES

Original bill date 06/13/2009
Ownership change on 01/22/2008
This bill for 161 days/Proration Factor of 0.42000
Lien # 2009 0078509
Judgment #
73 BERNICE AV
ESCAPED ASSESSMENT
SUPPLEMENTAL PRORATION; C/O 1/23/09

2011-2012

### COUNTY VALUES, EXEMPTIONS AND TAXES

PHONE #'S
VALUATIONS (530) 889-4300
TAX RATES (530) 889-4160
EXEMPTIONS (530) 889-4300
PAYMENTS (530) 889-4120
PERS PROP (530) 889-4300
ADDR CHGS (530) 889-4300
GEN. INQ. (530) 889-4120

| VALUE DESCRIPTION | |
|---|---|
| LAND | 49,288 |
| STRUCTURAL IMPROVEMENTS | 20,928 |
| NET TAXABLE VALUE | 70,216 |

DUPLICATE COPY

VALUES X TAX RATE PER $100  1.000000 = COUNTY TAXES    294.91

### VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE # | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 35700 | Rsvl City Elem B&I 1992 Series A | 70,216 | 016532 | 4.88 |
| (530) 889-4173 | 35702 | Rsvl City Elem B&I 2002 Series A | 70,216 | 004919 | 1.45 |
| (530) 889-4173 | 35703 | Rsvl City Elem B&I 2002 Series B | 70,216 | 007013 | 2.07 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 70,216 | 017532 | 5.17 |
| (530) 889-4173 | 36450 | Rsvl High B&I 2004 Series A | 70,216 | 005108 | 1.51 |
| (530) 889-4173 | 36452 | Rsvl High B&I 2004 Series B | 70,216 | 004778 | 1.41 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C | 70,216 | 001960 | .58 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 17.07 |
| PENALTY | 31.19 |
| 1.5% DELINQUENT PENALTIES | 102.95 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 221.26 |

**TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011**

**TOTAL TAXES 516.17**

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT   SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL | 516.17 | NOV | 534.89 | MAR | 553.61 |
|---|---|---|---|---|---|---|
| | AUG | 520.85 | DEC | 539.57 | APR | 558.29 |
| | SEP | 525.53 | JAN | 544.25 | MAY | 562.97 |
| | OCT | 530.21 | FEB | 548.93 | JUN | 567.65 |

### PLACER COUNTY DELINQUENT   SECURED PROPERTY TAXES - PAYMENT STUB

| | | | |
|---|---|---|---|
| ASMT NUMBER: | 990-244-606-100 | 2007 CURRENT OWNER: | AMERICAN HOME MORTGAGE |
| FEE NUMBER: | 013-085-008-000 | | 4600 REGENT BLVD SUITE 200 |
| LOCATION: | 73 BERNICE AV | | IRVING TX 75063 |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA  95603

2011-2012

IF NOT PAID BY 7/31/2011 $516.17

9902446061002200810000005161781000000516178200073 07312011

# PLACER COUNTY 2011-2012 PROPERTY TAX BILL
## Jenine Windeshausen, Treasurer/Tax Collector
### 2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
### www.placer.ca.gov/tax

NewTBDU     7/27/2011
1.0.021     5:29:04PM

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

## PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 990-246-012-100 |
| FEE NUMBER: | 015-420-002-000 |
| TAX RATE AREA: | 005-001 |
| ACRES: | |
| LOCATION: | 382 SAWTELL RD |
| ASSESSED OWNER: | |

AMERICAN HOME MORTGAGE
4600 REGENT BLVD STE 200
IRVING TX 75063

## IMPORTANT MESSAGES

Original bill date 04/25/2009
Ownership change on 03/11/2008
This bill for 112 days/Proration Factor of 0.25000
Lien # 2009 0070643
Judgment #
382 SAWTELL RD
ESCAPED REAL PROPERTY

2011-2012

## COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | VALUE DESCRIPTION | |
|---|---|---|
| VALUATIONS (530) 889-4300 | LAND | 11,000 |
| TAX RATES (530) 889-4160 | STRUCTURAL IMPROVEMENTS | 19,240 |
| EXEMPTIONS (530) 889-4300 | NET TAXABLE VALUE | 30,240 |
| PAYMENTS (530) 889-4120 | | |
| PERS PROP (530) 889-4300 | | |
| ADDR CHGS (530) 889-4300 | | |
| GEN. INQ. (530) 889-4120 | | |

DUPLICATE COPY

VALUES X TAX RATE PER $100 1.000000 = COUNTY TAXES     75.60

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 | = AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 35700 | Rsvl City Elem B&I 1992 Series A | 30,240 | .016532 | 1.25 |
| (530) 889-4173 | 35702 | Rsvl City Elem B&I 2002 Series A | 30,240 | .004919 | .37 |
| (530) 889-4173 | 35703 | Rsvl City Elem B&I 2002 Series B | 30,240 | .007013 | .53 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 30,240 | .017532 | 1.33 |
| (530) 889-4173 | 36450 | Rsvl High B&I 2004 Series A | 30,240 | .005108 | .39 |
| (530) 889-4173 | 36452 | Rsvl High B&I 2004 Series B | 30,240 | .004778 | .36 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C | 30,240 | .001960 | .15 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 4.38 |
| PENALTY | 7.99 |
| 1.5% DELINQUENT PENALTIES | 28.79 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 111.21 |

**TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011**     **TOTAL TAXES 186.81**

## IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JUL | 186.81 | NOV | 191.61 | MAR | 196.41 | | |
| AUG | 188.01 | DEC | 192.81 | APR | 197.61 | | |
| SEP | 189.21 | JAN | 194.01 | MAY | 198.81 | | |
| OCT | 190.41 | FEB | 195.21 | JUN | 200.01 | | |

## PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| | | | | |
|---|---|---|---|---|
| ASMT NUMBER: | 990-246-012-100 | 2007 | CURRENT OWNER: | AMERICAN HOME MORTGAGE |
| FEE NUMBER: | 015-420-002-000 | | | 4600 REGENT BLVD STE 200 |
| LOCATION: | 382 SAWTELL RD | | | IRVING TX 75063 |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

2011-2012

IF PAID 07/31/2011 $186.81

990246012100520081000000186818100000018681820073 07312011

```
NewTBdu                                                                                    7/27/2011
1.0.021                    PLACER COUNTY 2010 - 2012 PROPERTY TAX BILL                     5:29:11PM
                           Jenine Windeshausen, Treasurer/Tax Collector
                      2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
                                         www.placer.ca.gov/tax
          DELINQUENT     SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012
```

| PROPERTY INFORMATION | | IMPORTANT MESSAGES |
|---|---|---|
| ASMT NUMBER: | 990-248-320-000  TAX RATE AREA: 006-047 | Original bill date 05/14/2009 |
| FEE NUMBER: | 030-090-014-000  ACRES: | Ownership change on 05/14/2008 |
| LOCATION: | 3765 DELMAR AV | This bill for 48 days/Proration Factor of 0.080000 |
| ASSESSED OWNER: | AMERICAN HOME MORTGAGE SERVICING INC | Lien # 2009 70436 |
| | | Judgment # |
| | | 3765 DELMAR AV |

AMERICAN HOME MORTGAGE SERVICING INC
RE: LOAN #1001470083/LA GUISA
4600 REGENT BLVD SUITE 200
IRVING TX 75063-

**2011-2012**

DUPLICATE COPY

### COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | VALUE DESCRIPTION | |
|---|---|---|
| VALUATIONS (530) 889-4300 | LAND | 68,812 |
| TAX RATES (530) 889-4160 | STRUCTURAL IMPROVEMENTS | 125,050 |
| EXEMPTIONS (530) 889-4300 | NET TAXABLE VALUE | 193,862 |
| PAYMENTS (530) 889-4120 | | |
| PERS PROP (530) 889-4300 | | |
| ADDR CHGS (530) 889-4300 | | |
| GEN. INQ. (530) 889-4120 | | |
| | VALUES X TAX RATE PER $100  1.000000 = COUNTY TAXES | 155.08 |

### VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 35400 | Placer High B&I 1999 Series A-Non Refunding | 193,862 | .007793 | 1.20 |
| (530) 889-4173 | 35402 | Placer High B&I 1999 Series B | 193,862 | .003037 | .46 |
| (530) 889-4173 | 35403 | Placer High B&I 1999 Series C | 193,862 | .002955 | .44 |
| (530) 889-4173 | 35404 | Placer High B&I 1999 Series A Ref 2005 | 193,862 | .006257 | .96 |
| (530) 889-4173 | 36800 | Loomis Elem B&I 1998 | 193,862 | .018852 | 2.92 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 5.98 |
| PENALTY | 16.10 |
| 1.5% DELINQUENT PENALTIES | 55.57 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 147.70 |

| TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011 | **TOTAL TAXES 302.78** |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL | 302.78 | NOV | 312.44 | MAR | 322.11 |
|---|---|---|---|---|---|---|
| | AUG | 305.20 | DEC | 314.86 | APR | 324.52 |
| | SEP | 307.61 | JAN | 317.28 | MAY | 326.94 |
| | OCT | 310.03 | FEB | 319.69 | JUN | 329.35 |

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| ASMT NUMBER: | 990-248-320-000 | 2007 | CURRENT OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |
|---|---|---|---|---|
| FEE NUMBER: | 030-090-014-000 | | | RE: LOAN #1001470083/LA GUISA |
| LOCATION: | 3765 DELMAR AV | | | 4600 REGENT BLVD SUITE 200 |
| | | | | IRVING TX 75063- |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

```
9902483200000200810000000302782100000030278220073 07312011
```

NewTBDO 1.0.021                                                                                                            7/27/2011
                                                                                                                            5:29:19PM

# PLACER COUNTY 2011 - 2012 PROPERTY TAX BILL
## Jenine Windeshausen, Treasurer/Tax Collector
### 2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
### www.placer.ca.gov/tax

**DELINQUENT    SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

| PROPERTY INFORMATION | IMPORTANT MESSAGES |
|---|---|
| ASMT NUMBER: 990-250-101-000   TAX RATE AREA: 069-045 | Original bill date 05/27/2009 |
| FEE NUMBER: 460-120-035-000   ACRES: | Ownership change on 06/23/2008 |
| LOCATION: 8340 JEANETTE WY | This bill for 171 days/Proration Factor of 1.00000 |
| ASSESSED OWNER: AMERICAN HOME MORTGAGE SERVICING INC | Lien # 2009 0070616 |
| | Judgment # |
| | 8340 JEANETTE WY |

AMERICAN HOME MORTGAGE SERVICING INC
RE: LOAN# 1001270888/CLARK
4600 REGENT BLVD
IRVING TX 75063-

**2011-2012**

**DUPLICATE COPY**

### COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | | VALUE DESCRIPTION | |
|---|---|---|---|
| VALUATIONS | (530) 889-4300 | LAND | 51,289 |
| TAX RATES | (530) 889-4160 | STRUCTURAL IMPROVEMENTS | 69,439 |
| EXEMPTIONS | (530) 889-4300 | NET TAXABLE VALUE | 120,728 |
| PAYMENTS | (530) 889-4120 | | |
| PERS PROP | (530) 889-4300 | | |
| ADDR CHGS | (530) 889-4300 | | |
| GEN. INQ. | (530) 889-4120 | | |

VALUES X TAX RATE PER $100  1.000000  = COUNTY TAXES                565.58

### VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 | = AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 34800 | Eureka Elem B&I 1993 | 120.728 | .027707 | 12.84 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 120.728 | .017357 | 9.80 |
| (530) 889-4173 | 36450 | Rsvl High B&I 2004 Series A | 120.728 | .005105 | 2.88 |
| (530) 889-4173 | 36452 | Rsvl High B&I 2004 Series B | 120.728 | .006096 | 2.88 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C | 120.728 | .004528 | 2.56 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 30.96 |
| PENALTY | 59.65 |
| 1.5% DELINQUENT PENALTIES | 205.81 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 366.47 |

| TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011 | **TOTAL TAXES 932.05** |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT    SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.

AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL | 932.05 | NOV | 967.84 | MAR | 1,003.63 |
|---|---|---|---|---|---|---|
| | AUG | 941.00 | DEC | 976.79 | APR | 1,012.58 |
| | SEP | 949.95 | JAN | 985.74 | MAY | 1,021.53 |
| | OCT | 958.89 | FEB | 994.69 | JUN | 1,030.48 |

### PLACER COUNTY DELINQUENT    SECURED PROPERTY TAXES - PAYMENT STUB

| ASMT NUMBER: 990-250-101-000   2008 | CURRENT OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |
|---|---|---|
| FEE NUMBER: 460-120-035-000 | | RE: LOAN# 1001270888/CLARK |
| LOCATION: 8340 JEANETTE WY | | 4600 REGENT BLVD |
| | | IRVING TX 75063- |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

99025010100012008100000093205810000009320582008L 07312011

# PLACER COUNTY 2011 - 2012 PROPERTY TAX BILL
Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

NewTSDN 7/27/2011
1.0.021 5:29:26PM

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

## PROPERTY INFORMATION

| | | |
|---|---|---|
| ASMT NUMBER: | 990-253-367-000 | TAX RATE AREA: 004-000 |
| FEE NUMBER: | 016-370-049-000 | ACRES: |
| LOCATION: | 5976 WILLOWYND DR | |
| ASSESSED OWNER: | AMERICAN HOME MORTGAGE SERVICING INC | |

## IMPORTANT MESSAGES

Original bill date 06/04/2009
Ownership change on 09/09/2008
This bill for 70 days/Proration Factor of 0.750000
Lien # 2009 0078664
Judgment #
5976 WILLOWYND DR

**2011-2012**

AMERICAN HOME MORTGAGE SERVICING INC
C/O FIDELITY NATIONAL FORECLOSURE AND BANKRUPTCY
RE LOAN #0031008857/SPARROW
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

## COUNTY VALUES, EXEMPTIONS AND TAXES

PHONE #S
VALUATIONS (530) 889-4300
TAX RATES (530) 889-4160
EXEMPTIONS (530) 889-4300
PAYMENTS (530) 889-4120
PERS PROP (530) 889-4300
ADDR CHG (530) 889-4300
GEN. INQ. (530) 889-4120

| VALUE DESCRIPTION | |
|---|---|
| LAND | 20,325 |
| STRUCTURAL IMPROVEMENTS | 31,890 |
| NET TAXABLE VALUE | 52,215 |

VALUES X TAX RATE PER $100 1.000000 = COUNTY TAXES    92.92

**DUPLICATE COPY**

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 36100 | Rocklin Unif B&I 1991 | 52,215 | .060349 | 5.60 |
| (530) 889-4173 | 36700 | Rocklin Unif B&I 1996 | 52,215 | .015012 | 1.38 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 6.98 |
| PENALTY | 9.99 |
| 1.5% DELINQUENT PENALTIES | 32.97 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 119.99 |

TO AVOID ADDITIONAL PENALTIES
PAY BY 07/31/2011

**TOTAL TAXES 212.91**

## IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL | 212.91 | NOV | 218.90 | MAR | 224.90 |
|---|---|---|---|---|---|---|
| | AUG | 214.41 | DEC | 220.40 | APR | 226.40 |
| | SEP | 215.91 | JAN | 221.90 | MAY | 227.90 |
| | OCT | 217.41 | FEB | 223.40 | JUN | 229.39 |

## PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| | | | |
|---|---|---|---|
| ASMT NUMBER: | 990-253-367-000 | 2008 CURRENT OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |
| FEE NUMBER: | 016-370-049-000 | | C/O FIDELITY NATIONAL FORECLOSURE AND BANK |
| LOCATION: | 5976 WILLOWYND DR | | RE LOAN #0031008857/SPARROW |
| | | | 1270 NORTHLAND DR |
| | | | MENDOTA HEIGHTS MN 55120 |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

IF PAID BY 7/31/2011 $212.91

99025336700042008100000021291410000002129142008L 07312011

NewTBDU 1.0.021    7/27/2011 5:29:34PM

# PLACER COUNTY 2011-12012 PROPERTY TAX BILL
Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

## PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 990-256-125-000 |
| FEE NUMBER: | 468-290-007-000 |
| TAX RATE AREA: | 005-028 |
| ACRES: | |
| LOCATION: | 2820 ASHLAND DR |
| ASSESSED OWNER: | AMERICAN HOME MOTGAGE SERVICING INC |

## IMPORTANT MESSAGES

Original bill date 06/18/2009
Ownership change on 11/17/2008
This bill for 178 days/Proration Factor of 0.68000
Lien # 2009 0078628
Judgment #
2820 ASHLAND DR

AMERICAN HOME MOTGAGE SERVICING INC
C/O FIDELITY NATIONAL FORECLOSURE
1270 NORTHLAND DR RE LOAN # 0030470389MULROONEY
MENDOTA HEIGHTS MN 55120-

**2011-2012**

DUPLICATE COPY

## COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | | VALUE DESCRIPTION | | |
|---|---|---|---|---|
| VALUATIONS | (530) 889-4300 | LAND | | 15,608 |
| TAX RATES | (530) 889-4150 | STRUCTURAL IMPROVEMENTS | | 126,338 |
| EXEMPTIONS | (530) 889-4300 | | NET TAXABLE VALUE | 141,946 |
| PAYMENTS | (530) 889-4120 | | | |
| PERS PROP | (530) 889-4300 | | | |
| ADDR CHGS | (530) 889-4300 | | | |
| GEN. INQ. | (530) 889-4120 | | | |

VALUES X TAX RATE PER $100  1.000000 = COUNTY TAXES  648.42

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 34800 | Eureka Elem B&I 1993 | 141,946 | .022707 | 14.72 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 141,946 | .017357 | 11.24 |
| (530) 889-4173 | 36450 | Rsvl High B&I 2004 Series A | 141,946 | .005105 | 3.30 |
| (530) 889-4173 | 36452 | Rsvl High B&I 2004 Series B | 141,946 | .005096 | 3.30 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C | 141,946 | .004528 | 2.92 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 35.48 |
| PENALTY | 68.39 |
| 1.5% DELINQUENT PENALTIES | 225.69 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 399.61 |

| TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011 | **TOTAL TAXES 1,048.03** |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JUL | 1,048.03 | NOV | 1,089.06 | MAR | 1,130.10 | | |
| AUG | 1,058.29 | DEC | 1,099.32 | APR | 1,140.36 | | |
| SEP | 1,068.55 | JAN | 1,109.58 | MAY | 1,150.62 | | |
| OCT | 1,078.81 | FEB | 1,119.84 | JUN | 1,160.87 | | |

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| | | | | |
|---|---|---|---|---|
| ASMT NUMBER: | 990-256-125-000 | 2008 | CURRENT OWNER: | AMERICAN HOME MOTGAGE SERVICING INC |
| FEE NUMBER: | 468-290-007-000 | | | C/O FIDELITY NATIONAL FORECLOSURE |
| LOCATION: | 2820 ASHLAND DR | | | 1270 NORTHLAND DR RE LOAN # 0030470389MUL |
| | | | | MENDOTA HEIGHTS MN 55120- |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

99025612500002008100000104803210000010480322008 07312011

NewTBSU 7/27/2011
1.0.021 5:29:42PM

# PLACER COUNTY 2011-2012 PROPERTY TAX BILL
Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

| PROPERTY INFORMATION | IMPORTANT MESSAGES |
|---|---|
| ASMT NUMBER: 990-256-357-000 TAX RATE AREA: 091-036 | Original bill date 07/16/2009 |
| FEE NUMBER: 090-161-033-000 ACRES: | Ownership change on 11/21/2008 |
| LOCATION: 8760 CUTTHROAT AV | This bill for 76 days/Proration Factor of 0.580000 |
| ASSESSED OWNER: AMERICAN HOME MORTGAGE SERVICING INC | Lien # 2009 95288 |
| | Judgment # |
| | 8760 CUTTHROAT AV |

AMERICAN HOME MORTGAGE SERVICING INC
C/O FIDELITY NATIONAL FORECLOSURE & BANKRUPTCY SOL
1270 NORTHLAND DR RE LOAN #0031034861GERDING
MENDOTA HEIGHTS MN 55120-

**2011-2012**

## COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | VALUE DESCRIPTION | |
|---|---|---|
| VALUATIONS (530) 889-4300 | LAND | 147,552 |
| TAX RATES (530) 889-4160 | STRUCTURAL IMPROVEMENTS | 39,877 |
| EXEMPTIONS (530) 889-4300 | NET TAXABLE VALUE | 187,429 |
| PAYMENTS (530) 889-4120 | | |
| PERS PROP (530) 889-4300 | | |
| ADDR CHGS (530) 889-4300 | | |
| GEN. INQ. (530) 889-4120 | | |

DUPLICATE COPY

VALUES X TAX RATE PER $100 1.000000 = COUNTY TAXES   372.14

### VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 35200 | Sierra Coll SFID #1 B&I 2004 Series A | 187,429 | .005390 | 2.00 |
| (530) 889-4173 | 35210 | Sierra Coll SFID #1 B&I 2004 Series B | 187,429 | .003596 | 1.32 |
| (530) 889-4173 | 35900 | Tah Trk Un B&I 93B Ref 2004 | 187,429 | .001738 | .64 |
| (530) 889-4173 | 36300 | Tah Trk Un B&I 93A | 187,429 | .003266 | 1.20 |
| (530) 889-4173 | 36900 | Tah Trk Un B&I 93A96 | 187,429 | .002069 | .76 |
| (530) 889-4173 | 37200 | Tah Trk Un B&I 99A SFID #2 | 187,429 | .005826 | 2.16 |
| (530) 889-4173 | 37201 | Tah Trk Un B&I 99A SFID#2 Ref 2001 | 187,429 | .011754 | 4.36 |
| (530) 889-4173 | 37202 | Tah Trk Un B&I 99B SFID #2 | 187,429 | .005564 | 2.06 |
| (530) 889-4173 | 37400 | Tah Trk Un B&I 2002A SFID #2 | 187,429 | .012013 | 4.46 |
| (530) 889-4173 | 37401 | Tah Trk Un B&I 2002B SFID #2 | 187,429 | .014069 | 5.22 |
| (530) 582-6656 | 42106 | Tahoe Forest Hosp B&I 2006 Series A&B | 187,429 | .010140 | 3.76 |

TOTAL AGENCY TAXES   27.94
PENALTY   40.00
1.5% DELINQUENT PENALTIES   126.03
FEES   70.05

AGENCY TAXES + DIRECT CHARGES + FEES   264.02

| TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011 | **TOTAL TAXES 636.16** |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL | 636.16 | NOV | 660.16 | MAR | 684.17 |
|---|---|---|---|---|---|---|
| | AUG | 642.16 | DEC | 666.17 | APR | 690.17 |
| | SEP | 648.16 | JAN | 672.17 | MAY | 696.17 |
| | OCT | 654.16 | FEB | 678.17 | JUN | 702.17 |

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| ASMT NUMBER: 990-256-357-000 | 2008 | CURRENT OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |
|---|---|---|---|
| FEE NUMBER: 090-161-033-000 | | | C/O FIDELITY NATIONAL FORECLOSURE & BANKRU |
| LOCATION: 8760 CUTTHROAT AV | | | 1270 NORTHLAND DR RE LOAN #0031034861GERD |
| | | | MENDOTA HEIGHTS MN 55120- |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

PAID BY 7/31/2011 $636.16

99025635700092009900000063616410000006361642008107312011

# PLACER COUNTY 2011-2012 PROPERTY TAX BILL

NewTBDU  
1.0.021

Jenine Windeshausen, Treasurer/Tax Collector  
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120  
www.placer.ca.gov/tax

7/27/2011  
5:29:49PM

**DELINQUENT   SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

| PROPERTY INFORMATION | IMPORTANT MESSAGES |
|---|---|
| ASMT NUMBER: 990-261-862-000   TAX RATE AREA: 001-001<br>FEE NUMBER: 001-150-047-000   ACRES:<br>LOCATION: 245 LIVE OAK ST<br>ASSESSED OWNER: AMERICAN HOME MORTGAGE SERVICING INC | Original bill date 01/14/2010<br>Ownership change on 05/07/2009<br>This bill for 50 days/Proration Factor of 0.080000<br>Lien # 2010 0025871<br>Judgment #<br>245 LIVE OAK ST |

AMERICAN HOME MORTGAGE SERVICING INC  
4875 BELFORT RD  
JACKSONVILLE FL 32256-



2011-2012

## COUNTY VALUES, EXEMPTIONS AND TAXES

PHONE #S  
VALUATIONS (530) 889-4300  
TAX RATES (530) 889-4160  
EXEMPTIONS (530) 889-4300  
PAYMENTS (530) 889-4120  
PERS PROP (530) 889-4300  
ADDR CHGS (530) 889-4300  
GEN. INQ. (530) 889-4120

| VALUE DESCRIPTION | |
|---|---:|
| LAND | 18,379 |
| STRUCTURAL IMPROVEMENTS | -300 |
| NET TAXABLE VALUE | 18,079 |

VALUES X TAX RATE PER $100  1.000000  = COUNTY TAXES                13.14

DUPLICATE COPY

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES | X | TAX RATE PER $100 | = | AGENCY TAXES |
|---|---|---|---|---|---|---|---|
| (530) 889-4173 | 35400 | Placer High B&I 1999 Series A-Non Refunding | 18,079 | | .000539 | | .10 |
| (530) 889-4173 | 35402 | Placer High B&I 1999 Series B | 18,079 | | .002738 | | .02 |
| (530) 889-4173 | 35403 | Placer High B&I 1999 Series C | 18,079 | | .002753 | | .02 |
| (530) 889-4173 | 35404 | Placer High B&I 1999 Series A Ref 2005 | 18,079 | | .005960 | | .06 |

|  |  |
|---|---:|
| TOTAL AGENCY TAXES | 0.20 |
| PENALTY | 1.33 |
| 1.5% DELINQUENT PENALTIES | 2.80 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 74.38 |

| TO AVOID ADDITIONAL PENALTIES<br>PAY BY 07/31/2011 | **TOTAL TAXES 87.52** |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

| AMOUNT DUE AT RIGHT IS BASED ON<br>MONTH PAYMENT IS<br>POSTMARKED OR RECEIVED BY TAX COLLECTOR | JUL 87.52<br>AUG 87.72<br>SEP 87.92<br>OCT 88.12 | NOV 88.32<br>DEC 88.52<br>JAN 88.72<br>FEB 88.92 | MAR 89.12<br>APR 89.32<br>MAY 89.52<br>JUN 89.72 |
|---|---|---|---|

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

ASMT NUMBER: 990-261-862-000       2008    CURRENT OWNER: AMERICAN HOME MORTGAGE SERVICING INC  
FEE NUMBER: 001-150-047-000                                              4875 BELFORT RD  
LOCATION: 245 LIVE OAK ST                                                JACKSONVILLE FL 32256-

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR  
2976 Richardson Drive  
Auburn, CA 95603

2011-2012

PAID BY 7/31/2011 $87.52

99026186200072009900000008752810000000087528200081 07312011

# PLACER COUNTY 2011-2012 PROPERTY TAX BILL

Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

NewTBDU  7/27/2011  5:29:58PM
1.0.021

## PROPERTY INFORMATION | IMPORTANT MESSAGES

| PROPERTY INFORMATION | IMPORTANT MESSAGES |
|---|---|
| ASMT NUMBER: 991-244-606-100  TAX RATE AREA: 005-001 | Original bill date 06/13/2009 |
| FEE NUMBER: 013-085-008-000  ACRES: | Ownership change on 01/22/2008 |
| LOCATION: 73 BERNICE AV | This bill for 206 days/Proration Factor of 1.00000 |
| ASSESSED OWNER: | Lien # 2009 0078633 |
| | Judgment # |
| AMERICAN HOME MORTGAGE | 73 BERNICE AV |
| 4600 REGENT BLVD SUITE 200 | ESCAPED ASSESSMENT |
| IRVING TX 75063 | SUPPLEMENTAL PRORATION; C/O 1/23/09 |

2011-2012  DUPLICATE COPY

## COUNTY VALUES, EXEMPTIONS AND TAXES

PHONE #S
VALUATIONS (530) 889-4300
TAX RATES (530) 889-4160
EXEMPTIONS (530) 889-4300
PAYMENTS (530) 889-4120
PERS PROP (530) 889-4300
ADDR CHGS (530) 889-4300
GEN. INQ. (530) 889-4120

| VALUE DESCRIPTION | |
|---|---:|
| LAND | 48,574 |
| STRUCTURAL IMPROVEMENTS | 18,347 |
| NET TAXABLE VALUE | 66,921 |
| VALUES X TAX RATE PER $100 1.000000 = COUNTY TAXES | 377.69 |

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES | X | TAX RATE PER $100 | = | AGENCY TAXES |
|---|---|---|---|---|---|---|---|
| (530) 889-4173 | 35700 | Rsvl City Elem B&I 1992 Series A | 66,921 | | 017184 | | 6.49 |
| (530) 889-4173 | 35702 | Rsvl City Elem B&I 2002 Series A | 66,921 | | 004724 | | 1.78 |
| (530) 889-4173 | 35703 | Rsvl City Elem B&I 2002 Series B | 66,921 | | 007094 | | 2.68 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 66,921 | | 017357 | | 6.55 |
| (530) 889-4173 | 36450 | Rsvl High B&I 2004 Series A | 66,921 | | 005105 | | 1.93 |
| (530) 889-4173 | 36452 | Rsvl High B&I 2004 Series B | 66,921 | | 005096 | | 1.92 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C | 66,921 | | 004528 | | 1.71 |

| | |
|---|---:|
| TOTAL AGENCY TAXES | 23.07 |
| PENALTY | 40.07 |
| 1.5% DELINQUENT PENALTIES | 132.25 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 265.44 |

**TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011**  **TOTAL TAXES 643.13**

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR

| | | | | | | | |
|---|---:|---|---:|---|---:|---|---:|
| JUL | 643.13 | NOV | 667.18 | MAR | 691.22 | | |
| AUG | 649.14 | DEC | 673.19 | APR | 697.23 | | |
| SEP | 655.15 | JAN | 679.20 | MAY | 703.24 | | |
| OCT | 661.16 | FEB | 685.21 | JUN | 709.26 | | |

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| ASMT NUMBER: 991-244-606-100 | 2008 | CURRENT OWNER: | AMERICAN HOME MORTGAGE |
| FEE NUMBER: 013-085-008-000 | | | 4600 REGENT BLVD SUITE 200 |
| LOCATION: 73 BERNICE AV | | | IRVING TX 75063 |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

2011-2012  IF PAID BY 7/31/2011 $643.13

9912446061001200810000006431381000000643138200810 07312011

# PLACER COUNTY 2011-2012 PROPERTY TAX BILL

Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603 (530) 889-4120
www.placer.ca.gov/tax

7/27/2011
5:30:30PM

1.0.021

**DELINQUENT SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2011 THROUGH JUNE 30, 2012**

## PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 991-248-320-000 |
| FEE NUMBER: | 030-090-014-000 |
| TAX RATE AREA: | 006-047 |
| ACRES: | |
| LOCATION: | 3765 DELMAR AV |
| ASSESSED OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |

## IMPORTANT MESSAGES

Original bill date 05/14/2009
Ownership change on 05/14/2008
This bill for 232 days/Proration Factor of 1.00000
Lien # 2009 0070584
Judgment #
3765 DELMAR AV

**2011-2012**

AMERICAN HOME MORTGAGE SERVICING INC
RE: LOAN #1001470083/LA GUISA
4600 REGENT BLVD SUITE 200
IRVING TX 75063-

## COUNTY VALUES, EXEMPTIONS AND TAXES

PHONE #S
VALUATIONS (530) 889-4300
TAX RATES (530) 889-4160
EXEMPTIONS (530) 889-4300
PAYMENTS (530) 889-4120
PERS PROP (530) 889-4300
ADDR CHGS (530) 889-4300
GEN. INQ. (530) 889-4120

| VALUE DESCRIPTION | |
|---|---|
| LAND | 67,689 |
| STRUCTURAL IMPROVEMENTS | 123,051 |
| NET TAXABLE VALUE | 190,740 |

DUPLICATE COPY

VALUES X TAX RATE PER $100 1.000000 = COUNTY TAXES 1,212.36

## VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES X | TAX RATE PER $100 = | AGENCY TAXES |
|---|---|---|---|---|---|
| (530) 889-4173 | 35400 | Placer High B&I 1999 Series A-Non Refunding | 190,740 | .006639 | 10.46 |
| (530) 889-4173 | 35402 | Placer High B&I 1999 Series B | 190,740 | .002738 | 3.30 |
| (530) 889-4173 | 35403 | Placer High B&I 1999 Series C | 190,740 | .002753 | 3.32 |
| (530) 889-4173 | 35404 | Placer High B&I 1999 Series A Ref 2005 | 190,740 | .005960 | 7.22 |
| (530) 889-4173 | 36600 | Loomis Elem B&I 1998 | 190,740 | .020846 | 25.26 |

| | |
|---|---|
| TOTAL AGENCY TAXES | 49.56 |
| PENALTY | 126.19 |
| 1.5% DELINQUENT PENALTIES | 435.36 |
| FEES | 70.05 |
| AGENCY TAXES + DIRECT CHARGES + FEES | 681.16 |

| TO AVOID ADDITIONAL PENALTIES PAY BY 07/31/2011 | TOTAL TAXES 1,893.52 |
|---|---|

### IMPORTANT INFORMATION REGARDING THIS DELINQUENT SECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY THESE TAXES.
TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.
AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

AMOUNT DUE AT RIGHT IS BASED ON MONTH PAYMENT IS POSTMARKED OR RECEIVED BY TAX COLLECTOR

| | | | | | |
|---|---|---|---|---|---|
| JUL | 1,893.52 | NOV | 1,969.24 | MAR | 2,044.95 |
| AUG | 1,912.45 | DEC | 1,988.16 | APR | 2,063.88 |
| SEP | 1,931.38 | JAN | 2,007.09 | MAY | 2,082.81 |
| OCT | 1,950.31 | FEB | 2,026.02 | JUN | 2,101.74 |

### PLACER COUNTY DELINQUENT SECURED PROPERTY TAXES - PAYMENT STUB

| | | | |
|---|---|---|---|
| ASMT NUMBER: | 991-248-320-000 | 2008 CURRENT OWNER: | AMERICAN HOME MORTGAGE SERVICING INC |
| FEE NUMBER: | 030-090-014-000 | | RE: LOAN #1001470083/LA GUISA |
| LOCATION: | 3765 DELMAR AV | | 4600 REGENT BLVD SUITE 200 |
| | | | IRVING TX 75063- |

MAKE CHECKS PAYABLE TO:

PLACER COUNTY TAX COLLECTOR
2976 Richardson Drive
Auburn, CA 95603

**2011-2012**

IF PAID BY 7/31/2011 $1,893.52

99124832000920081000001893528100000189352820081 07312011