## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 30th day of April, 2013, I caused a true and correct copy of the foregoing **Placer County Tax Collector's Response to Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1; Declaration of Jenny McMurtry in Support Thereof** to be served on the parties listed below as indicated:

**BY HAND DELIVERY AND EMAIL**
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Michael S. Neiburg, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL AND EMAIL**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Marc J. Phillips (No. 4445)