IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x    Chapter 11

In re:                                                                                   :
                                                                                              :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :
a Delaware corporation, et al.,¹                                         :    Jointly Administered
                                                                                              :
    Debtors.                                                                       :
------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 20, 2013 AT 3:00 P.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
CANCELLED WITH THE PERMISSION OF THE COURT.**

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

    Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

    Related Documents:

    a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 5463, 8/18/08]

    c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 9768, 2/7/11]

    Responses Filed:    See Exhibit A, attached

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:13583551.1

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

2. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

   Response Deadline: February 10, 2009 at 4:00 p.m.

   Related Document:

   a) Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

   Responses Filed: See Exhibit B, attached

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned.

3. Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

   Response Deadline: July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

   Related Document:

   a) Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

   Responses Filed: See Exhibit C

   Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4. Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

   Objection Deadline: April 29, 2011 at 4:00 p.m. (ET), extended to September 25, 2013 at 4:00 p.m. (ET)

   Objections Filed:

    a)     Plan Trustee's Objection to Administrative Claims Asserted by Countrywide Bank, FSB and Countrywide Home Loans, Inc. [D.I. 10757, 2/1/13]

Status: The parties are conferring upon a form of scheduling order to be submitted under certification of counsel. This matter is continued to June 18, 2013 at 11:00 a.m. (ET).

5. Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to September 25, 2013 at 4:00 p.m. (ET)

Objections Filed:     None to date

Status: This matter will be adjourned to a date and time to be determined.

6. Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:   March 30, 2011 at 4:00 p.m. (ET)

Related Document:

    a)     Order [D.I. 9913, 4/5/11]

Responses Filed:     See Exhibit D, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit D.

7. Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:   May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

    a)     Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

      b)   Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit E, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit E.

8. Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

      a)   Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit F, this matter will be adjourned.

9. Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Related Document:

      a)   Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]

      b)   Certification of Counsel [D.I. 10435, 5/3/12]

      **c**)   Order Sustaining in Part the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 10443, 5/4/12]

Responses Filed:    See Exhibit G, attached

    Status:  An Order has been entered which partially sustains the Objection.  With respect to Exhibit G, this matter will be adjourned.

10. Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

    Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

    Related Document:

        a)  Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

    Responses Filed:    See Exhibit H

    Status: This matter is adjourned with respect to responses listed on Exhibit H.  An order has been entered resolving the remainder of this matter.

11. Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

    Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

    Objections Filed:

        a)  Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

    Status: This matter will be adjourned to June 18, 2013 at 11:00 a.m. (ET).

12. Plan Trust's Objection to Claim Number 8932 filed by Zoa Nielsen, Individually and on Behalf of Others, Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [D.I. 10680, 12/4/12]

    Objection Deadline:    December 28, 2012 at 4:00 p.m. (ET)

    Objections Filed:

        a)  Zoa Nielsen's Response to Plan Trust's Objection to Claim 8932 and Alternative Requests to Certify Class and/or Collective Proof of Claim, Grant Full or Partial Summary Judgment and/or Lift Automatic Stay for Liquidation in Oregon District Court [D.I. 107-5, 12/27/12]

Status: This matter will be adjourned to June 18, 2013 at 11:00 a.m. (ET).

13. Plan Trust's One Hundred Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10685, 12/7/12]

    Objection Deadline:  December 31, 2012 at 4:00 p.m. (ET)

    Objections\Responses Filed:  See Exhibit I, attached

    Status: This matter will be adjourned to June 18, 2013 at 11:00 a.m. (ET).

14. Plan Trust's Objection Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 to Claims #10447 and #10477 filed by Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc. [D.I. 10755, 2/1/13]

    Objection Deadline:  February 25, 2013 at 4:00 p.m. (ET), extended to March 22, 2013 at 4:00 p.m. (ET)

    Objections\Responses Filed:

    a) Reply of Countrywide Bank, F.S.B. and Countrywide Home Loans, Inc. [D.I. 10796, 3/26/13]

    Status: The parties are conferring upon a form of scheduling order to be submitted under certification of counsel. This matter is adjourned to June 18, 2013 at 11:00 a.m. (ET).

15. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Objection Deadline:  April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

    a) Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Objections\Responses Filed:  See Exhibit J, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit J, this matter will be adjourned to June 18, 2013 at 11:00 a.m. (ET).

16. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

   Objection Deadline:   April 16, 2013 at 4:00 p.m. (ET)

   Objections\Responses Filed:  See Exhibit K, attached

   Related Document:

   a) Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

   Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit K, this matter will be adjourned to June 18, 2013 at 11:00 a.m. (ET).

Dated: May 16, 2013
      Wilmington, Delaware         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

## Exhibit A, Thirteenth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Countrywide | 5337, 8/8/08 | Adjourned |

## Exhibit B, Twenty-Ninth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Sharaine Hughes |   | Adjourned |

## Exhibit C, Fifty-Ninth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Assured Guaranty Corp. |   | Adjourned |

## Exhibit D, Seventy-Forth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Placer County |   | Adjourned |

## Exhibit E, Seventy-Sixth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | UBS Securities LLC POC No. 10787 |   | Adjourned |
|   | Countrywide Bank, F.S.B. |   | Adjourned |
|   | Countrywide Home Loans, Inc. |   | Adjourned |

## Exhibit F, Seventy-Ninth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Ventura County | 10044, 6/14/11 | Adjourned |

## Exhibit G, Eighty-Fifth Omnibus Objection

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Torrence Caldwell |   | Adjourned |

01:13583551.1

### Exhibit H, Ninety-Third Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Bank of America |  | Adjourned |

### Exhibit I, One Hundred Sixth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit J, One Hundred Tenth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

### Exhibit K, One Hundred Eleventh Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Placer County Tax Collector | 10810, 4/30/13 | Adjourned |
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:13583551.1