# EXHIBIT III

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
         Debtors.                                                      :
                                                                       : **Ref. Docket No. _____**
---------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred twelfth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, reassigning or disallowing in full such Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:13618494.1

notice of the Objection having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby reassigned to the New Case Number as indicated on Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits B and C are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      June ___, 2013

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Wrong Debtor Claim**

# Exhibit A

## Incorrect Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | New Case Number Case Number |
|---|---|---|---|---|---|
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO 80403 | 10195 | 4/8/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,958.89 (U)<br>$6,958.89 (T) | 07-11051 |
| Totals: | | | 1 Claim | - (S)<br>- (A)<br>- (P)<br>$6,958.89 (U)<br>$6,958.89 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claim**

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| HUTTON, KAREN<br>C/O LAW OFFICES OF SCOTT A SAYRE<br>2003 WESTERN AVE<br>STE 203<br>SEATTLE, WA 98121 | 9208 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$120,000.00 (U)<br>$120,000.00 (T) | The claim has some documentation attached. However, based on a review of such documentation and the Debtors' books and records, the Plan Trustee is unable to assess either the validity or amount of the claim. Representatives of the Plan Trustee made numerous attempts by phone and email to contact claimant's counsel, but received no response. Further investigation by the Plan Trustee's representatives discovered that claimant's counsel's phone number is no longer in service. A subsequent internet search found a different phone number for claimant's counsel which also does not appear to be correct. The most recent attempt to contact claimant's counsel was made on April 17, 2013. Representatives of the Plan Trustee cannot locate an alternate phone number or email through further internet searches. |

**Totals:** 1 Claim

- (S)
- (A)
- (P)
$120,000.00 (U)
$120,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

01:13618494.1

# Exhibit C

## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AARON M HUDSON<br>LEILA M HUDSON<br>1610 MOUNT HERMON ROAD<br>SALISBURY, MD 21804 | 3003 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| ALEMAN-GARAY, WILTON<br>148 KENTUCKY STREET<br>SHELBYVILLE, KY 40065 | 8320 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| BARLOW, HENRY<br>2148 YOUNG FARM PL<br>MONTGOMERY, AL 361063135 | 2385 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| BARNES, MELISSA L.<br>18226 CAMDENHURST DR<br>GAINESVILLE, VA 20155-6242 | 6044 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| BOOTH, HAROLD JR<br>JO ANN BOOTH<br>75 RED FOX LANE<br>MILLERSTOWN, PA 17062 | 2938 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| CASTANEDA, HEIDE & VALENTIN<br>13521 IRONTON DR.<br>TAMPA, FL 33626 | 1984 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$358.25 (U)<br>$358.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| FADER, GAYLE<br>6963 BROOK MILL ROAD<br>BALTIMORE, MD 21215 | 3104 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$383.25 (U)<br>$383.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 6/8/2010. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FLORES, LEONARD L.<br>1923 PRINCETON CT<br>SALINAS, CA 93906-5106 | 1176 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| GILES, PATRICIA<br>10958 S SANGAMON ST<br>CHICAGO, IL 606433849 | 1864 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$275.00 (U)<br>$275.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| GONZALEZ, REINA<br>5503 SKYLOCK DR<br>RALEIGH, NC 27610 | 1633 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2008. |
| GOOD, DONALD G<br>504 SPRINGFIELD CIRCLE<br>BOSSIER CITY, LA 71112 | 2119 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 5/8/2008. |
| HALE, DONALD M. JR. & MARY JEAN P.<br>8081 ATHENA ST<br>SPRINGFIELD, VA 22153 | 3668 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| HUBBELL, DAN J AND SHELLEY J<br>GENERAL DELIVERY<br>COSTA MESA, CA 92628-9999 | 2697 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$403.25 (U)<br>$403.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | 1473 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| KENDRA, ALLISON M.<br>STEVEN T. KENDRA<br>6570 NEW PROVIDENCE DRIVE<br>HARRISBURG, PA 17111 | 2512 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| KNOTT, SHERRY A. (WALTERS, SHERRY)<br>3468 MORTON PULLIAM ROAD<br>ROXBORO, NC 27574 | 2806 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KNUCKLES, DENEEN<br>2006 CANDELAR DR<br>HIGH POINT, NC 27265-1473 | 4820 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2008. |
| LENNOX J SIMON<br>SALENE REDDOCK-SIMON<br>11702 TRILLUM STREET<br>MITCHELLVILLE, MD 20721 | 2274 | 11/15/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| MANTILLA, BLANCA M.<br>GABRIEL MANTILLA<br>3005 LEISURE WORLD BLVD # 205<br>SILVER SPRING, MD 20906 | 2593 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| MCKAY, JANET<br>199 CENTRAL AVE<br>PITTSBURGH, PA 15238 | 2514 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant with two checks, each for $350.00, on 6/18/2008. |
| MERRING, STEPHEN A.<br>804 E MILL ST<br>HASTINGS, MI 49058 | 85 | 8/27/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 5/2/2008. |
| MIZES, CAROL SHIVELY<br>14924 ROYAL RIDGE LN<br>NORTH ROYALTON, OH 44133 | 506 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| OFOSU, ENOCH A.<br>10106 DEERCLIFF DR<br>TAMPA, FL 33647 | 798 | 9/14/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| PANDURI, GIUSEPPE<br>698 ART ST<br>LONG BRANCH, NJ 07740 | 844 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PAO, FRANK BRIAN JR.<br>4661 NUNN STREET<br>BRENTWOOD, CA  94513 | 2362 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| PASANISE, MIKE<br>1518 S ADAMS ST<br>SPOKANE, WA  99203 | 1191 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| RATHBURN, RANDY<br>CHRISTINE REMBAS-RATHBURN<br>1688 CALIFORNIA AVENUE<br>RENO, NV  89509 | 2479 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$850.00 (P)<br>- (U)<br>$850.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RICCIO, GLENNON<br>117 SELLA RIDGE DR<br>MOUNT HOLLY, NC  28120 | 958 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RODRIGUEZ, TIMOTHY<br>PO BOX 7385<br>OCEAN ISLE BEACH, NC  28469 | 3028 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 6/18/2008. |
| ROLLAND, KAREN<br>3028 HIGHWAY 163<br>CHERRY VALLEY, AR  72324-8901 | 467 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RUTKIS, ARNOLD<br>2201 5TH TERRACE S<br>IRONDALE, AL  35210 | 51 | 8/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RYAN M MAYO<br>352 PROSPECT BAY DR W<br>GRASONVILLE, MD  216381261 | 2953 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2010. |
| STONE, NICKOL B.<br>10419 HYNDMAN COURT<br>CHARLOTTE, NC  28214 | 3437 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TAYLOR, PATRICK E. 5009 LAZY DAY LANE INDIAN TRAIL, NC 28079 | 2476 | 11/16/07 | 07-11051 | - (S) <br> - (A) <br> $350.00 (P) <br> - (U) <br> $350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| TORRES, AMAURY & IDANIA 4616 S 6TH AVE TUCSON, AZ 85714 | 113 | 8/28/07 | 07-11053 | - (S) <br> - (A) <br> - (P) <br> $250.00 (U) <br> $250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 10/29/09. |
| TREM, JOSEPH 847 NORTH HOWARD STREET AKRON, OH 44310 | 2109 | 11/13/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $350.00 (U) <br> $350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| TRENNE, MYRON 9232 MAGNUM TRL BRIGHTON, MI 481168246 | 2393 | 11/13/07 | 07-11051 | - (S) <br> - (A) <br> $300.00 (P) <br> - (U) <br> $300.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| VASQUEZ, NORA 61-20 GRAND CENTRAL APT. B104 FOREST HILLS, NY 11375-1239 | 1568 | 10/15/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $1,000.00 (U) <br> $1,000.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 8/19/2008. |
| WALKER, MATTHEW A. 4355 STATELY OAK RD RICHMOND, VA 23234 | 280 | 9/4/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $250.00 (U) <br> $250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| ZABLE, DAVID A. AND ANDREA L. 454 EVERGREEN AVE ELMHURST, IL 60126 | 2158 | 11/14/07 | 07-11051 | - (S) <br> - (A) <br> $275.00 (P) <br> - (U) <br> $275.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| ZANLERIGU, JEFFREY 7518 N. WOLCOTT AVE CHICAGO, IL 60626 | 5871 | 12/19/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $450.00 (U) <br> $450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |

―――――― Objectionable Claim ――――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 41 Claims | | - (S)<br>- (A)<br>$2,450.00 (P)<br>$13,244.75 (U)<br>$15,694.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.