# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
          Debtors.                                                 :
                                                                   :   Ref. Docket No. _____
------------------------------------------------------------------ x

**ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED THIRTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003
AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the one hundred thirteenth omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:13618444.1

2

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit A</u> are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claim that is the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June ___, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claims**

# Exhibit A
## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ALEXIS H PAGAN<br>2846 SPARROW WAY<br>ENTERPRISE, AL 363305034 | 2436 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$800.00 (T) | Based on the Debtors' books and records, the total amount for this claim should have been $400.00. The claimant wrote $400 in the blank for unsecured nonpriority claims but also checked off unsecured priority in the amount of $400 on the proof of claim. So, the claims register inaccurately reflects that this claim was filed in the total amount of $800 ($400 priority and $400 nonpriority). As per the Debtors' books and records, the claimant was refunded the $400.00 for the credit report and appraisal fees on 11/13/2007. The Plan Trust has no further liability on account of this claim since all amounts due and owing to the claimant were paid in full. The claim should therefore be disallowed. |
| JOAN KNOX<br>17170 POSY LAKE CT<br>RENO, NV 895085838 | 2729 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$600.00 (T) | Based on the Debtors' books and records, the total amount for this claim should have been $300.00. The claimant wrote $300 in the blank for unsecured nonpriority claims but also checked off unsecured priority in the amount of $300. So, the claims register inaccurately reflects that this claim was filed in the total amount of $600 ($300 priority and $300 nonpriority). As per the Debtors' books and records the claimant was refunded the $300.00 for the upfront fees on 11/13/2007. The Plan Trust has no further liability on account of this claim since all amounts due and owing to the claimant were paid in full. The claim should therefore be disallowed. |
| SHERWIN WILLIAMS COMPANY, THE<br>MICHAEL B. BACH, ESQ.<br>11256 CORNELL PARK DRIVE, SUITE 500<br>CINCINNATI, OH 45242 | 5336 | 12/10/07 | 07-11051 | $7,186.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$7,186.28 (T) | Claim relates to a Mechanic's Lien in the amount of $7,186.28. The Mechanic's Lien was satisfied and released. A Satisfaction of Claim of Lien was recorded with the Cook County Register of Deeds on 2/29/2008. The claim should therefore be disallowed. |
| SUMMERLIN WEST COMMUNITY ASSOC<br>1000 WEST CHARLESTON BLVD<br>STE 170<br>LAS VEGAS, NV 89135 | 10039 | 12/4/07 | 07-11050 | $288.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$288.00 (T) | Claim relates to Homeowner Association Dues ("HOA Dues") for a real estate property. HOA Dues were paid through the normal course of business by the servicer and/or borrower of the loan. Representatives of the Plan Trustee called the claimant to verify if the HOA Dues were still outstanding and claimant verified that no balance is due. The claim should therefore be disallowed. |

──────── Objectionable Claim ────────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 4 Claims | | | $7,474.28 (S)<br>- (A)<br>$700.00 (P)<br>$700.00 (U)<br>$8,874.28 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.