IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on May 21, 2013 service of the attached **Certification of Counsel Regarding Resolution of Disputes Over Certain Alleged Purchaser's Cure Amounts** was made on the parties on the attached service list in the manner indicated.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: May 21, 2013

612237.3 5/21/13

## AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.
### Service List

**Via Hand Delivery:**
James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, DE  19801

**Via Electronic Mail and First Class Mail:**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Katherine A. Constantine, Esquire
Erin Knapp Darda, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

Jonathan R. Winnick, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775