# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> American Home Mortgage Holdings Inc., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered |

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE THAT Maria A. Milano and Joseph E. Shickich, Jr. of Riddell Williams P.S. hereby give notice of their withdrawal from the above-styled case and request to stop electronic notification indefinitely until further notice.

Dated: June 12, 2013

    Respectfully submitted,

    RIDDELL WILLIAMS P.S.

    By:*/s/ Maria A. Milano*
        Joseph E. Shickich, Jr. WSBA # 8751
        Maria A. Milano WSBA # 29499
        1001 Fourth Avenue Suite 4500
        Seattle, WA  98154-1192
        Telephone:   206.624.3600
        Facsimile:    (206) 389-1708
        Email:  jshickich@riddellwilliams.com
        Email:  mmilano@riddellwilliams.com

    Attorneys for Creditor Microsoft Corporation
    and Microsoft Licensing GP

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing has been furnished by CM/ECF on all parties having appeared electronically this 12th day of June, 2013.

                                                     By:*/s/ Maria A. Milano*
                                                         Maria A. Milano

4828-2627-8164.01
20363.00511