IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
    Debtors.                                                                :
---------------------------------------------------------------------------- x   Ref. No. 10813

## CERTIFICATE OF NO OBJECTION

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trust's One Hundred Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") has been received. The Court's docket which was last updated June 13, 2013, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than June 11, 2013 at 4:00 p.m.

01:13381089.1

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
June 13, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:13381089.1