# EXHIBIT A

**Wrong Debtor Claim**

01:13618494.1

# Exhibit A

## Incorrect Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Case Number |
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO 80403 | 10195 | 4/8/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,958.89 (U)<br>$6,958.89 (T) | | 07-11051 |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$6,958.89 (U)<br>$6,958.89 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claim**

01:13618494.1

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HUTTON, KAREN<br>C/O LAW OFFICES OF SCOTT A SAYRE<br>2003 WESTERN AVE<br>STE 203<br>SEATTLE, WA 98121 | 9208 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$120,000.00 (U)<br>$120,000.00 (T) | The claim has some documentation attached. However, based on a review of such documentation and the Debtors' books and records, the Plan Trustee is unable to assess either the validity or amount of the claim. Representatives of the Plan Trustee made numerous attempts by phone and email to contact claimant's counsel, but received no response. Further investigation by the Plan Trustee's representatives discovered that claimant's counsel's phone number is no longer in service. A subsequent internet search found a different phone number for claimant's counsel which also does not appear to be correct. The most recent attempt to contact claimant's counsel was made on April 17, 2013. Representatives of the Plan Trustee cannot locate an alternate phone number or email through further internet searches. |

**Totals:** 1 Claim
- (S)
- (A)
- (P)
$120,000.00 (U)
$120,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

# Exhibit C

## Satisfied Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AARON M HUDSON<br>LEILA M HUDSON<br>1610 MOUNT HERMON ROAD<br>SALISBURY, MD 21804 | 3003 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| ALEMAN-GARAY, WILTON<br>148 KENTUCKY STREET<br>SHELBYVILLE, KY 40065 | 8320 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| BARLOW, HENRY<br>2148 YOUNG FARM PL<br>MONTGOMERY, AL 361063135 | 2385 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| BARNES, MELISSA L<br>18226 CAMDENHURST DR<br>GAINESVILLE, VA 20155-6242 | 6044 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| BOOTH, HAROLD JR<br>JO ANN BOOTH<br>75 RED FOX LANE<br>MILLERSTOWN, PA 17062 | 2938 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| CASTANEDA, HEIDE & VALENTIN<br>13521 IRONTON DR.<br>TAMPA, FL 33626 | 1984 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$358.25 (U)<br>$358.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| FADER, GAYLE<br>6963 BROOK MILL ROAD<br>BALTIMORE, MD 21215 | 3104 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$383.25 (U)<br>$383.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 6/8/2010. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FLORES, LEONARD L.<br>1923 PRINCETON CT<br>SALINAS, CA 93906-5106 | 1176 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| GILES, PATRICIA<br>10958 S SANGAMON ST<br>CHICAGO, IL 606433849 | 1864 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$275.00 (U)<br>$275.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| GONZALEZ, REINA<br>5503 SKYLOCK DR<br>RALEIGH, NC 27610 | 1633 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2008. |
| GOOD, DONALD G<br>504 SPRINGFIELD CIRCLE<br>BOSSIER CITY, LA 71112 | 2119 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 5/8/2008. |
| HALE, DONALD M. JR. & MARY JEAN P.<br>8081 ATHENA ST<br>SPRINGFIELD, VA 22153 | 3668 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$425.00 (P)<br>- (U)<br>$425.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| HUBBELL, DAN J AND SHELLEY J<br>GENERAL DELIVERY<br>COSTA MESA, CA 92628-9999 | 2697 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$403.25 (U)<br>$403.25 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | 1473 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| KENDRA, ALLISON M.<br>STEVEN T. KENDRA<br>6570 NEW PROVIDENCE DRIVE<br>HARRISBURG, PA 17111 | 2512 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| KNOTT, SHERRY A. (WALTERS, SHERRY)<br>3468 MORTON PULLIAM ROAD<br>ROXBORO, NC 27574 | 2806 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KNUCKLES, DENEEN<br>2006 CANDELAR DR<br>HIGH POINT, NC 27265-1473 | 4820 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2008. |
| LENNOX J SIMON<br>SALENE REDDOCK-SIMON<br>11702 TRILLUM STREET<br>MITCHELLVILLE, MD 20721 | 2274 | 11/15/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| MANTILLA, BLANCA M.<br>GABRIEL MANTILLA<br>3005 LEISURE WORLD BLVD # 205<br>SILVER SPRING, MD 20906 | 2593 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| MCKAY, JANET<br>199 CENTRAL AVE<br>PITTSBURGH, PA 15238 | 2514 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant with two checks, each for $350.00, on 6/18/2008. |
| MERRING, STEPHEN A.<br>804 E MILL ST<br>HASTINGS, MI 49058 | 85 | 8/27/07 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 5/2/2008. |
| MIZES, CAROL SHIVELY<br>14924 ROYAL RIDGE LN<br>NORTH ROYALTON, OH 44133 | 506 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| OFOSU, ENOCH A.<br>10106 DEERCLIFF DR<br>TAMPA, FL 33647 | 798 | 9/14/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| PANDURI, GIUSEPPE<br>698 ART ST<br>LONG BRANCH, NJ 07740 | 844 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| PAO, FRANK BRIAN JR.<br>4661 NUNN STREET<br>BRENTWOOD, CA 94513 | 2362 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$250.00 (P)<br>- (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| PASANISE, MIKE<br>1518 S ADAMS ST<br>SPOKANE, WA 99203 | 1191 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| RATHBURN, RANDY<br>CHRISTINE REMBAS-RATHBURN<br>1688 CALIFORNIA AVENUE<br>RENO, NV 89509 | 2479 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$850.00 (P)<br>- (U)<br>$850.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RICCIO, GLENNON<br>117 SELLA RIDGE DR<br>MOUNT HOLLY, NC 28120 | 958 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RODRIGUEZ, TIMOTHY<br>PO BOX 7385<br>OCEAN ISLE BEACH, NC 28469 | 3028 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 6/18/2008. |
| ROLLAND, KAREN<br>3028 HIGHWAY 163<br>CHERRY VALLEY, AR 72324-8901 | 467 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RUTKIS, ARNOLD<br>2201 5TH TERRACE S<br>IRONDALE, AL 35210 | 51 | 8/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| RYAN M MAYO<br>352 PROSPECT BAY DR W<br>GRASONVILLE, MD 216381261 | 2953 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$375.00 (U)<br>$375.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/29/2010. |
| STONE, NICKOL B.<br>10419 HYNDMAN COURT<br>CHARLOTTE, NC 28214 | 3437 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TAYLOR, PATRICK E.<br>5009 LAZY DAY LANE<br>INDIAN TRAIL, NC 28079 | 2476 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.00 (T)<br>$350.00 | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| TORRES, AMAURY & IDANIA<br>4616 S 6TH AVE<br>TUCSON, AZ 85714 | 113 | 8/28/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 10/29/09. |
| TREM, JOSEPH<br>847 NORTH HOWARD STREET<br>AKRON, OH 44310 | 2109 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| TRENNE, MYRON<br>9232 MAGNUM TRL<br>BRIGHTON, MI 481168246 | 2393 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>- (U)<br>$300.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| VASQUEZ, NORA<br>61-20 GRAND CENTRAL APT. B104<br>FOREST HILLS, NY 11375-1239 | 1568 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 8/19/2008. |
| WALKER, MATTHEW A.<br>4355 STATELY OAK RD<br>RICHMOND, VA 23234 | 280 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |
| ZABLE, DAVID A. AND ANDREA L.<br>454 EVERGREEN AVE<br>ELMHURST, IL 60126 | 2158 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$275.00 (P)<br>- (U)<br>$275.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| ZANLERIGU, JEFFREY<br>7518 N. WOLCOTT AVE<br>CHICAGO, IL 60626 | 5871 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 4/25/2008. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 41 Claims | | | - (S)<br>- (A)<br>$2,450.00 (P)<br>$13,244.75 (U)<br>$15,694.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.