# EXHIBIT A

**No Liability Claims**

01:13618444.1

## Exhibit A

## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ALEXIS H PAGAN<br>2846 SPARROW WAY<br>ENTERPRISE, AL 363305034 | 2436 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>$400.00 (U)<br>$800.00 (T) | Based on the Debtors' books and records, the total amount for this claim should have been $400.00. The claimant wrote $400 in the blank for unsecured nonpriority claims but also checked off unsecured priority in the amount of $400 on the proof of claim. So, the claims register inaccurately reflects that this claim was filed in the total amount of $800 ($400 priority and $400 nonpriority). As per the Debtors' books and records, the claimant was refunded the $400.00 for the credit report and appraisal fees on 11/13/2007. The Plan Trust has no further liability on account of this claim since all amounts due and owing to the claimant were paid in full. The claim should therefore be disallowed. |
| JOAN KNOX<br>17170 POSY LAKE CT<br>RENO, NV 895085838 | 2729 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$300.00 (P)<br>$300.00 (U)<br>$600.00 (T) | Based on the Debtors' books and records, the total amount for this claim should have been $300.00. The claimant wrote $300 in the blank for unsecured nonpriority claims but also checked off unsecured priority in the amount of $300. So, the claims register inaccurately reflects that this claim was filed in the total amount of $600 ($300 priority and $300 nonpriority). As per the Debtors' books and records the claimant was refunded the $300.00 for the upfront fees on 11/13/2007. The Plan Trust has no further liability on account of this claim since all amounts due and owing to the claimant were paid in full. The claim should therefore be disallowed. |
| SHERWIN WILLIAMS COMPANY, THE<br>MICHAEL B. BACH, ESQ.<br>11256 CORNELL PARK DRIVE, SUITE 500<br>CINCINNATI, OH 45242 | 5336 | 12/10/07 | 07-11051 | $7,186.28 (S)<br>- (A)<br>- (P)<br>- (U)<br>$7,186.28 (T) | Claim relates to a Mechanic's Lien in the amount of $7,186.28. The Mechanic's Lien was satisfied and released. A Satisfaction of Claim of Lien was recorded with the Cook County Register of Deeds on 2/29/2008. The claim should therefore be disallowed. |
| SUMMERLIN WEST COMMUNITY ASSOC<br>1000 WEST CHARLESTON BLVD<br>STE 170<br>LAS VEGAS, NV 89135 | 10039 | 12/4/07 | 07-11050 | $288.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$288.00 (T) | Claim relates to Homeowner Association Dues ("HOA Dues") for a real estate property. HOA Dues were paid through the normal course of business by the servicer and/or borrower of the loan. Representatives of the Plan Trustee called the claimant to verify if the HOA Dues were still outstanding and claimant verified that no balance is due. The claim should therefore be disallowed. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 4 Claims | | | $7,474.28 (S)<br>- (A)<br>$700.00 (P)<br>$700.00 (U)<br>$8,874.28 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.