IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) | (Jointly Administered) |
| HOLDINGS, INC., et al., | ) | **Objection Deadline:  July 8, 2013, 4:00pm** |
| | ) | **Hearing Date:        July 15, 2013, 10:00am** |
| Debtors. | ) | **Relating to Doc. No. ___** |

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 100 STONE RIDGE WAY, UNIT 3C, FAIRFIELD, CONNECTICUT 06825

UPON CONSIDERATION of the Motion for Relief from Automatic Stay under Section 362 of the Bankruptcy Code with respect to real property located at 100 Stone Ridge Way, Unit 3C, Fairfield, Connecticut 06825 (the "Motion") filed by Stone Ridge at Fairfield Condominium Association, Inc. ("Movant"), and any response thereto; and the Court having further determined that the Debtor does not have an interest in the property , and that the Debtor's interest in the property, if any, is not necessary to an effective reorganization; and the Court having determined further that cause exists to grant Movant relief from the automatic stay with respect to the property because Movant's interest in the property is not adequately protected; it is hereby

ORDERED that the Motion is hereby GRANTED.  All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

ORDERED that, pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated with respect to Movant's interest in the property.  Movant is hereby permitted

to exercise its rights under applicable non-bankruptcy law again the property including, but not limited to, its foreclosure of the statutory lien.

_____

The Honorable Christopher S. Sontchi

DATED:        July ____, 2013