IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 8, 2013, 4:00pm |
| | ) | Hearing Date:    July 15, 2013, 10:00am |

### NOTICE OF MOTION OF STONE RIDGE AT FAIRFIELD CONDOMINIUM ASSOCIATION, INC. FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

PLEASE TAKE NOTICE that on June 21, 2013 Stone Ridge at Fairfield Condominium Association, Inc. ("Stone Ridge") filed its Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 (the "Motion").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the approval of the Motion must be filed on or before **July 8, 2013** (Eastern Daylight Savings Time) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 924 North Market Street, Wilmington, Delaware 19801. At the same time, you also must serve a copy of any responses or objections upon the undersigned attorneys.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion shall be held before The Honorable Christopher S. Sontchi on **June 15, 2013, at 10:00am.**, at the Bankruptcy Court, 824 North Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IS NO RESPONSES OR OBJECTIONS ARE FILED TIMELY AND RECEIVED IN ACCORDANCE WITH THE ABOVE

PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

        COHEN, SEGLIAS, PALLAS, GREENHALL
        & FURMAN, P.C.

        _____
        James F. Harker, Esquire (Bar I.D. No. 255
        Scott T. Earle, Esquire (Bar I.D. No. 4541)
        Nemours Building, Suite 1130
        1007 North Orange Street
        Wilmington, DE 19801
        (302) 425-5089
        *Attorneys for Stone Ridge at Fairfield*
        *Condominium Association, Inc.*

DATED:    June 21, 2013