IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) | (Jointly Administered) |
| HOLDINGS, INC., et al., | ) | Objection Deadline: July 8, 2013, 4:00pm |
| | ) | Hearing Date:    July 15, 2013, 10:00am |
| Debtors. | ) | Relating to Doc. No. ___ |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Notice and Motion of Stone Ridge at Fairfield Condominium Association, Inc. for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* was served via CM/ECF to those parties participating in the Court's Electronic Notification System on this 21th day of June, 2013.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

_____
James F. Harker, Esquire (Bar I.D. No. 255)
Scott T. Earle, Esquire (Bar I.D. No. 4541)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE  19801
(302) 425-5089
*Attorneys for Stone Ridge at Fairfield Condominium Association, Inc.*

2169086.1 52135-0001