**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| AMERICAN HOME MORTGAGE ) | Chapter 11 |
| HOLDINGS, INC., a Delaware corporation, ) | |
| et al., ) | Case No. 07-11047 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**
**OF PAPERS BY DORSEY & WHITNEY LLP ON BEHALF OF U.S. BANK**
**NATIONAL ASSOCIATION, AS TRUSTEE**

PLEASE TAKE NOTICE that Dorsey & Whitney LLP hereby files this amended notice of appearance and demand for service of papers on behalf of U.S. Bank National Association, as trustee (this "Notice"), in the above-captioned Chapter 11 cases. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dorsey & Whitney LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Dorsey & Whitney LLP as counsel for U.S. Bank National Association, as trustee, at the office, address and telephone numbers set forth below, and that Dorsey & Whitney LLP's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

| | |
|---|---|
| ~~Katherine A. Constantine, Esq.~~ | Eric Lopez Schnabel (Del. No. 3672) |
| <u>Erin Knapp Darda, Esq.</u> | Dorsey & Whitney (Delaware) LLP |
| Charles F. Sawyer, Esq. | 1105 North Market Street, 16th Fl. |
| Dorsey & Whitney LLP | Wilmington, DE 19801 |
| 50 South Sixth Street, Suite 1500 | Telephone: (302) 425-7162 |
| Minneapolis, MN 55402 | Facsimile: (302) 355-0830 |

1

Telephone: (612) 340-2600                                   Email: schnabel.eric@dorsey.com
Facsimile: (612) 340-2643
Email: constantine.katherine@dorsey.com
Email: darda.erin@dorsey.com
Email: sawyer.charles@dorsey.com

      PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, electronic mail or otherwise, which affects the above-captioned debtors, property of such debtors, or U.S. Bank National Association.

      PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  June 24, 2013 | DORSEY & WHITNEY (DELAWARE) LLP |
| | /s/ Eric Lopez Schnabel<br>Eric Lopez Schnabel (Del. No. 3672)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7171<br>Facsimile:  (302) 425-7177<br>Email: schnabel.eric@dorsey.com |
| | Katherine A. Constantine (MN #123341)<br>Erin Knapp Darda (MN #0388609)<br>Charles F. Sawyer (MN #140351)<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-1498<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2643<br>constantine.katherine@dorsey.com<br>darda.erin@dorsey.com<br>sawyer.charles@dorsey.com |
| | *Attorneys for U.S. Bank National Association, as Trustee* |

## CERTIFICATE OF SERVICE

      I, Eric Lopez Schnabel, Esq., hereby certify that on 24th day of June, 2013, I caused to be served a copy of the **AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY DORSEY & WHITNEY LLP ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** on the parties set forth on the attached Service List in the manner indicated.

Dated: June 24, 2013                    Respectfully submitted,

                                            By: /s/ Eric Lopez Schnabel
                                            Eric Lopez Schnabel (Del. No. 3672)
                                            300 Delaware Avenue, Suite 1010
                                            Wilmington, DE 19801
                                            Telephone: (302) 425-7171
                                            Facsimile: (302) 425-7177
                                            Email: schnabel.eric@dorsey.com

**SERVICE LIST**

| **VIA ECF:** | |
|---|---|
| Counsel for Debtor:<br>Ryan M. Bartley<br>Sean Matthew Beach<br>Donald J. Bowman, Jr.<br>Robert S. Brady<br>Curtis J. Crowther<br>Erin Edwards<br>Kenneth J. Enos<br>Margaret Whiteman Greecher<br>Nathan D. Grow<br>Kara Hammond Coyle<br>Edwin J. Harron<br>Patrick A. Jackson<br>Matthew Barry Lunn<br>Pauline K. Morgan<br>Michael S. Neiburg<br>James L. Patton<br>Travis N. Turner<br>Joel A. Waite<br>Sharon M. Zeig<br>Young Conaway Stargatt & Taylor, LLP<br>bankfilings@ycst.com | Counsel for Debtor:<br>R. Karl Hill<br>khill@svglaw.com |
| Counsel for Debtor:<br>Edward J. Kosmowski<br>ed@kosmowskilaw.com | Counsel for Creditor Committee:<br>David W. Carickhoff<br>dcarickhoff@archerlaw.com |
| Counsel for Creditor Committee:<br>Bonnie Glantz Fatell<br>Victoria A. Guilfoyle<br>Alan Michael Root<br>fatell@blankrome.com<br>guilfoyle@blankrome.com<br>root@blankrome.com | Special Investigatory, Litigation and Conflicts Counseo to Debtors:<br>Quinn Emanuel Urquhart Oliver & Hedges<br>Susheel Kirpalani<br>susheelkirpalani@quinnemanuel.com |
| **VIA U.S. MAIL:** | |
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY  11747 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox  #35<br>Wilmington, DE  19899-0035 |

2

| | |
|---|---|
| Joseph J. McMahon, Jr.<br>Counsel for U.S. Trustee<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lockbox # 35<br>Wilmington, DE  19801 | Epiq Bankruptcy Solutions LLC<br>Claims Agent<br>757 Third Ave., Third Floor<br>New York, NY  10017 |

2