IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :    Jointly Administered
        Debtors.                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 10832-10834

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2013, I caused to be served the:

   a) "Order Sustaining Plan Trust's One Hundred Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 14, 2013 [Docket No. 10832], (the "112th Omnibus Order"),

   b) "Plan Trust's One Hundred Fourteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 14, 2013 [Docket No. 10833], (the "114th Omnibus Order"), and

   c) "Order Sustaining Plan Trust's One Hundred Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 14, 2013 [Docket No. 10834], (the "113th Omnibus Order"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

by causing true and correct copies of the:

    i.    112th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.    114th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

    iii.    113th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
____ day of June, 2013

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AARON M HUDSON | LEILA M HUDSON 1610 MOUNT HERMON ROAD SALISBURY MD 21804 |
| ALEMAN-GARAY, WILTON | 148 KENTUCKY STREET SHELBYVILLE KY 40065 |
| BARLOW, HENRY | 2148 YOUNG FARM PL MONTGOMERY AL 361063135 |
| BARNES, MELISSA L. | 18226 CAMDENHURST DR GAINESVILLE VA 20155-6242 |
| BOOTH, HAROLD JR | JO ANN BOOTH 75 RED FOX LANE MILLERSTOWN PA 17062 |
| CASTANEDA, HEIDE & VALENTIN | 13521 IRONTON DR. TAMPA FL 33626 |
| FADER, GAYLE | 6963 BROOK MILL ROAD BALTIMORE MD 21215 |
| FLORES, LEONARD L. | 1923 PRINCETON CT SALINAS CA 93906-5106 |
| GILES, PATRICIA | 10958 S SANGAMON ST CHICAGO IL 606433849 |
| GONZALEZ, REINA | 5503 SKYLOCK DR RALEIGH NC 27610 |
| GOOD, DONALD G | 504 SPRINGFIELD CIRCLE BOSSIER CITY LA 71112 |
| GOODMAN, CAREN | 177 WASHINGTON STREET GOLDEN CO 80403 |
| HALE, DONALD M. JR. & MARY JEAN P. | 8081 ATHENA ST SPRINGFIELD VA 22153 |
| HUBBELL, DAN J AND SHELLEY J | GENERAL DELIVERY COSTA MESA CA 92628-9999 |
| HUTTON, KAREN | C/O LAW OFFICES OF SCOTT A SAYRE 2003 WESTERN AVE STE 203 SEATTLE WA 98121 |
| JETT, H.L. | 1808 W. GRACE AVE SPOKANE WA 99205 |
| KENDRA, ALLISON M. | STEVEN T. KENDRA 6570 NEW PROVIDENCE DRIVE HARRISBURG PA 17111 |
| KNOTT, SHERRY A. (WALTERS, SHERRY) | 3468 MORTON PULLIAM ROAD ROXBORO NC 27574 |
| KNUCKLES, DENEEN | 2006 CANDELAR DR HIGH POINT NC 27265-1473 |
| LENNOX J SIMON | SALENE REDDOCK-SIMON 11702 TRILLUM STREET MITCHELLVILLE MD 20721 |
| MANTILLA, BLANCA M. | GABRIEL MANTILLA 3005 LEISURE WORLD BLVD # 205 SILVER SPRING MD 20906 |
| MCKAY, JANET | 199 CENTRAL AVE PITTSBURGH PA 15238 |
| MERRING, STEPHEN A. | 804 E MILL ST HASTINGS MI 49058 |
| MIZES, CAROL SHIVELY | 14924 ROYAL RIDGE LN NORTH ROYALTON OH 44133 |
| OFOSU, ENOCH A. | 10106 DEERCLIFF DR TAMPA FL 33647 |
| PANDURI, GIUSEPPE | 698 ART ST LONG BRANCH NJ 07740 |
| PAO, FRANK BRIAN JR. | 4661 NUNN STREET BRENTWOOD CA 94513 |
| PASANISE, MIKE | 1518 S ADAMS ST SPOKANE WA 99203 |
| RATHBURN, RANDY | CHRISTINE REMBAS-RATHBURN 1688 CALIFORNIA AVENUE RENO NV 89509 |
| RICCIO, GLENNON | 117 SELLA RIDGE DR MOUNT HOLLY NC 28120 |
| RODRIGUEZ, TIMOTHY | PO BOX 7385 OCEAN ISLE BEACH NC 28469 |
| ROLLAND, KAREN | 3028 HIGHWAY 163 CHERRY VALLEY AR 72324-8901 |
| RUTKIS, ARNOLD | 2201 5TH TERRACE S IRONDALE AL 35210 |
| RYAN M MAYO | 352 PROSPECT BAY DR W GRASONVILLE MD 216381261 |
| STONE, NICKOL B. | 10419 HYNDMAN COURT CHARLOTTE NC 28214 |
| TAYLOR, PATRICK E. | 5009 LAZY DAY LANE INDIAN TRAIL NC 28079 |
| TORRES, AMAURY & IDANIA | 4616 S 6TH AVE TUCSON AZ 85714 |
| TREM, JOSEPH | 847 NORTH HOWARD STREET AKRON OH 44310 |
| TRENNE, MYRON | 9232 MAGNUM TRL BRIGHTON MI 481168246 |
| VASQUEZ, NORA | 61-20 GRAND CENTRAL APT. B104 FOREST HILLS NY 11375-1239 |
| WALKER, MATTHEW A. | 4355 STATELY OAK RD RICHMOND VA 23234 |
| ZABLE, DAVID A. AND ANDREA L. | 454 EVERGREEN AVE ELMHURST IL 60126 |
| ZANLERIGU, JEFFREY | 7518 N. WOLCOTT AVE CHICAGO IL 60626 |

**Total Creditor count  43**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| HORVATH, RICHARD | 550 S CRIMSON ROAD MESA AZ 85208 |
| VAN HOOZER, KARLA | 3737 WOODLAND AVE STE 630 W DES MOINES IA 502661937 |

**Total Creditor count  2**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| ALEXIS H PAGAN | 2846 SPARROW WAY ENTERPRISE AL 363305034 |
| JOAN KNOX | 17170 POSY LAKE CT RENO NV 895085838 |
| SHERWIN WILLIAMS COMPANY, THE | MICHAEL B. BACH, ESQ. 11256 CORNELL PARK DRIVE, SUITE 500 CINCINNATI OH 45242 |
| SUMMERLIN WEST COMMUNITY ASSOC | 1000 WEST CHARLESTON BLVD STE 170 LAS VEGAS NV 89135 |

**Total Creditor count  4**