## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm Reger Rizzo & Darnall LLP hereby

withdraws its appearance as counsel to Placer County Tax Collector in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, the undersigned law firm of Cooley Manion

Jones LLP hereby enters its appearance as counsel to Placer County Tax Collector in the above-

captioned case.

Dated: June 28, 2013

COOLEY MANION JONES LLP

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 N. Market Street, Suite 200
Wilmington, DE 19801
Phone: (302) 657-2100
Fax: (302) 657-2104
MPhillips@cmjlaw.com

*Attorneys for Placer County Tax Collector*