## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 28, 2013, a copy of the foregoing **Notice of Substitution of Counsel** was served via CM/ECF on all counsel of record.

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)