IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
Debtors.                                                           :
                                                                   : Ref. Docket Nos. 9625, 9818 & 10757
                                                                   :
------------------------------------------------------------------ x

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of (i) the Application for Allowance of Administrative Expenses [D.I. 9625] and corresponding claims numbered 10847, 10848, 10849, 10850, and 10851 (collectively, the "Countrywide Admin Claims") filed by Countrywide Bank, N.A. and Countrywide Home Loans, Inc. (collectively, "Countrywide"), and the objection to the Countrywide Admin Claims [D.I. 10757] filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee," and with Countrywide, the "Parties") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in the chapter 11 cases of the above-captioned debtors (the "Debtors"); (iii) proofs of claim numbered 10447 and 10477 filed by Countrywide (the "Countrywide POCs") and the objection to the Countrywide POCs filed by the Plan Trust [D.I. 9818], all of which are contested matters under Fed. R. Bankr. P. 9014 (collectively, the "Contested Matters"), the following schedule shall apply:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

01:13564055.3

1. **Mediation**. The Contested Matters are hereby referred to mediation before the Honorable Joseph J. Farnan, Jr. (retired) (the "Mediator"), on July 25, 2013, or such other date as maybe agreed by the Parties and the Mediator. On or before July 16, 2013, the Parties shall exchange, and provide to the Mediator, non-confidential mediation statements setting forth the Parties' respective positions and legal arguments with respect to allowance of the Countrywide Admin Claims and the Countrywide POCs. On or before July 23, 2013, each Party shall provide to the Mediator a confidential statement regarding the potential weaknesses of its positions and legal arguments and any other matter it believes relevant to the mediation, which statement shall include an initial settlement offer.

2. **Fact Discovery**. Fact discovery shall commence on July 19, 2013, and end on October 18, 2013.

3. **Expert Discovery**. The Parties shall provide initial disclosure of expected expert witness testimony, including the anticipated areas of such testimony, by October 1, 2013. Initial expert reports shall be due October 25, 2013. Rebuttal reports shall be due November 1, 2013. Expert discovery shall end on November 15, 2013.

4. **Pretrial Conference**. A pretrial conference with respect to the Contested Matters will be held at the first regularly scheduled omnibus hearing date that is later than November 15, 2013, at which time the Parties shall seek to schedule an evidentiary hearing on the Contested Matters at the Court's earliest convenience.

5. **Pretrial Order and Briefs**. The Parties shall file (i) a joint pretrial order fourteen days before the evidentiary hearing on the Contested Matters, and (ii) simultaneous pretrial briefs seven days before the evidentiary hearing on the Contested Matters.

01:13564055.3

7. Any deadline contained in this Scheduling Order may be extended by the unanimous consent of the Parties and upon the filing of an amendment to this Scheduling Order under certification of counsel; or by the Court upon written motion and for good cause shown.

Date: Wilmington, Delaware
    \_\_\_\_\_7/2\_\_\_, 2013

_____
Christopher S. Sontchi
United States Bankruptcy Judge

cc: Counsel of Record