IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] : | Jointly Administered |
| : | |
| Debtors. : | Ref. Docket No. 10838 |
| ------------------------------------------------------------------ x | |

**PLAN TRUSTEE'S STATEMENT OF NO OPPOSITION WITH RESPECT
TO MOTION OF STONE RIDGE AT FAIRFIELD CONDOMINIUM
ASSOCIATION, INC. FOR AN ORDER GRANTING RELIEF FROM THE
<u>AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362</u>**

Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Sated as of February 18, 2009 (the "<u>Plan</u>") in connection with the Chapter 11 cases of the above-captioned debtors (the "<u>Debtors</u>") hereby file this statement of no opposition (the "<u>Statement</u>") with respect to Motion of Stone Ridge at Fairfield Condominium Association, Inc. for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362 [D.I. 10838] (the "<u>Motion</u>") filed by Stone Ridge at Fairfield Condominium Association (the "<u>Movant</u>") seeking stay relief related to a potential foreclosure upon a certain real property (the "<u>Property</u>") in which the Debtors allegedly may have a mortgage interest.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:6772498.3

066585.1001

The Plan Trustee has reviewed its books and records and has determined that, on or about June 30, 2006, the Debtors sold their mortgage interest in the Property. Accordingly, the Plan Trustee does not believe that the automatic stay is implicated. For this reason, the Plan Trustee takes no position with respect to the relief requested in the Motion and further reserves all rights in connection therewith including, but not limited to, whether relief from the automatic stay is necessary.

This Statement is further without prejudice to the Plan Trustee's rights with respect to the factual allegations in the Motion including, but not limited to, the value of the Property. Nothing herein shall be construed to waive any or all claims the Debtors and/or the Plan Trustee may have against the Movant.

Dated: July 8, 2013
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:6772498.3

066585.1001