IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :    Jointly Administered
                                Debtors.                               ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on July 8, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Plan Trustee's Statement of No Opposition with Respect to Motion of Stone Ridge at Fairfield Condominium Association, Inc. for Order Grating Relief from the Automatic Stay [D.I. 10846]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 9th day of July 2013.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

066585.1001
01:6163664.21

James F. Harker, Esq.
Scott T. Earle, Esq.
Cohen Seglias Pallas Greenhall & Furman, P.C.
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(Stone Ridge)
*Hand Delivery*