# EXHIBIT B

**Modified Amount Claim**

01:13720488.1

## Exhibit B

## Modified Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| VAN HOOZER, KARLA<br>3737 WOODLAND AVE STE 630<br>W DES MOINES, IA 50266-1937 | 9262 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1.00 (U)<br>$1.00 (T) | Claimant asserted that this unliquidated, general unsecured claim "has a value of at least $250,000." However, neither the documentation attached to claim form nor the complaint filed in the district court action allows the Plan Trustee to determine either the validity of the claimed amount or whether the claim has any merit. On October 8, 2009, the district court action referenced in the attachment to the claim form was dismissed without prejudice upon motion of the claimant. On November 5, 2012, counsel to the Plan Trustee sent a letter to the claimant's counsel requesting a liquidated claim amount, but initially received no response. Counsel to the Plan Trustee made further attempts to contact claimant's counsel and eventually spoke with such counsel on or about January 18, 2013. During that call, claimant's counsel stated that (i) they hadn't spoken with the claimant for a couple of years and are unable to locate her, (ii) they believed that claimant had since divorced and changed her name, and (iii) they would attempt to locate and speak with the claimant to obtain a liquidated claim amount to resolve the claim. Claimant's counsel has made no further communications with the Plan Trustee's counsel on these matters and has not responded to follow-up inquiries by the Plan Trustee's counsel. The Plan Trustee does not believe that debtor AHM Corp has any liability on account of this claim and has been unable to resolve the claim on a consensual basis given the claimant's absence and lack of communication by her counsel. Given the status of these cases generally, and, more specifically, of the claims reconciliation process, the Plan Trustee feels compelled to object to this unliquidated claim in order to fix or otherwise determine the extent of the Plan Trust's liability on account of this claim. Based on the foregoing, the Plan Trustee requests that the Court enter an order modifying and fixing this claim in the amount of $1 (general unsecured). |
| **Totals:** 1 Claim | | | | - (S)<br>- (A)<br>- (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1.00 (U)<br>$1.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.