IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
    Debtors.                                                    :
                                                                :   **Ref. Docket Nos.: 9817, 9913, 10794,**
                                                                :   **10808 & 10810**
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING PLAN TRUST'S (I) SEVENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS, AND (II) ONE HUNDRED ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS, WITH RESPECT TO CLAIM NO. 10874 FILED BY PLACER COUNTY TAX COLLECTOR

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On March 7, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817] (the "Seventy-Fourth Objection"). By the Seventy-Fourth Objection, the Plan Trust sought, *inter alia*, to disallow claim numbered 10874 ("Claim 10874") filed by the Placer

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:13890071.1

County Tax Collector ("Placer County") on the grounds that Placer County filed Claim 10874 after the bar date for filing a claim such as Claim 10874.

2. Placer County informally responded to the Seventy-Fourth Objection asserting that Claim 10874 had been timely filed. As a result of follow-up discussions, the parties agreed to an adjournment of the Seventy-Fourth Objection with respect to Claim 10874. On April 4, 2011, the Court entered an order [D.I. 9913] sustaining the Seventy-Fourth Objection in part, and adjourning the Seventy-Fourth Objection with respect to Claim 10874.

3. On March 22, 2013, through the undersigned counsel, the Plan Trustee filed the Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794] (the "One Hundred Eleventh Objection" and together with the Seventy-Fourth Objection, the "Objections"). By the One Hundred Eleventh Objection, the Plan Trust sought, *inter alia*, to disallow Claim 10874 on the grounds that the Debtors had no liability for such claim since amounts relating to certain parcels had been paid and the Debtors had no interest in the remaining parcels.

4. On April 30, 2013, Placer County filed its Response to the One Hundred Eleventh Objection [D.I. 10810] disputing the Plan Trustee's contentions set forth therein. Placer County and the Plan Trustee agreed to an adjournment of the One Hundred Eleventh Objection with respect to Claim 10874. On April 22, 2013, the Court entered an order [D.I. 10808] sustaining the One Hundred Eleventh Objection in part, and adjourning the One Hundred Eleventh Objection with respect to Claim 10874.

5. After the adjournment of the One Hundred Eleventh Objection with respect to Claim 10874, Placer County received the amounts owed in respect of Claim 10874 from a non-debtor third-party. As a result of further discussions, the parties have agreed that (i) Claim

10874 should be disallowed as being satisfied in full, and (ii) the Objections should be deemed resolved with respect to Claim 10874.

A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: July 11, 2013<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT 1

**Proposed Consensual Order**

01:13890071.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos.: 9817, 9913, 10794 & 10808** |

### CONSENSUAL ORDER RESOLVING PLAN TRUST'S (I) SEVENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS, AND (II) ONE HUNDRED ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS, WITH RESPECT TO CLAIM NO. 10874 FILED BY PLACER COUNTY TAX COLLECTOR

Upon consideration of (i) the seventy-fourth omnibus (non-substantive) objection to claims [D.I. 9817] (the "Seventy-Fourth Objection"), and (ii) the one hundred eleventh omnibus (substantive) objection to claims [D.I. 10794] (the "One Hundred Eleventh Objection" and together with the Seventy-Fourth Objection, the "Objections"), of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered orders [D.I. 9913 & 10808, respectively] sustaining the Objections in part and the adjourning the Objections with respect to proof of claim numbered 10874 ("Claim 10874") filed by the Placer County Tax Collector ("Placer County"); and Placer County having received the amounts due in respect of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Claim 10874; the Plan Trustee and Placer County having agreed that Claim 10874 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 10874 shall be disallowed in full; and it is further

ORDERED that the Objections are resolved with respect to Claim 10874; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01:13890071.1