IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
   Debtors.                                                              :
                                                                         : **Ref. Docket Nos.: 9817, 9913,**
------------------------------------------------------------------------ x **10794 & 10808**

**CONSENSUAL ORDER RESOLVING PLAN TRUST'S (I) SEVENTY-FOURTH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS, AND (II) ONE
HUNDRED ELEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS,
WITH RESPECT TO CLAIM NO. 10874 FILED BY PLACER COUNTY TAX
COLLECTOR**

Upon consideration of (i) the seventy-fourth omnibus (non-substantive) objection to claims [D.I. 9817] (the "Seventy-Fourth Objection"), and (ii) the one hundred eleventh omnibus (substantive) objection to claims [D.I. 10794] (the "One Hundred Eleventh Objection" and together with the Seventy-Fourth Objection, the "Objections"), of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered orders [D.I. 9913 & 10808, respectively] sustaining the Objections in part and the adjourning the Objections with respect to proof of claim numbered 10874 ("Claim 10874") filed by the Placer County Tax Collector ("Placer County"); and Placer County having received the amounts due in respect of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:13890071.1

Claim 10874; the Plan Trustee and Placer County having agreed that Claim 10874 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 10874 shall be disallowed in full; and it is further

ORDERED that the Objections are resolved with respect to Claim 10874; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
             7/12   , 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01:13890071.1