IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  July 8, 2013, 4:00pm** |
| | ) | **Hearing Date:      July 15, 2013, 10:00am** |

## NOTICE OF WITHDRAWAL OF MOTION OF STONE RIDGE AT FAIRFIELD CONDOMINIUM ASSOCIATION, INC. FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

PLEASE TAKE NOTICE that Counsel for Stone Ridge at Fairfield Condominium Association, Inc. hereby withdraws the *Motion of Stone Ridge at Fairfield Condominium Association, Inc. from the Automatic Stay Pursuant to 11 U.S.C. §362* scheduled to be heard by the Honorable Christopher S. Sontchi on **July 15, 2013, at 10:00am.**

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.


 /s/ SCOTT T. EARLE
James F. Harker, Esquire (Bar I.D. No. 255)
Scott T. Earle, Esquire (Bar I.D. No. 4541)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE  19801
(302) 425-5089
*Attorneys for Stone Ridge at Fairfield Condominium Association, Inc*

DATED:      July 3, 2013