## CERTIFICATE OF SERVICE

I, Scott T. Earle, Esquire, do hereby certify that on this 15th day of July, 2013, a true and correct copy of the *Notice of Withdrawal of Motion of Stone Ridge at Fairfield Condominium Association, Inc. from the Automatic Stay Pursuant to 11 U.S.C. §362* was served via CM/ECF upon all counsel of record.

/S/ SCOTT T. EARLE
Scott T. Earle, Esquire (Bar I.D. No. 4541)
