IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

In Re: American Home Mortgage Investment Corp. and American Home Mortgage Corp. dba American Brokers Conduit

Chapter 11

Case No. 07-11047 (CSS)

Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Donald Charles Schwartz to represent Donald Ray Hopkins in this action.

_____
(Movant's Signature) (Firm Name, Address and Telephone Number) 831-331-9404
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature) (Firm Name, Address and Telephone Number) 831-331-9404
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

Local Form 105

## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

, I declare that I am employed in the County of Santa Cruz, California; that I am over the age of eighteen and am not a party to the foregoing action. My business address is 7960-B Soquel Drive, No. 291, Aptos, CA 95003.

On the date shown below, I served the following document(s):

MOTION AND (PROPOSED) ORDER FOR ADMISSION PRO HAC VICE

on each person named below through the ECF filing system of the United States District Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on July 10, 2013 in Santa Cruz County, California.

_____
Donald Charles Schwartz