IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                                    Debtors.                                 :
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

| | |
|---|---|
| Dated: July 24, 2013<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

01: 7856483.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                                                         :
                                Debtors.                                 :
------------------------------------------------------------------------ x
```

## **ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

September 18, 2013 at 11:00 a.m. (ET)

October 17,m 2013 at 2:00 p.m. (ET)

Dated: July ____, 2013
        Wilmington, Delaware

                                                           _____
                                                           CHRISTOPHER S. SONTCHI
                                                           UNITED STATES BANKRUPTCY JUDGE