IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

------------------------------------------------------------------ x

Hussain Kareem,

                      Appellant,

v.

Plan Trustee, Steven D. Sass

                      Appellee.

------------------------------------------------------------------ x

C.A. No. 13-295-LPS

Bankruptcy Case No. 07-11047 (CSS)
AP No 13-17

## STIPULATION OF DISMISSAL

**IT IS HEREBY AGREED**, by and between appellant Hussain Kareem ("Mr. Kareem"), and appellee Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors"), that pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) (the "Bankruptcy Rules"), the above-captioned appeal, taken by Notice of Appeal dated February 6, 2013, which appeals from the decision and order of the Honorable Christopher S. Sontchi, dated and entered on January 2, 2013, (the "Order"), is hereby dismissed, with prejudice.

IN WITNESS HEREOF, the Parties have caused this Agreement to be executed as of the date first written above.

Dated: July 24, 2013   **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
as Counsel to the Plan Trustee

By: _____
Name: Margaret Whiteman Greecher

Dated: July 24th, 2013   **MR. HUSSAIN KAREEM**

_____

01:11429434.6

066585.1001