IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       : Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             : Jointly Administered
        Debtors.                                                             :
                                                                             : **Ref. Docket Nos. 10123 & 10847**
                                                                             :
---------------------------------------------------------------------------- x

### ORDER APPROVING STIPULATION GRANTING CLAIMANT LIMITED RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND PLAN INJUNCTION

Upon consideration of the eighty-fifth omnibus (substantive) objection to claims [Docket No. 10123] and the *Stipulation Granting Claimant Limited Relief from Automatic Stay Under 11 U.S.C. § 362 and Plan Injunction* (the "Stipulation");[2] and the Court having entered an order [Docket No. 10443] sustaining the Objection in part and adjourning the Objection with respect to the Proof of Claim filed by Torrence Caldwell; and the Parties having agreed to resolve the Proof of Claim and modify the automatic stay and plan injunction as set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

    1.    The Stipulation attached hereto as Exhibit 1 is APPROVED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

2. Notwithstanding the post-confirmation injunction or automatic stay which may otherwise apply to the State Court Action pursuant to the Plan and/or section 362 of the Bankruptcy Code (collectively, the "Stay"), the Stay shall be modified and lifted solely to permit the Claimant to (a) prosecute the State Court Action against AHM Acceptance nominally with respect to the Caldwell Claims and (b) to the extent a judgment is obtained, collect such judgment exclusively from the Insurance Policy; *provided, however*, that the Plan Trustee and the Debtors' estates shall not be required to answer or appear with respect to the State Court Action, although Claimant shall be permitted to serve discovery upon the Plan Trustee as it relates to the State Court Action subject to the Plan Trustee's right to object to any such discovery requests.

3. In the event that Claimant obtains a judgment against AHM Acceptance in connection with the State Court Action, Claimant may not collect such judgment from AHM Acceptance, the Debtors, the Debtors' estates, the Plan Trust or the Plan Trustee.

4. Except for the limited purposes set forth in paragraph 2 above, the Stay shall remain in effect, and the Stipulation shall be without prejudice to any Party's right to seek further modification, relief, or re-imposition of the Stay. For the avoidance of doubt, the Stay shall remain in effect for any individual or entity not a party to the Stipulation, and, absent being granted prior relief from the Stay by the Bankruptcy Court, any and all such individuals or entities are in no way permitted to take actions or initiate litigation against the Debtors, the Plan Trust or Plan Trustee concerning, or in any way related to, the State Court Action.

5. The Proof of Claim filed by the Claimant against AHM Acceptance is allowed in the amount of one dollar ($1.00) for purposes of distribution only.

6.  This Court shall retain jurisdiction over any and all matters arising from or related to the Objection, the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       9/3    , 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE