## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.[1], | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No.** _____ |

### ORDER EXTENDING THE TIME FOR THE PLAN TRUSTEE TO OBJECT TO CLAIMS, INCLUDING ADMINISTRATIVE CLAIMS

Upon the motion (the "Motion")[2] of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (The "Plan") in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors"), for entry of an order extending the Claims Objection Deadlines; and in accordance with the Plan, the Confirmation Order, and Bankruptcy Rule 9006; and it appearing that sufficient notice of the Motion has been given, and it appearing that the relief requested in the Motion is in the best interest of the Plan Trust, the Plan Trustee, the Debtors, their estates, and all other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Motion.

01:14060056.1

2

      2.      The General Claims Objection Deadline is extended through and including March 24, 2014.

      3.      The Administrative Claims Objection Deadline is extended through and including March 24, 2014.

      4.      Entry of this Order shall be without prejudice to the Plan Trustee's right to seek further extensions of the Claims Objection Deadlines.

      5.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
          _____, 2013

                                              _____
                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE