1  BADGER LAW OFFICE -- Leo A. Badger
   5055 Canyon Crest Drive
2  Riverside, CA  92507
   (951) 684-6911
3  State Bar No. 157212

4  Attorney for Creditor/Claimant

5

6

7                 UNITED STATES BANKRUPTCY COURT

8                      DISTRICT OF DELAWARE

9

10 IN RE: AMERICAN HOME MORTGAGE     ]      NO. 07-11047
   CORP                             ]
11                                   ]      REQUEST FOR SPECIAL
                                     ]      NOTICE OR CHANGE OF
12                                   ]      ADDRESS
                                     ]
13 _____  ]

14     The undersigned creditor requests of the clerk of this

15 court, and the debtor-in-possession or Trustee, that all

16 notices to creditors or to committees of creditors be sent to

17 this creditor addressed as follows:

18                 THE PRESS-ENTERPRISE COMPANY
                   c/o BADGER LAW OFFICE
19                 5055 Canyon Crest Drive
                   Riverside, CA  92506
20
   DATED: September 9, 2013
21

22

23                 _____
                   Leo A. Badger, attorney for
24                 Creditor/Claimant

25

26

27

28

*PROOF OF SERVICE BY MAIL*
CASE NO. 07-11047

I, Carolyn Badger, say:

I am a resident of or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 5055 Canyon Crest Drive, Riverside, California.

That on September 9, 2013, I served REQUEST FOR SPECIAL NOTICE OR CHANGE OF ADDRESS to defendant(s) by depositing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service mail box at the City of Riverside, California, addressed as follows:

PAULINE K MORGAN
YOUNG CONAWAY STARGATT & TAYLOR
P O BOX 391
WILMINGTON DE 19899-0391

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2013, at Riverside, California.

*Carolyn Badger*
Carolyn Badger

BADGER
LAW OFFICE
5055 CANYON CREST DR
RIVERSIDE CA 92507
951-684-6911