IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
     Debtors.                                                    :
                                                                 :   **Ref. Docket Nos.: 10015 & 10059**
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING PLAN TRUST'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10865 FILED BY
<u>VENTURA COUNTY TAX COLLECTOR</u>**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On May 20, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow claim numbered 10865 ("Claim 10865") filed by the Ventura County Tax Collector ("Ventura County") on the grounds that the Debtors had no liability on account of Claim 10865 since they had no interest in the subject properties for the claimed tax years.

---
[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:14125218.1

2

2. Ventura County informally responded to the Objection. As a result of follow-up discussions, the parties agreed to an adjournment of the Objection with respect to Claim 10865. On June 20, 2011, the Court entered an order [D.I. 10059] sustaining the Objection in part, and adjourning the Objection with respect to Claim 10865.

3. The parties have since confirmed that Ventura County has received the amounts owed in respect of Claim 10865 from a non-debtor third-party. Accordingly, the parties have agreed that (i) Claim 10865 should be disallowed as being satisfied in full, and (ii) the Objection should be deemed resolved with respect to Claim 10865. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of Claim 10865 is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: September 18, 2013  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

3

01:14125218.1

# EXHIBIT 1

**Proposed Consensual Order**

01:14125218.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
          Debtors.                                                       :
                                                                         :   **Ref. Docket Nos.: 10015 &
                                                                         :   10059**
------------------------------------------------------------------------ x

**CONSENSUAL ORDER RESOLVING PLAN TRUST'S SEVENTY-NINTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10865
FILED BY VENTURA COUNTY TAX COLLECTOR**

Upon consideration of the seventy-ninth omnibus (substantive) objection to claims [D.I. 10015] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 10059] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim numbered 10865 ("Claim 10865") filed by the Ventura County Tax Collector ("Ventura County"); and Ventura County having confirmed it received the amounts due in respect of Claim 10865; and the Plan Trustee and Ventura County having agreed that Claim 10865 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:14125218.1

pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 10865 shall be disallowed in full; and it is further

ORDERED that the Objection is resolved with respect to Claim 10865; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01:14125218.1