IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
     Debtors.                                                    :
                                                                 :  **Ref. Docket Nos.: 10015 &**
---------------------------------------------------------------- x  **10059**

**CONSENSUAL ORDER RESOLVING PLAN TRUST'S SEVENTY-NINTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10865
FILED BY VENTURA COUNTY TAX COLLECTOR**

Upon consideration of the seventy-ninth omnibus (substantive) objection to claims [D.I. 10015] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 10059] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim numbered 10865 ("Claim 10865") filed by the Ventura County Tax Collector ("Ventura County"); and Ventura County having confirmed it received the amounts due in respect of Claim 10865; and the Plan Trustee and Ventura County having agreed that Claim 10865 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:14125218.1

pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 10865 shall be disallowed in full; and it is further

ORDERED that the Objection is resolved with respect to Claim 10865; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____9/18_____, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE