IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.[1], a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 10871 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline (the "Motion") has been received. The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Motion appears thereon. Responses to the Motion were to be filed and served no later than September 24, 2013 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

01: 6604224.19

   It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 15, 2013
  Wilmington, Delaware     YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

               */s/ Margaret Whiteman Greecher*
               Sean M. Beach (No. 4070)
               Margaret Whiteman Greecher (No. 4652)
               Patrick A. Jackson (No. 4976)
               Michael S. Neiburg (No. 5275)
               1000 North King Street
               Wilmington, Delaware  19899
               Telephone: (302) 571-6600
               Facsimile: (302) 571-1253

               -and-

               HAHN & HESSEN LLP
               Mark S. Indelicato
               Edward L. Schnitzer
               488 Madison Avenue
               New York, New York 10022
               Telephone: (212) 478-7200
               Facsimile: (212) 478-7400

               *Co-Counsel to the Plan Trustee*