IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x  Chapter 11

In re:                                                                    :
                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :
a Delaware corporation, et al.,<sup>1</sup>                                :  Jointly Administered
                                                                          :
      Debtors.                                                            :
------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 17, 2013 AT 2:00 P.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

    Response Deadline:   August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

    Related Documents:

    a)   Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)   Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 5463, 8/18/08]

    c)   Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 9768, 2/7/11]

    Responses Filed:   See Exhibit A, attached

    Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter has been resolved pending documentation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:14206881.1

2. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

   Response Deadline:   February 10, 2009 at 4:00 p.m.

   Related Document:

   a) Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

   Responses Filed:   See Exhibit B, attached

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter is resolved, pending documentation.

3. Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

   Response Deadline:   July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

   Related Document:

   a) Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

   Responses Filed:   See Exhibit C

   Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter is resolved, pending documentation.

4. Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

   Objection Deadline:   Extended to September 25, 2013 at 4:00 p.m. (ET)

   Objections Filed:

   a) Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571 [D.I. 10884, 10/11/13]

   Status: This matter will be adjourned to November 13, 2013 at 11:00 a.m.

5.     Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

    Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

    Related Documents:

    a)     Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

    b)     Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

    Responses Filed:    See Exhibit D, attached.

    Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit D.

6.     Plan Trust's Objection to Claim Number 8932 filed by Zoa Nielsen, Individually and on Behalf of Others, Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [D.I. 10680, 12/4/12]

    Response Deadline:    December 28, 2012 at 4:00 p.m. (ET)

    Responses Filed:

    a)     Zoa Nielsen's Response to Plan Trust's Objection to Claim 8932 and Alternative Requests to Certify Class and/or Collective Proof of Claim, Grant Full or Partial Summary Judgment and/or Lift Automatic Stay for Liquidation in Oregon District Court [D.I. 10705, 12/27/12]

    Status: This matter will be will be adjourned.

7.  Plan Trust's One Hundred Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10685, 12/7/12]

    Response Deadline:    December 31, 2012 at 4:00 p.m. (ET)

    Responses Filed:    See Exhibit E, attached

    Status: This matter will be adjourned.

8.  Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

    a)  Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:    See Exhibit F, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit F, this matter adjourned.

9.  Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

    Responses Filed:    See Exhibit G, attached

    Related Document:

    a)  Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)  Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

    Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit G, this matter adjourned.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

10. Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 10871, 9/10/13]

    Objection Deadline: September 24, 2013 at 4:00 p.m. (ET), extended for certain parties to October 10, 2013 at 4:00 p.m. (ET)

    Related Document:

    a) Certificate of No Objection [D.I. 10886, 10/15/13]

    b) Proposed Order

    Objections Filed: None

    Status: A certificate of no objection has been filed. No hearing is required.

**CONTESTED MATTER GOING FORWARD**

11. Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

    Objection Deadline: February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

    Objections Filed:

    a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

    Status: This matter will be going forward as a status and scheduling conference.

Dated: October 15, 2013
    Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean T. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

### **Exhibit A, Thirteenth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Resolved, pending documentation |

### **Exhibit B, Twenty-Ninth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Sharaine Hughes |  | Resolved, pending documentation |

### **Exhibit C, Fifty-Ninth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Resolved, pending documentation |

### **Exhibit D, Seventy-Sixth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |

### **Exhibit E, One Hundred Sixth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Resolved, pending documentation |

01:14206881.1

## **Exhibit F, One Hundred Tenth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## **Exhibit G, One Hundred Eleventh Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:14206881.1