IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :   Jointly Administered
                              Debtors.                              ::
------------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on October 15, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571 [D.I. 10884]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 15th day of October 2013.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

066585.1001

01:6163664.21

Service List

L. Tracy Teiger, Esq.
The Teiger Law Center
3700 Mansell Road
Alpharetta, GA 30022
*First Class Mail*