IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,*

    Debtors.

------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Dkt. Nos. 9625, 10755, 10757 & 10850

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT, pursuant to this Court's order dated July 9, 2013 [D.I. 10850], Steven D. Sass, as trustee (the "Plan Trustee") of the liquidating trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* [D.I. 7029] (the "Plan") for the above-captioned debtors, Countrywide Home Loans, Inc. ("CHL"), Bank of America, N.A. ("BANA"), as successor-in-interest by *de jure* merger to Countrywide Bank, F.S.B. ("CWB"), and Countrywide Securities Corporation ("CSC" and, together with CHL and BANA, "Countrywide") participated in mediation with the Honorable Joseph J. Farnan, Jr. on July 25, 2013 (the "Mediation") concerning proofs of claim (the "Pre-petition Claims") and administrative expense requests (the "Administrative Expense Claims") filed by Countrywide in the above-captioned chapter 11 cases.

---

\*    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

1

01:14208788.1

PLEASE TAKE FURTHER NOTICE THAT, as a result of the Mediation, the Plan Trustee and Countrywide resolved all of the Pre-petition Claims and the Administrative Expense Claims on the terms set forth in that certain *Stipulation by and Among the Plan Trustee, Countrywide Home Loans, Inc., Countrywide Securities Corporation, and Bank of America, N.A., as Successor-in-Interest by* de Jure *Merger to Countrywide Bank, F.S.B., Resolving All Claims Against the Debtors' Estates* dated October 22, 2013 (the "Settlement Stipulation").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Settlement Stipulation, the Plan Trustee is permitted to disclose the allowed amount of the Pre-petition Claims and the Administrative Expense Claims (i) to the official claims agent in these chapter 11 cases, (ii) to creditors upon request, and (iii) to the extent required by the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532, or order of the Court.

Dated:   Wilmington, Delaware
         October 22, 2013

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Patrick A. Jackson*

Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for the Plan Trustee