**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                   :    Jointly Administered
a Delaware corporation, *et al.*,[1]                              :
                                                                  :    Response Deadline: November 6, 2013 by 4:00 p.m. (ET)
                                                                  :    Hearing Date: November 13, 2013 at 11:00 a.m. (ET)
                              Debtors.                            :
------------------------------------------------------------------ x

**NOTICE OF PLAN TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
APPROVING AMENDMENT TO THE SETTLEMENT AGREEMENT
RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, has filed the attached *Plan Trustee's Motion for Entry of an Order Approving Amendment to the Settlement Agreement Resolving Certain Employment-Related Claims* (the "Motion")[2] seeking the entry of an order approving certain non-economic amendments to that certain *Settlement and Release Agreement* dated August 10, 2009 resolving certain employment-related claims asserted under the *Worker Adjustment and Retraining Notification Act* and similar state statutes.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 6 (the "Bankruptcy Court") **on November 13, 2013 at 11:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and filed with the Bankruptcy Court and also served upon (a)(i) YOUNG, CONAWAY, STARGATT & TAYLOR, LLP, 1000 North King Street,

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:14265730.1

Wilmington, DE 19899, Attn: Sean M. Beach, and (ii) HAHN & HESSEN LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark S. Indelicato, counsel to the Plan Trustee, and (b)(i) LANKENAU & MILLER LLP, 132 Nassau Street, Suite 423, New York, NY 10038, Attn: Stuart J. Miller, (ii) THE GARDNER FIRM, PC, 210 S. Washington Avenue, Post Office Drawer 3103, Mobile, AL 36652, Attn: Mary E. Olsen, and (iii) OUTTEN & GOLDEN LLP, 3 Park Avenue, 29 Floor, New York, NY 10016, Attn: Jack A. Raisner, counsel for the Class Members, so that they are received no later than **4:00 p.m. prevailing Eastern Time on November 6, 2013.**

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 22, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:14265730.1