**EXHIBIT A**

**FIRST AMENDMENT**

### FIRST AMENDMENT TO SETTLEMENT AND RELEASE AGREEMENT

**FIRST AMENDMENT TO SETTLEMENT AND RELEASE AGREEMENT** dated as of October 18, 2013 (this "Amendment"), by and between **KATHY S. KOCH, JARRETT PERRY, GINA PULLIAM, MICHAEL S. SUROWIEC, KATHLEEN WIELGUS, AND PATRICIA WILLIAMS** (collectively, the "Class Representatives"), on behalf of themselves and on behalf of similarly situated class members (together with the Class Representatives, the "Class Members" or the "Class"), and **STEVEN D. SASS**, as the liquidating trustee (the "Plan Trustee") of the trust (the "Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") of American Home Mortgage Holding, Inc. and its affiliated debtors (collectively, the "Debtors"). All capitalized terms used herein without definition shall have the same meanings herein as such terms have in the Settlement Agreement (as defined herein below).

### W I T N E S S E T H:

**WHEREAS**, on December 14, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving that certain *Settlement and Release Agreement*, dated as of August 10, 2009, by and among the chapter 11 estates of the Debtors, the Official Committee of Unsecured Creditors of the Debtors and the Class (the "Settlement Agreement");

**WHEREAS**, on November 30, 2010, the Plan became effective, and pursuant to the terms thereof, that certain *Plan Trust Agreement* was executed thereby creating the Trust and appointing the Plan Trustee as trustee of the Trust; and

**WHEREAS**, the Class Representatives have requested that the Plan Trustee amend certain non-economic provisions of the Settlement Agreement and the Plan Trustee is willing to do so subject to the terms and conditions set forth in this Amendment.

**NOW, THEREFORE**, in consideration of the mutual agreements hereinafter set forth, and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Class Representatives, on behalf of themselves and the Class, and the Plan Trustee, intending to be legally bound, agree as follows:

Section 1.    Amendments to Settlement Agreement.

Subject to the satisfaction of the conditions precedent set forth in Section 2 below, the Settlement Agreement shall be and hereby is amended as follows:

    1.1    Section 2 of the Settlement Agreement is hereby amended in its entirety to provide as follows:

1

"**The Settlement Fund.** The settlement fund ("Settlement Fund") shall be equal in amount to a fifty percent (50%) share of the first $13 million ($13,000,000) in estate funds which would otherwise be available for distribution to holders of general unsecured claims on account of such general unsecured claims. For the avoidance of doubt, under no circumstances shall the maximum amount of the Settlement Fund exceed $6.5 million ($6,500,000). Distribution of Settlement Fund payments to the Class Members will be made pursuant to the Plan. Distributions of Settlement Fund payments shall be made by the Liquidating Trust only when the Liquidating Trust (a) makes distributions to holders of general unsecured claims on account of such general unsecured claims or (b) reserves an amount equal to the Settlement Fund payments for distribution to holders of general unsecured claims on account of such general unsecured claims. Class Counsel will determine the percentage amount of the Settlement Fund that will be distributed to Class Members on an individualized basis."

1.2   Section 6(d) of the Settlement Agreement is hereby amended by deleting the phrase "six (6) months of their date of issuance" and inserting the phrase "the earlier of (i) eighteen (18) months after their date of issuance or (ii) ten (10) days after the filing of a motion by the Plan Trustee seeking the entry of an order closing the Debtors' chapter 11 cases" in lieu thereof.

Section 2.   Conditions Precedent.

The effectiveness of this Amendment is conditioned upon the entry of a final and non-appealable order of the Bankruptcy Court approving this Amendment.

Section 3.   Miscellaneous.

3.1.   Except as specifically amended herein, the Settlement Agreement shall continue in full force and effect in accordance with its original terms.

3.2.   This Amendment may be executed simultaneously in any number of counterparts. Delivery of an executed counterpart of a signature page of this Agreement by facsimile or electronic means (in .pdf or comparable format) shall be effective as delivery of a manually executed counterpart of this Agreement. Each counterpart shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the Parties have executed and delivered this Amendment as of the day and year first above written.

LANKENAU & MILLER LLP

on behalf of the Class Representatives and Class Members

By: _____
Name:   Stuart J. Miller
Title:   Class Counsel

HAHN & HESSEN LLP:

on behalf of the Plan Trustee:

By: _____
Name:   Mark S. Indelicato
Title:   Counsel to the Plan Trustee