**EXHIBIT B**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     : Jointly Administered
a Delaware corporation, *et al.*,[1]                :
                                                    :
                                                    :
                    Debtors.                        :
------------------------------------------------------------------ x

**ORDER APPROVING AMENDMENT TO THE SETTLEMENT**
**AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS**

Upon consideration of the motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), for the entry of for an order approving the *First Amendment to Settlement and Release Agreement* dated as of October 18, 2013, annexed the Motion as **Exhibit A** (the "Amendment"), to that certain *Settlement and Release Agreement* dated August 10, 2009 by and among the Debtors, the Official Committee of Unsecured Creditors of the Debtors and class representatives Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams (the "Class Representatives"), on behalf of themselves and similarly situated class members (together with the Class Representatives, the "Class Members"), resolving certain employment-related claims asserted under the *Worker Adjustment and Retraining Notification Act* and similar state statutes previously approved by this Court on December 14, 2009; and due and proper notice of the motion having been given and no other and further notice being necessary; and

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:14265730.1

the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing herefor; it is hereby

    ORDERED, that the Motion is GRANTED; and it is further

    ORDERED, that the Amendment is approved in its entirety; and it is further

    ORDERED, that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated:   Wilmington, Delaware
           November ___, 2013

                                      _____
                                      HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE