IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                 :    Jointly Administered
a Delaware corporation, *et al.*,[1]                            :
                                                                :    Response Deadline:  November 6, 2013 by 4:00 p.m. (ET)
                                                                :    Hearing Date:  November 13, 2013 at 11:00 a.m. (ET)
                       Debtors.                                 :
---------------------------------------------------------------- x

**NOTICE OF JOINT MOTION FOR ENTRY OF ORDER (I) APPROVING A SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019, (II) CERTIFYING A CLASS AND COLLECTIVE OF CLAIMANTS FOR SETTLEMENT PURPOSES ONLY, APPOINTING CLASS/COLLECTIVE COUNSEL AND A CLASS/COLLECTIVE REPRESENTATIVE, AND PRELIMINARILY APPROVING THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023, (III) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS/COLLECTIVE MEMBERS OF THE CLASS/COLLECTIVE CERTIFICATION AND SETTLEMENT, (IV) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT, (V) FINALLY APPROVING THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023 AND 29 U.S.C. 216(b) AFTER THE FAIRNESS HEARING, AND (VI) GRANTING RELATED RELIEF**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, and prospective class/collective representative Zoa Woodward (*f/k/a* Zoa Nielsen) (the "Class Representative"), on behalf of herself and similarly situated prospective class/collective members, have filed the attached *Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and a Class/Collective Representative, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023*

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

and 29 U.S.C. § 216(b) after the Fairness Hearing, and (VI) Granting Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 6 (the "Bankruptcy Court") **on November 13, 2013 at 11:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and (a) filed with the Bankruptcy Court and (b) also served upon the undersigned counsel for the Plan Trustee and the Class Representative so that they are received no later than **4:00 p.m. prevailing Eastern Time on November 6, 2013.**

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 23, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

JON M. EGAN, PC

/s/ Jon M. Egan
Jon M. Egan
240 Sixth Street
Lake Oswego, Oregon 97034
Telephone: (503) 697-3427
Facsimile: (866) 311-5629

*Proposed Counsel for the Prospective Class/Collective Members*