# EXHIBIT 2

# DECLARATION OF JON M. EGAN

**Jon M. Egan**, OSB 002467
Jegan@eganlegalteam.com
**Jon M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone:  (503) 697-3427
Fax:  (866) 311-5629
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ZOA NIELSEN**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>**AMERICAN HOME MORTGAGE CORP.,** a New York corporation doing business in Oregon as AMERICAN HOME MORTGAGE CORP., A CORPORATION OF NEW YORK and AMERICAN HOME MORTGAGE,<br><br>        Defendant. | 3:06-CV-1161-AA<br><br>DECLARATION OF JON M. EGAN IN SUPPORT OF JOINT MOTION FOR ENTRY OF ORDER (I) APPROVING A SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019, (II) CERTIFYING A CLASS AND COLLECTIVE OF CLAIMANTS FOR SETTLEMENT PURPOSES ONLY, APPOINTING CLASS/COLLECTIVE COUNSEL AND A CLASS/COLLECTIVE REPRESENTATIVE, AND PRELIMINARILY APPROVING THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023, (III) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS/COLLECTIVE MEMBERS OF THE CLASS/COLLECTIVE CERTIFICATION AND SETTLEMENT, (IV) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT, (V) FINALLY APPROVING THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023 AND 29 U.S.C. 216(b) AFTER THE FAIRNESS HEARING, AND (VI) GRANTING RELATED RELIEF |

I, the undersigned, hereby declare and say:

1. I am the attorney for Plaintiff and Class Representative Zoa Woodward (f/k/a Zoa Nielsen) in this matter. I make the following statements based upon my own personal knowledge and am competent to testify thereto.

2. I specialize in Oregon wage and hour cases involving both state and federal law claims, and I have extensive experience in this area. I regularly field wage and hour questions from my colleagues in the Bar, and they refer me wage and hour cases on a regular basis. I am a member of several organizations focusing on wage-and-hour law, including the Wage and Hour Clearinghouse, as well as applicable committees and divisions of the Oregon Trial Lawyers Association, the National Employment Lawyers Association, the Oregon Bar Association and the American Bar Association. I have also spoken at events, edited pamphlets and provided legal advice and assistance on wage and hour issues to nonprofit organizations such as the Portland Restaurant Workers Association. While working as an associate attorney at the law firm of Bailey Pinney & Associates LLC, I was employed exclusively for wage and hour individual and collective and class action cases, including acting as one of the counsel of record in *McElmurry et al. v. US Bank N.A.*, USDC No. 3:04-cv-642-HA. Since leaving Bailey Pinney to start my own law firm eight years ago, I have been lead plaintiffs' counsel on the following wage and hour collective and class action cases before the Multnomah County Circuit Court, the U.S. District Court for the District of Oregon and the Ninth Circuit Court of Appeals: *Cooper v. Thomason et al.*, USDC No. 3:06-cv-1018-KI; *Nielsen v. American Home Mortgage Corp.*, USDC No. 6:06-cv-1161-AA; *Richins v. Jack Fabel et al.*, Multnomah County Case No. 0708-08879;

*Jackson v. Plew et al.*, Multnomah County Case No. 0712-15516, USDC No. 3:08-cv-99-BR; *Rother et al. v. Lupenko et al.*, USDC No. 3:08-cv-161-MO / Ninth Circuit Nos. 11-35922 and 11-35953; *Cumbie v. Woody Woo, Inc. et al.*, USDC No. 3:08-cv-504-PK, Ninth Circuit No. 08-35718; *Lopes et al. v. Bush Gardens of Oregon, Inc. et al.*, USDC No. 3:08-cv-1492-HU; *Di Giovanni et al. v. Alu, Inc. et al.*, USDC No. 3:09-cv-314-PK; *Norris et al. v. Butler Investments, Inc. et al.*, USDC No. 3:09-cv-339-AC; *Jones et al. v. Columbia Helicopters, Inc.*, USDC No. 3:09-cv-691-PK; *Perillo et al. v. Conklin et al.*, USDC No. 3:10-cv-359-ST; *Weir et al. v. Jolie et al.*, USDC No. 3:10-cv-898-HA; *Gessele et al. v. Jack In The Box, Inc. et al.*, USDC No. 3:10-cv-960-ST; and *Fredrickson et al. v. Starbucks Corporation*, Multnomah County No. 1212-15734 / USDC No. 3:13-cv-29-HU; as well as numerous individual wage and hour cases. In addition to my wage-and-hour cases, I have additional experience in non-wage-and-hour class actions, focusing in the areas of employment and consumer law. I was lead plaintiffs' counsel in the ERISA class action of *Medearis et al. v. Oregon Teamster Employers Trust et al.*, USDC No. 3:07-cv-00723-PK, as well as the debt collection/unfair trade practices class action of *Corridean et al. v. Restore Financial Services Network LLC et al.*, USDC No. 06-cv-524-HU.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2013.

                                                JON M. EGAN, P.C.

                                                /s/ *Jon M. Egan*

                                                Jon M. Egan, OSB #00246
                                                Attorney for Plaintiff