## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                       :     Chapter 11

                          :

AMERICAN HOME MORTGAGE    :    Case No. 07-11047 (CSS)

HOLDINGS, INC.,               :    Jointly Administered

a Delaware corporation, *et al.,*[1]   :

                         :    **Response Deadline:  November 6, 2013 by 4:00 p.m. (ET)**

                Debtors.   :    **Hearing Date:  November 13, 2013 at 11:00 a.m. (ET)**

-------------------------------------------------------------------- x

### NOTICE OF JOINT MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 107 AND FED. R. BANKR. P. 9018 FOR AN ORDER AUTHORIZING EXHIBIT A TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, and prospective class and collective representative Zoa Woodward (*f/k/a* Zoa Nielsen) (the "Class Representative"), on behalf of herself and similarly situated prospective class and collective members, have filed the attached *Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed under Seal* (the "Motion")[2] seeking the entry of an order authorizing them to file Exhibit A to that certain *Settlement and Release Agreement* dated July 10, 2013 under seal.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 6 (the "Bankruptcy Court") **on November 13, 2013 at 11:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:14273729.1

703200/006-3974653.1

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and (a) filed with the Bankruptcy Court and (b) also served upon the undersigned counsel for the Plan Trustee and the Class Representative so that they are received no later than **4:00 p.m. prevailing Eastern Time on November 6, 2013.**

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  October 23, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

JON M. EGAN, PC

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

/s/ Jon M. Egan
Jon M. Egan
240 Sixth Street
Lake Oswego, Oregon 97034
Telephone: (503) 697-3427
Facsimile: (866) 311-5629

*Proposed Counsel for the Prospective Class/Collective Members*

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:14273729.1