# EXHIBIT 1

# PROPOSED ORDER

01:14273729.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | : | Jointly Administered |
| a Delaware corporation, *et al.*,[1] | : | |
| | : | Ref. Docket No. _____ |
| Debtors. | : | |
------------------------------------------------------------------ x

**ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING
EXHIBIT A TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN
EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL**

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and prospective class and collective representative Zoa Woodward (*f/k/a* Zoa Nielsen) (the "Class Representative"), on behalf of herself and similarly situated prospective class and collective members (collectively, the "Parties") to submit Exhibit A to the *Settlement and Release Agreement* dated July 10, 2013 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:14273729.1

2

  ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement under seal.

Dated: Wilmington, Delaware
   November ___, 2013

              _____
              HONORABLE CHRISTOPHER S. SONTCHI
              UNITED STATES BANKRUPTCY JUDGE