IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE

-----------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,[1]

                                  Debtors.
-----------------------------------------------------------------------x

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

Janice O'Kane, being duly sworn, deposes and says:

1.    I am over 18 years of age and not a party to the within action.

2.    I am employed by the law firm of Hahn & Hessen LLP, located at 488 Madison Avenue, New York, NY 10022, counsel to Steven D. Sass, as the liquidating trustee of the trust established pursuant to the confirmed chapter 11 plan of the above-captioned debtors, at whose direction service was made.

3.    On October 23, 2013, I caused to be served by first class mail, a true copy of *Notice Pursuant to Class Action Fairness Act of 2005 Regarding Proposed Settlement Regarding Zoa Nielsen, et al., v. American Home Mortgage Corp. (D. Or. Case No. 6:06-cv-1611-AA)* by depositing a true copy thereof in a depository of the United States Postal Service upon the parties listed on **Exhibit 1** hereto.

703200/006-4374361.1

4. I declare under penalty of perjury that the foregoing is true and correct.

*J. O'Kane*
Janice O'Kane

Sworn to before me this
23rd day of October, 2013

*Susan Farrell*
Notary Public

SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 2015

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## Exhibit 1

## Service List

Eric H. Holder, Jr.
Attorney General of the United States
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Ellen F. Rosenblum
Attorney General
Office of the Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096

Patrick Allen
Director
Oregon Department of Consumer and Business Services
350 Winter Street NE
PO Box 14480
Salem, OR  97309-0405

Bob Ferguson
Attorney General
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100

Scott Jarvis
Director
Washington State Department of Financial Institutions
P.O. Box 41200
Olympia, WA 98504-1200