US Bankruptcy Court

824 Market St. 5th Floor

Wilmington, Delaware 19801

October 23, 2013

DEBTOR: 07-11051 American Home Mortgage Corp

CREDITOR: Teresa A. Bevelle

Claim # 9323

Dear Judge,

It has been brought to my attention today that my claim against American Home Mortgage has been Suppressed due to my filing being one day late.

I am not sure what this is referring to. I filed papers as soon as I received them. I have moved several times since 8/3/2007 when American Home Mortgage closed their doors.

I am writing this letter in hopes that the Court will reconsider my claim. I have never been involved in anything like this. I did not and still do not understand the process or my rights. I submitted the claim as soon as I received it.

American Home Mortgage did not follow guidelines when they closed their doors. I was told the day before they closed. I feel that I am entitled to full restitution and I pray that the court would reconsider my claim and help me receive what is due to me.

Thank you for your time and consideration.

Teresa A. Bevelle

*Teresa A. Bevelle*

Address: 7716 Newlin Dr.
Ft. Wayne, Ind 46816

Phone: 260-705-8163