| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value |
|---|---|---|---|---|
| 9323 | 751016330 | BEVELLE, TERESA A | 01/14/2008 | $0.00 Suppressed |

**Creditor Address:**
8609 LAKESIDE DR APT 1A
FORT WAYNE, IN 468164848

*[handwritten: NEW → 9716 NEWLIN Dr, Fort Wayne, IN 46816]*

**Debtor:**
07-11051 American Home Mortgage Corp.

**Amounts:**

| | |
|---|---|
| Claimed Priority: | $3,337.85 |
| Scheduled Priority: | $953.85 |

**Remarks:**
CLAIM FILED AFTER THE BAR DATE
SCHEDULED CONTINGENT
THIS CLAIM IS EXPUNGED\DISALLOWED

Related Dockets

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 4295 | 05/29/2008 | Order (WITH REVISIONS) Granting Debtors Fifth Omnibus (Non-Substantive) Objection to Claims. (related document(s)[3879] ) Order Signed on 5/28/2008. (Attachments: # (1) Exhibit A through G) (LCN, ) <br><br>Case: American Home Mortgage Holdings, Inc. <br><br>Related: 3879 | Documents <br> Main Document <br> Exhibit A through G |
| 3879 | 04/28/2008 | Omnibus Objection to Claims (Fifth) (Non-Substantive). Filed by American Home Mortgage Holdings, Inc.. Hearing scheduled for 5/28/2008 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 5/20/2008. (Attachments: # (1) Notice # (2) Proposed Form of Order) (Grow, Nathan) <br><br>Case: American Home Mortgage Holdings, Inc. <br><br>Related: none | Documents <br> Main Document <br> Notice <br> Proposed Form of Order |

Page 1 of 1 (1 items)
<<<1>>>

Company Information and Services | Forms | Corporate | Home | Subscribe | Site Map |
Disclaimer | Terms of Use | Privacy Statement | Safe Harbor | RSS Feeds
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is