# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
 **EIN:** 13–4066303

**Chapter:** 11

**Case No.:** 07–11047–CSS

## NOTICE OF HEARING

Teresa A. Bevelle has filed a Motion to Reconsider Order Objecting to Claim #9323

A hearing is scheduled for 12/12/13 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 12/5/13 .

David D. Bird
Clerk of Court

Dated: 11/5/13

(VAN–401)