# Notice Recipients

| District/Off: 0311−1 | User: LisaC | Date Created: 11/5/2013 |
| Case: 07−11047−CSS | Form ID: van401 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Curtis J Crowther     bankfilings@ycst.com

                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
        Teresa A. Bevelle     7716 Newlin Drive     Ft. Wayne, IN 46816

                                                TOTAL: 1