IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    : Jointly Administered
          Debtors.                                                  :
-------------------------------------------------------------------------- x Ref. No. 9662 and 10884

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571  (the "Objection") has been received.  The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Objection appears thereon.  Responses to the Objection were to be filed and served no later than November 6, 2013 at 4:00 p.m.

Mr. Hodoval called undersigned counsel on or about October 31, 2013, and stated he had no objection or response to the Plan Trustee's Objection.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

01:14489547.1

It is hereby respectfully requested that the Order attached to the Objection be

entered at the earliest convenience of the Court.

Dated: November 8, 2013
      Wilmington, Delaware           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                             */s/ Margaret Whiteman Greecher*
                                             Sean M. Beach (No. 4070)
                                             Margaret Whiteman Greecher (No. 4652)
                                             Patrick A. Jackson (No. 4976)
                                             Michael S. Neiburg (No. 5275)
                                           1000 North King Street
                                           Wilmington, Delaware  19899
                                           Telephone: (302) 571-6600
                                           Facsimile: (302) 571-1253

                                           -and-

                                           HAHN & HESSEN LLP
                                           Mark S. Indelicato
                                           Edward L. Schnitzer
                                           488 Madison Avenue
                                           New York, New York 10022
                                           Telephone: (212) 478-7200
                                           Facsimile: (212) 478-7400

                                           *Co-Counsel to the Plan Trustee*

01:14489547.1