IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x    Chapter 11

In re:                                                          :

                                                                :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :

a Delaware corporation, et al., [1]                         :    Jointly Administered

                                                                :

        Debtors.                                        :

-------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 13, 2013 AT 11:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 6826, 1/9/09]

        Response Deadline:    February 10, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
                        Objection to Claims [D.I. 7023, 2/17/09]

        Responses Filed:        See Exhibit A, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit A, this matter is resolved, pending documentation.

2.      Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 8939, 6/18/10]

        Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured
                              Guaranty Corp.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

Related Document:

    a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit B

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter is resolved, pending documentation.

3.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

    a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

    b)    Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit C, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit C.

4.    Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

    a)    Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter has been settled in principle.

5.  Plan Trust's Objection to Claim Number 8932 filed by Zoa Nielsen, Individually and on Behalf of Others, Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [D.I. 10680, 12/4/12]

    Response Deadline:    December 28, 2012 at 4:00 p.m. (ET)

    Responses Filed:

        a)    Zoa Nielsen's Response to Plan Trust's Objection to Claim 8932 and Alternative Requests to Certify Class and/or Collective Proof of Claim, Grant Full or Partial Summary Judgment and/or Lift Automatic Stay for Liquidation in Oregon District Court [D.I. 10705, 12/27/12]

    Status: This matter will be will be adjourned.

6.  Plan Trust's One Hundred Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10685, 12/7/12]

    Response Deadline:    December 31, 2012 at 4:00 p.m. (ET)

    Responses Filed:    See Exhibit D, attached

    Status: This matter will be adjourned.

7.  Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

        a)    Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:    See Exhibit E, attached

    Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit E, this matter adjourned.

8.  Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

Responses Filed:      See Exhibit F, attached

Related Document:

    a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

Status: Orders has been entered which partially sustains the Objection.  With respect to Exhibit F, this matter adjourned.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

9.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to March 24, 2013 at 4:00 p.m. (ET)

Related Documents:

    a)    Certificate of No Objection [D.I. 10904, 11/8/13]

    b)    Proposed Order

Objections Filed:

    c)    Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571 [D.I. 10884, 10/11/13]

Status: A certificate of no objection has been filed.  No hearing is required.

10.    Plan Trustee's Motion for Entry of an Order Approving Amendment to the Settlement Agreement Resolving Certain Employment-Related Claims [D.I. 10891, 10/22/13]

Objection Deadline:   November 6, 2013 at 4:00 p.m. (ET)

Related Documents:

    a)    Certificate of No Objection [D.I. 10905, 11/8/13]

01:14312546.2

b)      Proposed Order

Objections Filed:      None

Status: A certificate of no objection has been filed.  No hearing is required.

11.    Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and a Class/Collective Representative, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) After the Fairness Hearing, and (VI) Granting Related Relief [D.I. 10893, 10/23/13]

Objection Deadline:    November 6, 2013 at 4:00 p.m. (ET)

Related Documents:

a)      Certificate of No Objection [D.I. 10906, 11/8/13]

b)      Proposed Order

Objections Filed:      None

Status: A certificate of no objection has been filed.  No hearing is required.

12.    Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 10894, 10/23/13]

Objection Deadline:    November 6, 2013 at 4:00 p.m. (ET)

Related Documents:

a)      Certificate of No Objection [D.I. 10907]

b)      Proposed Order

Objections Filed:      None

Status: A certificate of no objection has been filed.  No hearing is required.

Dated: November 8, 2013
      Wilmington, Delaware       YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean T. Beach* _____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:14312546.2

## Exhibit A, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Sharaine Hughes | | Resolved, pending documentation |

## Exhibit B, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Resolved, pending documentation |

## Exhibit C, Seventy-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | UBS Securities LLC POC No. 10787 | | Adjourned |

## Exhibit D, One Hundred Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Resolved, pending documentation |

## Exhibit E, One Hundred Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Acceptance Corp. I, et al. | | Adjourned |

## Exhibit F, One Hundred Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 | | Adjourned |

01:14312546.2