IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                                          :
                                                                :
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,¹               :
                                                                :
        Debtors.                                                :
                                                                :
                                                                :
--------------------------------------------------------------- x
```

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. D.I. 9662**

**ORDER SUSTAINING PLAN TRUSTEE'S OBJECTION TO PROTECTIVE CLAIM
OF FRED R. HODOVAL ROLLOVER IRA, PERSHING LLC,
<u>CUSTODIAN RECOGNIZED CLAIM NUMBER 1223571 [D.I. 9662]</u>**

Upon consideration of the objection (the "<u>Objection</u>") of Steven D. Sass, as

liquidating trustee (the "<u>Plan Trustee</u>"), to the *Protective Claim of Fred R. Hodoval, Rollover*

*IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571* [D.I. 9662] (the "<u>Protective</u>

<u>Claim</u>"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section

502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 3001 and 3007, of

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 3007-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "<u>Local Rules</u>") disallowing in full and expunging the Protective Claim

and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and that due and adequate notice of the Objection having been given under the

circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained; and it is further

---

¹       The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage
Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. f/k/a American Home Mortgage
Servicing, Inc. ("<u>AHM SV</u>"); American Home Mortgage Corp.; American Home Mortgage Ventures LLC;
Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:14215035.1

ORDERED that the Protective Claim is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify, or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the Protective Claim.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____11/6____, 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:14215035.1                                   2