IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                   :   Jointly Administered
a Delaware corporation, *et al.*,[1]              :
                                                  :   Ref. Docket No. 10894
                        Debtors.                  :
------------------------------------------------------------ x

### ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING EXHIBIT A TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and prospective class and collective representative Zoa Woodward (*f/k/a* Zoa Nielsen) (the "Class Representative"), on behalf of herself and similarly situated prospective class and collective members (collectively, the "Parties") to submit Exhibit A to the *Settlement and Release Agreement* dated July 10, 2013 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:14273729.1

ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement under seal.

Dated: Wilmington, Delaware
November 8, 2013

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:14273729.1