IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
                                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :
a Delaware corporation, et al.,[1]                                          :   Jointly Administered
                                                                            :
         Debtors.                                                           :
--------------------------------------------------------------------------- x

# AMENDED[2] AGENDA OF MATTERS SCHEDULED
# FOR HEARING ON NOVEMBER 13, 2013 AT 11:00 A.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

    Response Deadline:   February 10, 2009 at 4:00 p.m.

    Related Document:

    a)   Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

    Responses Filed:   See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter is resolved, pending documentation.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

[2] **Amendments appear in bold.**

01:14312546.3

2. Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

   Response Deadline: July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

   Related Document:

   a) Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

   Responses Filed: See Exhibit B

   Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter is resolved, pending documentation.

3. Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

   Response Deadline: May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

   Related Documents:

   a) Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

   b) Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

   Responses Filed: See Exhibit C, attached.

   Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit C.

4. Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

   Objection Deadline: February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

    a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter has been settled in principle.

5. Plan Trust's Objection to Claim Number 8932 filed by Zoa Nielsen, Individually and on Behalf of Others, Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 [D.I. 10680, 12/4/12]

    Response Deadline:    December 28, 2012 at 4:00 p.m. (ET)

    Responses Filed:

    a) Zoa Nielsen's Response to Plan Trust's Objection to Claim 8932 and Alternative Requests to Certify Class and/or Collective Proof of Claim, Grant Full or Partial Summary Judgment and/or Lift Automatic Stay for Liquidation in Oregon District Court [D.I. 10705, 12/27/12]

Status: This matter will be will be adjourned.

6. Plan Trust's One Hundred Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10685, 12/7/12]

    Response Deadline:    December 31, 2012 at 4:00 p.m. (ET)

    Responses Filed:    See Exhibit D, attached

Status: This matter will be adjourned.

7. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

    a) Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:    See Exhibit E, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit E, this matter adjourned.

8. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

   Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

   Responses Filed:    See Exhibit F, attached

   Related Document:

       a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

       b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

   Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit F, this matter adjourned.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

9. Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

   Objection Deadline:    Extended to March 24, 2013 at 4:00 p.m. (ET)

   Related Documents:

       a)    Certificate of No Objection [D.I. 10904, 11/8/13]

       b)    **Order Sustaining Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571 [D.I. 10910, 11/8/13]**

   Objections Filed:

       c)    Plan Trustee's Objection to Protective Claim of Fred R. Hodoval Rollover IRA, Pershing LLC, Custodian Recognized Claim Number 1223571 [D.I. 10884, 10/11/13]

   Status: **An order has been entered**. No hearing is required.

10.     Plan Trustee's Motion for Entry of an Order Approving Amendment to the Settlement Agreement Resolving Certain Employment-Related Claims [D.I. 10891, 10/22/13]

    Objection Deadline:    November 6, 2013 at 4:00 p.m. (ET)

    Related Documents:

        a)    Certificate of No Objection [D.I. 10905, 11/8/13]

        b)    **Order Approving Amendment to the Settlement Agreement Resolving Certain Employment-Related Claim [D.I. 10911, 11/8/13]**

    Objections Filed:    None

    Status: **An order has been entered**. No hearing is required.

11.     Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and a Class/Collective Representative, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) After the Fairness Hearing, and (VI) Granting Related Relief [D.I. 10893, 10/23/13]

    Objection Deadline:    November 6, 2013 at 4:00 p.m. (ET)

    Related Documents:

        a)    Certificate of No Objection [D.I. 10906, 11/8/13]

        b)    **Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and Oregon Plantiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and a Class/Collective Representative, (IV) Approving the Form and Manner of Notice to Class/Collective Members of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 10913, 11/8/13]**

    Objections Filed:    None

    Status: **An order has been entered**. No hearing is required.

01:14312546.3

12.     Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 10894, 10/23/13]

Objection Deadline:    November 6, 2013 at 4:00 p.m. (ET)

Related Documents:

      a)     Certificate of No Objection [D.I. 10907]

      b)     **Order Pursuant to 11 U.S.C. §§ 105 and 107 Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 10912, 11/8/13]**

Objections Filed:     None

Status: **An order has been entered**. No hearing is required.

Dated: November 11, 2013
      Wilmington, Delaware       YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                            */s/ Sean T. Beach*
                            Sean M. Beach (No. 4070)
                            Margaret Whiteman Greecher (No. 4652)
                            Patrick A. Jackson (No. 4976)
                            Michael S. Neiburg (No. 5275)
                            1000 North King Street
                            Wilmington, Delaware  19899
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            -and-

                            HAHN & HESSEN LLP
                            Mark S. Indelicato
                            Edward L. Schnitzer
                            488 Madison Avenue
                            New York, New York 10022
                            Telephone: (212) 478-7200
                            Facsimile: (212) 478-7400

                            *Co-Counsel to the Plan Trustee*

12.     Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 10894, 10/23/13]

Objection Deadline:   November 6, 2013 at 4:00 p.m. (ET)

Related Documents:

     a)    Certificate of No Objection [D.I. 10907]

     b)    **Order Pursuant to 11 U.S.C. §§ 105 and 107 Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 10912, 11/8/13]**

Objections Filed:   None

Status: **An order has been entered**.  No hearing is required.

Dated: November 11, 2013
       Wilmington, Delaware       YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                     */s/ Sean T. Beach*
                                     Sean M. Beach (No. 4070)
                                     Margaret Whiteman Greecher (No. 4652)
                                     Patrick A. Jackson (No. 4976)
                                     Michael S. Neiburg (No. 5275)
                                     1000 North King Street
                                     Wilmington, Delaware  19899
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     -and-

                                     HAHN & HESSEN LLP
                                     Mark S. Indelicato
                                     Edward L. Schnitzer
                                     488 Madison Avenue
                                     New York, New York 10022
                                     Telephone: (212) 478-7200
                                     Facsimile: (212) 478-7400

                                     *Co-Counsel to the Plan Trustee*

### **Exhibit A, Twenty-Ninth Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Sharaine Hughes |   | Resolved, pending documentation |

### **Exhibit B, Fifty-Ninth Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Assured Guaranty Corp. |   | Resolved, pending documentation |

### **Exhibit C, Seventy-Sixth Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | UBS Securities LLC POC No. 10787 |   | Adjourned |

### **Exhibit D, One Hundred Sixth Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | Assured Guaranty Corp. |   | Resolved, pending documentation |

### **Exhibit E, One Hundred Tenth Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | J.P. Morgan Acceptance Corp. I, et al. |   | Adjourned |

### **Exhibit F, One Hundred Eleventh Omnibus Objection**

|   | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|   | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |   | Adjourned |

01:14312546.3