**Alan R. Weidt**
**2403 Lawndale Drive**
**Greensboro, NC  27408**
**(336) 312-6868**
**alan@CarolinaRE.com**

NOV 12  AM 11: 05

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 7, 2013

Clerk of Court
US Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, DE 19801

RE: Asset Sale in the Case of American Home Mortgage Acceptance, Inc.

Dear Clerk:

I am interested in purchasing a vacant house located at 2805 Regency Park Lane in Greensboro North Carolina, Parcel ID 0088012.
This property's deed BK 6209, PG 3052 references American Home Mortgage Acceptance, Inc. as the primary lien holder. I understand the that mortgage company filed for Chapter 11 on August 6, 2007, Case No. 07-11047 through 07-11054.

Please put me in touch with the entity that has the authority to liquidate assets for American Home Mortgage Acceptance, Inc. and the bankruptcy court.

Thank you

Very truly yours,

Alan Weidt