Hello,                                                                    November 1, 2013

My name is Tasha E. Campbell
SSN: xxx-xx-3229
I used to reside at 36 Eddie Avenue, North Babylon, NY 11703 and since the dismissal of my employment at American Home Mortgage back on 8/3/07 I have moved twice.
I was made aware that Epiq Systems was sending out checks due to this matter of the bankruptcy. When I contacted Epiq concerning this matter they informed me that my case was expunged due to late filing and as I explained to the representative (Karen) I moved twice since 2008. So the last thing I received was filled out & mailed in thinking there was nothing further to necessary. I do not agree with this judgment and feel it is unfair; it was not my fault and I should not be penalized for this because of changing addresses. Please advise.
If you can please assist me with this matter I would greatly appreciate it.
American Home Mortgage Case No. 07-11051 - Claim No. 9567 – Docket No. 4295

Sincerely,

*Tasha E. Campbell*
Tasha E. Campbell
39 Golden Avenue
Apt. D-8
Deer Park, NY 11729
(917) 699-6626
tichat311@yahoo.com

*Laura A. Kennedy*
LAURA A. KENNEDY
NOTARY PUBLIC, State of New York
No. 4761288
Qualified in Suffolk County
Commission Expires March 30, 2015

## Tasha Campbell

| | |
|---|---|
| **From:** | Tasha Campbell <tichat311@yahoo.com> |
| **Sent:** | Wednesday, November 06, 2013 7:07 PM |
| **To:** | Tasha Campbell |
| **Subject:** | Fw: American Home Mortgage (Case No. 07-11051) - Claim No. 9567; Tasha Campbell |

On Tuesday, November 5, 2013 11:22 AM, "Dinsmore, Karen" <kdinsmore@epiqsystems.com> wrote:

Good Morning Tasha,

As discussed, your claim (referenced above) in the American Home Mortgage Bankruptcy Matter was expunged per court order filed @ Docket No. 4295 for being late filed. As requested, I've provided you the court address for your communication purposes.

If I can be of any further assistance, please feel free to contact me.

Regards,

Karen

| Court Locations | |
|---|---|
| Court's Name | District of Delaware |
| Court's Address | 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 |
| Court's Phone Number | 302-252-2900 (main) 302-252-2887 (helpdesk) |
| Court's Email Address | helpdeskde@deb.uscourts.gov |
| Court's Hours | 8am - 4pm |

**Karen Dinsmore**
Case Manager
Epiq Systems
Bankruptcy Solutions
2 Waterside Crossing, 3rd Floor
Windsor, CT 06095
Phone: 860.731.6024
Fax: 860.298.9983
Alt. Phone: 646.282.2586
Alt. Phone: 917.817.4587
www.epiq11.com

Managed technology for the global legal profession

1