IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x  Chapter 11
In re:                                                              :
                                                                    :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,¹                                    :  Jointly Administered
                                                                    :
                    Debtors.                                        :  Ref . Docket No. 1711 & ____
                                                                    :
------------------------------------------------------------------- x

**ORDER (I) ENFORCING SERVICING SALE ORDER
AND ASSET PURCHASE AGREEMENT; (II) COMPELLING
REIMBURSEMENT OF FORECLOSURE PROFESSIONAL COSTS;
AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")² of Steven D. Sass, as liquidating trustee (the "Plan Trustee"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 105 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), (i) enforcing the terms of the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (a) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (b) Granting Certain Related Relief.* [D.I. 1711] (the "Servicing Sale Order") and related Asset Purchase Agreement [D.I. 931] (as subsequently amended, the "APA,"); (ii) compelling

---

¹ The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is P.O. Box 10550, Melville, New York 11747.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:14246058.7

1

Homeward Residential Holdings, Inc. (f/k/a American Home Mortgage Servicing, Inc. and AH Mortgage Acquisition Co., Inc.) ("Purchaser")[3] to reimburse the Plan Trustee for Foreclosure Professional Costs (defined below), or pay directly to the Foreclosure Professional (defined below) if such amounts remain unpaid, as applicable, made on behalf of Purchaser; and (iii) granting related relief; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Homeward Residential shall fully comply with the terms of the Servicing Sale Order and the APA; and it is further

ORDERED that, no later than 15 days after entry of this Order, Homeward Residential shall satisfy the outstanding Foreclosure Costs of $139,788.67 by paying (i) $65,582.63 to Codilis & Associates, P.C., and (ii) $74,206.04 to Samuel I. White; and it is further

ORDERED that, no later than 15 days after entry of this Order, Homeward Residential shall reimburse the Plan Trustee for the Foreclosure Professional Costs in the amount of not less than $1,122,310.29; and it is further

---

[3] On December 27, 2012, Ocwen Financial Corp. completed its merger pursuant to that certain Merger Agreement by and among Ocwen, O&H Acquisition Corp., Homeward Residential, and WL Ross & Co. LLC, pursuant to which O&H Acquisition Corp. merged with and into Homeward Residential, with Homeward Residential continuing as the surviving corporation and becoming a wholly-owned subsidiary of Ocwen.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      November ___, 2013

_____
Christopher S. Sontchi
United States Bankruptcy