**Jon M. Egan**, OSB 00246
Oregonlawyer@hotmail.com
J**on M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone:  (503) 697-3427
Fax:  (503) 697-3427
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ZOA NIELSEN**, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>**AMERICAN HOME MORTGAGE CORP.,** a New York corporation doing business in Oregon as AMERICAN HOME MORTGAGE CORP., A CORPORATION OF NEW YORK and AMERICAN HOME MORTGAGE,<br><br>                              Defendant. | 3:06-cv-1161-AA<br><br>DECLARATION OF JON M. EGAN REGARDING MAILING OF CLASS NOTICES PER COURT ORDER |

I, the undersigned, hereby declare and say:

1.      I am the attorney for Plaintiff and Class Representative Zoa Woodward (f/k/a Zoa Nielsen) in this matter.  I make the following statements based upon my own personal knowledge and am competent to testify thereto.

2.      Per page 3, paragraph F and page 6, paragraph 7 of the Court's Order dated November 8, 2013 [Document 10913], my office mailed copies of the Class Notice [Exhibit C to the Settlement Agreement] to each of the 77 class members at the

addresses identified in Exhibit A to the Settlement Agreement (filed under seal).

3.      Twenty-four (24) of the original Class Notices have been returned to my office by the post office as undeliverable, due to those class members no longer residing at the last addresses on file with the debtor (their previous employer). For each of these returned Class Notices, my office performed a confidential nationwide database search for the class member's most current available address using the class member's social security number. We then re-mailed Class Notices to those 24 class members at the most current available address for each. None of the re-mailed Class Notices have been returned to my office by the post office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2013.

JON M. EGAN, P.C.

*/s/ Jon M. Egan*

_____
Jon M. Egan, OSB #00246
Attorney for Plaintiff