IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 10258, 10323, 10330 |

---

### CERTIFICATION OF COUNSEL SUBMITTING STIPULATION BY AND BETWEEN THE PLAN TRUSTEE AND JPMORGAN CHASE BANK, N.A. REGARDING CERTAIN ADDITIONAL FUNDS

The undersigned counsel to Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby certifies as follows:

1.   On October 28, 2011, the Plan Trustee filed the *Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing and Approving (I) the Stipulation and Settlement Agreement by and Among the Plan Trustee, JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc., (II) the Releases Contained Therein, and (III) Release of Proceeds from, and Termination of, Escrow Account* [Docket No. 10219] (the "9019 Motion") seeking authority to enter into a stipulation (the "Initial Stipulation") between the Plan Trustee, on one hand, and JPMorgan Chase Bank, N.A. ("JPMC,"

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

together with the Plan Trustee, the "Parties") and J.P. Morgan Securities Inc., on the other, that, among other things, resolved certain claims and other issues between the Parties, but left open for future resolution the Parties' rights to and interests in certain funds received by the Plan Trustee from American Home Mortgage Servicing, Inc. that are being held in a segregated interest-bearing account and which, as of September 30, 2011, total $728,819.80 (including all accrued interest thereon, the "Additional Funds").

2. On November 18, 2011, the Court entered its *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing and Approving (I) the Stipulation and Settlement Agreement by and Among the Plan Trustee, JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc., (II) the Releases Contained Therein, and (III) Release of Proceeds from, and Termination of, Escrow Account* [Docket No. 10258] (the "9019 Order") approving the Initial Stipulation.

3. On January 31, 2012, JPMC filed the *Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Plan Trustee to Turnover Funds* [Docket No. 10323] (the "Turnover Motion") seeking turnover of the Additional Funds.

4. On February 14, 2012, the Plan Trustee filed the *Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds* [Docket No. 10330] (the "Turnover Objection").

5. The Parties have engaged in extensive discussions and good faith negotiations in an effort to reach a consensual resolution of the Turnover Motion and the Turnover Objection. As a result of such discussions, the Parties have entered into the *Stipulation By And Between The Plan Trustee and JPMorgan Chase Bank, N.A. Regarding Certain Additional Funds* (the

"Stipulation").

6. Subject to Court approval, the Stipulation provides for, among other things, the withdrawal with prejudice of the Turnover Motion, the payment of $20,000 of the Additional Funds to JPMC and the retention of the remaining Additional Funds by the Plan Trustee for the benefit of the Debtors' estates and creditors.

7. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") approving the Stipulation, which is attached to the Proposed Order as **Exhibit 1**.

WHEREFORE, the Plan Trustee respectfully requests that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: December 5, 2013
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Sean M. Beach
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

*Co-Counsel to the Plan Trustee*

**<u>EXHIBIT A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :    Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :    Jointly Administered
        Debtors.                                                             :
                                                                             :    **Ref. Docket Nos. 10258, 10323, 10330**
---------------------------------------------------------------------------- x

### ORDER APPROVING STIPULATION BY AND BETWEEN
### THE PLAN TRUSTEE AND JPMORGAN CHASE BANK,
### N.A. REGARDING CERTAIN ADDITIONAL FUNDS

Upon consideration of the *Stipulation By And Between The Plan Trustee and JPMorgan Chase Bank, N.A. Regarding Certain Additional Funds* (the "Stipulation");[2] and the Plan Trustee and JPMC (collectively, the "Parties") having agreed that the Additional Funds should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that, in accordance with the Stipulation, the Turnover Motion is deemed withdrawn with prejudice; and it is further

ORDERED that, in accordance with the Stipulation, the Plan Trustee shall pay to JPMC $20,000.00 within ten (10) business days of entry of this Order; and it is further

ORDERED that, the Plan Trustee, for the benefit of the Debtors, shall have sole legal and equitable title to the remaining Additional Funds for use in accordance with the Plan and no further obligation to maintain such funds in a segregated account; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[5]                              :
                                                                :  Jointly Administered
       Debtors.                                                 :
                                                                :  **Ref. Docket Nos. 10258, 10323, 10330**
                                                                :
---------------------------------------------------------------- x

**STIPULATION BY AND BETWEEN THE PLAN TRUSTEE AND JPMORGAN CHASE BANK, N.A. REGARDING CERTAIN ADDITIONAL FUNDS**

This stipulation (the "Stipulation") is entered into by and between Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors"), and JPMorgan Chase Bank, N.A. ("JPMC," together with the Plan Trustee, the "Parties"), as of the date set forth below. The Parties hereby stipulate and agree that the following terms shall govern the treatment of the objection to the claim identified herein and related issues.

**RECITALS**

WHEREAS, on October 28, 2011, the Plan Trustee filed the *Motion Pursuant to Sections*

---

[5] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

*105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing and Approving (I) the Stipulation and Settlement Agreement by and Among the Plan Trustee, JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc., (II) the Releases Contained Therein, and (III) Release of Proceeds from, and Termination of, Escrow Account* [Docket No. 10219] (the "9019 Motion") seeking authority to enter into a stipulation (the "Initial Stipulation") between the Parties that, among other things, resolved certain claims and other issues between the Parties, but left open for future resolution the Parties' rights to and interests in certain funds received by the Plan Trustee from American Home Mortgage Servicing, Inc. that are being held in a segregated interest-bearing account and which, as of September 30, 2011, total $728,819.80 (including all accrued interest thereon, the "Additional Funds");

WHEREAS, on November 18, 2011, the Court entered its *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing and Approving (I) the Stipulation and Settlement Agreement by and Among the Plan Trustee, JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc., (II) the Releases Contained Therein, and (III) Release of Proceeds from, and Termination of, Escrow Account* [Docket No. 10258] (the "9019 Order") approving the Initial Stipulation;

WHEREAS, on January 31, 2012, JPMC filed the *Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Plan Trustee to Turnover Funds* [Docket No. 10323] (the "Turnover Motion") seeking turnover of the Additional Funds.

WHEREAS, on February 14, 2012, the Plan Trustee filed the *Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds* [Docket No. 10330] (the "Turnover Objection");

2

WHEREAS, the Parties have conferred with respect to reaching a consensual resolution regarding the Turnover Motion, the Turnover Objection and the disposition of the Additional Funds.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The Turnover Motion shall be deemed withdrawn with prejudice.

2. Within ten (10) business days of the approval of this Stipulation by the Court, or such later date that JPMC provides a current executed W-9 form and mailing address, the Plan Trustee shall pay $20,000 to JPMC (the "<u>JPMC Payment</u>").  The Plan Trustee shall retain the remainder of the Additional Funds, inclusive of any interest accrued thereon.

3. Upon approval of the Stipulation, the Parties do hereby fully release and discharge each other, the Plan Trust, the Debtors and their estates, and any and all past, present and future persons, employees, former employees, independent contractors, entities, affiliates, stockholders, investors, attorneys, representatives, corporations, successors, assigns, agents, and partnerships associated with them, from any and all debts, claims, demands, liabilities, liens, actions, rights, covenants, judgments, controversies, damages, losses, suits, attorney's fees, costs, expenses and causes of action of any kind in law, in equity, or otherwise, known or unknown, relating to the Additional Funds, or any other matters asserted in the Turnover Motion, whether presently in existence or which may hereafter accrue, be asserted and/or held by the Parties; <u>provided</u>, <u>however</u>, the Parties reserve their rights to bring any and all claims or causes of action related to any breach of this Stipulation.

4. Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Turnover Motion, the Turnover Objection and this Stipulation.

5. This Court shall retain jurisdiction to resolve any disputes or controversy arising from or related to this Stipulation.

6. The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

7. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

*[Signature page follows]*

STIPULATED AND AGREED this 5th day of December 5, 2013.

YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

*Co-Counsel to the Plan Trustee*


LANDIS RATH & COBB LLP


*/s/ Matthew B. McGuire*
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

*Counsel to JPMorgan Chase Bank, National Association*