IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Docket Nos. 10258, 10323, 10330

## ORDER APPROVING STIPULATION BY AND BETWEEN THE PLAN TRUSTEE AND JPMORGAN CHASE BANK, N.A. REGARDING CERTAIN ADDITIONAL FUNDS

Upon consideration of the *Stipulation By And Between The Plan Trustee and JPMorgan Chase Bank, N.A. Regarding Certain Additional Funds* (the "Stipulation");[2] and the Plan Trustee and JPMC (collectively, the "Parties") having agreed that the Additional Funds should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that, in accordance with the Stipulation, the Turnover Motion is deemed withdrawn with prejudice; and it is further

ORDERED that, in accordance with the Stipulation, the Plan Trustee shall pay to JPMC $20,000.00 within ten (10) business days of entry of this Order; and it is further

ORDERED that, the Plan Trustee, for the benefit of the Debtors, shall have sole legal and equitable title to the remaining Additional Funds for use in accordance with the Plan and no further obligation to maintain such funds in a segregated account; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       12/9    , 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE