IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------------- x   Chapter 11

In re:                                                                         :
                                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                         :
a Delaware corporation, et al., [1]                                            :   Jointly Administered
                                                                               :
       Debtors.                                                                :
----------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 12, 2013 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

    Response Deadline:   February 10, 2009 at 4:00 p.m.

    Related Document:

        a)   Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter is resolved, pending documentation.

2.  Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

    Response Deadline:   May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

Related Documents:

  a) Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

  b) Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit B, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit B.

3. Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

    Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

    Objections Filed:

      a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

    Status: This matter has been settled in principle.

4. Plan Trust's One Hundred Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10685, 12/7/12]

    Response Deadline:    December 31, 2012 at 4:00 p.m. (ET)

    Responses Filed:    See Exhibit C, attached

    Status: This matter will be adjourned.

5. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

Related Document:

    a)    Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit D, this matter adjourned.

6. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

Responses Filed:    See Exhibit E, attached

Related Document:

    a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit E, this matter adjourned.

7. Teresa A. Bevelle's Motion for Reconsideration of Claim [D.I. 10901, 11/5/13]

Objection Deadline:    December 5, 2013 at 4:00 p.m. (ET)

Related Document:

    a)    Notice of Hearing [D.I. 10902, 11/5/13]

Objections Filed:    None

Status: The parties have reached a consensual resolution and anticipate filing a proposed order reflecting the agreement.

8. Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10917, 11/14/13]

   Objection Deadline:   December 5, 2013 at 4:00 p.m. (ET)

   Objections Filed:   None

   Status: This matter will be adjourned to January 9, 2014 at 2:00 p.m. (ET)..

Dated: December 10, 2013
     Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean T. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

4

01:14553588.1

### Exhibit A, Twenty-Ninth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Sharaine Hughes |  | Resolved, pending documentation |

### Exhibit B, Seventy-Sixth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |

### Exhibit C, One Hundred Sixth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Resolved, pending documentation |

### Exhibit D, One Hundred Tenth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

### Exhibit E, One Hundred Eleventh Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:14553588.1