IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
          Debtors.                                               :
                                                                 :  Ref. Docket No. 3879 & 4295
---------------------------------------------------------------- x

**CONSENSUAL ORDER VACATING IN PART THE ORDER GRANTING THE DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 9323**

Upon consideration of the fifth omnibus (non-substantive) objection to claims [D.I. 3879] (the "Objection") of the above-captioned debtors (the "Debtors") and the certification of counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 4295] (the "Omnibus Order") sustaining the Objection in part with respect to, among other claims, proof of claim number 9323 ("Claim 9323") filed by Ms. Teresa Bevelle; and the Plan Trustee and Ms. Bevelle having agreed that the Omnibus Order should be vacated solely with respect to Claim 9323 and that Claim 9323 should receive the treatment set forth herein; and it appearing that the Court has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:14575618.2

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Omnibus Order is vacated solely with respect to Claim 9323 as set forth herein; and it is further

ORDERED that Claim 9323 shall be allowed as a priority unsecured claim in the amount of $953.85 on account of unpaid vacation time, which amount shall be paid to Ms. Bevelle in accordance with the terms and provisions of the Plan; and it is further

ORDERED that nothing in this Order impacts or otherwise affects the distribution that Ms. Bevelle is entitled to receive in connection with the Settlement Agreement[2] resolving the WARN Action, which distribution shall be paid to Ms. Bevelle in accordance with the terms and provisions of the Settlement Agreement; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       12/13, 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[2]   On December 14, 2009, the Court entered a final order [D.I. 8415] approving the proposed settlement and release agreement (the "Settlement Agreement") regarding claims asserted under the WARN Act and the California WARN Act in the WARN Action. Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Settlement Agreement.

01:14575618.2