# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       : Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             : Jointly Administered
      Debtors.                                                               :
                                                                             :
---------------------------------------------------------------------------- x Ref. Docket No. 5447 & 6217

## PROPOSED ORDER AMENDING IN PART THE ORDER GRANTING THE DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 2421, 5861 & 7766

Upon consideration of the fifteenth omnibus (substantive) objection to claims [D.I. 5447] (the "Objection") of the above-captioned debtors (the "Debtors") and the certification of counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 6217] (the "Omnibus Order") sustaining the Objection in part with respect to, among other claims: (i) proof of claim numbered 2421 ("Claim 2421") filed by Ms. Mary Kalk; (ii) proof of claim numbered 5861 ("Claim 5861") filed by Ms. Cindy Morris; and (iii) proof of claim numbered 7766 ("Claim 7766") filed by Ms. Lisa Schollmeyer (as modified and reduced or fixed in amount pursuant to the Omnibus Order, Claims 2421, 5861 and 7766 are the "Modified Claims"); and the Plan

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14592446.1

Trustee having requested that the Omnibus Order be revised or otherwise amended solely with respect to the Modified Claims and that the Modified Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Omnibus Order is revised or otherwise amended solely with respect to the Modified Claims as set forth herein; and it is further

ORDERED that the Modified Claims shall be reclassified to priority unsecured claims, and allowed as such in the amounts set forth in the Omnibus Order; and it is further

ORDERED that payments to the claimants holding the Modified Claims will be made in accordance with the terms and provisions of the Plan; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       12/16, 2013

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE