IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- | x | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | |
| INC., | : | |
| a Delaware corporation, <u>et al.</u>,* | : | Jointly Administered |
| | : | **Ref. Dkt. Nos. 1711, 2140 & 2285** |
| | : | **Response Deadline: January 7, 2014 at** |
| | : | **4:00 p.m. (ET)** |
| Debtors. | : | **Hearing Date: February 11, 2014 at** |
| | : | **11:00 a.m. (ET)** |
| | : | |
| | : | |
| ------------------------------------------------------------------- | x | |

**NOTICE OF PLAN TRUSTEE'S OBJECTION TO CURE CLAIMS ASSERTED BY
SECURITY CONNECTIONS, INC. IN CONNECTION WITH THE ASSUMPTION
<u>AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS</u>**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR
SECURITY CONNECTIONS, INC.; AND (III)  THOSE PARTIES WHO HAVE
REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN
ACCORDANCE WITH DEL. BANKR. L.R. 2002-1(b).

PLEASE TAKE NOTICE that Steven S. Sass, as liquidating trustee (the "<u>Plan Trustee</u>")
for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the
Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors
(the "<u>Debtors</u>"), has filed the attached **Plan Trustee's Objection to Cure Claims Asserted by
Security Connections, Inc. in Connection with the Assumption and Assignment of Certain
Executory Contracts.** (the "<u>Objection</u>") with the United States Bankruptcy Court for the
District of Delaware.

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be
filed on or before **<u>January 7, 2014 at 4:00 p.m. (ET)</u>** (the "<u>Response Deadline</u>") with the
United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor,
Wilmington, Delaware 19801.

---

\*   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>"), a Delaware corporation (6303); American
Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home
Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a
American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home
Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC
("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York
corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550,
Melville, New York 11747.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that questions about the Objection should be directed to counsel for the Plan Trustee.  YOU SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF YOUR CLAIM.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **FEBRUARY 11, 2014, 2013 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 17, 2013
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:14599078.1