**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                                         :
                                                                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :
a Delaware corporation, et al.,[1]                                              :   Jointly Administered
                                                                                                        :
                                        Debtors.                                        :   **Obj. Deadline: January 2, 2014 at 4:00 p.m. (ET)**
                                                                                                        :   **Hr'g Date:  January 9, 2014 at 2:00 p.m. (ET)**
                                                                                                        :
                                                                                                            Ref. No. 10917
                                                                                           x

## NOTICE OF MOTION

**TO:   HOMEWARD RESIDENTIAL (A/K/A OCWEN FINANCIAL CORP.),  AS SUCCESSOR IN INTEREST TO AMERICAN HOME MORTGAGE SERVICING, INC. (F/K/A AH ACQUISITION CO., INC.)**

**PLEASE TAKE NOTICE** that on November 14, 2013, Steven D. Sass, as liquidating trustee (the "Plan Trustee") filed the Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief (the "Motion") [Docket No. 10917], attached hereto.

**By the Motion, the Plan Trustee seeks entry of an order compelling Homeward Residential to, among other things, reimburse the Plan Trustee for Foreclosure Professional Costs in the amount of not less than $1,122,310.29.**

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **January 2, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

01:14507906.2

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 9, 2014 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 18, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*