**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------- x
In re:                                                                     :   Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                         :
                                                                           :   Jointly Administered
         Debtors.                                                          :
                                                                           :   **Ref. Docket No. 6609 & 6763**
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER
VACATING IN PART THE ORDER GRANTING THE DEBTORS' TWENTY-
FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH
RESPECT TO PROOF OF CLAIM NO. 1164**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors certifies as follows:

1.  On November 21, 2008, the above-captioned debtors (the "Debtors") filed the *Debtors' Twenty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 6609] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to disallow proof of claim number 1164 ("Claim 1164") filed by Ms. Kathy Bumbak on the grounds that the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14609735.1

Debtors' books and records reflected that Claim 1164 was amended and superseded by a later filed claim.

2. On December 22, 2008, the Court entered an order [D.I. 6763] (the "Omnibus Order") adjourning the Objection with respect to various claims and sustaining the Objection with respect to, among other claims, Claim 1164.

3. However, upon further review of the Objection, the Omnibus Order and the claims register, it appears that Ms. Bumbak, in fact, did not file a claim that amended and superseded Claim 1164 and, therefore, Claim 1164 was inadvertently and mistakenly disallowed. The Debtors' books and records show that Ms. Bumbak is entitled to a priority unsecured claim against debtor American Home Mortgage Corp. (Case No. 07-11051) in the amount of $2,713.20 on account of unpaid vacation time, as reflected by Claim 1164.

4. Accordingly, the Plan Trustee submits the proposed form of order (the "Proposed Order") attached hereto as Exhibit A. The Proposed Order (i) vacates the Omnibus Order solely with respect to Claim 1164, and (ii) allows Claim 1164 against debtor American Home Mortgage Corp. (Case No. 07-11051) as a priority unsecured claim in the amount of $2,713.20, in order to correct the claims register and to ensure Ms. Bumbak receives an appropriate recovery from the Debtors' estates.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: December 19, 2013<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT A

# PROPOSED ORDER

01:14609735.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1] :
: Jointly Administered
Debtors. :
: **Ref. Docket No. 6609 & 6763**
------------------------------------------------------------------------ x

## PROPOSED ORDER VACATING IN PART THE ORDER GRANTING THE DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 1164

Upon consideration of the twenty-fourth omnibus (non-substantive) objection to claims [D.I. 6609] (the "Objection") of the above-captioned debtors (the "Debtors") and the certification of counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 6763] (the "Omnibus Order") sustaining the Objection in part with respect to, among other claims, proof of claim number 1164 ("Claim 1164") filed by Ms. Kathy Bumbak; and the Plan Trustee having requested that the Omnibus Order be vacated solely with respect to Claim 1164 and that Claim 1164 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14609735.1

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Omnibus Order is vacated solely with respect to Claim 1164 as set forth herein; and it is further

ORDERED that Claim 1164 shall be allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) as a priority unsecured claim in the amount of $2,713.20; and it is further

ORDERED that payment to Ms. Bumbak on account of Claim 1164 will be made in accordance with the terms and provisions of the Plan; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
 _____ \_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE