IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
       Debtors.                                                          :
                                                                         :   Ref. Docket No. 6609 & 6763
------------------------------------------------------------------------ x

### PROPOSED ORDER VACATING IN PART THE ORDER GRANTING THE DEBTORS' TWENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 1164

Upon consideration of the twenty-fourth omnibus (non-substantive) objection to claims [D.I. 6609] (the "Objection") of the above-captioned debtors (the "Debtors") and the certification of counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 6763] (the "Omnibus Order") sustaining the Objection in part with respect to, among other claims, proof of claim number 1164 ("Claim 1164") filed by Ms. Kathy Bumbak; and the Plan Trustee having requested that the Omnibus Order be vacated solely with respect to Claim 1164 and that Claim 1164 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14609735.1

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Omnibus Order is vacated solely with respect to Claim 1164 as set forth herein; and it is further

ORDERED that Claim 1164 shall be allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) as a priority unsecured claim in the amount of $2,713.20; and it is further

ORDERED that payment to Ms. Bumbak on account of Claim 1164 will be made in accordance with the terms and provisions of the Plan; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_12/20\_\_\_\_, 2013

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE