IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                  :
                                                                   :   Jointly Administered
                            Debtors.                               ::
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on December 17, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10917]

Notice of Motion [D.I. 10936]

                                                                             _____
                                                                             Debbie Laskin

        SWORN TO AND SUBSCRIBED before me this 23rd day of December 2013.

                                                              _____
                                                               Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 14, 2015

## SERVICE LIST

AH Mortgage Acquisition Co., Inc.
Attn: Wilber L. Ross, Chairman
c\o WL Ross & Co.
1166 Avenue of the Americas, 27th Fl.
New York, NY 10036
(Ocwen Parties)
*First Class Mail and Federal Express*

Homeward Residential
Attn: Officer, General or Managing Agent
1525 S. Belt Line Road
Coppell, TX 75019
(Ocwen Parties)
*First Class Mail and Federal Express*

Homeward Residential, Inc. - DE Corp
Corporation Trust Center
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
(Ocwen Parties)
*Hand Delivery*

James Moriarty, Esq.
Russell Pirulis, Esq.
Karmer Levin Naftalis & Frankle LLP
1177 Avenue of the Americas
New Yori, NY 10022
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation
Attn: Ronald Faris
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
(Ocwen Parties)
*First Class Mail and Federal Express*

Homeward Residential
Attn: General Counsel
1525 S. Belt Line Road
Coppell, TX 75019
Ocwen Parties
*First Class Mail and Federal Express*

Homeward Residential, Inc. - DE Corp
RA Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Ocwen Parties)
*First Class Mail and Federal Express*

Paul A. Koches
Executive Vice President\General Counsel
Ocwen Financial Corporation
PO Box 24737
West Palm Beach, FL 33416
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation
Attn: Officer, General or Managing Agent
2002 Summit Blvd., 6th Fl.
Atlanta, GA 30319
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation
Attn: Timothy Hayes
2002 Summit Blvd., 6th Fl.
Atlanta, GA 30319
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation
Attn: Timothy Hayes
166 Worthington Road, Suite 100
West Palm Beach, FL 33409
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation - FL Corp.
RA Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation - FL Corp.
Corporate Secretary
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
(Ocwen Parties)
*First Class Mail and Federal Express*

Josh Seegopaul
Benjamin Gruder
Michael J. Gibbons
WL Ross & Co. LLC
1166 Avenue of the Americas, 25th Fl.
New York, NY 10036
(Ocwen Parties)
*First Class Mail and Federal Express*

Steve Stennett, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
(Ocwen Parties)
*First Class Mail and Federal Express*

Ocwen Financial Corporation
Attn: Officer, General or Managing Agent
1661 Worthington Road, Suite 100
West Palm Beach, FL 33209
Ocwen Parties
*First Class Mail and Federal Express*

Ocwen Financial Corporation - FL Corp.
Corporate Secretary
2002 Summit Blvd., 6th Fl.
Atlanta, GA 30319
(Ocwen Parties)
*First Class Mail and Federal Express*

Robert Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Ocwen Parties)
*First Class Mail and Federal Express*

Eric Jason Spett, Esq.
Homeward Residential, Inc. (aka Ocwen)
1525 S. Belt Line Road
Coppell, TX 75019
(Ocwen Parties)
*First Class Mail and Federal Express*