IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
    Debtors.                                                           :
                                                                       : **Ref. Docket Nos. 9933 & 9994**
                                                                       :
---------------------------------------------------------------------- x

### ORDER APPROVING STIPULATION BY AND BETWEEN THE PLAN TRUSTEE, UBS SECURITIES LLC, UBS REAL ESTATE SECURITIES INC. AND UBS AG RESOLVING (I) THE PLAN TRUST'S SEVENTY-SIXTH (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 10787 FILED BY UBS SECURITIES LLC, AND (II) RELATED ISSUES

Upon consideration of the *Stipulation By And Between The Plan Trustee, UBS Securities LLC, UBS Real Estate Securities Inc. And UBS AG Resolving (I) The Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Objections With Respect To Claim Number 10787 Filed By UBS Securities LLC, And (II) Related Issues* (the "Stipulation");[2] and the Plan Trustee and UBS (collectively, the "Parties") having agreed that Claim 10787, Claim 10788 and Claim 10929 should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

ORDERED that, in accordance with the Stipulation, the Objection is sustained in part and Claim 10787 shall be disallowed and expunged in its entirety; and it is further

ORDERED that, in accordance with the Stipulation, Claim 10788 shall be allowed as a general unsecured claim against AHMC in the amount of $2,563,594.00; and it is further

ORDERED that, in accordance with the Stipulation, Claim 10929 shall be deemed withdrawn with prejudice; and it is further

ORDERED that, in accordance with the Stipulation, UBS shall pay the Settlement Amount by wire to the AHM Liquidating Trust, within fifteen (15) days of entry of this Order; and it is further

ORDERED that, in accordance with the Stipulation, UBS shall be entitled to retain the Repo Securities, which have been held by UBS Securities in accounts established for the purpose of holding "Purchased Securities" pursuant to (and as defined in) the Repurchase Agreement. Effective as of February 17, 2014, to the extent any interest of the Debtors, the Plan Trustee or the Plan Trust existed after such securities were transferred to UBS under the Repurchase Agreement, the Plan Trustee hereby abandons, disclaims and otherwise waives any interest of the Plan Trust in the Repo Securities, including any past or future cash flows relating to and any and all proceeds resulting from the sale, liquidation or other disposition of those securities; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      1/7, 2014

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE