IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x  Chapter 11

In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :
a Delaware corporation, et al.,[1]                               :  Jointly Administered
                                                                 :
          Debtors.                                               :
----------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 9, 2014 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.     Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims
       Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,
       and Local Rule 3007-1 [D.I. 10793, 3/22/13]

       Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

       Related Document:

              a)     Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-
                     Substantive) Objection to Claims [D.I. 10807, 4/22/13]

       Responses Filed:       See Exhibit A, attached

       Status: An Order has been entered which partially sustains the Objection.  With respect to
              Exhibit A, this matter adjourned.

2.     Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant
       to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 10794, 3/22/13]

       Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

       Responses Filed:       See Exhibit B, attached

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

Related Document:

    a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

Status: Orders has been entered which partially sustains the Objection.  With respect to Exhibit B, this matter adjourned.

3.    Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10917, 11/14/13]

Objection Deadline:    December 5, 2013 at 4:00 p.m. (ET), extended to February 4, 2014 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned to February 11, 2014 at 11:00 a.m. (ET).

## ADVERSARY MATTER GOING FORWARD

4.    Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust v. Barclays Bank PLC and Barclays Capital Inc.  Adv. No. 11-51851

Related Documents:

    a)    First Amended Complaint and Objection to Claims [D.I. 20, 7/20/11]

    b)    Barclays Bank PLC and Barclays Capital Inc.'s Notice of Appeal [D.I. 47, 11/22/13]

    c)    Appellants' Motion for Leave to Appeal [D.I. 48, 11/22/13]

    d)    Appellants Barclays Bank PLC and Barclays Capital Inc.'s Memorandum of Law in Support of Their Motion for Leave to Appeal [D.I. 49, 11/22/13]; [D.I. 2, 12/13/13 in District Court Case No. 13-00330]

    e)    Answer of Barclays Bank PLC and Barclays Capital Inc. to Plaintiff's First Amended Complaint and Objection to Claims [D.I. 58, 12/6/13]

    f)    Appellee-Plaintiff's Memorandum of Law in Opposition to Appellant-Defendants' Motion for Leave to Appeal [D.I. 59, 12/6/13]; [D.I. 3, 12/13/13 in District Court Case No. 13-00330]

    g)    Appeal Transmittal Sheet [D.I. 60, 12/13/13]

    h)    Appellants' Motion for Leave to File Reply in Further Support of Their Motion for Leave to Appeal and in Response to Appellee-Plaintiff's Opposition to Appellants-Defendants' Motion for Leave to Appeal [D.I. 4, 12/13/13, in District Court Case No. 13-00330 after matter was transmitted]

    i)    Certification of Counsel Regarding Proposed Scheduling Order [D.I. 62, 1/7/14]

Status: This matter will go forward as a scheduling conference. Plaintiff has filed a proposed scheduling order under certification of counsel. As of this time, Defendants have not yet consented to the entry of the proposed scheduling order.

Dated: January 7, 2014
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

### Exhibit A, One Hundred Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

### Exhibit B, One Hundred Eleventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:14623606.1