MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
COUNTY OF RIVERSIDE, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Case No. 07-11047 |
| | ) |
| American Home Mortgage Holdings, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) **REQUEST TO BE REMOVED FROM ELECTRONIC CASE FILING NOTIFICATION LISTS** |
| | ) |
| | ) (No Hearing Required) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Riverside, California, A California Taxing Authority, hereby requests to be removed from all electronic case filing (ECF) notification lists concerning the bankruptcy of American Home Mortgage Holdings, Inc., case number 07-11047.

Dated: January 08, 2014       ROMERO LAW FIRM


                              By /s/ MARTHA E. ROMERO
                              MARTHA E. ROMERO sert>dog
                              ROMERO LAW FIRM
                              Attorneys for SECURED CREDITORS
                              COUNTY OF HUMBOLDT, CA
                              A California Taxing Authority

1