# SIGN-IN SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 1/9/14 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Dorsey | Young Conaway | AHM |
| Greg Werkheiser | MNAT | |
| Paul Hessler | Linklaters LLP | Barclays Capital + Barclays Bk plc |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 01/09/2014
Calendar Time: 02:00 PM ET

#6

1st Revision 01/09/2014 06:54 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6028779 | Mark Indelicato | (212) 478-7320 | Hahn & Hessen LLP | Trustee, Liquidating Trust / LIVE |