U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 10720<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|---|
| TOTAL | Claimed: | $0.00 |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 10834<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
| TOTAL | Claimed: | $0.00 |
| ****NO CREDITOR NAME**** | | Claim Number: 3396<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $110,000.00 |
| ****NO CREDITOR NAME****<br>****NO ADDRESS PROVIDED**** | | Claim Number: 3525<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,480.00 |
| ***CLAIM NUMBER VOIDED BY AGENT*** | | Claim Number: 10030<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED |
| TOTAL | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| 100 MARKET STREET<br>ATTN DAVID W. HAMILTON, COMPTROLLER<br>P.O. BOX 1267<br>MICHAEL SIMICHIK<br>PORTSMOUTH, NH 03802 | Claim Number: 5406<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,367.84 | Allowed: | $97,367.84 |

| 106TH BUSINESS PARK L P<br>ATTN BLAIR JACKSON, ESQUIRE<br>10421 S JORDAN GATEWAY BLVD<br>SUTIE 600<br>SOUTH JORDAN, UT 84095 | Claim Number: 3741<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,546.83 | Scheduled: | $4,523.25 |

| 1140 GALAXY WAY, INC.<br>C/O WERB & SULLIVAN - REGINA A. LORII<br>300 DELAWARE AVENUE, 13TH FLOOR<br>PO BOX 25046<br>WILMINGTON, DE 19899 | Claim Number: 10877<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 2957 (02/12/2008) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,586.77 | Allowed: | $9,586.77 |

| 1140 GALAXY WAY, LLC<br>MICHAEL E REYNOLDS<br>SNELL & WILMER , LLP<br>600 ANTON BLVD., STE 1400<br>COSTA MESA, CA 92626-7000 | Claim Number: 9083<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|
| UNSECURED | Claimed: | $235,448.30 |

| 115 RIVER ROAD LLC<br>ATTN: SCOTT HEGNEY<br>115 RIVER ROAD<br>EDGEWATER, NJ 07020 | Claim Number: 8815<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,410.00 | Allowed: | $7,410.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| 121 MARCOM INC<br>ATTN RACHEL RODGERS, PRES.<br>120 BLOOMFIELD STREET # 2<br>HOBOKEN, NJ 07030 | Claim Number: 7951<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,920.00 | | |

| 1305 WALT WHITMAN ROAD SPE, LLC.<br>ATTN RICHARD CONNIFF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 8672<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,700.00 | Allowed: | $29,700.00 |

| 19101391 TTEE<br>19101391<br>U/A DTD 7/23/1993<br>PO BOX 331<br>DES PLAINES, IL 60016-0331 | Claim Number: 10251<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

| 1ST APPRAISAL SOURCE<br>ATTN: MAGGIE ROMAN, OFFICE MANAGER<br>322 ROUTE 4 EAST<br>SOUTH LOBBY<br>PARAMUS, NJ 07652 | Claim Number: 8834<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,220.00 | Scheduled: | $1,500.00 |

| 1ST APPRAISAL SOURCE<br>332 E STATE RT 4 STE 1<br>PARAMUS, NJ 076525116 | Claim Number: 8835<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,470.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| 2001 R E & APPRAISAL SVCS INC<br>ATTN MARY K YAWORSKI, PRESIDENT<br>2001 HARRIS RD<br>PENFIELD, NY 14526 | Claim Number: 2623<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | Claim Number: 10162<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|

| SECURED | Claimed: | $139,415.64   UNLIQ |
|---|---|---|

| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | Claim Number: 10438<br>Claim Date: 07/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $212,826.36   UNLIQ |
|---|---|---|

| 2250 LIVELY LLC<br>ATTN DAVID E. COHEN, P.C.<br>55 WEST MONROE STREET<br>SUITE 600<br>CHICAGO, IL 60603 | Claim Number: 5602-02<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,549.86 |
|---|---|---|

| 2250 LIVELY LLC<br>ATTN DAVID E. COHEN, P.C.<br>55 WEST MONROE STREET<br>SUITE 600<br>CHICAGO, IL 60603 | Claim Number: 5602-03<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/06/2009) |
|---|---|

| UNSECURED | Claimed: | $61,695.65 | Scheduled: | $8,591.93 | Allowed: | $61,695.65 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| 2250 LIVELY LLC<br>ATTN DAVID E. COHEN, P.C.<br>55 WEST MONROE STREET<br>SUITE 600<br>CHICAGO, IL 60603 | | Claim Number: 5602-04<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/06/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $7,634.00 | | | |
| 3024 APPRAISING LLC<br>ATTN MICHAEL<br>6980 SULFUR LN<br>CASTLE ROCK, CO 80108 | | Claim Number: 6229<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,350.00 | | Allowed: | $1,350.00 |
| 32 PROSPECT AVENUE LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVE<br>MONTCLAIR, NJ 07042 | | Claim Number: 6559<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $880.00 | | Allowed: | $880.00 |
| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | | Claim Number: 9883<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | |
| UNSECURED | Claimed: | $5,339.25 | | Allowed: | $5,339.25 |
| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | | Claim Number: 9884<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008)<br>Amends claim number 6559 | | | |
| UNSECURED | Claimed: | $880.00 | | Allowed: | $880.00 |

445 DOLLEY MADISON ROAD LLC
445 DOLLEY MADISON ROAD
SUITE 400
GREENSBORO, NC 27410

Claim Number: 7585
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $10,785.50 | Scheduled: | $10,243.33 | Allowed: | $10,785.50 |
|---|---|---|---|---|---|---|

4720 ENTERPRISES, INC.
ATTN GARY E THOMAS
4720 CAVIOU PL
COLORADO SPRINGS, CO 80918

Claim Number: 98
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,310.00 | | | Allowed: | $1,310.00 |
|---|---|---|---|---|---|---|

5151 E BROADWAY, LLC
538 BROADHOLLOW RD STE LL1
MELVILLE, NY 117473668

Claim Number: 612
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $10,176.38 | | | Allowed: | $10,176.38 |
|---|---|---|---|---|---|---|

6 COMMERCE DRIVE ASSOCIATES LLC
C/O MACK CALI REALTY CORP
11 COMMERCE DRIVE
CRANFORD, NJ 07016

Claim Number: 8851
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $64,394.60 | | | Allowed: | $64,394.60 |
|---|---|---|---|---|---|---|

606 MOUNT VIEW HOLDING CO LLC
606 MOUNTAIN VIEW AVE #101
LONGMONT, CO 80501

Claim Number: 10610
Claim Date: 12/26/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $8,926.08 | Scheduled: | $371.92 | Allowed: | $8,926.08 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

711 WESTCHESTER AVE SPE LLC
ATTN RICHARD CONNIF, AUTHORIZED PERSON
C/O REXCORP REALTY LLC
625 REXCORP PLAZA
UNIONDALE, NY 11556

Claim Number: 8671-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $113,595.17 | | | Allowed: | $113,595.17 |

711 WESTCHESTER AVE SPE LLC
ATTN RICHARD CONNIF, AUTHORIZED PERSON
C/O REXCORP REALTY LLC
625 REXCORP PLAZA
UNIONDALE, NY 11556

Claim Number: 8671-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $36,416.12 |

---

84 LUMBER COMPANY  2006CV0468
MASON, SCHILLING & MASON, CO, LPA
11340 MONTGOMERY ROAD, SUITE 210
CINCINATTI, OH 45249

Claim Number: 7720
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 10207 (10/07/2011)

| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $0.00  UNLIQ |

93-99 MAIN STREET, LLC
1534 BROADWAY APT 114
HEWLETT, NY 115571444

Claim Number: 8494
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $112,985.07 | Scheduled: | $10,609.00 | Allowed: | $112,985.07 |

939 NORTH AVENUE COLLECTION, LLC
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN: DAVID STRAKA
801 GRAND AVENUE
DES MOINES, IA 50392

Claim Number: 6777
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $212,276.75 |

---

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

A & A APPRAISAL, INC.
8600 MIDVALE RD
YAKIMA, WA 98908-9327

Claim Number: 1045
Claim Date: 09/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,550.00 | | | |

---

A & C APPRAISAL
ATTN JAMES CROAK
10138 INGLESIDE DR
SAINT LOUIS, MO 63124-1246

Claim Number: 2457
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 | | Allowed: | $275.00 |

---

A & J BLACKETER, INC.
ATTN STEPHEN P. IMHOFF, ATTORNEY
225 S. HURSTBOURNE PKWY., SUITE 103
LOUISVILLE, KY 40222

Claim Number: 5341
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $8,752.57 | | Allowed: | $8,752.57 |

---

A AND H APPRAISALS INC
436 VILLAGE VIEW LN
LONGWOOD, FL 327792610

Claim Number: 7350
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,575.00 | | | |

---

A CLEAN TOUCH
ATTN TAMMY MAJKA
1842 CEDAR DRIVE
SEVERN, MD 21144

Claim Number: 1887
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $610.00 | Scheduled: | $585.00 | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

A FINE APPRAISAL SERVICE
ATTN CEO
16 CHRIS ELIOT CT
HUNT VALLEY, MD 21030

Claim Number: 2270
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $591.75 | | Allowed: | $591.75 |

A G EDWARDS & SONS C/F
GEORGE PROVENZANO
SEP IRA ACCOUNT
9 DANFOURTH RD
ALTON, IL 62002-3205

Claim Number: 8030
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,134.00 | | | |

A NEW DAWN HYPNOSIS CENTER
2117 S FLETCHER AVE
FERNANDINA, FL 32034-4527

Claim Number: 3148
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 | |

A&E APPRAISAL NETWORK, LLC
ATTN EDMUND H. REEK III, OWNER
PO BOX 7404
LOVELAND, CO 80537

Claim Number: 736
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,475.00 | | Allowed: | $1,475.00 |

A-1 APPRAISAL SERVICES, INC
ATTN STEVE JENNINGS, OWNER
1012 W ILES AVE
SPRINGFIELD, IL 62704

Claim Number: 4466
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,100.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC. 80 WHITEHALL ST LYNBROOK, NY 11563 | Claim Number: 1023 Claim Date: 09/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 22 (11/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,921.26 | Scheduled: | $37,921.26 |

| A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC. 80 WHITEHALL ST LYNBROOK, NY 11563 | Claim Number: 1024 Claim Date: 09/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 22 (11/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $55,907.60 | Scheduled: | $55,907.60 |

| A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC. 80 WHITEHALL ST LYNBROOK, NY 11563 | Claim Number: 1025 Claim Date: 09/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 22 (11/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,138.84 | | |

| A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC. 80 WHITEHALL ST LYNBROOK, NY 11563 | Claim Number: 6627 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,138.84 | | |

| A-AAA REAL ESTATE APPRAISAL SERVICE ATTN R. AREND DAWSON, PRES. 4507 S BOWDISH RD SPOKANE, WA 99206 | Claim Number: 577 Claim Date: 08/31/2007 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,870.00 | Allowed: | $3,870.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

A-COLONIAL 300/500 OWNER LLC
C/O WILES & WILES
ATTN LEE NELSON, VICE PRESIDENT
800 KENNESAW AVENUE, SUITE 400
MARIETTA, GA 30060-7946

Claim Number: 7195
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $36,750.00 | Allowed: | $36,750.00 |
|---|---|---|---|---|

A.M.S.I. INC
8104 SULLY DR
ORLANDO, FL 328188712

Claim Number: 3199
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

A.SWIND, SCOTT
16751 MIDSUMMER LN
SPRING HILL, FL 34610-9015

Claim Number: 10188
Claim Date: 04/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $37,622.04 | | |
|---|---|---|---|---|

AA APPRAISALS
ATTN BILL BARNES, OWNER
PO BOX 1828
MULDROW, OK 74948

Claim Number: 4448
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|

AAA APPRAISAL ASSOC., INC.
501 NW 78TH WAY
PLANTATION, FL 333241437

Claim Number: 952
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $720.00 | Allowed: | $720.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| AAG PROPERTIES LLC<br>ATTN ANDREW MONSOUR<br>2762 ELECTRIC RD STE B<br>ROANOKE, VA 24018 | | Claim Number: 31<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,930.59 | | | | |
| AANENSEN, WILLIAM A. & LINDA L., JT TEN<br>1580 HICKORY RUN COURT<br>ELIZABETHTOWN, PA 17022 | | Claim Number: 3647<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,460.00 | | | | |
| AAR APPRAISALS<br>PO BOX 567<br>ATTN ROBERT L KINNIEBREW<br>WILLINGBORO, NJ 08046 | | Claim Number: 6604<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| AARON M HUDSON<br>LEILA M HUDSON<br>1610 MOUNT HERMON ROAD<br>SALISBURY, MD 21804 | | Claim Number: 3003<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | | | Scheduled: | $375.00 CONT | | |
| UNSECURED | Claimed: | $375.00 | | | | |
| AARONS, DAWN M<br>970 E 49TH STREET #1<br>BROOKLYN, NY 11203-6608 | | Claim Number: 4386<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $3,830.77 CONT | Allowed: | $2,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ABACOA TOWN CNTR 1 COMMERCIAL<br>ATTN: RICARDO REYES, ESQ.<br>1155 MAIN ST<br>JUPITER, FL 33458 | Claim Number: 10262<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $119,341.32 | | |
| ABBELL, JAMIE<br>75 WEST ST APT 9B<br>NEW YORK, NY 10006-1795 | Claim Number: 964<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: $859.38 | Scheduled: $1,861.90 CONT | Allowed: | $859.38 |
| ABBEY, DIANE<br>1035 FIFTH AVENUE APT 11C<br>NEW YORK, NY 10028-0135 | Claim Number: 4913<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| ABBOTT TOOL, INC. PSP 401K<br>A. STANGE & L. LIVECCHI TTEE<br>U/A/D 1-1-86   -   F/B/O KARLE STANGE<br>3239 134TH ST<br>TOLEDO, OH 43611 | Claim Number: 4656<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ABBOTT, FRANK G. & JOAN M.<br>PO BOX 150001<br>LONGVIEW, TX 75615 | Claim Number: 9577<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,310.51 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ABC APPRAISAL GROUP, INC.<br>ATTN MARK A. RUPLINGER<br>P.O. BOX 5000<br>HILTON HEAD ISLAND, SC 29938 | | Claim Number: 6091<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $4,375.00 |
|---|---|---|

| | | |
|---|---|---|
| ABCARI, REZA<br>4038 MT DIABLO BLVD<br>LAFAYETTE, CA 94549 | | Claim Number: 6549<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $58.76 |
|---|---|---|

| | | |
|---|---|---|
| ABENDROTH, EMERSON I. & JULIANN D.<br>9247 OUTLOOK DRIVE<br>OVERLAND PARK, KS 66207 | | Claim Number: 5718<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| | | |
|---|---|---|
| ABIODUN, OLUKAYODE<br>8418 MERRYVIEW DR<br>WINDSOR MILL, MD 21244 | | Claim Number: 4587<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

| | | |
|---|---|---|
| ABLE, ANGELA M<br>2570 LAUREL BRANCH DR<br>WALDORF, MD 20603-6178 | | Claim Number: 7011<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) |

| PRIORITY | Claimed: | $1,862.40 | Scheduled: | $1,551.13 CONT | Allowed: | $1,862.40 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ABN AMRO BANK, N.V. | Claim Number: 7927 |
| ATTN DAVID W. STACK | Claim Date: 01/09/2008 |
| 101 PARK AVENUE 6TH FLOOR | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| NEW YORK, NY 10178 | Comments: DOCKET: 7023 (02/17/2009) |

| | | | Scheduled: | $136,423,174.00  UNDET DISP |
| SECURED | | | | |
| UNSECURED | Claimed: | $37,852,554.00  UNLIQ | | |

| ABN AMRO BANK, N.V. | Claim Number: 7928 |
| ATTN DAVID W. STACK | Claim Date: 01/09/2008 |
| 101 PARK AVENUE 6TH FLOOR | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| NEW YORK, NY 10178 | Comments: EXPUNGED |
| | DOCKET: 7023 (02/17/2009) |

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $136,423,174.00  UNDET DISP |
| UNSECURED | Claimed: | $185,776,989.27  UNLIQ | | |

| ABN AMRO BANK, N.V. | Claim Number: 7929 |
| ATTN DAVID W. STACK | Claim Date: 01/09/2008 |
| 101 PARK AVENUE 6TH FLOOR | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| NEW YORK, NY 10178 | Comments: DOCKET: 7023 (02/17/2009) |

| | | | Scheduled: | $136,423,174.00  UNDET DISP |
| SECURED | | | | |
| UNSECURED | Claimed: | $37,852,554.00  UNLIQ | | |

| ABN AMRO BANK, N.V. | Claim Number: 7930 |
| ATTN DAVID W. STACK | Claim Date: 01/09/2008 |
| 101 PARK AVENUE 6TH FLOOR | Debtor: AMERICAN HOME MORTGAGE CORP |
| NEW YORK, NY 10178 | Comments: EXPUNGED |
| | DOCKET: 7023 (02/17/2009) |

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $136,423,174.00  UNDET DISP |
| UNSECURED | Claimed: | $185,776,989.27  UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 7931<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| --- | --- |

| | Claimed: | |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |

---

| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 7932<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| --- | --- |

| | | |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |

---

| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 7933<br>Claim Date: 01/09/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| --- | --- |

| | | |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |

---

| ABN AMRO BANK, N.V.<br>101 PARK AVE FL 6<br>NEW YORK, NY 101780601 | Claim Number: 7935<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| --- | --- |

| | | |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ABRAHAM, ERWIN & ANNEMARIE<br>1894 - 14TH AVENUE<br>SAN FRANCISCO, CA 94122 | | Claim Number: 6318<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | | |
| ABRAHAMS, BOBBY<br>81 FREDERICK AVE<br>BAY SHORE, NY 11706 | | Claim Number: 2698<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,423.08 | Scheduled: | $1,423.08  CONT | Allowed: | $1,423.08 |
| ABRAMOWITZ, MEYER & REGINA<br>14096 HUNTINGTON POINTE DR APT 405<br>DELRAY BEACH, FL 334841862 | | Claim Number: 5601<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $13,761.00<br>$13,761.00<br>$13,761.00 | | | | | |
| ABRAMS, CAROLYN F.<br>7864 RED LION WAY<br>PASADENA, MD 21122 | | Claim Number: 899<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,488.80 | | | Allowed: | $1,488.80 |
| ABSOLUTE APPRAISALS<br>ATTN CHERYL JOHNSON<br>409 PICKETT LN<br>CHARLOTTESVLE, VA 229010660 | | Claim Number: 5010<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| ABTAHI, ESMAIL<br>5425 CONCORD BLVD APT G7<br>CONCORD, CA 94521-2464 | Claim Number: 10160<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | |
| SECURED | Claimed: | $99.00 | | |
| ACADIANA'S OFFICE PRODUCTS<br>ATTN JOHN A. MARTIN<br>P.O. BOX 61748<br>LAFAYETTE, LA 70596 | Claim Number: 7864<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | |
| UNSECURED | Claimed: | $23,585.04 | Allowed: | $23,585.04 |
| ACCENT APPRAISAL SVCS INC<br>ATTN JUSTIN D. WIESERT, VICE PRESIDENT<br>620 OXIBOW DR<br>MYRTLE BEACH, SC 29579 | Claim Number: 2494<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,755.00 | Allowed: | $1,755.00 |
| ACCESS INFORMATION MGMT<br>ATTN BENJAMIN NETICK, CFO<br>205 MAIN STREET, STE E<br>PLEASANTON, CA 94566 | Claim Number: 2972<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $1,314.54 | | |
| ACCESS RELS<br>ATTN PRESIDENT<br>PO BOX 83<br>GREENVILLE, SC 296020083 | Claim Number: 9764<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $34,210.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ACCESS TELEPHONE SOLUTIONS
ATTN MELISSA SCHNEIDER, SECRETARY/TREAS.
1475 - 130TH AVE NE
BELLEVUE, WA 98005

Claim Number: 7684
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,982.78 | Scheduled: | $245.03 | Allowed: | $2,982.78 |
|---|---|---|---|---|---|---|

ACCOMAZZO APPRAISAL SERVICES
ATTN A. ACCOMAZZO
14685 GENESEE ROAD
APPLE VALLEY, CA 92307-5156

Claim Number: 7937
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,025.00 | | | Allowed: | $6,025.00 |
|---|---|---|---|---|---|---|

ACCOUNTEMPS
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 1630
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $21,750.15 | Scheduled: | $2,428.75 | Allowed: | $21,750.15 |
|---|---|---|---|---|---|---|

ACCOUNTEMPS DIV. OF ROBERT HALF INT'L
ATTN: MARY GONZALEZ
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 10799
Claim Date: 08/16/2010
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 9458 (11/16/2010)

| UNSECURED | Claimed: | $21,750.15 | | | | |
|---|---|---|---|---|---|---|

ACCREDITED KEY APPRAISALS, INC
ATTN VANESSA P. KEY, OWNER
PO BOX 2583
WEST COLUMBIA, SC 29171

Claim Number: 2052
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $354.25 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ACCU CHEK<br>C/O HERSCHEL G SMITH<br>8385 STATE RD 64<br>GEORGETOWN, IN 47122 | Claim Number: 6710<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED          Claimed: | $10,459.00 | |
| ACCURATE APPRAISAL COMPANY<br>ATTN NATHAN M. BYRAM<br>51 BLACKBRIAR<br>DANVILLE, IL 618321204 | Claim Number: 9813<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $320.00 | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | Claim Number: 687<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |
| UNSECURED          Claimed: | $1,975.00 | Allowed:          $1,975.00 |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | Claim Number: 688<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
| UNSECURED          Claimed: | $1,975.00 | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | Claim Number: 689<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $1,600.00 | Allowed:          $1,600.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 690<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| UNSECURED | Claimed: | $1,600.00 | | | | | |
| ACCURATE OFFICE INSTALLATION<br>ATTN JEFF PITTS, OWNER<br>12788 N.W. SHELDAHL DR.<br>POLK CITY, IA 50226 | | Claim Number: 5819<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $847.00 | Scheduled: | $847.00 | Allowed: | $847.00 |
| ACCURATE REALTY & APPRAISAL<br>ATTN: MARY OLSEN, CORP PRESIDENT<br>149 CREEKSHIRE CRESCENT<br>NEWPORT NEWS, VA 23603 | | Claim Number: 2936<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |
| ACE AMERICAN INSURANCE COMPANY<br>JENIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | | Claim Number: 8731<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7234 (04/06/2009) | | | | | |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $0.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ | | | | | |
| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST.<br>PHILADELPHIA, PA 19102 | | Claim Number: 8728<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) | | | | | |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $0.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | Claim Number: 8729<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

| ACE APPRAISALS LLC<br>ATTN KAREN JEANIE REIF<br>2481 DURHAM DR<br>SAGINAW, MI 48609 | Claim Number: 4255<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |

| ACE REALTY & APPRAISAL INC<br>ATTN CAROL LEAGJELD CO-OWNER<br>22239 US 71<br>LONG PRAIRIE, MN 56347 | Claim Number: 4149<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

| ACHENBACH, JASON D.<br>2520 HASEN DR<br>LAMBERTVILLE, MI 481449642 | Claim Number: 9636<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| PRIORITY | | | Scheduled: | $300.00  CONT |
| UNSECURED | Claimed: | $300.00 | | |

| ACHESON RE & APPRAISALS, INC.<br>ATTN ROSS ACHESON<br>283 N RAMPART C<br>ORANGE, CA 92868 | Claim Number: 2364<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ACKERS, GILBERT
2621 CARANEL RD
BROOMALL, PA 19008

Claim Number: 9000
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

---

ACM CONSULTANTS, INC.
ATTN GLENN K. KUNIHISA, PRES.
2073 WELLS ST STE 100
WAILUKU, HI 96793

Claim Number: 995
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,053.54 | Scheduled: | $625.00 | Allowed: | $6,053.54 |
|---|---|---|---|---|---|---|

---

ACQUISTO, PAUL A. IRA
SCOTTRADE IN TR PRO
2455 ALDRIDGE AVE
FORT MYERS, FL 33907-4327

Claim Number: 9526
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ACQUISTO, SAM AND DEBBIE
C/O GRISSIM H. WALKER JR., ESQ.
CONSUMER LAW CENTER, P.A.
537 10TH ST W
BRADENTON, FL 34205

Claim Number: 8741
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10782 (02/28/2013)

| UNSECURED | Claimed: | $459,000.00   UNLIQ |
|---|---|---|

---

ACTION APPRAISAL SERVICE CORP.
ATTN THOMAS MUNIZ, PRESIDENT
P.O. BOX 3192
LYNCHBURG, VA 24503

Claim Number: 2452
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $700.00 | Allowed: | $700.00 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ACTION APPRAISAL SERVICES<br>ATTN JDY GAUDIANO<br>73280 EL PASEO, STE 6<br>PALM DESERT, CA 92260 | | Claim Number: 639<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $550.00 | | |
| ACTION MESSENGER SVC<br>POB 69763<br>LA, CA 90069 | | Claim Number: 2486<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $104.00 | Scheduled: | $185.90 |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | | Claim Number: 591<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| SECURED | Claimed: | $418.09 | | |
| ADA COUNTY TREASURER<br>ATTN CECIL INGRAM<br>200 W FRONT ST, 1ST FL<br>BOISE, ID 83702 | | Claim Number: 592<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| SECURED | Claimed: | $1,063.98 | | |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10671<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| SECURED | Claimed: | $438.44   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10672<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $1,126.12   UNLIQ | | | | | |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10701<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | | | | |
| SECURED | Claimed: | $1,145.10   UNLIQ | | | | | |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10702<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | | | | |
| SECURED | Claimed: | $445.82   UNLIQ | | | | | |
| ADAIR, DOUGLAS M<br>1902 LOMBARDY AVE<br>NASHVILLE, TN 37215 | | Claim Number: 8496<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $9,615.39 | Scheduled: | $9,615.39  CONT | Allowed: | | $9,615.39 |
| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | | Claim Number: 647<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $306.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | Claim Number: 648<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81.00 | | |

| | | |
|---|---|---|
| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | Claim Number: 2431<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306.00 | Allowed: | $306.00 |

| | | |
|---|---|---|
| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ATTN ADAM B. PREUSS, OWNER/PRESIDENT<br>936 US HWY, 1 SUITE A<br>SEBASTIAN, FL 32958 | Claim Number: 2432<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81.00 | Allowed: | $81.00 |

| | | |
|---|---|---|
| ADAMN LAND CO.<br>ATTN WALTER KANN, PRESIDENT<br>5 ADORACION COURT<br>HOT SPRINGS VILLAGE, AR 71909 | Claim Number: 7841<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,163.69 |
| UNSECURED | Claimed: | $7,163.69 |
| TOTAL | Claimed: | $7,163.69 |

| | | |
|---|---|---|
| ADAMS COUNTY TREASURER<br>450 S 4TH AVENUE<br>BRIGHTON, CO 80601 | Claim Number: 10721<br>Claim Date: 05/19/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $4,457.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ADAMS, ALLISON K.<br>9302 ROE AVE<br>PRAIRIE, KS 66207 | | Claim Number: 4124<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |
| ADAMS, ALLISON K.<br>9302 ROE AVE<br>PRAIRIE, KS 66207 | | Claim Number: 4125<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| ADAMS, ANTHONY J.<br>921 IVYCROFT<br>WAYNE, PA 19087 | | Claim Number: 3334<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,580.00 |
| ADAMS, DONNA DR., IRA<br>WMS CUSTODIAN<br>12635 N 18TH PL<br>PHOENIX, AZ 85022 | | Claim Number: 4930<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,751.00 |
| ADAMS, GEORGE & LORAINE<br>21271 W. HWY 40 LOT 70<br>DUNNELLON, FL 34431 | | Claim Number: 4724<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $7,972.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ADAMS, HEATHER E.<br>14548 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | | Claim Number: 7681<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,782.96 |
| ADAMS, MARY<br>14477 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | | Claim Number: 6333<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,657.99 |
| ADAMS, PAMELA K<br>806 LARCH LANE<br>FORT WAYNE, IN 46825 | | Claim Number: 9399<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $3,000.00 |
| ADAMS, PATRICIA<br>1640 HILLSIDE AVENUE<br>NORCO, CA 92860 | | Claim Number: 1573<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| PRIORITY | Claimed: | $3,553.67 |
| ADAMS, PATRICIA (PATTI)<br>22622 JUNIPER ROAD<br>PERRIS, CA 92570 | | Claim Number: 3589<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
| PRIORITY | Claimed: | $2,261.55 | Scheduled: | $2,261.55 CONT | Allowed: | $2,261.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ADAMS, PAUL STEPHEN<br>750 SE 3RD AVENUE, STE 201<br>FORT LAUDERDALE, FL 33316 | | Claim Number: 9524<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,517.33 | | | | | |
| ADAMS, STEFANIE LYN<br>312 ROSEBUD LANE<br>HOLLY RIDGE, NC 28445 | | Claim Number: 848<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $980.49 | Scheduled: | $980.49  CONT | Allowed: | | $980.49 |
| ADAMS, SUSAN<br>47 TAMALPAIS ROAD<br>FAIRFAX, CA 94930 | | Claim Number: 10332<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $774.25 | | | | | |
| ADAMS, TIM<br>14548 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | | Claim Number: 7682<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,054.66 | | | | | |
| ADAMS, TIMOTHY A.<br>14548 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | | Claim Number: 7673<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,894.31 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ADAMS, TIMOTHY A.
14548 BIG BRUSH LANE
JACKSONVILLE, FL 32258

Claim Number: 7680
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,772.00 | | | |

---

ADCOCK, BEVERLY
7819 CAMINO HUERTA
SAN DIEGO, CA 92122-1833

Claim Number: 9711
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,113.95 | | | |
| SECURED | Claimed: | $5,113.95 | | | |
| UNSECURED | Claimed: | $5,113.95 | | | |
| TOTAL | Claimed: | $5,113.95 | | | |

---

ADCOCK, REBECCA
DBA ADCOCK APPRAISALS
4764 FLYING H RD
TWENTYNINE PALMS, CA 92277

Claim Number: 1160
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

---

ADELSON, HILDA
13903 ROLLING HILLS LN
DALLAS, TX 752440

Claim Number: 3462
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,018.20 | | | |

---

ADELSTEIN, SCOTT J.
532 DARYL DR
MEDFORD, NY 11763

Claim Number: 990
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $438.46 | Scheduled: | $438.46  CONT | Allowed: | $438.46 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6752<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6753<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6754<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6755<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | | Claim Number: 1315-01<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,315.41  CONT<br>$239,684.59  CONT | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | | Claim Number: 1315-02<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) |
| UNSECURED | Claimed: | $189,050.00 |

| | | |
|---|---|---|
| ADKINS, THOMAS E. JR.<br>8298 WOODGROVE RD<br>JACKSONVILLE, FL 32256 | | Claim Number: 1316<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
| PRIORITY | Claimed: | $41,666.67 |

| | | |
|---|---|---|
| ADKINSON, LARRY<br>2101 2ND AVE N<br>ST PETERSBURG, FL 337138807 | | Claim Number: 6908<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $27,448.00 |
| UNSECURED | Claimed: | $27,448.00 |
| TOTAL | Claimed: | $27,448.00 |

| | | |
|---|---|---|
| ADL PARTNERS LTD<br>ATTN ALAN D. LACOSTE, GENERAL PARTNER<br>11 RIVER LANE<br>LAKE CHARLES, LA 70605 | | Claim Number: 6397<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,030.00 |

| | | |
|---|---|---|
| ADLER, PARIS DIAMOND<br>EDWARD R. ADLER, CUSTODIAN<br>2328 W. THOMAS ST.<br>CHICAGO, IL 60622 | | Claim Number: 7868<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ADLEY, RONALD R.<br>1005 AZALEA DRIVE<br>MUNSTER, IN 46321 | Claim Number: 5486<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,487.04 | | |

| | | |
|---|---|---|
| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134 | Claim Number: 8831<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,110.00 | Allowed: | $3,110.00 |

| | | |
|---|---|---|
| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134 | Claim Number: 8833<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,774.21 | | |

| | | |
|---|---|---|
| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134 | Claim Number: 9049<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,774.21 | | |

| | | |
|---|---|---|
| ADORNO & YOSS, LLP<br>C/O GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD., SUITE 400<br>MIAMI, FL 33134 | Claim Number: 9255<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $205,784.04 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ADORNO & YOSS, LLP
C/O GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD., SUITE 400
MIAMI, FL 33134

Claim Number: 9260
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments:
Amends claim number 8831

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $239,774.21 | | Allowed: | $239,774.21 |

ADP NAS
BRANT COLLUM
5800 WINDWARD PARKWAY A275
ALPHARETTA, GA 30005

Claim Number: 1608
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $17,454.13 |

ADVANCED APPRAISAL SERVICE
4981 LEXINGTON CIR
LOOMIS, CA 956507102

Claim Number: 3389
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $225.00 | | Allowed: | $225.00 |

ADVANCED COLLATERAL SOLUTIONS
10400 YELLOW CIRCLE DR STE 400
HOPKINS, MN 55343-9228

Claim Number: 1209
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $102,572.00 | | Allowed: | $102,572.00 |

ADVANCED IMAGING TECHNOLOGIES
ATTN SHANDI CARTIER, BOOKKEEPER
115A MID TECH DR
W YARMOUTH, MA 02673

Claim Number: 2232
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $238.51 | Scheduled: | $119.76 | Allowed: | $238.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ADVANCED LISTING SERVICES
1449 SUMMER GLOW AVE
HENDERSON, NV 89012

Claim Number: 2567
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,000.00 | | Allowed: | $2,000.00 |

ADVANTAGE APPRAISAL SERVICES
ATTN THOMAS R. RUDOFSKI, PRESIDENT
4786 JUNIPER DR.
COMMERCE, MI 48382

Claim Number: 7956
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $9,775.00 | | Allowed: | $9,775.00 |

ADVENT APPRAISALS
ATTN LINDA
PO BOX 867
COEUR D ALENE, ID 838160867

Claim Number: 2331
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

ADVISOR CENTRIC, LLC
C/O TOM DICKSON, OWNER
920 N SHERIDAN AVE
PITTSBURGH, PA 15206

Claim Number: 1978
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8794 (04/23/2010)

| UNSECURED | Claimed: | $43,000.00 | Scheduled: | $35,000.00 |

AEROTEK
MICHAEL WILSON
7301 PARKWAY DR
HANOVER, MD 21076

Claim Number: 1247
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $828.40 | | Allowed: | $828.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

AETNA
PO BOX 14088
LEXINGTON, KY 40512-4088

Claim Number: 1513
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,373.84 | | | | |

AGER, CRYSTAL M
10015 NE 200TH ST
BOTHELL, WA 980112483

Claim Number: 2833
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15 CONT | Allowed: | $646.15 |

AGF WOODFIELD OWNER LLC
C/O JONES LANG LASALLE
ATTN GENERAL MANAGER
1375 E. WOODFIELD ROAD
SCHAUMBURG, IL 60173

Claim Number: 9224-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $95,235.01 | | | Allowed: | $95,235.01 |

AGF WOODFIELD OWNER LLC
C/O JONES LANG LASALLE
ATTN GENERAL MANAGER
1375 E. WOODFIELD ROAD
SCHAUMBURG, IL 60173

Claim Number: 9224-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $7,094.75 | | | Allowed: | $7,094.75 |

AGOSTINI, ROBERT J
88 ETNA ST
BRIGHTON, MA 021352830

Claim Number: 7752
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $787.50 | Scheduled: | $787.50 CONT | Allowed: | $787.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| AHM BORROWER NO. 1001819356<br>C/O MARY E GOULET, ESQ<br>WHITHAM CURTIS CHRISTOFFERSON & COOK, PC<br>11491 SUNSET HILLS RD, STE 340<br>RESTON, VA 20190 | | Claim Number: 7741<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $246,213.00   UNLIQ | | | | | |
| AHMED, SHAHNILA<br>351 W 14TH ST<br>DEER PARK, NY 117296346 | | Claim Number: 8080<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31  CONT | Allowed: | $2,692.31 |
| AIKEN, ANN<br>1207 MUSKET CT<br>BELCAMP, MD 210171326 | | Claim Number: 3547<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $288.40 | Scheduled: | $288.40  CONT | Allowed: | $288.40 |
| AILEEN S. ANDREW FOUNDATION<br>10701 WINTERSET DRIVE<br>ORLAND PARK, IL 60467 | | Claim Number: 8344<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $100,000.00 | | | | | |
| AILSTOCK, MELANIE H.<br>4628 BROKEN LUTE WAY<br>ELLICOTT CITY, MD 21042 | | Claim Number: 871<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $4,676.92 | Scheduled: | $4,676.92  CONT | Allowed: | $4,676.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| AJAC'S JANITORIAL SERVICES CORP.<br>ATTN ROBERT PAGE, PRESIDENT<br>PO BOX 1544<br>ROGERS, AR 72757 | Claim Number: 1891<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

| AJILON FINANCE<br>175 BROADHOLLOW RD<br>MELVILLE, NY 117474902 | Claim Number: 4917<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9014 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $16,844.76 | Scheduled: | $16,472.42 | | |
|---|---|---|---|---|---|---|

| AJILON OFFICE<br>ATTN LINDA SONDEY<br>PARK 80 WEST PLAZA 2<br>9TH FLOOR<br>SADDLE BROOK, NJ 07663 | Claim Number: 4918<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9014 (07/16/2010) |
|---|---|

| UNSECURED | Claimed: | $19,563.05 | Scheduled: | $18,544.03 | | |
|---|---|---|---|---|---|---|

| AK-APPRAISAL SERVICE<br>ATTN STANLEY P. KACHER<br>PO BOX 664<br>ANCHOR POINT, AK 99556 | Claim Number: 2496<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $635.00 | | | | |
|---|---|---|---|---|---|---|

| AKER, STELLAN C. AND BEATRICE<br>REV TRUST UA 10-27-94<br>STELLAN OR BEATRICE AKER TR<br>PO BOX 646<br>GUALALA, CA 95445 | Claim Number: 6272<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT                                                                                           Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

AKHTARI, DARIUSH
5 SURREY WAY
FRANKLIN, MA 02038

Claim Number: 4260
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,045.00 | | | | |

---

AKI LLC
240 E TUDOR RD STE 130
ANCHORAGE, AK 995037244

Claim Number: 8564
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,173.50 | Scheduled: | $10,676.90 | Allowed: | $11,173.50 |

---

AKSARBEN APPRAISAL
ATTN L. E. WHITEHEAD, OWNER
15913 119TH AVE NE
BOTHELL, WA 98011

Claim Number: 2761
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | Allowed: | $425.00 |

---

ALABAMA APPRAISAL SERVICES
ATTN JAMES H MOORE
1004 FIELD STONE DR
DOTHAN, AL 36303

Claim Number: 3422
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $360.00 | | | Allowed: | $360.00 |

---

ALACHUA COUNTY TAX COLLECTOR
ATTN: CAMMIE TALLEY
P.O. BOX 1439
GAINSVILLE, FL 32602

Claim Number: 5733
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $17.15 | | | Allowed: | $17.15 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ALAIMO, DIANE E<br>63 N CLOVE RD<br>VERBANK, NY 12585 | | Claim Number: 2661<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,875.80 | | | |
| UNSECURED | Claimed: | $1,875.80 | | | |
| TOTAL | Claimed: | $1,875.80 | | | |
| ALAIMO, VINCENZO<br>156 9TH ST<br>BETHPAGE, NY 11714 | | Claim Number: 6540<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | | | Scheduled: | $4,660.82  CONT | |
| UNSECURED | Claimed: | $4,660.82 | | | |
| ALAMANCE COUNTY TAX COLLECTOR<br>CLYDE B ALBRIGHT ATTNY TAX DEPT<br>124 W ELM STREET<br>GRAHAM, NC 27253 | | Claim Number: 10550<br>Claim Date: 09/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $43.44 | | | |
| SECURED | Claimed: | $6,947.00 | | | |
| TOTAL | Claimed: | $43.44 | | | |
| ALAMY LTD<br>ATTN PAUL BARTLETT, CREDIT MANAGER<br>127 MILTON PARK<br>ABINGDON<br>OXFORDSHIRE, OX144SA<br>UK | | Claim Number: 3278<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,608.84 | Scheduled: | $1,505.00 | Allowed: | $1,608.84 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| ALASKA COMMUNICATIONS SYSTEMS<br>FORMERLY ANCHORAGE TELEPHONE UTILITY<br>ATTN AMY NEWLUN MS #8<br>600 TELEPHONE AVE<br>ANCHORAGE, AK 99519-6666 | Claim Number: 9839<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $1,958.02 |
|---|---|---|

---

| ALASKA LABORERS EMPLOYERS RETIREMT. FUND<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 8619<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
|---|---|

| UNSECURED | Claimed: | $755,294.40 |
|---|---|---|

---

| ALASKA TRUSTEE, LLC<br>ATTN RICHARD ULLSTROM, SUPERVISING ATTY<br>3000 A STREET STE 200<br>ANCHORAGE, AK 99503 | Claim Number: 1098<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
|---|---|

| UNSECURED | Claimed: | $1,533.00 | Allowed: | $1,533.00 |
|---|---|---|---|---|

---

| ALASKAN SPRINGS DISTRIBUTORS<br>ATTN GREGORY YOUNG, PARTNER<br>115 B MARINE ST<br>FARMINGDALE, NY 11735 | Claim Number: 4544<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $524.41 | Scheduled: | $524.41 |
|---|---|---|---|---|

---

| ALASSANDRO, DIANA T & CHRISTINA A ROCHE<br>25 SUNRISE TERRACE<br>CLIFTON PARK, NY 12065 | Claim Number: 7788<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $3,843.35 |
|---|---|---|
| UNSECURED | Claimed: | $3,843.35 |
| TOTAL | Claimed: | $3,843.35 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ALAVERDIAN, LORIS
2 TILDEN PL
NORWOOD, NJ 07648

Claim Number: 7005
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,617.81 |
| --- | --- | --- |

---

ALBANO, KRISTINE
138 JERUSALEM AVE
MASSAPEQUA, NY 11758-3303

Claim Number: 973
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $730.87 | Scheduled: | $730.77  CONT | Allowed: | $730.87 |
| --- | --- | --- | --- | --- | --- | --- |

---

ALBERT, ROSE MARY
203 W. SPRUCE ST.
CHATHAM, IL 62629

Claim Number: 3371
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

ALBERT, RUSSELL DEAN
203 W. SPRUCE ST.
CHATHAM, IL 62629

Claim Number: 3372
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

ALBERT, WILLIAM L.
PO BOX 1617
CORTEZ, CO 81321-1617

Claim Number: 6119
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,401.87 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| ALBERTS, BURTON H.<br>60 EDGEHILL WAY<br>SAN FRANCISCO, CA 94127-1004 | | Claim Number: 4839<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,614.00 | | | | | |

---

| ALBIN & ASSOCIATES INC<br>ALBIN P KNOBLOCK PRES<br>PO BOX 541<br>WASHINGTON, MI 48094 | | Claim Number: 3659<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,740.00 | | | | | |
| UNSECURED | Claimed: | $5,740.00 | | | | | |
| TOTAL | Claimed: | $5,740.00 | | | | | |

---

| ALBRECHT, MARSHA<br>832 HARRIET LN<br>BARRINGTON, IL 60010-4641 | | Claim Number: 1441<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,446.40 | Scheduled: | $7,261.54 CONT | Allowed: | $5,446.40 |

---

| ALBRECHT, MARSHA<br>832 HARRIET LANE<br>BARRINGTON, IL 60010 | | Claim Number: 1442<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6703 (12/11/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,250.00 | | | Allowed: | $1,250.00 |

---

| ALBRECHT, MARSHA<br>832 HARRIET LANE<br>BARRINGTON, IL 60010 | | Claim Number: 1443<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,807.69 CONT | | |
| UNSECURED | Claimed: | $849.16 | Scheduled: | $849.16 CONT | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ALBRITTON, LESLIE
1475 DOCKSIDE CT
FREDERICK, MD 21701

Claim Number: 1243
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,292.40 | Scheduled: | $1,292.30  CONT | Allowed: | $1,292.40 |
|---|---|---|---|---|---|---|

ALDERSON, KATHERINE ANN
CHARLES SCHWAB & CO. INC. CUST
IRA CONTRIBUTORY
7911 SUGREE TRL
LOLO, MT 59847

Claim Number: 6276
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $3,239.00 |
|---|---|---|

ALDERSON, PATRICIA H.
1119 CAMERON RD
ALEXANDRIA, VA 22308

Claim Number: 3882
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

ALDERSON, PATRICIA H.
1119 CAMERON RD
ALEXANDRIA, VA 22308

Claim Number: 3883
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

ALDINE ISD
ATTN M. EVELYN OWENS,
TAX ASSESSOR/COLLECTOR
14909 ALDINE WESTFIELD RD
HOUSTON, TX 77032

Claim Number: 5309
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| SECURED | Claimed: | $281.50  UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ALDRICH, OPAL J.<br>217 MCKINLEY ST RM 4<br>LEWISTOWN, MT 59457-2266 | | Claim Number: 6430<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,269.39 | | |

| | | |
|---|---|---|
| ALDRIDGE, EUGENE C.<br>7 FOREST PARK DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 9486<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,241,252.18 | | |

| | | |
|---|---|---|
| ALEGIANCE REALTY CORPORATION<br>C/O KIAH T. FORD IV<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 S TRYON ST., SUITE 3000<br>CHARLOTTE, NC 28202 | | Claim Number: 1496<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $178,933.57 | Allowed: | $178,933.57 |

| | | |
|---|---|---|
| ALEMAN-GARAY, WILTON<br>148 KENTUCKY STREET<br>SHELBYVILLE, KY 40065 | | Claim Number: 8320<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

| | | |
|---|---|---|
| ALESSANDRO, DIANA<br>25 SUNRISE TERRACE<br>CLIFTON PARK, NY 12065 | | Claim Number: 7820<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,175.20 |
| UNSECURED | Claimed: | $6,175.20 |
| TOTAL | Claimed: | $6,175.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALESSANDRO, ROSS S., JR.<br>1404 MORROW RD<br>PITTSBURGH, PA 15241 | | Claim Number: 3472<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,030.00 | | | | | |
| ALESSI, KERRI L.<br>1 DUNDERBERG RD<br>TOMKINS COVE, NY 10986 | | Claim Number: 6<br>Claim Date: 08/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $450.00 | | | | | |
| ALESSI, MARY ANN<br>1928 SMITH STREET<br>MERRICK, NY 11566 | | Claim Number: 3486<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,754.24 | Scheduled: | $2,280.51  CONT | Allowed: | | $1,754.24 |
| ALEXANDER, JULIA A.<br>911 SPRUCE ST<br>SEQUIM, WA 98382 | | Claim Number: 5377<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $4,392.37 | | | | | |
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | | Claim Number: 3277<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $94,439.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALEXANDER, LAWRENCE G. D.M.D.<br>74 WESTFIELD LANE<br>PALM COAST, FL 32164 | | Claim Number: 3534<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $58,696.00 | | | | | |
| ALEXANDER, STEPHANIE<br>1 FIELDING RD<br>SHORT HILLS, NJ 07078 | | Claim Number: 6117<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 | Allowed: | $430.00 |
| ALEXIS H PAGAN<br>2846 SPARROW WAY<br>ENTERPRISE, AL 363305034 | | Claim Number: 2436<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) | | | | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00  CONT | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| ALFINI, KIMBERLY AND RICHARD<br>54 CYPRESS POINTE CT<br>SEVERNA PARK, MD 21146 | | Claim Number: 8868<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,005.28 | | | | |
| ALL ACCESS APPRAISALS, LLC<br>ATTN MICHAEL LOUIE<br>10473 W ANTIETAM CT<br>BOISE, ID 83709 | | Claim Number: 859<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,695.00 | | | Allowed: | $1,695.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

ALL COUNTY APPRAISAL
ATTN KAREN P. RUBIO, OWNER
663 SMITH FLAT RD
ANGELS CAMP, CA 95222

Claim Number: 3185
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

ALL SEASONS CLEANING SVC
ATTN KEN PHOENIX
2367 NEWBURG LN
# B
SAFETY HARBOR, FL 34695

Claim Number: 6466
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $228.00 | Scheduled: | $228.00 | | |

ALL STAR LIMOUSINE
ATTN JANINE POWERS, VICE PRES.
380 NEW HWY
LINDENHURST, NY 11757-3358

Claim Number: 2323
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $263.40 | Scheduled: | $263.40 | Allowed: | $263.40 |

ALL STAR LIMOUSINE
380 NEW HWY
LINDENHURST, NY 11757-3358

Claim Number: 2477
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,753.40 | Scheduled: | $3,753.40 | Allowed: | $3,753.40 |

ALLAWAY, LINDA M
11024 S THERESA CIRCLE
#2A
PALOS HILLS, IL 60465

Claim Number: 9907
Claim Date: 02/06/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $576.00 CONT | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ALLEGHENY COUNTY RECORDER
ATTN JOANNE DEPASCALE,FISCAL COORDINATOR
101 COUNTY OFFICE BUILDING
PITTSBURGH, PA 15219

Claim Number: 4994
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $60.00 | | | Allowed: | $60.00 |
|----------|----------|--------|---|---|----------|--------|
| UNSECURED | | | Scheduled: | $60.00 | | |

---

ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

Claim Number: 8781
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $123.67 |
|-----------|----------|---------|

---

ALLEGIANCE APPRAISAL
ATTN ALLISON L CESARO
G 3140 S DYE RD
FLINT, MI 48507

Claim Number: 7591
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,435.00 |
|-----------|----------|-----------|

---

ALLEN COUNTY TREASURER
1 E MAIN STREET RM 104
FORT WAYNE, IN 46802

Claim Number: 10565
Claim Date: 10/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $11,269.66 | | | Allowed: | $11,269.66 |
|----------|----------|------------|---|---|----------|------------|
| UNSECURED | | | Scheduled: | $11,269.66 | | |

---

ALLEN COUNTY TREASURER
ONE EAST MAIN STREET ROOM 104
FORT WAYNE, IN 46802-1888

Claim Number: 10703
Claim Date: 04/20/2009
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| SECURED | Claimed: | $2,410.86   UNLIQ |
|---------|----------|-------------------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ALLEN COUNTY, INDIANA<br>ATTN ROBERT W LEE<br>TREASURER OF ALLEN COUNTY<br>CITY - COUNTY BUILDING ROOM 100<br>FORT WAYNE, IN 46802-1888 | | Claim Number: 2719<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25,319.15 | Scheduled: | $0.00  UNDET | |
| ALLEN, CAROLYN J., IRA<br>18409 N 116TH DR<br>SURPRISE, AZ 853742563 | | Claim Number: 4086<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| ALLEN, CYNTHIA A.<br>609 W PETTIT AVE<br>FORT WAYNE, IN 46807 | | Claim Number: 1440<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $650.00 | | Allowed: | $650.00 |
| ALLEN, EDWARD<br>137 52 231ST STREET<br>LAURELTON, NY 11413 | | Claim Number: 3930<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | |
| PRIORITY | Claimed: | $192.39 | Scheduled: | $384.60  CONT | Allowed: $192.39 |
| ALLEN, JEFFREY P.<br>1423 WHITEFENCE RD.<br>BARTLETT, IL 60103 | | Claim Number: 2429<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $4,332.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ALLEN, LISA
15404 WASHINGTON ST
BOX 303
HUNTERTOWN, IN 46748

Claim Number: 6929
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92 CONT | Allowed: | $1,076.92 |
|---|---|---|---|---|---|---|

ALLEN, MICHELE A. (SHELLY)
1420 PORT CT
OAKLEY, CA 94561

Claim Number: 5867
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,025.85 | Scheduled: | $1,254.73 CONT | Allowed: | $2,025.85 |
|---|---|---|---|---|---|---|

ALLEN, PATRICIA H
3413 FRANCES BERKELEY
WILLIAMSBURG, VA 23188

Claim Number: 9214
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,854.00 | | | | |
|---|---|---|---|---|---|---|

ALLEN, RICHARD DALE
10230 GROVEWOOD WAY
FAIRFAX, VA 22032

Claim Number: 3035
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $700.00 | | | | |
|---|---|---|---|---|---|---|

ALLEN, ROXANNA (ROXIE)
315 WRIGHTSBURG CT
FAYETTEVILLE, GA 30215

Claim Number: 5450
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,846.58 | Scheduled: | $1,846.58 CONT | Allowed: | $1,846.58 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ALLEN, ROXANNA T.<br>315 WRIGHTSBURG CT<br>FAYETTEVILLE, GA 30215 | | Claim Number: 752<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,211.54 | | | | | |

| ALLEN, WILLIE L. IRA<br>TD AMERTRADE INC CUSTODIAN<br>2616 CLOVERMEADOW DR<br>FORT WORTH, TX 76123 | | Claim Number: 9299<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,407.98 | | | | | |

| ALLENDE, CLAUDIA<br>20  20 SEAGIRT<br>APT  4E<br>FAR ROCKAWAY, NY 11691 | | Claim Number: 3081<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23  CONT | Allowed: | | $769.23 |

| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | | Claim Number: 1468<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | | | | |

| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | | Claim Number: 1543<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | | Claim Number: 8719<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT | Allowed: | | $1,346.15 |
| ALLEY, JEANNE I.<br>1015 N. HALIFAX AVE.<br>DAYTONA BEACH, FL 32118 | | Claim Number: 5352<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $5,072.45 | | | | | |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | | Claim Number: 7711<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| SECURED | Claimed: | $34,440.00 | | | | | |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | | Claim Number: 7716<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| SECURED | Claimed: | $34,440.00 | | | | | |
| ALLISON, ROBIN S<br>2208 PORTSMOUTH DRIVE<br>YUBA CITY, CA 95991 | | Claim Number: 2060<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $897.00 | Scheduled: | $897.00 CONT | Allowed: | | $897.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ALLRED, WILLARD H.,TRUSTEE U/W JW ALLRED<br>U/A DTD 4/3/80<br>305 GULLEDGE CEMETERY ROAD<br>MT. CROGHAN, SC 29727 | | Claim Number: 4369<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $3,129.24 |
|---|---|---|

| | | |
|---|---|---|
| ALLSTAR COMMUNICATIONS INC<br>ATTN BRENDA BATEMAN, A/R<br>PO BOX 933022<br>ATLANTA, GA 31193 | | Claim Number: 4011<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |

| UNSECURED | Claimed: | $15,957.93 | Scheduled: | $1,651.62 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ALLY, MOHAMED SAYYID<br>4527 INGHAM RD<br>OWINGS MILLS, MD 21117 | | Claim Number: 1143<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) |

| PRIORITY | Claimed: | $942.40 | Scheduled: | $942.40  CONT | Allowed: | $942.40 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ALMEIDA, TED A.<br>15611 S.E. 178TH PL<br>RENTON, WA 98058 | | Claim Number: 3780<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,428.00 |
|---|---|---|

| | | |
|---|---|---|
| ALMONTE, FRANK<br>135-24 HOOVER AVE APT 6G<br>JAMAICA, NY 11435 | | Claim Number: 3670<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $1,068.16 | Scheduled: | $1,068.16  CONT | Allowed: | $1,068.16 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ALOIS, PETER D.<br>25 SAMUEL ST<br>NESCONSET, NY 11767 | | Claim Number: 252<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,615.39 | Scheduled: | $4,615.39  CONT | Allowed: | $4,615.39 |
| ALPINE COUNTY<br>ATTN CAROL MCELROY<br>P.O. BOX 217<br>MARKLEEVILLE, CA 96120 | | Claim Number: 8881<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| ALTER, ALBERT/DOROTHY<br>11 BRIGHTON CT.<br>MONROE TWP, NJ 08831 | | Claim Number: 3174<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| ALTER, GARY<br>1485 SANDPOINTE CT<br>MANCHESTER, MO 63021 | | Claim Number: 6447<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,294.00 | | | | |
| ALTERMAN, JOEL<br>3015 HAYNES TRAIL<br>ALPHARETTA, GA 30022 | | Claim Number: 3519<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $30,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ALTMAN, MURRAY<br>522 W END AVE APT 15C<br>NEW YORK, NY 10024-3228 | | Claim Number: 6477<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| ALTRUGGE, FRED M.<br>103 ROBERTA DR<br>LIVERPOOL, NY 13090 | | Claim Number: 4536<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

| | | |
|---|---|---|
| ALUMNI ASSOCIATION OF UM<br>ATTN VICE PRESIDENT / CFO<br>200 FLETCHER ST.<br>ANN ARBOR, MI 48109-1007 | | Claim Number: 3739<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $15,545.00 | Scheduled: | $15,545.00 | Allowed: | $15,545.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ALVAREZ, GIL Q.<br>542 MOUNT ARGYLL COURT<br>APOPKA, FL 32712 | | Claim Number: 10384<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $47,618.50 | | | Allowed: | $47,618.50 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ALVAREZ, GIL Q.<br>542 MOUNT ARGYLL COURT<br>APOPKA, FL 32712 | | Claim Number: 10901<br>Claim Date: 03/28/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10013 (05/19/2011) |

| PRIORITY | Claimed: | $341,000.00 |
|---|---|---|
| SECURED | Claimed: | $341,000.00 |
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $341,600.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ALVAREZ, GIL QUENTIN
542 MOUNT ARGYLL COURT
APOPKA, FL 32712

Claim Number: 10905
Claim Date: 05/19/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | | | | Allowed: | $5,000.00 |

ALVAREZ, HILDA
3633 AVOCADO VILLAGE CT
UNIT 143
LAS MESA, CA 919418323

Claim Number: 6284
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $421.87 | Scheduled: | $421.87  CONT | Allowed: | $421.87 |

ALVAREZ, LISA L.
707 CHALAN SAN ANTONIO
TAMUNING, GU 969133654

Claim Number: 283
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $624.00 | | | | | |

ALVAREZ, LISA L.
1065 KAWAIAHAO STREET #2205
HONOLULU, HI 96814

Claim Number: 3218
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $624.00 | | | | Allowed: | $624.00 |

ALVAREZ, YOLAMARY
100 GREENFIELD ST
LAWRENCE, MA 01843

Claim Number: 4059
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,048.73 | | | | Allowed: | $1,048.73 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ALVES, BRUCE & JANETTE
921 APRICOT
SAINT CHARLES, MO 63301

Claim Number: 6025
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,835.00 | | | | | |
|---|---|---|---|---|---|---|---|

---

AM APPRAISALS-ADAM MANN
1121 W GRANT ST
BREMEN, IN 46506

Claim Number: 580
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

---

AMAYA, VICTOR M.
8104 OPAL MIST CT SW
ALBUQUERQUE, NM 87121

Claim Number: 5774
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,540.00 | | | | |
|---|---|---|---|---|---|---|

---

AMAZING GRACE APPRAISALS
ATTN LEE W. WHITE
202 W. JEFFERSON ST
JACKSON, NC 27845

Claim Number: 3187
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
CLAIMED CASES 07-11051 AND 0711053

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

---

AMBROSE, ALFONSE
36925 CURTIS RD
LIVONIA, MI 48152

Claim Number: 8263
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $683.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| AMC TRANSFER, INC. | | Claim Number: 744 | | |
| ATTN MICHAEL D BROFMAN | | Claim Date: 09/13/2007 | | |
| C/O WEISS & ZARETT PC | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| 3333 NEW HYDE PARK RD STE 211 | | Comments: EXPUNGED | | |
| NEW HYDE PARK, NY 11042 | | DOCKET: 24 (11/16/2010) | | |

| UNSECURED | Claimed: | $145,832.09 | Scheduled: | $112,681.89 |

---

| AMEND, J RICHARD IRA | | Claim Number: 8312 | |
| STIFEL NICOLAUS CUSTODIAN | | Claim Date: 01/10/2008 | |
| 1205 RICHARDS CIRCLE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| RAYMORE, MO 64083 | | Comments: EXPUNGED | |
| | | DOCKET: 4526 (06/11/2008) | |

| PRIORITY | Claimed: | $20,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

| AMEND, J. RICHARD IRA | | Claim Number: 8313 | |
| STIFEL NICOLAUS CUSTODIAN | | Claim Date: 01/10/2008 | |
| 1205 RICHARDS CIRCLE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| RAYMORE, MO 64083 | | Comments: EXPUNGED | |
| | | DOCKET: 4865 (06/25/2008) | |

| PRIORITY | Claimed: | $795.00 |
| UNSECURED | Claimed: | $0.00 |

---

| AMEND, RICHARD & TERRI JOINT TRUST | | Claim Number: 8824 | |
| DTD 2/18/04 | | Claim Date: 01/11/2008 | |
| RICHARD J AMEND & TERESA ANN AMEND TTEES | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| 1205 RICHARDS CIRCLE | | Comments: EXPUNGED | |
| RAYMORE, MO 64083 | | DOCKET: 4295 (05/29/2008) | |

| PRIORITY | Claimed: | $25,000.00 |

---

| AMEREIHN, JAMES C. | | Claim Number: 3640 | |
| 2405 GREENSPRING AVE | | Claim Date: 11/28/2007 | |
| JOPPA, MD 21085 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $716.00 |

---

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| AMEREN UE<br>ATTN ROBERT G GERTH, CREDIT ADVISOR<br>PO BOX 66881<br>MAIL CODE 310<br>SAINT LOUIS, MO 63166 | | Claim Number: 1245<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,177.23 | | | Allowed: | $1,177.23 |
| AMERENIP<br>ATTN: COLLECTIONS A-10<br>PO BOX 2543<br>DECATUR, IL 62525 | | Claim Number: 5664<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $921.02 | Scheduled: | $259.35 | Allowed: | $921.02 |
| AMERI-CLEAN<br>162 MALLISON ST<br>ALLENDALE, NJ 07401 | | Claim Number: 2120<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $342.00 | Scheduled: | $342.40 | Allowed: | $342.00 |
| AMERICA'S CUTTING EDGE RE SERVICES<br>155 PASSAIC AVE STE 200<br>FAIRFIELD, NJ 070043562 | | Claim Number: 1141<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $27,590.00 | | | | |
| AMERICAN CORPORATE RECORD CENTER, INC.<br>C/O SILVERMAN PERLSTEIN & ACAMPORA LLP<br>ATTN GERARD R. LUCKMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 8520<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) | | | | |
| SECURED | Claimed: | $267,856.47 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

AMERICAN DATA SECURITY INC
ATTN COLLEEN MURPHY, OPERATIONS MGR.
13070 NORTHEND
OAK PARK, MI 48237

Claim Number: 3158
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $675.00 | Scheduled: | $40.00 | Allowed: | $675.00 |

AMERICAN DOCUMENT DESTRUCTION
ROBERT DICKINSON
POB 1991
SPARKS, NV 89432-1991

Claim Number: 3546
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $225.00 | | | Allowed: | $225.00 |

AMERICAN ELECTRIC POWER
DEBRA CROUCH, COLLECTION SUPPORT REP
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 1960
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $1,769.70 | Scheduled: | $840.39 | Allowed: | $1,769.70 |

AMERICAN EXPRESS BANK, FSB
ATTN, SANRDA K CURTIN, ESQ
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Claim Number: 5255
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8005 (09/03/2009)

| UNSECURED | Claimed: | $198,933.87 | Scheduled: | $258,180.97 | Allowed: | $198,933.87 |

AMERICAN EXPRESS TRAVEL RELATED
SERVICE COMPANY, INC.
C/O CHIKOWSKI& GAFFNEY-FLASTER/GREENBERG
8 PENN CENTER - 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA 19103

Claim Number: 10423-01
Claim Date: 06/20/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 9111 (08/11/2010)

| PRIORITY | Claimed: | $16,093.25 | | | | |
| UNSECURED | | | | | Allowed: | $16,093.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC. C/O CHIKOWSKI& GAFFNEY-FLASTER/GREENBERG 8 PENN CENTER - 1628 JFK BLVD, 15TH FL PHILADELPHIA, PA 19103 | | Claim Number: 10423-02 Claim Date: 06/20/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: PAID DOCKET: 9111 (08/11/2010) | | | | |
| PRIORITY | Claimed: | $12,500.00 | | | Allowed: | $12,500.00 |
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA, PA 19103 | | Claim Number: 9204 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 9111 (08/11/2010) | | | | |
| PRIORITY | Claimed: | $24,287.31 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA, PA 19103 | | Claim Number: 9205 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 9111 (08/11/2010) | | | | |
| PRIORITY | Claimed: | $24,287.31 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP CYNTHIA L. GROFF, MICHELLE L. MCGOWAN P.O. BOX 3001 MALVERN, PA 19355-0701 | | Claim Number: 5500 Claim Date: 12/14/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10308 (01/11/2012) | | | | |
| UNSECURED | Claimed: | $561,398.89 | Scheduled: | $359,388.27 | Allowed: | $555,251.85 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP CYNTHIA L. GROFF, MICHELLE L. MCGOWAN P.O. BOX 3001 MALVERN, PA 19355-0701 | | Claim Number: 5501 Claim Date: 12/14/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: ALLOWED DOCKET: 10308 (01/11/2012) | | | | |
| UNSECURED | Claimed: | $43,820.95 | | | Allowed: | $43,820.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CARD - C/O BECKET & LEE LLP CYNTHIA L. GROFF, MICHELLE L. MCGOWAN P.O. BOX 3001 MALVERN, PA 19355-0701 | Claim Number: 5502 Claim Date: 12/14/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | |
|---|---|---|---|
| UNSECURED            Claimed: | $1,042.13 | Allowed: | $1,042.13 |

---

| AMERICAN HOME BANK, N.A.  07 CV 4077 ATTN JAMES M DEITCH, CEO 3840 HEMPLAND ROAD MOUNTVILLE, PA 17554 | Claim Number: 8480 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 9435 (11/10/2010) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ | | |

---

| AMERICAN HOME BANK, N.A.  07 CV 4077 ATTN JAMES M DEITCH, CEO 3840 HEMPLAND ROAD MOUNTVILLE, PA 17554 | Claim Number: 8481 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 9435 (11/10/2010) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ | | |

---

| AMERICAN HOME MORTGAGE CUANE A. GOETTEMOELLER, ASST PROSECUTOR P.O. BOX 987 SIDNEY, OH 45365-0987 | Claim Number: 10515 Claim Date: 09/15/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|
| PRIORITY             Claimed: | $901.62 | | |
| UNSECURED            Claimed: | $901.62 | | |
| TOTAL                Claimed: | $901.62 | | |

---

| AMERICAN HOME MORTGAGE SERVICING, INC. C/O GREENBERG TRAURIG THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON, DE 19801 | Claim Number: 10882 Claim Date: 05/11/2010 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: PAID DOCKET: 8844 (05/11/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE       Claimed: | $6,000,000.00 | Allowed: | $6,000,000.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| AMERICAN RESIDENTIAL APPRAISALS<br>2012 FOREST RIDGE LN<br>BUFFALO, MN 55313 | | Claim Number: 668<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $585.00 | | | | | |
| AMERICAN SECURITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW- #400 EAST<br>WASHINGTON, DC 20007 | | Claim Number: 7966<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10882 (10/09/2013) | | | | | |
| UNSECURED | Claimed: | $71,932.58 | Scheduled: | $34,732.17 | Allowed: | | $71,932.58 |
| AMERICAN SOLUTIONS FOR BUSINESS<br>ATTN SHELLY ANDERSON, CREDIT MGR<br>PO BOX 218<br>GLENWOOD, MN 56334 | | Claim Number: 1434<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $1,608.18 | | | Allowed: | | $1,608.18 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY<br>59 MAIDEN LANE<br>NEW YORK, NY 10038-4502 | | Claim Number: 10890<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | | |
| ADMINISTRATIVE | Claimed: | $23,150.00 | | | | | |
| AMES, IRA, III<br>31 UPLAND MEADOW RD<br>SALISBURY, CT 06068 | | Claim Number: 10364<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10688 (12/10/2012) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| AMESQUITA, FRANK<br>1526 BUCKINGHAM GLEN<br>GLENVIEW, IL 60026 | | Claim Number: 9608<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,632.95 | | | |
| AMEY, LYNDA T.<br>2283 SADDLE CLUB RD<br>BURLINGTON, NC 27215 | | Claim Number: 3798<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $175.95 | | | |
| AMEY, RICHARD<br>2283 SADDLE CLUB RD<br>BURLINGTON, NC 27215 | | Claim Number: 3797<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $930.95 | | | |
| AMOATENG, COMFORT<br>16 HALE PL<br>ROOSEVELT, NY 11575 | | Claim Number: 249<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,076.92 | | Allowed: | $2,076.92 |
| AMOSKEAG APPRAISAL<br>ATTN THOMAS HUGHES-PRINCIPAL<br>25 COUNTRY CLUB RD #103<br>GILFORD, NH 03249 | | Claim Number: 3619<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,175.00 | | Allowed: | $1,175.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| AMRHEIN, CHRISTINE S.<br>6109 UPTON AVE<br>SPARTA, WI 546568304 | | Claim Number: 6854<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,875.13 |
| AMRHEIN, MICHAEL G.<br>2301 ODDIE BLVD #26<br>RENO, NV 89512 | | Claim Number: 6382<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,164.78 |
| AMRHEIN, MICHAEL G.<br>2301 ODDIE BLVD #26<br>RENO, NV 89512 | | Claim Number: 6383<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,838.00 |
| AMRHEIN, PAUL M.<br>6109 UPTON AVE<br>SPARTA, WI 546568304 | | Claim Number: 6852<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,875.13 |
| AMRHEIN, PETER W.<br>E7374A HINKST HOLLOW RD<br>VIROQUA, WI 54665 | | Claim Number: 7043<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,310.22 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| AMSTER, DAVID M., TRUSTEE<br>DAVID M AMSTER PC PSP U/A DTD 08/25/1989<br>FBO DAVID M AMSTER SUB ACCOUNT<br>67 E WELDON STE 307<br>PHOENIX, AZ 85012 | Claim Number: 9712<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $14,759.00 | | |

| | | |
|---|---|---|
| ANDERS APPRAISAL ASSOC., INC.<br>ATTN ALLEN KENT ANDERS, PRES/DIRECTOR<br>9414 OLD GEORGETOWN ROAD<br>BETHESDA, MD 20814 | Claim Number: 8527<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6840 (01/13/2009) | |

| UNSECURED | Claimed: | $10,745.00 | Allowed: | $10,745.00 |

| | | |
|---|---|---|
| ANDERSEN, GARY A.<br>2100 SURREY LANE<br>MC KINNEY, TX 75070 | Claim Number: 5872<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $14,666.65 | | |

| | | |
|---|---|---|
| ANDERSEN, GARY A. & MARJORIE<br>2100 SURREY LANE<br>MC KINNEY, TX 75070 | Claim Number: 5873<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $9,835.00 | | |

| | | |
|---|---|---|
| ANDERSON & KIME REALTY SERVICS<br>ATTN BARBARA Z. SCACCHITTLI, SECRETARY<br>212 MAIN ST<br>RIDGWAY, PA 15853 | Claim Number: 3351<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $796.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ANDERSON APPRAISAL SERVICES, INC.<br>ATTN DANIELLE ROSS<br>2180 GARNET AVE STE 3A<br>SAN DIEGO, CA 92109 | Claim Number: 64<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $4,674.00 |
|---|---|---|

| ANDERSON APPRAISAL SRVS, INC<br>ATTN OFFICE MANAGER<br>2180 GARNET AVE<br>SAN DIEGO, CA 92109 | Claim Number: 2351<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $3,539.00 |
|---|---|---|

| ANDERSON APPRAISALS<br>522 E. PARKSIDE DR<br>HAYDEN, ID 83835 | Claim Number: 6870<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $1,650.00 |
|---|---|---|

| ANDERSON LEONARD A. / CAROL A.<br>5200 N. FARM LOOP RD<br>PALMER, AK 99645-8116 | Claim Number: 4717<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $460.00 |
|---|---|---|

| ANDERSON, BIRGIT T.<br>PO BOX 2183<br>WINTER PARK, FL 32790 | Claim Number: 1056<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) |
|---|---|

| UNSECURED | Claimed: | $10,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ANDERSON, BONNIE
10 PRIMROSE
IRVINE, CA 92604

Claim Number: 2482
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | Scheduled: | $1,980.00  CONT | Allowed: | $1,920.00 |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,920.00 | | | | |

ANDERSON, BONNIE J.
10 PRIMROSE
IRVINE, CA 92604

Claim Number: 873
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,920.00 |
|---|---|---|

ANDERSON, DEREK
123 MAIN STREET
CLEVELAND, OH 44114

Claim Number: 9237
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,050.00 |

ANDERSON, EDWIN R. (IRA)
FCC AS CUSTODIAN
2454 FM 1827
MC KINNEY, TX 75071-0663

Claim Number: 9392
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $38,831.53 |
|---|---|---|

ANDERSON, EDWIN R. (ROTH IRA)
FCC AS CUSTODIAN
2454 FM 1827
MC KINNEY, TX 75071-0663

Claim Number: 9393
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $32,414.37 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ANDERSON, ELIZABETH D.<br>44 SEACLIFF DR<br>APTOS, CA 95003 | | Claim Number: 219<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,201.57 | Allowed: | $8,201.57 |
| ANDERSON, JAMES F., JR.<br>25555 N. WINDY WALK DR. # 64<br>SCOTTSDALE, AZ 85255 | | Claim Number: 9990<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $27,387.47 | | |
| ANDERSON, JAN E<br>5370 GLEN OAKS WAY<br>WDM, IA 50266-6668 | | Claim Number: 2842<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | |
| UNSECURED | Claimed: | $303.47 | | |
| ANDERSON, JANET<br>330 WIRE ROAD<br>YORK, PA 17402-9538 | | Claim Number: 7433<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,123.33 | | |
| ANDERSON, JOY A.<br>1313 BALFOUR DOWNS CIR<br>FUQUAY VARINA, NC 27526 | | Claim Number: 7346<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $432.60<br>$11,358.84 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| ANDERSON, JUERGEN<br>4025 HOLLAND AVE APT 112<br>DALLAS, TX 75219-3841 | | Claim Number: 963<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $2,288.37 | Scheduled: | $4,576.74  CONT | Allowed: $2,288.37 |
| ANDERSON, LARRY J. & CATHY E.<br>1572 KIMBERWICKE DR.<br>SANTA ANA, CA 92705-2430 | | Claim Number: 8153<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,312.35 | | | |
| ANDERSON, LARRY JOE<br>1572 KIMBERWICKE DR.<br>SANTA ANA, CA 92705-2430 | | Claim Number: 8154<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $37,484.91 | | | |
| ANDERSON, LOIS B<br>9268 BROWN RD<br>ELK GROVE, CA 95624 | | Claim Number: 7610<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $1,320.00 | Scheduled: | $1,320.00  CONT | Allowed: $1,320.00 |
| ANDERSON, MARY ANN<br>1450 SANDPEBBLE # 103<br>WHEELING, IL 60090 | | Claim Number: 1574<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
| UNSECURED | Claimed: | $1,951.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ANDERSON, PAULA<br>3031 INVERNESS DR<br>LOS ALAMITOS, CA 90720 | | Claim Number: 1213<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | | | | |

| ANDERSON, PAULA M<br>3031 INVERNESS DRIVE<br>LOS ALAMITOS, CA 90720 | | Claim Number: 4058<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,342.00 | Scheduled: | $2,046.00  CONT | Allowed: | $1,342.00 |

| ANDERSON, ROBERT & SALLY D. - TTEES<br>ANDERSON FAMILY TRUST<br>U/A DTD 06/02/1987<br>3169 EMERSON ST<br>PALO ALTO, CA 94306 | | Claim Number: 4695<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

| ANDERSON, ROBERT C.<br>4237 N WINCHESTER AVE #2<br>CHICAGO, IL 60613-1013 | | Claim Number: 6648<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,521.92 | | | | | |

| ANDERSON, SAMUEL M.<br>2064 BREEZE DRIVE<br>SODDY DAISY, TN 37379 | | Claim Number: 6495<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,526.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ANDERSON, SUSAN<br>81 STONEHEDGE CT<br>SOMERSET, NJ 08873 | | Claim Number: 1057<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $932.40 | Scheduled: | $1,864.80  CONT | Allowed: | | $932.40 |
| ANDREATTA, PATRICIA F.<br>1319 CONCORD CIR SE<br>NEW PHILADELPHIA, OH 44663 | | Claim Number: 4701<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,045.95 | | | | | |
| ANDREJCZYK, EVELYN M.<br>461 HAMMERTOWN ROAD<br>MONROE, CT 06468 | | Claim Number: 8739<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $2,657.08 | | | Allowed: | | $2,657.08 |
| ANDRES, KRISTY N<br>2720 NE 8TH AVE<br>4<br>WILTON MANORS, FL 33334 | | Claim Number: 4574<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,022.08 | Scheduled: | $1,022.08  CONT | Allowed: | | $1,022.08 |
| ANDREW M. IRVINE<br>1353 LAKE SHORE DR<br>CATAWISSA, MO 630151148 | | Claim Number: 10301<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,403.89 | | | Allowed: | | $1,403.89 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ANDREW SMITH
1209 TAILWIND COURT
CROWNSVILLE, MD 21032

Claim Number: 3455
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,675.00 | | Allowed: | $2,675.00 |
|---|---|---|---|---|---|

ANDREWS APPRAISAL ASSOCIATES
ATTN NONA R. ANDREWS
300 OFFICE PARK DR. SUITE 105
BIRMINGHAM, AL 35223

Claim Number: 1896
Claim Date: 11/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |
|---|---|---|---|---|---|

ANDREWS, AUDREY M.
2829 OAKLAND DR
KALAMAZOO, MI 49008

Claim Number: 291
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7944 (08/11/2009)

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

ANDRIANO, DOMINICK
159 12TH ST
BETHPAGE, NY 11714

Claim Number: 1032
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $436.76 | Scheduled: | $436.76 CONT | Allowed: | $436.76 |
|---|---|---|---|---|---|---|

ANELLI, CHRISTOPHER
30 BUSCH ST
HAUPPAUGE, NY 11788

Claim Number: 830
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $553.84 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ANELLI, CHRISTOPHER<br>30 BUSCH ST<br>HAUPPAUGE, NY 11788 | | Claim Number: 831<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $550.05 | Scheduled: | $550.05  CONT | Allowed: | $550.05 |
| ANEWALT, BETTY L.<br>304 LARRY LN<br>GAHANNA, OH 43230-2638 | | Claim Number: 7944<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| ANGEL DAYS HOUSE CLEANING<br>ATTN ANGELA H. HADLEY<br>762 BREITENBUSH LN<br>BEND, OR 97702 | | Claim Number: 2591<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,525.00 | Scheduled: | $1,350.00 | | |
| ANGELICH, CHRISTIAN D<br>1229 W. BULLARD AVE #124<br>FRESNO, CA 93711 | | Claim Number: 7138<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $17,993.14 | | | | |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 32<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | |
| SECURED | Claimed: | $1,628.31   UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10505<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| ADMINISTRATIVE | Claimed: | $62.16   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10506<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $1,619.21   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10513<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $1,619.21   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10514<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $62.16   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10592<br>Claim Date: 12/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $64.13 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10593<br>Claim Date: 12/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $64.13 |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10659<br>Claim Date: 02/09/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $128.26   UNLIQ |
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10673<br>Claim Date: 02/12/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $128.26   UNLIQ |
| ANGELLE APPRAISAL<br>ATTN YVONNE ANGELLE<br>4892 MAIN HWY<br>ST MARTINVILLE, LA 70582 | | Claim Number: 4458<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,975.00 |
| ANGELLOTTI, ANTHONY<br>10648 GREAT EGRET DR<br>ORLAND PARK, IL 60467 | | Claim Number: 8431<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $84,708.17   UNLIQ |
| UNSECURED | Claimed: | $84,708.17   UNLIQ |
| TOTAL | Claimed: | $91,169.71   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| ANGELLOTTI, ANTHONY<br>10648 GREAT EGRET DR<br>ORLAND PARK, IL 60467 | | Claim Number: 8432<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,461.54<br>$84,708.17 | | | |
| ANGELLOTTI, ANTHONY<br>10648 GREAT EGRET DR<br>ORLAND PARK, IL 60467 | | Claim Number: 8433<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008)<br>SIGNATURE ON ATTACHMENT | | | |
| UNSECURED | Claimed: | $85,026.08 | Scheduled: | $84,708.17  CONT | |
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN STE 200<br>LOUISVILLE, KY 40207 | | Claim Number: 206<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $5,000.00<br>$5,000.00<br>$5,000.00 | | | |
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN, STE 200<br>LOUISVILLE, KY 40207 | | Claim Number: 4196<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | | |
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN, STE 200<br>LOUISVILLE, KY 40207 | | Claim Number: 4208<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $5,000.00<br>$5,000.00<br>$5,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ANIANO, STEPHANIE
720 MCCALL AVE
WEST ISLIP, NY 11795

Claim Number: 198
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,538.25 | Scheduled: | $1,538.25 CONT | Allowed: | $1,538.25 |

ANIYA, STANLEY M.
39 NANEA AVE
WAHIAWA, HI 96786

Claim Number: 9495
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |

ANN FEAR R.E. APPRAISALS
P.O. BOX 979
PINEDALE, WY 82941

Claim Number: 3211
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $550.00 | | | Allowed: | $550.00 |

ANNAND, JOHN C
26 TAMAR CT
LAWRENCE TOWNSHIP, NJ 08648

Claim Number: 3225
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,000.00 | | | Allowed: | $2,000.00 |

ANNE ARUNDEL COUNTY, MARYLAND
ATTN BOBBI WALLACE CHARNEY
BANKRUPTCY ADMINISTRATOR
P.O. BOX 2700, M.S. 1103
ANNAPOLIS, MD 21404

Claim Number: 8684
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| SECURED | Claimed: | $2,728.91 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ANNIS, JEANNIA<br>2714 FRANKLIN CT<br>LINDENHURST, IL 60046 | | Claim Number: 750<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,869.23 | Scheduled: | $2,392.62  CONT | Allowed: | $1,869.23 |
| ANTHONY, DONALD B.<br>1104 CHARLESTON CT<br>KELLER, TX 762485246 | | Claim Number: 8216<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,265.00 | | | | |
| ANTONI APPRAISAL SERVICES, INC.<br>8577 HAVEN AVE STE 109<br>RCH CUCAMONGA, CA 91730-4850 | | Claim Number: 78<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,900.00 | | | Allowed: | $2,900.00 |
| ANTUZZI, ALFRED<br>28 WATERS EDGE DR.<br>DELRAN, NJ 08075 | | Claim Number: 5086-01<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$142,629.18  CONT | Allowed: | $10,950.00 |
| ANTUZZI, ALFRED<br>28 WATERS EDGE DR.<br>DELRAN, NJ 08075 | | Claim Number: 5086-02<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $143,217.87 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| ANZALORE, CATHERINE<br>60 A HUDSON PKWY<br>WHITING, NJ 08759 | | Claim Number: 8629<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $266.00 | | | |
| AON CONSULTING<br>ATTN BILL GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON-SALEM, NC 27105 | | Claim Number: 6056<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9017 (07/16/2010) | | | |
| UNSECURED | Claimed: | $27,762.50 | Scheduled: | $28,500.00 | |
| APARTMENT HOUSE SUPPLY CO. INC.<br>PENSION PLAN FBO BENJAMIN WINIKOFF<br>12/12/03<br>2416 AMSTERDAM AVE<br>NEW YORK, NY 10003 | | Claim Number: 6167<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $40,960.00 | | | |
| APKARIAN, GREGORY<br>1094 BERGEN BLVD<br>FORT LEE, NJ 07024 | | Claim Number: 9666<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $4,350.00 | | | |
| APPDEV PRODUCTS, LLC<br>ATTN DARLA NEMEC, CFO<br>10250 VALLEY VIEW ROAD<br>SUITE 120<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 4798<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $5,205.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

APPEAL-DEMOCRAT
1530 ELLIS LAKE DR
MARYSVILLE, CA 95901-4269

Claim Number: 2071
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,390.46 | Scheduled: | $335.00 | Allowed: | $1,390.46 |
|---|---|---|---|---|---|---|

APPELHANS, MARILYN
540 BALLWOOD DR.
BALLWIN, MO 63021

Claim Number: 7177
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

APPLEGATE, SIDNEY D.
PO BOX 305
GLENROCK, WY 82637

Claim Number: 3928
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $1,055.97 |
|---|---|---|

APPLEWHITE, AMANDA SEIDEL
(FORMERLY OSTRANDER)
4937 FOREST BEND
DALLAS, TX 75244

Claim Number: 7420
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,976.56 |
|---|---|---|

APPRAISAL AFFILIATES, INC.
PO BOX 770546
OCALA, FL 34477

Claim Number: 641
Claim Date: 09/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| APPRAISAL ASSOCIATES<br>ATTN MARLIN D DAUGHTERY-OWNER/PRESIDENT<br>PO BOX 8970<br>TYLER, TX 75711-8970 | | Claim Number: 3603<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,150.00 | Allowed: | $1,150.00 |
| APPRAISAL ASSOCIATES INC.<br>PO BOX 1024<br>WARRENSBURG, MO 64093 | | Claim Number: 2409<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |
| APPRAISAL AUTHORITY LLC<br>ATTN KEVIN BURKHANDT<br>47 DISTLER AVE<br>W CALDWELL, NJ 07006 | | Claim Number: 3417<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $2,236.30 | | |
| APPRAISAL COMPANY, THE<br>ATTN KENT COFFMAN - OWNER<br>PO BOX 1137<br>COSTA MESA, CA 92628 | | Claim Number: 3117<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | | |
| APPRAISAL CONNECTION, LLC<br>ATTN JACQUES W. WEINTEIN (MEMBER)<br>27 STATE ST, STE 20<br>BANGOR, ME 04401 | | Claim Number: 610<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

APPRAISAL CONNECTION, LLC
ATTN JACQUES W. WEINTEIN (MEMBER)
27 STATE ST, STE 20
BANGOR, ME 04401

Claim Number: 6446
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)
Replaces claim number 610

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

---

APPRAISAL GIRLS, INC., THE
ATTN NATALIE WASHKO, PRESIDENT
2133 SANTINA AVE
LAS VEGAS, NV 89123

Claim Number: 1210
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,625.00 |

---

APPRAISAL HUB
ATTN ERIC BOUSTANI, ATTORNEY
182 HOWORD ST., #410
SAN FRANCISCO, CA 94105

Claim Number: 5931
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,225.00 | Allowed: | $43,225.00 |

---

APPRAISAL INSPECTION SVCS
ATTN KEVIN BOX, PARTNER
736 GRAND AVENUE
BILLINGS, MT 59101

Claim Number: 8381
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Allowed: | $1,800.00 |

---

APPRAISAL KEY
ATTN CURTIS LEUNG
PO BOX 2881
DUBLIN, CA 94568

Claim Number: 2535
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| APPRAISAL MANAGEMENT SERVICES, INC.<br>SHERYL REEVE, APPRAISAL MGMNT. SERV. INC<br>PO BOX 1597<br>SANDPOINT, ID 83864 | | Claim Number: 1974<br>Claim Date: 11/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Allowed: | $500.00 |
| APPRAISAL NETWORK<br>ATTN MICHAEL LEVITT<br>13 MADISON AVENUE<br>PEABODY, MA 01960 | | Claim Number: 2999<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $650.00 | | |
| APPRAISAL NETWORK OF MICHIGAN, INC.<br>2418 E. GRAND RIVER<br>HOWELL, MI 48843 | | Claim Number: 10191<br>Claim Date: 04/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $330.00 | Allowed: | $330.00 |
| APPRAISAL OFFICE, THE<br>ATTN D. KASSLER, APPRAISER<br>22429 S COLORADO RIVER<br>SONORA, CA 95370 | | Claim Number: 4502<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |
| APPRAISAL ONE, INC.<br>PO BOX 338<br>MEDINA, WA 98039-0338 | | Claim Number: 474<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $675.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| APPRAISAL PROFESSIONALS INC<br>ATTN RAYMOND L. PULVER, PRESIDENT<br>15324 ROLLING OAKS PL<br>LEO, IN 46765 | | Claim Number: 4688<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $65.00 | | Allowed: | $65.00 |
| UNSECURED | | | Scheduled: | $65.00 | |

---

| APPRAISAL RESEARCH REVIEW CO.<br>ATTN JEANNE KENWORTHY<br>12 RICHMOND HILL<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 4146<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | |

---

| APPRAISAL SERVICE OF MARYLAND<br>ASSOCIATES<br>ATTN DANIEL POLLACK, OWNER<br>P.O. BOX 5970<br>BALTIMORE, MD 21282 | | Claim Number: 3964<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |

---

| APPRAISAL SERVICES<br>13043 EMERALD DR<br>HAYDEN, ID 83835 | | Claim Number: 4735<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10131 (08/15/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $825.00 | |

---

| APPRAISAL SERVICES MOLOKAI<br>ATTN ISA R. FOSTER, OWNER/APPRAISER<br>HC 01 BOX 104<br>KAUNAKAKAI, HI 96748 | | Claim Number: 7689<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

APPRAISAL SERVICES NORTHWEST
ATTN SHELLEY K CUNNINGHAM, OWNER
37305 W LAKE WLAKER DR SE
ENUMCLAW, WA 98022

Claim Number: 6686
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $905.00 | | | | | |

---

APPRAISAL SERVICES, INC
108 CHRISTENSEN LANE
SALISBURY, MD 21804

Claim Number: 3536
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |

---

APPRAISAL SERVICES, INC
108 CHRISTIANSEN LN
SALISBURY, MD 218046712

Claim Number: 3537
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |

---

APPRAISAL SHOPPE, INC, THE
ATTN KAREN B. ARRINGTON
425 MCIVER ST.
GREENVILLE, SC 29601

Claim Number: 2464
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $325.00 | | | | |

---

APPRAISAL SOLUTIONS
ATTN JEFF HOELSCHER
6213 N 17 ST
MC ALLEN, TX 78504

Claim Number: 2675
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,655.00 | | | Allowed: | $1,655.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

APPRAISAL SVCS OF MARYLAND INC
ATTN MERLE P. INTNER, PRES
3655-A OLD COURT RD
BALTIMORE, MD 21208

Claim Number: 3715
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $725.00 | Allowed: | $725.00 |
|---|---|---|---|---|

APPRAISAL UNLIMITED 9834
9834 HANS WAY
ELK GROVE, CA 95624

Claim Number: 2544
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $2,150.00 | | |
|---|---|---|---|---|

APPRAISALL
ATTN PRESIDENT
635 E. FIRST ST. SUITE 452
TUSTIN, CA 92780

Claim Number: 1348
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,425.00 | | |
|---|---|---|---|---|

APPRAISALS OF REAL ESTATE INC.
ATTN JOHN WHITE, JR., PRES.
13003 CLEVELAND AVE. N.W.
UNIONTOWN, OH 44685

Claim Number: 2717
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,050.00 | Allowed: | $1,050.00 |
|---|---|---|---|---|

APPRAISALS PLUS INC.
ATTN R. FITZGERALD
332 KING ST
RAYNHAM, MA 027671350

Claim Number: 2702
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $1,375.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| APPRAISALS UNLIMITED, INC.<br>ATTN AARON M. ADLER, PRESIDENT<br>18 CRAWFORD STREET<br>NEEDHAM, MA 02494 | | Claim Number: 4799<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,480.00 | | |
| APPRAISEONE, INC. (CO)<br>ATTN ROBERT STEINBACH, OPERATIONS MGR<br>5554 S PRINCE ST STE 205<br>LITTLETON, CO 80120-1147 | | Claim Number: 2345<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| APPRAISER'S GREEN & ASSOCS.<br>ATTN JOHNNIE W. GREEN, SOLE PROPRIETER<br>4496 FLOYD DR SW<br>MABLETON, GA 30126 | | Claim Number: 3339<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,795.00 | Allowed: | $3,795.00 |
| APPRAISERS GROUP, THE<br>ATTN RICHARD A. GOULET, PRESIDENT<br>44 TRAPELO RD<br>BELMONT, MA 02478 | | Claim Number: 1993<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $675.00 | Allowed: | $675.00 |
| APPRAISING GRACE APPRAISALS<br>ATTN MIKE GIESE<br>3110 N HARVEY PKWY<br>OKLAHOMA CITY, OK 73118-8631 | | Claim Number: 2570<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

APPRAISING IN DELAWARE INC
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

Claim Number: 8975
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $1,800.00 | | | |
|---|---|---|---|---|---|

APPRAISING IN DELAWARE, INC.
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

Claim Number: 622
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,800.00 | | Allowed: | $1,800.00 |
|---|---|---|---|---|---|

APPRAISING IN DELAWARE, INC.
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

Claim Number: 8987
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $1,800.00 | | | |
|---|---|---|---|---|---|

AQUINO, RODOLFO V., III
1543 KEM WAY
WALNUT, CA 91789

Claim Number: 705
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,087.50 | | | |
|---|---|---|---|---|---|

AQUINO, RODOLFO V., III
1543 KEM WAY
WALNUT, CA 91789

Claim Number: 706
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $837.60 CONT | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,554.83 | Scheduled: | $2,554.83 CONT | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ARAJ, JEFFREY / ROTH IRA<br>7575 S. TROPICAL TRL.<br>MERRITT ISLAND, FL 32952 | | Claim Number: 3833<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $33,139.87 |
| ARAPAHOE COUNTY<br>ATTN GEORGE ROSENBERG, ASST ATTORNEY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | | Claim Number: 9778<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) |
| SECURED | Claimed: | $11,945.13   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ARAPAHOE COUNTY<br>ATTN: GEORGE ROSENBERG, ASST CNTY ATTY<br>5334 S. PRINCE ST.<br>LITTLETON, CO 80166 | | Claim Number: 10392<br>Claim Date: 05/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $2,309.40   UNLIQ |
| ARAPAHOE COUNTY<br>TREASURER<br>5334 S. PRINCE ST.<br>LITTLETON, CO 80166 | | Claim Number: 10561<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $3,804.73   UNLIQ |
| ARAPAHOE COUNTY<br>5334 S PRINCE STREET<br>LITTLETON, CO 80166 | | Claim Number: 10562<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $2,329.04   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ARBEITMAN, JASON
59 OLD OAK LN
APT B
LEVITTOWN, NY 117564627

Claim Number: 726
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $384.60 | Scheduled: | $384.62 CONT | Allowed: | $384.60 |
|---|---|---|---|---|---|---|

ARBESMAN, BERNARD
3203 OLD POST DRIVE # 1
PIKESVILLE, MD 21208-3212

Claim Number: 4553
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,200.00 |
| TOTAL | Claimed: | $4,200.00 |

ARC DISPOSAL & RECYCLING CO., INC.
ATTN JOHN P. O'CONNOR, CONTROLLER
2101 S. BUSSE RD.
MT. PROSPECT, IL 60056

Claim Number: 2112
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $475.79 | Scheduled: | $475.79 | Allowed: | $475.79 |
|---|---|---|---|---|---|---|

ARCE, FRANK
1466 SANTA SIERRA DR
CHULA VISTA, CA 91913

Claim Number: 6846
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $8,795.34 | Scheduled: | $8,764.50 CONT |
|---|---|---|---|---|

ARCHDEKIN, NANCY A. & JAMES R.
JT TEN/WROS
13903 GERTRUDE CIRCLE
OMAHA, NE 68138-6225

Claim Number: 7340
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,509.88 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ARCHER, DENNIS M.<br>28101 CAMINO DEL RIO<br>SAN JUAN CAPISTRANO, CA 92675 | Claim Number: 3523<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $2,425.00 |

| ARCHER, WILLIAM H., TTEE OF THE<br>LEOLA B. ARCHER REV TR.<br>5312 SUTHERLAND<br>SAINT LOUIS, MO 63109 | Claim Number: 6022<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| ARCHER, WILLIAM H., TTEE OF THE<br>LEOLA B. ARCHER TRUST<br>5312 SUTHERLAND<br>SAINT LOUIS, MO 63109 | Claim Number: 6023<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| ARCTIC OFFICE PRODUCTS<br>ATTN MELISSA MCCLELLAND, ACCTS RECEIV.<br>100 W FIREWEED LANE<br>ANCHORAGE, AK 99510 | Claim Number: 2152<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $140.43 | Scheduled: | $136.33 | Allowed: | $140.43 |
|---|---|---|---|---|---|---|

| ARDEN REALTY LIMITED PARTNERSHIP<br>C/O MCGUIREWOODS LLP<br>ATTN: SUSAN GERMAISE<br>1800 CENTURY PARK EAST, 8TH FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 10152<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $141,823.56 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| AREGBE, TAIWO<br>13102 CRUTCHFIELD AVENUE<br>BOWIE, MD 20720 | | Claim Number: 7994<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,031.12 |

---

| ARELLANO, FERNANDO C. JR.<br>6811 RUSSELFIELD LN<br>HOUSTON, TX 77049 | | Claim Number: 1357<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|---|
| PRIORITY | Claimed: | $11,000.00 |
| UNSECURED | Claimed: | $11,000.00 |
| TOTAL | Claimed: | $11,000.00 |

---

| ARENT, JEFFREY<br>S52W25100 SAGE CT<br>WAUKESHA, WI 53189-6910 | | Claim Number: 6365<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,281.00 |

---

| ARIOTO, NUNCIO AND MICHELLE<br>853 N. 17TH ST.<br>SAN JOSE, CA 95112 | | Claim Number: 10583<br>Claim Date: 11/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|---|
| SECURED | Claimed: | $25,110.00   UNLIQ |

---

| ARIZONA APPRAISAL TEAM<br>ATTN: JAY DELIAH<br>PO BOX 5927<br>SCOTTSDALE, AZ 85261 | | Claim Number: 8252<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,990.00 | Allowed: | $3,990.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 93710-5318

Claim Number: 3942
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $524.16 | Scheduled: | $524.16 CONT | Allowed: | $524.16 |
| SECURED | Claimed: | $0.00 | | | |

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 937105318

Claim Number: 3943
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8299 (11/13/2009)

| | | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $786.24 CONT |
| SECURED | Claimed: | $786.24 | |

ARLINGTON APPRAISAL SERVICES
ATTN STEPHEN GRIFFITH OWNER
124 N WEST AVENUE
ARLINGTON, WA 98223

Claim Number: 1308
Claim Date: 09/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425.00 |

ARLINGTON COUNTY, TREASURER
ATTN RONALD L ZAMBOTTI
TREASURER'S SPECIALIST
#1 COURT HOUSE PLAZA STE 217
ARLINGTON, VA 22216

Claim Number: 4586
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10060 (06/20/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,032.59 DISP CONT |
| SECURED | Claimed: | $6,412.15 | | |
| UNSECURED | Claimed: | $641.22 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ARLINGTON COUNTY, VIRGINIA<br>TREASURER OF ARLINGTON<br>2100 CLARENDON BLVD # 217<br>ARLINGTON, VA 22201 | Claim Number: 10903<br>Claim Date: 04/07/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| PRIORITY | Claimed: | $541.39 | Allowed: | $541.39 |
|---|---|---|---|---|

| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-430 | Claim Number: 1589<br>Claim Date: 08/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $525.89 |
|---|---|---|

| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-430 | Claim Number: 9974<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $417.45 |
|---|---|---|

| ARMINAS, JOHN K.<br>180 PELTON AVE<br>STATEN ISLAND, NY 10310-1523 | Claim Number: 4490<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $240.00 |
|---|---|---|

| ARMSTRONG GIBBONS & GNYS LLP<br>ATTN CARL S LEVIN ESQ<br>155 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | Claim Number: 9840<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,400.00 | Allowed: | $1,400.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ARMSTRONG, CYNTHIA A
520 ORCHID LIGHTS CT
GRIFFIN, GA 302237263

Claim Number: 7331
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

ARNDT, LISA K.
181 SUMMERHAVEN LANE
TROY, MO 63379

Claim Number: 1327
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $4,943.12 | Scheduled: | $4,943.12  CONT | Allowed: | $4,943.12 |
|---|---|---|---|---|---|---|

ARNLUND, BERT E.
82 INNISBROOK AVE
LAS VEGAS, NV 89113

Claim Number: 4943
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $11,701.35 |
|---|---|---|
| UNSECURED | Claimed: | $11,701.35 |
| TOTAL | Claimed: | $11,701.35 |

ARNOLD, EDWARD H.
815 TUDOR LANE
LEBANON, PA 17042

Claim Number: 8507
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $177,045.22 |
|---|---|---|

AROLL, MORTY & SHOSHANA
610 NE 173RD TERRACE
N. MIAMI BEACH, FL 33162-2040

Claim Number: 7880
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,656.03 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ARORA, VINOD & POONA
324 BRADBERRY WAY
BOILING SPRINGS, SC 29316

Claim Number: 5526
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|

---

ARREOLA, ROSARIO T (ROSIE)
409 JUBILATION DR
LAS VEGAS, NV 89128

Claim Number: 1963
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $3,876.92 CONT | Allowed: | $1,846.15 |
|---|---|---|---|---|---|---|

---

ARROW APPRAISAL CORP
373 DANDELTON CT
SPRING HILL, FL 346065352

Claim Number: 309
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |
|---|---|---|---|---|---|

---

ARROW APPRAISAL CORP
ATTN TROY A ENGLUND, PRESIDENT
4536 RACHEL BLVD
WEEKI WACHEE, FL 34607

Claim Number: 2837
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

---

ARROW APPRAISAL CORP
373 DANDELION CT
SPRING HILL, FL 346065352

Claim Number: 2847
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ARROYO, CRISTINA<br>1906 S GREENVILLE<br>SANTA ANA, CA 92704 | | Claim Number: 6814<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| TOTAL | Claimed: | $5,000.00 | | | | |
| ARROYO, CRISTINA B.<br>1906 S. GREENVILLE<br>SANTA ANA, CA 92704 | | Claim Number: 8405<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,343.75 | Scheduled: | $4,763.15  CONT | Allowed: | $2,343.75 |
| ARROYO, VIRGINIA<br>521 S. GLEANCY DRIVE<br>DELTONA, FL 32725 | | Claim Number: 4556<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,000.00 | | | | |
| ART, ETC.<br>ATTN: CATHERINE STACY<br>412 NW COUCH ST, SUITE 204<br>PORTLAND, OR 97209 | | Claim Number: 10864<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | |
| PRIORITY | Claimed: | $2,310.00 | | | | |
| ARTHUR F. MCCORMICK, AS TRUSTEE<br>JOHN C BREDER, PRES., THE BREDER CO'S<br>9861 SW 184TH ST<br>PALMETTO BAY, FL 33157 | | Claim Number: 1119<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $6,939.90 | | | Allowed: | $6,939.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ARTHUR LAUFER REV TRUST<br>ARTHUR & EDITH LAUFER TTEES<br>U/A DTD 05/05/2004<br>16411 BLATT BLVD #204, BLDG 200<br>WESTON, FL 33326-1839 | | Claim Number: 9294<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $15,500.00 |

| ARTHUR, DORIS L.<br>9328 FREEMAN RD<br>SANGER, TX 76266 | | Claim Number: 9124<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,525.00 |

| ARTHUR, DORIS L.<br>9328 FREEMAN RD<br>SANGER, TX 76266 | | Claim Number: 9125<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,800.00 |

| ARTHUR, PAUL M.<br>732 CR 713<br>BERRYVILLE, AR 72616 | | Claim Number: 4033<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,049.97 |

| ARTHURS, STEPHANIE<br>316 SILVER CLIFF DR<br>MOUNT HOLLY, NC 28120 | | Claim Number: 492<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
|---|---|---|
| PRIORITY | Claimed: | $560.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ARTIGUE, WADE J.<br>135 HEARTWOOD CIRCLE<br>LAFAYETTE, LA 70503 | | Claim Number: 7540<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $49,926.00 | | | | |
| ARTSERVICE<br>ATTN SANDRA L CUNDIFF<br>339 DUCK HARBOR ROAD<br>EQUINUNK, PA 18417 | | Claim Number: 2731<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,600.00 | Scheduled: | $2,600.00 | | |
| ARTUSO, ANTHONY<br>39 ROOSEVELT STREET<br>CORNING, NY 14830 | | Claim Number: 4347<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,169.80 | | | | |
| ARVIA & ASSOCIATES (IL) (IN)<br>425 JOLIET ST STE 325<br>DYER, IN 463111767 | | Claim Number: 5487<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $7,305.00 | | | | |
| ASAP APPRAISALS, INC 5364<br>LEE BRAND, PRESIDENT<br>5364 EHRLICH RD. PMB 356<br>TAMPA, FL 33624 | | Claim Number: 1926<br>Claim Date: 10/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $3,600.00 | | | Allowed: | $3,600.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ASBRA, JEREMY<br>19835 GABILAN ROAD<br>PERRIS, CA 92505 | | Claim Number: 1811<br>Claim Date: 10/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |

| SECURED | Claimed: | $64,450.00 |
|---|---|---|

| | | |
|---|---|---|
| ASHBURN, JAMES<br>2300 N ATLANTIC AVE<br>APT #501<br>DAYTONA BEACH, FL 32118-3391 | | Claim Number: 4906<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| ASHCRAFT, DONALD W.<br>152 GRANITE STREET<br>UXBRIDGE, MA 01569 | | Claim Number: 6516<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $14,764.62 |
|---|---|---|

| | | |
|---|---|---|
| ASHCROFT AND ASSOCIATES, P.C.<br>ATTN BRANDON CHAMBERLIN, PRESIDEN/OWNER<br>8421 SE STARK STREET<br>PORTLAND, OR 97216 | | Claim Number: 1532<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $900.00 | Allowed: | $900.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>KELLY BYRD MULLINS, GENERAL COUNSEL<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 | | Claim Number: 8820<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $73,325.31 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ASHWORTH APPRAISAL SERVICES<br>P O BOX 397<br>SUTTER CREEK, CA 95685-0397 | | Claim Number: 2750<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,820.00 | | Allowed: | $1,820.00 |

| ASKENAS, WALTER<br>5298 LANDON CIR<br>BOYNTON BEACH, FL 33437 | | Claim Number: 3142<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $13,225.00 | | | |
| UNSECURED | Claimed: | $13,225.00 | | | |
| TOTAL | Claimed: | $13,225.00 | | | |

| ASNICAR, MICHELLE<br>9825 BLUE LAKE DR<br>FOLSOM, CA 95630 | | Claim Number: 279<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,840.00 | | | |
| UNSECURED | Claimed: | $1,840.00 | | | |
| TOTAL | Claimed: | $1,840.00 | | | |

| ASPECT SOFTWARE, INC.<br>ATTN GENERAL COUNSEL<br>300 APOLLO DR<br>CHELMSFORD, MA 018243626 | | Claim Number: 2634<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,103.84 | Scheduled: | $12,990.00 | Allowed: | $14,103.84 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9060<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |
| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9061<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | |
| UNSECURED | Claimed: | $92,655.88   UNLIQ | | |
| ASPEN FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9062<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | |
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |
| ASPETUCK SYSTEMS, INC.<br>ATTN MICHAEL GABRIELE<br>200 CONNECTICUT AVENUE<br>NORWALK, CT 06854 | | Claim Number: 632<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| UNSECURED | Claimed: | $52,615.98 | Allowed: | $52,615.98 |
| ASQUITH, DON & JO ANN<br>JT TEN<br>3784 CO RD 8 SE<br>ST CLOUD, MN 56304 | | Claim Number: 5821<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,000.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ASSANIE, MAHABIBI<br>1309 SOUTH THOMAS ST #22<br>ARLINGTON, VA 22204 | | Claim Number: 7062<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,643.92 |
| ASSANIE, MAHABIBI<br>1309 SOUTH THOMAS ST., # 22<br>ARLINGTON, VA 22204 | | Claim Number: 9874<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $17,643.92 |
| ASSOCIATED APPRAISERS, INC<br>ATTN CRAIG J HANDYSIDE, VICE PRESIDENT<br>7703 WILDER COURT<br>GREENSBORO, NC 27409 | | Claim Number: 4680<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

UNSECURED          Claimed:          $350.00          Allowed:          $350.00

| | | |
|---|---|---|
| ASSOCIATED SERVICES<br>ATTN JOAN SHEFFER<br>600A MCCORMICK ST<br>SAN LEANDRO, CA 94577 | | Claim Number: 3521<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

UNSECURED          Claimed:          $69.25          Allowed:          $69.25

| | | |
|---|---|---|
| ASSOCIATED SERVICES<br>ATTN ROBERT SURMAN, BRANCH MANAGER<br>1040 SHARY CT<br>STE C<br>CONCORD, CA 94518-4705 | | Claim Number: 9398<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

UNSECURED          Claimed:          $523.35          Scheduled:          $14.95          Allowed:          $523.35

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ASSOCIATED SOFTWARE CONSULTANT<br>ATTN TIMOTHY W LISTON, PRESIDENT<br>7251 ENGLE RD<br>STE 300<br>MIDDLEBURG HTS, OH 44130 | | Claim Number: 4423<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $2,580.00 | | |
| ASSOCIATED SVCS CO<br>ATTN CHARLENE E. SHEARRER<br>1040 SHARY CT<br>CONCORD, CA 94518-4705 | | Claim Number: 9824<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $531.20 | | | | |
| ASSOCIATES APPRAISERS<br>ATTN TERRY FISHER, OWNER/PARTNER<br>PO BOX 1717<br>HAYDEN, ID 83835 | | Claim Number: 4873<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| ASSOCIATES OF 555 LIMITED PARTNERSHIP<br>ATTN DAVID HORTON, RPESIDENT<br>555 SOUTH OLD WOODWARD<br>BIRMINGHAM, MI 48009 | | Claim Number: 5478<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,595.43 | Scheduled: | $4,582.34 | Allowed: | $4,595.43 |
| ASSURED ENVIRONMENTS<br>ATTN JACKIE OMODIG<br>45 BROADWAY<br>8TH FL<br>NYC, NY 10006 | | Claim Number: 2022<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $105.08 | Scheduled: | $105.08 | Allowed: | $105.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ASSURED ENVIRONMENTS<br>ATTN JACKIE OMODIG<br>45 BROADWAY<br>8TH FL<br>NYC, NY 10006 | Claim Number: 2023<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 8701<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 9028 (07/19/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $1,773,515.25 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 8702<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 9028 (07/19/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $1,773,515.25 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | Claim Number: 8703<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $171,035.26 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ASSURED GUARANTY CORP. | | Claim Number: 8704 |
|---|---|---|
| ATTN DONNA L. CULVER | | Claim Date: 01/11/2008 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| 1201 N. MARKET T., P.O. BOX 1347 | | |
| WILMINGTON, DE 19899-1347 | | |
| | | |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $171,035.26 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ASSURED GUARANTY CORP. | | Claim Number: 8705 |
|---|---|---|
| ATTN DONNA L. CULVER | | Claim Date: 01/11/2008 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | | Debtor: AMERICAN HOME MORTGAGE CORP |
| 1201 N. MARKET T., P.O. BOX 1347 | | |
| WILMINGTON, DE 19899-1347 | | |
| | | |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $171,035.26 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ASSURED GUARANTY CORP. | | Claim Number: 8709 |
|---|---|---|
| ATTN DONNA L. CULVER | | Claim Date: 01/11/2008 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| 1201 N. MARKET T., P.O. BOX 1347 | | Comments: DOCKET: 9028 (07/19/2010) |
| WILMINGTON, DE 19899-1347 | | |
| | | |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $1,773,515.25 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ASSURED GUARANTY CORP. | | Claim Number: 9955 |
|---|---|---|
| ATTN DONNA L. CULVER | | Claim Date: 02/13/2008 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| 1201 N. MARKET T., P.O. BOX 1347 | | Comments: EXPUNGED |
| WILMINGTON, DE 19899-1347 | | DOCKET: 10900 (11/05/2013) |
| | | |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | | Claim Number: 9956<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10900 (11/05/2013) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | | | | |

| ASSURED GUARANTY CORP.<br>ATTN  DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | | Claim Number: 9957<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10900 (11/05/2013) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | | | | |

| AT CONFERENCE, INC.<br>ATTN DAVID JANNETTI, PRESIDENT<br>PO BOX 2939<br>SOUTHAMPTON, NY 11969 | | Claim Number: 1982<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7022 (02/17/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $575,426.89 | Scheduled: | $58,002.27 | Allowed: | $575,426.89 |

| AT&T ADVERTISING & PUBLISHING<br>ATTN BEVERLY HARRIS BK REP 942983869<br>101 SPEAR STREET RM 534<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10102<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,043.53 | Scheduled: | $902.82 | Allowed: | $1,043.53 |

| AT&T CORP.<br>ATTN ALBERT PEREZ<br>15100 FAA BLVD<br>FORT WORTH, TX 76155 | | Claim Number: 1094<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8375 (12/08/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $48,759.86 | | | Allowed: | $48,759.86 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 9258-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8375 (12/08/2009)

| UNSECURED | Claimed: | $241,891.20 | Scheduled: | $39,961.84 | Allowed: | $241,891.20 |
|---|---|---|---|---|---|---|

---

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 9258-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8375 (12/08/2009)

| ADMINISTRATIVE | | | | | Allowed: | $201,083.63 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | | | |

---

AT&T LONG DISTANCE
JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 1402
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8375 (12/08/2009)

| UNSECURED | Claimed: | $8,477.47 | Scheduled: | $249.66 | Allowed: | $8,477.47 |
|---|---|---|---|---|---|---|

---

ATHENA APPRAISALS
ATTN DANETTE MILLER - OWNER/APPRAISER
115 N PLAINS RD
THE PLAINS, OH 45780

Claim Number: 7557
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $535.00 | | | | |
|---|---|---|---|---|---|---|

---

ATHENA APPRAISALS
ATTN DANETTE MILLER - OWNER/APPRAISER
115 N PLAINS RD
THE PLAINS, OH 45780

Claim Number: 7558
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $125.00 | | | | |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ATHERTON, CHARONDA
851 MACON PL
UNIONDALE, NY 11553-2938

Claim Number: 5201
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $499.95 | Scheduled: | $999.90 CONT | Allowed: | $499.95 |
|---|---|---|---|---|---|---|

ATHERTON, STEPHANIE
4810 COLLINSVILLE PLACE
HIGHLANDS RANCH, CO 80130

Claim Number: 6385
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $904.61 | Scheduled: | $904.61 CONT | Allowed: | $1,230.06 |
|---|---|---|---|---|---|---|

ATKINS, DANIEL E.
123 HARDING AVE
WESTWOOD, NJ 07675-1507

Claim Number: 8475
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

ATKINS, DEBBIE
10601 CATHARPIN RD
SPOTSYLVANIA, VA 22551

Claim Number: 1581
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $5.00 | | | Allowed: | $5.00 |
|---|---|---|---|---|---|---|

ATLANTIC DETROIT DIESEL
ATTN JOHN C DEANE, CR MGR
180 RT 17 SOUTH
PO BOX 950
LODI, NJ 07644

Claim Number: 2671
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
UPDATE AS PER CREDITOR LETTER 11/28/07

| UNSECURED | Claimed: | $1,520.76 | Scheduled: | $1,520.76 | Allowed: | $1,520.76 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ATLANTIC/OXFORD ENTERPRISES<br>ATTN BARBAR GRIFFIN<br>897 WEST PARK AVENUE<br>OCEAN TOWNSHIP, NJ 07712 | Claim Number: 5413<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1320<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $5,600.00 | | |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1321<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $5,600.00 | | |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>ATTN BRENDON R. PEARCE, COO<br>1710C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1870-01<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $5,600.00 | Allowed: | $5,600.00 |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>ATTN BRENDON R. PEARCE, COO<br>1710C PLUM LANE<br>REDLANDS, CA 92374 | Claim Number: 1870-02<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $5,600.00 | Allowed: | $5,600.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ATLEE ENTERPRISES INC<br>1496 GLANWORTH DRIVE<br>LONDON, ON N6N 1H1<br>CANADA | | Claim Number: 9759<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |

| PRIORITY | Claimed: | $22,864.50 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATMOS ENERGY/ MID-TEX DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN BANKRUPTCY GROUP-RHONDA B BROWN<br>PO BOX 650205<br>DALLAS, TX 75265-0205 | | Claim Number: 1399<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $370.79 | Allowed: | $370.79 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATTISHA, KYRIAKOS T.<br>543 DEERHAVEN<br>EL CAJON, CA 92019 | | Claim Number: 3096<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATWELL FAMILY REV TR.<br>ATTN LILA M. ATWELL<br>RR # 3 BOX 31<br>NORTON, KS 67654-9705 | | Claim Number: 5665<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $9,861.37 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| | | |
|---|---|---|
| AU, NORMAN N., TTEE<br>U/A DTD 3/15/1995<br>NORMAN & PATSY UA<br>3250 STEVEN DRIVE<br>ENCINO, CA 91436-4226 | | Claim Number: 6561<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $25,000.00   UNLIQ | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| AUCOURT, ANITA<br>3812 111TH ST SE<br>EVERETT, WA 98208 | | Claim Number: 81<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $957.60 | Scheduled: | $957.69  CONT | |
| AUGUSTAIN, JAIME<br>17520 E STAR FLOWER<br>QUEEN CREEK, AZ 85242 | | Claim Number: 6833<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $540.00 | | | |
| AUGUSTINE, JOSEPH J.<br>R/O IRA E*TRADE CUSTODIAN<br>1008 BROAD ST<br>CONNELLSVILLE, PA 15425 | | Claim Number: 3663<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,475.96 | | | |
| AUGUSTINE, JOSEPH J.<br>1008 BROAD ST<br>CONNELLSVILLE, PA 15425 | | Claim Number: 3664<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,848.48 | | | |
| AULBAUGH & ASSOCIATES<br>ATTN JACK AULBAUGH, OWNER<br>4347 PHELAN BLVD # 101 B<br>BEAUMONT, TX 77707 | | Claim Number: 1291<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,075.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

AUMILLER, SHANE
707 TRAGO CREEK
DRIVE
BALLWIN, MO 63021

Claim Number: 8249
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10441 (05/04/2012)

| PRIORITY | Claimed: | $307.68 | Scheduled: | $615.36 CONT | Allowed: | $307.68 |

---

AUMILLER, SHANE
707 TRAGO CREEK DRIVE
BALLWIN, MO 63021

Claim Number: 8250
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $6,153.84 |

---

AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 10409
Claim Date: 05/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $244,999.99 |

---

AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 10566
Claim Date: 05/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| SECURED | Claimed: | $244,999.99 |

---

AURORA LOAN SERVICES, LLC -ON BEHALF OF
CERTAIN TRUSTS & LEHMAN BROS. BANK FSB
& LEHMAN BROS. HOLDINGS INC
885 THIRD AVENUE - ATTN ROBERT ROSENBERG
LITTLETON, CO 80163-1565

Claim Number: 8674
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10048 (06/16/2011)

| SECURED | Claimed: | $19,100,000.00 | | | | |
| UNSECURED | | | | | Allowed: | $7,519,783.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10463<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|
| UNSECURED          Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10464<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED          Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10465<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED          Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10466<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED          Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10467<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED          Claimed: | $325.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10468<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $325.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10469<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $300.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10470<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $50.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10471<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $375.00 |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | | Claim Number: 10472<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10473<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10474<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| AUSTIN APPRAISAL COM INC, THE<br>238 MATHIS FERRY RD, STE 103<br>MT. PLEASANT, SC 29464 | Claim Number: 10475<br>Claim Date: 08/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| AUSTIN LAWTHER DESIGN<br>ATTN AUSTIN LAWTHER<br>27 ARION PLACE<br>APT. 203<br>BROOKLYN, NY 11206 | Claim Number: 6920<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,582.50 | Scheduled: | $1,002.50 | Allowed: | $3,582.50 |
| AUSTIN, ALICE M.<br>P.O. BOX 100<br>PANHANDLE, TX 79068-0100 | Claim Number: 3307<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $3,640.04 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| AUSTIN, CHRISTINA AND AUSTIN<br>104-806<br>1050 LARRABEE AVE STE 104<br>BELLINGHAM, WA 98225-7367 | Claim Number: 330<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $1,682.38 | | | |
| AUSTIN, LONNIE R.<br>2328 S.W. 92ND ST.<br>OKLAHOMA CITY, OK 73159 | Claim Number: 3789<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,509.99 | | | |
| AUSTIN, NANCY<br>1782 WILLOW RD.<br>FRANKLIN GROVE, IL 61031 | Claim Number: 6348<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $15,293.00 | | | |
| AUTENRIETH, VICTORIA R<br>PO BOX 162<br>RHINEBECK, NY 12572-0162 | Claim Number: 2545<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,179.50 | Scheduled: | $3,051.19 CONT | Allowed: | $2,179.50 |
| AUTUMN APPRAISAL, LLC<br>ATTN THOMAS GALLAGHER<br>PO BOX 16611<br>WEST HAVEN, CT 06516 | Claim Number: 2727<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10402<br>Claim Date: 05/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9964 (05/02/2011)<br>May replace claim number 1522 | | | |
| UNSECURED | Claimed: | $9,601.05 | | Allowed: | $9,601.05 |
| AVAYA, INC.<br>ATTN CAROLYN MAGAHA<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1522<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Attached invoices are also asserted in claim number 10402 | | | |
| UNSECURED | Claimed: | $602.00 | | Allowed: | $602.00 |
| AVENA, JOANNE<br>2238 CAMERON AVE<br>MERRICK, NY 11566 | | Claim Number: 357<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY | Claimed: | $2,227.89 | Scheduled: | $2,227.89 CONT | |
| AVERSA, MARIE<br>5411 NW 82 AVE<br>LAUDERHILL, FL 33351 | | Claim Number: 4945<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $153.85 | Scheduled: | $153.85 CONT | Allowed: | $153.85 |
| AVILA, CHARMEN C.<br>C/O PETER SPINDEL, ESQ.<br>P.O. BOX 166245<br>MIAMI, FL 33116-6245 | | Claim Number: 7054<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $486,135.73 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| AVILA, CHARMEN C.   07-13243 CA04<br>C/O PETER SPINDEL, ESQ.<br>P.O. BOX 166245<br>MIAMI, FL 33116-6245 | | Claim Number: 6939<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $486,135.73   UNLIQ | Scheduled: | $0.00  UNLIQ | | |
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 361<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $811.00 | | | | |
| AYAN, ATILLA<br>83 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 367<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $2,100.00  CONT | Allowed: | $2,100.00 |
| AYDELOTTE, CHRISTA K<br>1327 NORTH<br>CEDARWOOD ROAD<br>TOOELE, UT 84074 | | Claim Number: 2536<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,550.77 | Scheduled: | $1,550.77  CONT | Allowed: | $1,550.77 |
| AYER, A. JOHN<br>12070 STAVE MILL RD.<br>CABOOL, MO 65689 | | Claim Number: 4824<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

AYERS, JENNIFER L.
4524 COUNTY RD 4
CANANDAIGUA, NY 14424

Claim Number: 10238
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10808 (04/22/2013)

| UNSECURED | Claimed: | $5,300.00   UNLIQ |

---

AYERSMAN, ERIC
2 PARKVIEW DR.
SO. CHARLESTON, WV 25309

Claim Number: 4552
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,002.00 |

---

AYMES BLANCHET, ANDRES AND
AYMES ANSOLEAGA, BARBARA & DANIELA JTTEN
BOSQUE DEL SECRETO 82
COLONIA LA HERRADURA 1A. SECCION
MEXICO, DF 52784
MEXICO

Claim Number: 5396
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,050.00 |

---

AZIMUTH DESIGN
339 DUCK HARBOR ROAD
EQUINUNK, PA 18417

Claim Number: 2725
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,450.00 |

---

AZULEA COAST APPRAISALS, INC.
ATTN ADAM CONNOLLY, OWNER
1901 KENT ST
WILMINGTON, NC 28403

Claim Number: 4166
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

B&B COOL AIR INC
ATTN GREGORY V. BOREK
1511 GRETCHEN AVE
STE A
LEHIGH ACRES, FL 33971

Claim Number: 4595
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $114.23 | |

---

B&B MAINTENANCE OF MD INC
ATTN JULIE A. BUCKLER
23184 COLTON POINT RD
BUSHWOOD, MD 20618

Claim Number: 2250
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $819.00 | Allowed: | $819.00 |

---

B&G POTASH, INC.
DBA B&G REAL ESTATE APPRAISALS, LLC
ATTN BRUCE J POTASH
PO BOX 27
BELLVALE, NY 10912

Claim Number: 1275
Claim Date: 09/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,520.00 |

---

BABBE, ELEANOR M.
4616 FALKIRK BAY
OXNARD, CA 93035

Claim Number: 6420
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BABBE, EVERETT L.
4616 FALKIRK BAY
OXNARD, CA 93035

Claim Number: 6421
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BABBE, EVERETT L.<br>4616 FALKIRK BAY<br>OXNARD, CA 93035 | | Claim Number: 6422<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| BABINGER, BETSY<br>455 ANTWERP DR<br>HICKSVILLE, OH 43526 | | Claim Number: 994<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,500.00 | Scheduled: | $5,226.67  CONT | Allowed: | $3,500.00 |
| BABO, ROSEMARIE<br>4914 N 77TH PLACE<br>SCOTTSDALE, AZ 85251-1606 | | Claim Number: 6366<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,275.54 | | | | | |
| BABUINI, JOHN<br>465 HAMPTON LN<br>KEY BISCAYNE, FL 33149-1852 | | Claim Number: 5190<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,149.95 | | | | | |
| BABURYAN, MATEVOS<br>718 E SANTA ANITA AVE<br>BURBANK, CA 91501 | | Claim Number: 9311<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BABY, PRINCE<br>4 MARTINO WAY<br>POMONA, NY 10970 | | Claim Number: 9008<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $2,500.00 | | Allowed: | $2,500.00 |
| BACH, BRYON<br>219 PARASOL DR<br>CHESTERFIELD, MO 63017 | | Claim Number: 5840<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,561.75 | | | |
| BACH, JAMES P.<br>513 REDONDO DRIVE<br>CHESTERFIELD, MO 63017 | | Claim Number: 5839<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,959.35 | | | |
| BACON, BERNADETTE<br>12 NIKIA DR<br>ISLIP, NY 11751 | | Claim Number: 41<br>Claim Date: 08/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| BACON, BERNADETTE<br>12 NIKIA DR<br>ISLIP, NY 11751 | | Claim Number: 2164<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,286.25 | Scheduled: | $1,286.07  CONT | Allowed: | $1,286.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

BADRI, FARHAD
PO BOX 63194
COLORADO SPRINGS, CO 80962

Claim Number: 10274
Claim Date: 04/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2000)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNDET | |

BAER, RICHARD (IRA ACCOUNT)
375 SHENANDOAH COURT
DEERFIELD, IL 60015-4464

Claim Number: 7405
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,890.00 |

BAER, RICHARD S.
375 SHENANDOAH COURT
DEERFIELD, IL 60015-4464

Claim Number: 7406
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,794.00 |

BAGNALL, ANDREA R.
23712 SURF COVE
LAGUNA NIGUEL, CA 92677

Claim Number: 896
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7233 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,557.69 | Scheduled: | $2,556.64 CONT | Allowed: | $2,557.69 |

BAHADURSINGH, ANIL
20 LARKSPUR DR
ALISO VIEJO, CA 926561881

Claim Number: 9376
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BAI, LARRY
2990 SHEFFIELD DR.
PLYMOUTH MEETING, PA 19462

Claim Number: 8537
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $817.16 | Scheduled: | $817.16 CONT | Allowed: | $817.16 |
|---|---|---|---|---|---|---|

BAIDE, JOSEPH M. TTEE
MARIAN A. BAIDE TRUST
1717 S BLACK AVE APT 56
BOZEMAN, MT 59715-5783

Claim Number: 4844
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,621.00 | | | | |
|---|---|---|---|---|---|---|

BAILEY & ASSOCIATES
ATTN JAN BAKER, SECRETARY
117 COMMERCE STREET
KINGSPORT, TN 37660

Claim Number: 2689
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

BAILEY PUBLISHING & COMMUNIC.
ATTN ANGELA CAMPBELL
10 N NEWMAN ST, STE B
JACKSONVILLE, FL 32202

Claim Number: 2696
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $494.00 | Scheduled: | $247.00 | Allowed: | $494.00 |
|---|---|---|---|---|---|---|

BAILEY, ANNETTE
12702 HONORE ST APT 1C
BLUE ISLAND, IL 604064974

Claim Number: 7458
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |
|---|---|---|---|---|---|---|

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BAILEY, BRENDA J<br>1903 SPRUNGER<br>AVE<br>FORT WAYNE, IN 46808 | | Claim Number: 4975<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT | Allowed: | | $923.08 |

| BAILEY, BRENDA J.<br>1903 SPRUNGER AVE<br>FORT WAYNE, IN 46808 | | Claim Number: 107<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $922.88 | |

| BAILEY, JACK H & WANDA M.<br>11242 CANTON DR.<br>STUDIO CITY, CA 91604 | | Claim Number: 5612<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
|---|---|---|---|
| SECURED | Claimed: | $73,202.00 | |

| BAILEY, JASON<br>3734 LAGOONA DR<br>ROUND ROCK, TX 78681-2325 | | Claim Number: 4133<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $4,230.77  CONT | Allowed: | | $4,230.77 |

| BAILEY, LOIS<br>309 WILLOUGHBY BLVD<br>GREENSBORO, NC 27408-3828 | | Claim Number: 6088<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | Allowed: | $1,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BAILIN,SUSAN<br>128 EMERSON AVE<br>HARTSDALE, NY 10530-1350 | | Claim Number: 5893<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,643.75 |
| BAILLIE, JOHN<br>1220 MORGANTOWN RD<br>MORGANTOWN, PA 19543 | | Claim Number: 9430<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,604.59 |
| BAINGASSO, SUZANNE<br>21 VERMONT ST<br>MELVILLE, NY 11747 | | Claim Number: 1153<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $723.00 |
| BAIRD, STANLEY H & CLAIRE<br>630 LOMBARD ST<br>NORTH BEND, OR 97459 | | Claim Number: 8329<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,175.00 |
| BAKER & ASSOCIATES<br>4195 HOPEWELL RD<br>NEW KENT, VA 23124-3424 | | Claim Number: 2973<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $475.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BAKER APPRAISAL SERVICES INC.
PO BOX 382
CAMDEN WYO, DE 19934-0382

Claim Number: 2288
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,900.00 | | | Allowed: | $1,900.00 |
|---|---|---|---|---|---|---|

BAKER, ANGELA F
18789 CHAPLAINS
CHAPEL RD
BRIDGEVILLE, DE 19933

Claim Number: 4953
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $1,142.31 | Scheduled: | $1,142.31  CONT | Allowed: | $1,142.31 |
|---|---|---|---|---|---|---|

BAKER, FRANK W.
3354 WARRINGHAM AVE
WATERFORD, MI 48329

Claim Number: 5756
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

BAKER, GRAHAM IRA ROLLOVER
3738 C.R. 401B
ALVARADO, TX 76009-3014

Claim Number: 6059
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,741.50 | | | | |
|---|---|---|---|---|---|---|

BAKER, JAMES T.
5104 PURDUE DR
METAIRIE, LA 70003

Claim Number: 9463
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,031.37 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BAKER, LAYCE<br>7517 CEDAR DR<br>CITRUS HTS, CA 95610-1415 | Claim Number: 1794<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|
| PRIORITY                    Claimed:<br>UNSECURED                  Claimed: | $2,678.00<br>$4,419.00 |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 956215219 | Claim Number: 9253<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY                    Claimed:<br>UNSECURED                  Claimed: | $2,678.00<br>$4,419.00 |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | Claim Number: 10314<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY                    Claimed: | $2,678.00 |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | Claim Number: 10661<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY                    Claimed:<br>UNSECURED                  Claimed: | $2,678.00<br>$4,419.00 |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HEIGHTS, CA 95621-5219 | Claim Number: 10662<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY                    Claimed:<br>UNSECURED                  Claimed: | $2,678.00<br>$4,419.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10663<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,678.00 | | | |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10664<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,678.00 | | | |
| UNSECURED | Claimed: | $4,419.00 | | | |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10665<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,678.00 | | | |
| UNSECURED | Claimed: | $4,419.00 | | | |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10666<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,678.00 | | | |
| BAKER, LAYCE PATRICIA<br>5910 BOURBON DRIVE<br>CARMICHAEL, CA 95608 | | Claim Number: 9264<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $2,678.00 | Scheduled: | $2,678.08  CONT | Allowed: | $2,678.00 |
| UNSECURED | Claimed: | $0.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BAKER, LAYCE PATRICIA<br>7517 CEDAR DR<br>CITRUS HTS, CA 95610-1415 | | Claim Number: 10667<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,678.00 | | | | |
| UNSECURED | Claimed: | $2,678.00 | | | | |
| TOTAL | Claimed: | $2,678.00 | | | | |
| BAKER, LINDA A.<br>5319 MANOR DR<br>NEW PORT RICHEY, FL 34652 | | Claim Number: 1492<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,592.30 | Scheduled: | $1,592.30  CONT | Allowed: | $1,592.30 |
| BAKER, ROBERT<br>2712 PINEHURST<br>WESTON, FL 33332 | | Claim Number: 7679<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,325.50 | | | | |
| BAKER, RUBY M<br>777 COUNTYLINE RD<br>APT24B<br>AMITYVILLE, NY 11701 | | Claim Number: 7018<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,038.46 | Scheduled: | $1,038.46  CONT | Allowed: | $1,038.46 |
| BAKER, VICKI L.<br>9919 S 2270 E<br>SANDY, UT 84092 | | Claim Number: 318<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,615.38 | Scheduled: | $4,442.31  CONT | Allowed: | $1,615.38 |

U.S. BANKRUPTCY COURT                                                                                          Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| BALARD, ROBERT W. IRA<br>OPPENHEIMER & CO CUST.<br>615 WARREN PLACE<br>ITHACA, NY 14850-3146 | | Claim Number: 6700<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $29,935.00 | | |
| BALESTRINE, JOHN ANTHONY & GEORGIA LEE<br>TRUSTEES U/A DTD 1/28/03<br>JOHN & GEORGIA TR<br>6603 STODDARD RD<br>WILMINGTON, NC 28412-3083 | | Claim Number: 5373<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $420.00 | | |
| UNSECURED | Claimed: | $25,593.41 | | |
| BALEWSKI, KELLI<br>8 FICUS ST<br>PORT JEFFERSON STATI, NY 11776 | | Claim Number: 6173<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $3,076.92 | Allowed: | $3,076.92 |
| BALFOUR, ROBIN<br>1315 N WALNUT AVE<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 931-01<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7112 (03/17/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| BALFOUR, ROBIN<br>1315 N WALNUT AVE<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 931-02<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7112 (03/17/2009) | | |
| UNSECURED | Claimed: | $32,591.62 | Allowed: | $9,050.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

BALLANCE, WILLIAM
23 ROLLING LN
LEVITTOWN, NY 11756

Claim Number: 782
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,025.00 | Scheduled: | $1,655.77  CONT | Allowed: | $1,025.00 |
|---|---|---|---|---|---|---|

BALLARINI, GIANLUCA
251 WEST 98TH STREET APT # 2B
NEW YORK, NY 10025

Claim Number: 6874
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,100.00 |
|---|---|---|

BALLERSTEIN, C.W.
7000 20TH ST. # 788
VERO BEACH, FL 32966

Claim Number: 4008
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,197.00 |
|---|---|---|

BALLO, FELIX A.
7681 ADKINS WAY
SAN DIEGO, CA 92126

Claim Number: 3401
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,004.75 |
|---|---|---|

BALSAM, JEROME M
220 EAST 54TH ST, APT 6E
NEW YORK, NY 10022-4840

Claim Number: 6990
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $12,195.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BALTES, ANGELA<br>8015 ROCKY GLEN PL<br>FORT WAYNE, IN 46815 | | Claim Number: 7368<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00  CONT | Allowed: | | $520.00 |
| BALTES, PATRICIA A.<br>910 SMITH ST.<br>UNIONDALE, NY 11553 | | Claim Number: 9354<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| PRIORITY | Claimed: | $33,865.00 | | | | | |
| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | | Claim Number: 998<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| UNSECURED | Claimed: | $2,050.00 | | | | | |
| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | | Claim Number: 1030<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $2,050.00 | | | Allowed: | | $2,050.00 |
| BAME, PAUL H. & LOIS J. TTEES<br>BAME FAMILY TRUST<br>U/A DTD 07/17/95<br>534 S. CRESCENT AVE<br>LODI, CA 95240-3941 | | Claim Number: 4818<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| BANC OF AMERICA LEASING & CAPITAL, LLC<br>PO BOX 5375<br>PRINCETON, NJ 085435375 | | Claim Number: 8660<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10087 (07/15/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,127,152.75 | | |

| BANC OF AMERICA LEASING & CAPITAL, LLC<br>C/O WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDATLANTIC DRIVE, SUITE 300S<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 10843-01<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10795 (03/25/2013) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | Allowed: | $16,632.00 |

| BANC OF AMERICA LEASING & CAPITAL, LLC<br>C/O WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDATLANTIC DRIVE, SUITE 300S<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 10843-02<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10795 (03/25/2013) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $236,665.32 | | |
| UNSECURED | Claimed: | $881,448.68 | Allowed: | $700,000.00 |

| BANC OF AMERICA SECURITIES LLC<br>ATTN: JAMIE FRAZER<br>NY1-633-28-01<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 8164-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10281 (12/14/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $230,930.44 | Allowed: | $230,930.44 |

| BANC OF AMERICA SECURITIES LLC<br>ATTN: JAMIE FRAZER<br>NY1-633-28-01<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 8164-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,725,586.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BANDA, JOHN JR.<br>PO BOX 1089<br>ALAMEDA, CA 94501-0111 | | Claim Number: 3499<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | | |
| BANDERMANN, RICK<br>3402 JULIE DR<br>CAPE GIRARDEAU, MO 63701 | | Claim Number: 3873<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,600.00 | | | | | |
| BANG, YOO JUNG (JULIA)<br>8412 NE 178TH ST<br>BOTHELL, WA 98011 | | Claim Number: 7528<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | $1,230.77 | |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>CREVE COEUR, MO 63141 | | Claim Number: 939<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $230.77 | | | | | |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>SAINT LOUIS, MO 63141 | | Claim Number: 3776<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $692.30 | Scheduled: | $461.20 CONT | Allowed: | $692.30 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| BANK OF AMERICA, N.A.<br>ATTN: SEAN A. TOBIAS<br>TX 1-492-66-01<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | | Claim Number: 8159<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10867 (09/04/2013) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,332,143.13 |
| BANK OF AMERICA, N.A.<br>ATTN: SEAN A. TOBIAS<br>TX 1-492-66-01<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | | Claim Number: 8160<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10867 (09/04/2013) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,083,282.00 |
| BANK OF AMERICA, N.A.<br>ATTN: SEAN A. TOBIAS<br>TX 1-492-66-01<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | | Claim Number: 8161<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10867 (09/04/2013) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BANK OF AMERICA, N.A.<br>ATTN: SEAN A. TOBIAS<br>TX 1-492-66-01<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | | Claim Number: 8162<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10867 (09/04/2013) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| BANK OF AMERICA, N.A.<br>ATTN ADAM D. GLASSNER<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | Claim Number: 8163<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10138 (08/19/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,667,287.20   UNLIQ | Allowed: | $24,948,738.00 |

| BANK OF AMERICA, N.A.<br>ATTN: JAY T. WAMPLER<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | Claim Number: 8165<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | | |

| BANK OF NEW YORK MEL<br>C/O RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: RUSSEL C. SILBERGLIED<br>ONE RODNEY SQUARE - 920 NORTH KING ST.<br>WILMINGTON, DE 19801 | Claim Number: 10883<br>Claim Date: 11/13/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8298 (11/13/2009) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $240,001.00 | Allowed: | $240,001.00 |

| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8607<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9552 (12/13/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8610<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | Allowed: | $184,842.00 |

| | | | | |
|---|---|---|---|---|
| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | | Claim Number: 8942<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
| BANK OF NEW YORK, THE<br>AS INDENTURE TRUSTEE<br>ATTN MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | | Claim Number: 10116<br>Claim Date: 03/18/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $18,640.00 |
| BANK OF NEW YORK, THE<br>IN VARIOUS CAPACITIES<br>ATTN MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | | Claim Number: 10117<br>Claim Date: 03/18/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $317,816.00 |
| BANK OF NEW YORK, THE AS IND TTEE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | | Claim Number: 8609<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 8298 (11/13/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | | Claim Number: 1603<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $825.00 | Allowed: | $825.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | | Claim Number: 2247<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $2,450.00 |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | | Claim Number: 2248<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $2,450.00 |
| BANNER-WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | | Claim Number: 2249<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $2,450.00 |
| BAPPERT, CHARLES K.<br>1369 OLD RIDGE RD<br>FARMVILLE, VA 23901-8337 | | Claim Number: 4035<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,407.96 |
| BAPPERT, MARY J.<br>1369 OLD RIDGE RD<br>FARMVILLE, VA 23901-8337 | | Claim Number: 4034<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,016.97 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BARAGO, JACQUELINE<br>3491 ROGER DR<br>WANTAGH, NY 11793 | | Claim Number: 524<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $3,680.77 | Scheduled: | $3,680.77 CONT | Allowed: | $3,680.77 |
| BARAGO, MICHAEL<br>4510 CHASE AVE.<br>BETHESDA, MD 20814 | | Claim Number: 559<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,453.84 | Scheduled: | $1,453.84 CONT | Allowed: | $1,453.84 |
| BARAGO, MICHELLE<br>3491 ROGER DR<br>WANTAGH, NY 11793 | | Claim Number: 525<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $971.11 | Scheduled: | $961.54 CONT | Allowed: | $971.11 |
| BARAJAS, JOHN<br>3998 SWORD DANCER WAY<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 1788<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $320.30 | Scheduled: | $320.30 CONT | | |
| BARBOSA V. DANA CAPITAL GROUP, INC.,<br>7-1724<br>WILLIAM P. COFFIN, ESQ<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | | Claim Number: 8964<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BARBOSA, EMMA Y.<br>9280 BLU STEEL WAY<br>LORTON, VA 22079 | Claim Number: 9942<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| PRIORITY          Claimed: | $9,217.80 | |
| BARBOSA, MIGUEL A.  07-CV1724<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | Claim Number: 8856<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | |
| UNSECURED          Claimed: | $255,000.00          Scheduled: | $0.00  UNLIQ |
| BARCELO, BERNADETTE M<br>1307 S SABINO DR<br>HIGLEY, AZ 85296 | Claim Number: 9746<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed: | $674.00 | |
| BARCLAYS BANK PLC,<br>ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Claim Number: 8979<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | |
| UNSECURED          Claimed: | $10,830.00   UNLIQ | |
| BARCLAYS BANK PLC, INDIV. AND AS AGENT<br>ATTN MARK MANSKI - HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | Claim Number: 8976<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | |
| UNSECURED          Claimed: | $1,770.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BARCLAYS BANK PLC, INDIV. AND AS AGENT<br>ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | | Claim Number: 8977<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| UNSECURED | Claimed: | $1,770.00   UNLIQ |
| BARCLAYS BANK PLC, INDIV. AND AS AGENT<br>ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 1016607981 | | Claim Number: 8978<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $1,770.00   UNLIQ |
| BARCLAYS BANK PLC, INDIV. AND AS AGENT<br>ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | | Claim Number: 8981<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $1,770.00   UNLIQ |
| BARCLAYS CAPITAL INC<br>ATTN MARK MANSKI - HEAD CREDIT RESTRUCT.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | | Claim Number: 8980<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $45,064,682.00   UNLIQ |
| BARKAN, IRVING<br>505 SOUTH PARKVIEW AVE.<br>APT # 406<br>COLUMBUS, OH 43209 | | Claim Number: 4658<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,940.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BARKAN, RUTH H.<br>505 SOUTH PARKVIEW AVE.<br>APT # 406<br>COLUMBUS, OH 43209 | | Claim Number: 4659<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $24,937.50 | | | |
| BARKLEY, SHANNON L.<br>12103 OAKWOOD VIEW DR APT 206<br>RALEIGH, NC 27614 | | Claim Number: 1709<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,292.00<br>$0.00 | | Allowed: | $1,292.00 |
| BARLEY REAL ESTATE APPRAISERS<br>ATTN MATHEW BARLEY<br>PO BOX 163<br>SULLIVANS ISLAND, SC 29482 | | Claim Number: 6219<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $780.00 | | Allowed: | $780.00 |
| BARLOW, HENRY<br>2148 YOUNG FARM PL<br>MONTGOMERY, AL 361063135 | | Claim Number: 2385<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
| PRIORITY<br>UNSECURED | Claimed: | Scheduled:<br>$250.00 | $250.00  CONT | Allowed: | $250.00 |
| BARLOW, MONIQUE<br>6499 S DAFFODIL WAY<br>WEST JORDAN, UT 84084 | | Claim Number: 3228<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $5,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BARLOW, MONIQUE R<br>6499 S. DAFFODIL WAY<br>WEST JORDAN, UT 84084 | | Claim Number: 2525<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $336.00 | Scheduled: | $336.00 CONT | Allowed: | | $336.00 |
| BARNES, MELISSA L.<br>18226 CAMDENHURST DR<br>GAINESVILLE, VA 20155-6242 | | Claim Number: 6044<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | | $250.00 |
| BARNETT, MITZI<br>15706 E PROGRESS CR<br>CENTENNIAL, CO 80015 | | Claim Number: 2805<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $13,460.34 | Scheduled: | $13,441.81 CONT | | | |
| BARNETT, SANDRA<br>SANDRA BARNETT LTD DB PENSION PLAN<br>PO BOX 44298<br>PHOENIX, AZ 85064 | | Claim Number: 8230<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| SECURED | Claimed: | $35,981.80 | | | | | |
| BARNETT, SANDRA & GERALD<br>THE BARNETT FAMILY TRUST<br>PO BOX 44298<br>PHOENIX, AZ 85064 | | Claim Number: 8229<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| SECURED | Claimed: | $25,238.79 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| BARNEY, IVAN L. | | | | | | |
|---|---|---|---|---|---|---|
| 3333 E BAYAUD AVE APT 202 | | Claim Number: 1535 | | | | |
| DENVER, CO 80209-2902 | | Claim Date: 10/12/2007 | | | | |
| | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT | Allowed: | $3,076.92 |

---

| BARNEY, IVAN L. | | | | | | |
|---|---|---|---|---|---|---|
| 2616 MERION HILLS COURT | | Claim Number: 1536 | | | | |
| CHARLOTTE, NC 28269 | | Claim Date: 10/12/2007 | | | | |
| | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | | | Scheduled: | $728.00 CONT | | |
| UNSECURED | Claimed: | $788.31 | Scheduled: | $788.31 CONT | | |

---

| BARNHART, EILEEN, IRA | | | | | | |
|---|---|---|---|---|---|---|
| OPPENHIEIMER & CO CUST | | Claim Number: 6762 | | | | |
| 2221 NORWEGIAN DR #9 | | Claim Date: 01/02/2008 | | | | |
| CLEARWATER, FL 33763-2958 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $23,360.00 | | | | |

---

| BARNHART, MARY TERESA | | | | | | |
|---|---|---|---|---|---|---|
| 5603 CONCORD DR | | Claim Number: 682 | | | | |
| ELDERSBURG, MD 21784 | | Claim Date: 09/12/2007 | | | | |
| | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $1,347.85 | Scheduled: | $1,347.85 CONT | Allowed: | $1,347.85 |

---

| BARONE & SONS, INC. | | | | | | |
|---|---|---|---|---|---|---|
| ATTN R. ROBERT BARONE, PRESIDENT | | Claim Number: 3854 | | | | |
| 4701 BAPTIST ROAD | | Claim Date: 11/30/2007 | | | | |
| PITTSBURGH, PA 15227 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,925.00 | | | Allowed: | $4,925.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BARONI, DIANA M.<br>14 JAY DRIVE<br>RANDOLPH, NJ 07869 | | Claim Number: 3969<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,450.50 | | | | |
| BARR, EDNA<br>1122 NORFOLK RD<br>LIVERMORE, CA 945511817 | | Claim Number: 1385<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $100,000.00   UNLIQ | | | | |
| BARR, EDNA<br>ROBERT CIRELL & DOES 1-20  107CV092129<br>TIMOTHY B. BRODERICK<br>2600 EL CAMINO REAL, SUITE 506<br>PALO ALTO, CA 94306 | | Claim Number: 2133<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| ADMINISTRATIVE | | | | | Allowed: | $3,000.00 |
| UNSECURED | Claimed: | $100,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ | | |
| BARRAZA, RAFAEL<br>525 VICTORIA ST APT # 55<br>COSTA MESA, CA 92627 | | Claim Number: 1576<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6611 (11/21/2008) | | | | |
| SECURED | Claimed: | $222.00 | | | | |
| BARRERAS, DESIREE M<br>10912 ARBOR RIDGE DR<br>TAMPA, FL 33624 | | Claim Number: 2794<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,523.09 | Scheduled: | $1,523.09  CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BARRETT, ELISABETH R.<br>3244 CAMBRIDGE CT<br>FAIRFAX, VA 22030 | | Claim Number: 9543<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,810.99   UNLIQ | | | | | |
| BARRETT, JAMES<br>1467 THIES DR<br>PASADENA, MD 21122 | | Claim Number: 927<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $7,384.62 | Scheduled: | $7,384.62  CONT | Allowed: | $7,384.62 |
| BARRETT, PAULA M<br>6 BEDFORD AVE<br>FREEPORT, NY 11520 | | Claim Number: 9082<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54  CONT | Allowed: | $961.54 |
| BARRETT, THOMAS & DORE<br>322 W. ADAMS<br>VILLA PARK, IL 60181 | | Claim Number: 5269<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $933.75 | | | | | |
| BARRETT, WILLIAM<br>17716 HIGH ST.<br>ANNA, OH 45302 | | Claim Number: 4000<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

Claim Number: 270
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,365.39 | | | Allowed: | $3,365.39 |
|---|---|---|---|---|---|---|

BARRETT-SNYDER, RICHARD
43 HENRY ST
MERRICK, NY 11566

Claim Number: 9682
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8098 (09/25/2009)

| PRIORITY | Claimed: | $6,730.76 | Scheduled: | $6,730.76 CONT | Allowed: | $4,567.37 |
|---|---|---|---|---|---|---|

BARRETTE, JOHN S
731 EAST MARY LN
OAK CREEK, WI 53154

Claim Number: 5554
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $88.00 | | | | |
|---|---|---|---|---|---|---|

BARRINGTON TOWN
JOANN S KRUPSKI
DEPUTY TAX COLLECTOR
41 PROVINCE
BARRINGTON, NH 03825

Claim Number: 9502
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

BARRY ASSOC
ATTN BARRY KURT
1907 HWY 35
OAKHURST, NJ 07755

Claim Number: 7353
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

BARRY HABIB
ATTN BARRY HABIB, CEO
1000 STERLING RIDGE
COLTS NECK, NJ 07722

Claim Number: 3970
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $4,500.00 | Allowed: | $4,500.00 |

BARRY, KATELYN R.
11019 HARVEST DANCE WAY
SAN DIEGO, CA 92127

Claim Number: 5616
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $11,851.98 | | |

BARSA CONSULTING GROUP
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9819
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 | | |

BARSA CONSULTING GROUP, LLC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 615
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $114,180.39 | Allowed: | $114,180.39 |

BARSA CONSULTING GROUP, LLC
1 GRAHAM CT
RYE, NY 10580-1600

Claim Number: 9818
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $114,180.39 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BARSA CONSULTING GROUP, LLC<br>1 GRAHAM CT<br>RYE, NY 10580-1600 | | Claim Number: 9820<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $114,180.39 | | | |
| BARSA COUNSULTING GROUP<br>2900 WESTCHESTER AVE<br>PURCHASE, NY 10577 | | Claim Number: 9817<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $114,180.39 | | | |
| BARSA SYSTEMS DISTRIBUTION INC<br>1 GRAHAM CT<br>RYE, NY 10580-1600 | | Claim Number: 9821<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $3,405.39 | |
| BARSEL, JANET<br>7058 AYRSHIRE LANE<br>BOCA RATON, FL 33496 | | Claim Number: 6310<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $16,424.85 | | | |
| BARSEL, JANET AND STEVEN SCHAFFER<br>JT TEN<br>7058 AYRSHIRE LANE<br>BOCA RATON, FL 33496 | | Claim Number: 6311<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $28,899.90 | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BARTA, JOHN J.<br>1530 E LONGVIEW DR<br>APT #2<br>APPLETON, WI 54911-2380 | | Claim Number: 3474<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,238.00 | | | | |
| BARTELS, PATRICIA<br>121 FOUNTAIN DR<br>YORK, PA 17402-9118 | | Claim Number: 7432<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,619.44 | | | | |
| BARTLETT, C. SCOTT JR.<br>36 BELTED KINGFISHER LN<br>RICHMOND HILL, GA 31324-4355 | | Claim Number: 5451<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,770.00 | | | | |
| BARTLETT, CAROL P. & WILLIAM L.<br>5922 SUGAR BUSH DR<br>LA FAYETTE, NY 13084 | | Claim Number: 4032<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT | | |
| BARTLETT, CATHY<br>1730 LONG RIDGE ST<br>CHULA VISTA, CA 91913 | | Claim Number: 1158<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,961.80 | Scheduled: | $1,643.32 CONT | Allowed: | $1,961.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BARTLOW, GAIL ROTH IRA<br>2741 GOLF MEADOWS CT<br>SIMI VALLEY, CA 93063 | | Claim Number: 5178<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $800.00 |

| | | |
|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1226<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350,000.00 |

| | | |
|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1227<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,050.00 |

| | | |
|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1906<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 9389 (10/29/2010) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $64,050.00 | Allowed: | $75,000.00 |

| | | |
|---|---|---|
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1909-01<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 9389 (10/29/2010) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Allowed: | $2,264.22 |
| UNSECURED | Claimed: | $2,264.22 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 1909-02<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 9389 (10/29/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $347,735.78 | | Allowed: | $347,735.78 |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 6924<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9389 (10/29/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$8,077.37 | | | |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 6930<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 9389 (10/29/2010) | | | |
| UNSECURED | Claimed: | $1,706.08 | | Allowed: | $1,706.08 |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 7828<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $289.95 | | | |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 7829<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $225.00 | | | |

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 7910<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $322.20 | | |
| BARTOLOTTA, JOSEPH W.<br>23 HIGH RIDGE RD<br>WARWICK, NY 10990 | | Claim Number: 8156<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 9389 (10/29/2010) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $8,685.78 | Allowed: | $8,685.78 |
| BARTON, ANNE<br>40 NEWPORT DR.<br>NANUET, NY 10954 | | Claim Number: 8634<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,930.67 | | |
| BARTOSZKIEWICZ, RON E.<br>P.O. BOX 14607<br>SPRINGFIELD, MO 65814-607 | | Claim Number: 6303<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $16,858.00 | | |
| BARTOSZKIEWICZ, RON E.<br>P.O. BOX 14607<br>SPRINGFIELD, MO 65814-607 | | Claim Number: 6304<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $151,647.50 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BARTOZ, NORMAN TTEE<br>BAROTZ, MADELAINE TTEE<br>ERNEST MORRIS TRUST<br>1556 THIRD AVE # 403<br>NEW YORK, NY 10128-3106 | | Claim Number: 2850<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $760.79 | | | |
| UNSECURED | Claimed: | $51,753.91 | | | |
| BARVINEK APPRAISAL SERVICE<br>ATTN JAMES J. BARVINEK, OWNER<br>PO BOX 11115<br>CEDAR RAPIDS, IA 52410 | | Claim Number: 3186<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
| BARWICK, RANDAL J.<br>408 RYAN AVE<br>BURLINGTON, WI 53105 | | Claim Number: 305-01<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8097 (09/25/2009) | | | |
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $5,000.00 |
| BARWICK, RANDAL J.<br>408 RYAN AVE<br>BURLINGTON, WI 53105 | | Claim Number: 305-02<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8097 (09/25/2009) | | | |
| UNSECURED | Claimed: | $9,050.00 | | Allowed: | $15,000.00 |
| BARWICK, RANDALL J.<br>408 RYAN AVE<br>BURLINGTON, WI 53105 | | Claim Number: 314<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,185.21 | | | |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

| | | |
|---|---|---|
| BASHA, JAASMINE O.<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021-5209 | | Claim Number: 7848<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,618.00 |
| BASHA, JASMINE<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | | Claim Number: 10394<br>Claim Date: 05/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $26,618.00 |
| BASHA, SOUAD<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | | Claim Number: 7926<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,087.00 |
| BASHA, SOUAD<br>4916 BUCHANAN ST<br>HOLLYWOOD, FL 33021 | | Claim Number: 10393<br>Claim Date: 05/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $24,087.00<br>$24,087.00<br>$24,087.00 |
| BASKERVILLE, DEBORAH<br>1490 GAYLORD TERRACE<br>TEANECK, NJ 07666 | | Claim Number: 8428<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,345.33 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BASRAI, DURRIYA
12 WINDSOR CT
STREAMWOOD, IL 60107

Claim Number: 5985
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,115.38 | Scheduled: | $3,426.92 CONT | Allowed: | $3,115.38 |

---

BASS, K. BRYAN AND NANCY J.
196 MARINERS WAY
MOYOCK, NC 27958

Claim Number: 7672
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,321.00 |

---

BASSEWITZ, DORICE
1002 BRADFORD PLACE
WEST DES MOINES, IA 50266

Claim Number: 6727
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,891.60 |

---

BASSEWITZ, DORICE
1002 BRADFORD PLACE
WEST DES MOINES, IA 50266

Claim Number: 6728
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,590.40 |

---

BASSLER, DANA P
160 COTTAGE ST
NORWOOD, MA 02062

Claim Number: 6511
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $440.00 | Scheduled: | $440.00 CONT | Allowed: | $440.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BATEMAN, LAURA
15970 S WILSON RD.
OREGON CITY, OR 97045

Claim Number: 7438
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $657.69 | Scheduled: | $657.69 CONT | Allowed: | $657.69 |
|----------|----------|---------|------------|--------------|----------|---------|

BATES, ARBIE
3848 HWY 63
BLACK ROCK, AR 72415

Claim Number: 7630
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

BATTISTA, GINO A.
274 POSSUM REST DRIVE
BURNSVILLE, NC 28714

Claim Number: 5105
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,903.99 |
|-----------|----------|-----------|

BATTISTA, GINO A.
274 POSSUM REST DRIVE
BURNSVILLE, NC 28714

Claim Number: 5137
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,805.99 |
|-----------|----------|-----------|

BATTISTA, GINO A.
274 POSSUM REST DRIVE
BURNSVILLE, NC 28714

Claim Number: 5138
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,772.39 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BATTISTINI, JOHN JR. & LOIS
131 CUMBERLAND AVE.
ESTELL MANOR, NJ 08319

Claim Number: 5375
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,550.00 | | |

---

BATTLE CRK AREA ASSOC REALTORS
ATTN MELISSA J. ELDRIDGE/ACCT-MEMB. MGR.
214 CAPITAL AVE NE
BATTLE CREEK, MI 49017

Claim Number: 3326
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $306.18 | | Allowed: | $306.18 |

---

BAUBLITZ, BARBARA
2529 WESTMINSTER DR
YORK, PA 17408

Claim Number: 386
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,387.08 | Scheduled: | $1,387.08 CONT | Allowed: | $1,387.08 |

---

BAUDER, CHRISTINE
140 PINNACLE RD
OCEAN CITY, NJ 082264559

Claim Number: 8891
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,000.00 |

---

BAUDER, GEORGE
140 PINNACLE RD
OCEAN CITY, NJ 082264559

Claim Number: 8895
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BAUDER, GEORGE AND CHRISTINE<br>140 PINNACLE RD<br>OCEAN CITY, NJ 082264559 | | Claim Number: 8893<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $14,832.00 |
| BAUER, EDDIE C.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 9635<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BAUMBACH, JACKSON<br>1730 BECKLEY DR<br>NEW CUMBERLND, PA 170701463 | | Claim Number: 6358<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $9,944.10 |
| BAUMGARTEN, JESSICA<br>114 VICTORY DRIVE<br>JUPITER, FL 33477 | | Claim Number: 6399<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,260.35 |
| BAUTISTA, REBECCA (BECKY)<br>3555 37TH ST.<br>APT. A<br>SAN DIEGO, CA 92105 | | Claim Number: 5802<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
| PRIORITY | Claimed: | $715.37      Scheduled:      $715.37  CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BAXTER, PATRICIA L.<br>3010 ELKDALE DRIVE<br>CHARLESTON, WV 25302 | | Claim Number: 6907<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $17,648.64 | | | |
| UNSECURED | Claimed: | $17,648.64 | | | |
| TOTAL | Claimed: | $17,648.64 | | | |
| BAY APPRAISERS, LLC<br>ATTN STEVE T. SEWELL<br>3207 INTERNATIONAL DRIVE, SUITE R<br>MOBILE, AL 36606 | | Claim Number: 1874<br>Claim Date: 11/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |
| BAY COUNTY<br>PEGGY BRANNON, TAX COLLECTOR<br>PO BOX 2285<br>PANAMA CITY, FL 32402 | | Claim Number: 4089<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| SECURED | Claimed: | $15,109.05 | | | |
| BAY COUNTY ASSOC OF REALTORS<br>1123 HARRISON AVENUE<br>PANAMA CITY, FL 32401 | | Claim Number: 2819<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $375.00 | |
| BAYLEY, HAIDAI T.<br>1223 W. SWAIN RD<br>STOCKTON, CA 95207 | | Claim Number: 5955<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $8,051.90 | | | |
| SECURED | Claimed: | $950.95 | | | |
| UNSECURED | Claimed: | $7,100.95 | | | |
| TOTAL | Claimed: | $8,051.90 | | | |

U.S. BANKRUPTCY COURT                                                                                          Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BAYLEY, HAIDAI TSAI<br>1223 W. SWAIN RD<br>STOCKTON, CA 95207 | | Claim Number: 5956<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,559.98 | | | | |
| SECURED | Claimed: | $949.99 | | | | |
| UNSECURED | Claimed: | $1,609.99 | | | | |
| TOTAL | Claimed: | $2,559.98 | | | | |
| BAYWOOD VALUATION, LLC<br>ATTN FREDERICK COPE<br>59 KENNEBUNK RD<br>ALFRED, ME 04002 | | Claim Number: 1255<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,025.00 | | | Allowed: | $2,025.00 |
| BEACH, BRETT<br>11544 SE LINCOLN CT<br>PORTLAND, OR 97216-3653 | | Claim Number: 6741<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT | Allowed: | $807.69 |
| BEACON APPRAISAL COMPANY INC<br>ATTN CHRIS KARAGEARGE, PRESIDENT<br>PO BOX 6370<br>SCARBOROUGH, ME 04070-6370 | | Claim Number: 1910<br>Claim Date: 11/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,550.00 | | | | |
| BEACON APPRAISAL COMPANY INC<br>ATTN K. CHRIS KARAGEORGE, PRESIDENT<br>PO BOX 6370<br>SCARBOROUGH, ME 04070 | | Claim Number: 2239<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,935.00 | | | Allowed: | $1,935.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BEACON APPRAISAL SERVICE, INC
PO BOX 86
SOUTH BOSTON, MA 02127-0005

Claim Number: 2167
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | | Allowed: | $275.00 |

BEAL, V. & W. TTEE
VIRGINIA BEAL AND WALTER BEAL
73464 LITTLE BEND TRAIL
PALM DESERT, CA 92260-6102

Claim Number: 3385
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,832.00 |

BEAL, WALTER EDWIN
73464 LITTLE BEND TRAIL
PALM DESERT, CA 92260-6102

Claim Number: 3384
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,274.00 |

BEALL, CAROL A.
1918 CAMBRIDGE DR
CROFTON, MD 21114

Claim Number: 1019
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $898.51 | Scheduled: | $898.51 CONT | Allowed: | $898.51 |

BEALL, LAURA A.
11002 BLUE ROAN RD
OAKTON, VA 22124

Claim Number: 9845
Claim Date: 01/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $525,000.00 |

---

U.S. BANKRUPTCY COURT                                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BEAMSLEY, JOHANNA
711 SOUTH MAIN # A211
SYCAMORE, IL 60178

Claim Number: 8324
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT | Allowed: | $420.00 |

---

BEAR STEARNS INTERNATIONAL LIMITED
ATTN GERALD J RUSSELLO
C/O BEAR STEARNS & CO. INC.
320 PARK AVENUE
NEW YORK, NY 10022

Claim Number: 9026
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 10792 (03/12/2013)

| UNSECURED | Claimed: | $386,500.00   UNLIQ CONT |

---

BEAR STEARNS MORTGAGE CAPITAL CORP.
ATTN GERALD J RUSSELLO
C/O BEAR STEARNS & CO. INC.
320 PARK AVENUE
NEW YORK, NY 10022

Claim Number: 9020
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10792 (03/12/2013)

| UNSECURED | Claimed: | $3,371,600.00 | | | Allowed: | $1,500,000.00 |

---

BEAR STEARNS MORTGAGE CAPITAL CORP.
ATTN GERALD J RUSSELLO
C/O BEAR STEARNS & CO. INC.
320 PARK AVENUE
NEW YORK, NY 10022

Claim Number: 9021
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 10792 (03/12/2013)

| UNSECURED | Claimed: | $3,371,600.00 | | | Allowed: | $1,500,000.00 |

---

BEAR STEARNS MORTGAGE CAPITAL CORP.
ATTN GERALD J RUSSELLO
C/O BEAR STEARNS & CO. INC.
320 PARK AVENUE
NEW YORK, NY 10022

Claim Number: 9022
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: ALLOWED
DOCKET: 10792 (03/12/2013)

| UNSECURED | Claimed: | $3,371,600.00 | | | Allowed: | $1,500,000.00 |

---

U.S. BANKRUPTCY COURT                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BEAR, STEARNS & CO. INC.                    Claim Number: 9027
ATTN GERALD J RUSSELLO                      Claim Date: 01/11/2008
320 PARK AVENUE                             Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
NEW YORK, NY 10022                          Comments: DOCKET: 10297 (01/03/2012)

| UNSECURED | Claimed: | $162,165.00 | | |
|---|---|---|---|---|

BEAR, STEARNS & CO. INC.                    Claim Number: 9028
ATTN GERALD J RUSSELLO                      Claim Date: 01/11/2008
320 PARK AVENUE                             Debtor: AMERICAN HOME MORTGAGE CORP
NEW YORK, NY 10022                          Comments: DOCKET: 10297 (01/03/2012)

| UNSECURED | Claimed: | $421,133.00 | | |
|---|---|---|---|---|

BEARDEN APPRAISAL SERVICE INC              Claim Number: 5103
ATTN JIM BEARDEN / OWNER                   Claim Date: 12/10/2007
PO BOX 676                                 Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
ROGERS, AR 72757                           Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $775.00 | Allowed: | $775.00 |
|---|---|---|---|---|

BEAUFORT COUNTY, SOUTH CAROLINA            Claim Number: 3054
BEAUFORT COUNTY TRE                        Claim Date: 11/23/2007
POB DRAWER 487                             Debtor: AMERICAN HOME MORTGAGE CORP
BEAUFORT, SC 29901-0487                    Comments: PAID

| PRIORITY | | | Scheduled: | $350.45  DISP CONT | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $580.70 | | | Allowed: | $580.70 |

BEAULIEU, GERALD & PATRICIA                Claim Number: 4555
119 ASPEN CT.                              Claim Date: 12/05/2007
WOODSTOCK, GA 30188-1781                   Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
                                           Comments: EXPUNGED
                                           DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUMONT TITLE<br>ATTN RUBY MARTIN, L.O.<br>3195 DOWLEN RD # 108<br>BEAUMONT, TX 77706 | | Claim Number: 1292<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| PRIORITY | Claimed: | $1,478.75 | | | | | |
| UNSECURED | Claimed: | $1,478.75 | | | | | |
| TOTAL | Claimed: | $1,478.75 | | | | | |
| BEAVERS CONSTRUCTIONS<br>ATTN RONNIE BEAVERS, OWNER<br>1516 GLENDALE HODGENVILLE RD<br>GLENDALE, KY 42740 | | Claim Number: 922<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,700.00 | Scheduled: | $11,700.00 | Allowed: | $11,700.00 |
| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | | Claim Number: 3592<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $2,496.00 | | | | | |
| BEBENEK, ZDZISLAW<br>29 VAN DAM ST<br>BROOKLYN, NY 11222 | | Claim Number: 10698<br>Claim Date: 03/30/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | | |
| UNSECURED | Claimed: | $2,496.00 | | | | | |
| BECKER, DONALD G. JR.<br>P.O. BOX 51208<br>MIDLAND, TX 79710 | | Claim Number: 4483<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $1,450.00 | | | | | |
| UNSECURED | Claimed: | $1,450.00 | | | | | |
| TOTAL | Claimed: | $1,450.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BECKER, JOHN R.<br>6807 GREENLAWN RD.<br>LOUISVILLE, KY 40222 | | Claim Number: 4301<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| PRIORITY | Claimed: | $23,471.29 |
| UNSECURED | Claimed: | $23,471.29 |
| TOTAL | Claimed: | $23,471.29 |
| BECKER, ROBERT A.<br>175 MOUNT VERNON STREET<br>RIDGEFIELD PARK, NJ 07660 | | Claim Number: 7157<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,296.98 |
| BECKER, ROBERT C.<br>13 THE TRILLIUM<br>PITTSBURGH, PA 15238-1929 | | Claim Number: 3718<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,744.95 |
| UNSECURED | Claimed: | $22,744.95 |
| TOTAL | Claimed: | $22,744.95 |
| BECKLEY, RICHARD D.<br>830 SANDERS RD<br>SOUTHPORT, NC 28461-9777 | | Claim Number: 3931<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,571.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BECKMAN, DENISE<br>274 OLD COMMACK RD<br>KINGS PARK, NY 11754 | | Claim Number: 10768<br>Claim Date: 04/22/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) | | | | |
| PRIORITY | Claimed: | $1,192.31 | Scheduled: | $1,192.31  CONT | | |
| BECKMANN, JENNIFER<br>105 QUEEN STREET<br>BAY SHORE, NY 11706 | | Claim Number: 443<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,010.10 | Scheduled: | $1,010.10  CONT | Allowed: | $1,010.10 |
| BEE APPRAISAL SERVICE<br>18214 104 AV NE<br>BOTHELL, WA 98011 | | Claim Number: 2704<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |
| BEE, ROBERT M. & MARGOT JT TEN<br>3819 LOG CABIN RD<br>CLINTON, WA 98236-9333 | | Claim Number: 7148<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $15,146.62 | | | | |
| BEED, DONNIE<br>6527 REEFTON AVE<br>CYPRESS, CA 90630 | | Claim Number: 10280<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| SECURED | Claimed: | $86,500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BEEKMAN, SYLVIA
9311 NW 31ST PLACE
SUNRISE, FL 33351

Claim Number: 5297
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,614.87 |
|---|---|---|

---

BEERY, NANCY L
8531 KILLEEN RUN
FORT WAYNE, IN 46835

Claim Number: 5631
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT | Allowed: | $969.23 |
|---|---|---|---|---|---|---|

BEHAN BROWNING GROUP
400 AVENIDA DE PALMAS
TUCSON, AZ 85716

Claim Number: 1207
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $22,580.00 | Scheduled: | $11,020.00 |
|---|---|---|---|---|

BEINBRECH, WILLIAM C. IRA
3254 LAUREL RIDGE CIR
RIVIERA BEACH, FL 33404-1841

Claim Number: 9292
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,120.40 |
|---|---|---|

---

BEINBRECH, WILLIAM C. ROTH IRA
3254 LAUREL RIDGE CIR
RIVIERA BEACH, FL 33404-1841

Claim Number: 9293
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,477.21 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BEISINGER, LARRY E.<br>PO BOX 461<br>GREENWOOD, IN 46142-0461 | | Claim Number: 7723<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $315,071.00 |
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4636 IWAENA LOOP<br>KAPAA, HI 96746 | | Claim Number: 936<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $1,800.00 |
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4636 IWAENA LOOP<br>KAPAA, HI 96746 | | Claim Number: 937<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $500.00 |
| BELANSKY, GAIL K. IRA<br>601 E. DEL MAR BLVD # 206<br>PASADENA, CA 91101-2889 | | Claim Number: 4538<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,142.00 |
| BELCHER, LOREATHA<br>6073 CAPRICE DRIVE<br>JACKSONVILLE, FL 32244 | | Claim Number: 10180<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $25,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BELINSKI, JOHN<br>527 CASSANDRA LN<br>LAKELAND, FL 33809 | | Claim Number: 9610<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,630.95 |
| BELKIN, ALAN TTEE<br>ALAN & KAREN BELKIN TRUST DTD 3/05/1999<br>1754 ORCHARD WOOD RD.<br>ENCINITAS, CA 92024 | | Claim Number: 7192<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,126.81 |
| BELL, CHARLES RAY<br>PO BOX 363<br>BRENTWOOD, TN 37024 | | Claim Number: 8266<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $182,612.00 |
| BELL, DENNIS B.<br>5153 CHESTNUT COURT<br>WOODSTOCK, GA 30188 | | Claim Number: 8742<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,245.00 |
| BELL, DONALD W & CAROLYN S, TTEES<br>BELL FAMILY TRUST<br>U/A 11/20/98<br>3571 VIGILANCE DR<br>PALOS VERDES ESTATES, CA 90275 | | Claim Number: 9298<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,478.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BELL, IRENE H.<br>608 HDUSON AVE<br>PITMAN, NJ 08071-2014 | | Claim Number: 3119<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $210.09 |
|---|---|---|

| | | |
|---|---|---|
| BELL, MARY P.<br>18 E FERRY DR<br>ATLANTA, GA 30318 | | Claim Number: 6657<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| PRIORITY | Claimed: | $42,200.00 |
|---|---|---|

| | | |
|---|---|---|
| BELL, TERESA A.<br>9032 W HATCHER RD<br>PEORIA, AZ 85345 | | Claim Number: 851<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) |

| PRIORITY | Claimed: | $1,076.93 | Scheduled: | $1,076.93  CONT | Allowed: | $1,076.93 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BELLA, THERESA DELLA<br>29 BLUE RIDGE DRIVE<br>MEDFORD, NY 11763 | | Claim Number: 6084<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,440.09 |
|---|---|---|

| | | |
|---|---|---|
| BELLEZZA, LEONARD<br>4697 SE WATERFORD DR<br>STUART, FL 34997 | | Claim Number: 9416<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $357,132.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BELLEZZA, VALERIE<br>56 VINEYARD CT<br>MONROE TWP, NJ 08831-5303 | | Claim Number: 7821<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,277.95 |
| BELLMAN, THOMAS J.<br>4313 MINUTE MAN DRIVE<br>CINCINNATI, OH 45245 | | Claim Number: 4676<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $12,524.55 |
| BELLMAN, THOMAS J.<br>4313 MINUTE MAN DRIVE<br>CINCINNATI, OH 45245 | | Claim Number: 4679<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $12,524.55 |
| BELLMAN, THOMAS J.<br>4313 MINUTE MAN DRIVE<br>CINCINNATI, OH 45245 | | Claim Number: 6214<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,524.55 |
| BELLPORT, BARRY<br>3484 SPRINGMILL COURT<br>LAFAYETTE, CA 94549-2333 | | Claim Number: 7731<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BELLSOUTH TELECOM DBA AT&T S.E.<br>ATTN LINDA GOODIN<br>AT&T ACCOUNTS RECEIVABLE<br>220 SOUTH ST RM 317<br>GASTONIA, NC 28052 | | Claim Number: 1108<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,004.91 | | | | |
| BELLSOUTH TELECOM DBA AT&T S.E.<br>ATTN LINDA GOODIN<br>AT&T ACCOUNTS RECEIVABLE<br>220 SOUTH ST RM 317<br>GASTONIA, NC 28052 | | Claim Number: 1109<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $199.00 | | | Allowed: | $199.00 |
| BELLSOUTH TELECOMMUNICATIONS, INC.<br>ATTN LINDA GOODIN<br>220 SOUTH ST. ROOM 317<br>GASTONIA, NC 28052 | | Claim Number: 1763<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $43,565.94 | | | | |
| BELLSOUTH TELECOMMUNICATIONS, INC.<br>ATTN LINDA GOODIN<br>220 SOUTH ST. ROOM 317<br>GASTONIA, NC 28052 | | Claim Number: 1936<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| UNSECURED | Claimed: | $45,980.23 | | | Allowed: | $45,980.23 |
| BELMER, AARON<br>505 SOUTH GORE AVE<br>SAINT LOUIS, MO 63119 | | Claim Number: 89<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $490.38 | Scheduled: | $490.38 CONT | Allowed: | $490.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BELMER, AARON<br>3101 WISMER AVE<br>ST. LOUIS, MO 63114 | | Claim Number: 2499<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

| | | |
|---|---|---|
| BELMONT, BARBARA E.<br>14029 PALISADES AVE.<br>HUNTLEY, IL 60142 | | Claim Number: 4291<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $27,954.00 |
|---|---|---|

| | | |
|---|---|---|
| BELOTE, JAMES<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 9289<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,646.00 | Scheduled: | $8,819.10 CONT |

| | | |
|---|---|---|
| BELOTE, JAMES P (JIM)<br>2429 WINDWARD SHORE DR<br>VIRGINIA BEACH, VA 23451-1752 | | Claim Number: 9287-01<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| BELOTE, JAMES P (JIM)<br>2429 WINDWARD SHORE DR<br>VIRGINIA BEACH, VA 23451-1752 | | Claim Number: 9287-02<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $7,840.47 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BELOTE, JAMES P (JIM)<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 9288<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$19,459.84 | | | | |
| BELOTE, JAMES P.<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 1957<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$12,646.00 | | | | |
| BELTRAN, MAGDALENA (MAGGIE)<br>1147 W GARDENA BLVD<br>GARDENA, CA 902474823 | | Claim Number: 7708<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $1,624.61  CONT | | |
| BELTRAN, MAGDALENA (MAGGIE)<br>1040 EAST WASHINGTON<br>BLVD NUM 24<br>ESCONDIDO, CA 92027 | | Claim Number: 7786<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT | Allowed: | $923.08 |
| BELTRAN, RYAN<br>1650 LEWIS RD<br>MERRICK, NY 11566 | | Claim Number: 1546<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.75  CONT | Allowed: | $1,923.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

BEN-ZVI & ASSOCIATES
HENRY BEN-ZVI
3231 OCEAN PARK BLVD., SUITE 212
SANTA MONICA, CA 904053

Claim Number: 7095
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $70.00 | | | Allowed: | $70.00 |
|---|---|---|---|---|---|---|

BENCHMARK APPRAISALS AND BROKERAGE
NANCY C WHITEHORN
PO BOX 80518
CHARLESTON, SC 29416-0518

Claim Number: 748
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

BEND STORAGE & TRANSFER INC
ATTN DARCY LEE LYNCH
2350 N E 2ND ST
BEND, OR 97701

Claim Number: 3282
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,428.75 | Scheduled: | $1,428.75 | | |
|---|---|---|---|---|---|---|

BENEBIG, PATRICIA
225 ETHEL LANE # 6
CLARKSVILLE, IN 47129-1800

Claim Number: 7892
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,054.89 | | | | |
|---|---|---|---|---|---|---|

BENEDICKTUS & ASSOCIATES
745 FORT STREET MALL STE 316
HONOLULU, HI 968133803

Claim Number: 2966
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $365.00 | | | Allowed: | $365.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BENEVENTANO, LOIS<br>46 NICOLE PL<br>WEST BABYLON, NY 117045700 | | Claim Number: 458<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $5,173.63 | | | | | |
| BENEVENTANO, LOIS<br>46 NICOLE PL<br>WEST BABYLON, NY 11704-5700 | | Claim Number: 489<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,692.31 | Scheduled: | $1,692.31 CONT | Allowed: | $1,692.31 |
| BENEVENTANO, LOIS<br>PO BOX 62<br>EAST MEADOW, NY 11554 | | Claim Number: 5865<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $5,173.63 | | | | | |
| BENNER, DORIS M.<br>205 E JOPPA RD  #806<br>TOWSON, MD 21286 | | Claim Number: 6132<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| SECURED | Claimed: | $60.00 | | | | | |
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | | Claim Number: 4870<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,381.69 | Scheduled: | $1,381.69 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | | Claim Number: 4871<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT | Allowed: | | $865.38 |
| BENNETT, DOUGLAS E.<br>225 FANNIN<br>HEWITT, TX 76643 | | Claim Number: 5088<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,409.05 | | | | | |
| BENNETT, JASON D.<br>5915 SANDY PINE CT<br>SPRING, TX 77379 | | Claim Number: 5531<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |
| BENNETT, MICHELLE<br>6912 NORDALE DR<br>FORT WAYNE, IN 46804 | | Claim Number: 91<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| PRIORITY | Claimed: | $430.76 | | | | | |
| BENNETT, MICHELLE<br>6912 NORDALE DRIVE<br>FORT WAYNE, IN 46804 | | Claim Number: 6081<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77  CONT | Allowed: | | $430.77 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BENNETT, PETER<br>1532 PASEO AVE<br>LA VERNE, CA 91750 | | Claim Number: 970<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2,745.60 | Scheduled: | $239.96  CONT | Allowed: | $2,745.60 |
| BENNING, MELANIE TINNES<br>834 CHESTNUT ST APT 525<br>PHILADELPHIA, PA 19107-5137 | | Claim Number: 9857<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $250.00 | | | | |
| BENOIT, EDMOND<br>912 WOLF CREEK ST<br>CLERMONT, FL 34711-6742 | | Claim Number: 4430<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $3,081.00 | | | | |
| BENSON & ASSOCIATES<br>ATTN SUSAN BENSON, OWNER<br>PO BOX 21515<br>LITTLE ROCK, AR 72221 | | Claim Number: 2426<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
| BENSON, LYLE B.<br>5319 E. POPFLY PLACE<br>SIOUX FALLS, SD 57110 | | Claim Number: 3388<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $3,150.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BENTIVEGNA, DOM<br>446 LARCHWOOD RD<br>SPRINGFIELD, PA 19064 | Claim Number: 7778<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $14,619.44 |
| BENTON CO. TAX COLLETOR<br>215 E CENTRAL, ROOM 101<br>BENTONVILLE, AR 72712 | Claim Number: 10425<br>Claim Date: 06/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | |
| PRIORITY | Claimed: | $1,711.38 |
| BENTON COUNTY<br>ATTN DONNA J. HART, COLLECTOR<br>P.O. BOX 428<br>WARSAW, MO 65355 | Claim Number: 2607<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED | Claimed: | $1,716.43 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BENTON COUNTY<br>ATTN SHERRY C. BEASLEY, TRUSTEE<br>1 COURT SQUARE<br>RM # 103<br>CAMDEN, TN 38320 | | Claim Number: 4784<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $21.00 | Scheduled: | $99.32  DISP CONT | Allowed: | | $21.00 |

| | | |
|---|---|---|
| BERARDUCCI, ROBERT<br>1869 DEVONSHIRE DR NW<br>CANTON, OH 44708 | Claim Number: 8212<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| SECURED | Claimed: | $308.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BERENSON, PAUL J. & SUSAN M. JT WROS<br>36 MADISON LN. S.<br>NEWPORT NEWS, VA 23606 | Claim Number: 7185<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $24,305.26 |
|---|---|---|

| | | |
|---|---|---|
| BERG APPRAISAL SERVICES, P.C.<br>BECKY LASSITER<br>211 W. 9TH AVE.<br>SPOKANE, WA 99204 | Claim Number: 1803<br>Claim Date: 10/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $2,209.00 |
|---|---|---|

| | | |
|---|---|---|
| BERG, LAURIE<br>1460 PEBBLE COURT<br>YUBA CITY, CA 95993 | Claim Number: 2040<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | |

| PRIORITY | Claimed: | $1,380.00 | Scheduled: | $1,651.22  CONT | Allowed: | $1,380.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BERGER, ALVIN S<br>7599 GLENDEVON LN #1505<br>DELRAY BEACH, FL 33446 | Claim Number: 8866<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $7,483.00 |
|---|---|---|

| | | |
|---|---|---|
| BERGER, BESSIE R.<br>1 KATERINA<br>UNION, MO 63084 | Claim Number: 9644<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $7,433.35 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BERGER, CAROL D.<br>3 BRATTLE COURT<br>GAITHERSBURG, MD 20877 | | Claim Number: 3068<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BERGER, CHARLES L.<br>7408 E. SYCAMORE ST<br>EVANSVILLE, IN 47715 | | Claim Number: 7502<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $32,395.00 |
| BERGERON, RONALD J.<br>C/O COREY W. HAUGLAND<br>JAMES & HAUGLAND, P.C.<br>609 MONTANA AVENUE<br>EL PASO, TX 79902 | | Claim Number: 7569<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $196,766.46 |
| BERGMEIER, CLAYTON DEAN & DONNA JEAN<br>DEBRA ANN LABBEE<br>P.O. BOX 2622<br>POCATELLO, ID 83206 | | Claim Number: 5382<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,221.65 |
| BERGNER, DANIEL J.<br>680 WESTON RIDGE PARKWAY<br>CHASKA, MN 55318 | | Claim Number: 6160<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) |
| UNSECURED | Claimed: | $482.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BERGREN APPRAISAL SERVICES,INC
ATTN JAMES C BERGREN, PRESIDENT
3000 41ST STREET
MOLINE, IL 61265

Claim Number: 2583
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

---

BERGUM, RONALD L
MCDONALD HOPKINS C/O SEAN D. MALLOY
600 SUPERIOR AVE, SUITE 2100 EAST
CLEVELAND, OH 44114

Claim Number: 9624-01
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 7282 (04/16/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,974.00 | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $0.00 | | |

---

BERGUM, RONALD L
MCDONALD HOPKINS C/O SEAN D. MALLOY
600 SUPERIOR AVE, SUITE 2100 EAST
CLEVELAND, OH 44114

Claim Number: 9624-02
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 7282 (04/16/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,065,332.94 | Scheduled: | $1,586,378.37 | Allowed: | $2,065,332.94 |

---

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

Claim Number: 7638-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $144,355.44  CONT | | |

---

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

Claim Number: 7638-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $145,008.85 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BERK, WILLIAM D.<br>3885-4 LANDER RD<br>ORANGE VILLAGE, OH 44022 | | Claim Number: 3456<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $18,583.75 |
| BERKELEY COUNTY TAX COLLECTOR<br>ATTN: VIRGINIA R. HAMILTON<br>P.O. BOX 6122<br>MONCKS CORNER, SC 29461 | | Claim Number: 6109<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,612.08 |
| BERKEY ENGINEERING<br>ATTN DIANE BERKEY<br>167 ENGLEWOOD DR<br>RICHLAND, WA 99352 | | Claim Number: 1428<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) |
| UNSECURED | Claimed: | $460.00 |
| BERKOWITZ, CELIA (DECEASED)<br>EVELYN BERKOWITZ JT WROS<br>2506 RIVERSIDE<br>HOUSTON, TX 77004 | | Claim Number: 4875<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $8,025.00 |
| BERKOWITZ, CYRIL (IRA)<br>FCC AS CUSTODIAN<br>304 VICTORIA WAY<br>RICHMOND, VA 23238 | | Claim Number: 7912<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,174.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BERKOWITZ, CYRIL M. & DEE A.<br>JT TEN<br>304 VICTORIA WAY<br>RICHMOND, VA 23238 | | Claim Number: 7913<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,173.48 |
| BERKOWTIZ, EVELYN<br>2506 RIVERSIDE<br>HOUSTON, TX 77004 | | Claim Number: 4876<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $13,750.00 |
| BERL, LOUIS IRA<br>P.O. BOX 848<br>BODEGA BAY, CA 94923 | | Claim Number: 4868<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,406.96 |
| BERMAN, CHARLOTTE<br>6260 108TH ST<br>APT 6H<br>FOREST HILLS, NY 11375 | | Claim Number: 7039<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,086.01 |
| UNSECURED | Claimed: | $10,086.01 |
| TOTAL | Claimed: | $10,086.01 |
| BERMEO, MARIO<br>63 ARROWWOOD CT.<br>HOWELL, NJ 07731 | | Claim Number: 4649<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $8,013.73 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BERMUDEZ, JOSEPH
1200 N VEITCH ST APT 834
ARLINGTON, VA 22201-5829

Claim Number: 1199
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $3,489.42 CONT | Allowed: | $2,884.62 |
|---|---|---|---|---|---|---|

BERNALILLO COUNTY TREASURER
PATRICK J. PADILLA
P.O. BOX 627
ALBUQUERQUE, NM 87103-0627

Claim Number: 4606
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

| PRIORITY | | | Scheduled: | $194.90 DISP CONT | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $374.31 | | | | |

BERNARD, BERNADIN
210 WARWICK RD
ELMONT, NY 11003

Claim Number: 4055
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,080.00 | Scheduled: | $1,080.00 CONT | Allowed: | $1,080.00 |
|---|---|---|---|---|---|---|

BERND, CATHERINE
719 BOURNE CT
DANVILLE, CA 94506

Claim Number: 8254
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $1,216.58 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,216.58 | | | Allowed: | $1,216.58 |

BERNER, PAUL J. & MARGOT
7 AURORA RD
EAST GREENWICH, RI 02818-1101

Claim Number: 3702
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,306.42 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| BERNIA, MELVIN J. & ELAINE E.<br>1406 CEDAR BEND DRIVE<br>BLOOMFIELD HILLS, MI 48302 | | Claim Number: 8031<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $105,159.00 |

| BERNICE HOEFNER VINT REVOCABLE TRUST<br>JOHN KNAPP SUCCESSOR TRUSTEE<br>1431 PRIEWOOD HILLS CT<br>SPRING HILL, FL 34606-4448 | | Claim Number: 7304<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| BERNSTEIN, ELAINE & ALBERT L. JTWROS<br>27 PENNINGTON WAY<br>SPRING VALLEY, NY 10977 | | Claim Number: 3012<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,205.25 |

| BERNSTEIN, JEROME & SIRI<br>105 MARINERS DRIVE<br>ORMOND BEACH, FL 32176 | | Claim Number: 3224<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $7,729.00 |

| BERNZWEIG, DORA<br>117 GLEN WAY<br>SYOSSET, NY 11791 | | Claim Number: 9629<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $12,727.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BERRIAN, HAROLD F. JR.<br>327 REDBUD DR.<br>ASHLAND, KY 41102-8245 | | Claim Number: 6290<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| BERRY, JOHN<br>16870 S 1ST DR<br>PHOENIX, AZ 850450725 | | Claim Number: 4194<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$12,002.40 | | | | |
| BERRY, JOHN A<br>13848 S 36TH WAY<br>PHOENIX, AZ 85044-4550 | | Claim Number: 4195-01<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$12,002.40  CONT | Allowed: | $10,950.00 |
| BERRY, JOHN A<br>13848 S 36TH WAY<br>PHOENIX, AZ 85044-4550 | | Claim Number: 4195-02<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $12,084.00 | | | | |
| BERRY, JOHN A.<br>13848 S 36TH WAY<br>PHOENIX, AZ 850444550 | | Claim Number: 256<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BERRY, JOHN A.
13848 S 36TH WAY
PHOENIX, AZ 85044-4550

Claim Number: 263
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| SECURED | Claimed: | $21,587.87 |
|---------|----------|------------|

---

BERTI, CHRISTINE
18 MISTLETOE LN
LEVITTOWN, NY 117563312

Claim Number: 44
Claim Date: 08/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5169 (07/18/2008)

| PRIORITY | | | Scheduled: | |
|----------|----------|---------|------------|--|
| UNSECURED | Claimed: | $458.85 | | $2,281.49 CONT |

---

BERTI, MICHAEL
64 PINE GROVE AVE
KINGSTON, NY 12401

Claim Number: 4313
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $3,846.16 | Scheduled: | $5,769.00 CONT | Allowed: | $3,846.16 |
|----------|----------|-----------|------------|----------------|----------|-----------|

---

BERTI, MICHAEL B.
64 PINE GROVE AVE 33
KINGSTON, NY 124015408

Claim Number: 881
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $4,166.00 |
|----------|----------|-----------|

---

BERTRAND, VIRGINIA JEAN
215 N. CHARLES
WICHITA, KS 67203

Claim Number: 6857
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10.00 |
|-----------|----------|--------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BERVERIDGE, DAVID M.
C/O RAYMOND JAMES & ASSOCIATES, INC.
5847 SAN FELIPE ROAD, SUITE 1800
HOUSTON, TX 77057

Claim Number: 10400
Claim Date: 05/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $25,986.98 |
| --- | --- | --- |

BESSON APPRAISALS INC
ATTN LEIGH A. BESSON
25 MARY ANN DR
EXETER, RI 02822

Claim Number: 2156
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $325.00 |
| --- | --- | --- |

BESSON APPRAISALS INC
25 MARY ANN DR
EXETER, RI 02822

Claim Number: 10588
Claim Date: 11/24/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| --- | --- | --- | --- | --- | --- |

BETBEZE, DEBORAH B
121 WINDOVER RD
BUSH, LA 70431-4202

Claim Number: 5222
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62  CONT |
| --- | --- | --- | --- | --- |

BETLACH, EDWARD
2429 SIMS AVENUE
ST. LOUIS, MO 63114

Claim Number: 5589
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BETTENCOURT, PAMELA L.<br>41 GREENLAWN AVE<br>DRACUT, MA 01826 | | Claim Number: 872<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $912.87 | Scheduled: | $912.87 CONT | Allowed: | | $912.87 |
| BETTINGER, ROBERT<br>5108 KARRINGTON DR.<br>GIBSONIA, PA 15044 | | Claim Number: 9228<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $17,904.00 | | | | | |
| BETTY AUTON-BECK, APLC<br>300 E STATE ST, STE 200<br>REDLANDS, CA 92373 | | Claim Number: 6037<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| SECURED | Claimed: | $1,422.83 | | | | | |
| BEUSCHLEIN, RHONDA L<br>3716 PARK RIDGE DR<br>NAMPA, ID 83687 | | Claim Number: 753<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9777 (02/08/2011) | | | | | |
| PRIORITY | Claimed: | $230.00 | | | Allowed: | | $230.00 |
| BEVELLE, TERESA A<br>7716 NEWLIN DR<br>FORT WAYNE, IN 46816 | | Claim Number: 9323<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10931 (12/13/2013) | | | | | |
| PRIORITY | Claimed: | $3,337.85 | Scheduled: | $953.85 CONT | Allowed: | | $953.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEVERAGE SOLUTIONS<br>ATTN MARK SCHWARTZ<br>444 BRICKELL AVE<br>STE 51-464<br>MIAMI, FL 33131 | | Claim Number: 2498<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,802.77 | Scheduled: | $353.82 | Allowed: | | $1,802.77 |
| BEVILLE, PAULINE<br>3146 LEBANON AVENUE<br>ZION, IL 60099 | | Claim Number: 7440<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | | | Scheduled: | $1,774.08 CONT | | | |
| UNSECURED | Claimed: | $1,774.08 | | | | | |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 25<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $2,370.73   UNLIQ | | | | | |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 2904<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | | | |
| SECURED | Claimed: | $5,083.50   UNLIQ | | | | | |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 10004<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $1,193.61   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 10374<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $1,813.51   UNLIQ |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 10460<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| ADMINISTRATIVE | Claimed: | $1,193.61   UNLIQ |
| BEXAR COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 10657<br>Claim Date: 01/21/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $2,443.18   UNLIQ |
| BEYSER, GUNTER<br>1148 REED RD.<br>GIBUONS, BC V0N 1V7<br>CANADA | | Claim Number: 6719<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,603.40 |
| BHAGAT, SUMESH<br>17017 SE NEWPORT WAY<br>ISSAQUAH, WA 98027-7846 | | Claim Number: 5363<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,818.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BHATIA, SAKSHI<br>510 CHARLES LN<br>WANTAGH, NY 11793 | | Claim Number: 1051<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,576.92 | Scheduled: | $2,807.69 CONT | Allowed: | $2,576.92 |
| BHATT, DEVONGI K.<br>11742 KOUROS WAY<br>RANCHO CORDOVA, CA 95742-8046 | | Claim Number: 7427<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $362.92 | | | | |
| BIAGIO VERDERAME ENTERPRISES<br>ATTN BIAGIO VERDERAME / OWNER<br>10 WASHINGTON AVE<br>GLEN HEAD, NY 11545 | | Claim Number: 4562<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $949.76 | | | | |
| BIANCA, ROSEANN<br>957 THOMPSON DR<br>W. BAY SHORE, NY 11706 | | Claim Number: 306<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT | Allowed: | $2,307.69 |
| BIANCHI, KATIE G<br>PO BOX 147<br>MEADOW VISTA, CA 95722-0147 | | Claim Number: 5561-01<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$6,272.78 CONT | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BIANCHI, KATIE G
PO BOX 147
MEADOW VISTA, CA 95722-0147

Claim Number: 5561-02
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,422.00 | | | | | |

BIANCHI, KATIE G
PO BOX 790
MEADOW VISTA, CA 95722-0790

Claim Number: 5562
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $6,422.00 | |
| TOTAL | Claimed: | $17,372.58 | |

BIANGASSO, SUZANNE
21 VERMONT ST
MELVILLE, NY 11747

Claim Number: 2922
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $723.08 | Scheduled: | $723.08  CONT | Allowed: | $723.08 |

BICKERS APPRAISALS, INC.
ATTN PATRICIA H. BICKERS, SECY ' TREAS.
55 BOLLING CIRCLE
PALMYRA, VA 22963

Claim Number: 2193
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $825.00 | |

BIDDINGER APPRAISALS, LLC
ATTN LINDA L BIDDINGER
411 GLENWOOD AVE
GLEN BURNIE, MD 21061-2235

Claim Number: 5230
Claim Date: 12/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $356.00 | | Allowed: | $356.00 |

U.S. BANKRUPTCY COURT                                                                                  Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

BIDDINGER, LINDA (VA)                    Claim Number: 5229
411 GLENWOOD AVENUE                      Claim Date: 12/11/2007
GLEN BURNIE, MD 21061                    Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

BIEBER, OTTO A. CPA RE TTEE              Claim Number: 5753
OTTO A. BIEBER, MNY PEER. PLAN.          Claim Date: 12/18/2007
FBO OTTO A. BIEBER                       Debtor: AMERICAN HOME MORTGAGE CORP
1132 W. 53RD ST. B1                      Comments: EXPUNGED
DAVENPORT, IA 52806                      DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,952.07 | | | | |
|---|---|---|---|---|---|---|

BIEBER, OTTO A. PC                       Claim Number: 5755
1132 W. 53RD ST. B-Z                     Claim Date: 12/18/2007
DAVENPORT, IA 52806                      Debtor: AMERICAN HOME MORTGAGE CORP
                                         Comments: EXPUNGED
                                         DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,872.05 | | | | |
|---|---|---|---|---|---|---|

BIERD, JESSICA                           Claim Number: 1198
1323 E BALBOA BLVD # 1                   Claim Date: 09/24/2007
NEWPORT BEACH, CA 92661                  Debtor: AMERICAN HOME MORTGAGE CORP
                                         Comments: PAID
                                         DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,169.47 | Scheduled: | $1,169.47  CONT | Allowed: | $1,169.47 |
|---|---|---|---|---|---|---|

BIG CITY                                 Claim Number: 3646
ATTN E. BARNETT                          Claim Date: 11/28/2007
110 ASIA PLACE                           Debtor: AMERICAN HOME MORTGAGE CORP
CARLSTADT, NJ 07072

| UNSECURED | Claimed: | $14,329.31 | Scheduled: | $372.86 | Allowed: | $14,329.31 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BIGHAM, RICHARD A & DORIS J<br>366 LUMBER ST<br>LITTLESTOWN, PA 17340 | | Claim Number: 6026<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| BIGLIN, JAMES<br>2025 TWIN FAWNS CT<br>SAINT PETERS, MO 633767338 | | Claim Number: 2417<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |

| PRIORITY | Claimed: | $4,166.67 |
|---|---|---|

| | | |
|---|---|---|
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | | Claim Number: 737<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $3,995.38 | Scheduled: | $5,993.08  CONT | Allowed: | $3,995.38 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | | Claim Number: 985<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,207.32 |

| | | |
|---|---|---|
| BILINSKI, ANDREW<br>1291 TWEED CT<br>VIENNA, VA 22182 | | Claim Number: 7115<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $23,018.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BILINSKI, MARY<br>1291 TWEED CT<br>VIENNA, VA 22182 | | Claim Number: 7190<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,759.95 |
| BILL CAMPBELL APPRAISALS<br>27498 N 86TH LN<br>PEORIA, AZ 85383-4814 | | Claim Number: 1183<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $2,415.00 |
| BILL CAMPBELL APPRAISALS<br>27498 N 86TH LN<br>PEORIA, AZ 85383-4814 | | Claim Number: 1184<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $5,215.00 |
| BILLER, GEORGE ROTH IRA<br>458 REDWOOD FOREST DR<br>BALLWIN, MO 63021 | | Claim Number: 6853<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,400.00<br>$0.00 |
| BILLERICA TOWN<br>ATTN ASST. TREASURER<br>365 BOSTON RD.<br>ROOM 115<br>BILLERICA, MA 01821 | | Claim Number: 5390<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8746 (04/06/2010) |
| PRIORITY | Claimed: | $301.82 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BILLS, JILLIAN<br>820 CISCO ST<br>COLTON, CA 92324-6310 | | Claim Number: 656<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $1,180.47 | Scheduled: | $2,968.93 CONT | Allowed: | $1,180.47 |

| | | | | |
|---|---|---|---|---|
| BILODEAU, KIMBERLY R<br>334 MAUI DRIVE<br>PLACENTIA, CA 92870 | | Claim Number: 9980<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,346.15 CONT |
| UNSECURED | Claimed: | $1,346.15 | | |

| | | |
|---|---|---|
| BINDER, DUSTIN & JENNY<br>21743 HWY 118<br>GRAIG, MO 64437 | | Claim Number: 9734<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,423.50 |

| | | |
|---|---|---|
| BINGMAN, MAX E. & ELEANOR JT TEN<br>177 SO. ROOSEVELT<br>MOSCOW, ID 83843-3685 | | Claim Number: 5686<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,230.75 |

| | | |
|---|---|---|
| BINNS, FAY<br>16 FOREST DRIVE<br>SUCCASUNNA, NJ 07876 | | Claim Number: 7052<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,235.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| BINNS, RICHARD<br>1506 IROQUOIS CT<br>HAVRE DE GRACE, MD 21078 | Claim Number: 7232<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED          Claimed: | $10,228.06 | | |
| BINNS, RICHARD FBO<br>CGM ROTH IRA CUSTODIAN<br>1506 IROQUOIS CT<br>HAVRE DE GRACE, MD 21078 | Claim Number: 7231<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED          Claimed: | $6,805.70 | | |
| BIRD, VONNIE R.<br>9901 EAST EVANS AVENUE #25A<br>DENVER, CO 80247 | Claim Number: 10110<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| PRIORITY          Claimed: | $0.00   UNLIQ | | |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN JOSE BIASCOELAFA, OWNER<br>814 JOHNNIE DODDS BLVD.<br>MOUNT PLEASANT, SC 29464 | Claim Number: 2111<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED          Claimed: | $800.00 | Scheduled: | $800.00 |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN KERRY BATEMAN<br>OFFICE MANAGER<br>814 JOHNNIE DODDS BLVD<br>MOUNT PLEASANT, SC 29464 | Claim Number: 6001<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED          Claimed: | $5,100.00 | Allowed: | $5,100.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BIRDSON, PAUL D.<br>544 SAXET TRL<br>SPRING BRANCH, TX 780704966 | | Claim Number: 8184<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,580.03 |
| BIRDSONG, OTIS<br>101 MARSEILLE DR<br>MAUMELLE, AR 72113 | | Claim Number: 9978<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $3,000.00 |
| BIRENBACH, ROBERT A. & BARBARA JT<br>13101 ALHAMBRA LAKE CIR<br>DELRAY BEACH, FL 33446 | | Claim Number: 3657<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,050.00 |
| BIRENBACH, ROBERT IRA<br>13101 ALHAMBRA LAKE CIR<br>DELRAY BEACH, FL 33446 | | Claim Number: 3658<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $700.00 |
| BIRNEY, JANE E.<br>23723-7TH PLACE W<br>BOTHELL, WA 98021 | | Claim Number: 8989<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,385.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BISHOP V. AMERICAN HOME MORTGAGE CORP.
07 SC 4444 NICHOLAS R. STEVENS
LAW OFFICES OF CHRISTOPHER L. COOK
41040 N. RTE 85
ANTIOCH, IL 60002

Claim Number: 3008
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,666.67 | Scheduled: | $0.00 UNLIQ | |

BISHOP WHITE & MARSHALL, P.S.
ATTN WILLIAM L. BISHOP, ATTORNEY
720 OLIVE WAY # 1301
SEATTLE, WA 98111

Claim Number: 5834
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6574 (11/13/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $819.32 | | Allowed: | $819.32 |

BISHOP, GARY LEE AND JANIS BISHOP
PO BOX 3409
PALMER, AK 99645

Claim Number: 10315
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | Allowed: | $10,000.00 |

BISKAMP & ASSOCIATES, INC.
ATTN BRETT K. BISKAMP
14001 DALLAS PARKWAY, STE 1200
DALLAS, TX 75240

Claim Number: 5579
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | | Allowed: | $800.00 |

BISTERFELT, PATSY (IRA)
FCC AS CUSTODIAN
P.O. BOX 96
TOM BEAN, TX 75489

Claim Number: 8260
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,447.29 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BITSEFF, TONIE L.
363 MARIN AVENUE
MILL VALLEY, CA 94941

Claim Number: 10344
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $430,000.00 |
| --- | --- | --- |

---

BITTLINGMAIER, HERBERT
56 TOWN GREEN DR.
ELMSFORD, NY 10523-2322

Claim Number: 5782
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,719.88 |
| --- | --- | --- |

---

BIXEL, CHRISTINA R
491 E 319TH STREET
WILLOWICK, OH 44095

Claim Number: 10216
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| PRIORITY | | | Scheduled: | $719.23  CONT |
| --- | --- | --- | --- | --- |
| SECURED | Claimed: | $0.00 | | |

---

BIXLER CONSULTING GROUP, INC.
ATTN SUSAN BIXLER, PRESIDENT
200 GALLERIA PARKWAY
SUITE 1425
ATLANTA, GA 30339

Claim Number: 2733
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $35,600.00 | Scheduled: | $35,600.00 | Allowed: | $35,600.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

BJERKE FAMILY TRUST
ELMER S. BJERKE, TTEE
750 MISSISSIPI RIVER BLVD.
APT. 312
ST. PAUL, MN 55116

Claim Number: 9599
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,114.60 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BLACK, GARY L. SR.<br>727 HIGH LAKE DR.<br>BATON ROUGE, LA 70810 | | Claim Number: 9500<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $29,247.50 | | | | |
| BLACK, GARY L. SR.<br>727 HIGH LAKE DR.<br>BATON ROUGE, LA 70810 | | Claim Number: 9618<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $21,807.87 | | | | |
| BLACKBURN, BARBRA<br>5694 KIPLING PKWY UNIT 203<br>ARVADA, CO 80002-2182 | | Claim Number: 3814<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | | | Scheduled: | $3,288.08  CONT | | |
| UNSECURED | Claimed: | $3,288.08 | | | Allowed: | $3,288.08 |
| BLACKETER, A & J<br>A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | | Claim Number: 5595<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| UNSECURED | Claimed: | $8,752.57   UNLIQ | | | | |
| BLACKMON, BARRY L.<br>P.O. BOX 516<br>ROANOKE RAPIDS, NC 27870 | | Claim Number: 2403<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
| PRIORITY | Claimed: | $140,000.00 | Scheduled: | $400.00  CONT | | |
| SECURED | Claimed: | $35,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BLACKS, ISAAC
80 CENTERWOOD ST.
W. BABYLON, NY 11704

Claim Number: 6155
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $223.08 | Scheduled: | $223.08 CONT | Allowed: | $223.08 |
|---|---|---|---|---|---|---|

BLACKWELL, STACEY D
7201 CHIPPENHAM PL
APT # 203
BALTIMORE, MD 21244

Claim Number: 2174
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,648.40 | Scheduled: | $2,472.60 CONT | Allowed: | $1,648.40 |
|---|---|---|---|---|---|---|

BLACKWELL, STACEY D.
7201 CHIPPENHAM PLACE
# 203
WINDSOR MILL, MD 21244

Claim Number: 1409
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,472.00 | | | | |
|---|---|---|---|---|---|---|

BLAIR, DEANA W
4572 JAMERSON FOREST PKWY
MARIETTA, GA 30066

Claim Number: 3935
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 |
|---|---|---|---|---|---|---|

BLAKE, TRACY
215 E 7TH STREET
OSWEGO, NY 13126-3232

Claim Number: 2789
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $923.08 | Scheduled: | $2,779.83 CONT | Allowed: | $923.08 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $289.81 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BLANC IMAGE PRODUCTIONS
ATTN OSCAR I. GARCIA, OWNER
697 GRANITE ST
IMPERIAL, CA 92251

Claim Number: 6368
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

BLANCATO, NADINE E
12717 WINDYEDGE RD
HUNTERSVILLE, NC 28078

Claim Number: 2813
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $369.65 | Scheduled: | $369.65  CONT | Allowed: | $369.65 |
|---|---|---|---|---|---|---|

BLANCO, EVELYN P.
6340 POLVADERA
EL PASO, TX 79912

Claim Number: 6392
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,196.07 |
|---|---|---|

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

Claim Number: 84
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| PRIORITY | Claimed: | $2,884.62 |
|---|---|---|

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

Claim Number: 1038-01
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 1038-02<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $8,142.38 |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 7325<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $2,531.00 |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 7907<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| PRIORITY | Claimed: | $2,884.62 |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 8646<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,553.00 |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 8648<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| PRIORITY<br>UNSECURED | Claimed: | Scheduled: $10,950.00 CONT<br>$2,884.62    Scheduled: $11,763.07 CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BLANK, BRUCE & TSILA<br>57 COLONY DR<br>HOLBROOK, NY 11741 | | Claim Number: 7271<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $2,279.95 |
| BLANK, BRUCE & TSILA<br>57 COLONY DR<br>(IN THE COLONY)<br>HOLBROOK, NY 11741 | | Claim Number: 8647<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,279.95 |
| BLANK, E. ROBERT<br>1429 FLATROCK RD<br>NARBERTH, PA 19072 | | Claim Number: 3057<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,066.95 |
| BLANKE, KERRI<br>53 E REDFORD CT<br>SAINT CHARLES, MO 633045048 | | Claim Number: 8356<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $444.15 | Scheduled: | $444.15 CONT | Allowed: | $444.15 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BLASZCZAK, DONNA L<br>62 5TH AVE<br>NORTH TONAWANDA, NY 14120 | | Claim Number: 9434<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $407.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLASZCZAK, DONNA L<br>62 5TH AVE<br>NORTH TONAWANDA, NY 14120 | | Claim Number: 9707<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,083.71 | | | | | |
| BLATE, DAVID A.<br>2300 AVE E NW<br>WINTER HAVEN, FL 33880-2115 | | Claim Number: 2130<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $7,500.00 | | | | | |
| UNSECURED | Claimed: | $5,200.00 | | | | | |
| BLAU, SHARYN M<br>281 PONDVIEW LN<br>SMITHTOWN, NY 11787 | | Claim Number: 6793<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $5,769.23 CONT | Allowed: | $3,846.15 |
| BLECKSMITH, KATALINA<br>22359 SCHAFER RD<br>MALTA, IL 60150-8208 | | Claim Number: 3302<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $583.20 | Scheduled: | $583.20 CONT | Allowed: | $583.20 |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10819<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) | | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10820<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| SECURED | Claimed: | $119.00 |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | | Claim Number: 10821<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
| SECURED | Claimed: | $622.00 |
| BLEICH, RICHARD<br>CHARLES SCHWAB & CO<br>IRA ROLLOVER<br>3669 W OAKLAND ST<br>CHANDLER, AZ 85226 | | Claim Number: 4113<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $841.16 |
| BLEW, VANCE W.<br>2834 WOODSTAR CT.<br>DULUTH, GA 30096 | | Claim Number: 412<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $710.13 | Scheduled: | $1,453.54 CONT | Allowed: | $710.13 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $81.84 CONT | | |

| | | |
|---|---|---|
| BLEWETT, BETSY<br>8 BELCANTO<br>MISSION VIEJO, CA 92692 | | Claim Number: 9315<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $396.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BLEYMAN, WALTER
20 RUSFIELD DR
GLENMONT, NY 12077

Claim Number: 7803
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,833.71 |
|---|---|---|

BLEYMAN, WALTER
20 RUSFIELD DR
GLENMONT, NY 12077

Claim Number: 7804
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $38,199.00 |
|---|---|---|

BLIESE, DAVID
OPTOMETRIST
263 WEST PARK MALL
CAPE GIRARDEAU, MO 63703

Claim Number: 9930
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $14,428.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,428.00 |
| TOTAL | Claimed: | $14,428.00 |

BLINN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

Claim Number: 1296
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $3,384.62 | | | Allowed: | $3,384.62 |
|---|---|---|---|---|---|---|

BLINN, ANDREW
4075 WOODSLY DR
BATAVIA, OH 45103

Claim Number: 1297
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,385.00 | Scheduled: | $3,384.62  CONT | Allowed: | $3,385.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BLITCH APPRAISAL CO INC<br>ATTN PIERCE G BLITCH III,OWNER/PRESIDENT<br>104 WHEELER EXECUTIVE CENTER<br>AUGUSTA, GA 30909 | | Claim Number: 1279<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $75.00 | | Allowed: | $75.00 |
| BLOCK, BRUCE W.<br>623 MAZE GLEN<br>ESCONDIDO, CA 92025 | | Claim Number: 7627<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $16,251.90 | | | |
| BLODGETT, WILLIAM F.<br>15902 CALTECH CIRCLE<br>WESTMINSTER, CA 92683 | | Claim Number: 3269<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| SECURED | Claimed: | $22,500.00 | | | |
| BLOMBERG, RONALD S<br>P.O. BOX 1416<br>OXFORD, GA 30054 | | Claim Number: 2413<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $45,812.47 | Scheduled: | $45,976.85  CONT | |
| BLOMMER PETERMAN, S.C.<br>165 BISHOPS WAY<br>BROOKFIELD, WI 53005-6235 | | Claim Number: 9863<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $20,819.78 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BLOOM, GARY<br>114 POPLAR PT<br>PASS CHRISTIAN, MS 39571 | | Claim Number: 6580<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $2,800.00 | | | | |
| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | | Claim Number: 578<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,123.52 | | | | |
| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | | Claim Number: 1401<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $884.62 | Scheduled: | $884.62  CONT | Allowed: | $884.62 |
| BLOOM, MARY JO<br>8009 W. BANCROFT<br>TOLEDO, OH 43617 | | Claim Number: 6938<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,019.40 | | | | |
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | | Claim Number: 5202<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $36,000.00 | | | | |
| UNSECURED | Claimed: | $36,000.00 | | | | |
| TOTAL | Claimed: | $36,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | | Claim Number: 5203<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $30,100.00 | | | |
| BLUE BEAR PROPERTIES, LP, A TEXAS<br>LIMITED PARTNERSHIP<br>ATTN: DAVID S. GRAGG, ATTORNEY<br>1402 CHESTNUT GROVE LANE<br>KINGWOOD, TX 77345 | | Claim Number: 10155<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | |
| UNSECURED | Claimed: | $67,899.44 | | Allowed: | $67,899.44 |
| BLUE MOON APPRAISALS LLC<br>3404 DANNER CIR<br>BIRMINGHAM, AL 352432816 | | Claim Number: 7391<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $750.00 | | Allowed: | $750.00 |
| BLUEGRASS REAL ESTATE WEEKLY<br>PO BOX 910794<br>LEXINGTON, KY 405910794 | | Claim Number: 5047<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,810.00 | Scheduled: | $1,160.00 | |
| BLUHM, GARY C.<br>119 GLACIER PEAK DR<br>CAMANO ISLAND, WA 982828562 | | Claim Number: 4400<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,730.88 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BLUHM, PAUL<br>8527 WELLS RD.<br>LITTLE GENESE, NY 14754 | | Claim Number: 9671<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $1,925.50 |
| BLUHM, SHARON<br>8527 WELLS RD.<br>LITTLE GENESE, NY 14754 | | Claim Number: 9673<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,272.98 |
| BLUM, RONALD & ELSIE<br>186 WASHINGTON AVE<br>ISLAND PARK, NY 11558 | | Claim Number: 9710<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BLUME, BOYCE A. & HAZEL H.<br>500 SOUTH BENNETT ST<br>BURGAW, NC 28425 | | Claim Number: 7712<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BMS TENANT SERVICES<br>P.O. BOX 27252<br>NEW YORK, NY 10087-7257 | | Claim Number: 7378<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,012.33 | Scheduled: | $1,012.33 | Allowed: | $1,012.33 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BN REAL ESTATE INC<br>6701 WASHINGTON BLVD UNIT B<br>ARLINGTON, VA 222131041 | | Claim Number: 477<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $395.00 | | | | |
| BOAND, SANDY<br>PO BOX 507<br>DARIEN, WI 53114-0507 | | Claim Number: 2348<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,239.00 | Scheduled: | $1,238.83  CONT | Allowed: | $1,239.00 |
| BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY, KANSAS<br>ATTN ROGER L TARBUTTON -LEGAL DEPT<br>111 SOUTH CHERRY STREET, SUITE 3200<br>OLATHE, KS 66061 | | Claim Number: 2874<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,506.27 | | | Allowed: | $2,506.27 |
| BOARDMAN, MARILYN<br>14210 W VIRGINIA DR<br>LAKEWOOD, CO 80228 | | Claim Number: 6253<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,669.14 | Scheduled: | $3,202.96  CONT | Allowed: | $2,669.14 |
| BOARDMAN, ROBERT C. & SALLY R.<br>36 PLYMOUTH RD.<br>SOMERS, CT 06071 | | Claim Number: 5328<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,975.07 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BOB FLEAK<br>5532 S. BURROWS<br>SPRINGFIELD, MO 65810 | | Claim Number: 2307<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| BOB HULLET REALTY, INC.<br>ATTN SUSAN HULLETT, CORP SECRETARY<br>PO BOX 588<br>NEWTON, NC 28658-0588 | | Claim Number: 6637<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $750.00 | | | Allowed: | $750.00 |
| BOB WARNCKE APPRAISAL GROUP<br>240 HALF MILE RD.<br>RED BANK, NJ 07701 | | Claim Number: 2007<br>Claim Date: 04/06/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| BOB'S JANITORIAL SERVICE, INC.<br>137 TUCKER ST.<br>JACKSON, TN 38301 | | Claim Number: 9946<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $45.00 | | | | |
| BOBBY L GREENE PLUMBING & HEATING CO INC<br>ATTN REBECCA HOUSE, OFF. MGR<br>2630 MIDWAY AVE  PO BOX 38387<br>SHREVEPORT, LA 71133-8387 | | Claim Number: 2569<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $101.00 | Scheduled: | $202.00 | Allowed: | $101.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BODIE, DANNA L<br>8502 MAPLE BLUFF CT<br>NEW HAVEN, IN 46774 | | Claim Number: 4711<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00 CONT | Allowed: | $896.00 |
| BODNAR, JOSEPH E.<br>730 STRAWBERY ST.<br>TRENTON, NJ 08638-3362 | | Claim Number: 5324<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $543.53 | | | | |
| BODY, JOHN R.<br>4355 S DURANGO DR APT 242<br>LAS VEGAS, NV 891478638 | | Claim Number: 1041<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $310.00 | Scheduled: | $300.00 | | |
| BOE, PATTY<br>5805 COLDSWORTH CT<br>ARLINGTON, TX 76018-2386 | | Claim Number: 6159<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $250.00 | | | | |
| BOEHLER REAL ESTATE APPRAISER<br>ATTN DARWIN BOEHLER<br>3729 FREEDOM CT<br>RAPID CITY, SD 57701 | | Claim Number: 2586<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $430.04 | | | Allowed: | $430.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BOETTCHER, JANET<br>2070 POINTE DRIVE<br>FLORISSANT, MO 63031 | | Claim Number: 10839<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOETTCHER, JANET AND DECENDANTS TRUST<br>2070 N. POINTE LANE<br>FLORISSANT, MO 63031 | | Claim Number: 6263<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOETTCHER, JANET L. (IRA)<br>FCC AS CUSTODIAN<br>2070 N. POINTE<br>FLORISSANT, MO 63031 | | Claim Number: 6266<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOETTCHER, JANET L. AND DECENDANTS TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | | Claim Number: 6265<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOETTCHER, JANET L. TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | | Claim Number: 6262<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOETTCHER, JANET TRUST<br>2070 N. POINTE LN.<br>FLORISSANT, MO 63031 | | Claim Number: 6264<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| BOGERT, GWENDOLYN (AKA WENDY)<br>7930 SE MAMMOTH DR<br>HOBE SOUND, FL 33455 | | Claim Number: 5061<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | | |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | | Claim Number: 6551<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $570.46 | Scheduled: | $1,749.95  CONT | Allowed: | $570.46 |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | | Claim Number: 6621<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $570.46 | Scheduled: | $570.46  CONT | | |
| BOGGS, FRANCES<br>3775 LONGS PEAK COURT<br>LAS VEGAS, NV 89103 | | Claim Number: 10319<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| SECURED | Claimed: | $31,234.43 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BOHNER, CHRISTIE K.
1247 PORTNER RD
ALEXANDRIA, VA 22314

Claim Number: 8333
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BOHNER, LYNN S.
651 NAGEL DR
PENSACOLA, FL 32503

Claim Number: 8334
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BOISE PHILHARMONIC ASSOC
ATTN GORDON SWENSON, ACCOUNTANT
516 S 9TH ST
BOISE, ID 83702

Claim Number: 7226
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $5,000.00 | | Allowed: | $5,000.00 |
|---|---|---|---|---|---|

---

BOJORQUEZ, AMANDA
4930 E. FOX ST.
MESA, AZ 85205

Claim Number: 1480
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $766.15 | Scheduled: | $766.15 CONT | Allowed: | $766.15 |
|---|---|---|---|---|---|---|

---

BOKATH, SHANNON
300 VUEMONT PL NE # T103
RENTON, WA 98056

Claim Number: 1212
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $855.36 | Scheduled: | $855.23 CONT | Allowed: | $855.36 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BOLAND, CAROL J.<br>816 E. 4TH ST<br>OCEAN CITY, NJ 08226 | | Claim Number: 5181<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $1,323.50 | | | | | |
| BOLAND, WILLIAM J.<br>816 E. 4TH ST.<br>OCEAN CITY, NJ 08226 | | Claim Number: 5182<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,870.98 | | | | | |
| BOLEN, MONA L.<br>544 BOULDER DRIVE<br>DELAWARE, OH 43015 | | Claim Number: 464<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $559.26 | Scheduled: | $559.26  CONT | Allowed: | | $559.26 |
| BOLGER, JOHN M.<br>2462 WATERBURY LANE<br>BUFFALO GROVE, IL 60089 | | Claim Number: 10098<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED | Claimed: | $102,600.00 | | | | | |
| BOLICK, ROBERT C. III<br>722 SEWARD<br>EVANSTON, IL 60202 | | Claim Number: 4636<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $42.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BOLL, PETER<br>406 SAVOIE DR<br>PALM BEACH GDNS, FL 33410-1606 | | Claim Number: 6592<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,197.00 |
| BOLTON, RICHARD G.<br>1616 N 11TH STREET<br>READING, PA 19604 | | Claim Number: 8022<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00  UNDET |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | | Claim Number: 1498<br>Claim Date: 10/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $350.00 |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | | Claim Number: 9989<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $350.00<br>$350.00<br>$350.00 |
| BOMAN, JULIE<br>2617 WEDGEWOOD RD<br>DES MOINES, IA 50317 | | Claim Number: 1949<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |
| PRIORITY | Claimed: | $309.48    Scheduled:    $309.48  CONT    Allowed:    $309.48 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BOMANI, ERICA
182 RHODODENDRON DR
WESTBURY, NY 11590

Claim Number: 483
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,096.15 | | | | |

---

BOMANI, ERICA L
182 RHODODENDRON DR
WESTBURY, NY 11590

Claim Number: 2910
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $913.46 CONT | | |
| UNSECURED | Claimed: | $913.46 | | | Allowed: | $913.46 |

---

BOMBA, MARTIN
1208 EAST 94TH STREET
BROOKLYN, NY 11236

Claim Number: 8079
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $246,946.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $246,946.00 |

---

BOMMARITO, VINCENT
5130 WILSON
ST. LOUIS, MO 63110

Claim Number: 4936
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | | | | |

---

BOND, ALISON
2320 HELIOTROPE DR.
SANTA ANA, CA 92706

Claim Number: 1647
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,546.09 | Scheduled: | $2,307.69 CONT | Allowed: | $1,546.09 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BONNY, KENNETH F.<br>105 KEEPSAKE LN<br>CHADDS FORD, PA 19327 | | Claim Number: 4219<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $136,716.76 | | | | | |
| BOOE, JAMES B<br>536 COVINGTON WAY<br>LIVERMORE, CA 94551 | | Claim Number: 3015<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,270.72 | Scheduled: | $2,695.45 CONT | Allowed: | | $1,270.72 |
| BOOKER, ARBON J.<br>1056 BEALL LN<br>CENTRAL POINT, OR 97502-2717 | | Claim Number: 5669<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,950.00 | | | | | |
| BOOTH, HAROLD JR<br>JO ANN BOOTH<br>75 RED FOX LANE<br>MILLERSTOWN, PA 17062 | | Claim Number: 2938<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 CONT | | | |
| BOOTH, WILLIAM R.<br>6821 CORRAL CIRCLE<br>SARASOTA, FL 34243 | | Claim Number: 3912<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BORACK, SARI<br>56 VINEYARD CT<br>MONROE TWP, NJ 08831-5303 | | Claim Number: 7793<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,856.00 |
| BORCHERT, GEORGE MELVIN<br>TOD SANDRA L GRATTON<br>SUBJECT TO STA TOD RULES<br>6928 LONG OAK BLVD<br>NAPLES, FL 34109-8877 | | Claim Number: 9406<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $7,870.18 |
| BORDE, SHIRLEY S<br>4801 BRYCE DRIVE<br>CARSON CITY, NV 89706 | | Claim Number: 2734<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,228.00 |
| BORDE, SHIRLEY S.<br>4801 BRYCE DRIVE<br>CARSON CITY, NV 89706 | | Claim Number: 9775<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,201.30 |
| BORDERTOWN APPRAISALS<br>ATTN ROSE VAN DOVER<br>60 DURAN RD<br>EQUINUNK, PA 18417 | | Claim Number: 4934<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $360.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BORDIGNON, VICTORIA<br>C/O CHRISTIAN P. PORTER, ESQ.<br>841 BISHOP STREET, SUITE 2125<br>HONOLULU, HI 96813 | | Claim Number: 10571<br>Claim Date: 11/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| SECURED | Claimed: | $100,000.00 | | | |
| BORDNER, ANN M<br>8809 WAVE CIRCLE<br>APT A<br>FORT WAYNE, IN 46825 | | Claim Number: 2404<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $887.02 | | Allowed: | $887.02 |
| BOREN, GEORGE R.<br>2183 JAMES B WHITE HWY N<br>WHITEVILLE, NC 28472 | | Claim Number: 2471<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $775.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| BORER, JACOB L.<br>2908 S 74TH ST<br>OMAHA, NE 68124 | | Claim Number: 5228<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $528.49 | | | |
| TOTAL | Claimed: | $528.42 | | | |
| BORISHKEVICH, ALEKSANDR<br>37819 21ST COURT SOUTH<br>FEDERAL WAY, WA 98003 | | Claim Number: 10100<br>Claim Date: 03/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | |
| SECURED | Claimed: | $34,500.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BORMANN, MARGARET & ANN<br>4003 CHANCERY PLACE<br>FORT WAYNE, IN 46804 | | Claim Number: 1570<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $538.40 | Scheduled: | $538.46  CONT | Allowed: | $538.40 |
| BOROUGH OF LAKE COMO<br>ATTN ESTHER A. KISS, TAX COLLECTOR<br>P.O. BOX 569<br>SOUTH BELMAR, NJ 07719 | | Claim Number: 2983<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| BORRA, PETER<br>3285 OCEAN FRONT WALK #5<br>SAN DIEGO, CA 92109 | | Claim Number: 2758<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $456.00 | Scheduled: | $450.00 | Allowed: | $456.00 |
| BORRA, PETER<br>3285 OCEAN FRONT WALK # 5<br>SAN DIEGO, CA 92109 | | Claim Number: 2759<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $3,001.00 | | | Allowed: | $3,001.00 |
| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 374<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,102.13 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 430<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,817.00 | | | | |

| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 8144<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $661.19  CONT | | |

| BORSODY, ANDY & RAMONA TRUSTEES<br>BORSODY FAMILY TRUST U/A DTD 8/23/00<br>40 PIMA ST<br>WATSONVILLE, CA 95076 | | Claim Number: 6663<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,020.81 | | | | |

| BORTZ, DEBORAH<br>10 SANTERRE ST<br>NASHUA, NH 03064 | | Claim Number: 376<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $720.00 | Scheduled: | $720.00  CONT | Allowed: | $720.00 |

| BOSSONG, EDWARD A.<br>186 COTTAGE BLVD<br>HICKSVILLE, NY 11801 | | Claim Number: 368<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00  CONT | Allowed: | $2,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BOSTIC, JAMES
PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM
403 SECOND LOOP ROAD, PO BOX 13057
FLORENCE, SC 29504

Claim Number: 2753
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | | |

---

BOSTIC, JAMES
PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM
403 SECOND LOOP ROAD, PO BOX 13057
FLORENCE, SC 29504

Claim Number: 10252
Claim Date: 04/21/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Amends claim number 2753

| UNSECURED | Claimed: | $15,200.18 | | | Allowed: | $15,200.18 |

---

BOSTON MOUNTAIN REAL ESTATE
ATTN CHRIS HAMAKER
PO BOX 722
FAYETTEVILLE, AR 72702-0722

Claim Number: 1165
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,075.00 | | | Allowed: | $1,075.00 |

---

BOSTON PROPERTIES LIMITED PARTNERSHIP
C/O J. DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET NW
WASHINGTON, DC 20006

Claim Number: 8483
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $146,585.00 | | | | |

---

BOSTON PROPERTIES LIMITED PARTNERSHIP
C/O TAMMY FRANKLIN
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC 20004

Claim Number: 8645
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $196,522.26 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BOSTON WATER AND SEWER COMMISSION<br>JORGE A. PORRAS, ESQ., ASST GEN. COUNSEL<br>980 HARRISON AVENUE<br>BOSTON, MA 02119 | | Claim Number: 1885<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| SECURED | Claimed: | $279.20 |
| BOSWELL, EVERETT L.<br>1547 W. CADILLAC CIRCLE<br>ROMEOVILLE, IL 60446 | | Claim Number: 3288<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $16,032.89 |
| BOSWELL, EVERETT L.<br>1547 W. CADILLAC CIRCLE<br>ROMEOVILLE, IL 60446 | | Claim Number: 3289<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $12,720.94 |
| BOSWELL, LORI A.<br>2051 FAWN LN<br>BATAVIA, OH 45103 | | Claim Number: 1286<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $0.00  UNDET |
| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | | Claim Number: 8887<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,414.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | | Claim Number: 10496<br>Claim Date: 09/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $22,414.00 |
| BOUCHER, EDWARD R.<br>1105 CHELSEA RD.<br>ABSECON, NJ 08201 | | Claim Number: 5654<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,000.00 |
| BOUCHER, EDWARD R.<br>1105 CHELSEA RD.<br>ABSECON, NJ 08201 | | Claim Number: 5656<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,500.00 |
| BOUDREAU, ANDRE TTEE<br>616 COHAS AVE<br>MANCHESTER, NH 03109 | | Claim Number: 4691<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,126.56 |
| BOUGHTER, JAMES S.<br>2271 CONSERVATORY PT<br>COLORADO SPGS, CO 80918-7997 | | Claim Number: 6696<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,084.95 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BOULDER COUNTY TREASURER<br>BOB HULLINGHORST<br>P.O. BOX 471<br>BOULDER, CO 80306 | | Claim Number: 10446<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,166.88 | | |
| UNSECURED | Claimed: | $0.00 | | |
| BOUNDS APPRAISAL SVCS INC<br>ATTN: SHAWN BOUNDS, OWNER<br>7603 NEW MARKET DR<br>BETHESA, MD 20817 | | Claim Number: 8247<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
| BOUNDS, JERRY A.<br>PO BOX 794<br>RAKIRAKI,<br>FIJI ISLANDS | | Claim Number: 8546<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,500.00 | | |
| BOURGEOIS, PAUL R. & ALICE L.<br>3034 OAKCREST DR. NW.<br>SALEM, OR 97304 | | Claim Number: 6750<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $16,019.00 | | |
| BOURGEOIS, PAUL R. /IRA<br>3034 OAKCREST DR. NW.<br>SALEM, OR 97304 | | Claim Number: 6751<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,159.98 | | |

U.S. BANKRUPTCY COURT                                                                                  Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BOUTWELL, LYNN E.<br>320 RIDGE CT<br>PRESCOTT, AZ 863036365 | | Claim Number: 6245<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,000.00 | | | |
| UNSECURED | Claimed: | $6,000.00 | | | |
| TOTAL | Claimed: | $6,000.00 | | | |
| BOWEN, BOBBIE<br>119 SHADY BEND<br>LUFKIN, TX 75901 | | Claim Number: 10053<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $4,118.23 | | Allowed: | $4,118.23 |
| BOWEN, LARRY & SUZANNE<br>C/O JOHN M. BERMAN<br>7175 SW BEVELAND, # 210<br>TIGARO, OR 97223 | | Claim Number: 1559<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $65,441.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $65,441.00 |
| BOWEN, LARRY & SUZANNE<br>C/O JOHN M. BERMAN<br>7175 SW BEVELAND, # 210<br>TIGARO, OR 97223 | | Claim Number: 1560<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $65,441.00 | | | |
| BOWENS, CARMEN M.<br>430 W WILSON BLVD<br>HAGERSTOWN, MD 21740 | | Claim Number: 1034<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,376.92 | Scheduled: | $1,376.92 CONT | Allowed: | $1,376.92 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BOWERMAN, RICH<br>HAMMOND BOWERMAN & ASSOC., INC.<br>12 WINDWARD WAY<br>BALTIMORE, MD 21220 | | Claim Number: 118<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
| BOWERSOX, LAURIE<br>3722 GABLE GROVE LN<br>KATY, TX 77494-6574 | | Claim Number: 9045<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BOWERSOX, LOUIS H & LAURIE A<br>3722 GABLE GROVE LN<br>KATY, TX 77494-6574 | | Claim Number: 9044<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BOWLES, PIERRE L.<br>1003 SWANBROOK DRIVE<br>FAYETTEVILLE, GA 30215 | | Claim Number: 589<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $4,500.00 | | | |
| BOWLES, PIERRE L.<br>342 CRISTI COURT<br>JONESBORO, GA 30238 | | Claim Number: 1075<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY | Claimed: | $3,412.50 | Scheduled: | $3,412.50  CONT    Allowed: | $3,412.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BOWMAN, CHUCK<br>829 N AIR DEPOT BLVD.<br>EDMOND, OK 73034-7541 | | Claim Number: 4660<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $108,018.70 |
| BOWMAN, CLARENCE E. JR IRA<br>FERRIS BAKER WATTS C/F<br>3319 CAMPBELL LANE<br>ST. ALBANS, WV 25177 | | Claim Number: 6906<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $36,198.00 |
| UNSECURED | Claimed: | $36,198.00 |
| TOTAL | Claimed: | $36,198.00 |
| BOWMAN, MONICA<br>PO BOX 1288<br>SANTA CRUZ, CA 95061 | | Claim Number: 1420<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |
| PRIORITY | Claimed: | $825.00 | Allowed: | $825.00 |
| BOWMAN, PHILLIP B.<br>COM IRA CUSTODIAN<br>1794 BRUSH HILL LANE<br>GLENVIEW, IL 60025 | | Claim Number: 8069<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOWMAN, QUENTIN G.<br>PHYLLIS I BOWMAN TR UA<br>08/19/92 QUENTIN G & PHYLLIS I BOWMAN T<br>3304 FERNDELL ST NE<br>SALEM, OR 97301-8031 | | Claim Number: 3602<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY | Claimed: | $8,597.00 |
| SECURED | Claimed: | $8,597.00 |
| TOTAL | Claimed: | $8,597.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BOWMAN, STEVEN P.<br>817 E 41ST<br>SAVANNAH, GA 31401 | | Claim Number: 8152<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,356.99 | | | | | |

| BOX-BURR, PHYLLIS J.<br>3268 PARKBROOK DR.<br>GROVE CITY, OH 43123 | | Claim Number: 5194<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $24.40 | | | | | |
| TOTAL | Claimed: | $4,880.00 | | | | | |

| BOXELL, BRETT C<br>6167 W MAPLE GROVE RD<br>HUNTINGTON, IN 467508977 | | Claim Number: 2050<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $560.00 | Scheduled: | $560.00  CONT | Allowed: | | $560.00 |

| BOXER, MINDA<br>12904 SW 107 CT<br>MIAMI, FL 33176 | | Claim Number: 7990<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7942 (08/11/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $16,000.00 | | | | | |

| BOYD, CLARA & WILLIAM<br>1245 HIGHLAND CIRCLE DR<br>WENTZVILLE, MO 63385 | | Claim Number: 10071<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOYD, GRANT A. IRA<br>804 DUNRAVEN DR.<br>MANCHESTER, MO 63021 | | Claim Number: 8370<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |
| BOYD, MARSHA M<br>121 UNION AVE SE<br>RENTON, WA 98059 | | Claim Number: 2581<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $3,477.69 | Scheduled: | $3,477.69 CONT | Allowed: | $3,477.69 |
| BOYD, MICHAEL W. SR.<br>PO BOX 2092<br>ROANOKE, TX 76262 | | Claim Number: 1888<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $2,461.54 CONT | Allowed: | $2,461.54 |
| BOYD, ROBERT W<br>18101 FAIRVIEW CIRCLE<br>TEQUESTA, FL 33469 | | Claim Number: 5257<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,023.00 | | | | | |
| BOYDSTON, BRADLEY D.<br>6653 SE COUGAR MTN WAY<br>BELLEVUE, WA 98006 | | Claim Number: 5071<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| BOYER - KS DBA SHRED-IT<br>ATTN CARLY BAIRD, OFFICE MGR<br>10900 LACKMAN RD<br>LENEXA, KS 66219 | | Claim Number: 289<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $50.00 | Allowed: | $50.00 |
| BOYER, JANE C.<br>1702 E. LIND RD<br>TUCSON, AZ 85719 | | Claim Number: 6166<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| PRIORITY | Claimed: | $4,846.00 | | |
| BOYLE BROWN, MARION JANE<br>9595 E ARBOR PLACE<br>ENGLEWOOD, CO 80111 | | Claim Number: 5760<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,779.49   UNLIQ | | |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | | Claim Number: 7843<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| PRIORITY | Claimed: | $164.75 | | |
| UNSECURED | Claimed: | $164.75 | | |
| TOTAL | Claimed: | $164.75 | | |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | | Claim Number: 10894<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | |
| UNSECURED | Claimed: | $245.83 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BOYLE, JOHN J.<br>31 OLD STATE ROAD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7834<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | | Claim Number: 1002<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |

| PRIORITY | Claimed: | $9,728.00 |
|---|---|---|

| | | |
|---|---|---|
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | | Claim Number: 2325<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |

| PRIORITY | Claimed: | $9,033.38 |
|---|---|---|

| | | |
|---|---|---|
| BOYLE, SUZANNE R (SUZI)<br>1505 N 20TH ST<br>BOISE, ID 83702-0710 | | Claim Number: 2061<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $9,033.38 | Scheduled: | $9,033.38  CONT | Allowed: | $9,033.38 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BOZEK, GALE E<br>657 OPEL RD<br>GLEN BURNIE, MD 21060 | | Claim Number: 8070<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $4,296.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BOZEK, GALE E<br>657 OPEL RD<br>GLEN BURNIE, MD 21060 | Claim Number: 8071<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| BOZEMAN APPRAISAL SERVICES, INC.<br>ATTN B. JUNE BOZEMAN, COO, VP<br>PO BOX 3087<br>GAINESVILLE, GA 30503 | Claim Number: 1180<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $3,050.00 |
|---|---|---|

| | | |
|---|---|---|
| BOZEMAN APPRAISAL SERVICES, INC.<br>ATTN B. JUNE BOZEMAN, COO, VP<br>PO BOX 3087<br>GAINESVILLE, GA 30503 | Claim Number: 4582<br>Claim Date: 12/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $3,050.00 | | Allowed: | $3,050.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| BOZEMAN AREA CHMBR COMMERCE<br>2000 COMMERCE WAY<br>BOZEMAN, MT 59715 | Claim Number: 3399<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 | Allowed: | $295.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BOZER, STEPHEN R.<br>18561 FLORIDA ST APT 3047<br>HUNTINGTN BCH, CA 92648-6053 | Claim Number: 9357<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BP KINGSTOWNE OFFICE K LP<br>C/O J DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | | Claim Number: 8485<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10092 (07/18/2011) | | | | |
| UNSECURED | Claimed: | $49,737.05 | | | | |
| BRAD MALONE APPRAISALS<br>4990 RIVERHILL RD NE<br>MARIETTA, GA 300684857 | | Claim Number: 4465<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $360.00 | | Allowed: | | $360.00 |
| BRADFORD, ROBERT E & TERRY L REED JT TEN<br>489 VANHOY DR<br>GREENWOOD, IN 46142-9065 | | Claim Number: 4457<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $63,605.50 | | | | |
| BRADHAM, WILLIAM<br>2923 HEYWARD ST<br>COLUMBIA, SC 29205 | | Claim Number: 8947<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,640.41 | | | | |
| BRADLEY, ZACHARY<br>55 JENNINGS DR<br>CANAL WINCHESTER, OH 43110 | | Claim Number: 7141<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,029.78 | Scheduled: | $1,029.78  CONT | Allowed: | $1,029.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BRADMAN, EDITH<br>1973 ROCKY POINTE DR.<br>LAKELAND, FL 33813 | | Claim Number: 6923<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $9,834.95 | | | | |
| UNSECURED | Claimed: | $9,834.95 | | | | |
| TOTAL | Claimed: | $9,834.95 | | | | |
| BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE PC<br>ATTN JAMES HOLCOMB, ESQ.<br>801 GRAND AVENUE, SUITE 3700<br>DES MOINES, IA 50309-8004 | | Claim Number: 1547<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | | | |
| UNSECURED | Claimed: | $1,250.00 | | | Allowed: | $1,250.00 |
| BRADSHAW, HEATHER<br>481 SPRINGMONT CT<br>NEWPORT NEWS, VA 23608 | | Claim Number: 352<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $556.50 | Scheduled: | $532.50 CONT | Allowed: | $556.50 |
| BRADSHAW, STACY A<br>16616 199TH PL NE<br>WOODINVILLE, WA 98072 | | Claim Number: 2575<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | | | Scheduled: | $2,916.92 CONT | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| BRADY, AMY<br>214 E GEORGIA AVE<br>CONNELLSVILLE, PA 15425 | | Claim Number: 901<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BRADY, AMY L.
214 E GEORGIA AVE
CONNELLSVILLE, PA 15425

Claim Number: 218
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $692.31 |
| --- | --- | --- |

BRADY, LORI
5432 W FLUNTER DRIVE
WEST VALLEY CITY, UT 84120

Claim Number: 9431
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,853.59 |
| --- | --- | --- |

BRAENDEHOLM, PETER
1898 MATIN CIRCLE
UNIT 189
SAN MARCOS, CA 92069

Claim Number: 9496
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,005.24 |
| --- | --- | --- |

BRANCH, JOYCE
8709 GRACEFIELD DR
WAXHAW, NC 28173

Claim Number: 244
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,313.50 | Scheduled: | $1,313.50 CONT | Allowed: | $1,313.50 |
| --- | --- | --- | --- | --- | --- | --- |

BRANDENBURG TELECOM
JEAN E HUBBARD COLLECTION DEPT
200 TELCO DR PO BOX 599
BRANDENBURG, KY 40108

Claim Number: 3614
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $758.31 | Scheduled: | $694.32 | Allowed: | $758.31 |
| --- | --- | --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BRANDENBURG TELECOM<br>200 TELCO DR<br>PO BOX 599<br>ATTN JEAN E HUBBARD, COLLECTION DEPT<br>BRANDENBURG, KY 40108 | | Claim Number: 3615<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $758.31 |
| BRANDES, FRITZ R. OR JOE R. TTEE<br>BRANDES FAMILY LIVING TRUST<br>15 ROSETHORN PL.<br>SPRING, TX 77381 | | Claim Number: 3254<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,783.00 |
| BRANDES, JOEL<br>2503 ANTIGUA TER APT J3<br>COCONUT CREEK, FL 33066-1023 | | Claim Number: 3471<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,918.95 |
| TOTAL | Claimed: | $17,279.56 |
| BRANDSIH, CHARLES B., IRA<br>6645 GLYNEAGLE DR SE<br>SALEM, OR 97306-1419 | | Claim Number: 8223<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,139.00 |
| BRANDSPIEGEL, BERNARD<br>360 SILVER CT<br>WOODMERE, NY 11598 | | Claim Number: 6412<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRANDSPIEGEL, BERNARD & ROSE<br>360 SILVER CT<br>WOODMERE, NY 11598 | | Claim Number: 6411<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| BRANDSPIEGEL, ROSE<br>360 SILVER CT<br>WOODMERE, NY 11598 | | Claim Number: 6410<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| BRANDYWINE PICNIC PARK<br>690 S CREEK RD<br>ATTN ROSS CAPPS PRESIDENT<br>WEST CHESTER, PA 193822002 | | Claim Number: 3605<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,714.84 | Scheduled: | $1,714.84 | Allowed: | $1,714.84 |
| BRANDYWINE VALLEY HEATING & AIR<br>CONDITIONING, INC<br>ATTN CFO<br>917 OLD FERN HILL RD #300<br>WEST CHESTER, PA 19380 | | Claim Number: 3683<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $157.00 | | | Allowed: | $157.00 |
| BRANHAM, CARLA U.<br>112 MCMURRAY STREET<br>FREDERICK, MD 21701 | | Claim Number: 10368<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,235.55 | | | Allowed: | $1,235.55 |

U.S. BANKRUPTCY COURT                                                                                          Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BRANNON, MARK<br>184 W. BRENTWOOD DR.<br>PALATINE, IL 60074 | | Claim Number: 3093<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,295.01 | | | | | |
| BRANTLEY, TONYA V.<br>6901 RACE TRACK RD<br>CASTALIA, NC 278169726 | | Claim Number: 4091<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $506.81 | Scheduled: | $506.81 | Allowed: | $506.81 |
| BRASWELL, STACY WALTER<br>17418 BRIDLETRAIL WEST<br>GLENCOE, MO 63038 | | Claim Number: 5354<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,500.00 | | | | | |
| BRATT, KAY<br>23351 VIA LINDA #A<br>MISSION VIEJO, CA 92691 | | Claim Number: 436<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,920.00 | | | Allowed: | $1,920.00 |
| BRATTOLI, FRANCESCO<br>2 MIAMI TRAIL<br>ROCKAWAY, NJ 07866 | | Claim Number: 5875<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $3,560.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BRAUDE, KEVIN Z.<br>1832 FIELDWOOD DRIVE<br>NORTHBROOK, IL 60062 | | Claim Number: 1450<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $6,166.51 | | Allowed: | $6,166.51 |
| BRAUER, TRENT<br>22 RIVERA DR.<br>AGAWAM, MA 01001-2855 | | Claim Number: 9349<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $6,000.00 | | | |
| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | | Claim Number: 1281<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $2,111.25 | | | |
| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | | Claim Number: 5066<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | |
| PRIORITY | Claimed: | $2,041.25 | Scheduled: | $2,041.25  CONT | Allowed: | $2,041.25 |
| BRAUN, HEATHER<br>5118 SORRENTO BLVD<br>FORT WAYNE, IN 46845-8893 | | Claim Number: 2792<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $784.00 | Scheduled: | $1,997.52  CONT | Allowed: | $784.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BRAUN, JOAN<br>21285 HALLENDALE CRT<br>BROOKFIELD, WI 53045 | | Claim Number: 6363<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,585.38 | | | | |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | | Claim Number: 5064<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | |
| PRIORITY | | | Scheduled: | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | $677.73  CONT | | |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 852625840 | | Claim Number: 5065<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $863.52 | Scheduled: | $863.52  CONT | Allowed: | $863.52 |
| BRAUN, PHILIP A.<br>18 PINECONE LN<br>COMMACK, NY 11725 | | Claim Number: 9896<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $3,384.62  CONT | Allowed: | $3,384.62 |
| BRAUNSTEIN, JOSEPH<br>7144 FRANCISCO BEND DR<br>DELRAY BEACH, FL 33446-5610 | | Claim Number: 7145<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $156,432.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BRAVEPOINT
ATTN JOHN HARLOW, PRESIDENT
5000 PEACHTREE INDUSTRIAL BLVD
SUITE 100
NORCROSS, GA 30071

Claim Number: 7976
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $227,798.97 | Scheduled: | $200,163.16 | Allowed: | $227,798.97 |
|---|---|---|---|---|---|---|

BRAVO MCCORMICK, CHRISTINA
9719 WYNDHAM DRIVE
FREDERICK, MD 21704

Claim Number: 1433
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $2,707.38 | Scheduled: | $3,445.12  CONT | Allowed: | $2,707.38 |
|---|---|---|---|---|---|---|

BRAVO, CHRISTINA
9719 WYNDHAM DR
FREDERICK, MD 21704-7391

Claim Number: 1432
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $269.60 | | | | |
|---|---|---|---|---|---|---|

BRCH GROVE PLAZA
4335 24TH AVENUE
FORT GRATIOT, MI 48059

Claim Number: 2896
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $2,573.74 | | | Allowed: | $2,573.74 |
|---|---|---|---|---|---|---|

BRCP AURORA MARKETPLACE, LLC
C/O DONALD D. FARLOW
303 E. 17TH AVE, SUITE 800
DENVER, CO 80203

Claim Number: 8788
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $25,852.44 | | | Allowed: | $25,852.44 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BREEDING, PAMELA S.<br>29706 AVANTE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 3378<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,683.94 |
| BREEN, JOHN A., III<br>436 FOX MEADOW DRIVE<br>NORTHFIELD, IL 60093 | | Claim Number: 8818<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $54,395.60 |
| BREHENY, HARRY THOMAS & JOAN MARY<br>JT TEN<br>11 HILDRETH PL<br>YONKERS, NY 10704-3009 | | Claim Number: 7197<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| BREITENBACK, WILLIAM JAY<br>DBA FORCE APPRAISALS<br>105 AMESBURY COURT<br>SEVERNA PARK, MD 21146 | | Claim Number: 8683<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $6,750.00 |
| BRENNAN COLANGELO APPRAISALS<br>561 E JIMMIE LEEDS ROAD<br>GALLOWAY, NJ 08205 | | Claim Number: 9739<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $3,050.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BRENNAN, JACQUELINE<br>8 HAMILTON PLACE<br>COHOES, NY 12047 | | Claim Number: 7342<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,612.87 | | |
| BRENNER, DAVID G.<br>7 BLUE FOX CT<br>LITTLETON, CO 80127 | | Claim Number: 285<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $3,000.00 | Allowed: | $3,000.00 |
| BRENT JONES SERVICES INC<br>PO BOX 751178<br>LV, NV 89136 | | Claim Number: 2784<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| BRENTWOOD PRINTING & ENVELOPE INC<br>SCOTT FINKE<br>8630 WINTON RD<br>CINCINNATI, OH 45231 | | Claim Number: 1889<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $264.34 | | |
| BRESCIA, RICHARD M.<br>596 PETES LANE<br>DAVENPORT, FL 33837 | | Claim Number: 3377<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,841.98 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BRESSLER, JEROME
350 W SCHAUMBURG RD STE 3
SCHAUMBURG, IL 601943400

Claim Number: 6203
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,832.68 |
| --- | --- | --- |

---

BRESSLER, MICHELLE L.
PO BOX 1191
BUCKEYE, AZ 853260088

Claim Number: 7476
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $0.00 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $290.50 | Scheduled: | $290.50 | Allowed: | $290.50 |

---

BREUNSER, MATHIAS J.
14000 NORTH 94TH ST # 3163
SCOTTSDALE, AZ 85260

Claim Number: 5770
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

BREVARD COUNTY TAX COLLECTOR
ROD NORTHCUTT
400 S ST 6TH FL
PO BOX 2500
TITUSVILLE, FL 32781-2500

Claim Number: 168
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8492 (01/12/2010)

| SECURED | Claimed: | $350.77 |
| --- | --- | --- |

---

BREVITZ, R. BRUCE
10 OAKSIDE DRIVE
BATTLE CREEK, MI 49015

Claim Number: 7861
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $88,492.50 |
| --- | --- | --- |

---

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BREVITZ, R. BRUCE<br>10 OAKSIDE DRIVE<br>BATTLE CREEK, MI 49015 | | Claim Number: 7862<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $88,621.02 |
|---|---|---|

| | | |
|---|---|---|
| BREWER, BARBARA A.<br>364 PERTH COURT<br>DUNEDIN, FL 34698 | | Claim Number: 5405<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,152.00 |
|---|---|---|

| | | |
|---|---|---|
| BREWER, GREGG<br>304 FENIMORE RD # 5B<br>MAMARONECK, NY 10543 | | Claim Number: 4671<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $10,500.00 |
|---|---|---|

| | | |
|---|---|---|
| BRIAN C. RUNGE<br>REAL ESTATE APPRAISALS LTD<br>30 CHANNEL LN<br>HAMPTON, VA 23664 | | Claim Number: 2625<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BRICKHAUS, DONALD F. & JANET S.<br>226 BAMBOO LN<br>JACKSON, MO 63755 | | Claim Number: 3874<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $10,070.18 |
|---|---|---|
| TOTAL | Claimed: | $10,052.18 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

BRIDE, DENISE
219-42 EDGEWOOD AVE
LAURELTON, NY 11413

Claim Number: 558
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $238.50 | Scheduled: | $357.69 CONT | Allowed: | $238.50 |
|---|---|---|---|---|---|---|

BRIDGEPORT APPRAISAL, LLC
P.O. BOX 7326
COVINGTON, WA 98042

Claim Number: 10502
Claim Date: 09/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $565.00 | | | Allowed: | $565.00 |
|---|---|---|---|---|---|---|

BRIDGES, RANDALL R.
29623 91ST ROAD
ARKANSAS CITY, KS 67005-6004

Claim Number: 4723
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,840.50 |
|---|---|---|

BRIESKE, ROBERT J.
W4717 CHERRYWOOD DRIVE
LA CROSSE, WI 54601

Claim Number: 5466
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,200.00 |
|---|---|---|

BRIESKE, ROBERT J.
W4717 CHERRYWOOD DRIVE
LA CROSSE, WI 54601

Claim Number: 5468
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,498.70 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRIGGS, GEOFFREY<br>3006 SPANISH TRL<br>DELRAY BEACH, FL 33483 | | Claim Number: 3656<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | | |
| BRIGGS, TONYA<br>8721 GREENBACK LANE APT. 36<br>ORANGEVALE, CA 95662 | | Claim Number: 1567<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $7,701.21 | Scheduled: | $7,701.24  CONT | Allowed: | $7,701.21 | |
| BRIGHT, STEPHEN E.<br>606 CALHOUN ST.<br>ROCKDALE, TX 76567 | | Claim Number: 7665<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,776.00 | | | | | |
| BRINKLEY, MELVIN P.<br>2821 WHITE MARSH RD.<br>SUFFOLK, VA 23434 | | Claim Number: 4967<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| BRINKMAN, WILLIAM H.<br>8675 THE 5TH GREEN<br>ATLANTA, GA 30350-1625 | | Claim Number: 5728<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,917.95 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| BRINKMAN, WILLIAM H.<br>IRA ROLLOVER<br>6075 ROSWELL RD STE 610<br>ATLANTA, GA 30350-1625 | | Claim Number: 5729<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $39,168.85 |

| | | |
|---|---|---|
| BRINKMAN, WILLIAM H.<br>USAA FED SVGS BNK<br>C/F SPIRA SIMPLE<br>6075 ROSWELL RD. STE 610<br>ATLANTA, GA 30328 | | Claim Number: 5730<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,056.95 |

| | | |
|---|---|---|
| BRINKMAN, WILLIAM H.<br>6075 ROSWELL RD. STE 610<br>ATLANTA, GA 30328 | | Claim Number: 5731<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,225.00 |

| | | |
|---|---|---|
| BRISARD, KARL<br>9732 ROCHE PL<br>WELLINGTON, FL 33414-6490 | | Claim Number: 3538<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,231.20 | Scheduled: | $1,231.20  CONT | Allowed: | $1,231.20 |

| | | |
|---|---|---|
| BRIT-FIFTY WEST, LLC<br>ATTN MARJORIE ATYA, PROPERTY MANAGER<br>C/O MAGRUDER & ASSOCIATES, P.C.<br>1889 PRESTON WHITE DR, STE 200<br>RESTON, VA 20191 | | Claim Number: 7977<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $188,809.82 | Allowed: | $188,809.82 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BRITTEX APPRAISAL SERVICES INC
8603 S. DIXIE HWAY
MIAMI, FL 33143

Claim Number: 2755
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,340.00 | | Allowed: | $7,340.00 |

BRITTINGHAM, CHRISTINE
4 OAK HOLLOW LN
SICKLERVILLE, NJ 080813907

Claim Number: 479
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,961.54 | Scheduled: | $1,960.80 CONT | Allowed: | $1,961.54 |

BRITTON, PATRICIA
PO BOX 130
CROMPOND, NY 10517

Claim Number: 10825
Claim Date: 12/20/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9819 (03/08/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,490.58 |

BROCKMAN, RONALD CHARLES & MONNIE DEAN
2603 ADAMS ST.
PADUCAH, KY 42003

Claim Number: 6479
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,060.66 |

BROCKWAY, LARRY & CHAN, LILY
709 CLIPPER WAY
SACRAMENTO, CA 95821

Claim Number: 6599
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BRODEUR, DARIUS
1645 MADRID ST APT 4
SALINAS, CA 939068439

Claim Number: 9530
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,544.48 |
|---|---|---|

BRODT, PHILIP S.
219 WOODS POINT RD.
OSPREY, FL 34229

Claim Number: 9875
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $6,253.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,253.00 |
| TOTAL | Claimed: | $6,253.00 |

BRODY , JASON
341 W 8TH ST
DEER PARK, NY 117296526

Claim Number: 2415
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,207.69 | Scheduled: | $2,207.69 CONT | Allowed: | $2,207.69 |
|---|---|---|---|---|---|---|

BRODY, LAURENCE S. TRUSTEE THE OMNIBUS
2 GEORGEFF RD # 200
ROLLING HILLS, CA 902745270

Claim Number: 3176
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BROGNA, DONALD L.
170 MELROSE DR.
MONTGOMERY, TX 77356

Claim Number: 3363
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,808.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BROMER, JEAN B.<br>412 SPORT HILL RD<br>EASTON, CT 06612 | | Claim Number: 4406<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,555.07 |
| BROMER, JOHN<br>412 SPORT HILL RD<br>EASTON, CT 06612 | | Claim Number: 4405<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,346.52 |
| BROMER, JOHN & JEAN<br>412 SPORT HILL RD<br>EASTON, CT 06612 | | Claim Number: 4407<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,328.50 |
| BRONW, IVY YVONNE<br>14703 FOXFIELD LN<br>FONTANA, CA 92336 | | Claim Number: 653<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $704.00 |
| BROOKINGS MUNICIPAL UTILITIES<br>ATTN DOROTHY BEACH<br>PO BOX 588<br>BROOKINGS, SD 57006 | | Claim Number: 1996<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $266.79 | Scheduled: | $193.11 | Allowed: | $266.79 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BROOKS, JEB<br>105 LIBERTY ST APT B<br>LYNDEN, WA 98264-1445 | | Claim Number: 9216<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $210.50 |
| BROOKS, JOHN C.<br>5141 NORWOOD DR<br>BETTENDORF, IA 52722 | | Claim Number: 7073<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BROOKS, RONALD KENNETH<br>5525 SADDLEWOOD<br>HOLT, MI 488429794 | | Claim Number: 7490<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,185.00 |
| BROOKS, SHERYL<br>21420 INDEPENDENCE<br>SOUTHFIELD, MI 48076 | | Claim Number: 10281<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $35,000.00 |
| BROOKSHER, WILLIAM A<br>2513 DAWN HILL CT<br>RICHLAND, WA 99352 | | Claim Number: 9846<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,837.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BROOKWOOD TAMARAC PLAZA INVESTORS, LLC<br>C/O STEVEN W. KELLY<br>SILVER & DEBOSKEY, P.C.<br>1801 YORK STREET<br>DENVER, CO 80206 | | Claim Number: 6164<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $48,996.04 | Scheduled: | $4,493.59 | Allowed: | $48,996.04 |
| BROOMALL INVESTMENT CLUB<br>ATTN STEPHEN POLINSKY G.P.<br>107 TEAKWOOD COURT<br>NORRISTOWN, PA 19401 | | Claim Number: 6387<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,343.00 | | | | |
| BROTCHNER, BRYAN<br>1100 HOWE AVE # 394<br>SACRAMENTO, CA 95825 | | Claim Number: 4625<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $5,538.47 | Scheduled: | $5,538.47  CONT | Allowed: | $5,538.47 |
| BROTHERTON, JILL<br>1226 NORTH AVENUE<br>BATAVIA, IL 60510 | | Claim Number: 8421-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,100.00 | Scheduled: | $1,153.85  CONT | Allowed: | $1,100.00 |
| BROTHERTON, JILL<br>1226 NORTH AVENUE<br>BATAVIA, IL 60510 | | Claim Number: 8421-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $1,020.00 | | | Allowed: | $1,020.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>GOVERNMENTAL CENTER ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 1238<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $2,679.74   UNLIQ | | |
| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2905<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9142 (08/13/2010) | | |
| SECURED | Claimed: | $5,562.33 | | |
| BROWN APPRAISALS<br>5325 BELFERN DR<br>BELLINGHAM, WA 98226 | | Claim Number: 5356<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,800.00 | Allowed: | $1,800.00 |
| BROWN REAL ESTATE GROUP<br>ATTN KEITH BROWN, BROKER<br>19620 15TH AVE NE<br>SEATTLE, WA 98155 | | Claim Number: 2154<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $233.50 | Allowed: | $233.50 |
| BROWN'S REAL ESTATE SERVICES, INC.<br>20044 COOL SPRING RD<br>MILTON, DE 19968 | | Claim Number: 15-01<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BROWN'S REAL ESTATE SERVICES, INC.<br>20044 COOL SPRING RD<br>MILTON, DE 19968 | | Claim Number: 15-02<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10.00 | | Allowed: | $10.00 |
| BROWN, AUSTIN L. & DANA L.<br>143 LAWRENCE AVE<br>STATEN ISLAND, NY 10310-3031 | | Claim Number: 7056<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $42,144.00 | | | |
| BROWN, CAROLYN B. & KENNETH L.<br>12602 CHEROKEE<br>LEAWOOD, KS 66209 | | Claim Number: 5283<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| BROWN, CHANTEL<br>307 S REYNOLDS ST APT P219<br>ALEXANDRIA, VA 22904-4594 | | Claim Number: 1451<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $9,207.88 | | | |
| BROWN, CHANTEL<br>307 S REYNOLDS ST APT P219<br>ALEXANDRIA, VA 22904-4594 | | Claim Number: 1452<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,292.55 | Scheduled: | $1,375.23 CONT | Allowed:   $1,292.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| BROWN, DAVID AND LORETTA<br>11195 CHACOL CT<br>RANCHO CORDOVA, CA 95670 | Claim Number: 6644<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | | |
| BROWN, EDNA J.<br>896 NIAGRA FALLS DRIVE<br>REDMOND, OR 97756-7084 | Claim Number: 5431<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $10,269.00 | | | |
| BROWN, ELDON<br>1710 KAIBAB LOOP<br>PRESCOTT, AZ 86303 | Claim Number: 4394<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,016.00 | | | |
| BROWN, ELISABETH M.<br>134 COLLEGE VIEW DR<br>HACKETTSTOWN, NJ 07840 | Claim Number: 9285<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,835.79 | | | |
| BROWN, ELIZABETH DORNEY<br>429 ROBIN REED CT<br>PINEVILLE, NC 28134 | Claim Number: 572<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,019.20 | Scheduled: | $1,223.08 CONT | Allowed: | $1,019.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BROWN, JAMES KEITH TRUSTEE<br>JAMES KEITH BROWN TRUST<br>U/A DTD 9-2-95<br>2209 BERRYWOOD RD<br>EDMOND, OK 73034-6877 | | Claim Number: 5093<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,500.00 | | | | | |
| BROWN, JANET S.<br>10841 E 58TH ST<br>MIRA LOMA, CA 91752 | | Claim Number: 713<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $4,143.75 | Scheduled: | $4,143.75 CONT | Allowed: | $4,143.75 |
| BROWN, KERI<br>13630 ZORI LN<br>WINDERMERE, FL 34786-7357 | | Claim Number: 3241<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,980.08 | Scheduled: | $2,000.00 CONT | Allowed: | $1,980.08 |
| BROWN, KERI R.<br>13630 ZORI LN<br>WINDERMERE, FL 34786-7357 | | Claim Number: 519<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,980.08 | | | | | |
| BROWN, KERRIN<br>500 PECONIC ST APT 31-6A<br>RONKONKOMA, NY 117797168 | | Claim Number: 423<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,369.23 | Scheduled: | $2,369.23 CONT | Allowed: | $2,369.23 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| BROWN, LARRY D. | | Claim Number: 4155 |
| 11303 W DELANO | | Claim Date: 12/03/2007 |
| WICHITA, KS 67212-6532 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

| BROWN, MICHAEL R. (BROWN APPRAISALS) | | Claim Number: 1110 |
| 5325 BELFERN DRIVE | | Claim Date: 09/18/2007 |
| BELLINGHAM, WA 98226 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| | | Comments: DOCKET: 7233 (04/07/2009) |

| UNSECURED | Claimed: | $1,820.00 | | Allowed: | $1,820.00 |

---

| BROWN, ROBERT J. R/O IRA | | Claim Number: 7899 |
| FCC AS CUSTODIAN | | Claim Date: 01/09/2008 |
| 37 WOODCLIFF TERRACE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| FAIRPORT, NY 14450-4208 | | Comments: EXPUNGED |
| | | DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $22,372.90 |

---

| BROWN, SHARON L | | Claim Number: 6118 |
| 136 ROUNDTREE BLVD | | Claim Date: 12/21/2007 |
| SAN RAFAEL, CA 94903 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: PAID |
| | | DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $1,678.72 | Scheduled: | $2,727.92 CONT | Allowed: | $1,678.72 |

---

| BROWN, SHELLY SUCESSOR TRUSTEE | | Claim Number: 5598 |
| GLORIA RUTLEDGE REV LIV TRUST | | Claim Date: 12/17/2007 |
| 12339 BORCHERDING | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ST. LOUIS, MO 63131 | | Comments: EXPUNGED |
| | | DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $30,000.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BROWN, SONYA M
540 LARGO CENTER DRIVE, #B305
UPPR MARLBORO, MD 20774

Claim Number: 5655
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,462.00 | Scheduled: | $1,462.00  CONT | Allowed: | $1,462.00 |
|---|---|---|---|---|---|---|

BROWNE, JESSE
18671 LIBRA CIR APT 1
HUNTINGTON BEACH, CA 92646

Claim Number: 692
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,807.00 |
|---|---|---|

BROWNELL, THOMAS F AND MARGARET T
108 SHORE AVE
QUINCY, MA 02169-2405

Claim Number: 3088
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,431.00 |
|---|---|---|

BRUCE, J. WAYNE
24 EAGLE RIDGE DR
SAVANNAH, GA 31406

Claim Number: 8140
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $536.77 |
|---|---|---|

BRUCKMAN, ROSALIND
ATTN SIDNEY BRUCKMAN, EXECUTOR
2700 GRAND CENTRAL PKWY
APT 4V
FLORAL PARK, NY 11005-1104

Claim Number: 9534
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BRUMBACK, MICHAEL RAY<br>3948 RILEY ANTON WAY<br>RNCHO CORDOVA, CA 95742-8001 | | Claim Number: 9424<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,885.92 | | | |
| UNSECURED | Claimed: | $4,544.37 | | | |
| BRUMBERGER, EVA R.<br>275 MORNING STAR LANE<br>CHRISTIANSBURG, VA 24073 | | Claim Number: 7235<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,996.75 | | | |
| BRUMFIELD, SHARON D.<br>13033 BUMPY HOLLOW LN<br>HANOVER, VA 23069 | | Claim Number: 1415<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,385.00 | | | |
| BRUMFIELD, SHARON D.<br>13033 BUMPY HOLLOW LANE<br>HANOVER, VA 23069 | | Claim Number: 5783<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $660.00 | Scheduled: | $325.00 | |
| BRUNELLE, PAUL A. & GIRARD, EDMOND C.<br>JT TENS<br>4337 OAK VIEW DR<br>SARASOTA, FL 34232 | | Claim Number: 4280<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,404.99 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| BRUNETTE, MARILYN L.<br>2614 JODY DR<br>NEW FRANKEN, WI 54229-9602 | | Claim Number: 4241<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,042.10 | | | |
| BRUNNER, MARVIN C.<br>368 OAKHILL AVE<br>EAST LANSING, MI 48823 | | Claim Number: 3410<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $8,567.62 | | | |
| BRUNO, JASON M<br>12537 PATRICK CIRCLE<br>OMAHA, NE 68164 | | Claim Number: 8328<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $1,110.91 | | | |
| BRUNO, JILL<br>26 IRVINGTON ST<br>VALLEY STREAM, NY 11581-3241 | | Claim Number: 353<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $4,563.46 | Scheduled: | $4,579.62  CONT | |
| BRUNO, MARGARET A. TTEE<br>OF THE MARGARET A. BRUNO REV. TR.<br>11688 CALRKSDALE<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 5118<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| SECURED | Claimed: | $20,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

BRUNS, LUANN
26461 LA SCALA
LAGUNA HILLS, CA 92653

Claim Number: 3981
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92  CONT | Allowed: | $3,076.92 |

BRUNS, LUANN D.
26461 LA SCALA
LAGUNA HILLS, CA 92653

Claim Number: 1470
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,076.80 |

BRUNS, LUANN D.
26461 LA SCALA
LAGUNA HILLS, CA 92653

Claim Number: 1886
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,076.80 |

BRUNS, SARA L.
9404 CROWNSPOINT CIR.
AUSTIN, TX 78748

Claim Number: 6199
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,592.84 |

BRUNS, SARA L.
9404 CROWNSPOINT CIR
AUSTIN, TX 78748

Claim Number: 10896
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,461.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

BRUNSON, JAMES A.
9811 CHASE ISLAND DR
SHREVEPORT, LA 71118

Claim Number: 4135
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $15,600.00 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

BRUNSWICK COUNTY
ATTN MIKE CULPEPPER
DELINQUENT TAX SPECIALIST
PO BOX 29
BOLIVIA, NC 28422

Claim Number: 4081
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $40.44 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

BRUNSWICK COUNTY PUBLIC UTILITIES
SHERRI GARNER, CUST SVC SUPERVISOR
PO BOX 580383
CHARLOTTE, NC 28258-0383

Claim Number: 2568
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $208.06 | Scheduled: | $103.83 | Allowed: | $208.06 |
| --- | --- | --- | --- | --- | --- | --- |

BRYAN, EDWIN L.
3809 HENDERSON ROAD
GREENSBORO, NC 27410

Claim Number: 4507
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,813.00 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

BRYAN, JAMES V & JIM W, TTEES
U/A DTD 07/23/96
BRYAN LIVING TRUST
4924 COBBS #10A
WACO, TX 76710-2710

Claim Number: 4903
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $11,192.99 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| BRYAN, JEAN K<br>2132 N. CHARTER POINT DR<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 7642<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $3,038.46 | Scheduled: | $5,469.23 CONT | Allowed: | $3,038.46 |
| BRYAN, WILLIAM<br>PO BOX 11664<br>CLAYTON, MO 63105 | | Claim Number: 10087<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| BRYANT, LARRY L.<br>17924 SNIPES ROAD<br>LITTLE ROCK, AR 72135 | | Claim Number: 9642<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$11,765.35 | | | |
| BRYANT, MARY G.<br>17924 SNIPES ROAD<br>ROLAND, AR 72135 | | Claim Number: 9640<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$506.20 | | | |
| BRZOZOWSKI, DENISE<br>8209 GLASGOW CT.<br>JACKSONVILLE, FL 32244 | | Claim Number: 1640<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,163.46 | Scheduled: | $2,163.46 CONT | Allowed: | $2,163.46 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

| BUBES, HARRIET<br>20310 FAIRWAY OAKS DR.<br>APT. 121<br>BOCA RATON, FL 33434 | | Claim Number: 4960<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BUBLITZ, DELORES<br>BOX 158<br>SHERIDAN, IL 60551 | | Claim Number: 6742<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BUCKLEY, JOSHUA D.<br>117 30TH AVE N # 502<br>NASHVILLE, TN 37203 | | Claim Number: 1875-01<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| BUCKLEY, JOSHUA D.<br>117 30TH AVE N # 502<br>NASHVILLE, TN 37203 | | Claim Number: 1875-02<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $22,050.00 | Allowed: | $22,050.00 |
| BUCKMINSTER, PHILIP I & DERETHA C.<br>11825 LARCH RD<br>HENRYETTA, OK 74437 | | Claim Number: 7417<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| SECURED | Claimed: | $23,141.40 | | |

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BUDD, JOEL K
102 N CUMINA AVE
WRIGHTSVILLE BEACH, NC 28480

Claim Number: 8119
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,458.98 |
|---|---|---|

---

BUDGAR, ESTHER
3520 OAKS WAY APT 601
POMPANO BEACH, FL 33069

Claim Number: 5927
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $13,203.04 |
|---|---|---|

---

BUDISH AND COMPANY INC
PO BOX 101194
DENVER, CO 80250

Claim Number: 9249
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $337.00 | Allowed: | $337.00 |
|---|---|---|---|---|

---

BUEHRLE, JUDITH
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5246
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | | | Scheduled: | $2,046.15 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

BUEHRLE, JUDITH M
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5247
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $901.44 | Scheduled: | $901.44 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BUFANO, SHARON B.<br>2353 HIGHWAY 109 N<br>LEBANON, TN 37090-1217 | | Claim Number: 3736<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $700.00 | | | | | |
| UNSECURED | Claimed: | $700.00 | | | | | |
| TOTAL | Claimed: | $700.00 | | | | | |
| BUFFALO, TIMOTHY CARL<br>1476 ANITA ST.<br>CARPINTERIA, CA 93013 | | Claim Number: 4777<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,365.95 | | | | | |
| BUGGS, ARECA<br>4350 MCCORD LIVSEY<br>RD.<br>SNELLVILLE, GA 30039 | | Claim Number: 9338<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $388.73 | Scheduled: | $388.73 CONT | | | |
| BUGGS, MARY<br>7535 CYPRESS<br>CYPRESS, TX 77433-2140 | | Claim Number: 520<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $670.77 | Scheduled: | $670.77 CONT | Allowed: | $670.77 | |
| BUILDER'S MAGAZINE/NV HM GUIDE<br>PATRICIA FERGUSON, PRESIDENT<br>9080 DOUBLE DIAMOND PKWY STE A<br>RENO, NV 89521 | | Claim Number: 2692<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | Allowed: | $1,000.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BUKHSHTABER, BORIS<br>262 WOODBOURNE<br>ST LOUIS, MO 63105 | | Claim Number: 10074<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| BULLARD, HELEN<br>3127 W ROBINWOOD<br>FRESNO, CA 93711 | | Claim Number: 9365<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9940 (04/13/2011) | | | | | |
| UNSECURED | Claimed: | $302.25 | Scheduled: | $302.25  CONT | Allowed: | $302.25 |
| BULSON, BETHANY R.<br>5201 WRIGHT DR<br>HICKORY, NC 286028297 | | Claim Number: 573<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,081.61 | Scheduled: | $1,081.61  CONT | Allowed: | $1,081.61 |
| BUMBAK, KATHY<br>939 W 6TH ST<br>SAN PEDRO, CA 90731 | | Claim Number: 1164<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10938 (12/20/2013) | | | | | |
| PRIORITY | Claimed: | $2,713.20 | Scheduled: | $2,397.23  CONT | Allowed: | $2,713.20 |
| BUMGARNER, JAMES RICHARD<br>SEP IRA 5116-3636 CHARLES SCHWAB & CO<br>1715 ABBEY OAK DRIVE<br>VIENNA, VA 22182 | | Claim Number: 7116<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,991.90 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BUMGARNER, JAMES RICHARD<br>SEP IRA 5116-3636 CHARLES SCHWAB & CO<br>1715 ABBEY OAK DRIVE<br>VIENNA, VA 22182 | | Claim Number: 7117<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,357.18 | | | | |
| BUMPUS APPRAISAL SERVICE<br>ATTN JANE BUMPUS - APPRAISER<br>102 E 5 ST<br>LAMPASAS, TX 76550 | | Claim Number: 5779<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
| BUNBURY, JOHN<br>12514 KANE ALEXANDER DRIVE<br>HUNTSVILLE, NC 28078 | | Claim Number: 1282<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,047.54 | Scheduled: | $4,047.54 CONT | Allowed: | $4,047.54 |
| BUNCOMBE COUNTY<br>BUNCOMBE CO TAX OFC<br>60 COURT PLZ, RM 320<br>ASHEVILLE, NC 28801 | | Claim Number: 9693<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $43.15 | | | Allowed: | $43.15 |
| BUNN, DORIS B.<br>9005 ENFIELD CT<br>RALEIGH, NC 276151473 | | Claim Number: 6968<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $64,038.54 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BUNTEN, RITA<br>1045 HEARTWOOD LN<br>LAKE ZURICH, IL 60047 | | Claim Number: 92<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $210.12 | | | Allowed: | $210.12 |
| BUNTEN, RITA S.<br>1045 HEARTWOOD LN<br>LAKE ZURICH, IL 60047 | | Claim Number: 502<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,938.16 | Scheduled: | $3,876.76  CONT | Allowed: | $1,938.16 |
| BURDICK RESIDENTIAL APPRAISALS<br>5605 E RIVER STE 101<br>TUCSON, AZ 857501900 | | Claim Number: 550<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $5,160.00 | | | | |
| BURDICK RESIDENTIAL APPRAISALS<br>JULIE BURDICK, OWNER<br>5930 E PIMA #120<br>TUCSON, AZ 85712 | | Claim Number: 551<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $5,160.00 | | | | |
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | | Claim Number: 1121<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $5,160.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | | Claim Number: 1287<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $4,885.00 |
| BURDMAN, CHARLES E.<br>18 ROBIN TERRACE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 735<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $1,307.70 |
| BURGENER, CAROL JOYE<br>13265 DEL MONTE DR. #35 I<br>SEAL BEACH, CA 90740 | | Claim Number: 4927<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $25,555.00 |
| BURGENER, CAROL, IRA<br>WMS CUSTODIAN<br>13265 DEL MONTE DR #I35<br>SEAL BEACH, CA 90740 | | Claim Number: 4929<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $16,967.00 |
| BURGESS, BARBARA A.<br>11818 S.W. 43RD STREET RD.<br>OCALA, FL 34481 | | Claim Number: 8506<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,702.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BURGESS, GLENN B.
1150 W F ST
ONTARIO, CA 91762

Claim Number: 3959
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
|---|---|---|---|---|---|---|---|

BURGESS, JACOB
90 COUNTRY CLUB DRIVE
PORT WASHINGTON, NY 11050

Claim Number: 6532
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $2,865.22 | Scheduled: | $3,512.82 CONT | Allowed: | $2,865.22 |
|---|---|---|---|---|---|---|

BURIAN, THOMAS A.
PO BOX 1076
PARK RIDGE, IL 60068

Claim Number: 951
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT | Allowed: | $1,346.15 |
|---|---|---|---|---|---|---|

BURK, NORMAN
8400 DELMAR LANE
PRAIRIE VILLAGE, KS 66207

Claim Number: 6673
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

BURKE ROBERTSON, CANDACE
903 LAKE LILY DR APT B463
MAITLAND, FL 32751

Claim Number: 4749
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39 CONT | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BURKE, ANDREW P<br>3710 N WAYNE AVE<br>2ND FLOOR<br>CHICAGO, IL 60613 | | Claim Number: 5657<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,646.15 | Scheduled: | $1,646.15  CONT | | | |
| BURKETT'S<br>ATTN TINA JOHNSON<br>8520 YOUNGER CREEK DR<br>SACRAMENTO, CA 95828 | | Claim Number: 2483<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $3,815.47 | Scheduled: | $875.21 | Allowed: | $3,815.47 | |
| BURKHART, CYNTHIA<br>917 E KNIGHT LANE<br>TEMPE, AZ 85284 | | Claim Number: 7260<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $333.95 | | | | | |
| BURN, BETSY J.<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211 | | Claim Number: 7422<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $4,349.18 | | | Allowed: | $4,349.18 | |
| BURNETT, BENNY L.<br>TODAY'S REALTY, INC.<br>2475 LIVINGSTON RD<br>JACKSON, MS 39213 | | Claim Number: 1427<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $375.00 | | | | | |

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| BURNETT, RICHARD (RICK)<br>302 STABLESTONE DR<br>CHESTERFIELD, MO 63017 | | Claim Number: 2068<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15  CONT | Allowed: | $2,596.15 |
| BURNS, LINDA<br>5545 W ARROWHEAD LAKES DR<br>GLENDALE, AZ 85308 | | Claim Number: 1171<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $89,228.23 | Scheduled: | $88,691.23  CONT | | |
| BURR, JEFFREY<br>1007 WHITE BIRCH DRIVE<br>NEWARK, DE 19713 | | Claim Number: 7839<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,224.00 | | | | |
| BURR, PATRICK<br>3268 PARKBROOK DR.<br>GROVE CITY, OH 43123 | | Claim Number: 5193<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $9,000.00<br>$0.00 | | | | |
| BURR, PATRICK<br>3268 PARKBROOK DR.<br>GROVE CITY, OH 43123 | | Claim Number: 5195<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$14,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BURROUGHS, DOUG<br>7005 HARTLEY CT<br>MODESTO, CA 95356 | | Claim Number: 6469<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,104.00 |
| BURROWS, GERARD<br>32 JONATHANS WAY<br>LIMERICK, PA 19468 | | Claim Number: 5327<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,368.85 |
| BUSACCA, DARLENE<br>834 MOWAT CIRCLE<br>HAMILTON, NJ 08690 | | Claim Number: 10123<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $65,000.00 |
| BUSER, LORIEN K.<br>129 N SHERIDAN ST<br>WICHITA, KS 67203 | | Claim Number: 5335<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID |
| UNSECURED | Claimed: | $0.00   UNDET |
| BUSH, ALBERT JR.<br>1421 REDBUD ST<br>ATHENS, AL 35611 | | Claim Number: 6028<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BUSH, ELLEN<br>412 BECKY PLACE<br>LEXINGTON, KY 40517 | | Claim Number: 9810<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,268.46 | | | | | |
| BUSINESS IMAGES & GRAPHICS INC<br>ATTN RICKY HALL, PRESIDENT<br>308 W MULBERRY<br>SEARCY, AR 72143 | | Claim Number: 9743<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $15,013.50 | Scheduled: | $13,962.41 | Allowed: | $15,013.50 |
| BUSINESS WIRE, INC.<br>ATTN SARAH FINE, COLLECTIONS SUPERVISOR<br>44 MONTGOMERY STREET, 39TH FL<br>SAN FRANCISCO, CA 94164 | | Claim Number: 1606<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 | Allowed: | $2,500.00 |
| BUSKOHL, JESSICA<br>900 WINDSTONE CT<br>LAKE IN THE HILLS, IL 60156 | | Claim Number: 1900<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,000.16 | Scheduled: | $1,000.16  CONT | Allowed: | $1,000.16 |
| BUSSETT, RAYMOND E.<br>13644 WILEY CT<br>POWAY, CA 92064-4000 | | Claim Number: 9514<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

BUTLER, DIONNA
4739 N 2ND ST
PHILADELPHIA, PA 191204201

Claim Number: 445
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $945.00 | Scheduled: | $945.00 CONT | Allowed: | $945.00 |
|---|---|---|---|---|---|---|

---

BUTLER, MICHAEL J. & JENNIFER B. QUICK
PO BOX 16786
SAVANNAH, GA 31416

Claim Number: 7352
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,649.53 |
|---|---|---|

---

BUTLER, PATRICIA
800 HIGH WOODS TRAIL
FORT WORTH, TX 76112-1705

Claim Number: 9898
Claim Date: 02/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $11,525.78 |
|---|---|---|

---

BUTLER, TRACY
3700 CHARLEMAINE DR
AURORA, IL 60504

Claim Number: 2841
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | | | Scheduled: | $4,184.55 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $16,515.40 CONT |

---

BUTLER, TRACY L.
3700 CHARLEMAINE DR
AURORA, IL 60504

Claim Number: 624-01
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $2,751.29 | | | Allowed: | $2,751.29 |
|---|---|---|---|---|---|---|

---

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BUTLER, TRACY L.<br>3700 CHARLEMAINE DR<br>AURORA, IL 60504 | | Claim Number: 624-02<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $15,948.15 | | | | | |
| BUTOR, AILEEN C<br>1109 CLOUDWALK CANYON DR<br>CHULA VISTA, CA 919116835 | | Claim Number: 6285<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,688.00 | Scheduled: | $2,688.00  CONT | Allowed: | $2,688.00 |
| BUTTE COUNTY TREASURER/TAX COLLECTOR<br>ATT STEPHANIE BROWN DEPUTY TAX COLLECTOR<br>25 COUNTY CENTER DR<br>BUTTE VALLEY, CA 95965 | | Claim Number: 9833<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | | |
| SECURED | Claimed: | $1,079.72 | | | | | |
| BUTTERWORTH, BYRON E.<br>4820 REGALWOOD DR<br>RALEIGH, NC 27613-7041 | | Claim Number: 3672<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | | |
| BUTTERWORTH, SHANNON<br>672 WEDGEWOOD DR<br>WOODSTOCK, GA 301896818 | | Claim Number: 10508<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $286.15 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | | Claim Number: 1123<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,328.22 | Scheduled:<br>Scheduled: | $4,856.27 CONT<br>$131.87 CONT | Allowed: | $9,328.22 |
| BUTTS, LEE ANN<br>9901 RED TWIG PL<br>FORT WAYNE, IN 46804 | | Claim Number: 2357<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $6,538.48 | | | |
| BUTZEL LONG P.C.<br>ATTN JEANNE WYATT<br>150 W JEFFERSON<br>STE 100<br>DETROIT, MI 48226 | | Claim Number: 9290<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $1,504.00 | | | |
| BYER, MATT<br>992 PLANTI DRIVE<br>OTTAWA, ON<br>CANADA | | Claim Number: 5621<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM AMOUNT IS IN CANADIAN DOLLARS $1,513.68 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BYERS, BRADLEY<br>200 BIRD CT.<br>NORMAL, IL 61761-3256 | | Claim Number: 6094<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,606.90 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| BYERS, BRADLEY & MARTINEZ, PILAR JT TEN<br>200 BIRD CT.<br>NORMAL, IL 61761-3256 | | Claim Number: 6097<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,616.79 |
| BYERS, BRUCE T. TR FBO<br>BRUCE T. BYERS TRUST UA APR. 29<br>3541 BLACKSTONE WAY<br>MODESTO, CA 95356-0440 | | Claim Number: 4006<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 373<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $2,295.00 |
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 499<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
| PRIORITY | Claimed: | $18,360.00 |
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 8145<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY<br>UNSECURED | Claimed: | Scheduled:        $1,765.39  CONT<br>$0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

BYRD, DEBBIE
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 3099
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | Scheduled: | $8,948.00 CONT | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $8,948.00 | | | |

BYRD, DEBBIE M
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 3098
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10440 (05/04/2012)

| PRIORITY | Claimed: | $692.31 | | | |
|---|---|---|---|---|---|

BYRD, DEBORAH M.
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 561
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |
|---|---|---|---|---|---|---|

BYRD, DEBORAH M.
1013 NAGIA CT
FENTON, MO 63026

Claim Number: 1421
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,336.00 | | | |

BYRNE, JOHN P. III
936 - 23 ROAD
GRAND JCT, CO 81505

Claim Number: 9390
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4223 (05/23/2008)

| UNSECURED | Claimed: | $5,057.19 | | | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| BYRUM, DIANA L.<br>PO BOX 874001<br>WASILLA, AK 99687 | | Claim Number: 2965<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $1,661.54 | Scheduled: | $1,661.54  CONT | Allowed: | $1,661.54 |
| C J MAINTENANCE INC<br>ATTN JILLIAN A. ZEI, VP<br>5525 TWIN KNOLLS RD<br>STE 323<br>COLUMBIA, MD 21045 | | Claim Number: 3774<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,185.30 | Scheduled: | $4,185.30 | Allowed: | $4,185.30 |
| C&H PROPERTIES LLC<br>ATTN: CHRIS CANTY, PRINCIPAL<br>318A GUILBEAU RD<br>LAFAYETTE, LA 70506 | | Claim Number: 10128<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $35,841.63 | | | | |
| C.B. CONTRACTORS, INC.<br>ATTN PAUL PINGEL, PRES.<br>2630 W ARMITAGE<br>CHICAGO, IL 60647 | | Claim Number: 944<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $31,032.61 | Scheduled: | $30,029.62 | | |
| C.B. CONTRACTORS, INC.<br>ATTN PAUL PINGEL, PRES.<br>2630 W ARMITAGE<br>CHICAGO, IL 60647 | | Claim Number: 8181<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $5,458.38 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| C.F. MCERLEAN, JR. TRUST A DTD 5/27/2005<br>CHARLES F MCERLEAN, JR. TRUSTEE<br>2733 N 164TH AVE<br>GOODYEAR, AZ 85395 | | Claim Number: 8115<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $9,265.90 | | | | |
| C.F. MCERLEAN, JR. TRUST A DTD 5/27/2005<br>CHARLES F MCERLEAN, JR. TRUSTEE<br>2733 N 164TH AVE<br>GOODYEAR, AZ 85395 | | Claim Number: 8116<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $9,265.90 | | | | |
| CABLE PLUS INC<br>ATTN ANNETTE ROMAINE, CREDIT MANAGER<br>5330 N LOCKWOOD<br>CHICAGO, IL 60630 | | Claim Number: 4454<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $7,162.95 | Scheduled: | $2,036.16 | Allowed: | $7,162.95 |
| CABLEVISION<br>BANKRUPTCY, 3RD FLOOR<br>200 JERICHO QUADRANGLE<br>JERICHO, NY 11753 | | Claim Number: 10451<br>Claim Date: 08/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $1,943.84  UNDET | | | | |
| CABUDOL, NYLA<br>87-708 MANUAIHUE ST<br>WAIANAE, HI 96792 | | Claim Number: 295<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,827.69 | Scheduled: | $1,827.69  CONT | Allowed: | $1,827.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CACCAMO, FRANK M. II
11 HARBOR CIR
CENTERPORT, NY 11721

Claim Number: 144
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,182.69 | Scheduled: | $4,182.69 CONT | Allowed: | $4,182.69 |

CACCHIONE, ANGELA M
7371 BROOKLAWN DR
WESTMINSTER, CA 92683

Claim Number: 3085
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $774.00 | Scheduled: | $774.00 CONT | Allowed: | $774.00 |

CADDO COUNTY
ATTN STAN JENNINGS, TREASURER
P.O. BOX 278
ANADARKO, OK 73005

Claim Number: 3245
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $0.00 |

CADENA APPRAISAL SERVICE
ATTN VALERIANO E. CADENA, JR., OWNER
123 W MARTIN ST
DEL RIO, TX 78840

Claim Number: 2054
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |

CADENHEAD, LARRY
5577 COMPTON LN
ELDERSBURG, MD 21784-8860

Claim Number: 9753
Claim Date: 01/22/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $350.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CADENHEAD, LARRY<br>7820 OLD LITCHFIELD LANE<br>ELLICOTT CITY, MD 21043 | | Claim Number: 9754<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $7,500.00 | | | | | |
| CADIZ, JOY<br>1168 NAMDAC AVE.<br>BAY SHORE, NY 11706 | | Claim Number: 7489<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $3,846.15  CONT | Allowed: | $3,846.15 |
| CADIZ, JOY N.<br>1168 NAMDAC AVE<br>BAY SHORE, NY 11706 | | Claim Number: 301<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,846.15 | | | | | |
| CADRE GROUP, LLC<br>60 KATONA DR STE 27<br>FAIRFIELD, CT 06824 | | Claim Number: 4<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6763 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $12,745.00 | | | Allowed: | $12,745.00 |
| CAESAR'S CARPET & UPHOLSTERY<br>77500 CALLE CHILLON<br>LA QUINTA, CA 92253-5520 | | Claim Number: 2686<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $420.00 | Scheduled: | $420.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CAFE TODAY<br>ATTN DAID KEULER<br>10200 SW GREENBURG RD<br># 100<br>PORTLAND, OR 97223 | Claim Number: 2073<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $238.40 | Scheduled: | $238.40 | |
| CAGLIERO, ROBERT<br>5280 W HARBOR VILLAGE DR APT 302<br>VERO BEACH, FL 329677362 | Claim Number: 8123<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $35,500.00 | | | |
| CAHILL, ANNE C.<br>628 W. 58TH ST.<br>HINSDALE, IL 60521 | Claim Number: 1644<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $6,153.81 | | Allowed: | $6,153.81 |
| CAHILL, PATRICIA<br>69 KING ROAD<br>LANDING, NJ 07850 | Claim Number: 4624<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| CAIN, MARION W.<br>LAW OFFICES OF MARION W. CAIN, PC<br>127 LEWIS STREET<br>SAN ANTONIO, TX 78212 | Claim Number: 5758<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $307.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CAIRA, MARCELLO R/O IRA<br>39-20 WILLOW<br>DOUGLASTON, NY 11363 | Claim Number: 5658<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|

| UNSECURED | Claimed: | $20,670.00 | | | | |
|---|---|---|---|---|---|---|

| CAL-PACIFIC BUSINESS MACHINES INC<br>ATTN JOHN SANTNER<br>9610 S. LA CIENEGA BLVD<br>INGLEWOOD, CA 90301 | Claim Number: 6509<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $2,559.73 | Scheduled: | $827.31 | Allowed: | $2,559.73 |
|---|---|---|---|---|---|---|

| CALABRESE, BARBARA<br>8 BARNSBORO RD<br>PARSIPPANY, NJ 07054 | Claim Number: 4069<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $4,469.99 | | | | |
|---|---|---|---|---|---|---|

| CALABRESE, FRANCIS<br>8 BARNSBORO RD<br>PARSIPPANY, NJ 07054 | Claim Number: 4082<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| SECURED | Claimed: | $2,085.00 | | | | |
|---|---|---|---|---|---|---|

| CALAHAN, BARBARA BONNIE<br>2443 N. MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | Claim Number: 1693<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $1,834.56 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CALCANDY, CANDICE M.<br>183 VINEYARD RD<br>HUNTINGTON, NY 11743 | | Claim Number: 659<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,326.88 | Scheduled: | $2,326.92 CONT | Allowed: | $2,326.88 |
| CALCANDY, CANDICE M.<br>183 VINEYARD RD<br>HUNTINGTON, NY 11743 | | Claim Number: 6598<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $479.24<br>$479.24<br>$479.24 | | | | |
| CALDERONE, DOMINICK<br>662 N. MEADOW DR.<br>BOUND BROOK, NJ 08805 | | Claim Number: 4226<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,400.00 | | | | |
| CALDERONE, DOMINICK<br>662 N. MEADOW DR.<br>BOUND BROOK, NJ 08805 | | Claim Number: 4227<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,600.00 | | | | |
| CALDWELL APPRAISAL<br>ATTN TROY CALDWELL<br>328 NE SUNDERLAND CT<br>LEES SUMMIT, MO 64064 | | Claim Number: 2688<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CALDWELL APPRAISALS INC
ATTN KATIE N. CALDWELL
5930 S 400 E
WOLCOTTVILLE, IN 46795

Claim Number: 3239
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $500.00 | | |
|---|---|---|---|---|

---

CALDWELL, TORRENCE
KAHN GORDON TIMKO & RODRIQUES, P.C.
20 VESEY STREET, SUITE 300
NEW YORK, NY 10007

Claim Number: 10852
Claim Date: 12/28/2010
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: ALLOWED
DOCKET: 10866 (09/03/2013)

| UNSECURED | Claimed: | $0.00 | Allowed: | $1.00 |
|---|---|---|---|---|

---

CALHOUN, LISA
53 MCLEAN SCHOOL RD
RR#2
ST GEORGE, ON N0E 1N0
CANADA

Claim Number: 8875
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,771.51 | | |
|---|---|---|---|---|

---

CALHOUN, ROBERT
53 MCLEAN SCHOOL RD.
RR2
ST GEORGE, ON N0E 1N0
CANADA

Claim Number: 9665
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,982.42 | | |
|---|---|---|---|---|

---

CALIDO BAY HOMEOWNERS ASSOCIATION
C/O LAW OFFICE OF WANDEN P TREANOR
1744 LINCOLN AVENUE
SAN RAFAEL, CA 94901

Claim Number: 1170
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $3,434.51 | Allowed: | $3,434.51 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CALIDO BAY HOMEOWNERS ASSOCIATION<br>C/O LAW OFFICE OF WANDEN P TREANOR<br>1744 LINCOLN AVENUE<br>SAN RAFAEL, CA 94901 | | Claim Number: 8968<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | | |
| UNSECURED | Claimed: | $3,595.62 | | | | | |
| CALIFORNIA CLEANING CONCEPTS<br>ATTN JAMES E MASSICOTTE<br>635 BARSTOW<br># 19<br>CLOVIS, CA 93612 | | Claim Number: 2114<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8180 (10/14/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,750.00 | Scheduled: | $500.00 | Allowed: | $1,750.00 |
| CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: PETER BUCK<br>P.O. BOX 4034<br>SACRAMENTO, CA 95812 | | Claim Number: 9903<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| CALIFORNIA SIGNS & GRAPHICS<br>11 ELF CT<br>PLEASANT HILL, CA 945231817 | | Claim Number: 2867<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $3,618.80 | Scheduled: | $530.43 | Allowed: | $3,618.80 |
| CALL, RALPH<br>2608 W. CHESTNUT AVE<br>YAKIMA, WA 98902 | | Claim Number: 5389<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $11,892.52 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CALLAHAN, BARBARA L<br>2443 MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 5711<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,834.61 | Scheduled: | $1,834.61 CONT | Allowed: | $1,834.61 |
| CALLAHAN, GEORGE S. JR TRUSTEE<br>GEORGE S. CALLAHAN JR TRUST<br>931 VENTURA AVE<br>ORLANDO, FL 32804 | | Claim Number: 3816<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,837.00 | | | | |
| CALLAHAN, MICHAEL<br>545 BELVIEW AVE<br>WINCHESTER, VA 22601 | | Claim Number: 237<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $115.00 | | | Allowed: | $115.00 |
| CALTRONICS BUSINESS SYSTEMS<br>ATTN ANNE LONG, CFO<br>10491 OLD PLACERVILLE RD<br>SACRAMENTO, CA 95827-2508 | | Claim Number: 9762<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $5,667.85 | | | | |
| CALVIN, MELISSE<br>15040 INDIAN DRIVE<br>FONTANA, CA 92335 | | Claim Number: 4426<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,369.23 | Scheduled: | $3,369.23 CONT | Allowed: | $3,369.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| CALVO, LORAINE (LORI)<br>43 COTTONWOOD LA<br>WESTBURY, NY 11590 | Claim Number: 7394<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | |

| PRIORITY | Claimed: | $8,826.92 | | Allowed: | $8,826.92 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8067<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10092 (07/18/2011) | |

| UNSECURED | Claimed: | $808,285.78 |
|---|---|---|

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8068<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10092 (07/18/2011) | |

| UNSECURED | Claimed: | $36,498,888.27 |
|---|---|---|

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH AS ADMIN AGENT<br>PURSUANT TO THE REPURCHASE AGREEMENT<br>JOHN-CHARLES VAN ESSCHE -CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8044<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8022 (09/08/2009) | |

| SECURED | | | Scheduled: | $1,155,752,443.00  UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67   UNLIQ | | |

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH AS ADMIN AGENT<br>PURSUANT TO THE REPURCHASE AGREEMENT<br>JOHN-CHARLES VAN ESSCHE -CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 11019 | Claim Number: 8045<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 8022 (09/08/2009) | |

| SECURED | | | Scheduled: | $1,155,752,443.00  UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179,579,324.67   UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 11019

Claim Number: 8046
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP | |
| UNSECURED | Claimed: | $1,179,579,324.67   UNLIQ | | | |

---

CALYON NEW YORK BRANCH AS ADMIN AGENT
PURSUANT TO THE REPURCHASE AGREEMENT
JOHN-CHARLES VAN ESSCHE -CALYON BUILDING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 11019

Claim Number: 8047
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8022 (09/08/2009)

| SECURED | | | Scheduled: | $1,155,752,443.00 UNDET DISP | |
| UNSECURED | Claimed: | $1,179,579,324.67   UNLIQ | | | |

---

CALYPSO CHARTER CRUISES INC
ATTN FRANK GIORDANO, OWNER / PRESIDENT
14 PENN PLAZA
STE 2002
NYC, NY 10122

Claim Number: 2732
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $355.38 | Scheduled: | $355.38 | Allowed: | $355.38 |

---

CALYX SOFTWARE
LEGAL DEPARTMENT
ATTN DOUG CHANG - PRESIDENT
6475 CAMDEN AVE STE 207
SAN JOSE, CA 95120

Claim Number: 1233
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,736.00 | | | Allowed: | $2,736.00 |

---

CAMBRIDGE VALUATION SERVICES
P.O. BOX 181
ATTN THOMAS WM CAMBRIDGE PRESIDENT
OWNER
MONTCHANIN, DE 19710

Claim Number: 8019
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,200.00 | | | Allowed: | $3,200.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CAMERANO, LAWRENCE R. JT TEN<br>DEBRA CAMERANO<br>28 FLAMINGO HAMMOCK RD<br>ISLAMORADA, FL 33036 | | Claim Number: 5831<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $500.00 |
| CAMERANO, LAWRENCE R. JTWROS<br>DEBRA CAMERANO<br>28 FLAMINGO HAMMOCK RD<br>ISLAMORADA, FL 33036 | | Claim Number: 5830<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,050.00 |
| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 9937<br>Claim Date: 02/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $54.63   UNLIQ |
| CAMERON COUNTY<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10458<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 6873 (01/21/2009) |
| ADMINISTRATIVE | Claimed: | $40.75   UNLIQ |
| CAMERON, CHRIS<br>PO BOX 44795<br>PHOENIX, AZ 85064-4795 | | Claim Number: 9356<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,900.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CAMP, WARREN<br>P.O. BOX 986<br>ARNOLD, CA 95223 | | Claim Number: 6080<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,764.95 | | | | | |
| CAMPBELL, BRUCE H.<br>1119 NORTHRIDGE CT.<br>GOLDEN, CO 80401 | | Claim Number: 3290<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,432.00 | | | | | |
| CAMPBELL, CHRISTOPHER M<br>4900 N LAWNDALE<br>APT B<br>CHICAGO, IL 60625 | | Claim Number: 6829<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,176.92 | Scheduled: | $1,176.92  CONT | Allowed: | | $1,176.92 |
| CAMPBELL, DAVID A.<br>320 - 14TH STREET N.W.<br>CLEVELAND, TN 37311 | | Claim Number: 4708<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,890.00 | | | | | |
| CAMPBELL, DOUG<br>1 VAN SISE COURT<br>SYOSSET, NY 11791 | | Claim Number: 1429<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $2,500.00 | | | | | |

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CAMPBELL, DOUG<br>1 VAN SISE COURT<br>SYOSSET, NY 11791 | | Claim Number: 3573<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,500.00 | | | Allowed: | $2,500.00 |
| CAMPBELL, DOUGLAS E.<br>3803 OAKLAND COURT<br>MISSOURI CITY, TX 77459 | | Claim Number: 5121<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $50,225.87 | | | | |
| CAMPBELL, MONICA<br>309 FRIO LANE<br>LEANDER, TX 78641 | | Claim Number: 562<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $944.84 | Scheduled: | $945.00 CONT | Allowed: | $944.84 |
| CAMPBELL, TASHA E.<br>39 GOLDEN AVE APT D8<br>DEER PARK, NY 11729 | | Claim Number: 9567<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10916 (11/13/2013) | | | | |
| PRIORITY | Claimed: | $800.00 | | | | |
| CAMPBELL, TERRY, PROFIT SHARING<br>612 196TH ST SW<br>LYNNWOOD, WA 98036-5918 | | Claim Number: 3090<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CANALES, JENNY<br>72 BRADLEY ST<br>BRENTWOOD, NY 11717 | | Claim Number: 3686<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,077.42 | Scheduled: | $1,077.42 CONT | Allowed: | $1,077.42 |
| CANALES, SHANNON D<br>3570 ARGYLE AVE.<br>CLOVIS, CA 93612 | | Claim Number: 3977<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $907.31<br>$0.00 | Scheduled: | $907.31 CONT | | |
| CANCER MONTHLY LLC PROF SHRG<br>401K PLAN FBO MICHAEL HORWIN<br>14460 NEW FALLS OF NEUSE RD.<br>STE 149-243<br>RALEIGH, NC 27614 | | Claim Number: 6425<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $6,845.00 | | | | |
| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | | Claim Number: 767<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $2,575.00 | | | | |
| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | | Claim Number: 7773<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,376.92 | Scheduled: | $2,376.92 CONT | Allowed: | $2,376.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CANNON, JAMIN P.
526 SPRING GROVE AVENUE
TOLEDO, OH 43605

Claim Number: 7955
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9142 (08/13/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50,000.00 | | |
| TOTAL | Claimed: | $45,466.07 | | |

CANNONE, DOLORES E.
9 EASTVIEW TER.
EASTON, PA 18045

Claim Number: 5859
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7.00 | | |
| UNSECURED | Claimed: | $2,707.00 | | |

CANTELI, LISBET
4637 HENDRIX DR
FOREST PARK, GA 302973729

Claim Number: 10267
Claim Date: 04/24/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 10280 (12/14/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $508,172.38 | | |

CANTELME, PHILIP
4809 MILLSHIRE LANE
FAIR OAKS, CA 95628

Claim Number: 1484
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $578.01 | Allowed: | $578.01 |

CANTERBURY TOWN
ATTN CHERYL A. GORDON, TAX COLLECTOR
P.O. BOX 500
CANTERBURY, NH 03224

Claim Number: 5342
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CANTU, CARLOS III<br>3703 HAINES ST, APT H<br>SAN DIEGO, CA 92109 | | Claim Number: 7358<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,329.00 |
| CANTU, JOSE<br>11712 VAN BUREN STREET NE<br>BLAINE, MN 55434 | | Claim Number: 10282<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $63,000.00 |
| CANYON COUNTY<br>ATTN TRACIE LLOYD, TREASURER<br>P.O. BOX 1010<br>CALDWELL, ID 83606 | | Claim Number: 3357<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9026 (07/19/2010) |

PRIORITY                                                          Scheduled:              $329.96  DISP CONT
SECURED          Claimed:              $304.42                                        Allowed:          $304.42

| | | |
|---|---|---|
| CAO, LI-PING<br>39-3469 TERRAVITA PLACE<br>VANCOUVER, BC V5K 5H7<br>CANADA | | Claim Number: 6743<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $586.25 |
| CAPAX INSURANCE<br>1150 NINTH ST.<br>SUITE 1400<br>MODESTO, CA 95354 | | Claim Number: 7311<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) |

UNSECURED          Claimed:              $242.86          Scheduled:              $58.02

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CAPEWAY APPRAISAL SERVICE<br>ATTN JODI LANGFORD<br>37 WATER ST<br>SANDWICH, MA 02563 | | Claim Number: 2188<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $625.00 | | | | |
| CAPITAL APPRAISAL SERVICES INC<br>ATTN J.R. CABAI - PRESIDENT<br>11627 MARSHWOOD LANE<br>FORT MYERS, FL 33908 | | Claim Number: 2442<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,275.00 | | | Allowed: | $1,275.00 |
| CAPITAL BUSINESS SYSTEMS INC<br>ATTN W. ALAN HUGHES, CONTROLLER<br>2000 WESTLAND RD<br>CHEYENNE, WY 82001 | | Claim Number: 3212<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,304.78 | Scheduled: | $778.05 | Allowed: | $1,304.78 |
| CAPITAL CONTRACTORS INC<br>ATTN NANCY J EVANS, COLLECTIONS<br>POB 3079<br>HUNTINGTON, NY 11746 | | Claim Number: 5233<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | | | |
| UNSECURED | Claimed: | $18,731.91 | Scheduled: | $20,535.04 | | |
| CAPITOL OFFICE SOLUTIONS<br>POB 277728<br>ATLANTA, GA 30384-7728 | | Claim Number: 3604<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $907.00 | Scheduled: | $404.00 | Allowed: | $907.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CAPIZZI, DENISE<br>16 WINDWOOD RD<br>BROOKFIELD, CT 06804 | | Claim Number: 8997<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,944.01 |

| | | | | |
|---|---|---|---|---|
| CAPPUCCIO TRUST<br>ATTN JUDITH A. MORGAN, CO-TRUSTEE<br>659 ABREGO STREET<br>SUITE # 4<br>MONTEREY, CA 93940 | | Claim Number: 2266-01<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $370.97 | Scheduled: | $2,300.00 |

| | | |
|---|---|---|
| CAPPUCCIO TRUST<br>ATTN JUDITH A. MORGAN, CO-TRUSTEE<br>659 ABREGO STREET<br>SUITE # 4<br>MONTEREY, CA 93940 | | Claim Number: 2266-02<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $1,929.03 |

| | | | | |
|---|---|---|---|---|
| CAPRARO APPRAISAL CO INC<br>1515 SMITH ST # K<br>N PROVIDENCE, RI 02911 | | Claim Number: 3450<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |

| | | |
|---|---|---|
| CAPUANO, LOUIS<br>2374 MERMAIND AVENUE<br>WANTAGH, NY 11793 | | Claim Number: 7247<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,285.10 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CAPUTO, ANTHONY M.<br>110 BANDY WINE DR<br>BETHANY BEACH, DE 19930 | Claim Number: 3957<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED          Claimed: | $125,000.00 | |
| CARBERRY, MICHAEL & EILEEN<br>1 ASTER CT.<br>MEDFORD, NJ 08055 | Claim Number: 3127<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $37,846.00 | |
| CARBON COUNTY TAX CLAIM BUREAU<br>COURTHOUSE ANNEX,<br>P.O. BOX 37<br>JIM THORPE, PA 18229-0037 | Claim Number: 10711<br>Claim Date: 05/11/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | |
| PRIORITY          Claimed:<br>SECURED          Claimed: | $3,068.85<br>$0.00 | |
| CARBONELL APPRAISALS INC<br>ATTN JUAN CARBONELL, PRES.<br>119 MONROE<br>TRAVERSE CITY, MI 49684 | Claim Number: 2468<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |
| UNSECURED          Claimed: | $750.00 | Allowed:          $750.00 |
| CARD, THERESA<br>4301 LEROY CT<br>WHITE LAKE, MI 48383-1462 | Claim Number: 1052<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | |
| PRIORITY          Claimed: | $384.62          Scheduled:          $384.62  CONT | Allowed:          $384.62 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| CARD, THERESA<br>2913 BOULDER RIDGE TR<br>MILFORD, MI 48380 | | Claim Number: 7754<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $384.62 | | | | | |
| CARDEN, JAMES P<br>57 CHESTNUT STREET<br>MASSAPEQUA, NY 11758 | | Claim Number: 6805<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $375.16 | Scheduled: | $375.16 CONT | Allowed: | | $375.16 |
| CARDER, RHONDA J.<br>800 MIDLAND AVE<br>YORK, PA 17403 | | Claim Number: 911<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,284.23 | | | Allowed: | | $1,284.23 |
| CARDINAL, SAMANTHA<br>3530 LONG BEACH ROAD<br>UNIT 62<br>OCEANSIDE, NY 11572 | | Claim Number: 3653<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,291.31 | Scheduled: | $1,292.31 CONT | Allowed: | | $1,291.31 |
| CARDNER, JEANINE H.<br>2024 KENNY COURT<br>LEWISVILLE, TX 75067 | | Claim Number: 10411<br>Claim Date: 06/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| SECURED | Claimed: | $22,827.87 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CARDOT, JEANINE A.
1137 OMAHA CT
NAPERVILLE, IL 60540

Claim Number: 1569
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $923.56 | | | Allowed: | $923.56 |
|---|---|---|---|---|---|---|

CARDWELL, ROBERT T.
PO BOX 970
FRISCO, CO 80443

Claim Number: 9369
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CAREERBUILDER
ATTN CAROL MORRONE, SR CREDIT REP.
200 N LASALLE ST
STE 100
CHICAGO, IL 60601

Claim Number: 6131
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $12,920.01 | Scheduled: | $12,920.01 | Allowed: | $12,920.01 |
|---|---|---|---|---|---|---|

CARELLI, JACK
2927 SE VILLAGE LOOP APT 321
VANCOUVER, WA 98683-8121

Claim Number: 3926
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $21,533.25 |
|---|---|---|

CAREY, CORNELIA LEE
11 LORD ASHLEY DRIVE
CHARLESTON, SC 29407-7462

Claim Number: 5277
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CAREY, MARILEE<br>15 BROOK AVENUE<br>MERRICK, NY 11566 | | Claim Number: 8510<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,374.78 | Scheduled: | $5,214.72 CONT | Allowed: | $2,374.78 |
| CAREY, ZETOUN<br>2999 E. OCEAN BLVD # 620<br>LONG BEACH, CA 90803 | | Claim Number: 5639<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $59,871.85 | | | | |
| UNSECURED | Claimed: | $59,871.85 | | | | |
| TOTAL | Claimed: | $59,871.85 | | | | |
| CARIILO, CHRISTY L.<br>8003 MONROE AVE<br>MUNSTER, IN 46321-1207 | | Claim Number: 717<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,096.32 | | | Allowed: | $1,096.32 |
| CARL, FRANK M.<br>NO ADDRESS PROVIDED | | Claim Number: 4467<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | | | |
| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 613<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $6,041.67 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 614<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 741<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $5,751.20 | Scheduled: | $5,751.20  CONT | Allowed: | $5,751.20 |
| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 1386-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $5,198.80 | | | Allowed: | $5,198.80 |
| CARLEO, LUIGI<br>144 BERRY HILL RD<br>OYSTER BAY, NY 11771 | | Claim Number: 1386-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $5,751.20 | | | | |
| CARLETON, ROBERT<br>C/O J. ALEXANDER WATT, ESQ.<br>P.O. BOX 881<br>BARNSTABLE, MA 02630 | | Claim Number: 2134-01<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8011 (09/04/2009)<br>CLAIM OUT OF BALANCE | | | | | |
| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,936.75 | Allowed: | $4,887.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CARLETON, ROBERT
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2134-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | | | | Allowed: | $2,425.00 |
|---|---|---|---|---|---|---|---|

CARLSON, DAVID J.
94 COMANCHE CR.
MILLSBORO, DE 19966-9290

Claim Number: 9498
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $70.00 |
|---|---|---|
| SECURED | Claimed: | $3,525.00 |

CARLSON, JOHN M.
314 - 4TH AVE N.
LEWISTOWN, MT 59457

Claim Number: 6432
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,255.99 |
|---|---|---|

CARLSON, LINDA
4067 OAK POINTE DR
GULF BREEZE, FL 32563

Claim Number: 6564
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

CARLSON, ROSEMARY
3 VELASCO CT.
NOVATO, CA 94949

Claim Number: 2118
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,972.32 | Scheduled: | $2,972.32 CONT | Allowed: | $2,972.32 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CARLTON J RANSOM
AY7007D
1000 FOLLIES ROAD
DALLLAS, PA 18612

Claim Number: 2949
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

CARLTON, BONNIE
11918 FOX GLEN RD
CHARLOTTE, NC 28269

Claim Number: 9340
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $2,620.88 CONT | |
|---|---|---|---|---|---|

CARLTON, ROBERT M. & NANCY A.
204 MONITOR DR
FLAGLER BEACH, FL 32136-2717

Claim Number: 8211
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,568.10 | | | |
|---|---|---|---|---|---|

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

Claim Number: 7938
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $10,120.61 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,425.40 | | | |

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

Claim Number: 7939-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $9,233.51 | Scheduled: | $10,120.61 CONT | Allowed: | $9,233.51 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $38,425.40 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

Claim Number: 7939-02
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,537.18 | | | | |

CARNEY, PATRICIA (PATTY)
2962 HARMENING AVE
PITTSBURGH, PA 15227

Claim Number: 3100
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,448.08 | Scheduled: | $3,448.08  CONT | Allowed: | $3,448.08 |

CARNEY, PATRICIA E.
2962 HARMENING AVE
PITTSBURGH, PA 15227

Claim Number: 1067
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,150.08 |

CAROLINA OFFICE SYSTEMS
ATTN TARA DWYER
730 SALISBURY RD
STATESVILLE, NC 28677-6208

Claim Number: 2469
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $191.30 | Scheduled: | $191.30 | Allowed: | $191.30 |

CAROLINA TELEPHONE AND TELEGRAPH COMPANY
D/B/A EMBARQ (NORTH CAROLINA)
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 600
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $605.75 | | | Allowed: | $605.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CAROLLO, LISA M<br>104 MASSAPEQUA AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 9826<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,612.50 | Scheduled: | $1,612.50  CONT | | |
| CARPENTER, BASIL<br>333 A CALL ROAD<br>CHARLESTON, WV 25312 | | Claim Number: 6904<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $33,422.33<br>$33,422.33<br>$33,422.33 | | | | |
| CARPENTER, LARRY<br>19050 SE WRIGHTS LN<br>JUPITER, FL 33478-1943 | | Claim Number: 7003<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,970.12 | | | | |
| CARPENTER, MITCHEAL E (MITCH)<br>15077 SE ST ANDREWS<br>HAPPY VALLEY, OR 97086 | | Claim Number: 6633<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $10,761.36 | Scheduled: | $3,830.58 | Allowed: | $10,761.36 |
| CARPENTER, THOMAS L., ESQ.<br>CARR ALLISON<br>14231 SEAWAY RD<br>STE 2001 BLDG 2000<br>GULFPORT, MS 39503 | | Claim Number: 1845<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,683.68 | | | Allowed: | $1,683.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| CARR, THOMAS O<br>2605 STATE ST<br>SALEM, OR 97310 | | Claim Number: 4462<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $300.00 |
| CARRARA, DIVA<br>451 WOODVIEW CIR.<br>WEST PALM BEACH, FL 33418 | | Claim Number: 7081<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARRELLI, ANTHONY<br>PO BOX 470878<br>LAKE MONROE, FL 327470878 | | Claim Number: 1458<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

PRIORITY          Claimed:          $1,000.00          Scheduled:          $1,000.00  CONT

| | | |
|---|---|---|
| CARRILLO III, RAYMOND<br>2902 MANILA LN<br>HOUSTON, TX 77043 | | Claim Number: 7556<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $12,950.00 |

CARROLL COUNTY, GEORGIA
JEAN C. MATTHEWS TAX COMMISSIONER
TAX OFFICE
423 COLLEGE ST, RM 401
CARROLLTON, GA 30117

Claim Number: 2265
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

PRIORITY          Claimed:          $336.14          Scheduled:          $336.14  DISP CONT          Allowed:          $336.14

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 1588<br>Claim Date: 08/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | | | | |
| SECURED | Claimed: | $1,387.97  UNLIQ | | | | | |
| CARROLL, DANA<br>7409 VILLAGE RD APT 18<br>SYKESVILLE, MD 21784-7489 | | Claim Number: 8512<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,310.40 | Scheduled: | $2,620.80  CONT | Allowed: | $1,310.40 |
| CARROLL, GREGG<br>11 N DURKEE LN<br>EAST PATCHOGUE, NY 11772 | | Claim Number: 7017<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $2,531.77 | Scheduled: | $4,281.77  CONT | Allowed: | $2,531.77 |
| CARROLL, LUTHER R.<br>261 NC HIGHWAY 403<br>MOUNT OLIVE, NC 28365-8203 | | Claim Number: 5411<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $23,549.49 | | | | |
| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | | Claim Number: 805<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,596.00 | Scheduled: | $2,072.15  CONT | Allowed: | $1,596.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARROLL, MATTHEW<br>744 MAIN ST<br>FARMINGDALE, NY 11735 | | Claim Number: 1660<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $7,064.00 | | | | | |
| UNSECURED | Claimed: | $638.40 | | | | | |
| CARROLL, PATRICK E.<br>1403 DURAND CT SE<br>ROCHESTER, MN 55904 | | Claim Number: 6831<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $8,154.00 | | | | | |
| CARROLL, TORY<br>227 DUNCAN TRAIL<br>LONGWOOD, FL 32779 | | Claim Number: 9815<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8746 (04/06/2010) | | | | | |
| PRIORITY | Claimed: | $900.00 | Scheduled: | $900.00 CONT | Allowed: | $900.00 |
| CARSON, JOSEPH M<br>15 DRIFTWOOD LN<br>EAST SETAUKET, NY 11733 | | Claim Number: 3461<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,480.76 | Scheduled: | $4,961.54 CONT | Allowed: | $2,480.76 |
| CARTER, ELLEN (ELEONORE)<br>321 8TH AVE<br>SANTA CRUZ, CA 950624612 | | Claim Number: 731<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $3,114.56 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CARTER, GEORGE HARRIS<br>4309 PINEY RD<br>RICHMOND, VA 23222 | | Claim Number: 3905<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CARTER, GRAILING J.<br>9863 BUCKNER ROAD<br>MANASSAS, VA 20110 | | Claim Number: 10305<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10557 (08/24/2012) |
|---|---|---|
| PRIORITY | Claimed: | $80,344.00 |
| SECURED | Claimed: | $175,000.00 |
| UNSECURED | Claimed: | $137,749.00 |

| CARTER, JACK & MYSTE<br>4190 STATE HWY 151<br>MINGO JUNCTION, OH 43938 | | Claim Number: 8472<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $4,007.63 |

| CARTER, JAMES G. REV TRUST / TTEE<br>4595 FOOTHILLS DR<br>LOVELAND, CO 80538 | | Claim Number: 6301<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,984.96 |

| CARTER, PAYTON<br>906 TAURUS DR<br>COLORADO SPRINGS, CO 80906 | | Claim Number: 3497<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14,388.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | | Claim Number: 2897<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $489.99 | Scheduled: | $489.99 | |
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | | Claim Number: 2898<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $767.96 | | | |
| UNSECURED | Claimed: | $767.96 | | | |
| TOTAL | Claimed: | $767.96 | | | |
| CARTWRIGHT, ALTON (AL)<br>466 WOLDUNN CIRCLE<br>LAKE MARY, FL 32746 | | Claim Number: 5359<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $25,000.00 | | | |
| CARUBA, ROBERT JR<br>11431 LANAI LANE<br>BOYNTON BEACH, FL 33437 | | Claim Number: 3144<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,251.86 | | | |
| CARVER WOODS EXEC. CTR LLC<br>5101 CREEK ROAD, SUITE 3<br>CINCINNATI, OH 452423931 | | Claim Number: 8736<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $8,790.26 | Scheduled: | $3,634.53 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CASAGRANDE, ROBERT M., JR.<br>19435 MESA DR<br>VILLA PARK, CA 92861 | | Claim Number: 6585<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| SECURED | Claimed: | $25,000.00 | | | | |
| CASCADE APPRAISAL LLC<br>PO BOX 6187<br>BELLEVUE, WA 98008 | | Claim Number: 272<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $2,870.00 | | | | |
| CASCADE COFFEE<br>ATTN T.R. KIRSTEIN/PRESIDENT<br>PO BOX 12640<br>EVERETT, WA 98206 | | Claim Number: 3172<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $244.32 | Scheduled: | $210.72 | Allowed: | $244.32 |
| CASCADE NATURAL GAS CORPORATION<br>8113 W GRANDRIDGE BLVD<br>KENNEWICK, WA 99336-7166 | | Claim Number: 2864<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $57.10 | Scheduled: | $6.96 | Allowed: | $57.10 |
| CASCADE NATURAL GAS CORPORATION<br>8113 W GRANDRIDGE BLVD<br>KENNEWICK, WA 99336-7166 | | Claim Number: 5775<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $116.08 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | | Claim Number: 4789-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9973 (05/05/2011) | | | |
| PRIORITY | Claimed: | $3,900.00 | | Allowed: | $3,900.00 |
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | | Claim Number: 4789-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9973 (05/05/2011) | | | |
| UNSECURED | Claimed: | $5,050.00 | | | |
| CASENTA, FRANK JR.<br>3402 WINDSOR LN<br>THORNDALE, PA 19372 | | Claim Number: 3947<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $150.00 | | | |
| CASEY, ALICE RAE<br>5555 N. SHERIDAN # 811<br>CHICAGO, IL 60640 | | Claim Number: 9493<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $17,721.42 | | | |
| CASEY, JANET<br>19692 HILLOCK VIEW PLAZA<br>YORBA LINDA, CA 92886 | | Claim Number: 8407<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $2,031.04 | Scheduled: | $2,031.04 CONT | Allowed: $2,031.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| CASEY, MICHAEL<br>128 LUQUER RD<br>PORT WASHINGTON, NY 11050 | Claim Number: 3651<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,191.80 | | |
| CASH, GLENDA - TRUSTEE<br>GLENDA CASH TRUST DTD 4/24/1997<br>5431 LOCUST STREET<br>CHINO, CA 91710 | Claim Number: 7719<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,571.00 | | |
| CASMUS, CHARLES A. III<br>3105 HEMON RD<br>MONTGOMERY, AL 36106 | Claim Number: 9936<br>Claim Date: 02/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $7,064.00 | | |
| CASSAGNAU LUNDIE, CATHERINE J<br>63 OGDEN RD<br>WEST ISLIP, NY 11795 | Claim Number: 5423<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $2,076.92 | Allowed: | $2,076.92 |
| CASSTELLANO, CONCETTA<br>136 FOREST ST<br>STATEN ISLAND, NY 10314 | Claim Number: 2951<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CASTAGNA, JUDITH P.<br>417 E. 57TH ST. APT 9B<br>NEW YORK, NY 10022 | | Claim Number: 4626<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,493.00 |
| CASTAGNINI, EUGENE<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | | Claim Number: 5346<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, EUGENE J.<br>IRA ACCOUNT<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | | Claim Number: 5348<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, EUGENE J. AND JANICE<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | | Claim Number: 5347<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CASTAGNINI, MARK D. & EUGENE J.<br>1934 BASART COURT<br>WALNUT CREEK, CA 94595 | | Claim Number: 5345<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CASTAGNOLO, CAROLINE<br>335 SE 6TH AVE APT 208<br>DELRAY BEACH, FL 334835298 | | Claim Number: 9584<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | | | Scheduled: | $3,533.52 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| CASTANEDA, HEIDE & VALENTIN<br>13521 IRONTON DR.<br>TAMPA, FL 33626 | | Claim Number: 1984<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $358.25 | | | Allowed: | $358.25 |
| CASTELLANO, THOMAS D.<br>136 FOREST ST<br>STATEN ISLAND, NY 10314 | | Claim Number: 2947<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $7,500.00 | | | | |
| CASTELLI, MARIO & CAROLE<br>JT WROS<br>9017 WHIMBREL WATCH LN<br># 202<br>NAPLES, FL 34109-4389 | | Claim Number: 6322<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,928.00 | | | | |
| CASTILLO, BLANCA I<br>165 BEDELL ST<br>FREEPORT, NY 11520 | | Claim Number: 2161<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,634.62 | Scheduled: | $1,634.62 CONT | Allowed: | $1,634.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CASTILLO, BLANCA I.<br>165 BEDELL ST<br>FREEPORT, NY 11520 | | Claim Number: 938<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,970.10 | | | | |
| CASTILLO, ENNNY<br>2921 W TANIA PL<br>TUCSON, AZ 85741-3016 | | Claim Number: 275<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $500.00 | | | Allowed: | $500.00 |
| CASTINE, ELIZABETH JILL<br>809 WILLOW SPIRE ARCH<br>CHESAPEAKE, VA 23320 | | Claim Number: 894<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $592.31 | Scheduled: | $592.31  CONT | Allowed: | $592.31 |
| CASTLE & COOKE COMMERCIAL PROP<br>4601 SIX FORKS RD STE 500<br>RALEIGH, NC 276095286 | | Claim Number: 4212<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $25,803.71 | Scheduled: | $25,803.71 | Allowed: | $25,803.71 |
| CASTLE, KELLY R.<br>4981 STONEYBROOK BLVD<br>HILLIARD, OH 43026 | | Claim Number: 424<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,115.52 | Scheduled: | $2,231.04  CONT | Allowed: | $1,115.52 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CASTRO, AL<br>733 E. MARIPOSA DR.<br>REDLANDS, CA 92373 | | Claim Number: 3213<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,700.00 |
| CASWELL COUNTY<br>ATTN: VIRGINIA E. MCINTYRE<br>PO BOX 204<br>YANCYVILLE, NC 27379 | | Claim Number: 10383<br>Claim Date: 05/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $661.80 |
| CATANESE, ANTHONY<br>60 COLLEEN CIRCLE<br>DOWNINGTOWN, PA 19335 | | Claim Number: 7970<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
| PRIORITY | Claimed: | $12,384.00 |
| CATANIA, BARBARA G.<br>18 EAST NECK RD<br>DIX HILLS, NY 11746 | | Claim Number: 9697<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,783.60 |
| CATHOLIC BISHOP OF LINCOLN<br>ATTN TIMOTHY J THORBURN, VICE PRESIDENT<br>PO BOX 80328<br>LINCOLN, NE 68501 | | Claim Number: 9535<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $110,700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CATTRAN, KENT IRA<br>JMS LLC CUST FBO<br>70391 CRESCENT RD<br>ST. CLAIRSVILLE, OH 43950 | | Claim Number: 9670<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,084.80 | | | | |
| CAUDLE & BALLATO, P.C.<br>ATTN ROBERT K. CAUDLE, JR.<br>ATTORNEY FOR CREDITOR<br>3123 WEST BROAD STREET<br>RICHMOND, VA 23230 | | Claim Number: 6035<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $1,714.10 | | | | |
| CAUSEY APPRAISAL SERVICE<br>ATTN SARA E. CAUSEY<br>100 HACKNEY CIRCLE<br>WILMINGTON, DE 19803 | | Claim Number: 8384<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $4,496.00 | | | | |
| CAUTHORNE, CUTISHA<br>C/O THE HOGAN FIRM<br>ATTN DANIEL K HOGAN<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | | Claim Number: 8738<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>Withdrawal received from The Hogan Firm, Daniel K. Hogan on 09/19/2008 | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
| CAVACO, CRAIG<br>309 BAUDER RD<br>FORT PLAIN, NY 13339 | | Claim Number: 3691<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,734.62 | Scheduled: | $2,734.62  CONT | Allowed: | $2,734.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CAVACO, MARK
35 IRENE ST
LINDENHURST, NY 11757-1204

Claim Number: 6267
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,537.63 | Scheduled: | $1,537.63 CONT | Allowed: | $1,537.63 |
|---|---|---|---|---|---|---|

---

CAVERO, PHIL J
365 ROUTE 111 APT C15
SMITHTOWN, NY 11787-4763

Claim Number: 4838
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT | Allowed: | $2,000.00 |
|---|---|---|---|---|---|---|

---

CAVICCHIONI, DAN
10901 E MONUMENT ESTATES CIRCLE
TUCSON, AZ 85748-6911

Claim Number: 8075
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $19,957.40 |
|---|---|---|

---

CAVIL, MARK J. AND JOAN M.
JTWROS
N6183 NELSON ROAD
FOND DU LAC, WI 54937-9439

Claim Number: 6063
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

CAVINS, JEWELL M.
14012 STARLIGHT RD.
FLOYDS KNOBS, IN 47119

Claim Number: 4684
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,187.51 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CAVLIERE, ANTONIO<br>C/O MOUND INVESTMENTS<br>24620 SCHOENHERR<br>WARREN, MI 48089 | | Claim Number: 9879<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $14,082.00   UNLIQ |
| CAWTHORNE, HUGH<br>8158 ANDORRA LN<br>SANDY, UT 84093 | | Claim Number: 7218<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,000.00 |
| CAYCE, CHARLES THOMAS<br>1225 SANDBRIDGE RD.<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 3238<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CAYCE, LESLIE GOODMAN<br>1225 SANDBRIDGE RD.<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 3237<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CAZZANTI, STEFANO<br>6292 SHETLAND DR. NW<br>ROCHESTER, MN 55901 | | Claim Number: 9168<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $1,020.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

CBCINNOVIS, INC
ATTN DIRK M. CANTRELL, SEC/TREAS.
250 E. BROAD STREET, SUITE 1200
COLUMBUS, OH 43215

Claim Number: 7639
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $162,069.12 | Scheduled: | $241,201.12 | Allowed: | $162,069.12 |

CCC ONE, L.P.
C/O SOMERSET PROPERTIES, INC.
ATTN DENNIS M. CAMPBELL, MEMBER OF GP
768 N. BETHLEHEM PIKE. SUITE 203
LOWER GWYNEDD, PA 19002

Claim Number: 2285
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,394.79 | Scheduled: | $2,842.41 | Allowed: | $21,394.79 |

CDBURBRIDGE & ASSOCIATES
330 COUNTRY CLUB LN
ATLANTIC BCH, FL 322335503

Claim Number: 861
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,300.00 | | | Allowed: | $2,300.00 |

CDR OF SOUTHWEST FLORIDA LLC
ATTN CAROL J. D. - MGR. /MEMBER
950 TAMIAMI TRL UNIT 101
PT CHARLOTTE, FL 339533102

Claim Number: 2822
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,910.47 |

CDR OF SOUTHWEST FLORIDA LLC
ATTN CAROL J. D.,- MGR. /MEMBER
950 TAMIAMI TRAIL
#101
PORT CHARLOTTE, FL 33953

Claim Number: 2824
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,283.50 | | |
| UNSECURED | Claimed: | $5,733.37 | Scheduled: | $2,751.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA, LLC<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 339533102 | | Claim Number: 2821<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $23,283.50 |
| UNSECURED | Claimed: | $5,733.37 |
| CDR OF SOUTHWEST FLORIDA, LLC<br>ATTN CAROL J. D., MGR/ MEMBER<br>950 TAMIAMI TRL 101<br>PT CHARLOTTE, FL 339533100 | | Claim Number: 2823<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $23,283.50 |
| UNSECURED | Claimed: | $5,733.37 |
| CDW CORPORATION<br>ATTN VIDA KRUG<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | | Claim Number: 1092<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) |
| UNSECURED | Claimed: | $350,558.73 | | Allowed: | $350,558.73 |
| CEBULSKI, MARIANNE<br>1578 POINT DR.<br>BENSALEM, PA 19020 | | Claim Number: 5847<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,981.52 |
| CEBULSKI, MARIANNE<br>1578 POINT DR.<br>BENSALEM, PA 19020 | | Claim Number: 5848<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,204.52 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CECCUCCI, GAREN & REBECCA<br>117 VICTORIA PL<br>STERLING, VA 201641125 | | Claim Number: 6665<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,582.00 |
| CECCUCCI, ROBERT<br>6 BAKER AVENUE<br>COHOES, NY 12047 | | Claim Number: 7806<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,958.63 |
| CECCUCCI, ROBERT & JANE<br>6 BAKER AVENUE<br>COHOES, NY 12047 | | Claim Number: 7807<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,347.26 |
| CECH-FRUMVELLER, KIMBERLY<br>40700 VALLEY VIEW COURT<br>ELIZABETH, CO 80107 | | Claim Number: 1129<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $15,140.02          Scheduled:          $12,811.08 |
| CENCORE, INC.<br>ATTN CASSIAN PETRELLA, PRESIDENT<br>41802 STRATTON DR.<br>CLINTON TOWNSHIP, MI 48038 | | Claim Number: 1533<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CENTRAL LIMESTONE CO., INC.<br>ATTN: KAY M. SHAW<br>16805 QUARRY RD.<br>MORRIS, IL 60450 | Claim Number: 10218<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00   UNDET | | |
| CENTRAL MASS APPRAISALS INC.<br>ATTN GARY L. BOURQUE, PRESIDENT<br>2 WASHINGTON STREET<br>LEOMINSTER, MA 01453 | Claim Number: 2559<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED          Claimed: | $275.00 | Allowed: | $275.00 |
| CENTRAL MONTANA FOUNDATION<br>MILDRED MCMILLEN<br>PO BX 334<br>LEWISTOWN, MT 59457 | Claim Number: 6433<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED          Claimed: | $12,151.46 | | |
| CENTRAL MORTGAGE COMPANY<br>KATHY H. VAN HOOK<br>801 JOHN BARROW RD., SUITE 1<br>LITTLE ROCK, AR 72205 | Claim Number: 9994<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED          Claimed: | $175.86 | Allowed: | $175.86 |
| CENTRAL TELEPHONE COMPANY<br>D/B/A EMBARQ - NORTH CAROLINA<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | Claim Number: 598<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED          Claimed: | $305.29 | Allowed: | $305.29 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CENTRAL TELEPHONE COMPANY
D/B/A EMBARQ - NEVADA
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 599
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $634.65 | | | Allowed: | $634.65 |
|---|---|---|---|---|---|---|

CENTRAL TELEPHONE COMPANY OF TEXAS
D/B/A EMBARQ
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 597
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $268.16 | | | Allowed: | $268.16 |
|---|---|---|---|---|---|---|

CENTRAL TELEPHONE COMPANY OF VIRGINIA
D/B/A EMBARQ
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 602
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $880.86 | | | Allowed: | $880.86 |
|---|---|---|---|---|---|---|

CENTURY 21 HIGH COUNTY
PO BOX 313
RIMFOREST, CA 923780313

Claim Number: 4767
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $56,880.00 | | | | |
|---|---|---|---|---|---|---|

CENTURYTEL OF MISSOURI, LLC
ATTN REX D RAINACH, ATTORNEY
3622 GOVERNMENT ST
BATON ROUGE, LA 70806-5720

Claim Number: 1257
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,170.04 | Scheduled: | $80.04 | Allowed: | $1,170.04 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CERALYN CORP DBA WOODTRONICS
ATTN SCOTT T. WILLIAMS, ATTORNEY
110 REYNOLDS ST
S WILLIAMSPORT, PA 17702

Claim Number: 2892
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $37,586.43 | Scheduled: | $37,586.43 | Allowed: | $37,586.43 |
|---|---|---|---|---|---|---|

CEREZO, SHANTAL
400 NW 28TH AVE
MIAMI, FL 33125

Claim Number: 2984
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $1,107.20 | Scheduled: | $1,107.20 CONT | Allowed: | $1,107.20 |
|---|---|---|---|---|---|---|

CERNANSKY, HENRY C. AND DONA D. TTEE OF
THE CERNANSKY LIVING TRUST DTD 9/13/01
14765 AMBERLEIGH HILL
CHESTERFIELD, MO 63017

Claim Number: 4971
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

CERNY, DEAN R. & JAMES N., TTEES
BY ROBERT CERNY TRUST
1020 BLISS ROAD
SUGAR GROVE, IL 60554

Claim Number: 7248
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CERQUEIRA, CESAR
1027 TRAVIS LANE
GAITHERSBURG, MD 20879

Claim Number: 2205
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | | | Scheduled: | $450.00 CONT | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CERTIFIED APPRAISAL SERVICE
ATTN ELBERT CECIL WRIGHT, OWNER
97 TOLLGATE TRAIL
LONGWOOD, FL 32750

Claim Number: 7761
Claim Date: 01/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $10,945.00 | Scheduled: | $2,520.00 | | |
|---|---|---|---|---|---|---|

CERTIFIED APPRAISALS, INC.
ATTN JOHN CORDASIO, PRESIDENT
390 BUCKEYE DRIVE
COLORADO SPRINGS, CO 80919

Claim Number: 2252
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

CERTIFIED PROPERTY INSPECTIONS
ATTN PRESIDENT
3712 N BROADWAY ST # 300
CHICAGO, IL 60613 4235

Claim Number: 5725
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8947 (06/21/2010)

| UNSECURED | Claimed: | $1,780.00 | | | | |
|---|---|---|---|---|---|---|

CERTIFIED SHRED INC
ATTN DIONE DIONE MAGLEDY, VICE PRESIDENT
537 W PICKETT CIR STE 600
SALT LAKE CTY, UT 84115-1998

Claim Number: 2656
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $277.30 | Scheduled: | $64.00 | Allowed: | $277.30 |
|---|---|---|---|---|---|---|

CERTIFIED SHRED INC
ATTN DIONE MAGLEDY, VICE PRESIDENT
537 W PICKETT CIR STE 600
SALT LAKE CTY, UT 84115-1998

Claim Number: 3419
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $32.00 | | | Allowed: | $32.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CERVENY, GERALD A.<br>5362 BLACK PINE DR<br>TAMPA, FL 33624 | | Claim Number: 3467<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $4,249.00 | | | | | |
| CERVENY, MARIANNE T.<br>5362 BLACK PINE DR<br>TAMPA, FL 33624 | | Claim Number: 3226<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,380.00 | | | | | |
| CESTARO, JOAN C. & JOSEPH M. TRUSTEES<br>JOAN C. CESTARO TRUST<br>U/A DTD 11/05/2004<br>6841 DERBY RUN WAY<br>GAINESVILLE, VA 20155-3040 | | Claim Number: 5094<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $34,406.05 | | | | | |
| CHA, JIN<br>5453 MAYFLOWER CT.<br>ROLLING MEADOWS, IL 60008 | | Claim Number: 1657<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,963.20 | Scheduled: | $2,944.62  CONT | Allowed: | $1,963.20 |
| CHAKRABORTY, RABIN K.<br>247 GOLF COURSE ROAD<br>AMSTERDAM, NY 12010 | | Claim Number: 4984<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHALLAPALLI, SAI
254-08 73 RD
FLORAL PARK, NY 11004

Claim Number: 491
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $3,153.85 | Scheduled: | $3,153.85  CONT | Allowed: | $3,153.85 |
|---|---|---|---|---|---|---|

CHALSON, STEVEN
11 CHESTNUT AVE
PATCHOGUE, NY 11772

Claim Number: 232
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $4,166.67 |
|---|---|---|

CHALSON, STEVEN
11 CHESTNUT AVE
PATCHOGUE, NY 11772

Claim Number: 820
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $3,846.15  CONT | Allowed: | $3,846.15 |
|---|---|---|---|---|---|---|

CHAMBERLAIN, THOMAS
3800 W. RAY RD #9
CHANDLER, AZ 85226

Claim Number: 3198
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $922.00 |
|---|---|---|
| UNSECURED | Claimed: | $922.00 |
| TOTAL | Claimed: | $922.00 |

CHAMBERLIN ASSOC. HOPYARD RD., L.P.
ATTN CHRISTINE CASTILLO
CORP. SECRETARY
5800 W LAS POSITAS BLVD., STE 34
PLEASANTON, CA 94588

Claim Number: 1925
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $9,629.31 | | | Allowed: | $9,629.31 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHAMBERS-MURPHY, SHARRAN
12 JEFFERSON STREET
SOUTH FARMINGDALE, NY 11735

Claim Number: 4559
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $1,292.30 | Scheduled: | $2,584.60  CONT | Allowed: | $1,292.30 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

CHAMBLISS, ROBERT E.
4352 MAPLEWOOD DRIVE.
TRUSSVILLE, AL 35173

Claim Number: 3806
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $67,585.00 |
|-----------|----------|------------|

CHAMPION & ASSOCIATES, P.C.
1750 WASHINGTON ST #B
BOSTON, MA 21181831

Claim Number: 7968
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8212 (10/27/2009)

| SECURED | Claimed: | $497,197.00 |
|---------|----------|-------------|
| UNSECURED | Claimed: | $0.00 |

CHAMPION COURIER
ATTN STEVE LIPTON, PRESIDENT
POB 1196
NYC, NY 10018-9998

Claim Number: 1973
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $21.90 | Scheduled: | $21.90 | Allowed: | $21.90 |
|-----------|----------|--------|------------|--------|----------|--------|

CHAMPLIN, RICHARD D.
906 HENDRICKSON SCHOOL ROAD
SHELL KNOB, MO 65747

Claim Number: 10283
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| SECURED | Claimed: | $4,441.88 |
|---------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHAN WA, IVAN
P.O. BOX 23017
HONOLULU, HI 96827

Claim Number: 8969
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $6,465.00 |
|-----------|----------|-----------|

CHAN, ANNIE C
4472 PERALTA BLVD
FREMONT, CA 94536

Claim Number: 2115
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $853.84 | Scheduled: | $853.84 CONT | Allowed: | $853.84 |
|----------|----------|---------|------------|--------------|----------|---------|

CHAN, FONGPEIN L.
63-10 DIETELE CRES.
REGO PARK, NY 11374

Claim Number: 5954
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $2,846.00 |
|-----------|----------|-----------|

CHAN, KENNETH
53 MOUNTAIN AVE
WARREN, NJ 07059

Claim Number: 6162
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---------|----------|---------------|

CHAN, KENNETH
53 MOUNTAIN AVE
WARREN, NJ 07059

Claim Number: 6163
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---------|----------|---------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHANDLER, DEBI S (DEBI)
10255 LIVE OAK AVE
CHERRY VALLEY, CA 92223

Claim Number: 3522
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT | Allowed: | $2,769.23 |

CHANDLER, DEBI SUE
10255 LIVE OAK AVE
CHERRY VALLEY, CA 92223

Claim Number: 1276
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,769.23 |

CHANDLER, DON
5507 SAN SABA CT
MIDLAND, TX 79707

Claim Number: 7424
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $74,486.90 |

CHANDLER, JOHN P.
21801 VIA DEL LAGO
TRABUCO CANYON, CA 92679

Claim Number: 5142
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,716.00 |

CHANG, MUHSIUNG & HUILING Y.
NO. 7, LANE 8, FU-HSIANG STREET
HSI-TUN DISTRICT,
TAICHUNG, 40765
TAIWAN

Claim Number: 7647
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CHANNAH, KHURSHID<br>20 EAST 9TH STREET<br>APT. 14-O<br>NEW YORK, NY 10003-5944 | | Claim Number: 9909<br>Claim Date: 02/06/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $3,816.76 |
| CHAO, LUCY & PAO, JT WROS<br>1907 BROOKE LANE<br>FULLERTON, CA 92833 | | Claim Number: 6606<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CHAPMAN, FREDDIE<br>16387 E 2050 AVE<br>HIDALGO, IL 62432 | | Claim Number: 9397<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,580.00 |
| CHAPMAN, GARY<br>PO BOX 310<br>RICHLAND, WA 99352-0310 | | Claim Number: 9616<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,557.00 |
| CHAPMAN, SUSAN M. AND JERRY A. JTWROS<br>10730 ANTWERP ROAD<br>GRABILL, IN 46741-9409 | | Claim Number: 3769<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHAPPELL, JAMES W.<br>1632 ELMART LANE<br>RICHMOND, VA 23235-6210 | | Claim Number: 4677<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $17,235.00 | | | | | |
| CHARD, ROBIN L<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | | Claim Number: 5517<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $319.23 | Scheduled: | $319.23  CONT | Allowed: | | $319.23 |
| CHARD, ROBIN L.<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | | Claim Number: 1293<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8414 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $1,117.20 | | | | | |
| CHARLES & GLADYS WESNER TRUST<br>CHARLES WESNER<br>919 MAPLE ST<br>CROZET, VA 22932 | | Claim Number: 3445<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | | |
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | | Claim Number: 6638<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $2,612.32 | | | Allowed: | | $2,612.32 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | | Claim Number: 6639<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,857.57   UNLIQ | | | |
| CHARLES COUNTY, MARYLAND<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVANS MEYERS<br>6801 KENILWORTH AVENUE, STE 400<br>RIVERDALE PARK, MD 20737-1385 | | Claim Number: 6640<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| PRIORITY | Claimed: | $1,857.57 | | | |
| SECURED | Claimed: | $1,772.64 | | | |
| TOTAL | Claimed: | $1,772.64 | | | |
| CHARLES FUCHS APPRAISALS<br>ATTN CHARLES FUCHS<br>74 SOUTH DELREY ROAD<br>MONTAUK, NY 11954 | | Claim Number: 6771<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $725.00 | | Allowed: | $725.00 |
| CHARLES G. MURRAY A.S.A.<br>226 MILL STREET<br>P O BOX 201<br>BRISTOL, PA 19007 | | Claim Number: 2555<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |
| CHARLES REUTHER & ASSOCIATES<br>ATTN CHARLES REUTHER<br>1928 CORPORATE SQ # B<br>SLIDELL, LA 70458 | | Claim Number: 2560<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $325.00 | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CHARLES SCHWAB TRUST CO CUST<br>COLO ANESTHESIA CONSULT 401K<br>FBO LEONARD L. GRIFFITHS III<br>2020 E. 9TH AVE.<br>DENVER, CO 80206 | Claim Number: 3815<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $33,569.90 | | | |

---

| CHARLESTON COUNTY, SOUTH CAROLINA<br>JANICE PORTER, BANKRUPTCY TECH.<br>POB 878<br>CHARLESTON, SC 29402-0878 | Claim Number: 4985<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,974.08  DISP CONT | |
| SECURED | Claimed: | $2,419.71 | | Allowed: | $2,419.71 |

---

| CHARLOTTE COMMUNITY APPRAISAL<br>ATTN R. KEITH ZIMMERMAN<br>9202 AVIATION BLVD STE EW2<br>CONCORD, NC 28027 | Claim Number: 2875<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | Scheduled: | $125.00  Allowed: | $4,375.00 |

---

| CHARLOTTE COUNTY UTILITIES<br>ATTN VICTOR DIRAMIO, BUS. SERV. MGR<br>PO BOX 516000<br>PUNTA GORDA, FL 33951-6000 | Claim Number: 2748<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $242.69   UNLIQ | Scheduled: | $6.01 |

---

| CHARTER FUNDING A DBA OF FIRST MAGNUS<br>FINANCIAL SE<br>3051 W. MAPLE LOOP DRIVE<br># 125<br>LEHI, UT 84043 | Claim Number: 4174<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $2,032.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CHARTER FUNDING A DBA OF FIRST MAGNUS
FINANCIAL
ATTN GAM R. FREE, PRESIDENT
3051 W. MAPLE LOOP DRIVE # 125
LEHI, UT 84043

Claim Number: 5667
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |
|---|---|---|---|---|---|

CHARTER OAK APPRAISALS
ATTN DORIS DE WEES
PO BOX 257
MADISON, CT 06443

Claim Number: 4869
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

CHASE PAYMENTECH SOLUTIONS, LLC
C/O CLAY M TAYLOR
201 MAIN ST STE 2500
FORT WORTH, TX 76102

Claim Number: 1099
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $29,411.90 |
|---|---|---|

CHASTAIN, KATHY
7795 PONDEROSA DR
SPRINGFIELD, IL 62707

Claim Number: 250
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $311.38 | Scheduled: | $923.08 CONT | Allowed: | $311.38 |
|---|---|---|---|---|---|---|

CHASTAIN, KATHY
7795 PONDEROSA DR
SPRINGFIELD, IL 62707

Claim Number: 257
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $140.37 | Scheduled: | $282.15 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHATHAM COUNTY TAX COMMISSIONER
P.O. BOX 8321
SAVANNAH, GA 31412

Claim Number: 10424
Claim Date: 06/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $187.83 | Scheduled: | $481.12 DISP CONT | | |
|----------|----------|---------|------------|-------------------|--|--|

---

CHATUGE INVESTMENT CLUB
758 MARY KING MOUNTAIN DR
MURPHY, NC 289067939

Claim Number: 3563
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,099.23 |
|-----------|----------|-----------|

---

CHATZIANTONIOU, TASO
37-37 REGATTA PL
DOUGLASTON, NY 11363

Claim Number: 384
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $3,446.15 CONT | Allowed: | $2,461.54 |
|----------|----------|-----------|------------|----------------|----------|-----------|

---

CHAVEZ, THOMAS J. & SARA A.
2831 RIACHUELO
SAN CLEMENTE, CA 92673-4043

Claim Number: 10349
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| PRIORITY | Claimed: | $2,425.00 UNLIQ |
|----------|----------|-----------------|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
2831 RIACHUELO
SAN CLEMENTE, CA 92673-4043

Claim Number: 10350
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| PRIORITY | Claimed: | $2,425.00 UNLIQ |
|----------|----------|-----------------|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10351
Claim Date: 04/30/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10352
Claim Date: 04/30/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10353
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10354
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CHAVEZ, THOMAS J. & SARA A.<br>35012 CAMINO CAPISTRANO<br>DANA POINT, CA 92624 | | Claim Number: 10355<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 10519 (07/05/2012) | | | | |
| PRIORITY | Claimed: | $2,425.00 UNLIQ | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ | | | | |
| CHAVEZ, THOMAS J. & SARA A.<br>35012 CAMINO CAPISTRANO<br>DANA POINT, CA 92624 | | Claim Number: 10356<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10519 (07/05/2012) | | | | |
| PRIORITY | Claimed: | $2,425.00 UNLIQ | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ | | | | |
| CHEATLE, EDGAR C.<br>2726 OAK MOUNTAIN<br>SAN ANGELO, TX 76904 | | Claim Number: 3129<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,020.00 | | | Allowed: | $1,020.00 |
| CHEBROLU, NEEHARIKA<br>24 GAZEBO LANE<br>HOLTSVILLE, NY 11742 | | Claim Number: 8863<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,894.62 | Scheduled: | $1,894.62 CONT | Allowed: | $1,894.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CHEGE, FREDERICK
12 MELROSE TERRACE
NUM 13
WAKEFIELD, MA 01880

Claim Number: 7060
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,941.31 | Scheduled: | $2,911.96 CONT | Allowed: | $1,941.31 |

CHEN, CHIN SHU
329 HAMILTON SHORE DR
WINTER HAVEN, FL 33881

Claim Number: 9428
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |

CHEN, HAO
28 SYCAMORE CIR
STONY BROOK, NY 11790-3141

Claim Number: 1157
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,480.76 | | | | |

CHEN, HAO
28 SYCAMORE CIR
STONY BROOK, NY 11790-3141

Claim Number: 2168
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,480.76 | Scheduled: | $2,961.54 CONT | Allowed: | $1,480.76 |

CHEN, HSISANG-YU
256 DEEP BROOK COURT
PISCATAWAY, NJ 08854

Claim Number: 8427
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,723.93 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CHEN, KAI<br>309 W WESTFIELD CT<br>DUNLAP, IL 615258937 | | Claim Number: 6230<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $8,000.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| CHEN, KANGYI<br>1578 MARTEN AVE SW<br>ALBANY, OR 97321 | | Claim Number: 4908<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $3,000.00 | Allowed: | $3,000.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CHEN, SHING MING<br>88 FOREST PARK DRIVE<br>CARLISLE, MA 01741-1003 | | Claim Number: 5988<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,100.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| CHEN, WEN-PAI<br>801 SHEVLIN DRIVE<br>EL CERRITO, CA 94530 | | Claim Number: 6345<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $4,998.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,998.00 |
| TOTAL | Claimed: | $4,998.00 |

| | | |
|---|---|---|
| CHENE, VIVIAN<br>5636 LUSITANO ST<br>LAS VEGAS, NV 891301262 | | Claim Number: 3488<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CHERNEKOFF, GERALD<br>3207 HEATHER COURT<br>WILMINGTON, DE 19809 | | Claim Number: 10249<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $148,200.00 |
| CHEROKEE COUNTY TAX COMMISSIONER<br>2780 MARIETTA HWY<br>CANTON, GA 30114 | | Claim Number: 628<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $6,547.88 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5133<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,877.00 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5134<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,990.00 |
| CHERRY, MARTHA<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5135<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,757.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CHERRY, MARTHA & BETTY BALLANTINE<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | | Claim Number: 5136<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $19,796.43 | | | | |
| CHESAPEAKE REAL ESTATE ANALYSTS, INC.<br>ATTN DAVID WHITTEN PRESIDENT<br>P O BOX 678<br>NORTH BEACH, MD 20714 | | Claim Number: 8221<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,125.00 | | | Allowed: | $1,125.00 |
| CHESAPEAKE RESIDENTIAL APPRAISALS<br>ATTN CARL VETTEL, BOOKKEEPER<br>993 INDIAN LANDING ROAD<br>MILLERSVILLE, MD 21108 | | Claim Number: 1781<br>Claim Date: 10/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $1,550.00 | | | Allowed: | $1,550.00 |
| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>PO BOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2396<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $37.28 | Scheduled: | $37.28 | Allowed: | $37.28 |
| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>POBOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2397<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $38.57 | Scheduled: | $38.57 | Allowed: | $38.57 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHESSIN, LAWRENCE N & RITA R<br>301 AMBASSADOR DR<br>ROCHESTER, NY 14610 | | Claim Number: 4588<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,837.00 | | | | | |
| CHESTNUT HILL APPRAISAL SERVIC<br>ATTN BRADLEY STERN, PRESIDENT<br>67 BROOKLINE ST<br>NEWTON, MA 02467 | | Claim Number: 3427<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
| CHESTNUT, ELEANOR & WILLIAM<br>6646 NALL DR<br>MISSION, KS 66202 | | Claim Number: 8005<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |
| CHESTNUT, ELEANOR & WILLIAM<br>6646 NALL DR<br>MISSION, KS 66202 | | Claim Number: 8006<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |
| CHEVALIER, KENNETH M.<br>3907 - 42ND ST.<br>DES MOINES, IA 50310 | | Claim Number: 635<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $389.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CHICAGO SHRED AUTHORITY<br>2416 S ARCHER AVE<br>CHICAGO, IL 60616 | | Claim Number: 6355<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 | |
| CHILCOTT, JOHN M.<br>5547 JUNO DR<br>LAKE VIEW, NY 14085 | | Claim Number: 3317<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,256.75 | | | |
| CHIN, GENE S.<br>614 DEDHAM ST<br>NEWTON CENTER, MA 02459 | | Claim Number: 6390<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $130,820.00 | | | |
| CHIN, JEAN LAU<br>96 A MOUNTAIN AVE<br>BAYVILLE, NY 11709 | | Claim Number: 6389<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $21,732.00 | | | |
| CHIN, RUTH<br>25030 SE 43RD WAY<br>ISSAQUAH, WA 98029 | | Claim Number: 3429<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $6,610.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

CHIN, STEVEN P
20 CENTRAL DRIVE
GLEN HEAD, NY 11545

Claim Number: 5296
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | $2,596.15 |
|---|---|---|---|---|---|---|

CHIN, WALTER & KAM FONG
399 WEST ST
NEW YORK, NY 10014

Claim Number: 2926
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,000.00 | | | | |
|---|---|---|---|---|---|---|

CHIPMAN ENGINEERS
ATTN E. PAUL CARSWELL
PO BOX 1177
HUDSON, NC 28638

Claim Number: 2036
Claim Date: 11/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $317.81 | | | Allowed: | $317.81 |
|---|---|---|---|---|---|---|

CHIPRIN, ALFRED S.
3747 S. CLARINGTON AVE
APT. 4
LOS ANGELES, CA 90034-5828

Claim Number: 6050
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $6,553.00 | | | | |
|---|---|---|---|---|---|---|

CHIRAYIL, MARTHA A
54 ANDREA ST.
WEST BABYLON, NY 11704

Claim Number: 8461
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $6,608.65 | Scheduled: | $6,608.65 CONT | Allowed: | $6,608.65 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CHISHOLM, GLADYS H<br>8634 MILTON MORRIS DRIVE<br>CHARLOTTE, NC 28227 | | Claim Number: 2660<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $5.43 | Scheduled: | $813.12 CONT | Allowed: | $5.43 |
| CHISM, JOHN<br>9922 DEVONSHIRE DR.<br>HUNTERSVILLE, NC 28078-5965 | | Claim Number: 7453<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,613.86 | | | | |
| CHIU-SIT, PAULINE PUI-YING<br>2038 BALBOA ST.<br>SAN FRANCISCO, CA 94121-3024 | | Claim Number: 4514<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $7,500.00 | | | | |
| UNSECURED | Claimed: | $4,214.50 | | | | |
| CHLUDZINSKI, DOUGLAS JAMES<br>63 WERTSVILLE RD<br>HILLS BOROUGH, NJ 08844 | | Claim Number: 8864<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,962.70 | | | | |
| CHMAYTELLI, MAZEN<br>2913 DENVER ST<br>SAN DIEGO, CA 92117 | | Claim Number: 3058<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,398.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| CHO, JUNGSOON<br>1082 NORWAY DR<br>COLUMBUS, OH 43221-1658 | | Claim Number: 5976<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $59,357.00  UNDET | | | |
| SECURED | Claimed: | $22.00  UNDET | | | |
| UNSECURED | Claimed: | $59,335.00  UNDET | | | |
| TOTAL | Claimed: | $59,357.00  UNDET | | | |
| CHOATE, REID E.<br>PO BOX 388<br>PAHOA, HI 96778 | | Claim Number: 2083<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $529.00 | Scheduled: | $521.00 | |
| CHOCTAW COUNTY<br>P. O. BOX 907<br>ACKERMAN, MS 39735 | | Claim Number: 3066<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | |
| CHOICE ONE REAL ESTATE<br>ATTN WENDY EISNAUGLE, BIC<br>117A E REED ST<br>ANDERSON, SC 296242343 | | Claim Number: 6114<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $13,200.00 | | Allowed: | $13,200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHONG, DAVID HOU YUEN & CECILIA C.<br>66 AVA CRESC<br>RICHMOND HILL, ON L4B 2X4<br>CANADA | | Claim Number: 9053<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,908.64 | | | | | |
| CHONG, DAVID HOU YUEN & CECILIA C.<br>66 AVA CRESC<br>RICHMOND HILL, ON L4B 2X4<br>CANADA | | Claim Number: 10401<br>Claim Date: 05/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,908.64 | | | | | |
| CHOPP,<br>SUPERIOR COURT OF NJ, MON-L-005571-06<br>VINCENT J. DIMATTEO<br>10 TINDALL RD<br>MIDDLETOWN, NJ 07748 | | Claim Number: 5151<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $9,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | | $9,000.00 |
| CHOSA, TODD<br>PO BOX 32<br>BARAGA, MI 49908 | | Claim Number: 7475<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| CHOTIN, CARTER<br>203 W 23RD AVE<br>COVINGTON, LA 70433-2609 | | Claim Number: 2103<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $984.64 | Scheduled: | $984.64 CONT | Allowed: | | $984.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CHOUDHARY, ROHIT<br>90 CYPRESS LANE E<br>WESTBURY, NY 11590 | | Claim Number: 8693<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,066.67 | Scheduled: | $2,066.67  CONT | Allowed: | | $2,066.67 |
| CHOW, CHARLES<br>218 BRIGHT ST.<br>SAN FRANCISCO, CA 94132 | | Claim Number: 5276<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,550.00 | | | | | |
| CHOW, CHARLES<br>218 BRIGHT ST.<br>SAN FRANCISCO, CA 94132 | | Claim Number: 5278<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $3,600.00 | | | | | |
| CHOWDHURY, KAMRUL HASAN<br>714 BARCLAY RD<br>TROY, MI 48085 | | Claim Number: 7816<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,419.49 | | | | | |
| CHRISTENSEN, HAROLD<br>P.O. BOX 241<br>CREEDE, CO 81130 | | Claim Number: 3216<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $20,065.45 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CHRISTENSEN, JAMES L.<br>1269 VIA CONEJO<br>ESCONDIDO, CA 92029 | | Claim Number: 5206<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,591.90 | | | | |
| CHRISTENSEN, KIM<br>2030 W 132ND AVE<br>WESTMINSTER, CO 80234 | | Claim Number: 3430<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | | | Scheduled: | $3,693.46 CONT | | |
| UNSECURED | Claimed: | $3,693.00 | | | Allowed: | $3,693.00 |
| CHRISTIAN CABLE GROUP<br>1150 BLUE MOUND RD, WEST S<br>ATTN CARLITA GRIFFITH, PRESIDENT<br>HASLET, TX 76052 | | Claim Number: 7407<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $700.92 | Scheduled: | $700.92 | Allowed: | $700.92 |
| CHRISTIAN, VALERIA C<br>143-25 84TH DR<br>BRIARWOOD, NY 11435 | | Claim Number: 8877<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | |
| PRIORITY | | | Scheduled: | $800.48 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| CHRISTIAN, VALERIA C<br>143-25 84TH DR<br>BRIARWOOD, NY 11435 | | Claim Number: 8878<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT | Allowed: | $1,346.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CHRISTIANSEN, BARRY ALVIN<br>P.O. BOX 1030<br>CEBY CITY, 6000<br>PHILIPPINES | | Claim Number: 9948<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,650.00 |
| CHRISTIE, LINDA B.<br>68B HERITAGE VLG<br>SOUTHBURY, CT 064885680 | | Claim Number: 3444<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,164.00 |
| CHRISTMAN, JOANN - TRUSTEE<br>IRA E*TRADE CUSTODIAN, ROTH ACCOUNT<br>34146 BLUE LANTERN ST.<br>DANA POINT, CA 92629-2503 | | Claim Number: 5369<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY | Claimed: | $2,793.49 |
| SECURED | Claimed: | $2,793.49 |
| UNSECURED | Claimed: | $2,793.49 |
| TOTAL | Claimed: | $2,793.49 |
| CHRISTMAN, JOANN - TRUSTEE<br>34146 BLUE LANTERN ST.<br>DANA POINT, CA 92629-2503 | | Claim Number: 5370<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY | Claimed: | $5,906.98 |
| SECURED | Claimed: | $5,906.98 |
| UNSECURED | Claimed: | $5,906.98 |
| TOTAL | Claimed: | $5,906.98 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CHRISTOFORATOS, DIONISIOS E
1212 WASHINGTON ST
APT 4S
HOBOKEN, NJ 07030

Claim Number: 7013
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,308.00 | Scheduled: | $3,221.54 CONT | Allowed: | $2,308.00 |

---

CHRISTOPHER, CHARLES & PAMELA
4994 A. POTOMAC
ST. LOUIS, MO 63139

Claim Number: 5592
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |

---

CHROMY, JACLYN A.
501 EAST BAY DR. UNIT 902
LARGO, FL 33770

Claim Number: 1337
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |

---

CHU, MOU-MAN
PO BOX 1610
BELFAIR, WA 98528

Claim Number: 7097
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $68.25 |

---

CHUDGAN, BHARTI
96 CARAMEL RD
COMMACK, NY 11725

Claim Number: 300
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $5,156.25 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| CHURCHILL REAL ESTATE SERV.<br>ATTN SCOTT E CHUCHILL, SRA<br>37 MCMURRNY LL #3<br>PITTSBURGH, PA 15241 | | Claim Number: 2995<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| CHUTE, MORTIMER H. JR. AND JANE A.<br>27 CHESTNUT ST.<br>GARDEN CITY, NY 11530 | | Claim Number: 4356<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $31,845.00 | | |
| CIACCIA, JOHN & LORRAINE<br>2678 EDGEWOOD<br>UTICA, NY 13501-6319 | | Claim Number: 4864<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,000.00<br>$1,000.00 | | |
| CIARELLI, PAUL F.<br>285 SHASTA DR.<br>PITTSBURGH, PA 15239 | | Claim Number: 4716<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $150.00<br>$6,567.00 | | |
| CICO, EMOKE<br>1612 W TOUHY AVE<br>CHICAGO, IL 60626 | | Claim Number: 1224<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $4,081.25 | Allowed: | $4,081.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CIDER, CHARLOTTE S. (IRA)<br>9480 HUMMINGBIRD BLVD<br>PENSACOLA, FL 32514-1405 | | Claim Number: 9172<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $57,500.00 | | | | |
| CIDER, EDWARD T. & CHARLOTTE S.<br>JT TEN<br>9480 HUMMINGBIRD BLVD<br>PENSACOLA, FL 32514-1405 | | Claim Number: 9173<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $115,000.00 | | | | |
| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | | Claim Number: 4826-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $1,175.00 | Allowed: | $14,300.00 |
| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | | Claim Number: 4826-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $1,100.00 | | | Allowed: | $1,100.00 |
| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 8706<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) | | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 8707<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 8708<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN; MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 9963<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN: MICHAEL KNOPF & SARAH LIEBER<br>850 THIRD AVE, 10TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10926<br>Claim Date: 09/26/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10608 (10/11/2012) |
|---|---|

| UNSECURED | Claimed: | $22,886,446.00 | Allowed: | $6,600,000.00 |
|---|---|---|---|---|

---

| CIMINO, MATTHEW T.<br>137 MILLFORD CROSSING<br>PENFIELD, NY 14526 | Claim Number: 10415<br>Claim Date: 06/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,094.54 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

CIMINO, MATTHEW T.
137 MILLFORD CROSSING
PENFIELD, NY 14526

Claim Number: 10695
Claim Date: 03/31/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $10,371.51 | | | | $10,371.51 |

CINCINNATI BELL TELEPHONE
ATTN: LISA Y ANDERSON
221 E 4TH ST
ML346-325
CINCINNATI, OH 45202

Claim Number: 3634
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $72.63 | | | | $72.63 |

CINQUEMANI, CAROL F
460 OLD TOWN RD
UNIT 23G
PORT JEFFERSON STATION, NY 11776

Claim Number: 5542
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,053.00 | | $1,053.00  CONT | | $1,053.00 |

CINQUEMANI, LAURA
126 SEUSING BLVD
HAUPPAUGE, NY 11788

Claim Number: 9536
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,284.00 | Scheduled: | $1,284.00  CONT |
| UNSECURED | Claimed: | $1,284.00 | | |
| TOTAL | Claimed: | $1,284.00 | | |

CINTIA, ROBERT
72 FLAMINGO CIRCLE
SAFETY HARBOR, FL 34695

Claim Number: 6588
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $10,701.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CIP GATEWAY 1 & 2 LLC
114 PACIFIC STE 450
IRVINE, CA 926183343

Claim Number: 7973-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $18,357.40 | Scheduled: | $6,031.48 | Allowed: | $18,357.40 |
|---|---|---|---|---|---|---|

CIP GATEWAY 1 & 2 LLC
114 PACIFIC STE 450
IRVINE, CA 926183343

Claim Number: 7973-02
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $5,900.00 | | | Allowed: | $5,900.00 |
|---|---|---|---|---|---|---|

CIRAFICI, PETER J.
IRA
105 CHAINSAW ROAD
DILLSBURG, PA 17019

Claim Number: 6517
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,624.25 | | | | |
|---|---|---|---|---|---|---|

CIRCLE 22 INVESTORS LLC
ATTN JAMEY A. SHANDLEY, VP/CFM
C/O HAMILTON REAL ESTATE
4057 28TH STREET NW, SUITE 200
ROCHESTER, MN 55901

Claim Number: 6641
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $53,423.44 | Scheduled: | $4,829.16 | Allowed: | $53,423.44 |
|---|---|---|---|---|---|---|

CIRCUIT COURT FOR BALTIMORE CITY
100 NORTH CALVERT ST., RM 610
BALTIMORE, MD 21202

Claim Number: 6034
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CIRELLI, ANN Z.
ROTH IRA ETRADE CUSTODIAN
608 COMSTOCK AVE
DOWNINGTOWN, PA 19335-4811

Claim Number: 4087
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CIRELLI, ANNA Z.
ROTH IRA ETRADE CUSTODIAN
608 COMSTOCK AVE
DOWNINGTOWN, PA 19335-4811

Claim Number: 4088
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CIRKUS, JOSEPH
4251 ROCK ISLAND RD. APT. 106
LAUDERHILL, FL 33319-4509

Claim Number: 4381
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CIRLIN, EUN-HEE
12412 TEXAS AVE APT 304
LOS ANGELES, CA 90025-1966

Claim Number: 9489
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,441.25 |
|---|---|---|

---

CISNEROS, MARILYN D.
273 KINGS CANYON
BEAUMONT, CA 92223

Claim Number: 449
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $312.00 | Scheduled: | $416.00  CONT | Allowed: | $312.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CISNEROS, MARIO A.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | | Claim Number: 448<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $312.00 | Scheduled: | $312.00 CONT | Allowed: | $312.00 |
| CISNEROS, MARTHA P<br>456 W 10TH ST APT A<br>SAN PEDRO, CA 90731-3231 | | Claim Number: 3106<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $950.19 | Scheduled: | $950.19 CONT | Allowed: | $950.19 |
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON # 17<br>SAN DIEGO, CA 92130 | | Claim Number: 1478<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $4,152.96 | | | | |
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON<br>17<br>SAN DIEGO, CA 92130 | | Claim Number: 3875<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $6,134.62 | Scheduled:<br>Scheduled: | $6,810.44 CONT<br>$351.11 CONT | Allowed: | $6,134.62 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 1815<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| UNSECURED | Claimed: | $600.85 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1816
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $5,885.21 | Allowed: | $5,885.21 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1817
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $600.85 | Allowed: | $600.85 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1818
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $5,550.42 | | |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1819
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $5,550.42 | Allowed: | $5,550.42 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1820
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $21,367.00 | Allowed: | $21,367.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1821
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,352.07 | | |

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1822
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,718.71 | Allowed: | $1,718.71 |

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1823
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC

| UNSECURED | Claimed: | $1,949.05 | Allowed: | $1,949.05 |

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1824
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,479.01 | Allowed: | $4,479.01 |

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1825
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $6,191.23 | Allowed: | $6,191.23 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1826<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,837.24 | Allowed: | $4,837.24 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1827<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $32,470.57 | Allowed: | $32,470.57 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1828<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $7,540.31 | Allowed: | $7,540.31 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1829<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $4,661.99 | Allowed: | $4,661.99 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1830<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $5,305.46 | Allowed: | $5,305.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1831<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,834.47 | | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1832<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $4,834.47 | Allowed: | $4,834.47 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1833<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $13,860.81 | Allowed: | $13,860.81 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1834<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $3,418.28 | Allowed: | $3,418.28 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1841<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | |
| UNSECURED | Claimed: | $5,796.88 | Allowed: | $5,796.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1842
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,322.75 | Allowed: | $1,322.75 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1854
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,443.54 | Allowed: | $3,443.54 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1855
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $6,182.03 | Allowed: | $6,182.03 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1857
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $33,559.46 | Allowed: | $33,559.46 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1858
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $2,434.56 | Allowed: | $2,434.56 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1860<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $6,361.25 | Allowed: | $6,361.25 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1915<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $5,168.13 | Allowed: | $5,168.13 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1916<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $4,399.83 | Allowed: | $4,399.83 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1917<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $3,529.07 | Allowed: | $3,529.07 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 1918<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $27,553.69 | Allowed: | $27,553.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1919
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $4,311.37 | Allowed: | $4,311.37 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1920
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $5,707.32 | Allowed: | $5,707.32 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1921
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $7,329.70 | Allowed: | $7,329.70 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1922
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,763.45 | Allowed: | $1,763.45 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 1923
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,723.28 | Allowed: | $1,723.28 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1946<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | |
| UNSECURED | Claimed: | $6,375.55 | Allowed: | $6,375.55 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1947<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | |
| UNSECURED | Claimed: | $5,391.94 | Allowed: | $5,391.94 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 1948<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $4,483.72 | Allowed: | $4,483.72 |
| CITADEL BROADCASTING<br>ATTN DOUG MICHAELIS, BUSINESS MANAGER<br>575 W ROGER RD<br>TUCSON, AZ 85705 | Claim Number: 1251<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $5,916.00 | | |
| CITIBANK (SOUTH DAKOTA), N.A.<br>DBA: STAPLES<br>ATTN TERRY GIERINGER, BANKRUPTCY REP.<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6984<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | |
| UNSECURED | Claimed: | $4,958.24 | Allowed: | $4,958.24 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8843 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 8297 (11/13/2009) | | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | | |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8844 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 8297 (11/13/2009) | | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | | |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8848 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | Allowed: | $77,994.00 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8850 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | Allowed: | $12,519.00 |
| CITIBANK AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8842 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | Allowed: | $263.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| CITIBANK NA AS INDENTURE TTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | | Claim Number: 8839 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: DOCKET: 8653 (03/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME  MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | | Claim Number: 8840 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $841,484.00 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME  MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | | Claim Number: 8841 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $753,484.00 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | | Claim Number: 8845 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $65,475.00 |
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | | Claim Number: 8846 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $906,959.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CITIBANK NA AS TRUSTEE PAYING AGENT &
REGISTRAR FOR AMERICAN HOME MORTGAGE
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8847
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $818,959.00 |
|---|---|---|---|---|

CITIBANK NA AS TRUSTEE STRUCTURAL ASSET
MORTGAGE INVESTMENTS II INC
C/O SEWARD & KISSEL-ATTN: ARLENE ALVES
ONE BATTERY PARK PLZ
NEW YORK, NY 10004

Claim Number: 8849
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 8653 (03/05/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $65,738.00 |
|---|---|---|---|---|

CITIBANK, N.A.
ATTN CAROL FLATON, MANAGING DIRECTOR
388 GREENWICH STREET
NEW YORK, NY 10013

Claim Number: 8854
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 10194 (10/04/2011)

| SECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,609,372.04  UNLIQ | Allowed: | $37,609,372.04 |

CITIBANK, N.A.
ATTN CAROL FLATON, MANAGING DIRECTOR
388 GREENWICH STREET
NEW YORK, NY 10013

Claim Number: 8855
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 10192 (10/04/2011)

| SECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,609,372.04  UNLIQ | Allowed: | $37,609,372.04 |

CITIBANK, N.A.
C/O SEWARD & KISSEL, LLP
ATTN: RONALD L. COHEN & ARLENE R. ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Claim Number: 10886
Claim Date: 03/05/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 8653 (03/05/2010)

| ADMINISTRATIVE | Claimed: | $607,985.00 | Allowed: | $607,985.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CITIGROUP GLOBAL MARKETS INC.<br>ATTN SUSAN MILLS MANAGING DIRECTOR<br>330 GREENWICH ST<br>NEW YORK, NY 10013 | Claim Number: 8837<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
|---|---|

| UNSECURED | Claimed: | $556,132.74   UNLIQ |
|---|---|---|

---

| CITIGROUP GLOBAL MARKETS INC.<br>ATTN KATHLEEN MCCARTHY<br>DIRECTOR & ASSOCIATE GENERAL COUNSEL<br>388 GREENWICH ST, 17TH FL<br>NEW YORK, NY 10013 | Claim Number: 9203<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>SEND NOTICES TO: |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $608,671.80   UNLIQ |

---

| CITIGROUP GLOBAL MARKETS INC.<br>ATTN SUSAN MILLS, MANAGING DIRECTOR<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | Claim Number: 9206<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10066 (06/29/2011)<br>SEND NOTICES TO: |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $20,124,241.15   UNLIQ |

---

| CITIGROUP GLOBAL MARKETS INC.<br>ATTN: SUSAN MILLS<br>MANAGING DIRECTOR<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | Claim Number: 10377<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8299 (11/13/2009) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,580,015.00 |

---

| CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN SUSAN MILLS, MANAGING DIRECTOR<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | Claim Number: 9207<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $68,813,688.40 |

---

U.S. BANKRUPTCY COURT                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CITIMORTGAGE, INC<br>ATTN JOHN WILFRED<br>PO BOX 9481<br>GAITHERSBURG, MD 20898 | | Claim Number: 10385<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $219,991.64 | | |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8522<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) | | |
| UNSECURED | Claimed: | $6,600.35 | Allowed: | $6,600.35 |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8523<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) | | |
| UNSECURED | Claimed: | $9,076,422.69 | Allowed: | $3,811,272.00 |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8524<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) | | |
| UNSECURED | Claimed: | $27,585,072.66 | Allowed: | $9,660,849.00 |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8528<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | | |
| UNSECURED | Claimed: | $121,550.00 | | |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

CITRUS APPRAISAL SERVICES
ATTN DONALD C. TRENARY, JR - PRESIDENT
7350 N DAMASCUS AVE
DUNNELLON, FL 34433

Claim Number: 3323
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $395.00 | Allowed: | $395.00 |

---

CITY AND COUNTY OF DENVER / TREASURY
ATTN KAREN KATROS, BANKRUTPCY ANALYST
MCNICHOLS CIVIC CENTER BUILDING
144 W. COLFAX AVENUE, ROOM 384
DENVER, CO 80202-5391

Claim Number: 1750
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $14,301.56 |

---

CITY AND COUNTY OF DENVER / TREASURY
ATTN KAREN KATROS, BANKRUTPCY ANALYST
MCNICHOLS CIVIC CENTER BUILDING
144 W. COLFAX AVENUE, ROOM 384
DENVER, CO 80202-5391

Claim Number: 1751
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $233.65 | Allowed: | $233.65 |
| SECURED | Claimed: | $0.00 |

---

CITY CENTER SQUARE EQUITIES II LC
SUSAN P. DECOURSEY
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD, SUITE 200
LEAWOOD, KS 66211

Claim Number: 10833
Claim Date: 12/22/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $64,005.63 |

---

CITY CENTER SQUARE EQUITIES II LC
KORI CROUSE
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD, SUITE 200
LEAWOOD, KS 66211

Claim Number: 10853
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $64,005.63 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CITY CENTER SQUARE EQUITIES II LLC
KORI CROUSE
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD, SUITE 200
LEAWOOD, KS 66211

Claim Number: 1814
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $64,005.63 | | | Allowed: | $64,005.63 |
|---|---|---|---|---|---|---|

CITY OF ALEXANDRIA, VIRGINIA
ATTN MICHELE M. HARLOW
REVENUE DIVISION
PO BOX 178
ALEXANDRIA, VA 22313

Claim Number: 1591
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $6,049.29 | Scheduled: | $6,049.29  DISP CONT | | |
|---|---|---|---|---|---|---|

CITY OF BEDFORD
215 E MAIN ST
REDFORD, VA 245232012

Claim Number: 3303
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $46.86 | | | Allowed: | $46.86 |
|---|---|---|---|---|---|---|

CITY OF BROOKFIELD
ATTN ROSEMARIE ROSSBACH, DEP. TREASURER
2000 N CALHOUN ROAD
BROOKFIELD, WI 53005

Claim Number: 10017
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,293.08 | | | Allowed: | $1,293.08 |
|---|---|---|---|---|---|---|

CITY OF CEDAR HILL
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1590
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| SECURED | Claimed: | $365.54   UNLIQ | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CITY OF CHATTANOOGA<br>101 EAST 11TH ST., STE. 100<br>CHATTANOOGA, TN 37402 | Claim Number: 10900<br>Claim Date: 02/14/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

| PRIORITY | Claimed: | $361.83 |

---

| CITY OF CORPUS CHRISTI<br>ATTN YVETTE AGUILAR, ASST CITY ATTORNEY<br>PO BOX 9277<br>SAN ANTONIO, TX 78265-9722 | Claim Number: 9789<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $36.95 | Scheduled: | $72.99 | Allowed: | $36.95 |

---

| CITY OF DAYTON<br>FINANCE DEPARTMENT<br>ATTN: ACC. REC. COLLECTIONS<br>101 WEST THIRD STREET<br>DAYTON, OH 45402 | Claim Number: 10746<br>Claim Date: 11/23/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |

| UNSECURED | Claimed: | $75.00 |

---

| CITY OF DESOTO<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 161<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,309.00 | UNLIQ |

---

| CITY OF DOVER<br>NATALIE COFONE, BILLING SUPERVISOR<br>5 EAST REED STREET<br>PO BOX 7100<br>DOVER, DE 19903-7100 | Claim Number: 1390<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |

| UNSECURED | Claimed: | $659.22 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CITY OF DOVER
ATTN NATALIE COFONE, BILLING SUPERVISOR
PO BOX 7100
DOVER, DE 19903-7100

Claim Number: 9776
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,522.77 | Scheduled: | $812.97 | Allowed: | $1,522.77 |

CITY OF FLINT
DOUGLAS S. PHILPOTT
503 S. SAGINAW STREET, STE. 1415
FLINT, MI 48502

Claim Number: 9887
Claim Date: 02/04/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9994 (05/09/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $353.91 |

CITY OF FORT WORTH
ATTN CHRIS MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

Claim Number: 1745
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Allowed: | $100.00 |

CITY OF FORT WORTH
(FORT WORTH WATER DEPARTMENT)
ATTN CHRIS MOSELY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

Claim Number: 6040
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28.70 | Allowed: | $28.70 |

CITY OF FRANKLIN
TAX COLLECTOR
ATTN WILLIAM J YOST, SPECIAL COUNSEL
PO BOX 705
FRANKLIN, TN 37065

Claim Number: 2714
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $49.00 | Allowed: | $49.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| CITY OF FRASER<br>ATTN KAREN ROWSE-OBERLE<br>BUTLER, BUTLER & ROWSE-OBERLE, PLLC<br>24525 HARPER, STE. 2<br>ST. CLAIR SHORES, MI 48080 | | Claim Number: 9659<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6703 (12/11/2008) | | | |
| SECURED | Claimed: | $410.42 | Allowed: | | $410.42 |
| CITY OF GREENSBORO<br>ATTN CONNIE C. HUDGINS - DEPUTY<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | | Claim Number: 5442<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | |
| UNSECURED | Claimed: | $3,960.00 | Allowed: | | $3,960.00 |
| CITY OF HARTFORD, CONNECTICUT<br>MUNICIPAL BUILDING<br>550 MAIN STREET<br>HARTFORD, CT 06103 | | Claim Number: 10934<br>Claim Date: 01/04/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10428 (04/27/2012) | | | |
| PRIORITY | Claimed: | $779.40 | Allowed: | | $779.40 |
| CITY OF HARTFORD, CT TAX COLLECTOR<br>C/O KENNETH B. KAUFMAN, ATTORNEY<br>THE LAW OFFICE OF KENNETH B. KAUFMAN LLC<br>63 FOREST HILLS DRIVE<br>FARMINGTON, CT 06032 | | Claim Number: 9178<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10428 (04/27/2012) | | | |
| PRIORITY | Claimed: | $613.71 | Allowed: | | $779.40 |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | | Claim Number: 1365<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | |
| PRIORITY | Claimed: | $281.82 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY AT LAW<br>PO BOX 2084<br>KNOXVILLE, TN 37901 | Claim Number: 10413<br>Claim Date: 06/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | |

| SECURED | Claimed: | $452.73 |
|---|---|---|

| | | |
|---|---|---|
| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | Claim Number: 587<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $408.64 |
|---|---|---|

| | | |
|---|---|---|
| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | Claim Number: 6007<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $99.98 | Allowed: | $99.98 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CITY OF LAS VEGAS<br>PHILIP R. BYRNES, DEPUTY CITY ATTORNEY<br>400 STEWART AVENUE, NINTH FLOOR<br>LAS VEGAS, NV 89101 | Claim Number: 10129<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | |

| SECURED | Claimed: | $251.07 |
|---|---|---|

| | | |
|---|---|---|
| CITY OF MCALLEN<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 10000<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | |

| SECURED | Claimed: | $38.48   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

| CITY OF MEMPHIS (TN) | Claim Number: 36 | | | |
| ELIZABETH WELLER | Claim Date: 08/21/2007 | | | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | |
| 2323 BRYAN ST STE 1600 | Comments: EXPUNGED | | | |
| DALLAS, TX 75201 | DOCKET: 7233 (04/07/2009) | | | |

| SECURED | Claimed: | $210.28   UNLIQ | | |

---

| CITY OF MESQUITE AND MESQUITE ISD | Claim Number: 1122 | | | |
| ATTN GARY ALLMON GRIMES | Claim Date: 09/21/2007 | | | |
| SCHUERENBERG & GRIMES | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| 120 W MAIN STE 201 | Comments: EXPUNGED | | | |
| MESQUITE, TX 75149 | DOCKET: 6574 (11/13/2008) | | | |

| SECURED | Claimed: | $1,938.55 | | |

---

| CITY OF MIDLAND | Claim Number: 1529 | | | |
| ATTN JAMES O. BRANSON III, CITY ATTORNEY | Claim Date: 10/09/2007 | | | |
| 333 W. ELLSWORTH STREET | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| MIDLAND, MI 48640 | Comments: EXPUNGED | | | |
| | DOCKET: 6611 (11/21/2008) | | | |

| PRIORITY | Claimed: | $30.55 | | |
| SECURED | Claimed: | $256.87 | | |

---

| CITY OF MILWAUKEE | Claim Number: 10645 | | | |
| CITY TREASURER - WAYNE F WHITTOW | Claim Date: 12/29/2008 | | | |
| 200 E WELLS ST - ROOM 103 | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| MILWAUKEE, WI 53202 | Comments: PAID | | | |
| | DOCKET: 8948 (06/21/2010) | | | |

| SECURED | Claimed: | $1,290.37 | Allowed: | $1,290.37 |

---

| CITY OF MT PLEASANT | Claim Number: 10429 | | | |
| 401 N MAIN | Claim Date: 07/08/2008 | | | |
| MOUNT PLEASANT, MI 48858 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| | Comments: EXPUNGED | | | |
| | DOCKET: 7022 (02/17/2009) | | | |

| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $462.45 | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CITY OF MT PLEASANT
320 WEST BROADWAY
MOUNT PLEASANT, MI 48858

Claim Number: 10612
Claim Date: 12/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8593 (02/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $487.98 | Allowed: | $487.98 |

CITY OF NEW YORK DEPARTMENT OF FINANCE
AUDIT DIVISION
ATTN: BANKRUPTCY UNIT
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY 11201

Claim Number: 10554
Claim Date: 09/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10442 (05/04/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $360,650.00   UNLIQ | |

CITY OF NORFOLK TREASURER
PO BOX 3215
NORFOLK, VA 23515

Claim Number: 5334
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8485 (01/08/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $3,524.98 | Allowed: | $3,524.98 |

CITY OF NORWALK TAX COLLECTOR
ATTN AL C. PALUMBO, ASST TAX COLLECTOR
125 EAST AVENUE
NORWALK, CT 06851

Claim Number: 9351
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7585 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,385.52 | Allowed: | $1,385.52 |

CITY OF PHILADELPHIA BOARD OF PENSIONS &
RETIREMENT
C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 8618
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7281 (04/16/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $653,128.06 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | | Claim Number: 9720-01<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9913 (04/04/2011) | | |
| PRIORITY | Claimed: | $2,039.37 | Allowed: | $2,039.37 |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | | Claim Number: 9720-02<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9913 (04/04/2011) | | |
| UNSECURED | Claimed: | $1,649.32 | Allowed: | $1,649.32 |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | | Claim Number: 3039<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| CITY OF PROVIDENCE, KENTUCKY<br>C/O RICHARD E. PEYTON, ATTORNEY<br>FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT<br>PO BOX 695<br>MADISONVILLE, KY 42431-0695 | | Claim Number: 3903<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT<br>CITY HALL, RM 100<br>900 E BROAD ST<br>RICHMOND, VA 23219 | | Claim Number: 1835<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $7,797.19 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT<br>CITY HALL, RM 100<br>900 E BROAD ST<br>RICHMOND, VA 23219 | Claim Number: 1836<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9993 (05/09/2011) | |
| PRIORITY          Claimed: | $8,766.49 | |
| CITY OF SAN DIEGO, THE<br>DELINQUENT ACCOUNT COLLECTIONS PROGRAM<br>OFFICE OF THE CITY TREASURER<br>1010 SECOND AVENUE SIXTH FLOOR WEST WING<br>SAN DIEGO, CA 92101-4904 | Claim Number: 10756<br>Claim Date: 01/19/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| CITY OF ST. LOUIS<br>GREGORY F.X. DALY, COLLECTOR OF REVENUE<br>1200 MARKET ST, RM 110<br>SAINT LOUIS, MO 63103 | Claim Number: 1404<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED          Claimed: | $3,326.17 | |
| CITY OF STERLING HEIGHTS<br>ATTN JAMES P BUHLINGER, TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311-8009 | Claim Number: 9694<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | |
| SECURED          Claimed:          $158.29 | | Allowed:          $158.29 |
| CITY OF WARWICK<br>ATTN DAVID C OLSEN, TREASURER<br>3275 POST RD<br>WARWICK, RI 02886 | Claim Number: 1812<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | |
| PRIORITY          Claimed: | $1,665.16 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | | Claim Number: 1843<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | | | | | |
| SECURED | Claimed: | $91.27 | | | | | |
| CITY OF WATERBURY<br>FRANK CARUSO DEPUTY COLLECTOR OF REVENUE<br>OFFICE OF CORPORATION COUNSEL<br>236 GRAND ST<br>WATERBURY, CT 06702 | | Claim Number: 1844<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | | | | | |
| SECURED | Claimed: | $1,134.23 | | | | | |
| CITY OF WINTER PARK<br>ATTN JAMES E. CHEEK, III, ESQ.<br>PO BOX 1986<br>WINTER PARK, FL 32790 | | Claim Number: 5471<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $361.11 | Scheduled: | $766.85 | Allowed: | $361.11 | |
| CITY TREASURER-ELECTRICITY<br>90 W BOARD STREET<br>CITY HALL ROOM 111<br>COLUMBUS, OH 43215 | | Claim Number: 6151<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $31.58 | | | Allowed: | $31.58 | |
| CITY WATER, LIGHT AND POWER<br>ATTN NANCY HAMER<br>BILLING SUPPORT SUPERVISOR<br>RM 105 MUNICIPAL CENTER WEST<br>SPRINGFIELD, IL 62757 | | Claim Number: 1852<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $332.77 | Scheduled: | $315.54 | Allowed: | $332.77 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| CITYSCAPE APPRAISAL, INC.<br>518 S LINCOLN AVE<br>PARK RIDGE, IL 60068-4505 | | Claim Number: 1894<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| CITYVIEW<br>401 HENLEY ST STE 4<br>KNOXVILLE, TN 379022846 | | Claim Number: 2975<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,500.00 | | Allowed: | $1,500.00 |
| CJ PLAN<br>ATTN LAMAR CLEMENTS<br>5740 NORTH 7000 W<br>CACHE JUNCTION, UT 84304 | | Claim Number: 4446<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,819.90 | | | |
| CLA INSURANCE<br>2 CAMPUS BLVD<br>NEWTON SQUARE, PA 19073 | | Claim Number: 2283<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| CLACKAMAS COUNTY TAX COLLECTOR<br>ATTN BOB VROMAN, COUNTY ASSESSOR<br>168 WARNER MILNE RD<br>OREGON CITY, OR 97045 | | Claim Number: 5678<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | | | Scheduled: | $435.77  DISP CONT | |
| SECURED | Claimed: | $2,014.21 | | Allowed: | $2,014.21 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLAIR APPRAISALS, INC.
ROBERT CLAIR
1632 SE MISTLETOE ST
PORT SAINT LUCIE, FL 34983

Claim Number: 147
Claim Date: 08/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,775.00 | | Allowed: | $1,775.00 |
|---|---|---|---|---|---|

CLAIR APPRAISALS, INC.
ROBERT CLAIR
1632 SE MISLTETOE ST
PORT SAINT LUCIE, FL 34983

Claim Number: 637
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,775.00 |
|---|---|---|

CLAIRE APPRAISALS, INC.
ATTN ROBERT CLAIR, OWNER
1632 SE MISTLETOE STREET
PORT SAINT LUCIE, FL 34983

Claim Number: 2762
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,775.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

CLAMPIT, SANDRA L. - ROTH IRA
12012 KNAPP RD
BROOKLYN, MI 49230

Claim Number: 7027
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,337.00 |
|---|---|---|

CLAMPIT, TIMOTHY J. & SANDRA L., JT TEN
12012 KNAPP RD
BROOKLYN, MI 49230

Claim Number: 7028
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,410.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLAMPIT, TIMOTHY J., ROTH IRA
12012 KNAPP RD
BROOKLYN, MI 49230

Claim Number: 7031
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,656.15 | | | | |

---

CLAPPER, LAURA
2065 HARVEST FARM RD
ELDERSBURG, MD 21784-6399

Claim Number: 429
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,893.85 | Scheduled: | $2,893.85  CONT | Allowed: | $2,893.85 |

---

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

Claim Number: 10159
Claim Date: 03/31/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,219.90 |

---

CLARK COUNTY ASSESSOR
M.W. SCHOFIELD
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

Claim Number: 10444
Claim Date: 08/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
Amends claim number 10159

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $4,942.88 | | Allowed: | $4,942.88 |

---

CLARK COUNTY TREASURER
DOUG LASHER, TREASURER
PO BOX 5000
VANCOUVER, WA 98666

Claim Number: 1636
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7931 (08/11/2009)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $151.11 | | Allowed: | $151.11 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLARK PROPERTIES L.L.C.
5515 CAMERON FOREST PKWY
ALPHARETTA, GA 30022

Claim Number: 1317
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Allowed: | $5,000.00 |

CLARK, DAVID R.
2121 DYAN WAY
MAITLAND, FL 32751

Claim Number: 10204
Claim Date: 04/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $117,434.10 |

CLARK, DEBRA
100 ALHAMBRA AVE
SANTA CRUZ, CA 95062

Claim Number: 1330
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,740.00 |

CLARK, JOHN B. SEG IRA RO
2349 BRIDGEWOOD DRIVE
ROANOKE, TX 76262-8823

Claim Number: 9802
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,598.99 |

CLARK, JULIE L
29853 WINTER HAWK ROAD
SUN CITY, CA 92586

Claim Number: 3086
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,523.00 | Scheduled: | $4,523.08  CONT | Allowed: | $4,523.00 |
| UNSECURED | Claimed: | $0.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CLARK, KELLY<br>99 BOWMAN RD<br>HANOVER, PA 17331 | | Claim Number: 758<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,923.20 | Scheduled: | $1,923.07  CONT | Allowed: | | $1,923.20 |
| CLARK, MICHAEL D.<br>47 N CHESTERFIELD RD<br>COLUMBUS, OH 43209 | | Claim Number: 323<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $738.56 | Scheduled: | $923.08  CONT | Allowed: | | $738.56 |
| CLARK, NICHOLE<br>1617 CARNELIAN COURT<br>WOODLAND, CA 95695 | | Claim Number: 3884<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $415.00 | | | | | |
| CLARK, PATRICIA<br>814 TRAILWOOD DR<br>APOPKA, FL 32712-3241 | | Claim Number: 1021<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,250.00 | | | Allowed: | | $2,250.00 |
| CLARK, ROBERT A. & ERA F. JT TEN<br>1029 JEWEL DR.<br>MCCOMB, MS 39648-9786 | | Claim Number: 3841<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,715.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLARK, SHARON D.
4463 SUN FLOWER CIR
CLARKSTON, MI 48346-4956

Claim Number: 210
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $250.00 |
|-----------|----------|---------|

---

CLARK, WILLIAM & CLARK, PATRICIA JT TEN
6147 SPRING TIME ST
SAN ANTONIO, TX 78249

Claim Number: 3744
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,640.00 |
|-----------|----------|-----------|

---

CLARKE, TOM J
2 TERRY LANE
COMMACK, NY 11725

Claim Number: 7853
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,807.69 | Scheduled: | $3,807.69  CONT | Allowed: | $3,807.69 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

---

CLARKE, WILLIAM V. & M.F.
THE CLARKE FAMILY TRUST U/A
DTD 10/18/2003
5898 SYCAMORE
RIALTO, CA 92377

Claim Number: 9451
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,600.25 |
|-----------|----------|-----------|

---

CLASSIC MORTGAGE
PMB 464
712 BANCROFT RD
WALNUT CREEK, CA 945981531

Claim Number: 2540
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $37,951.87 |
|-----------|----------|------------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CLAUSS, ELIZABETH MARY LOU (IRA)<br>FCC AS CUSTODIAN<br>758 DARBY-PAOLI ROAD<br>NEWTOWN SQUARE, PA 19073-2609 | | Claim Number: 8038<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,642.25 | | |
| CLAUSS, HELMUT<br>KLOSTERBUSCH 22<br>MUENSTER, 48167<br>GERMANY | | Claim Number: 10076<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CLAUSS, PETER (IRA) FCC AS CUSTODIAN<br>758 DARBY-PAOLI ROAD<br>NEWTOWN SQUARE, PA 19073-2609 | | Claim Number: 8039<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $149,904.78 | | |
| CLAY, DONNA M.<br>3311 FALLEN TREE CT<br>ALEXANDRIA, VA 22310 | | Claim Number: 765<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$11,550.00 | | |
| CLAY, DONNA M.<br>3311 FALLEN TREE CT<br>ALEXANDRIA, VA 22310 | | Claim Number: 766-01<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLAY, DONNA M.
3311 FALLEN TREE CT
ALEXANDRIA, VA 22310

Claim Number: 766-02
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $151,050.00 | | | Allowed: | $151,050.00 |
|---|---|---|---|---|---|---|

CLAYTON COUNTY TAX COMMISSIONER
ATTN TERRY L BASKIN, TAX COMMISSIONER
CLAYTON COUNTY ADMINISTRATION, ANNEX 3
121 S MCDONOUGH ST, 2ND FL
JONESBORO, GA 30236

Claim Number: 3934
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| PRIORITY | Claimed: | $854.69 | | | | |
|---|---|---|---|---|---|---|

CLAYTON, DEBORAH
42 MEGAN DR
HENDERSON, NV 89074

Claim Number: 4694
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |
|---|---|---|---|---|---|---|

CLAYTON, DEBORAH L.
42 MEGAN DR
HENDERSON, NJ 89074

Claim Number: 447
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $2,076.80 | | | | |
|---|---|---|---|---|---|---|

CLAYTON, SUZY R
16455 SW LORENZO LANE
TIGARD, OR 97223

Claim Number: 5033
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $307.68 | Scheduled: | $307.68 CONT | Allowed: | $307.68 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CLAYTON, WILLIAM C., TTEE<br>5312 FAIRFAX RD<br>APT A<br>BAKERSFIELD, CA 93306 | | Claim Number: 3498<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,056.00 | | | | | |
| CLEAN FREAKS<br>703 HOLLY CREST DR<br>CULPEPPER, VA 22701 | | Claim Number: 9401<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $850.00 | | | | | |
| CLEANSERV<br>PO BOX 3525<br>FRESNO, CA 93650-3525 | | Claim Number: 2628<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 | |
| CLEARY, MICHAEL W. & DONNA JT TEN<br>66 SUMMIT AVE<br>POMPTON LAKES, NJ 07442-1328 | | Claim Number: 3688<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,100.00 | | | | | |
| CLEMAS, GERALD & HELEN JT/TIC<br>1916 N CTY RD I<br>SOMERSET, WI 54025 | | Claim Number: 4020<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $9,950.15 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLEMENTE, KELLY
393 GREAT EAST NECK RD APT C
WEST BABYLON, NY 11704-7619

Claim Number: 6231
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | $942.31  CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $942.31 | | |

CLEMENTS, JACK J. AND MARION Y. TTEES
JACK J CLEMENTS TRUST
U/A/D 12/15/00
13761 SE 140TH AVE
NORWICH, KS 67118

Claim Number: 8310
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $50,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

CLEMENTS, JACK J., DEC'D & MARION, TTEES
JACK J CLEMENTS TRUST
U/A/D 12/15/00
13761 SE 140TH AVE
NORWICH, KS 67118-9004

Claim Number: 8825
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $15,000.00 |
|---|---|---|

CLERMONT COUNTY
MR J ROBERT TRUE, TREASURER
101 E MAIN ST
BATAVIA, OH 45103

Claim Number: 1397
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $1,726.14 |
|---|---|---|

CLERMONT COUNTY
MR J ROBERT TRUE, TREASURER
123 N. THIRD STREET
BATAVIA, OH 45103

Claim Number: 5340
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CLERMONT COUNTY, OHIO<br>MR. J. ROBERT TRUE, TREASURER<br>101 E. MAIN ST.<br>BATAVIA, OH 45103 | | Claim Number: 10198<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9993 (05/09/2011) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | | Claim Number: 10442<br>Claim Date: 07/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $1,204.97 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | | Claim Number: 10443<br>Claim Date: 07/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $104.33 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | | Claim Number: 10769<br>Claim Date: 05/11/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) |
| PRIORITY | Claimed: | $114.91 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | | Claim Number: 10906<br>Claim Date: 07/06/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
| PRIORITY | Claimed: | $119.22 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLICKNER, DEBORAH A.
19099 GUNN HWY
ODESSA, FL 33556

Claim Number: 267
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,070.90 | | $2,493.65 CONT | | $2,070.90 |
| UNSECURED | | | | $194.75 CONT | | |

---

CLIFFORD, SHERRY
APPRAISALS UNLIMITED
9834 HANS
ELK GROVE, CA 95624-2905

Claim Number: 22
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,150.00 |

---

CLIMAX TELEPHONE CO
ATTN SVEN-ERIK NAESSET, SUPERVISOR
110 N MAIN
CLIMAX, MI 49034

Claim Number: 2981
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,141.77 | | $1,141.77 |

---

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

Claim Number: 7742-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $20,991.40 | | $71.27 | | $20,991.40 |

---

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

Claim Number: 7742-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| | Claimed: | |
|---|---|---|
| SECURED | | $3,127.41 |

---

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CLONINGER, WESLEY
843 ESTUARY CT
ROCK HILL, SC 297328355

Claim Number: 817
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6702 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $205.00 | | |

CLOREY, ROXANNE S
6214 8TH STREET NW
WASHINGTON, DC 20011

Claim Number: 8549
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,461.54 | Scheduled: | $3,461.54  CONT |

CM APPRAISALA
859 U.S. ROUTE 1
ATTN CANDACE MORONG
YORK, ME 03909

Claim Number: 6616
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |

CMS LEGAL SERVICES, LLC
CMS LEGAL SERVICES, LLC
999 18TH ST STE 2200
DENVER, CO 802022401

Claim Number: 4912
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 9459 (11/16/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,226.95 | | Allowed: | $4,226.95 |

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
PO BOX 1173
PALM SPRINGS, CA 92234

Claim Number: 1290
Claim Date: 09/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
43385 TENNESSEE AVE
PALM DESERT, CA 92211

Claim Number: 1363
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $6,485.00 |
|-----------|----------|-----------|

COACHELLA VALLEY APPRAISAL
P.O. BOX 1173
PALM SPRINGS, CA 92263

Claim Number: 2267
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $6,900.00 |
|-----------|----------|-----------|

COASTAL BEND REAL ESTATE SVCS
ATTN RAULIE L. IRWIN, JR.  - OWNER
PO BOX 1033
GOLIAD, TX 77963

Claim Number: 3849
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $50.00 |
|-----------|----------|--------|

COATNEY, CHERYL D.
4600 RAVENWOOD AVE
SACRAMENTO, CA 95821

Claim Number: 7204
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,436.90 |
|-----------|----------|-----------|

COBB COUNTY TAX COMMISSIONER
MICHELE MCDUFFIE, TAX ADMINISTRATOR
P.O. BOX 649
MARIETTA, GA 30061-0649

Claim Number: 9952
Claim Date: 02/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $0.00 UNLIQ | Scheduled: | $1,062.58 DISP CONT |
|----------|----------|-------------|------------|---------------------|
| SECURED  | Claimed: | $1,062.58 UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

COBB EMC
ATTN JIM GANTT
PO BOX 369
MARIETTA, GA 30061

Claim Number: 5533
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $132.68 | Scheduled: | $77.35 | Allowed: | $132.68 |

COBB, D.C. TTEE
****NO ADDRESS PROVIDED****

Claim Number: 4377
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $42,126.63 | UNLIQ |
| UNSECURED | Claimed: | $42,126.63 | UNLIQ |
| TOTAL | Claimed: | $42,126.63 | UNLIQ |

COCHRAN HELMS, INC.
ATTN EVERETT L. HELMS, JR., OWNER
226 EAST TREMONT AVE
CHARLOTTE, NC 28203

Claim Number: 6339
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $675.00 | | Allowed: | $675.00 |

COCHRAN, DOUGLAS E. TR FBO
34 VIA TIBERIUS WAY
HENDERSON, NV 890112601

Claim Number: 3365
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,867.00 |

COCHRAN, JOY A.
P O BOX 367
# 531
PINE BLUFFS, WY 82082

Claim Number: 4283
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,461.33 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| COCHRAN, JULIE MICHELLE<br>1227 SAINT JOHN PL<br>FORT COLLINS, CO 805258803 | | Claim Number: 7887<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,710.50 | | | |
| COCHRAN, ROBERT AND CAROL<br>2725 SUTTON CT<br>FORT COLLINS, CO 80526 | | Claim Number: 7886<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $907.00 | | | |
| COCHRAN, ROBERT E.<br>2725 SUTTON COURT<br>FORT COLLINS, CO 80526 | | Claim Number: 7885<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,345.00 | | | |
| COCHRAN, TERRENCE<br>2218 INDIANA AVE #1-F<br>SAINT LOUIS, MO 63104 | | Claim Number: 8830<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $616.59 CONT | |
| COCHRANE, PAMELA<br>1436 PLEASANT VIEW AVENUE<br>CORONA, CA 92882 | | Claim Number: 530<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $942.02 | Scheduled: | $949.02 CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

COCHRANE, PAMELA
1436 PLEASANT VIEW AVENUE
CORONA, CA 92882

Claim Number: 531
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,418.98 | Allowed: | $3,418.98 |
|---|---|---|---|---|

COCHRRAN, ROBERT E. AND CAROL A.
2725 SUTTON COURT
FORT COLLINS, CO 80526

Claim Number: 7884
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $415.00 | | |
|---|---|---|---|---|

COCKINOS APPRAISAL SERVICE
ATTN JAMES M. DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 1493
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $350.00 | | |
|---|---|---|---|---|

COCKINOS APPRAISAL SERVICE
ATTN JAMES M. DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 1494
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $400.00 | | |
|---|---|---|---|---|

COCKINOS APPRAISAL SERVICE
ATTN JAMES M DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 2751
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

COCKINOS APPRAISAL SERVICE
ATTN JAMES M DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 2752
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

CODY, SUSAN LYNN
1150 JACKSON PLACE
BALDWIN, NY 11510

Claim Number: 5522
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,288.46 | Scheduled: | $8,134.61  CONT | Allowed: | $3,288.46 |
|---|---|---|---|---|---|---|

COE, ALLISON M
1645 MADRID ST APT 4
SALINAS, CA 93906-8439

Claim Number: 9384
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,584.00 | Scheduled: | $1,584.00  CONT | Allowed: | $1,584.00 |
|---|---|---|---|---|---|---|

COFF, FREDRICK JOHN
15 WEST 81 STREET
APT 10G
NEW YORK, NY 10024-6022

Claim Number: 5204
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,184.00 | | | | |
|---|---|---|---|---|---|---|

COFFEE BREAK SVC INC
ATTN JEFFREY DALE, PRESIDENT
POB 1091
FRESNO, CA 93714

Claim Number: 2338
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $41.86 | Scheduled: | $41.86 | Allowed: | $41.86 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

COFFMAN APPRAISAL
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

Claim Number: 3170
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $625.00 | Allowed: | $625.00 |

COHEN, ADELE
2401 PENNSYLVANIA AVE 3C 45
PHILADELPHIA, PA 19130

Claim Number: 4252
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,205.74 |

COHEN, CYNTHIA S.
30 LYONS DR
HORSEHEADS, NY 14845

Claim Number: 8201
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,140.45 |

COHEN, ELLIOT
2308 ROSENDALE VILLAGE AVE.
HENDERSON, NV 89052

Claim Number: 5510
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,228.95 |
| UNSECURED | Claimed: | $10,228.95 |
| TOTAL | Claimed: | $10,228.95 |

COHEN, STUART
4013 NEWCASTLE A
BOCA RATON, FL 334344621

Claim Number: 3968
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| COHN, DENISE<br>977 MARGINAL RD<br>LIDO BEACH, NY 11561 | | Claim Number: 565<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,316.98 | | | | | |

| COHN, DENISE C<br>977 MARGINAL ROAD<br>LIDO BEACH, NY 11561 | | Claim Number: 2143<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,234.62 | Scheduled: | $1,234.62 CONT | Allowed: | $1,234.62 |

| COHN, GOLDBERG & DEUTSCH, LLC<br>ATTN: STEPHEN N. GOLDBERG, ESQUIRE<br>600 BALTIMORE AVENUE, SUITE 208<br>BALTIMORE, MD 21204 | | Claim Number: 9951<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,641.31 | | | | | |

| COLAGIOVANE-MILLER, LIANA L<br>6497 W. EL CAMPO GRANDE AVE<br>LAS VEGAS, NV 89130 | | Claim Number: 8251-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,958.90 | Scheduled: | $5,784.86 CONT | Allowed: | $5,958.90 |
| UNSECURED | | | Scheduled: | $80,708.83 CONT | | |

| COLAGIOVANE-MILLER, LIANA L<br>6497 W. EL CAMPO GRANDE AVE<br>LAS VEGAS, NV 89130 | | Claim Number: 8251-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $83,033.04 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COLANDRO, MARY<br>32 PEARSALL AVE APT 2B<br>GLEN COVE, NY 11542 | | Claim Number: 879<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $2,000.00 | | | | | |
| COLANDRO, MARY A<br>32 PEARSALL AVE<br>APT 2B<br>GLEN COVE, NY 11542 | | Claim Number: 2621<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,420.00 CONT | Allowed: | | $2,000.00 |
| COLDWELL BANKER<br>ATTN: MARCIA GILES<br>4090 MISSION BOULEVARD<br>SAN DIEGO, CA 92109 | | Claim Number: 5253<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $37,500.00 | | | | | |
| COLE COUNTY, MISSOURI<br>ATTN LARRY VINCENT, COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 2462<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $84.52 | Scheduled: | $105.11 DISP CONT | | | |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 10729<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | | | | |
| UNSECURED | Claimed: | $84.52 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 10730<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $84.52 | | |
| COLE, BECKY A.<br>531 SID ROAD<br>UNION CITY, MI 49094 | | Claim Number: 10146<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $100.04 | Allowed: | $100.04 |
| COLE, GERALD P.<br>121 SO. LEONARD<br>SIOUX CITY, IA 51103 | | Claim Number: 4332<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| COLE, JAMES R. LIV TR.<br>7955 OLD AZTEC HWY<br>FLORA VISTA, NM 87415-9635 | | Claim Number: 4833<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY | Claimed: | $23,405.00 | | |
| COLELOUGH, CAROL H.<br>2612 PLEASANT HILL LIBERTY RD<br>LIBERTY, NC 27298-9520 | | Claim Number: 3265<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,258.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COLELOUGH, J.G.<br>2612 PLEASANT HILL LIBERTY RD<br>LIBERTY, NC 27298-9520 | | Claim Number: 3266<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,665.00 | | | | | |
| COLEMAN, JEAN M. (IRA)<br>1042 W BRIDLEPATH<br>PAYSON, AZ 85541-3016 | | Claim Number: 3030<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| COLEMAN, SHARON L<br>1910 EKIN<br>NEW ALBANY, IN 47150 | | Claim Number: 5952<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $399.36 | Scheduled: | $399.36 | Allowed: | $399.36 |
| COLEMAN, SHERINE N<br>1185 E 91ST<br>BROOKLYN, NY 11230 | | Claim Number: 3886<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62  CONT | Allowed: | $634.62 |
| COLEMAN, TRACY<br>6 HUBBARD ST<br>BAY SHORE, NY 11706 | | Claim Number: 3091<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $633.39 | Scheduled: | $633.39  CONT | Allowed: | $633.39 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COLFAX COUNTY<br>ATTN LYDIA M. GARCIA, TREASURER<br>P O BOX 98<br>RATON, NM 87740 | | Claim Number: 2840<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| COLLAR, RICHARD<br>P.O. BOX 281<br>39714 FRUITLAND MESA RD.<br>CRAWFORD, CO 81415 | | Claim Number: 4685<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,576.80 |
| COLLIER RESIDENTIAL APPR, INC.<br>ATTN PETRINA STORTER/OFF MNGR.<br>1044 CASTELLO DR. # 103<br>NAPLES, FL 34103 | | Claim Number: 4349<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
| COLLIER-LEE APPRAISAL,INC<br>2390 KINGS LAKE BLVD<br>NAPLES, FL 34112-2307 | | Claim Number: 7749<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $5,525.00 |
| COLLIGAN, MICHAEL<br>7601 AMAZON DR # 3<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 818<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| PRIORITY | Claimed: | $4,326.92 |

U.S. BANKRUPTCY COURT                                                                                          Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| COLLINS & ASSOC. R.E. APP.<br>ATTN DONNA J. COLLINS<br>215 MARINA DR.<br>ST. SIMONS ISLAND, GA 31522 | | Claim Number: 7364<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $225.00 | | Allowed: | $225.00 |
| COLLINS APPRAISAL SERVICE<br>1036 W. ROBINWOOD DRIVE<br>STOCKTON, CA 95207 | | Claim Number: 5588<br>Claim Date: 12/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| COLLINS BOLLING, LINDA<br>134 ISLAND VIEW<br>ANNAPOLIS, MD 21401 | | Claim Number: 1772<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |
| COLLINS PALLWITZ, DIANA<br>1645 WATERS EDGE DR.<br>PLEASANT HILL, IA 50327 | | Claim Number: 1474<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $5,184.80 | | | |
| COLLINS PALLWITZ, DIANA K<br>1645 WATERS EDGE DRIVE<br>PLEASANT HILL, IA 50327 | | Claim Number: 7493<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $2,488.71 | Scheduled: | $2,488.71  CONT | Allowed: | $2,488.71 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| COLLINS, CAMERON & CHRISTINE<br>17395 SW CONSTANCE ST<br>BEAVERTON, OR 97007 | | Claim Number: 9718<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,760.00 | | | | |
| COLLINS, JEFFREY D.<br>16787 BEACH BLVD # 690<br>HUNTINGTN BCH, CA 926474848 | | Claim Number: 6215<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,612.00 | | | Allowed: | $1,612.00 |
| COLLINS, KENNETH R (KEN)<br>26 WYOMING DR<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 3771<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $4,526.92 | Scheduled: | $6,337.69  CONT | Allowed: | $4,526.92 |
| COLLINS, KENNETH R. (KEN)<br>26 WYOMING DRIVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5896<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $6,337.69 | | | | |
| COLLINS, SHAN<br>6 S INDIANA<br>BELLEVILLE, IL 62221 | | Claim Number: 1395<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $5,600.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| COLLINS, WILLIAM A., JR., TRUSTEE<br>WILLIAM A. COLLINS, JR. REV. TRUST<br>7040 E. INDEPENDENCE BLVD.<br>CHARLOTTE, NC 28227-9419 | | Claim Number: 7668<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $16,445.00 | | | |
| COLMAN, WILTON H. & MARJORIE J.<br>624 THE CAPE BLVD.<br>WILMINGTON, NC 28412 | | Claim Number: 7706<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,195.95 | | | |
| COLOMBI, MELVIN C.<br>321 RIVER LANE<br>LOVES PARK, IL 61111 | | Claim Number: 3999<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $42,000.00 | | | |
| COLOMBO, BRIAN R<br>2904 MORNINGSIDE AVENUE<br>PARKERSBURG, WV 26101 | | Claim Number: 10295<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,360.00 | | Allowed: | $1,360.00 |
| COLORADO INVESTORS REAL ESTATE SVCS, LLC<br>ATTN: GENE ZACHMAN<br>1630 A 30TH STREET, # 601<br>BOULDER, CO 80301 | | Claim Number: 5932<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | |
| UNSECURED | Claimed: | $81.54 | | Allowed: | $81.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| COLOSI, STEVE C. AND MARY JANE, JTWROS<br>34 CHICKADEE WAY<br>BECKLEY, WV 25801 | Claim Number: 5990<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,988.00 | | | |
| COLOSI, STEVE C. AND MARY JANE, JTWROS<br>34 CHICKADEE WAY<br>BECKLEY, WV 25801 | Claim Number: 5991<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,444.00 | | | |
| COLPITTS, WARREN & TRUDY<br>2943 SEA VIEW PKY<br>ALAMEDA, CA 94502 | Claim Number: 6334<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,988.63 | | | |
| COLUCCI, ROBERT A. &<br>ANN COLUCCI JTWROS<br>9 MIDDLEBURY LN<br>CRANFORD, NJ 07016-1621 | Claim Number: 2932<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| COLUMBIA GAS OF KENTUCKY, INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | Claim Number: 618<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $48.13 | Scheduled: | $21.25 | Allowed: | $48.13 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| COLUMBIA GAS OF OHIO, INC.<br>ATTN R. THORNTON, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 11TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 619<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $25.92 | | | Allowed: | $25.92 |
| COLUMBIA GAS OF PENNSYLVANIA INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 617<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $13.14 | Scheduled: | $13.14 | Allowed: | $13.14 |
| COLUMBIA GAS OF VIRGINIA, INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 11TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 616<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $63.64 | | | Allowed: | $63.64 |
| COLUMBIA TOWN<br>ATTN CAROL W. PRICE, TAX COLLECTOR<br>323 ROUTE 87<br>COLUMBIA, CT 06237 | | Claim Number: 5878<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN | | | | |
| SECURED | Claimed: | $3,266.67 | | | | |
| COLUMBUS COUNTY<br>ATTN RICHARD J GORE, TAX ADMINISTRATOR<br>COLUMBUS CO TAX OFC<br>PO BOX 1468<br>WHITEVILLE, NC 28472 | | Claim Number: 9748<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| COM BELL SYSTEMS<br>ATTN PAT SANTORO<br>561 ACORN ST STE C<br>DEER PARK, NY 11729 | | Claim Number: 2447<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,595.98 | Scheduled: | $6,595.98 | | |
| COMED CO<br>ATTN C. WALKER, REVENUE MANAGEMENT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | | Claim Number: 1767<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $10,428.61 | | | Allowed: | $10,428.61 |
| COMER, JOHN C.<br>PO BOX 80463<br>CANTON, OH 44708-0463 | | Claim Number: 2126<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $6,093.95 | | | | |
| COMFORT, ROBIN C<br>217 CROSSWINDS DR UNIT # 104<br>CHESAPEAKE, VA 23320 | | Claim Number: 9371<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $787.52 | Scheduled: | $787.52  CONT | | |
| COMFORT, ROBIN C<br>217 CROSSWINDS DR UNIT # 104<br>CHESAPEAKE, VA 23320 | | Claim Number: 9373<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $375.00 | Scheduled: | $375.00  CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| COMMERCIAL AGENCY, THE<br>ATTN LEE KENNEDY, COLLECTION MANAGER<br>C/O LIONINC.COM<br>PO BOX 23909<br>PORTLAND, OR 97219 | Claim Number: 410<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,412.00 | | | |
| COMMERCIAL AGENCY, THE<br>ATTN LEE KENNEDY, COLLECTION MANAGER<br>C/O LIONINC.COM<br>PO BOX 23909<br>FARMVILLE, VA 23909 | Claim Number: 2576<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $9,412.00 | | | |
| COMMIATO, MARY T.<br>16439 BRAMBLING<br>HOUSTON, TX 77059 | Claim Number: 10485<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6465 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $3,000.00 | | | |
| COMMISSIONERS OF PUBLIC WORKS<br>ATTN H C LUCAS RAYMOND<br>PO BOX B<br>CHARLESTON, SC 29402 | Claim Number: 6981<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $115.11 | | Allowed: | $115.11 |
| COMMONWEALTH APPRAISALS & CONSULTING INC<br>ATTN THOMAS M. KIRCHNER JR.<br>42949 RIDGEWAY DR<br>ASHBURN, VA 20148 | Claim Number: 1426<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 10858 Claim Date: 01/06/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10281 (12/14/2011) | |
| ADMINISTRATIVE | Claimed: | $715.55 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 10859 Claim Date: 01/06/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10281 (12/14/2011) | |
| ADMINISTRATIVE | Claimed: | $715.55 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 10860 Claim Date: 01/06/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10281 (12/14/2011) | |
| ADMINISTRATIVE | Claimed: | $51,083.28 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 10861 Claim Date: 01/06/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10281 (12/14/2011) | |
| ADMINISTRATIVE | Claimed: | $7,155.06 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 10862 Claim Date: 01/06/2011 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 10281 (12/14/2011) | |
| ADMINISTRATIVE | Claimed: | $1,637,836.83 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| COMMUNITY DEVELOPMENT ADMINISTRATION A DIV OF THE MARYLAND DEPT OF HOUSING & COMMUNITY DEVELOPMENT- C/O DAVID FONTANA ONE SOUTH ST, STE 2200- GEBHARDT & SMITH BALTIMORE, MD 21202 | | Claim Number: 8394 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10522 (07/09/2012) | | | |
| UNSECURED | Claimed: | $400,325.24 | | | |
| COMMUNITY MAGAZINE ATTN JACK COHEN, MANAGER 1616 OCEAN PKWY BKLYN, NY 11223 | | Claim Number: 7670 Claim Date: 01/08/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,300.00 | | Allowed: | $1,300.00 |
| COMPRINT MILITARY COMMUNICAT 9030 COMPRINT COURT GAITHERSBURG, MD 20877 | | Claim Number: 6210 Claim Date: 12/24/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9254 (09/24/2010) | | | |
| UNSECURED | Claimed: | $718.00 | | | |
| COMPTROLLER OF MARYLAND COMPLIANCE DIVISION 301 WEST PRESTON STREET ROOM 410 BALTIMORE, MD 21201-2383 | | Claim Number: 1392-01 Claim Date: 09/27/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 9913 (04/04/2011) | | | |
| PRIORITY | Claimed: | $682.00 | | Allowed: | $682.00 |
| COMPTROLLER OF MARYLAND COMPLIANCE DIVISION 301 WEST PRESTON STREET ROOM 410 BALTIMORE, MD 21201-2383 | | Claim Number: 1392-02 Claim Date: 09/27/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9913 (04/04/2011) | | | |
| UNSECURED | Claimed: | $60.00 | | Allowed: | $60.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| COMSYS SERVICES LLC<br>ATTN CHANDLER YELTON, DIRECTOR A/R<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | | Claim Number: 130<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $46,952.00 | Scheduled: | $11,152.00 | | Allowed: | $46,952.00 |
| COMUNIDADE NEWS<br>155 MAIN ST<br>DANBURY, CT 06810 | | Claim Number: 9968<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $600.00 | | | | | |
| CONANT, JOANN<br>2727 DEFENDER DR<br>FORISTELL, MO 63348 | | Claim Number: 1131<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,250.00 | Scheduled: | $1,250.00  CONT | | Allowed: | $1,250.00 |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 120<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | | | | |
| UNSECURED | Claimed: | $350.00 | | | | Allowed: | $350.00 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 801259254 | | Claim Number: 121<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $325.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CONCEPT APPRAISAL SERVICES
6486 WARRIORS RUN
LITTLETON, CO 801259254

Claim Number: 122
Claim Date: 08/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Allowed: | $50.00 |

CONCEPT APPRAISAL SERVICES
6486 WARRIORS RUN
LITTLETON, CO 801259254

Claim Number: 123
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

CONCEPT APPRAISAL SERVICES
CONNIE ESBENSON
PO BOX 306
FORT LUPTON, CO 80621

Claim Number: 124
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

CONDE, REISA S
21 FISCHER AVENUE
KINGSTON, NY 12401

Claim Number: 5106
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $892.31 | Allowed: | $892.31 |

CONKLIN, CHRISTINE
134 COMMACK RD
ISLIP, NY 11751

Claim Number: 320
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,769.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONKLIN, CHRISTINE<br>134 COMMACK RD<br>ISLIP, NY 11751 | | Claim Number: 2412<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8289 (11/13/2009) | | | | | | |
| PRIORITY | Claimed: | $7,382.40 | Scheduled: | $7,382.40 CONT | Allowed: | $5,076.94 |
| CONLEY, CAROLYN<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 3446<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | | |
| PRIORITY | Claimed: | $1,673.08 | Scheduled: | $2,175.00 CONT | Allowed: | $1,673.08 |
| CONLEY, CAROLYN A.<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 756<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | | | | |
| UNSECURED | Claimed: | $2,111.50 | | | | |
| CONLEY, MICHEL R.<br>17707 EMERALD GREEN PLACE<br>TAMPA, FL 33647-2547 | | Claim Number: 6927<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | | |
| SECURED | Claimed: | $116,855.80 | | | | |
| CONNECTICUT LIGHT AND POWER COMPANY, THE<br>NORTHEAST UTILITIES<br>ATTN MARY A GOFFIN, TEAM SUPERVISOR<br>PO BOX 2899 - CREDIT AND COLLECTIONS<br>HARTFORD, CT 06101-8307 | | Claim Number: 1259<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | | |
| UNSECURED | Claimed: | $759.11 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CONNELL, CANDACE L
3918 KNIGHTWAY DRIVE
FORT WAYNE, IN 46815

Claim Number: 5958
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |
|---|---|---|---|---|---|---|

CONNELL, PAMELA E.
11011 ELLWOOD
THE WOODLANDS, TX 77380-4001

Claim Number: 5509
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

CONNER, LEE F., IRA
8147 TRAVELERS REST DR
MECHANICSVLLE, VA 23111-2273

Claim Number: 4904
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

CONNER, MARTH D. & RAYMOND L.
2400 RICE
PONCA CITY, OK 74604

Claim Number: 4114
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

CONNER, MARY M.
5 JACQUE TERRACE
WHIPPANY, NJ 07981

Claim Number: 7154
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,745.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONNER, WANDA J.<br>175 BRET HARTE AVE<br>RENO, NV 895091936 | | Claim Number: 6947<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | | |
| UNSECURED | Claimed: | $20,000.00 | | | | | | |
| CONNER, WILLIAM<br>179 12TH ST<br>BETHPAGE, NY 11714-1706 | | Claim Number: 3426<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | | |
| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77 CONT | | Allowed: | | $1,730.77 |
| CONNERS, SANDRA L<br>PO BOX 4572<br>WALNUT CREEK, CA 945960572 | | Claim Number: 8108<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | | |
| PRIORITY | Claimed: | $1,616.00 | Scheduled: | $1,616.00 CONT | | Allowed: | | $1,616.00 |
| CONNORS, REBECCA<br>45 BIRCHBROOK DR<br>SMITHTOWN, NY 11787 | | Claim Number: 3077<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | | |
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT | | Allowed: | | $1,138.46 |
| CONNORS, THOMAS<br>43 STATION RD<br>BELLPORT, NY 11713 | | Claim Number: 2939<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | | |
| UNSECURED | Claimed: | $1,730.00 | | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| CONRAD WEISER FAMILY ASSOCIATION<br>ATTN DOUGLAS J WEISER, TREASURER<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | | Claim Number: 7326<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,070.72 | | |
| CONRAD, FREDERICK D. & JEAN JT WROS<br>4009 WOOD END DR<br>EDINA, MN 55424-1441 | | Claim Number: 3909<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| SECURED | Claimed: | $64,746.29 | | |
| CONRAD, FREDERICK D., CUSTODIAN FOR<br>FREDERICK D. CONRAD, IRA<br>4009 WOOD END DR<br>EDINA, MN 55424-1441 | | Claim Number: 3908<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| SECURED | Claimed: | $26,088.44 | | |
| CONROY, ELAINE D.<br>PO BOX 25596<br>HONOLULU, HI 96825 | | Claim Number: 143<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $2,779.81 | Scheduled: | $3,891.73  CONT |
| CONSALVO, E.A.<br>SCOTTRADE<br>1224 CHICHESTER ST.<br>ORLANDO, FL 32803 | | Claim Number: 4808<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,693.00 | | |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CONSALVO, E.A.<br>SCOTTRADE<br>1224 CHICHESTER ST.<br>ORLANDO, FL 32803 | | Claim Number: 4809<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,034.80 |
|---|---|---|

| | | |
|---|---|---|
| CONSALVO, GENE<br>PO BOX 3094<br>PINEHURST, NC 28374 | | Claim Number: 4452<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $7,820.19 |
|---|---|---|

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NY, INC.<br>ATTN GALE D DAKERS, SUPERVISOR<br>4 IRVING PL RM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 165<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $176.55 | | Allowed: | $176.55 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| CONSON, JILL M.<br>940 BUNKER VIEW DR<br>APOLLO BEACH, FL 33572 | | Claim Number: 2343<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

| | | |
|---|---|---|
| CONSTANT, NADINE<br>216 DELONG AVE<br>DUMONT, NJ 07628 | | Claim Number: 10410<br>Claim Date: 05/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7111 (03/17/2009) |

| PRIORITY | Claimed: | $1,961.54 | Scheduled: | $1,961.54 CONT | Allowed: | $1,961.54 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CONSTANTINE, THOMAS<br>21 SEVENTH AVE.<br>WESTWOOD, NJ 07675 | | Claim Number: 10121<br>Claim Date: 03/20/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,289.60 | | | | |
| CONSUMERS ENERGY COMPANY<br>ATTN MICHAEL G WILSON (P33263)<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | | Claim Number: 6031<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $524.25 | | | Allowed: | $524.25 |
| CONSUMERTRACK INC<br>2381 ROSECRANS AVE<br>STE 336<br>EL SEGUNDO, CA 90245 | | Claim Number: 3050<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $20,484.00 | Scheduled: | $10,716.00 | | |
| CONTARINO, ELLEN<br>478 PHILADELPHIA AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 932<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,666.67 | | | | |
| CONTARINO, ELLEN S<br>478 PHILADELPHIA<br>AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 7530<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,732.31 CONT | Allowed: | $1,538.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CONTI , PATRICIA A. (PAT)
191 GLENGARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4319
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62  CONT | Allowed: | $1,884.62 |

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 909
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,153.84 |

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4320
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,884.62 |

CONTI, TERESA & THOMAS
25525 DELMAR
HAYWARD, CA 94542

Claim Number: 10369
Claim Date: 05/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $241.96   UNDET |

CONTINENTAL MAID SVC
ATTN SIDNEY B. SURREY, PRES.
31 BELMONT AVE
GARFIELD, NJ 07026

Claim Number: 2263
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $799.20 | | | Allowed: | $799.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CONTINENTAL REAL ESTATE APPRAISAL SVCS
PO BOX 7254
TAMPA, FL 336737254

Claim Number: 21
Claim Date: 08/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

CONTRA COSTA COUNTY TRASURER
ATTN ERIC MOE TAX COLLECTOR
PO BOX 967
MARTINEZ, CA 94553

Claim Number: 170
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $55,761.31   UNLIQ | | | | |
|---|---|---|---|---|---|---|

CONTRERAS, REANA
2850 W ANGEL WAY
SAN TAN VLY, AZ 85142-6680

Claim Number: 2829
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,231.73 | Scheduled: | $2,362.50  CONT | Allowed: | $1,231.73 |
|---|---|---|---|---|---|---|

CONVERSE & CONVERSE APPRAISALS
ATTN ROBERT F CONVERSE
1882 ALA NOE PL
HONOLULU, HI 96819

Claim Number: 957
Claim Date: 09/17/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,725.00 | | | Allowed: | $3,725.00 |
|---|---|---|---|---|---|---|

CONWAY CORPORATION
ATTN NANCY AVRA
PO BOX 99
CONWAY, AR 72033

Claim Number: 2670
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $207.55 | Scheduled: | $463.81 | Allowed: | $207.55 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CONWAY, NOREEN<br>5400 ROLAND DR<br>CLEVELAND, OH 44125-3228 | | Claim Number: 6955<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $965.31 | | | | |
| COOK APPRAISAL<br>ATTN RICHARD COOK<br>25111 PAMELA CT.<br>BROWNSTOWN, MI 48134 | | Claim Number: 6693<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $225.00 | | Allowed: | | $225.00 |
| COOK, MARIANNE E.<br>9 DEER TRACK LANE<br>CONCORD, NH 03301 | | Claim Number: 7030<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| COOK, RUSSELL W.<br>7501 TULE SPRINGS RD STE 100<br>LAS VEGAS, NV 891316149 | | Claim Number: 10101<br>Claim Date: 03/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $50,000.00<br>$203,000.00<br>$88,000.00<br>$291,000.00 | | | | |
| COOKE, CRYSTAL<br>10907 CHRUDAN DR<br>CHARLOTTE, NC 28262 | | Claim Number: 576<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $925.83 | Scheduled: | $925.83  CONT | Allowed: | $925.83 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| COOKE, QUINTON EDWIN JR.<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>4002 CHAPRA DR.<br>WILMINGTON, NC 28412 | | Claim Number: 7222<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,109.95 | | | | |
| COOL SPRINGS LOT 19 PARTNERS<br>C/O AUSTIN L. MCMULLEN<br>BOULT CUMMINGS CONNERS & BERRY<br>1600 DIVISION ST, STE 700, PO BOX 340025<br>NASHVILLE, TN 37215 | | Claim Number: 1911<br>Claim Date: 11/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $168,068.91 | Scheduled: | $12,582.52 | | |
| COOPER, CHERYL A<br>84 KEMPER ST<br>QUINCY, MA 02170 | | Claim Number: 5622<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $576.00 | Scheduled: | $576.00  CONT | Allowed: | $576.00 |
| COOPER, DAVID R. & VICKI S.<br>2928 MOUNTAIN LAKE RD.<br>HEDGESVILLE, WV 25427 | | Claim Number: 9358<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $7,556.00 | | | | |
| COOPER, J. GARY<br>1208 PALMEHO ST<br>MOBILE, AL 36604 | | Claim Number: 7465<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COOPER, KATHERINE E.<br>2928 MOUNTAIN LAKE RD<br>HEDGESVILLE, WV 25427 | | Claim Number: 9284<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,215.00 |
| COOPER, MR. & MRS. JACK D.<br>1805 HUNTINGTON DR<br>GRAND PRAIRIE, TX 75051-3730 | | Claim Number: 5965<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00    UNDET |
| COOPER, MR. & MRS. JACK D.<br>1805 HUNTINGTON DR<br>GRAND PRAIRIE, TX 75051-3730 | | Claim Number: 5966<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00    UNDET |
| COPELAND, TONI ZEAKES<br>723 ELM ST<br>MARTINS FERRY, OH 43935 | | Claim Number: 9704<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,247.00 |
| COPPELL ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 35<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID |
| SECURED | Claimed: | $34,501.45    UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

COPPELL ISD
ELIZABETH WELLER
LINEBARGER BOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Number: 10449
Claim Date: 08/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 7 (02/25/2010)

| ADMINISTRATIVE | Claimed: | $36,825.62  UNLIQ |
|---|---|---|

---

COPPELL ISD - ELIZABETH WELLER,
MICHAEL W. DEEDS, & LAURIE A. SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10677
Claim Date: 02/27/2009
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 8 (02/25/2010)

| ADMINISTRATIVE | Claimed: | $83,399.23  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |

---

CORBETT, DENNIS J
236 SOUTHAVEN AVE.
MEDFORD, NY 11763

Claim Number: 2437
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15  CONT | Allowed: | $1,846.15 |
|---|---|---|---|---|---|---|

---

CORBETT, HEATHER
4425 B301 PARRISH ST
PHILADELPHIA, PA 19104

Claim Number: 9043
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $730.50 | Scheduled: | $1,355.50  CONT | Allowed: | $730.50 |
|---|---|---|---|---|---|---|

---

CORBIN, DAVID L
1235 NAZARETH RD
LEXINGTON, SC 290737774

Claim Number: 5858
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,032.00 | Scheduled: | $1,270.00  CONT | Allowed: | $1,032.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CORBIN, DAVID L. | | | | | | |
| 1235 NAZARETH RD | | | Claim Number: 9597 | | | |
| LEXINGTON, SC 290737774 | | | Claim Date: 01/14/2008 | | | |
| | | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | | Comments: EXPUNGED | | | |
| | | | DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,270.00 | | | | |

---

| CORBIN, JAMES E. & RURTH M. JT TEN | | | | | | |
| 1134 LYNDALE DRIVE | | | Claim Number: 6892 | | | |
| CHARLESTON, WV 25314 | | | Claim Date: 01/03/2008 | | | |
| | | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| | | | Comments: EXPUNGED | | | |
| | | | DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $13,165.00 | | | | |
| UNSECURED | Claimed: | $13,165.00 | | | | |
| TOTAL | Claimed: | $13,165.00 | | | | |

---

| CORDERO, NOEL JR. | | | | | | |
| 148 GROVE AVE | | | Claim Number: 940 | | | |
| PATCHOGUE, NY 11772 | | | Claim Date: 09/17/2007 | | | |
| | | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | | Comments: PAID | | | |
| | | | DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,035.76 | Scheduled: | $1,035.76  CONT | Allowed: | $1,035.76 |

---

| CORDOVA, VERNA J | | | | | | |
| 3779 W NEVADA PLACE | | | Claim Number: 3249 | | | |
| DENVER, CO 80219 | | | Claim Date: 11/26/2007 | | | |
| | | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | | Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $135.88 | | | | |

---

| CORDTS, AUDRA L | | | | | | |
| 160 E 23RD ST | | | Claim Number: 2770 | | | |
| SOUTH HUNTINGTON, NY 11746 | | | Claim Date: 11/19/2007 | | | |
| | | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | | Comments: EXPUNGED | | | |
| | | | DOCKET: 9254 (09/24/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CORDTS, AUDRA LYNN
160 EAST 23RD STREET
SOUTH HUNTINGTON, NY 11746

Claim Number: 1413
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $392.31 | Scheduled: | $392.31 CONT | Allowed: | $392.31 |
|---|---|---|---|---|---|---|

CORN, SHELDON
7016 MANDARIN DR.
BOCA RATON, FL 33433-7410

Claim Number: 5357
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,195.85 |
|---|---|---|

CORNELL, BARBARA B.
2822 W SHANDON AVE
MIDLAND, TX 79705-6111

Claim Number: 4162
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,554.20 |
|---|---|---|
| UNSECURED | Claimed: | $4,554.20 |
| TOTAL | Claimed: | $4,554.20 |

CORNELL, SHANNON N.
265 DUNBARTON RD
COLUMBUS, OH 43230-2860

Claim Number: 1499
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $292.16 | Scheduled: | $584.32 CONT | Allowed: | $292.16 |
|---|---|---|---|---|---|---|

CORNERSTONE APPRAISAL SERVICES, LLC
3259 E SUNSHINE ST STE V
SPRINGFIELD, MO 65804-2143

Claim Number: 2
Claim Date: 08/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $150.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CORONA, MARIA<br>16 FRUIT ST<br>MILFORD, MA 01757 | | Claim Number: 809<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135.00 | | | | Allowed: | $135.00 |

| CORPORATE CENTER V, L.L.C.<br>BY: AMERICAN NEVADA COMPANY LLC<br>ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.<br>901 NORTH GREEN VALLEY PARKWAY, STE 200<br>HENDERSON, NV 89074 | | Claim Number: 8775<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,734.00 | | | | | |

| CORPORATE DIMENSIONS<br>PO BOX 300097<br>DENVER, CO 80203-0097 | | Claim Number: 2662<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | | Allowed: | $170.00 |

| CORPORATE EXPRESS OFFICE PRODUCTS, INC.<br>ATTN LEGAL DEPARTMENT<br>ONE ENVIRONMENTAL WAY<br>BROOMFIELD, CO 80021 | | Claim Number: 38<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10046 (06/15/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | | Allowed: | $10,000.00 |
| UNSECURED | Claimed: | $101,190.38 | Scheduled: | $41,177.66 | | | |

| CORPORATE TECHNOLOGIES INC<br>ATTN LYNDA CARSON, ACCOUNTING SUPERVISOR<br>3 BURLINGTON WOODS<br>BURLINGTON, MA 01803 | | Claim Number: 9333<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $60,075.28 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CORREA, PATRICIA E.
970 HOPE STREET APT 4-C
STAMFORD, CT 06907

Claim Number: 1342
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,320.00 | Scheduled: | $1,320.00  CONT | Allowed: | $1,320.00 |
|---|---|---|---|---|---|---|

CORRIGAN, NORBERT J. & SANDRA L.
2482 OVERLOOK WAY
ATLANTA, GA 30345

Claim Number: 7171
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,734.51 |
|---|---|---|

CORT FURNITURE RENTAL
ATTN DEANNE FARRELL
801 HAMPTON PARK BLVD
INDIANAPOLIS, IN 46254

Claim Number: 2924
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $2,710.32 |
|---|---|---|
| UNSECURED | Claimed: | $2,710.32 |
| TOTAL | Claimed: | $2,710.32 |

CORT FURNITURE RENTAL
801 HAMPTON PARK BLVD
ATTN: DEANNE FARRELL
CAPITOL HEIGHTS, MD 20743

Claim Number: 2957
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $1,728.63 | Scheduled: | $2,575.82 |
|---|---|---|---|---|

CORTESE, JAMES
12884 ELIZA BETH WAY
TUSTIN, CA 92780

Claim Number: 5062
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,258.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,258.00 |
| TOTAL | Claimed: | $6,258.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| CORTEZ, KASIE T<br>7375 GEODE CT<br>CASTLE ROCK, CO 80108 | | Claim Number: 6260<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $2,253.13 | Scheduled: | $2,253.13 CONT | | |
| UNSECURED | Claimed: | $2,253.13 | | | | |
| TOTAL | Claimed: | $2,253.13 | | | | |
| CORWIN, ELAINE AND ALVIN<br>900 PARK AVE 14C<br>NEW YORK, NY 10021 | | Claim Number: 12<br>Claim Date: 08/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $3,000.00 | | | | |
| UNSECURED | | | Scheduled: | $3,000.00 | | |
| COSERV ELECTRIC<br>ATTN CYNDI ALEXANDER, COLLECTION MANAGER<br>COLLECTIONS DEPT<br>7701 S STEMMONS FRWY<br>CORITNH, TX 76210-1842 | | Claim Number: 6988<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $811.66 | | | Allowed: | $811.66 |
| COSGROVE, BEVERLEY A.<br>3519 JACKSON STREET<br>SIOUX CITY, IA 51104-1946 | | Claim Number: 8232<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $10,265.35 | | | | |
| COSS, KAREN L.<br>700 SW GLENFIELD DR<br>BENTONVILLE, AR 727128975 | | Claim Number: 274<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $878.80 | Scheduled: | $876.80 CONT | Allowed: | $878.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| COSTA, LEON & THERESA<br>2548 PARK PLACE<br>BELLMORE, NY 11710 | | Claim Number: 9630<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $153.98 |
| COSTA, MILTON P.<br>16 ADA ST<br>FALL RIVER, MA 02721 | | Claim Number: 3469<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,755.00 |
| COSTELO, ALICE M. IRA<br>RR 1 BOX 274<br>KINGWOOD, WV 265379708 | | Claim Number: 6893<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $8,871.31 |
| UNSECURED | Claimed: | $8,871.31 |
| TOTAL | Claimed: | $8,871.31 |
| COSTON, BOB CHARLES<br>620 GOLDVINCH ST SE<br>KNOXVILLE, TN 37920 | | Claim Number: 9747<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $4,972.15 |
| COTT, ALAN J.<br>26917 CHATEAU LAKE DR<br>KINGWOOD, TX 77339-1427 | | Claim Number: 3678<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,601.97 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

COTTA, BONNIE
4462 DESIN DR
SAN JOSE, CA 95118

Claim Number: 4990
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $637.99 | | |
| UNSECURED | | | Scheduled: | $637.99  CONT |

---

COTTRELL, LINDA K
4400 E SCOTTSDALE RD #9565
SCOTTSDALE, AZ 85251

Claim Number: 6975
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,634.62 | Scheduled: | $3,634.62  CONT | Allowed: | $3,634.62 |

---

COUCH, DALE
3 BEACHVIEW COURT
NORTHPORT, PORT BOULEVARD
WANNANUP, WA, 6210
AUSTRALIA

Claim Number: 6813
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,027.00 |

---

COUGHLIN DUFFY LLP
ATTN DANIEL MARKHAM, MEMBER
WALL STREET PLAZA
88 PINE STREET, 5TH FLOOR
NEW YORK, NY 10005

Claim Number: 7962
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9778 (02/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,423.43 |

---

COUNTRYWIDE BANK, F.S.B.
ATTN KATHLEEN CONTE
4500 PARK GRANDA - MS CH-20
CALABASAS, CA 91302

Claim Number: 9440
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10761 (02/04/2013)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,000,000.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COUNTRYWIDE BANK, F.S.B.<br>ATTN: KATHLEEN CONTE<br>4500 PARK GRANADA - MS CH-20<br>CALABASAS, CA 91302 | | Claim Number: 10447<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10755 (02/01/2013) |
| SECURED | Claimed: | $15,751,633.51 |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN , ESQ. & R. CRAIG R.<br>MARTING, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | | Claim Number: 10847<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10757 (02/01/2013) |
| PRIORITY | Claimed: | $0.00   UNDET |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN, ESQ. & R. CRAIG<br>MARTIN, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N. MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | | Claim Number: 10848<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10757 (02/01/2013) |
| PRIORITY | Claimed: | $0.00   UNDET |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN, ESQ. & R. CRAIG<br>MARTIN, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP, 919 N. MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | | Claim Number: 10849<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10757 (02/01/2013) |
| PRIORITY | Claimed: | $0.00   UNDET |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN, ESQ. & R. CRAIG<br>MARTIN, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N. MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | | Claim Number: 10851<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10757 (02/04/2013) |
| PRIORITY | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9190<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9191<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9192<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9193<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9194<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9195<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9196<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9197<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00   UNLIQ |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | | Claim Number: 9326<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $20,000,000.00 |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | | Claim Number: 9327<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $20,000,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 9328<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED            Claimed: | $20,000,000.00 | |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 9329<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED            Claimed: | $20,000,000.00   UNLIQ | |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 10476<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) | |
| SECURED            Claimed: | $163,308,368.00 | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O BANK OF AMERICA, ATTN: NEAL BUTALA<br>225 W. HILLCREST DR.<br>CA6-918-04-05<br>THOUSAND OAKS, CA 91360 | Claim Number: 10477<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10755 (02/01/2013) | |
| SECURED            Claimed:<br>UNSECURED | $224,344,935.00 | Allowed:            $115,000,000.00 |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN: DAVID SOBUL, EQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | Claim Number: 10480<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) | |
| SECURED            Claimed: | $163,308,368.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

COUNTRYWIDE HOME LOANS, INC.
ATTN; DAVID SOBUL, ESQ.
4500 PARK GRANADA - MS: CH11
CALABASAS, CA 91302

Claim Number: 10481
Claim Date: 08/28/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 8654 (03/05/2010)

| SECURED | Claimed: | $163,308,368.00 |
|---|---|---|

---

COUNTRYWIDE HOME LOANS, INC.
C/O BANK OF AMERICA, ATTN: NEAL BUTALA
225 W. HILLCREST DR.
CA6-918-04-05
THOUSAND OAKS, CA 91360

Claim Number: 10850
Claim Date: 01/05/2011
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10757 (02/04/2013)

ADMINISTRATIVE

| | | | Allowed: | $130,000.00 |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |

---

COUNTRYWIDE SECURITIES CORPORATION
MICHAEL SCHLOESSMAN
4500 PARK GRANADA
CALABASAS, CA 91302

Claim Number: 10922
Claim Date: 08/22/2011
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10522 (07/09/2012)

| UNSECURED | Claimed: | $0.00   CONT |
|---|---|---|

---

COUNTY APPRAISAL SERVICES
ATTN KIM BOOKER, APPRAISER
19831 CARLISLE ROAD
APPLE VALLEY, CA 92307

Claim Number: 7674
Claim Date: 01/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $625.00 |
|---|---|---|
| UNSECURED | Claimed: | $450.00 |
| TOTAL | Claimed: | $450.00 |

---

COUNTY OF BASTROP
MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN, P.C.
700 JEFFREY WAY, SUITE 100- PO BOX 1269
ROUND ROCK, TX 78680

Claim Number: 1662
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $8,851.24   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| COUNTY OF BASTROP<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 1760<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|
| SECURED           Claimed: | $8,851.24   UNLIQ | | |
| COUNTY OF BERNALILLO<br>THERESA BACA SANDOVAL, ASST ATTY<br>520 LOMAS BLVD., NW, 4TH FLOOR<br>ALBUQUERQUE, NM 87102 | Claim Number: 10856<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10621 (10/16/2012) | | |
| PRIORITY          Claimed:<br>UNSECURED      Claimed: | $249.49<br>$10.00 | Allowed: | $438.02 |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100 - PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 24<br>Claim Date: 08/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | |
| SECURED           Claimed: | $104.06   UNLIQ | | |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 1661<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | |
| SECURED           Claimed: | $5,113.51   UNLIQ | | |
| COUNTY OF HILL<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN, P.C.<br>700 JEFFREY WAY, SUITE 100- PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Number: 1761<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | |
| SECURED           Claimed: | $5,113.51   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COUNTY OF LOUDOUN<br>ATTN ELLEN MACKAY, DEPUTY TREASURER<br>C/O COLLECTIONS<br>PO BOX 347<br>LEESBURG, VA 20176 | | Claim Number: 5217<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| SECURED | Claimed: | $2,370.32 |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>CHRISTINE AGUILERA, DEPUTY TAX COLLECT.<br>172 WEST 3RD STREET<br>SAN BERNARDINO, CA 92415 | | Claim Number: 7934<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $43,377.81   UNLIQ |
| COUNTY OF SANTA CLARA<br>ATTN DEBORAH NICHOLS, TAX COLLECTOR<br>COUNTY ADMINISTRATION BLDG<br>70 W HEDDING ST - E WING SIXTH FL<br>SAN JOSE, CA 95110 | | Claim Number: 171<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) |
| PRIORITY | Claimed: | $1,220.42 |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY ADMINISTRATION BLDG<br>70 W HEDDING ST - E WING SIXTH FL<br>SAN JOSE, CA 95110 | | Claim Number: 2881<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $27,121.28 |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER, 6TH FL E WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | | Claim Number: 10733<br>Claim Date: 08/19/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9993 (05/09/2011) |
| PRIORITY | Claimed: | $173.33 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | | Claim Number: 6309<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $26,115.66 | | | | |
| SECURED | Claimed: | $26,115.66 | | | | |
| UNSECURED | Claimed: | $3,022.41 | | | | |
| TOTAL | Claimed: | $29,138.07 | | | | |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV.<br>DANA MCRAE, COUNTY COUNSEL<br>701 OCEAN STREET, ROOM 150<br>SANTA CRUZ, CA 95060 | | Claim Number: 6557<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
| PRIORITY | Claimed: | $26,115.66 | | | | |
| SECURED | Claimed: | $26,115.66 | | | | |
| UNSECURED | Claimed: | $3,022.41 | | | | |
| TOTAL | Claimed: | $29,138.07 | | | | |
| COURCELLE, CYNTHIA<br>1865 JULIA GOLDBACH AVE<br>RONKONKOMA, NY 11779 | | Claim Number: 94<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92  CONT | Allowed: | $3,076.92 |
| COURTNEY L. RIVERA<br>3921 AZALEA CIRCLE<br>MAUMEE, OH 43537 | | Claim Number: 7644<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 | Allowed: | $1,200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| COURTNEY, DONALD W.<br>875 WAGON WHEEL LANE<br>LINCOLN, CA 95648-8133 | | Claim Number: 6113<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| COURTNEY, TERRESA K.<br>5179 DANIEL DR<br>BRIGHTON, MI 48114-9036 | | Claim Number: 1469<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $27,500.00 | | | | |
| COURTNEY, TERRESA K.<br>11475 NARIN DR<br>BRIGHTON, MI 48114-8622 | | Claim Number: 1488<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $9,519.23  CONT | Allowed: | $6,000.00 |
| COVAD COMMUNICATIONS<br>ATTN WENDY FINNEGAN<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 3633<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $511.95 | | | Allowed: | $511.95 |
| COVE COMMERCIAL, LLC<br>14901 N. SCOTTSDALE RD # 304<br>SCOTTSDALE, AZ 85254 | | Claim Number: 5085<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $49,948.58   UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

COVEN, ADAM L
6864 YELLOWSTONE BLVD APT A67
FOREST HILLS, NY 113753334

Claim Number: 8547
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,423.08 | Scheduled: | $4,423.08 CONT | Allowed: | $4,423.08 |

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6624
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $262.15 | | | Allowed: | $262.15 |

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6625
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $276.36 | Scheduled: | $262.15 | Allowed: | $276.36 |

COVINGTON, DANA
4830 WINDING TIMBERS CT
HUMBLE, TX 773464467

Claim Number: 440
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,229.51 | Scheduled: | $1,229.51 CONT | Allowed: | $1,229.51 |

COWANS, KAREN M.
480 MAINSAIL DR
WESTERVILLE, OH 43081

Claim Number: 334
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,900.00 | Scheduled: | $1,900.00 CONT | Allowed: | $1,900.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COWETTA-FAYETTE EMC<br>PO BOX 530812<br>ATLANTA, GA 30353-0812 | | Claim Number: 4622<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $128.77 | Scheduled: | $128.77 | Allowed: | | $128.77 |
| COX, BUEL L.<br>3107 STATION CT<br>PENSACOLA, FL 325045004 | | Claim Number: 4075<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $17,526.57 | | | | | |
| COX, EVER MAE<br>10600 BEAVERBRIDGE ROAD<br>CHESTERFIELD, VA 23838 | | Claim Number: 7089<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $403.01 | | | Allowed: | | $403.01 |
| COX, RODNEY<br>8679 E PRESERVE WAY<br>SCOTTSDALE, AZ 85266 | | Claim Number: 3432<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,548.51 | | | | | |
| COX, STEVE E.<br>345 BREEZEWOOD ACRES<br>HAYESVILLE, NC 28904 | | Claim Number: 3291<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $14,286.48 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| COX, STEVE E.<br>345 BREEZEWOOD ACRES<br>HAYESVILLE, NC 28904 | | Claim Number: 3292<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,461.94 |
| COX, WILLIAM J. & HELEN V.<br>23 BIRCH DRIVE<br>BASKING RIDGE, PR 07920 | | Claim Number: 8170<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,342.58 |
| COXBILL, CLIFFORD E. AND BETH E.<br>19205 NW 80TH DR<br>OKEECHOBEE, FL 34972 | | Claim Number: 6071<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,252.95 |
| COYLE & COYLE , INC.<br>40 S MAIN ST STE 3<br>NEW CITY, NY 10956-3533 | | Claim Number: 9566<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,090.00 |
| CRABB, JOHN D. & JOAN C.<br>C/O ABIS<br>14901 N. SCOTTSDALE RD # 304<br>SCOTTSDALE, AZ 85254 | | Claim Number: 4802<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

CRABILL, JULIE
4396 LUCILE AVE
AUBURN, IN 46706

Claim Number: 1309
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,480.75 | Scheduled: | $1,480.77 CONT | Allowed: | $1,480.75 |
|---|---|---|---|---|---|---|

CRACKFORD, SUSAN K.
5027 126TH ST SE
EVERETT, WA 98208

Claim Number: 627
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

CRADDOCK, JANET B
6019 HEMLOCK DR
INDIAN TRAIL, NC 28079

Claim Number: 8495
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $920.67 | Scheduled: | $920.67 CONT | Allowed: | $920.67 |
|---|---|---|---|---|---|---|

CRAFT, BOBBI
27 RANDLE CT
SAUGERTIES, NY 12477

Claim Number: 557
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $1,653.85 | Scheduled: | $2,073.97 CONT | Allowed: | $1,653.85 |
|---|---|---|---|---|---|---|

CRAGHOLM, RACHEL K.
50 CEDAR POINTE LOOP APT 805
SAN RAMON, CA 94583-4138

Claim Number: 7859-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $767.36 | Scheduled: | $767.36 CONT | Allowed: | $767.36 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CRAGHOLM, RACHEL K.<br>50 CEDAR POINTE LOOP APT 805<br>SAN RAMON, CA 94583-4138 | | Claim Number: 7859-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |
| UNSECURED | Claimed: | $71.70 |
| CRAIG, ANDREA M.<br>890 TOPSAIL DRIVE<br>VALLEJO, CA 94591-7761 | | Claim Number: 4845<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,372.00 |
| CRAIG, ANDREA Y.<br>UTA CHARLES SCHWAB & CO INC<br>7052 VIA QUITO ST<br>PLEASANTON, CA 94566-5764 | | Claim Number: 8088<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CRAIG, MELISSA N<br>1522 CARRIAGE DRIVE<br>EATON, CO 80615 | | Claim Number: 10126<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $27,000.00 |
| CRAIG, STEVEN T.<br>349 BROOKFIELD DR.<br>JACKSON, NJ 08527 | | Claim Number: 3114<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $300.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CRAMER, JANE M
1954 SANTA FE
DRIVE
STOCKTON, CA 95209

Claim Number: 7619
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,048.32 | Scheduled: | $1,048.32  CONT | Allowed: | $1,048.32 |

CRAVEN, LEO
1035 S BRADFORD ST
DOVER, DE 19904

Claim Number: 3425
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |

CRAVEN, WAYLAND PAUL
116 CREEKSIDE ROAD
GREER, SC 29650

Claim Number: 9600
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,386.00 |

CRAVEN-SHAFFER-NORTH BAY VILLAGE
C/O GEOFFREY S AARONSON P.A.
ATTN GEOFFREY S AARONSON, ESQ.
100 SE 2ND STREET, 27TH FL- BOA TOWER
MIAMI, FL 33131

Claim Number: 7946
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $109,286.04 | | | Allowed: | $109,286.04 |

CRAWFORD, CAROLINE
2767 PARK WEST DRIVE
COOKEVILLE, TN 38501

Claim Number: 6867
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,186.08 |
| UNSECURED | Claimed: | $4,186.08 |
| TOTAL | Claimed: | $4,186.08 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CRAWFORD, CHARLOTTE<br>4601 LIPO LANE<br>HOUSTON, TX 77092 | | Claim Number: 8685<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | | |
| SECURED | Claimed: | $324,202.00 | | | | |
| CRAWFORD, GARY<br>9 SHERWOOD CRESCENT<br>DIX HILLS, NY 11746 | | Claim Number: 10055<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $200,000.00 | | | | |
| CRAWLEY, LESLIE L., JR.<br>148 TENNIS COURT<br>WINTER SPRINGS, FL 32708 | | Claim Number: 8639<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4291 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $41,366.56 | | | | |
| CREATIVE SOLUTIONS<br>C/O LOREN LARSEN<br>16252 TREASURE COVE<br>BULLARD, TX 75757 | | Claim Number: 1289<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $7,440.00 | Scheduled: | $7,440.00 | Allowed: | $7,440.00 |
| CREDEX AMERICAN INC<br>ATTN MARIO D CARUSO, ESQ<br>5500 MAIN ST<br>BUFFALO, NY 14221 | | Claim Number: 4933<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,825.57 | | | Allowed: | $1,825.57 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8599<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8600<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8601<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8602<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $2,171,057.29   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8603<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN MEGAN KANE 11 MADISON AVENUE NEW YORK, NY 10010 | | Claim Number: 8604 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: EXPUNGED DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN MEGAN KANE 11 MADISON AVENUE NEW YORK, NY 10010 | | Claim Number: 8605 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN MEGAN KANE, BRUCE KAISERMAN 11 MADISON AVENUE NEW YORK, NY 10010 | | Claim Number: 8606 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN: MEGAN KANE 11 MADISON AVENUE NEW YORK, NY 10010 | | Claim Number: 10225 Claim Date: 04/17/2008 Debtor: GREAT OAK ABSTRACT CORP Comments: EXPUNGED DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN: MEGAN KANE 11 MADISON AVENUE NEW YORK, NY 10010 | | Claim Number: 10226 Claim Date: 04/17/2008 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: EXPUNGED DOCKET: 10271 (12/07/2011) |
| UNSECURED | Claimed: | $11,568,088.37 |

| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10227<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $11,568,088.37 | | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10228<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | Allowed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10229<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | Allowed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10230<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | Allowed: | $11,568,088.37 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10231<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | Allowed: | $11,568,088.37 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10232<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,568,088.37 | | Allowed: | $11,568,088.37 |

| CREGEEN, JOHN R.<br>1001 SEAFARER CIRCLE<br>APT 504<br>JUPITER, FL 33477-9040 | | Claim Number: 7964<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| SECURED | Claimed: | $475,708.45 |

| CREGEEN, JOHN R.<br>1001 SEAFARER CIRCLE #504<br>JUPITER, FL 33477-9040 | | Claim Number: 8003<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $364,695.00 |
| SECURED | Claimed: | $110,876.00 |
| UNSECURED | Claimed: | $364,695.00 |
| TOTAL | Claimed: | $475,591.00 |

| CRENSHAW, GEORGIA<br>4879 NANTUCKET LANE<br>ORLANDO, FL 32808 | | Claim Number: 2336<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $230.77 CONT | |
| UNSECURED | Claimed: | $798.61 | | Allowed: | $798.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| CRESTEO BUTTE APPRAISAL SERVIC<br>ATTN DONALD PULLEY<br>PO BOX 1595<br>CRESTED BUTTE, CO 81224 | | Claim Number: 2636<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $345.00 | | | Allowed: | $345.00 |
| CRESWELL, BEVERLY L<br>1508 SHANE CIR<br>COLORADO SPGS, CO 80907-8607 | | Claim Number: 8497-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8059 (09/14/2009) | | | | |
| PRIORITY | Claimed: | $271.81 | | | Allowed: | $6,284.97 |
| CRESWELL, BEVERLY L<br>1508 SHANE CIR<br>COLORADO SPGS, CO 80907-8607 | | Claim Number: 8497-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8059 (09/14/2009) | | | | |
| UNSECURED | Claimed: | $6,284.97 | | | Allowed: | $271.81 |
| CRICCHIO, GINA A.<br>228 FAIR SAILING RD<br>MT PLEASANT, SC 294668167 | | Claim Number: 1186<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,129.92 | Scheduled: | $2,129.92 CONT | Allowed: | $2,129.92 |
| CRISANTY, AL<br>8440 SPRUCE MEADOW LN<br>GRANITE BAY, CA 95746 | | Claim Number: 1904<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $2,930,206.66 | Scheduled: | $2,919,250.50 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CRISANTY, AL
8440 SPRUCE MEADOW LN
GRANITE BAY, CA 95746

Claim Number: 1908
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $713,210.00 | | | |

---

CRISLIP, PHILIP & ASSOCIATES
ATTN JOHN B. PHILIP
4515 POPLAR AVENUE, SUITE 322
MEMPHIS, TN 38117

Claim Number: 8798
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,562.81 | | Allowed: | $12,562.81 |

---

CRISLIP, PHILLIP & ASSOCIATES
ATTN: JOHN B PHILIP
4515 POPLAR AVE STE 322
MEMPHIS, TN 38117

Claim Number: 1120
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,540.14 | | | |

---

CRISP, CAROL A
4826 S ELK WY
AURORA, CO 80016

Claim Number: 4251
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,153.84 | Scheduled: | $2,153.84 CONT | Allowed: | $2,153.84 |

---

CRIST, GINA M.
118 RISING RIDGE RD
RIDGEFIELD, CT 06877-5821

Claim Number: 7285
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,519.90 | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CRISTENSEN, J. MARK
APPRAISER
5433 S SKYLINE PKY
OGDEN, UT 84403

Claim Number: 441
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,740.00 | | | | | |

---

CRITCHFIELD, STEPHEN
1857 E WALNUT RD
VINELAND, NJ 08361-6067

Claim Number: 5638
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $10,950.00 CONT | |
| UNSECURED | | | Scheduled: | $11,550.00 CONT | |

---

CRITES, TERRI E
6569 LONG LAKE DR
NINE MILE FLS, WA 990269543

Claim Number: 3007
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $26,648.66 |

---

CROBAN, SIDNEY J.
1255 N. SANDBURG TERRACE (1402)
CHICAGO, IL 60610-8269

Claim Number: 5419
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,630.00 |

---

CROCKETT, JUANITA C
55 DOWD AVE. U-12
CANTON, CT 06019

Claim Number: 4771
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $281.25 | Scheduled: | $281.25 CONT | Allowed: | $281.25 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| CROCKFORD, SUSAN K<br>5027 126TH ST SE<br>EVERETT, WA 98208 | | Claim Number: 2102<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $4,356.93 | Scheduled: | $4,356.93 CONT | Allowed: | $4,356.93 |
| CROCKFORD, SUSAN K.<br>5027 126TH ST SE<br>EVERETT, WA 98208 | | Claim Number: 2366<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| CROKER, LORA<br>3800 CIRCLE DR<br>AUBURN, IL 62615 | | Claim Number: 203<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,350.00 | | | Allowed: | $4,350.00 |
| CROSBY, GARY R.<br>331 PINECREST DR.<br>MACOMB, IL 61455 | | Claim Number: 4620<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $17,500.00 | | | | |
| CROSBY, JENNIFER N<br>4581 TAYLOR AVE<br>OGDEN, UT 844033142 | | Claim Number: 8076<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | $800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CROSBY, THOMAS FULTON SCOTT
1080 SHOTWELL ST #3
SAN FRANCISCO, CA 94110

Claim Number: 3398
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $103,900.00 |
|---|---|---|

---

CROSS BORDER (USA) INC.
ATTN LINDA ROSENBLUTH - OFFICE MANAGER
65 BROADWAY
SUITE 605
NEW YORK, NY 10006

Claim Number: 3813
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 |
|---|---|---|---|---|

---

CROSS COUNTRY APPRAISAL INC
ATTN HEATHER A CLEMENTS
637 PINE AV
WAYNESBORO, VA 22980

Claim Number: 6654
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

CROSS, JOHN L.
128 HIGH HAT CIR
GREENVILLE, SC 296177267

Claim Number: 7435
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,010.50 | Allowed: | $1,010.50 |
|---|---|---|---|---|

---

CROSSFIELD, KATHY
402 E NAVAJO ST
HUACHUCA CITY, AZ 856169720

Claim Number: 433
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,076.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CROSSFIELD, KATHY
400 NAVAJO ST
HUACHUCA CITY, AZ 85616

Claim Number: 4970
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |
|---|---|---|---|---|---|---|

CROSSON & KOROPP
2425 LORD BARANOF DR
ANCHORAGE, AK 995171261

Claim Number: 2352
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

CROUCH, CLYDE J.
423 PORT ROYAL BLVD
SATELLITE BEACH, FL 32937

Claim Number: 8084
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,010.00 |
|---|---|---|

CROUSE, SHIRLEY H.
801 STARLITE DR
LOUISVILLE, KY 40207

Claim Number: 3477
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,093.70 |
|---|---|---|

CROWE, DAVID I.
2593 REVERE DRIVE
AKRON, OH 44333

Claim Number: 9613
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,426.92 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| CROWE, JAMES B.<br>425 OAKDALE AV<br>GLENCOE, IL 60022 | | Claim Number: 7581<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $1,775.00 | | |
| CROWLEY, NEAL<br>10820 S KILBOURN<br>OAK LAWN, IL 60453 | | Claim Number: 5536<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $201.10 | | |
| CROWLEY, NEAL<br>10820 S KILBOURN<br>OAK LAWN, IL 60453 | | Claim Number: 5537<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $439.20 | | |
| CROWN POINT APPRAISERS, INC.<br>ATTN MARY L. JAWW<br>1334 SAN MATEO AVE.<br>JACKSONVILLE, FL 32207 | | Claim Number: 4652<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
| CROWSON, ORVIS L.<br>6636 S INDIANAPOLIS AVE<br>TULSA, OK 74136 | | Claim Number: 4171<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CROZIER, VERNON V
PO BOX 607
PITTSBURG, KS 66762

Claim Number: 9703
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,680.18 | | | | | |

---

CRUZ, CHRISTINE A
1639 LOUIS KOSSUTH AVE
BOHEMIA, NY 11716-1513

Claim Number: 2797
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT | Allowed: | $1,826.92 |

---

CRUZ, ROBERT C.
18266 SW FALLATIN LOOP
BEAVERTON, OR 97007-5755

Claim Number: 10171
Claim Date: 04/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $628,499.98 | | | | |

---

CRUZ, TRINIDAD
C/O MICHAEL C. BERGKVIST
BERGKVIST, BERGKVIST AND CARTER
400 OCEANGATE, SUITE 800
LONG BEACH, CA 90802

Claim Number: 6536
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10583 (09/17/2012)

| SECURED | Claimed: | $610,000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

CRYE-LEIKE RELOCATION SERVICES
ATTN JAN HARBOR
6525 QUAIL HOLLOW RD
STE 400
MEMPHIS, TN 38120

Claim Number: 9716
Claim Date: 01/18/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 3879 (04/28/2008)

| PRIORITY | Claimed: | $126,051.77 | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CRYSTAL ROCK
ATTN TOM DUMOND, CREDIT/COLLECTIONS MGR
POB 10028
WATERBURY, CT 06725-0028

Claim Number: 2238
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $833.78 | Scheduled: | $227.25 | Allowed: | $833.78 |
|---|---|---|---|---|---|---|

CRYSTAL SPRING WATER
ATTN KAREN L. PRUNTY
POB 48
MARIETTA, OH 45750

Claim Number: 2059
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $472.85 | | | Allowed: | $472.85 |
|---|---|---|---|---|---|---|

CRYSTAL, NORMAN S & STEVEN B
NORMAN CRYSTAL TRUST
U/A DTD 4/19/04
PO BOX 12367
RENO, NV 89510-2367

Claim Number: 6567
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $60,240.00 |
|---|---|---|

CSHV SOUTHPARK, LLC.
ENID M. COLSON, ESQ.
LINER YANKELEVITZ SUNSHINE & REGENSTREIF
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CA 90024

Claim Number: 1500
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $96,704.91 |
|---|---|---|

CSHV SOUTHPARK, LLC.
ENID M. COLSON, ESQ.
LINER YANKELEVITZ SUNSHINE & REGENSTREIF
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CA 90024

Claim Number: 1501
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $96,704.91 | | | Allowed: | $96,704.91 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| CT NETWORKS<br>ATTN ROY LANGHAMER, COO<br>PO BOX 11054<br>125 WIRELESS BLVD<br>HAUPPAUGE, NY 11788 | | Claim Number: 7055<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $113,664.17 | Scheduled: | $112,391.74 | Allowed: | $113,664.17 |
| CUENTO, JOSE MATEL<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>2955 MAJESTIC HEIGHTS CT<br>LAS VEGAS, NV 89117 | | Claim Number: 4108<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,218.45 | | | | |
| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | | Claim Number: 220<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $908.40 | Scheduled: | $908.23  CONT | | |
| CULLEN, JOHN V. TTEE O/T<br>CULLEN FAMILY TRUST DTD 1/29/92<br>841 STRATFORD ST.<br>PISMO BEACH, CA 93449-2446 | | Claim Number: 9923<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $26,750.00 | | | | |
| CULLER, MICHEAL<br>MICHEAL CULLER APPRAISAL<br>3441 YORK ROAD<br>WINSTON-SALEM, NC 27104 | | Claim Number: 10857<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| CULLIGAN WATER SYSTEMS MOBILE<br>ATTN LAUREN ROGILLIO<br>1015-H SHELTON BEACH RD<br>SARALAND, AL 36571 | | Claim Number: 2078<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $113.00 | Scheduled: | $83.26 | |
| CULOTTA, LINDA & PHILIP<br>7 KENNETH PLACE<br>STATEN ISLAND, NY 10309 | | Claim Number: 9698<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,835.00 | | | |
| CULPEPER COUNTY<br>P.O. BOX 1447<br>CULPEPER, VA 22701 | | Claim Number: 10168<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| SECURED | Claimed: | $1,728.16 | | | |
| CULPEPPER, JOHNNY AND LINDA<br>C/O LEA A. WEEMS<br>LEGAL ASSISTANCE FOUNDATION<br>111 W. JACKSON BLVD., 3RD FLOOR<br>CHICAGO, IL 60604 | | Claim Number: 5978<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $365,000.00 | | | |
| CUMBERLAND CO TAX COLLECTOR<br>PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 | | Claim Number: 6006<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY | Claimed: | $87.32 | | Allowed: | $87.32 |

U.S. BANKRUPTCY COURT                                                                              Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

CUMIN, COLTER                          Claim Number: 9436
1150 34TH ST #3C                       Claim Date: 01/14/2008
MISSOULA, MT 59801                     Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
                                       Comments: EXPUNGED
                                       DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,000.00 |
| --- | --- | --- |

CUMMINGS PROPERTIES, LLC               Claim Number: 1764
CRAIG J. ZIADY, ESQ.                   Claim Date: 10/23/2007
200 WEST CUMMINGS PARK                 Debtor: AMERICAN HOME MORTGAGE CORP
WOBURN, MA 01801                       Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $41,021.40 |
| --- | --- | --- |

CUMMINGS PROPERTIES, LLC               Claim Number: 1765
CRAIG J. ZIADY, ESQ.                   Claim Date: 10/23/2007
200 WEST CUMMINGS PARK                 Debtor: AMERICAN HOME MORTGAGE CORP
WOBURN, MA 01801                       Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,067.53 |
| --- | --- | --- |

CUMMINGS, SUSAN                        Claim Number: 3082
19 PEPPERMILL CT                       Claim Date: 11/23/2007
COMMACK, NY 11725                      Debtor: AMERICAN HOME MORTGAGE CORP
                                       Comments: PAID
                                       DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23  CONT | Allowed: | $769.23 |
| --- | --- | --- | --- | --- | --- | --- |

CUMMINS, CLINTON O. LIV TR             Claim Number: 9244
DTD 06/23/98                           Claim Date: 01/11/2008
CLINTON O CUMMINGS                     Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
AUDREY C CUMMINS CO -TTEE              Comments: EXPUNGED
HAYESVILLE, NC 28904-7568              DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,185.95 |
| --- | --- | --- |
| UNSECURED | Claimed: | $6,185.95 |
| TOTAL | Claimed: | $6,185.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| CUNLIFF, GRACE<br>84 BRANCH TURNPIKE #41<br>CONCORD, NH 03301 | Claim Number: 3698<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| CUNNINGHAM APPRAISAL<br>ATTN RICHARD A. CUNNINGHAM<br>6709 W 119TH ST<br>OVERLAND PARK, KS 66209 | Claim Number: 2563<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|

| UNSECURED | Claimed: | $950.00 |
|---|---|---|

---

| CUNNINGHAM JAMES S<br>3950 KINGS POINTE DRIVE<br>MANSFIELD, OH 44903 | Claim Number: 10257<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $65,000.00 |
|---|---|---|

---

| CUNNINGHAM, CORY<br>1860 LAW ST<br>SAN DIEGO, CA 92109 | Claim Number: 7626<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $6,192.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,192.00 |
| TOTAL | Claimed: | $6,192.00 |

---

| CUNNINGHAM, JULIE A.<br>2615 CREST AVENUE<br>CHEVERLY, MD 20785 | Claim Number: 10378<br>Claim Date: 05/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $48,026.45 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CUOMO, NICHOLE
13-12 130TH STREET, 1ST FLOOR
COLLEGE POINT, NY 11356

Claim Number: 5577
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,052.72 | Scheduled: | $1,052.72 CONT | Allowed: | $1,052.72 |

CURAN, ROBERT J.
CUSTODIAN FOR MEGAN E. CURAN
105 BAY PORT LANE
MOORESVILLE, NC 28117

Claim Number: 5739
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,572.23 |

CURRY COUNTY TREASURER
PO BOX 897
CLOVIS, NM 88102-0897

Claim Number: 10691
Claim Date: 03/13/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55.79 |
| SECURED | Claimed: | $55.79 |
| TOTAL | Claimed: | $55.79 |

CURTIN, DAVE
MICHELLE BIEN-CURTIN
13113 SKYLINE DRIVE
PLAINFIELD, IL 60585

Claim Number: 2455
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT |

CURTIS, EUGENE M.
719 BIG SLOUGH RD
FREEPORT, TX 77541-9653

Claim Number: 4131
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,093.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

CURTIS, JANE K. IRA
FERRIS BAKER WATTS C/F
1918 CARSON STREET
CHARLESTON, WV 25302-4101

Claim Number: 6894
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $14,122.20 | | | |
| UNSECURED | Claimed: | $14,122.20 | | | |
| TOTAL | Claimed: | $14,122.20 | | | |

CURTIS, MICHAEL
259 SECOND AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 877
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,615.38 | Scheduled: | $2,615.39  CONT | Allowed: | $2,615.38 |

CURTIS, RALEIGH MANFRED
UTA CHARLES SCHWAB & CO
IRA CONTRIBUTORY
4839 37TH AVE NE
SEATTLE, WA 98105

Claim Number: 7359
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,516.95 |

CURYLO, MICHAEL
3405 JAMESTON DR
FLOWER MOUND, TX 750282976

Claim Number: 4477
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

CUSTOM LIMOUSINE SERVICE
ATTN SAM ABDULLAH, GENERAL MANAGER
PO BOX # 327
SYCAMORE, IL 60178

Claim Number: 2031
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,765.00 | Scheduled: | $3,765.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

CUVILLY, PATRICK
47 SPRINGMEADOW DR
KINGS PARK, NY 11754-4605

Claim Number: 1173
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,002.92 | Scheduled: | $1,002.92  CONT | Allowed: | $1,002.92 |

---

D J GRAEFF & ASSOCIATES, LLC
5622 GINGER TREE LN
TOLEDO, OH 43623

Claim Number: 1086
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |

---

D J GRAEFF & ASSOCIATES, LLC
ATTN DANIEL J. GRAEFF - PARTNER
5622 GINGER TREE LN
TOLEDO, OH 43623

Claim Number: 2460
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |

---

D M VALUATION, INC.
ATTN DAVID DESKG, OWNER
15195 FARMINGTON RD # A-6
LAVONIA, MI 48154

Claim Number: 5705
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,800.00 | | | Allowed: | $2,800.00 |

---

D&B COURIER EXPRESS
PO BOX 766
BRYANTOWN, MD 20617

Claim Number: 2925
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $198.00 | | | Allowed: | $198.00 |

---

U.S. BANKRUPTCY COURT                                                                              Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| D&R APPRAISALS, LLC<br>PO BOX 733<br>ROCKY MOUNT, MO 65072 | | Claim Number: 1133<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
| D&R APPRAISALS, LLC<br>ATTN PATRICK J. REHMER<br>P.O. BOX 733<br>ROCKY MOUNT, MO 65072 | | Claim Number: 5826<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $600.00   UNLIQ | | | | |
| D'ALESSANDRO, JOSEPH JR.<br>TTEE DAVID D'ALESSANDRO<br>TTEE U/W JOSEPH D'ALESSANDRO SR RESID TR<br>218 W ARCTIC AVE<br>MINOTOLA, NJ 08341-1125 | | Claim Number: 3402<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,788.10 | | | | |
| D'AMBROSIO, DONNA M<br>24 7TH AVE # D<br>FARMINGDALE, NY 117355734 | | Claim Number: 2950<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $4,056.49  CONT | Allowed: | $2,884.62 |
| D'ANGELI, JOSEPH<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | | Claim Number: 498<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | | |
| UNSECURED | Claimed: | $3,666.67 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

D'ANGELI, JOSEPH
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 865
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $3,384.62 CONT | Allowed: | $3,384.62 |
|---|---|---|---|---|---|---|

D'ANGELI, LINDA
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 444
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $4,884.62 | Scheduled: | $7,326.92 CONT | Allowed: | $4,884.62 |
|---|---|---|---|---|---|---|

D'ANGELI, LINDA
201 TINTON PL
EAST NORTHPORT, NY 11731

Claim Number: 821
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $8,996.40 |
|---|---|---|

D'ARGENIO & ASSOCIATES, INC.
ATTN DENNIS D'ARGENIO
P.O. BOX 149
ELDERSBURG, MD 21784

Claim Number: 8048
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,775.00 |
|---|---|---|

D'ARIA, URSULA
4125 KISSENA BLVD APT 3H
FLUSHING, NY 11355-3107

Claim Number: 3139
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| D'HAGAN, PATRICK J.<br>18422 PINE CONE DR. #4<br>TINLEY PARK, IL 60477 | | Claim Number: 5771<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| DABRIEO, EDWARD R.<br>20 BIRCHWOOD LANE<br>SPRINGVILLE, ME 04083 | | Claim Number: 9862<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9255 (09/24/2010) |

| UNSECURED | Claimed: | $6,407.20 |
|---|---|---|

| | | |
|---|---|---|
| DABRIEO, EDWARD R.<br>20 BIRCHWOOD<br>SPRINGVALE, ME 40831937 | | Claim Number: 10194<br>Claim Date: 04/08/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 9255 (09/24/2010) |

| UNSECURED | Claimed: | $6,407.20 | Allowed: | $6,407.20 |
|---|---|---|---|---|

| | | |
|---|---|---|
| DAGHESTANI, ALA AND CATHERINE<br>12212 MONROVIA<br>OVERLAND PARK, KS 66218 | | Claim Number: 5596<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $51,491.00 |
|---|---|---|

| | | |
|---|---|---|
| DAHL, THOMAS B.<br>146 HAMPTON SHORES DR<br>HAMPTON, GA 30228 | | Claim Number: 6571<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $17,064.22 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DAHLEM, GLENN G.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 7296<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,986.15 |
| DAHLEM, GLENN G.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 7297<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,110.00 |
| DAHM, CHARLES E.<br>IRA E TRADE CUSTODIAN<br>13917 W 156 LN<br>OLATHE, KS 66062 | | Claim Number: 7728<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,973.00 |
| DAHM, STEFANIE N.<br>IRA E TRADE CUSTODIAN<br>13917 W 156 LN<br>OLATHE, KS 66062 | | Claim Number: 7727<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $977.00 |
| DAILEY, DAVID J.<br>1707 EAST 122ND STREET<br>LOS ANGELES, CA 90059 | | Claim Number: 10213<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $340,146.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| DAILEY, MICHAEL A.<br>5120 S NECESSARY CT<br>BLUE SPRINGS, MO 64015-2255 | | Claim Number: 403-01<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6702 (12/11/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |
| DAILEY, MICHAEL A.<br>5120 S NECESSARY CT<br>BLUE SPRINGS, MO 64015-2255 | | Claim Number: 403-02<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | |
| UNSECURED | Claimed: | $137,068.42 | | | |
| DAILY PRESS<br>C/O TRIBUNE COMP.<br>ATTN CAROL LIOTTA<br>435 N. MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611 | | Claim Number: 1361<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008)<br>CLAIM IS A COPY | | | |
| UNSECURED | Claimed: | $640.00 | | Allowed: | $640.00 |
| DAILY PRESS<br>C/O TRIBUNE COMP.<br>ATTN CAROL LIOTTA<br>435 N. MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611 | | Claim Number: 1362<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $4,294.00 | Scheduled: | $3,894.00 | Allowed: | $4,294.00 |
| DAILY TIMES, THE<br>ATTN LAURA S. WILLIAMS, CREDIT MGR<br>PO BOX 1937<br>SALISBURY, MD 21802-1937 | | Claim Number: 2208<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $460.90 | Scheduled: | $224.58 | Allowed: | $460.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| DAKE, JERRY L<br>2312 SHENANDOAH TRAIL<br>DENTON, TX 76205 | | Claim Number: 9316<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,267.70 |

| | | |
|---|---|---|
| DAKOTA R FEARS TRUST<br>UA 01 01 99<br>ANTHONY G TUMMINELLO TRUSTEE<br>10349 WATSON RD<br>ST. LOUIS, MO 63127-1105 | | Claim Number: 7203<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,009.85 |

| | | |
|---|---|---|
| DALLAS APPRAISAL GROUP, INC.<br>112 W CENTER, STE 700<br>FAYETTEVILLE, AR 72701 | | Claim Number: 7318<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $850.00 | Allowed: | $850.00 |

| | | |
|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 26<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $1,263.16   UNLIQ |

| | | |
|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 34<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $19,518.47   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 6682<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $53,891.22   UNLIQ | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 10062<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | |
| PRIORITY | | Scheduled: | $108,722.09  DISP CONT |
| SECURED | Claimed: | $1,693.50 | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 10114<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | |
| SECURED | Claimed: | $1,160.03 | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10448<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 6 (02/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,397.21   UNLIQ | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Number: 10675<br>Claim Date: 02/27/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $16,963.50   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DALLAS COUNTY - ELIZABETH WELLER<br>MICHAEL W. DEEDS, & LAURIE A. SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 10676<br>Claim Date: 02/27/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 5 (02/19/2010) |
| ADMINISTRATIVE | Claimed: | $67,535.48   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | | Claim Number: 1175<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| UNSECURED | Claimed: | $52.00 |
| DALLAS COUNTY RECORDER<br>LORI BELGARDE, DEPUTY RECORDER<br>701 COURT<br>PO BOX 38<br>ADEL, IA 50003-0038 | | Claim Number: 2389<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $52.00 |
| DALMAS, JAMES E.<br>CGM IRA CUSTODIAN<br>1519 N BEND RD<br>JARRETTSVILLE, MD 21084-1331 | | Claim Number: 3641<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,289.38 |
| DALTHORP, RACHEL<br>3043 NEVADA AVE S<br>ST LOUIS PARK, MN 55426-3216 | | Claim Number: 139<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $4,480.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

DALTHORP, RACHEL L
3043 NEVADA AVE S
ST LOUIS PARK, MN 55426-3216

Claim Number: 6391
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments:
Amends claim number 139

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,560.01 CONT | |
| UNSECURED | Claimed: | $2,560.01 | | Allowed: | $2,560.01 |

DALTON, AUGUSTINE I.
2430 RIVER ROCK DRIVE
MACUNGIE, PA 18062

Claim Number: 4225
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $9,534.00 |
| UNSECURED | Claimed: | $9,534.00 |
| TOTAL | Claimed: | $9,534.00 |

DALTON, ROSS A. AND ETHEL E.
602 NORTH BROAD
APT B-204
LANSDALE, PA 19446-2365

Claim Number: 5493
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,162.33 |

DALY, KAREN
6038 N. OVERHILL
CHICAGO, IL 60631

Claim Number: 2811
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62 CONT | Allowed: | $634.62 |

DALY, PATTI
PMD APPRAISALS
3813 INGLESIDE ST
OLNEY, MD 20832

Claim Number: 11
Claim Date: 08/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,625.00 | Scheduled: | $325.00 | Allowed: | $1,625.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| DAN ROEBER & ASSOCIATES, INC.<br>3617-C BETTY DR.<br>COLORADO SPRINGS, CO 80917 | | Claim Number: 3195<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $675.00 | | | | |
| DAN'S PAPERS, INC.<br>ATTN JAMES F BEST<br>A/R MANAGER<br>PO BOX 630<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 398<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $7,295.00 | Scheduled: | $3,953.00 | Allowed: | $7,295.00 |
| DANHEL, WILLIAM T.<br>3221 FOREST ROAD<br>BETHEL PARK, PA 15102 | | Claim Number: 4535<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,012.95 | | | | |
| DANIEL, DEBORAH<br>3821 WINDSCAPE CT.<br>OKLAHOMA CITY, OK 73179-3845 | | Claim Number: 6490<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $4,992.48 | | | | |
| DANIEL, KATHRYN M<br>3306 MONTCLAIR RD<br>ORLANDO, FL 328061725 | | Claim Number: 6976<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $1,400.00  CONT | Allowed: | $1,400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| DANIELS, ANGELA<br>1801 EGG HARBOUR RD # 406<br>LINDENWOLD, NJ 08021 | | Claim Number: 10044<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $395.00<br>$395.00<br>$395.00 | | | | |
| DANIELS, JACK A.<br>46 E HEALTH ST<br>BALTIMORE, MD 21230 | | Claim Number: 1009<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $894.42 | Scheduled: | $894.42  CONT | Allowed: | $894.42 |
| DANIELS, WILLIAM T (BILL)<br>11892 GLADSTONE DR<br>NORTH TUSTIN, CA 92705 | | Claim Number: 4098<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,650.00  CONT | Allowed: | $1,650.00 |
| DANZIG, SHERRY S.<br>2 HORIZON RD<br>FORT LEE, NJ 07024 | | Claim Number: 3118<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| DANZILO, ANTHONY<br>2474 FREEPORT ST<br>WANTAGH, NY 11793 | | Claim Number: 8073<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $607.69 | Scheduled: | $607.69  CONT | Allowed: | $607.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DAO, SON B.<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5058<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $17,659.85 | | | | | |
| DAO, SONY & BINH T. NGUYEN<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5059<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $4,173.90 | | | | | |
| DAO, SONY & BINH T. NGUYEN<br>15107 BERKSHIRE GREEN<br>HOUSTON, TX 77083 | | Claim Number: 5060<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $12,215.90 | | | | | |
| DARAGO, KATIE<br>9304 MADISON AVE<br>LAUREL, MD 20723 | | Claim Number: 500<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,168.80 | Scheduled: | $2,819.25 CONT | Allowed: | $2,168.80 |
| DARAK, ROBERTA<br>13 FOX COURT<br>HOLBROOK, NY 11741 | | Claim Number: 2100<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $889.42 | Scheduled: | $889.42 CONT | Allowed: | $889.42 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DARGAVELL, RAY<br>480 WHITLOCK RD<br>RICHMOND, KY 40475 | | Claim Number: 4223<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,448.36 |

| | | |
|---|---|---|
| DARNALL, LINDA<br>33520 LIBERTY RD<br>YUCAIPA, CA 92399 | | Claim Number: 336<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $778.67 |

| | | |
|---|---|---|
| DARNALL, LINDA D<br>33520 LIBERTY RD<br>YUCAIPA, CA 92399 | | Claim Number: 2046<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $778.67 | Scheduled: | $778.67  CONT | Allowed: | $778.67 |

| | | |
|---|---|---|
| DARRELL ROBERTS RE APPRAISER<br>5701 REXROTH AVE.<br>BAKERSFIELD, CA 93306 | | Claim Number: 2180<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

| | | |
|---|---|---|
| DARTER, JOYCE<br>12108 CANTLE RD<br>OKLAHOMA CITY, OK 731208042 | | Claim Number: 4776<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,543.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DARWIN CALENDAR
319
700 E REDLANDS BLVD STE U
REDLANDS, CA 92373-6168

Claim Number: 4881
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $400.00 | | | | $400.00 |

DAUENHEIMER, JEAN
3 VAN ORDEN ROAD
MILTON, NY 12547

Claim Number: 1299
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6463 (10/27/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,877.25 | | $3,392.31 CONT | | $2,877.25 |
| UNSECURED | | | | $34.95 CONT | | |

DAUN, ALAN & PATRICIA
425A CORTE MADERA AVENUE
CORTE MADERA, CA 94925

Claim Number: 9847
Claim Date: 01/29/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $23,715.50 |

DAUPHIN, JOANNE H.
1024 5TH AVE
EAST NORTHPORT, NY 11731

Claim Number: 1026
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,392.31 | | $3,392.31 CONT | | $3,392.31 |

DAVALLE, MICHAEL J
215 E FIRST ST
HINSDALE, IL 60521

Claim Number: 5986
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $5,107.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DAVENPORT APPRAISAL SERVICES<br>905 N CYPRESS ST<br>BEEBE, AR 72012-2701 | | Claim Number: 2058<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | |
| DAVID E WALLIN TR<br>UA 08/02/87<br>XOOIX TRUST<br>1009 N MARION ST<br>OAK PARK, IL 60302-1374 | | Claim Number: 2350<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $61,526.00 | | | |
| DAVID L DIAMOND & ASSOCIATES<br>PO BOX 2595<br>W COLUMBIA, SC 29171 | | Claim Number: 2053<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |
| DAVID OPOKA - REALTY EXPERTS<br>ATTN: DAVID OPOKA<br>4331 E. JUANITA AVENUE<br>GILBERT, AZ 85234 | | Claim Number: 2087<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $77.72 | | Allowed: | $77.72 |
| DAVID, JAMES<br>4262 E. DESERT MARIGOLD DRIVE<br>CAVE CREEK, AZ 85331 | | Claim Number: 788<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $3,503.08 | Scheduled: | $3,503.08  CONT | Allowed: | $3,503.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| DAVID, SUSAN<br>LAW OFFICE OF TIMOTHY G MCFARLIN<br>ATTORNEY-CLIENT TRUST ACCOUNT<br>4 PARK PLAZA, STE 1025<br>IRVINE, CA 92614 | | Claim Number: 10013<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $1,778,000.00 | | Allowed: | $30,000.00 |
| DAVID-SWAN, DAWN<br>9020 169TH ST APT 3A<br>JAMAICA, NY 11432 | | Claim Number: 131<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $615.30 | Scheduled: | $615.38 CONT   Allowed: | $615.30 |
| DAVIDSON, EDWARD C. & JANET M.<br>455 LOGAN RD APT 227<br>MANSFIELD, OH 44907-2866 | | Claim Number: 8027<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,391.47 | | | |
| DAVIDSON, GALE M.<br>9001 S 47TH PLACE<br>PHOENIX, AZ 85044 | | Claim Number: 3929<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $830.93 | | | |
| DAVIDSON, JODY<br>1666 LAKEVIEW AVE<br>SEAFORD, NY 11783 | | Claim Number: 6791<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT   Allowed: | $1,057.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| DAVIDSON, REBECCA<br>147 TANNERS MILL RD<br>CHAPIN, SC 29036-8640 | | Claim Number: 1149<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $836.54 | Scheduled: | $836.54  CONT | Allowed: | $836.54 |
| DAVIES, W. DAVID, TRUSTEE<br>W. DAVID DAVIES REV. TRUST<br>2385 SPICER AVENUE<br>WILTON, IA 52778 | | Claim Number: 6359<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,695.39 | | | | |
| DAVILA, VERONICA Y<br>508 S 112TH DR<br>AVONDALE, AZ 85323 | | Claim Number: 3414<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $519.24 | Scheduled: | $519.24  CONT | Allowed: | $519.24 |
| DAVIS APPRAISAL CO LLC, THE<br>ATTN RANDALL R DAVIS, OWNER<br>5580 STATE STREET, STE 8<br>SAGINAW, MI 48603 | | Claim Number: 2709<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| DAVIS BROWN KOEHN SHORS & ROBERTS<br>ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER<br>THE FINANCIAL CENTER<br>666 WALNUT ST., STE., 2500<br>DES MOINES, IA 50309-3989 | | Claim Number: 7667<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | | |
| UNSECURED | Claimed: | $11,004.03 | | | Allowed: | $11,004.03 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

DAVIS ENTERPRISE, THE
PO BOX 1078
DAVIS, CA 95616

Claim Number: 3387
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,550.40 | Scheduled: | $1,587.20 | Allowed: | $2,550.40 |

DAVIS, BARBARA
1332 CREENWAY PARK DRIVE
CARROLLTON, TX 75007

Claim Number: 7246
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,622.68 |

DAVIS, GARY
4901 KINGPOST DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 9002
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,666.00 |

DAVIS, JEROME
2779 ROCKWOOD DR
RIVERSIDE, CA 92503

Claim Number: 5173
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,800.00 |

DAVIS, LOWELL E.
8685 OAK COUNTRY LANE
DE SOTO, KS 66018

Claim Number: 3112
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,757.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| DAVIS, MARION C. | | Claim Number: 4681 |
| 1770 MOUNTAIN FARM RD. | | Claim Date: 12/06/2007 |
| WOODSTOCK, GA 30188-2014 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $26,750.00 |

---

| DAVIS, NATHANIEL B. | | Claim Number: 5212 |
| 635 DAVIS RD | | Claim Date: 12/10/2007 |
| HOPE HULL, AL 36043-6712 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,515.86 |

---

| DAVIS, PATRICK T | | Claim Number: 6254 |
| 1746 WOODCLIFF PL NE | | Claim Date: 12/24/2007 |
| ATLANTA, GA 303292439 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: PAID |

| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT | Allowed: | $1,000.00 |
| UNSECURED | Claimed: | $0.00 | | | | |

---

| DAVIS, PETER Q. | | Claim Number: 4371 |
| 1610 KEARSARGE RD | | Claim Date: 12/03/2007 |
| LA JOLLA, CA 92037 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $102,609.00 |

---

| DAVIS, VINCENT R. | | Claim Number: 6760 |
| 370 NW FOSCANE TRAIL | | Claim Date: 01/02/2008 |
| PORT SAINT LUCIE, FL 34986 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $3,616.99 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DAVIS, WAYNE ROBERT<br>PO BOX 236<br>FAIRVIEW, NC 28730-0236 | | Claim Number: 7258<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $9,432.00 |
| DAWKINS, ROBERT<br>12621 ALCOVY RD<br>COVINGTON, GA 30014 | | Claim Number: 7348<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |
| DAWKINS, ROBERT<br>12621 ALCOVY RD<br>COVINGTON, GA 30014 | | Claim Number: 7588<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |
| DAWSON, CARLTON R.<br>5989 EMMA CANNON ROAD<br>AYDEN, NC 28513 | | Claim Number: 10207<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| SECURED | Claimed: | $400.00 |
| DAWSON, CRAIG<br>213 13TH ST S.W.<br>ALTOONA, IA 50009 | | Claim Number: 4955<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,174.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DAY, BERNA B.<br>226 CR 55<br>TISHOMINGO, MS 38873 | | Claim Number: 4339<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,303.04 |
| UNSECURED | Claimed: | $0.00 |
| DAY, KEVIN THOMAS<br>3600 WORTHINGTON WAY<br>PLANO, TX 75023 | | Claim Number: 3321<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $46,055.00 |
| DAY, THOMAS E. & KATHERINE J., JT/WROS<br>226 CR 55<br>TISHOMINGO, MS 38873-0008 | | Claim Number: 4422<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,050.73 |
| UNSECURED | Claimed: | $0.00 |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | | Claim Number: 9054<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | | Claim Number: 9056<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10453<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | | | |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | Claim Number: 10454<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | | | |
| DB STRUCTURED PRODUCTS, INC.<br>STEVEN KESSLER, ESQ./JAY STRAUSS, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2888 | Claim Number: 10758<br>Claim Date: 02/02/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | |
| UNSECURED          Claimed: | $0.00 | | Allowed: | $7,210,862.66 |
| DB STRUCTURED PRODUCTS, INC.<br>STEVEN KESSLER, ESQ./JAY STRAUSS, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2888 | Claim Number: 10759<br>Claim Date: 02/02/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | |
| UNSECURED          Claimed: | $0.00 | | Allowed: | $6,500,000.00 |
| DBSI PHOENIX PEAK LEASE CO LLC<br>ATTN JEREMY SWENSON, ASSISTANT SECRETARY<br>C/O DDRS LEGAL FINANCE DEPARTMENT<br>12426 WEST EXPLORER DRIVE, STE 100<br>BOISE, ID 83713 | Claim Number: 7021<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED          Claimed: | $172,229.27 | | Allowed: | $172,229.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| DBT APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | | Claim Number: 10869<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | |
| ADMINISTRATIVE | Claimed: | $425.00 | | |
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | | Claim Number: 2297<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $58,598.07 | | |
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | | Claim Number: 2305<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9458 (11/16/2010) | | |
| UNSECURED | Claimed: | $6,591.49 | | |
| DDR SOUTHEAST FOUNTAINS, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | | Claim Number: 8734<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $975.02 | Allowed: | $975.02 |
| DDRTC SOUTHERN PINES MARKETPLACE, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | | Claim Number: 8733<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $52,715.91 | Allowed: | $52,715.91 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| DE CESPEDES, CARLOS M.<br>42-53 KETCHAM STREET<br>ELMHURST, NY 11373 | | Claim Number: 3354<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AS AGENT FOR IDB - ATTN SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 8053<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $26,200.80 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AS AGENT FOR OFC CAPITAL- SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 8054<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $420,214.30 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 8055<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| UNSECURED | Claimed: | $134,518.94 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 8056<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $134,518.94 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8057 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) | |
| UNSECURED | Claimed: | $134,518.94 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8058 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) | |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8059 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8060 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $272,368.38 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8061 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 7023 (02/17/2009) | |
| UNSECURED | Claimed: | $4,969.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8062 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $4,969.51 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K LEVINE / PALTZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOR NEW YORK, NY 10018 | Claim Number: 8063 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) | |
| UNSECURED | Claimed: | $4,969.51 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. C/O PLATZER SWERGLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE, ESQ. 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8064 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $1,305,949.98 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. C/O PLATZER SWERGOLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE, ESQ 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8065 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) | |
| UNSECURED | Claimed: | $1,305,949.98 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. C/O PLATZER SWERGOLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE ESQ 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8066 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $1,305,949.98 |

U.S. BANKRUPTCY COURT                                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DE LEON, JOSEPH<br>1818 W FOUNTAIN WAY<br>FRESNO, CA 93705-3235 | | Claim Number: 4763<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $21,992.95 |
| DE LOS REYES, MARIE<br>12206 CALAWAY COVE CT.<br>HOUSTON, TX 77041 | | Claim Number: 8641<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,410.00 |
| DE PINHO, FRANK<br>6 SUNRISE CIRCLE<br>HOLMDEL, NJ 07733 | | Claim Number: 9479<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $494,500.00 |
| DE ROSE, ERNEST<br>6880 CLYDEWAY CT.<br>WORTHINGTON, OH 43085-2912 | | Claim Number: 5583<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,302.00 |
| DE STEFANO, RON<br>342 LAVERNE AVE.<br>MILL VALLEY, CA 94941 | | Claim Number: 9886<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $3,523.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE #1<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 698<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $3,895.00 | | | |
| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE NUMBER 1<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 6482<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | |
| PRIORITY | Claimed: | $3,310.10 | | Allowed: | $3,310.10 |
| DEA APPRAISALS<br>ATTN JEROME T DEA, JR<br>10906 CARIBOU LANE<br>ORLAND PARK, IL 60467 | | Claim Number: 7975<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $10,825.00 | | | |
| DEAN AUVE<br>PO BOX 8329<br>YAKIMA, WA 98908 | | Claim Number: 2816<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $457.60 | | Allowed: | $457.60 |
| DEANGELIS, KAYEL JR<br>80 SHUTTER LN<br>OYSTER BAY, NY 11771-3304 | | Claim Number: 4554<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| DEANGELIS, KAYEL JR<br>2109 BORDEN AVE STE C<br>LONG IS CITY, NY 111014531 | | Claim Number: 4942<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $72,236.00 | | | |
| DEARASAUGH, DANIEL W.<br>931 BRAMBLEWOOD DR.<br>CASTLE ROCK, CO 80108-3642 | | Claim Number: 6054<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $19,978.10 | | | |
| DEARING, CURTIS D.<br>P.O. BOX 229<br>WINNIE, TX 77665 | | Claim Number: 6518<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $16,664.00 | | | |
| DEATHERAGE, STEPHANIE<br>4809 FORTUNES RIDGE<br>TRAIL<br>CHARLOTTE, NC 28269 | | Claim Number: 5048<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,700.00 | Scheduled: | $1,700.00  CONT | Allowed: | $1,700.00 |
| DEBLASIO, MELISSA<br>2977 SHEFFIELD DR<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 43<br>Claim Date: 08/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $11,340.00 | Scheduled: | $11,340.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DEBLASIO, MICHAEL J. CUST<br>MICHAEL WILLIAM DEBLASIO UNDER UNIT<br>TRANSFERS TO MINORS ACT<br>7350 36TH COURT<br>VERO BEACH, FL 32967 | | Claim Number: 9587<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,762.45 |

| | | |
|---|---|---|
| DECARLO, ANITA A<br>135 VICTORIA PLACE<br>MELVILLE, NY 11747 | | Claim Number: 2256<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,500.00 | Scheduled: | $3,500.00 CONT | Allowed: | $3,500.00 |

| | | |
|---|---|---|
| DECARLO, ANITA A.<br>37 MARILYN BLVD<br>PLAINVIEW, NY 11803 | | Claim Number: 184<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,500.00 |

| | | |
|---|---|---|
| DECASTEELE, RUSSELL R.<br>1350 BROOKLYN BLVD<br>BAY SHORE, NY 11706 | | Claim Number: 10408<br>Claim Date: 05/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,157.69 | Scheduled: | $2,005.81 CONT | Allowed: | $1,157.69 |

| | | |
|---|---|---|
| DECHELLIS, MARK J.<br>1974 KINGSCOTE CIR NE<br>NORTH CANTON, OH 44720-6184 | | Claim Number: 6342<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,332.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DECK, PAUL F. & PAMELA H.<br>2026 NC 108 HWY<br>RUTHERFORDTON, NC 28139-7347 | | Claim Number: 5982<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $17,264.85 |
| DECK, PAUL M.<br>BW-0041 SCID<br>1000 FOLLIES ROAD<br>DALLAS, PA 18612-9515 | | Claim Number: 2533<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DECKER, DAN<br>10277 S. KELLIWOOD WY<br>HIGHLAND RANCH, CO 80126 | | Claim Number: 5461<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $927.00 |
| DECKER, HELEN<br>9199 NW 1ST ST<br>CORAL SPRINGS, FL 33071 | | Claim Number: 7772<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,830.50 |
| DECKER, JANELLE T.<br>2812 W. 50TH<br>WESTWOD, KS 66205 | | Claim Number: 8440<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $8,891.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DECKER, KENNETH & TESON, PATRICK K.<br>JTWROS<br>2812 W 50TH STREET<br>WESTWOOD, KS 66205-1731 | | Claim Number: 4362<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | | | | |
| DECOURSEY, SUSAN P.<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD., SUITE 200<br>LEAWOOD, KS 66211 | | Claim Number: 10827<br>Claim Date: 12/21/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | | | | |
| UNSECURED | Claimed: | $64,005.63 | | | | | |
| DEDIC, TAIB<br>5150 OAKFIRE DR<br>SAINT LOUIS, MO 631293218 | | Claim Number: 3109<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $315.30 | Scheduled: | $315.30  CONT | Allowed: | $315.30 | |
| DEELY, CHRISTOPHER M<br>15 HEDGEROW LANE<br>HORSHAM, PA 19044 | | Claim Number: 382<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $2,168.40  CONT | Allowed: | $1,384.62 | |
| DEEP ROCK WATER COMPANY<br>DEPT 2146<br>DENVER, CO 802910001 | | Claim Number: 2685<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $752.77 | Scheduled: | $277.10 | Allowed: | $752.77 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| DEESE, RICKY L<br>9125 MEADOW VISTA RD<br>CHARLOTTE, NC 28213 | | Claim Number: 2368<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | |
| PRIORITY | Claimed: | $918.50 | Allowed: | $918.50 |
| DEFAZIO, JOSEPH<br>2707 SEBASTIAN CT<br>KISSIMMEE, FL 347435344 | | Claim Number: 5083<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $597.00 | | |
| DEFIANCE COUNTY<br>P.O. BOX 278<br>DEFIANCE, OH 43512 | | Claim Number: 5971<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| DEFLORA, A. JORDAN<br>626 SLOAT PLACE<br>RIVERVALE, NJ 07675 | | Claim Number: 3749<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,259.37 | | |
| DEGOLIER, DAN<br>2710 HUNTINGTON STREET<br>BELLINHAM, WA 98226 | | Claim Number: 2873<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,100.00 | Allowed: | $1,100.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| DEGRAMMONT, CYNTHIA & GREGORY<br>213 RANKEN DRIVE<br>EDGEWATER, FL 32141 | | Claim Number: 5215<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,051.80 | | | | | |
| DEJOHN, SHARLEEN<br>14614 BOBCAT CT<br>LEO, IN 46765-9359 | | Claim Number: 508<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $1,288.46 | Scheduled: | $2,061.54 CONT | Allowed: | | $1,288.46 |
| DEJOHN, SHARLEEN<br>8609 WAVE CIR APT A<br>FORT WAYNE, IN 46825-6666 | | Claim Number: 509<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $687.80 | | | | | |
| DEKALB COUNTY TAX COMISSIONER<br>ATTN DARRYL J ELEM<br>4380 MEMORIAL DR STE 100<br>DECATUR, GA 30032 | | Claim Number: 1095<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| SECURED | Claimed: | $126,947.36 | | | | | |
| DEL ZOTTO, THOMAS A.<br>2014 SAILOR CLAIM WAY<br>GOLD RIVER, CA 95670 | | Claim Number: 10303<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED | Claimed: | $40,425.12 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DELAMATER, DONALD<br>712 EDMUND AVE<br>SAINT PAUL, MN 55104 | | Claim Number: 4474<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,884.40 | | | | | |
| DELANEY, JESSICA J<br>1300 SUPERIOR DR<br>AUBURN, IN 467061447 | | Claim Number: 2803<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $323.08 | Scheduled: | $323.08 CONT | Allowed: | $323.08 |
| DELANEY, JOHN J.<br>348 EAST NOBLE ST REAR<br>NANTICOKE, PA 18634-2911 | | Claim Number: 9490<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $12,994.97 | | | | | |
| UNSECURED | Claimed: | $12,994.97 | | | | | |
| TOTAL | Claimed: | $12,994.97 | | | | | |
| DELAWARE CHARTER TTEE<br>STANLEY L. KAUFMAN IRA<br>R/O TEMPO SALES<br>13070 REDON DR<br>PALM BEACH GARDENS, FL 33410-1449 | | Claim Number: 4221<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $17,502.84 | | | | | |
| DELAWARE DIVISION OF REVENUE<br>ATTN RANDY WELLER<br>820 NORTH FRENCH ST. - 8TH FLOOR<br>WILMINGTON, DE 19801 | | Claim Number: 1609-01<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,445.71 | Scheduled: | $0.00 UNDET | Allowed: | $1,445.71 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| DELAWARE DIVISION OF REVENUE<br>ATTN RANDY WELLER<br>820 NORTH FRENCH ST. - 8TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 1609-02<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $945.96 | Allowed: | $945.96 |
|---|---|---|---|---|

| DELBARBA, JOHN P.<br>302 LITTLE QUARRY ROAD<br>GAITHERBURG, MD 20878 | Claim Number: 10107<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
|---|---|

| PRIORITY | Claimed: | $521,000.00 |
|---|---|---|
| SECURED | Claimed: | $115,000.00 |
| UNSECURED | Claimed: | $508,800.00 |
| TOTAL | Claimed: | $636,000.00 |

| DELBRIDGE, JEFFREY W.<br>PO BOX 1540<br>BRUSH PRAIRIE, WA 98606-0047 | Claim Number: 8644<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
|---|---|

| UNSECURED | Claimed: | $39,367.29   UNLIQ |
|---|---|---|

| DELEVE, GENE A.<br>8024 MONROVIA ST<br>LENEXA, KS 66215-2727 | Claim Number: 8085<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $11,015.95 |
|---|---|---|

| DELEVE, GENE A., TRUSTEE OF THE GENE A<br>DELEVE REVOCABLE LIVING TRUST<br>8024 MONROVIA<br>LENEXA, KS 66215 | Claim Number: 10432<br>Claim Date: 07/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $11,015.95   UNDET |
|---|---|---|

| DELEVE, GENE A., TRUSTEE OF THE GENE A. DELEVE REVOCABLE LIVING TRUST U/A DATED 10/15/02 8024 MONROVIA LENEXA, KS 66215 | Claim Number: 10435 Claim Date: 07/14/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 7234 (04/07/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,015.95 | |

| DELL FINANCIAL SERVICES, L.P. ATTN M.J. WIGGINS, BANKRUPTCY/LEGAL MGR COLLECTIONS/CONSUMER BANKRUPTCY 12234B NORTH I-35 AUSTIN, TX 78753-1705 | Claim Number: 604 Claim Date: 09/05/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 9254 (09/24/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,087.87 | |

| DELMARVA POWER ATTN D L COCHRAN PEPCO HOLDINGS INC 5 COLLINS DRIVE, SUITE 2133 CARNEYS POINT, NJ 08069 | Claim Number: 1524 Claim Date: 10/05/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $510.68 | |

| DELMARVA POWER ATTN RACHELLE HASSLER 5 COLLINS DRIVE CARNEYS POINT, NJ 08069 | Claim Number: 8796 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $795.31 | Allowed: | $795.31 |

| DELMARVA POWER ATTN D L COCHRAN PEPCO HOLDINGS INC 5 COLLINS DRIVE, SUITE 2133 CARNEYS POINT, NJ 08069 | Claim Number: 9938 Claim Date: 02/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,831.47 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DELTACOM<br>POB 740597<br>ATLANTA, GA 30374-0597 | | Claim Number: 66<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,339.01 | | |

| | | |
|---|---|---|
| DELTACOM<br>POB 740597<br>ATLANTA, GA 30374-0597 | | Claim Number: 163<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,339.01 | Allowed: | $1,339.01 |

| | | |
|---|---|---|
| DELTORO, ANTHONY<br>38655 E 52ND AVE<br>OCALA, FL 34480-0641 | | Claim Number: 2992<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,270.00 |

| | | |
|---|---|---|
| DELUCA, GARY<br>2113 ACKERMAN RD<br>HARROD, OH 45850 | | Claim Number: 9419<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,762.80 |

| | | |
|---|---|---|
| DELUCA, KATHERINE<br>2113 ACKERMAN RD<br>HARROD, OH 45850 | | Claim Number: 9417<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,416.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DELUCA, KATHERINE & GARY<br>2113 ACKERMAN RD<br>HARROD, OH 45850 | | Claim Number: 9418<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,306.24 | | | | | |
| DELUCA, THERESA J.<br>38A ETHAN ALLEN DR<br>MONROE TWNSP., NJ 08831 | | Claim Number: 7888<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,030.66 | | | | | |
| DEMACOPOULOS, VASILIOS<br>21-32 43RD ST<br>ASTORIA, NY 11105 | | Claim Number: 878<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $982.95 | Scheduled: | $982.95  CONT | Allowed: | | $982.95 |
| DEMARCO, DONALD S.<br>6186 GOLF VILLAS DR<br>BOYNTON BEACH, FL 33437 | | Claim Number: 6460<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,234.00 | | | | | |
| DEMAY, MARY ANN H.<br>325 SOUTHAMPTON DR<br>SAINT LOUIS, MO 63125 | | Claim Number: 4266<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,115.59 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

DEMICH, GARY F.
8310 WALNUT DR. NE
OLYMPIA, WA 98516

Claim Number: 5074
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,039.24 |

---

DEMITZ, DWIGHT & ELEANOR
7001 BIRCH POINT RD.
TRAVERSE CITY, MI 49684

Claim Number: 5787
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $30,195.00 |

---

DEMITZ, ELEANOR
7001 BIRCHPOINT ROAD
TRAVERSE CITY, MI 49684

Claim Number: 5788
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $25,051.30 |

---

DEMOS, CHRISTOPHER J.
15 BULLARD ST
MASTIC, NY 11950

Claim Number: 3506
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $24,463.89 |
| UNSECURED | | $24,463.89 |
| TOTAL | | $24,463.89 |

---

DENNING, JOHN G.
1014 SYCAMORE AVE.
RACINE, WI 53406-4137

Claim Number: 5185
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DENNIS DOHERTY<br>12507 CUTTER RIDGE DR<br>RICHMOND, VA 23233 | | Claim Number: 2956<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| DENNIS, DEBORAH E<br>8056 FOREST GLEN DR<br>PASADENA, MD 21122 | | Claim Number: 8649-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,383.14 | Scheduled:<br>Scheduled: | $7,383.14  CONT<br>$40,136.69  CONT | Allowed: | $7,383.14 |
| DENNIS, DEBORAH E<br>8056 FOREST GLEN DR<br>PASADENA, MD 21122 | | Claim Number: 8649-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $40,286.82 | | | | |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 715-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $7,457.40  CONT<br>$174,175.64  CONT | Allowed: | $10,950.00 |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 715-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $171,511.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6453<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $7,978.62 |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6454<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $713.78 |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6456<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $2,574.74 |
| DENNIS, IRVING H.<br>10220 W. DESERT ROCK DR<br>SUN CITY, AZ 85351-1647 | | Claim Number: 9389<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DENSLOW, CHRISTOPHER W.<br>2306 S ARTHUR LP<br>KENNEWICK, WA 99338 | | Claim Number: 7838<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,567.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | | Claim Number: 9919<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | | | | Scheduled: | $2,076.92  CONT | | |
| UNSECURED | Claimed: | $2,076.92 | | | | | |
| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | | Claim Number: 9921<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $2,076.92 | | | | | |
| DEO, ROSALIE A.<br>11409 W 72ND TERR<br>SHAWNEE, KS 66203-4319 | | Claim Number: 7697<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | | | |
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | | Claim Number: 9864<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/29/2010) | | | | | |
| UNSECURED | Claimed: | $10,605.65 | | | | | |
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | | Claim Number: 9865<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $10,596.27 | | Scheduled: | $10,596.27 | Allowed: | $10,596.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 1366<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| SECURED | Claimed: | $111,900.72 | | Allowed: | $111,900.72 |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 1367<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN | | | |
| PRIORITY | Claimed: | $5,960.00 | | | |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 1368<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $240.18 | Scheduled: | $0.00  UNDET | |
| UNSECURED | Claimed: | $356.38 | | | |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 1369<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $100.00 | | | |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | | Claim Number: 1737<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $879,550.61 | | | |
| UNSECURED | Claimed: | $22,011.82 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 9787-01<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: PAID<br>Replaces claim number 1368 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $140.18 | Allowed: | $140.18 |

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 9787-02<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>Replaces claim number 1368 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $356.38 | Allowed: | $356.38 |

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNATL REVENUE SERVICE<br>31 HOPIKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 9848<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $28,979,149.71 | | |
| UNSECURED | Claimed: | $22,011.82 | | |

| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR3<br>INTERNAL REVENUE SERVICE<br>31 HOPIKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 9922<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,884,732.65 | Scheduled: | $852,227.00  DISP CONT |
| UNSECURED | Claimed: | $22,011.82 | | |

| DEPARTMENT OF THE TREASURY - IRS<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1650<br>Claim Date: 10/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,960.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| DEPARTMENT OF THE TREASURY - IRS<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 10119-01<br>Claim Date: 03/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>Replaces claim number 1369 | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $879,550.61 | | | Allowed: | $879,550.61 |

| DEPARTMENT OF THE TREASURY - IRS<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 10119-02<br>Claim Date: 03/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>Replaces claim number 1369 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,011.82 | | | Allowed: | $22,011.82 |

| DEPENDABLE ALARM & COMMUNICATIONS<br>ATTN PRESIDENT<br>13577 YELLOW BLUFF RD<br>JACKSONVILLE, FL 32226-1855 | | Claim Number: 5117<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $64.20 | Scheduled: | $64.20 | Allowed: | $64.20 |

| DEPENDABLE ELECTRIC INC.<br>2316 COLDSTREAM AVE NE<br>CEDAR RAPIDS, IA 52402 | | Claim Number: 2067<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $663.00 | | | Allowed: | $663.00 |

| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | | Claim Number: 5836-01<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $33,614.78 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | | Claim Number: 5836-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $33,821.03 | | |
| DEPPE, MARGARET AND EDWARD LOVY<br>P.O. BOX 32914<br>PHOENIX, AZ 85064 | | Claim Number: 7188<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,239.61 | | |
| DEROSA, JEREMY<br>31662 MAR VISTA AVE<br>LAGUNA BEACH, CA 92651-8311 | | Claim Number: 3319<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| PRIORITY<br>UNSECURED | <br>Claimed: | <br>$33,694.72 | Scheduled:<br>Scheduled: | $3,576.92 CONT<br>$30,022.95 CONT |
| DERX, LAWRENCE<br>BOX 37<br>ASHTON, MD 20861 | | Claim Number: 3740<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $5,859.50 | | |
| DERY, FRED J.<br>TRUSTEE FOR THE ESTATE OF ADELBERT MOSS<br>C/O SCOTT A. GIES, ESQ.<br>25800 NORTHWESTERN HWY., STE 950<br>SOUTHFIELD, MI 48075 | | Claim Number: 6000<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 9012 (09/15/2010) | | |
| UNSECURED | Claimed: | $114,525.29 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DESANTIS, BARBARA<br>1498 N. 500 E<br>CENTERVILLE, UT 84014 | | Claim Number: 7198<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,110.00 | | |
| UNSECURED | Claimed: | $1,110.00 | | |
| TOTAL | Claimed: | $1,110.00 | | |
| DESANTIS, GILBERTO<br>14 MADONNA ST<br>NATICK, MA 01760 | | Claim Number: 3033<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | |
| UNSECURED | Claimed: | $26,400.00 | | |
| DESANTIS, GILBERTO<br>14 MADONNA ST<br>NATICK, MA 01760 | | Claim Number: 3034<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,996.00 | | |
| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | | Claim Number: 9891<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
| SECURED | Claimed: | $242.80 | | |
| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | | Claim Number: 9892<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | |
| PRIORITY | | | Scheduled: | $0.00  UNDET |
| SECURED | Claimed: | $301.36 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DESERT APPRAISALS LLC
ATTN JOSEPH BARTLEY
6295 MCLEOD DR # 18
LAS VEGAS, NV 89120-4434

Claim Number: 8578
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,900.00 | | Allowed: | $1,900.00 |

DESERT PALACE, INC., DBA
CAESAR'S PALACE HOTEL & CASINO
3570 LAS VEGAS BLVD, S
LAS VEGAS, NV 89109

Claim Number: 7714
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8959 (06/22/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500,000.00 | Scheduled: | $500,000.00 | Allowed: | $500,000.00 |

DESHONG, PATRICIA
135 WEST VILLAGE WAY
JUPITER, FL 33458

Claim Number: 7050
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $64,150.00 |

DESHONG, ROBERT J. IRA R/O
OPPENHEIMER CO CUST
135 WEST VILLAGE WAY
JUPITER, FL 33458

Claim Number: 6692
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,170.00 |

DESIDERIO, MICHAEL
1139 ELDERON DR
WILMINGTON, DE 19808-1922

Claim Number: 5960
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $599.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

DESIGN CIRCLES
55 WEST 38TH STREET
4TH FLOOR
NEW YORK, NY 10018

Claim Number: 4874
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,007.46 | Scheduled: | $14,007.46 | Allowed: | $14,007.46 |

DESMONTS, ERIC
228 W GLEN AVE
RIDGEWOOD, NJ 07450

Claim Number: 7262
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,940.43 | |

DESOTO ISD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 160
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $3,300.00 | UNLIQ |

DESROULEAUX, MONICA P
800 NW 141ST AVENUE APT 208
PEMBROKE PNES, FL 33028

Claim Number: 4801
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $519.23 | Scheduled: | $519.23 CONT | Allowed: | $519.23 |

DESSERT FLOWERS
ATTN GRAEME HENDRY / BOOKKEEPER
618 MAIN ST
EL CENTRO, CA 92243

Claim Number: 2504
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $281.79 | Scheduled: | $281.79 | Allowed: | $281.79 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DESTEFANO, ROCCO<br>4300 N OCEAN BLVD APT 2L<br>FT LAUDERDALE, FL 33308-5906 | | Claim Number: 2446<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

UNSECURED          Claimed:               $89,000.00

| | | |
|---|---|---|
| DETTMANN, FREDERICK G. MD<br>4811 N. 68TH ST.<br>SCOTTSDALE, AZ 85251 | | Claim Number: 5386<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) |

UNSECURED          Claimed:                $0.00   UNDET

| | | |
|---|---|---|
| DEUTSCH, GWEN<br>WARREN S. DANK<br>FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | | Claim Number: 10133<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

UNSECURED          Claimed:              $355,000.00                          Allowed:              $355,000.00

| | | |
|---|---|---|
| DEUTSCHE BANK AG<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | | Claim Number: 9057<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

UNSECURED          Claimed:                $0.00   UNDET

| | | |
|---|---|---|
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | | Claim Number: 9058<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |

UNSECURED          Claimed:            $2,897,707.00   UNLIQ

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10020<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10092 (07/18/2011)<br>Amends claim number 9057 | | | |
| UNSECURED | Claimed: | $4,448,159.22 | | |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | Claim Number: 10021<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10092 (07/18/2011) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$4,083,159.22   UNLIQ | | |
| DEUTSCHE BANK NATIONAL TRUST CO.<br>C/O NIXON PEABODY LLP<br>ATTN: DENNIS DREBSKY<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 10885<br>Claim Date: 05/11/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8842 (05/11/2010) | | | |
| ADMINISTRATIVE | Claimed: | $355,536.00 | Allowed: | $355,536.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9183<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9184<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10276 (12/31/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00 | Allowed: | $15,744,380.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9185<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10276 (12/13/2011) |

PRIORITY              Claimed:                   $0.00
UNSECURED                                                                     Allowed:        $191,443.00

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9186<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |

PRIORITY              Claimed:                   $0.00

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9187<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |

PRIORITY              Claimed:                   $0.00   UNLIQ

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9188<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |

PRIORITY              Claimed:                   $0.00   UNLIQ

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9189<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |

PRIORITY              Claimed:                   $0.00   UNLIQ

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.<br>GSR MORTGAGE LOAN TRUST 2007<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9225<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7222 (04/01/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>DENNIS DREBSKY<br>NIXON PEABODY LLP<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9950<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10276 (12/13/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ CONT | |

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: TRUST ADMINISTRATION<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | Claim Number: 9972<br>Claim Date: 02/15/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10276 (12/13/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | | | Allowed: | $28,483,360.00 |

---

| DEUTSCHE BANK SECURITIES, INC.<br>LIZ GROSSMAN<br>MAIL STOP: NYC60-3510<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 | Claim Number: 9059<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $969,101.59 | Allowed: | $969,102.00 |

---

| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10455<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $142,498,546.38   UNLIQ | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10456<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | |
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10760<br>Claim Date: 02/04/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | |
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | Claim Number: 10761<br>Claim Date: 02/04/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | |
| UNSECURED          Claimed: | $142,498,546.38   UNLIQ | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Claim Number: 8769<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Claim Number: 8770<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Claim Number: 8838<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

---

| DEVELOPMENT DIMENSIONS<br>INTERNATIONAL INC<br>PO BOX 951783<br>ATTN KELLY LITTLE<br>CLEVELAND, OH 44193 | Claim Number: 7384<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,613.03 | Scheduled: | $17,101.65 | Allowed: | $29,613.03 |

---

| DEVILLE, GEORGE<br>1 ORCHARD ST<br>BOX 447<br>MUSE, PA 15350 | Claim Number: 10287<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,477.61 | | | | |

---

| DEVINE, COLLEEN<br>982 THOMPSON DR<br>BAY SHORE, NY 11706 | Claim Number: 446<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,653.85 | Scheduled: | $4,653.85  CONT | Allowed: | $4,653.85 |

---

| DEVINE, DOLORES M.<br>900 MORRIS # 3<br>LARNED, KS 67550-2425 | Claim Number: 8307<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $14,938.12 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6966-01<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$122,735.89 CONT | Allowed: | $10,950.00 |
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6966-02<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $123,354.61 | | | | |
| DEVINE, SUZANNE C.<br>8709 WINGARD RD<br>WAXHAW, NC 28173 | | Claim Number: 6965<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$127,274.10 | | | | |
| DEWALD, KAREN<br>114 CABANA DR<br>MOORESVILLE, NC 28117 | | Claim Number: 110<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $1,361.72 | | | | |
| DEWALD, KAREN<br>114 CABANA DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4956<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,361.72 | Scheduled: | $1,361.72 CONT | Allowed: | $1,361.72 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DEWEY & LEBOEUF LLP<br>ATTENTION: JOANNE N VALENTINE<br>1271 AVENUE OF THE AMERICAS, SUITE 4300<br>NEW YORK, NY 10020-1300 | | Claim Number: 7654<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $209,715.30 | | | Allowed: | $209,715.30 |
| DEWITT, KRISTINE (KRIS)<br>27 EASTRIDGE DR<br>AMELIA, OH 45102-1883 | | Claim Number: 3094<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $617.54 | Scheduled: | $617.54 CONT | Allowed: | $617.54 |
| DEWITT, KRISTINE A.<br>27 EASTRIDGE DR<br>AMELIA, OH 45102-1883 | | Claim Number: 808<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) | | | | |
| UNSECURED | Claimed: | $1,141.66 | | | | |
| DEZEGO, JAMES<br>8004 HAMPTON GLEN DR<br>TAMPA, FL 33647 | | Claim Number: 83<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT | Allowed: | $2,769.23 |
| DFS SERVICES LLC<br>ATTN CHRISTINA WALDEN - SR. ASSOCIATE<br>PO BOX 3000<br>NEW ALBANY, OH 43054 | | Claim Number: 6049<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | | | |
| UNSECURED | Claimed: | $6,727.45 | | | Allowed: | $6,727.45 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| DI CARLO, CHARLES J.<br>128 LOGGING TRAIL RD<br>DANBURY, CT 068112626 | | Claim Number: 868<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,568.48 | Scheduled:<br>Scheduled: | $810.00 CONT<br>$1,067.21 CONT | |
| DI CARLO, CHARLES J.<br>128 LOGGING TRAIL RD<br>DANBURY, CT 06811 | | Claim Number: 869<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $5,576.92 | Scheduled: | $6,692.31 CONT | Allowed: | $5,576.92 |
| DI COLA, MAURIZIO SCHIANO<br>134 PENDLETON PLACE<br>OLD BRIDGE, NJ 08857 | | Claim Number: 5489<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| DIALAMERICA MARKETING, INC.<br>C/O CHARLES RABOLLI, JR., ESQ.<br>CARLET, GARRISON, KLEIN & ZARETSKY<br>1135 CLIFTON AVENUE, SUITE 104<br>CLIFTON, NJ 07013 | | Claim Number: 1698<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7480 (06/02/2009) | | | |
| UNSECURED | Claimed: | $6,062.00 | | Allowed: | $6,062.00 |
| DIAMOND RENTAL<br>ATTN AMY EDEN, AR ANAGER<br>4518 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84123 | | Claim Number: 2321<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $263.11 | Scheduled: | $263.11 | Allowed: | $263.11 |

| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>PO BOX 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2369<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $238.22 | Scheduled: | $238.22 | Allowed: | $238.22 |
| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>POB 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2400<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $383.42 | Scheduled: | $127.24 | Allowed: | $383.42 |
| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>PO BOX 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2472<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $105.80 | Scheduled: | $105.80 | Allowed: | $105.80 |
| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>PO BOX 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2473<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $136.81 | Scheduled: | $97.24 | Allowed: | $136.81 |
| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>PO BOX 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2475<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $156.27 | Scheduled: | $156.27 | Allowed: | $156.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2136-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $4,887.25 | Allowed: | $4,887.25 |
|---|---|---|---|---|

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2136-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | Allowed: | $2,425.00 |
|---|---|---|---|---|

DIAZ, BEVERLY
1300 WALNUT HILL LANE
BALTIMORE, MD 21204

Claim Number: 6999
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $336,954.94 |
|---|---|---|

DIAZ, ENRIQUE L.
755 TENTH AVENUE
NEW YORK, NY 10019

Claim Number: 9003
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DICKERSON, DERRICK J
6755 E SUPERSTATION SPRINGS BLVD
#203
MESA, AZ 85206

Claim Number: 9562
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $14,928.90 |
|---|---|---|
| UNSECURED | Claimed: | $14,928.90 |
| TOTAL | Claimed: | $14,928.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DICKEY, HAROLD L & GEORGETTA D & DAVID L & NANCY R OSTEN TRS FBO DICKEY 15832 W JOSHUA TREE DR SUN CITY GRAND SURPRISE, AZ 85374-5004 | | Claim Number: 3083 Claim Date: 11/23/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $18,590.48 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| DICKSON, JULIE J. 12608 BLUE HOLY DR APT 22 NOBLESVILLE, IN 46060-4555 | | Claim Number: 833 Claim Date: 09/17/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $600.00 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| DICKSON, JULIE J. 12455 HAYDON CT FISHERS, IN 46038 | | Claim Number: 834 Claim Date: 09/17/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 6462 (10/27/2008) |

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT | Allowed: | $1,130.77 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| DICOSTANZO, CHRISTINE PO BOX 243 HUNTINGTON STA, NY 11746 | | Claim Number: 7890 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $2,461.52 | Scheduled: | $2,461.52 CONT | Allowed: | $2,461.52 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| DICUS, LAWRENCE & ELIZABETH 1614 MURPHY MYERS RD MARYVILLE, TN 37803 | | Claim Number: 4998 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $11,300.00 | | | | | |
|---|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DIELHMANN, FRED & CONSTANCE<br>ATTN FRED DIEHLMANN<br>14420 OLD MILL RD #201<br>UPPER MARLBORO, MD 20772 | Claim Number: 8568<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,669.32 | | | Allowed: | $1,669.32 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,503.94 | | |

| DIEMAND, JEREY P AND LORI<br>4237 WEST 42ND STREET<br>CHICAGO, IL 60632 | Claim Number: 6042<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008)<br>MAIL COPY TO: |
|---|---|

| UNSECURED | Claimed: | $78,890.00 |
|---|---|---|

| DIEPHOLZ, BRADLEY & KAREN<br>7047 E GREENWAY PKWY STE 140<br>SCOTTSDALE, AZ 852548109 | Claim Number: 10205<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $514,945.25 |
|---|---|---|

| DIETRICH, MICHELLE<br>2025 TWIN FAWNS CT<br>SAINT PETERS, MO 633767338 | Claim Number: 2419<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $6,666.67 |
|---|---|---|

| DIETZ, GEOFFREY<br>400 HAWTHORN LN<br>HOFFMAN ESTATES, IL 60169 | Claim Number: 3709<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $27,541.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DIGAETANI, KATHRYN F
2331 COVINGTON CREEK CIRCLE E
JACKSONVILLE, FL 32224

Claim Number: 2458
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,992.31 | Scheduled: | $1,992.31 CONT | Allowed: | $1,992.31 |
|---|---|---|---|---|---|---|

DIGAUDRO, MICHAEL
33 CHIMNEY LN
LEVITTOWN, NY 11756-1123

Claim Number: 375
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $118.58 | | | Allowed: | $118.58 |
|---|---|---|---|---|---|---|

DIGITAL DRAW NETWORK
ABA - DDN SERVICES
PO BOX 708146
SANDY, UT 84120

Claim Number: 1729
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $11,550.00 | Scheduled: | $11,550.00 | Allowed: | $11,550.00 |
|---|---|---|---|---|---|---|

DIKE, CHAKIRA-ILIANA
431 MARINE LN
WEST BABYLON, NY 11704

Claim Number: 852
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $5,482.75 | | | | |
|---|---|---|---|---|---|---|

DIKE, CHAKIRA-ILIANA
2893 GRAND AVE
BALDWIN, NY 11510-4315

Claim Number: 993
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31 CONT | Allowed: | $1,442.31 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

DIKTY, KAREN
6511 LIBERTY DR
FORT WAYNE, IN 46819

Claim Number: 261
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $1,076.92 CONT | Allowed: | $1,076.80 |

DILL, WILLMARY
921 WAKE TOWNE DR # 323
RALEIGH, NC 27609

Claim Number: 1538
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,261.60 |

DILL, WILLMARY
921 WAKE TOWNE DR
RALEIGH, NC 27609

Claim Number: 8972
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,206.16 CONT |

DILL, WILLMARY
1206 E JEFFERSON ST UNIT 307
SEATTLE, WA 98122-5589

Claim Number: 10324
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,206.16 | | | Allowed: | $1,206.16 |

DILLON, JAMES & KATHLEEN
7809 E 161ST
BELTON, MO 64012

Claim Number: 6579
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,640.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DIMICCO, DEBORAH V.<br>33 STERLING ST<br>NEWTOWN, PA 18940 | | Claim Number: 3843<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,797.00 |
| DINELLO, GIANNI<br>1825 WRIGHTS WAY #2<br>PITTSBURGH, PA 15203-1729 | | Claim Number: 3787<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |
| DING, YIMING<br>59 MILL ST.<br>QUINCY, MA 02169 | | Claim Number: 5855<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $510.98 |
| DING, YIMING<br>59 MILL ST.<br>QUINCY, MA 02169 | | Claim Number: 5856<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,753.42 |
| DINH, VIVIAN M<br>12301 EPSILON<br>STREET<br>GARDEN GROVE, CA 92840 | | Claim Number: 2495<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) |
| PRIORITY | Claimed: | $3,173.08 | Scheduled: | $3,173.08  CONT | Allowed: | $3,173.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DINSEL, C. GARY<br>2121 SAINT ANNE COMMON<br>NORTH HUNTINGDON, PA 15642 | | Claim Number: 5148<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $298,415.00 | | | | |
| DIOCESAN PUBLICATIONS, INC<br>ATTN: CARL A. ARSULOWICZ<br>PO BOX 608105<br>ORLANDO, FL 32860-8105 | | Claim Number: 9917<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | | | |
| UNSECURED | Claimed: | $328.50 | | | | |
| DIONISIO, JOSEPH<br>79 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 187<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $10,950.00<br>$2,777.23<br>$13,727.56 | | | | |
| DIONISIO, JOSEPH<br>79 OCEAN AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 3240<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8024 (09/08/2009) | | | | |
| PRIORITY | Claimed: | $3,596.25 | Scheduled: | $5,701.15 CONT | Allowed: | $3,596.25 |
| DIPIETRO, ANTHONY<br>18 PLEASANT PLACE<br>TUCKAHOE, NY 10707 | | Claim Number: 10175<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $1,000,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| DIRECTLENDER.COM A DBA OF SYNERGY FINAN.<br>ATTN VERONICA M. JIMENEZ<br>53 SETON ROAD<br>IRVINE, CA 92612 | | Claim Number: 8744<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $5,243.25 | | | | |
| DIROFF, ALYNDA KAY<br>3420 W TEMPERANCE<br>LAMBERTVILLE, MI 48144 | | Claim Number: 6819<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,451.00 | | | | |
| DISCOUNT COPIER SYSTEMS & SERVICE INC<br>ATTN ADELE CHAVERS<br>PO BOX 851687<br>MOBILE, AL 36685 | | Claim Number: 2384<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $990.00 | | | Allowed: | $990.00 |
| DISKERUD, CAROL B.<br>309 BREEZE VIEW DR<br>BALLWIN, MO 63021 | | Claim Number: 6558<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,016.46 | | | | |
| DISPLAY PRESENTATIONS<br>ATTN STAN ZANASKI, VICE PRESIDENT/SEC.<br>175 KENNEDY DRIVE<br>HAUPPAUGE, NY 11788 | | Claim Number: 8910<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,621.01 | Scheduled: | $307.95 | Allowed: | $3,621.01 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DISTEPHAN, MICHAEL F (MIKE)<br>2194 BELLEWOOD DR<br>MERRICK, NY 11566 | Claim Number: 2144<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $5,096.16 | Scheduled: | $5,605.77 CONT | Allowed: | $5,096.16 |
|---|---|---|---|---|---|---|

| DITLINGER, DONALD & CECILE<br>438 SHADY LANE<br>GREENWOOD, IN 46142-8362 | Claim Number: 8114<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $8,888.95 |
|---|---|---|

| DITTMAR, MARGARET ANNE<br>4 MOORE TERRACE<br>CAPE MAY COURT HOUSE, NJ 08210 | Claim Number: 3333<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DIVIDEND CAPITAL INVESTMENTS<br>518 17TH STREET, STE 1700<br>DENVER, CO 80202 | Claim Number: 6983<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DIVIDEND CAPITAL INVESTMENTS<br>518 17TH STREET, STE 1700<br>DENVER, CO 80202 | Claim Number: 6987<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

| DIVIS, CHARLES J. TRUSTEE<br>DIVIS SURVIVORS TRUST<br>161 N. LINDEN<br>WAHOO, NE 68066 | | Claim Number: 4326<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,411.75 | | | | | |
| DIX, JAMIE N<br>5725 MOUNT HOOD CT<br>SACRAMENTO, CA 95842-2203 | | Claim Number: 7534<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $926.54 | Scheduled: | $926.54 CONT | Allowed: | | $926.54 |
| DIXON, BRENDA S.<br>PO BOX 1932<br>SIERRA VISTA, AZ 85636 | | Claim Number: 10197<br>Claim Date: 04/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) | | | | | |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $2,096.26<br>$285,600.00<br>$327.83 | | | | | |
| DIXON, JAMES AND FERRELL, ANNETTE<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | | Claim Number: 8390<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $7,008.20 | | | | | |
| DIXON, RAY L.<br>RR1 BOX 620 A<br>FARMINGTON, WV 26571 | | Claim Number: 3308<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DIXON, RICHARD P.<br>218 BEECK ST<br>MAYFIELD, NY 12117 | | Claim Number: 6500<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,642.50 | | | | | |
| DIXON, SHIRLEY ANN<br>RT. 1 BOX 1782<br>PATTON, MO 63662-9716 | | Claim Number: 7146<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,500.00 | | | | | |
| DJ, LLC<br>201 WEST MAIN STREET<br>SUITE 101<br>MISSOULA, MT 59802 | | Claim Number: 6780<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $5,169.84 | Scheduled: | $5,169.84 | | | |
| DJL APPRAISALS INC.<br>815 PRINCE FERRY LN<br>ATTN: KARLA LEAHY<br>MT PLEASANT, SC 294642852 | | Claim Number: 2845<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $955.00 | Scheduled: | $425.00 | Allowed: | $955.00 | |
| DJURASEVIC, LINDA<br>PO BOX 1202<br>WARREN, MI 480901202 | | Claim Number: 1335<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,130.64 | Scheduled: | $2,261.28 CONT | Allowed: | $1,130.64 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| DLUGASH, ALAN<br>622 3RD AVE #7<br>NEW YORK, NY 10017 | | Claim Number: 9280<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $24,302.00 | | | | | |
| UNSECURED | Claimed: | $24,302.00 | | | | | |
| TOTAL | Claimed: | $24,302.00 | | | | | |

---

| DOAN APPRAISAL CONSULTANTS<br>ATTN GREGORY K. DOAN<br>15 EAST GENESEE ST<br>AUBURN, NY 13021 | | Claim Number: 5516<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | | Claim Number: 10607<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $100,000.00 |
| PRIORITY | Claimed: | $903,446.00 | | | | |
| SECURED | Claimed: | $451,723.00 | | | | |

---

| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | | Claim Number: 10608<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $903,446.00 | | | | |
| SECURED | Claimed: | $451,723.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | | Claim Number: 10609<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) | | | | | |
| PRIORITY | Claimed: | $903,446.00 | | | | | |
| SECURED | Claimed: | $451,723.00 | | | | | |
| DOBBIN, TOM<br>32 DUNLEITH<br>ST. LOUIS, MO 63124 | | Claim Number: 4482<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| DOBSON APPRAISAL SERVICES<br>ATTN MARK DOBSON, PRESIDENT<br>3380 E CAMPBELL ROAD<br>GILBERT, AZ 85234 | | Claim Number: 9210<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $9,385.00 | | | | | |
| DOBSON, WILLIAM T. AND PATRICIA A.<br>515 HORT STREET<br>WESTFIELD, NJ 07090-4161 | | Claim Number: 8650<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $459.05 | | | | | |
| DOCTOR, KIMBERLY A<br>8835 NE BROADWAY ST<br>PORTLAND, OR 97220 | | Claim Number: 7477<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15  CONT | Allowed: | | $286.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| DOCUSYSTEMS<br>ATTN CEO<br>1000 HWY 501 E<br>MYRTLE BEACH, SC 29578 | | Claim Number: 5470<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $251.69 | | | | |
| DODD, JOHN R.<br>622 LAUREL RIDGE CT.<br>GAHANNA, OH 43230 | | Claim Number: 3159<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $35,713.22 | | | | |
| DODS, CRAIG R.<br>10393 MORNING DEW LN<br>MECHANICSVILLE, VA 23116 | | Claim Number: 7049<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $32,293.50 | | | | |
| DOERGES, CRYSTAL<br>1515 E KATELLA AVE UNIT 4150<br>ANAHEIM, CA 92805-7903 | | Claim Number: 928<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,229.60 | Scheduled: | $1,352.56 CONT | Allowed: | $1,229.60 |
| DOHERTY, EILEEN<br>14 BERMUDA HARBOR BLVD<br>NOVATO, CA 949495330 | | Claim Number: 1353<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $730.77 | Scheduled:<br>Scheduled: | $5,559.80 CONT<br>$73.10 CONT | Allowed: | $730.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOLAN, MICHAEL<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | | Claim Number: 780<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $10,230.77 | | | | | |
| DOLAN, MICHAEL F<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | | Claim Number: 7891<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,230.77 CONT | Allowed: | $6,000.00 |
| DOLCE VITA, INC<br>ATTN ANTHONY MARSIGLIO<br>6100 CLARKS CREEK ROAD<br>UNIT 100<br>PLAINFIELD, IN 46168 | | Claim Number: 2775<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $18,590.00 | Scheduled: | $1,780.00 | Allowed: | $18,590.00 |
| DOLCINE, LESLY<br>192 31ST STREET<br>LINDENHURST, NY 11757 | | Claim Number: 6241<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,279.38 | Scheduled: | $1,279.38 CONT | Allowed: | $1,279.38 |
| DOLORES COUNTY<br>ATTN JAMIE STIASNY<br>PO BOX 421<br>DOVE CREEK, CO 81324 | | Claim Number: 7240<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | | |
| PRIORITY | Claimed: | $373.82 | | | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DOLPHIN CAPITAL CORP.<br>ATTN GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | | Claim Number: 1551<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,243.15 | | | Allowed: | $1,243.15 |
| DOLPHIN CAPITAL CORP.<br>ATTN GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | | Claim Number: 1552<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,442.00 | | | Allowed: | $1,442.00 |
| DOLPHIN CAPITAL CORP.<br>ATTN GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | | Claim Number: 1553<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,665.58 | Scheduled: | $37.10 | Allowed: | $1,665.58 |
| DOMANTAY, JOHN<br>PO BOX 116<br>FRANKLIN PARK, IL 601310116 | | Claim Number: 7436<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $8,010.00 | | | | |
| DOMBROWSKI, JAMES G. &<br>SUSAN B DOMBROWSKI JT TEN<br>1010 FLEMING DRIVE<br>PENSACOLA, FL 32514-9727 | | Claim Number: 2852<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,108.04 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DOMIANO, ROSEMARIE
212 STEPHEN ST
BELLMORE, NY 11710

Claim Number: 2254
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,627.23 | Scheduled: | $1,627.23  CONT | Allowed: | $1,627.23 |

DOMONOSKE, CHRISTINE
10 HOPE ROAD
MISSOURI CITY, TX 77459-2480

Claim Number: 4046
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,134.00 |

DOMOTOR, SHELLEY J.
6412 CALLOWAY DR
MCKINNEY, TX 750709422

Claim Number: 7505
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,923.08 | | Allowed: | $2,923.08 |

DON J. PAPINEAU & ASSOCIATES
ATTN DON J PAPINEAU
2305 PLAINFIELD ROAD
CREST HILL, IL 60403-1812

Claim Number: 9286
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

DON R SCHEIDT & CO
ATTN DEBORAH GREEN, V.P.
2927 UNION ST
LAFAYETTE, IN 47904

Claim Number: 2304
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | | Allowed: | $75.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| DON VITO, LARRY<br>15300 PALM DR.<br># 242<br>DESERT HOT SPRINGS, CA 92240 | | Claim Number: 4859<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,976.48 |
| DONADIO, R. RICHARD & THOMAS C.<br>2424 EAST RIDGE RD.<br>TIMONIUM, MD 21093 | | Claim Number: 3230<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,500.00 |
| DONALD E MILES IRA FBO<br>363 ILIMALIA LP<br>KAILUA, HI 96734 | | Claim Number: 3514<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $750.00 |
| DONALD E MILES IRA FBO<br>363 ILIMALIA LP<br>KAILUA, HI 96734 | | Claim Number: 3515<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $510.00 |
| DONALD ZIMMERMAN & ASSOCIATES LLC<br>ATTN ADAM ZIMMERMAN, PARTNER<br>550 FRONTAGE RD STE 3805<br>NORTHFIELD, IL 60093 | | Claim Number: 46<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $9,400.00 | Allowed: | $9,400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DONAPHON, JOHN R. & GRACE J.<br>755 RTE 109 F-6<br>CAPE MAY, NJ 08204 | | Claim Number: 3121<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00  UNDET |
| DONNELLY APPRAISALS, INC.<br>ATTN: EUGENIA DONNELLY, PRESIDENT<br>PO BOX 3413<br>FREDERICK, MD 21705 | | Claim Number: 9949<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $1,785.00 |
| UNSECURED | Claimed: | $1,785.00 |
| TOTAL | Claimed: | $1,785.00 |
| DONNER, MARVIN L. & MARIAN W.<br>19 MARY ROSE CT<br>HAZELWOOD, MO 63042 | | Claim Number: 4270<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,156.71 |
| DONOGHUE, DENNIS J.<br>2750 N. LAKE HARBOR LN<br>BOISE, ID 83703 | | Claim Number: 7169<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,333.45 |
| DONOGHUE, DENNIS J.<br>2750 N. LAKE HARBOR LN<br>BOISE, ID 83703 | | Claim Number: 7170<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,262.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DONOVAN, JOHN G., DR.<br>410 W 3RD ST<br>CARROLL, IA 51401 | | Claim Number: 8871<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $83,553.07 | | | | | |
| DONOVAN, MARGARET M<br>20 CLUB LA<br>LEVITTOWN, NY 11756 | | Claim Number: 2782<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $328.00 | Scheduled:<br>Scheduled: | $499.77 CONT<br>$109.00 CONT | Allowed: | $328.00 |
| DONOVAN, MICHELE<br>18 URBAN DR.<br>SELDEN, NY 11784 | | Claim Number: 2347<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $963.37 | Scheduled: | $963.37 CONT | Allowed: | $963.37 |
| DOODY, MARY BETH<br>655 CHASEWOOD DR<br>SOUTH ELGIN, IL 60177-3229 | | Claim Number: 8857<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,980.72 | Scheduled: | $1,561.54 CONT | | |
| DOONAR, WILLIAM<br>41 WRIGHTS MILL RD<br>ARMONK, NY 10504 | | Claim Number: 5809<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,114.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DOOPER LLC
ATTN LAWRENCE W. SWEEET, M. PARTNER
3102 SWANLAKE CIRCLE
PRESCOTT, AZ 86303

Claim Number: 6110
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,270.50 | | | | | |
|---|---|---|---|---|---|---|---|

DOREMUS, LORI A.
119 PLAZA DE LUKE SQ
CLAYTON, NC 27527-3989

Claim Number: 1128
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $1,807.69 | Scheduled: | $1,988.46 CONT | Allowed: | $1,807.69 |
|---|---|---|---|---|---|---|

DORFF, JENNIFER
15551 BOLYEN CIR #D
TUSTIN, CA 92780

Claim Number: 533
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

DORFF, JENNIFER L
1436 LINCOLN AVENUE
ORANGE, CA 92865

Claim Number: 3390
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,479.39 | Scheduled: | $3,479.39 CONT | Allowed: | $3,479.39 |
|---|---|---|---|---|---|---|

DORIA, RONALD
372 SHUNPIKE ROAD
CHATHAM, NJ 07928

Claim Number: 7995
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,300.00 | | | | |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| DORIS E. TANNER TEST TR<br>ROBERT A. TANNER TTEE<br>3319 E. CLARK<br>WICHITA, KS 67218 | | Claim Number: 4408<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $13,490.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| DORIS E. TANNER TEST TR<br>ROBERT A. TANNER TTEE<br>3319 E. CLARK<br>WICHITA, KS 67218 | | Claim Number: 4409<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $10,616.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| DORMAN APPRAISALS<br>ATTN DAVE DORMAN, OWNER<br>2846 PLUMAS ARBOGA RD<br>MARYSVILLE, CA 95901 | | Claim Number: 178<br>Claim Date: 08/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $7,900.00 | | Allowed: | $7,900.00 |
| DORONILA, ALLEN<br>4 MICHIGAN AVE<br>HAZLET, NJ 07730-2214 | | Claim Number: 8033<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | |
| PRIORITY | Claimed: | $1,184.00 | Scheduled: | $1,440.61 CONT | Allowed: | $1,184.00 |
| DORRIS, CHARLES D<br>LINDA J DORRIS<br>JTWROS<br>507 BEECH ST<br>FRANKLIN, KY 42134-2419 | | Claim Number: 3006<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,064.48 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DOSS, CHRISTOPHER M (CHRIS)<br>16212 COPPERWOOD LANE<br>WILDWOOD, MO 63040 | | Claim Number: 2791<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $555.29 | Scheduled: | $555.29 CONT | Allowed: | $555.29 |
| DOSSA, ALDO J.<br>3399 MORAGA BLVD.<br>LAFAYETTE, CA 94549 | | Claim Number: 7167<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $22,330.00 | | | | |
| DOUG GOURLEY CATERING<br>10516 MICKLAY<br>BOISE, ID 83704 | | Claim Number: 1214<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | | |
| DOUG GOURLEY CATERING<br>ATTN DOUGLAS GOURLEY, OWNER<br>10516 MICKLAY<br>BOISE, ID 83704 | | Claim Number: 3491<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | Allowed: | $1,200.00 |
| DOUGHERTY, EDWARD J. & JOAN E.<br>942 CEDAR LANE<br>PENNS PARK, PA 18943 | | Claim Number: 9322<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,035.00 | | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DOUGHERTY, IRMA<br>TOD ACCOUNT<br>209 W. ROSETREE RD<br>MEDIA, PA 19063 | | Claim Number: 3716<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOUGHERTY, JOHN<br>570  PRALLE LN<br>ST. CHARLES, MO 63303 | | Claim Number: 5591<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| DOUGLAS B. THOMAS<br>4400 E WEST HWY<br>BETHESDA, MD 20814-4524 | | Claim Number: 2967<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $42,162.00 |
| DOUGLAS COUNTY<br>ATTN STEPHANIE COOK<br>PO BOX 1208<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | | Claim Number: 1595<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 1727 (10/30/2007) |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$1,912.66   UNLIQ |
| DOUGLAS COUNTY<br>ATTN STEPHANIE COOK<br>PO BOX 1208<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | | Claim Number: 1596<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 1727 (10/30/2007) |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$3,255.02   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| DOUGLAS SMITH & ASSOCIATES<br>ATTN DOUGLAS A SMITH<br>408 COOPERS HAWK DRIVE<br>BILTMORE PARK<br>ASHEVILLE, NC 28803 | | Claim Number: 3395<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $32,444.31 | Scheduled: | $32,444.31 | | |
| DOUGLAS, CINDY<br>PO BOX 3366<br>CRESTLINE, CA 92325 | | Claim Number: 2165<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $7,076.92 | Scheduled: | $7,076.92 CONT | Allowed: | $7,076.92 |
| DOUGLAS, DONALD<br>808 ARLINGTON GLEN DR.<br>FENTON, MO 63026 | | Claim Number: 3856<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| DOUGLAS, DOUGLAS<br>10977 SHADOW LN<br>COLUMBIA, MD 21044 | | Claim Number: 1951-01<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,091.17 CONT<br>$7,847.29 CONT | Allowed: | $10,950.00 |
| DOUGLAS, DOUGLAS<br>10977 SHADOW LN<br>COLUMBIA, MD 21044 | | Claim Number: 1951-02<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $29,992.96 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DOUGLAS, SHARON K.<br>8657 CALLAHAN TRAIL<br>INVER GROVE HTS, MN 55076 | | Claim Number: 4568<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,063.00 | | | | |
| DOUGLASS, DAVID<br>13060 COASTAL CIRCLE<br>WEST PALM BEACH, FL 33410 | | Claim Number: 9756<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,911.52 | | | | |
| DOVE, JEANNE A<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 181043334 | | Claim Number: 2224<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,030.77 | Scheduled: | $2,030.77  CONT | Allowed: | $2,030.77 |
| DOVE, JEANNE A.<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 181043334 | | Claim Number: 826<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,538.46 | | | | |
| DOVE, JOSEPH F.<br>PERSHING LLC AS CUSTODIAN<br>6197 OLIVESBURG - FITCHVILLE RD<br>GREENWICH, OH 44837-9603 | | Claim Number: 8322<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| UNSECURED | Claimed: | $2,898.35 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| DOVE, JOSEPH F.<br>C/O PERSHING LLC AS CUSTODIAN<br>6197 OLIVESBURG - FITCHVILLE RD<br>GREENWICH, OH 44837-9603 | | Claim Number: 8420<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,898.35 | | | | |
| DOWNEY PUBLISHING<br>ATTN GAYLA LAVAERY ACCT REP.<br>2454 E. SOUTHLAKE BLVD.<br>SOUTHLAKE, TX 76092-6609 | | Claim Number: 2521<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $712.14 | | | Allowed: | $712.14 |
| DOWNING, JEROME E.<br>14446 OAK RD<br>GREENWOOD, DE 19950 | | Claim Number: 2585<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
| DOYLE, ARDIS M.<br>N1030 US HIGHWAY 12 AND 16<br>LYNDON STATION, WI 53944 | | Claim Number: 880<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,500.00 | Scheduled: | $4,500.00 CONT | Allowed: | $4,500.00 |
| DOYLE, CHARLES<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | | Claim Number: 7061<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $434.90 | Scheduled: | $434.90 CONT | Allowed: | $434.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| DOYLE, CHARLES P<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | | Claim Number: 7066-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8540 (02/04/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| DOYLE, CHARLES P<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | | Claim Number: 7066-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8540 (02/04/2010) | | |
| UNSECURED | Claimed: | $11,871.04 | Allowed: | $11,871.04 |
| DOYLE, DENNIS JR.<br>7807 BAYMEADOWS RD, E<br>JACKSONVILLE, FL 32256 | | Claim Number: 2140<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $107,033.80 | | |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD E<br>JACKSONVILLE, FL 32256 | | Claim Number: 650<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $107,033.80 | Allowed: | $107,033.80 |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD. E.<br>JACKSONVILLE, FL 32256 | | Claim Number: 2138<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $107,033.80 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD. E.<br>JACKSONVILLE, FL 32256 | | Claim Number: 2139<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $107,033.80 |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS ROAD EAST<br>SUITE 1 & 2<br>JACKSONVILLE, FL 32256 | | Claim Number: 2141<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $107,033.80 |
| DOYLE, GERMAIN F.<br>5819 LINDA DR.<br>MARCY, NY 13403 | | Claim Number: 3171<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| DOYLE, PATRICK M.<br>12440 GREEN RD<br>GOODRICH, MI 484389057 | | Claim Number: 3593<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,000.00 |
| DRAGE, DALE M.<br>63N 300W<br>RUPERT, ID 83350-9645 | | Claim Number: 3832<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,478.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DRAHER, ELAINE H
1624 OAKVIEW AVENUE
KENSINGTON, CA 94707-1222

Claim Number: 7734
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| --- | --- | --- | --- | --- | --- | --- |

DRAKES, JOHN
90 CRESCENT BEACH DRIVE

Claim Number: 9439
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $100,000.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |

DRAKOS, SUZETTE
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 363
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $984.60 | | | | |
| --- | --- | --- | --- | --- | --- | --- |

DRAKOS, SUZETTE
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 3729
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,969.20 | Scheduled: | $1,969.20  CONT | Allowed: | $1,969.20 |
| --- | --- | --- | --- | --- | --- | --- |

DRAUTZ, LYNN WATERS AND KENNETH E.
JTWROS
10 NO. MEADOW LANE
LATHAM, NY 12110-5318

Claim Number: 7085
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| --- | --- | --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DRAZAN, SANDRA<br>330 EAGLE DR<br>JUPITER, FL 33477 | | Claim Number: 4111<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| DRB MANAGEMENT INC<br>ATTN TREASURER<br>1132 AMERICAN ELM<br>LAKE ORION, MI 48360-1449 | | Claim Number: 9302<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,554.89 |
|---|---|---|

| | | |
|---|---|---|
| DREDLA, FAITH L. & JACK C. (TRUSTEE)<br>FAITH L. DREDLA TRUST<br>2104 SOUTH TRACY AVENUE<br>BOZEMAN, MT 59715 | | Claim Number: 4815<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $13,703.61 |
|---|---|---|

| | | |
|---|---|---|
| DREDLA, JACK C. & FAITH L. (TRUSTEE)<br>JACK C. DREDLA TRUST<br>2104 SOUTH TRACY AVE.<br>BOZEMAN, MT 59715 | | Claim Number: 4814<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,600.93 |
|---|---|---|

| | | |
|---|---|---|
| DREGER, BEVERLY<br>260 BROOK DR<br>ATLANTA, GA 30328 | | Claim Number: 6095<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $839.09 | Scheduled: | $839.09  CONT | Allowed: | $839.09 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DREGER, BROOKE<br>2490 KEENLAND CT.<br>CUMMING, GA 30040 | | Claim Number: 9853<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $824.00  CONT | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| DREGER, BROOKE<br>2490 KEENLAND CT.<br>CUMMING, GA 30040 | | Claim Number: 9855<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $3,018.00  CONT | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| DREUS, FRANCINE J.<br>1411 CALE SAN SEBASTIAN<br>SAN JACINTO, CA 92583 | | Claim Number: 7147<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| DREVS, RONALD D.<br>1411 CALLE SAN SEBASTIAN<br>SAN JACINTO, CA 92583 | | Claim Number: 7431<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| DREVS, SYLVA E.<br>1419 NORTH BRIGHTON STREET<br>BURBANK, CA 91506 | | Claim Number: 7906<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DREW & ROGERS, INC.<br>ATTN MARK POLITAN, ESQ.<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD<br>25 MAIN STREET, PO BOX 800 - COURT PLZ N<br>HACKENSACK, NJ 07602-0800 | | Claim Number: 1798<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $152,269.41 | Scheduled: | $150,715.25 | Allowed: | $152,269.41 |

| DREW & ROGERS, INC.<br>ATTN MARK POLITAN, ESQ.<br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD<br>25 MAIN STREET, PO BOX 800 - COURT PLZ N<br>HACKENSACK, NJ 07602-0800 | | Claim Number: 1799<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | Allowed: | $35,820.11 |
| PRIORITY | Claimed: | $50,342.53 | | |
| UNSECURED | | | Allowed: | $14,522.42 |

| DREXLER, BARRY<br>5997 GREENBRIAR TER<br>FAYETTEVILLE, PA 17222-9667 | | Claim Number: 4427<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $10,200.00 |
| UNSECURED | Claimed: | $10,200.00 |
| TOTAL | Claimed: | $10,200.00 |

| DREYER, JANET<br>20602 SEA PT<br>LAGUNA NIGUEL, CA 92677-4660 | | Claim Number: 9391<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14,061.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| DRISCOLL, DAVID<br>2315 HILLSTONE AVE<br>HENDERSON, NV 89052-5839 | Claim Number: 4480<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED        Claimed: | $268.00 | |
| DRISCOLL, THAYNE J. & ANDRA<br>P.O. BOX 334<br>AMERICAN FALLS, ID 83211 | Claim Number: 9632<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED        Claimed: | $3,331.31 | |
| DRW SERVICES LLC<br>DARREN WEBB, OWNER<br>3739 GYPSUM CT<br>SUPERIOR, CO 80027 | Claim Number: 451<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |
| UNSECURED        Claimed: | $820.00 | |
| DSHONG, ROBERT J. & PATRICIA A.<br>135 WEST VILLAGE WAY<br>JUPITER, FL 33458 | Claim Number: 7228<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED        Claimed: | $115,667.00 | |
| DTE ENERGY (DETROIT EDISON & MICHCON)<br>ATTN DEBORAH JACKS<br>BANKRUPTCY REPRESENTATIVE<br>1 ENERGY PLZ<br>DETROIT, MI 48226-1221 | Claim Number: 1945<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | |
| UNSECURED        Claimed: | $1,506.33 | Allowed:        $1,506.33 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DUARTE, DEBORAH<br>504 MARTHA AVE<br>BELLPORT, NY 11713 | | Claim Number: 7771<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $568.46 | Scheduled: | $568.46  CONT |
| UNSECURED | Claimed: | $568.46 | | |
| TOTAL | Claimed: | $568.46 | | |

| DUBENSKY, MITCH<br>4411 CHESAPEAKE ST NW<br>WASHINGTON, DC 20016 | | Claim Number: 3897<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,699.99 |

| DUBIN, LESLIE<br>445 EAST 77TH ST. APT 6M<br>NEW YORK, NY 10021 | | Claim Number: 8004<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $103,440.00 |

| DUBOIS, MARGARET W.<br>IRA ROLLOVER<br>18933 PENINSULA PT<br>CORNELIUS, NC 28031 | | Claim Number: 9727<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $10,043.90 |

| DUBOIS, MICHAEL REGIS & PAUL A.<br>18933 PENINSULA POINT DR<br>CORNELIUS, NC 28031 | | Claim Number: 9726<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,104.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DUBOIS, RICHARD ANTHONY & MAJORIE E.<br>1502 RENAISSANCE DR NE<br>DIPLOMAT B13<br>CONYERS, GA 30012 | | Claim Number: 9728<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25,260.90 | | | | |
| DUBOIS, RICHARD ANTHONY & MARJORIE E.<br>1502 RENAISSANCE DR NE<br>DIPLOMAT B13<br>CONYERS, GA 30012 | | Claim Number: 9729<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $9,129.90 | | | | |
| DUCHENE, RENEE<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 852545294 | | Claim Number: 1796<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | | |
| UNSECURED | Claimed: | $352.00 | | | | |
| DUCHENE, RENEE S<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 852545294 | | Claim Number: 2072<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $256.00 | Scheduled: | $256.00  CONT | Allowed: | $256.00 |
| DUDA, EDWARD<br>3940 30TH AVE S<br>MINNEAPOLIS, MN 55406 | | Claim Number: 7403<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,600.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DUDDLESTON, MARK<br>72 MAST HILL RD<br>SACO, ME 04072 | | Claim Number: 7657<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,771.00 | | | | |
| DUFF, LIBBY W.<br>RAYMOND JAMES & ASSOCIATES, INC.<br>537 MARKET STREET, SUITE 105<br>CHATTANOOGA, TN 37402 | | Claim Number: 6198<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| DUFFIN, MARY & EDMOND<br>JTW ROS<br>542 RIDGE AVE<br>HAWLEY, PA 18428 | | Claim Number: 3507<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,836.50 | | | | |
| DUFFY, JOSEPH<br>29 CAPE CORAL<br>ALISO VIEJO, CA 92656 | | Claim Number: 109<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| PRIORITY | Claimed: | $8,870.40 | | | | |
| DUFFY, JOSEPH F<br>2 ESTERO POINTE<br>ALISO VIEJO, CA 92656 | | Claim Number: 8021<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $9,466.09 | Scheduled: | $9,466.09  CONT | Allowed: | $9,466.09 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

| DUFRESNE, NORMAN J.<br>3912 N GARFIELD AVE<br>KANSAS CITY, MO 64116 | | Claim Number: 4526<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |
| DUGRE, M GUILLAUME<br>26 RUE DEPATIE<br>LAVAL, QC H7L 4Y5<br>CANADA | | Claim Number: 9050<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,700.00 |
| DUGRE, M. ANDRE<br>26 RUE DEPATIE<br>LAVAL, QC H7L 4Y5<br>CANADA | | Claim Number: 7501<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $737.00 |
| DUHAMEL, GARY K.<br>3929 N. BUCKHORN DR.<br>BEVERLY HILLS, FL 34465 | | Claim Number: 8906<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,950.00 |
| DUHAMEL, GARY K.<br>3929 N. BUCKHORN DR.<br>BEVERLY HILLS, FL 34465 | | Claim Number: 8907<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $62,590.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| DUKE ENERGY CAROLINAS<br>ATTN YVONNE CRENSHAW, SR. PARALEGAL<br>PO BOX 1006<br>CHARLOTTE, NC 28201-1006 | | Claim Number: 1530<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $792.94 | Allowed: | $792.94 |
| DUKE ENERGY/INDIANA<br>MARY TAYLOR<br>BANKRUPTCY REP<br>PO BOX 960 - EF 367<br>CINCINNATI, OH 45273-9598 | | Claim Number: 1934<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $396.84 | Allowed: | $396.84 |
| DUKE ENERGY/KENTUCKY<br>MARY TAYLOR<br>PO BOX 960 - EF 367<br>CINCINNATI, OH 45273-9598 | | Claim Number: 1083<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,364.11 | Allowed: | $2,364.11 |
| DUKE ENERGY/OHIO<br>MARY TAYLOR<br>PO BOX 960 - EF 367<br>CINCINNATI, OH 45273-9598 | | Claim Number: 1084<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,725.34 | Allowed: | $1,725.34 |
| DUKE REALTY LIMITED PARTNERSHIP<br>LISA STARVICH<br>6133 N. RIVER ROAD, SUITE 200<br>DES PLAINES, IL 60018 | | Claim Number: 10835<br>Claim Date: 12/30/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) | | |
| UNSECURED | Claimed: | $435,264.18 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DUKE, CYNTHIA SCOTT
1710 PALM PLACE
DAVIS, CA 95616-1425

Claim Number: 6785
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUKOW, ALBERT N.
15451 VENTURA BOULEVARD, #324
SHERMAN OAKS, CA 91403-3014

Claim Number: 10026
Claim Date: 03/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $12,298.47 |
|---|---|---|

---

DULI, WOODROW W.
P.O. BOX 66069
ST. PETE BEACH, FL 33736

Claim Number: 7693
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,470.00 |
|---|---|---|

---

DUMLAO, ABIGAIL R
154 SIERRA DR APT 2
WALNUT CREEK, CA 94596

Claim Number: 2363
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $672.00 | Scheduled: | $672.00  CONT | Allowed: | $672.00 |
|---|---|---|---|---|---|---|

---

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 1913
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $9,960.91 | | Allowed: | $9,960.91 |
|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| DUNAGAN, BRIAN<br>2502 RIVERSIDE PARKWAY, # 1422<br>GRAND PRAIRIE, TX 75050 | | Claim Number: 10754<br>Claim Date: 12/23/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $264,050.00 | | | |
| DUNAKEY & KLATT, P.C.<br>531 COMMERCIAL ST STE 250<br>WATERLOO, IA 507015497 | | Claim Number: 1235<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $150.00 | | Allowed: | $150.00 |
| DUNAWAY, TERESA M & ALLEN R<br>3102 E OCOTILLO<br>PHOENIX, AZ 85016 | | Claim Number: 4932<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $11,200.00 | | | |
| DUNBAR, GERALD D.<br>DBA DUNBAR APPRAISAL SERVICES<br>101 TRIWOOD CIRCLE<br>LAFAYETTE, LA 70503 | | Claim Number: 5642<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |
| DUNBAR, RICHARD<br>1556 POPLAR DR<br>ORMOND BEACH, FL 32174 | | Claim Number: 5842<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,838.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DUNCAN GROUP, THE
ATTN CHRIS PARMER, CONTROLLER
3760 PEACHTREE CREST DR
SUITE A
DULUTH, GA 30097

Claim Number: 4140
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $10,125.00 | Scheduled: | $10,125.00 | Allowed: | $10,125.00 |

DUNCAN, BRENDA
5602 SWANSON RD
ELLENWOOD, GA 302943856

Claim Number: 5030
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $970.64 | | | Allowed: | $970.64 |

DUNCANSON, WALTER W. & LYNNE F. JR.
P.O. BOX 166
SALISBURY, VT 05769

Claim Number: 5884
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

DUNHAM, LARRY M.
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
14 RANGEWAY ROAD
MONT VERNON, NH 03057

Claim Number: 4023
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,000.00 |

DUNITZ, JERI A.
1205 S. 15TH AVENUE
NEWTON, IA 50208-4365

Claim Number: 8257
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| PRIORITY | Claimed: | $50,799.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| DUNITZ, JERI A. & KAHN, GARY S. CO TTEES<br>SIDNEY M. DUNITZ FAMILY TRUST<br>DTD 5/24/94<br>1205 S. 15TH AVE. W.<br>NEWTON, IA 50208-4365 | | Claim Number: 8256<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $74,301.85 | | | | |
| DUNLAP, BERT JAMES<br>13780 WINDSOR CROWN CT. W<br>JACKSONVILLE, FL 32225 | | Claim Number: 5167<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $3,816.00 | | | | |
| DUNLAP, MICHAEL DENNIS<br>17174 WOODSIDE LN<br>THREE RIVERS, MI 49093 | | Claim Number: 5666<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| DUNLEA COMMERCIAL PROPERTIES LLC<br>ATTN: SEAN DUNLEA<br>4N422 MOUNTAIN ASH DRIVE<br>WAYNE, IL 60184 | | Claim Number: 7614<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $173,615.78 | Scheduled: | $16,503.85 | Allowed: | $173,615.78 |
| DUNN, JOAN D<br>2742 S ZENOBIA ST<br>DENVER, CO 80236 | | Claim Number: 9385<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39  CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DUNN, MICHAEL<br>1928 SHAWNNE TRL<br>LAKELAND, FL 33803 | | Claim Number: 3097<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $11,196.47 | | | | | |
| DUNNILL, KENNETH R.<br>917 OVERBROOK RD<br>WILMINGTON, DE 19807 | | Claim Number: 7040<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $28,279.96 | | | | | |
| DUNNS BRIDGE ASSOCIATES<br>PO BOX 732<br>WINDHAM, NH 03087 | | Claim Number: 3071<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | | |
| DUNSON, LATANYA<br>144-02 LINDEN BLVD<br>JAMAICA-QUEENS, NY 11436 | | Claim Number: 8438<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $557.00 | Scheduled: | $557.00 CONT | Allowed: | $557.00 |
| DUONG, TOAN V<br>5721 MILNER WAY<br>SACRAMENTO, CA 95822 | | Claim Number: 7629<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

DUPLICATING PRODUCTS, INC
ATTN DEBORAH A. LOWERY, ACCTS RECEIVABLE
PO BOX 1548
GAINESVILLE, GA 30503

Claim Number: 2310
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $101.00 | | Allowed: | $101.00 |
|---|---|---|---|---|---|

DUQUESNE LIGHT COMPANY
S JAMES WALLACE
GRIFFITH MCCAGUE & WALLACE PC
THE GULF TWR 38TH FL- 707 GRANT ST
PITTSBURGH, PA 15219

Claim Number: 1244
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $19.98 |
|---|---|---|

DUQUESNE LIGHT COMPANY
PETER J. ASHCROFT
BERNSTEIN LAW FIRM, SUITE 2200
THE GULF TOWER
PITTSBURGH, PA 15219

Claim Number: 10811
Claim Date: 10/29/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9677 (01/19/2011)

| UNSECURED | Claimed: | $485.45 |
|---|---|---|

DURAN, DIANA
2724 DODDS LANE
KISSIMMEE, FL 34743

Claim Number: 1457
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,109.23 | Scheduled: | $1,109.23  CONT | Allowed: | $1,109.23 |
|---|---|---|---|---|---|---|

DURHAM COUNTY TAX COLLECTOR
ATTN BECKY W. SMITH, BANKRUPTCY AGENT
PO BOX 3397
DURHAM, NC 27702-3090

Claim Number: 3370
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| PRIORITY | Claimed: | $93.08 |
|---|---|---|
| SECURED | Claimed: | $825.04 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| DURHAM, EARL<br>30 CALLE RANCHERA<br>RANCHO SANTA MARGARITA, CA 92688 | | Claim Number: 697-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$7,707.69 CONT | Allowed: | $10,950.00 |
| DURHAM, EARL<br>30 CALLE RANCHERA<br>RANCHO SANTA MARGARITA, CA 92688 | | Claim Number: 697-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
| UNSECURED | Claimed: | $7,707.69 | | | |
| DURKO, ROBERT R. IRA ROLLOVER<br>10732 LIPAN TRAIL<br>FORT WORTH, TX 76108-6923 | | Claim Number: 9722<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,297.06 | | | |
| DUROSEAU, ALAN J<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | | Claim Number: 5293<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | |
| PRIORITY | Claimed: | $851.92 | Scheduled: | $2,848.72 CONT | Allowed: | $851.92 |
| DUTCHESS COUNTY<br>ATTN SENIOR ASST COUNTY ATTORNEY<br>COMMISSIONER OF FINANCE<br>22 MARKET STREET<br>POUGHKEEPSIE, NY 12601 | | Claim Number: 1742<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DUTTA, MRITYUNJOY & BHARATI<br>112 CHEVAL BLVD<br>BROWNSBORO, AL 35741 | | Claim Number: 9272<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,228.00 |
| DUVAL COUNTY/CITY OF JACKSONVILLE<br>MIKE HOGAN, TAX COLLECTOR<br>C/O EDWARD C. TANNEN, ASST GEN. COUNSEL<br>117 W DUVAL ST, 480 CITY HALL<br>JACKSONVILLE, FL 32202 | | Claim Number: 1837<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) |
| SECURED | Claimed: | $117.54   UNLIQ |
| DUVALL, JAMES A.<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | | Claim Number: 8375<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUVALL, JAMES A.<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | | Claim Number: 8376<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DUVALL, JAMES A. & MARY ANN JT WROS<br>9182 42ND WAY<br>PINELLAS PARK, FL 33782-5603 | | Claim Number: 8378<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| DUVALL, MARY ANN<br>9182 42 WAY<br>PINELLAS PARK, FL 33782 | Claim Number: 8377<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | Claim Number: 1602<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED          Claimed: | $350.00 | | | |
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | Claim Number: 2976<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED          Claimed: | $350.00 | | | |
| DWAYNE LEMMON APPRAISAL SVC<br>390 F M 1635<br>ATLANTA, TX 75551 | Claim Number: 3055<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED          Claimed: | $350.00 | | Allowed: | $350.00 |
| DWYER, CHARLES F. & GEORGIA L.<br>JT WROS<br>3907 EGGEMAN ROAD<br>FORT WAYNE, IN 46814-9724 | Claim Number: 7481<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED          Claimed: | $5,036.11 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DWYER, CHARLES F. SEP<br>RAYMOND JAMES & ASSOC INC CSDN<br>3907 EGGEMAN ROAD<br>FORT WAYNE, IN 46814-9724 | | Claim Number: 7484<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,414.93 |
| DWYER, PATRICIA<br>100 HILTON AVE UNIT 608<br>GARDEN CITY, NY 11530-1568 | | Claim Number: 4560<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DWYER, PATRICIA<br>100 HILTON AVE UNIT 608<br>GARDEN CITY, NY 11530-1568 | | Claim Number: 4576<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DWYER, THOMAS J.<br>12110 SYLVAN MEADOWS DRIVE<br>FORT WAYNE, IN 46814-9723 | | Claim Number: 7483<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,783.21 |
| DYCKA, CHRISTOPHER<br>17 MARY LU DRIVE<br>HOLTSVILLE, NY 11742 | | Claim Number: 3944<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
| PRIORITY | Claimed: | $3,796.15          Allowed:          $3,796.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| DYCKA, CHRISTOPHER J.<br>17 MARY LU DR<br>HOLTSVILLE, NY 11742-1021 | | Claim Number: 862<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $3,796.15 |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | | Claim Number: 863<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| PRIORITY | Claimed: | $2,657.31 |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | | Claim Number: 4038<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| PRIORITY | Claimed: | $2,657.31 |
| DYE, ROSS W. & NORMA J. JT TEN<br>5128 DEWDROP LANE<br>FORT WORTH, TX 76123-1931 | | Claim Number: 5704<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DYKES, HURVY E.<br>909 E. 18TH STREET<br>ZION, IL 60099 | | Claim Number: 4318<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

DYNAMEX
ATTN WILLIAM HELLER, COLLECTION MGR
2100 OLD HIGHWAY 8
NEW BRIGHTON, MN 55112

Claim Number: 2074
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $77.10 | Scheduled: | $77.10 | Allowed: | $77.10 |
|---|---|---|---|---|---|---|

DYNAMIC FOUNDATION
ATTN THERESA PAN, CEO
1650 CULERA CREEK HEIGHTS DR
MILPITAS, CA 95035

Claim Number: 9785
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $737.00 |
|---|---|---|

DYNAMIC METHODS INC
ATTN MORGAN HARRIS, PARTNER
9070 IRVINE CENTER DRIVE
SUITE 260
IRVINE, CA 92618

Claim Number: 7539
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,700.00 | Scheduled: | $4,700.00 | Allowed: | $4,700.00 |
|---|---|---|---|---|---|---|

DYSON, OTISE COMEAUX, IRA
407 CRESTWATER TRL
HOUSTON, TX 77082-1526

Claim Number: 2943
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $14,913.72 |
|---|---|---|

DYSON, RODNEY A., IRA
407 CRESTWATER TRAIL
HOUSTON, TX 77082-1526

Claim Number: 2945
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $80,764.66 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| E M HENDERSON LIVING TRUST<br>638 PALM DR<br>WINTER GARDEN, FL 34787-2367 | | Claim Number: 7119<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $55,397.70 | | | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| E M HENDERSON LIVING TRUST<br>E M HENDERSON, TRUSTEE<br>UAD 3/13/07<br>P O BOX 770344<br>WINTER GARDEN, FL 34777-0344 | | Claim Number: 7123<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $7,916.84 | | | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| E-APPRAISAL, LLC<br>DBA E-APPRAISAL<br>ATTN GREG RODRIGUEZ, DIR OF OPERATIONS<br>PO BOX 94642<br>LAS VEGAS, NV 89193-4642 | | Claim Number: 515<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $1,900.00 | | Allowed: | $1,900.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| E.E.C.O. ELECTRIC CORP.<br>35650 COUNTY ROAD 48<br>PECONIC, NY 11958 | | Claim Number: 7738<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8493 (01/12/2009) |

| SECURED | Claimed: | $97,649.69 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $97,649.69 | Allowed: | $97,649.69 |

| | | |
|---|---|---|
| EADS, WALTER M.<br>48 HIGH POINT ROAD<br>WESTPORT, CT 06880 | | Claim Number: 3229<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,617.27 | | | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| EAGLE SELF STORAGE, INC.<br>ATTN PRESIDENT<br>PO BOX 18185<br>MISSOULA, MT 59808 | | Claim Number: 1007<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $406.00 | | Allowed: | $406.00 |
| EAPPRAISAL, INC<br>ATTH DAVE COLLINS, PRESIDENT<br>215 S WADSWORTH BLVD STE 220<br>LAKEWOOD, CO 802261569 | | Claim Number: 9527<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $775.00 | | | |
| EARLL, RONALD L.<br>3005 CROSSVIEW ESTATES<br>ST. LOUIS, MO 63129 | | Claim Number: 9245<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $5,000.00 | | | |
| EARNERST, MARGARET E.<br>4618 S GLENN<br>WICHITA, KS 67217 | | Claim Number: 221<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| EASON, DANIEL<br>3485 ALANDER COURT<br>CARLSBAD, CA 92010 | | Claim Number: 4637-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,403.50 | Scheduled:<br>Scheduled: | $12,072.64 CONT<br>$429.19 CONT | Allowed: $9,403.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

EASON, DANIEL
3485 ALANDER COURT
CARLSBAD, CA 92010

Claim Number: 4637-02
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $2,076.92 | | |
|---|---|---|---|---|

EASSA, CHARLES N., CUST
CMR 480 BOX 3000
APO AE, 09128

Claim Number: 6546
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $693.95 | | |
|---|---|---|---|---|

EASSA, CHARLES N., CUST
GRACE EASSA UTMA KS
90 OFFUTT RD
HANSCOM AFB, MA 01731

Claim Number: 6547
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $348.95 | | |
|---|---|---|---|---|

EAST COAST APPRAISAL SERVICE
50 COURT ST. SUITE 508
BROOKLYN, NY 11201

Claim Number: 4605
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,375.00 | Allowed: | $10,375.00 |
|---|---|---|---|---|

EAST N. ST. ASSOC. LLC
C/O ANDREW J WHITE, JR
HAYNSWORTH SINKLER BOYD, PA
PO BOX 2048
GREENVILLE, SC 29602-2048

Claim Number: 5239
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $67,718.88 | Allowed: | $67,718.88 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

EAST WEST HOLDINGS, LLC
LELLA AMISS E. PAPE, ESQUIRE
REES BROOME, PC
8133 LEESBURG PIKE, 9TH FLOOR
VIENNA, VA 22182

Claim Number: 1898-01
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6574 (11/13/2008)

| UNSECURED | Claimed: | $27,928.28 | Allowed: | $27,928.28 |
|---|---|---|---|---|

---

EAST WEST HOLDINGS, LLC
LELLA AMISS E. PAPE, ESQUIRE
REES BROOME, PC
8133 LEESBURG PIKE, 9TH FLOOR
VIENNA, VA 22182

Claim Number: 1898-02
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6574 (11/13/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $14,454.70 | Allowed: | $14,454.70 |
|---|---|---|---|---|

---

EASTMAN, JOHN H.
8104 HIGHWOOD DR APT G311
BLOOMINGTON, MN 554383028

Claim Number: 4774
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $28,207.00 |
|---|---|---|

---

EASTRIDGE, LINDA
IRA R/O ETRADE CUSTODIAN
22600 FISHER HOLLOW ROAD
DAMASCUS, VA 24236-2350

Claim Number: 6643
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,290.00 |
|---|---|---|

---

EASTWOOD, TRITT AARON
744 HUNTERS CROSSING LANE
SPRINGFIELD, TN 37172

Claim Number: 6371
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $339.94 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| EASTWOOD, TRITT AARON<br>744 HUNTERS CROSSING LANE<br>SPRINGFIELD, TN 37172 | | Claim Number: 6448<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $339.94 |
| EATON, JERRIE & SALLY JT TEN<br>PO BOX 360<br>ELMA, WA 98541-0360 | | Claim Number: 6491<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| EATON, JERRIE L. & SALLY JT TEN<br>PO BOX 360<br>ELMA, WA 98541-0360 | | Claim Number: 3217<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $3,661.95 |
| EATON, RUSSELL ALAN<br>PO BOX 1131<br>GEORGETOWN, CA 95634-1131 | | Claim Number: 9252<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $96,678.17<br>$0.00<br>$108,317.97<br>$108,317.97 |
| EATON, RUSSELL ALAN<br>BOX 1131<br>GEORGETOWN, CA 95634 | | Claim Number: 10763<br>Claim Date: 03/01/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $96,678.17<br>$0.00<br>$108,317.97<br>$108,317.97 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| EBERHARDT, CLYDE W.<br>4985 PRICE DR<br>SUWANEE, GA 30024-4187 | | Claim Number: 5045<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |
| EBERHARDT, SHIRLEY A.<br>4985 PRICE DR.<br>SUWANEE, GA 30024-4187 | | Claim Number: 5044<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| EBERLE, RICHARD M. & LOIS A RIEHL-EBERLE<br>114 GRANITE LANE<br>CHEHALIS, WA 98532. | | Claim Number: 5663<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $4,275.00<br>$4,275.00<br>$4,275.00 |
| EBRAHIM, MITCH<br>ROTH IRA<br>244 SUMMER HILL RD<br>AUBURN, AL 36830 | | Claim Number: 4613<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,199.99 |
| EBRAHIM, MITCH<br>244 SUMMER HILL RD<br>AUBURN, AL 36830 | | Claim Number: 4614<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,159.99 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ECCLES, IRMA<br>18 EVE PLACE<br>TOMS RIVER, NJ 08757 | | Claim Number: 7901<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,143.00 |
| ECHOLS, ELAINE<br>6601 BERNADINE<br>WATANGA, TX 76148 | | Claim Number: 6827<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,766.40 |
| ECHOLS, ELVIN<br>6601 BERNADINE<br>WATANGA, TX 76148 | | Claim Number: 6825<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,323.33 |
| ECHOLS, ELVIN<br>6601 BERNADINE<br>WATANGA, TX 76148 | | Claim Number: 6826<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,052.00 |
| ECKEL, KARL M. & SHARON T., JTTEN<br>175 N TANGLEWOOD DR<br>QUARRYVILLE, PA 17566-9287 | | Claim Number: 7007<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,009.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ECKHAUS, ETHEL<br>23 BEECHWOOD LANE<br>RIDGEFIELD, CT 06877 | | Claim Number: 5647<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,035.00 | | | | | |
| ECKLER, THOMAS C<br>108 QUAIL RUN DR<br>DEER PARK, NY 11729 | | Claim Number: 8758<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,447.31 | Scheduled: | $2,447.31 CONT | Allowed: | $2,447.31 |
| EDDLEMAN, MITZI D<br>2150 NE 18TH ST UNIT 118<br>GRIMES, IA 50111-4735 | | Claim Number: 2527<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $551.50 | Scheduled: | $551.50 CONT | Allowed: | $551.50 |
| EDDON, HENRY<br>30-07 HEYWOOD AVE<br>FAIR LAWN, NJ 07410 | | Claim Number: 3025<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,060.00 | | | | | |
| EDGECOMBE COUNTY<br>ATTN LISA WARREN, TAX ASSISTANT<br>P.O. BOX 10<br>TARBORO, NC 27886 | | Claim Number: 2484<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $832.22 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| EDI INTEGRATION CORPORATION<br>20299 ERIN POND RD E<br>SEMINOLE, AL 36574-2734 | | Claim Number: 1663<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| UNSECURED | Claimed: | $6,821.35 | Scheduled: | $482.03 | |
| EDITH M. WILMOTH TRUST<br>EDITH M. WILMOTH TTEE<br>16585 BORDEAUX LN.<br>HUNTINGTON BEACH, CA 92649 | | Claim Number: 7690<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,286.00 | | | |
| EDWARD J LACOSTE<br>5800 VICKSBURG ST<br>NEW ORLEANS, LA 701242841 | | Claim Number: 2986<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $700.00<br>$500.00<br>$200.00<br>$700.00 | Scheduled: | $425.00  CONT | |
| EDWARDS APPRAISAL SERVICE<br>PO BOX 826<br>AHOSKIE, NC 27910 | | Claim Number: 9899<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $1,600.00 | | | |
| EDWARDS APPRAISAL SERVICES, LLC<br>LINDA G EDWARDS<br>1101 E REDBUD DR<br>KNOXVILLE, TN 37920 | | Claim Number: 518<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,450.00 | | Allowed: | $2,450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

EDWARDS, BERNARD
224 STONINGTON DRIVE
MARTINEZ, GA 30907

Claim Number: 7753
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

EDWARDS, ESTER
CMR 450 BOX 592
APO, AE 09705

Claim Number: 6379
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,561.00 |
|---|---|---|

EDWARDS, MERYL
224 STONINGTON DRIVE
MARTINEZ, GA 30907

Claim Number: 9277
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

EDWARDS, OMAR R.
22 MANCHESTER BLVD
WHEATLEY HEIGHTS, NY 11798

Claim Number: 8171
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $1,184.62  CONT | Allowed: | $1,184.62 |
|---|---|---|---|---|---|---|

EDWARDS, RALPH
8814 FARGO RD # 115
RICHMOND, VA 23229

Claim Number: 10
Claim Date: 08/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611

| UNSECURED | Claimed: | $2,280.00 | Scheduled: | $650.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

EDWARDS, RICHARD LEWIS TTEE
730 PRINCESS CT
NIPOMO, CA 93444

Claim Number: 3673
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,255.00 | | |
|---|---|---|---|---|

EFIRD CORPORATION OF NC, THE
ATTN TAMMY L GARLOCK, VP
528 EAST BLVD
CHARLOTTE, NC 28203

Claim Number: 7857
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |
|---|---|---|---|---|

EGAN, MIRIAM
34 CHESTER HILL RD
WARWICK, NY 10990

Claim Number: 5504
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $220.00 | | |
|---|---|---|---|---|

EGGLESTON CHARITABLE BENEVELANT TR.
ATTN RICHARD D EGGLESTON, TRUSTEE
1512 W MURDOCK
WICHITA, KS 67203

Claim Number: 4420
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $9,541.08 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

EGGLESTON, DAVID B.
236 S. POINSETTA TER.
CRYSTAL RIVER, FL 34429-8127

Claim Number: 5273
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,710.00 | | |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EGGLESTON, RICHARD D<br>1512 W. MURDOCK<br>WICHITA, KS 67203 | | Claim Number: 4417<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $30,000.00<br>$0.00 | | | | | |
| EGIX INC<br>POB 2306<br>INDIANAPOLIS, IN 46206-2306 | | Claim Number: 6463<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $12,000.00 | | | | | |
| EGLINTON, GARY S (SCOTT)<br>2887 S GREENLEAF CIR<br>BOYNTON BEACH, FL 33426 | | Claim Number: 7847<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,144.62 CONT | Allowed: | | $923.08 |
| EHED, LLC<br>GLENN ZAGOREN<br>79 BRIDGE ST<br>BROOKLYN, NY 11201 | | Claim Number: 1717<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | | |
| EHOUSING PLUS<br>2685 EXECUTIVE PARK DR, STE 8<br>WESTON, FL 33331 | | Claim Number: 3204<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $230.00 | Scheduled: | $450.00 | Allowed: | | $230.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| EICHLER, GEORGE R., TTEE<br>2640 GRACIE LONE<br>MACUNGIE, PA 18062-9504 | Claim Number: 3438<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,040.18 | | | |
| UNSECURED | Claimed: | $9,040.18 | | | |
| TOTAL | Claimed: | $9,040.18 | | | |
| EICHSTADT, HAROLD J AND MARCELLA M<br>TRUSTEES EICHSTADT REVOCABLE TRUST<br>1820 VINLAND ROAD<br>OSHKOSH, WI 54901-2245 | Claim Number: 6679<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $64,870.00 | | | |
| EIDSON, WILLIAM<br>219 NORSAM DR<br>LANGHORNE MANOR, PA 19047 | Claim Number: 8518<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7407 (05/19/2009) | | | | |
| PRIORITY | Claimed: | $9,388.92 | | Allowed: | $750.00 |
| UNSECURED | Claimed: | $1,083.34 | Scheduled: | $345.00  CONT | |
| EIDSON, WILLIAM B<br>219 NORSAM DR<br>LANGHORNE MANOR, PA 19047 | Claim Number: 8517<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $9,388.92 | | | |
| UNSECURED | Claimed: | $1,083.34 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| EIERMAN, GENAMARIE/WILLIAM<br>31525 JEDEDIAH SMITH RD<br>TEMECULA, CA 92592 | | Claim Number: 6461<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $8,745.50 |
| EIERMAN, WILLIAM/GENAMARIE<br>31525 JEDEDIAH SMITH ROAD<br>TEMECULA, CA 92592 | | Claim Number: 6462<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,508.00 |
| EILERS, ANITA I.<br>13101 SOUTHAMPTON DRIVE<br>BONITA SPRINGS, FL 34135 | | Claim Number: 6398<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $29,838.99 |
| EININGER, EVAN<br>24 GREENWOODS ROAD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 8294<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $6,975.76<br>$6,975.76<br>$6,975.76 |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 566<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $650.00 |

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 567
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $231.90 |
|---|---|---|

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 568
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $55,716.68 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 569
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $295,176.88 |
|---|---|---|

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 643
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
|---|---|---|---|---|

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

Claim Number: 644
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $68.35 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 645-01<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,786.45 CONT<br>$281,429.27 CONT | Allowed: | $10,950.00 |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 645-02<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $282,431.53 | | | |
| EININGER, MITCHELL<br>26 GREENWOODS RD<br>OLD TAPPAN, NJ 07675 | | Claim Number: 646<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8582 (02/17/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $66,666.68 | | | Allowed: | $66,666.68 |
| EISELE, GARY<br>281 ELMORE AVE APT 2<br>EAST MEADOW, NY 11554 | | Claim Number: 6933<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | |
| PRIORITY | Claimed: | $696.30 | Scheduled: | $696.30 CONT | Allowed: | $696.30 |
| EISELE, GARY B.<br>281 ELMORE AVE # 2<br>EAST MEADOW, NY 11554-2816 | | Claim Number: 117<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $928.20<br>$4,873.05 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EISENHAUER, JAMES R. & MARYELLEN C.<br>TTE JR & MC EISENHAUER<br>FAM TR UAD 10/15/01<br>2085 ST. GEORGE WY.<br>CARSON CITY, NV 89703-4559 | | Claim Number: 5418<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $11,093.90 | | | | | |
| EISSMAN, MARK A.<br>16842 HICKORY CREST DR<br>WILDWOOD, MO 63011 | | Claim Number: 9560<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $346.15 CONT | | | |
| EITEL, DOUGLAS R.<br>RBC DAIN RAUSCHER<br>SHREWSBURY EXECUTIVE CENTER<br>1040 BROAD STREET<br>SHREWSBURY, NJ 07702 | | Claim Number: 7341<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,606.50 | | | | | |
| EITSERT, LINDA M<br>5208 COVENTRY LN<br>FORT WAYNE, IN 468047164 | | Claim Number: 8434<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $728.92 | Scheduled: | $728.92 CONT | Allowed: | $728.92 |
| EJ APPRAISAL SERVICE INC.<br>ATTN EDWARD JACHIMIAK<br>PO BOX 546<br>MISHAWAKA, IN 46546 | | Claim Number: 636<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKAS, EDWARD D.<br>153 NORMAN DR<br>CRANBERRY TWP, PA 16066-4231 | | Claim Number: 9167<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| EL AD US HOLDING, INC<br>ATTN SHEANA A ORBIT, SECRETARY<br>575 MADISON AVENUE<br>22ND FLR.<br>NEW YORK, NY 10022 | | Claim Number: 8395<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $1,315,103.86   UNLIQ | | | | | |
| EL MEXICANO NEWSPAPER<br>ATN FERNANDO ZAPARI<br>2301 FAIRFIELD AVE<br>STE 102<br>FORT WAYNE, IN 46807 | | Claim Number: 2065<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $420.00 | Scheduled: | $300.00 | Allowed: | $420.00 | |
| EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007 | | Claim Number: 1838<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $1,100.00<br>$266.00 | | | | | |
| ELBAZ, MYRA BELLA<br>2576 BROOKWOOD RD<br>COLUMBUS, OH 43209 | | Claim Number: 3147<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ELCOCK, NATASHA L
3665 SE 3RD STREET
GRESHAM, OR 97080

Claim Number: 1962
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $734.38 | Scheduled: | $734.38 CONT | Allowed: | $734.38 |

ELDER, RICHARD W.
2013 SE KILMALLIN CT
PORT SAINT LUCIE, FL 34952

Claim Number: 5619
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

ELDER, RICHARD W.
2013 SE KILMALLIN CT
PORT SAINT LUCIE, FL 34952

Claim Number: 5620
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

ELDER-HILL, ADELE K.
2620 NATALIE DR
PLANO, TX 75074

Claim Number: 251
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 8321 (11/19/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $11,156.25 | | Allowed: | $7,786.51 |

ELECT APPRAISALS, INC.
ATTN NATALIE BARTON, ACCOUNTING
P.O. BOX 7054
LAKELAND, FL 33807

Claim Number: 5378
Claim Date: 12/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | | Allowed: | $1,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ELECTRONIC BUSINESS MACHINES
802 134TH ST SW #170
EVERETT, WA 98204

Claim Number: 2132
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,574.54 | Scheduled: | $2,574.54 | Allowed: | $2,574.54 |
|---|---|---|---|---|---|---|

ELER, GARY L.
P.O. BOX 774
HAYS, KS 67601

Claim Number: 3273
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $31,840.00 |
|---|---|---|

ELISBERG, STEVEN K. AND CYNTHIA A.
JT WROS
2049 SHILOH ST. SE.
SALEM, OR 97306-1064

Claim Number: 6941
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,205.00 |
|---|---|---|

ELISH, CHRISTINA
160 YORK DRIVE
NATRONA HEIGHTS, PA 15065

Claim Number: 1126
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $1,353.85 | Scheduled: | $4,396.08 CONT | Allowed: | $1,353.85 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $710.17 CONT | | |

ELITE APPRAISAL
ATTN DANIEL A. KLAWER, JR.
25000 AVE STANFORD, SUITE 111
VALENCIA, CA 91355

Claim Number: 1617
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $2,800.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ELITE APPRAISAL<br>ATTN PRESIDENT<br>25000 AVENUE STANFORD # 111<br>VALENCIA, CA 913551224 | | Claim Number: 2562<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,800.00 | | | | |
| ELITE APPRAISAL<br>25000 AVENUE STANFORD #111<br>VALENCIA, CA 913551224 | | Claim Number: 5067<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $2,450.00 | | | | |
| ELITE FIRE PROTECTION, INC.<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | | Claim Number: 1969<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5169 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $5,241.16 | | | | |
| ELITE FIRE PROTECTION, INC.<br>ATTN MICHAEL RICCUITI, PRESIDENT<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | | Claim Number: 2923<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $5,241.16 | Scheduled: | $5,241.16 | Allowed: | $5,241.16 |
| ELITE MEDIA WORKS<br>ATTN EDIE BARNETT<br>357 W 36TH ST<br>NEW YORK, NY 10018 | | Claim Number: 2171<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,253.71 | Scheduled: | $1,041.98 | Allowed: | $2,253.71 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ELKIN, DARCY J.
10626 GREEN MOUNTAIN CIRCLE
COLUMBIA, MD 21044

Claim Number: 1323
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,120.00 | Scheduled: | $2,240.00 CONT | Allowed: | $1,120.00 |
|---|---|---|---|---|---|---|

ELLINGHUYSEN, PAUL
12621 BOX DRIVE
HUDSON, FL 34667

Claim Number: 2391
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $280.00 | | | Allowed: | $280.00 |
|---|---|---|---|---|---|---|

ELLIOTT, RICHARD F. JR.
FMT CO CUST IRA ROLLOVER
FBO RICHARD F. ELLIOTT JR.
404 S. GRANVILLE ST.
EDENTON, NC 27932-1858

Claim Number: 3330
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

ELLIS, JANET L. TTEE
216 POPPY LN.
BENSENVILLE, IL 60106

Claim Number: 6227
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

ELLIS, NICOLE E
4901 BRADFORD PL
ROCKLIN, CA 95765

Claim Number: 6196
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,224.03 | Scheduled: | $2,708.64 CONT | Allowed: | $2,224.03 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ELLIS, NICOLE E<br>4901 BRADFORD PL<br>ROCKLIN, CA 95765 | | Claim Number: 6239<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT | | | |
| ELLIS, RENALDO<br>1513 SE DELAWARE AVE. # 2<br>ANKENY, IA 50021 | | Claim Number: 5041<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $14,106.60 | | | | | |
| ELLIS, TERESA<br>705 JUG BROOME RD<br>MONROE, NC 28112-7341 | | Claim Number: 2390<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $968.60 | Scheduled: | $968.80 CONT | Allowed: | $968.60 | |
| ELMORE COUNTY<br>ATTN WM M. HARPER, REV. COMMISSIONER<br>P.O. BOX 1147<br>WETUMPKA, AL 36092 | | Claim Number: 2531<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| ELMORE, BRIAN A.<br>66 CLARK STREET<br>DOWNSVILLE, NY 13755 | | Claim Number: 10379<br>Claim Date: 05/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $172,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ELMORE, BRIAN A.<br>66 CLARK STREET<br>DOWNSVILLE, NY 13755 | | Claim Number: 10398<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 4636 (06/13/2008) |
| UNSECURED | Claimed: | $172,000.00 |
| ELSNER, MARY<br>13 MEADOW LN<br>MERRILLVILLE, IN 46410-4773 | | Claim Number: 7300<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,046.03 |
| ELWELL, CASEY<br>940 TENNYSON LANE<br>VENTURA, CA 93003 | | Claim Number: 9603<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,849.44 |
| ELYNX.LTD<br>PO BOX 643292<br>CINCINNATI, OH 45264-3292 | | Claim Number: 6940<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $10,398.50        Scheduled:        $10,398.50        Allowed:        $10,398.50 |
| EMAGIC.COM, LLC<br>C/O ANTHONY J. CARONNA<br>PO BOX 488<br>MILWAUKEE, WI 53202 | | Claim Number: 10421<br>Claim Date: 06/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $68,008.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

EMANUEL, JAMES
82 KATE CIRCLE
MIDDLE ISLAND, NY 11953

Claim Number: 4638
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,160.58 | Scheduled: | $2,160.58 CONT | Allowed: | $2,160.58 |

EMBARQ FLORIDA, INC.
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 603
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,678.50 | Scheduled: | $9,161.59 | Allowed: | $1,678.50 |

EMBARQ MINNESOTA, INN.
ATTN MARY C HALL - BANKRUPTCY ANALYST
PO BOX 7971
SHAWNEE MISSION, KS 66207

Claim Number: 601
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $644.92 | | Allowed: | $644.92 |

EMBLEMAX
14504 LEE ROAD, SUITE F
CHANTILLY, VA 20151

Claim Number: 2491
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $279.80 | Scheduled: | $279.80 | Allowed: | $279.80 |

EMC COMPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 1082
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $232,195.90 |
| UNSECURED | Claimed: | $29,645.89 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1241<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
| PRIORITY | Claimed: | $212,761.31 | | | | |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10127-01<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10120 (08/09/2011) | | | | |
| UNSECURED | Claimed: | $29,645.89 | Scheduled: | $212,761.31 | Allowed: | $242,841.79 |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10127-02<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10120 (08/09/2011) | | | | |
| PRIORITY | Claimed: | $233,195.90 | | | Allowed: | $20,000.00 |
| EMC MORTGAGE<br>ATTN TRICIA TY<br>POST OFFICE BOX 293150<br>LEWISVILLE, TX 75029-3150 | | Claim Number: 1525<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 5463 (08/18/2008) | | | | |
| SECURED | Claimed: | $624,231.42 | | | | |
| EMC MORTGAGE CORPORATION<br>800 STATE HIGHWAY 121 BYP<br>LEWISVILLE, TX 750674180 | | Claim Number: 4609<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 5463 (08/18/2008) | | | | |
| SECURED | Claimed: | $3,060.18 | | | | |
| UNSECURED | Claimed: | $25,759.38 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| EMC MORTGAGE CORPORATION<br>ATTN SHANETTA ROLLINS<br>909 N. HIDDEN RIDGE<br>IRVING, TX 75039 | | Claim Number: 4610<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 5463 (08/18/2008) |
| SECURED | Claimed: | $3,259.60 |
| UNSECURED | Claimed: | $26,966.23 |
| EMC MORTGAGE CORPORATION<br>800 STATE HIGHWAY 121 BYP<br>LEWISVILLE, TX 750674180 | | Claim Number: 4611<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 5463 (08/18/2008) |
| SECURED | Claimed: | $2,875.94 |
| UNSECURED | Claimed: | $23,443.27 |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9023<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 9826 (03/10/2011) |
| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9024<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9826 (03/10/2011) |
| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9025<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9826 (03/10/2011) |
| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

EMERSON, MARCIA
6 PINE VALLEY LANE
AMARILLO, TX 79124

Claim Number: 9420
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,894.00 | | | | |

EMKE, LINDA
8408 STARSTRUCK
AVE
LAS VEGAS, NV 89143

Claim Number: 1967
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT | Allowed: | $923.08 |

EMMERT, GEORGE
UNIT 226
19855 SW TOUCHMARK WAY
BEND, OR 97702

Claim Number: 8883
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,082.00 |

EMMERT, VALERIE
19855 SW TOUCHMARK WAY UNIT 225
BEND, OR 97702-1961

Claim Number: 8882
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,240.00 |

EMPIRE CLEANING SERVICE
ATTN LILIA GONZALEZ, OWNER
6325 HIGHLAND COMMONS DR
CHARLOTTE, NC 28269

Claim Number: 2009
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $413.00 | Scheduled: | $413.00 | Allowed: | $413.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| EMPIRE HEALTHCHOICE ASSURANCE, INC.<br>DBA EMPIRE BLUE CROSS BLUE SHIELD<br>ATTN LOUIS BENZA, ESQ.<br>15 METRO TECH CENTERC 6TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 7911<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| EMPIRE HEALTHCHOICE ASSURANCE, INC.<br>ATTN: LOUIS L. BENZA, ESQ.<br>15 METRO TECH CENTER, 4TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 10844<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10195 (10/04/2011) |
| ADMINISTRATIVE          Claimed: | $120,000.00 |
| EMPLOYEES PROFIT SHARING PLAN & TRUST OF<br>EDISON CASKET COMPANY, THE<br>ATTN LEON KULESZA TTEE<br>21 CORAL STREET<br>EDISON, NJ 08837 | Claim Number: 5141<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED          Claimed: | $25,454.95 |
| EMPLOYMENT SECURITY DEPARTMENT<br>UI TAX AND WAGE ADMINISTRATION<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | Claim Number: 10031-01<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9028 (07/19/2010) |
| PRIORITY          Claimed: | $12,593.59 |
| EMPLOYMENT SECURITY DEPARTMENT<br>UI TAX AND WAGE ADMINISTRATION<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | Claim Number: 10031-02<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9028 (07/19/2010) |
| UNSECURED          Claimed: | $1,724.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ENDERBY, DEBORAH
10 RIDGEFIELD DR.
SHOREHAM, NY 11786

Claim Number: 7797
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 | Allowed: | $3,000.00 |

ENERGIZE YOUR SPACE
ATTN SUSAN OR GARY PENDERGRAF
5720 3RD AVE WEST
BRADENTON, FL 34209

Claim Number: 9807
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,450.00 |

ENG, YUEN SAU FREDA & YEE SHOU
27, WHITE HOUSE DRIVE
POQUOSON, VA 23662

Claim Number: 7818
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

ENGEL, WILLIAM
9736 ALCOTT ST
LOS ANGELES, CA 90035

Claim Number: 5692
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,746.45 |

ENGELLAND, ERIC
8830 NW PEACE AND QUIET WAY
SILVERDALE, WA 98383

Claim Number: 4459
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,137.50 | Scheduled: | $4,137.50  CONT |
| UNSECURED | Claimed: | $14,424.75 | | |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ENGINEERING INSPECTION SERVICS<br>ATTN MARVIN W. WARD, PRESIDENT<br>1616 BARRINGTON RD<br>COLUMBUS, OH 43221 | | Claim Number: 6919<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,100.00 | | | Allowed: | $1,100.00 |
| ENGLAND, MEGHAN<br>1240 N PLACENTIA AVE<br>FULLERTON, CA 92831 | | Claim Number: 6277<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $934.56 | Scheduled: | $934.56  CONT | Allowed: | $934.56 |
| ENGLAND, MEGHAN M.<br>1240 NORTH PLACENTIA AVE<br>FULLERTON, CA 92831 | | Claim Number: 1172<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $934.56 | | | | |
| ENGLEWOOD APPRAISAL SERVICES<br>15379 MILLBANK RD<br>KING GEORGE, VA 224852512 | | Claim Number: 3196<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $581.00 | | | Allowed: | $581.00 |
| ENGLISH, DAVID<br>6523 FURMAN BLVD<br>FT. MYERS, FL 33919 | | Claim Number: 9877<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,374.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ENGLISH, ODALIS M.<br>220 MALIBU CIRCLE<br>GREENACRES, FL 33413 | | Claim Number: 7631<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $495.42 | Scheduled: | $495.42  CONT | Allowed: | $495.42 |
| ENGSTROM AGENCY INC<br>PO BOX 1391<br>WATERTOWN, SD 57201 | | Claim Number: 2703<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| ENNIS, WARREN J (JOE)<br>14555 RIVER OAKS DRIVE<br>COLORADO SPRINGS, CO 80921 | | Claim Number: 3169<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $1,616.85 | | | | |
| ENTREKIN, CAROL<br>10176 PLUM ST.<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 9361<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,787.21 | | | | |
| ENVIRO-SHRED<br>1045 2ND AVE., NW<br>HICKORY, NC 28601 | | Claim Number: 6208<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 | Allowed: | $80.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ENVIRONMENT CONTROL<br>ATTN L R INGRAM<br>PO BOX 43515<br>TUCSON, AZ 85733 | | Claim Number: 9274<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $240.48 | | | | | |
| ENVIROPEST<br>ATTN VERNON L. SKELTON<br>PO BOX 7452<br>SPRINGDALE, AR 72766 | | Claim Number: 2836<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $65.40 | | | | Allowed: | $65.40 |
| ENYART, DAVID S.<br>712 HUNTINGTON CIR<br>GREENVILLE, SC 29607 | | Claim Number: 3904<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $6,000.00 | | | | | |
| ENYEART, SARA E<br>PO BOX 265<br>CADILLAC, MI 49601-0265 | | Claim Number: 2039<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $924.00 | Scheduled: | $924.00  CONT | | Allowed: | $924.00 |
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | | Claim Number: 8332<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $65.95 | Scheduled: | $68.00 | | Allowed: | $65.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8336<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $35.00 | | | Allowed: | $35.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8337<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $126.85 | Scheduled: | $126.75 | Allowed: | $126.85 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8338<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $31.90 | | | Allowed: | $31.90 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8339<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 | Allowed: | $15.95 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | Claim Number: 8340<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 | Allowed: | $15.95 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | | Claim Number: 8341<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $22.95 | | | Allowed: | $22.95 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EOI DIRECT, LLC<br>ATTN JENNIFER ALLEN, ACCOUNTING<br>1880 JUDITH LN STE 220<br>BOISE, ID 83705-3138 | | Claim Number: 8343<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $22.95 | Scheduled: | $22.95 | Allowed: | $22.95 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EQUIFAX<br>ATTN: ALTHEA BARNES, ACCTS RECEIVABLE<br>1100 ABERNATHY ROAD SUITE 300<br>MAIL DROP 52D<br>ATLANTA, GA 30328 | | Claim Number: 5407<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8662 (03/08/2010) |

| UNSECURED | Claimed: | $447,995.19 | | | Allowed: | $447,995.19 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EQUINY FINANCIAL GROUP, INC<br>ATTN ANNABELLE COOPER, VICE PRESIDENT<br>9240 SW 72ND ST<br>SUITE 100<br>MIAMI, FL 33173 | | Claim Number: 2989<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |

| SECURED | Claimed: | $1,596.27 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EQUITY APPRAISERS INC<br>ATTN TIMM G DELEHANTY, OWNER<br>9121 NORTH MILITARY TRAIL<br>SUITE 214<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 3192<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $1,197.00 | | | Allowed: | $1,197.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

EQUITY ONE, INC.
LAW OFFICES OF RICHARD S. COHEN, LLC
1806 OLD OKEECHOBEE ROAD
WEST PALM BEACH, FL 33401

Claim Number: 8800
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $42,928.08 | Allowed: | $42,928.08 |
|---|---|---|---|---|

ERGINER, ERK
2307 KAYWOOD LANE
WINSTON SALEM, NC 27103

Claim Number: 3503
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $3,424.00 |
|---|---|---|

ERICKA HEIDRICK PHOTOGRAPHY
ERICKA HEIDRICK
7726 SE 17TH AVE.
PORTLAND, OR 97202

Claim Number: 1582
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $1,100.00 |
|---|---|---|

ERICKA HEIDRICK PHOTOGRAPHY
ERICKA HEIDRICK
7726 SE 17TH AVE.
PORTLAND, OR 97202

Claim Number: 4812
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

ERICKSON, STANLEY & PAULA, JTWROS
1880 O'BRIAN AVE DEPT C
CLARION, IA 50525

Claim Number: 4434
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,010.34 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| ERNST, JOSEPH<br>1616 TARTAN WAY<br>LOUISVILLE, KY 40205-2474 | | Claim Number: 4120<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $33,956.00 |
| ERNST, SONIA<br>1616 TARTAN WAY<br>LOUISVILLE, KY 40205-2474 | | Claim Number: 4121<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,801.00 |
| ERSEK, ANDREW L., EXECUTOR<br>EST. CLARA VAGO<br>2284 N. GLASSELL ST # B<br>ORANGE, CA 92865-2743 | | Claim Number: 4813<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,490.00 |
| ERSKINE, EDWIN M. JR.<br>1889 BELLE ISLAND RD.<br>RICHMOND HILL, GA 31324 | | Claim Number: 4484<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $21,104.00 |
| ERWINSKI, JAMES<br>11 KETAY DRIVE NORTH<br>E NORTHPORT, NY 11731 | | Claim Number: 9466<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ERWINSKI, JEANNE<br>11 KETAY DRIVE NORTH<br>E NORTHPORT, NY 11731 | | Claim Number: 9465<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | | |
| ESCOBEDO, GERMAN<br>56 11 212TH ST<br>BAYSIDE, NY 11362 | | Claim Number: 910<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,830.77 | Scheduled: | $4,020.52 CONT | Allowed: | $1,830.77 |
| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | | Claim Number: 393<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $1,620.00 | | | | | |
| ESCORCIA, JUSTIN<br>829 HERBERT COURT<br>UNIONDALE, NY 11553 | | Claim Number: 8176<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $1,620.00 | | | | | |
| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | | Claim Number: 8177<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,620.00 | | | Allowed: | $1,620.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESKRIDGE, JOHN A & THOMASA L, JT TEN<br>227 W LOSEY ST<br>GALESBURG, IL 61401 | | Claim Number: 7832<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $7,262.90 | | | | | |
| ESPANOL, IAN<br>1 CONCORD RD<br>SHIRLEY, NY 11967 | | Claim Number: 365<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31  CONT | Allowed: | $2,692.31 | |
| ESPOSITO, IRENE<br>22 TURNBERRY COURT<br>MONROE, NY 10950 | | Claim Number: 5866<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,709.62 | Scheduled: | $1,709.62  CONT | Allowed: | $1,709.62 | |
| ESROCK, SANDRA E.<br>14233 WOODSMILL COVE<br>CHESTERFIELD, MO 63017 | | Claim Number: 7414<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| ESSER, RICHARD<br>725 APPALOOSA DRIVE<br>WALNUT CREEK, CA 94596 | | Claim Number: 5797<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| ESSER, RICHARD<br>725 APPALOOSA DRIVE<br>WALNUT CREEK, CA 94596 | | Claim Number: 5805<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| ESSIG, LYNNE P.<br>#2 LAKE PINEHURST VILLA'S<br>PINEHURST, NC 28374 | | Claim Number: 3923<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,050.00 |
| ESSIG, RICHARD J.<br>#2 LAKE PINEHURST VILLA'S<br>PINEHURST, NC 28374 | | Claim Number: 3922<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,500.00 |
| ESTATE APPRAISERS INC.<br>420 WESTMINSTER RD<br>REISTERSTOWN, MD 211364613 | | Claim Number: 2490<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $1,000.00 | Allowed: | $1,000.00 |
| ESTURO, PAULA L<br>2495 BELTAGH AVE<br>BELLMORE, NY 11710 | | Claim Number: 9394<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $1,630.55 | Scheduled: | $1,630.55 CONT |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

ETZEL, CAROL K.
510 N. 7TH ST.
FORT DODGE, IA 50501

Claim Number: 4765
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $6,956.98 | | | | | |

ETZEL, JOHN M.
510 N. 7TH STREET
FT. DODGE, IA 50501

Claim Number: 4764
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $3,388.00 | | | | | |

EULER, ALISA N
51 KRAEMER ST
HICKSVILLE, NY 11801

Claim Number: 6661
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,487.50 | Scheduled: | $1,487.50 CONT | Allowed: | $1,487.50 |

EVALEE J MILES IRA
363 ILIMALIA LP
KAILUA, HI 96734

Claim Number: 3513
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $570.00 | | | | | |

EVANICHKO, MOLLIE
6227 GLENCAIRN CIR
GALLOWAY, OH 43119

Claim Number: 224
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,593.60 | Scheduled: | $1,593.60 CONT | Allowed: | $1,593.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| EVANICHKO, MOLLIE<br>6227 GLENCAIRN CIR<br>GALLOWAY, OH 43119 | | Claim Number: 501<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |

| PRIORITY | Claimed: | $796.80 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EVANS, JOSEPH C.<br>1412 HUNTER ROAD<br>FRANKLIN, TN 37064-4502 | | Claim Number: 8267<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $38,647.95 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EVANS, LEIGH A<br>2716 WEST CHESTER<br>ROAD<br>DOWNINGTOWN, PA 19335 | | Claim Number: 5073<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $307.69 | Scheduled: | $307.69  CONT | Allowed: | $307.69 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EVANS, LORETTE<br>2070 ALPINE DR<br>WEST LINN, OR 97068 | | Claim Number: 1876<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $1,699.50 | Scheduled: | $1,699.50  CONT | Allowed: | $1,699.50 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EVANS, MICHELE S.<br>2332 PRESLEY COURT<br>SPRING HILL, FL 34608 | | Claim Number: 5648<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $12,715.00 | | | | | |
|---|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| EVANS, WALLACE B.<br>P.O. BOX 177<br>EDENTON, NC 27932-0173 | | Claim Number: 3838<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| EVELAND, WILLIAM P.<br>1918 DOLPHIN BLVD.<br>ST. PETERSBURG, FL 33707 | | Claim Number: 5039<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,634.95 | | |
| UNSECURED | Claimed: | $2,634.95 | | |
| TOTAL | Claimed: | $2,634.95 | | |

---

| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | | Claim Number: 2113-01<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |

---

| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | | Claim Number: 2113-02<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8815 (04/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,050.00 | | |

---

| EVERGLADES DIRECT INC. CT. NEIL<br>720 INTERNATIONAL PARKWAY<br>SUNRISE, FL 33325 | | Claim Number: 1807<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,463.67 | Allowed: | $1,463.67 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| EVERGREEN MANAGEMENT SVCS<br>ATTN SHANNA BROWN, A/R<br>PO BOX 346<br>WAUNA, WA 98395 | | Claim Number: 6188<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |

| EVERSULL, ROBERT E. & LOUISE A.<br>37 SNOWFLAKE LN<br>ELIZABETHTOWN, KY 42701-8363 | | Claim Number: 7281<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,480.86 | | | | |

| EWALD, GRANT C<br>14 MAGERUS ST.<br>SOUTH HUNTINGTON, NY 11746 | | Claim Number: 2314<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $646.15 | Scheduled: | $1,292.31 CONT | Allowed: | $646.15 |

| EWING, JOHN R.<br>32 FAYETTE ST.<br>OAKDALE, PA 15071-1274 | | Claim Number: 5028<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

| EXCEL SECURITY SYSTEMS<br>2740 HUDSON AVENUE<br>ATTN KIM HOFFMAN, OWNER<br>CORONA, CA 92881 | | Claim Number: 7632<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,510.00 | Scheduled: | $3,510.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| EXECUTIVE MANAGEMENT ALTERNATIVE CONSULTING GROUP, INC 142 W LAKEVIEW AVE SUITE 2000   ATTN JAMES MCGRATH, PRES. LAKE MARY, FL 32746 | | Claim Number: 2341 Claim Date: 11/16/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| EXPERIAN INFORMATION SOLUTIONS, INC. C/O JOSEPH D. FRANK FRANK/GEDKER LLP 325 NORTH LASALLE STREET, SUITE 625 CHICAGO, IL 60610 | | Claim Number: 8773 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED |
| UNSECURED | Claimed: | $43,430.83 |
| EXPRESS APPRAISAL SERVICES 42916 CEDAR RIDGE BLVD CHANTILLY, VA 201526372 | | Claim Number: 8811 Claim Date: 01/11/2008 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $1,175.00 |
| EXPRESS PERSONNEL SERVICES ATTN JAY OLSON, PRESIDENT 3709 BROOKS ST MISSOULA, MT 59801 | | Claim Number: 82 Claim Date: 08/27/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $4,525.68 |
| EXPRESS PERSONNEL SERVICES ATTN JAY OLSON, PRESIDENT 3709 BROOKS ST MISSOULA, MT 59801 | | Claim Number: 2831 Claim Date: 11/20/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $4,525.68 | Allowed: | $4,525.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

EZBIANSKI, RICHARD J
12 NOMAHEGAN CT
CRANFORD, NJ 07016

Claim Number: 4548
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,561.97 | | | | | |

EZEE TRADE
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND, 2232
NSW AUSTRALIA

Claim Number: 7743
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | | | | | |

F & R LANDSCAPING, INC.
ATTN RONALD LIOTTO, PRES
55 WILSHIRE COURT
NORTH BABYLON, NY 11703

Claim Number: 2358
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,972.53 | Scheduled: | $19,972.53 | Allowed: | $19,972.53 |

FABEN, CERALD A.
706 HECTOR ST
ITHACA, NY 14850

Claim Number: 8124
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,771.00 | | | | | |

FABIANICH, ANDREA
10305 SEDGE GRASS WAY
HIGHLANDS RANCH, CO 80129

Claim Number: 10246
Claim Date: 04/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $48,000.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| FADER, GAYLE<br>6963 BROOK MILL ROAD<br>BALTIMORE, MD 21215 | | Claim Number: 3104<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | | | Scheduled: | $383.25 CONT | | |
| UNSECURED | Claimed: | $383.25 | | | Allowed: | $383.25 |
| FADIO, THOMAS M. & KYOTO T.<br>2085 ALA WAI BLVD APT 32<br>HONOLULU, HI 96815 | | Claim Number: 7048<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,288.90 | | | | |
| FAGAN, JOSEPH J.<br>2434 GOLDEN OAKS DR.<br>GARLAND, TX 75044 | | Claim Number: 9924<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $13,140.00 | | | | |
| FAIR, SUSAN I.<br>136 GARDEN LN<br>MOUNT JOY, PA 17552 | | Claim Number: 1193<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $665.66 | Scheduled: | $665.66 CONT | Allowed: | $665.66 |
| FAIRBANK, BERNARD G.<br>8700 RIDGEWOOD AVE APT B206<br>CAPE CANAVERAL, FL 32920 | | Claim Number: 3562<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $16,500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 608<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $435.11 | | | |
| SECURED | Claimed: | $360.85 | | | |
| UNSECURED | Claimed: | $3,096.70 | | | |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6046<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | |
| PRIORITY | Claimed: | $20,085.20 | Scheduled: | $14,069.88  DISP CONT | |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6047-01<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $435.11 | | Allowed: | $435.11 |
| SECURED | Claimed: | $360.85 | | Allowed: | $360.85 |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6047-02<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $3,096.70 | | Allowed: | $3,096.70 |
| FAIRLESS CREDIT UNION<br>1900 SOUTH PENNSYLVANIA<br>ATTN: JOANN GLASSON<br>MORRISVILLE, PA 19067 | | Claim Number: 2672<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| SECURED | Claimed: | $586,956.91 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

FAIRMONT HOTEL, THE
ATTN R. BERGMAN
4500 MACARTHUR BLVD
NEWPORT BEACH, CA 92660

Claim Number: 1653
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,559.80 | Scheduled: | $1,778.70 | Allowed: | $1,559.80 |

FALCO, DESERIE
6 SELDEN RD
MASTIC BEACH, NY 11951

Claim Number: 3693
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,064.00 | Scheduled: | $1,064.00  CONT | Allowed: | $1,064.00 |

FALLICK, LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

Claim Number: 5372
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,927.03 |

FALLICK, SYRIL & LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

Claim Number: 5371
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,927.57 |

FALLON, DAVID M
63 LAKEVIEW DRIVE
HAMBURG, NJ 07419

Claim Number: 10296
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10281 (12/14/2011)

| UNSECURED | Claimed: | $591.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FALLS, ALBERT H.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | | Claim Number: 10837<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| SECURED | Claimed: | $37,057.27 |
| FALLS, KAYE G.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | | Claim Number: 10838<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| SECURED | Claimed: | $30,978.81 |
| FALVEY, SHEILA<br>48 CLONKEEN<br>RATOATH<br>CO. MEATH,<br>IRELAND | | Claim Number: 7096<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,077.95 |
| FALVO, DIANNE L., TTEE<br>THE TAYLOR LIVING TRUST<br>U/A DTD 4/23/2002<br>8801 SW HOPWOOD AVE<br>INDIANTOWN, FL 34956-4241 | | Claim Number: 7078<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FAMILY TREE APPRAISAL CENTER<br>ATTN SHANE E SOMERS, PRESIDENT<br>PO BOX 843<br>STATESVILLE, NC 28687 | | Claim Number: 7029<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| UNSECURED | Claimed: | $975.00 | Allowed: | $975.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| FANN, SARA<br>48545 BERNICE AVE<br>SOLDOTNA, AK 99669 | | Claim Number: 6356<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FARLAND, CRAIG M.<br>3634 PLAYERS CLUB DR<br>SOUTHPORT, NC 28461 | | Claim Number: 10822<br>Claim Date: 12/09/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10614 (10/15/2012) |
| UNSECURED | Claimed: | $8,683.76 |
| FARLEY, KAREN L<br>13287 TROPIC EQRET DR<br>JACKSONVILLE, FL 32224 | | Claim Number: 9766<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FARMER, DAVID R. & CARRIE L., JT WROS<br>3105 WATERWORKS RD<br>DANVILLE, KY 40422-9365 | | Claim Number: 7349<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FARMERS BROTHERS COFFEE<br>ATTN KATHI PASEWALK, AR MANAGER<br>P.O. BOX 2959<br>TORRANCE, CA 90509-2959 | | Claim Number: 4825<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $136.78 | Scheduled: | $136.78 | Allowed: | $136.78 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FARMERS INS. AGENCY
C/O JOHN ANDA
950 N. ELMHURST RD. STE 101
MT. PROSPECT, IL 60056

Claim Number: 10755
Claim Date: 01/08/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9552 (12/13/2010)

| UNSECURED | Claimed: | $1,000.00 | Allowed: | $1,000.00 |

---

FARMERS INSURANCE COMPANY, INC.
ATTN: JERRI L. SOLOMON, ESQ.
4680 WILSIRE BLVD.
LOS ANGELES, CA 90010

Claim Number: 8675
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $0.00  UNDET |

---

FARMERS INSURANCE COMPANY, INC.
ATTN JERRI L SOLOMON, ESQ
4680 WILSHIRE BLVD
LOS ANGELES, CA 90010

Claim Number: 8858
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

FARMERS INSURANCE COMPANY, INC.
ATTN JERRI L. SOLOMON, ESQ.
4680 WILSHIRE BLVD.
LOS ANGELES, CA 90010

Claim Number: 8914
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 10208 (10/07/2011)

| UNSECURED | Claimed: | $0.00  UNDET |

---

FARNAN, WILLIAM P
176
5500 MILITARY TRL STE 22
JUPITER, FL 334582871

Claim Number: 3940
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| PRIORITY | Claimed: | $3,180.00 |

---

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FARR, BURKE, GAMBACORTA & WRIGHT, PC
PO BOX 5375
PRINCETON, NJ 085435375

Claim Number: 7570
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

---

| UNSECURED | Claimed: | $6,060.51 | Allowed: | $6,060.51 |
|---|---|---|---|---|

FARR, MACK
1019 TYLER ST
HERNDON, VA 20170

Claim Number: 3772
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

---

| SECURED | Claimed: | $971.80 | | |
|---|---|---|---|---|

FARRA, HOWARD L.
41518 N. RAVINE DRIVE
ZION, IL 60099

Claim Number: 6057
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FARRELL FRITZ, P.C.
ATTN TED A. BERKOWITZ, ESQ., PARTNER
1320 REXCORP PLAZA
UNIONDALE, NY 11556

Claim Number: 8669
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

---

| UNSECURED | Claimed: | $1,904.20 | Allowed: | $1,904.20 |
|---|---|---|---|---|

FARRELL, BEULAH M.
PO BOX 738
LARIMORE, ND 58251

Claim Number: 4143
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

---

| UNSECURED | Claimed: | $25,964.95 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| FAST APPRAISAL<br>2950 SANDALWOOD CT<br>EL CENTRO, CA 922433694 | | Claim Number: 3725<br>Claim Date: 11/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| FAST APPRAISAL SERVICES<br>7310 E PASEO TAMPICO<br>ANAHEIM, CA 92808 | | Claim Number: 9964<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | | | |
| FASTGROUND<br>373 S SCHMALE RD STE 204<br>CAROL STREAM, IL 601882733 | | Claim Number: 4335<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $3,383.09 | Scheduled: | $3,383.09 | | |
| FATEMI, FARAMARZ S.<br>27 CHESTNUT PL.<br>HO HO KUS, NJ 07423 | | Claim Number: 9127<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,865.93 | | | | |
| FAUBION, LINDA S.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | | Claim Number: 7242<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $40,221.94 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| FAUBION, THOMAS W.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | | Claim Number: 7243<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,823.95 |
| FAUST, BETTY JO<br>501 E ROSE ST<br>JACKSON, AL 36545 | | Claim Number: 8699<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,808.83 |
| FAWCETT, BRAD D.<br>1901 HYDE PARK STREET<br>SUITE C<br>SARASOTA, FL 34239-3619 | | Claim Number: 10940<br>Claim Date: 05/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
| UNSECURED | Claimed: | $5,954.86 |
| FAZIO, KEITH<br>1937 MELVOR LN<br>WINCHESTER, VA 22601 | | Claim Number: 7001<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,133.23 |
| FAZIO, WILLIAM<br>2764 SHAUGHNESSY DR<br>WELLINGTON, FL 33414 | | Claim Number: 6979-01<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,450.00 | Scheduled:<br>Scheduled: | $10,450.00  CONT<br>$2,050.00  CONT | Allowed: | $10,450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FAZIO, WILLIAM
2764 SHAUGHNESSY DR
WELLINGTON, FL 33414

Claim Number: 6979-02
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,050.00 | Allowed: | $2,050.00 |
|---|---|---|---|---|

FBC MORTGAGE, LLC
189 S ORANGE AVE STE 970
ORLANDO, FL 328013264

Claim Number: 1539
Claim Date: 10/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| PRIORITY | Claimed: | $1,054.00 |
|---|---|---|

FDIC AS CONSERVATOR FOR INDYMAC FED BANK
TRANSFEROR: INDYMAC BANK, F.S.B.
ATTN: SUNNY K HUR LITIGATION COUNSEL
3465 FOOTHILL BLVD
PASADENA, CA 91107

Claim Number: 8677
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 9993 (05/09/2011)

| UNSECURED | Claimed: | $8,431,758.00 |
|---|---|---|

FEATHER PUBLISHING CO., INC.
ATTN SANDY CONDOR - OFFICE MANAGER
PO BOX B
QUINCY, CA 95971

Claim Number: 2744
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,407.66 | Allowed: | $3,407.66 |
|---|---|---|---|---|

FEDERAL HOME LOAN MORTGAGE CORPORATION
GEORGE KIELMAN
ASSOCIATE GENERAL COUNSEL
8200 JONES BRANCH DRIVE - MS 202
MC LEAN, VA 22102

Claim Number: 8448
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 8299 (11/13/2009)

| UNSECURED | Claimed: | $110,188.00   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HOUSING & URBAN DEV. OFFICE OF THE REGIONAL COUNSEL, REG. III 100 PENN SQUARE EAST - WANAMAKER BLDG. PHILADELPHIA, PA 19107 | Claim Number: 9889 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10786 (03/06/2013) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $2,266,563.09   UNDET | |

| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HOUSING & URBAN DEV. OFFICE OF THE REGIONAL COUNSEL, REG. III 100 PENN SQUARE EAST - WANAMAKER BLDG. PHILADELPHIA, PA 19107 | Claim Number: 9890 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 10786 (03/06/2013) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $1,805,017.90   UNDET | |

| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HUD MS. MARY A. SCHMERGEL, ESQ. 1100 L ST., NW, ROOM 10002 WASHINGTON, DC 20005 | Claim Number: 10931 Claim Date: 05/10/2012 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10786 (03/06/2013) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,839.75 | |
| UNSECURED | Claimed: | $1,076,622.34 | Allowed: | $824,437.00 |

| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HUD MS. MARY A. SCHMERGEL, ESQ. 1100 L ST., NW, ROOM 10002 WASHINGTON, DC 20005 | Claim Number: 10932 Claim Date: 05/10/2012 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10786 (03/06/2013) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $122,554.07 | |
| UNSECURED | Claimed: | $2,310,139.75 | Allowed: | $1,975,563.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G<br>MEMPHIS, TN 38116 | | Claim Number: 1249<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,951.83 | | | | Allowed: | $4,951.83 |
| FEE, EILEEN<br>61 MOFFITT BLVD<br>ISLIP, NY 11751 | | Claim Number: 867<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,009.62 | Scheduled: | $1,009.50 CONT | | Allowed: | $1,009.62 |
| FEEHAN, JOAN E.<br>7400 ESTERO BLVD #112<br>FORT MYERS BEACH, FL 33931-4773 | | Claim Number: 9519<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,679.76 | | | | | |
| FEIBEL, EDGAR L.<br>2801 N.E. 183RD ST., APT. 1002<br>AVENTURA, FL 33160 | | Claim Number: 5155<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $23,874.00 | | | | | |
| FEIBEL, EDGAR L.<br>2801 N.E. 183RD ST., APT. 1002<br>AVENTURA, FL 33160 | | Claim Number: 5156<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,225.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FEIBEL, VERA<br>2801 NE 183RD ST. APT# 1002<br>AVENTURA, FL 33160 | | Claim Number: 4888<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,290.00 |
| FEIN, SUCH, KAHN & SHEPARD, PC<br>VINCENT DIMAIOLO, JR., ESQ.<br>7 CENTURY DR<br>STE 201<br>PARSIPPANY, NJ 07054 | | Claim Number: 1927<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $2,358.57 |
| FEINBERG, EUNICE M.<br>14850 E. GRANDVIEW DR.<br>UNIT 240<br>FOUNTAIN HILLS, AZ 85268 | | Claim Number: 5165<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,165.00 |
| FEINSTEIN, FRED<br>IRA E*TRADE CUSTODIAN<br>193 MIDDLE ROAD<br>BLUE POINT, NY 11715-1921 | | Claim Number: 8139<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,922.00 |
| FEINSTEIN, JOAN<br>193 MIDDLE ROAD<br>BLUE POINT, NY 11715-1921 | | Claim Number: 8155<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,124.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FELCKOWSKI, LAWRENCE<br>22 MARLENE DRIVE<br>CHEEKTOWAGA, NY 14225 | | Claim Number: 1482<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $615.20 | Scheduled: | $1,107.69 CONT | Allowed: | | $615.20 |
| FELDMAN, BARBARA IRA ROLLOVER<br>10 CITY PLACE APT 5A<br>WHITE PLAINS, NY 10601 | | Claim Number: 9749<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| FELDMAN, GAIL<br>14015 N. 94TH ST.<br>APT 1107<br>SCOTTSDALE, AZ 85260 | | Claim Number: 493<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,376.75 | Scheduled: | $2,376.92 CONT | Allowed: | | $2,376.75 |
| FELIX, ELDON R. IRA<br>54 N SPRUCE ST<br>OTTAWA, KS 660671698 | | Claim Number: 4116<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $5,000.00 | | | | | |
| FELL, CAROLE AND MELISSA HAGLER<br>JTWROS<br>225 E. 63 ST. APT 6J<br>NEW YORK, NY 10065 | | Claim Number: 7579<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $447.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FENNER, ARNOLD M.<br>11520 FLINT<br>OVERLAND PARK, KS 66210 | | Claim Number: 5844<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |
| FENNER, CATHERINE M.<br>11520 FLINT<br>OVERLAND PARK, KS 66210 | | Claim Number: 5843<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FENNER, RAYMOND<br>1334 GARY BLVD<br>BRUNSWICK, OH 44212-2914 | | Claim Number: 7137<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $15,643.00 |
| FERA, CHARLES S.<br>6522 FREEMONT LN<br>CARMEL, IN 46033-1401 | | Claim Number: 4010<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $10,000.00 |
| FERGUS, CAROL<br>101 CONESTOGA DR APT 61<br>CARSON CITY, NV 89706-0111 | | Claim Number: 870<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| PRIORITY | Claimed: | $6,166.66 |
| UNSECURED | Claimed: | $6,166.66 |
| TOTAL | Claimed: | $6,166.66 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | | Claim Number: 2480<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,846.16 | Scheduled: | $2,846.15 CONT | Allowed: | $2,846.16 |
| FERGUSON, JOHN P.<br>1426 HOLSTED DR.<br>SOLVANG, CA 93463 | | Claim Number: 5519<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,722.00 | | | | |
| FERGUSON, LLOYD<br>519 HOYT LANE<br>WINNETKA, IL 60093 | | Claim Number: 8819<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $27,444.42<br>$192,243.82 | | | | |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 117062037 | | Claim Number: 337<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,250.00 | | | | |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 9620<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| FERNANDEZ, STEPHANIE D<br>936 7TH ST STE B<br>NOVATO, CA 949453009 | | Claim Number: 3004<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $832.83 | Scheduled: | $832.83  CONT | Allowed: | $832.83 |
| FERRANTELLI, SAL & CONNIE<br>7840 KAVANAGH CT<br>SARASOTA, FL 34240-7906 | | Claim Number: 4073<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,298.95 | | | | |
| FERRANTELLI, SALVATORE & CONNIE JT TEN<br>7840 KAVANAGH CT<br>SARASOTA, FL 34240-7906 | | Claim Number: 4072<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,825.00 | | | | |
| FERREIRA, RENITA<br>8535 SW 100TH AVE<br>MIAMI, FL 331733934 | | Claim Number: 9761<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | |
| FERRELL, JAMES<br>758 MARY KING MT. DR.<br>MURPHY, NC 28906 | | Claim Number: 3802<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,480.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

FERRER, VICENTE
3315 WISCONSIN AVE., N.W.
WASHINGTON, DC 20016

Claim Number: 5874
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,609.99 | | |

FERRICANE, ANGELO
13 HOLLY DR
MANORVILLE, NY 11949

Claim Number: 2230
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
Amends claim number 243

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,595.38 | Allowed: | $2,595.38 |

FERRICANE, ANGELO J.
13 HOLLY DR
MANORVILLE, NY 11949

Claim Number: 243
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,325.00 | | |

FERRIS, JOHN
500 WEST 43RD STREET
APT 32F
NEW YORK, NY 10036

Claim Number: 5890
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,826.25 | | |

FERRIS, KENNETH C.
JT TEN
170 SHORELINE DR. S.H.
MALAKOFF, TX 75148-4755

Claim Number: 5854
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,263.00 |
| UNSECURED | Claimed: | $9,263.00 |
| TOTAL | Claimed: | $9,263.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| FERRIS, KENNETH C. & ROBERTA T.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 5853<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| PRIORITY | Claimed: | $6,865.54 |
|---|---|---|
| UNSECURED | Claimed: | $6,865.54 |
| TOTAL | Claimed: | $6,865.54 |

| FERRIS, KENNETH C. & ROBERTA T. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4884<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $6,865.54 |
|---|---|---|
| UNSECURED | Claimed: | $6,865.54 |
| TOTAL | Claimed: | $6,865.54 |

| FERRIS, ROBERTA T. & KENNETH C.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 5851<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $9,831.36 |
|---|---|---|
| UNSECURED | Claimed: | $9,831.36 |
| TOTAL | Claimed: | $9,831.36 |

| FERRIS, ROBERTA T. & KENNETH C.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 5852<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $9,946.25 |
|---|---|---|
| UNSECURED | Claimed: | $9,946.25 |
| TOTAL | Claimed: | $9,946.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| FERRIS, ROBERTA T. & KENNETH C. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4885<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|
| PRIORITY | Claimed: | $9,946.25 |
| UNSECURED | Claimed: | $9,946.25 |
| TOTAL | Claimed: | $9,946.25 |
| FERRIS, ROBERTA T. & KENNETH C. JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | Claim Number: 4886<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| PRIORITY | Claimed: | $9,831.36 |
| UNSECURED | Claimed: | $9,831.36 |
| TOTAL | Claimed: | $9,831.36 |
| FETT, HENRY<br>701 4TH ST<br>SECAUCUS, NJ 07094-3001 | Claim Number: 2257<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |
| UNSECURED | Claimed: | $96,073.00 |
| FEUERBACHER, REINHARD A.<br>4567 CARRIAGE HILL DRIVE<br>SANTA BARBARA, CA 93110-2072 | Claim Number: 9426<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $10,574.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| FEUERMAN, FRED & LEATRICE - TRUSTEES<br>5681 CARUSO COURT # 104<br>BOYNTON BEACH, FL 33437-5330 | | Claim Number: 5351<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $29,994.34 | | | |
| FEUERMAN, HYMAN & ROSLYN<br>H&R FEUERMAN REVOC TRUST<br>5779 LAKEVIEW MEMS PL<br>BOYNTON BEACH, FL 33437 | | Claim Number: 7045<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,947.00 | | | |
| FEUERMAN, HYMAN - IRA<br>5779 LAKEVIEW MEMS PL<br>BOYNTON BEACH, FL 33437 | | Claim Number: 7044<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $8,126.00 | | | |
| FIACABLE, JOSEPH P.<br>P.O. BOX 5482<br>FORT WAYNE, IN 46895 | | Claim Number: 5460<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $50,475.00 | | | |
| FIDDLER, THOMAS<br>13 AVERILL COURT<br>NORTH BARRINGTON, IL 60010 | | Claim Number: 511<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $80,149.14 | | Allowed: | $80,149.14 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FIDDLER, THOMAS
13 AVERILL COURT
NORTH BARRINGTON, IL 60010

Claim Number: 1318
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $61,587.40 |
|---|---|---|

---

FIDELITY AND DEPOSIT COMPANY OF MD
ATTN: MATT SEAMAN, RECOVERY SPECIALIST
PO BOX 66944
CHICAGO, IL 60666-0994

Claim Number: 9908
Claim Date: 02/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $1,030.00 |
|---|---|---|

---

FIDELITY COURT ASSOCIATES
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 1526-01
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $106,611.30 | Allowed: | $106,611.30 |
|---|---|---|---|---|

---

FIDELITY COURT ASSOCIATES
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 1526-02
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $8,428.50 | Allowed: | $8,428.50 |
|---|---|---|---|---|

---

FIDELITY INFORMATION SERVICES, INC.
ATTN: MICHELE GILLIS
601 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

Claim Number: 5604
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $81,158.40 UNLIQ | Scheduled: | $139.37 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FIDELITY MANAGEMENT TRUST CO/PROFIT SHARING KEOGH FOR THE BENEFIT OF ROBERT G. ORSATTI 601 RIDGELAND TERRACE LEONIA, NJ 07605 | | Claim Number: 4954 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,302.00 |
| FIDLER, BONNIE J. 1473 AVALON DR SURFSIDE BEACH, SC 29575 | | Claim Number: 4041 Claim Date: 11/30/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,965.00 |
| FIDLER, NORMAN L. & BONNIE J. 1473 AVALON DR SURFSIDE BEACH, SC 29575 | | Claim Number: 4042 Claim Date: 11/30/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,230.00 |
| FIELD, JEFF 7313 VALLEYCROSS CIR RALEIGH, NC 276153441 | | Claim Number: 10544 Claim Date: 09/19/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6840 (01/13/2009) |
| PRIORITY | Claimed: | $12,115.39 |
| UNSECURED | Claimed: | $25,347.00 |
| FIELD, PHILIP J. 1379 NW 565 HOLDEN, MO 64040-9499 | | Claim Number: 7695 Claim Date: 01/08/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FIELDS, BEVERLY L.
2106 GOODWIN LANE
NORTH WALES, PA 19454

Claim Number: 1714
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,500.00  CONT |
| UNSECURED | Claimed: | $1,500.00 | | |

FIELDS, COTY
975 ABERDEEN AVE NE # A-101
RENTON, WA 98056

Claim Number: 1211
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,263.60 | Allowed: | $1,263.60 |

FIELDS, VINETA
2038 BELLA VISTA WAY
PORT SAINT LUCIE, FL 34952-2631

Claim Number: 7536
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,177.20 | Scheduled: | $1,177.20  CONT | Allowed: | $1,177.20 |

FIG TREE TRADING CO
ATTN DEMOSTHEMES PROCLRAMITIS
511 N PINELLAS AVE
TARPON SPRINGS, FL 34689

Claim Number: 2681
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $471.60 | Scheduled: | $576.40 | Allowed: | $471.60 |

FIGENSHU, SHIRLEY M.
3925 NORRIS AVE
SACRAMENTO, CA 95821

Claim Number: 9582
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FIKE, RICHARD P. & MARILYN J.
1734 NE 92ND ST.
SEATTLE, WA 98115

Claim Number: 6177
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

FILIBERTO, STEPHEN
37 FROST VALLEY DR
EAST PATCHOGUE, NY 11772

Claim Number: 324
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5169 (07/18/2008)

| PRIORITY | Claimed: | $2,523.00 | | | | |
|---|---|---|---|---|---|---|

FILIBERTO, STEPHEN
37 FROST VALLEY DR
EAST PATCHOGUE, NY 11772

Claim Number: 3988
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,523.08 | Scheduled: | $2,523.08  CONT | Allowed: | $2,523.08 |
|---|---|---|---|---|---|---|

FILTERFRESH TRI STATE
PO BOX 634915
CINCINNATI, OH 45263-4915

Claim Number: 5683
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $310.18 | Scheduled: | $71.60 | Allowed: | $310.18 |
|---|---|---|---|---|---|---|

FILTERFRESH TRI STATE
PO BOX 634915
CINCINNATI, OH 45263-4915

Claim Number: 5684
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $147.00 | Scheduled: | $105.85 | Allowed: | $147.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8264<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | | | |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8452<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8453<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8710<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED          Claimed: | $193,960,204.09 | | Allowed: | $1,884,258.00 |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | Claim Number: 8711<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED          Claimed: | $193,960,204.09 | | Allowed: | $1,884,258.00 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8712<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10343 (02/27/2012) | | | |
| UNSECURED | Claimed: | $193,960,204.09 | | Allowed: | $1,884,258.00 |
| FINELLI, NICOLE D<br>11101 ROYAL PALMS<br>BLVD NUMBER 111<br>CORAL SPRINGS, FL 33065 | | Claim Number: 2435<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT | Allowed: | $1,107.69 |
| FINIZIO, MICHAEL A.<br>37 OSAGE TRL<br>MEDFORD, NJ 08055-1214 | | Claim Number: 8009<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $8,278.49 | | | |
| FINK, JAMES<br>3 DEERFIELD LN<br>SCARSDALE, NY 10583 | | Claim Number: 4564<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,495.00 | | | |
| FINKBEINER, PAUL<br>4202 W DAWSON DR<br>MERIDIAN, ID 836461606 | | Claim Number: 3480<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $3,500.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FINN, TIMOTHY<br>140 E 28 ST<br>6G<br>NEW YORK, NY 10016 | | Claim Number: 5548<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| FINZEL, ROBERT B.<br>9362 BRUNELLO CT<br>BAKERSFIELD, CA 93314 | | Claim Number: 10386<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $24,642.09 | | | | | |
| FIORE, BRIAN R<br>37A KATIE CT<br>MAHOPAC, NY 10541 | | Claim Number: 9744<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,830.77 | Scheduled: | $1,830.77  CONT | Allowed: | $1,830.77 |
| FIORENTINO, MICHAEL A. AND MARION A.<br>98 CORAL CIRCLE<br>PISMO BEACH, CA 93449 | | Claim Number: 8696<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $26,675.64 | | | | | |
| FIORETTI, DENNIS J.<br>20324 PLATTNER CT.<br>MOKENA, IL 60448 | | Claim Number: 5119<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,760.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FIRST ADVANTAGE APPRAISALS
ATTN WADE LIEBADOFFER, OWNER
8338 VETERANS HIGHWAY # 103A
MILLERSVILLE, MD 21108

Claim Number: 3157
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $125.00 | | | Allowed: | $125.00 |
|---|---|---|---|---|---|---|

FIRST ADVANTAGE APPRAISALS
ATTN WADE LIEBENDOFEN, OWNER
8338 VETERANS HIGHWAY # 103A
MILLERSVILLE, MD 21108

Claim Number: 3189
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

FIRST AMERICAN CORE LOGIC
ATTN LAURIE CHEHAK, A/R MANAGER
11010 WHITE ROCK RD STE 100
RANCHO CORDOVA, CA 95670-6362

Claim Number: 1730
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $9,369.30 | Scheduled: | $1,286.45 | Allowed: | $9,369.30 |
|---|---|---|---|---|---|---|

FIRST AMERICAN CORE LOGIC
ATTN LAURIE CHEHAK, A/R MANAGER
11010 WHITE ROCK RD STE 100
RANCHO CORDOVA, CA 95670-6362

Claim Number: 1731
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $62,585.00 | Scheduled: | $31,871.00 | Allowed: | $62,585.00 |
|---|---|---|---|---|---|---|

FIRST AMERICAN REAL ESTATE SOLUTIONS
ATTN RICHARD SPAETH, MANAGER
4 FIRST AMERICAN WAY
SANTA ANA, CA 92707

Claim Number: 1615
Claim Date: 10/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $99,117.08 | Scheduled: | $85,657.94 | | |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| FIRST AMERICAN SLO<br>ATTN MIA HEMPSTEAD, COLLECTIONS<br>12395 FIRST AMERICAN WAY<br>POWAY, CA 92064 | | Claim Number: 3376<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $4,612.43 | | | Allowed: | $4,612.43 |
| FIRST CHOICE APPRAISALS, INC.<br>ATTN TRINA L. HARINGS, OFFICE MANAGER<br>PO BOX 2048<br>BEAVERTON, OR 97075-2048 | | Claim Number: 1438<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,350.00 | | | Allowed: | $1,350.00 |
| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCOUNTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2200<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $35.73 | Scheduled: | $27.73 | Allowed: | $35.73 |
| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2201<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $90.42 | Scheduled: | $67.63 | Allowed: | $90.42 |
| FIRST HORIZON HOME LOANS<br>4000 HORIZON WAY<br>IRVING, TX 75063 | | Claim Number: 5992<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $13,506.27 | Scheduled: | $13,356.27 | Allowed: | $13,506.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FIRST SERVICE APPRAISAL, INC.<br>302 1ST AVE NE<br>WATERTWON, SD 572013610 | | Claim Number: 892<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| FIRST SERVICE APPRAISAL, INC.<br>302 1ST AVE NE<br>WATERTOWN, SD 572013610 | | Claim Number: 893<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |
| FISH WINDOW CLEANING<br>256 TODDS RIDGE RD<br>WILMINGTON, OH 451777508 | | Claim Number: 3891<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $67.41 | | | Allowed: | $67.41 |
| FISHER AND SHAPRIO, LLC<br>ATTN:  RICHARD ARONOW<br>4201 LAKE COOK ROAD<br>NORTHBROOK, IL 60062 | | Claim Number: 8167<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,446.50 | | | Allowed: | $2,446.50 |
| FISHER, ADRIENNE<br>2520 N 1ST ST<br>APT 1<br>DE KALB, IL 60115 | | Claim Number: 2511<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00  CONT | Allowed: | $896.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| FISHER, COURTNEY (CARTEAUX)<br>411 E. SUPERIOR ST<br>WAUSEON, OH 43567 | Claim Number: 785<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38  CONT | Allowed: | $740.38 |
|---|---|---|---|---|---|---|

| FISHER, COURTNEY A.<br>F/K/A COURTNEY CARTEAUX<br>411 E. SUPERIOR ST<br>WAUSEON, OH 43567 | Claim Number: 7180<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $740.38 |
|---|---|---|

| FISHER, FERN H.<br>16042 W. POPE BLVD.<br>LINCOLNSHIRE, IL 60069 | Claim Number: 5344<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $15,743.48 |
|---|---|---|

| FISHER, GARY A. (IRA)<br>AMERIPRISE TRST CO. ACF<br>10302 63RD AVE.<br>PLEASANT PRAIRIE, WI 53158 | Claim Number: 4501<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,459.00 |
|---|---|---|

| FISHER, JOYCE B. TOD<br>10302 63RD AVE.<br>PLEASANT PRAIRIE, WI 53158 | Claim Number: 4500<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,604.00 |
|---|---|---|

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | | Claim Number: 548<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $1,456.00 |
| FISHER, KAREN A.<br>5295 S HARLAN WAY<br>LITTLETON, CO 80123 | | Claim Number: 549<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $2,548.00 |
| FISHER, STEVEN<br>206 OLD BENCHGLEN RD<br>BOONTON, NJ 07005 | | Claim Number: 6291<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,194.95 |
| FISHKIN, BARRIE J.<br>2407 ELMWOOD CIR<br>DALLAS, NC 28034 | | Claim Number: 125<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FISHKIN, BARRIE JAMES<br>2407 ELMWOOD CIR<br>DALLAS, NC 28034 | | Claim Number: 485<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| FISHMAN, BRIAN<br>1695 PARTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 1305<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $10,835.09 | | | |
| FISHMAN, BRIAN<br>1695 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 2443<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | | | Scheduled: | $10,950.00  CONT | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,050.00  CONT | |
| FITZGERALD, BRIAN F<br>PO 54<br>ELMA, NY 14059 | | Claim Number: 5221<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,659.75 | | | |
| FITZPATRICK, DAVID P<br>34240 BROOK WAY DRIVE<br>TEMECULA, CA 92592 | | Claim Number: 4880<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $4,170.20 | | | |
| FITZPATRICK, JAMES X.<br>25 NORWICH LANE<br>METHUEN, MA 01844 | | Claim Number: 5926<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $27,555.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

FITZSIMMONS MEDIA
7425 MCMULLEN ST
BOISE, ID 837090832

Claim Number: 2865
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,475.00 | Scheduled: | $700.00 | Allowed: | $1,475.00 |

FIUMARA, GIUSEPPE
18419 OLDE FARM RD
LANSING, IL 60438-2557

Claim Number: 3730
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,542.81 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,542.81 |
| TOTAL | Claimed: | $5,542.81 |

FIUMEFREDDO, ROSARIA
7132 HELL AVE #2
HUNTINGTON BEACH, CA 92647

Claim Number: 712
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,349.75 | Scheduled: | $2,349.75  CONT | Allowed: | $2,349.75 |

FLAGLER COUNTY TAX COLLECTOR
SUZANNE JOHNSTON
P.O. BOX 846
BUNNELL, FL 32210

Claim Number: 6128
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,787.23 |

FLAGLER COUNTY TAX COLLECTOR
SUZANNE JOHNSTON
P.O. BOX 846
BUNNELL, FL 32210

Claim Number: 6273
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9026 (07/19/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $322.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| FLAHERTY, MAUREEN<br>155 SOUTHGATE DR<br>MASSAPEQUA PK, NY 117623821 | | Claim Number: 4879<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $7,384.62 CONT | Allowed: | $4,615.38 |
| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5936<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5937<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5938<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| FLAKE, BERTRAM W.<br>7615 - 88TH AVE S.W.<br>LAKEWOOD, WA 98498 | | Claim Number: 5939<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FLANDERS, RAY D.
67 PALMISANO PLZ
BARRE, VT 056415218

Claim Number: 3320
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

FLANNERY, ANDREA
549 TETON ST
LAKE MARY, FL 327462222

Claim Number: 2492
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $848.08 | Scheduled: | $848.08  CONT | Allowed: | $848.08 |
| --- | --- | --- | --- | --- | --- | --- |

---

FLATHER, NEWELL
334 OTIS STREET
W NEWTON, MA 02465-2547

Claim Number: 10010
Claim Date: 02/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $30,538.32 |
| --- | --- | --- |

---

FLECK, BETH A
ROTH IRA
TD AMERITRADE CLEARING CUSTODIAN
13122 MESA CREST PLACE
SAN DIEGO, CA 92129

Claim Number: 8138
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $282.90 |
| --- | --- | --- |

---

FLEISCHNER, ERIK
HQUSEUCOM, CMR 480
BOX 2230
APO, AE 09128

Claim Number: 6761
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| SECURED | Claimed: | $11,977.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FLEMING, ART
2565 RIO ALAYNE CT.
SPARKS, NV 89436

Claim Number: 7535
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $2,028.00 | | Allowed: | $2,028.00 |

FLEMING, JOE A.
2909 BARCODY RD SE
HUNTSVILLE, AL 35801

Claim Number: 9987
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,710.00 |
| UNSECURED | Claimed: | $1,710.00 |
| TOTAL | Claimed: | $1,710.00 |

FLESHMAN, ALICE H., TTEE
FLESHMAN FAMILY REVOCABLE
LIVING TRUST (A) UAD 7/10/92
13303 HARDWOOD DRIVE
SUN CITY WEST, AZ 85375-4938

Claim Number: 6832
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,900.00 |

FLOODEEN, GITTE M
863 HILLCREST CIR
WEXFORD, PA 15090-7583

Claim Number: 7523
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT | Allowed: | $692.31 |

FLOOR SHINE CO
ATTN DANIEL S. ELIO
32 MARION ST
WINCHESTER, MA 01890

Claim Number: 2908
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT                                                                                                        Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLORES, CARLA<br>404 HILL AVE<br>OAKLEY, CA 945612770 | | Claim Number: 2024<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,134.40 | Scheduled: | $1,705.54 CONT | Allowed: | $2,134.40 |
| FLORES, LEONARD L.<br>1923 PRINCETON CT<br>SALINAS, CA 93906-5106 | | Claim Number: 1176<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |
| FLOREY, JOHN D. & EDWENA RANDALL<br>LIVING TRUST<br>EDWENA RANDALL & JOHN D FLOREY TRUSTEE<br>6943 BOB-0-LINK DR<br>DALLAS, TX 75214 | | Claim Number: 5129<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $509.75 | | | | |
| UNSECURED | Claimed: | $4,997.45 | | | | |
| FLORIAN, JENNIE<br>108 HAMPTON AVE<br>MASTIC, NY 11950 | | Claim Number: 354<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,207.00 | | | | |
| FLORIAN, JENNIE<br>37 WEDGEWOOD LN<br>WANTAGH, NY 11793 | | Claim Number: 3110<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54 CONT | Allowed: | $1,211.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FLORIDA GULF APPRAISALS INC<br>18430 PIONEER RD<br>FORT MYERS, FL 339084655 | | Claim Number: 4534<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,380.00 |
| FLORIDA TODAY<br>ATTN: SHARON SECORD, CREDIT MANAGER<br>PO BOX 331289<br>NASHVILLE, TN 37203 | | Claim Number: 10002<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,364.00 |
| FLORY, WILLIAM<br>12255 SPERRYVILLE PIKE<br>CULPEPER, VA 22701 | | Claim Number: 9860<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $1,250.00 |
| FLOWE, CHRISTOPHER L.<br>2435 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6757<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,838.99 |
| FLOWE, REBECCA<br>2445 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6759<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FLOWE, STEVEN G.<br>2435 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6756<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,185.99 |

| | | |
|---|---|---|
| FLUVANNA REVIEW<br>VALLEY PUBLISHING CORP.<br>ATTN ERIC T. ALLEN, PUBLISHER<br>PO BOX 59<br>PALMYRA, VA 22963 | | Claim Number: 2795<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $694.00 | Scheduled: | $348.00 | Allowed: | $694.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| FLYNN, JAMES K.<br>3915 S EASTGATE CT<br>SPOKANE, WA 99203 | | Claim Number: 3548<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| FMT CO CUST IRA<br>CHRISTINE DOMONOSKE<br>10 HOPE ROAD<br>MISSOURI CITY, TX 77459-2480 | | Claim Number: 4047<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,963.95 |

| | | |
|---|---|---|
| FMT CO CUST IRA<br>FBO NOOR A NISAR<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8898<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,679.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| FMTC CUSTODIAN - ROTH IRA<br>CHRISTINE DOMONOSKE<br>10 HOPE ROAD<br>MISSOURI CITY, TX 77459-2480 | | Claim Number: 4045<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,829.00 | | | |
| FMTC CUSTODIAN ROTH IRA<br>FBO KHALID ANISAR<br>2 RIO VISTA DR.<br>EDISON, NJ 08820 | | Claim Number: 8909<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| FMTC CUSTODIAN-ROTH IRA<br>FBO SHIRAZ ANISAR<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8908<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| FNC, INC.<br>ATTN DEWITT LAMAR BOLTON, III<br>ASSOCIATE GENERAL COUNSEL<br>1214 OFFICE PARK DRIVE<br>OXFORD, MS 38655 | | Claim Number: 8411<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $496,579.31 | Scheduled: | $296,801.73 | |
| FOCUS APPRAISALS INC.<br>103-210<br>2400 E MAIN ST STE 103<br>SAINT CHARLES, IL 601742415 | | Claim Number: 7582<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $4,450.00 | | Allowed: | $4,450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOGLE, LEO H.<br>4762 SALEM CIRCLE<br>BANNING, CA 92220-5257 | | Claim Number: 7162<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| FOLEY, JAMES D.<br>158 ELTON RD<br>STEWART MANOR, NY 11530-5006 | | Claim Number: 7239<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,110.00 | | | | | |
| FOLSOM PARKSHORE SELF STORAGE<br>185 PARKSHORE DRIVE<br>FOLSOM, CA 95630 | | Claim Number: 10831<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | | |
| UNSECURED | Claimed: | $4,770.00 | | | | | |
| FONNESBECK, VANCE BRIAN<br>765 HOMESTEAD<br>PRICE, UT 84501 | | Claim Number: 2776<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | | | | Scheduled: | $150.00  CONT | | |
| UNSECURED | Claimed: | $150.00 | | | | | |
| FONTAINE, PHILIP<br>PO BOX 53<br>SAN ANSELMO, CA 94979-0053 | | Claim Number: 3243<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $553.92 | | Scheduled: | $553.92  CONT | Allowed: | $553.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FONTAINE, PIERRE
3308 JAMAICA PRINCESS PL UNIT 1
N LAS VEGAS, NV 89084-3335

Claim Number: 10299
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $77,900.00 | | | | |
|-----------|----------|------------|---|---|---|---|

FONTANELLI, DAVID
3 SEABROOK CT
STONY BROOK, NY 117903305

Claim Number: 364
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $6,062.50 | | | | |
|----------|----------|-----------|---|---|---|---|

FONTANELLI, DAVID A
3 SEABROOK CT
STONY BROOK, NY 11790

Claim Number: 3692
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,615.50 | Scheduled: | $6,000.00  CONT | Allowed: | $4,615.50 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2127
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $217.57 | Scheduled: | $1,009.00 | Allowed: | $217.57 |
|-----------|----------|---------|------------|-----------|----------|---------|

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2129
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,198.89 | Scheduled: | $2,489.67 | Allowed: | $2,198.89 |
|-----------|----------|-----------|------------|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FOODCRAFT
ATTN ERLINDA B. MARLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2145
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $974.15 | Scheduled: | $755.85 | Allowed: | $974.15 |

FOOTE, CASEY
1237 WALLOON WAY
LAKE ORION, MI 48360-1323

Claim Number: 4050
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $562.69 | Scheduled: | $562.69 CONT | Allowed: | $562.69 |

FORBES, JEREMY R. AND DANEA N.
9487 HISBISCUS DR
HIGHANDS RANCH, CO 80126-3074

Claim Number: 8718
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,370.00 |

FORBES, JOSEPH
74 SUMMIT POINTE CT
SAINT CHARLES, MO 63301

Claim Number: 6565
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

FORD, MICHAEL
111 LAKEVIEW DR
RIDLEY PARK, PA 19078-3705

Claim Number: 7008
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT | Allowed: | $1,384.62 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FORD, STEPHEN H.
3 DOGWOOD DR
SHALIMAR, FL 32579

Claim Number: 10486
Claim Date: 09/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,460.00 | | Allowed: | $4,460.00 |

FORD, SUEZETTE
3432 BEATRICE DR
FORT WAYNE, IN 46806

Claim Number: 2538
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $623.04 | Scheduled: | $623.04 CONT | Allowed: | $623.04 |

FOREST CITY COMMERCIAL MANAGEMENT, INC.
AGENT FOR FC RFICHMOND II, LLC
ATTN ROBERTA AYRES, AGENT
50 PUBLIC SQUARE STE 1360
CLEVELAND, OH 44113

Claim Number: 1250
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,177.00 |

FOREST CITY COMMERCIAL MANAGEMENT, INC.
AGENT FOR FC RICHMOND II, LLC
ATTN ROBERTA AYRES
50 PUBLIC SQUARE, SUITE 1360
CLEVELAND, OH 44113

Claim Number: 1518
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,117.00 | | Allowed: | $5,117.00 |

FORGETTA, AMY
2911 53RD ST S
GULFPORT, FL 33707

Claim Number: 488
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $305.00 | | Allowed: | $305.00 |

---

U.S. BANKRUPTCY COURT                                                                                           Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| FORMER EMPLOYEES JAMES E. HUGGETT / MARGOLIS EDELSTEIN 750 SOUTH MADISON STREET SUITE 102 WILMINGTON, DE 19801 | | Claim Number: 8688 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| FORMER EMPLOYEES JAMES E. HUGGETT / MARGOLIS EDELSTEIN 750 SOUTH MADISON STREET SUITE 102 WILMINGTON, DE 19801 | | Claim Number: 8933 Claim Date: 01/11/2008 Debtor: GREAT OAK ABSTRACT CORP Comments: EXPUNGED DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| FORMER EMPLOYEES JAMES E. HUGGETT / MARGOLIS EDELSTEIN 750 SOUTH MADISON STREET SUITE 102 WILMINGTON, DE 19801 | | Claim Number: 8934 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| FORMER EMPLOYEES JAMES E. HUGGETT / MARGOLIS EDELSTEIN 750 SOUTH MADISON STREET SUITE 102 WILMINGTON, DE 19801 | | Claim Number: 8935 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| FORMER EMPLOYEES | | Claim Number: 8936 |
| JAMES E. HUGGETTT / MARGOLIS EDELSTEIN | | Claim Date: 01/11/2008 |
| 750 SOUTH MADISON STREET | | Debtor: AMERICAN HOME MORTGAGE CORP |
| SUITE 102 | | |
| WILMINGTON, DE 19801 | | |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| FORMER EMPLOYEES | | Claim Number: 8937 |
| JAMES E. HUGGETTT / MARGOLIS EDELSTEIN | | Claim Date: 01/11/2008 |
| 750 SOUTH MADISON STREET | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| SUITE 102 | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 4615 (06/13/2008) |

| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

| FORMER EMPLOYEES | | Claim Number: 8938 |
| JAMES E. HUGGETTT / MARGOLIS EDELSTEIN | | Claim Date: 01/11/2008 |
| 750 SOUTH MADISON STREET | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| SUITE 102 | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 4615 (06/13/2008) |

| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

| FORMER EMPLOYEES | | Claim Number: 8939 |
| JAMES E. HUGGETTT / MARGOLIS EDELSTEIN | | Claim Date: 01/11/2008 |
| 750 SOUTH MADISON STREET | | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| SUITE 102 | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 4615 (06/13/2008) |

| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FORMER EMPLOYEES<br>750 SHIPYARD DR STE 100<br>WILMINGTON, DE 198015161 | Claim Number: 8950<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10036 (06/09/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| FORMOSA, ELIZABETH M.<br>23888 NORTHCREST TRL<br>NEW CANEY, TX 77357 | Claim Number: 453<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| PRIORITY | Claimed: | $894.32 | Scheduled: | $894.11 CONT | Allowed: | $894.32 |

| FORMOSA, ELIZABETH M.<br>23888 NORTHCREST TRL<br>NEW CANEY, TX 77357 | Claim Number: 454<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $830.44 |

| FORNERIS, JULIUS A.<br>1275 PARK PLACE CT<br>CREST HILL, IL 60403 | Claim Number: 3764<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,168.81 |

| FORS, DAVID J.<br>899 S. 14TH ST.<br>COTTAGE GROVE, OR 97424 | Claim Number: 4176<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,213.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| FORSBERG, JOHN W.<br>8500 BARBARA DR<br>MENTOR, OH 44060 | | Claim Number: 3460<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| FORSYTH COUNTY<br>ATTN DARLENE PIERCE<br>PO BOX 82<br>WINSTON-SALEM, NC 27102 | | Claim Number: 4449<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $608.74 | | | | |
| FORSYTH COUNTY<br>P. O. BOX 82<br>WINSTON-SALEM, NC 27102 | | Claim Number: 10636<br>Claim Date: 01/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | | | |
| PRIORITY | Claimed: | $278.51 | | | | |
| UNSECURED | Claimed: | $385.42 | | | | |
| FORSYTH COUNTY, GEORGIA<br>FORSYTH COUNTY TAX COMMISSIONER<br>ATTN: MATTHEW C. LEDBETTER<br>1092 TRIBBLE GAP ROAD<br>CUMMING, GA 30040 | | Claim Number: 9905<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $326.52 | Scheduled: | $305.86  DISP CONT | Allowed: | $326.52 |
| FORSYTHE APPRAISALS LLC<br>ATTN PRESIDENT<br>222 LITTLE CANADA ROAD<br>SAINT PAUL, MN 55117 | | Claim Number: 2178<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7023 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $47,125.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FORT COLLINS UTILITIES
PO BOX 1580
FORT COLLINS, CO 80522-1580

Claim Number: 6197
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $211.01 | | | Allowed: | $211.01 |

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1587
Claim Date: 08/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: PAID

| SECURED | Claimed: | $172.54   UNLIQ | | | | |

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA, BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 9975
Claim Date: 02/19/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 8492 (01/12/2010)

| ADMINISTRATIVE | Claimed: | $731.39 | | | | |

FORTAIN, THERESA J (TRACY)
5237 WHITEHOUSE DR.
TOLEDO, OH 43611

Claim Number: 7646
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $153.20 | Scheduled: | $343.58  CONT | Allowed: | $153.20 |

FORTE, CAROLYN S (SUE)
5N621 JENS JENSEN LN
SAINT CHARLES, IL 60175

Claim Number: 2599
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $500.00 | Scheduled: | $500.00  CONT | Allowed: | $500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| FORTINI, MARY & DOLORES A.<br>2022 BATH RD RM 10<br>BRISTOL, PA 19007-2107 | Claim Number: 5000<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $12,153.45 |
| FORTINI, MARY & PETER D.<br>2022 BATH RD RM 10<br>BRISTOL, PA 19007-2107 | Claim Number: 4999<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $13,387.50 |
| FOSTER, EDNA ANN<br>PO BOX 1<br>MONTEZUMA, NC 286530001 | Claim Number: 4186<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED          Claimed: | $217.50 |
| FOSTER, LOIS CELESTE<br>2022 WINDSOR COURT # 2<br>SCHERERVILLE, IN 46375-6603 | Claim Number: 7176<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $6,942.17 |
| FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>ATTN SCOTT A. CHERNICH<br>313 S WASHINGTON SQUARE<br>LANSING, MI 48933-2193 | Claim Number: 7692<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $17,650.42 | Scheduled: | $17,650.42 | Allowed: | $17,650.42 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FOSTER, TAKIA J.
6426 BLUE SKY LN
MATTESON, IL 604433310

Claim Number: 6312
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

FOTI, JOHN
8080 SANDHILL CT
WEST PALM BEACH, FL 33412

Claim Number: 9001
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,825.55 |
|---|---|---|

FOTOPOULOS, BARBARA
920 HAZELTINE CT
ST AUGUSTINE, FL 32092-2755

Claim Number: 6886
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $15,835.10 |
|---|---|---|

FOUNDATION MARKETING, INC.
ATTN KAREN DEIS, PRESIDENT
327 SOO LINE RD
HUDSON, WI 54016

Claim Number: 1895
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $7,450.00 |
|---|---|---|

FOUR CORNERS CLEANING
PO BOX 3131
YUBA CITY, CA 95992-3131

Claim Number: 9809
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $175.00 |
|---|---|---|
| UNSECURED | Claimed: | $175.00 |
| TOTAL | Claimed: | $175.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| FOUR WINDS DEVELOPMENT COMPANY<br>ATTN ERIC BROWN, SECRETARY / TREASURER<br>920 WALNUT ST<br>LANSDALE, PA 19446 | | Claim Number: 3043<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,072.00 | | | |
| FOUR WINDS DEVELOPMENT COMPANY<br>920 WALNUT STREET<br>LANSDALE, PA 19446 | | Claim Number: 10868<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | |
| UNSECURED | Claimed: | $25,000.00   UNLIQ | | | |
| FOWLER, MORTON D.<br>533 CONWAY VILLAGE DR.<br>ST. LOUIS, MO 63141 | | Claim Number: 3788<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $15,000.00 | | | |
| FOWLER, RANDI L.<br>429 IRVINE CT<br>WHEELING, IL 60090 | | Claim Number: 783<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,620.00 | Scheduled: $1,782.04  CONT | Allowed: | $1,620.00 |
| FOX, BRUCE M.<br>5335 NEW BRITTON CIR.<br>ANTELOPE, CA 95843 | | Claim Number: 6875<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,511.95 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| FOX, CAROLYN A.<br>2515 LUCIERNAGA ST<br>CARLSBAD, CA 92009-5820 | | Claim Number: 8973<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,435.00 | | | Allowed: | $1,435.00 |
| FOX, DAVID I<br>168 GRENADA AVE<br>ROOSEVELT, NY 11575 | | Claim Number: 4855<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $2,615.39 | Scheduled: | $2,615.39  CONT | Allowed: | $2,615.39 |
| FOX, MARTIN<br>11204 CEDAR<br>LEAWOOD, KS 66211 | | Claim Number: 5816<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,936.39 | | | | |
| FOX, MARTIN<br>11204 CEDAR<br>LEAWOOD, KS 66211 | | Claim Number: 5817<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,667.95 | | | | |
| FOX, RICHARD D. & CAROLE J.<br>20718 BENDING PINES LANE<br>SPRING, TX 77379-2782 | | Claim Number: 10414<br>Claim Date: 06/05/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $950.68 | | | Allowed: | $950.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| FOX, TIM<br>40 GREATHOUSE BEND<br>LITTLE ROCK, AR 72207 | | Claim Number: 3585<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $13,909.81 | | | |
| FRAGA, MICHAEL<br>1754 CHERRYHILLS DR<br>DISCOVERY BAY, CA 94514 | | Claim Number: 10245<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,620.00 | Allowed: | | $2,620.00 |
| FRAMINGHAM TOWN<br>ATTN DENNIS E ONEIL, TREASURER COLLECTOR<br>150 CONCORD ST.<br>RM 109<br>FRAMINGHAM, MA 01702 | | Claim Number: 2980<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| SECURED | Claimed: | $5,778.17 | | | |
| FRANCES MCPHERSON BAKER<br>934 WRERS ROOST CIR. # 3<br>MEMPHIS, TN 38119-0511 | | Claim Number: 4370<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $5,201.31 | | | |
| FRANCIS, DARLA J.<br>7887 PINE ISLAND DR NE<br>BELMONT, MI 49306-9719 | | Claim Number: 6533<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,570.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FRANCIS, DARLA M
1308 RICHARD RD
NORTH HUNTINGDON, PA 15642

Claim Number: 2800
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $2,952.05 | Scheduled: | $2,821.15 CONT |
|---|---|---|---|---|

FRANCIS, JERRY JAMES JR
1316 SCHOOL STREET
FOLSOM, CA 95630

Claim Number: 10316
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| SECURED | Claimed: | $210,625.64 |
|---|---|---|
| UNSECURED | Claimed: | $9,264.50 |

FRANCO, CHRIS A
1931 SAINT SIMONS ST
SAVANNAH, TX 76227-7759

Claim Number: 5767
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $553.85 | Scheduled: | $553.85 CONT | Allowed: | $553.85 |
|---|---|---|---|---|---|---|

FRANK B. SCHNIEROW IRA
3035 CENTENNIAL
HIGHLAND PARK, IL 60035

Claim Number: 4207
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FRANK G ABBOTT SR FAMILY PARTNERSHIP
PO BOX 150001
LONGVIEW, TX 75615

Claim Number: 9578
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,390.35 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FRANK MORGAN APPRAISALS<br>ATTN FRANK MORGAN, OWNER<br>351 E RUDASILL RD<br>TUCSON, AZ 85704 | Claim Number: 9407<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10130 (08/15/2011) | |

| UNSECURED | Claimed: | $870.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FRANK RAIMONDI & ASSOC INC<br>ATTN FRANK RAIMONDI, PRESIDENT<br>544 HEMPSTEAD BLVD<br>UNIONDALE, NY 11553 | Claim Number: 7587<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FRANK, ALAN B.<br>3903 LAVAINE CT<br>ANNANDALE, VA 22003 | Claim Number: 4667<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,640.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FRANKEL, KAREN R.<br>520 E 84TH ST<br>NEW YORK, NY 10028 | Claim Number: 3701<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FRANKITO, THOMAS<br>9765 JOHNNY CAKE RIDGE RD.<br>MENTOR, OH 44060 | Claim Number: 1534<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | |

| PRIORITY | Claimed: | $4,696.10 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FRANKLIN COUNTY<br>ATTN BOBBIE N. GRAVITT, DEP. TAX COLLEC.<br>P.O. BOX 503<br>LOUISBURG, NC 27549 | Claim Number: 2470<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $4,518.48 | | | |
| FRANKLIN COUNTY TREASURER<br>ATTN PAIGE L. RENICK, CHIEF DEP TREAS.<br>275 S. MAIN STREET # 232<br>ROCKY MOUNT, VA 24151 | Claim Number: 2159<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $87.93 | | Allowed: | $87.93 |
| FRANKLIN COUNTY, OHIO TREASURER<br>373 S HIGH ST, 17TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 10712<br>Claim Date: 05/11/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9103 (08/09/2010) | | | | |
| SECURED | Claimed: | $8,126.57 | | | |
| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | Claim Number: 2891-01<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10179 (09/29/2011) | | | | |
| PRIORITY | Claimed: | $379,500.36 | | | |
| UNSECURED | | | Scheduled: $1,130.72 | Allowed: | $308,517.80 |
| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | Claim Number: 2891-02<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10179 (09/29/2011) | | | | |
| ADMINISTRATIVE | | | | Allowed: | $50,652.18 |
| PRIORITY | Claimed: | $0.00 | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FRANKLIN, CHRISTOPHER M
4164 E. GREENWAY CIRCLE
MESA, AZ 85205

Claim Number: 7183
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,470.00 | |
| UNSECURED | Claimed: | $17,470.00 | |
| TOTAL | Claimed: | $17,470.00 | |

---

FRANKLIN, VICTOR
C/O RUTH WHITE
10220 W. 56TH STREET
SHAWNEE MISSION, KS 66203

Claim Number: 6327
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,537.02 |

---

FRANKS, KIM A.
11 ACORN PATH
EAST QUOGUE, NY 11942-4712

Claim Number: 7991
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00 CONT | Allowed: | $2,400.00 |

---

FRANTZ, GENE
POB 10628
ALBUQUERQUE, NM 87184

Claim Number: 5179
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,500.00 |

---

FRANZ, PETER D.
3824 BROADVIEW DR.
CINCINNATI, OH 45208

Claim Number: 6179
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,154.95 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FRANZE, ROBERT SR. & ELIZABETH JT TEN
19 CRAVER RD
WEST SAND LAKE, NY 12196-3006

Claim Number: 4070
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,474.00 |

---

FRASHER THOMAS, AMY B.
P.O. BOX 1956
KILMARNOCK, VA 22482-1956

Claim Number: 6890
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,856.97 |
| UNSECURED | Claimed: | $9,856.97 |
| TOTAL | Claimed: | $9,856.97 |

---

FRAZER, ANNA ELIZABETH
1712 ESCALONA DR
SANTA CRUZ, CA 95060

Claim Number: 503
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,560.00 |

---

FRAZER, STEPHEN C.
PO BOX 449
OXFORD, NJ 07863

Claim Number: 8636
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,100.00 |

---

FRAZIER, MARSHA J.
11762 SOUTH LAUREL DRIVE, 1C
LAUREL, MD 20708

Claim Number: 1130
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $554.40 | Scheduled: | $554.40 | CONT | Allowed: | $554.40 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| FRED R. NELSON TRUST<br>FRED R. NELSON TR.<br>1921 ALBION RD.<br>MIDLOTHIAN, VA 23113 | | Claim Number: 3116<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $27,011.90 | | | | |
| FRED W. STRAUSS TRUST<br>10 BOND LN.<br>HICKSVILLE, NY 11801 | | Claim Number: 4487<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $7,500.00 | | | | |
| FREDERICK ASSOCIATES<br>FRED MULLER<br>97452 DIAMOND HEAD DRIVE<br>DIAMONDHEAD, MS 39525 | | Claim Number: 5777<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,162.45 | | | | |
| FREDERICK, PHYLLIS<br>370 SUMMIT AVENUE<br>FLEETWOOD, NY 10552 | | Claim Number: 3830<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69  CONT | Allowed: | $2,307.69 |
| FREDRICKSON, JOHN S.<br>5643 GREEN CIRLE DR # 115<br>MINNETONKA, MN 55343-9040 | | Claim Number: 6691<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $66,132.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

FREEDMAN, JODIE
77 S PARK AVE APT A22
ROCKVILLE CENTRE, NY 11570

Claim Number: 296
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $954.00 | Scheduled: | $954.00 CONT | Allowed: | $954.00 |
|----------|----------|---------|------------|--------------|----------|---------|

FREEDMAN, MARK S
17 CORNELIA ST NUMBER 2 C
NEW YORK, NY 10014

Claim Number: 2854
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5169 (07/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $139,050.00 |

FREEDMAN, MILDRED E.
7473 GLENDEVON LANE #404
DELRAY BEACH, FL 33446

Claim Number: 7254
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,650.00 |
|-----------|----------|------------|

FREEDOM APPRAISAL SERVICES
ATTN DARLENE LAMB
4397 OWENS RD
EVANS, GA 308093175

Claim Number: 2438
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|-----------|----------|---------|--|--|----------|---------|

FREEDOM APPRAISALS
ATTN ROBERT W. PALLON
2145 WESTPOINT RD
LANCASTER, OH 43130

Claim Number: 3375
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $5,155.00 |
|-----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FREEMAN, DAVID<br>111 PLANTATION TRCE<br>WOODSTOCK, GA 30188-2271 | Claim Number: 5420<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| FREEMAN, JACK B.<br>20 MEADOW RD<br>BRIARCLIFF MANOR, NY 10510 | Claim Number: 4164<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $39,650.50 | |
| FREISINGER APPRAISAL SERVICES, LLC<br>ATTN ERIC FREISINGER, MANAGER<br>2127 SOUTH LINCOLN STREET<br>DENVER, CO 80210 | Claim Number: 1360<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $650.00 | Allowed:          $650.00 |
| FREISINGER FAMILY REV. TRUST<br>JOHN J. FREISINGER & MARGARET FREISINGER<br>TTEES<br>10816 NELLE AVE NE.<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5568<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $4,870.00 | |
| FREISINGER FAMILY REV. TRUST<br>JOHN J. FREISINGER & MARGARET FREISINGER<br>TTEES<br>10816 NELLE AVE NE.<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5569<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $6,010.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FREISINGER, JOHN J. & MARGARET S.<br>JT WROS<br>10816 NELLE AVE NE<br>ALBUQUERQUE, NM 87111-3941 | Claim Number: 5570<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $9,909.99 |
|---|---|---|

| | | |
|---|---|---|
| FREITAS, FRANK L.<br>COUNTY TAX COLLECTOR<br>ROOM D-290<br>COUNTY GOVERNMENT CENTER<br>SAN LUIS OBISPO, CA 93408 | Claim Number: 10708<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN | |

| SECURED | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| FREMONT TWP          151<br>ATTN PATTI J. SHINN<br>2512 E. GALBRAITH LINE RD<br>YALE, MI 48097 | Claim Number: 3123<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | |

| PRIORITY | Claimed: | $534.92 |
|---|---|---|

| | | |
|---|---|---|
| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 842<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |

| PRIORITY | Claimed: | $1,250.00 |
|---|---|---|

| | | |
|---|---|---|
| FRENZEL, ERIK<br>405 EASTLAKE AVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 843<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | |

| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46  CONT | Allowed: | $888.46 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| FRESE APPRAISAL SERVICE<br>ATTN VIRGIL FRESE<br>3145 WESTVIEW DRIVE<br>QUINCY, IL 62301 | | Claim Number: 9342<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $100.00 | | |
| UNSECURED | Claimed: | $100.00 | | |
| TOTAL | Claimed: | $100.00 | | |
| FRESE, SUSAN AND MCCARTHY<br>210 OAKWOOD ST SE APT 306<br>WASHINGTON, DC 20032-1770 | | Claim Number: 9220<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,000.00 |
| FRESE, SUSAN AND MCCARTHY<br>751 GRESHAM PLACE, NW<br>WASHINGTON, DC 20001 | | Claim Number: 9226<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| FRESE, SUSAN AND MCCARTHY<br>751 GRESHAM PLACE, NW<br>WASHINGTON, DC 20001 | | Claim Number: 9227<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| FRESHOUR, FRANK W. DR.<br>804 SANDRINGHAM LANE<br>LUTZ, FL 33549 | | Claim Number: 6881<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $2,158.00  UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FRESHOUR, ROSEMARY W.<br>804 SANDRINGHAM DRIVE<br>LUTZ, FL 33549 | | Claim Number: 6880<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,606.00  UNLIQ | | | | | |
| FREY, TABETHA S<br>8310 RIDGE ROUTE ROAD<br>SAN DIEGO, CA 92120 | | Claim Number: 2582<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $8,653.85 | Scheduled: | $8,653.85  CONT | Allowed: | | $8,653.85 |
| FRICKE, MARGARET R.<br>16706 FREDERICK CIRCLE<br>OMAHA, NE 68130 | | Claim Number: 6863<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,030.00 | | | | | |
| FRID, MARION L.<br>2702 LYNN AVE<br>FORT WAYNE, IN 46805 | | Claim Number: 2313<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $241.50  UNDET | Scheduled: | $241.50 | | | |
| FRIDAY, ROBERT<br>2536 HEARTWOOD DR<br>PITTSBURGH, PA 15241 | | Claim Number: 6797<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| FRIEDENBERG, RAE NADLER<br>11626 BRIARWOOD CIR<br>BOYNTON BEACH, FL 33437 | | Claim Number: 4150<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,000.00 | Allowed: | $3,000.00 |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | | Claim Number: 6149<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
| UNSECURED | Claimed: | $656,970.68 | | |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | | Claim Number: 6150<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $44,454.85 | | |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | | Claim Number: 10277<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
| UNSECURED | Claimed: | $656,970.68 | | |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | | Claim Number: 10371<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $656,970.68 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FRIEDMAN & FEIGER, L.L.P.,<br>ATTORNEYS AT LAW<br>5301 SPRING VALLEY ROAD, SUITE 200<br>DALLAS, TX 75254 | | Claim Number: 6218<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10256 (11/18/2011) | | | | | |
| UNSECURED | Claimed: | $7,791.31 | | | | | |
| FRIEDMAN, DAVID A<br>19 MERIT LA<br>JERICHO, NY 11753 | | Claim Number: 4315<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $9,403.85   UNLIQ | Scheduled: | $9,403.85  CONT | Allowed: | $9,403.85 | |
| FRIEDMAN, JACOB<br>620 CLERMONT<br>DENVER, CO 80220 | | Claim Number: 9735<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $2,255.00 | | | | | |
| FRIEDMAN, RICHARD<br>1959 MCGRAW AVE 4H<br>BRONX, NY 10462-8023 | | Claim Number: 2086<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| FRISHMAN, ISAAC, TRUSTEE<br>ISAAC & IDA FRISHMAN TRUST U/A/D 7/1/97<br>3084 SCOTTSBOROUGH WAY<br>RIVA, MD 21140-1421 | | Claim Number: 5987<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $125,095.38 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FRIT, ROBERT<br>292 BARBADOS DR.<br>JUPITER, FL 33458-2917 | | Claim Number: 7504<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,620.44 |
| FRITZ, SUSAN D.<br>P.O. BOX 3228<br>RESTON, VA 20195 | | Claim Number: 5321<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,206.99 |
| FRITZ, SUZAN K<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | | Claim Number: 5236<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $43,969.36 |
| FRIZELL, WILLIAM W.<br>14417 W. FUTURA DR<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5495<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,027.96 |
| FRIZELL, WILLIAM W.<br>ROTH IRA<br>14417 W. FUTURA DR<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5521<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,729.91 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FRIZELL, WILLIAM W. & SHIRLEY J.<br>JT TEN<br>14417 W. FUTURA DR.<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5483<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,010.00 | | |
| UNSECURED | Claimed: | $8,010.00 | | |
| TOTAL | Claimed: | $8,010.00 | | |
| FRIZELL, WILLIAM W. & SHIRLEY J.<br>JT TEN<br>14417 W. FUTURA DR.<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5485<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,524.96 | | |
| FRMC FINANCIAL, INC.<br>MICHAEL J. LICHTENSTEIN, ESQUIRE<br>SHULMAN ROGERS GANDAL PORDY & ECKER, PA<br>11921 ROCKVILLE PIKE, SUITE 300<br>ROCKVILLE, MD 20852-2743 | | Claim Number: 8559<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $273,006.25 | | |
| FROMMER, ERIC<br>8407 18TH AVE W 1-106<br>EVERETT, WA 98204 | | Claim Number: 319<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $760.00 | | |
| FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN ST<br>MIDDLETOWN, NY 10940 | | Claim Number: 8822<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $214.63 | Allowed: | $214.63 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| FROST, ETHEL P.<br>2444 MELODY LANE<br>RENO, NV 89512-1435 | | Claim Number: 2856<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $17,370.00   UNDET |
| FROST, ETHEL P.<br>2444 MELODY LN<br>RENO, NV 89512-1435 | | Claim Number: 2857<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,699.00 |
| FROST, MICHAEL<br>2108 WOODWAY DR<br>ARLINGTON, TX 76017 | | Claim Number: 3792<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FROWNFELTER, JAMES B.<br>4604 MAPLE AVENUE<br>BETHESDA, MD 20814 | | Claim Number: 7034<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $37,126.00 |
| FRUIT, THOMAS W.<br>3973 REDWOD DRIVE<br>PULASKI, WI 54162 | | Claim Number: 6960<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,506.96 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| FRYDMAN, HANNAH<br>RICHARD FRYDMAN, CUSTODIAN<br>701 TENNESSEE<br>LAWRENCE, KS 66044-2369 | | Claim Number: 8301<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,500.00 |
| UNSECURED | Claimed: | $0.00 |
| FRYDMAN, JACOB<br>JOHN FRYDMAN CUSTODIAN<br>645 MISSISSIPPI<br>LAWRENCE, KS 66044-2349 | | Claim Number: 8299<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,500.00 |
| UNSECURED | Claimed: | $0.00 |
| FRYDMAN, JOHN<br>CUSTODIAN FOR ALYSON FRYDMAN<br>645 MISSISSIPPI<br>LAWRENCE, KS 66044-2349 | | Claim Number: 8342<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,500.00 |
| FRYDMAN, SOFIA ADEEA<br>RICHARD FRYDMAN CUSTODIAN<br>701 TENNESSEE<br>LAWRENCE, KS 66044-2369 | | Claim Number: 8302<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,500.00 |
| UNSECURED | Claimed: | $0.00 |
| FRYDMAN, TESS<br>RICHARD FRYDMAN CUSTODIAN<br>701 TENNESSEE<br>LAWRENCE, KS 66044-2369 | | Claim Number: 8300<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,500.00 |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| FUCHS, KRISTEN M.<br>12201 MALLARD RIDGE DR<br>CHARLOTTE, NC 28269 | Claim Number: 575<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $913.46 | Scheduled: | $913.38 CONT | Allowed: | $913.46 |

| FUJITA, MARGORIE M IRA<br>FCC AS CUSTODIAN<br>1668 HAKUAINA PLACE<br>HONOLULU, HI 96819-1642 | Claim Number: 9529<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|
| UNSECURED | Claimed: | $63,575.47 |

| FULKERSON, LARRY W.<br>22321 MCARDLE RD.<br>BEND, OR 97702-9666 | Claim Number: 5757<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED | Claimed: | $2,621.50 |

| FULLER, JOHN ANDRE<br>2112 FOUNTAIN SPRINGS DRIVE<br>HENDERSON, NV 89074 | Claim Number: 10313<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|
| SECURED | Claimed: | $102,500.00 |

| FULLER, MELVIN S. & BARBARA N.<br>132 PINE RIDGE DR<br>WHISPER PNES, NC 28327-9484 | Claim Number: 5820<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED | Claimed: | $5,000.12 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 5337<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $4,793.90  UNLIQ | | | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 10936<br>Claim Date: 11/06/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10732 (01/08/2013) | | | | |
| PRIORITY | Claimed: | $14,029.66  UNLIQ | | | | |
| FULTON, ANDREW<br>207 BOWERY FL 7<br>NEW YORK, NY 100022870 | | Claim Number: 4977<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $983.60 | | | | |
| FUNARO, DONNA J.<br>125 PRIMROSE AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 129<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $3,269.23 | Scheduled: | $3,269.23  CONT | Allowed: | $3,269.23 |
| FUNDERBURKE, RICK B & CAROL, JT TEN<br>PO BOX 4146<br>ROANOKE, VA 24015 | | Claim Number: 8125<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $40,471.29 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

FUNK WATER
3113 RIDGE PIKE
EAGLEVILLE, PA 19403-1495

Claim Number: 2125
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $222.23 | Scheduled: | $23.98 | Allowed: | $222.23 |
|---|---|---|---|---|---|---|

FURCO, LISA
1034 7TH ST
WEST BABYLON, NY 11704

Claim Number: 3990
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $846.70 | Scheduled: | $846.70 CONT | Allowed: | $846.70 |
|---|---|---|---|---|---|---|

FUREY, THOMAS
6 MARVIN PLACE
BETHEL, CT 06801

Claim Number: 7105
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7943 (08/11/2009)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

FURGAL, JEAN
2400 S FINLEY RD #122
LOMBARD, IL 60148

Claim Number: 6376
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FUTURE ENTERPRISES OF SOUTH FLORIDA, INC
ATTN STEVE ENGELHARD, OWNER
PO BOX 640
BONITA SPRINGS, FL 34133

Claim Number: 2619
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $933.86 | Scheduled: | $119.78 | Allowed: | $933.86 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| FWU, J.M.<br>6747 BLUE POINT DR<br>CARLSBAD, CA 92011 | | Claim Number: 5184<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,646.00 | | |
| FYFFE, JAMES & NANCY<br>P.O. BOX 3153<br>INCLINE VILLAGE, NV 89450 | | Claim Number: 3980<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,909.95 | | |
| G&W APPRAISAL ASSOCIATES<br>PO BOX 981<br>WESTWOOD, MA 02090-0981 | | Claim Number: 5953<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| G. MELO LLC<br>ATTN PHIL W HATHCOCK, PROPERTY MAANGER<br>C/O MAGRUDER & ASSOCIATES, P.C.<br>1889 PRESTON WHITE DR, STE 200<br>RESTON, VA 20191 | | Claim Number: 7978<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $52,636.39 | Allowed: | $52,636.39 |
| G. MELO, LLC<br>C/O MAGRUDER & ASSOCIATES<br>PHIL W. HATHCOCK, PROPERTY MANAGER<br>1889 PRESTON WHITE DR., STE 200<br>RESTON, VA 20191 | | Claim Number: 7974<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 4863 (06/25/2008) | | |
| UNSECURED | Claimed: | $52,636.39 | Allowed: | $52,636.39 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| G.F. PROFESSIONAL SERVICE, INC<br>ATTN GLORIA A FERNANDEZ<br>1704 MAPLEWOOD DR<br>GREENACRES, FL 33415 | | Claim Number: 3881<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
| GABRAM, JODI<br>10960 NEAL DR<br>NEWBURY, OH 44065 | | Claim Number: 670<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $861.44 | Scheduled: | $861.44 CONT | Allowed: | $861.44 |
| GAGLIARDO, JESSICA<br>25 E LAKELAND ST<br>BAY SHORE, NY 11706-1916 | | Claim Number: 5139<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $600.00 CONT | Allowed: | $300.00 |
| GAGNON, DAVID<br>10007 VISTA POINTE DR<br>TAMPA, FL 33635-6332 | | Claim Number: 9174<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,500.00 | | | | |
| GAINER, LLOYD ALLEN<br>167 BRANTLEY LANE<br>BREWTON, AL 36426 | | Claim Number: 6992<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,749.39 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| GAISS, ALFRED J.<br>407 E. MARY ST.<br>BESSEMER, MI 49911 | | Claim Number: 8778<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,261.00 |

| | | |
|---|---|---|
| GAITHER, GEORGE W.<br>629 MOONGLOW LANE<br>INDIANAPOLIS, IN 46217 | | Claim Number: 6647<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| GAITHER, GEORGE W. & DONNA J.<br>629 MOONGLOW LANE<br>INDIANAPOLIS, IN 46217 | | Claim Number: 6646<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |

| | | |
|---|---|---|
| SECURED | Claimed: | $23,700.65 |
| UNSECURED | Claimed: | $23,700.65 |
| TOTAL | Claimed: | $23,700.65 |

| | | |
|---|---|---|
| GALAXIE COFFEE SERVICE, INC<br>110 SEA LN<br>FARMINGDALE, NY 117353926 | | Claim Number: 2202<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8295 (11/13/2009) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,501.00 | Scheduled: | $17,051.45 |

| | | |
|---|---|---|
| GALIANO, MATTHEW<br>1563 WARREN STREET<br>EAST MEADOW, NY 11554 | | Claim Number: 685<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61  CONT | Allowed: | $1,384.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GALIK, SUSAN M. & JOHN
408 RIO GRANDE DRIVE
MISSION, TX 78572

Claim Number: 5280
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $52,261.77 |
|---|---|---|

GALLAGHER MESSINA, LAURIE
263 LAMOKA PL
WEST ISLIP, NY 11795

Claim Number: 7370
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,766.54 | Scheduled: | $1,766.54 CONT | Allowed: | $1,766.54 |
|---|---|---|---|---|---|---|

GALLAGHER, BRIDEEN
4224 40TH ST NW
WASHINGTON, DC 20016

Claim Number: 1383
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $8,760.65 |
|---|---|---|

GALLAGHER, NANCY
SANDHILL RESIDENTIAL APPRAISAL
358 NASH RD
SAINT PAULS, NC 28384

Claim Number: 245
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $425.00 |
|---|---|---|

GALLAGHER, PATRICK
1 GREENVIEW ROAD
DANBURY, CT 06811

Claim Number: 7077
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,782.95 |
|---|---|---|

U.S. BANKRUPTCY COURT

Date: 01/06/2014

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GALLATIN COUNTY, MONTANA<br>KIMBERLY BUCHANAN<br>COUNTY TREASURER<br>311 WEST MAIN STREET ROOM 210<br>BOZEMAN, MT 59715 | | Claim Number: 6396<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

PRIORITY                                                  Scheduled:        $0.00  UNDET

SECURED         Claimed:         $2,848.75

| | | |
|---|---|---|
| GALLEGOS, JODY L.<br>5 STONYWELL COURT<br>DIX HILLS, NY 11746 | | Claim Number: 7531<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

PRIORITY     Claimed:     $4,269.23                Allowed:     $4,269.23

| | | |
|---|---|---|
| GALLEGOS, JODY L.<br>430 JEFFREY AVENUE<br>EAST MEADOW, NY 11554 | | Claim Number: 7532<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |

PRIORITY     Claimed:     $4,269.23     Scheduled:     $4,269.23  CONT

| | | |
|---|---|---|
| GALLOWAY, LORY<br>1511 COUNTY ROAD 4430<br>WINNSBORO, TX 754948633 | | Claim Number: 9688<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

UNSECURED     Claimed:     $6,576.99

| | | |
|---|---|---|
| GALUSHA, CHARLES<br>104 RANDALL ST<br>OREGON CITY, OR 97045 | | Claim Number: 5355<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |

PRIORITY     Claimed:     $3,321.85

UNSECURED     Claimed:     $3,321.85

TOTAL     Claimed:     $3,321.85

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GAMBLE, HILDA R.<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5748<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9995 (05/09/2011) |
| UNSECURED | Claimed: | $51,808.35 |
| GAMBLE, HILDA R.<br>NFS/FMTC ROLLOVER IRA<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5749<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $39,316.70 |
| GAMBLE, HILDA R. TTEE<br>HILDA R. GAMBLE CARING TRUST U/A 12/6/94<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5746<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9995 (05/09/2011) |
| UNSECURED | Claimed: | $8,073.13 |
| GAMBLE, HILDA R. TTEE<br>HILDA R. GAMBLE CARING TRUST U/A 12/6/94<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | | Claim Number: 5747<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,113.35 |
| GAMBLE, JOHN & LOUISE<br>271 SW 28TH TERR<br>FORT LAUDERDALE, FL 33312 | | Claim Number: 3001<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GAMBOA, JESUS A.<br>6233  PIONEERTOWN<br>YUCCA VALLEY, CA 92284-5300 | | Claim Number: 8185<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $1,353.28 |
| GAMILL, LILLIAN E.<br>632 TIMBERLINE<br>HURST, TX 76053 | | Claim Number: 9795<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,911.89 |
| GAMILL, RONALD C. AND DEBORAH K.<br>1113 ASHFORD LANE<br>MANSFIELD, TX 76063-2697 | | Claim Number: 9798<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,337.60 |
| GAMMIE, ROBERT<br>7634 N BANK RD<br>ROSEBURG, OR 974708494 | | Claim Number: 7264<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,200.00 |
| GANATRA, LABHESH M.<br>403 HORSE SHOE DR<br>EULESS, TX 76039-3955 | | Claim Number: 6369<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GANDHI, DILIP N<br>5 FRANKLIN ST<br>PISCATAWAY, NJ 08854-3824 | | Claim Number: 5975<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GANDHI, KANTI<br>2600 SNYDER AVE<br>MODESTO, CA 95356 | | Claim Number: 5632<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,250.00 |
| GANDHI, RAJESH<br>17 ARBUTUS WAY<br>MONMOUTH JUNCTION, NJ 08852 | | Claim Number: 5950<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,806.99 |
| GANDOLF, THOMAS J. TTEE<br>OF THE DOLORES M. GANDOLF REV TR<br>1460 PULASKI ROAD<br>CALUMET CITY, IL 60409-3810 | | Claim Number: 3807<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,750.00 |
| GANDOLFI, THOMAS<br>1460 PULASKI RD<br>CALUMET CITY, IL 60409 | | Claim Number: 3808<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| GANDOLFI, THOMAS IRA<br>1460 PULASKI RD<br>CALUMET CITY, IL 60409 | | Claim Number: 3809<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $2,500.00 | |
| GANDOLFO, SALVATORE<br>226 W. 26TH STREET, 8TH FL<br>NEW YORK, NY 10001 | | Claim Number: 6711<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| GANELES, EUGENE<br>23870 VENADIS CT<br>CARMEL, CA 93923 | | Claim Number: 6961<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $426.50 | |
| GANER, MARY<br>2274 CRESTROYAL<br>SAINT LOUIS, MO 63131-1916 | | Claim Number: 7269<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $5,000.00 | |
| GANGE, JANICE L.<br>2673 TOY LANE<br>SAN JOSE, CA 95121 | | Claim Number: 10279<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | |
| SECURED | Claimed: | $60,790.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GAO, SUHUA<br>252 RUE DU BOSQUET<br>PINCUORT, QC J7V 0B5<br>CANADA | | Claim Number: 8415<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $576.00 |

| | | |
|---|---|---|
| GAO, YONGMEI<br>2033 20TH RD N<br>ARLINGTON, VA 222013638 | | Claim Number: 3489<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,300.00 |

| | | |
|---|---|---|
| GARCIA, DAWN<br>8828 HICKORY AVE<br>HESPERIA, CA 92345 | | Claim Number: 2574<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $676.00 | Scheduled: | $676.00  CONT | Allowed: | $676.00 |

| | | |
|---|---|---|
| GARCIA, ENA M<br>141 VAN BUREN ST.<br>MASTIC, NY 11950 | | Claim Number: 7514<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,920.00 | Scheduled: | $2,920.00  CONT | Allowed: | $2,920.00 |

| | | |
|---|---|---|
| GARCIA, GRACIELA<br>701 W. HUNTINGTON COMMONS<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 8213<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,229.61 | Scheduled: | $1,762.25 | Allowed: | $2,229.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GARCIA, JOSE
300 S WHEELING RD
PROSPECT HEIGHTS, IL 60070

Claim Number: 8295
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,120.00 | Scheduled: | $1,040.00 | Allowed: | $1,120.00 |

GARCIA, MELISSA
35 IRENE ST
LINDENHURST, NY 117571304

Claim Number: 7518
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62  CONT | Allowed: | $1,884.62 |

GARCIA, NICOLE
13F COUNTRY CLUB DRIVE
CORAM, NY 11727

Claim Number: 971
Claim Date: 09/18/2007
Debtor: GREAT OAK ABSTRACT CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,422.75 | Scheduled: | $1,423.08  CONT | Allowed: | $1,422.75 |

GARCIA, WILLIAM L
141 VAN BUREN ST.
MASTIC, NY 11950

Claim Number: 7513
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38  CONT | Allowed: | $740.38 |

GARINGER, KEVIN
8523 BACARDI DR
DALLAS, TX 75238-4923

Claim Number: 6705
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,344.50 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GARLAND APPRAISAL SERVICES<br>ATTN SAMANTHA GARLAND<br>PO BOX 752<br>DANIELSVILLE, GA 30633 | | Claim Number: 9427<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $375.00 |
| GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 5401<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $8,061.85   UNLIQ |
| GARMON, JOHN E. IRA<br>WACHOVIA BANK NA - C/F<br>8607 OLD HWY 10<br>HICKORY, NC 28602 | | Claim Number: 6859<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $104,757.66 |
| GARNER, SAMUEL T.<br>6708 DUQUAINE CT<br>NASHVILLE, TN 37205 | | Claim Number: 5291<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $8,500.00 |
| GARRANA, HENRY N.<br>7201 FOXTREE<br>AUSTIN, TX 78750 | | Claim Number: 5497<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GARRETT, KIM<br>303 COUNTRYSIDE DRIVE<br>CENTERTOWN, KY 42328 | | Claim Number: 972<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $3,289.42 CONT | Allowed: | $2,884.62 |
| GARRISON, ELLENA<br>PO BOX 1423<br>PATCHOGUE, NY 11772 | | Claim Number: 8442<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $679.80 | Scheduled: | $679.80 CONT | Allowed: | $679.80 |
| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | | Claim Number: 4333<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9919 (04/06/2011) | | | | |
| UNSECURED | Claimed: | $7,500.00 | | | | |
| GARTENLAUB, IRENE<br>6249 MISTY MEADOW LOOP<br>NEW PORT RICHEY, FL 34655 | | Claim Number: 9435<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,350.00 | | | | |
| GARTENLAUB, IVAN P.<br>6249 MISTY MEADOW LOOP<br>NEW PORT RICHEY, FL 34655 | | Claim Number: 9607<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,700.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GARY LEES AVENUE PIZZA<br>1575 BROADWAY<br>BUFFALO, NY 14212 | | Claim Number: 4363<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $267.00 | Allowed: | $267.00 |

| GASKIN, HELEN D.<br>16930 NW HARRY G MCCLELLAN RD<br>BLOUNTSTOWN, FL 32424-4660 | | Claim Number: 3914<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| PRIORITY | Claimed: | $24,508.00 |
| UNSECURED | Claimed: | $24,508.00 |
| TOTAL | Claimed: | $24,508.00 |

| GASKIN, HELEN D.<br>16930 NW HARRY G MCCLELLAN RD<br>BLOUNTSTOWN, FL 32424-4660 | | Claim Number: 3915<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $29,564.00 |

| GASPARRO, R.J.<br>10 TUNBRIDGE RD.<br>HAVERFORD, PA 19041 | | Claim Number: 3283<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| SECURED | Claimed: | $101,689.00 |

| GASTON COUNTY TAX COLLECTOR<br>ATTN JUDY B BINGHAM, DIRECTOR<br>PO BOX 1578<br>GASTONIA, NC 28053 | | Claim Number: 1087<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN |
|---|---|---|
| SECURED | Claimed: | $1,347.45 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GASTON, JOHN IRA<br>222 169TH AVE NE<br>BELLEVUE, WA 98008-4524 | | Claim Number: 9275<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,836.00 |
| GASTON, WENDY IRA<br>222 169TH AVE NE<br>BELLEVUE, WA 98008-4524 | | Claim Number: 9276<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,022.00 |
| GATEMAN, IRVIN<br>15478 FIORENZA CIR<br>DELRAY BEACH, FL 33446-3294 | | Claim Number: 7516<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,836.95 |
| GATEMAN, IRVIN<br>5509 ESCALLONIA ST<br>LAS VEGAS, NV 89149 | | Claim Number: 7517<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,963.22 |
| GATES, ROBERT BRIAN<br>2589 ALLEGHANY LOOP<br>VIRGINIA BCH, VA 23456-2442 | | Claim Number: 10212<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GATEWAY CHULA VISTA
333 "H" STREET
SUITE 6000
CHULA VISTA, CA 91910

Claim Number: 7871
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $179,235.18 | Allowed: | $179,235.18 |

GAUDREAU, JOHN J
1081 NEW HAVEN RD APT 11G
NAUGATUCK, CT 067704777

Claim Number: 4939
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,528.12 |

GAUGLER, MEGAN
73 NANCYCREST LN
BUFFALO, NY 142243833

Claim Number: 48
Claim Date: 08/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $675.00 |

GAUGLER, MEGAN
73 NANCYCREST LN
BUFFALO, NY 142243833

Claim Number: 59
Claim Date: 08/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $325.00 |

GAUGLER, MICHAEL & MEGAN
73 NANCYCREST LN
BUFFALO, NY 142243833

Claim Number: 49
Claim Date: 08/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $575.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT # 5<br>KEY WEST, FL 33040 | | Claim Number: 728<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,625.00 | | |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT #5<br>KEY WEST, FL 33040 | | Claim Number: 6544<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| PRIORITY | Claimed: | $1,625.00 | | |
| UNSECURED | Claimed: | $1,625.00 | | |
| TOTAL | Claimed: | $1,625.00 | | |
| GAULT, BRIAN K.<br>101 MEADOWCREST DR<br>BEDFORD, NH 03110-6317 | | Claim Number: 10304<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,038.42 | Allowed: | $1,038.42 |
| GAVIDIA, JOHN R. AND<br>GAVIDIA-ARVINO, ANA M.<br>1149 BIRD AVENUE # 4<br>SAN JOSE, CA 95125 | | Claim Number: 10091<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GAVINSKI, ROBERT J.<br>2848 WATER STREET<br>STEVENS POINT, WI 54481 | | Claim Number: 4397<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,755.58 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | Claim Number: 8409<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY | Claimed: | $2,185.09 | Scheduled: | $2,185.10  CONT |

| | | |
|---|---|---|
| GAZETTE NEWSPAPERS<br>ATTN: EVELYN A. WILSON, CREDIT MGR<br>5225 E. 2ND ST<br>LONG BEACH, CA 90803 | Claim Number: 9943<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED | Claimed: | $2,340.00 |

| | | |
|---|---|---|
| GE MONEY BANK/WMC MORTGAGE<br>ATTN SHARON L. MASON, VP OR LEGAL DEPT.<br>3100 THORNTON AVE<br>BURBANK, CA 91504 | Claim Number: 2946<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8029 (09/08/2009) | |
| UNSECURED | Claimed: | $216,836.67 |
| TOTAL | Claimed: | $215,836.67 |

| | | |
|---|---|---|
| GEDEON, MARY A. & JOHN J., TTEES<br>MARY & JOHN GEDEON LIVING TRUST<br>7865 E MISSISSIPPI AVE<br>UNIT 501<br>DENVER, CO 80247 | Claim Number: 6384<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $22,838.51 |

| | | |
|---|---|---|
| GEFFNER-ATIYA, STACIE & YOSEF ATIYA<br>12-28 FAIRCLOUGH PL<br>FAIR LAWN, NJ 07410 | Claim Number: 5829<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $3,417.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GEHRING, GRETCHEN S.
830 CHURCHLAND CT
SAUGERTIES, NY 12477

Claim Number: 556
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $2,500.00 CONT | Allowed: | $1,923.08 |

GEHRKE, SANDRA L.
1119 HONEY CREEK ROAD
OSHKOSH, WI 54904-804

Claim Number: 3386
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,500.00 |
| UNSECURED | Claimed: | $4,500.00 |
| TOTAL | Claimed: | $4,500.00 |

GEIGER, STACEY
7413 MOLITOR COURT
RIO LINDA, CA 95673

Claim Number: 1656
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,153.84 | Scheduled: | $4,712.01 CONT | Allowed: | $4,153.84 |

GEIGER, STEVEN
4720 95TH ST
URBANDALE, IA 50322

Claim Number: 6242
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,927.43 |
| UNSECURED | Claimed: | $79,128.98 |

GEIGER, STEVEN D.
4720 95TH ST
URBANDALE, IA 50322

Claim Number: 406-01
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $11,927.43 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $79,128.98 CONT | | |

---

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GEIGER, STEVEN D.<br>4720 95TH ST<br>URBANDALE, IA 50322 | | Claim Number: 406-02<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $81,544.06 |
| GEISER, JOHN H.<br>1863 BARBEE LANE<br>WALL, NJ 07719 | | Claim Number: 7224<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| GEISER, NANCY B.<br>1863 BARBEE LANE<br>WALL, NJ 07719 | | Claim Number: 7225<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,636.65 |
| GELBERG, BERNICE A.<br>34 JADEHALL RD<br>NEW GLOUCESTER, ME 04260 | | Claim Number: 7717<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $1,452.50 |
| UNSECURED | Claimed: | $1,452.50 |
| TOTAL | Claimed: | $1,452.50 |
| GELBMA, JOEL C.<br>711 BINGHAMPTON LN<br>LIVINGSTON, NJ 07039-8263 | | Claim Number: 3173<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $781.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GELOSO, LISA M.<br>301 OAKLAND AVE<br>MILLER PLACE, NY 11764 | | Claim Number: 683<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,653.85 | Scheduled: | $3,653.85  CONT | Allowed: | $3,653.85 |
| GEMINI SECURITIZATION CORP., LLC<br>GERALDINE ST-LOUIS<br>C/O ROPES & GRAY - PRUDENTIAL TOWER<br>800 BOYLSTON ST STE 3500<br>BOSTON, MA 02199-3600 | | Claim Number: 9063<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $92,655.88 | | | Allowed: | $92,656.00 |
| GEMINI SECURITIZATION CORP., LLC<br>GERALDINE ST-LOUIS<br>C/O ROPES & GRAY<br>ONE INTERNATIONAL PLACE, RM. 3218<br>BOSTON, MA 02110 | | Claim Number: 9064<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $92,655.88   UNLIQ | | | | |
| GEMINI SECURITIZATION CORP., LLC<br>GERALDINE ST-LOUIS<br>C/O ROPES & GRAY<br>ONE INTERNATIONAL PLACE, RM 3218<br>BOSTON, MA 02110 | | Claim Number: 9065<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $92,655.88 | | | Allowed: | $92,656.00 |
| GENDELMAN, MAX & DORIS<br>7515 PELICAN BAY BLVD<br>APT 14A<br>NAPLES, FL 34108 | | Claim Number: 3906<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $33,355.79 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GENDLER, CORINNE L.<br>4909 PINEVIEW CIR<br>DELRAY BEACH, FL 33445 | | Claim Number: 5469<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GENERAL ELECTRIC CAPITAL CORP.<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10174<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | |
| UNSECURED | Claimed: | $5,507.99 | Allowed: | $5,507.99 |
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>10 RIVERVIEW DR<br>DANBURY, CT 06810-6268 | | Claim Number: 1952<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $51,558.25 | | |
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>ATTN PATRICIA POEL<br>LITIGATION SPECIALIST<br>44 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | | Claim Number: 1953<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $9,534.50 | Allowed: | $9,534.50 |
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>ATTN PATRICIA POEL<br>LITIGATION SPECIALIST<br>44 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | | Claim Number: 1954<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>SEND NOTICES TO: | | |
| UNSECURED | Claimed: | $21,486.91 | Allowed: | $21,486.91 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>ATTN PATRICIA POEL<br>LITIGATION SPECIALIST<br>44 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | | Claim Number: 1955<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>SEND NOTICES TO: | | | | |
| UNSECURED | Claimed: | $1,558.43 | | Allowed: | | $1,558.43 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10172<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | | |
| SECURED | Claimed: | $1,003.75 | | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10173<br>Claim Date: 04/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $8,262.18 | | | | |
| GENERAL HOME MAINTENANCE CORP<br>ATTN TERESA REILLY, OFFICE MANAGER<br>39 CYPRESS LANE<br>SHIRLEY, NY 11967 | | Claim Number: 2063<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $901.58 | Scheduled: | $298.86 | Allowed: | $901.58 |
| GENEVIEVE A DODGE TR<br>UA 04/18/00<br>GENEVIEVE A DODGE REV TRUST<br>312 CLAYTON CROSSING,UNIT 305<br>BALLWIN, MO 63011-2270 | | Claim Number: 3973<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GENNATIEMPO, PEGGY ANN
UNIT 4960
APO, AA 34037

Claim Number: 8028
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

GEORGAS, RACHAEL
2415 SHIRAZ LN
CHARLESTON, SC 29414-6668

Claim Number: 8351
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $575.92 | Scheduled: | $576.92  CONT | Allowed: | $575.92 |

---

GEORGE J FOSTER & CO, INC
150 VENTURE DRIVE
ATTN RICHARD MESSER CREDIT MANAGER
DOVER, NH 03820

Claim Number: 8195
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59.22 | Allowed: | $59.22 |

---

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6414-01
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $13.00 | Scheduled: | $0.00  UNDET | Allowed: | $13.00 |

---

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6414-02
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1.00 | Allowed: | $1.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>ATTN EUNICE NICHOLSON, REVENUE AGENT<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 6416-01<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6611 (11/21/2008) | | | | |
| PRIORITY | Claimed: | $1,176.48 | Scheduled: | $0.00  UNDET | | |
| GEORGIA DEPARTMENT OF REVENUE<br>ATTN EUNICE NICHOLSON, REVENUE AGENT<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 6416-02<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $627.54 | | | | |
| GERALD & JANICE RATTS TR<br>TTEE<br>1325 COUNTRY WALK CIR<br>WICHITA, KS 67206 | | Claim Number: 4410<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,000.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| GERALD P MALLECK R E APPRAISER<br>ATTN GERALD MALLECK, OWNER<br>516 CUSHING STREET SW<br>OLYMPIA, WA 98502 | | Claim Number: 3781<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $850.00 | | | Allowed: | $850.00 |
| GERBER, SHARON M.<br>8276 BROWNING COURT<br>CONCORD TWP, OH 44060 | | Claim Number: 4750-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,603.83  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $9,656.43  CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GERBER, SHARON M.<br>8276 BROWNING COURT<br>CONCORD TWP, OH 44060 | | Claim Number: 4750-02<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $30,359.51 | | |
| GERBER, SHARON M.<br>8276 BROWNING CT.<br>CONCORD TWP, OH 44060 | | Claim Number: 4805<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $42,132.35 | | |
| GERHARTER, DAN<br>4122 GRAF<br>BOZEMAN, MT 59715 | | Claim Number: 5765<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,418.96 | | |
| GERKEN, KERRI & JEFF<br>15711 E. VALLEY CHAPEL RD.<br>FAIRFIELD, WA 99012 | | Claim Number: 2577<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $10.00 | Allowed: | $10.00 |
| GERLACH, OTTO B., III<br>6513 RUTGERS<br>HOUSTON, TX 77005 | | Claim Number: 3539<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,099.80 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| GERNAND, JOYCE A<br>3626 STONE CREEK RUN<br>FORT WAYNE, IN 46804 | | Claim Number: 3492<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $480.77 | Scheduled: | $1,341.49 CONT | Allowed: | $480.77 |
| GERRITY, SEAN<br>2631 HEATHERSTONE DR<br>SAN RAFAEL, CA 94903 | | Claim Number: 6977<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$985,560.13 | | | | |
| GERRITY, SEAN<br>922 HUMBOLDT ST<br>SANTA ROSA, CA 95404 | | Claim Number: 6978-01<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$947,891.07 CONT | Allowed: | $10,950.00 |
| GERRITY, SEAN<br>922 HUMBOLDT ST<br>SANTA ROSA, CA 95404 | | Claim Number: 6978-02<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $951,489.66 | | | | |
| GERRITY, SEAN T.<br>2631 HEATHERSTONE DR<br>SAN RAFAEL, CA 94903 | | Claim Number: 823<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$985,560.13 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GERSHON, ANDREW M.<br>19 BEACH STREET # 5<br>NEW YORK, NY 10013 | | Claim Number: 5687<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GERSHON, HELEN<br>1201 S OCEAN DR. APT. 1511N<br>HOLLYWOOD, FL 33019 | | Claim Number: 5101<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GERSHON, PAUL N.<br>4217 W 114TH ST<br>LEAWOOD, KS 66211 | | Claim Number: 5146<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GERSTEIN, RAYMOND M.<br>1 RILLINGTON DR<br>BELLA VISTA, AR 727143204 | | Claim Number: 4102<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,192.15 |
| GETTINGS, THERESA<br>15707 TAVISTON ST<br>HUNTERSVILLE, NC 280783412 | | Claim Number: 86<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $2,308.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GETTLER, JOHN<br>1333 ROCK CHAPEL RD<br>HERNDON, VA 20170 | | Claim Number: 4670<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | | |
| GETTY IMAGES INC<br>ATTN KATHLEEN A. MEEK-SENYOCHL<br>CREDIT AND COLLECTIONS DEPT.<br>PO BOX 953604<br>ST LOUIS, MO 63195-3604 | | Claim Number: 8043<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $21,099.62 | Scheduled: | $655.00 | Allowed: | $21,099.62 | |
| GEWANT, TOBY W.<br>3816 COLLINE DRIVE<br>MONTGOMERY, AL 36106-3355 | | Claim Number: 5637<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| GEYSER, M. JOYCE SEGR. ROLLOVER IRA<br>RBC DAIN RAUSCHNER CUSTODIAN<br>5601 E. WONDERVIEW RD<br>PHOENIX, AZ 85018 | | Claim Number: 7451<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $32,865.78 | | | | | |
| GHERMAN, MAURICE<br>207 COMMERCIAL CT<br>MORGANVILLE, NJ 77511070 | | Claim Number: 7655<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GHINI, LAURA
11 CHERRY ST
GLEN HEAD, NY 11545

Claim Number: 1140
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $2,900.00 | Scheduled: | $3,343.85 CONT | Allowed: | $2,900.00 |
|---|---|---|---|---|---|---|

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 986
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 7546
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $340.00 |
|---|---|---|

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 7547
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $340.00 |
|---|---|---|

GHR SYSTEMS, INC. F/K/A LOAN SOFT, INC.
D/B/A METAVANTE LENDING SOLUTIONS
C/O BRUCE G. ARNOLD, ESQ. - WHITE ET AL
555 EAST WELLS ST., SUITE 1900
MILWAUKEE, WI 53202

Claim Number: 5397
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8936 (06/18/2010)

| UNSECURED | Claimed: | $417,972.50 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| GIACHETTI, JENNIFER<br>170 TYRCONNELL AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 426<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $711.38 | Scheduled: | $711.54 CONT | Allowed: | $711.38 |
| GIANCOLA, KAREN<br>57 MILL RD<br>FARMINGDALE, NY 11735 | | Claim Number: 2969<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $4,776.92 | Scheduled: | $4,776.92 CONT | Allowed: | $4,776.92 |
| GIANNONE, LISA<br>PO BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2240<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $600.00 | Scheduled: | $600.00 CONT | | |
| GIBB, RICK A.<br>P.O. BOX 59589<br>BIRMINGHAM, AL 35259 | | Claim Number: 3165<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $24,889.00 | | | | |
| GIBBONS, MARGARET ARDEN<br>P.O. BOX 75<br>ROCKPORT, TX 78381 | | Claim Number: 5051<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $1,492.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| GIBBS, E.C.<br>1004 ARKADELPHIA RD NE<br>HANCEVILLE, AL 35077 | | Claim Number: 5962<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,135.95 | | | | |
| GIBBS, KELLIE<br>936 PARK AVENUE<br>HUNTINGTON, NY 11743 | | Claim Number: 6804<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $570.51 | Scheduled: | $570.51 CONT | Allowed: | $570.51 |
| GIBNEY, JAMES B<br>PO BOX 1338<br>BURLINGAME, CA 94011 | | Claim Number: 8870<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,190.50 | | | | |
| GIBSON COUNTY<br>ATTN SALLY TAYLOR, DEPUTY TRUSTEE<br>PO BOX 259<br>TRENTON, TN 38382 | | Claim Number: 3075<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $605.00 | | | | |
| GIBSON, BRENDA<br>2090 E FOX DRIVE<br>COLUMBIA CITY, IN 46725 | | Claim Number: 6631<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,030.77 | Scheduled: | $2,030.77 CONT | Allowed: | $2,030.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| GIBSON, JOE F. & DAVID N.<br>1489 HWY. 49 EAST<br>ASHLAND CITY, TN 37015 | | Claim Number: 4224<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $2,106.65 | | | | |
| SECURED | Claimed: | $2,106.65 | | | | |
| TOTAL | Claimed: | $2,106.65 | | | | |
| GIBSON, MARGARET<br>2483-4 WHISPERING WOODS BLVD<br>JACKSONVILLE, FL 32246 | | Claim Number: 1148<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,338.64 | | Allowed: | $1,338.64 | |
| GIEBEL, RAY E. & CARMOLEDA H., JT TEN<br>PO BOX 207<br>MUSSELSHELL, MT 59059 | | Claim Number: 8207<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,325.99 | | | | |
| GIEBEL, RAY E. AND CARMOLEDA H.<br>JT TEN/WROS<br>P.O. BOX 207<br>MUSSELSHELL, MT 59059 | | Claim Number: 9609<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,182.95 | | | | |
| GIERA, KAREN<br>434 SO FELTUS ST<br>SOUTH AMBOY, NJ 08879 | | Claim Number: 1059<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,076.26 | Scheduled: | $1,076.26  CONT | Allowed: | $1,076.26 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GIFFORD, REBECCA<br>9224 WOODED ACRES CIR<br>SHERWOOD, AR 72120-4090 | | Claim Number: 976<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,350.00 | Scheduled: | $2,907.08 CONT | Allowed: | $2,350.00 |
| GIK, INC., DBA SIR SPEEDY PRINTING<br>ATTN MURRAY NEWTON, VICE PRESIDENT<br>1801-B ST. ALBANS DRIVE<br>RALEIGH, NC 27609-6286 | | Claim Number: 5289<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $364.39 | Scheduled: | $737.26 | Allowed: | $364.39 |
| GILBERT, ANN R<br>1428 TRADERS CROSSING<br>FORT WAYNE, IN 46845 | | Claim Number: 6629<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $2,238.49 | Scheduled: | $2,700.03 CONT | Allowed: | $2,238.49 |
| GILBERT, RICHARD<br>663 MAJESTIC OAKS<br>DR<br>CHARLESTON, SC 29412 | | Claim Number: 5605<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $4,309.14 | Scheduled: | $4,309.14 CONT | | |
| GILES, BERNADETTE<br>52 FLOYD ROAD<br>DERRY, NH 03038 | | Claim Number: 2377<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | | | | |
| PRIORITY | Claimed: | $1,164.42 | Scheduled: | $1,164.42 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GILES, PATRICIA
10958 S SANGAMON ST
CHICAGO, IL 606433849

Claim Number: 1864
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 18032 (06/14/2013)

| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
|---|---|---|---|---|

GILFEDDER, BRENDAN J
21 UPPER DRIVE,ROBIN PARK
HUNTINGTON, NY 11743

Claim Number: 10342
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $58,000.00 |
|---|---|---|

GILHAM FAMILY TRUST 3/11/98, THE
RICHARD C GILHAM TTEE
LOIS J GILHAM TTEE
849 W 30TH ST
SAN PEDRO, CA 90731-6639

Claim Number: 3722
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,741.44 |
|---|---|---|

GILL, CHARLES W.
113 ASHTON CT
WEST DEPTFORD, NJ 08051-2002

Claim Number: 5515
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $3,146.26 |
|---|---|---|

GILL, RONALD B.
655 SHEFFIELD
VALPARAISO, IN 46385-6234

Claim Number: 7292
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,888.66 |
|---|---|---|

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| GILLETTE, DAVID S.<br>6612 BRECKENRIDGE CT<br>RENO, NV 89523-1296 | | Claim Number: 5350<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |
| GILMER COUNTY TAX COMMISISONER<br>1 BROAD ST STE 105<br>ELLIJAY, GA 30540-9045 | | Claim Number: 3530<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY | Claimed: | $312.36 | | | |
| GILMER COUNTY TAX COMMISSIONER<br>1 BROAD ST. SUITE 105<br>ELLIJAY, GA 30540 | | Claim Number: 10680<br>Claim Date: 03/06/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $534.36 | | | |
| GILORMINI, JANICE<br>318 MOUNT PLEASANT RD<br>HAUPPAGE, NY 117882738 | | Claim Number: 9295<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $163.46  CONT | |
| GILSTRAP, ROBERT D.<br>105 DEXTER DRIVE<br>TAYLORS, SC 29687 | | Claim Number: 6101<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $21,469.95 | | | |

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| GINNONA, RONALD T. AND TRACI A. | Claim Number: 8651 |
|---|---|
| AKA COMNET NO02-15135 COURT COMMON PLEAS | Claim Date: 01/11/2008 |
| GREGORY NOONAN ESQ WALFISH & NOONAN, LLC | Debtor: AMERICAN HOME MORTGAGE CORP |
| 528 DEKALB STREET | Comments: EXPUNGED |
| NORRISTOWN, PA 19401 | DOCKET: 10443 (05/07/2012) |

| UNSECURED | Claimed: | $221,189.61 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| GIOIA, FRANCES | Claim Number: 5014 |
|---|---|
| 135 BAY 8 ST. | Claim Date: 12/10/2007 |
| BROOKLYN, NY 11228 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $10,690.34 |
|---|---|---|
| UNSECURED | Claimed: | $10,690.34 |
| TOTAL | Claimed: | $10,690.34 |

---

| GIRDHARRY, COMPTON | Claim Number: 4639 |
|---|---|
| 3700 GREENBRIAR AVE | Claim Date: 12/06/2007 |
| ALLIANCE, OH 44601 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $14,000.00 |
|---|---|---|

---

| GIST, KRISTIN L | Claim Number: 2281 |
|---|---|
| 15091 CARLTON AVE | Claim Date: 11/15/2007 |
| SAN JOSE, CA 95124-5035 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: PAID |

| PRIORITY | Claimed: | $1,725.00 | Scheduled: | $1,725.00  CONT | Allowed: | $1,725.00 |
|---|---|---|---|---|---|---|

---

| GITCHELL'S STUDIO | Claim Number: 2047 |
|---|---|
| 618-A FOREST ST | Claim Date: 11/13/2007 |
| CHARLOTTESVILLE, VA 22903 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $78.75 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GLADDEN, CHRISTINA<br>1004 DRAKE TR<br>FLOWER MOUND, TX 75028 | | Claim Number: 1997<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,883.65 | Scheduled: | $1,868.19 CONT | | | |
| GLADES-PIKES INVESTORS, LTD.<br>7777 GLADES ROAD<br>SUITE 310<br>BOCA RATON, FL 33434 | | Claim Number: 6694<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $4,695.16 | Scheduled: | $4,456.15 | Allowed: | $4,695.16 |
| GLADNEY, CHAD E. & ANGELEA S.D.<br>272 VICTORIA DR<br>TROY, MO 63379 | | Claim Number: 4268<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,998.32 | | | | |
| GLASCO, ADRIENNE D<br>214 LIVINGSTON ST<br>APT # 2<br>WESTFIELD, NJ 07090 | | Claim Number: 3476<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,456.83 | Scheduled: | $1,456.83 CONT | Allowed: | $1,456.83 |
| GLASCO, ADRIENNE D.<br>214 LIVINGSTON ST APT 2<br>WESTFIELD, NJ 07090 | | Claim Number: 1280<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,456.64 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| GLASEN, HOLLY<br>3503 HICKORY AVE<br>BALTIMORE, MD 21211 | | Claim Number: 450<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,019.23 | | | | |
| GLASEN, HOLLY<br>3503 HICKORY AVE<br>BALTIMORE, MD 21211 | | Claim Number: 496<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,019.23 | Scheduled: | $1,019.23  CONT | Allowed: | $1,019.23 |
| GLASSEL, MORTON L.<br>BEAR STEARNS SEC CORP CUST<br>4 BAYVIEW DRIVE<br>HUNTINGTON, NY 11743-1505 | | Claim Number: 9858<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GLASSMAN, SUSAN K.<br>8310 GANNON<br>ST LOUIS, MO 63132 | | Claim Number: 9806<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GLATMAN, NEAL A. IRA<br>3931 SUNFLOWER ST<br>SEAL BEACH, CA 90740 | | Claim Number: 3343<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,212.34 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| GLAWE, ILO S<br>306 COMMERCIAL ST<br>STRAWBERRY POINT, IA 52076 | Claim Number: 5544<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,169.19 | |
| GLAZNER, GERALDINE R.<br>7853 N. ZOAN CT.<br>TERRE HAUTE, IN 47805-1005 | Claim Number: 8429<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $6,131.00 | |
| GLAZNER, GERALDINE R.<br>TR FBO<br>GERALDINE R. GLAZNER REV TRUST<br>7853 N. ZOAN CT<br>TERRE HAUTE, IN 47805-1005 | Claim Number: 8430<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $9,538.00 | |
| GLEICHMAN, NEIL<br>P.O. BOX 264<br>DRIGGS, ID 83422 | Claim Number: 7485<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $22.00 | |
| GLENBOROUGH FUND V, WASHINGTON LLC<br>C/O LAW OFFICES OF GLEN DRESSER<br>ATTN GLEN DRESSER, ATTORNEY<br>12650 RIVERSIDE DR., SUITE 100<br>N. HOLLYWOOD, CA 91607 | Claim Number: 2349-01<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $90,959.72 | Allowed: $90,959.72 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GLENBOROUGH FUND V, WASHINGTON LLC<br>C/O LAW OFFICES OF GLEN DRESSER<br>ATTN GLEN DRESSER, ATTORNEY<br>12650 RIVERSIDE DR., SUITE 100<br>N. HOLLYWOOD, CA 91607 | | Claim Number: 2349-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
|---|---|---|---|---|
| SECURED | Claimed: | $7,237.00 | Allowed: | $7,237.00 |
| GLENN, SUE L.<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6858<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $8,261.07 | | |
| GLENN, SUE L.<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6878<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $19,634.25 | | |
| GLENN, WALTER H. SR<br>PO BOX 824<br>PENSACOLA, FL 32594 | | Claim Number: 6871<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $71,349.50 | | |
| GLENN, WALTER H. SR<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6876<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $9,340.75 | | |
| TOTAL | Claimed: | $93,210.75 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GLENN, WALTER H. SR<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | | Claim Number: 6877<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $52,312.00 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GLENNING, DAVID E.<br>1918 GROCE MEADOW RD<br>TAYLORS, SC 29687 | | Claim Number: 5973<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $8,905.00 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GLIEDER, HARALD<br>4000 PARK NEWPORT #207<br>NEWPORT BEACH, CA 92660 | | Claim Number: 6548<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,250.00 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GLOBE NEWSPAPER CO., INC. DBA<br>THE BOSTON GLOBE<br>JOSEPH ASTINO<br>135 MORRISSEY BLVD.<br>BOSTON, MA 02125 | | Claim Number: 1762<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $10,557.00 | | | Allowed: | $10,557.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GLOVER, RANDOLPH E.<br>1306 SUNSET DR<br>NORTH MANCHESTER, IN 46962 | | Claim Number: 495<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $1,076.92 CONT | Allowed: | $1,076.80 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GLUCK, MICHAEL<br>6851 SE 33RD ST<br>MERCER ISLAND, WA 98040 | | Claim Number: 8379<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,125.00 |
| GLUCKOW, HARRIETTE<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4731<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUCKOW, HARRIETTE & SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4732<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUCKOW, HARRIETTE & SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4733<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUCKOW, HARRIETTE & SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4734<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4728<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4729<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUCKOW, SEYMOUR<br>550 SUMMIT ST.<br>ENGLEWOOD CLIFFS, NJ 07632 | | Claim Number: 4730<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| GLUSHEFSKI, EDWARD A.<br>9426 WATERFORD DRIVE<br>MANASSAS, VA 20110 | | Claim Number: 4827<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,224.99 |
| GLW SERVICES, INC.<br>ATTN GARY L. WARD<br>200 1/2 W MAIN ST STE B<br>ARDMORE, OK 73401 | | Claim Number: 58<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $404.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GLYNN, ROBERT J.<br>44 SULLIVAN PL<br>MILLBURY, MA 01527 | | Claim Number: 4039<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,881.00 | | | | | |
| GMAC MARTGAGE, LLC<br>C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL<br>465 SOUTH ST., STE 202<br>MORRISTOWN, NJ 07960 | | Claim Number: 5996-01<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $40,296.00 | Scheduled: | $3,358.50 | Allowed: | $40,296.00 |
| GMAC MARTGAGE, LLC<br>C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL<br>465 SOUTH ST., STE 202<br>MORRISTOWN, NJ 07960 | | Claim Number: 5996-02<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| SECURED | Claimed: | $3,358.00 | | | | | |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9954<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) | | | | | |
| UNSECURED | Claimed: | $116,324.59 | | | | | |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9958<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) | | | | | |
| UNSECURED | Claimed: | $120,867.09   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9959<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) |
| UNSECURED | Claimed: | $205,390.50    UNLIQ |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9960<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $214,541.99    UNLIQ |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9961<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $71,747.72    UNLIQ |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 9962<br>Claim Date: 02/13/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $76,871.65    UNLIQ |
| GO, HOWARD T.<br>10129 REED LANE<br>ELLICOTT CITY, MD 21042 | | Claim Number: 5786<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,305.01 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GO, HOWARD T.<br>10129 REED LANE<br>ELLICOTT CITY, MD 21042 | | Claim Number: 5806<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SECURED | Claimed: | $4,650.00 | | | | | |
| GODBOUT, NICHOLAS<br>37 PRESCOTT HEIGHTS RD<br>HOOKSETT, NH 03106 | | Claim Number: 1301<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,299.48 | Scheduled: | $1,299.37 CONT | Allowed: | | $1,299.48 |
| GODWIN, THOMAS L.<br>511 CYPRESS OAK CIR<br>DELAND, FL 32720-2665 | | Claim Number: 4021<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $55,757.00 | | | | | |
| GOEPFERT, WILLIAM<br>18660 INGLEWOOD AVE.<br>ROCKY RIVER, OH 44116 | | Claim Number: 6953<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | | |
| GOEPFERT, WILLIAM<br>18660 INGLEWOOD AVE.<br>ROCKY RIVER, OH 44116 | | Claim Number: 6954<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOFF, GENA<br>7 E 124TH ST<br>NEW YORK, NY 10035 | | Claim Number: 137<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,552.31 | Scheduled: | $1,552.31 CONT | Allowed: | | $1,552.31 |
| GOGARTY, JAIME<br>255 BELMORE AVE<br>EAST ISLIP, NY 11730 | | Claim Number: 359<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,127.75 | | | | | |
| GOGARTY, JAIME A<br>69 RIDGEWAY BLVD<br>BAY SHORE, NY 11706 | | Claim Number: 2638<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $861.60 | Scheduled: | $861.60 CONT | Allowed: | | $861.60 |
| GOLD CUP COFFEE SERVICE, INC.<br>8723 FLORIDA MINING BLVD<br>TAMPA, FL 336341259 | | Claim Number: 2123<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $208.48 | | | Allowed: | | $208.48 |
| GOLDBERG, ANITA<br>515 SALEM WAY<br>GALLOWAY, NJ 08204 | | Claim Number: 7780<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| GOLDBERG, C. DAVID<br>ATTORNEY AT LAW<br>357 BARR AVENUE<br>WOODMERE, NY 11598 | | Claim Number: 5815<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | |
| GOLDBERG, ELIEZER<br>1314 EAST 22ND STREET<br>BROOKLYN, NY 11210 | | Claim Number: 5661<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,500.00 | | | |
| GOLDBERG, SONDRA<br>805 DAVISVILLE RD.<br>SOUTHAMPTON, PA 18966 | | Claim Number: 5323<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| GOLDEN, LEONA<br>15 BOWER ROAD, C-4<br>QUINCY, MA 02169 | | Claim Number: 9481<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| GOLDING, HAROLD<br>202 WHIPPLE ST<br>PITTSBURGH, PA 15218 | | Claim Number: 3136<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $2,635.72 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| GOLDING, HAROLD C.<br>202 WHIPPLE ST<br>PITTSBURGH, PA 15218 | | Claim Number: 3137<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $3,634.77 | | | |
| GOLDMAN, ALINA<br>4620 N PARK AVE APT 608W<br>CHEVY CHASE, MD 208154583 | | Claim Number: 7897<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $22,000.00 | | | |
| GOLDMAN, ANDREW<br>114 QUAYSIDE<br>JUPITER, FL 33477 | | Claim Number: 8259<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| SECURED | Claimed: | $21,295.00 | | | |
| UNSECURED | Claimed: | $21,295.00 | | | |
| TOTAL | Claimed: | $21,295.00 | | | |
| GOLDSTEIN, ADAM<br>42 SENECA DR<br>COMMACK, NY 11725 | | Claim Number: 913<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $1,861.04 | | Allowed: | $1,861.04 |
| GOLDSTEIN, EDWARD B<br>120 CHERRY ST<br>KATONAH, NY 10536 | | Claim Number: 2416<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $531.67 | | Allowed: | $531.67 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GOLDSTEIN, MICHAEL A<br>1964 BEVERLY PLACE<br>HIGHLAND PARK, IL 60035 | | Claim Number: 3095<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,500.00 | | | | | |
| GOLE, SUSAN<br>294 ENCORE WAY<br>CORONA, CA 92879-3311 | | Claim Number: 333-01<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $5,180.34 | Scheduled: | $6,216.15 CONT | Allowed: | | $5,180.34 |
| GOLE, SUSAN<br>294 ENCORE WAY<br>CORONA, CA 92879-3311 | | Claim Number: 333-02<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | |
| UNSECURED | Claimed: | $1,167.25 | | | | | |
| GOLETZ, MICHAEL LOUIS<br>3222 DEVEREAUX DRIVE<br>INDIANAPOLIS, IN 46228 | | Claim Number: 5163<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| GOLIAT, PAMELA<br>111 SHADOWLAWN DR<br>PITTSBURGH, PA 15236 | | Claim Number: 934<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,397.12 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GOLIAT, PAMELA
111 SHADOWLAWN DR
PITTSBURGH, PA 15236

Claim Number: 3256
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,397.12 | Scheduled: | $1,396.84 CONT | Allowed: | $1,397.12 |

GOLLADAY, CAROL R
7134 AUTUMN ARCES
CONVERSE, TX 78109

Claim Number: 5625
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00 CONT | Allowed: | $700.00 |

GOMEZ, MARI AR.
68 BRADHURST AVENUE, 6F
NEW YORK, NY 10039

Claim Number: 9346
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,300.00 |
|---|---|---|

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

Claim Number: 5252
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $47,921.00 |

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

Claim Number: 5332-01
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7506 (06/05/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,049.71 | Scheduled: | $7,439.29 CONT | Allowed: | $7,049.71 |
| UNSECURED | | | Scheduled: | $18,260.16 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

Claim Number: 5332-02
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,669.00 | |

GONZALEZ, JOSEPH
4 LONG ST
LAKE GROVE, NY 11755

Claim Number: 2380
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $4,061.54 CONT | Allowed: | $2,769.23 |

GONZALEZ, REINA
5503 SKYLOCK DR
RALEIGH, NC 27610

Claim Number: 1633
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

GONZALEZ-ANDRADES, JOSE A.
JARDINES COUNTRY CLUB
BB-25 C/104
CAROLINA, PR 00983-2004

Claim Number: 6618
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,980.88 | |

GOOCH CHARITABLE TRUST
MARGIE GOOCH TRUSTEE
10916 GRAND HAVEN AVE
LAS VEGAS, NV 89134

Claim Number: 4278
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,865.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOOD, DONALD G<br>504 SPRINGFIELD CIRCLE<br>BOSSIER CITY, LA 71112 | | Claim Number: 2119<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |
| GOODCHILD, BRIAN<br>125 NOTTINGHAM<br>TALLMADGE, OH 44278 | | Claim Number: 8944<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,618.00 | | | | |
| GOODELL, RICHARD W.<br>5428 E OAKHURST WAY<br>SCOTTSDALE, AZ 85254 | | Claim Number: 9730<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,713.00 | | | | |
| GOODELL, RICHARD W.<br>5428 E OAKHURST WAY<br>SCOTTSDALE, AZ 85254 | | Claim Number: 9731<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,964.00 | | | | |
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO 80403 | | Claim Number: 10195<br>Claim Date: 04/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $6,958.89 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GOODMAN, JAMES WS<br>SEP IRA ETRADE CUSTODIAN<br>PMB 15-1455<br>413 INTERAMERICA BLVD WHI<br>LAREDO, TX 78045-7926 | | Claim Number: 9266<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $30,000.00 |
| GOODMAN, THOMAS E. & DONNA L.<br>2210 DE LA PALMA AVE.<br>BARTOW, FL 33830 | | Claim Number: 5488<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,868.88 |
| GOOLSBY, TINA L.<br>16926 PAGE<br>HAZEL CREST, IL 60429 | | Claim Number: 18<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $325.00 |
| GORALSKI, GERALD<br>70 CARRIAGE DRIVE # 2<br>ORCHARD PARK, NY 14127 | | Claim Number: 7082<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,400.00 |
| GORALSKI, MILDRED<br>70 CARRIAGE DRIVE #2<br>ORCHARD PARK, NY 14127 | | Claim Number: 7072<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,080.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| GORDON APPRAISAL SERVICES, INC.<br>C/O BENJAMIN J. LEFRANCOIS, ESQUIRE<br>PO BOX 3<br>LAKELAND, FL 33802-0003 | | Claim Number: 1463<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $1,125.00 | | Allowed: | $1,125.00 |
| GORDON MCDONALD TRUST<br>21 LINKSIDE<br>ISLE OF PALMS, SC 29451 | | Claim Number: 6282<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $35,292.24<br>$52,312.26 | | | |
| GORDON, BERNARD<br>1511 S.W PARK AVE, SUITE 1001<br>PORTLAND, OR 97201 | | Claim Number: 6124<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $17,404.74 | | | |
| GORDON, CHRISTINE M<br>5053 MIGUEL DR<br>OAKLEY, CA 94561 | | Claim Number: 9491<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $876.93  CONT | |
| GORDON, PETER<br>10824 N. RIDGEWIND CT.<br>ORO VALLEY, AZ 85737 | | Claim Number: 7174<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,881.73 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GORDON, ZACHARY L.<br>PHILIP LUBITZ<br>5523 MEADOW WOOD BL<br>LYNDHURST, OH 44124 | Claim Number: 1707<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
| GORE PROPERTIES & APPRAIALS<br>ATTN S. CURY GORE, JR., MANAGING MEMBER<br>6402 GUY CT<br>WILMINGTON, NC 28403 | Claim Number: 9643<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | |
| GORFAIN, JOAN<br>19 NORTHLITE CIRCLE<br>SACRAMENTO, CA 95831-2122 | Claim Number: 5512<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $50,351.00 | | |
| GORMAN, KEVIN<br>9306 NW 59TH TER<br>PARKVILLE, MO 64152-3536 | Claim Number: 9742<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,287.26 | | |
| GORMAN, MARY JO<br>7217 KENTUCKY AVE.<br>HAMMOND, IN 46323 | Claim Number: 5157<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,320.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GORMAN, PATRICIA A.<br>8805 JANE WAY<br>UNIT #4<br>MUNSTER, IN 46321-2343 | | Claim Number: 7278<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,332.80 | | | | | |
| GORMAN, TIMOTHY C. SR.<br>3773 MAITLAND<br>HOBART, IN 46342-1618 | | Claim Number: 7291<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $6,618.29 | | | | | |
| GORSKI, DAVID J.<br>25246 N ABBEY GLENN DR.<br>HAWTHORN WOODS, IL 60047 | | Claim Number: 1050<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $715.38 | Scheduled: | $763.08  CONT | Allowed: | | $715.38 |
| GORSKI, WENDY A.<br>25246 N ABBEY GLENN DR.<br>HAWTHORN WOODS, IL 60047 | | Claim Number: 1145<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $2,100.00  CONT | Allowed: | | $2,100.00 |
| GORSLINE, DAVID R.<br>215 HEATHER DRIVE<br>MARSHALL, MI 49068 | | Claim Number: 6529<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $223,500.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| GORSLINE, DAVID R.<br>215 HEATHER DRIVE<br>MARSHALL, MI 49068 | | Claim Number: 6530<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,000.00 |
| GOSLO, MICHAEL<br>FIDELITY INVESTMENTS<br>500 SALEM STREET OS2S<br>SMITHFIELD, RI 02917 | | Claim Number: 4317<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,500.00 |
| GOSS, JUDITH M.<br>185 STONEFOREST DRIVE<br>WOODSTOCK, GA 30189 | | Claim Number: 10273<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $131,039.98 |
| GOSS, RAY W., IRA<br>MORGAN KEEGAN AND CO INC CUST<br>1399 NATURE TRAIL<br>JACKSONVILLE, AL 36265 | | Claim Number: 9319<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,051.34 |
| GOTH, NORMA<br>P.O. BOX 403<br>MADISON, SD 57042 | | Claim Number: 2526<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $318.00 | Allowed: | $318.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GOTO, JAMI L<br>273 S CALLE DA GAMA<br>ANAHEIM HILLS, CA 92807 | | Claim Number: 2365<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10583 (09/17/2012) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $246.41 | Scheduled: | $5,161.79 CONT | Allowed: | | $246.41 |
| GOTTLIEB, MURRAY AND<br>BEVERLY SCHNITZER, TRUSTEES<br>MURRAY GOTTLIEB REVOCABLE TRUST<br>900 FARMHAVEN DRIVE<br>ROCKVILLE, MD 20852 | | Claim Number: 6413<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,740.00 | | | | | |
| GOUGH, RONALD L.<br>8985 MARTIN RD.<br>ROSWELL, GA 30076 | | Claim Number: 4218<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $3,908.00<br>$0.00 | | | | | |
| GOURLEY, JORENE A<br>10516 MILCLAY<br>BOISE, ID 83704 | | Claim Number: 3479<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $424.03 | Scheduled: | $424.03 CONT | Allowed: | | $424.03 |
| GOVERS, JOHN C., IRA<br>TD BANK USA NA CUSTODIAN<br>41 EUCALYPTUS RD<br>BERKELEY, CA 94705 | | Claim Number: 7622<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $140.00 | | | | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOVERS, JOHN, IRA<br>FIRST TRUST CORP TTEE<br>A/C J 092212-0001 SEC J<br>3708 MT DIABLO BLVD STE 100<br>LAFAYETTE, CA 94549 | | Claim Number: 7620<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,800.00 | | | | | |
| GOVINDU, KALYAN<br>5540 PRESERVE CIR<br>ALPHARETTA, GA 30005 | | Claim Number: 1436<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,544.24 | Scheduled: | $4,070.77 CONT | Allowed: | $2,544.24 | |
| GOWINS, KAREN C.<br>1027 WILLIAMS TRCE<br>BIRMINGHAM, AL 35242-7825 | | Claim Number: 1773<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $236,382.00 | | | | | |
| GRAB, WILLIAM & MARIANNE<br>5110 OPENWOOD WAY<br>MADISON, WI 53714-3455 | | Claim Number: 6809<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5180 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,318.53 | | | | | |
| GRABFELDER, ROBERT G SR &<br>ROBERT G GRABFELDER JR JTWROS<br>GREEN ROCK CORRECTIONAL CENTER<br>PO BOX 1000<br>CHATHAM, VA 24531 | | Claim Number: 2771<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GRADISIC, NERMINA
PO BOX 23760
JACKSONVILLE, FL 32241-3760

Claim Number: 6856
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | $1,230.77 |
|---|---|---|---|---|---|---|

GRAEBER, MARK P.
562 KINGS CROSS WAY
SAN JOSE, CA 951362838

Claim Number: 6596
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,719.00 |
|---|---|---|

GRAF, JAMES E. (RLVR IRA)
23 INDIAN CREEK DR.
RUDOLPH, OH 43462

Claim Number: 3831
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,093.00 |
|---|---|---|

GRAHAM, DAVID G. TTEE
NFS/FMTC SEP IRA
5905 CAPISTRANO AVE, STE A
ATASCADERO, CA 93422

Claim Number: 4067
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $3,433.00 |
|---|---|---|

GRAHAM, DAVID G. TTEE
NFS/FMTC SEP IRA
5905 CAPISTRANO AVE, STE A
ATASCADERO, CA 93422

Claim Number: 4068
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $2,189.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GRAHAM, WILLIAM J. & MARIE E.<br>2900 W GYMKHAMA WAY<br>TUCSON, AZ 85742 | | Claim Number: 6788<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $11,732.00 |

| GRAINGER, JACK<br>1498 N. 500 E.<br>CENTERVILLE, UT 84014 | | Claim Number: 7199<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $1,100.00 |
| UNSECURED | Claimed: | $1,100.00 |
| TOTAL | Claimed: | $1,100.00 |

| GRAMLING, LEONA (TRUSTEE)<br>LEONA GRAMLING TRUST<br>DTD 12-12-1996<br>10400 45TH AVE # 214<br>PLYMOUTH, MN 55442-2579 | | Claim Number: 4796<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $59,441.00 |

| GRAMSE, JEFFREY H.<br>8 PARKER WAY<br>FALMOUTH, ME 041052663 | | Claim Number: 8654<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|---|
| UNSECURED | Claimed: | $18,868.20 |

| GRAND WAILEA RESORT HOTEL & SPA<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | | Claim Number: 230<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6906 (01/29/2009) |
|---|---|---|
| PRIORITY | Claimed: | $385,652.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| GRAND WAILEA RESORT HOTEL & SPA<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | | Claim Number: 10557<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 6906 (01/29/2009) | | | | |
| UNSECURED | Claimed: | $607,392.05 | | | Allowed: | $600,000.00 |
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | | Claim Number: 9250<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $51,268.26 | Scheduled: | $27,887.14 | | |
| GRANITE TITLE ASSOCIATES, INC.<br>1615 YORK RD STE 303<br>ATTN: ROBERT S ABRAHAMS, VP<br>LUTHERVILLE, MD 21093 | | Claim Number: 2597<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| GRANT, ANN<br>1216 BIRKS CT.<br>LA GRANGE, IL 60525 | | Claim Number: 1659<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $3,261.00 | | | Allowed: | $3,261.00 |
| GRANT, DAWN<br>A NEW DAWN HYPNOSIS<br>2117 S FLETCHER AVE<br>FERNANDINA, FL 32034-4527 | | Claim Number: 1550<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GRANTHAM, BRYANT
1215 KELLY CT
FRANKLIN, TN 37064

Claim Number: 2863
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $970.38 | Scheduled: | $970.38 CONT | | |
|---|---|---|---|---|---|---|

GRAPHIC MEDIA, INC
20221 WARREN AVE
CHEYENNE, WY 82001

Claim Number: 2564
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $202.00 | Scheduled: | $202.00 | Allowed: | $202.00 |
|---|---|---|---|---|---|---|

GRASSO APPRAISAL SERVICES, INC
ATTN ANTHONY GASCO, PRESIDENT
121 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803

Claim Number: 2186
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,350.00 | | | Allowed: | $1,350.00 |
|---|---|---|---|---|---|---|

GRASSO, DOMENIC & NANCY L. JT WROS
5172 MEDORAS AVENUE
ST AUGUSTINE, FL 32080-7174

Claim Number: 7135
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,051.50 | | | | |
|---|---|---|---|---|---|---|

GRATZA, DONNA
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8104
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT | | |
|---|---|---|---|---|---|---|

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GRATZA, DONNA M
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8106
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $59.62 | Scheduled: | $59.62 CONT | Allowed: | $59.62 |
|---|---|---|---|---|---|---|

GRATZA, DONNA M.
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8105
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,333.00 |
|---|---|---|

GRAVELY-ROBINSON, KAREN
C/O ROBERT A WILLIAMS, ESQ.
45 JONES ST
MARTINSVILLE, VA 24112

Claim Number: 1856
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

GRAVELY-ROBINSON, KAREN
C/O ROBERT A WILLIAMS, ESQ.
COURTHOUSE SQUARE
45 JONES STREET
MARTINSVILLE, VA 24112

Claim Number: 4031
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: ALLOWED
DOCKET: 7480 (06/02/2009)

| UNSECURED | Claimed: | $150,000.00 | | | Allowed: | $150,000.00 |
|---|---|---|---|---|---|---|

GRAVES, HEATHER M.
11516 INNES CT
CHARLOTTE, NC 28277-1589

Claim Number: 812
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,951.92 | Scheduled: | $1,951.92 CONT | Allowed: | $1,951.92 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GRAVES, MICHELLE<br>1961 EWALD AVE<br>BALTIMORE, MD 21222 | | Claim Number: 10728<br>Claim Date: 07/20/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,514.76 | | | | |
| GRAY COMPANY INC<br>ATTN REBECCA M GRAY, PRESIDENT<br>PO BOX 50354<br>MYRTLE BEACH, SC 29579 | | Claim Number: 4668<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $329.00 | | | Allowed: | $329.00 |
| GRAY, ANEESAH<br>104 E HENRY ST<br>LINDEN, NJ 07036 | | Claim Number: 369<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $684.16 | Scheduled: | $1,026.17 CONT | Allowed: | $684.16 |
| GRAY, ANTHONY & JOAN<br>5612 BENTWOOD TRL. NE<br>ALBUQUERQUE, NM 87109 | | Claim Number: 6634<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $7,125.87 | | | | |
| GRAY, AYANA<br>1064 SENECA AVE<br>RIDGEWOOD, NY 113855811 | | Claim Number: 3616<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT | | |

U.S. BANKRUPTCY COURT                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GRAY, AYANA                              Claim Number: 4593
86-20 PARK LANE SOUTH, APT 3A            Claim Date: 12/05/2007
WOODHAVEN, NY 11421                      Debtor: AMERICAN HOME MORTGAGE CORP
                                         Comments: PAID

| PRIORITY | Claimed: | $961.54 | | | Allowed: | $961.54 |
|---|---|---|---|---|---|---|

GRAY, JACK                               Claim Number: 3972
24 RIDGE MOUNT CT.                       Claim Date: 11/30/2007
SAINT CHARLES, MO 63303                  Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
                                         Comments: EXPUNGED
                                         DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

GRAY, JAMES K.                           Claim Number: 1712
2424 ENCHANTED FOREST LN                 Claim Date: 10/22/2007
VIRGINIA BEACH, VA 23453                 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
                                         Comments: EXPUNGED
                                         DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,660.00 |
|---|---|---|

GRAY, TERRY A.                           Claim Number: 3985
2606 ZION HILL RD.                       Claim Date: 11/30/2007
WEATHERFORD, TX 76088-8950               Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
                                         Comments: EXPUNGED
                                         DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $57.97 |
|---|---|---|

GRAZIANI, JOHN                           Claim Number: 5224
3730 N LAKE SHORE DR                     Claim Date: 12/11/2007
#5A                                      Debtor: AMERICAN HOME MORTGAGE CORP
CHICAGO, IL 60613                        Comments: PAID
                                         DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31  CONT | Allowed: | $3,692.31 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GREAT AMERICAN CORPORATE DINING
ATTN C. NIK BUSHELL, V.P.
PO BOX 1688
MARYLAND HEIGHTS, MO 63043

Claim Number: 2395
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,589.99 | Scheduled: | $397.64 | Allowed: | $1,589.99 |
|---|---|---|---|---|---|---|

GREAT SOUTHWEST MORTGAGE
1020 15TH STREET
SUITE 16G
DENVER, CO 80202

Claim Number: 5472
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $817.90 | | | Allowed: | $817.90 |
|---|---|---|---|---|---|---|

GREATAMERICA LEASING CORPORATION
ATTN DEBBIE BURNS, ADMIN. ASSISTANT
PO BOX 609
CEDAR RAPIDS, IA 52406

Claim Number: 2302
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $23,222.74 | | | | |
|---|---|---|---|---|---|---|

GREATER GATEWAY ASSOCIATION OF REALTORS
ATTN ALBERT M SUGUITAN, PRES. & COO
#10 GINGER CREEK PARKWAY
GLEN CARBON, IL 62034

Claim Number: 7152
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $100.00 | | | | |
|---|---|---|---|---|---|---|

GREATER LOUISVILLE ASSOCIATION
OF REALTORS, INC
ATTN LISA STEPHENSON, EVP
6300 DUTCHMANS PARKWAY
LOUISVILLE, KY 40205

Claim Number: 4295
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $316.00 | Scheduled: | $316.00 | Allowed: | $316.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| GREATER MCLEAN CHAMBER OF COMMER<br>ATTN MATTHEW WALLACE, PRESIDENT<br>1437 BALLS HILL RD<br>MCLEAN, VA 22101 | | Claim Number: 2106<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 | Allowed: | $1,000.00 |
| GREATER METRO APPRAISAL SVCS<br>103 E 7TH ST<br>VANCOUVER, WA 98660-3202 | | Claim Number: 1877<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |
| GREATER MILWAUKEE ASSOC. OF REALTORS<br>12300 W. CENTER ST.<br>WAUWATOSA, WI 53222-4052 | | Claim Number: 3304<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $178.00 | | | Allowed: | $178.00 |
| GREATER VALLEY APPRAISAL<br>ATTN KRISTY NELSON<br>PO BOX 530626<br>HENDERSON, NV 89053 | | Claim Number: 955<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,150.00 | | | Allowed: | $1,150.00 |
| GREATER VALLEY APPRAISAL<br>ATTN KRISTY NELSON<br>PO BOX 530626<br>HENDERSON, NV 89053 | | Claim Number: 2128<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $800.00 | | | Allowed: | $800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2116<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23.43 | Scheduled: | $23.43 | Allowed: | | $23.43 |
| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2117<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $33.60 | Scheduled: | $105.68 | Allowed: | | $33.60 |
| GREBIN, JUDITH<br>351 W 24TH ST<br>APT 9G<br>NEW YORK, NY 10011 | | Claim Number: 6578<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $9,625.00 | | | | | |
| GREEK, BONNIE L<br>36803 34TH AVE S<br>AUBURN, WA 98001 | | Claim Number: 9516<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.08  CONT | | | |
| GREEN, ANNA<br>440 E 23RD ST APT 7D<br>NEW YORK, NY 10010-5009 | | Claim Number: 7492<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,787.21 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GREEN, CYNTHIA<br>12402 JAMES MADISON LN<br>GLENN DALE, MD 20769 | | Claim Number: 9404<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |
| GREEN, HARRY F. JR.<br>140 LATTICE LANE<br>COLLEGEVILLE, PA 19426 | | Claim Number: 8915<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,895.00 |
| GREEN, HARRY F. JR.<br>140 LATTICE LANE<br>COLLEGEVILLE, PA 19426 | | Claim Number: 9180<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,730.00 |
| GREEN, JEANETTE<br>727 CANTERBURY LANE<br>VILLANOVA, PA 19085 | | Claim Number: 4351<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,203.18 |
| GREEN, MARTIN<br>10884 HAWKS VISTA STREET<br>PLANTATION, FL 33324 | | Claim Number: 3201<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,187.51 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GREEN, RICHARD J (RICK)<br>586 BRIGHAM TRL<br>AUGUSTA, GA 30909-6046 | | Claim Number: 2459<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $438.00 | | |
| UNSECURED | Claimed: | $438.00 | | |
| TOTAL | Claimed: | $438.00 | | |
| GREEN, RONALD H. & VICTORIA A. JTC<br>141 SPRING DRIVE<br>NEWPORT, VA 24128 | | Claim Number: 7236<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $10,687.00 | | |
| GREEN, VIRGINIA<br>9 RIDGE LANE<br>HACKETTSTOWN, NJ 07840 | | Claim Number: 6883<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $315.49 | | |
| GREENAWALT APPRAISAL & CONSULT<br>ATTN CYRIL L. GREENAWALT<br>1941 LAKE WATCORN BLVD<br>BELLINGHAM, WA 98229 | | Claim Number: 7163<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,755.00 | Allowed: | $1,755.00 |
| GREENBERG, ELLIOT<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 8614<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | | |
| UNSECURED | Claimed: | $26,280.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GREENBURGH SCHOOLS #7<br>ATTN DAVID C DWINELL<br>177 HILLSIDE AVE<br>GREENBURG, NY 10607 | | Claim Number: 4128<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
| PRIORITY | Claimed: | $106,468.92 |
| GREENBURGH TOWN<br>ATTN DAVID C DWINELL, RECEIVER OF TAXES<br>177 HILLSIDE AVE<br>GREENBURGH, NY 10067 | | Claim Number: 4127<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $0.00 |
| GREENE, CHARLES C.<br>6407 LEON ROAD<br>ANDOVER, OH 44003 | | Claim Number: 3364<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,500.00      Allowed:      $1,500.00 |
| GREENE, THOMAS F., TRUSTEE<br>THOMAS F GREENE LIVING TRUST<br>209 N INTERMEDIATE LAKE RD<br>CENTRAL LAKE, MI 49622 | | Claim Number: 4444<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GREENE, WAYNE & ROSE GUGGENHEIM<br>633 26TH ST<br>RICHMOND, CA 94804 | | Claim Number: 5539<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,590.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GREENER, TERESA<br>2710 E SHORE DR<br>PORTAGE, MI 49002 | | Claim Number: 343<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | | | | |
| GREENERY UNLIMITED<br>ATTN LYNN M SLATER, OFFICE MGR<br>2052 60TH PLACE EAST<br>BRADENTON, FL 34203 | | Claim Number: 3871<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $727.39 | | | Allowed: | $727.39 |
| GREENHOLTZ, LYNN M.<br>14 RECREATION LN<br>HUNTINGTON, NY 11743 | | Claim Number: 853<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,315.35  CONT | Allowed: | $1,153.85 |
| GREENVILLE CNTY TAX COLLECTOR<br>GREENVILLE CO TAX COLL<br>ATTN THERESA RICH<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE, SC 29601 | | Claim Number: 3138<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,229.94 | Scheduled: | $1,287.04  DISP CONT | Allowed: | $1,229.94 |
| GREENVILLE COUNTY, SOUTH CAROLINA<br>GREENVILLE COUNTY TAX COLLECTOR<br>ATTN: THERESA RICH, BANKRUPTCY CLERK<br>301 UNIVERSITY RIDGE, STE 700<br>GREENVILLE, SC 29601 | | Claim Number: 9910<br>Claim Date: 02/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | | | | |
| PRIORITY | Claimed: | $413.81 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GREENVILLE MECHANICAL LLC
ATTN CYNTHIA W APPLETON, OFFICE MGR
103 WOODRUFF INDUSTRIAL LANE
GREENVILLE, SC 29607

Claim Number: 2014
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $97.50 | Scheduled: | $97.50 | Allowed: | $97.50 |

GREENVILLE WATER SYSTEM
ATTN DERRICK J. BROWN, MANAGER
PO BOX 687
GREENVILLE, SC 29602-0687

Claim Number: 7533
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $225.68 | Scheduled: | $85.98 | Allowed: | $225.68 |

GREER, SHERRY A.
3975 OLD COLUMBUS RD
LONDON, OH 43140

Claim Number: 425
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $640.00 | Scheduled: | $640.00  CONT | Allowed: | $640.00 |

GREEVILLE CITY
TAX COLLECTOR
JEFFERY NIEBAUER
111 S. WASHINGTON STREET, PO BOX 875
GREEVILLE, NC 27835

Claim Number: 6082
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $671.30 |

GREGFROST.COM
ATTN GREG FROST
2051 WYOMING BLVD NE
ALBUQUERQUE, NM 87112

Claim Number: 2720
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,984.45 | | Allowed: | $10,984.45 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| GREGO, JOHN D.<br>309 COLUMBIA ST.<br>COHOES, NY 12047 | | Claim Number: 7698<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,570.00 | | | | |
| GREGOIRE, PHILIPPE R<br>858 MIDDLE STREET<br>FALL RIVER, MA 02721 | | Claim Number: 3778<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $37,058.96 | | | | |
| GREGORY, MARY<br>3181 SHADOW BLUFF AVE<br>LAS VEGAS, NV 89120 | | Claim Number: 385<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $8,826.00 | Scheduled: | $7,454.33  CONT | Allowed: | $8,826.00 |
| GREIF, ELLA<br>10055 S.W. 90TH LOOP<br>OCALA, FL 34481 | | Claim Number: 8904<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $5,055.00 | | | | |
| GREISMAN, LILA<br>5671 E. PINCHOT RD<br>TUCSON, AZ 85750 | | Claim Number: 7437<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,347.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GREISMAN, LILA<br>5671 E. PINCHOT RD<br>TUCSON, AZ 85750 | | Claim Number: 7519<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,188.00 | | | | | |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | | Claim Number: 370<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $745.97 | | | | | |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | | Claim Number: 397<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $745.97 | | | | | |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | | Claim Number: 1483<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $745.97 | | | | | |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | | Claim Number: 7992<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $745.97 | Scheduled: | $3,481.18 CONT | Allowed: | $745.97 | |

U.S. BANKRUPTCY COURT                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GREVER, GEORGE<br>50W029 OWENS RD<br>MAPLE PARK, IL 60151-9779 | | Claim Number: 5674<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,172.92 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GREY, JON<br>3420 W ECHO LN<br>PHOENIX, AZ 85051 | | Claim Number: 3578<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GREYSTONE STAFFING<br>PO BOX 52272<br>NEWARK, NJ 07101-0220 | | Claim Number: 611<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $1,001.82 | Scheduled: | $1,001.82 | Allowed: | $1,001.82 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GREYSTONE VALUATION GROUP, INC<br>444 OLD POST RD<br>BEDFORD, NY 105061018 | | Claim Number: 3574<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $2,375.00 | | Allowed: | $2,375.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| GRIEB, TODD<br>1684 KILBURN DR N<br>ROCHESTER HILLS, MI 48306 | | Claim Number: 3180<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

GRIEBEL, MARCY
5311 E STATE BLVD
FORT WAYNE, IN 46815-7470

Claim Number: 796
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00  CONT | Allowed: | $1,500.00 |

GRIESGRABER, MICHAEL
5411 ESPARON AVE
LAS VEGAS, NV 89141

Claim Number: 4107
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,650.00 |

GRIFFIN, AMANI
PO BOX 992
GLEN BURNIE, MD 21060

Claim Number: 1070
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,635.38 | Scheduled: | $1,727.71  CONT | Allowed: | $1,635.38 |

GRIFFIN, SILJA H.
5542 33RD AVENUE NORTHEAST
SEATTLE, WA 98105

Claim Number: 10388
Claim Date: 05/05/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |

GRIFFITH, ANN
9498 CAMPI DR
LAKE WORTH, FL 33467

Claim Number: 4951
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $70,551.00 |
| TOTAL | Claimed: | $81,501.11 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| GRIFFITH, ANN M<br>9498 CAMPI DR<br>LAKE WORTH, FL 33467 | | Claim Number: 4952-01<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$67,937.33 CONT | Allowed: | $10,950.00 |

| GRIFFITH, ANN M<br>9498 CAMPI DR<br>LAKE WORTH, FL 33467 | | Claim Number: 4952-02<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $68,000.15 |

| GRIFFITHS, BEATRICE N.<br>401 ROCK CREEK CT<br>YORKTOWN, VA 23693 | | Claim Number: 8183<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,909.00 |

| GRIMLAND, DAVID D.<br>53 E. RIDGE RD<br>COLUMBUS, MT 59019 | | Claim Number: 4745<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,794.86 |

| GRIMSTAD, JOHN E.<br>PO BOX 511<br>RED LODGE, MT 59068 | | Claim Number: 4692<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $20,932.10 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GRISSOM, GARY A<br>5315 W WOODVIEW COURT<br>SPOKANE, WA 99208 | | Claim Number: 2738<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $129.96 |
| GROBER, MARVIN J. TTEE<br>MARVIN J. GROBER TRUST<br>UAD 01/06/95<br>17628 SEALAKES DRIVE<br>BOCA RATON, FL 33498 | | Claim Number: 7589<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GROOVER, WILLIE C. AND LYNN P.<br>3407 JONES MILL ROAD<br>STATESBORO, GA 30461 | | Claim Number: 8757<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,185.00 |
| GROSECLOSE, GENE H<br>PO BOX 11<br>KOOTENAI, ID 83840-0011 | | Claim Number: 8132<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,930.00 |
| GROSS, DAVID<br>7248 BALLANTRAE CT<br>BOCA RATON, FL 33496 | | Claim Number: 9767<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $40,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GROSS, GARY<br>5242 E. ARROYO RD<br>PARADISE VALLEY, AZ 85253-3322 | | Claim Number: 6508<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $218,000.00 | | |
| GROSSMAN, MARC A<br>1080 S TAYLOR CT<br>ANAHEIM, CA 92808 | | Claim Number: 5535<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $54,000.00 | | |
| GROUP9, INC.<br>PO BOX 210<br>PENNS PARK, PA 189430210 | | Claim Number: 2241<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $20.00 | Allowed: | $20.00 |
| GROVER, DOROTHY V.<br>5 WILLOW AVE<br>AUDUBON, PA 19403-2031 | | Claim Number: 4979<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $25,891.58 | | |
| GRUBBS, WILLIAM A. JR.<br>AON CONSULTING<br>1100 REYNOLDS BLVD.<br>WINSTON-SALEM, NC 27105 | | Claim Number: 2204<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $17,762.50 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GRUBER, BRIAN<br>APT 703<br>4141 BAYSHORE BLVD<br>TAMPA, FL 33611 | | Claim Number: 3235<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $16,040.64  UNLIQ | | | | | |
| GRUDZINSKI, MICHELE<br>1431 12TH STREET<br>WEST BABYLON, NY 11704-3632 | | Claim Number: 3527<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $2,093.00  CONT | Allowed: | $1,400.00 |
| GRUFFERMAN, MICHAEL<br>25 TARRY L N<br>LEVITTOWN, NY 11756 | | Claim Number: 8137<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $23.80 | | | | | |
| GRUHLER, EUGENE A., TTEE<br>4919 ALBERMARLE RD #101<br>CHARLOTTE, NC 28205 | | Claim Number: 3526<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $23,964.00 | | | | | |
| GRUHLER, MURIEL E.,<br>4919 ALBEMARIE RD #101<br>CHARLOTTE, NC 28205 | | Claim Number: 3524<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $66,450.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| GRULLON, MICHELLE<br>8 OAKWOOD LANE<br>MANHASSET, NY 11030 | | Claim Number: 681<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,849.85 | Scheduled: | $2,849.85  CONT | Allowed: | $2,849.85 |

| GRUND, JOHN D.<br>194 RIDGEWOOD DR<br>PENDERGRASS, GA 30567-4015 | | Claim Number: 4894<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $432.80 |

| GRUNDY, GARY & KAREN R. JTWROS<br>9552 NORWAY HILLS TRL<br>LAKEVILLE, MN 55044 | | Claim Number: 3878<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $6,146.29 |

| GRUNDY, GARY AND KAREN R<br>JTWROS<br>9552 NORWAY HILLS TRAIL<br>LAKEVILLE, MN 55044 | | Claim Number: 10501<br>Claim Date: 09/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| PRIORITY | Claimed: | $6,146.29 |
| SECURED | Claimed: | $0.00 |

| GRUNDY, GARY L.<br>9552 NORWAY HILLS TRL<br>LAKEVILLE, MN 55044 | | Claim Number: 3880<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| SECURED | Claimed: | $18,617.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GRUNDY, GARY L.<br>9552 NORWAY HILLS TRAIL<br>LAKEVILLE, MN 55044 | | Claim Number: 10500<br>Claim Date: 09/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| SECURED | Claimed: | $18,617.15 | | | | | |
| GRUNDY, KAREN R.<br>9552 NORWAY HILLS TR<br>LAKEVILLE, MN 55044 | | Claim Number: 3879<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $10,947.67 | | | | | |
| GRUNDY, KAREN R.<br>9552 NORWAY HILLS TRAIL<br>LAKEVILLE, MN 55044 | | Claim Number: 10499<br>Claim Date: 09/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $10,947.67<br>$0.00 | | | | | |
| GRZAN, LORETTA<br>57 EARL RD<br>MELVILLE, NY 11747 | | Claim Number: 660<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | | |
| PRIORITY | Claimed: | $6,115.39 | | | | | |
| GRZAN, LORETTA<br>4 HADLEY CT.<br>STONY BROOK, NY 11790 | | Claim Number: 661<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $6,115.00 | Scheduled: | $6,115.39 CONT | Allowed: | $6,115.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| GS & ASSOC, LLC<br>1601 W CENTRE AV<br>PORTAGE, MI 49024 | | Claim Number: 3848<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $975.00 |
|---|---|---|

| | | |
|---|---|---|
| GS & ASSOCIATES, LLC<br>1601 W CENTRE AVE STE 102<br>PORTAGE, MI 49024 | | Claim Number: 942<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $975.00 | | Allowed: | $975.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| GU, WEI<br>610 TWIN PEAKS ST<br>SIMI VALLEY, CA 93065 | | Claim Number: 4511<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| PRIORITY | Claimed: | $45,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $42,550.00 |
| TOTAL | Claimed: | $45,000.00 |

| | | |
|---|---|---|
| GUARASCIO, COLLEEN<br>56 TEDDY CT<br>RONKONKOMA, NY 11779 | | Claim Number: 6887<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $384.60 | Scheduled: | $384.60  CONT | Allowed: | $384.60 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GUDOVITZ, SEYMOUR<br>136 EAGLE PINE WAY<br>ROCHESTER, NY 146235171 | | Claim Number: 6171<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $4,772.48 |
|---|---|---|
| UNSECURED | Claimed: | $4,772.48 |
| TOTAL | Claimed: | $4,772.48 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GUERRA TAPIA, VICTOR HUGO<br>13634 ZIRCON WAY<br>VICTORVILLE, CA 92394 | | Claim Number: 10268<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $265,000.00<br>$32,245.00 | | | | | |
| GUERRERO, ALEXANDER<br>13685 KITTY HAWK WAY APT 201<br>WOODBRIDGE, VA 22191-5235 | | Claim Number: 4612<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,330.77 CONT | Allowed: | $923.08 | |
| GUERTIN VS. GARDNER, AMERICAN HOME<br>MORTGAGE CORP.CO KERSHAW SC NO 06CP28259<br>JEFFERY TEZERMAN<br>304 HAMPTON PARK, PO BOX 1317<br>CAMDEN, SC 29020 | | Claim Number: 6072<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $157,500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $157,500.00 | |
| GUGELEV, BORIS<br>483 WATCHUNG AVENUE<br>BLOOMFIELD, NJ 07003 | | Claim Number: 5979<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $7,012.95 | | | | | |
| GUIDA, ALICE E<br>77 HAYES ST<br>GARDEN CITY, NY 11530 | | Claim Number: 8078<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62 CONT | Allowed: | $484.62 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| GUILFOYLE, FRANCIS JOSEPH TTEE<br>FRANCIS JOSEPH GUILFOYLE REV TRUST<br>1231 - 31ST AVE.<br>SAN FRANCISCO, CA 94122 | | Claim Number: 6747<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $7,265.00 | | | |
| GUIN, BILL WOLFORD<br>202 BRIAN DR<br>PLEASANTON, TX 78064 | | Claim Number: 4099<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,596.00 | | | |
| GUINTA, THOMAS J<br>211 BEACON HILL ROAD<br>TRUMBULL, CT 06611 | | Claim Number: 5538<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8539 (02/04/2010) | | | |
| PRIORITY | Claimed: | $10,060.32 | Allowed: | $10,060.32 |
| UNSECURED | Claimed: | $10,060.32 | | | |
| TOTAL | Claimed: | $10,060.32 | | | $0.00 |
| GUL P. BHATIA TRUST DTD 07/19/98<br>GUL P. BHATIA TRUSTEE<br>1594 GROTON LANE<br>WHEATON, IL 60187 | | Claim Number: 6656<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,725.00 | | | |
| GULF APPRAISAL GROUP<br>2405 BURKE ST<br>GULFPORT, MS 395072206 | | Claim Number: 4322<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| GULFSIDE APPRAISAL, INC<br>15050 ELDERBERRY LN STE 4<br>FORT MYERS, FL 339078504 | | Claim Number: 2524<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | | $300.00 |
| GULIK, FRANK<br>153 ROSE DRIVE<br>BLOOMINGDALE, IL 60108 | | Claim Number: 7896<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| GULIK, FRANK J.<br>321 W. HAMPSHIRE DR.<br>BLOOMINGDALE, IL 60108 | | Claim Number: 7678<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| GUMBS, RONALD W.<br>160 WYCKOFF WAY W.<br>EAST BRUNSWICK, NJ 08816 | | Claim Number: 5849<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $23.78 | | | |
| GUMMADI, DURGA DEVI<br>57118 NIGHTINGALE WAY<br>INDIAN LAND, SC 29707 | | Claim Number: 5946<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| GUMMERE, RICHARD S.<br>331 SW 8TH ST<br>APT 1D<br>BOCA RATON, FL 33432-5728 | | Claim Number: 3495<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $244.99 |
| UNSECURED | Claimed: | $244.99 |
| TOTAL | Claimed: | $244.99 |
| GUNDLACH, ROBERT E. & ELAINE A.<br>JTWROS<br>2500 PINTO TRAIL<br>MC FARLAND, WI 53558-9036 | | Claim Number: 3575<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $243.75 |
| GUNDLACH, ROBERT E. & ELAINE A.<br>JTWROS<br>2500 PINTO TRAIL<br>MC FARLAND, WI 53558-9036 | | Claim Number: 3576<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $231.25 |
| GUNG, BENJAMIN<br>3 PATRICK DR<br>OXFORD, OH 45056 | | Claim Number: 3409<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,967.00 |
| GUNNING, GEOFFREY R.<br>1610 BRADFORD RD.<br>PETERSBURG, TN 37144 | | Claim Number: 4968<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,036.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GUNTER, DAN L.<br>TOD ACCOUNT<br>185 KENWITH COURT<br>LAKELAND, FL 33803 | | Claim Number: 4737<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $55,887.70 |
| GUNTER, DAN L. (SEP IRA)<br>FCC AS CUSTODIAN<br>185 KENWITH COURT<br>LAKELAND, FL 33803 | | Claim Number: 4736<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,816.41 |
| GUNTER, FRITZ<br>PO BOX 676<br>ENUMCLAW, WA 98022-0676 | | Claim Number: 9309<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,517.26 |
| GUO, ZHIWEN<br>5219 MODENA CT<br>PLEASANTON, CA 94588 | | Claim Number: 5778<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $2,200.00<br>$0.00 |
| GUPTA, SUSHILA<br>6 THEIS LANE<br>BLAUVELT, NY 10913 | | Claim Number: 5008<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $43,750.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

GURZI, MICHAEL D.
12810 LARRY LYN DR
LA MIRADA, CA 90638

Claim Number: 3712
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $0.00 UNDET | | | | | |
|---|---|---|---|---|---|---|---|

---

GUSTAFSON, KATHY A
703 DAHLIA DRIVE
MONROEVILLE, PA 15146

Claim Number: 5691
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,682.69 CONT | Allowed: | $1,346.15 |
|---|---|---|---|---|---|---|

---

GUSTAFSON, WILLIAM R.
37 NORTHWOODS ROAD
OCEAN, NJ 07712

Claim Number: 7223
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,657.91 | | | | |
|---|---|---|---|---|---|---|

---

GUSTAVSON, JENNIFER
27A ERLAND ROAD
STONY BROOK, NY 11790

Claim Number: 1377
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $283.05 | Scheduled: | $283.08 CONT | Allowed: | $283.05 |
|---|---|---|---|---|---|---|

---

GUTIERREZ, ANITA
618 LOCUST ST
WRIGHTSVILLE, PA 17368

Claim Number: 2561
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $673.86 | Scheduled: | $673.86 CONT | Allowed: | $673.86 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | Claim Number: 10211<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY            Claimed: | $0.00  UNDET | | | |
| GVOZDEV, ALEXEI & TATIANA E. KORN JT TEN<br>2975 BELLA DR<br>CONCORD, CA 94519 | Claim Number: 6996<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED            Claimed: | $6,373.00 | | | |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME<br>INV CORP DEFENDANT.  2:06-CV-2234<br>WARREN S. DANK, FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | Claim Number: 6513<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| UNSECURED            Claimed: | $2,500,000.00 | Scheduled: | $0.00  UNLIQ | |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046 | Claim Number: 9867<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| PRIORITY            Claimed: | $3,679.95 | | | |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | Claim Number: 9868<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY            Claimed: | $392.66 | | Allowed: | $392.66 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | | Claim Number: 9869<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $899.22 |
| GWINNETT COUNTY TAX COMMISSIONER<br>DEPARTMENT OF PROPERTY TAX<br>ATTN: WILLIAM HARPER, CLAIM PROCESSOR<br>P.O. BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | | Claim Number: 9870<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $1,665.46 |
| GWR-B TEMPE, LLC<br>MICHAEL J/ WEILAND, ESQ.<br>WEILAND GOLDEN SMILEY WANG EKVALL STROK<br>650 TOWN CENTER DR, STE 950<br>COSTA MESA, CA 92626 | | Claim Number: 1943<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $61,545.22 |
| GYHRA, RICHARD A. AND EMMET<br>70998 617TH AVENUE<br>PAWNEE CITY, NE 68420-3108 | | Claim Number: 5640<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,473.25 |
| H & Q ASSOCIATES<br>FBO RENDONG HUANG<br>5408 ROLLING HLS<br>TEXARKANA, TX 75503-6094 | | Claim Number: 7253<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,360.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAAG, GREGORY L.<br>JOSEPH Y. LONGMIRE, JR.<br>103 BLUEGRASS COMMONS BLVD<br>HENDERSONVILLE, TN 37075 | | Claim Number: 1625<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $0.00 UNLIQ | | | |
| HAAS, ANN M<br>7502 LAWRENCE ROAD<br>BALTIMORE, MD 21222 | | Claim Number: 3655<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,869.60 | Scheduled: | $2,309.60 CONT | Allowed: | $1,869.60 | |
| HAAS, RHONDA L.<br>1116 E MARCO POLO RD<br>PHOENIX, AZ 85024 | | Claim Number: 768<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $1,389.23 | Scheduled: | $1,389.23 CONT | Allowed: | $1,389.23 | |
| HABINAK, LINDA ROLLOVER IRA<br>TD AMERITRADE INC. CUSTODIAN<br>3279 WARREN RD<br>CLEVELAND, OH 44111 | | Claim Number: 6170<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,256.48 | | | | | |
| HABITO, FERNANDO & LOLITA<br>2611 W. ATLANTIC AVE<br>WAUKEGAN, IL 60085 | | Claim Number: 5042<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $1,075.60 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| HACKBARTH, SCOTT<br>7444 LIMERICK AVE<br>DUBLIN, CA 94568 | | Claim Number: 1561<br>Claim Date: 05/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | |
| PRIORITY | Claimed: | $2,988.00 | Allowed: | $2,988.00 |

| | | | | |
|---|---|---|---|---|
| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | | Claim Number: 6020<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | Scheduled:<br>$1,153.85 | $1,153.85  CONT | |

| | | | |
|---|---|---|---|
| HAEHNEL, ALFRED PAUL AND PATRICIA ANN<br>327 E 22ND AVE<br>N. WILDWOOD, NJ 08260 | | Claim Number: 7548<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | | |
|---|---|---|---|
| HAFRON, JOSHUA F.<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 8613<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | |
| UNSECURED | Claimed: | $10,662.00 | |

| | | | | |
|---|---|---|---|---|
| HAGAN, JAMES C<br>86 18 DUMONT AVE<br>APT 3B<br>OZONE PARK, NY 11416 | | Claim Number: 3397<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT | Allowed: | $865.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HAGAN, JAMES P.<br>615 WOODLAND HILLS DR.<br>TYLER, TX 75701 | | Claim Number: 4795<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $45,206.40 | | | | |
| HAGAN, JAMES P.<br>P.O. BOX 6170<br>TYLER, TX 75711 | | Claim Number: 10927<br>Claim Date: 11/01/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10314 (01/17/2012) | | | | |
| UNSECURED | Claimed: | $45,197.01 | | | | |
| HAGAN, RAYMOND<br>20 SENECA DR<br>HANOVER, PA 17331 | | Claim Number: 537<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $4,923.08  CONT | Allowed: | $2,307.69 |
| HAGE & ASSOCIATES, INC.<br>711 GAFFNEY RD # 101<br>FAIRBANKS, AK 99701 | | Claim Number: 55<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $550.00 | | | Allowed: | $550.00 |
| HAGE II, SAM<br>2834 ROEHAMPTON CLOSE<br>TARPON SPGS, FL 34688-8424 | | Claim Number: 9641-01<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5918 (09/16/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HAGE II, SAM
2834 ROEHAMPTON CLOSE
TARPON SPGS, FL 34688-8424

Claim Number: 9641-02
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 5918 (09/16/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135,586.14 | | Allowed: | $89,150.00 |

---

HAGENMILLER, EDWARD AND VIRGINIA
227 JOHNSON ST
CENTERPORT, NY 11721

Claim Number: 5527
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,166.00 |

---

HAGG, RENEE C
8074 CARNABY CT SOUTH
HANOVER PARK, IL 60133

Claim Number: 3754
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,353.15  CONT | Allowed: | $1,076.92 |

---

HAGGARD, KATHERINE
801 LITCHFIELD
WICHITA, KS 67203

Claim Number: 4414
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,313.50 |
| UNSECURED | Claimed: | $0.00 |

---

HAGGARD, KATHERINE U.
801 LITCHFIELD
WICHITA, KS 67203

Claim Number: 4415
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,224.25 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HAGGERTY, DAVID<br>P.O. BOX 39953<br>LOS ANGELES, CA 90039 | | Claim Number: 7227<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,199.50 |
| HAGIS, STEVEN<br>1045 SINCLAIR AVE<br>STATEN ISLAND, NY 10309 | | Claim Number: 8007<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $73,251.95 |
| HAHN, HERBERT R., TEE<br>HERBERT R HAHN LV TRUST<br>PO BOX 8<br>BANNER ELK, NC 28604 | | Claim Number: 6668<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,000.00 |
| HAHN, HERBERT R., TTEE<br>IRMOLOT CHARITABLE REMAINDER TR<br>PO BOX 8<br>BANNER ELK, NC 28604 | | Claim Number: 6667<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $36,000.00 |
| HAHN, STEVEN M.<br>23398 TUCK ROAD<br>FARMINGTON, MI 48336 | | Claim Number: 9320<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $70.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HAHN, WILLI W.<br>4149 PERRY PL.<br>NEW PORT RICHEY, FL 34652 | | Claim Number: 6712<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $3,050.00 |
| UNSECURED | Claimed: | $3,050.00 |
| TOTAL | Claimed: | $3,050.00 |

| HAILEY, ROBERT P.<br>W.601 RIVERSIDE AVE, STE. 1500<br>SPOKANE, WA 99201 | | Claim Number: 9337<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| HAIRFIELD, OTIS WAYNE<br>1433 BOUNDARY RD<br>FANCY GAP, VA 243284131 | | Claim Number: 3752<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| HAKES, ALMA R.<br>2113 NEW STATE RD<br>NORWALK, OH 44857-9165 | | Claim Number: 5810<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| UNSECURED | Claimed: | $44,634.39 |

| HAKIM, MICHAEL<br>2917 MILLSPAUGH WAY<br>YUKON, OK 73099-7940 | | Claim Number: 7410<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,527.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HALE, DONALD M. JR. & MARY JEAN P.
8081 ATHENA ST
SPRINGFIELD, VA 22153

Claim Number: 3668
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| PRIORITY | Claimed: | $425.00 | Scheduled: | $425.00  CONT | Allowed: | $425.00 |
|----------|----------|---------|------------|---------------|----------|---------|

HALEY APPRAISAL LLC
ATTN CHRISTOPHER T. HALEY, OWNER
4400 HEATHERDOWNS BLVD
TOLEDO, OH 43614

Claim Number: 2855
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $225.00 | | | Allowed: | $225.00 |
|-----------|----------|---------|--|--|----------|---------|

HALILI, FLORENCIO V.
851 GELLERT BLVD.
DALY CITY, CA 94015-2853

Claim Number: 5436
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,570.80 | | | | |
|-----------|----------|-----------|--|--|--|--|

HALL STONEBRIAR ONE ASSOCIATES, LTD.
ATTN LAURIE D. BIDDLE
6801 GAYLORD PARKWAY
SUITE 406
FRISCO, TX 75034

Claim Number: 6374-01
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $25,657.36 | Scheduled: | $5,672.86 | Allowed: | $25,657.36 |
|-----------|----------|------------|------------|-----------|----------|------------|

HALL STONEBRIAR ONE ASSOCIATES, LTD.
ATTN LAURIE D. BIDDLE
6801 GAYLORD PARKWAY
SUITE 406
FRISCO, TX 75034

Claim Number: 6374-02
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $5,154.38 | | | Allowed: | $5,154.38 |
|---------|----------|-----------|--|--|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HALL, DAVID<br>1595 BEACON STREET<br>APARTMENT 9<br>BROOKLINE, MA 02446 | | Claim Number: 4383<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,562.50 |
| HALL, DENNIS<br>2929 W. MAIN<br>DURANT, OK 74701 | | Claim Number: 4757<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,100.00 |
| HALL, DENNIS<br>2929 W. MAIN<br>DURANT, OK 74701 | | Claim Number: 4758<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,650.00 |
| HALL, DIANE<br>2421 CLOVERFIELD CT<br>FORT WAYNE, IN 46808 | | Claim Number: 1355<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) |
| PRIORITY | Claimed: | $555.32 | Scheduled: | $2,747.63 CONT | Allowed: | $555.32 |
| HALL, GARY L.<br>HALL-HOUSTON EXPLORATION PARTNERS<br>4605 POST OAK PLACE SUITE 100<br>HOUSTON, TX 77027 | | Claim Number: 6328<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,877.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| HALL, JOYCE A.<br>PO BOX 2934<br>EDGARTOWN, MA 02539 | | Claim Number: 4549<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| HALL, KIMBRA<br>6300 STEVENSON AVE APT 905<br>ALEXANDRIA, VA 223043573 | | Claim Number: 1068<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,877.76 | | | |
| UNSECURED | Claimed: | $1,877.76 | | | |
| TOTAL | Claimed: | $1,877.76 | | | |
| HALL, KIMBRA B<br>2100 BROOKS DRIVE APT 819<br>FORESTVILLE, MD 20747 | | Claim Number: 6576<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | |
| PRIORITY | Claimed: | $623.27 | | Allowed: | $623.27 |
| HALL, LOUISE<br>116 SCHULTZ RD<br>MANORVILLE, NY 11949 | | Claim Number: 1006<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77  CONT | Allowed: | $3,230.77 |
| HALL, MONICA M<br>1000 NORTH LAKE SHORE DR., #1005<br>CHICAGO, IL 60611 | | Claim Number: 10108<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $630.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| HALL, TREASA R.<br>1510 HIGHLAND GATE POINT<br>HOOVER, AL 35244 | | Claim Number: 1015<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $7,937.50 | | Allowed: | $7,937.50 |
| HALL, WILLIAM C (CURT)<br>3417 TUDOR DRIVE<br>ADAMSTOWN, MD 21710 | | Claim Number: 2968<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $2,055.88 | | Allowed: | $2,055.88 |
| HALLER, LYNDA A.<br>P.O. BOX 1165<br>SANDWICH, MA 02563 | | Claim Number: 4346<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,569.00 | | | |
| HALLISSEY, JOHN J<br>66 ASPEN ST<br>FLORAL PARK, NY 11001 | | Claim Number: 8720<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $2,575.00 | Scheduled: | $3,961.54 CONT | Allowed: | $2,575.00 |
| HALLMARK APPRAISAL INC<br>540 NW 165 STREET<br>MIAMI, FL 52167 | | Claim Number: 2081<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $800.00 | | Allowed: | $800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HALLORAN, NARIA L.<br>1318 MANTEBELLA DR.<br>HERRIN, IL 62948 | | Claim Number: 9243<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HALPERN, DD<br>2801 HARBOR ROAD<br>MERRICK, NY 11566 | | Claim Number: 6708<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6704 (12/11/2008) | | | | | |
| PRIORITY | Claimed: | $977.76 | Scheduled: | $812.31  CONT | Allowed: | $977.76 |
| HALSTATER, BRUCE<br>62 SOMERSET RD<br>NORWOOD, NJ 07648-1912 | | Claim Number: 7768<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HALSTATER, BRUCE<br>62 SOMERSET RD<br>NORWOOD, NJ 07648-1912 | | Claim Number: 7769<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HAMBLIN, RONALD<br>PO BOX 390<br>BISHOPVILLE, MD 21813-0390 | | Claim Number: 8808<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HAMBRICK, GEORGE M.
111 SE 9TH CT
POMPANO BEACH, FL 33060

Claim Number: 8017
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $83,802.91 |
|---|---|---|

---

HAMBRICK, MIRIAM
111 SE 9TH CT
POMPANO BEACH, FL 33060

Claim Number: 8018
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,749.74 |
|---|---|---|

---

HAMILL, JAMES F.
4601 FIRESTONE DR
FRISCO, TX 750346848

Claim Number: 9366
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $80,000.00 |
|---|---|---|

---

HAMILTON APPRAISAL SERV., INC
ATTN REBECCA A. DAVEY, OFFICE MGR.
802 GRAHAM RD.
CUYAHOGA FALLS, OH 44221

Claim Number: 4249
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,650.00 | Allowed: | $1,650.00 |
|---|---|---|---|---|

---

HAMILTON APPRAISAL SERV., INC
ATTN REBECCA A. DAVRY, OFFICE MGR.
802 GRAHAM RD.
CUYAHOGA  FALLS, OH 44221

Claim Number: 7447
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $1,650.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| HAMILTON APPRAISAL SERVICES, INC.<br>ATTN REBECCA DAVEY, OFFICE MANAGER<br>802 GRAHAM ROAD<br>CUYAHOGA FALLS, OH 44221 | | Claim Number: 9248<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008)<br>Amends claim number 7447 | | |
| UNSECURED | Claimed: | $1,350.00 | | |
| HAMILTON MOON STEPHENS STEELE & MARTIN<br>MARK R KUTNY<br>201 S COLLEGE STREET SUITE 2020<br>CHARLOTTE, NC 28244 | | Claim Number: 8802<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $549.73 | Allowed: | $549.73 |
| HAMILTON, BIRGIT<br>1127 ELDRIDGE PKWY #300-170<br>HOUSTON, TX 770771771 | | Claim Number: 6934<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,488.00 | | |
| HAMILTON, JAMES A.<br>3823 S. HAMPTON RD.<br>PHILPOT, KY 42366 | | Claim Number: 7140<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,212.00 | | |
| HAMILTON, JOHN R. JR.<br>6520 N. 2ND ST<br>PHILADELPHIA, PA 19126 | | Claim Number: 8436<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| HAMILTON, JOYCE<br>207 WOODLAWN AVE<br>WILLOW GROVE, PA 19090 | | Claim Number: 8435<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| HAMILTON, MARY R.<br>7999 N CRESCENT BLVD #AL21<br>PENNSAUKEN, NJ 081101402 | | Claim Number: 4355<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED | Claimed: | $11,585.00 | |
| HAMILTON, PAUL<br>1015 MYERS PARK DR<br>TALLAHASSEE, FL 32301-4524 | | Claim Number: 7004<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED | Claimed: | $16,871.45 | |
| HAMILTON, SALLY<br>20B WILLIAM ST<br>GLEN COVE, NY 11542 | | Claim Number: 6297-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7387 (05/15/2009) | |
| PRIORITY<br>UNSECURED | Claimed: | $7,500.00     Scheduled: $6,010.96 CONT<br>Scheduled: $295.50 CONT    Allowed: | $7,500.00 |
| HAMILTON, SALLY<br>20B WILLIAM ST<br>GLEN COVE, NY 11542 | | Claim Number: 6297-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7387 (05/15/2009) | |
| PRIORITY<br>UNSECURED | Claimed: | $51,699.78<br>Allowed: | $9,969.02 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HAMILTON, SALLY J.<br>20-B WILLIAM ST<br>GLEN COVE, NY 11542 | | Claim Number: 754<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7387 (05/15/2009) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $49,230.76 | | | |
| HAMILTON, TERRY<br>8015 PAGOSA SPRINGS<br>DRIVE<br>HOUSTON, TX 77040 | | Claim Number: 7605<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,057.77 | Scheduled: $2,307.69 CONT | Allowed: | $1,057.77 |
| HAMLET, DENNIS R.<br>1405 RICE AVE<br>BALTIMORE, MD 21228-4304 | | Claim Number: 3751<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,363.50 | | | |
| HAMLETT, JAMES A.<br>5725 CHADWICK LN<br>BRENTWOOD, TN 37027 | | Claim Number: 4233<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| HAMM, NICHOLE L.<br>10 APPLERIDGE DRIVE<br>BIDDEFORD, ME 04005 | | Claim Number: 10240<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | |
| SECURED | Claimed: | $31,049.18 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HAMMOND, M. EVONNE<br>58 SOUTH HOWELLS POINT ROAD<br>BELLPORT, NY 11713 | | Claim Number: 6135<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,938.00 |
| HAMPTON TOWN<br>ATTN HARRY BAUM JR. - TAX COLLECTOR<br>P.O. BOX 94<br>HAMPTON, CT 06247 | | Claim Number: 2206<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $822.25 |
| HAMRICK, TERRY LEE<br>3835 BISHOPS WALK<br>CUMMING, GA 300419295 | | Claim Number: 5795<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $450.00 |
| HAN, CHIEN-JIN<br>7621 KILMICHAEL LN<br>DALLAS, TX 752482340 | | Claim Number: 7811<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HAN, PATRICIA<br>7621 KILMICHAEL LN<br>DALLAS, TX 752482340 | | Claim Number: 7810<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HANANIA, ROBERT C.<br>202 BARONEY PLACE DR<br>SUNSET BEACH, NC 28468 | | Claim Number: 1495<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,602.50 | Scheduled: | $652.50 CONT | Allowed: | | $2,602.50 |
| HANCE, NICOLE<br>129 ROYALLBROOK LN<br>OFALLON, MO 63368 | | Claim Number: 5928<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85 CONT | Allowed: | | $2,153.85 |
| HANCE, NICOLE R.<br>129 ROYALLBROOK LANE<br>OFALLON, MO 63368 | | Claim Number: 2175<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $2,153.60<br>$11,666.67 | | | | | |
| HANCOCK, JERRY E.<br>4101 TATES CREEK CTR<br>PO BOX 150-322<br>LEXINGTON, KY 40517 | | Claim Number: 5980<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $1,489.99 | | | | | |
| HANCOCK, MICHAEL G.<br>109 ESKER RD<br>HAMPTON, NH 03842 | | Claim Number: 463<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $375.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HANDBERG, ROGER EUGENE & CAROL TTEES FBO ROGER HANDBERG UA DTD 6/11/91 PO BOX 47945 PLYMOUTH, MN 55447-0945 | | Claim Number: 5270 Claim Date: 12/11/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $31,749.95 |
| HANDLER, GLENN PO BOX 72445 DAVIS, CA 95617 | | Claim Number: 3501 Claim Date: 11/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,029.00 |
| HANDLER, JACK G. 2424 PLACIDA ROAD - 202C ENGLEWOOD, FL 34224 | | Claim Number: 3800 Claim Date: 11/29/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,125.00   UNLIQ |
| HANDLER, JOHN R. & LINDA P. 246 W. BROAD STREET TAMAQUA, PA 18252 | | Claim Number: 9166 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,002.97 |
| HANKAMP, MARGARET 162 W SNEDEN PL SPRING VALLEY, NY 10977-3966 | | Claim Number: 3366 Claim Date: 11/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $285.12 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANKS, JEFFIE L. & HAZEL M.<br>8885 HIGHWAY 77<br>HUNTINGDON, TN 38344 | | Claim Number: 6948<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $280.00 | | | | | |
| HANLEY, DAVID B.<br>13885 BURNTWOODS RD.<br>GLENELG, MD 21737 | | Claim Number: 9611<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,298.95 | | | | | |
| HANNA, NORMAN O. & ROSEMARY<br>8601 HWY A RT 2<br>BELLEVILLE, WI 53508-9570 | | Claim Number: 4303<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| HANRAHAN, SHAWN<br>44 SOMERSET<br>CENTEREACH, NY 11720 | | Claim Number: 3200<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $507.69 | Scheduled: | $507.69  CONT | Allowed: | $507.69 |
| HANSEN, AMANDA<br>410 PIPER ST<br>HEALDSBURG, CA 954483914 | | Claim Number: 457<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $610.56 | Scheduled: | $610.56  CONT | Allowed: | $610.56 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HANSEN, DALE A.<br>1249 11TH ST W<br>DICKINSON, ND 58601 | | Claim Number: 3936<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,792.97 |
| UNSECURED | Claimed: | $10,792.97 |
| TOTAL | Claimed: | $10,792.97 |
| HANSEN, RONALD<br>N52 W35383 LIGHTHOUSE LN<br>OCONOMOWOC, WI 53066 | | Claim Number: 4966<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,940.03 |
| HANSEN, STEVEN M., TRUSTEE<br>STEVEN M. HANSEN FAMILY TRUST<br>3953 BROCKBANK WAY<br>SALT LAKE CITY, UT 84124 | | Claim Number: 9700<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $32,850.00 |
| HANSEN, THEODORE AND SHIELA<br>JOINT TENNANTS<br>HCR 60 BOX 1<br>BONNERS FERRY, ID 83805 | | Claim Number: 5035<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,171.03 |
| HANSEN, VICKIE V.<br>PO BOX 91<br>LAVA HOT SPGS, ID 83246-0091 | | Claim Number: 3953<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,367.85 |
| SECURED | Claimed: | $3,367.85 |
| TOTAL | Claimed: | $3,367.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HANSON, ANDREA
3840 W 608 N
HUNTINGTON, IN 46750

Claim Number: 5021
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,302.00 | Scheduled: | $1,302.00 CONT | Allowed: | $1,302.00 |
|---|---|---|---|---|---|---|

HANSON, JAMES J.
UTA CHARLES SCHWAB & CO. INC.
IRA 4096-5030
420 SOUTH 4TH AVE
PRINCETON, MN 55371

Claim Number: 5168
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $41,796.98 |
|---|---|---|

HANSON, SUE
900 E TOM LANDRY ST
MISSION, TX 78572-4409

Claim Number: 7371
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $200.00 |
|---|---|---|
| SECURED | Claimed: | $18,210.00 |
| UNSECURED | Claimed: | $18,210.00 |
| TOTAL | Claimed: | $18,410.00 |

HANSON, VIVIAN J.
CHARLES SCHWAB & CO INC CUST
IRA 4098 - 5565
420 S. 4TH AVE.
PRINCETON, MN 55371

Claim Number: 5175
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,409.83 |
|---|---|---|

HANTAKAS, THOMAS T., SR.
109 SALMAN ST
WEST ROXBURY, MA 02132-0000

Claim Number: 3580
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,275.55 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HAQUE, MOHAMMAD<br>18 NANCY DR<br>FARMINGDALE, NY 11735-5420 | | Claim Number: 3413<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00 CONT | Allowed: | $1,500.00 |
| HARDIN COUNTY<br>ATTN RYAH A. ZERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ.<br>STE 230<br>KENTON, OH 43326 | | Claim Number: 5205<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| HARDING, JEANNETTE E.<br>2909 RURAL HILL CT<br>MATTHEWS, NC 28105 | | Claim Number: 1232<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT | Allowed: | $923.08 |
| HARDY, HEATHER<br>307 SOUTH HOWARD<br>INDIANOLA, IA 50125 | | Claim Number: 4821<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $564.94 | Scheduled: | $564.94 CONT | Allowed: | $564.94 |
| HARDY, KEITH<br>12844 CALAIS CIRCLE<br>PALM BEACH GARDENS, FL 33410 | | Claim Number: 7998<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,619.44 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HARENS, SANDARA LOUISE & MILTON LEE JT TEN 6790 E. CEDAR AVE. APT 304 DENVER, CO 80224 | Claim Number: 7083 Claim Date: 01/04/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $3,547.31 |
|---|---|---|
| UNSECURED | Claimed: | $3,547.31 |
| TOTAL | Claimed: | $3,547.31 |

| HARER, W BENSON JR. 1107 FIRST AVE #1601 SEATTLE, WA 98101 | Claim Number: 4450 Claim Date: 12/04/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $221,883.00 |
|---|---|---|

| HARFORD COUNTY, MARY DEPARTMENT OF LAW 220 SOUTH MAIN STREET, 3RD FLOOR BEL AIR, MD 21014 | Claim Number: 1758 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $2,153.13 |
|---|---|---|

| HARFORD COUNTY, MARYLAND DEPARTMENT OF LAW 220 SOUTH MAIN STREET, 3RD FLOOR BEL AIR, MD 21014 | Claim Number: 1616 Claim Date: 10/12/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $2,013.13 |
|---|---|---|

| HARIETTE BAKER TRUST HARIETTE BAKER, TTEE 7365 E 16TH ST # 200 INDIANAPOLIS, IN 46219-2308 | Claim Number: 5235 Claim Date: 12/11/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 4295 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $25,906.67 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HARKWELL, RICHARD
12808 BRIGHTON WOODS DR.
ST. LOUIS, MO 63131

Claim Number: 2213
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6574 (11/13/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $11,968.43 CONT | | |
| UNSECURED | Claimed: | $514,423.08 | Scheduled: | $3,537.73 CONT | Allowed: | $514,423.08 |

HARMON LAW OFFICES, P.C.
ATTN ANDREW S. HARMON, ESQUIRE
150 CALIFORNIA STREET
NEWTON, MA 02458

Claim Number: 8493
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,732.08 | Scheduled: | $38,739.44 | Allowed: | $27,732.08 |

HARMON PHOTOGRAPHERS
ATTN KAREN L PRUSSEY, OWNER
5661 INDEPENDENCE CIR STE 2
FORT MEYERS, FL 33912

Claim Number: 8367
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $201.40 | Scheduled: | $503.50 | Allowed: | $201.40 |

HARMON, JEFFREY A.
5301 SOUTH YOSEMITE ST
33-103
GREENWOOD VILLAGE, CO 80111

Claim Number: 302
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8670 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,102.56 CONT | Allowed: | $3,846.15 |
| UNSECURED | Claimed: | $22,639.74 | | | | |

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

Claim Number: 8010
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $187.50 | | | Allowed: | $187.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8011<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $499.44 | Allowed: | $499.44 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8012<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $358.86 | Allowed: | $358.86 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8013<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,472.61 | Allowed: | $2,472.61 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8014<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,450.80 | Allowed: | $1,450.80 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8015<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $874.51 | Allowed: | $874.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HARMONHOMES.COM
ATTN BETTY LAMBIOTTE
P.O. BOX 9277
CANTON, OH 44711

Claim Number: 8016
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $646.00 | Allowed: | $646.00 |
|---|---|---|---|---|

HARMONY HOMES R.E.
3125 MCHENRY AVE STE F
MODESTO, CA 953501451

Claim Number: 7307
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $125.08 | Allowed: | $125.08 |
|---|---|---|---|---|

HARMONY HOMES R.E.
3125 MCHENRY AVE STE F
MODESTO, CA 953501451

Claim Number: 7308
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $76.58 | Allowed: | $76.58 |
|---|---|---|---|---|

HARMONY HOMES R.E.
3125 MCHENRY AVE
STE F
MODESTO, CA 953501451

Claim Number: 7309
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $33.04 | Allowed: | $33.04 |
|---|---|---|---|---|

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

Claim Number: 7310
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $11.68 | Allowed: | $11.68 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9448<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14.58 | Allowed: | $14.58 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9449<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $81.35 | Allowed: | $81.35 |
| HARMONY HOMES R.E.<br>3125 MCHENRY AVE STE F<br>MODESTO, CA 953501451 | | Claim Number: 9871<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $213.59 | Allowed: | $213.59 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9872<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $222.04 | Allowed: | $222.04 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9981<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $6.66 | Allowed: | $6.66 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HARPER, ROBERT F. TRUSTEE<br>ROBERT F. HARPER ESQ BENEFIT PLAN<br>U/A DTD 1/1/86<br>55 HILTON AVE<br>GARDEN CITY, NY 11530 | | Claim Number: 5122<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| HARPER, STEPHEN<br>148 KILBURN RD<br>GARDEN CITY, NY 11530 | | Claim Number: 7555<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,641.03 | Scheduled: | $1,641.03  CONT | Allowed: | $1,641.03 |
| HARRELL, H. JENNIFER<br>1317 WINTER SPRINGS LANE<br>CORDOVA, TN 38016-8743 | | Claim Number: 4982<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,503.77 | | | | |
| HARRELL, JAMES A.<br>1317 WINDER SPRINGS LN<br>CARDOVA, TN 38016-8743 | | Claim Number: 4148<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,200.50 | | | | |
| HARRELL, JAMES A. & J. BRADLEY JT TEN<br>1317 WINDER SPRINGS LANE<br>CORDOVA, TN 38016-8743 | | Claim Number: 4981<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,200.50 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HARRIOTT, CHANTELL T
1078 PROSPECT PLACE
BROOKLYN, NY 11213

Claim Number: 3105
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $929.55 | Scheduled: | $929.55  CONT | Allowed: | $929.55 |
|---|---|---|---|---|---|---|

HARRIS COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10491
Claim Date: 09/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $1,630.70 |
|---|---|---|

HARRIS COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10492
Claim Date: 09/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| SECURED | Claimed: | $4,044.85 |
|---|---|---|

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 33
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| SECURED | Claimed: | $4,823.06  UNLIQ |
|---|---|---|

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 10003
Claim Date: 02/25/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $4,044.85  UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10029<br>Claim Date: 02/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|
| SECURED          Claimed: | $4,044.85 |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10488<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
|---|---|
| PRIORITY         Claimed:<br>SECURED          Claimed: | $0.00   UNLIQ<br>$4,044.85   UNLIQ |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10489<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|
| ADMINISTRATIVE   Claimed: | $1,630.70   UNLIQ |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10590<br>Claim Date: 12/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) |
|---|---|
| ADMINISTRATIVE   Claimed: | $1,556.57 |

| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 10591<br>Claim Date: 12/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8591 (02/18/2010) |
|---|---|
| SECURED          Claimed: | $1,855.24 |

U.S. BANKRUPTCY COURT                                                                                     Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10594<br>Claim Date: 12/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | |
| SECURED | Claimed: | $4,427.08 | | | |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10637<br>Claim Date: 12/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| ADMINISTRATIVE | Claimed: | $1,556.57 | | | |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10660<br>Claim Date: 02/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8668 (03/10/2010) | | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $4,812.29 | | Allowed: | $1,883.87 |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10674<br>Claim Date: 02/12/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| ADMINISTRATIVE | Claimed: | $4,812.29   UNLIQ | | | |
| HARRIS, CYNTHIA<br>29 CORNERSTONE CT<br>DOYLESTOWN, PA 18901 | | Claim Number: 665<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $1,997.44 | Scheduled: | $1,997.44  CONT | Allowed: | $1,997.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HARRIS, DENNIS J.<br>3904 HUNTCLIFF DR.<br>CHARLOTTE, NC 28226 | | Claim Number: 4117<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $10,780.00 |
| HARRIS, DENNIS J.<br>3904 HUNTCLIFF DR.<br>CHARLOTTE, NC 28226 | | Claim Number: 4205<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $5,260.00 |
| HARRIS, DIANE IRA<br>3200 EVAN DRIVE<br>HURST, TX 76054-2037 | | Claim Number: 9796<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,027.76 |
| HARRIS, DIANE S.<br>3200 EVAN DRIVE<br>HURST, TX 76054-2037 | | Claim Number: 9797<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,883.00 |
| HARRIS, DONALD<br>2445 LENTZ ROAD<br>CHINA GROVE, NC 28023 | | Claim Number: 6758<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,259.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HARRIS, JENNY R<br>9453 SW 52ND CT<br>COOPER CITY, FL 33328-4111 | | Claim Number: 7006<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,568.77 | Scheduled: | $1,568.77  CONT | Allowed: | $1,568.77 |
| HARRIS, JOSEPHINE<br>288 PARKER LN.<br>ST. JAMES, MO 65559 | | Claim Number: 4965<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | |
| HARRIS, LISA L<br>917 CRIMSON WILLOW<br>DR<br>HUNTERTOWN, IN 46748 | | Claim Number: 7445<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $323.08 | Scheduled: | $2,152.20  CONT | Allowed: | $323.08 |
| HARRIS, MALIK<br>8612 2ND AVE<br>INGLEWOOD, CA 90305 | | Claim Number: 7527<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $1,067.50 | | | | |
| HARRIS, STEPHEN<br>9560 LITZSINGER<br>LADUE, MO 63124 | | Claim Number: 10086<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| HARRISBURG CITY/COUNTY BILL<br>DAUPHIN COUNTY COURTHOUSE<br>RM 105, FRONT & MARKET STR.<br>HARRISBURG, PA 17101 | | Claim Number: 7189<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) | | | | |
| SECURED | Claimed: | $415.01 | | | | |
| HARRISBURG CITY/COUNTY BILL<br>DAUPHIN COUNTY COURTHOUSE<br>RM 105, FRONT & MARKET STR.<br>HARRISBURG, PA 17101 | | Claim Number: 7494<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) | | | | |
| SECURED | Claimed: | $687.25 | | | | |
| HARRISON, BRANDY JO<br>320 WOLF CREEK PL<br>LOCUST GROVE, GA 30248-2781 | | Claim Number: 9596<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $692.64 | Scheduled: | $692.64 CONT | | |
| HARRISON, DARRELL J. (VA)<br>3229 BOW CREEK BLVD<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 7070<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| HARRISON, DOUGLAS<br>769 SANDY HILL CIR.<br>PT. ORANGE, FL 32127-7795 | | Claim Number: 3996<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HARRISON, JAMES F<br>143 WINDY HILL RD.<br>JACKSON, TN 38305 | | Claim Number: 2595<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $10,950.00 | | Allowed: | | $10,950.00 |
| HARRISON, LARRY L.<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | | Claim Number: 3889<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,118.96 | | | | |
| HARRISON, LJUBICA V.<br>209 MATSQUI RD<br>ANTIOCH, CA 94509 | | Claim Number: 3888<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,875.00 | | | | |
| HARRISON, MIGDALIA M<br>PMB 59<br>3280 SUNRISE HWY<br>WANTAGH, NY 117934024 | | Claim Number: 3804<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,446.15 | Scheduled: | $1,446.15  CONT | Allowed: | $1,446.15 |
| HARRISON, WILLIAM T.<br>2112 GALLOWAY<br>LIVERMORE, CA 94551 | | Claim Number: 7452<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
| PRIORITY | Claimed: | $664.29 | | | | |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HARSCH, AMY<br>14040 ELWELL ROAD<br>BELLEVILLE, MI 48111 | | Claim Number: 278<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $554.61 | Scheduled: | $554.61 CONT | Allowed: | $554.61 |
| HARSCH, STEVEN<br>39719 S RIVERWOOD DR<br>TUCSON, AZ 85739 | | Claim Number: 6541<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,650.00 | | | | |
| HART, ALBERT & MARILYN<br>712 BEAUVAIS COURT<br>CREVE COEUR, MO 63141 | | Claim Number: 5077<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,650.00 | | | | |
| HART, ALBERT & MARILYN<br>712 BEAUVAIS COURT<br>CREVE COEUR, MO 63141 | | Claim Number: 5078<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| HART, CAROLYN<br>4541 PATRICK DR<br>KENNESAW, GA 30144 | | Claim Number: 4202<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $412.00 | Scheduled: | $412.00 CONT | Allowed: | $412.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HART, CAROLYN
4541 PATRICK DR
KENNESAW, GA 30144

Claim Number: 4203
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $439.10 | Scheduled: | $439.10  CONT |
|---|---|---|---|---|

---

HART, JEROME A. & SARA A.
C/O NATIONAL DECORATING SERVICE
2210 CAMDEN CT.
OAK BROOK, IL 60523-1272

Claim Number: 6223
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

HART, WILLIAM H.
6927 WORCESTER DR
SPRING, TX 77379

Claim Number: 114
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $6,372.00 |
|---|---|---|

---

HARTFORD FIRE INSURANCE COMPANY
ATTN HANK D HOFFMAN, ASST VP
BANKRUTPCY UNIT, T-1-55
HARTFORD PLAZA
HARTFORD, CT 06115

Claim Number: 1097
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 6 (09/20/2010)

| SECURED | Claimed: | $0.00  UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

---

HARTFORD FIRE INSURANCE COMPANY
ATTN JULIE ALLEYNE
THE HARTFORD
HARTFORD PLAZA - T4
HARTFORD, CT 06155

Claim Number: 9334
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HARTLINE, DONALD R AND LOIS P, TTEES U/A DTD 03/21/01 FOR DONALD HARTLINE REV TRUST 3221 GRAND AVE APT 7 DES MOINES, IA 50312-4129 | | Claim Number: 8133 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $14,924.17 |
| HARTOIN, MICHAEL F. 1238 GREENERY LANE CINCINNATI, OH 45233 | | Claim Number: 4402 Claim Date: 12/03/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,091.00 |
| HARTUNG, DONALD M. 7341 RAVINIA DR ST. LOUIS, MO 63121-2515 | | Claim Number: 8502 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,407.00 |
| HARTUNG, DONALD M. 7341 RAVINIA DR ST. LOUIS, MO 63121-2515 | | Claim Number: 8503 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,286.00 |
| HARVEY NUTTER & AGNES NUTTER JT TEN 1714 W ARTHUR CHICAGO, IL 60626-3911 | | Claim Number: 2818 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HARWIN, THOMAS<br>3958 WOODED RIDGE TRAIL<br>COLGATE, WI 53017 | | Claim Number: 6956<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $14,671.80 | | | | |
| UNSECURED | Claimed: | $14,671.80 | | | | |
| TOTAL | Claimed: | $14,671.80 | | | | |
| HASCHERT, TERRY R. & CLARICE R., TTEES<br>TERRY/CLARICE R HASCHERT REV INTERVIVOS<br>TR U/A DTD 3/01/1991<br>455 ELEANOR DR<br>BEN LOMOND, CA 95005 | | Claim Number: 7064<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $7,696.68 | | | | |
| HASKINS, LINDA<br>7760 E 39TH ST<br>TUCSON, AZ 85730 | | Claim Number: 273<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46  CONT | Allowed: | $888.46 |
| HASKINS, NIKKI<br>61 PLANK RD<br>TROY, NY 12182 | | Claim Number: 7067<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,248.00 | | | | |
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | | Claim Number: 2982<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) | | | | |
| UNSECURED | Claimed: | $1,938.99 | | | Allowed: | $1,938.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN CLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | | Claim Number: 4699<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| UNSECURED | Claimed: | $1,938.99 | | | | |
| HASLER FINANCIAL SERVICES, LLC<br>478 WHEELERS FARMS RD<br>MILFORD, CT 064619105 | | Claim Number: 4707<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $3,278.88 | | | Allowed: | $3,278.88 |
| HASLER, INC.<br>ARMSCO INC<br>ATTN SHEILA M NULL<br>PO BOX 1345<br>ENGLEWOOD, FL 34295 | | Claim Number: 9254<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $7,625.07 | | | Allowed: | $7,625.07 |
| HASSALL, JAMES<br>1217 BEACH BLVD<br>FORKED RIVER, NJ 08731 | | Claim Number: 9494<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,830.25 | | | | |
| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | | Claim Number: 6238<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,736.53 | Scheduled:<br>Scheduled: | $5,192.31 CONT<br>$150.14 CONT | Allowed: | $1,736.53 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | | Claim Number: 6248<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,736.53 | Scheduled: | $1,736.53 CONT | | | |
| HASTON, HAROLD MD<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 10250<br>GLENDALE, AZ 85318 | | Claim Number: 9985<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $23,325.00 | | | | | |
| UNSECURED | Claimed: | $23,258.80 | | | | | |
| TOTAL | Claimed: | $23,258.80 | | | | | |
| HATCH, AMBER R<br>3030 W CROCUS DR<br>PHOENIX, AZ 850535718 | | Claim Number: 2952<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT | Allowed: | $1,384.61 | |
| HATCH, DOUGLAS A (DOUG)<br>359<br>2505 ANTHEM VILLAGE DR STE E<br>HENDERSON, NV 89052-5529 | | Claim Number: 3080<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $3,000.00 CONT | Allowed: | $3,000.00 | |
| HATCHETT VS. AMERICAN HOME MORTGAGE<br>CASE#06CH15839 COOK CO IL M WEINBERG<br>LEGAL ASSIST FOUNDATION MERTRO CHICAGO<br>111 W. JACKSON STREET, SUITE 300<br>CHICAGO, IL 60604 | | Claim Number: 7608<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) | | | | | |
| SECURED | Claimed: | $137,750.00   UNLIQ | | | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

HATFIELD, MARK
P.O. BOX 157
CALAIS, ME 04619

Claim Number: 6292
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

HATT, JON B.
1551 BISCAYNE WAY
MARCO ISLAND, FL 34145

Claim Number: 5680
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,965.00 | | | | | |

HAUG, KATHLEEN A.
6365 MILLSTONE CIRCLE
NEW PORT RICHEY, FL 34655

Claim Number: 1437
Claim Date: 10/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,216.11 | Scheduled: | $1,216.11  CONT | Allowed: | $1,216.11 |

HAUGEN, EUGENE D.
150 BRITTANY LANE
SEQUIM, WA 98382-9369

Claim Number: 7686
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,214.00 | | | | | |

HAUGH, ROBERT B. & LUCIA K.
2200 WILDWOOD COURT
BURNSVILLE, MN 55306

Claim Number: 6123
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,835.33 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| HAUGHS, KELLY D<br>2005 HILLSIDE AVENUE<br>FORT WAYNE, IN 46805 | | Claim Number: 2793<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $107.69 | Scheduled: | $1,438.63  CONT | Allowed: | $107.69 |
| HAUSER APPRAISAL SVCS LLC<br>13452 SW 63RD AVE<br>PORTLAND, OR 97219-8128 | | Claim Number: 2783<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,800.00 | | Allowed: | $1,800.00 |
| HAUSMANN, ROBERT<br>332 JULE DRIVE<br>CHESAPEAKE, VA 23322 | | Claim Number: 7274-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $6,757.85  CONT<br>$146,015.53  CONT | Allowed: | $10,950.00 |
| HAUSMANN, ROBERT<br>332 JULE DRIVE<br>CHESAPEAKE, VA 23322 | | Claim Number: 7274-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $142,396.75 | | | |
| HAWANA, SABRY & FAWZIA<br>189 GREGORY AVE.<br>W. ORANGE, NJ 07052 | | Claim Number: 9379<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| HAWES, LORA H.<br>3362 BUCKLAND SQ<br>OWENSBORO, KY 42301-5829 | | Claim Number: 6099<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $17,557.20 | | |
| HAWKENSON, EUGENE & MARLENE<br>16905 HWY. 61 BLVD.<br>WELCH, MN 55089 | | Claim Number: 4321<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $10,610.00 | | |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC<br>PO BOX 1537<br>SAINT PETERS, MO 633760027 | | Claim Number: 6237<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $19,882.62 | Allowed: | $19,882.62 |
| HAWKINS, DAVID H. & M. GLORIA<br>110 PINEWOOD AVE<br>BRIDGEPORT, WV 26330 | | Claim Number: 9581<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| HAWKS, GLORIA O.<br>2617 SUNNYDALE DR<br>DUARTE, CA 91010-1386 | | Claim Number: 5262<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $1,341.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HAWLEY, DAVID R.
15389 HEMLOCK RT. RD
CHAGRIN FALLS, OH 44022

Claim Number: 1349
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,775.00 | | | | |

HAWLEY, ROBIN B.
505 STEINHOUR RD
YORK HAVEN, PA 17370

Claim Number: 1491
Claim Date: 10/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6167 (10/01/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,597.92 | Scheduled: | $11,500.00 CONT | Allowed: | $10,597.92 |
| UNSECURED | | | Scheduled: | $288.46 CONT | | |

HAWTHORNE, PAUL JR.
DBA THE HAWTHORNE GROUP
8005 OAKCREST DRIVE
MC KINNEY, TX 75070

Claim Number: 1344
Claim Date: 10/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

HAYASHIDA, HARRY H.
1547 ALA AOLANI STREET
HONOLULU, HI 96819

Claim Number: 7925
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

HAYES, JAMES J
9260 BOWERS BROOK PL
BRISTOW, VA 20136

Claim Number: 2565
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,897.44 | Scheduled: | $3,897.44 CONT | Allowed: | $3,897.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HAYES, JAMES J.
9260 BOWERS BROOK PL
BRISTOW, VA 20136

Claim Number: 106
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $4,030.77 | |

---

HAYES, SUSAN L
15561 HAMMET CT
MORENO VALLEY, CA 92555

Claim Number: 9633
Claim Date: 01/15/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

Claim Number: 563
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $664.56 | |
| UNSECURED | Claimed: | $664.56 | |
| TOTAL | Claimed: | $664.56 | |

---

HAYES, SUSAN L.
15561 HAMMETT CT
MORENO VALLEY, CA 92555

Claim Number: 564
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8414 (12/14/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,680.74 | Scheduled: | $9,747.69 CONT | Allowed: | $9,680.74 |

---

HAYNES, CLAYTON
12 HIGHPOINT
ALISO VIEJO, CA 92656

Claim Number: 6209
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $633.20 | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAZELTINE GATES LLC<br>ATTN JOHN B. GOODMAN, PRESIDENT<br>JOHN B. GOODMAN ENTERPRISES, INC.<br>1107 HAZELTINE BLVD., SUITE 200<br>CHASKA, MN 55318 | | Claim Number: 6851<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $319.55 | Scheduled: | $11,141.75 | | | |
| HE, ZHU<br>224 BLUEFIELD ROAD<br>CHAPEL HILL, NC 27517 | | Claim Number: 9414<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,961.36 | | | | | |
| HE-CHAR LTD. PARTN<br>HERMAN SHYKEN, GEN. PART.<br>111 PLANTATION DR.<br>SAINT LOUIS, MO 63141 | | Claim Number: 3059<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,302.00 | | | | | |
| HEAGY, STACEY A.<br>6912 GERMAN HILL RD<br>BALTIMORE, MD 21222 | | Claim Number: 895<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,485.58 | Scheduled: | $1,485.58 CONT | Allowed: | $1,485.58 | |
| HEALEY, JANET M.<br>3 VILLA ST.<br>WALTHAM, MA 02453 | | Claim Number: 4957<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,631.90 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HEARD COUNTY<br>ATTN SANDRA P. NOLEN - TAX COMM.<br>P.O. BOX 519<br>FRANKLIN, GA 30217 | | Claim Number: 6174<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8565<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $112,407.60 |

HEATH, ANDREW P
3734 WILD ROSE LOOP
WEST LINN, OR 97068-7235

Claim Number: 8577-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $143,932.97 CONT | | |

HEATH, ANDREW P
3734 WILD ROSE LOOP
WEST LINN, OR 97068-7235

Claim Number: 8577-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $108,012.96 |

HEATH, DONALD P.
13 KLAMATH
IRVINE, CA 92612

Claim Number: 9639
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HEBERLIE, KARA
3125 WINDWOOD TRAILS DR
SAINT CHARLES, MO 63303-5815

Claim Number: 2629
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | Scheduled: | $393.00 CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $393.00 | | | Allowed: | $393.00 |

HEBERLIE, KARA
662 SUMMER WINDS LN
ST PETERS, MO 63376

Claim Number: 2630
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $323.92 | Scheduled: | $323.92 CONT | Allowed: | $323.92 |
|---|---|---|---|---|---|---|

HECK, KATHLEEN
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 239
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $233,500.38 |
|---|---|---|

HECK, KATHLEEN R
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 7449-01
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8821 (05/04/2010)

| PRIORITY | Claimed: | $9,206.51 | Scheduled: | $9,206.51 CONT | Allowed: | $9,206.51 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $90,793.49 CONT | | |

HECK, KATHLEEN R
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 7449-02
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8821 (05/04/2010)

| UNSECURED | Claimed: | $90,793.49 | | | Allowed: | $90,793.49 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| HEFFERNAN, SHERYL<br>30535 RUE DE LA PIERRE<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 9523<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $12,682.41 | | |
| UNSECURED | Claimed: | $188.17 | | |
| HEFFERNAN, SHERYL<br>30535 RUE DE LA PIERRE<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 9538<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $12,682.41 | Scheduled: | $12,682.41  CONT |
| UNSECURED | Claimed: | $188.17 | Scheduled: | $188.17  CONT |
| HEFFRON, RAYMOND A.<br>1800 N BAYSHORE DR #1401<br>MIAMI, FL 33132 | | Claim Number: 6812<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| HEFFRON, RAYMOND A.<br>1800 N BAYSHORE DR #1401<br>MIAMI, FL 33132 | | Claim Number: 6835<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,452.22 | | |
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | | Claim Number: 721<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $46,154.64 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | | Claim Number: 10242-01<br>Claim Date: 04/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | | Claim Number: 10242-02<br>Claim Date: 04/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $26,850.19 | Allowed: | $26,850.19 |
| HEGNEY, ROBERT & SALLY<br>5415 RICHMOND RD<br>W. MILFORD, NJ 07480 | | Claim Number: 5306<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HEIDBRINK, WILLIAM & CATHERINE<br>359 BLUFF VIEW CIRCLE<br>SAINT LOUIS, MO 63129 | | Claim Number: 10083<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HEIDENREICH, R & D TTEES<br>DARLEN HEIDENREICH REV TRUST<br>UAD 10/07/1994<br>641 CEDAR LANE<br>LADY LAKE, FL 32159-3215 | | Claim Number: 7313<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $25,356.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HEIDENREICH, RICHARD R & DARLENE JTWROS<br>641 CEDAR LANE<br>LADY LAKE, FL 32159-3215 | | Claim Number: 7312<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $82,759.96 |
| HEIFFERON, DONALD J. & CAROL C.<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | | Claim Number: 5646<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,251.78 |
| HEIFFERON, DONALD J. IRA<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | | Claim Number: 5645<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $45,030.59 |
| HEIFNER, DOUGLAS & EILEEN<br>P.O. BOX 1132<br>160 WEST ST<br>BERLIN, MA 01503 | | Claim Number: 9388<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,946.50 |
| HEILNER, TOM<br>PO BOX 771828<br>STEAMBOAT SPRINGS, CO 80477 | | Claim Number: 5745<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,359.53 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HEILPERN, PATRICIA D<br>1575 EAST PARKWAY AVENUE<br>SALT LAKE CITY, UT 84106 | | Claim Number: 10051<br>Claim Date: 03/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | |
| HEIM, RUSSELL<br>64 BLACKSMITH RD<br>LEVITTOWN, NY 11756 | | Claim Number: 475<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,138.20 | | | | |
| HEIM, RUSSELL<br>64 BLACKSMITH RD<br>LEVITTOWN, NY 11756 | | Claim Number: 2344<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46  CONT | Allowed: | $1,138.46 |
| HEIMES, BEVERLY A.<br>17288 SATTERLEE WAY<br>BEND, OR 97707-2051 | | Claim Number: 6570<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,608.58 | | | | |
| HEIN, DAVID & JULIE<br>11210 DALE COURT<br>STERLING HEIGHTS, MI 48313 | | Claim Number: 9318<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,508.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| HEINLEN, KENT MICHAEL<br>6699 ELK CREEK RD<br>MIDDLETOWN, OH 45044 | | Claim Number: 10163<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | | | |
| SECURED | Claimed: | $10,000.00 | | | | |
| HEINTZ, RICHARD A<br>3344 PORTLAND AVE<br>MINNEAPOLIS, MN 55407 | | Claim Number: 9283<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $19,398.00 | | | | |
| HEITMAN GROUP, INC., THE<br>ATTN SHARON HEITMAN, PRESIDENT<br>2233 WILLAMETTE ST BLDG C<br>EUGENE, OR 97405 | | Claim Number: 112<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $12,075.00 | | | | |
| HEITMAN GROUP, THE<br>ATTN SHARON HEITMAN, PRESIDENT<br>2233 WILLAMETTE STREET<br>BLDG C.<br>EUGENE, OR 97405 | | Claim Number: 4079<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 112 | | | | |
| UNSECURED | Claimed: | $12,075.00 | Scheduled: | $8,350.00 | Allowed: | $12,075.00 |
| HEKTOR, ARTHUR<br>20 WESTWOOD LN<br>LINCOLNSHIRE, IL 60069 | | Claim Number: 6158<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,644.25 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HELFMAN, MARC<br>26 BETHAL LANE<br>COMMACK, NY 11725 | | Claim Number: 135<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT | Allowed: | $2,769.23 |
| HELIOS & MATHESON<br>200 PARK AVE S STE 901<br>NEW YORK, NY 10003-1541 | | Claim Number: 2289<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $53,840.00 | Scheduled: | $37,040.00 | Allowed: | $53,840.00 |
| HELLER, RAY A.<br>PO BOX 2531<br>STATELINE, NV 89449 | | Claim Number: 3490<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | |
| HELMER, DUANE<br>4030 170TH STREET S.W.<br>LYNNWOOD, WA 98037 | | Claim Number: 5274<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,379.46 | | | | |
| HELMKAMP & SWIFT INC<br>ATTN MARK R.<br>2817 BAYWOOD TRAIL<br>FORT WAYNE, IN 46845 | | Claim Number: 9251<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $2,850.00 | Scheduled: | $225.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| HELTON, LEONARD R.<br>5183 DRAYTON HARBOR ROAD<br>BLAINE, WA 98230 | | Claim Number: 5358<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5180 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,636.10 | | | |
| HELVESTON, PATRICK<br>1940 REINS RD<br>BEAUMONT, TX 77713 | | Claim Number: 10015<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,478.75 | |
| HEMME, CHRISTINE M<br>2415 GLORY DR<br>WATERFORD, PA 16441 | | Claim Number: 7498<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $71.25 | Scheduled: | $71.25  CONT | |
| HENDERSON & ASSOCIATES, INC<br>312 CHEYENNE DR<br>ATTN KEITH A HENDERSON PRESIDENT<br>BERTHOUD, CO 80513 | | Claim Number: 3586<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $1,000.00 | | | |
| HENDERSON APPRAISAL CO. INC.<br>5364 EHRLICH ROAD # 71<br>TAMPA, FL 33624 | | Claim Number: 5703<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $4,600.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4505<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $300.00 |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4506<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $100.00 |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4508<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00 |
| HENDERSON APPRAISAL SRV.<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4528<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00 |
| HENDERSON, E.M. - TRUSTEE OF<br>638 PALM DR<br>WINTER GARDEN, FL 34787-2367 | | Claim Number: 10269<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $63,299.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HENDERSON, EULA F. & EVERY G.<br>5361 FORZLEY ST<br>ORLANDO, FL 32812 | | Claim Number: 7205<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,054.37 | | | | | |
| HENDERSON, GENSIE<br>GENSIE HENDERSON'S CLEANING SERVICE<br>439 JOHN BROWN ROAD<br>RAEFORD, NC 28376 | | Claim Number: 1614<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $225.00 | Scheduled: | $200.00 | Allowed: | $225.00 |
| HENDERSON, JEANNA M<br>13073 TROY CT<br>VICTORVILLE, CA 92395 | | Claim Number: 6783<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00  CONT | | |
| HENDERSON, JOHN<br>1505 NE 70TH TERRACE<br>KANSAS CITY, MO 64118 | | Claim Number: 5822<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,450.00 | | | | | |
| HENDERSON, JONELL<br>12412 VERONICA RD<br>DALLAS, TX 75234 | | Claim Number: 4525<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | | | |

| | | | | |
|---|---|---|---|---|
| HENDERSON, MARLAND<br>510 LAKE CLIFF DRIVE<br>DALLAS, TX 75203 | | Claim Number: 4524<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | | Claim Number: 8732-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $44,020.35 | Allowed: | $44,020.35 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | | Claim Number: 8732-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| SECURED | Claimed: | $3,166.67 | Allowed: | $3,166.67 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASST. GEN. COUNSEL<br>DEVELOPERS DIVERSIFIED CORP.<br>3300 ENTERPRISE PARKWAY - PO BOX 228042<br>BEACHWOOD, OH 44122 | | Claim Number: 8735<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | |
| ADMINISTRATIVE | Claimed: | $38.41 | Allowed: | $38.41 |
| HENDRI, JAMES R. & EVELYN<br>JTWROS<br>903 SHERIDAN BLVD<br>BRIGANTINE, NJ 08203 | | Claim Number: 2378<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $250.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON ST #125<br>DANVILLE, IN 46122 | | Claim Number: 10732<br>Claim Date: 08/18/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
|---|---|---|
| PRIORITY | Claimed: | $69.64 |
| UNSECURED | Claimed: | $48.28 |

| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON STREET # 215<br>DANVILLE, IN 46122 | | Claim Number: 10855<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) |
|---|---|---|
| PRIORITY | Claimed: | $299.40 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $299.40 |
| TOTAL | Claimed: | $299.40 |

| HENDRICKS, LEE ANN<br>P.O. BOX 82<br>TORNADO, WV 25202 | | Claim Number: 6895<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| PRIORITY | Claimed: | $24,926.70 |
| UNSECURED | Claimed: | $24,926.70 |
| TOTAL | Claimed: | $24,926.70 |

| HENDRICKS, PHIL<br>2525 14TH ST #2<br>SANTA MONICA, CA 90405 | | Claim Number: 6073<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $909.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HENIG, DONALD
7 BARBERRY ROAD
WEST ISLIP, NY 11795

Claim Number: 7651-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | $10,950.00 CONT | | $10,950.00 |
| UNSECURED | | | Scheduled: | $1,364,122.91 CONT | | |

---

HENIG, DONALD
7 BARBERRY ROAD
WEST ISLIP, NY 11795

Claim Number: 7651-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,354,159.22 |

---

HENLINE, JOEL A.
10816 DEEP CREEK CT
FORT WAYNE, IN 46804

Claim Number: 827
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| PRIORITY | | $1,233.28 | | $1,233.28 |

---

HENN, MELANIE A
1082 HUMMINGBIRD CT
COLORADO SPRINGS, CO 80921

Claim Number: 6909
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7506 (06/05/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,125.00 | | $1,125.00 CONT | | $1,125.00 |

---

HENNING, BARBARA A.
SEPARATE PROPERTY
2138 STANLEY DR.
FORT WORTH, TX 76110-1836

Claim Number: 6061
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4295 (05/29/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $24,459.59 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HENNING, KENT S. AND BARBARA A.<br>JT WROS<br>2138 STANLEY DR<br>FORT WORTH, TX 76110-1836 | | Claim Number: 6060<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,813.02 | | | | | |
| HENNING, KENT S. IRA<br>2138 STANLEY DRIVE<br>FORT WORTH, TX 76110-1836 | | Claim Number: 6062<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $38,422.68 | | | | | |
| HENNING-PABON, JENNIFER<br>716 MICHIGAN AVENUE<br>ELGIN, IL 60177 | | Claim Number: 1476<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,815.36 | Scheduled: | $1,815.36 CONT | Allowed: | $1,815.36 |
| HENRY, KYLE<br>147 W 15TH ST<br>DEER PARK, NY 11729 | | Claim Number: 840<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $480.75 | Scheduled: | $1,850.00 CONT | Allowed: | $480.75 |
| HENRY, LESLIE DANYELL<br>2153 UTOPIA AVE<br>NASHVILLE, TN 37211 | | Claim Number: 1039<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15 CONT | Allowed: | $646.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| HENSLEY, JAMIE M<br>3057 WEST SALTER<br>DRIVE<br>PHOENIX, AZ 85027 | | Claim Number: 7434<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $733.49 | Scheduled: | $733.49  CONT | Allowed: | | $733.49 |

| HENTCHEL, THEODORE P. & CHARLOTTE J.<br>16430 PARK LAKE RD LOT 223<br>E. LANSING, MI 48823 | | Claim Number: 5476<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,774.00 |

| HENTCHEL, THEODORE P. & CHARLOTTE J.<br>16430 PARK LAKE RD LOT 223<br>E. LANSING, MI 48823 | | Claim Number: 5477<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,160.01 |

| HERBIG, PATRICIA I., I.R.A.<br>P.O. BOX 873<br>WEST END, NC 27376 | | Claim Number: 3966<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $3,124.00 |

| HEREL, BARBARA S.<br>24 FAIRCHILD ST<br>HUNTINGTON, NY 11743 | | Claim Number: 1924<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9993 (05/09/2011) |
|---|---|---|
| UNSECURED | Claimed: | $4,200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HERITAGE APPRAISAL SERVICE<br>ATTN BOB ANTONE<br>4828 FAYETTEVILLE RD<br>LUMBERTON, NC 28358 | | Claim Number: 2641<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,075.00 | | | Allowed: | $2,075.00 |
| HERITAGE OFFICE FURNITURE<br>1562 MONTAGUE EXPY<br>SAN JOSE, CA 951311408 | | Claim Number: 1406<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $6,573.29 | Scheduled: | $6,738.55 | Allowed: | $6,573.29 |
| HERMAN JAGGERS<br>4709 CR 136<br>LEXINGTON, AL 35648 | | Claim Number: 2722<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| HERMAN, ALAN<br>46 MAIN PKWY<br>PLAINVIEW, NY 11803 | | Claim Number: 9177<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| HERMAN, ALEXIS & CO., INC.<br>ATTN MARK H RYNES<br>633 W 5TH ST<br>FL 28<br>LOS ANGELES, CA 90071 | | Claim Number: 4572<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | | Claim Number: 778<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,483.70 | | | | |
| HERMAN, COREY L.<br>73 GREEN FIELD ST<br>MANCHESTER, PA 17345 | | Claim Number: 779<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $1,315.39 | Scheduled: | $1,315.39 CONT | Allowed: | $1,315.39 |
| HERMAN, JEROME<br>****NO ADDRESS PROVIDED**** | | Claim Number: 3257<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | |
| HERMAN, KERMIT R.<br>3821 TEXAS AVE S<br>ST LOUIS PARK, MN 55426 | | Claim Number: 4561<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,313.50 | | | | |
| HERMAN, KERMIT R. & LENORA CO-TTEE<br>KERMIT HERMAN & LENORA HERMAN LIVING<br>TRUST DTD 2-27-03<br>3821 TEXAS AVE S<br>ST LOUIS PARK, MN 55426 | | Claim Number: 4139<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,983.75 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HERMANCE, SCOTT C<br>1513 TILDEN AVE<br>FORT WAYNE, IN 46805 | | Claim Number: 4497<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $587.86 | Scheduled: | $587.86 CONT | Allowed: | | $587.86 |
| HERMOSILLO, C J<br>453 RADCLIFFE CT<br>LAGUNA BEACH, CA 92651-3635 | | Claim Number: 2227<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $34,014.95 | | | | | |
| HERMSEN, LUCILE<br>505 PEPPERRIDGE RD.<br>LEWISVILLE, NC 27023 | | Claim Number: 6688<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HERNANDEZ, ELENA<br>21 N 64TH DRIVE<br>PHOENIX, AZ 85043 | | Claim Number: 2594<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,116.00 | Scheduled: | $1,116.00 CONT | | | |
| HERNANDEZ, IVON<br>4843 S LUNA<br>STICKNEY, IL 60638 | | Claim Number: 6189<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $307.70 | Scheduled: | $307.70 CONT | Allowed: | | $307.70 |

Epiq Bankruptcy Solutions, LLC

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

HERNANDEZ, JESSICA
47 SPRINGMEADOW DR
KINGS PARK, NY 11754-4605

Claim Number: 1124
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,237.60 | Scheduled: | $1,689.86 CONT | Allowed: | $1,237.60 |

HERNANDEZ, MATTHEW AND MELANIE
42375 STETSON AVE
HEMET, CA 925447565

Claim Number: 9654
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $56,541.22  UNLIQ |

HERNANDO COUNTY TAX COLLECTOR
ATTN JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST ROOM 112
BROOKSVILLE, FL 34601-2892

Claim Number: 150
Claim Date: 08/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| SECURED | Claimed: | $5,268.48  UNLIQ |

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL 34601-2892

Claim Number: 151
Claim Date: 08/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $484.25  UNLIQ |

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL 34601-2892

Claim Number: 152
Claim Date: 08/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $5,716.10  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 153<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $5,716.10   UNLIQ |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 154<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $5,268.48   UNLIQ |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1079<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $5,716.10   UNLIQ |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1080<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| SECURED | Claimed: | $5,268.48   UNLIQ |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1081<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $484.25   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1938<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>Amends claim number 1080 | | | |
| SECURED | Claimed: | $5,166.62   UNLIQ | | | |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1939<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
| SECURED | Claimed: | $0.00 | | | |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | | Claim Number: 1940<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| HERNANDO COUNTY UTILITIES DEPARTMENT<br>C/O HERNANDO COUNTY ATTORNEY'S OFFICE<br>KENT L. WEISSINGER - SR. ASST CTY ATTY<br>20 NORTH MAIN STREET - SUITE 462<br>BROOKSVILLE, FL 34601 | | Claim Number: 4601<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $78.68 | | Allowed: | $78.68 |
| HERRARA, LUZ<br>416 N HOLMES AVE<br>ONTARIO, CA 91764 | | Claim Number: 654<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $966.00 | Scheduled: | $462.00  CONT   Allowed: | $966.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

HERRELL, BRENDA
828 MORADA PL
ALTADENA, CA 910012425

Claim Number: 96
Claim Date: 08/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $3,232.46 | Scheduled: | $2,000.46 CONT | Allowed: | $3,232.46 |
|---|---|---|---|---|---|---|

HERRERA, EDWIN
146-34 32 AVE
FLUSHING, NY 11354

Claim Number: 9313
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,206.95 |
|---|---|---|

HERRERA, TERESITA
4953 SOUTH KNOX AVENUE
CHICAGO, IL 60632

Claim Number: 10284
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

HERRERA, YVONNE A
24711 CALLE EL TORO GRANDE
LAKE FOREST, CA 92630

Claim Number: 6607
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $438.46 | Scheduled: | $438.46 CONT | Allowed: | $438.46 |
|---|---|---|---|---|---|---|

HERRICK, CHARLES & EVELYN
1206 BROOK HOLLOW CT.
BRYAN, TX 77802

Claim Number: 4702
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HERRING, GRACIE N.
3225 OLD LANTERN DR
BROOKFIELD, WI 53005-3014

Claim Number: 3569
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,374.95 |
| --- | --- | --- |

---

HERRMANN, PETER A.
35 WILTSHIRE LN
W HARTFORD, CT 06117

Claim Number: 3441
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

---

HERTAUS, MARVIN F. BETTIE J.
2294 PINEWOOD DR
SHAKOPEE, MN 55379

Claim Number: 6336
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $18,277.00 |
| --- | --- | --- |

---

HERTEL, GEORGE
2701 JENNIFER DR
WEST PLAINS, MO 65775

Claim Number: 7360
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

HERTLING, DIETER
2405 HASTIE LAKE ROAD
OAK HARBOR, WA 98277

Claim Number: 196-01
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $84,304.91 CONT | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HERTLING, DIETER<br>2405 HASTIE LAKE ROAD<br>OAK HARBOR, WA 98277 | | Claim Number: 196-02<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $84,556.74 | | | | |
| HERTLING, DIETER<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 9457<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $86,452.47 | | | | |
| HERTLING, SHANNON<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 197<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $5,861.54 | | | | |
| HERTLING, SHANNON<br>2405 HASTIE LAKE ROAD<br>OAK HARBOR, WA 98277 | | Claim Number: 9455<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $4,461.24 | Scheduled: | $4,461.24  CONT | Allowed: | $4,461.24 |
| HERTZ CORPORATION, THE<br>CRYSTAL MCLAUGHLIN<br>SENIOR SUPERVISOR<br>14501 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134 | | Claim Number: 1935<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9993 (05/09/2011) | | | | |
| UNSECURED | Claimed: | $7,690.90 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| HERTZLER, ALICE P.<br>1707 STIRLING STREET<br>COATESVILLE, PA 19320 | | Claim Number: 1890<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $480.19 | Scheduled: | $480.19 CONT | Allowed: | $480.19 |

| HERZ, ROBERT T.<br>80 LYME RD<br>APT 222<br>HANOVER, NH 03755 | | Claim Number: 3449<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,318.77 | | | | |

| HESS, KIM CUSTODIAN FOR<br>ADDISON YOUNG<br>10 BOND LN.<br>HICKSVILLE, NY 11801 | | Claim Number: 4486<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,750.00 | | | | |

| HESS, KIM CUSTODIAN FOR<br>LINDEN YOUNG<br>10 BOND LN.<br>HICKSVILLE, NY 11801 | | Claim Number: 4489<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,750.00 | | | | |

| HESS, SHARON SUE<br>415 LONG BRANCH WAY<br>CANTON, GA 30115 | | Claim Number: 1454<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.80 | Scheduled: | $5,001.60 CONT | Allowed: | $2,500.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HESSEL, LINDSAY<br>1450 S LEWISTON ST<br>AURORA, CO 80017 | | Claim Number: 547<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | | |
| PRIORITY | Claimed: | $328.80 | | Scheduled: | $438.46 CONT | | Allowed: | $328.80 |
| HEUSCHKEL, ROBERT H.<br>6083 FOREST VILLAS CIR<br>FORT MYERS, FL 33908 | | Claim Number: 4382<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | | |
| UNSECURED | Claimed: | $345.15 | | | | | | |
| HEUSER, RICHARD<br>815 SW PENNOYER ST<br>PORTLAND, OR 972394401 | | Claim Number: 10169<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | | |
| SECURED | Claimed: | $495,000.00 | | | | | | |
| HEWITT, BRUCE L.<br>5 TOWER TERRACE<br>BURLINGTON, VT 05401 | | Claim Number: 5503<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | | |
| UNSECURED | Claimed: | $87,400.20 | | | | | | |
| HEYMAN, MATTHEW REED<br>1499 S 110 E<br>OREM, UT 84058-8305 | | Claim Number: 943<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | | |
| PRIORITY | Claimed: | $840.00 | | Scheduled: | $1,680.00 CONT | | Allowed: | $840.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HEYWARD F. HOLTON & ASSOCIATES<br>ATTN HEYWARD F. HOLTON, PRESIDENT<br>PO BOX 21084<br>COLUMBIA, SC 29221 | | Claim Number: 4229<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $735.00 | Scheduled: | $800.00 | Allowed: | | $735.00 |
| HIATT, STEVEN L. & CLARE E. TTEES<br>O/T HIATT FAMILY TRUST DTD 5/16/2000<br>545 RIVERVIEW DR<br>AUBURN, CA 95603-6110 | | Claim Number: 2997<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,000.00 | | | | | |
| HICKS JR., ROBERT E.<br>1418 E 103RD ST 1ST FL<br>BROOKLYN, NY 11236 | | Claim Number: 1132<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,661.54  CONT | Allowed: | | $1,200.00 |
| HICKS JR., ROBERT E.<br>1418 E 103RD ST 1ST FL<br>BROOKLYN, NY 11236 | | Claim Number: 2021<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $1,184.00 | | | | | |
| HICKS, RANDAL<br>CMR 415 BOX 3485<br>APO, AE 09114-0035 | | Claim Number: 7153<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $1,500.00 | | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | | | |
| TOTAL | Claimed: | $1,500.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HICKS, TERRY AND TARA<br>JT TEN<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | | Claim Number: 7576<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $835.24 |
| HICKS, TERRY R. ROTH IRA<br>SCOTTRADE INC TR FBO<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | | Claim Number: 7577<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $9,094.69 |
| HICKS, TERRY RAY<br>3150 NIMITZ BLVD<br>OKLAHOMA CITY, OK 73112 | | Claim Number: 7575<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $3,209.64 |
| HIEBER, ROSS H. & VIRGINIA C.<br>95 UNDERDOWN RD<br>ANN ARBOR, MI 48105 | | Claim Number: 8894<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,316.00 |
| HIENDLMAYR, THOMAS R<br>& JAN M ORMASA JTTEN<br>1841 PINEHURST AVE<br>SAINT PAUL, MN 55116 | | Claim Number: 5963<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,480.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIGGINBOTHAM, LYNN<br>1130 LILAC AVE<br>CHESAPEAKE, VA 23325 | | Claim Number: 719<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $626.24 | | | | | |
| HIGGINBOTHAM, LYNN G<br>1130 LILAC AVENUE<br>CHESAPEAKE, VA 23325 | | Claim Number: 2015<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $469.62 | Scheduled: | $859.62  CONT | Allowed: | | $469.62 |
| HIGGINS APPRAISAL SERVICES<br>ATTN MARK J HIGGINS<br>1340 BRIARWOOD DRIVE<br>NORTH DIGHTON, MA 02764 | | Claim Number: 3487<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,150.00 | | | Allowed: | | $1,150.00 |
| HIGGINS, CHARLES L.<br>65 EAST H STREET<br>ENCINITAS, CA 92024 | | Claim Number: 10061<br>Claim Date: 03/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | | |
| HIGHWOODS PROPERTIES, INC.<br>C/O SCOTT P VAUGHN<br>HELMS MULLISS & WICKER, PLLC<br>PO BOX 31247<br>CHARLOTTE, NC 28231 | | Claim Number: 7729<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $14,344.40 | | | Allowed: | | $14,344.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HILL, JOAN T.<br>201 LIVE OAK DRIVE<br>OAK ISLAND, NC 28465-8118 | Claim Number: 6896<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,589.56 | | | |
| UNSECURED | Claimed: | $6,589.56 | | | |
| TOTAL | Claimed: | $6,589.56 | | | |
| HILL, LORI J<br>8636 MARMON WAY<br>SACRAMENTO, CA 95828 | Claim Number: 2726<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,271.79 | Scheduled: | $3,846.47 CONT | Allowed: | $4,271.79 |
| UNSECURED | | | Scheduled: | $300.96 CONT | |
| HILL, SUE<br>1929 SE HAMILTON RD<br>MOUNTAIN HOME, ID 836476089 | Claim Number: 5223<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $20,000.00 | | | |
| HILLE, RUTHANNE<br>10003 N RIDGECREST DR<br>SPOKANE, WA 99208 | Claim Number: 4893<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,500.00 | | Allowed: | $1,500.00 |
| HILLIARD, KATHRYN<br>192 31ST ST<br>LINDENHURST, NY 11757-3212 | Claim Number: 6313<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $674.87 | Scheduled: | $674.87 CONT | Allowed: | $674.87 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | | Claim Number: 223<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| | | |
|---|---|---|
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | | Claim Number: 6519<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HILLS, LEONARD L.<br>2019 3RD AV<br>TERRE HAUTE, IN 47807-1303 | | Claim Number: 3310<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $2,075.98 |
|---|---|---|
| UNSECURED | Claimed: | $2,075.98 |
| TOTAL | Claimed: | $2,075.98 |

| | | |
|---|---|---|
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | | Claim Number: 1718<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $2,018.30 |
|---|---|---|

| | | |
|---|---|---|
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | | Claim Number: 1719<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $2,799.49 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | | Claim Number: 1720<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | |
| SECURED | Claimed: | $278.58 | | Allowed: | $278.58 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | | Claim Number: 1721<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | |
| SECURED | Claimed: | $83.73 | | Allowed: | $83.73 |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | | Claim Number: 10829<br>Claim Date: 12/28/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) | | | |
| SECURED | Claimed: | $3,180.35 | | | |
| HILTON LISLE /NAPERVILLE<br>ATTN PATRICIA BOYER, CREDIT MGR<br>3003 CORPORATE WEST DRIVE<br>LISLE, IL 60532 | | Claim Number: 2236<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $964.70 | Scheduled: | $245.56 | |
| HIMBURY, LYNDA FORD<br>1704 EL CAMINO<br>PONCA CITY, OK 74604 | | Claim Number: 4115<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $3,616.37 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HIMBURY, LYNDA FORD IRA
1704 EL CAMINO
PONCA CITY, OK 74604

Claim Number: 4119
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $6,275.92 |
|---|---|---|

---

HIMES, GARY L & WILMA G JT TEN
25324 GREEN HERON DRIVE
LEESBURG, FL 34748-7812

Claim Number: 1999
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HINE, HENRY S. & PEGGY H.
331 WILLOWCREST DR
WINSTON SALEM, NC 27107

Claim Number: 7574
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,300.00 |
|---|---|---|
| TOTAL | Claimed: | $10,060.03 |

---

HINSHAW, ELIZABETH M (LIZ)
923 CONGRESS ST
COSTA MESA, CA 92627

Claim Number: 10440
Claim Date: 07/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $5,025.00 | Scheduled: | $5,025.00  CONT |
|---|---|---|---|---|

---

HIRAYAMA, PATRICIA M
1066 CREEKSIDE CT.
WHEELING, IL 60090

Claim Number: 4828
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00  CONT | Allowed: | $896.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HIRERIGHT, INC.
24521 NETWORK PL
CHICAGO, IL 60673-1245

Claim Number: 2763
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,700.85 | Scheduled: | $22,891.10 | Allowed: | $25,700.85 |

HIRKO, KAREN
176 MELVILLE RD
HUNTINGTON STATION, NY 11746

Claim Number: 1134
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT | Allowed: | $2,307.69 |

HIROKAWA, ROY KIYOSHI, SEP IRA
SCOTTRADE INC TR FBO
45-525 UALANI PLACE
KANEOHE, HI 96744

Claim Number: 8326
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,233.75 |
| UNSECURED | Claimed: | $24,992.38 |

HIRSCH, JULIE A.
109 2ND ST S # 436
KIRKLAND, WA 98033

Claim Number: 1206
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $548.59 | | | Allowed: | $548.59 |
| UNSECURED | | | Scheduled: | $48.59 CONT | | |

HIRSCHFELD, DANIEL
9430 LIVE OAK PL #304
DAVIE, FL 33324

Claim Number: 6555
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HIRSCHMAN, JANA S. | Claim Number: 8309 |
| STIFEL NICOLAUS CUSTODIAN | Claim Date: 01/10/2008 |
| 8800 E. 55TH SOUTH | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| DERBY, KS 67037-8363 | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

| HIRSH, NATHAN | Claim Number: 6092 |
| 129 HARBOR LAKE CIRCLE | Claim Date: 12/21/2007 |
| GREENACRES, FL 33413 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | Comments: EXPUNGED |
| | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,037.50 |

| HIRTE, DAWN E | Claim Number: 10395 |
| 11399 TWIN LAKES LN | Claim Date: 05/12/2008 |
| BOSTON, VA 22713 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $1,769.23 | Scheduled: | $1,769.23 CONT |

| HIRTE, DAWN E | Claim Number: 10396 |
| 11399 TWIN LAKES LN | Claim Date: 05/12/2008 |
| BOSTON, VA 22713 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: EXPUNGED |
| | DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $629.31 | Scheduled: | $692.31 CONT |

| HISCOCK, MARY N | Claim Number: 8097 |
| 97 HILARY ST | Claim Date: 01/10/2008 |
| WEST SAYVILLE, NY 11796 | Debtor: AMERICAN HOME MORTGAGE CORP |
| | Comments: PAID |

| PRIORITY | Claimed: | $344.25 | Scheduled: | $344.25 CONT | Allowed: | $344.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HISLOP, SONIA J
126 LUKENS AVE
BRENTWOOD, NY 11717

Claim Number: 4103
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,046.15 | | $1,046.15 CONT | | $1,046.15 |

---

HITCHCOCK, HEIDI A.
2 BASSWOOD CT
CATONSVILLE, MD 21228

Claim Number: 414
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,130.77 | | $2,503.85 CONT | | $1,130.77 |

---

HITCHENS APPRAISAL GROUP
B316
4100 CARMEL RD STE B
CHARLOTTE, NC 282266151

Claim Number: 3885
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $650.00 | | | | $650.00 |

---

HIVNOR, SCOTT C.
ADVANCED APPRAISALS SERVICES
37721 VINE ST STE 3
WILLOUGHBY, OH 44094

Claim Number: 266
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $900.00 | | | | |

---

HIZZEY, MAYA L
5302 64TH AVE
NW
GIG HARBOR, WA 98335

Claim Number: 4183
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $984.62 | | $3,484.34 CONT | | $984.62 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HO, ALEXANDER P.<br>17912 BARON CIR #2<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 704<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,897.00 | Scheduled: | $3,044.10 CONT | Allowed: | $2,897.00 |
| HO, CHUN-HONG<br>1003 CINDY ST.<br>CARY, NC 27511 | | Claim Number: 3149<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,920.00 | | | | |
| HO, LAI HA LEUNG<br>636-60TH STREET<br>APT 2<br>BROOKLYN, NY 11220-4109 | | Claim Number: 9555<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $22,506.00 | | | | |
| HO, LAM<br>214 HERITAGE OAKS LANE<br>HOUSTON, TX 77024 | | Claim Number: 9487<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $14,175.00 | | | | |
| HO, LONG DANG<br>8752 ROOSEVELT AVE<br>MIDWAY CITY, CA 92655 | | Claim Number: 7395<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,920.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOBBS, JAMIE<br>100 S 4TH ST<br>PADUCAH, KY 420010792 | | Claim Number: 3274<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HOBEROCK, BARBARA JO<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>327 LAKE VIEW DRIVE<br>WASHINGTON, MO 63090 | | Claim Number: 8198<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,037.95 |
| HOBSON, JANE M.<br>6606 W. FRANKLIN ST<br>RICHMOND, VA 23226 | | Claim Number: 9675<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,995.50 |
| HOCHHAUSER, HARVEY<br>1930 WHITECLIFF WAY<br>WALNUT CREEK, CA 94596 | | Claim Number: 4141<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $6,100.00 |
| UNSECURED | Claimed: | $6,100.00 |
| TOTAL | Claimed: | $6,100.00 |
| HOCHWALD, ROBERT FBO<br>FMT CO CUST IRA<br>123 BAYBERRY CIRCLE<br>ST. SIMONS ISLAND, GA 31522 | | Claim Number: 6957<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $14,996.97 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOCKSTAD, STEVEN E.<br>214 W. LAGUNA ST.<br>TUCSON, AZ 85705 | | Claim Number: 5474<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $3,939.00 |
| UNSECURED | Claimed: | $9,475.00 |
| HOCKSTAD, STEVEN E.<br>214 W. LAGUNA ST.<br>TUCSON, AZ 85705 | | Claim Number: 5475<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,588.00 |
| HODGE, JAMES G.<br>PO BOX 442<br>LAKE ISABELLA, CA 93240-0442 | | Claim Number: 6013<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,575.00 |
| HODGE, KEA<br>125 LAFAYETTE AVENUE # 3A<br>BROOKLYN, NY 11217 | | Claim Number: 6866<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $18.38 |
| UNSECURED | Claimed: | $18.38 |
| TOTAL | Claimed: | $18.38 |
| HODGES, GEORGE A.<br>7729 BERMEJO RD<br>FORT WORTH, TX 76112 | | Claim Number: 3567<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,187.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HOEKSTRA, VICKY L.<br>2649 E CAPTAIN DREYFUS<br>PHOENIX, AZ 85032 | | Claim Number: 484<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $516.92 | Scheduled: | $516.92  CONT | Allowed: | | $516.92 |
| HOENDORF, DARLENE S. & BILLIE L.<br>JT WROS<br>6523 NW FAIRWAY DR<br>PARKVILLE, MO 64152 | | Claim Number: 4617<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $6,000.00 | | | | | |
| HOFER APPRAISAL SERVICE INC.<br>ATTN DAVID S. HOFER, PRESIDENT<br>42 SCORPION CT<br>HENDERSON, NV 89074 | | Claim Number: 5697<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $875.00 | | | Allowed: | | $875.00 |
| HOFF, BRADLEY C.<br>DBA BAX APPRAISAL<br>1428 S BAY RD NE<br>OLYMPIA, WA 98506 | | Claim Number: 813<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,695.00 | | | Allowed: | | $3,695.00 |
| HOFFMAN APPRAISAL INC<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19966 | | Claim Number: 2280<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | | $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOFFMAN, DANIEL F.<br>2456 GREENRIDGE DRIVE<br>MEDFORD, OR 97504 | | Claim Number: 10139<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) |
| SECURED | Claimed: | $279,634.90 |
| HOFFMAN, DAVID J. & SHIRLEY A.<br>1100 REGENT LN.<br>GREENVILLE, TX 75402 | | Claim Number: 6341<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,447.00 |
| HOFFMAN, JOHN J.<br>391 E. BRECKENRIDGE WAY<br>GILBERT, AZ 85234 | | Claim Number: 5172<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,885.23 |
| HOFFMAN, JOHN J. (TTEE)<br>JOHN J. HOFFMAN TRUST<br>391 E. BRECKENRIDGE WAY<br>GILBERT, AZ 85234 | | Claim Number: 4803<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $471.81 |
| HOFFMAN, JONATHAN A<br>200 CANTERBURY GATE<br>LYNBROOK, NY 11563 | | Claim Number: 8698<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $2,658.03 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOFFMAN, KEN<br>5545 WHIPPOORWILL AVE<br>PALM CITY, FL 34990-4045 | | Claim Number: 7997<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,643.10 |
| HOFFMANN, DONALD L. & ANN L.<br>11024 UCT LOOP RD<br>LAKE STEVENS, WA 98258 | | Claim Number: 9467<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,737.58 |
| HOFFMANN, DONALD L. C/F<br>820 4TH ST APT 106<br>HAVRE, MT 59501-3768 | | Claim Number: 9468<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $4,685.00 |
| HOFFMANN, KEVIN M. & WENDY M.<br>11665 SW HAZELWOOD LOOP<br>TIGARD, OR 97223 | | Claim Number: 9121<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,069.00 |
| HOFFSTETTER, RAYMOND & MURIEL<br>8726 GLENWOOD<br>ST. LOUIS, MO 63126 | | Claim Number: 9929<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $6,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOFMANN, LORENZ M. & VICTORIA T.<br>205 LAKE HOGAN FARM RD<br>CHAPEL HILL, NC 27516 | | Claim Number: 3452<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,021.00 |
| HOFMEISTER, ROBERT M. & TERESA R.<br>412 N. HARVEY RD<br>GREENWOOD, IN 46143 | | Claim Number: 7168<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,491.99 |
| HOGAN, DANIEL G.<br>2033 SYCAMORE ST.<br>SILVER CITY, NM 88061 | | Claim Number: 5282<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,092.95 |
| HOGAN, JOSEPH D.<br>UNIT 3030 BOX 42<br>APO, AA 34022 | | Claim Number: 5566<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $22,181.00 |
| HOGAN, KERRY N<br>4462 FIRELIGHT DRIVE<br>SAINT LOUIS, MO 63129 | | Claim Number: 8554<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $615.96 | Scheduled: | $615.96 CONT | Allowed: | | $615.96 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HOGAN, KERRY N.<br>4462 FIRELIGHT DR<br>SAINT LOUIS, MO 63129 | | Claim Number: 290<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $684.40 | | | | |
| HOGAN, SHANA M<br>12433 CORKWOOD LN<br>VICTORVILLE, CA 92395 | | Claim Number: 4830<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8492 (01/12/2010) | | | | |
| PRIORITY | Claimed: | $360.00 | Scheduled: | $2,621.54 CONT | Allowed: | $360.00 |
| HOHLOCK, ELIZABETH<br>12322 FAIRBANKS RD<br>LINDEN, MI 48451 | | Claim Number: 5244<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $86,533.00 | | | | |
| HOLAN, DAVID A<br>47 BAY DR.<br>ITASCA, IL 60143 | | Claim Number: 3154-01<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8511 (01/19/2010) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$9,050.00 CONT | Allowed: | $10,950.00 |
| HOLAN, DAVID A<br>47 BAY DR.<br>ITASCA, IL 60143 | | Claim Number: 3154-02<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8511 (01/19/2010) | | | | |
| UNSECURED | Claimed: | $10,250.00 | | | Allowed: | $9,349.94 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOLDEN APPRAISAL<br>ATTN PATRICK A. HOLDEN<br>7735 WINDSOR DRIVE<br>DUBLIN, OH 43016-4465 | | Claim Number: 1903<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | |
|---|---|---|
| HOLDEN APPRAISAL<br>7735 WINDSOR DR<br>DUBLIN, OH 43016 | | Claim Number: 3493<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Allowed: | $200.00 |

| | | |
|---|---|---|
| HOLDEN, TERRY & CLIFFORD JT TEN<br>5823 LEGACY CRESCENT PL UNIT 104<br>RIVERVIEW, FL 33578-3869 | | Claim Number: 4618<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,318.53 |

| | | |
|---|---|---|
| HOLE, BILL N. DR.<br>17169 S.E. 76TH CREEKSIDE CIRCLE<br>THE VILLAGES, FL 32162-5304 | | Claim Number: 6122<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $924.50 |

| | | |
|---|---|---|
| HOLEMAN, CLAUDE A.<br>9410 W 135TH PLACE<br>CEDAR LAKE, IN 46303 | | Claim Number: 7286<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,105.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HOLEWA, JOSEPH P.<br>7150 CAHILL ROAD # 217<br>EDINA, MN 55439-2043 | | Claim Number: 6249<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,994.55 |
| HOLIDAY, DEBORAH G.<br>17644 MYRTLEWOOD DR<br>WILDWOOD, MO 63005 | | Claim Number: 739<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$5,716.67 |
| HOLIDAY, DEBORAH G.<br>17644 MYRTLEWOOD DR<br>WILDWOOD, MO 63005 | | Claim Number: 740<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $6,597.56 | Scheduled:<br>Scheduled: | $6,982.77  CONT<br>$324.92  CONT | Allowed: | | $6,597.56 |

| | | |
|---|---|---|
| HOLLAND, JANET<br>4121 S CONSTANCIA CT<br>GREEN VALLEY, AZ 85622-5612 | | Claim Number: 6609<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $36.30 |
| HOLLAND, THOMAS E.<br>16304 E. COGAN DR.<br>INDEPENDENCE, MO 64055 | | Claim Number: 7696<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,027.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HOLLEY, TORREY<br>3354 RODERDALE<br>RD NUMBER 638<br>HOUSTON, TX 77042 | | Claim Number: 2309<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00  CONT |
| HOLLON, RANDY<br>217 SHEFFIELD<br>SAN ANTONIO, TX 78213 | | Claim Number: 9130<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,118.30 | | |
| HOLLOWAY, MARK S.<br>7007 MARYLAND DR<br>URBANDALE, IA 50322 | | Claim Number: 839<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $406.61 | | |
| UNSECURED | Claimed: | $406.61 | | |
| TOTAL | Claimed: | $406.61 | | |
| HOLLOWAY, MARK S.<br>7007 MARYLAND DR<br>URBANDALE, IA 50322 | | Claim Number: 6015<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | |
| UNSECURED | Claimed: | $406.61 | | |
| HOLM, J. GREG, TRUSTEE<br>J GREG HOLM DDS PA 401 K PLAN<br>7405 W CENTRAL<br>WICHITA, KS 67212-3514 | | Claim Number: 8335<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $6,021.77 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOLMAN, SCOTT III<br>3813 OVERBROOK LANE<br>HOUSTON, TX 77027-4037 | | Claim Number: 9005<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| HOLMES, CORLIS ALFREDA<br>2000 ALICE AVENUE #202<br>OXON HILL, MD 20745 | | Claim Number: 10153<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |

| UNSECURED | Claimed: | $196,000.00 |
|---|---|---|

| | | |
|---|---|---|
| HOLT, JOHN<br>301 TURKEY CREEK DR<br>BALL GROUND, GA 30107 | | Claim Number: 209<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $601.95 | Scheduled: | $601.95  CONT | Allowed: | $601.95 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HOLT, JUNE C.<br>7575 KATY FREEWAY<br>STE 24<br>HOUSTON, TX 77024-2117 | | Claim Number: 6349<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| HOLT, OLIVER M.<br>213 N BOWEN ST<br>JACKSON, MI 49202 | | Claim Number: 8801<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $6,816.75 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOLTZ, BRIAN PAUL<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>308 LITTLE JOHN TRAIL<br>HOT SPRINGS, AR 71913 | | Claim Number: 9738<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| SECURED | Claimed: | $25,648.63 |
| HOLTZ, BRIAN PAUL & JOY A.<br>JT TEN<br>308 LITTLE JOHN TRAIL<br>HOT SPRINGS, AR 71913 | | Claim Number: 9737<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $39,555.85 |
| HOLWERDA, GERALD W.<br>18522 15TH ST. SW<br>BLOMKEST, MN 56216-9737 | | Claim Number: 4836<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $17,948.00 |
| HOLZMAN, HARVEY A<br>APT 105<br>4 CANDLEMAKER CT<br>PIKESVILLE, MD 21208-1316 | | Claim Number: 3408<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| HOME BUYERS MARKETING II INC.<br>ATTN: JEAN M. POLSTON EXEC V.P.<br>28215 BOULDER CIRCLE<br>EXCELSIOR, MN 55331 | | Claim Number: 7616<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $31,133.68 | Allowed: | $31,133.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HOME BUYERS MARKETING INC.
ATTN: JEAN M. POLSTON EXEC V.P.
28215 BOULDER CIRCLE
EXCELSIOR, MN 55331

Claim Number: 7617
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $464,027.00 | Scheduled: | $472,665.44 | Allowed: | $464,027.00 |

HOME EQUITY DIRECT INC
5777 MADISON AVENUE
STE 420
SACRAMENTO, CA 95841

Claim Number: 2543
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $7,385.20 |

HOMEBUYERS SOLUTIONS
PO BOX 3078
PINEHURST, NC 28374-3078

Claim Number: 2001
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,605.00 | | Allowed: | $1,605.00 |

HOMEGUIDE OF YOLO COUNTY
P.O. BOX  8855
WOODLAND, CA 95776

Claim Number: 9973
Claim Date: 02/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $210.00 |

HOMES & LANE MAGAZINE SW MONTANA
300 CIRCLE DR
POMPANO BEACH, FL 330626424

Claim Number: 874
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6167 (10/01/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,053.32 | | Allowed: | $1,053.32 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| HOMES ON THE HILL COMMUNITY DEVELOPMENT CORPORATION<br>4318 WESTLAND MALL<br>COLUMBUS, OH 43228-1629 | | Claim Number: 7745<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,300.00 | | | Allowed: | $3,300.00 |
| HOMES& LAND OF RENO/ SPARKS<br>ATTN JOANNE ZUPPATA<br>PO BOX 18038<br>RENO, NV 89511 | | Claim Number: 2693<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,300.00 | | | Allowed: | $1,300.00 |
| HOMIC, KATHLEEN KIMBERLY<br>801 ELDERSVILLE RD<br>BURGETTSTOWN, PA 15021 | | Claim Number: 825<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,975.68 | Scheduled: | $5,951.36  CONT | Allowed: | $2,975.68 |
| HOMIC, KATHLEEN KIMBERLY<br>801 ELDERSVILLE RD<br>BURGETTSTOWN, PA 15021 | | Claim Number: 9282<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,975.68 | | | | |
| HOMMINGA, W. & G. TTEE<br>W.F. HOMMINGA TRUST<br>U/A DTD 11/08/1985<br>2180 AURORA POND DR. SW, APT 2327<br>GRAND RAPIDS, MI 49519 | | Claim Number: 4172<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $5,166.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HOMOLA, STEPHEN J.
6609 SHELBURN DR
CRESTWOOD, KY 40014

Claim Number: 4112
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,715.00 | | |

---

HONDA, JANE G. (R/O IRA)
FCC AS CUSTODIAN
TWO WATERFRONT PLAZA, SUITE 400
500 ALA MOANA
HONOLULU, HI 96813

Claim Number: 4518
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,491.00 | | |

---

HONDERMANN, PAUL & AMY
5311 RAWHIDE CT
CINCINNATI, OH 45238

Claim Number: 4014
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | | |
| UNSECURED | | | Scheduled: | $350.00 |

---

HONOKAUPU, CHRISTINA K
PO BOX 1337
HAIKU, HI 96708

Claim Number: 5098
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $767.20 | Scheduled: | $767.31  CONT | Allowed: | $767.20 |

---

HONOKAUPU, CHRISTINA K.
PO BOX 1337
HAIKU, HI 96708

Claim Number: 1169
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6763 (12/22/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $767.20 |
| UNSECURED | Claimed: | $767.20 |
| TOTAL | Claimed: | $767.20 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HONOLULU ADVERTISER<br>ATTN MARILYN ZIMMERMAN, AGENT<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX RD, 9TH FL<br>ATLANTA, GA 30326 | | Claim Number: 6030<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,115.89 | Allowed: | $3,115.89 |

| HOOD, JE TAIME<br>4 SQUIRES PL<br>NEWPORT NEWS, VA 23606-1250 | | Claim Number: 10325<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) |
|---|---|---|
| UNSECURED | Claimed: | $22,959.37 |

| HOOGKAMP, RICHARD W.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 5123<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| HOOKER, ROBYN A.<br>8850 TRIPOLI PL<br>DULLES, VA 20189-8850 | | Claim Number: 6476<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,105.95 |

| HOOTER, STEVE W.<br>2 PARK ST<br>BELVIDERE, NJ 78233030 | | Claim Number: 7344<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HOOVEN, HOWARD E., III<br>810 MILL LAKE RD<br>FORT WAYNE, IN 46845 | | Claim Number: 6792<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,060.00 |
| HOOVER, JOHN<br>611 NW RIVERFRONT ST<br>BEND, OR 97701-2558 | | Claim Number: 6470<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY | Claimed: | $40,759.19 |
| UNSECURED | Claimed: | $40,759.19 |
| TOTAL | Claimed: | $40,759.19 |
| HOPGOOD, TED & CAROLYN<br>4600 OAKMONT CIRCLE<br>COLLEGE STATION, TX 77845 | | Claim Number: 4865<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,507.00 |
| HOPKINS, CARA<br>23601 TORERO CIRCLE<br>MISSION VIEJO, CA 92691 | | Claim Number: 1430<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1,108.24 |
| HOPKINS, CARA B<br>23601 TORERO<br>CIRCLE<br>MISSION VIEJO, CA 92691 | | Claim Number: 3074<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) |

| PRIORITY | Claimed: | $1,023.08 | Scheduled: | $2,948.08 CONT | Allowed: | $1,023.08 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HOPP & SHORE, LLC<br>ROBERT J. HOPP, ESQ.<br>POST OFFICE BOX 8539<br>DENVER, CO 80201 | | Claim Number: 9261<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $9,684.89 | | | Allowed: | $9,684.89 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HOPP, DEBRA S<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8487-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) |

| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $4,032.53  CONT | Allowed: | $3,000.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HOPP, DEBRA S<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8487-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) |

| UNSECURED | Claimed: | $451.33 |
|---|---|---|

| | | |
|---|---|---|
| HORDESKI, THEODORE J<br>107 OCEAN AVE<br>WARETOWN, NJ 08758 | | Claim Number: 6154<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| UNSECURED | Claimed: | $43,160.00 |
|---|---|---|

| | | |
|---|---|---|
| HORNER, SIMON M. DR.<br>6 PARKFIELD ROAD SOUTH<br>DIDSBURY MANCHESTER, M20 6DB<br>UNITED KINGDOM | | Claim Number: 9685<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $14,384.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HORNING, EDWARD & MARIANNE<br>8330 SHERTON DRIVE<br>MECHANICSVILLE, VA 23116 | | Claim Number: 5593<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | | |
| HORNUNG, DAVID J.<br>731 HEATHERSTONE DR<br>HIGH RIDGE, MO 63049 | | Claim Number: 4937<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | | |
| HORRACH, MARISOL<br>1198 ROYAL GLEN DRIVE #312B<br>GLEN ELLYN, IL 60137 | | Claim Number: 10094<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| SECURED | Claimed: | $21,299.25 | | | | | |
| HORROCKS, STEPHEN<br>21862 HARBORBREEZE LN<br>HUNTINGTON BEACH, CA 92646 | | Claim Number: 8121-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,670.33 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$54,502.36 CONT | Allowed: | $10,670.33 |
| HORROCKS, STEPHEN<br>21862 HARBORBREEZE LN<br>HUNTINGTON BEACH, CA 92646 | | Claim Number: 8121-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $55,112.48 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HORROCKS, STEPHEN<br>21862 HARBORBREEZE LN<br>HUNTINGTON BEACH, CA 92646 | | Claim Number: 8441<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $65,000.00 |

| | | |
|---|---|---|
| HORTON, DINA<br>14314 S UNIVERSITY<br>DOLTON, IL 60419 | | Claim Number: 2860<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | Scheduled: | $826.92 CONT | Allowed: | $826.00 |
| UNSECURED | Claimed: | $826.00 | | |

| | | |
|---|---|---|
| HORVATH, RICHARD<br>550 S CRIMSON ROAD<br>MESA, AZ 85208 | | Claim Number: 90000<br>Claim Date: 11/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10853 (07/11/2013) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| HORWIN, LOUIS<br>7670 E. LA JUNTA RD.<br>SCOTTSDALE, AZ 85255 | | Claim Number: 5762<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,252.00 |

| | | |
|---|---|---|
| HORWITZ, JOYCE<br>8202 WESTOVER WAY<br>SOMERSET, NJ 08873-5917 | | Claim Number: 4896<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,552.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HOSACK, ARLENE<br>451 VANDERBILT<br>ASHEVILLE, NC 28803 | | Claim Number: 5379<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,707.95 | | | | | |
| HOSCH, PAUL J.<br>1117 AVENUE DU CHATEAU<br>COVINGTON, LA 70433-6415 | | Claim Number: 1324<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $961.04 | Scheduled: | $1,346.15  CONT | Allowed: | $961.04 |
| HOSEIN, KORISHA<br>88-49 163 RD ST<br>JAMAICA, NY 11432 | | Claim Number: 2807<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69  CONT | Allowed: | $2,307.69 |
| HOUDE, ARTHUR E<br>23 SOUTHHAVEN DR<br>BROOKHAVEN, NY 11719 | | Claim Number: 2172<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,354.67 | Scheduled: | $1,354.67  CONT | Allowed: | $1,354.67 |
| HOUDE, ARTHUR E., IV<br>23 SOUTHAVEN DR<br>BROOKHAVEN, NY 11719 | | Claim Number: 395<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,102.50 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HOUILLION, DAVID P.<br>1407 HEART CT.<br>CINCINNATI, OH 45255 | Claim Number: 4012<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED                    Claimed: | $6,101.00 |
| HOUSTON, ALBERT J. & ANNE P.<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 9725<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
| UNSECURED                    Claimed: | $26,088.62 |
| HOUSTON, ALBERT J. ANNE P. JTWROS<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 3219<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED                    Claimed: | $23,454.15 |
| HOUSTON, ANNE P. IRA R/O<br>FCC AS CUSTODIAN<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 3220<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED                    Claimed: | $7,747.14 |
| HOUSTON, ANNE P. IRA R/O<br>1600 RAVENWOOD CT.<br>ALEDO, TX 76008-2890 | Claim Number: 9724<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED                    Claimed: | $8,438.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HOUSTON, JAMIE DMD<br>CMR 427BOX 2088<br>APO, AE 09630 | | Claim Number: 9241<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,230.00 | | | | |
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | | Claim Number: 729<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 7589 (07/01/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$29,576.00 | | | Allowed: | $6,000.00 |
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | | Claim Number: 730<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY | Claimed: | $90,448.36 | | | | |
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | | Claim Number: 734<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$83,863.72 | | | | |
| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | | Claim Number: 7735-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,734.96 CONT<br>$83,556.71 CONT | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | | Claim Number: 7735-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $83,734.50 | | | | | |

| HOWARD HUGHES PROPERTIES, LP<br>ATTN SAMUEL B. GARBER, ESQ.<br>GENERAL GROWTH PROPERTIES, INC.<br>110 N. WACKER DR.<br>CHICAGO, IL 60606 | | Claim Number: 2177<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $112,904.20 | | | | | |

| HOWARD'S APPRAISAL SERVICE<br>7175 TOWER RD STE C<br>ATTN: ANN C. THORPE, OFFICE MGR.<br>BATTLE CREEK, MI 490148609 | | Claim Number: 2853<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 | Allowed: | $175.00 |

| HOWE, GERALD W.<br>12844 CENTURY ST.<br>OVERLAND PARK, KS 66213 | | Claim Number: 8315<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

| HOWELL, BARBARA J<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | | Claim Number: 5426<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,334.40 | Scheduled: | $2,135.04  CONT | Allowed: | $1,334.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| HOWELL, BARBARA J.<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | | Claim Number: 841<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,135.04 | | |
| HOWES, CYRUS THOMAS<br>CGM IRA CUSTODIAN<br>507 VALLEY ROAD<br>HAVERTOWN, PA 19083-4715 | | Claim Number: 4787<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,136.19 | | |
| HOWLEY, ALEXIS<br>131 6TH ST SE<br>NAPLES, FL 34117-9346 | | Claim Number: 5494<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $8,582.56 | | |
| HOWROYD-WRIGHT EMPLOYMENT AGENCY INC<br>DBA<br>APPLE ONE EMPLOYMENT SERVICES<br>ATTN MARLENE YAN-LITIGATION MANAGER<br>327 WEST BROADWAY<br>GLENDALE, CA 91204 | | Claim Number: 3620<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $386.82 | Allowed: | $386.82 |
| HOYLE, LYLE E<br>572 PALMYRA RD<br>DIXON, IL 61021 | | Claim Number: 9541<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,058.58 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

HPC LLC
ATTN JOHN J. FORD
1569 EDMUND DR
BARNHART, MO 63012

Claim Number: 7595
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,850.00 | Allowed: | $1,850.00 |

HRABAN, GREG
244 CONTINENTAL ESTATES
WAHOO, NE 68066

Claim Number: 4849
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,093.74 |

HRABAN, GREG
244 CONTINENTAL ESTATES
WAHOO, NE 68066

Claim Number: 4851
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,293.70 |

HRONCHECK, MICHAEL
465 AMANDA PINES DRIVE
PARKER, CO 80138

Claim Number: 10339
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $92,132.85 |

HSBC BANK USA, NATIONAL ASSOCIATION
ATTN THOMAS L NOLAN VICE PRESIDENT
8 EAST 40TH STREET 3RD FLOOR
NEW YORK, NY 10016

Claim Number: 9037
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9826 (03/10/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,717,953.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| HSIA, MARTIN E.<br>3711 POKA PLACE<br>HONOLULU, HI 96816 | Claim Number: 8760<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $4,506.95 |
|---|---|---|

| HSU, HSING HAO AND SHIH FANG<br>12957 19 AVE<br>SURREY, BC V4A 8P2<br>CANADA | Claim Number: 6714<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $7,970.00 |
|---|---|---|

| HUANG, LE NGOC<br>76 KENMARK BLVD<br>SCARBOROUGH, ON M1K 3N7<br>CANADA | Claim Number: 7423<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,269.29 |
|---|---|---|

| HUARD, CHARLENE<br>P.O. BOX 512<br>MERRIMACK, NH 03054-0512 | Claim Number: 1326<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) |
|---|---|

| PRIORITY | Claimed: | $1,646.15 | Scheduled: | $2,304.61 CONT | Allowed: | $1,646.15 |
|---|---|---|---|---|---|---|

| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | Claim Number: 8400<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| UNSECURED | Claimed: | $29,163.26 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | | Claim Number: 8402-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $163,990.45 | | | Allowed: | $163,990.45 |

| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | | Claim Number: 8402-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $15,604.53 | | | | |

| HUBBELL, DAN J AND SHELLEY J<br>GENERAL DELIVERY<br>COSTA MESA, CA 92628-9999 | | Claim Number: 2697<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $403.25  CONT | | |
| UNSECURED | Claimed: | $403.25 | | | Allowed: | $403.25 |

| HUBBELL, JUDY A<br>1927 EDGEWATER DRIVE<br>CHARLOTTE, NC 28210 | | Claim Number: 1981<br>Claim Date: 11/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,028.80 | Scheduled: | $2,028.80  CONT | Allowed: | $2,028.80 |

| HUBBELL, JUDY A.<br>1927 EDGEWATER DR<br>CHARLOTTE, NC 28210 | | Claim Number: 574<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,950.72 | | | | |
| UNSECURED | Claimed: | $1,950.72 | | | | |
| TOTAL | Claimed: | $1,950.72 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| HUBER, CARY<br>C/O SUZAN FRITZ<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | | Claim Number: 5243<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,242.75 | | | | | |
| HUBER, CHANDA L<br>49129 PLUMA GRIS PL<br>COACHELLA, CA 922365485 | | Claim Number: 7856<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,038.46 | Scheduled: | $1,038.46 CONT | Allowed: | | $1,038.46 |
| HUBER, JAMES E.<br>113 SHANNON DRIVE<br>LANCASTER, PA 17603-7013 | | Claim Number: 7377<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,786.95 | | | | | |
| HUBER, JAMIE<br>1926 CARSONS CV<br>COMMERCE TWP, MI 48390-1869 | | Claim Number: 2667<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,309.23 | Scheduled: | $1,309.23 CONT | Allowed: | | $1,309.23 |
| HUBER, STEFANIE<br>126 E HILDRETH AVE<br>WILDWOOD, NJ 08260-4422 | | Claim Number: 1300<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,670.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| HUBER, STEFANIE<br>17880 NE 31ST CT APT 2313<br>AVENTURA, FL 33160-5009 | Claim Number: 2941<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | |

| PRIORITY | Claimed: | $1,670.00 |
|---|---|---|

| | | |
|---|---|---|
| HUDGENS, KEN, CLERK AND MASTER<br>501 S MAIN ST<br>RM 103<br>SPRINGFIELD, TN 37172 | Claim Number: 625<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | |

| PRIORITY | Claimed: | $220.67 |
|---|---|---|

| | | |
|---|---|---|
| HUDLEY, JAMES P.<br>****NO ADDRESS PROVIDED**** | Claim Number: 7676<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $601.85 |
|---|---|---|

| | | |
|---|---|---|
| HUDSON LIVING TRUST<br>1109 ARROYO DR<br>PEBBLE BEACH, CA 939532517 | Claim Number: 4887<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $104,501.38 | Scheduled: | $10,325.58 | Allowed: | $104,501.38 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HUDSON VIEW APPRAISALS LLC<br>ATTN ADRIAN L. MULLER, PRESIDENT<br>690 N B'WAY # 200<br>WHITE PLAINS, NY 10603 | Claim Number: 2137<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $1,750.00 | | | Allowed: | $1,750.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HUDSON, CHRISTOPHER T & HEATHER S<br>PO BOX 158<br>BARSTOW, CA 92312-0158 | | Claim Number: 2739<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00  CONT | | |
| HUDSON, STEVE<br>8015 W PARKWAY BLVD APT 105<br>TULSA, OK 74127-5657 | | Claim Number: 8970<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,053.70 | | | | |
| HUETTMANN, JEFF<br>1815 NE 120TH AVE.<br>PORTLAND, OR 97220 | | Claim Number: 6695<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $6,000.00 | | | | |
| HUFF, CANDI J.<br>339 HEDGE HOLLOW COVE<br>DRAPER, UT 84020 | | Claim Number: 891<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $30,781.98 | | | | |
| HUFFMAN ASSOCIATES, LLC<br>ATTN MICHAEL W. HUFFMAN, PRESIDENT<br>111 WEST MAIN STREET<br>BAY SHORE, NY 11706 | | Claim Number: 1393<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $125,700.00 | Scheduled: | $62,700.00 | Allowed: | $125,700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HUFFORD, ANITA A. (ANN)<br>1062 HARVEST CIRCLE<br>PLEASANTON, CA 94566 | | Claim Number: 4494<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $8,702.69 | Scheduled: | $9,889.42  CONT | Allowed: | | $8,702.69 |
| HUGGINS, FRED L.<br>229 HEMINGWAY LOOP<br>FOLEY, AL 36535-1569 | | Claim Number: 5130<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,121.10 | | | | | |
| HUGGINS, MICHELLE<br>1025 HILLBROOK LN<br>NEWBERRY, SC 29108-7806 | | Claim Number: 10131<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HUGHES, SHARAINE<br>C/O MARY CATHERINE SHERIDAN ESQ<br>HALL SICKELS FREI KATTENBURG & MIMS PC<br>12120 SUNSET HILLS RD STE 150<br>RESTON, VA 20190 | | Claim Number: 6545<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,450,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ | | | |
| HUGHES, SHARAINE<br>C/O MARY CATHERINE SHERIDAN ESQ<br>HALL SICKELS FREI KATTENBURG & MIMS PC<br>12120 SUNSET HILLS RD STE 150<br>RESTON, VA 20190 | | Claim Number: 8786<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10895 (10/24/2013) | | | | | |
| UNSECURED | Claimed: | $1,450,000.00   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HUGHES, STEPHEN, IRA<br>TD AMERITRADE INC CUSTODIAN<br>71 TOWER STREET<br>DEDHAM, MA 02026 | | Claim Number: 6617<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,160.00 |

| | | |
|---|---|---|
| HUGHES, TYRONE<br>19016 101ST PL NE<br>BOTHELL, WA 98011 | | Claim Number: 4471<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,626.52 |

| | | |
|---|---|---|
| HUGHEY, CHERYL<br>222 NORTH AVE<br>APTOS, CA 95003 | | Claim Number: 268<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10583 (09/17/2012) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,561.28 | Scheduled: | $5,911.54 CONT | Allowed: | $1,561.28 |

| | | |
|---|---|---|
| HUGHEY, ROBERT N. &<br>JANE L HUGHEY TTEES<br>THE HUGHEY FAMILY TRUST<br>6 GULF STREAM LN<br>SALEM, SC 29676-4009 | | Claim Number: 3247<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $668.50   UNLIQ |

| | | |
|---|---|---|
| HUMBERT, DENISE<br>18 WALL ST<br>FARMINGDALE, NY 11735 | | Claim Number: 1223<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,628.85 | Scheduled: | $1,628.85 CONT | Allowed: | $1,628.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| HUMETON, DAN<br>C/O CENTURY 21 MONEYWORLD<br>375 N. STEPHANIE, BLDG. 4<br>HENDERSON, NV 89014 | | Claim Number: 8814<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $934.20 | | | | |
| HUMMEL, JEFFREY W. AND K. COLLEEN<br>13839 SPRINGSTONE DR.<br>CLIFTON, VA 20124-2363 | | Claim Number: 7905<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,443.00 | | | | |
| HUMPHREY, RONDA<br>1604 HOWARD PL<br>BALDWIN, NY 11510 | | Claim Number: 907<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $4,687.49 | | | | |
| HUMPHREY, RONDA C<br>1604 HOWARD PLACE<br>BALDWIN, NY 11510 | | Claim Number: 7158<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $4,615.39  CONT | Allowed: | $3,076.92 |
| HUNDER, ECKHARD & GISSELLE<br>HUNDER FAMILY LIVING TRUST<br>UA DTD APRIL 29, 2004<br>616 E. CORTE CASTANO<br>CAMARILLO, CA 93010 | | Claim Number: 7206<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $26,670.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

HUNT APPRAISAL SERVICES
ATTN THOMAS L. HUNT
1195 PAUMA VALLY ROAD
BANNING, CA 92220

Claim Number: 2329
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $450.00 |

---

HUNT, BILLY D.
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
111 BLUEGRASS PKWY
LEBANON, TN 37090

Claim Number: 4902
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1,156.00 |
| UNSECURED | Claimed: | $26,715.00 |

---

HUNT, CYNTHIA
3800 MONT BLANC TER
BAKERSFIELD, CA 93306

Claim Number: 9122
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $577.92 | Scheduled: | $577.92  CONT | Allowed: | $577.92 |

---

HUNT, JANE M.
3034 PARKWAY BLVD
APT 108
KISSIMMEE, FL 34747

Claim Number: 4007
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,800.00 |

---

HUNT, LEIGH H., JR. & CECILIA D.
JTWROS
264 CHICKADEE LANE
MURPHY, NC 28906

Claim Number: 3540
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,596.00 |
| UNSECURED | Claimed: | $14,596.00 |
| TOTAL | Claimed: | $14,596.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| HUNTER GROUP INTERNATIONAL, INC., THE<br>16405 NORTHCROSS DRIVE G-2<br>HUNTERSVILLE, NC 28078 | | Claim Number: 1571<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $13,500.00 | | | Allowed: | $13,500.00 |
| HUNTER GROUP INTERNATIONAL, INC., THE<br>16405 NORTHCROSS DRIVE G-2<br>HUNTERSVILLE, NC 28078 | | Claim Number: 2095<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 4029 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $13,500.00 | | | | |
| HUNTER GROUP INTERNATIONAL, THE<br>16405 NORTHCROSS DRIVE  G-2<br>HUNTERSVILLE, NC 28078 | | Claim Number: 2098<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $13,500.00 | Scheduled: | $13,500.00 | | |
| HUNTER, D ROSS<br>153 TAMARACK LN<br>BOXBOROUGH, MA 01719 | | Claim Number: 5115<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,326.92 | Scheduled:<br>Scheduled: | $4,838.44  CONT<br>$658.48  CONT | Allowed: | $4,326.92 |
| HUNTER, THOMAS W.<br>FCC AS CUSTODIAN<br>5701 6TH AVE SOUTH<br>SUITE # 105<br>SEATTLE, WA 98108 | | Claim Number: 7149<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $5,880.48 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HUNTERDON COUNTY CLERK<br>ATTN MARY BETH HURFORD, DEPUTY CLERK<br>71 MAIN ST<br>FLEMINGTON, NJ 08822 | | Claim Number: 2635<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | | |
| UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | | Allowed: | | $40.00 |
| HUNTINGTON PAVING, INC.<br>ATTN JAMES BROWN, PRESIDENT<br>12 NEW ST<br>GREAT RIVER, NY 11739 | | Claim Number: 5232<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) | | | | | | |
| SECURED | Claimed: | $44,969.42 | | | | | | |
| UNSECURED | | | Scheduled: | $2,987.19 | | | | |
| HURLEY & ASSOCIATES, INC.<br>ATTN NANCY HURLEY<br>15220 64TH PL NE<br>KENMORE, WA 98028 | | Claim Number: 888<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | | |
| UNSECURED | Claimed: | $450.00 | | | | Allowed: | | $450.00 |
| HURVITZ, MARCY<br>42 MONET CT<br>MIDDLE ISLAND, NY 11953 | | Claim Number: 1862<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | | |
| PRIORITY | | | Scheduled: | $2,353.85  CONT | | | | |
| UNSECURED | Claimed: | $2,353.85 | | | | | | |
| HUSMAN, CLAIRE<br>PO BOX 3484<br>OSHKOSH, WI 549033484 | | Claim Number: 6362<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HUSSAIN, KAREEM<br>2197 CARLYSLE CREEK DR.<br>LAWRENCEVILLE, GA 30044 | | Claim Number: 10870<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10714 (01/02/2013) | | | | | |
| SECURED | Claimed: | $200,000.00 | | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | | |
| HUSSAR, J.P.<br>178 OAKDALE RD<br>JOHNSON CITY, NY 13790 | | Claim Number: 9683<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $4,021.67 | | | | | |
| HUSSER, CAROL<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | | Claim Number: 2802<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HUSSER, CAROL C.<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | | Claim Number: 1329<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $327.60 | Scheduled: | $1,514.91  CONT | Allowed: | $327.60 |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 2196<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10143 (08/26/2011) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $5,000.00 |
| UNSECURED | Claimed: | $7,099.12 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

HUSTON, DOUGLAS
2733 RIVER ROAD
VIRGINIA BEACH, VA 23454

Claim Number: 2197
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $96,200.00 |
|---|---|---|

HUSTON, DOUGLAS
2733 RIVER ROAD
VIRGINIA BEACH, VA 23454

Claim Number: 6089
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $117,246.27 | Scheduled: | $117,246.27  CONT | Allowed: | $117,246.27 |
|---|---|---|---|---|---|---|

HUSTON, JAMES R.
PO BOX 105
GLENVIEW, IL 60025

Claim Number: 10185
Claim Date: 04/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $85,470.24 |
|---|---|---|

HUSTON, WILLA
PO BOX 759
BLAIRSDEN-GRAEAGLE, CA 96103-0759

Claim Number: 8091
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

HUTCHINSON, DOROTHY U.
3863 N. TAZEWELL ST
ARLINGTON, VA 22207

Claim Number: 6526
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,014.52 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| HUTCHISON, ANTHONY<br>#5 AUSTIN PLACE<br>GLENDALE, MO 63122 | | Claim Number: 926<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,000.00 | | | Allowed: | $2,000.00 |
| HUTCHISON, ANTHONY<br>205 TURF CT.<br>WEBSTER GROVE, MO 63119 | | Claim Number: 3612<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,291.31 | Scheduled: | $3,292.31  CONT | | |
| HUTCHISON, ANTHONY (TONY)<br>#5 AUSTIN PLACE<br>GLENDALE, MO 63122 | | Claim Number: 3327<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT | Allowed: | $865.38 |
| HUTTO, JOHN DAVID<br>4980 HEATHER POINT<br>BIRMINGHAM, AL 35242-3950 | | Claim Number: 3608<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,633.00 | | | | |
| HUTTON, KAREN<br>C/O LAW OFFICES OF SCOTT A SAYRE<br>2003 WESTERN AVE<br>STE 203<br>SEATTLE, WA 98121 | | Claim Number: 9208<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $120,000.00   UNLIQ CONT | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HYATT REGENCY TECH CENTER<br>ATTN PASCAL TERRAZ, CONTROLLER<br>7800 EAST TUFTS AVENUE<br>DENVER, CO 80237 | Claim Number: 2902<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $6,000.00 | Allowed: | $6,000.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HYATT REGENCY TECH CENTER<br>ATTN PASCAL TERRAZ, CONTROLLER<br>7800 EAST TUFTS AVENUE<br>DENVER, CO 80237 | Claim Number: 2903<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $4,000.00 | Allowed: | $4,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| HYATT, ROBERT<br>1215 W. CHERRYWOOD CT.<br>SPOKANE, WA 99218 | Claim Number: 10137<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $5,521.00 |
|---|---|---|

| | |
|---|---|
| HYDE, NORMAN<br>1032 CALCUTTA ST.<br>HURST, TX 76053 | Claim Number: 7110<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |

| UNSECURED | Claimed: | $91,512.00 |
|---|---|---|

| | |
|---|---|
| HYDER, CLAUDE (CLAUDE)<br>GENELLE HYDER<br>PO BOX 713<br>SPARTA, TN 38583 | Claim Number: 6935<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $11,168.08 |
|---|---|---|
| UNSECURED | Claimed: | $11,168.08 |
| TOTAL | Claimed: | $11,168.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| HYLAND, JAYNE Z.<br>293 OAK STREET<br>GLEN ELLYN, IL 60137 | | Claim Number: 8806<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,739.35 |
| HYMEL, AUDREY M.<br>245 BEAUREGARD ST<br>PONCHATOULA, LA 70454 | | Claim Number: 1425<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $8,200.00 |
| HYNH, LONG & KIMYEN<br>7706 SHUMARD CIR<br>IRVING, TX 75063 | | Claim Number: 6419<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,631.00 |
| UNSECURED | Claimed: | $6,631.00 |
| TOTAL | Claimed: | $6,631.00 |
| I MORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | | Claim Number: 2160<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10131 (08/15/2011) |
| UNSECURED | Claimed: | $34,005.00 |
| IAGGI, GLEN C. JR.<br>16 MARCELLO ST<br>JAY, ME 04239 | | Claim Number: 3151<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,674.00 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

IAGGI, NANCY ANN
16 MARCELLO ST
JAY, ME 04239

Claim Number: 3463
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,636.00 | | | | | |
|---|---|---|---|---|---|---|---|

IALACCI, DOLORES
1680 THE HIDEOUT
LAKE ARIEL, PA 184009009

Claim Number: 680
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $830.70 | | | | Allowed: | $830.70 |
|---|---|---|---|---|---|---|---|

IALACCI, DOLORES C
1680 THE HIDEOUT
LAKE ARIEL, PA 18436

Claim Number: 7511
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $830.77 CONT | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $830.77 | | | | | |

IAMPIERI, CONSTANCE
2877 EVERGREEN WAY
ELLICOTT CITY, MD 21042

Claim Number: 1797
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,538.24 | | | | | |
|---|---|---|---|---|---|---|---|

IAMPIERI, CONSTANCE M
2877 EVERGREEN WAY
ELLICOTT CITY, MD 21042

Claim Number: 7491
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,300.00 | Scheduled: | $3,300.00 CONT | Allowed: | $3,300.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

IANAZZI, ELAINE
148 S DEAN ST
HICKSVILLE, NY 11801

Claim Number: 5732
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,038.15 | | $1,038.15 CONT | | $1,038.15 |

IANNOTTA, JOSEPH
2356 EASTERN AVE
BELLMORE, NY 11710

Claim Number: 7713
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,843.15 | | $1,846.15 CONT | | $1,843.15 |

IBARRA, GLORIA T.
18915 108TH LANE SOUTHEAST
RENTON, WA 98055

Claim Number: 10165
Claim Date: 03/31/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNDET |

IBM CORPORATION - BARSA SYSTEMS
2900 WESTCHESTER AVENUE
PURCHASE, NY 10577

Claim Number: 9816
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNDET |

ICENHOWER, MARLENE
200 HIGH MEADOWS STREET
RICHLAND, WA 99352

Claim Number: 6251
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,316.80 |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

---

IDAHO DANCE THEATRE INC.
ATTN BECKY BRESHEARS
405 S 8TH STREET STE 363
BOISE, ID 83702

Claim Number: 2326
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $5,000.00 | | Allowed: | $5,000.00 |
|-----------|----------|-----------|---|----------|-----------|

---

IDAHO STATE TAX COMMISSION
ATTN CAROLYN KAAS
BANKRUPTCY UNIT
PO BOX 36
BOISE, ID 83722

Claim Number: 409
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 1681 (10/24/2007)

| PRIORITY | Claimed: | $162,564.39 |
|----------|----------|-------------|
| UNSECURED | Claimed: | $35,000.00 |

---

IDAHO STATE TAX COMMISSION
ATTN: RONALD V CROUCH, ADMINISTRATOR
P.O. BOX 56
BOISE, ID 83756-0056

Claim Number: 2736
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | | Scheduled: | $0.00 UNDET |
|----------|----------|------------|-------------|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

IDAHO STATE TAX COMMISSION
ATTN: RONALD V CROUCH, ADMINISTRATOR
P.O. BOX 56
BOISE, ID 83756-0056

Claim Number: 3087
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

IDAHO STATE TAX COMMISSION
ATTN: RONALD V CROUCH, ADMINISTRATOR
P.O. BOX 56
BOISE, ID 83756-0056

Claim Number: 3383
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | | Claim Number: 3621<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $32,628.99 |
| IDASIAK, BRONISLAW<br>115 REICH AVENUE<br>MAHWAH, NJ 07430 | | Claim Number: 3622<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $23,140.26 |
| IFKOWITSCH, ALEX P.<br>4901 W. WINONA # 3B<br>CHICAGO, IL 60630 | | Claim Number: 9128<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,315.60 |
| IGNACE, GLENN<br>88 SAYBROOK AVE<br>HAMILTON, NJ 08619 | | Claim Number: 294<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $3,978.00 |
| IGNACE, GLENN E<br>88 SAYBROOK AVENUE<br>HAMILTON, NJ 08619 | | Claim Number: 4806<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,578.94 | Scheduled: | $3,868.40  CONT | Allowed: | $2,578.94 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| IKON FINANCIAL SERVICES<br>ATTN CHRISTINE R. ETHERIDGE<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON, GA 31208-3708 | | Claim Number: 1558<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $358,151.74 | Scheduled: | $355,686.26 | | |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 1620<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $9,632.37 | Scheduled: | $15,126.67 | Allowed: | $9,632.37 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 1746<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,949.42 | | | Allowed: | $4,949.42 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 8779<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $8,670.80 | | | Allowed: | $8,670.80 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 9653<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $1,288.90 | | | Allowed: | $1,288.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 10261<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| ADMINISTRATIVE | Claimed: | $968.48 | | |
| IL-1111 22ND STREET, LLC<br>C/O MONICA BLACKER<br>ANDREWS KURTH LLP<br>1717 MAIN ST STE 3700<br>DALLAS, TX 75201 | | Claim Number: 3610<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $82,372.80 | Allowed: | $82,372.80 |
| ILINK COMMUNICATIONS, INC.<br>ATTN TAMARA SAUNDERS, CONTROLLER<br>2999 N 44TH STREET<br>SUITE 650<br>PHOENIX, AZ 85018 | | Claim Number: 2571<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 32 (10/19/2010) | | |
| UNSECURED | Claimed: | $2,611.33 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>ATTN TONI PRICE-MAYS RTS3<br>CHICAGO, IL 60601 | | Claim Number: 9834<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
| ADMINISTRATIVE | Claimed: | $115.50 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-425<br>ATTN TONI PRICE-MAYS, RTS3<br>CHICAGO, IL 60601 | | Claim Number: 9835<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $324.00 | Allowed: | $324.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10259-01<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | | |
| PRIORITY | Claimed: | $104.69 | | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10259-02<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7930 (08/11/2009) | | | |
| UNSECURED | Claimed: | $42.00 | | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10260<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $280.00 | | Allowed: | $280.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10646<br>Claim Date: 12/29/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $105,543.95 | | | |
| UNSECURED | Claimed: | $10,202.20 | | | |
| ILLINOIS NATIONAL INSURANCE CO. ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | | Claim Number: 8455<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | | Claim Number: 8458<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A. LEVIN, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | | Claim Number: 8459<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUTPCY COLLECTIONS<br>DAVID A. LEVINE, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | | Claim Number: 8460<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ILLINOIS NATIONAL INSURANCE COMPANY,ETAL<br>MICHELLE A. LEVITT, ESQ.<br>175 WATER STREET, 18TH FL<br>NEW YORK, NY 10038 | | Claim Number: 10841<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| ILLINOIS NATIONAL INSURANCE COMPANY,ETAL<br>MICHELLE A. LEVITT, ESQ.<br>175 WATER STREET, 18TH FL<br>NEW YORK, NY 10038 | | Claim Number: 10842<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ILLUMINATING COMPANY, THE. - CEI
BANKRUPTCY DEPT
6896 MILLER RD RM 204
BRECKSVILEL, OH 44141

Claim Number: 2372
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $269.68 | Scheduled: | $11.57 | Allowed: | $269.68 |

ILOG, INC.
4400 N 1ST ST
SAN JOSE, CA 95134-1257

Claim Number: 1757
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $724,225.00 |

ILOG, INC.
ATTN HARVEY A. STRICKON
PAUL HASTINGS, JANOFSKY & WALKER LLP
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

Claim Number: 5320
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7504 (06/05/2009)

| UNSECURED | Claimed: | $798,543.63 |

IMAGE ENHANCERS
ATTN STAN D. JENNINGS, OWNER
4416 HANFORD AVENUE
LAS VEGAS, NV 89107

Claim Number: 9242
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $780.00 | Scheduled: | $780.00 | Allowed: | $780.00 |

IMBURGIA, ANTHONY JOSEPH
111 E. CHESTNUT ST.
CHICAGO, IL 60611

Claim Number: 9680
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $54,069.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| IMBURGIA, ANTHONY JOSEPH<br>111 E. CHESTNUT<br>CHICAGO, IL 60611 | Claim Number: 9681<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $38,755.00 | |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE RD<br>IRVINE, CA 926122401 | Claim Number: 3987<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | |
| UNSECURED          Claimed: | $63,000,000.00 | |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE ROAD<br>IRVINE, CA 92612 | Claim Number: 7814<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9861 (03/17/2011) | |
| UNSECURED          Claimed: | $63,000,000.00 | Allowed:          $5,710,375.00 |
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN FLORA GARCIA,<br>DEPUTY TREASURER-TAX COLLECTOR<br>940 WEST MAIN STREET # 106<br>EL CENTRO, CA 92243 | Claim Number: 4324<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | |
| PRIORITY<br>SECURED          Claimed: | Scheduled:          $280.97  DISP CONT<br>$280.97 | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10518<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $4,603.52  UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10519<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE | Claimed: | $4,232.32   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10520<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | |
| ADMINISTRATIVE | Claimed: | $4,550.67   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10521<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE | Claimed: | $3,106.33   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10522<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE | Claimed: | $5,259.86   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10523<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE | Claimed: | $12,676.62   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10524<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE         Claimed: | $2,260.62   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10525<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE         Claimed: | $4,028.04   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10526<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE         Claimed: | $4,173.81   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10527<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE         Claimed: | $17,572.65   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10528<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE         Claimed: | $10,068.57   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10529<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | |
| ADMINISTRATIVE          Claimed: | $4,612.95   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10530<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $5,760.66   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10531<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | |
| ADMINISTRATIVE          Claimed: | $4,947.22   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10532<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $9,137.95   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10533<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $7,680.87   UNLIQ | |

U.S. BANKRUPTCY COURT                                                                                          Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10534<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $1,584.22   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10535<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | |
| ADMINISTRATIVE          Claimed: | $2,196.28   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10536<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $1,760.78   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10537<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $2,359.08   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10538<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $1,953.32   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10539<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
|---|---|
| ADMINISTRATIVE           Claimed: | $2,164.04   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10540<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
| ADMINISTRATIVE           Claimed: | $237.03   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10541<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
| ADMINISTRATIVE           Claimed: | $72.35   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10542<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE           Claimed: | $4,734.28   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET   # 106<br>EL CENTRO, CA 92243 | Claim Number: 10810<br>Claim Date: 10/18/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10446 (05/07/2012) |
| ADMINISTRATIVE           Claimed:<br>SECURED                  Claimed: | $673.05   UNLIQ<br>$0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| IMPRESSIONS ON HOLD<br>ATTN GRACE CALABRO, COMPTROLLER<br>200 WEST 57TH STREET - SUITE 1408<br>NEW YORK, NY 10019 | Claim Number: 2149<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $895.00 | Allowed: | $895.00 |
| IMSDAHL, NORMA NIELSEN<br>230 E 107TH ST CIR<br>BLOOMINGTON, MN 55420 | Claim Number: 9505<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,456.00 | | |
| IMWOLD, DONALD J.<br>1109 LONGBROOK ROAD<br>LUTHERVILLE, MD 21093 | Claim Number: 7833<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| IN- TOUCH MASSAGE THERAPY<br>ATTN JENNIFER R KUCK<br>25 NORTH ST SUITE E<br>DUBLIN, OH 43017 | Claim Number: 3018<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $384.31 | | |
| INCHARGE HOUSING COUSELING SERVICES<br>ATTN WILLIAM R. MALSEED, TREASURER<br>2101 PARK CENTER DR STE 320<br>ORLANDO, FL 32835-7625 | Claim Number: 4570<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $55.00 | Allowed: | $55.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

INCO-CHECK, INC.
ATTN KYLE ALKEMA, VP BUS. DEVELOPMENT
26741 PORTOLA PARKWAY
FOOTHILL RANCH, CA 92610-1743

Claim Number: 9686
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,867.00 | | |

---

INDEPENDENT APPRAISAL SERVICE
ATTN MARGARET V. WESTBROOK, PRES.
639 GENTRY DRIVE
LANCASTER, PA 17603

Claim Number: 2760
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225.00 | Allowed: | $1,225.00 |

---

INDEPENDENT TITLE
4331 N FEDERAL HWY
FT LAUDERDALE, FL 33308

Claim Number: 6021
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |
| UNSECURED | Claimed: | $200,000.00 |

---

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN CHARLES W. SEMBLER, TAX COLLECTOR
PO BOX 1509
VERO BEACH, FL 32961-1509

Claim Number: 1607
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $720.92   UNLIQ |

---

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN CHARLES W. SEMBLER, TAX COLLECTOR
PO BOX 1509
VERO BEACH, FL 32961-1509

Claim Number: 5679
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $826.17   UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY DEPARTMENT<br>1800 27TH STREET, BUILDING B<br>VERO BEACH, FL 32960 | | Claim Number: 10640<br>Claim Date: 12/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9026 (07/19/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $481.95 | | Allowed: | | $481.95 |
| SECURED | Claimed: | $0.00 | | | | |
| TOTAL | Claimed: | $434.97 | | | | $0.00 |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 1254<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| PRIORITY | Claimed: | $67,716.93 | | | | |
| SECURED | Claimed: | $363.97 | | | | |
| UNSECURED | Claimed: | $59,356.95 | | | | |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 3346<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8583 (02/17/2010) | | | | |
| PRIORITY | Claimed: | $67,716.93 | | | | |
| SECURED | Claimed: | $363.97 | | Allowed: | | $363.97 |
| UNSECURED | Claimed: | $59,356.95 | | | | |
| INDMAN, LEO<br>2629 E 23RD ST APT 2A<br>BROOKLYN, NY 11235-2848 | | Claim Number: 4794<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT | Allowed: | $1,884.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

INDYSHRED
50 KO WE BA LN
INDIANAPOLIS, IN 46201-4108

Claim Number: 3060
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $126.00 | Scheduled: | $84.00 | Allowed: | $126.00 |
|---|---|---|---|---|---|---|

INFOHIGHWAY COMMUNICATIONS
ATTN KAREN JACOBY
DIRECTOR CREDIT & COLLECTIONS
39 BROADWAY, 19TH FLOOR
NEW YORK, NY 10006

Claim Number: 3765
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $23,611.29 | Scheduled: | $23,611.29 | Allowed: | $23,611.29 |
|---|---|---|---|---|---|---|

INFORMA RESEARCH SERVICES, INC
ATTN MICHAEL E ADLER, PRESIDENT
26565 AGOURA ROAD
CALABASAS, CA 91302-1942

Claim Number: 4594
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $54.31 | | | Allowed: | $54.31 |
|---|---|---|---|---|---|---|

INFORMATICA CORP
ATTN MAHA KHOURY / CREDIT & COLLECTIONS
100 CARDINAL WAY
REDWOOD CITY, CA 94063

Claim Number: 40
Claim Date: 08/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $162,416.14 | Scheduled: | $162,416.14 | Allowed: | $162,416.14 |
|---|---|---|---|---|---|---|

INGINO, LONI
PO BOX 75
LINDENHURST, NY 11757

Claim Number: 2933
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $673.08 | Scheduled: | $673.08 CONT | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

INGINO, LONI
PO BOX 75
LINDENHURST, NY 11757

Claim Number: 2948
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 8414 (12/14/2009)

| PRIORITY | Claimed: | $673.08 | Scheduled: | $812.48 CONT | Allowed: | $673.08 |
|---|---|---|---|---|---|---|

INGRAM, JAMES C.
5333 GRANDVISTA CT #201
PORT CHARLOTTE, FL 33953

Claim Number: 3508
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,586.50 |
|---|---|---|

INITIAL TROPICAL PLANTS INC.
485 E. HALF DAY RD. SUITE # 450
BUFFALO GROVE, IL 60089-8809

Claim Number: 2163
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $997.97 | Scheduled: | $309.68 | Allowed: | $997.97 |
|---|---|---|---|---|---|---|

INJIJIAN, GARREN & AMY
C/O PAMELA SIMMONS
LAW OFFICEOF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA 95073

Claim Number: 1562
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $93,600.00 |
|---|---|---|

INLAND WESTERN BRADENTON BEACHWAY, LLC
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7813-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
SEND NOTICES TO:

| UNSECURED | Claimed: | $47,475.15 | | | Allowed: | $47,475.14 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| INLAND WESTERN BRADENTON BEACHWAY, LLC<br>C/O INLAND SOUTHWEST MANAGEMENT, LLC<br>C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | Claim Number: 7813-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $6,000.00 | Allowed: | $6,000.00 |

| INMAN, MICHAEL P.<br>4715 PINEHAVEN DR<br>SAGINAW, MI 486384648 | Claim Number: 5192<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| INNOCENT, JEAN<br>215 WORTMAN AVE.<br>APT # 7H<br>BROOKLYN, NY 11207 | Claim Number: 6406<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,526.54 | Scheduled: | $1,526.54  CONT | Allowed: | $1,526.54 |

| INOUYE, NEAL<br>16008 GRAMERCY PL<br>GARDENA, CA 90247-3614 | Claim Number: 9612<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,500.00 |

| INSTITUTIONAL INVESTOR GROUP<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 8620<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

INTELLIQUICK  DELIVERY
ATTN SHERY ANNE PINE, CFO
PO BOX 34964
PHOENIX, AZ 85067-4964

Claim Number: 2988
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,584.46 | Scheduled: | $2,584.46 | Allowed: | $2,584.46 |

INTELLIVERSE
ATTN CALVIN CHANDLER, COLLECTIONS
8130 INNOVATION WAY
CHICAGO, IL 60682-0081

Claim Number: 2766
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218.81 | Scheduled: | $94.40 |

INTELLIVERSE
ATTN CALVIN CHANDLER, COLLECTIONS
8130 INNOVATION WAY
CHICAGO, IL 60682-0081

Claim Number: 2767
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,456.64 |

INTELLIVERSE
ATTN CALVIN CHANDLER, COLLECTIONS
8130 INNOVATION WAY
CHICAGO, IL 60682-0081

Claim Number: 2768
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $657.68 |

INTER-TEL INTEGRATED SYSTEMS, INC. (BY
CT NETWORKS) C/O LEGAL DEPARTMENT
DIANA CLINE, PARALEGAL
7300 W. BOSTON STREET
CHANDLER, AZ 85226

Claim Number: 6512
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,884.20 | Allowed: | $2,884.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | | |
|---|---|---|---|---|---|
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS) C/O LEGAL DEPARTMENT DIANA CLINE, PARALEGAL 7300 W. BOSTON STREET CHANDLER, AZ 85226 | | Claim Number: 10611 Claim Date: 12/28/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9459 (11/16/2010) | | | |
| UNSECURED | Claimed: | $2,884.20 | | Allowed: | $2,884.20 |
| INTER-TEL TECHNOLOGIES, INC C/O LEGAL DEPARTMENT - DIANE CLINE 7300 W BOSTON ST CHANDLER, AZ 85226 | | Claim Number: 7726 Claim Date: 01/08/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $7,866.68 | | | |
| INTER-TEL TECHNOLOGIES, INC C/O LEGAL DEPARTMENT - DIANE CLINE 7300 W BOSTON ST CHANDLER, AZ 85226 | | Claim Number: 9715 Claim Date: 01/18/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 5915 (09/16/2008) | | | |
| UNSECURED | Claimed: | $7,866.68 | | Allowed: | $7,866.68 |
| INTERIOR GARDEN BMG 4118 E. 19TH SPOKANE, WA 99223 | | Claim Number: 2532 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $79.28 | Scheduled: $79.28 | Allowed: | $79.28 |
| INTERNATIONAL MAILING ATTN GREG TEETSELL, ACCTS REC. 336 N. 12TH STREET SACRAMENTO, CA 95814 | | Claim Number: 2407 Claim Date: 11/16/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $392.20 | | Allowed: | $392.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

INTERNATIONAL MINUTE PRESS
PO BOX 45538
BOISE, ID 837115538

Claim Number: 5610
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,011.76 | Scheduled: | $3,794.99 | Allowed: | $3,011.76 |
|---|---|---|---|---|---|---|

INTERTHINX, INC. / SYSDOME, INC./
APPINTELLIGENCE INC / ISO, INC LAW DEPT
ATTN KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Claim Number: 2885
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $41,833.51 |
|---|---|---|

INTERTHINX, INC. / SYSDOME, INC./
APPINTELLIGENCE INC / ISO, INC LAW DEPT
ATTN KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Claim Number: 2886
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| UNSECURED | Claimed: | $41,833.51 |
|---|---|---|

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O ISO, INC./LAW DEPT.-KENNETH THOMPSON
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Claim Number: 2258
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $41,833.51 |
|---|---|---|

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O INSURANCE SERVICES OFFICE, INC.
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310-1686

Claim Number: 2259
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $432.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| INTRALINKS, INC.<br>1372 BROADWAY, 11TH FL<br>NEW YORK, NY 10018-6106 | | Claim Number: 810<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $12,000.00 | Allowed: | $12,000.00 |
| INUI, JEFFREY M<br>817 KALLIN AVE<br>LONG BEACH, CA 90815 | | Claim Number: 8131<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $2,846.88 | | |
| IRA FBO ALLEN DOMESHEK<br>VFTC AS CUSTODIAN<br>901 THOUSAND OAKS DR<br>LAWRENCEVILLE, GA 30043-3121 | | Claim Number: 4743<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $102,857.09 | | |
| IRA FBO LAWANDA M DOMESHEK<br>VFTC AS CUSTODIAN<br>901 THOUSAND OAKS DR<br>LAWRENCEVILLE, GA 30043-3121 | | Claim Number: 4742<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,949.34 | | |
| IRET - GOLDEN JACK, LLC<br>C/O GEORGE H. SINGER, ESQ.<br>LINDQUIST & VENNUM P.L.L.P.<br>80 S. EIGHTH ST - IDS CENTER STE. 4200<br>MINNEAPOLIS, MN 55402 | | Claim Number: 2082-01<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $74,124.99 | Allowed: | $74,124.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| IRET - GOLDEN JACK, LLC<br>C/O GEORGE H. SINGER, ESQ.<br>LINDQUIST & VENNUM P.L.L.P.<br>80 S. EIGHTH ST - IDS CENTER STE. 4200<br>MINNEAPOLIS, MN 55402 | | Claim Number: 2082-02<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $6,344.44 | | Allowed: | $6,344.44 |
| IRISH, ROBERT<br>2924 BARRINGTON DR.<br>TOLEDO, OH 43606-3005 | | Claim Number: 9941<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>ATTN R. FREDERICK LINFESTY, ESQ. - ATTY<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | | Claim Number: 3852<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10735 (01/10/2013) | | | |
| SECURED | Claimed: | $24,051.00 | | | |
| UNSECURED | Claimed: | $71,558.29 | | | |
| TOTAL | Claimed: | $95,579.29 | | | |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O ARCHER & GREINER, P.C.<br>CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | | Claim Number: 10880<br>Claim Date: 10/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 6275 (10/17/2008) | | | |
| ADMINISTRATIVE | Claimed: | $7,500.00 | | Allowed: | $7,500.00 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O ARCHER & GREINER, P.C.<br>ATTN: CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | | Claim Number: 10938<br>Claim Date: 01/21/2013<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 10735 (01/10/2013) | | | |
| ADMINISTRATIVE | Claimed: | $50,000.00 | | Allowed: | $50,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O ARCHER & GREINER, P.C.<br>ATTN: CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | | Claim Number: 10939<br>Claim Date: 01/21/2013<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 10735 (01/10/2013) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $80,538.79 | | Allowed: | $80,538.79 |
| IRON WORKERS LOCAL NO. 25 PENSION FUND<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 8617<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | | | |
| UNSECURED | Claimed: | $807,497.92 | | | |
| IRON WORKERS TENNESSEE VALLEY PENSION<br>FUND C/O MICHAEL ETKIN AND IRA LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 8616<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | | | |
| UNSECURED | Claimed: | $420,591.00 | | | |
| IRVIN COMPANY<br>5934 WARM MIST LN<br>DALLAS, TX 75248-3822 | | Claim Number: 2869<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,385.00 | | | |
| IRVINE, JACQLYN<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | | Claim Number: 807<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY | Claimed: | $4,846.14 | Scheduled: | $4,846.15 CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| IRVINE, JACQLYN F (JACQUI)<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | | Claim Number: 2820<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |
| IRVING, LEE<br>16415 E 22ND AVE<br>SPOKANE VALLEY, WA 99037-9021 | | Claim Number: 3391<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,110.99 |
| IRWIN, JAMES WILLIAM AND MARJORIA M.<br>TRUST U/A 9-22-1995<br>JAMES W. IRWIN & MARJORIA M. IRWIN TRUST<br>8907 MELSHIRE DR.<br>AUSTIN, TX 78757-6917 | | Claim Number: 7656<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $532.00 |
| ISENBERG, ANNETTE, TTEE<br>ANNETTE ISENBERG TR U/A<br>DTD 08/05/1996<br>600 THREE ISLAND BLVD APT 602B<br>HALLANDALE, FL 33009-2844 | | Claim Number: 4949<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $7,700.00 |
| ISHAM, ROBERT C.<br>435 HOLLY HILL RD.<br>OLDSMAR, FL 34677-2022 | | Claim Number: 4228<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,774.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ISKHAKOV, ANDREY<br>82-46 LEFFERTS BLVD #5E<br>KEW GARDENS, NY 11415 | | Claim Number: 473<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,541.25 | Scheduled: | $1,541.35 CONT | Allowed: | $1,541.25 |
| ISLAND HOTEL, NEWPORT BEACH, THE<br>ATTN ALAYNE FISHER, CREDIT MANAGER<br>690 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 1147<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,850.56 | Scheduled: | $2,850.56 | Allowed: | $2,850.56 |
| ISOMEDIA INC.<br>C/O BARRY MAULDING<br>2033 SIXTH AVE, SUITE 740<br>SEATTLE, WA 98121 | | Claim Number: 2300<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $671.82 | | | | |
| ISOMEDIA INC.<br>C/O BARRY MAULDING<br>2033 SIXTH AVE, SUITE 740<br>SEATTLE, WA 98121 | | Claim Number: 2386<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $671.82 | | | | |
| ISOMEDIA.COM<br>PO BOX 2228<br>SEATTLE, WA 981112228 | | Claim Number: 5676<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,000.82 | Scheduled: | $223.94 | Allowed: | $1,000.82 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ISRAEL, GARY S. & MERRYLE G.
390 N. ORANGE AVENUE
SUITE 2300
ORLANDO, FL 32801

Claim Number: 4009
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,211.76 | | | | |

---

ITA APPRAISALS, INC.
ATTN SHERYL PRENDERGAST - OFFICE MANAGER
PO BOX 13146
NORFOLK, VA 23506

Claim Number: 1956
Claim Date: 11/08/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,100.00 | | | Allowed: | $2,100.00 |

---

ITS MAILING SYSTEMS , INC
ATTN R. MARTIN KLAGHOLZ, CEO
1020 E MAIN STREET
NORRISTOWN, PA 19401

Claim Number: 2228
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $240.49 | Scheduled: | $240.49 | Allowed: | $240.49 |

---

ITTU, JOHN L.
15921 WOODBURY AVE
CLEVELAND, OH 44135-4227

Claim Number: 6367
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,475.00 | | | | |

---

IVANJACK, LARRY G.
PARKER MILLIKEN CLARK O'HARA SAMULIAN
555 S. FLOWER STREET, 30TH FLOOR
LOS ANGELES, CA 90071-2440

Claim Number: 8676
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,224.22 | Scheduled: | $25,042.72 | Allowed: | $38,224.22 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| IVEY, WILLIAM A. | | Claim Number: 3128 |
| ****NO ADDRESS PROVIDED**** | | Claim Date: 11/23/2007 |
| | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,497.00 |

| IVI APPRAISALS | | Claim Number: 7515 |
| PMB 159 | | Claim Date: 01/07/2008 |
| PO BOX 50 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| LK ARROWHEAD, CA 923520050 | | Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,300.00 |

| IYO, JOLENE | | Claim Number: 7564 |
| 228 A KUKUAU ST. | | Claim Date: 01/07/2008 |
| HILO, HI 96720 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $649.38 |

| IZZO, JOHN | | Claim Number: 6492 |
| 26928 HALIFAX PLACE | | Claim Date: 12/27/2007 |
| HAYWARD, CA 94542 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,844.66 |

| IZZO, JOHN | | Claim Number: 6493 |
| 26928 HALIFAX PLACE | | Claim Date: 12/27/2007 |
| HAYWARD, CA 94542 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $15,670.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| J A MORRIS CO LLC<br>ATTN CHERYL L MORRIS, MEMBER<br>P O BOX 12645<br>OLYMPIA, WA 98508 | Claim Number: 3000<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,886.19 | Scheduled: | $3,628.73 | Allowed: | $20,886.19 |

| J C & ASSOCIATES APPRAISALS<br>ATTN JANA CAMPBELL, OWNER<br>595 W 2050 S<br>HURRICANE, UT 84737 | Claim Number: 7463<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

| J HAGAN RESIDENTIAL REAL ESTAT<br>ATTN JUDI J HAGAN<br>68 THUMPER LNE<br>ARDEN, NC 28704 | Claim Number: 4517<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

| J&B EXCAVATING<br>ATTN: BASIL CARPENTER<br>333 A CALL ROAD<br>CHARLESTON, WV 25312 | Claim Number: 6905<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| PRIORITY | Claimed: | $11,133.37 |
| UNSECURED | Claimed: | $11,133.37 |
| TOTAL | Claimed: | $11,133.37 |

| J. SCOTT KINNAMON & ASSOCIATES<br>APPRAISAL SERVICES FOR HOMEGATE<br>ATTN JOHN SCHOTT KINNAMON<br>29350 DOGWOOD VIEW DR<br>CORDOVA, MD 21625 | Claim Number: 542<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
|---|---|
| UNSECURED | Claimed: | $3,150.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 1732<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $300.00 | | |
| UNSECURED | Claimed: | $300.00 | | |
| TOTAL | Claimed: | $300.00 | | |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 1733<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $250.00 | | |
| UNSECURED | Claimed: | $250.00 | | |
| TOTAL | Claimed: | $250.00 | | |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 1734<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $300.00 | | |
| UNSECURED | Claimed: | $300.00 | | |
| TOTAL | Claimed: | $300.00 | | |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 1735<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 5609
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 10182
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |

J. SCOTT WISE AND CO.
ATTN J. SCOTT WISE, PRESIDENT
122 NORTH MAIN STREET, SUITE 204
ELIZABETHTOWN, KY 42701

Claim Number: 10183
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |

J. TIMOTHY LANE
545 LAGONDA WAY
DANVILLE, CA 94526

Claim Number: 3079
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |

J.A.S PROPERTIES
ATTN: MARTA PARETS
601 E. CHAMINADE DRIVE
HOLLYWOOD, FL 33021

Claim Number: 2990
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $682.38 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| J.MEULENERS, DAVID<br>835 MERGANSER AVENUE<br>WINSTED, MN 55395 | | Claim Number: 10097<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $169,900.00 | | |
| J.P. MORGAN ACCEPTANCE CORP. I, ET AL<br>JPMORGAN CHASE LEGAL & COMPLIANCE DEPT.<br>ATTENTION: ALYSSA KELMAN<br>1 CHASE MANHATTAN PLAZA, 26TH FLOOR<br>NEW YORK, NY 10081 | | Claim Number: 10699<br>Claim Date: 04/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10807 (04/22/2013) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>ATTN BRIAN SIMONS, VICE PRESIDENT<br>270 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 8261<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10342 (02/24/2012) | | |
| UNSECURED | Claimed: | $96,844,421.32 | Allowed: | $25,000,000.00 |
| J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>ATTN BRIAN SIMONS<br>VICE PRESIDENT<br>270 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 8396<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10342 (02/24/2012) | | |
| UNSECURED | Claimed: | $20,223.38 | | |
| J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>ATTN: BRIAN SIMONS<br>VICE PRESIDENT<br>270 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 8399<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10342 (02/24/2012) | | |
| UNSECURED | Claimed: | $308,000.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| J.P. MORGAN SECURITIES INC.<br>ATTN DANIEL J CLARKE, MANAGING DIRECTOR<br>10 SOUTH DEARBORN, 13TH FLOOR<br>CHICAGO, IL 60603 | | Claim Number: 7969<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) |
| UNSECURED | Claimed: | $88,174.79 |
| J.P. MORGAN SECURITIES INC.<br>ATTN BRIAN SIMONS<br>VICE PRESIDENT<br>270 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 8398<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) |
| UNSECURED | Claimed: | $1,397,266.00 |
| J.T. MALLI, D.D.S., LTD.<br>3441 W. NORTH AVE.<br>CHICAGO, IL 60647 | | Claim Number: 3103<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |
| JACK, TILTON O.<br>JENNIFER SINTON<br>SOUTH BROOKLYN LEGAL SERVICES<br>105 COURT STREET<br>BROOKLYN, NY 11201 | | Claim Number: 1564<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7342 (05/04/2009) |
| SECURED | Claimed: | $580,131.99  UNLIQ |
| UNSECURED | Claimed: | $580,131.99  UNLIQ |
| TOTAL | Claimed: | $580,131.99  UNLIQ |
| JACKMAN, FRANCES M.<br>***NO ADDRESS PROVIDED*** | | Claim Number: 3549<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,598.28 |
| UNSECURED | Claimed: | $22,598.29 |
| TOTAL | Claimed: | $22,598.29 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JACKSON ENERGY AUTHORITY<br>ATTN TED WELCH, CREDIT ANALYST<br>PO BOX 2288<br>JACKSON, TN 38302 | Claim Number: 2740<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,924.29 | | | | |
| JACKSON LEWIS ATTORNEY AT LAW<br>ATTN: ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601-2310 | Claim Number: 5307<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $203,475.92 | Scheduled: | $349,280.38 | Allowed: | $203,475.92 |
| JACKSON, DAISY LEE<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | Claim Number: 8389<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $13,062.60 | | | | |
| JACKSON, DAVID & JUDY<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10647<br>Claim Date: 01/23/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) | | | | | |
| SECURED | Claimed: | $600,000.00 | | | | |
| UNSECURED | Claimed: | $1,872,000.00 | | | | |
| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10713<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) | | | | | |
| PRIORITY | Claimed: | $2,425.00   UNLIQ | | | | |

U.S. BANKRUPTCY COURT                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10714<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|
| PRIORITY                    Claimed: | $2,425.00   UNLIQ |

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10715<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|
| PRIORITY                    Claimed:<br>SECURED                    Claimed: | $2,425.00   UNLIQ<br>$0.00   UNLIQ |

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10716<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|
| PRIORITY                    Claimed: | $2,425.00   UNLIQ |

| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | Claim Number: 10717<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) |
|---|---|
| PRIORITY                    Claimed: | $2,425.00   UNLIQ |

| JACKSON, DAVID K.<br>5393 EAST VERNON RD<br>VERNON, BC V1B 3J7<br>CANADA | Claim Number: 6247<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED                    Claimed: | $4,262.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JACKSON, DAVID M. & DIANE L.<br>TRS FBO JACKSON FAMILY TRUST<br>DATED OCT 28 2004<br>1986 BRUSH CREEK RD<br>SANTA ROSA, CA 95404-2047 | | Claim Number: 4537<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,589.98 | | | | |
| JACKSON, PHYLLIS M.<br>10205 BURGUNDY DR<br>FRISCO, TX 75035 | | Claim Number: 1970<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $583.33 | Scheduled: | $538.46  CONT | Allowed: | $583.33 |
| JACKSON, ROBERT<br>42 PROVIDENCE RD<br>RICHBORO, PA 18954 | | Claim Number: 7520<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,133.23 | | | | |
| JACKSON, SABRINA<br>17 BUFFALO AVE APT 3A<br>FREEPORT, NY 11520-4042 | | Claim Number: 5880<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $863.92 | Scheduled: | $863.92  CONT | Allowed: | $863.92 |
| JACOBS, EDWIN F. & LAURA J.<br>LIVING TRUST DATED 5-31-03<br>EDWIN F. JACOBS & LAURA J. JACOBS TTEES<br>3124 LAMBERT DR.<br>TOLEDO, OH 43613 | | Claim Number: 4712<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,287.36 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JACOBS, JAMES AND BARBARA<br>7905 HANSEN RD<br>FOUNTAIN, MI 49410 | Claim Number: 6706<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $7,863.00 |
| UNSECURED | Claimed: | $7,863.00 |
| TOTAL | Claimed: | $7,863.00 |

| JACOBS, THOMAS<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5001<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 | Allowed: | $100.00 |

| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5002<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |

| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5003<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |

| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | Claim Number: 5004<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $520.00 | | | Allowed: | $520.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JACOBSON, ARTHUR<br>2752 WALKER LEE DR<br>LOS ALAMITOS, CA 90720 | | Claim Number: 3676<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |
| JACOBSON, DONNA L. & PAUL F.<br>48-30 40 STREET<br>APT. 5J<br>SUNNYSIDE, NY 11104-4133 | | Claim Number: 5152<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $592.75 |
| JACOBSON, KENT J.<br>7329 N. CONGRESS<br>KANSAS CITY, MO 64152 | | Claim Number: 5719<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,983.12 |
| JACOBSON, PAUL F.<br>48-30 40 STREET<br>SUNNYSIDE, NY 11104 | | Claim Number: 2844<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $290.49 |
| JACOBUS, KATHLEEN<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | | Claim Number: 102<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $870.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JACOBUS, KATHY<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | | Claim Number: 97<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | | |
| JACOBY MURAD, SUSAN L<br>5133 TOP SEED COURT<br>CHARLOTTE, NC 28226 | | Claim Number: 6120<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $1,647.42 | Scheduled: | $1,838.24 CONT | Allowed: | $1,647.42 | |
| JACOBY, ANDREW L. & EDA M.<br>2300 VALLEY ROAD<br>HUNTINGDON VALLEY, PA 19006 | | Claim Number: 4168<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,472.69 | | | | | |
| JACOVINO, ANN<br>36 MAPLEWOOD AVE<br>W HARTFORD, CT 06119 | | Claim Number: 7790<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $6,656.00 | | | | | |
| JADA, SIVANANDA S.<br>698 ANDREA COURT<br>CHESHIRE, CT 06410-2943 | | Claim Number: 5972<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $4,033.40 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JAEN, MIGUEL<br>126 GOLDEN ISLES DR.<br>APT 22A<br>HALLANDALE BEACH, FL 33009 | | Claim Number: 5573<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $836.60 |
| JAFFER, MOHAMED ABBAS<br>553 KELLER AVENUE<br>ELMONT, NY 11003 | | Claim Number: 7996<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,628.58 |
| JAHN, CURTIS F.<br>342 CENTER GROVE RD<br>DOVER, NJ 07869 | | Claim Number: 9572<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,115.00 |
| JAHRLING, JANE M. TTEE<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | | Claim Number: 5736<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,500.00 |
| JAHRLING, WALTER C. TTEE<br>AGNES B KEMP IRREV TRUST, DTD 8-19-98<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | | Claim Number: 5735<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JAHRLING, WALTER TTEE<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | | Claim Number: 5737<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,500.00 | | | | | |
| JAIMIE SIROVICH<br>C/O SEO EGGHEAD<br>13 CASTLE HILL LNE. PO BOX 400<br>WEST NYACK, NY 10994-0400 | | Claim Number: 3013<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $385.00 | Scheduled: | $385.00 | | | |
| JAIN, SHARAD<br>225 CARLISLE AVE<br>WESTMONT, IL 60559 | | Claim Number: 3394<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $1,070.00 | | | | | |
| JAKE A. PARROTT INSURANCE AGENCY<br>ATTN JAKE PARROTT<br>P O BOX 3545<br>KINSTON, NC 28501 | | Claim Number: 4856<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| JAKELL, SHELLEY<br>1655 MAIN BLVD<br>SOUTH PARK TWP, PA 15129 | | Claim Number: 3727<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,925.00 | Scheduled: | $1,925.00  CONT | Allowed: | $1,925.00 | |

U.S. BANKRUPTCY COURT                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JAM, ROBET B. JR<br>P.O. BOX 772<br>RED LODGE, MT 59068 | | Claim Number: 5208<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,958.63 | | | | |
| JAMERSON, WILLIAM D.<br>2701 ARCHERS MILL RD<br>SUFFOLK, VA 23434 | | Claim Number: 5961<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,196.00 | | | | |
| JAMES A CURRLIN APPRAISALS<br>ATTN JAMES A CURRLIN<br>6 SILVERHILL CT.<br>CHICO, CA 95926 | | Claim Number: 6985<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $100.00 | Allowed: | $350.00 |
| JAMES A. CURRLIN APPRAISALS<br>6 SILVERHILL COURT<br>CHICO, CA 95926 | | Claim Number: 1403<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $750.00 | | | Allowed: | $750.00 |
| JAMES A. CURRLIN APPRAISALS<br>ATTN JAMES A. CURRLIN<br>6 SILVERHILL COURT<br>CHICO, CA 95926 | | Claim Number: 6451<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JAMES B. CROWE & ASS LTD<br>426 OAKDALE AVE<br>GLENCOE, IL 60022 | | Claim Number: 1701<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,775.00 | | | | |
| JAMES L. RANDALL SRA<br>33 WEST FRANKLIN ST, STE 201<br>HAGERSTOWN, MD 21740 | | Claim Number: 2401<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| JAMES N. SERVEY/IRA<br>1317 CHURCH ROAD<br>ORELAND, PA 19075-2228 | | Claim Number: 4220<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,000.00 | | | | |
| JAMES, CAROLE<br>510 MONROE RD<br>BOLINGBROOK, IL 60440 | | Claim Number: 2315<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,027.50 | Scheduled: | $2,112.12  CONT | Allowed: | $1,027.50 |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 207<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $4,572.50 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 4456-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$56,974.02 CONT | Allowed: | $10,950.00 |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 4456-02<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $57,294.90 | | | | |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 7980<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$59,116.00 | | | | |
| JAMESON, JEFFREY W (JEFF)<br>494 EL CAMINO DEL MAR<br>LAGUNA BEACH, CA 92651 | | Claim Number: 2606<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $9,738.00 | | | | |
| JAN ROSEBERRY APPRAISALS<br>ATTN JANICE S. ROSEBERRY<br>214 W 21ST STREET<br>DOVER, OH 44622 | | Claim Number: 2044<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $65.00 | | | Allowed: | $65.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JANABAJAL, JAY & JOYCE<br>10820 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | | Claim Number: 10178<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | | Claim Number: 10271<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| JANE LUENEBURG, IRA<br>317 S VIEW DR<br>TOMAHAWK, WI 54487-1800 | | Claim Number: 5722<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,175.49 |
| JANET CONSTANCE RE<br>ATTN: JANET CONSTANCE<br>127 CURVE ST<br>DEDHAM, MA 02026-2108 | | Claim Number: 8774<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $305.38   UNLIQ |
| JANNET H<br>7320 COLLEGE ST # 201<br>IRMO, SC 29063 | | Claim Number: 7675<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,641.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JANNOTTA, AMELIA<br>512 KENSINGTON LN<br>BETHPAGE, NY 11714 | | Claim Number: 476<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $795.07 | Scheduled: | $795.07 CONT | Allowed: | | $795.07 |
| JANOTHA, MANFRED<br>RR 1 BOX 94<br>PENNSBORO, WV 26415-9716 | | Claim Number: 9423<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,369.00 | | | | | |
| JANSEN, DAVID A.<br>264 BEECH HILL LANE<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 8120<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,792.56 | | | | | |
| JANSEN, ELVA V.<br>3534 BEECHWOOD PL<br>RIVERSIDE, CA 925061209 | | Claim Number: 119<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,461.00 | | | | | |
| JANSEN, ELVA V.<br>3534 BEECHWOOD PL<br>RIVERSIDE, CA 925061209 | | Claim Number: 4940<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,461.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JANSEN, JACQUELINE<br>206 ERNEST<br>GRIFFITH, IN 46319-2629 | | Claim Number: 7279<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,674.11 | | | | | |
| JANSEN, MILDRED A.<br>159 STERLING ST<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 1062<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8414 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $1,802.25 | Scheduled: | $1,802.25 CONT | Allowed: | $1,802.25 |
| JANUARY, BILL D. TR<br>BILL D. JANUARY TTE<br>P.O. BOX 95<br>AUGUSTA, KS 67010 | | Claim Number: 3837<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $11,058.75 | | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| JANZEN, BECKY<br>3220 SHERWOOD CT.<br>LAWRENCE, KS 66049-2116 | | Claim Number: 6488<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $6,250.00 | | | | | |
| JANZEN, BECKY<br>3220 SHERWOOD CT.<br>LAWRENCE, KS 66049-2116 | | Claim Number: 6489<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $5,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JAREMY, ALEXANDER<br>1325 LILY WAY<br>SOUTHAMPTON, PA 18966 | | Claim Number: 4542<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| JAREMY, MARGARET<br>1325 LILY WAY<br>SOUTHAMPTON, PA 18966 | | Claim Number: 4541<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| JARMAKOWICZ, HELEN M.<br>328 N CLINE AVE<br>GRIFFITH, IN 46319-2145 | | Claim Number: 7299<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,382.23 |
| JARRARD, THOMAS A.<br>6358 KILLOE ROAD<br>BALDWINSVILLE, NY 13027 | | Claim Number: 7898<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,563.97 |
| JARRELL, PATRICIA A. TRUSTEE<br>U/A DATED 04/07/97<br>4301 W 112 TERR.<br>LEAWOOD, KS 66211-1716 | | Claim Number: 4961<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $277.50 |
| UNSECURED | Claimed: | $10,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JARRETT, CHRISTINE<br>1234 EDWARDS CIR<br>RAYMORE, MO 64083 | | Claim Number: 512<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,083.00 | | | | |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 1234<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $300,678.45  UNLIQ | | | | |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 6450-01<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$291,605.97  CONT | Allowed: | $10,950.00 |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 6450-02<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $300,678.45 | | | Allowed: | $300,678.45 |
| JARVIS, MAX E. & BARBARA L. TTEE<br>9550 S. OCEAN DR UNIT 1901<br>JENSEN BEACH, FL 34957 | | Claim Number: 5313<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,947.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JARVIS, MAX E. & BARBARA L. TTEE<br>9550 S. OCEAN DR UNIT 1901<br>JENSEN BEACH, FL 34957 | Claim Number: 5314<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED          Claimed: | $7,478.95 | |
| JARVIS, MAX E. IRA ACCOUNT<br>9550 S. OCEAN DR UNIT 1091<br>JENSEN BEACH, FL 34957 | Claim Number: 5315<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED          Claimed: | $4,994.59 | |
| JASON COX - EAST COAST PROPERTIES<br>2012 ATHONY RD<br>BURLINGTON, NC 272158941 | Claim Number: 2381<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed: | $1,616.50 | Allowed:          $1,616.50 |
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | Claim Number: 3464<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | |
| PRIORITY          Claimed: | $1,804.09 | |
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | Claim Number: 3870<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10808 (04/22/2013) | |
| PRIORITY          Claimed: | $454.35 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| JAUREQUI, ISAAC & TRACI<br>23650 AIROSA PLACE<br>MORENO VALLEY, CA 92557 | Claim Number: 10330<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
|---|---|

| SECURED | Claimed: | $80,000.00 |
|---|---|---|

---

| JAVERI, AKSHAY & SWATI<br>1 MOCKINGBIRD CT<br>CRANBURY, NJ 08512 | Claim Number: 5618<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $5,735.43 |
|---|---|---|

---

| JAVORSKY, RICHARD H.<br>1835 HAYMARKET RD<br>WAUKESHA, WI 53189 | Claim Number: 5170<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,450.00 |
|---|---|---|

---

| JAY & NORMA MILLER TRUST<br>JAY D. MILLER (TRUSTEE)<br>1431 FIR CT<br>RIFLE, CO 81650 | Claim Number: 4167<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,448.90 |
|---|---|---|

---

| JAY EARL ASSOCIATES LLC<br>C/O KAPLAN REALTY GROUP<br>170 WEST 74TH STREET<br>NEW YORK, NY 10023 | Claim Number: 3853<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,638.91 | Allowed: | $54,638.91 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| JAY'S RESTAURANT GROUP<br>1309 N CHARLES ST<br>BALTIMORE, MD 21202 | | Claim Number: 7<br>Claim Date: 08/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $1,185.47 | | | |
| JBK ENTERPRISE<br>ATTN ROBERT BAGNALL - OWNER<br>2895 ARCOLA ROAD<br>MADISON, OH 44057 | | Claim Number: 2408<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 | |
| JE TAIME HOOD<br>4 SQUIRES PL<br>NEWPORT NEWS, VA 23606-1250 | | Claim Number: 10376<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | |
| UNSECURED | Claimed: | $22,959.37 | | | |
| JEFFERIS, CATHERINE IRA<br>2325 POLLOCK RD<br>DELAWARE, OH 43015 | | Claim Number: 3895<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $7,000.00 | | | |
| JEFFERIS, STEVE<br>2325 POLLOCK RD<br>DELAWARE, OH 43015 | | Claim Number: 3869<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JEFFERSON APPRAISAL
ATTN PATRICK JEFFERSON, PRESIDENT
1126 11TH ST
AUGUSTA, GA 30901

Claim Number: 3182
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

---

JEFFERSON COUNTY TREASURER
ATTN DAVE VILLANO, DEPUTY TREASURER
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO 80419

Claim Number: 7583
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,782.44 |
| SECURED | Claimed: | $5,252.70 |
| UNSECURED | Claimed: | $1,529.74 |
| TOTAL | Claimed: | $6,782.44 |

---

JEFFERSON COUNTY TREASURER
ATTN: DAVE VILLANO, DEPUTY TREASURER
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO 80419

Claim Number: 10439
Claim Date: 07/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,067.70 |

---

JEFFERSON PARTNERS, LLC -
382 STRATHMORE RD
ROSEMONT, PA 19010

Claim Number: 8236
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $134,533.00 | Scheduled: | $8,036.00 |

---

JEFFREY A. GUSS FAMILY TURST, THE
DTD 12-6-2003
846 SENECA STREET
SANTA MARIA, CA 93454-2673

Claim Number: 5191
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.50 |

---

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JEFFREYS, JOHN S.
10533 GREEN MOUNTAIN CIRCLE
COLUMBIA, MD 21044

Claim Number: 9563
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $37,000.00   UNDET |
|---|---|---|

---

JEGERLEHNER, TRAVIS
6141 CROFTON DR
FORT WAYNE, IN 46835

Claim Number: 889
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,024.68 |
|---|---|---|

---

JEGERLEHNER, TRAVIS W
6141 CROFTON DR
FORT WAYNE, IN 46835

Claim Number: 5427
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,008.90 | Scheduled: | $1,008.90  CONT | Allowed: | $1,008.90 |
|---|---|---|---|---|---|---|

---

JENKINS, PATRICIA
246 SHEPARD AVE
EAST ORANGE, NJ 07018

Claim Number: 10064
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10208 (10/07/2011)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $289,000.00 |

---

JENKINSON, EARL
138 STATE RTE. 11B
DICKINSON CENTER, NY 12930

Claim Number: 9679
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,969.24   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JENNIFER & KEITH SNODGRASS
510 GRAND AVE
BENTON, AR 72015

Claim Number: 3067
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |
|---|---|---|---|---|

JENNINGS, MARY F.
10101 SHADOW CIRCLE
OLATHE, KS 66061

Claim Number: 9606
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

JENNINGS, ROGER H.
SEP IRA
1315 EVAMAR DR.
MIDLAND, MI 48640

Claim Number: 3280
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $21,000.00 |
|---|---|---|

JENSEN APPRAISERS
ATTN STEVEN A. JENSEN
10800 N. MILITARY TRL, STE 230
PALM BEACH GARDENS, FL 33410

Claim Number: 2237
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,250.00 | Allowed: | $2,250.00 |
|---|---|---|---|---|

JENTSCH, HILDEGART E.
IRA FBO
PERSHING LLC AS CUST.
PO BOX 720542
JACKSON HEIGHTS, NY 11372-0542

Claim Number: 3916
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JENTSCH, HILDEGART E.<br>IRA FBO<br>PERSHING LLC AS CUST.<br>PO BOX 720542<br>JACKSON HEIGHTS, NY 11372-0542 | | Claim Number: 4026<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| JERDAN, JANICE<br>5112 BELLEFONTAINE DR.<br>ARLINGTON, TX 76017 | | Claim Number: 9965<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $4,552.00 |
| JERMAGIAN, ADAM<br>IRA<br>TD WATERHOUSE BANK CUSTODIAN<br>3712 PORTOFINO WAY #A<br>SANTA BARBARA, CA 93105-4430 | | Claim Number: 6018<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 903<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 916<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $20,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 917<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 918<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 919<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 920<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $20,000.00      Scheduled:      $20,000.00 |
| JERRY CALONGNE APPRAISER<br>PO BOX 10644<br>JEFFERSON, LA 70181 | | Claim Number: 2652<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $375.00                                                    Allowed:      $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JERSEY CENTRAL POWER & LIGHT<br>A FIRSTENERGY COMPANY<br>ATTN DEBRA KELLY<br>331 NEWMAN SPRINGS RD BLDG 3<br>RED BANK, NJ 07701 | | Claim Number: 1242<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $247.56 | | | Allowed: | $247.56 |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 316<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $3,326.92 | | | | |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 1545<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,280.00 CONT | | |
| UNSECURED | Claimed: | $745.47 | Scheduled: | $517.22 CONT | Allowed: | $745.47 |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 9452<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $745.47 | | | | |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 9453<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15 CONT | Allowed: | $1,846.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JESSNIK, SHARON
6909 BRACHNELL VIEW DR
CHARLOTTE, NC 28269

Claim Number: 2849
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $988.61 | Scheduled: | $988.61 CONT | Allowed: | $988.61 |

JESUDAS, JAMES . IRA
TD AMERITRADE CLEARING CUSTODIAN
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5743
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,164.99 |

JESUDAS, JAMES M.
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5741
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,068.99 |
| UNSECURED | Claimed: | $2,068.99 |
| TOTAL | Claimed: | $2,068.99 |

JESUDAS, MATTHEW V. & SUSAN J.
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5738
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,599.90 |

JESUDAS, MATTHEW V. & SUSAN J.
2617 BEEMAN DR.
MESQUITE, TX 75181

Claim Number: 5742
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,495.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | | Claim Number: 1473<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| JETT, H.L.<br>1808 W. GRACE AVE<br>SPOKANE, WA 99205 | | Claim Number: 3828<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $400.00 | | | | |
| JETT, LINDA G<br>429 CORDGRASS LANE<br>LITTLE RIVER, SC 29566 | | Claim Number: 3065<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $335.00 | Scheduled: | $335.00  CONT | Allowed: | $335.00 |
| JETT, LINDA GAIL<br>429 CORDGRASS LN<br>LITTLE RIVER, SC 29566 | | Claim Number: 387<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,116.80 | | | | |
| JEWELL, BRAD J. ROTH IRA<br>JMS LLC CUST FBO<br>49560 NATURE TRAIL<br>SAINT CLAIRSVILLE, OH 43950-9298 | | Claim Number: 9521<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,894.90 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JEWELL, NORMAN AND RUTH<br>7401 GLENWOOD CIRCLE<br>LINCOLN, NE 68510-2408 | | Claim Number: 4530<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,239.98 | | | | | |
| JEZEWSKI, MICHELLE<br>2745 BRISTOL DR<br>APT 110<br>LISLE, IL 605324251 | | Claim Number: 3917<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,038.72 | Scheduled: | $1,038.72 CONT | Allowed: | | $1,038.72 |
| JGL, LLC<br>CECILIA L. ROSENAUER, ESQ.<br>CECILIA L. ROSENAUER, LTD.<br>510 W PLUMB LN., STE. A<br>RENO, NV 89509 | | Claim Number: 1950<br>Claim Date: 11/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,305.00   UNLIQ | | | | | |
| JGL, LLC<br>CECILIA L. ROSENAUER, ESQ.<br>CECILIA L. ROSENAUER, LTD.<br>510 W PLUMB LN., STE. A<br>RENO, NV 89509 | | Claim Number: 9259<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,305.00   UNLIQ | | | | | |
| JIM BROSE APPRAISALS, LLC<br>ATTN JAMES R BROSE<br>10905 E 20TH AVE<br>SPOKANE VALLEY, WA 99206 | | Claim Number: 164<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,825.00 | | | Allowed: | | $1,825.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

JIM BROSE APPRAISALS, LLC
ATTN JAMES R BROSE
10905 E 20TH AVE
SPOKANE VALLEY, WA 99206

Claim Number: 5214
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |
|---|---|---|---|---|---|

JIM RICHEY APPRAISALS
ATTN JAMES N. RICHEY, OWNER
5205 ROLLING HILLS
TEXARKANA, TX 75503

Claim Number: 2519
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
|---|---|---|---|---|---|

JIM SKIFFEY APPRAISALS
P.O. BOX 487
ATTN: JAMES J. SKIFFEY, III
WARREN, OH 44482-0487

Claim Number: 2970
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $2,300.00 |
|---|---|---|

JIMENEZ ROBINSON, ANNA
9115 WEEPING HOLLOW AVE
LAS VEGAS, NV 89178-6231

Claim Number: 9984
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,044.42 | Scheduled: | $1,044.42  CONT |
|---|---|---|---|---|

JIMENEZ ROBINSON, ANNA
10290 ACHILPA
STREET
LAS VEGAS, NV 89178

Claim Number: 9986
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $842.31 | Scheduled: | $842.31  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JIMENEZ, MARCELA M<br>2329 LIME AVENUE<br>LONG BEACH, CA 90806 | | Claim Number: 2609<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $2,846.16 CONT | Allowed: | | $1,184.62 |
| JMD PARTNERS INC<br>C10 ALEX DUBOVOY<br>283 E HOFFMAN AVE<br>LINDENHURST, NY 11757 | | Claim Number: 128<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $18,800.00 | | | | | |
| JMS APPRAISAL SERVICES<br>964 E BADILLO ST # 119<br>ATTN: SHIRLEY WEAVER, OWNER<br>COVINA, CA 91724 | | Claim Number: 2870<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | | | |
| JOAN KNOX<br>17170 POSY LAKE CT<br>RENO, NV 895085838 | | Claim Number: 2729<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) | | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | | | |
| UNSECURED | Claimed: | $300.00 | | | | | |
| JOAN KOWALSKI TRUST DTD 7/14/07<br>JOAN KOWALSKI TRUSTEE<br>21761 ELIZABETH AVE.<br>FAIRVIEW PARK, OH 44126 | | Claim Number: 6950<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $15,628.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JOAN MARIE COOPER TRUST<br>C/O JOAN MARIE COOPER, TRUSTEE<br>8240 WEST SAINT JOSEPH HWY.<br>LANSING, MI 48917 | | Claim Number: 7155<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,437.38 |
| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | | Claim Number: 7705<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | | Claim Number: 8477<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $6,463.93 |
| UNSECURED | Claimed: | $140.00 |
| JOE AND GRACE YEE TRUST<br>UAD 01/26/2007<br>6091 MANORFIELD DR<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 4950<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $39,964.00 |
| JOE RUTHERFORD APPRAISAL<br>1105 POWELL DR<br>PLACENTIA, CA 92870 | | Claim Number: 2273<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $360.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

JOE'S PLACE
ATTN PRESIDENT
7130 MINSTREL WAY
STE 135
COLUMBIA, MD 21045

Claim Number: 5520
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $649.95 | Scheduled: | $649.95 | Allowed: | $649.95 |
|---|---|---|---|---|---|---|

JOHANIDES, JOHN
199 GARRETSON AV
STATEN ISLAND, NY 10305

Claim Number: 2398
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
|---|---|---|---|---|---|---|

JOHANSON, JASON
177 HERITAGE TRL
HAINESVILLE, IL 60030

Claim Number: 3919
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,851.00 | | | | |
|---|---|---|---|---|---|---|

JOHN BANDA FAMILY TRUST
JOHN BANDA
PO BOX 1089
ALAMEDA, CA 94501

Claim Number: 3500
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

JOHN BLUEL APPRAISAL SERVC
ATTN JOHN BLUEL
5978 SCHROEDER RD
MADISON, WI 53711

Claim Number: 3345
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $305.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| JOHN C GOVERS TRUST<br>UA 08-05-86<br>JOHN C GOVERS TR<br>41 EUCALYPTUS RD<br>BERKELEY, CA 94705-2801 | | Claim Number: 7624<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $700.00 | | |
| JOHN D CLUNK, L.P.A.<br>LAW OFFICES OF JOHN D. CLUNK, L.P.A.<br>5601 HUDSON DR<br>STE 400<br>HUDSON, OH 44236 | | Claim Number: 2742<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| JOHN D. CLUNK, L.P.A.<br>LAW OFFICES OF JOHN D. CLUNK, L.P.A.<br>5601 HUDSON DRIVE<br>SUITE 400<br>HUDSON, OH 44236 | | Claim Number: 8792<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $300.00 | | |
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | | Claim Number: 8276<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $4,330.55 | Allowed: | $4,330.55 |
| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | | Claim Number: 8277<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $4,330.55 | Allowed: | $4,330.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JOHN F. MICHAELS, CHARTERED<br>ATTN JOHN F. MICHAELS, PRESIDENT<br>4252 W 124TH TERRACE<br>LEAWOOD, KS 66209 | Claim Number: 8278<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,330.55 | Allowed: | $4,330.55 |
| JOHN HATCHER- KELLER WILLIAMS REALTY<br>ATTN JOHN HATCHER, OWNER<br>6 DEERING ST<br>PORTLAND, ME 04101 | Claim Number: 2190<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $318.75 | Allowed: | $318.75 |
| JOHN J. EICHMANN PROFIT SHARING TRUST<br>C/O JOHN J. EICHMANN<br>212 HARDON AVE.<br>WESTMONT, NJ 08108 | Claim Number: 5456<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $107,400.28 | | |
| JOHN JOHANIDES SRA<br>199 GARRETSON AVE<br>STATEN ISLAND, NY 103051233 | Claim Number: 2448<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $410.00 | Allowed: | $410.00 |
| JOHN M CIANO TRUST<br>38 ANNA ROBERT CIR<br>WELLS, ME 04090 | Claim Number: 3596<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| JOHN PYSTER<br>ACCESS APPRAISALS<br>6731 E EL CARMEN ST<br>LONG BEACH, CA 90815-2439 | | Claim Number: 3447<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $550.00 |

| | | |
|---|---|---|
| JOHN W KIZZIAR DDS INC<br>DEFINED BENEFIT PLAN<br>P.O. BOX 36<br>HAYFORK, CA 96041 | | Claim Number: 5740<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| JOHN, SARAMMA<br>19 WASHINGTON DR.<br>LINDENHURST, NY 11757 | | Claim Number: 3306<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,732.43 | Scheduled: | $1,732.43  CONT | Allowed: | $1,732.43 |

| | | |
|---|---|---|
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | | Claim Number: 1215<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6167 (10/01/2008) |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

| | | |
|---|---|---|
| JOHNS, BETTY<br>8628 HUFFINE LANE # 70<br>BOZEMAN, MT 59718 | | Claim Number: 2600<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JOHNS, BETTY<br>8628 HUFFINE LANE # 70<br>BOZEMAN, MT 59748 | | Claim Number: 2601<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $175.00 | | | | |
| JOHNS, BETTY<br>8628 NUFFINE LANE # 70<br>BOZEMAN, MT 59718 | | Claim Number: 2602<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $175.00 | | | | |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | | Claim Number: 2603<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| JOHNSON ET AL V. WHEELER, AMERICAN HOME<br>MORTGAGE CORP ET AL NO. 06-CV-2196-PJM<br>JOHN R. GRIFFIN, HARTMAN & EGELI, LLP<br>116 DEFENSE HIGHWAY, SUITE 300<br>ANNAPOLIS, MD 21401 | | Claim Number: 3748<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10687 (12/10/2012) | | | | |
| UNSECURED | Claimed: | $1,000,000.00 | Scheduled: | $0.00  UNLIQ | | |
| JOHNSON, ALISA<br>11614 TRAILS NORTH DR<br>FORT WAYNE, IN 46845-1319 | | Claim Number: 7216<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $807.84 | Scheduled: | $807.84  CONT | Allowed: | $807.84 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHNSON, BEVERLY<br>509 W. NATHAN STREET<br>LAKE CRYSTAL, MN 56055 | | Claim Number: 7826<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,814.46 | Scheduled: | $300.00 | | |
| JOHNSON, BRANDON<br>219 W BROWN RD<br>MONTPELIER, OH 43543-2002 | | Claim Number: 7347<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $278.39 | | | | |
| JOHNSON, COLLEEN<br>1272 BELLINGHAM DR<br>OCEANSIDE, CA 920572723 | | Claim Number: 693-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$13,530.77  CONT | Allowed: | $10,950.00 |
| JOHNSON, COLLEEN<br>1272 BELLINGHAM DR<br>OCEANSIDE, CA 920572723 | | Claim Number: 693-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | | |
| UNSECURED | Claimed: | $9,418.82 | | | | |
| JOHNSON, DONALD S.<br>50 LAKELAND AVENUE<br>SAYVILLE, NY 11782 | | Claim Number: 1197<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,692.31 | | | Allowed: | $1,692.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JOHNSON, DOUGLAS THOMAS<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | | Claim Number: 5226<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,122.95 | | | | |
| JOHNSON, EILEEN<br>36 LAUREL PLACE<br>BETHPAGE, NY 11714 | | Claim Number: 4198<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $7,150.00    UNLIQ | | | | |
| JOHNSON, GARLAND M.<br>445 SEASIDE AVE # 1414<br>HONOLULU, HI 96815 | | Claim Number: 4307<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $15,000.00 | | | | |
| JOHNSON, HOWARD L. & FERGUSON, MARY JANE<br>12752 MULHOLLAND DR<br>BEVERLY HILLS, CA 90210-1329 | | Claim Number: 9628<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,650.95 | | | | |
| JOHNSON, JANIS C.<br>PO BOX 172394<br>ARLINGTON, TX 760032394 | | Claim Number: 908<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,846.56 | Scheduled: | $269.60  CONT | Allowed: | $1,846.56 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JOHNSON, JENNIFER
1272 BELLINGHAM DRIVE
OCEANSIDE, CA 92057

Claim Number: 699
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,620.00 | Scheduled: | $1,515.00  CONT | Allowed: | $1,620.00 |
|---|---|---|---|---|---|---|

JOHNSON, JOHN P.
5217 CHAPMAN ST., 5
SALEM, OR 97306-2140

Claim Number: 3130
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,977.93 |
|---|---|---|

JOHNSON, JOSEPH H.
USAA FED SVGS BNK C/F SDIRA R/O
4608 RIVER CLOSE BLVD
VALRICO, FL 33594

Claim Number: 7120
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $22,241.95 |
|---|---|---|

JOHNSON, JOSEPH H.
USAA FED SVGS BNK C/F SDIRA R/O
4608 RIVER CLOSE BLVD
VALRICO, FL 33594

Claim Number: 7196
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $22,241.95 |
|---|---|---|

JOHNSON, KAREN
711 GARNER AVE UNIT 204
SALINAS, CA 939051083

Claim Number: 3927
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| JOHNSON, KEN<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | | Claim Number: 6402<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $24,129.30 | | | | |
| JOHNSON, KEN & MARY-ANN<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | | Claim Number: 6403<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $51,859.65 | | | | |
| JOHNSON, KIMBERLY<br>1212 PLAYERS DR<br>OCEANSIDE, CA 92057-2727 | | Claim Number: 700<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,620.00 | Scheduled: | $1,260.00  CONT | Allowed: | $1,620.00 |
| JOHNSON, KIMBERLY<br>8050 MAYER AVE<br>PASADENA, MD 21122-1276 | | Claim Number: 1027<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $840.00 | Scheduled: | $839.85  CONT | Allowed: | $840.00 |
| JOHNSON, LUCILLE M.<br>1348 TROON LANE<br>WEST CHESTER, PA 19380 | | Claim Number: 846<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $1,918.27 | Scheduled: | $3,644.71  CONT | Allowed: | $1,918.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JOHNSON, MARY ANN T<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | | Claim Number: 6378<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,882.39 | | | | | |
| JOHNSON, MICHELE<br>173 ROBODA BLVD<br>ROYERSFORD, PA 194682976 | | Claim Number: 8548<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $846.30 | Scheduled: | $846.30 CONT | Allowed: | $846.30 | |
| JOHNSON, MICHELINE K CUST FOR<br>MATTHEW D JO HNSON UTNUGMA<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | | Claim Number: 5225<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,152.95 | | | | | |
| JOHNSON, MICHELINE KELLY, TTEE<br>MICHELINE KELLY JOHNSON PSP<br>205 ROBIN HOOD TRL<br>LOOKOUT MOUNTAIN, TN 37350 | | Claim Number: 5227<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $14,082.95 | | | | | |
| JOHNSON, PARI AND CARL R.<br>149 BLACK BIRD LN<br>CHEHALIS, WA 98532 | | Claim Number: 4509<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $8,330.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

JOHNSON, PAUL B.
SUN POINT APPRAISALS, INC.
8707 E VISTA BONITA DR STE 130
SCOTTSDALE, AZ 85255

Claim Number: 205
Claim Date: 08/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,360.00 | | | Allowed: | $2,360.00 |

JOHNSON, PAUL J.
20045 VALHALLA SQ
ASHBURN, VA 201474146

Claim Number: 1272-01
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6702 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $33,950.00 CONT | | |

JOHNSON, PAUL J.
20045 VALHALLA SQ
ASHBURN, VA 201474146

Claim Number: 1272-02
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,950.00 |

JOHNSON, PAUL J.
20045 VALHALLA SQ
ASHBURN, VA 201474146

Claim Number: 1273
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,629.45 |

JOHNSON, PAUL S. & HELEN C.
7734 PEBBLE CREEK CIR # 304
NAPLES, FL 34108-6562

Claim Number: 4289
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $3,077.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JOHNSON, PHYLLIS<br>6122 4TH ST. CT. NE<br>TACOMA, WA 98422 | | Claim Number: 3111<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $633.60 | | | Allowed: | $633.60 |
| JOHNSON, R. THOMAS<br>538 HARVARD ST<br>ROCHESTER, NY 14607 | | Claim Number: 7151<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| JOHNSON, ROBERT I.<br>3812 ETON LN<br>MODESTO, CA 95355 | | Claim Number: 8753<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,368.71 | | | | |
| JOHNSON, RUSSEL<br>1850 GLENROSE AVE<br>SACRAMENTO, CA 95815 | | Claim Number: 5200<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $4,526.00 | | | | |
| JOHNSON, SHELLEY M.<br>1069 LEJAY ST<br>ORLANDO, FL 32825 | | Claim Number: 761<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT | Allowed: | $692.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JOHNSON, STAN<br>465 LYNBROOKE RD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7777<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,861.55 |
| JOHNSON, STANLEY K.<br>1117 DREXEL DR<br>DAVIS, AZ 85616 | | Claim Number: 7710<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| JOHNSON, WALTER E. & SUSAN K. JT TENWROS<br>34 ELI WHITNEY ST<br>WESTBOROUGH, MA 01581-3518 | | Claim Number: 7256<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,026.83 |
| JOHNSTON COUNTY<br>ATTN GREG CALLAHAN, DEPUTY TAX COLLECT.<br>P.O. BOX451<br>SMITHFIELD, NC 27577 | | Claim Number: 2124<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $0.00<br>$1,641.35<br>$0.00 |
| JOHNSTON GROUP, THE<br>ATTN JOEL JOHNSTON<br>7485 RUSH RIVER DR.<br>SACRAMENTO, CA 95831 | | Claim Number: 7584<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,334.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JOHNSTON, CAROLYN E. & RALPH R. TTEESS U/A DTD 6/29/91 FOR THE CAROLYN E JOHNSTON TRUST 18413 ASH CREEK MACOMB, MI 48044-4110 | | Claim Number: 3423 Claim Date: 11/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,102.51 | | |
| UNSECURED | Claimed: | $55,102.51 | | |
| TOTAL | Claimed: | $55,102.51 | | |
| JOHNSTON, JOHN A. 23 CHAMPNEY PL. LAGUNA NIGUEL, CA 92677 | | Claim Number: 7851 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $757,598.63 | | |
| JOHNSTON, JOHN A. 23 CHAMPNEY PL. LAGUNA NIGUEL, CA 92677 | | Claim Number: 7852 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: WITHDRAWN DOCKET: 8009 (09/04/2009) | | |
| UNSECURED | Claimed: | $750,351.20 | Scheduled: | $747,161.88 CONT |
| JOHNSTON, JOHN A. 23 CHAMPNEY PL. LAGUNA NIGUEL, CA 92677 | | Claim Number: 7854 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 8009 (09/04/2009) | | |
| UNSECURED | Claimed: | $203,177.00 | | |
| JOHNSTON, JOHN A. 23 CHAMPNEY PL. LAGUNA NIGUEL, CA 92677 | | Claim Number: 7855 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $258,180.97 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7957<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $386,339.12 |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7961<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10476 (06/07/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $386,339.12 |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 8772<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10476 (06/07/2012) |
| UNSECURED | Claimed: | $1,200,000.00 |
| JOHNSTON, THOMAS R<br>23 CHAMPNEY PLACE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7845<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | | Scheduled: $2,080.54 CONT |
| UNSECURED | Claimed: | $0.00 UNDET |
| JOHNSTONE, PETER J<br>124 RACCOON TRL<br>TRAVELERS REST, SC 29690-8170 | | Claim Number: 8946<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,317.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JOLLY, THOMAS D. JR.
400 WICKFORD DRIVE
PITTSBURGH, PA 15238-2532

Claim Number: 4232
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
|---|---|---|---|---|---|---|---|

---

JONES, CASSANDRA R
3055 EBBTIDE DR
EDGEWOOD, MD 21040

Claim Number: 8412
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,046.15 | Scheduled: | $1,611.53 CONT | Allowed: | $1,046.15 |
|---|---|---|---|---|---|---|

---

JONES, COTY A
3215 VIRGIE CT
RIVERSIDE, CA 92508-6059

Claim Number: 9010
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $8,723.10 | Scheduled: | $8,723.10 CONT | Allowed: | $8,723.10 |
|---|---|---|---|---|---|---|

---

JONES, DALE
7508 PORTBURY PARK LANE
SUWANEE, GA 30024

Claim Number: 4027
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,239.50 | Scheduled: | $1,239.50 CONT | |
|---|---|---|---|---|---|

---

JONES, DAN H. & LAURA J.
1396 CHRISTIAN HILLS DR.
ROCHESTER HILLS, MI 48309

Claim Number: 5660
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,179.92 | | | |
|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JONES, DANN BRADDOCK & CHASE-JONES, CYNTHIA L. CO-TTEE U/A DTD 03/04/2002 12660 EASTON DR. SARATOGA, CA 95070 | | Claim Number: 6213 Claim Date: 12/24/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $17,368.19 |
|---|---|---|

| | | |
|---|---|---|
| JONES, FRANCES A 1364 W RANDOLPH ST CHICAGO, IL 60607-1522 | | Claim Number: 9769 Claim Date: 01/22/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| JONES, HERMAN B. 1325 SHORES BLVD. ROCKWALL, TX 75087 | | Claim Number: 8761 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) |

| UNSECURED | Claimed: | $423,000.00 |
|---|---|---|

| | | |
|---|---|---|
| JONES, JENNIFER JJ 716 LANGSTON CT ORLANDO, FL 32804 | | Claim Number: 3738 Claim Date: 11/29/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID |

| PRIORITY | Claimed: | $715.14 | Scheduled: | $715.14  CONT | Allowed: | $715.14 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| JONES, MATTHEW NEWELL 35 MOSS RD CAMDEN, TN 38320 | | Claim Number: 4341 Claim Date: 12/03/2007 Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $495.00 | Scheduled: | $495.00 | Allowed: | $495.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| JONES, PHILLIP<br>4444 BOSWELL AVE<br>ST. LOUIS, MO 63134 | | Claim Number: 5514<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | |
| JORDAN, CHERYL S.<br>PO BOX 3111<br>CROFTON, MD 21114-0111 | | Claim Number: 201<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $1,819.13 | | | | |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | | Claim Number: 8098<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,653.85 | Scheduled: | $1,653.85  CONT | Allowed: | $1,653.85 |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | | Claim Number: 8099<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8414 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $952.45 | Scheduled: | $952.45  CONT | | |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | | Claim Number: 8100<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,819.13 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 10403
Claim Date: 05/19/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $1,653.85 |
|---|---|---|

JORDAN, CHERYL S.
125 HALESITE DR
SOUND BEACH, NY 11789

Claim Number: 10404
Claim Date: 05/19/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,819.13 |
|---|---|---|

JORDAN, DONIQUE
9040 ALIMOS RD
APPLE VALLEY, CA 92308

Claim Number: 760
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $5,016.00 CONT | Allowed: | $1,512.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $625.19 CONT | | |

JORDAN, MILDRED F.
4251 HWY 70E
WHITE BLUFF, TN 37187

Claim Number: 9706
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,498.45 |
|---|---|---|

JORDAN, WILLIAM K, JR & JEAN B TEN COM
119 MOBLEY HWY
WINNSBORO, SC 29180-8103

Claim Number: 9267
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $12,676.14 |
|---|---|---|
| UNSECURED | Claimed: | $12,676.14 |
| TOTAL | Claimed: | $12,676.14 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| JORDAN, WILLIAM K. JR. & JEAN B<br>TEN COM<br>119 MOBLEY HWY<br>WINNSBORO, SC 29180-8103 | | Claim Number: 10136<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $12,676.14 | | | | |
| UNSECURED | Claimed: | $12,676.14 | | | | |
| TOTAL | Claimed: | $12,676.14 | | | | |
| JORGENSEN, ANNE MARIE<br>14 TAYLOR COMMONS<br>YAPHANK, NY 11980 | | Claim Number: 1306<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $6,383.65 | | | | |
| JORGENSEN, ANNE MARIE<br>18 ELMTREE LANE<br>LEVITTOWN, NY 11756 | | Claim Number: 7770<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $4,255.77 | Scheduled: | $7,234.81  CONT | Allowed: | $4,255.77 |
| JORGENSON, REED C.<br>1504 7TH AVE N<br>SAUK RAPIDS, MN 56379-2900 | | Claim Number: 10307<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| SECURED | Claimed: | $1,963.11 | | | | |
| JOSEF REALTY SERVICES<br>10805 SUNSET OFFICE DR STE 102<br>SAINT LOUIS, MO 631271039 | | Claim Number: 3293<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| JOURDAN, LARRY J. SR. & MARILEE<br>JT TEN<br>14505 DARMSTADT ROAD<br>EVANSVILLE, IN 47725-9148 | | Claim Number: 6176<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $6,138.92 | | | | |
| JOURNAL BROADCAST GROUP<br>7280 E ROSEWOOD ST<br>TUCSON, AZ 857101350 | | Claim Number: 172<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $6,460.00 | | | | |
| JOVANOVIC, ZORICA<br>1200 GREENWOOD DRIVE<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 9330<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,950.83 | Scheduled: | $2,950.83  CONT | | |
| JOY, TRACY<br>PO BOX 5102<br>LYNNWOOD, WA 98046-5102 | | Claim Number: 534<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00  CONT | Allowed: | $1,200.00 |
| JOYAL, SHELLY L.<br>451 MAIN DUNSTABLE RD<br>NASHUA, NH 03062 | | Claim Number: 855<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $934.61 | Scheduled: | $934.61  CONT | Allowed: | $934.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| JOYCE, DAVID M. | | Claim Number: 7416 |
|---|---|---|
| 214 REBECCA LANE | | Claim Date: 01/07/2008 |
| NORMAL, IL 61761 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $946.50 |

| JOYCE, EDWARD J. | | Claim Number: 2043 |
|---|---|---|
| 1739 KIRBY RD # 118 | | Claim Date: 11/13/2007 |
| MC LEAN, VA 221014817 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,782.05 |

| JOYNER, DIXIE LEE | | Claim Number: 6431 |
|---|---|---|
| 923 W. ERIE | | Claim Date: 12/26/2007 |
| LEWISTOWN, MT 59457 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,095.11 |

| JP MORGAN ACCEPTANCE CORPORATION I,ET AL | | Claim Number: 10275 |
|---|---|---|
| ATTN: ALEX ROVIRA & GEOFF RAICHT | | Claim Date: 04/25/2008 |
| SIDLEY AUSTIN LLP | | Debtor: AMERICAN HOME MORTGAGE CORP |
| 787 SEVENTH AVENUE | | Comments: EXPUNGED |
| NEW YORK, NY 10019 | | DOCKET: 10130 (08/15/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

| JP MORGAN CHASE BANK, N.A. | | Claim Number: 8248 |
|---|---|---|
| ATTN: CHARLES O. FREEDGOOD | | Claim Date: 01/10/2008 |
| 277 PARK AVE., 8TH FLOOR | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| NEW YORK, NY 10172 | | Comments: EXPUNGED |
| | | DOCKET: 10258 (11/18/2011) |
| UNSECURED | Claimed: | $413,567.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O FREEDGOOD/MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 8258<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |

| SECURED | Claimed: | $0.00 UNLIQ | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

| | | | |
|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD<br>MANAGING DIRECTOR<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 8262<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |

| SECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $161,160,514.00 UNDET DISP |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

| | | | |
|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD, MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 8383<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |

| UNSECURED | Claimed: | $2,005.55 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD<br>MANAGING DIRECTOR<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 8397<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |

| SECURED | Claimed: | $160,600.00 CONT | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JPETROPOULOS, PANAGIOTIS/HERRAS,ANGELIKI<br>DEXAURENIS 11<br>KILISSIA<br>ATHENS, 14563<br>GREECE | Claim Number: 5889<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |

| UNSECURED | Claimed: | $5,807.75 | |
|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| JUDY, HARRY F.<br>3914 SEQUOIA<br>LEES SUMMIT, MO 64064 | | Claim Number: 5713<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $25,000.00 | | |
| JUDY, HARRY F.<br>3914 SEQUOIA<br>LEES SUMMIT, MO 64064 | | Claim Number: 5715<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $25,000.00 | | |
| JULIUS ROEHRS COMPANY<br>ATTN ROBERT W. HOFFBAUER, PRESIDENT<br>1230 HIGHWAY 33<br>FARMINGDALE, NJ 07727 | | Claim Number: 2185<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $90.95 | Allowed: | $90.95 |
| JULIUS, DENNIS E.<br>1609 COUNTY LN DR<br>BONNE TERRE, MO 63628 | | Claim Number: 4829<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,225.00 | | |
| JULIUS, RICHARD J.<br>3508 N MARKET ST<br>WICHITA, KS 67219-3658 | | Claim Number: 8306<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $20,000.00<br>$0.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| JUNKER, GEORGE & LEE ANN<br>11 PENNSYLVANIA AVENUE<br>BRENTWOOD, NY 11717 | | Claim Number: 7636<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| JUREN, RONALD M.<br>711 PIN OAK DR<br>FRIENDSWOOD, TX 77546 | | Claim Number: 6723<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,289.68 |
| JUSTIN MARTELLA<br>C/O RICHARD D. ALTIMUS, ESQ.<br>802 N. IRWIN ST., STE 102<br>HANFORD, CA 93230-3845 | | Claim Number: 7607<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $28,166.14 |
| JUTTERS TRUST<br>JOHN C GOVERS AND EMMI M ACKERMANN TR<br>UA 8-31-93<br>41 EUCALYPTUS ROAD<br>BERKELEY, CA 94705 | | Claim Number: 7623<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,400.00 |
| JVI<br>ATTN VICE PRESIDENT<br>951 MARKET PROMENADE AVE<br>STE 2101<br>LAKE MARY, FL 32746 | | Claim Number: 8852<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6702 (12/11/2008) |
| UNSECURED | Claimed: | $82,260.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| K&R APPRAISAL SERVICES<br>ATTN KEVIN J. GINGRAS, PRESIDENT<br>23 ANAAN AVE<br>WEST ROXBURY, MA 02132 | | Claim Number: 9075<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $5,000.00 | Allowed: | $5,000.00 |
| KACZMAR, HELEN<br>1401 WOODLAND AVE<br>MODESTO, CA 953511133 | | Claim Number: 4455<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $2,600.60 | | |
| KADISH, HERBERT S. & PHYLLIS R.<br>1034 LIBERTY PARK DR #GUEST<br>AUSTIN, TX 78746-6891 | | Claim Number: 4401<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7399 (05/15/2009) | | |
| UNSECURED | Claimed: | $5,218.01 | | |
| KADISH, HERBERT S. & PHYLLIS R.<br>2905 WHITEWAY<br>AUSTIN, TX 78757-1616 | | Claim Number: 6004<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $4,989.00 | Allowed: | $4,989.00 |
| KADTKE, CHRISTINE M & NOLAN, ANNEMARIE V<br>JTWROS<br>148 MORTON BLVD<br>PLAINVIEW, NY 11803-5617 | | Claim Number: 7230<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $496.10 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KAGEY, WILLIAM J.<br>4932 BALSAM DR<br>ROANOKE, VA 24018 | | Claim Number: 3713<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $48,040.00 |
| UNSECURED | Claimed: | $48,040.00 |
| TOTAL | Claimed: | $48,040.00 |
| KAHN, CHESTER<br>PO BOX 845<br>LINCOLN, NH 03251 | | Claim Number: 9736<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (09/30/2008) |
| PRIORITY | Claimed: | $30,000.00 |
| UNSECURED | Claimed: | $30,000.00 |
| TOTAL | Claimed: | $30,000.00 |
| KAHN, WALTER F. IRA<br>SCOTTRADE INC TR FBO<br>REORG DEPT<br>P.O. BOX 31759<br>SAINT LOUIS, MO 63131 | | Claim Number: 8424<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,284.50 |
| KAISER, CANDACE<br>2615 CO RD 75<br>BUTLER, IN 46721 | | Claim Number: 799<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $3,432.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KAISER, CANDACE R
2615 COUNTRY RD 75
BUTLER, IN 46721

Claim Number: 8135
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,880.77 | Scheduled: | $3,380.10  CONT | Allowed: | $2,880.77 |
|---|---|---|---|---|---|---|

KAISERMAN, HARRY DR.
9600 ATLANTIC AVENUE
APT 510
MARGATE CITY, NJ 08402

Claim Number: 3412
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,832.00 |

KALAMAZOO VALLEY APPRAISALS
ATTN MANUEL FREDERICKSEN
722 MONTROSE AVE
KALAMAZOO, MI 49008

Claim Number: 2659
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 | | Allowed: | $275.00 |
|---|---|---|---|---|---|

KALB, CHARLENE A.
1209 BIDDLE PLACE
CATONSVILLE, MD 21228

Claim Number: 3675
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $999.80 |
|---|---|---|

KALERT, BYRAN R & KATHLEEN
67 PASADENA DRIVE
FAIRVIEW HEIGHTS, IL 62208

Claim Number: 10157
Claim Date: 03/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| SECURED | Claimed: | $115.00 |
|---|---|---|
| UNSECURED | Claimed: | $685.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| KALK, MARY<br>939 MEADOW LN<br>SYCAMORE, IL 60178 | | Claim Number: 2421<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10934 (12/17/2013) | | | | |
| PRIORITY | | | Scheduled: | $7,266.46 CONT | Allowed: | $960.00 |
| UNSECURED | Claimed: | $960.00 | | | | |
| KALLA, KESHAN AND RADHIKA<br>190 BLUEBERRY LANE<br>HICKSVILLE, NY 11801 | | Claim Number: 6510<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,444.00 | | | | |
| KALLMAN, HERBERT, IRA<br>OPENHIMER & CO CUSTODIAN<br>12670 KELLY PALM DR<br>FT MYERS, FL | | Claim Number: 6370<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,515.00 | | | | |
| KALMONSON, MICHAEL<br>7 FAIR ELMS<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 708<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8077 (09/18/2009) | | | | |
| PRIORITY | Claimed: | $10,096.00 | | | Allowed: | $2,884.62 |
| KAM, SEON M.<br>6312 RIDGEPATH CT.<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 4002<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KAMHOLZ, DARRELL<br>19 UNION STATION ROAD<br>N. CHILI, NY 14514 | | Claim Number: 5789<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,905.13 |

| KAMMEYER, CALVIN<br>4850 DOCKSIDE DR 203<br>FORT MYERS, FL 33919 | | Claim Number: 7606<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7942 (08/11/2009) |
|---|---|---|
| PRIORITY | Claimed: | $40,000.00 |
| UNSECURED | Claimed: | $40,000.00 |
| TOTAL | Claimed: | $40,000.00 |

| KAMPS, GEORGE<br>8729 PRAIRIE HILL DR<br>LAS VEGAS, NV 89134-8416 | | Claim Number: 5608<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $23,492.10 |

| KANE, JOHN & MONICA<br>13291 STATE ROUTE 23<br>PRATTSVILLE, NY 12468 | | Claim Number: 9583<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $100.00 |

| KANE, LUKE D.<br>31 ASBURY AVENUE<br>ATLANTIC HIGHLANDS, NJ 07716-1413 | | Claim Number: 6481<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
|---|---|---|
| UNSECURED | Claimed: | $21,673.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KANN, DOLENA I & WALTER F, TTEES<br>DOLENA I KANN REVOC LIVING TRUST<br>5 ADORACION COURT<br>HOT SPRINGS VILLAGE, AR 71909-7704 | | Claim Number: 9007<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,693.41 | | | | | |
| KAPLAN, CHERYL<br>7 CIRCLE DR<br>SYOSSET, NY 11791 | | Claim Number: 277<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $3,109.62 | Scheduled: | $3,109.62  CONT | Allowed: | | $3,109.62 |
| KAPLAN, INDIA N.<br>370 E. 76ST APT B804<br>NEW YORK, NY 10021 | | Claim Number: 5281<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | | |
| KAPLAN, LINDA<br>413 SW DAHLED AVE<br>PORT SAINT LUCIE, FL 34953-4027 | | Claim Number: 3550<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $1,195.00 | | | | | |
| KAPLAN, MARY JO<br>9804 BEND ST<br>SANTEE, CA 920711926 | | Claim Number: 5433<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $656.26 | Scheduled: | $152.64  CONT | Allowed: | | $656.26 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

KAPLER, EILEEN
514 CAROLINA BEACH AVE N APT 1B
CAROLINA BCH, NC 28428-6135

Claim Number: 3705
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | |

---

KAPPELMAN, JOSHUA
1089 HIGH VALLEY LANE
SHILOH, IL 62221

Claim Number: 2420
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7395 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $862.76 | | | | |

---

KAPPELMAN, JOSHUA E.
300 E RIVERSIDE DR APT 345
AUSTIN, TX 78704-1305

Claim Number: 30
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6702 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $619.00 | Scheduled: | $769.23  CONT | Allowed: | $619.00 |

---

KAPPELMAN, JOSHUA E.
300 E RIVERSIDE DR APT 345
AUSTIN, TX 78704-1305

Claim Number: 188
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,845.00 | Scheduled: | $2,710.20  CONT | Allowed: | $1,845.00 |

---

KARALIS, CHARLENE D.
965 SUMMERSIDE CT
VIRGINIA BEACH, VA 23456

Claim Number: 1152
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $490.38 | Scheduled: | $490.38  CONT | Allowed: | $490.38 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| KARANOVICH, MARK<br>39821 FOX GLOVE COURT<br>LOVETTSVILLE, VA 20180 | | Claim Number: 774-01<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$13,473.89  CONT | Allowed: | $10,950.00 |
| KARANOVICH, MARK<br>39821 FOX GLOVE COURT<br>LOVETTSVILLE, VA 20180 | | Claim Number: 774-02<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $13,576.84 | | | |
| KARBERG, ALAN F.<br>908 N BALLAS RD<br>ST LOUIS, MO 63131 | | Claim Number: 9547<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,843.10 | | | |
| KARBERG, CAROL R.<br>908 N BALLAS RD<br>ST LOUIS, MO 63131 | | Claim Number: 9546<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $3,058.79 | | | |
| KAREEM, HUSSAIN<br>2197 CARLYSLE CREEK DR.<br>LAWRENCEVILLE, GA 30044 | | Claim Number: 10875<br>Claim Date: 01/11/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10714 (01/02/2013) | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $200,000.00<br>$50,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KAREEM, HUSSAIN<br>2197 CARLYSLE CREEK DR.<br>LAWRENCEVILLE, GA 30044 | | Claim Number: 10887<br>Claim Date: 02/01/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10714 (01/02/2013) | | | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $200,000.00<br>$50,000.00 | | | | | |
| KARI, RAJANI R.<br>34 SCOTT ST<br>DIX HILLS, NY 11746 | | Claim Number: 992<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,653.00 | | | | | |
| KARI, RAJANI R.<br>43645 MEADOW OVERLOOK PL<br>ASHBURN, VA 20147-7488 | | Claim Number: 2684<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,653.00 | Scheduled: | $2,653.85 CONT | Allowed: | $2,653.00 | |
| KARL S. SHEFFIELD IRA ROLLOVER<br>841 WYNDEMERE WAY<br>NAPLES, FL 34105 | | Claim Number: 5467<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | | | |
| KARNOVSKY, ELENA<br>1260 AVE Y APT 1A<br>BROOKLYN, NY 11235 | | Claim Number: 727<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $6,275.32 | Scheduled: | $4,365.44 CONT | Allowed: | $6,275.32 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KARP, KAREN<br>2019 EARL DR.<br>MERRICK, NY 11566 | | Claim Number: 7538<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,963.22 |
| KARRY, CHRIS J.<br>940 MAPLE ST<br>HOWE, TX 75459 | | Claim Number: 9040<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $940.59 |
| KASAB, JAMES H. TRUST<br>JAMES H. KASAB & ANNE S. KASAB TTEES<br>8112 RAYBURN ROAD<br>BETHESDA, MD 20817-3822 | | Claim Number: 3311<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,084.00 |
| KASE, RONALD H.<br>7 JORDAN AVE<br>SAN FRANCISCO, CA 94118 | | Claim Number: 2974<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,796.45 |
| KASER, KATHRYN E.<br>229 N. FRUITLAND<br>KENNEWICK, WA 99336 | | Claim Number: 4807<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE |
| PRIORITY | Claimed: | $4,709.46 |
| UNSECURED | Claimed: | $4,709.46 |
| TOTAL | Claimed: | $4,709.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KASPER, SUSAN K.<br>SEP IRA ETRADE CUSTODIAN<br>257 MISSION ROAD<br>HACKETTSTOWN, NJ 07840-5641 | | Claim Number: 6726<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| KASS, DAVID E. ROTH IRA<br>2206 CLOVER DR. NW<br>GRAND RAPIDS, MI 49504 | | Claim Number: 6106<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $31,515.04 |
| KASS, KAREN<br>(ROTH IRA)<br>2206 CLOVER DR NW<br>GRAND RAPIDS, MI 49504 | | Claim Number: 6352<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $33,860.00 |
| KASSAN, MELVIN E. & NORMA S. JT TEN<br>4781 POE AVE<br>WOODLAND HILLS, CA 91364 | | Claim Number: 4866<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,500.00 |
| KASSAN, MELVIN E. & NORMA S. JT TEN<br>4781 POE AVE<br>WOODLAND HILLS, CA 91364 | | Claim Number: 4867<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| KASSAN, NORMA S.<br>4781 POE AV.<br>WOODLAND HILLS, CA 91364 | | Claim Number: 4791<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $2,500.00 | | | | |

---

| KASSLER, DAVID<br>22429 SO. COLORADO RIVER<br>SONORA, CA 95370 | | Claim Number: 1520<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $425.00 | | | | |
| UNSECURED | Claimed: | $425.00 | | | | |
| TOTAL | Claimed: | $425.00 | | | | |

---

| KASSMEL, EVELEEN<br>IRA R/O ETRADE CUSTODIAN<br>8 QUIET BROOK CT<br>PARKTON, MD 21120 | | Claim Number: 3637<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,509.99 | | | | |

---

| KASSMEL, KENNETH E.<br>IRA ETRADE CUSTODIAN<br>8 QUIET BROOK CT<br>PARKTON, MD 21120 | | Claim Number: 3638<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,749.59 | | | | |

---

| KATANOV, IGOR<br>10244 63RD AVE<br>FOREST HILLS, NY 11375-1046 | | Claim Number: 7774<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,561.54  UNDET | Scheduled: | $1,561.54  CONT | Allowed: | $1,561.54 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KATHLEEN M. SIPWOUCH<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>RYAN M. BARLTLEY - BRANDYWINE BUILDING<br>1000 WEST STREET 17TH FLOOR - PO BOX 391<br>WILMINGTON, DE 19899-0391 | Claim Number: 6201<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10.00 | | | |
| KATO & ASSOCIATES APPRAISAL SR<br>ATTN ALAN KATO - C.E.O.<br>10813 REAGAN ST<br>LOS ALAMITOS, CA 90720 | Claim Number: 7989<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,270.00 | | Allowed: | $2,270.00 |
| KATONA, JESSICA<br>156 JEFFERSON ST<br>EAST ISLIP, NY 11730 | Claim Number: 358<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,620.00 | | | |
| KATONA, JESSICA L<br>34 COACHMAN LN<br>LEVITTOWN, NY 11756-4323 | Claim Number: 2637<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $997.11 | Scheduled: | $997.11 CONT | Allowed: | $997.11 |
| KATZ, RHONDA<br>14 STRATFORD CT<br>NORTH BELLMORE, NY 11710 | Claim Number: 7815<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $2,961.54 CONT | Allowed: | $1,480.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KATZ, RHONDA E.<br>14 STRATFORD CT<br>NORTH BELLMORE, NY 11710 | | Claim Number: 396<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.77 | | |
| KATZ, STEVEN J (STEVE)<br>1228 WOODRUFF AVENUE<br>DEERFIELD, IL 60015 | | Claim Number: 4051<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,390.00 | | |
| KATZ, STUART<br>1 BROADWAY, STE 101<br>ELMWOOD PARK, NJ 07407 | | Claim Number: 7317<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $19,600.00 | | |
| KAUAI ISLAND UTILITY<br>COOPERATIVE<br>ATTN TRACIE JACINTHO<br>LIHUE, HI 96766-2032 | | Claim Number: 4304<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $90.04 | Allowed: | $90.04 |
| KAUFFMAN, JOHN<br>7 WOODCLIFFE RD<br>LEXINGTON, MA 02421 | | Claim Number: 3443<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,909.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| KAUFMAN COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 6681<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | |
| SECURED | Claimed: | $4,439.89   UNLIQ | | | | |
| KAULEN, LISA<br>P.O. BOX 257<br>OLYMPIA, WA 98507-0257 | | Claim Number: 1739-01<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $45,160.30  CONT | | |
| KAULEN, LISA<br>P.O. BOX 257<br>OLYMPIA, WA 98507-0257 | | Claim Number: 1739-02<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $43,814.88 | | | | |
| KAUR, MANDEEP<br>132-35 SANFORD AVE 401<br>FLUSHING, NY 11355 | | Claim Number: 10389<br>Claim Date: 05/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| SECURED | Claimed: | $1,270.00 | | | | |
| KAVANAGH, ERIN C<br>378 LEHMAN OUTLET RD<br>DALLAS, PA 186122647 | | Claim Number: 10014<br>Claim Date: 03/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,265.38 | Scheduled: | $1,265.38  CONT | Allowed: | $1,265.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KAY, MARY K 309 SADDLE COURT CHESAPEAKE, VA 23323 | | Claim Number: 7015 Claim Date: 01/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 8815 (04/30/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $230.77 | Scheduled: | $230.77  CONT | Allowed: | | $230.77 |
| KAYCEE LLC ATTN GARY ERICKSON, MGR 1295 KELLY JOHNSON BLVD SUITE 230 COLORADO SPRINGS, CO 80920 | | Claim Number: 8051 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $42,283.81 | | | | | |
| KAZ APPRAISALS INC PO BOX 364 ATTN KAREN A ZIRPOLI, PRESIDENT GAINESVILLE, VA 20156-0364 | | Claim Number: 6622 Claim Date: 12/31/2007 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | | $325.00 |
| KAZ APPRAISALS LLC PO BOX 364 ATTN KAREN A ZIRPOLI, PRESIDENT GAINESVILLE, VA 20156 | | Claim Number: 6623 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | | $325.00 |
| KAZENAS, IRENE 180 SADDLEBROOK DR OAK BROOK, IL 60523 | | Claim Number: 7355 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,042.39 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KAZIMIR, LYNN
140-35 BEECH AVENUE #4R
FLUSHING, NY 11355

Claim Number: 7038
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $942.90 |
|---|---|---|

KEARNS, MARION C.
3999 UPPER SHARPSBURG RD
CARLISLE, KY 40311-9437

Claim Number: 3511
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $14,167.50 |
|---|---|---|

KEAVENEY, JOHN J.
9723 LOCHWOOD RD
PHILADELPHIA, PA 19115

Claim Number: 3642
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

KEBLIN, REBECCA F.
C/O HALEY MATHEWS JONAS, ESQ.
13777 BALLANTYNE CORP. PLACE, STE. 320
CHARLOTTE, NC 28277

Claim Number: 1635
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

KECK, SUSAN
PO BOX 75
EAST ISLIP, NY 11730

Claim Number: 3706
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,594.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KEEFE, SENOA
204 ANNA ST
NORTH AURORA, IL 60542

Claim Number: 1304
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $807.52 | Scheduled: | $1,353.60  CONT | Allowed: | $807.52 |
|---|---|---|---|---|---|---|

KEEGAN, MORGAN
ATTN: CYNTHIA HARLESS
11400 PARKSIDE DRIVE SUITE 200
KNOXVILLE, TN 37934

Claim Number: 5744
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,458.94 |
|---|---|---|

KEEHNER, WARREN W.
****NO ADDRESS PROVIDED****

Claim Number: 4177
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,158.00 |
|---|---|---|

KEENER, BRANDY S.
1563 HEADQUARTERS DR
JOHNS ISLAND, SC 29455

Claim Number: 4974
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,953.86 |
|---|---|---|

KEENER, JOHN H.
1563 HEADQUARTERS DR
JOHNS ISLAND, SC 29455

Claim Number: 4973
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $972.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KEENER, STACEY
3122 LAUREL RIDGE CIR
BRIDGEVILLE, PA 15017

Claim Number: 6522
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $537.11 | Scheduled: | $537.11  CONT | Allowed: | $537.11 |
|---|---|---|---|---|---|---|

KEIM, GISELLE
2211 S GRAND BLVD, #208
SAINT LOUIS, MO 63104

Claim Number: 478
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $807.69 | Scheduled: | $1,918.33  CONT | Allowed: | $807.69 |
|---|---|---|---|---|---|---|

KEIM, GISELLE
1435 S 18TH ST APT 247
SAINT LOUIS, MO 63104-2500

Claim Number: 2642
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $7,000.00 |
|---|---|---|

KEISTER, JOHN
2117 CHRISTIAN ST.
BALTIMORE, MD 21223

Claim Number: 1700
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,422.83 |
|---|---|---|

KEISTER, JOHN
2117 CHRISTIAN ST.
BALTIMORE, MD 21223

Claim Number: 4097
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,012.83 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

Claim Number: 764
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,078.75 | Scheduled: | $6,790.30  CONT | Allowed: | $6,078.75 |

---

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

Claim Number: 1066
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,078.75 |
| UNSECURED | Claimed: | $996.96 |

---

KEITH, KARI & LONNIE
C/O PAMELA SIMMONS
LAW OFFICE OF SIMMONS & PURDY
2425 PORTER STREET, SUITE 10
SOQUEL, CA 95073

Claim Number: 1563
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,031.00 |

---

KELLER WILLIAMS REALTY
ATTN: KAREN SOTHORON
2809 E. HARMONY ROAD
SUITE 100
FORT COLLINS, CO 80528

Claim Number: 2356
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6703 (12/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,250.00 |

---

KELLER, JAMES V.
2212 GUNAR DR
SAN JOSE, CA 95124

Claim Number: 5594
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,509.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

KELLER, LYNNE M. ROLLOVER IRA
C/O SCOTTRADE - PETE RIOPEL
411 REDROCK LN
NAPA, CA 94558-9522

Claim Number: 5580
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,500.00 | | | |

---

KELLER, ROCCA (RINA)
7321 N OLEANDER AVE
CHICAGO, IL 60631

Claim Number: 6720-01
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: $28,130.71 CONT | | |

---

KELLER, ROCCA (RINA)
7321 N OLEANDER AVE
CHICAGO, IL 60631

Claim Number: 6720-02
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,379.04 |

---

KELLER, SHANNON
14604 S. LIVESAY ROAD
OREGON CITY, OR 97045

Claim Number: 4678
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,096.45   UNDET | Scheduled: | $2,096.45  CONT | Allowed: | $2,096.45 |

---

KELLERT, IRENE
7520 SW SCHOLLS FRY #B-2
BEAVERTON, OR 97008

Claim Number: 6087
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,502.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KELLEY, JOCELYN
2298 HIAWATHA PARK DR
COLUMBUS, OH 43211-2036

Claim Number: 1139
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,300.00 | Scheduled: | $1,033.76  CONT | Allowed: | $1,300.00 |

KELLEY, SCOTT R. & LISA M.
1007 MORGANS LANDING CT.
BRENTWOOD, TN 37027

Claim Number: 6467
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,936.00 |

KELLEY, TIMOTHY R.
2934 JONES ST
SIOUX CITY, IA 51104

Claim Number: 7802
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,982.50 |

KELLMAN APPRAISALS
ATTN ANDREW B. KELLMAN
7240 BAY BRIDGE ROAD
CORONA, CA 92880

Claim Number: 2487
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,050.00 | | | Allowed: | $1,050.00 |

KELLY SERVICES INC
ATTN SHARON HAMDEN, CREDIT MGR.
999 W BIG BEAVER RD
TROY, MI 48084

Claim Number: 2888
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8936 (06/18/2010)

| UNSECURED | Claimed: | $72,468.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KELLY SERVICES INC.<br>999 W. BIG BEAVER ROAD<br>TROY, MI 48084 | | Claim Number: 10786<br>Claim Date: 06/15/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $77,468.40 | Scheduled: | $46,243.73 | | | |
| KELLY, AILEEN B.<br>1637 S.E. PARADISE CIR<br># 106<br>CRYSTAL RIVER, FL 34429 | | Claim Number: 4983<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$3,152.20 | | | | | |
| KELLY, AILEEN B.<br>1637 S E PARADISE CIRCLE<br>#106<br>CRYSTAL RIVER, FL 34429 | | Claim Number: 5160-01<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$3,152.20  CONT | Allowed: | $10,950.00 | |
| KELLY, AILEEN B.<br>1637 S E PARADISE CIRCLE<br>#106<br>CRYSTAL RIVER, FL 34429 | | Claim Number: 5160-02<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,212.24 | | | | | |
| KELLY, ROBERT M.<br>1 BRONSON AVENUE<br>SCARSDALE, NY 10583 | | Claim Number: 7128<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,650.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KELLY, STEPHEN<br>1133 GOLDEN LAKES BLVD<br>APT 822<br>WEST PALM BEACH, FL 33411 | Claim Number: 1503<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | |

| PRIORITY | | Scheduled: | $2,169.30  CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $1,084.65 | |

| | | |
|---|---|---|
| KELLY, THOMAS H.<br>2500 MACERO ST<br>ROSEVILLE, CA 95747-5000 | Claim Number: 6386<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| PRIORITY | Claimed: | $14,987.52 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| KEMP, JEANNINE<br>9314 BUENA VISTA<br>PRAIRIE VILLAGE, KS 66207 | Claim Number: 4122<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| | | |
|---|---|---|
| KEMP, JEANNINE<br>9314 BUENA VISTA<br>PRAIRIE VILLAGE, KS 66207 | Claim Number: 4123<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| | | |
|---|---|---|
| KEMP, JOHN H. JR.<br>626 W LAUREL AV<br>PLENTYWOOD, MT 59254 | Claim Number: 2320<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | |

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KEMP, MICHAEL J.<br>54 BERKSHIRE RD<br>HOLBROOK, NY 11741 | | Claim Number: 678<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $634.62 | Scheduled: | $769.02 CONT | Allowed: | | $634.62 |
| KEMPH, LINDA D.<br>2372 W DUSTY WREN DRIVE<br>PHOENIX, AZ 85085 | | Claim Number: 1054<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $681.34 | | | | | |
| KEMPH, LINDA D.<br>2372 W DUSTY WREN DRIVE<br>PHOENIX, AZ 85085 | | Claim Number: 1135<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,784.62 | Scheduled:<br>Scheduled: | $3,131.27 CONT<br>$198.35 CONT | Allowed: | | $1,784.62 |
| KEN'S SIGN SERVICE INC.<br>ATTN TARA HATFIELD, OFFICE MANAGER<br>2121 W. PIMA<br>PHOENIX, AZ 85009 | | Claim Number: 2038<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $243.23 | Scheduled: | $243.23 | Allowed: | | $243.23 |
| KENCK, HARRY R.<br>32105 PINEY MEADOWS LN.<br>HUSON, MT 59846 | | Claim Number: 5404<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,746.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| KENDRA, ALLISON M.<br>STEVEN T. KENDRA<br>6570 NEW PROVIDENCE DRIVE<br>HARRISBURG, PA 17111 | | Claim Number: 2512<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $350.00  CONT | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| KENDRICK, ROBERT<br>26012 MISTY WAY DR<br>FORT MILL, SC 29708 | | Claim Number: 10109<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
| PRIORITY | Claimed: | $80,000.00 | | | | |
| SECURED | Claimed: | $216,710.60 | | | | |
| TOTAL | Claimed: | $216,710.60 | | | | |
| KENERK, MAUREEN A.<br>5085 THIEL RD<br>HICKSVILLE, OH 43526 | | Claim Number: 7652<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,998.95 | | | | |
| KENION, CAROL M. & GEORGE A.<br>9931 43 AVE S<br>SEATTLE, WA 98118 | | Claim Number: 9645<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $85,091.70 | | | | |
| KENISTON, CHARLES<br>200 GROVE ST<br>READING, MA 01867-1422 | | Claim Number: 5944<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $18,726.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| KENISTON, CHARLES<br>200 GROVE ST<br>READING, MA 01867-1422 | | Claim Number: 5945<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $25,763.80 | | | | |
| KENISTON, MARGARET<br>200 GROVE ST<br>READING, MA 01867-1422 | | Claim Number: 5942<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $27,374.33 | | | | |
| KENITH, JOSEPH<br>411 N NEW RIVER DR E<br>APT 2503<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 6811<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |
| KENNAY, GEORGANN<br>1326 JANET STREET<br>SYCAMORE, IL 60178 | | Claim Number: 1346<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,096.88 | | | | |
| KENNAY, GEORGANN<br>1326 JANET<br>SYCAMORE, IL 60178 | | Claim Number: 3316<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,692.24 | Scheduled: | $1,692.24  CONT | Allowed: | $1,692.24 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KENNEDY, ANNE B.<br>FBO JULIA M FRANCIS<br>1122 LAKE AVE<br>WILMETTE, IL 60091 | | Claim Number: 6202<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,004.99 | | | | | |
| KENNEDY, ANNE B.<br>FBO BENJAMIN FRANCIS<br>1122 LAKE AVE<br>WILMETTE, IL 60091 | | Claim Number: 6204<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,421.83 | | | | | |
| KENNEDY, ANNE B.<br>FBO SOPHIA FRANCIS<br>1122 LAKE AVE<br>WILMETTE, IL 60091 | | Claim Number: 6205<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,125.35 | | | | | |
| KENNEDY, ANNE B., TTEE<br>FBO ANNE B. KENNEDY TRUST<br>1122 LAKE AVE<br>WILMETTE, IL 60091 | | Claim Number: 6287<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $16,748.30 | | | | | |
| KENNEDY, BEVERLY A<br>24639 CALUSA BLVD<br>EUSTIS, FL 327367949 | | Claim Number: 5525<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KENNEDY, CARRIE M., DAVIS, SYLVIA K., & MINIR, GAYLE K., JTD<br>208 DIANA STREET<br>TROY, AL 36081 | | Claim Number: 7413<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |
| KENNEDY, GRACE<br>3580 RITNER HWY<br>NEWVILLE, PA 17241 | | Claim Number: 2077<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $150.00 |
| KENNEDY, MARK O.<br>202 WARREN STREET<br>MOUNT VERNON, WA 98273 | | Claim Number: 10156<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $105,000.00 |
| KENNER, ASHLEY<br>3803 GRANDVIEW AVE<br>LOUISVILLE, KY 402073754 | | Claim Number: 3156<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $456.25 |
| KENNETH DECKER CUST<br>LUKE M. TESON UGMA/WIC<br>2812 W 50TH STREET<br>WESTWOOD, KS 66205-1731 | | Claim Number: 4358<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KENNETH DECKER CUST<br>JOSEPH C. TESON UGMA/WISC<br>2812 W. 50TH STREET<br>MISSION, KS 66205-1731 | | Claim Number: 4359<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $250.00 |
| KENNETH DECKER CUST<br>ELIZABETH ELISE BENES UGMA/KS<br>2812 W. 50TH<br>WESTWOOD, KS 66205-1731 | | Claim Number: 4360<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $250.00 |
| KENNETH DECKER CUST<br>KOLBE DECKER BENES UGMA/KANSAS<br>2812 W. 50TH STREET<br>WESTWOOD, KS 66205-1731 | | Claim Number: 4361<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $250.00 |
| KENNEY, CHARLES H. & JO LEE<br>3908 HANOVER AVENUE<br>RICHMOND, VA 23221 | | Claim Number: 7915<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,491.00 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | | Claim Number: 10923<br>Claim Date: 09/09/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $56.61   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | | Claim Number: 10924<br>Claim Date: 09/09/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $3,514.60   UNLIQ |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | | Claim Number: 10925<br>Claim Date: 09/13/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) |
| SECURED | Claimed: | $9,430.69   UNLIQ |
| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | | Claim Number: 10930<br>Claim Date: 04/17/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10522 (07/09/2012) |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $2,348.91<br>$0.00 |
| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | | Claim Number: 10933<br>Claim Date: 04/17/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10688 (12/10/2012) |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $2,884.84<br>$0.00 |
| KENT, APRIL M<br>201 RAMBLEWOOD DR<br>SANFORD, FL 32773 | | Claim Number: 7035<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,169.22 | Scheduled: | $1,169.22  CONT | Allowed: | $1,169.22 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| KENT, GEORGE A.<br>8734 ARAGON LN<br>KNOXVILLE, TN 37923 | | Claim Number: 4350<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,129.98 | | |

---

| KENT, MICHAEL A. & LYDIA<br>816 WOODROW CT<br>CHESAPEAKE, VA 23322 | | Claim Number: 10285<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,409.91 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $8,409.91 | | |
| TOTAL | Claimed: | $8,409.91 | | |

---

| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | | Claim Number: 157<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,917.17 | | |

---

| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | | Claim Number: 588<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,917.17 | Scheduled: | $7,579.84 |

---

| KEOWN, SAMUEL GARLAND AND LAURA JOAN<br>6706 WIMBLEDON ESTATE DR.<br>SPRING, TX 77379 | | Claim Number: 5879<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,237.00 | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KEPLINGER, JANETTE G. & DAWN N. FERRIO<br>JT TEN<br>936 BUTTERMILK CREED DR.<br>FOND DU LAC, WI 54935-6119 | | Claim Number: 7648<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $44.99 |
| SECURED | Claimed: | $715.00 |
| KEPPER, DAVID O.<br>3035 MIWOK WAY<br>CLAYTON, CA 94517-2004 | | Claim Number: 4493<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,506.00 |
| KERBY, FRED D.<br>3709 METTER ST<br>LAS VEGAS, NV 891296467 | | Claim Number: 4429<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $150.00 |
| KERLEY, JAN N.<br>C/O D.A. DAVIDSON & CO.<br>200 FIRST AVE. E., K-M BUILDING<br>P.O. BOX 128<br>KALISPELL, MT 59903 | | Claim Number: 6129<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KERN, ELENA S.<br>24102 SPRING MILL LANE<br>SPRING, TX 77373 | | Claim Number: 9575<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KERN, ELENA S.<br>24102 SPRING MILL LANE<br>SPRING, TX 77373 | | Claim Number: 9576<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KERN, WESLEY P & ELE<br>24102 SPRING MILL<br>SPRING, TX 77373 | | Claim Number: 9573<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KERN, WESLEY P.<br>24102 SPRING MILL<br>SPRING, TX 77373 | | Claim Number: 9574<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | | Claim Number: 1639<br>Claim Date: 10/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$49,994.44 |
| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | | Claim Number: 8192<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$133,650.93 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KERR, KEVIN
1614 MYRTLEWOOD ST.
COSTA MESA, CA 92626

Claim Number: 8355-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $13,142.31 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $140,308.93 CONT | | |

KERR, KEVIN
1614 MYRTLEWOOD ST.
COSTA MESA, CA 92626

Claim Number: 8355-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $133,650.93 | | | Allowed: | $133,650.93 |

KERRICK, MARY H. IRA
FCC AS CUSTODIAN
14410 N BUCKTHORN CT
FOUNTAIN HILLS, AZ 85268-3170

Claim Number: 9507
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |

KERWICK, RICHARD PATRICK
17011 MARLIN DR
SUMMERLAND KEY, FL 33042

Claim Number: 3338
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,579.00 | | | | |

KESHINOVER, JASON
2245 3RD ST
EAST MEADOW, NY 11554

Claim Number: 10032
Claim Date: 02/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $3,000.00 | | | | |
| UNSECURED | Claimed: | $3,000.00 | | | | |
| TOTAL | Claimed: | $3,000.00 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KESLER, MOY T
720 SPRUCE DR
HOLBROOK, NY 11741

Claim Number: 3064
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00  CONT | Allowed: | $1,200.00 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

KESSLER SIGN CO.
2669 NATIONAL RD.
PO BOX 785
ZANESVILLE, OH 43702-0785

Claim Number: 1780
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $8,653.21 | | | Allowed: | $8,653.21 |
|-----------|----------|-----------|--|--|----------|-----------|

KESSLER, KATHRYN M.
106 DUPONT ST APT 3
BROOKLYN, NY 11222

Claim Number: 691
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,461.54 | | | Allowed: | $3,461.54 |
|----------|----------|-----------|--|--|----------|-----------|

KESTLER, PAUL D.
CHARLES SCHWAB & CO., INC. CUSTODIAN
SEP-IRA
2216 ARISTOCRAT DRIVE
IRVING, TX 75063

Claim Number: 7578
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,136.80 |
|-----------|----------|------------|

KEUTER, DONALD J.
5515 BROADVIEW AVE N.E.
TACOMA, WA 98422

Claim Number: 4472
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,250.93 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KEVIN NORTHROP<br>SERVICE RD BX 375<br>BEAR MOUNTAIN, NY 10911 | | Claim Number: 9841<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KEWLEY, JOE<br>P.O. BOX 192<br>WAUKEGAN, IL 60079 | | Claim Number: 5207<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,298.95 |
| KEY EQUIPMENT FINANCE, INC.<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | | Claim Number: 9256<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| SECURED | Claimed: | $34,626.96 |
| KEY EQUIPMENT FINANCE, INC.<br>ATTN RITA ROBLES<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | | Claim Number: 9626<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |
| SECURED | Claimed: | $34,626.96 |
| KEY FINANCIAL COPORATION<br>ATTN LYNN RUSHMORE, PRESIDENT<br>3631 131ST AVE N<br>CLEARWATER, FL 33762 | | Claim Number: 2553<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,565.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KEY LUI, AMY MAN
19 WEST STREET
NEW HYDE PARK, NY 11040

Claim Number: 1580
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $961.50 | Scheduled: | $2,977.54 CONT | Allowed: | $961.50 |
|---|---|---|---|---|---|---|

KEYSER, TODD
483 BEACHSIDE DR
WESTERVILLE, OH 43081-3039

Claim Number: 7691
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,595.00 |
|---|---|---|

KEYSPAN GAS EAST CORP DBA KEYSPAN ENERGY
DELIVERY LONG ISLAND
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

Claim Number: 4437
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| ADMINISTRATIVE | Claimed: | $53.61 |
|---|---|---|

KEYSTONE BUSINESS PRODUCTS
ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR
2298 BRODHEAD ROAD
BETHLEHEM, PA 18020

Claim Number: 2220
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5169 (07/18/2008)

| UNSECURED | Claimed: | $444.90 | Scheduled: | $148.30 |
|---|---|---|---|---|

KHAJURIVALA, KUMAR M.
11 KATIE LN
LEOMINSTER, MA 01453-5266

Claim Number: 7650
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $11,229.99 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KHAKHKHAR, PRAVIN H.<br>10840 SOMER LN<br>ORLAND PARK, IL 60467 | | Claim Number: 8759<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $15,787.99 |
| KHAN, SAHEED A.<br>P.O. BOX 8884<br>WOODLAND, CA 95776 | | Claim Number: 6913<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $17,145.00 |
| KHAN, SAHEED A.<br>P.O. BOX 8884<br>WOODLAND, CA 95776 | | Claim Number: 6914<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $11,507.00 |
| KHAN, SAHEED, A.<br>P.O. BOX 8884<br>WOODLAND, CA 95776 | | Claim Number: 6915<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $41,162.22 |
| KHAN, SETARA<br>5 SUGAR MAPLE COURT<br>DIX HILLS, NY 11746 | | Claim Number: 10767<br>Claim Date: 04/05/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8948 (06/21/2010) |
| SECURED | Claimed: | $1,571.21 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KHANNA, RADNEY<br>4 TANBARK RD<br>WINDHAM, NH 030871541 | | Claim Number: 3072<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| KHANNA, RADNEY FBO<br>FMT CO CUSTOMER IRA<br>PO BOX 732<br>4 TANBARK RD<br>WINDHAM, NH 03087 | | Claim Number: 3070<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $0.00   UNLIQ |
| KHANNA, SAMIR ROTH IRA<br>4 TANBARK RD<br>WINDHAM, NH 03087 | | Claim Number: 3073<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| KHODABANDEH, MOHSEN<br>2862 HYLAND PARK RD.<br>FAYETTEVILLE, AR 72701 | | Claim Number: 9649<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,213.57 |
| KIBIGER, SUZANNE<br>10708 MCCULLOCH RD<br>ORLANDO, FL 32817 | | Claim Number: 6052<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KIETA, VINCENT<br>1306 WINGARD DR<br>RADCLIFF, KY 40160-1446 | | Claim Number: 9545<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,259.12 | | | | | |
| KIETA, VINCENT JAMES<br>1306 WINGARD DR<br>RADCLIFF, KY 40160-1446 | | Claim Number: 9544<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $20,844.04 | | | | | |
| KIGHT REALTY CORPORATION<br>ATTN DAVID H. MACMILLAN, PRES./OWNER<br>PO BOX 12742<br>NORFOLK, VA 23541-0742 | | Claim Number: 7597<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,100.00 | | | Allowed: | $1,100.00 |
| KILDAY, JESSICA A<br>666 KOELBEL COURT<br>BALDWIN, NY 11510 | | Claim Number: 6597<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $567.00 | Scheduled: | $567.00  CONT | Allowed: | $567.00 |
| KILE, ALMA R.<br>549 BURTON COURT<br>CARLSBAD, CA 92011 | | Claim Number: 7221<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $26,010.99 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| KILLEEN, THOMAS<br>840 ELDRIDGE RD<br>FAIRLESS HILLS, PA 19030 | Claim Number: 3044<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |
| UNSECURED          Claimed:          $24,780.00 | | |
| KILROY REALTY L.P.<br>C/O LAWRENCE C. MEYERSON, ESQ.<br>578 WASHINGTON BLVD., STE. 867<br>MARINA DEL REY, CA 90292 | Claim Number: 8240<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | |
| UNSECURED          Claimed:          $1,132,670.79 | | |
| KILROY REALTY, L.P.<br>C/O LAWRENCE C. MEYERSON, ESQ.<br>578 WASHINGTON BLVD., STE. 867<br>MARINA DEL REY, CA 90292 | Claim Number: 8241<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | |
| UNSECURED          Claimed:          $243,664.20 | | |
| KIM KNOPF APPRAISAL<br>ATTN KIMBERLY KNOPF<br>221 KITTY HAWKS BAY DR<br>KILL DEVIL HILLS, NC 27948 | Claim Number: 3188<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |
| UNSECURED          Claimed:          $350.00 | | Allowed:          $350.00 |
| KIM VEST APPRAISALS<br>ATTN SHARON KIM VEST<br>PO BOX 945<br>JONESBOROUGH, TN 37659 | Claim Number: 6043<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |
| UNSECURED          Claimed:          $4,100.00 | | Allowed:          $4,100.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| KIMMEL, LILLIAN TTEE OF THE<br>LILLIAN KIMMEL REV. LIV. TR. DTD<br>3-25-99<br>301 LAKESIDE CIRCLE<br>POMPANO BEACH, FL 33060 | | Claim Number: 5116<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| SECURED | Claimed: | $11,351.41 |

| KINDLE, THERESA Y.<br>FCC AS CUSTODIAN<br>809 SHERBROOK<br>RICHARDSON, TX 75080-3015 | | Claim Number: 5781<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $10,251.54 |

| KINES, LINDA B.<br>12350 POLE RUN ROAD<br>DISPUTANTA, VA 23842 | | Claim Number: 7272<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,226.34 |

| KINES, LINDA B.<br>12350 POLE RUN ROAD<br>DISPUTANTA, VA 23842 | | Claim Number: 8795<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,106.50 |

| KING COUNTY, WASHINGTON<br>KING COUNTY<br>LINDA CRANE NELSEN<br>500 FOURTH AVE.<br>SEATTLE, WA 98104 - 15 | | Claim Number: 10143<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |
|---|---|---|
| PRIORITY | | Scheduled: $991.18 DISP CONT |
| SECURED | Claimed: | $1,704.84 |

| KING OFFICE SERVICES<br>ATTN ERIKA MAYORGA<br>13535 LARWIN CIRCLE<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 2913<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,117.99 | Scheduled: | $19,388.69 | Allowed: | $35,117.99 |

| KING RELOCATION SERVICES<br>ATTN ERIKA MAYORGA - AR SPECIALIST<br>13535 LARWIN CIRCLE<br>SANTA FE SPRING, CA 90670 | | Claim Number: 2914<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,299.00 | Scheduled: | $254.00 | Allowed: | $1,299.00 |

| KING RELOCATION SERVICES<br>ATTN ERIKA MAYORGA<br>13535 LARWIN CIRCLE<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 2915<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $744.00 | Scheduled: | $248.00 | Allowed: | $744.00 |

| KING, CHAD & GRIFFITHS-KING, JENNIFER<br>6019 UNIVERSITY AVE<br>DES MOINES, IA 50311 | | Claim Number: 966<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $164.77 | | | | |

| KING, HAROLD R. & BABARA L.<br>2353 HAWN AVE<br>REDDING, CA 96002-1627 | | Claim Number: 4944<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,281.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KING, JULIE L.<br>100 STEAMBOAT DRIVE<br>MOUNT HOLLY, NC 28120 | | Claim Number: 264<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,192.31 | | | Allowed: | $2,192.31 |
| KING, ROBERT & EVELYN<br>1625 27TH RD<br>CLAY CENTER, KS 67432-8169 | | Claim Number: 6323<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $10,000.00 | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | |
| TOTAL | Claimed: | $10,000.00 | | | | |
| KING, SHERYL<br>PO BOX 159<br>MAMARONECK, NY 105430159 | | Claim Number: 8695<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT | Allowed: | $1,384.62 |
| KINKEAD, JOHN & ENID R. JT TEN<br>5217 S DESERT WILLOW DR<br>GOLD CANYON, AZ 85218 | | Claim Number: 3666<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,950.00 | | | | |
| KINKER, VICKI S.<br>1517 HIAWATHA DR<br>OWOSSO, MI 48867 | | Claim Number: 7554<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KINNAMON, JOHN<br>29583 SKIPTON ESTATES DR<br>CORDOVA, MD 21625 | | Claim Number: 541<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,795.00 | Scheduled: | $1,795.00 CONT | Allowed: | $1,795.00 |
| KINNIEBREW, ROBERT L<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | | Claim Number: 6660<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| KINNIEBREW, ROBERT L.<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | | Claim Number: 1456<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| KINNIEBREW, ROBERT L.<br>PO BOX 567<br>WILLINGBORO, NJ 08046 | | Claim Number: 6722<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| KINSLOW, JENNIFER<br>719 3RD AVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 1809<br>Claim Date: 10/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,092.31 | Scheduled: | $2,092.31 CONT | Allowed: | $2,092.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| KIPER, NICHOLAS A. AND DENNIS W. JT TEN<br>7900 TRENDWOOD DRIVE<br>LINCOLN, NE 68506-6559 | | Claim Number: 6860<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,083.74 | | | | |
| KIPNIS, ROBIE<br>3 YORKE LN<br>OCEAN, NJ 07712 | | Claim Number: 1022<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $897.26 | | | | |
| KIPNIS, ROBIE<br>3 YORKE LN<br>OCEAN, NJ 07712 | | Claim Number: 1060<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,470.40 | Scheduled:<br>Scheduled: | $2,470.40  CONT<br>$897.26  CONT | Allowed: | $2,470.40 |
| KIRBY, DAVID S.<br>31 RAINBOW FLS<br>IRVINE, CA 92603-3439 | | Claim Number: 8406<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $4,827.59 | | | | |
| KIRK, CHRISTOPHER<br>19 AVALON CV<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 1190<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,153.85  CONT | Allowed: | $1,153.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KIRK, GLORIA VS. AMERICAN HOME MTG CORP.
2:06-CV02603 ATTN: W STEPHEN GARDNER,
MULLINS GARDNER PLC
P.O. BOX 41893
MEMPHIS, TN 38174

Claim Number: 7020
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7023 (02/17/2009)

| UNSECURED | Claimed: | $65,182.82 | Scheduled: | $0.00  UNLIQ |
|-----------|----------|------------|------------|--------------|

KIRK, PHILIP N.
139 COLDSTREAM ROAD
PHOENIXVILLE, PA 19460

Claim Number: 4980
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,643.22 |
|----------|----------|-----------|

KIRKPATRICK, GEORGE J AND VERONICA M
W6669 SOUTH SHORE DRIVE
DELAVAN, WI 53115

Claim Number: 6973
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,569.08 |
|-----------|----------|-----------|

KIRKWOOD, WALTER R.
101 ANGELINA DR
CHANDLER, TX 75758

Claim Number: 4258
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $7.00 |
|----------|----------|-------|
| SECURED | Claimed: | $158.00 |

KIROKAWA, ROY K. & JEANNE SUE, JT TEN
45-525 UALANI PLACE
KANEOHE, HI 96744

Claim Number: 8327
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $4,206.13 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $7,211.06 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KIRSCH, ALAN<br>178 NORTHAMPTON I<br>WEST PALM BCH, FL 33417-7614 | | Claim Number: 10452<br>Claim Date: 08/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |
| KIRSCH, JEROME, IRA<br>FCC AS CUSTODIAN<br>123 RADCLIFFE CT<br>GLENVIEW, IL 60026 | | Claim Number: 4910<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,458.20 |
| KIRTS, LARRY, CPS PLAN<br>WMS CUSTODIAN<br>12635 N 18TH PL<br>PHOENIX, AZ 85022 | | Claim Number: 4931<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $17,233.15 |
| KISIEL, FRED A. & JUDITH A.<br>1477 TURQUOISE DREIVE<br>CARLSBAD, CA 92011-1245 | | Claim Number: 10431<br>Claim Date: 07/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00  UNDET |
| KISIEL, FREDERICK A., TTEE<br>1477 TURQUOISE DRIVE<br>CARLSBAD, CA 92011-1245 | | Claim Number: 10430<br>Claim Date: 07/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00  UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

KIT LING TAM LI
79 HILLHURST DR
RICHMOND HILL, ON L4B 3C4
CANADA

Claim Number: 9052
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,636.11 | | | |
| --- | --- | --- | --- | --- | --- |

KITSOS, DEBRA
PO BOX 322
MASSAPEQUA, NY 11758-0322

Claim Number: 1069
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,877.88 | Scheduled: | $1,877.89 CONT | Allowed: | $1,877.88 |
| --- | --- | --- | --- | --- | --- | --- |

KITTRELL, KARL
28724 SANDHURST WAY
ESCONDIDO, CA 92026

Claim Number: 7208
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | |
| --- | --- | --- | --- | --- | --- |

KITTRELL, KARL
28724 SANDHURST WAY
ESCONDIDO, CA 92026

Claim Number: 7209
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | |
| --- | --- | --- | --- | --- | --- |

KKQX-FM
8274 HUFFINE LN
BOZEMAN, MT 597188118

Claim Number: 1706
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,092.00 | Scheduled: | $728.00 | Allowed: | $1,092.00 |
| --- | --- | --- | --- | --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KLAASSEN, DONALD R.
REV TR UTD 9/12/89 AS AMENDED
DONALD R KLAASSEN TTEE
1540 N BROADWAY #200A
WICHITA, KS 67214

Claim Number: 7408
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

KLAR, VIRGINIA
815 E WALNUT ST
LONG BEACH, NY 11561

Claim Number: 1013
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $819.44 | Scheduled: | $1,134.62  CONT | Allowed: | $819.44 |
|----------|----------|---------|------------|-----------------|----------|---------|

---

KLEIN, DEAN
11102 HARVEST RD
LITTLE FALLS, MN 56345

Claim Number: 6357
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $653.14 |
|-----------|----------|---------|

---

KLEIN, KAREN L.
14120 ELKHART ST.
LEROY, IN 46355

Claim Number: 3767
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| PRIORITY | Claimed: | $3,818.11 |
|----------|----------|-----------|
| UNSECURED | Claimed: | $3,818.11 |
| TOTAL | Claimed: | $3,818.11 |

---

KLEIN, KAREN S.
3815 S. DATE ST.
KENNEWICK, WA 99337

Claim Number: 4396
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,238.70 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KLEIN, LAWRENCE
14120 ELKHART ST
LEROY, IN 46355

Claim Number: 3958
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,913.42 | |
| UNSECURED | Claimed: | $2,913.42 | |
| TOTAL | Claimed: | $2,913.42 | |

KLEIN, LILLIAN
198 WESTGATE DRIVE
EDISON, NJ 08820

Claim Number: 3773
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,196.91 |

KLEIN, LISA A.
5712 PONCA RD
VIRGINIA BEACH, VA 23462

Claim Number: 1010
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $467.28 | Scheduled: | $628.85  CONT | Allowed: | $467.28 |

KLEIN, WILLIAM I.
PO BOX 253
ROCKAWAY, NJ 07866-0253

Claim Number: 4253
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,080.00 |

KLEIN, WILLIAM I.
PO BOX 253
ROCKAWAY, NJ 07866-0253

Claim Number: 4447
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,185.25 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KLEINS IRREV TRUST<br>UA 10-18-96<br>EMMI M ACKERMANN TR<br>41 EUCALYPTUS RD<br>BERKELEY, CA 94705-2801 | | Claim Number: 7621<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $70.00 |
| KLEMAN, BETTY J.<br>1604 SERENITY CIRCLE<br>NAPLES, FL 34110 | | Claim Number: 6048<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| KLIM, ROBERT E.<br>4495 SHOW LOW LAKE RD<br>LAKESIDE, AZ 85929 | | Claim Number: 3382<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,285.00 |
| TOTAL | Claimed: | $6,825.00 |
| KLIMISCH, KENNETH W.<br>901 MAPLE ST.<br>NORTHFIELD, MN 55057-2616 | | Claim Number: 5763<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,855.95 |
| KLINE, BRUCE A<br>PO BOX 6617<br>PAHRUMP, NV 890416617 | | Claim Number: 10068<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $777.33 | Allowed: | $777.33 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KLINE, BRUCE A.
PO BOX 6617
PAHRUMP, NV 890416617

Claim Number: 3222
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $777.33 | Scheduled: | $777.33 | Allowed: | $777.33 |
|---|---|---|---|---|---|---|

KLINE, VANESSA J
16576 SULTANA ST  APT 423
HESPERIA, CA 92345-7949

Claim Number: 2394
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $867.00 | Scheduled: | $867.00  CONT | Allowed: | $867.00 |
|---|---|---|---|---|---|---|

KLOTZ, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

Claim Number: 3299
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $936.00 | | | | |
|---|---|---|---|---|---|---|

KLOTZ-REUILLE, LORI
7724 E DISTO DRIVE
NEW HAVEN, IN 46774

Claim Number: 1422
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $936.00 | | | | |
|---|---|---|---|---|---|---|

KLOTZ-REUILLE, LORI
7724 E DISTO DRIVE
NEW HAVEN, IN 46774

Claim Number: 3298
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $936.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| KLUESNER, KENNETH L. & BETTY D.<br>323 THIRD ST. - BOX 506<br>BLOOMINGTON, WI 53804 | | Claim Number: 3836<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,923.34 | | | | |
| KLW RESIDENTIAL INC<br>ATTN ROBERT KUSZARCK<br>247 CAYUGA RD<br>BUFFALO, NY 14225 | | Claim Number: 2379<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $575.00 | | |
| KNAG, PAUL E. JR.<br>60 E 9TH ST,<br># 505<br>NEW YORK, NY 10003 | | Claim Number: 5659-01<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,500.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$33,218.55  CONT | Allowed: | $7,500.00 |
| KNAG, PAUL E. JR.<br>60 E 9TH ST,<br># 505<br>NEW YORK, NY 10003 | | Claim Number: 5659-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $25,165.39 | | | Allowed: | $25,165.39 |
| KNAG, PAUL E., JR.<br>60 E 9TH ST #505<br>NEW YORK, NY 10003 | | Claim Number: 379<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $10,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | | Claim Number: 745<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
| PRIORITY | Claimed: | $8,653.84 | | |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | | Claim Number: 746-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $3,450.00 | Allowed: | $3,450.00 |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | | Claim Number: 746-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | |
| UNSECURED | Claimed: | $6,550.00 | | |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | | Claim Number: 747<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,695.27 | Allowed: | $2,695.27 |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | | Claim Number: 1221<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $32,863.75 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KNEIP PUNDT, LISA K<br>8616 LONG MEADOW DR<br>JOHNSTON, IA 50131 | | Claim Number: 1460<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,325.86 | Scheduled: | $4,804.32 CONT | Allowed: | $4,325.86 |
| KNICOS, JAMES & TARA<br>1908 SAUCON LANE<br>BETHLEHEM, PA 18015 | | Claim Number: 4703<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $410,073.24 | | | | |
| KNIGHT, DOUGLAS L.<br>801 EL PASO DR<br>SOUTH SIOUX CITY, NE 68776-3412 | | Claim Number: 5634<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $231.99 | | | | |
| KNIGHT, DOUGLAS L. SEP IRA<br>FCC AS CUSTODIAN<br>801 EL PASO DR<br>SOUTH SIOUX CITY, NE 68776-3412 | | Claim Number: 5635<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $2,421.11 | | | | |
| KNIGHT, DOUGLAS L. SEP IRA<br>FCC AS CUSTODIAN<br>801 EL PASO DR<br>SOUTH SIOUX CITY, NE 68776-3412 | | Claim Number: 5636<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $4,006.54 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| KNIGHT, TERI<br>2471 S BAHAMA WAY<br>AURORA, CO 80013 | | Claim Number: 9425<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,961.54 | Scheduled:<br>Scheduled: | $2,526.34 CONT<br>$715.97 CONT | Allowed: | $1,961.54 |
| KNIPERS, DONALD D.<br>4551 LAKESIDE DR<br>RENSSELAER, IN 479787549 | | Claim Number: 9695<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $23,919.86 | | | |
| KNORR, DAVID A.<br>132 CLAYBROOK DR.<br>E. PALESTINE, OH 44413 | | Claim Number: 8473<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $3,500.00<br>$3,500.00<br>$3,500.00 | | | |
| KNORR, JOANN<br>4112 CONVERSE DR<br>RALEIGH, NC 27609 | | Claim Number: 8040<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $1,092.00<br>$1,974.75 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KNORR, JOANN
4112 CONVERSE DR
RALEIGH, NC 27609

Claim Number: 8041
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,000.00 |
| SECURED | Claimed: | $8,147.06 |

KNOTT, JEFFERY L.
8596 W. 84TH CIR.
ARVADA, CO 80005-2314

Claim Number: 4843
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,300.00 |

KNOTT, MARION
14 GROVE ST.
BOONTON, NJ 07005

Claim Number: 7125
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,555.00 |

KNOTT, SHERRY A. (WALTERS, SHERRY)
3468 MORTON PULLIAM ROAD
ROXBORO, NC 27574

Claim Number: 2806
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $250.00  CONT | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |

KNOWLES, JAMES A
PO BOX 24073
HALETHORPE, MD 212270573

Claim Number: 3557
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $160.00 | Allowed: | $160.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KNOWLES, JONATHAN C
815 S. WOLF RD
COLUMBIA CITY, IN 46725

Claim Number: 2804
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $433.60 | Scheduled: | $433.60 CONT | Allowed: | $433.60 |
|---|---|---|---|---|---|---|

KNOWLTON, KRISTINE M (KRIS)
430 SW 13TH AVE
APT 810
PORTLAND, OR 972052364

Claim Number: 6351
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $553.92 | Scheduled: | $553.92 CONT | Allowed: | $553.92 |
|---|---|---|---|---|---|---|

KNOX COUNTY TRUSTEE
ATTN FRED A. SISK, TRUSTEE
P.O. BOX 70
KNOXVILLE, TN 37901

Claim Number: 2878
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| SECURED | Claimed: | $642.67 | | | | |
|---|---|---|---|---|---|---|

KNUCKLES, DENEEN
2006 CANDELAR DR
HIGH POINT, NC 27265-1473

Claim Number: 4820
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

KNUDSEN, GARY
PO BOX 1101
MALTA, MT 59538-1101

Claim Number: 10397
Claim Date: 05/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

KNUDSON, BRAD
363 ANJOU DRIVE
NORTHBROOK, IL 60062

Claim Number: 5506
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $5,226.00 | | | | |

---

KNUDSON, KAY F.
1304 WADE ST
LEXINGTON, NE 68850

Claim Number: 4901
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,861.99 | | | | |

---

KNUDSON, KAY F. & SHIRLEY M.
1304 WADE ST
LEXINGTON, NE 68850

Claim Number: 4900
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,704.34 | | | | |

---

KNUTH, KIMBERLY
1922 ST JOSEPH BLVD
FORT WAYNE, IN 46805

Claim Number: 2402
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $269.28 | Scheduled: | $269.28 CONT | Allowed: | $269.28 |

---

KNUTSON, GLORIA
2700 ASSOCIATED ROAD #C64
FULLERTON, CA 92835

Claim Number: 8408
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $284.75 | Scheduled: | $182.75 CONT | Allowed: | $284.75 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KOBIELSKY, PATRICK<br>PO BOX 530459<br>HENDERSON, NV 89053 | | Claim Number: 1220-01<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $9,034.52 CONT | Allowed: | | $10,950.00 |
| KOBIELSKY, PATRICK<br>PO BOX 530459<br>HENDERSON, NV 89053 | | Claim Number: 1220-02<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $125.26 | | | | | |
| KOBORSSY, GHASSAN C.<br>262 PALM VALLEY BLVD #109<br>SAN JOSE, CA 95123 | | Claim Number: 3866<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $837.00 | | | Allowed: | | $837.00 |
| KOCAK, MICHAEL<br>25 ROYAL PALM CIR<br>LARGO, FL 337781301 | | Claim Number: 3428<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| KOCH, ROBERT<br>1201 KIMBALL COURT<br>NAPERVILLE, IL 60540 | | Claim Number: 4352<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| SECURED | Claimed: | $19,866.90 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

KODIAK FUNDING LP
C/O WINSTON & STRAWN LLP
ATTN DAVID W WIRT
35 WEST WACKER DRIVE
CHICAGO, IL 60601

Claim Number: 7063
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10287 (12/20/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $85,000,000.00 | UNLIQ |

KODIAK FUNDING, LP
ATTN: DAVID W. WIRT
35 WEST WACKER DRIVE
CHICAGO, IL 60601

Claim Number: 7107
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10287 (12/20/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $85,000,000.00 | UNLIQ |

KOEHLINGER SECURITY TECHNOLOGY
ATTN KIM S KOEHLINGER, PRESIDENT
421 EAST WASHINGTON BLVD.
FORT WAYNE, IN 46802-3219

Claim Number: 2866
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120.31 | Allowed: | $120.31 |

KOENEMAN, SCOTT
3536 BARTER ST
SAINT CHARLES, MO 63301-8155

Claim Number: 7524
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $384.62 | Scheduled: | $384.62 CONT | Allowed: | $384.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA AND LISE C/O STEPHEN H. FINKESLTEIN, ESQ. 369 LEXINGTON AVE RM 1201 NEW YORK, NY 10017-6527 | Claim Number: 10140 Claim Date: 03/24/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7023 (02/17/2009) |
|---|---|
| UNSECURED    Claimed:    $436,625.00 | |
| KOERNER, ROBERT J. 2308 HURSTVIEW DRIVE HURST, TX 76054-2720 | Claim Number: 9977 Claim Date: 02/19/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5461 (08/18/2008) |
| UNSECURED    Claimed:    $7,388.18 | |
| KOERTGE, CAROL A. PO BOX 100 CORAM, NY 11727 | Claim Number: 535 Claim Date: 09/10/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10584 (09/17/2012) |
| PRIORITY    Claimed:    $1,559.87    Scheduled:    $1,559.87  CONT | |
| KOFAX IMAGE PRODUCTS ATTN HIAM MATTOX, CFO 16245 LAGUNA CANYON ROAD IRVINE, CA 92618 | Claim Number: 9750 Claim Date: 01/22/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 4295 (05/29/2008) |
| UNSECURED    Claimed:    $10,500.00 | |
| KOFFMAN FOUR ACCOUNT ET AL ATTN BARRY KOFFMAN (AGENT) 224 MAIN STREET BINGHAMTON, NY 13905 | Claim Number: 6426 Claim Date: 12/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4027 (05/12/2008) |
| UNSECURED    Claimed:    $44,708.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KOGER, PATRICIA A. & KENNETH J. JT TEN<br>4595 S. 890 E.<br>WOLCOTTVILLE, IN 46795 | | Claim Number: 5633<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,973.30 | | | | | |
| KOHL, KRISTEN M.<br>2620 PECONIC AVE<br>SEAFORD, NY 11783 | | Claim Number: 9854<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $730.77 | | | | | |
| KOHL, RICHARD P<br>32 AUDLEY CIR.<br>PLAINVIEW, NY 11803 | | Claim Number: 10669<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | | |
| KOHL, RICHARD P.<br>32 AUDLEY CIR<br>PLAINVIEW, NY 11803 | | Claim Number: 465<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $5,584.62 | Scheduled: | $6,701.54  CONT | Allowed: | $5,584.62 |
| KOHLBERG, JEFFREY M.<br>2750 COMMONS DR UNIT 207<br>GLENVIEW, IL 60026-7814 | | Claim Number: 10095<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $62.00 | | | Allowed: | $62.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KOHLER PROPERTIES<br>PO BOX 6<br>15 N. E. THIRD STREET<br>GRESHAM, OR 97030 | | Claim Number: 2057<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 | | | |
| KOHLHOFER, BEVERLY MARIE (IRA)<br>4855-296TH ST<br>TOLEDO, OH 43611 | | Claim Number: 3533<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| KOHN, JOANNE<br>4 PINE VALLEY CT<br>HOLMDEL, NJ 07733 | | Claim Number: 3252<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,383.25 | | | | | |
| KOIFMAN, OLEG<br>2832 W 23RD ST APT 4E<br>BROOKLYN, NY 11224 | | Claim Number: 884<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,083.33 | | | | | |
| KOIFMAN, OLEG<br>2832 W 23RD ST APT 4E<br>BROOKLYN, NY 11224 | | Claim Number: 6769<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08  CONT | Allowed: | $1,923.08 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KOIFMAN, OLEG<br>2832 W 23RD ST APT 4E<br>BROOKLYN, NY 11224 | | Claim Number: 6770<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,083.33 | | | | | |
| KOLDROCK WATERS, INC<br>P.O. BOX 248<br>EDINBORO, PA 16412 | | Claim Number: 2108<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $18.53 | | | | | |
| KOONS, KEVIN L.<br>3609 CUMMINGS WAY<br>N HIGHLANDS, CA 95660-3326 | | Claim Number: 10193<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| SECURED | Claimed: | $673,400.00 | | | | | |
| KOOTENAI COUNTY TREASURER<br>ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY<br>C/O KOOTENAI COUNTY LEGAL SERVICES<br>PO BOX 9000<br>COEUR D ALENE, ID 83816-9000 | | Claim Number: 9570<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 6574 (11/13/2008) | | | | | |
| SECURED | Claimed: | $1,307.86 | | | | | |
| KOPF, DAVID<br>16 PACIFIC GROVE DR<br>ALISO VIEJO, CA 92656 | | Claim Number: 7940<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,568.77 | Scheduled: | $7,137.86 CONT | Allowed: | $3,568.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KOPF, DAVID E.<br>16 PACIFIC GROVE DR<br>ALISO VIEJO, CA 92656 | | Claim Number: 560<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,568.77 | | | | | |
| KOPPELMAN, MITCH<br>535 VALLEY VIEW RD<br>TOWSON, MD 21296-1991 | | Claim Number: 6799<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $11,882.00<br>$11,882.00<br>$11,882.00 | | | | | |
| KOPPIE, JANE B<br>20558 BROAD RUN DR<br>STERLING, VA 20165 | | Claim Number: 6602<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,851.20 | Scheduled: | $1,851.20  CONT | Allowed: | $1,851.20 |
| KORBLER, JUDITH<br>204 WHITE CAP LANE<br>NEWPORT COAST, CA 92657 | | Claim Number: 6377<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |
| KORDIC, TOMISLAV (TOM)<br>2 HILTON COURT<br>STONY BROOK, NY 11790 | | Claim Number: 5964<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,788.46 | Scheduled: | $2,788.46  CONT | Allowed: | $2,788.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

KORO, KEVIN
515 E. LAS OLAS BLVD SUITE 1200
ATTN: SCOTT RAMO, ADVISOR
FT. LAUDERDALE, FL 33301-4203

Claim Number: 7876
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $4,274.11 | | | |
|---|---|---|---|---|---|

KOS, STANLEY E AND MAUREEN
1 KEY BISCAYNE WAY
LEESBURG, FL 34788

Claim Number: 2387
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $576.00 | | Allowed: | $576.00 |
|---|---|---|---|---|---|

KOSHY, KAREN ROLLOVER IRA
5728 GREEN HOLLOW LN
THE COLONY, TX 75056

Claim Number: 6185
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $22,807.00 | | | |
|---|---|---|---|---|---|

KOSHY, THOMAS
5728 GREEN HOLLOW LN
THE COLONY, TX 75056

Claim Number: 6067
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $22,409.95 | | | |
|---|---|---|---|---|---|

KOSS, MARILYN J
150 SMETHWICK LANE
ELK GROVE VILLAGE, IL 60007

Claim Number: 7718
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,773.08 | Scheduled: | $4,159.62 CONT | Allowed: | $2,773.08 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KOTHARY, MANISH<br>4304 CHASTAIN WALK NE<br>ATLANTA, GA 303423361 | | Claim Number: 8999<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) |
| UNSECURED | Claimed: | $772,300.00 |
| KOTHARY, MANISH<br>444 WASHINGTON BLVD<br>STE 6238<br>JERSEY CITY, NJ 07310 | | Claim Number: 9051<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $2,866,841.00 |
| KOTSINES, MARIA<br>45 PEACHTREE ROAD<br>OAKHURST, NJ 07755 | | Claim Number: 9851<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,003.66 |
| TOTAL | Claimed: | $1,033.66 |
| KOTVASZ, ANDREW L.<br>148 N 750 W<br>VALPARAISO, IN 46385 | | Claim Number: 3956<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,574.95 |
| SECURED | Claimed: | $2,574.95 |
| UNSECURED | Claimed: | $2,574.95 |
| TOTAL | Claimed: | $2,574.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KOTVASZ, ANDREW L. | | Claim Number: 4598 |
| 148 N 750 W | | Claim Date: 11/30/2007 |
| VALPARAISO, IN 46385 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,550.95 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,550.95 |
| TOTAL | Claimed: | $2,550.95 |
| KOTVASZ, CAROLYN M. | | Claim Number: 3951 |
| 148 N 750 W | | Claim Date: 11/30/2007 |
| VALPARAISO, IN 46385 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $5,065.90 |
| SECURED | Claimed: | $5,065.90 |
| UNSECURED | Claimed: | $5,065.90 |
| TOTAL | Claimed: | $5,065.90 |
| KOTVASZ, CAROLYN M. | | Claim Number: 3952 |
| 148 N 750 W | | Claim Date: 11/30/2007 |
| VALPARAISO, IN 46385 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,574.95 |
| SECURED | Claimed: | $2,574.95 |
| UNSECURED | Claimed: | $2,574.95 |
| TOTAL | Claimed: | $2,574.95 |
| KOUMANTAKIS, GEORGE G | | Claim Number: 10209 |
| 8 SOUTH EAGLE CIRCLE | | Claim Date: 04/14/2008 |
| AURORA, CO 80012 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $20,133.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KOUO, LUCILLE H. E.<br>2710 PLYMOUTH DRIVE<br>CAPE GIRARDEAU, MO 63701 | | Claim Number: 9702<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| KOURIL, LUANN<br>47 STEVEN PL<br>CORAM, NY 11727-4500 | | Claim Number: 1065<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT | Allowed: | $1,292.31 |
| KOVAC, SANJA S<br>7871 TYSON OAKS CIR<br>VIENNA, VA 22182-3935 | | Claim Number: 4690<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,116.92 | Scheduled: | $1,116.92  CONT | Allowed: | $1,116.92 |
| KOVACH, ROBERT J.<br>44 HARBOR DR<br>SAINT HELENA ISLAND, SC 29920 | | Claim Number: 3745<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,855.00 | | | | | |
| KOVEN, JUDITH IRA<br>22538 N. PADARO DR.<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5068<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $4,865.25 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| KOVEN, SHELDON & JUDITH<br>22538 N. PADARO DR.<br>SUN CITY WEST, AZ 85375 | | Claim Number: 5069<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,129.25 | | | | |
| KOVES, PAMELA<br>1463 STARK AVE NW<br>GRAND RAPIDS, MI 49534 | | Claim Number: 7586<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,131.92 | Scheduled: | $1,131.92 CONT | Allowed: | $1,131.92 |
| KOWNURKO, LEONARD I & MARCELLA R JT TEN<br>25 LAKEVIEW DRIVE<br>SOUTHAMPTON, PA 18966-2053 | | Claim Number: 9270<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,580.00 | | | | |
| KOZAK, EDWARD T.<br>10102 FALLOW CT<br>WEXFORD, PA 15090 | | Claim Number: 8218<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,246.00 | | | | |
| KOZAK, EDWARD T.<br>10102 FALLOW CT<br>WEXFORD, PA 15090 | | Claim Number: 8219<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,811.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KOZIELEK, RAYMOND F., TRUSTEE | | Claim Number: 4188 |
| RAYMOND F. KOZIELEK REV. LIV. TRUST | | Claim Date: 12/03/2007 |
| 2741 HARVEY PLACE | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| APT. 118 | | Comments: EXPUNGED |
| GRANITE CITY, IL 62040 | | DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,646.00 |

| | | |
|---|---|---|
| KRAEMER, ELLEN JO | | Claim Number: 5446 |
| CHAS. SCHWAB & CO INC CUST. | | Claim Date: 12/13/2007 |
| IRA ROLLOVER | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| PO BOX 3523 | | Comments: EXPUNGED |
| BOONE, NC 28607 | | DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $9,856.80 |

| | | |
|---|---|---|
| KRAEMER, ELLEN JO | | Claim Number: 5447 |
| P.O. BOX 3523 | | Claim Date: 12/13/2007 |
| BOONE, NC 28607 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 5461 (08/18/2008) |
| SECURED | Claimed: | $16,138.40 |

| | | |
|---|---|---|
| KRAEMER, ELLEN JO & MELANIE & VANESSA | | Claim Number: 5445 |
| JT TEN | | Claim Date: 12/13/2007 |
| P.O. BOX 3523 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| BOONE, NC 28607 | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $10,437.95 |

| | | |
|---|---|---|
| KRAEMER, JEROME | | Claim Number: 6652 |
| 440 CLAIBORNE | | Claim Date: 12/31/2007 |
| DRY RIDGE, KY 41035 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,673.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KRAEMER, MELANIE IRA FBO VFTC AS CUSTODIAN ROTH ACCOUNT PO BOX 3523 BOONE, NC 28607-0823 | | Claim Number: 5441 Claim Date: 12/13/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $2,755.50 |
| KRAMER, BRUCE D. 98 NORTH ROW RD STERLING, MA 01564 | | Claim Number: 8425 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,505.00 |
| KRAMER, CYNTHIA A. 8702 RAIL FENCE RD FORT WAYNE, IN 46835-8814 | | Claim Number: 5197 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| KRAMER, THEODORE AND SIGRID 2218 N. ROAD 56 PASCO, WA 99301 | | Claim Number: 6320 Claim Date: 12/24/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $2,866.00 |
| KRAPPMAN, MATTHEW J. & SARAH TTEES KRAPPMAN TRUST DTD 9/28/07 439 DAROCA AVE. SAN GABRIEL, CA 91775 | | Claim Number: 8655 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $67,898.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KRAUSE, CARL H. & DOROTHY M.<br>818 SUMMER MEADOW CT.<br>ST. LOUIS, MO 63125 | | Claim Number: 4721<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $13,767.61 |
| KREAMER, STEVEN<br>4855 PARKER RD.<br>HAMBURG, NY 14075 | | Claim Number: 7902<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $56,733.96 |
| KREIN, DIANE<br>242 EAST DRIVE<br>HURLEY, NY 12443 | | Claim Number: 6140<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,168.99 |
| KREIN, HAROLD<br>242 EAST DRIVE<br>HURLEY, NY 12443 | | Claim Number: 6139<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,183.99 |
| KREIN, HAROLD<br>242 EAST DRIVE<br>HURLEY, NY 12443 | | Claim Number: 6141<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,168.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KREIN, HAROLD<br>242 EAST DRIVE<br>HURLEY, NY 12443 | | Claim Number: 6142<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $6,168.99 |
|---|---|---|

| | | |
|---|---|---|
| KREISS, RICHARD C. & KATY C. JT TEN<br>5100 AURORA DRIVE<br>LEESBURG, FL 34748 | | Claim Number: 3161<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $72,829.85 |
|---|---|---|

| | | |
|---|---|---|
| KRENGER REAL ESTATE<br>ATTN JOHN R KRENGER<br>3304 NORTH HALSTED<br>CHICAGO, IL 60657 | | Claim Number: 5627<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 | Allowed: | $2,500.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| KRENNING, LYNDA K.<br>1297 GREENVISTA LN<br>GULF BREEZE, FL 32563-3410 | | Claim Number: 4760<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $16,692.58 |
|---|---|---|

| | | |
|---|---|---|
| KREUTZ, CONNIE H. & MARTIN<br>426 VAN HORN<br>HOLTS SUMMIT, MO 65043-1569 | | Claim Number: 5675<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $3,750.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| KRIEGER, DENISE<br>3019 CHESTNUT AVE<br>MEDFORD, NY 11763-1825 | | Claim Number: 1583<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | | | | |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $0.00<br>$21.40<br>$64.75<br>$1,385.65 | | | | |
| KRIEGER, DENISE A<br>3019 CHESTNUT AVE<br>MEDFORD, NY 11763-1825 | | Claim Number: 7549<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,328.20 | Scheduled: | $1,328.20 CONT | Allowed: | $1,328.20 |
| KRIEGER, JACQUELYN<br>1602 WAVE AVE<br>MEDFORD, NY 11763 | | Claim Number: 1584<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,266.30 | Scheduled: | $1,266.46 CONT | Allowed: | $1,266.30 |
| KRIEGER, JENNIFER<br>1602 WAVE AVE<br>MEDFORD, NY 11763-1738 | | Claim Number: 1585<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$1,010.70 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KRIEGER, JENNIFER M<br>1602 WAVE AVE<br>MEDFORD, NY 11763-1738 | | Claim Number: 6795<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,010.59 | Scheduled: | $1,010.59 CONT | Allowed: | | $1,010.59 |
| UNSECURED | Claimed: | $0.00 | | | | | |
| KRIEGLER, JOSEPH F.<br>7402 S. 140 AVE<br>OMAHA, NE 68138 | | Claim Number: 6521<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,798.00 | | | | | |
| KRIEGLER, JOSEPH F. CUST. FOR<br>WILLIAM R. NERVIG IV<br>UNDER NE/UTMA<br>7402 S. 140 AVE<br>OMAHA, NE 68138 | | Claim Number: 4492<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $959.99 | | | | | |
| KRIEWALDT & ASSOCIATES, INC.<br>ATTN JODI L. KRIEWALDT, PRESIDENT<br>1629 N. RICHMOND STREET<br>APPLETON, WI 54911 | | Claim Number: 2718<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $500.00 | | | Allowed: | | $500.00 |
| KRIMPER, ROBERT P<br>75 MCCULLOCH DR<br>HUNTINGTN STA, NY 117467905 | | Claim Number: 2919<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77 CONT | Allowed: | | $3,230.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | | Claim Number: 1100<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|---|
| PRIORITY | Claimed: | $2,150.00 |
| UNSECURED | Claimed: | $2,150.00 |
| TOTAL | Claimed: | $2,150.00 |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | | Claim Number: 1182<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,150.00 |
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | | Claim Number: 3865<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9142 (08/13/2010)<br>Amends claim number 1182 |
| UNSECURED | Claimed: | $1,750.00 |
| KRIZUK, EDWARD H.<br>24039 CHICAGO<br>DEARBORN, MI 48124 | | Claim Number: 5365<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,017.00 |
| KROCKER, SHANNON<br>2508 BOLTON DRIVE<br>FORT WAYNE, IN 46805 | | Claim Number: 9733<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $728.00 |
| UNSECURED | Claimed: | $728.00 |
| TOTAL | Claimed: | $728.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| KROEKER, DEBORAH A.<br>816 TIPTON LOOP<br>MOUNTAIN HOME, AR 726534933 | Claim Number: 4030<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $6,011.99 | | |
| UNSECURED | Claimed: | $6,011.99 | | |
| TOTAL | Claimed: | $6,011.99 | | |
| KROL, FRANK & JEANNETTE<br>6411 WEST 81ST STREET<br>BURBANK, IL 60459 | Claim Number: 4512<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| KROLL, ROBERT E.<br>315 CALAMUS CIRCLE<br>MEDINA, MN 55340 | Claim Number: 5582<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,939.95 | | |
| KROUGLOW, ALEXANDER AND LAURA<br>2333 ANONRIDGE CIRCLE<br>OAKVILLE, ON L6M 4T9<br>CANADA | Claim Number: 6910<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $7,346.58 | | |
| KRUCEK, DANIEL<br>20835 N COUNTY LN<br>DEER PARK, IL 60010 | Claim Number: 3181<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | |
| PRIORITY | Claimed: | $1,849.26 | Allowed: | $1,849.26 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| KRUG, DEAN L.<br>531 N RICHMOND ST<br>WICHITA, KS 67203-5006 | | Claim Number: 3272<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KRUMANOCKER, JOHN<br>5 FAIRLAWN LANE<br>TROY, NY 12180 | | Claim Number: 7124<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,546.00 | | |
| KRUPSAW, JANETTE R.<br>402 LONG FOREST CI<br>ANDERSON, SC 29625 | | Claim Number: 6360<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $19,069.33 | | |
| KRUSE WAY, LLC<br>SCOTT H. OLSON, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105-2930 | | Claim Number: 6146<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7232 (04/07/2009) | | |
| UNSECURED | Claimed: | $160,794.00 | Allowed: | $80,397.00 |
| KRUSE WAY, LLC<br>SCOTT H. OLSON, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105-2930 | | Claim Number: 6148<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7232 (04/07/2009) | | |
| UNSECURED | Claimed: | $171,621.72 | Allowed: | $85,810.86 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KRUSE WAY, LLC<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10846<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) |
|---|---|---|
| UNSECURED | Claimed: | $332,415.72 |
| KRUSE, HOWARD<br>2128 ST AUGUSTINE CIR<br>PETALUMA, CA 94954 | | Claim Number: 9690<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,592.46 |
| KRUSE, JEAN M.<br>1243 170TH AVE<br>DONNELLSON, IA 52625-9306 | | Claim Number: 7280<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,103.93 |
| KRUSE, LARRY W.<br>1243 170TH AVE<br>DONNELLSON, IA 52625-9306 | | Claim Number: 7293<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $46,171.06 |
| KUCZERO, GEORGE A.<br>15162 HILLTOP DRIVE<br>ORLAND PARK, IL 60462 | | Claim Number: 6745<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,007.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KUHLMEIER, PAUL D.<br>5296 E SOFTWOOD DR<br>BOISE, ID 83716 | | Claim Number: 4433<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $103,225.35 |

| | | |
|---|---|---|
| KUHN, ASHLEY<br>46 BUCKSKIN LN<br>SELDEN, NY 11784 | | Claim Number: 7000<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |

PRIORITY                                                    Scheduled:            $320.00  CONT
UNSECURED          Claimed:            $320.00

| | | |
|---|---|---|
| KUHN, BRIGETTE F.<br>1860 ALA MOANA BLVD # 906<br>HONOLULU, HI 96815-1637 | | Claim Number: 9674<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,402.00 |

| | | |
|---|---|---|
| KUHNER, RAYMOND E.<br>1738 WASHINGTON AVE<br>SEAFORD, NY 11783 | | Claim Number: 517<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

PRIORITY          Claimed:          $1,151.30          Scheduled:          $1,151.30  CONT          Allowed:          $1,151.30

| | | |
|---|---|---|
| KUITI, DIANNE K.<br>2233 VERMILION RD<br>DULUTH, MN 55903 | | Claim Number: 3839<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,280.10 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KUKES, JERRY W.<br>30024 SCENIC DR. N.E.<br>POULSBO, WA 98370 | | Claim Number: 5793<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $354,718.00 |
| KUMAR, ARUN & SHALINI<br>2126 S BEVERLY DRIVE<br>LOS ANGELES, CA 90034 | | Claim Number: 7065<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,152.95 |
| KUMMER, DAVID<br>FCE AS CUSTODIAN<br>363 HWY 109<br>CHESTERFIELD, MO 63005-4113 | | Claim Number: 4645<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,500.00 |
| KUNADIA, HARSHADRAY<br>6415 CORDONA DR<br>KATY, TX 77449 | | Claim Number: 3261<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $10,915.98<br>$10,915.98<br>$10,915.98 |
| KUNZMAN, REBECCA R.<br>201 GLORIETTA BLVD<br>ORINDA, CA 94563 | | Claim Number: 9790<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,409.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| KUO, IN-TIN TIMOTHY & CHUN-CHEN<br>4409 CROSS VALEY RUN<br>AUSTIN, TX 78731 | | Claim Number: 4504<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,549.80 | | | | |
| KUO, YU NUNG<br>35 N WOODHULL RD<br>HUNTINGTON, NY 11743 | | Claim Number: 3796<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00 CONT | Allowed: | $2,500.00 |
| KUPPER, VICTOR DAVID TTEE<br>5450 VESPER AVE APT A213<br>SHERMAN OAKS, CA 91411-4241 | | Claim Number: 3746<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $3,274.00 | | | | |
| KUSSEROW, ANNEGRET<br>3479 S. WAKEFIELD ST<br>ARLINGTON, VA 22206 | | Claim Number: 7172<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,235.95 | | | | |
| KUSSMANN, CHERYL<br>200 N ARLINGTON HEIGHTS RD APT 621<br>ARLINGTON HTS, IL 600046050 | | Claim Number: 1901<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77 CONT | Allowed: | $830.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| KUSUNIS, KEITH<br>1736 FERNRIDGE<br>SAN DIMAS, CA 91773-1309 | | Claim Number: 4642<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,068.00 |
| KUSUNIS, KEITH<br>1736 FERNRIDGE<br>SAN DIMAS, CA 91773-1309 | | Claim Number: 4816<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,798.00 |
| KUTAS, IRVING AND ESTHER L.<br>2033 PLUMB LANE<br>BATAVIA, OH 45103 | | Claim Number: 6773<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,401.90 |
| KWONG, WAI S.<br>910 W SHORB ST APT A<br>ALHAMBRA, CA 91803-2448 | | Claim Number: 9432<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $163.95 |
| KYAN, CHWAN P KYAN<br>ETRADE FINANCIAL<br>PO BOX 1542<br>ARLINGTON, VA 22116-1542 | | Claim Number: 4664<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,406.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| KYLE, VIRGIL<br>14 PONDERS END<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 9911<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $23,456.14 | Scheduled: | $23,456.14 CONT |

| KYZER, I. BRAXTON<br>738 BRUCE ST.<br>CHARLESTON, SC 29412 | | Claim Number: 8749<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,775.00 |

| KYZER, I. BRAXTON & MERLE R.<br>738 BRUCE ST.<br>CHARLESTON, SC 29412 | | Claim Number: 8746<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,933.00 |

| KYZER, IRVIN B.<br>738 BRUCE ST.<br>CHARLESTON, SC 29412 | | Claim Number: 8748<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,743.00 |

| KYZER, IRVIN B. & MERLE R.<br>738 BRUCE ST.<br>CHARLESTON, SC 29412 | | Claim Number: 8750<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,048.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| KYZER, MERLE R.<br>738 BRUCE ST.<br>CHARLESTON, SC 29412 | | Claim Number: 8747<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,301.00 | | |
| L H MARKS<br>PO BOX 10126<br>JACKSONVILLE, FL 32247 | | Claim Number: 2643<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) | | |
| UNSECURED | Claimed: | $350.00 | | |
| L&H APPRAISAL SERVICES<br>PO BOX 1341<br>590 W WASHINGTON ST<br>MARTINSVILLE, IN 46151 | | Claim Number: 271<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $3,325.00 | Allowed: | $3,325.00 |
| L'HOMME, PAUL R.<br>165 EGRET LANE<br>VERO BEACH, FL 32963 | | Claim Number: 3281<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,103.81 | | |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10516<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $256.39 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10517<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (06/02/2009) |
| SECURED | Claimed: | $298,176.83 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10553<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| SECURED | Claimed: | $304,363.41 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 10705<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $324,612.16 |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 10726<br>Claim Date: 06/22/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9902 (03/29/2011) |
| SECURED | Claimed: | $292,044.76 |
| LAAKMANN, THOMAS<br>5700 RUXTON WAY<br>WILMINGTON, NC 28409 | | Claim Number: 6315<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $997.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LABAUVE, THERESA
495 PELICAN LN S
JUPITER, FL 33458

Claim Number: 8988
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,123.33 |
| --- | --- | --- |

LABEAU, KELLY C.
10507 118TH TERRACE
LARGO, FL 33773

Claim Number: 1417
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $730.77 | Scheduled: | $730.77  CONT | Allowed: | $730.77 |
| --- | --- | --- | --- | --- | --- | --- |

LABELLA, PATRICK A. JR.
24 COUNTRY RIDGE DR
MONROE, CT 06468

Claim Number: 4687
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,295.00 |
| --- | --- | --- |

LACERA/GATEWAY RIVERSIDE, INC.
C/O THOMAS J LEANSE, ESQ.
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA 90067-3012

Claim Number: 4160-01
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $111,219.24 |
| --- | --- | --- |

LACERA/GATEWAY RIVERSIDE, INC.
C/O THOMAS J LEANSE, ESQ.
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA 90067-3012

Claim Number: 4160-02
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $3,337.54 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LACERENZA, DENISE<br>307 COMMONWEALTH STREET<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 5174<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT | Allowed: | $1,057.69 |
| LACEY, EDWARD B. TRUSTEE<br>2050 FIRETHORN DR<br>FRONTENAC, MO 63131 | | Claim Number: 3819<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,259.00 | | | | |
| LACEY, EMILY M.<br>8434 HILL ST.<br>WAUWATOSA, WI 53226 | | Claim Number: 4290<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,081.36 | | | | |
| LACHOWSKI, JEANNE<br>935 NORTHCLIFF DR<br>SALT LAKE CITY, UT 84103 | | Claim Number: 9300<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,133.23 | | | | |
| LACOMBE, LINDA M<br>6105 BROOKWOOD DR<br>OAK FOREST, IL 60452 | | Claim Number: 8558<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $92.00 | Scheduled: | $92.00 CONT | Allowed: | $92.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LACOMBE, MICHAEL J<br>248 N MORGAN VALLEY DR<br>OSWEGO, IL 60543 | | Claim Number: 8557<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,873.08  CONT | Allowed: | $1,500.00 |
| LACROSSE, JUDITH E.<br>6570 S PIKE DR<br>LARKSPUR, CO 80118-9720 | | Claim Number: 7393<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |
| LACY, JULIE<br>49 BEACH AVENUE<br>HULL, MA 02045-2539 | | Claim Number: 5862<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $118,725.00 | | | | |
| LADD, BRIAN K.<br>3339 E WALTANN LN<br>PHOENIX, AZ 85032-0814 | | Claim Number: 380<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $444.00 | Scheduled: | $444.00  CONT | Allowed: | $444.00 |
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 2216<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62  CONT | Allowed: | $484.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | Claim Number: 2261<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | |

PRIORITY                                        Scheduled:         $2,839.03  CONT
UNSECURED       Claimed:                     $0.00   UNDET

| | | |
|---|---|---|
| LAI REAL ESTATE LTD<br>PO BOX 51032<br>SEATTLE, WA 98115 | Claim Number: 6134<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | |

UNSECURED       Claimed:            $1,175.00

| | | |
|---|---|---|
| LAI, SHU TONG & CAROL P.K.<br>612 ROCK ISLE<br>ALAMEDA, CA 94501 | Claim Number: 9344<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

UNSECURED       Claimed:            $2,479.96

| | | |
|---|---|---|
| LAIRD, DONALD & DORIS JT TEN<br>PO BOX 321<br>SNYDER, NE 68664-0321 | Claim Number: 4522<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

UNSECURED       Claimed:            $11,337.00

| | | |
|---|---|---|
| LAIRD, MARTY G<br>722 REINKE RD<br>BALLWIN, MO 63021 | Claim Number: 7550<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |

PRIORITY       Claimed:            $10,950.00

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| LAKE COMO BOROUGH<br>ATTN ESTHER A. KISS, TAX COLLECTOR<br>TAX COLLECTOR<br>BELMAR, NJ 07719 | | Claim Number: 2907<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| LAKE COMO BOROUGH<br>ATTN: ESTER A. KISS, TAX COLLECTOR<br>BELMAR, NJ 07719 | | Claim Number: 2928<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| LAKE, JEFF<br>6872 STONE RIDGE PL<br>TUCSON, AZ 85750 | | Claim Number: 332<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8948 (06/21/2010) | | | |
| UNSECURED | Claimed: | $21,673.17 | | Allowed: | $21,673.17 |
| LAKE, JEFFREY<br>6872  E. STONE RIDGE PLACE<br>TUCSON, AZ 85750 | | Claim Number: 5449-01<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$377,593.27  CONT | Allowed: | $10,950.00 |
| LAKE, JEFFREY<br>6872  E. STONE RIDGE PLACE<br>TUCSON, AZ 85750 | | Claim Number: 5449-02<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $379,543.82 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LALIME, JOHN<br>4040 8TH PLACE<br>VERO BEACH, FL 32960 | | Claim Number: 2101<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $960.00 | Scheduled: | $960.00 CONT | Allowed: | | $960.00 |
| LALIME, KATHERINE<br>4040 8TH PL<br>VERO BEACH, FL 32960 | | Claim Number: 2316<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $5,500.00 | | | | | |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | | Claim Number: 2445<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,613.07 CONT | Allowed: | | $6,000.00 |
| LAMA, CHOG TSERING<br>2712 W PORTER AVE APT 10<br>FULLERTON, CA 92833-3546 | | Claim Number: 10092<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | | | |
| PRIORITY | Claimed: | $1,538.24 | | | | | |
| SECURED | Claimed: | $254,400.00 | | | | | |
| LAMACCHIA, DELENA S.<br>1104 BLACK ROAD<br>CHERRYVILLE, NC 28021 | | Claim Number: 10651<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10142 (08/26/2011) | | | | | |
| SECURED | Claimed: | $200,000.00 | | | | | |
| UNSECURED | Claimed: | $400,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| LAMACCHIA, DELENA S.<br>1104 BLACK ROAD<br>CHERRYVILLE, NC 28021 | | Claim Number: 10686<br>Claim Date: 03/12/2009<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10142 (08/26/2011) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $200,000.00 | | | | |
| UNSECURED | Claimed: | $400,000.00 | | | | |
| LAMAR ADVERTISING COMPANY<br>ATTN: CREDIT DEPARTMENT<br>PO BOX 66338<br>BATON ROUGE, LA 70896 | | Claim Number: 8233<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | Allowed: | $1,200.00 |
| LAMB, CARL<br>20 ARONIMINK LANE<br>PINEHURST, NC 28374 | | Claim Number: 1600<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY | Claimed: | $11,177.47 | | | | |
| SECURED | Claimed: | $1,978.00 | | | | |
| LAMB, DARLENE C.<br>FREEDOM APPRAISAL SERVICES<br>4397 OWENS RD<br>EVANS, GA 30809 | | Claim Number: 5043<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | | |
| LAMB, PEGGY A<br>400 JASINSKI ST<br>MANVILLE, NJ 08835 | | Claim Number: 2277<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $442.38 | Scheduled: | $1,815.46  CONT | Allowed: | $442.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LAMBERT APPRAISAL SERVICES<br>15029 N THOMPSON PARK PKWY # B111-417<br>SCOTTSDALE, AZ 852602217 | | Claim Number: 4751<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $950.00 | Scheduled: | $150.00 | Allowed: | $950.00 |
| LAMBERT, MARION<br>3315 BAYBERRY CIRCLE<br>ANES, IA 50014-4601 | | Claim Number: 5465<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,204.51 | | | | |
| LAMBERT, SHELDON<br>1133 E. PHIL-ELLENA ST<br>PHILA, PA 19150 | | Claim Number: 9386<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| LAMBERTI, WALTER J., JR.<br>166 W. 24TH ST<br>BAYONNE, NJ 07002 | | Claim Number: 8632<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $560.00 | | | | |
| LAMBIASE, GILDA A<br>7780 HIGHLANDS<br>CIRCLE<br>MARGATE, FL 33063 | | Claim Number: 8001<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77  CONT | Allowed: | $1,130.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LAMBIASI, ANTONINO (ANTHONY)<br>162 50 98TH ST<br>HOWARD BEACH, NY 11414 | | Claim Number: 5300<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $756.00 | Scheduled: | $756.00  CONT | Allowed: | $756.00 |
| LAMBRIANIDIS, FOTINI<br>19-23 23RD AVENUE<br>ASTORIA, NY 11105 | | Claim Number: 4354<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | | | Scheduled: | $350.00  CONT | | |
| UNSECURED | Claimed: | $350.00 | | | | |
| LAMEIRAO, VALDEMAR M<br>222-25 DAVENPORT AVENUE<br>2ND FLOOR<br>QUEENS VILLAGE, NY 11428 | | Claim Number: 7562<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10932 (12/13/2013) | | | | |
| PRIORITY | Claimed: | $12,526.85 | | | Allowed: | $2,000.00 |
| LAMELL, RITA & HAROLD MARKOWITZ<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | | Claim Number: 5052<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,585.00 | | | | |
| LAMELL, RITA & HAROLD MARKOWITZ<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | | Claim Number: 5053<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $19,388.55 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LAMELL, RITA & HAROLD MARKOWITZ
137 LAKELAND DRIVE
BARNEGAT, NJ 08005-5637

Claim Number: 5087
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,857.60 | | | | |

LAMONICA, MICHELE A
30 MOHAWK PLACE
MASSAPEQUA, NY 11758

Claim Number: 7495
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,307.69 | Scheduled: | $4,961.54 CONT | Allowed: | $3,307.69 |

LAMORE, JESSICA
6118 37TH STREET
APT B
LUBBOCK, TX 79407

Claim Number: 416
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,362.97 | Scheduled: | $1,153.84 CONT | Allowed: | $1,362.97 |

LAMPARELLI, NICHOLAS
700 E FALCONRY CT.
HERNANDO, FL 34442

Claim Number: 9355
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,978.36 | | | | |

LAMPE, IRVIN (REV)
54 W LAKE RD
FARLINGTON, KS 66734-4039

Claim Number: 4832
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $14,169.43 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LAMPMAN, WILMA L.<br>405 LAKESHORE DRIVE<br>CARTERVILLE, IL 62918-5049 | Claim Number: 9281<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| LANCASTER TOWN<br>ATTN CHARITY BLANCHETTE, TAX COLLECTOR<br>25 MAIN ST<br>LANCASTER, NH 03584 | Claim Number: 10008<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|
| PRIORITY          Claimed:<br>SECURED          Claimed: | $0.00<br>$1,260.64 |

| LAND INTEREST<br>A PARTNERSHIP<br>ATTN DEBRA POTTER, GENERAL PARTNER<br>115 CENTER AVE N, BOX 760<br>MITCHELLVILLE, IA 50169 | Claim Number: 5545<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) |
|---|---|
| UNSECURED          Claimed: | $25,490.07 |

| LANDERS, JO<br>27 HOWARD AVE<br>EASTHAMPTON, MA 01027 | Claim Number: 8754<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|
| UNSECURED          Claimed: | $9,130.37 |

| LANDIS, JAMES & EDITH JT TEN<br>3897 CEMETERY RD<br>PARKESBURG, PA 19365-1792 | Claim Number: 5387<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $3,461.45 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LANDIS, JAMES S. SR. IRA
3897 CEMETERY RD
PARKESBURG, PA 19365-1792

Claim Number: 5388
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,461.45 |
|-----------|----------|-----------|

---

LANDMARK APPRAISAL GROUP
ATTN SCOTT SIEGMAN, OWNER/APPRAISER
13020 DELMAR
LEAWOOD, KS 66209

Claim Number: 4754
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $425.00 |
|-----------|----------|---------|

---

LANDMARK V AMERICAN HOME MORTGAGE CORP
K MCCRACKEN & J CHESNUT 3:06-CV-116-JTC
JD DALBEY CHILIVIS COCHRAN LARKINS BEVER
3127 MAPLE DRIVE, NE
ATLANTA, GA 30305

Claim Number: 8382
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED

| UNSECURED | Claimed: | $310,384.72 | Scheduled: | $0.00 UNLIQ | Allowed: | $77,596.18 |
|-----------|----------|-------------|------------|-------------|----------|------------|

---

LANDSAFE
ATTN: DAVID ZULAUF
8511 FALLBROOK AVENUE - MS: WH-51Z
WEST HILLS, CA 91304

Claim Number: 9442
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/18/2009)

| UNSECURED | Claimed: | $4,245.27 |
|-----------|----------|-----------|

---

LANDSAFE
ATTN: DAVID ZULAUF
8511 FALLBROOK AVENUE - MS: WH-51Z
WEST HILLS, CA 91304

Claim Number: 9443
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $5,280.27   UNLIQ |
|-----------|----------|-------------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | | Claim Number: 9444<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/15/2009) | | |
| UNSECURED | Claimed: | $5,280.27   UNLIQ | | |
| LANDSAFE<br>ATTN: DAVID ZULAUF<br>8511 FALLBROOK AVENUE - MS: WH-51Z<br>WEST HILLS, CA 91304 | | Claim Number: 9445<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| UNSECURED | Claimed: | $5,280.27   UNLIQ | | |
| LANE APPRAISAL SERVICES, INC.<br>1516 CHAUNCEY LN<br>RICHMOND, VA 232384806 | | Claim Number: 2269<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |
| LANE, DORIS<br>PO BOX 1182<br>LEWISTOWN, MT 59457-1182 | | Claim Number: 6428<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,737.65 | | |
| LANE, SALLY M<br>PO BOX 4598<br>WEST RICHLAND, WA 99353-4009 | | Claim Number: 2451<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $1,985.00 | | |
| UNSECURED | Claimed: | $1,985.00 | | |
| TOTAL | Claimed: | $1,985.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LANE, SARAH A
1496 E ANTELOPE RD
DOUGLAS, WY 82633

Claim Number: 6136
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $486.00 | Scheduled: | $486.00  CONT | Allowed: | $486.00 |
|---|---|---|---|---|---|---|

LANER MUCHIN DOMBROW
BECKER LEVING & TOMINBERG, LTD
ATTN ROBERT H. BROWN, DIRECTOR
515 NORTH STATE STREET, SUITE # 2800
CHICAGO, IL 60610

Claim Number: 6442
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| UNSECURED | Claimed: | $2,122.50 | | | Allowed: | $2,122.50 |
|---|---|---|---|---|---|---|

LANEY-LEAVITT, VICKI A
25080 ELK WAY
CALDWELL, ID 83607

Claim Number: 3481
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,348.83 |
|---|---|---|

LANGER, MAURICE J
14402 MARINA SAN PABLO PLACE
#603
JACKSONVILLE, FL 32224-0824

Claim Number: 5547
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,651.95 |
|---|---|---|

LANGLEY, HOWARD F.
3087 CIDER HOUSE RD
TOANO, VA 23168

Claim Number: 5492
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,014.95 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LANGUAGE LINE SERVICES<br>ATTN ANGEL SANTOS<br>P.O. BOX 16012<br>MONTERY, CA 93942-6012 | Claim Number: 2868<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $3,844.45 | Allowed: | $3,844.45 |
|---|---|---|---|---|

| LANKFORD, THOMAS BARRETT IRA<br>1203 KING GEORGE DR.<br>GREENSBORO, NC 27410-3112 | Claim Number: 3799<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $4,372.98 |
|---|---|---|

| LANTERMAN, FRANK E.<br>488 HALLET RD<br>E STROUDSBURG, PA 18301-9555 | Claim Number: 10235<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,328.00 |
|---|---|---|

| LAPETERS, NORMAN<br>220 N ZAPATO HIGHWAY #11<br>420 A<br>LAREDO, TX 78043 | Claim Number: 6807<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,135.00 |
|---|---|---|

| LAPETERS, NORMAN<br>220 N ZAPATO HIGHWAY #11<br>420 A<br>LAREDO, TX 78043 | Claim Number: 6808<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $13,089.48 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| LAPINSKI, LOUISE TR<br>803 S. MAIN<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 5040<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,108.14 | | | | |
| LARABEE, KENNETH P.<br>5119 RIDGE LAKE PL<br>SARASOTA, FL 34238 | | Claim Number: 9525<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,489.00 | | | | |
| LARIMER COUNTY, COLORADO<br>COUNTY TREASURER<br>ATTN GARY STOKER, SENIOR ACCOUNTANT<br>PO BOX 1250<br>FORT COLLINS, CO 80522-1250 | | Claim Number: 4256<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,533.54 | Scheduled: | $0.00 UNDET | Allowed: | $1,533.54 |
| LAROCCA, ANDREW J.<br>32 RHODE ISLAND AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 6945<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT | Allowed: | $2,769.23 |
| LAROSA, VICTOR<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | | Claim Number: 9808<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $1,031.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| LAROSA, VICTOR P<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | | Claim Number: 10027<br>Claim Date: 03/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $1,031.00 | | | | |
| LARRY BRELAND<br>ATTN LARRY BRELAND, JR. - OWNER<br>104 GALERIA BLVD.<br>SLIDELL, LA 70458 | | Claim Number: 2547<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| LARSEN, ELIZABETH<br>10727 MAYFIELD LANE<br>HUNTLEY, IL 60142 | | Claim Number: 3572<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $294.17 | | | Allowed: | $294.17 |
| LARSEN, LESLIE<br>0N611 SUZANNE DR<br>WINFIELD, IL 60190 | | Claim Number: 1691<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,925.44 | | | | |
| LARSEN, LESLIE J<br>0N611 SUZANNE DR<br>WINFIELD, IL 60190 | | Claim Number: 2461<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,507.75 | Scheduled: | $2,507.75 CONT | Allowed: | $2,507.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LARSEN, LINDA<br>16252 TREASURE COVE<br>BULLARD, TX 75757 | | Claim Number: 7333<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$7,767.51 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$7,673.34 CONT |
| LARSEN, LINDA<br>16252 TREASURE COVE<br>BULLARD, TX 75757 | | Claim Number: 7334<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$7,767.51 | | |
| LARSEN, RAYMOND G.<br>571 400TH AVE<br>GRINNELL, IA 50112 | | Claim Number: 4941<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $17,200.60 | | |
| LARSON, CARL ELMER<br>2595 SAINT PAUL'S DRIVE<br>TITUSVILLE, FL 32780-6761 | | Claim Number: 5079<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $23,750.00<br>$23,750.00<br>$23,750.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LARSON, CAROLYN, IRA<br>WMS CUSTODIAN<br>1234 W SOLANO DR<br>PHOENIX, AZ 85013 | | Claim Number: 4928<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $16,967.00 | | |
| LARSON, LEO<br>4924 CORLISS DR<br>LYNDHURST, OH 44124-1133 | | Claim Number: 6175<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $12,545.60 | | |
| UNSECURED | Claimed: | $12,545.60 | | |
| TOTAL | Claimed: | $12,545.60 | | |
| LARSON, MISTY<br>C/O CHRISTINA M. HENRY, ATTORNEY<br>1833 N 105TH STREET, SUITE 200<br>SEATTLE, WA 98133 | | Claim Number: 8686<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $100,000.00   UNLIQ | Allowed: | $100,000.00 |
| LARSON, MISTY<br>C/O CHRISTINA M. HENRY, ATTORNEY<br>1833 N 105TH STREET, SUITE 200<br>SEATTLE, WA 98133 | | Claim Number: 10683<br>Claim Date: 02/20/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $100,000.00   UNLIQ | | |
| LARSON, NILS & CAROLYN, TTEES<br>LARSON FAMILY TRUST<br>1234 W SOLANO DR<br>PHOENIX, AZ 85013 | | Claim Number: 4924<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $27,705.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LARSON, NILS, IRA<br>WMS CUSTODIAN<br>1234 W SOLANO DR<br>PHOENIX, AZ 85013 | | Claim Number: 4926<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $16,947.00 |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | | Claim Number: 9014<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | | Claim Number: 9015<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | | Claim Number: 9016<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| LASKO, JAMES<br>210 ELLINGTON AVE W<br>GARDEN CITY, NY 11530-5067 | | Claim Number: 225-01<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $10,894.00 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LASKO, JAMES
210 ELLINGTON AVE W
GARDEN CITY, NY 11530-5067

Claim Number: 225-02
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $10,350.00 | | | | Allowed: | $10,350.00 |

LASLO, SUSAN
169 CANDLEWOOD LAKE RD
BROOKFIELD, CT 06804

Claim Number: 7047
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,275.00 | Scheduled: | $1,275.00  CONT | Allowed: | $1,275.00 |

LASSEIGNE, PRISCILLA
129 SANDY SHOAL LOOP
FAIRHOPE, AL 36532-3395

Claim Number: 7249
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,759.90 |

LASSEIGNE, RUSSELL E. & PRISCILLA U.
JT TEN
1322 CROSSFIELD DR.
KATY, TX 77450

Claim Number: 7250
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,292.00 |

LASSEIGNE, RUSSELL EARL JR & PRISCILLA U
JT TEN
1322 CROSSFIELD DR.
KATY, TX 77450

Claim Number: 7252
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $26,269.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LASSEIGNE, RUSSELL EARL JR.<br>129 SANDY SHOAL LOOP<br>FAIRHOPE, AL 36532-3395 | Claim Number: 7251<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $25,059.95 | | |
| LATHOUWERS, MAURICE & B HINTERGARDT T<br>MED MKT PL INC COMPARABILITY P<br>U/A DTD 06/15/2000<br>1470 BRYANT D2 E<br>LONG BEACH, CA 90815 | Claim Number: 8107<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $23,515.90 | | |
| LATIMER, PATRICA PHUNG<br>6248 HANCOCK AVE<br>SAN JOSE, CA 95123 | Claim Number: 8134<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $23,570.00 | | |
| LATITUDE 33 APPRAISALS INC<br>ATTN PATRICIA L HAMILTON, PRESIDENT<br>515 E CARE FREE # 629<br>PHOENIX, AZ 85085 | Claim Number: 2588<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $345.00 | Allowed: | $345.00 |
| LATORELLA, ALFRED L.<br>3149 MORSE HILL RD<br>DORSET, VT 05251-9707 | Claim Number: 4623<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,238.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | | Claim Number: 321<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $7,903.85 | Scheduled: | $7,903.85  CONT | Allowed: | $7,903.85 |
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | | Claim Number: 8374<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $34,249.80 | | | | |
| LATTANZIO, EDWARD L.<br>4345 MILLCREEK ROAD<br>DALLAS, TX 75244 | | Claim Number: 8150<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| LATVA, SHELLIE<br>5205 VIA BRUMOSA<br>YOURBA LINDDA, CA 928864553 | | Claim Number: 3190<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| LAU, MARIAN<br>2238 LARK STREET<br>NEW ORLEANS, LA 70122 | | Claim Number: 6642<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $26,035.38 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| LAUE, THELMA & ORVILLE<br>JT WROS<br>16149 NORTH COUNTRY ESTATES RD<br>EFFINGHAM, IL 62401 | | Claim Number: 5803<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | | |
| LAUER, MICHELLE M<br>14586 W CATALINA DR<br>GOODYEAR, AZ 853958342 | | Claim Number: 10112<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $6.00 | | Allowed: | $6.00 |
| LAUREN PROPERTIES LP/CARNEGIE<br>C/O KATHIE BAGINSKI<br>27500 DETROIT RD., STE. 300<br>WESTLAKE, OH 44145 | | Claim Number: 9068-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $66,341.02 | | Allowed: | $66,341.02 |
| LAUREN PROPERTIES LP/CARNEGIE<br>C/O KATHIE BAGINSKI<br>27500 DETROIT RD., STE. 300<br>WESTLAKE, OH 44145 | | Claim Number: 9068-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| SECURED | Claimed: | $3,400.00 | | Allowed: | $3,400.00 |
| LAURETTI, MICHAEL<br>205 MINEOLA BLVD., APT 5A<br>MINEOLA, NY 11501 | | Claim Number: 1542<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $900.00 | Scheduled: | $918.46  CONT  Allowed: | $900.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LAURIN, ANDREW C.<br>72 FARMWOOD DR<br>NASHUA, NH 030621107 | | Claim Number: 4216<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LAURIN, GEORGE<br>PO BOX 738<br>WHITE RIVER JUNCTION, VT 05001 | | Claim Number: 3263<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,087.31 |
| LAURIN, GEORGE ROLLOVER IRA ACCT<br>PO BOX 738<br>WHITE RIVER JUNCTION, VT 05001 | | Claim Number: 3262<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,718.23 |
| LAURITANO APPRAISAL SERVI/INC.<br>ATTN THOMAS LAURITANO<br>500 WEST MAIN STREET<br>SUITE 208<br>BABYLON, NY 11702 | | Claim Number: 2147<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $4,550.00 | Allowed: | $4,550.00 |
| LAUTERBACH, STUART<br>10590 GRANDE PALLADIUM WY<br>BOYNTON BEACH, FL 33436 | | Claim Number: 5353<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $33,738.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

LAVALENCIA HOTEL
ATTN DONNA VANBELLE - A/R
1132 PROSPECT STREET
LAJOLLA, CA 92037

Claim Number: 2911
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,618.59 | | Allowed: | $43,618.59 |

LAVAN, EILEEN M
165 CROWELL ST.
HEMPSTEAD, NY 11550

Claim Number: 4052
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7940 (08/11/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,027.46 | Scheduled: | $4,027.46  CONT | Allowed: | $4,027.46 |

LAVAN, EILEEN M
165 CROWELL STREET
HEMPSTEAD, NY 11550

Claim Number: 10710
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8005 (09/03/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,041.25 |

LAVAN, EILEEN M.
165 CROWELL STREET
HEMPSTEAD, NY 11550

Claim Number: 1694
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,041.25 |

LAVENAU, SUSAN E.
PO BOX 7422
RENO, NV 895107422

Claim Number: 7441
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LAVENSKI, KATHLEEN
814 GRAHAM RD
SOUTH WINDSOR, CT 06074

Claim Number: 571
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,809.60 | Scheduled: | $1,809.60  CONT | Allowed: | $1,809.60 |
|---|---|---|---|---|---|---|

LAVIGNA, PAUL
424 WOLF HILL RD
DIX HILLS, NY 11746

Claim Number: 8188
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,066.77 |
|---|---|---|

LAVOIE, PHILIP
124 BEAVER DAM RD.
COLUMBIA, SC 29223

Claim Number: 6100
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,295.95 |
|---|---|---|

LAW DEBENTURE TRUST CO OF NEW YORK, AS
SUCCESSOR TRUSTEE
ATTN JAMES HEANEY, VICE PRESIDENT
400 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10017

Claim Number: 8538
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 10770 (02/12/2013)
MERGED INTO CLAIM 8539

| UNSECURED | Claimed: | $51,986,697.69   UNLIQ |
|---|---|---|

LAW DEBENTURE TRUST CO OF NEW YORK, AS
SUCCESSOR PROPERTY TTEE & INDENTURE TTEE
ATTN JAMES HEANEY, VICE PRESIDENT
400 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10017

Claim Number: 8539
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: ALLOWED
DOCKET: 10770 (02/12/2013)

| UNSECURED | Claimed: | $51,986,697.69 | Allowed: | $51,986,697.69 |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR PROPERTY TTEE & INDENTURE TTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8540 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: ALLOWED DOCKET: 10770 (02/12/2013) | | |
| UNSECURED | Claimed: | $52,696,335.97 | Allowed: | $52,696,335.97 |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8541 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 10770 (02/12/2013) MERGED INTO CLAIM 8540 | | |
| UNSECURED | Claimed: | $52,696,335.97   UNLIQ | | |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR PROPERTY TTEE & INDENTURE TTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8542 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: ALLOWED DOCKET: 10770 (02/12/2013) | | |
| UNSECURED | Claimed: | $52,746,454.02 | Allowed: | $52,746,454.02 |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8543 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 10770 (02/12/2013) MERGED INTO CLAIM 8542 | | |
| UNSECURED | Claimed: | $52,746,454.02   UNLIQ | | |
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR PROPERTY TTEE & INDENTURE TTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8544 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: ALLOWED DOCKET: 10770 (02/12/2013) | | |
| UNSECURED | Claimed: | $52,746,454.02 | Allowed: | $52,746,454.02 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LAW DEBENTURE TRUST CO OF NEW YORK, AS SUCCESSOR TRUSTEE ATTN JAMES HEANEY, VICE PRESIDENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10017 | | Claim Number: 8545 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 10770 (02/12/2013) MERGED INTO CLAIM 8544 | | |
| UNSECURED | Claimed: | $52,746,454.02   UNLIQ | | |
| LAW FIRM OF HUTCHENS, SENTER AND BRITTON ATTN JOSEPH J. VONNEGUT P.O. BOX 2505 FAYETTEVILLE, NC 28302 | | Claim Number: 8643 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $36,315.78 | Allowed: | $36,315.78 |
| LAW GROUP PL ATTN JOHN C BROCK JR FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA, FL 33622-5018 | | Claim Number: 8662 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $8,219.21 | Allowed: | $8,219.21 |
| LAW GROUP PL FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA, FL 33622-5018 | | Claim Number: 10678 Claim Date: 01/10/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $8,219.21 | | |
| LAW GROUP PL FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA, FL 33622-5018 | | Claim Number: 10682 Claim Date: 02/20/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $8,219.21 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| LAW OFC OF KEITH S. SHAW & ASSOCIATES, LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | | Claim Number: 4597<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $8,137.35 | | |
| LAW OFC OF KEITH S. SHAW & ASSOCIATES, LLC<br>ATTN KEITH S. SHAW, ITS MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | | Claim Number: 5587<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $8,137.35 | | |
| LAW OFFICE OF DANIEL C CONSUEGRA<br>ATTN: DANIEL C. CONSUEGRA<br>9204 KING PALM DRIVE<br>TAMPA, FL 33619 | | Claim Number: 8393<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $46,807.30 | Allowed: | $46,807.30 |
| LAW OFFICE OF KEITH S SHAW & ASSOC., LLC<br>ATTN KEITH S SHAW, MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | | Claim Number: 1088<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| UNSECURED | Claimed: | $5,653.92 | | |
| LAW OFFICES OF ALAN WEINREB PLLC, THE<br>6800 JERICO TWPK<br>STE 207W<br>SYOSSET, NY 11791-4445 | | Claim Number: 1983<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $44,762.68 | Allowed: | $44,762.68 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LAW, BYRON<br>17605 JEFFERSON HWY, BLDG A6<br>BATON ROUGE, LA 70817 | | Claim Number: 7798<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,715.43 |
| LAWLOR, PETER<br>6878 SWANSON ST.<br>CLINTON, WA 98236 | | Claim Number: 6222<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LAWNTON OAKLEIGH LIONS CLUB<br>ATTN DOUGLAS J WEISER, PRESIDENT<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | | Claim Number: 7327<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,744.81 |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 6008<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 9873<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $1,228.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 10022<br>Claim Date: 03/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $625.00 | | |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 9263<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $1,228.00 | | |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVENUE, SUITE PH-3<br>HILO, HI 96720 | | Claim Number: 10417<br>Claim Date: 06/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $1,228.00 | | |
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 10428<br>Claim Date: 07/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,228.00 | Allowed: | $1,228.00 |
| LAWRENCE G HILL TRUST<br>C/O CATHERINE HILL<br>3104 FOXDEN LANE<br>OAKTON, VA 22124 | | Claim Number: 7069<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $13,127.90 | | |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LAWRENCE, DANA<br>4640 WATSON DR<br>DOYLESTOWN, PA 18901 | | Claim Number: 664<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $2,884.62 CONT | Allowed: | $2,884.62 |
| LAWRENCE, JOY<br>165 COMMACK RD<br>DEER PARK, NY 11729 | | Claim Number: 6998<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,136.54 | Scheduled: | $3,908.85 CONT | Allowed: | $2,136.54 |
| LAWRENCE, RICHARD P<br>6154 105TH AVE<br>PINEALLAS PARK, FL 337822526 | | Claim Number: 10066<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN | | | | |
| SECURED | Claimed: | $7,817.17 | | | | |
| LAWRENCE, RICHARD P. III & MERLA P.<br>6154 105TH AVE<br>PINEALLAS PARK, FL 337822526 | | Claim Number: 1882<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>CONSTRUCTION LOAN | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $7,844.45 | | | Allowed: | $7,844.45 |
| LAWSON, ALICE F.<br>2213 BROKEN OAK ROAD<br>FORT WAYNE, IN 46818 | | Claim Number: 1435<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $780.77 | Scheduled: | $780.77 CONT | Allowed: | $780.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LAWSON, MICHAEL SFC<br>CMR 405 BOX 7519<br>APO, AE 09034 | | Claim Number: 3976<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $840.00 |
|---|---|---|

| | | |
|---|---|---|
| LAWTON E. GRANTHAM, JR., SRA<br>P.O. BOX 997<br>FORTSON, GA 31808 | | Claim Number: 2626<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $392.00 | Scheduled: | $350.00 | Allowed: | $392.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| LAWTON, WILLIAM E.<br>10430 PINEAIRE DR.<br>SUN CITY, AZ 85351 | | Claim Number: 7450<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| LAX, MARVIN<br>4 BLUEBERRY LN<br>ANDOVER, NJ 07821 | | Claim Number: 3650<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $2,125.00 |
|---|---|---|

| | | |
|---|---|---|
| LAY, MARK<br>221 E WILLIAMS AVE<br>BARRINGTON, NJ 08007 | | Claim Number: 3122<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $11,359.99 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| LAYNE, KARLEN H. & JOHN H.<br>8038 LANGHORNE RD<br>SCOTTSVILLE, VA 24590 | | Claim Number: 4923<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $111,193.00 | | | |
| LBA MELVILLE ASSOCIATES LP<br>C/O RICHARDS LAYTON & FINGER, P.A.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | | Claim Number: 10881<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 3084 (02/26/2008) | | | |
| ADMINISTRATIVE | Claimed: | $37,131.79 | | Allowed: | $37,131.79 |
| LBA MELVILLE ASSOCIATES LP C/O RICHARDS<br>LAYTON & FINGER, P.A.(ATTN:JASON MADRON)<br>920 N. KING STREET<br>WILMINGTON, DE 19801 | | Claim Number: 7611<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $448,000.00 | | Allowed: | $448,000.00 |
| LBA MELVILLE ASSOCIATES LP C/O RICHARDS<br>LAYTON & FINGER P.A. (ATTN:JASON MADRON)<br>920 N. KING STREET<br>WILMINGTON, DE 19801 | | Claim Number: 7615<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $97,085.73 | Scheduled: $68,023.37 | Allowed: | $97,085.73 |
| LBM OFFICE SOLUTTIONS,INC<br>ATTN CHERYL STINNETT, OFFICE ADMIN.<br>P.O. BOX 954<br>LYNCHBURG, VA 24505 | | Claim Number: 2573<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $143.13 | Scheduled: $143.13 | Allowed: | $143.13 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| LEACOCK, REBECCA<br>9713 WHITESTONE TERRACE<br>ROCK HILL, MO 63119 | | Claim Number: 1424<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,211.56 | Scheduled: | $2,422.98 CONT | Allowed: | $1,211.56 |
| LEAD PLAINTIFFS ON BEHALF OF THE CLASS,<br>IN SECURITIES FRAUD CLASS ACTION<br>C/O MICHAEL S. ETKIN AND IRA M LEVEE<br>65 LIVINGSTON AVE - LOWENSTEIN SANDLER<br>ROSELAND, NJ 07068 | | Claim Number: 10551<br>Claim Date: 09/22/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LEADBETTER, NANCY F.B., TRUSTEE<br>107 EAGLE RIDGE RD<br>BREWER, ME 04412-1285 | | Claim Number: 6137<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $13,786.86 | | | |
| LEADER PUBLICATIONS<br>ATTN PAM LAPLANT<br>PO BOX 159<br>FESTUS, MO 63028 | | Claim Number: 2691<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $3,575.00 | | Allowed: | $3,575.00 |
| LEAF, DIETRA<br>36A MELMORE GARDENS<br>EAST ORANGE, NJ 07017 | | Claim Number: 181<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $1,384.32 | Scheduled: | $1,384.58 CONT | Allowed: | $1,384.32 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEAGUE, DENNIS AND BEVERLY (TTEE)<br>1631 SNELLING AVE<br>THE VILLAGES, FL 32162-6129 | | Claim Number: 5410<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,500.00 |
| LEAVERTON, RUTH L. TTEE<br>RUTH L. LEAVERTON TRUST<br>2909 WOODLAND AVE # 618<br>DES MOINES, IA 50312 | | Claim Number: 5670<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,906.15 |
| LEAVITT, JOHN W., TRUSTEE<br>JOHN W. LEAVITT LIVING TRUST<br>U/A DTD 05-03-1995<br>201 CRESTVIEW - PO BOX 666<br>MARCUS, IA 51035 | | Claim Number: 7883<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,995.95 |
| LEAVITT, THOMAS M.<br>2902 RED MAPLE COURT<br>FRIENDSWOOD, TX 77546 | | Claim Number: 3543<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,267.00 |
| LEAVITT, VICKI A.<br>25080 ELK WAY<br>CALDWELL, ID 83607 | | Claim Number: 1646<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $1,348.83 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LEBEUF, KATHLEEN A<br>1309 RUNNING SPRINGS RD #4<br>WALNUT CREEK, CA 94559 | | Claim Number: 2361<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08  CONT | Allowed: | $6,923.08 |
| LEBLANC, SARA<br>1523 CRESCENT SHORES LANE<br>SEABROOK, TX 77586 | | Claim Number: 1341<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $198.55 | | | | |
| LECHNER, ELLEN<br>1231 SYCAMORE AVE<br>BOHEMIA, NY 11716 | | Claim Number: 213<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,436.41 | Scheduled: | $4,436.41  CONT | Allowed: | $4,436.41 |
| LEDBETTER, ELIZABETH & ROBERT<br>JTWROS<br>4962 SHIPP ROAD<br>POWDER SPRINGS, GA 30127 | | Claim Number: 6104<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,485.00 | | | | |
| LEDESMA, MARIO<br>818 MONTEREY RD<br>GLENDALE, CA 91206 | | Claim Number: 4284<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,087.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| LEDESMA, MARIO<br>818 MONTEREY RD<br>GLENDALE, CA 91206 | | Claim Number: 4285<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,482.00 |
|---|---|---|

| | | |
|---|---|---|
| LEDESMA, MARIO<br>818 MONTEREY RD<br>GLENDALE, CA 91206 | | Claim Number: 4473<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $7,071.00 |
|---|---|---|

| | | |
|---|---|---|
| LEE APPRAISAL GROUP, INC<br>20843 E GIRARD DR<br>AURORA, CO 800138926 | | Claim Number: 8816<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,950.00 | Allowed: | $1,950.00 |

| | | |
|---|---|---|
| LEE APPRAISALS<br>219 COUNTRY CLUB ACRES<br>BELLEVILLE,, IL 62223 | | Claim Number: 2418<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| | | |
|---|---|---|
| LEE COUNTY<br>CATHERINE M. CURTIS, TAX COLLECTOR<br>C/O LEGAL DEPARTMENT<br>POST OFFICE BOX 850<br>FORT MYERS, FL 33902-0280 | | Claim Number: 9926<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| ADMINISTRATIVE | Claimed: | $12,296.06   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEE COUNTY TAX COLLECTOR<br>CATHERINE M. CURTIS<br>C/O LEGAL DEPARTMENT<br>PO BOX 850<br>FORT MYERS, FL 33902-0280 | | Claim Number: 10582<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8866 (05/24/2010) |
| ADMINISTRATIVE | Claimed: | $5,618.28   UNLIQ |
| LEE COUNTY TAX COLLECTOR<br>CATHY CURTIS<br>C/O LEGAL DEPARTMENT<br>POST OFFICE BOX 850<br>FORT MYERS, FL 33902 | | Claim Number: 10747<br>Claim Date: 11/30/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8866 (05/24/2010) |
| ADMINISTRATIVE | Claimed: | $3,132.22   UNLIQ |
| LEE, CHUN-FU & HSIU-CHUN CHEN<br>5415 W SUNFALLS CT<br>SALT LAKE CITY, UT 84118 | | Claim Number: 8204<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $336.46 |
| LEE, JOHN E.<br>3010 LBJ FRWY #1200<br>DALLAS, TX 75234 | | Claim Number: 5218<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $227,000.00 |
| LEE, JOSEPHINE W.<br>1772 CAMARGO DR.<br>SAN JOSE, CA 95132-1603 | | Claim Number: 4547<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,531.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LEE, SARA<br>110 WHITNEY AVE<br>LOS GATOS, CA 95030 | | Claim Number: 8127<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8.00 |
| SECURED | Claimed: | $3,795.75 |

| | | |
|---|---|---|
| LEE, SHAOWEI<br>PO BOX 360765<br>MILPITAS, CA 95036 | | Claim Number: 3102<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,458.47 | Scheduled: | $4,458.47  CONT | Allowed: | $4,458.47 |

| | | |
|---|---|---|
| LEE, THOMAS B.<br>14745 RICHMOND<br>SOUTHGATE, MI 48195 | | Claim Number: 5288<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| LEE, WENDY Y.<br>58 TIFFANY DR.<br>EAST HANOVER, NJ 07936 | | Claim Number: 6912<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,585.99 |

| | | |
|---|---|---|
| LEE, WENDY Y.<br>58 TIFFANY DR.<br>EAST HANOVER, NJ 07936 | | Claim Number: 6921<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,416.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEE, WING & BOO I<br>2379 CROPSEY AVE<br>BROOKLYN, NY 11214 | | Claim Number: 5983<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,539.98 |
| LEE, WING & BOO I.<br>2379 CROPSEY AVE<br>BROOKLYN, NY 11214 | | Claim Number: 5863<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $22,500.00 |
| LEE, YUK CHING<br>12704 NE 132ND FL<br>KIRKLAND, WA 98034-5425 | | Claim Number: 5543<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| LEESON, BARBARA R.<br>134 RIDGE DR<br>MONTVILLE, NJ 07045-9473 | | Claim Number: 6991<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LEESON, DANIEL N.<br>ROSANNE D. LEESON TTEES<br>LEESON LIVING TRUST<br>1821 GRANGER AVENUE<br>LOS ALTOS, CA 94024-6716 | | Claim Number: 2558<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,898.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LEEWAY INSPECTION CO.,INC.
298
8250 CALVINE RD STE C
SACRAMENTO, CA 958289313

Claim Number: 2713
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $240.00 | | | Allowed: | $240.00 |
|---|---|---|---|---|---|---|

LEFTHAND APPRAISAL
4723 LUCCA DR
LONG MONT, CO 80503

Claim Number: 2735
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $632.00 | | | | |
|---|---|---|---|---|---|---|

LEGAULT, SICILY A.
1107 NAVADO PL
BERTHOUD, CO 80513-1351

Claim Number: 1455
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $673.20 | Scheduled: | $807.84  CONT | Allowed: | $673.20 |
|---|---|---|---|---|---|---|

LEGEND APPRAISALS, INC
2631 CELEBRATE CT
HENDERSON, NV 89074

Claim Number: 377
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,885.00 | | | Allowed: | $3,885.00 |
|---|---|---|---|---|---|---|

LEHMAN & EILEN LLP
50 CHARLES LINDBERGH BOULEVARD
UNIONDALE, NY 11553-3612

Claim Number: 2859
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $18,706.63 | Scheduled: | $23,474.91 | Allowed: | $18,706.63 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| LEHMAN BROTHERS INC. | | Claim Number: 9034 | | | | |
| LATHAM & WATKINS LLP | | Claim Date: 01/11/2008 | | | | |
| ATT ROBERT J ROSENBERG & MICHAEL J RIELA | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| 885 THIRD AVENUE | | Comments: ALLOWED | | | | |
| NEW YORK, NY 10022 | | DOCKET: 10383 (04/03/2012) | | | | |
| | | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $3,956,603.41 | | | | |
| UNSECURED | | | | | Allowed: | $775,000.00 |

---

| LEHMAN BROTHERS SPECIAL FINANCING INC | | Claim Number: 9035 | | | | |
| LATHAM WATKINS LLP | | Claim Date: 01/11/2008 | | | | |
| ATT ROBERT J ROSENBERG & MICHAEL J RIELA | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| 885 THIRD AVENUE | | Comments: ALLOWED | | | | |
| NEW YORK, NY 10022 | | DOCKET: 10450 (05/11/2012) | | | | |
| | | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $684,083.76 | | | | |
| UNSECURED | | | | | Allowed: | $394,153.00 |

---

| LEHMAN BROTHERS SPECIAL FINANCING INC | | Claim Number: 9036 | | | | |
| LATHAM WATKINS LLP | | Claim Date: 01/11/2008 | | | | |
| ATT ROBERT J ROSENBERG & MICHAEL J RIELA | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| 885 THIRD AVENUE | | Comments: ALLOWED | | | | |
| NEW YORK, NY 10022 | | DOCKET: 10450 (05/11/2012) | | | | |
| | | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $749,057.95 | | | | |
| UNSECURED | | | | | Allowed: | $374,528.98 |

---

| LEHMAN, APRIL C | | Claim Number: 8555 | | | |
| 305 TYNDALL DR. | | Claim Date: 01/11/2008 | | | |
| BURLINGTON, NC 27215 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | Comments: EXPUNGED | | | |
| | | DOCKET: 7585 (06/30/2009) | | | |
| | | | | | |
| PRIORITY | Claimed: | $2,727.85 | Scheduled: | $2,727.85 CONT | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LEHMAN, APRIL C
305 TYNDALL DR.
BURLINGTON, NC 27215

Claim Number: 8556
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $600.75 | Scheduled: | $600.75 CONT | Allowed: | $600.75 |
|---|---|---|---|---|---|---|

LEHMANN, DAVID
328 PARIS AVE SE APT 1
GRAND RAPIDS, MI 49503-5460

Claim Number: 1049
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $915.04 | Scheduled: | $915.04 CONT | Allowed: | $915.04 |
|---|---|---|---|---|---|---|

LEHMBERG, GEORGE AND JANET ROSE
192 VIOLA ROAD
MONSEY, NY 10952

Claim Number: 6069
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,723.79 | | | | |
|---|---|---|---|---|---|---|

LEHNER, FRED A.
20 ARCHBRIDGE LN
SPRINGFIELD, NJ 07081

Claim Number: 3649
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,405.95 | | | | |
|---|---|---|---|---|---|---|

LEHRMAN, ROBERT A.
267 STURGES HWY
WESTPORT, CT 06880

Claim Number: 3434
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,012.99 | | | | |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| LEIBER, KIMBERLY<br>707 WEST SANTA ANA STREET #290<br>ANAHEIM, CA 92805 | | Claim Number: 906<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $494.76 | Scheduled: | $494.76  CONT | Allowed: | $494.76 |
| LEIGH B. PATTALOCHI COMPANY<br>1670 N. KOLB ROAD # 246<br>TUCSON, AZ 85715 | | Claim Number: 1400<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,965.00 | | | Allowed: | $1,965.00 |
| LEITNER COMPANY, THE<br>PO BOX 2555<br>HENDERSONVLLE, NC 28793-2555 | | Claim Number: 2467<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
| LEITNER, JOYCE<br>425 SPENCER CREEK ROAD<br>KALAMA, WA 98626 | | Claim Number: 7321<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,958.09 | | | | |
| LEITNER, LIONEL<br>5335 PIPING ROCK DR.<br>BOYNTON BEACH, FL 33437-1605 | | Claim Number: 6076<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEITNER, LIONEL<br>5335 PIPING ROCK DR.<br>BOYNTON BEACH, FL 33437-1605 | | Claim Number: 6077<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LEITNER, LIONEL<br>5335 PIPING ROCK DR.<br>BOYNTON BEACH, FL 33437-1605 | | Claim Number: 6078<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LELAN, RICHARD ROLLOVER IRA<br>67 OLDFIELDS RD<br>SOUTH BERWICK, ME 03908-1716 | | Claim Number: 3679<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,110.48 |
| LELAND, RICHARD L R/O IRA<br>E*TRADE CUSTODIAN<br>67 OLD FIELDS RD<br>SOUTH BERWICK, ME 03908 | | Claim Number: 3699<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $14,828.17 |
| LELAND, RICHARD L. & LEILA J. JT TEN<br>67 OLD FIELDS RD<br>SOUTH BERWICK, ME 03908-1716 | | Claim Number: 3700<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,232.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LELIN, DORIS<br>347 PENNSYLVANIA AVE<br>NORTH BAY SHORE, NY 11706 | | Claim Number: 6246<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $648.18 | Scheduled: | $648.18  CONT | Allowed: | | $648.18 |
| LEMAN, ROBERT B.<br>688 PAWLEY RD.<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 4854<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $585.70 | | | | | |
| LEMAY MOBILE SHREDDING<br>ATTN AMY LOWERS, OPR AST.<br>2910 HOGUM BAY ROAD NE<br>LACEY, WA 98516 | | Claim Number: 6075<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $70.70 | Scheduled: | $26.90 | Allowed: | | $70.70 |
| LEMYRE, MARCEL<br>180 16E RUE<br>PR<br>CRABTREE, QC J0K 1B0<br>CANADA | | Claim Number: 9382<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,671.98 | | | | | |
| LENAWEE COUNTY<br>ATTN MARILYN J WOODS<br>TREASURER<br>301 N MAIN<br>ADRIAN, MI 49221 | | Claim Number: 6036<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| SECURED | Claimed: | $2,963.34 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LENAWEE COUNTY TREASURER<br>MARILYN J. WOODS<br>301 N. MAIN<br>ADRIAN, MI 49221 | | Claim Number: 5623<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | | |
| SECURED | Claimed: | $2,963.34   UNLIQ | | | | | |
| LENDER CHOICE NETWORK<br>444 W OCEAN BLVD STE 1400<br>LONG BEACH, CA 90802-4522 | | Claim Number: 6014<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $12,500.00 | Allowed: | | $14,300.00 |
| LENDERS CHOICE NETWORK, INC.<br>444 W OCEAN BLVD STE 1400<br>LONG BEACH, CA 90802-4522 | | Claim Number: 941<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| UNSECURED | Claimed: | $14,300.00 | | | | | |
| LENNOX J SIMON<br>SALENE REDDOCK-SIMON<br>11702 TRILLUM STREET<br>MITCHELLVILLE, MD 20721 | | Claim Number: 2274<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY | | | Scheduled: | $400.00  CONT | | | |
| UNSECURED | Claimed: | $400.00 | | | | | |
| LEONARD, RUSSELL D. AND FLORA J.<br>5904 SCENIC DRIVE<br>YAKIMA, WA 98908 | | Claim Number: 7338<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,498.99 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LERCH, DALE L. TTEE<br>U/A DTD 03-20-96<br>1455 ORCHID ROAD<br>NORTH FORT MYERS, FL 33903 | Claim Number: 4738<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |

| UNSECURED | Claimed: | $53,357.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| LERCH, EARLY & BREWER, CHTD.<br>ATTN: ARNOLD D. SPEVACK, ESQUIRE<br>3 BETHESDA METRO CENTER, SUITE 460<br>BETHESDA, MD 20814 | Claim Number: 5603<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $383.09 | Allowed: | $383.09 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LERETSIS, MARY-MARGARET<br>16245 CATENARY DRIVE<br>WOODBRIDGE, VA 22191 | Claim Number: 10177<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| LERNER, LAWRENCE TTEE<br>THE LERNER FAMILY TRUST<br>516 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210-3318 | Claim Number: 3822<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| LERNER, SAMPSON & ROTHFUSS, LPA<br>ATTN EDWARD J. BOLL, III<br>P.O. BOX 1985<br>CINCINNATI, OH 45264-1985 | Claim Number: 8482<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $827.60 | Allowed: | $827.60 |
|---|---|---|---|---|

| LEROY, AMANDA L.
1104 WHITEWATER CT
VIRGINIA BEACH, CA 234566854 | | Claim Number: 819
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $814.44 | Scheduled: | $814.42  CONT | Allowed: | | $814.44 |
| LESELROD, MICHAEL
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787 | | Claim Number: 360
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $3,948.33 | | | | | |
| LESELROD, MICHAEL
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787 | | Claim Number: 9456
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $2,551.00 | Scheduled: | $5,102.44  CONT | Allowed: | | $2,551.00 |
| LESLIE, KEVIN
30156 LOBLOLLY CIR
DAPHNE, AL 36526 | | Claim Number: 8293
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $710.11 | | | | | |
| LESTER ASSOCIATES
ATTN J. LESTER, PARTNER
83 PLEASANT ST
HAWORTH, NJ 07641 | | Claim Number: 3661
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $19,052.44 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LESTER, BERTHA<br>7614 W WESTLAWN ST<br>WICHITA, KS 672127339 | | Claim Number: 4419<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $24,775.00 |
| UNSECURED | Claimed: | $0.00 |
| LETORT MORTGAGE GROUP INC<br>ATTN KARI DELANY, PRESIDENT<br>1701 SPRING ROAD<br>CARLISLE, PA 17013 | | Claim Number: 2624<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8026 (09/08/2009) |
| PRIORITY | Claimed: | $1,848.07 |
| SECURED | Claimed: | $382.06 |
| LEU & OKUDA ATTORNEYS AT LAW<br>THE MERCHANT HOUSE<br>222 MERCHANT STREET, MAIN FLOOR<br>HONOLULU, HI 96813 | | Claim Number: 10830<br>Claim Date: 12/06/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
| UNSECURED | Claimed: | $1,258.48 |
| LEUNG, ARCHER<br>7805 VIA TORTONA<br>BURBANK, CA 91504 | | Claim Number: 9162<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $19,691.40 |
| UNSECURED | Claimed: | $19,691.40 |
| TOTAL | Claimed: | $19,691.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LEUNG, CHUNG NGOC<br>9 WOODSHAW ROAD<br>NEWARK, DE 19711 | | Claim Number: 8451<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,137.98 |
| LEUNG, KAM YIU & PANG, YUN FUN<br># 22-6300 BIRCH ST<br>RICHMOND, BC V6Y 4K3<br>CANADA | | Claim Number: 7573<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $659.00 |
| UNSECURED | Claimed: | $5,516.00 |
| LEUNG, KASTON<br>16 HOLITMAN DRIVE<br>OTTAWA, ON K2J 2A9<br>CANADA | | Claim Number: 6713<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,387.65 |
| LEUNG, TOMMY<br>8 JOHN STREET<br>QUINCY, MA 02169 | | Claim Number: 6989<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| PRIORITY | | Scheduled: $250.00 CONT |
| UNSECURED | Claimed: | $777.75    Allowed: $777.75 |
| LEVENSON, DAVID<br>5421 PEPPERMILL<br>GRAND BLANC, MI 48439-1946 | | Claim Number: 8638<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,122.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

LEVEY, RUBY N.
11 ELLENSVIEW CIRCLE
RICHMOND, VA 23226-1757

Claim Number: 5304
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,197.33 | |

LEVINE, ARTHUR
24 JEROLD STREET
PLAINVIEW, NY 11803-3737

Claim Number: 3242
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,480.00 | |

LEVINE, DEBBY HIL
235 WEST END AVE
APT 7D
NEW YORK, NY 10023

Claim Number: 5292
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $55,684.90 | |

LEVINE, DEREK AND MORRIS, LIZ
C/O THOMAS P. KELLY
LAW OFFICES OF PETER G. ANGELOS
100 N. CHARLES STREET, 22ND FLOOR
BALTIMORE, MD 21201

Claim Number: 8388
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $917.18 | Allowed: | $917.18 |

LEVINE, NANCY
23905 WOODWAY RD
BEACHWOOD, OH 44122

Claim Number: 329
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $8,388.07 CONT | Allowed: | $5,000.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEVINE, SANDRA<br>14623 SPERANZA WAY<br>BONITA SPGS, FL 34135-8371 | | Claim Number: 3711<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $12,785.00 |
| LEVINE, STEWART<br>10 BERKLEY PLACE<br>COLTS NECK, NJ 07722-2031 | | Claim Number: 10567<br>Claim Date: 10/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $6,390.00 |
| LEVINE, SYLVIA<br>5 CHESTNUT HILL<br>ROSLYN, NY 11576 | | Claim Number: 8093<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $24,850.00 |
| LEVITT BAKERSFIELD, LLC<br>C/O GREGORY D. BYNUM & ASSOC., INC<br>ATTN ROY SCARAZZO, AUTHORIZED AGENT<br>5601 TRUXTUN AVENUE SUITE 190<br>BAKERSFIELD, CA 93309-0627 | | Claim Number: 7963<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $104,680.60 | Allowed: | $104,680.60 |
| LEVY, MILTON<br>575 PARK AVE.<br># 1009<br>NEW YORK, NY 10065 | | Claim Number: 6528<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,405.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEVY, SARAH<br>4660 ROTHERHAVEN WAY<br>SAN JOSE, CA 95111 | | Claim Number: 10090<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| SECURED | Claimed: | $665,000.00 |
| LEVY, STEVEN R.<br>3700 PACIFIC HIGHWAY E. 406<br>FIFE, WA 98424 | | Claim Number: 4245<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,932.00 |
| LEWAN, VIRGINIA L.<br>16530 35TH AVE SE<br>BOTHELL, WA 98012 | | Claim Number: 6126<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,059.95 |
| LEWIS R MESSINGER    GRANTOR<br>SHARON L MESSINGER SUCCESSORTTEES<br>LEWIS R MESSINGER LIVING TR<br>17106 STATE ROUTE 3<br>WATERTOWN, NY 13601-5520 | | Claim Number: 9622<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LEWIS, BETH D<br>787 KIMBALL<br>HIGHLAND PARK, IL 60035 | | Claim Number: 3268<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $4,114.21 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$9,050.00  CONT | Allowed: | $4,114.21 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LEWIS, BETH D.<br>787 KIMBALL<br>HIGHLAND PARK, IL 60035 | | Claim Number: 528<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $15,123.17 |
| LEWIS, CECILIA STEORTS IRA FBO<br>PERSHING LLC AS CUSTODIAN<br>1811 HANOVER AVE.<br>RICHMOND, VA 23220-3507 | | Claim Number: 8715<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| LEWIS, DEAN A.<br>5803 CEDAR CV.<br>SAN ANTONIO, TX 78249 | | Claim Number: 5599<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,904.98 |
| LEWIS, E. BOWEN<br>MAURINE B LEWIS JT TEN<br>812 E 450 N<br>KAYSVILLE, UT 84037 | | Claim Number: 3561<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $140.00<br>$4,140.98 |
| LEWIS, JAMES<br>726 LAFFERTY DR<br>PITTSBURGH, PA 15227 | | Claim Number: 5403<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $836.54 | Scheduled: | $836.54  CONT | Allowed: | $836.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LEWIS, MARK H.<br>111 BUFFLEHEAD DR.<br>MOORESVILLE, NC 28117 | | Claim Number: 1489<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,230.90 |

| | | |
|---|---|---|
| LEWIS, MARK H.<br>111 BUFFLEHEAD DR.<br>MOORESVILLE, NC 28117 | | Claim Number: 1777<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $895.90 | Scheduled: | $895.90  CONT | Allowed: | $895.90 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| LEWIS, RICHARD L. SR<br>73 MOUNTAIN ASH DR<br>KINGSTON, MA 023641269 | | Claim Number: 7466<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $842.00 |
|---|---|---|

| | | |
|---|---|---|
| LEWIS, RONALD L. TR.<br>26037 NEWCOMBE CIRCLE<br>LEESBURG, FL 34748 | | Claim Number: 5055<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $6,747.96 |
|---|---|---|

| | | |
|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 5398<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| SECURED | Claimed: | $4,420.58  UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 5399<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | |
| SECURED            Claimed: | $523.71   UNLIQ | | | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 5400<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | |
| SECURED            Claimed: | $523.71   UNLIQ | | | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 5402<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | |
| SECURED            Claimed: | $4,420.58   UNLIQ | | | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 10605<br>Claim Date: 12/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10605 (10/05/2012) | | | |
| SECURED            Claimed: | $1,103.99 | Allowed: | $837.94 | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Number: 10606<br>Claim Date: 12/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | | | |
| SECURED            Claimed: | $1,103.99 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 10935<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 10605 (10/05/2012) | | | | |
| ADMINISTRATIVE | Claimed: | $2,428.35 | | | Allowed: | $1,086.28 |
| LGS PROPERTIES, LLC<br>2231 SW WANAMAKER RD<br>TOPEKA, KS 66614 | | Claim Number: 10038-01<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $16,800.00 | Scheduled: | $2,712.50 | Allowed: | $16,800.00 |
| LGS PROPERTIES, LLC<br>2231 SW WANAMAKER RD<br>TOPEKA, KS 66614 | | Claim Number: 10038-02<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $2,800.00 | | | | |
| LI, JIYAN<br>215 37 48TH AVE<br>APT 2A<br>BAYSIDE, NY 11364 | | Claim Number: 4345<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,644.23 | Scheduled: | $2,148.23  CONT | Allowed: | $1,644.23 |
| LIANG, JULIE<br>1300 ALKI AVE, UNIT 300<br>SEATTLE, WA 98116 | | Claim Number: 8994<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,180.91 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LIANG, MATTHEW
1797 KANAPUU DR
KAILUA, HI 96734

Claim Number: 10111
Claim Date: 03/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7394 (05/15/2009)

| PRIORITY | Claimed: | $134,000.00 | | |
|---|---|---|---|---|

LIANG, STELLA & CHRISTOPHER P.
8960 SPANISH RIDGE AVE.
LAS VEGAS, NV 89148

Claim Number: 3986
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,047.79 | | |
|---|---|---|---|---|

LIBERTY PROPERTY LIMITED PARTNERSHIP
824 N MARKET ST STE 800
WILMINGTON, DE 19801-4939

Claim Number: 8690-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $14,318.17 | Allowed: | $14,318.17 |
|---|---|---|---|---|

LIBERTY PROPERTY LIMITED PARTNERSHIP
824 N MARKET ST STE 800
WILMINGTON, DE 19801-4939

Claim Number: 8690-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| SECURED | Claimed: | $3,543.63 | Allowed: | $3,543.63 |
|---|---|---|---|---|

LIBERTY PROPERTY LIMITED PARTNERSHIP
RICHARD A. BARKASY, ESQ.
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. MARKET ST., SUITE 1001
WILMINGTON, DE 19801

Claim Number: 8691-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $32,577.46 | Allowed: | $32,577.46 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIBERTY PROPERTY LIMITED PARTNERSHIP<br>RICHARD A. BARKASY, ESQ.<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>824 N. MARKET ST., SUITE 1001<br>WILMINGTON, DE 19801 | | Claim Number: 8691-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
| SECURED | Claimed: | $4,350.00 | | | | | |
| LICKING COUNTY<br>ATTN: DENNIS E. DOVE, ASS'T PROS. ATTY<br>P.O. BOX 830<br>NEWARK, OH 43058 | | Claim Number: 9878<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $4,421.14 | | | | | |
| LICKO, CLIFFORD W.<br>IRA E*TRADE CUSTODIAN<br>17 AVENIDA FIORI<br>HENDERSON, NV 89011 | | Claim Number: 4277<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $9,159.74 | | | | | |
| LIGHTNING COURIERS, INC.<br>ATTN CHRIS SCHLIESMANN, OWNER<br>PO BOX 1611<br>RIVERVIEW, FL 33569-1611 | | Claim Number: 5161<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $55.00 | Scheduled: | $55.00 | Allowed: | $55.00 | |
| LIKES, GERALD K. & SUSAN R. JT TEN<br>1770 COUNTY RD. M<br>WAHOO, NE 68066 | | Claim Number: 4330<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,138.75 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LIKES, SUSAN<br>1770 COUNTY RD. M<br>WAHOO, NE 68066 | | Claim Number: 4329<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,202.75 |
| LILLEY, GEORGE TRUSTEE<br>GEORGE W. LILLY, NON EXEMPT TR.<br>173 POPLAR DRIVE<br>MORGANTOWN, WV 26505 | | Claim Number: 6897<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $36,113.00 |
| UNSECURED | Claimed: | $36,113.00 |
| TOTAL | Claimed: | $36,113.00 |
| LILLEY, MAXIE<br>2070 FM 357<br>CORRIGAN, TX 75939 | | Claim Number: 10067<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| SECURED | Claimed: | $14,529.17 |
| LILLEY, MAXIE/JACQUELINE<br>1706 BIRDSONG<br>LUFKIN, TX 75901 | | Claim Number: 1637<br>Claim Date: 10/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $14,529.17 |
| LIM, EDDIE A. &* TIN-MU A.<br>4355 KILAUEA AVENUE<br>HONOLULU, HI 96816 | | Claim Number: 5530<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,145.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LIM, SHAWN
PO BOX 2916
NORTH BABYLON, NY 11703-0916

Claim Number: 2246
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $2,884.62 CONT | Allowed: | $2,884.62 |
|---|---|---|---|---|---|---|

LIMING, MICHAEL K.
2434 SHADE CREEK RD
GUYSVILLE, OH 45735

Claim Number: 9615
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $3,000.00 | | | | |
|---|---|---|---|---|---|---|

LIMZERWALA, HUZVAAK
5208 CHABLIS CT
FORT WAYNE, IN 46845

Claim Number: 10406
Claim Date: 05/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $6,544.32 | Scheduled: | $6,544.32 CONT | | |
|---|---|---|---|---|---|---|

LIN, JIANMING
46 BURROUGHS DR
MADISON, WI 53713

Claim Number: 9279
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,259.00 | | | | |
|---|---|---|---|---|---|---|

LINCOLN & ASSOCIATES
ATTN PAUL A LINCOLN, OWNER
PO BOX 525
MONUMENT, CO 80132

Claim Number: 2663
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LINCOLN COUNTY<br>ATTN JERRY L FOX, COLLECTOR<br>201 MAIN ST.<br>TROY, MO 63379 | | Claim Number: 2618<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $28.73 | | | | | |
| LINCOLN COUNTY, MISSOURI<br>JERRY FOX, COLLECTOR<br>201 MAIN STREET<br>TROY, MO 63379 | | Claim Number: 10692<br>Claim Date: 03/17/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $28.73 | Scheduled: | $31.71  DISP CONT | Allowed: | | $28.73 |
| LIND, GINA GAIL<br>212 SAINT LAWRENCE<br>STREET<br>SAYVILLE, NY 11782 | | Claim Number: 2780<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,413.30 | Scheduled: | $1,413.30  CONT | Allowed: | | $1,413.30 |
| LIND, SYDELL SHAKERDGE<br>88 POND VIEW DR.<br>PORT WASHINGTON, NY 11050 | | Claim Number: 6317<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,379.95 | | | | | |
| LINDA L. SCHIERMEIER TRUST<br>13435 TERRA VISTA DR<br>SAINT LOUIS, MO 63146 | | Claim Number: 4262<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,259.10 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| LINDEN, JOHN H<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | | Claim Number: 6096<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $154,044.60 | Scheduled: | $150,086.78  CONT | |
| LINDEN, JOHN H., JR.<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | | Claim Number: 638<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $153,190.96<br>$153,190.96<br>$153,190.96 | | | |
| LINDLIEF, DAVID<br>3232 N LADERA CIR<br>MESA, AZ 85207-0810 | | Claim Number: 9462<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,580.00 | | | |
| LINDLIEF, KELLY S.<br>3232 N LADERA CIR<br>MESA, AZ 85207-0810 | | Claim Number: 9461<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,607.35 | | | |
| LINFERD C. & CAROL A. MCGRANE TRUST<br>31932 DOVERWOOD CT<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 3392<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $19,550.21 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LINGL, HERB<br>PO BOX 470455<br>SAN FRANCISCO, CA 94147 | | Claim Number: 10011<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,000.00 |
| LINGLE, CAROLYN G.<br>100 WREN HILL DR<br>SAUTEE NACOOCHEE, GA 30571 | | Claim Number: 8917<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,833.23 |
| LINK, JULIE E.<br>14715 BARRYKNOLL LN # 154<br>HOUSTON, TX 77079 | | Claim Number: 9647<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LINNSTAEDT, GEORGE F.<br>IRA ROLLOVER<br>TD AMERITRADE CLEARING CUST.<br>1409 SYLVAN DRIVE<br>ARLINGTON, TX 76012-2422 | | Claim Number: 4279<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| LIOU, LONG<br>4906 SIERRA PINE DR.<br>RENO, NV 89519 | | Claim Number: 3835<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| LIPINSKI, DONALD<br>30 N 58TH ST<br>SUPERIOR, WI 54880 | | Claim Number: 4996<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,479.26 | | |
| LIPOW, ALVIN & ELAINE<br>2864 RINGNECK RD<br>AUDUBON, PA 19403-1813 | | Claim Number: 3358<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,910.00 | | |
| LIQUID FUNDING, LTD<br>ATTN DIANE PERINCHIEF, CORPORATE SEC.<br>CANON'S COURT<br>22 VICTORIA STREET<br>HAMILTON, HM12<br>BERMUDA | | Claim Number: 9029<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10292 (12/27/2011) | | |
| SECURED | Claimed: | $0.00 UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT | | |
| LISA USLABAR APPRAISALS<br>ATTN LISA USLABAR<br>8708 INDIAN BLVD S<br>COTTAGE GROVE, MN 55016 | | Claim Number: 987<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,805.00 | Allowed: | $1,805.00 |
| LISLE, ELIZABETH B.<br>ETRADE SECURITIES CUSTODIAN<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 10757<br>Claim Date: 01/29/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | |
| UNSECURED | Claimed: | $6,382.10 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LISLE, ELIZABETH B. FBO<br>ETRADE SECURITIES CUSTODIAN<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9458<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,022.00 |
| LISLE, ELIZABETH B. FBO<br>ETRADE SECURITIES CUSTODIAN<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9459<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,329.19 |
| LISLE, HAMPTON H.<br>ETRADE SECURITIES<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | | Claim Number: 9552<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $23,435.02 |
| LISLE, HAMPTON H.<br>ETRADE SECURITIES<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | | Claim Number: 9564<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,040.10 |
| LISLE, HAMPTON H.<br>STATE STREET BANK TTEE<br>NORTHROP GRUMMAN PLAN<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | | Claim Number: 9590<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $48,309.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LISLE, HAMPTON H. FBO<br>ETRADE SECURITIES CUSTODIAN<br>PO BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9553<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $90,973.75 |
| LISLE, HAMPTON H. FBO<br>ETRADE SECURITIES CUSTODIAN<br>PO BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9554<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $237,308.50 |
| LISLE, HAMPTON H. IV<br>ETRADE SECURITIES<br>PO BOX 61<br>MOUNT AIRY, MD 21770 | | Claim Number: 9589<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,589.49 |
| LISLE, LUCILE A. & HAMPTON H.<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9350<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $119.18 |
| LISLE, LUCILE A. & HAMPTON H. JTWROS<br>ETRADE SECURITIES<br>PO BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9325<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,377.37 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| LISLE, RACHEL C. IRRV. TRUST<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9472<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| UNSECURED | Claimed: | $53,045.20 | | | |
| LISLE, RACHEL C. IRRV. TRUST<br>ETRADE SECURITIES<br>P.O. BOX 641<br>GAMBRILLS, MD 21054 | | Claim Number: 9473<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,294.70 | | | |
| LISSMAN, PAUL J.<br>70 TIBER RD<br>SYOSSET, NY 11791-1109 | | Claim Number: 8437<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,635.00 | | | |
| LITSEY, CHRISTINE M (TINA)<br>13811 NE AIRPORT DR<br>VANCOUVER, WA 98684 | | Claim Number: 7471<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46  CONT | Allowed: | $1,538.46 |
| LITTLE, CECIL<br>2227 WHEATLEY DR # 204<br>BALTIMORE, MD 21207 | | Claim Number: 9888<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | | |
| UNSECURED | Claimed: | $325.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LIU, CHIEN<br>8100 TOMAHAWK ROAD<br>PRAIRIE VILLAGE, KS 66208 | | Claim Number: 5714<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| LIU, CHIEN<br>8100 TOMAHAWK ROAD<br>PRAIRIE VILLAGE, KS 66208 | | Claim Number: 5716<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| LIU, ERIC S. & CEN, JENNY Y.<br>2015 SPRINGWOOD DRIVE<br>CONWAY, AR 72034 | | Claim Number: 7127<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,075.50 |
| LIU, HUI & LIANG, XIAOLI<br>18 BLUE SPRUCE<br>IRVINE, CA 926201245 | | Claim Number: 5368<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,544.00 |
| LIU, KEN AND TRACY MD<br>26751 ALMADEN CT.<br>LOS ALTOS, CA 94022 | | Claim Number: 4840<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $92,460.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| LIU, LINLIN<br>4066 KIMBERLY DR<br>CANTON, MI 48188 | | Claim Number: 7336<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,312.50 | | | |
| LIU, SHIANG-CHOU<br>31-10 THOMSON AVE.,<br>M-300<br>LONG ISLAND CITY, NY 11101 | | Claim Number: 3221<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,700.00 | | | |
| LIU, SHIJI<br>2015 SPRINGWOOD DRIVE<br>CONWAY, AR 72034 | | Claim Number: 7126<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,209.59 | | | |
| LIVIAN, DARIUS D<br>455 CANYON DEL REY BLVD<br># 337<br>MONTEREY, CA 93940 | | Claim Number: 5391-01<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,485.97 | Scheduled:<br>Scheduled: | $5,816.75  CONT<br>$39,703.33  CONT | Allowed: | $5,485.97 |
| LIVIAN, DARIUS D<br>455 CANYON DEL REY BLVD<br># 337<br>MONTEREY, CA 93940 | | Claim Number: 5391-02<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
| UNSECURED | Claimed: | $56,827.55 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LIVINGSTON COUNTY<br>ATTN DIANNE H HARDY, TREASURER<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | | Claim Number: 10288<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) |

| SECURED | Claimed: | $985.69  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LIVINGSTON COUNTY<br>ATTN: DIANNE H. HARDY<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | | Claim Number: 10375<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |

| SECURED | Claimed: | $985.69  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LJUBENKO, DUSAN J.<br>1529 STONEGATE ROAD<br>LA GRANGE PARK, IL 60526-1050 | | Claim Number: 7306<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,572.33 |
|---|---|---|

| | | |
|---|---|---|
| LLOYD STAFFING, INC.<br>ATTN JERRY STEINHART<br>445 BROADHOLLOW RD, STE 119<br>MELVILLE, NY 11747 | | Claim Number: 582<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $19,625.81 | Scheduled: | $10,173.06 | Allowed: | $19,625.81 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| LLOYD, STANLEY<br>19017 SE LOXAHATCHEE RIVER ROAD<br>JUPITER, FL 33458 | | Claim Number: 5511<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $11,980.09 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LOBO, EDISSA<br>91-18 108 STREET<br>RICHMOND HILL, NY 11418 | | Claim Number: 5611<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $40,000.00 | | |
| LOBOSCO, JOHN & OBRIEN, PEGGY L.<br>28 BROOKSBIE RD<br>BEDFORD, MA 01730-1836 | | Claim Number: 3442<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $125.00 | | |
| LOCATION, INC.<br>86 SHREWSBURY ST #D<br>WORCESTER, MA 01604-4625 | | Claim Number: 1937<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $3,000.00 | Allowed: | $3,000.00 |
| LODGE AT VENTANA CANYON, THE<br>GOLF & RACQUET CLUB<br>ATTN TRACEY FOSSATTI, ACCTS RECEIVABLE<br>6200 N CLUBHOUSE LANE<br>TUCSON, AZ 85750 | | Claim Number: 1704<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,020.03 | Allowed: | $1,020.03 |
| LODWICK, CATHERINE A<br>15603 N 52ND ST<br>SCOTTSDALE, AZ 85254-1704 | | Claim Number: 7259<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| UNSECURED | Claimed: | $10,751.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LODWICK, CATHERINE A<br>15603 N 52ND ST<br>SCOTTSDALE, AZ 85254-1704 | Claim Number: 7266<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $10,751.00 |
|---|---|---|

| | | |
|---|---|---|
| LOEFFLER, RICHARD<br>195 JERICHO VALLEY DRIVE<br>NEWTOWN, PA 18940 | Claim Number: 7091-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $289,426.28 CONT | | |

| | | |
|---|---|---|
| LOEFFLER, RICHARD<br>195 JERICHO VALLEY DRIVE<br>NEWTOWN, PA 18940 | Claim Number: 7091-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |

| UNSECURED | Claimed: | $290,810.50 |
|---|---|---|

| | | |
|---|---|---|
| LOEHR, JANET M., IRA<br>RAYMOND JAMES & ASSOC INC CSDN - BROKER<br>29 GREENBRIAR ST<br>GROSS POINTE SHORES, MI 48236-1507 | Claim Number: 7387<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $2,129.12 |
|---|---|---|

| | | |
|---|---|---|
| LOEHR, JANET M., TTEE<br>U/A/D AUG 29, 1979<br>JANET M LOEHR LIVING TRUST<br>29 GREENBRIAR ST<br>GROSSE POINTE SHORES, MI 48236-1507 | Claim Number: 7386<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |

| UNSECURED | Claimed: | $59,026.98 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LOEHR, JANET M., TTEE<br>U/A/D AUG 29, 1979<br>JANET M LOEHR LIVING TRUST<br>29 GREENBRIAR ST<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7388<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,735.59 |
| LOEHR, WALTER A., IRA<br>RAYMOND JAMES & ASSOC INC CSDN-BROKER<br>29 GREENBRIAR ST<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7389<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $57,591.72 |
| LOFT, DOUGLAS A.<br>2633 VERONA TRAIL<br>WINTER PARK, FL 32789 | | Claim Number: 7942<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,961.60 |
| LOFTIS, NORMAN<br>215 E 95TH STREET<br>APT. 28G<br>NEW YORK, NY 10128 | | Claim Number: 8678<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $2,425.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8679<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $2,425.00  UNLIQ<br>$0.00  UNLIQ<br>$0.00  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8982<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8983<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8984<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 9011<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 9012<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 9013<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
| PRIORITY | Claimed: | $2,425.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| LOGAN, SHANNON<br>818 GERA AVE NW<br>PALM BAY, FL 32907 | | Claim Number: 9719<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $350.00 |
| LOGIUDICE, ALAN<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | | Claim Number: 7496<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $2,600.00 | Scheduled: | $2,860.00  CONT | Allowed: | $2,600.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LOHRFINK, DANIEL<br>1226 BLACK FRIARS RD<br>CATONSVILLE, MD 21228 | | Claim Number: 1040<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,695.00 | Scheduled: | $1,696.00 CONT | Allowed: | $1,695.00 |
| LOKE, HERBERT L.<br>7735 N CHADWICK RD<br>MILWAUKEE, WI 53217-3158 | | Claim Number: 6731<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| LOLLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | | Claim Number: 260<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $10,096.00 | | | | |
| LOMBARDI, JENNIFER<br>2563 LINCOLN BLVD<br>NORTH BELLMORE, NY 11710 | | Claim Number: 1043<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,555.80 | Scheduled: | $2,000.00 CONT | Allowed: | $1,555.80 |
| LONEY, GEMELI<br>67 E SMITH ST<br>AMITYVILLE, NY 11701-2421 | | Claim Number: 4336<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,047.74 | Scheduled: | $1,047.74 CONT | Allowed: | $1,047.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LONG APPRAISAL SERVICES, INC.<br>BRIAN W. LONG<br>1631 EMERALD CT.<br>ROBINS, IA 52328 | | Claim Number: 1768<br>Claim Date: 10/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,110.00 | Allowed: | $2,110.00 |
| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | | Claim Number: 1246<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $270,845.23 | | |
| LONG ISLAND LIGHTING COMPANY DGA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | | Claim Number: 4436<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $25,233.50 | | |
| LONG ISLAND LIGHTING COMPANY DGA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | | Claim Number: 4438<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8936 (06/18/2010) | | |
| UNSECURED | Claimed: | $270,845.23 | Allowed: | $270,845.23 |
| LONG, CARL R. & PHYLLIS M. TTEES<br>CARL R & PHYLLIS M LONG REV TR<br>10716 CALAVERAS COVE<br>BELTON, TX 76513 | | Claim Number: 4523<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $13,522.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| LONGSHORE, BUCK & LONGSHORE, P.C.<br>ATTN W. L. LONGSHORE, III<br>NORTH LONGSHORE BUILDING<br>2009 SECOND AVENUE<br>BIRMINGHAM, AL 35203 | | Claim Number: 7173<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,460.71 | | Allowed: | $1,460.71 |
| LONZI, JESSICA<br>***NO ADDRESS PROVIDED*** | | Claim Number: 3520<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $6,000.00 | | | |
| LOOMIS, PRISCILLA<br>39 LITTLE ROAD<br>MORRIS, CT 06763 | | Claim Number: 1648<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |
| LOOMIS, SUSAN<br>65798 WHITE ROCK LOOP<br>BEND, OR 97701-8118 | | Claim Number: 4424<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | | |
| LOPEZ, KIM<br>1524 BACCAROT COURT<br>SANFORD, FL 32771 | | Claim Number: 1507<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $923.07 | Scheduled: | $2,376.92 CONT | Allowed: | $923.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK<br>DRIVE 314<br>ESCONDIDO, CA 92026 | | Claim Number: 7506<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 | | Allowed: | $20.00 |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK<br>DRIVE 314<br>ESCONDIDO, CA 92026 | | Claim Number: 7507-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8414 (12/14/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $495.00 | Scheduled:<br>Scheduled: | $466.23 CONT<br>$41.23 CONT | | Allowed: | $495.00 |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK<br>DRIVE 314<br>ESCONDIDO, CA 92026 | | Claim Number: 7507-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8414 (12/14/2009) | | | | | |
| UNSECURED | Claimed: | $41.23 | | | | | |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | | Claim Number: 10749<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $466.23<br>$41.23 | | | | | |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | | Claim Number: 10750<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | | | | |
| UNSECURED | Claimed: | $20.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LOPEZ, MARTHA M<br>8975 LAWRENCE WELK<br>DRIVE 314<br>ESCONDIDO, CA 92026 | | Claim Number: 7508<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9972 (05/05/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $495.00 | Scheduled: | $495.00  CONT | Allowed: | $495.00 |
| LOPEZ, SAUL & TORRES, CARLOS<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | | Claim Number: 6537<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10583 (09/17/2012) | | | | |
| UNSECURED | Claimed: | $715,000.00 | | | | |
| LOPEZ, TERESA<br>320 ATLANTIC AVE APT B4<br>EAST ROCKAWAY, NY 11518-1115 | | Claim Number: 3411<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,557.69 | Scheduled: | $1,557.69  CONT | Allowed: | $1,557.69 |
| LORBEER, VIRGINIA L.<br>14084 EAST HAMPDEN PLACE<br>AURORA, CO 80014 | | Claim Number: 10149<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| SECURED | Claimed: | $333,488.61 | | | | |
| LORENZ APPRAISAL, INC.<br>ATTN JANICE B. LORENZ, APPRAISER<br>8592 WOODBRIAR DRIVE<br>SARASOTA, FL 34238 | | Claim Number: 6233<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $200.00 | | | Allowed: | $200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LORENZ, ERICH A.
15 BLENHEIM COURT
ROCKVILLE CENTRE, NY 11570

Claim Number: 10007
Claim Date: 02/21/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $43,809.66 | | | |
|---|---|---|---|---|---|

LORENZ, GEORGE
3576 N TANGLEWOOD LN.
SHELBYVILLE, IN 46176-9444

Claim Number: 3820
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| UNSECURED | Claimed: | $2,212.79 | | Allowed: | $2,212.79 |
|---|---|---|---|---|---|

LORENZI, GAIL
1770 CHURCH RD.
AURORA, IL 60504

Claim Number: 3146
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,215.38 | Scheduled: | $2,215.39 CONT | Allowed: | $2,215.38 |
|---|---|---|---|---|---|---|

LORENZI, GAIL L.
1770 CHURCH RD
AURORA, IL 60505

Claim Number: 1202
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,601.00 | | | |
|---|---|---|---|---|---|

LORENZI, GAIL L.
1770 CHURCH RD
AURORA, IL 60505

Claim Number: 3140
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,601.00 | | | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LORENZO, DONNA<br>29023 PINE AVENUE<br>BIG PINE KEY, FL 33043 | | Claim Number: 9239<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,206.00 |
| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | | Claim Number: 5940<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,876.95 |
| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | | Claim Number: 6053<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,876.95 |
| LORRAINE BEAMAN TRUST<br>1217 HICKORY ST<br>WAHOO, NE 68066 | | Claim Number: 5814<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,055.35 |
| LOS ANGELES COUNTY TREASURER & TAX COLL<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 8832<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $107,421.79 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LOS ANGELES COUNTY TREASURER & TAX COLL.<br>ATTN JOYCE M. OWENS<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 8783<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| SECURED | Claimed: | $107,421.79 | | | | |
| LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>ATTN DICH DO<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | | Claim Number: 158<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $197.61 | | | | |
| LOSACCO, KRISTIN<br>117 TERRA MEADOW CIRCLE<br>VOLO, IL 60020 | | Claim Number: 8622<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,527.79 | Scheduled: | $1,527.79 CONT | Allowed: | $1,527.79 |
| LOSEY, HAROLD D. JR. IRA<br>RBC DAIN RAUSCHER, CUSTODIAN<br>253 BEAR HILL RD.<br>CHICHESTER, NH 03258 | | Claim Number: 3335<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $49,720.00 | | | | |
| LOTSOFF, BRETT S<br>249 DENNIS LANE<br>GLENCOE, IL 600222180 | | Claim Number: 2861<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7504 (06/05/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,000.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$34,050.00 CONT | Allowed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LOTZ, MARY B. (IRA)<br>117 DEHAVEN DR # 346<br>YONKERS, NY 10703 | | Claim Number: 9939<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | | |
| LOUCKS, LINDA<br>216 W STATE<br>ASHLEY, IN 46705 | | Claim Number: 5586<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00  CONT | Allowed: | | $520.00 |
| LOUIE, VICTORIA J.<br>6856 N. RUTHLEE AV<br>SAN GABRIEL, CA 91775 | | Claim Number: 3786<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $465.00 | | | | | |
| UNSECURED | Claimed: | $465.00 | | | | | |
| TOTAL | Claimed: | $465.00 | | | | | |
| LOUIS STAYER LIVING<br>4340 SEQUOYAH ROAD<br>OAKLAND, CA 94605 | | Claim Number: 8089<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $21,889.75 | | | | | |
| LOUISVILLE GAS AND ELECTRIC COMPANY<br>ATTN C. MICHAEL COOPER, MANAGER<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | | Claim Number: 2890<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $160.55 | | | Allowed: | | $160.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| LOUTINSKY, KARL J & MARY E JT WROS<br>121 N GLADDEN ST<br>ALEXANDRIA, VA 22304 | | Claim Number: 4463<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,949.99 | | |
| LOVEJOY, JONATHAN D. & LINDA L. JT TEN<br>2813 WINTERPLACE CIR<br>PLANO, TX 75075 | | Claim Number: 4476<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,927.95 | | |
| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | | Claim Number: 1461<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,125.00 | Allowed: | $1,125.00 |
| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | | Claim Number: 1462<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $4,340.00 | Allowed: | $4,340.00 |
| LOVETT, CARROLL<br>223 PALM ISLAND, SW<br>CLEARWATER BEACH, FL 33767-1941 | | Claim Number: 5508<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,023.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LOWE, AMANDA J
8138 HALYARD WAY
INDIANAPOLIS, IN 46236

Claim Number: 4151
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15  CONT | Allowed: | $646.15 |
|---|---|---|---|---|---|---|

LOWE, LORA
4483 ANTIGUA WAY
OXNARD, CA 93035

Claim Number: 7207
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,148.00 |
|---|---|---|

LOWE, MAXINE TTEE
1886 CUNNING DR APT 1
MANSFIELD, OH 44907-2274

Claim Number: 6690
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LOWERMYBILLS, INC., A DELAWARE CORP
SANDRA I TIBERI
HEMAR ROUSSO & HEALD LLP
15910 VENTURA BLVD 12TH FLOOR

Claim Number: 9844
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $59,999.00 | | | Allowed: | $59,999.00 |
|---|---|---|---|---|---|---|

LOY, ROGER D.
C/O AARON C. AMORE, ESQUIRE
KRATOVIL & AMORE, PLLC
211 W. WASHINGTON STREET
CHARLES TOWN, WV 25414

Claim Number: 5338
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: DOCKET: 10415 (04/11/2012)

| UNSECURED | Claimed: | $295,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| LOYA, JANET & DAVID JT TEN<br>58 SHORTWOODS ROAD<br>NEW FAIRFIELD, CT 06812 | | Claim Number: 6776<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $16,896.35 | | | | |
| LOYLE, DOLORES<br>3332 FLAGSHIP AVE<br>TAVARES, FL 327789220 | | Claim Number: 7305<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| LS CLARK EXECUTIVE SEARCH & STAFFING<br>SOLUTIONS, INC. - LIA SMITH-CLARK, PRES.<br>27 GREENLAWN BOULEVARD<br>NORTH VALLEY STREAM, NY 11580 | | Claim Number: 182<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $130,400.00 | Scheduled: | $75,600.00 | Allowed: | $130,400.00 |
| LSA REAL ESTATE APPRAISERS<br>ATTN LAUREN CE SEXTON<br>PO BOX 21403<br>CHARLESTON, SC 29413 | | Claim Number: 2542<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,400.00 | | | Allowed: | $1,400.00 |
| LUBAWSKI, DONNA L<br>713 CEDAR CREST CT<br>EDGEWOOD, MD 21040 | | Claim Number: 5303<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,833.19 | Scheduled: | $1,833.19  CONT | Allowed: | $1,833.19 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| LUBIN AND SMALLEY FLORIST,INC<br>ATTN RICHARD M. LOPRESTI, OWNER<br>8 MARKET SQUARE<br>PITTSBURG, PA 15222-1813 | | Claim Number: 2107<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95.18 | Allowed: | $95.18 |
| LUC, TRUONG VAN<br>524 ALPINE ST AP 1<br>LOS ANGELES, CA 90012 | | Claim Number: 7784<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $14,700.00 | | |
| LUCAS, JON<br>20 TEAL POND RD<br>NARRAGANSETT, RI 028825323 | | Claim Number: 5237-01<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8997 (07/12/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| LUCAS, JON<br>20 TEAL POND RD<br>NARRAGANSETT, RI 028825323 | | Claim Number: 5237-02<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 8997 (07/12/2010) | | |
| UNSECURED | Claimed: | $1,910.27 | Allowed: | $1,910.27 |
| LUCAS, PATRICK A.<br>900 MOUNTAIN VIEW LANE<br>SPRINGVILLE, AL 35146 | | Claim Number: 8095<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $297.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| LUCERO, JIMMY V (JIM)<br>12717 BARBATA ROAD<br>LA MIRADA, CA 90638 | | Claim Number: 5331-01<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,647.90 | Scheduled:<br>Scheduled: | $8,598.53 CONT<br>$675.18 CONT | Allowed: | $8,647.90 |
| LUCERO, JIMMY V (JIM)<br>12717 BARBATA ROAD<br>LA MIRADA, CA 90638 | | Claim Number: 5331-02<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $708.50 | | | |
| LUCERO, JIMMY V.<br>12717 BARBATA RD.<br>LA MIRADA, CA 90638 | | Claim Number: 5330<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $8,598.53<br>$675.18 | | | |
| LUCIA FAMILY TRUST<br>UA 61300<br>LOUIS OR BARBARA LUCIA TR<br>3005 TAM OSHANTER<br>RICHARDSON, TX 75080 | | Claim Number: 3248<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,004.45 | | | |
| LUCIA, LAURIE<br>27 SILLERO<br>RANCHO SANTA MARGARITA, CA 92688 | | Claim Number: 929<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | |
| PRIORITY | Claimed: | $3,900.00 | Scheduled: | $3,900.00 CONT | Allowed: | $3,900.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LUCIE, JOSEPH C.<br>424 OWEN ST<br>CHARLESTON, SC 29414 | | Claim Number: 3810<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,989.75 |
| LUCIER, MARY LEE<br>301 W HILLSALE BLVD<br>SAN MATEO, CA 94403-4219 | | Claim Number: 7733<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| LUCKEN, TRYGVE C. JR.<br>128 SANDSTONE CIRCLE<br>VENICE, FL 34293 | | Claim Number: 4393<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,336.00 |
| LUENEBURG, JANE<br>317 S VIEW DR<br>TOMAHAWK, WI 54487-1800 | | Claim Number: 5721<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $57,776.40 |
| LUENEBURG, RONALD H.<br>317 S VIEW DR<br>TOMAHAWK, WI 54487-1800 | | Claim Number: 5723<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,956.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LUEPKE, KATHLEEN<br>5405 HEATHERBLUFF CT<br>SAINT LOUIS, MO 63128 | | Claim Number: 10082<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| LUGAT, DARIN G<br>6 EAST PROSPECT STREET<br>HOPEWELL, NJ 08525 | | Claim Number: 2199<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $450.00 | | Allowed: | $450.00 |
| LUGO, CLARA<br>262 S MEADE ST<br>DENVER, CO 80219 | | Claim Number: 882<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,540.00 | Scheduled: | $1,540.00 | Allowed: | $1,540.00 |
| LUGVIEL, DAVID C.<br>1390 FRIESS LAKE ROAD<br>HUBERTUS, WI 53033 | | Claim Number: 4646<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,215.14 | | | | |
| LUKE, JENNIFER<br>190-18 CROCHERON<br>AVE<br>FLUSHING, NY 11358 | | Claim Number: 8640<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8027 (09/08/2009) | | | | |
| PRIORITY | Claimed: | $3,692.31   UNDET | Scheduled: | $3,692.31 CONT | Allowed: | $3,692.31 |

| LUM & WINN APPRAISAL GROUP<br>ATTN NOLAN LUM<br>10116 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628 | | Claim Number: 5216<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
| LUNCEFORD, SOPHIA<br>10715 E. SAHUARO DR.<br>SCOTTSDALE, AZ 85259 | | Claim Number: 7571<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | |
| PRIORITY | Claimed: | $3,750.00 | Allowed: | $3,750.00 |
| LUND, ROBERT W.<br>3 CHERRY DRIVE E<br>PLAINVIEW, NY 11803 | | Claim Number: 10222<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
| UNSECURED | Claimed: | $361,378.00 | | |
| LUPLOW, DALE L. ROTH IRA<br>P.O. BOX 241<br>GRANGEVILLE, ID 83530 | | Claim Number: 6335<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,326.50 | | |
| LUSEBRINK, DARRELL D. & JANETTE M.<br>10996 S PARISH ST<br>OLATHE, KS 66061-7309 | | Claim Number: 3215<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $8,574.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| LUSINK FAMILY TRUST<br>RICHARD E LUSHINK TR.<br>2972 MANZANITA VIEW ROAD<br>ALPINE, CA 91901 | | Claim Number: 7823<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $27,139.96 |
| LUSSIER, TRACY<br>4 OLD SUNDERLAND RD<br>MONTAGUE, MA 01351 | | Claim Number: 351<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7930 (08/11/2009) |
| UNSECURED | Claimed: | $15,742.00 |
| LUTKES, STEFAN B.<br>HOHLE GASSE 61<br>BONN, 53177<br>GERMANY | | Claim Number: 6774<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,500.00 |
| LUTTINEN, CARLYLE H.<br>3385 PLEASANT BEACH DR. NE<br>BAINBRIDGE ISLAND, WA 98110 | | Claim Number: 9475<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $33,056.70 |
| LUTTRELL, GERALD & LESLIE<br>P.O. BOX 1952<br>PITTSBURG, KS 66762 | | Claim Number: 4739<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

LUTTRELL, LESLIE TTEE
P.O. BOX 1952
PITTSBURG, KS 66762

Claim Number: 4740
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 | | | | | |
|---|---|---|---|---|---|---|---|

LUTTRULL, KIMBERLY F.
9740 AVIARY DR
SAN DIEGO, CA 92131

Claim Number: 233
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,092.31 | Scheduled: | $2,092.31 CONT | Allowed: | $2,092.31 |
|---|---|---|---|---|---|---|

LUTZ, DANIEL S.
1611 E STREET
LAKEBAY, WA 98349

Claim Number: 10258
Claim Date: 04/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $10,016.00 | | | | |
|---|---|---|---|---|---|---|

LUXURY HOMES MAGAZINE
6800 KALANIANAOLE HWY STE 101
HONOLULU, HI 96825

Claim Number: 854
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,114.56 | | | | |
|---|---|---|---|---|---|---|

LUXURY HOMES MAGAZINE
TOREY AND DANYELLE LAM
16289 S. BARLOW
OREGON CITY, OR 97045

Claim Number: 4236
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,790.00 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LUXURY MORTGAGE CORP<br>ATTN CB MCDONALD<br>ONE LANDMARK SQUARE SUITE 100<br>STAMFORD, CT 06905 | | Claim Number: 1736<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6461 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $27,190.00 | | | | |
| LVTV/ TV13 CLASSIFIEDS<br>ATTN MARYANN<br>3910 ADLER PLACE<br>BETHLEHEM, PA 18017 | | Claim Number: 6331<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $997.50 | | | Allowed: | $997.50 |
| LYNCH & ASSOCIATES<br>462 FASHION AVE<br>FL 12<br>NEW YORK, NY 10018-7433 | | Claim Number: 4911<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,785.00 | | | Allowed: | $1,785.00 |
| LYNCH, DAN AND GAIL<br>2385 EAST MENLO AVE.<br>FRESNO, CA 93710 | | Claim Number: 6737<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,634.99 | | | | |
| LYNCH, JODI<br>31 HILL AVE<br>NESCONSET, NY 11767-3020 | | Claim Number: 5549<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $887.49 | Scheduled: | $887.49 CONT | Allowed: | $887.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| LYNCH, MARY A.<br>3445 VICARI AVE<br>TOMS RIVER, NJ 08755 | | Claim Number: 7144<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$3,170.00 | | | | |
| LYNCH, SHANA<br>8603 WEST<br>PAPAGO STREET<br>TOLLESON, AZ 85353 | | Claim Number: 2012<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $240.00 | Scheduled: | $480.00 CONT | Allowed: | $240.00 |
| LYNCH, WILLIE J.<br>103 PARKSIDE DR.<br>GOOSE CREEK, SC 29445 | | Claim Number: 5416<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,945.00 | | | | |
| LYON, HERBERT<br>APPRAISAL HOUSE, INC.<br>PO BOX 1713<br>ELLICOTT CITY, MD 21041-1713 | | Claim Number: 982<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,040.00 | | | Allowed: | $4,040.00 |
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2191<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $134.00 | Scheduled: | $134.00 | Allowed: | $134.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2192<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $21.00 | Scheduled: | $21.00 | | Allowed: | $21.00 |
| LYONS, BRIDGET M<br>4444 S UNION STREET<br>MORRISON, CO 80465 | | Claim Number: 7455<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY | | | Scheduled: | $1,157.52 CONT | | | |
| UNSECURED | Claimed: | $1,157.52 | | | | Allowed: | $1,157.52 |
| LYTLE, JODY<br>310 REDROME CIRCLE W<br>BRIDGEVILLE, PA 15017 | | Claim Number: 3643<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $1,505.84 | Scheduled: | $1,505.84 CONT | | Allowed: | $1,505.84 |
| LYTWYN, P. PETER<br>960 BERGER RD<br>EASTON, PA 18042 | | Claim Number: 7789<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9677 (01/19/2011) | | | | | |
| UNSECURED | Claimed: | $3,840.18 | | | | | |
| M.H. ALBERT & ASSOCIATES<br>6169 UPPER YORK ROAD<br>NEW HOPE, PA 18938 | | Claim Number: 7764<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $2,390.00 | | | | Allowed: | $2,390.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MAAHS, KAREN L.<br>1837 DUCK LAKE DR.<br>EAGLE RIVER, WI 54521 | | Claim Number: 8372<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| MAC DONALD, DENNIS<br>5101 S. IRONTON WAY<br>GREENWOOD VILLAGE, CO 80111 | | Claim Number: 4817<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $53,575.00 | | | | |
| MACALUSO, JOHN, IRA<br>WMS CUSTODIAN<br>14820 N 17TH DR<br>PHOENIX, AZ 85023 | | Claim Number: 4925<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $4,081.00 | | | | |
| MACARTHUR, LAURA<br>8 LEO ST<br>PATCHOGUE, NY 11772 | | Claim Number: 415<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,279.63 | | | | |
| MACARTHUR, LAURA<br>17 STANLEY CT<br>RONKONKOMA, NY 11779 | | Claim Number: 5491<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,279.63 | Scheduled: | $2,279.63  CONT | Allowed: | $2,279.63 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MACCAMY, JOSEPH E (JOE)<br>224 NW 195TH ST<br>SHORELINE, WA 98177 | | Claim Number: 5177<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,344.70 | Allowed: | $1,344.70 |

| MACCORMACK, JOSEPH & MARY<br>4579 DERRING LN<br>FAIRFAX, VA 22030-6265 | | Claim Number: 10655<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8186 (10/15/2009) |
|---|---|---|
| SECURED | Claimed: | $760,000.00 |
| UNSECURED | Claimed: | $1,520,000.00 |

| MACCORMACK, JOSEPH & MARY<br>4800 CHRISTIE JANE LANE<br>FAIRFAX, VA 22030 | | Claim Number: 10656<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|---|
| SECURED | Claimed: | $760,000.00 |
| UNSECURED | Claimed: | $1,520,000.00 |

| MACDONALD, RICHARD & JOSEPHINE / TTEES<br>MACDONALD FAMILY TRUST<br>U/A 12/12/96<br>10142 N. 105TH WAY<br>SCOTTSDALE, AZ 85258 | | Claim Number: 4395<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| SECURED | Claimed: | $26,190.00 |

| MACDOUGALL, ROBERT<br>5708 LOKELANI RD<br>KAPAA, HI 96746 | | Claim Number: 6068<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $6,002.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MACDOWELL, VALERIE H. & LOUIS G. III<br>481 SAILFISH COVE<br>SATELLITE BEACH, FL 32937 | | Claim Number: 5430<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
| PRIORITY | Claimed: | $1,640.00 | | | | |
| UNSECURED | Claimed: | $1,640.00 | | | | |
| TOTAL | Claimed: | $1,640.00 | | | | |
| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | | Claim Number: 3359<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |
| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | | Claim Number: 3360<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,120.00 | Scheduled: | $2,122.15  CONT | Allowed: | $1,120.00 |
| MACIOSEK, MICHELLE<br>W224 S7920 OAKRIDGE DR<br>BIG BEND, WI 53103 | | Claim Number: 6364<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,464.00 | | | | |
| MACKINNON, ROBERT M. & JACQUELINE B.<br>C/O CITIGROUP GLOBAL MARKETS INC.<br>997 LENOX DRIVE<br>BLDG 3 - 2ND FL<br>LAWRENCE, NJ 08648-2317 | | Claim Number: 9594<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,658.23 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MACKO, KEMBERLY L.<br>536 S WALNUT AVE<br>BREA, CA 92821 | | Claim Number: 1163<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,121.60 | | | | |
| MACKO, KIMBERLY<br>536 S. WALNUT AVE<br>BREA, CA 92821 | | Claim Number: 8777<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,121.69 | Scheduled: | $2,121.69 CONT | Allowed: | $2,121.69 |
| MACLELLAN, KATIE<br>111 WASHINGTON ST<br>HANOVER, MA 02339 | | Claim Number: 5409<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $1,008.00 | Scheduled: | $1,008.00 CONT | Allowed: | $1,008.00 |
| MACLIN, JILLIAN S<br>1111 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 5882<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,307.69 | Scheduled: | $2,225.00 CONT | Allowed: | $1,307.69 |
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | | Claim Number: 1003<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | | Claim Number: 6626-01<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,000.00 CONT | Allowed: | | $10,950.00 |
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | | Claim Number: 6626-02<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | |
| UNSECURED | Claimed: | $48,658.00 | | | | | |
| MACORMAC, EVELYN<br>106 W FAIR MEADOWS DR<br>CANONSBURG, PA 15317 | | Claim Number: 427<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,414.88 | | | | | |
| MACORMAC, EVELYN W<br>106 W FAIR MEADOWS<br>DR<br>CANONSBURG, PA 15317 | | Claim Number: 6409<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,788.46 | Scheduled: | $2,414.42 CONT | Allowed: | | $1,788.46 |
| MACUS, JOHN<br>411 STOCKTON DR<br>BATON ROUGE, LA 70815 | | Claim Number: 9705<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,335.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MADDEN, BARBARA<br>97 FIRESTONE PLACE<br>MEADOWLAKES, TX 78654 | | Claim Number: 8353<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $94,515.87 | | | | |
| UNSECURED | Claimed: | $94,515.87 | | | | |
| TOTAL | Claimed: | $94,515.87 | | | | |
| MADDEN, JENNIFER<br>435 VIKING DR<br>SYCAMORE, IL 60178 | | Claim Number: 8809<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $750.00 | | | | |
| MADDOCK, ROY K.,<br>I/C/O EDWARD JONES & CO CUSTODIAN<br>4533 BRYNCASTLE PL<br>SAINT LOUIS, MO 63128-3504 | | Claim Number: 3920<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,866.81 | | | | |
| MADDOX, JULIA S.<br>PO BOX 224<br>PALOS VERDES PENINSULA, CA 90274-0224 | | Claim Number: 6810<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,450.00 | | | | |
| MADDULURI, SUMAN<br>1 JEFFERSON AVE, APT K1<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 8553<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $3,006.73 CONT | Allowed: | $2,461.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MADER, AUDREY<br>11957 MOORLAND MANOR<br>SAINT LOUIS, MO 63146 | | Claim Number: 4938<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| MADER, JEANNE R. TTEE, REV TR | | Claim Number: 4105<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $14,949.90 | | | |
| MADER, JEANNE R., SUSAN MACLENNAN TTEES<br>U/W PAUL K. MADER | | Claim Number: 4104<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $17,043.00 | | | |
| MADERA COUNTY<br>ATTN TRACY KENNEDY DESMOND, TREASURER<br>200 W 4TH ST. 2ND FLOOR<br>MADERA, CA 93639 | | Claim Number: 9571<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| SECURED | Claimed: | $1,984.87   UNLIQ | | | |
| MADISON HIGH CROSSING LODGING INV, LLC<br>DBA COURTYARD MADISON EAST<br>ATTN MICHAEL REDMAN, VP FINANCE & IT<br>2502 CROSSROADS DRIVE<br>MADISON, WI 53718 | | Claim Number: 1643<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| MADISON, EARL<br>15824 SONOMA CT.<br>EDMOND, OK 73013-1424 | | Claim Number: 5038<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $469.95 | | | |
| MADSEN, TODD<br>18477 MEADOW RIDGE<br>SALINAS, CA 93907 | | Claim Number: 3056<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,426.00 | | Allowed: | $1,426.00 |
| MADSON, BROWN & ASSOCIATES<br>4651 N 1ST AVE STE 205<br>TUCSON, AZ 85718-5678 | | Claim Number: 204<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $920.00 | | Allowed: | $920.00 |
| MAGDALENO, ELIZABETH<br>403 HONEYSUCKLE<br>WAGONER, OK 74467 | | Claim Number: 7709<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $9,846.00<br>$9,846.00<br>$9,846.00 | Scheduled: | $1,115.39  CONT | |
| MAGDALIN, CHRIS F.<br>10268 RIDGELYNN DR.<br>ST. LOUIS, MO 63124 | | Claim Number: 5343<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,232.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| MAGEE APPRAISAL SERVICE<br>ATTN: DIANA MAGEE<br>PO BOX 556<br>FREDERICK, MD 21705 | | Claim Number: 8246<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| MAGEE APPRAISAL SERVICE LLC<br>ATTN: DIANA MAGEE<br>PO BOX 556<br>FREDERICK, MD 21705 | | Claim Number: 8245<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $385.00 | | | Allowed: | $385.00 |
| MAGEN, MR. & MRS. STANLEY<br>ON TOP OF THE WORLD<br>90-97 S-W 91ST CR.<br>OCALA, FL 34481 | | Claim Number: 4899<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| MAGGIO, RALPH<br>107 MILITIA RD<br>WHITEHOUSE STATION, NJ 08889 | | Claim Number: 3163<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,200.00 | | | | |
| MAGNETIC SPRINGS WATER CO<br>ATTN SANDRA G. ALLISON, COLLECTION MGR<br>P.O. BOX 182076<br>COLUMBUS, OH 43218-2076 | | Claim Number: 2004<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $87.22 | Scheduled: | $27.99 | Allowed: | $87.22 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MAGNETIC SPRINGS WATER CO<br>ATTN SANDRA G. ALLISON, COLLECTIONS MGR<br>PO BOX 182076<br>COLUMBUS, OH 43218 | | Claim Number: 2324<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $158.86 | Allowed: | $158.86 |
| MAGNUSSON, BRIAN G.<br>1616 DEERWOOD DR.<br>LONGMONT, CO 80501 | | Claim Number: 3979<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $20,379.00 | | |
| MAGUN, JOSEPH<br>116 CORNWALL DRIVE<br>OAKLYN, NJ 08107 | | Claim Number: 9006<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MAHAFFEY, DONALD<br>935 NORTH 4230 ROAD<br>HUGO, OK 74743 | | Claim Number: 4372<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $15,423.00 | | |
| MAHAN, GARY D.<br>2109 JONES ST<br>WICHITA FALLS, TX 76309 | | Claim Number: 7092<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,030.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MAHAN, RICHARD K
4989 WESTCHESTER DR
HARRISBURG, PA 17112

Claim Number: 7953-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,490.36 | Scheduled: | $8,610.36 CONT | Allowed: | $10,490.36 |
| UNSECURED | | | Scheduled: | $62,284.17 CONT | | |

---

MAHAN, RICHARD K
4989 WESTCHESTER DR
HARRISBURG, PA 17112

Claim Number: 7953-02
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,670.24 |

---

MAHLE, SUSAN B.
337 POLK SAINT CROIX RD
OSCEOLA, WI 54020

Claim Number: 5104
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,322.40 |

---

MAHONEY, MICHAEL
2168 SUMMERWOOD DR
MT PLEASANT, SC 29466-9256

Claim Number: 1204
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00 CONT | Allowed: | $1,500.00 |

---

MAIBACH, RICHARD G. & KAREN
JT TEN
649 SYCAMORE LANE
NORTH BRUNSWICK, NJ 08902

Claim Number: 4640
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MAIER, DANIEL KEITH<br>2738 HARVARD DR<br>WARRINGTON, PA 189762378 | | Claim Number: 1471<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $3,041.41 | | Allowed: | $3,041.41 |
| MAIER, EDWARD CHARLES & MARCELLA MAE<br>MAIER JT TEN<br>7510 CAHILL RD APT 315B<br>EDINA, MN 55439-2788 | | Claim Number: 10790<br>Claim Date: 07/22/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9552 (12/13/2010) | | | |
| SECURED | Claimed: | $2,240.00 | | | |
| MAIN, COURTNEY M<br>8325 SW MOHAWK ST #246<br>TUALATIN, OR 97062 | | Claim Number: 6573<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $430.64 | Scheduled: | $430.64  CONT | Allowed: | $430.64 |
| MAJEWSKI, PAUL<br>73 STORM JIB CT<br>BERKELEY TOWNSHIP, NJ 08721 | | Claim Number: 10291<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| PRIORITY | Claimed: | $3,684.00 | | | |
| MAJOR APPRAISAL<br>PO BOX 2095<br>WAYNESBORO, VA 22980 | | Claim Number: 6721<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,750.00 | | Allowed: | $2,750.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MAJORS, TAMMIE
6736 GRACE EDMOND DR
MERIDEN, KS 66512

Claim Number: 4786
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,886.31 | Scheduled: | $1,886.31  CONT | Allowed: | $1,886.31 |

---

MAKAR, MONICA & MATT
1919 TINNISWOOD CRT
KAMLOOPS, BC V2E 2K5
CANADA

Claim Number: 7831
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $800.00 |

---

MAKI, KARLA R
3708 AMENDMENT COURT
WILLIAMSBURG, VA 23188

Claim Number: 3210
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8819 (05/04/2010)

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,727.02 |

---

MAKOWIAK, KENT R.
240 PROSPECT DR
BROOKFIELD, WI 53005

Claim Number: 9368
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $5,000.00 |

---

MALCOM, PATRICIA D
WALTON COUNTY TAX COMMISSIONER
303 S HAMMOND DR, STE 100
MONROE, GA 30655

Claim Number: 10734
Claim Date: 09/21/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8593 (02/18/2010)

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $3,861.58 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MALDONADO, MARIA T
749 SUMMERWOOD AVE #9
DIAMOND BAR, CA 91789

Claim Number: 6605
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | $1,232.00 CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $1,232.00 | | | | |

MALGHAN, KASHAVA S.
308 SILVER GLADE PLACE
ROCKVILLE, MD 20850

Claim Number: 9668
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,273.00 |
|---|---|---|

MALIZIA, ROSE
37 ALLEN DR
BREWSTER, NY 10509

Claim Number: 4445
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |

MALLE, ANTHONY
6161 ARBOR GREEN DR
SAINT LOUIS, MO 63129

Claim Number: 9374
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MALLEY, MARIE
78 WALDEN COURT
EAST MORICHES, NY 11940

Claim Number: 2414
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $330.77 | Scheduled: | $330.77 CONT | Allowed: | $330.77 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MALLICOAT, GARY
545 MAPLE WAY
ASHLAND, OR 97520

Claim Number: 7428
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

MALLIN, MARTIN
THE PHILADELPHIA 10.B.29
2401 PENNSYLVANIA AVE.
PHILADELPHIA, PA 19130

Claim Number: 3967
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,269.32 | | | | |

---

MALLONN, ROBERT E.
28 MAYBROOK RD.
NORTH BABYLON, NY 11703

Claim Number: 1897
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,751.92 | Scheduled: | $2,751.92 CONT | Allowed: | $2,751.92 |

---

MALONE, PAUL
426 EAST WALNUT STREET
LONG BEACH, NY 11561

Claim Number: 1033
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46 CONT | Allowed: | $888.46 |

---

MALONE, STEVEN
63 WALL STREET, APT 3401
NEW YORK, NY 1005

Claim Number: 438
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,415.38 | Scheduled: | $1,415.39 CONT | Allowed: | $1,415.38 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

MALONSON, BARBARA J
25247 MADRONE
COURT
VOLCANO, CA 95689

Claim Number: 2322
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | Scheduled: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,776.92 | | Scheduled: | $1,776.92  CONT | | Allowed: | | $1,776.92 |

MANAGEMENT ADVISORS INTERNAL
PO BOX 3708
HICKORY, NC 28603-3708

Claim Number: 10482
Claim Date: 08/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10060 (06/20/2011)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

MANATEE COUNTY
KEN BURTON JR CFC TAX COLLECTOR
PO BOX 25300
BRADENTON, FL 34206-5300

Claim Number: 29
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7505 (06/05/2009)

| PRIORITY | | | Scheduled: | $4,082.45  DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $3,865.96   UNLIQ | | |

MANDELL, JAY AND GERALDINE JT WROS
100 STEELE ROAD
W HARTFORD, CT 06119

Claim Number: 4722
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

MANFREDINI, LOU
1618 W ERIE STREET
CHICAGO, IL 60622

Claim Number: 6683
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $146,536.14 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MANFREDINI, LOU
1618 W ERIE STREET
CHICAGO, IL 60622

Claim Number: 10572-01
Claim Date: 11/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |

MANFREDINI, LOU
1618 W ERIE STREET
CHICAGO, IL 60622

Claim Number: 10572-02
Claim Date: 11/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $89,050.00 |

---

MANGINELLI SR, DANIEL J
3311 TEMPE DRIVE
HUNTINGTON BEACH, CA 92649

Claim Number: 2433
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

MANGINELLI, DANIEL
3311 TEMPE DR
HUNTINGTON BEACH, CA 92649

Claim Number: 710
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,701.23 | Scheduled: | $9,260.25  CONT | Allowed: | $7,701.23 |

MANGINELLI, DANIEL III
2 SUN TER
LAGUNA NIGUEL, CA 92677-9230

Claim Number: 696
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4289 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,572.85 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MANGINELLI, DANIEL J III<br>2 SUN TER<br>LAGUNA NIGUEL, CA 92677-9230 | | Claim Number: 4571<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $58,983.61 | Scheduled: | $58,797.86 CONT | | |
| MANGLARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER, FL 33767 | | Claim Number: 510-01<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| MANGLARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER, FL 33767 | | Claim Number: 510-02<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $72,839.93 | | | | |
| MANGLARDI, JOHN A.<br>301 MIDWAY ISLAND<br>CLEARWATER BEACH, FL 33767 | | Claim Number: 1319<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $61,587.40 | | | | |
| MANGO, MICHIKO<br>1400 GEARY BLVD<br>APT. 407<br>SAN FRANCISCO, CA 94109 | | Claim Number: 4993<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| SECURED | Claimed: | $17,985.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| MANIACI, STEPHEN A.<br>2 GREYSTONE LANE<br>MOHNTON, PA 19540 | | Claim Number: 4539<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,947.49 | | | | | |
| MANLEY, THOMAS J.<br>640 WILLIAMS DR.<br>CEDARBURG, WI 53012 | | Claim Number: 3309<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,990.98 | | | | | |
| MANN ENTERPRISES<br>ATTN ROBERT KIESL, PRESIDENT<br>1440 CORAL RIDGE DR #341<br>CORAL SPRINGS, FL 33071 | | Claim Number: 7724<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,124.36 | Scheduled: | $636.97 | Allowed: | $1,124.36 | |
| MANN, JAY M.<br>435 VINE AVE.<br>LAKESIDE MARBLEHEAD, OH 43440 | | Claim Number: 4178<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,365.46 | | | | | |
| MANNING APPRAISAL SERVICE<br>ATTN TIM MANNING, OWNER<br>19994 SHOSHONEE RD<br>APPLE VALLEY, CA 92307 | | Claim Number: 2002<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MANOJ SHARMA
17 LORROAINE CT
NORTHPORT, NY 11768

Claim Number: 6051
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,702.50 | Scheduled: | $24,702.50 | | | |

MANOR, CHARLES DAVID
2504 SW 102ND
OKLAHOMA CITY, OK 73159

Claim Number: 3717
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,719.10 |

MANS, RAYMOND F.
2136 LAPPEL LANE
PITTSBURGH, PA 15212

Claim Number: 7552
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,358.00 |

MANTILLA, BLANCA M.
GABRIEL MANTILLA
3005 LEISURE WORLD BLVD # 205
SILVER SPRING, MD 20906

Claim Number: 2593
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $375.00  CONT | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |

MANTONI ASSOCIATES
ATTN JOHN M. MANTONI
624 MENDON RD
NORTH BRIDGE, MA 01534

Claim Number: 2286
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $595.00 |

| MANUEL MEDEIROS<br>2 MOUNTAIN VIEW TER UNIT 612<br>DANBURY, CT 068104163 | | Claim Number: 2440<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 | Allowed: | | $430.00 |
| MANZO APPRAISALS INC<br>ATTN PRESIDENT<br>22 RIDGE RD<br>LYNDHURST, NJ 07071 | | Claim Number: 4882<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $2,625.00 | | | Allowed: | | $2,625.00 |
| MANZO, DEBORAH<br>42 SYLVIA LN<br>PLAINVIEW, NY 11803 | | Claim Number: 5127<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,384.62 | Scheduled: | $5,384.62 CONT | Allowed: | | $5,384.62 |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | | Claim Number: 100<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,588.00 | | | | | |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | | Claim Number: 2245<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $1,569.61 | Scheduled: | $2,910.38 CONT | Allowed: | | $1,569.61 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MAPLESON, TERI ANN
5 LAKEWOOD AVE.
LAKE RONKONKOMA, NY 11779

Claim Number: 5209
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,413.46 | Scheduled: | $1,413.46  CONT | Allowed: | $1,413.46 |

MAPLESON, TERI-ANN
5 LAKEWOOD AVE
LAKE RONKONKOMA, NY 11779

Claim Number: 255
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,413.46 |

MARATHON SPECIAL OPPORTUNITY MASTER FUND
1 BRYANT PARK # 38
NEW YORK, NY 100366715

Claim Number: 7118
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 10257 (11/18/2011)

| UNSECURED | Claimed: | $125,000,000.00 |

MARAVILLA, ERICKA A
16801 MOUNT OLSEN CR
FOUNTAIN VALLEY, CA 92708

Claim Number: 3677
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $952.00 | Scheduled: | $952.00  CONT |

MARCANO, ANGELICA
426 TAMARIND PARKE LN
KISSIMMEE, FL 34758-3635

Claim Number: 1347
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,526.84 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| MARCANO, ANGELICA<br>426 TAMARIND PARKE LN<br>KISSIMMEE, FL 34758-3635 | | Claim Number: 7799<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | | | | | |
| MARCANO, ANGELICA F<br>426 TAMARIND PARKE LN<br>KISSIMMEE, FL 347583635 | | Claim Number: 7800<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $2,087.77 CONT | Allowed: | | $1,500.00 |
| MARCH, MARIAN JANE & RANDALL DEAN TTEES<br>MARIAN JANE MARCH REV TRUST DTD 8/25/98<br>4989 E WILSON TURNER DR<br>COLUMBIA, MO 65202 | | Claim Number: 4118<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $10,218.42 | | | | | |
| MARCUSON, GERTRUDE<br>12050 NAPAOLI LN<br>BOYNTON BEACH, FL 334372026 | | Claim Number: 9691<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| MARDOCK, WILLIAM W.<br>1339 PARK VIEW DR.<br>STORY CITY, IA 50248 | | Claim Number: 4673<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $5,611.70 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MARENTETTE, RICHARD
59224 CONIFER CT
WASHINGTON, MI 48094

Claim Number: 6669
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,533.00 |
|---|---|---|

---

MARESCA, JOAN
2 SHORT HILL ROAD
NEW CITY, NY 10956

Claim Number: 4635
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $411.92 | Scheduled: | $411.92 CONT | Allowed: | $411.92 |
|---|---|---|---|---|---|---|

---

MARGENAU, KENT M & CARLA M LIVING TRUST
3-7-06
106 STEAMBOAT SPRINGS DRIVE
FENTON, MO 63026-5683

Claim Number: 7335
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,109.99 |
|---|---|---|

---

MARGERUM, CHARLENE
309 CENTRAL AVE.
BERTHA, MN 56437-0116

Claim Number: 5581
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,400.00   UNLIQ |
|---|---|---|

---

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 E WASHINGTON, STE 800
PHOENIX, AZ 85004

Claim Number: 1055
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $85,823.79 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | Claim Number: 1058<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
|---|---|---|---|
| SECURED | Claimed: | $6,012.30 | |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 EAST WASHINGTON ST., SUITE 800<br>PHOENIX, AZ 85004-2327 | Claim Number: 2209<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8862 (05/21/2010) | | |
| SECURED | Claimed: | $105,257.77 | |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 EAST WASHINGTON ST., SUITE 800<br>PHOENIX, AZ 85004-2327 | Claim Number: 2210<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| PRIORITY | Claimed: | $617.20 | |
| UNSECURED | Claimed: | $617.20 | |
| TOTAL | Claimed: | $617.20 | |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 EAST WASHINGTON ST., SUITE 800<br>PHOENIX, AZ 85004-2327 | Claim Number: 2211<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| SECURED | Claimed: | $5,395.10 | Allowed: | $5,395.10 |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | Claim Number: 10006<br>Claim Date: 02/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Amends claim number 2210 | | |
| PRIORITY | Claimed: | $617.20 | Allowed: | $617.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| MARIN COUNTY TAX COLLECTOR<br>P.O. BOX 4220<br>SAN RAFAEL, CA 94913 | | Claim Number: 10484<br>Claim Date: 08/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $63.97<br>$35,960.74 | | | | |
| MARINARO, JAMES<br>75-A HILLWOOD DR<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5876<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,305.44 | Scheduled: | $1,305.44  CONT | Allowed: | $1,305.44 |
| MARINCA, DIANA<br>39316 STOCKTON LANE<br>WADSWORTH, IL 60083 | | Claim Number: 9953<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,024.00 | Scheduled: | $1,024.00  CONT | | |
| MARINCA, JAIMEE L<br>1606 ST CLAIRE CT<br>GURNEE, IL 60031 | | Claim Number: 8624<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,170.00 | Scheduled: | $1,170.00  CONT | Allowed: | $1,170.00 |
| MARINE, VALERIE<br>914 N 70TH ST<br>SEATTLE, WA 98103 | | Claim Number: 455<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,000.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MARINE, VALERIE<br>914 N 70TH ST<br>SEATTLE, WA 98103 | | Claim Number: 8905<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $2,000.00  UNLIQ |
| UNSECURED | Claimed: | $2,000.00  UNLIQ |
| TOTAL | Claimed: | $2,000.00  UNLIQ |
| MARINO, MICHAEL A. & JOANNA M. JT WROS<br>40 AROCA AVENUE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 6404<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,667.99 |
| MARINO, RICHARD<br>107 W SYLVAN<br>MORTON, PA 19070 | | Claim Number: 7779<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,133.23 |
| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 | | Claim Number: 10684<br>Claim Date: 03/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |
| SECURED | Claimed: | $276.19 |
| MARION COUNTY TREASURER<br>200 E. WASHINGTON STREET, SUITE 1041<br>INDIANAPOLIS, KS 46204 | | Claim Number: 9825<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8520 (01/28/2010) |
| PRIORITY | Claimed: | $2,692.89 | Allowed: | $2,692.89 |
| UNSECURED | Claimed: | $804.40 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MARION TWP 145 ATTN GUDREY RUKOWSKY, SUPERVISOR 10925 SOUTH MERRILL ROAD BRANT, MI 48614 | | Claim Number: 4962 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 6840 (01/13/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MARIS, TEDDY 30-83 49TH ST LONG ISLAND CITY, NY 11103 | | Claim Number: 3648 Claim Date: 11/28/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,207.52 | | |
| MARK CREATIVE SERVICES LLC ATTN MARK SHIPLEY, PRINCIPAL 3975 N. 10TH ST KALAMAZOO, MI 49009 | | Claim Number: 6828 Claim Date: 01/02/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $365.00 | | |
| MARK GUY APPRAISALS INC. ATTN MARK D. GUY (PRESIDENT) PO BOX 8646 ST. JOSEPH, MO 64508 | | Claim Number: 4296 Claim Date: 12/03/2007 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |
| MARK HOFFMAN APPRAISALS ATTN MARK B. HOFFMAN 4204 HIGHKNOLL DRIVE OKLAND, CA 94619 | | Claim Number: 5285 Claim Date: 12/11/2007 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,900.00 | Allowed: | $2,900.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MARK YOUNG APPRAISALS<br>ATTN MARK YOUNG<br>5 NEWMAN DR<br>BELLEVILLE, IL 62223 | | Claim Number: 7760<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $2,350.00 | | | |
| MARKET APPRAISAL INC<br>ATTN MARGO H.<br>7019 14 AV NW<br>SEATTLE, WA 98117 | | Claim Number: 5018<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| MARKETWISE ADVISORS, LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 1565<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $118,458.62 | Scheduled: | $41,794.14 | |
| MARKETWISE ADVISORS, LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 1566<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $218,503.44 | | | |
| MARKLAND, COLEEN C.<br>1060 FURTH RD<br>VALLEY STREAM, NY 11581 | | Claim Number: 8928<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $132.30 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARKOVIC, DAVID, IRA FBO<br>ROLLOVER ACCOUNT - VFTC, CUSTODIAN<br>1442 - E 71ST STREET<br>BROOKLYN, NY 11234-5730 | | Claim Number: 3598<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| PRIORITY | Claimed: | $34,508.00 | | | | | |
| UNSECURED | Claimed: | $34,508.00 | | | | | |
| TOTAL | Claimed: | $34,508.00 | | | | | |
| MARKOVIC, MILDRED<br>300 HIGHLAND AVE<br>EAST PITTSBURGH, PA 15112 | | Claim Number: 3665<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,191.94 | | | | | |
| MARKOWTIZ, HAROLD<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | | Claim Number: 5075<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,127.86 | | | | | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 769<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,896.83 | Scheduled: | $456.53 | Allowed: | $1,896.83 | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 770<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $1,679.03 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 771<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $1,598.05 | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 776<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| SECURED          Claimed: | $26,937.63 | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 1104<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $1,896.83 | |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 1105<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED          Claimed: | $1,598.05 | Allowed:          $1,598.05 |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 1106<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |
| UNSECURED          Claimed: | $1,679.03 | Allowed:          $1,679.03 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 1107<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9254 (09/24/2010) |

| ADMINISTRATIVE | Claimed: | $469.01 |
|---|---|---|

| | | |
|---|---|---|
| MARLINGHAUS, KARL O.<br>2347 SOUTH 12TH STREET - REAR<br>ST. LOUIS, MO 63104-4243 | | Claim Number: 9387<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

| | | |
|---|---|---|
| MARMAK DESIGNS<br>1545 CAPITAL DR, STE 108<br>CARROLLTON, TX 75006 | | Claim Number: 2839<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $365.61 | Allowed: | $365.61 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MARQUARDT, MARY<br>PO BOX 2603<br>AVILA BEACH, CA 93424 | | Claim Number: 5507<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $3,812.20 |
|---|---|---|
| SECURED | Claimed: | $3,172.00 |
| UNSECURED | Claimed: | $3,172.00 |

| | | |
|---|---|---|
| MARRA, GIUSEPPE<br>18 LOURAE DR<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 3002<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $1,350.00 | Scheduled: | $1,350.00  CONT | Allowed: | $1,350.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MARRAH, ROBERT G.
7804 CREST HAMMOCK WAY
SARASOTA, FL 34240

Claim Number: 5929
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $67,910.24 | | | | |

---

MARRIOTT INTL., INC., ET AL
ANDRONIKI ALAHOUZOS, COLLECTIONS
MARRIOTT DRIVE, DEPT. 52/923.21
WASHINGTON, DC 20058

Claim Number: 1770
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,797.56 | Scheduled: | $38,811.77 | Allowed: | $41,797.56 |

---

MARRIOTT MELVILLE
ATTN THOMAS DAY - HOTEL CONTROLLER
1350 OLD WALT WHITMAN ROAD
MELVILLE, NY 11747

Claim Number: 5452
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $159,917.90 | Scheduled: | $55,372.11 | Allowed: | $159,917.90 |

---

MARRIOTT SAN RAMON
ATTN JOE GERSHMAN, CONTROLLER
2600 BISHOP DRIVE
SAN RAMON, CA 94583

Claim Number: 4916
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,710.00 | Scheduled: | $42,049.02 | Allowed: | $25,710.00 |

---

MARSH APPRAISAL
ATTN GARY A. MARSH, OWNER
5701 STEUBENVILLE PIKE
MC KEES ROCKS, PA 15136

Claim Number: 2522
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,745.00 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| MARSH APPRAISALS & R.E.<br>ATTN GARY MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA 15136 | | Claim Number: 984<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $3,745.00 |
| MARSHALL WILT REAL ESTATE APPR<br>ATTN MARSHALL THOMAS WILT<br>1050 WEIRES AVE<br>LAVALE, MD 21502 | | Claim Number: 9783<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $400.00 |
| MARSHALL, H.P. DR.<br>4102 SAN MATEO PL<br>VICTORIA, BC V8N 2K1<br>CANADA | | Claim Number: 5571<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,561.00 |
| MARSHALL, PAUL E.<br>2310 E US 52<br>SERENA, IL 60549 | | Claim Number: 6473<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARSHALL, RICHMOND KYLE<br>7995 HOLLY COURT<br>DENVER, NC 28037 | | Claim Number: 10138<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $137,000.00 |
| UNSECURED | Claimed: | $466.19 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| | | | | |
|---|---|---|---|---|
| MARSHALL, TIMOTHY J<br>104 STIRRUP LANE<br>BURR RIDGE, IL 60527 | | Claim Number: 9592<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $100,000.00 | | |

| | | | | |
|---|---|---|---|---|
| MARSHALL, TINA<br>11 PORTLAND PL<br>PALM COAST, FL 321646744 | | Claim Number: 9433<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | | | Scheduled: | $7,383.04  CONT |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| MARTIN + WOOD APPRAISAL, THE<br>ATTN DENISE HAHN, OFFICE MANAGER<br>43 S ST CLAIR ST<br>TOLEDO, OH 43604 | | Claim Number: 2673<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |

| | | | | |
|---|---|---|---|---|
| MARTIN APPRAISAL SVCS INC<br>ATTN EDWARD MARTIN, PRESIDENT<br>1810 28 ST W<br>BRADENTON, FL 34205 | | Claim Number: 3168<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,050.00 | Allowed: | $2,050.00 |

| | | | | |
|---|---|---|---|---|
| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | | Claim Number: 2104<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | |
| PRIORITY | | | Scheduled: | $1,710.42  DISP CONT |
| SECURED | Claimed: | $1,516.15 | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | | Claim Number: 2884<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| SECURED | Claimed: | $1,516.15 | Allowed: | $1,516.15 |
| MARTIN, CAROLINE D.<br>3912 DEER LAKE CIRCLE<br>PROSPECT, KY 40059 | | Claim Number: 4709<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,000.00 | | |
| MARTIN, CLAUDE ROBERT<br>7232 RYEHILL DR<br>CARY, NC 27519-1570 | | Claim Number: 6931<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,548.71 | | |
| MARTIN, CLAUDE ROBERT<br>7232 RYEHILL DR<br>CARY, NC 27519-1570 | | Claim Number: 6932<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,922.17 | | |
| MARTIN, DAVID W. & JON M. TTEES FOR<br>THE MARTIN FAMILY TR DTD 5-11-89<br>6310 N. CADENA DE MONTANAS<br>TUCSON, AZ 85718 | | Claim Number: 4028<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $368.97 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MARTIN, DENISE APRIL<br>113 LIDSTER AVE.<br>GRASS VALLEY, CA 95945 | | Claim Number: 9179<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,008.03 | | | |
| MARTIN, JENNIFER L (JENNY)<br>9326 SHOREWOOD TR<br>FORT WAYNE, IN 46804 | | Claim Number: 6630<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,075.00 | Scheduled: | $1,075.00  CONT | Allowed: | $1,075.00 |
| MARTIN, MAYLA L.<br>206 MADISON ST<br>WARWICK, RI 02888 | | Claim Number: 978<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $7,970.34 | | | |
| MARTIN, MAYLA L.<br>206 MADISON ST<br>WARWICK, RI 02888 | | Claim Number: 4440<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $14,868.68 | | | |
| MARTIN, ROBERT W.<br>C/O LISA MARTIN EASTER POA<br>1807 FLETCHER AVE.<br>DUNBAR, WV 25064 | | Claim Number: 6898<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $14,047.00 | | | |
| UNSECURED | Claimed: | $14,047.00 | | | |
| TOTAL | Claimed: | $14,047.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MARTIN, STEPHEN E. FBO<br>FMT CO CUST IRA ROLLOVER<br>PO BOX 2090<br>BOOTHWYN, PA 19061-8090 | | Claim Number: 5887<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $80,940.00 |
| MARTIN, STEPHEN E. IRA<br>TD AMERITRADE INC CUSTODIAN<br>PO BOX 2090<br>BOOTHWYN, PA 19061-8090 | | Claim Number: 5892<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,305.00 |
| MARTIN, WILLIAM F.<br>747 JENNY TRL<br>FRANKLIN LAKES, NJ 07417 | | Claim Number: 3689<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARTIN, WILLIAM W.<br>3912 DEER LAKE CIRCLE<br>PROSPECT, KY 40059 | | Claim Number: 4710<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| MARTINEZ, JAIME<br>10515 PLEASANT VILLAS LN<br>HOUSTON, TX 77075-3059 | | Claim Number: 8888<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) |
| UNSECURED | Claimed: | $299,145.87 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MARTINEZ, JAIME M
901 INDIGO COURT
EL DORADO HILLS, CA 95762

Claim Number: 5565
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00  CONT | Allowed: | $2,400.00 |

MARTINEZ, LOUIS C.
121 FOREST RIDGE ROAD
WINCHESTER, VA 22602

Claim Number: 6740
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,775.80 | | | | |

MARTINEZ, MARK G
10870 TANTLINGER DRIVE
TUSTIN, CA 92782

Claim Number: 2148-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,352.15 | Scheduled: | $6,202.15  CONT | Allowed: | $6,352.15 |
| UNSECURED | | | Scheduled: | $32,501.85  CONT | | |

MARTINEZ, MARK G
10870 TANTLINGER DRIVE
TUSTIN, CA 92782

Claim Number: 2148-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,639.68 | | | | |

MARTINO, EVE M
2374 MERMAID AVE
WANTAGH, NY 11793

Claim Number: 7234
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15  CONT | Allowed: | $2,596.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MARTINO, STELLA
21 BRYANT RD
GLEN COVE, NY 11542

Claim Number: 226
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,975.36 | Scheduled: | $4,975.39 CONT | Allowed: | $4,975.36 |
|---|---|---|---|---|---|---|

MARTOCCIA, WILLIAM H & LILLIAN
4 SADDLE RD
STONY BROOK, NY 11790

Claim Number: 3627
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MARTZ, RONALD A.
5744 THETA PLACE
SAN DIEGO, CA 92120

Claim Number: 8210
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,337.55 |
|---|---|---|

MARY ANNE LONG TRUST
P.O. BOX 166
O'FALLON, MO 63366-0166

Claim Number: 9634
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $3,444.32 |
|---|---|---|

MARY LOU GAUDINO TRUST
UA 6-19-02
5556 MEADOWRIDGE DR.
SANTA ROSA, CA 95409-5818

Claim Number: 4863
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,682.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MARY MCKINNY APPRAISAL SERVICE
PO BOX 82
BETHANY, MO 64424

Claim Number: 2730
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |

MARY THOMPSON APPRAISAL
ATTN MARY T. THOMPSON
5747 GARDEN WALK
FLOWERY BRANCH, GA 30542

Claim Number: 4234
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |

MARYLAND DEPARTMENT OF HOUSING AND
COMMUNITY DEVELOPMENT
ATTN MARK PETRAUSKAS - ADMINITRATION
100 COMMUNITY PLACE, STE 2.300
CROWNSVILLE, MD 21032

Claim Number: 8567
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,215.00 | |

MARYLAND DEPT. OF LABOR, LICENSING AND
REGULATION
OFFICE OF UNEMPLOYMENT INSURANCE
1100 N. EUTAW ST, ROOM 401
BALTIMORE, MD 21201

Claim Number: 10725
Claim Date: 06/15/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8947 (06/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,700.00 | |

MARYLAND DEPT. OF LABOR, LICENSING AND
REGULATION
OFFICE OF UNEMPLOYMENT INSURANCE
1100 N. EUTAW ST, ROOM 401
BALTIMORE, MD 21201

Claim Number: 10748
Claim Date: 11/30/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8947 (06/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,430.00 | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MASCARENO, JESSICA
331 WINDJAMMER CIR
CHULA VISTA, CA 91910-7427

Claim Number: 4650
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,949.50 CONT | Allowed: | $1,512.00 |

MASCOLO, JACQUELINE
31 S COLUMBIA ST
PORT JEFFERSON STATI, NY 11776

Claim Number: 7993
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31 CONT | Allowed: | $2,692.31 |

MASCOLO, JACQUELINE M.
31 S COLUMBIA ST
PORT JEFFERSON STATION, NY 11776

Claim Number: 432
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $2,692.30 | | | | |

MASEL, RENEE
2041 BAYVIEW DR
FORT WAYNE, IN 46815-4216

Claim Number: 4810
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $686.40 | Scheduled: | $686.40 CONT | Allowed: | $686.40 |

MASON APPRAISAL SERVICES
4314 EVANSTON BLVD
N. CHARLESTON, SC 29406

Claim Number: 2146
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,925.00 | | | Allowed: | $3,925.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MASON MCDUFFIE MORTGAGE CORPORATION<br>ATTN MARILYN RICHARDSON, COO<br>2010 CROW CANYON PL STE 400<br>SAN RAMON, CA 945831344 | | Claim Number: 4746<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) | | |
| UNSECURED | Claimed: | $55,656.70 | Allowed: | $55,656.70 |
| MASON, NELLIE<br>11760 GLENBROOK CT # 104<br>CARMEL, IN 46032-3802 | | Claim Number: 5259<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,100.00 | | |
| MASON, NELLIE IRA<br>11760 GLENBROOK CT # 104<br>CARMEL, IN 46032-3802 | | Claim Number: 5260<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| MASON, PETER W.<br>72 MUNN RD.<br>MONTICELLO, FL 32344 | | Claim Number: 8930<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,256.00 | | |
| MASON, RONALD R.<br>1401 MARVIN RD NE #307-463<br>LACEY, WA 98516 | | Claim Number: 3762<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $5,087.49 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | | Claim Number: 214<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $4,653.75 | Scheduled: | $6,050.00 CONT | Allowed: | $4,653.75 |
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | | Claim Number: 6520<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $5,461.75 | | | | |
| MASSARINI, JUDITH A.<br>397 AURORA DR<br>MILLERSVILLE, MD 21108 | | Claim Number: 555<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,884.61 CONT | Allowed: | $1,346.15 |
| MASSELLA, MEAGHAN<br>509 LONDONTOWN RD<br>EDGEWATER, MD 210372002 | | Claim Number: 1016<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $845.02 | Scheduled: | $845.09 CONT | Allowed: | $845.02 |
| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 651<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY | Claimed: | $50,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MASSELLA, RALPH<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 652<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $198,000.00 | | | | | |
| MASSELLA, RALPH A<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 8148-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled: | $137,126.48  CONT | Allowed: | $10,950.00 |
| MASSELLA, RALPH A<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 8148-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $126,811.13 | | | | | |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228 | | Claim Number: 8146<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$50,000.00 | | | | | |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228-5817 | | Claim Number: 8147<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$42,200.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MASSEY, JOHN H.<br>PO BOX 294329<br>KERRVILLE, TX 78029 | | Claim Number: 8208<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $54,551.00 |
| MASSIE, SANDI & TOM<br>JT WROS<br>1334 HICKORY<br>WAHOO, NE 68066 | | Claim Number: 5813<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,407.75 |
| MASSUNG, LARRY<br>C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 8612<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7281 (04/16/2009) |
| UNSECURED | Claimed: | $41,660.00 |
| MAST, ROGER & DONNA<br>1604 NE 60TH CIRCLE<br>KANSAS CITY, MO 64118 | | Claim Number: 7702<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| MASTERS, HAROLD J. & CHERYL H.<br>JT TEN<br>412 GERONA RD.<br>ST. AUGUSTINE, FL 32086 | | Claim Number: 5791<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MASTROMARINO, ANTHONY R & | | Claim Number: 3020 | | | | |
| MABEL E MASTROMARINO JT TEN | | Claim Date: 11/23/2007 | | | | |
| 1585 SOMERSET AVE | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| TAUNTON, MA 02780-5032 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |

---

| MASULLO, ROSANNA | | Claim Number: 5287 | | | | |
| 72 BAY 32ND ST | | Claim Date: 12/11/2007 | | | | |
| BROOKLYN, NY 11214 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| PRIORITY | Claimed: | $598.56 | Scheduled: | $598.56  CONT | Allowed: | $598.56 |

---

| MATANZAS APPRAISAL GROUP, INC. | | Claim Number: 631 | | | | |
| ATTN BEN MOODY, OWNER | | Claim Date: 09/10/2007 | | | | |
| PO BOX 1064 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| BUNNELL, FL 32110 | | Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |

---

| MATARESE, MARYANN | | Claim Number: 2808 | | | | |
| 3034 HARDING ST | | Claim Date: 11/19/2007 | | | | |
| OCEANSIDE, NY 11572 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,134.75 | Scheduled: | $1,134.75  CONT | Allowed: | $1,134.75 |

---

| MATEEN, SUZANNE B. | | Claim Number: 408 | | | | |
| 2 SPRING OAK DR | | Claim Date: 09/07/2007 | | | | |
| GREENSBORO, NC 27410 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,564.10 | Scheduled: | $199.77  CONT | Allowed: | $2,564.10 |
| UNSECURED | | | Scheduled: | $2,572.33  CONT | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MATERIALS TESTING & INSPECTION<br>ATTN HR DIRECTOR<br>2791 S VICTORY VIEW WAY<br>BOISE, ID 83709 | | Claim Number: 2658<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $610.54 | Scheduled: | $604.71 | Allowed: | | $610.54 |
| MATHER, WHITFORD T. AND JEAN M.<br>1308 TEHAMA AVENUE<br>OROVILLE, CA 95965 | | Claim Number: 6194<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $28,185.40 | | | | | |
| MATHEWS, DONNETTA<br>1142 FOREST GLEN<br>JONESBORO, GA 30238 | | Claim Number: 7442<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009)<br>CLAIM OUT OF BALANCE | | | | | |
| UNSECURED | Claimed: | $772.86 | Scheduled: | $772.86 CONT | | | |
| MATHISEN, DOROTHY M. & ALFRED K.<br>528 CAPESIDE DRIVE<br>WILMINGTON, NC 28412 | | Claim Number: 9310<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,220.00 | | | | | |
| MATHURA, MARSHA<br>147-29 FERNDALE AVE<br>JAMAICA, NY 11435 | | Claim Number: 2900<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $461.54 | Scheduled: | $461.54 CONT | Allowed: | | $461.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MATLICK, DONALD E.<br>6529 W. HERITAGE WAY<br>FLORENCE, AZ 85232 | | Claim Number: 5590<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,732.93 |
| MATSON, ROGER<br>P.O. BOX 827<br>RAVENSDALE, WA 98051 | | Claim Number: 3208<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,982.00 |
| MATSON, SARA<br>641 FIELD CLIFF DR<br>STONE MTN, GA 30087-4909 | | Claim Number: 1267<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
| SECURED | Claimed: | $21,588.93 |
| MATSUMOTO & CLAPPERTON<br>ATTN ED CLAPPERTON, PRESIDENT<br>STANDARD FINANCIAL PLAZA<br>705 S KING ST STE 104<br>HONOLULU, HI 96813 | | Claim Number: 3695<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $702.22 |
| UNSECURED | Claimed: | $702.22 |
| TOTAL | Claimed: | $702.22 |
| MATSUMOTO & CLAPPERTON<br>ATTN ED CLAPPERTON, PRESIDENT<br>STANDARD FINANCIAL PLAZA<br>705 S KING ST STE 104<br>HONOLULU, HI 96813 | | Claim Number: 3696<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $702.22 |
| UNSECURED | Claimed: | $702.22 |
| TOTAL | Claimed: | $702.22 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MATSUMOTO & CLAPPERTON ADVERTISING, LLC<br>ATTN ED CLAPPERTON, PRESIDENT<br>705 S KING ST # 104<br>HONOLULU, HI 96813 | | Claim Number: 975<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|---|

| UNSECURED | Claimed: | $702.22 |
|---|---|---|

| MATSUMOTO & CLAPPERTON ADVERTISING, LLC<br>ATTN ED CLAPPERTON, PRESIDENT<br>705 S KING ST # 104<br>HONOLULU, HI 96813 | | Claim Number: 3694<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|

| PRIORITY | Claimed: | $702.22 |
|---|---|---|
| UNSECURED | Claimed: | $702.22 |
| TOTAL | Claimed: | $702.22 |

| MATTERN, WILLIAM L.<br>1857 LAKE GROVE LANE<br>ORLANDO, FL 32806 | | Claim Number: 5056<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|

| UNSECURED | Claimed: | $10,600.00 |
|---|---|---|

| MATTHEOS, ARIANNY<br>1483 E 3RD AVE<br>BAY SHORE, NY 11706-3023 | | Claim Number: 3636<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |
|---|---|---|

| PRIORITY | Claimed: | $634.25 | Scheduled: | $634.25 CONT | Allowed: | $634.25 |
|---|---|---|---|---|---|---|

| MATTHEOS, ARIANNY<br>31 HEYWARD ST<br>BRENTWOOD, NY 11717 | | Claim Number: 3708<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $5,767.50 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MATTHEWS ROWLAND REAL ESTATE<br>ATTN RICHARD J. ROWLAND, OWNER/PARTNER<br>1001 W YAKIMA AVE, STE 319<br>YAKIMA, WA 98902 | Claim Number: 6789<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,175.00 | Allowed: | $2,175.00 |
| MATTHEWS, GEORGE T<br>ASSISTANT VICE PRESIDENT-AREA MANAGER<br>****NO ADDRESS PROVIDED**** | Claim Number: 2299<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| MATTHEWS, GEORGE T<br>41986 KUDU CT<br>ALDIE, VA 20105 | Claim Number: 7565<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| MATTHEWS, NAN E. AND KENNETH ROBERT<br>1516 CIRCLEDALE RD.<br>NORTH LITTLE ROCK, AR 72116 | Claim Number: 7133<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $600.00 | | |
| MATUKNATH, DEVINDRA<br>104-36 126TH ST<br>RICHMOND HILL, NY 11419 | Claim Number: 9850<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $831.92 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MAUER, MARK<br>C/F JACOB H HUMMEL MN UT MA<br>10309 XYLON RD SO<br>BLOOMINGTON, MN 55438-2061 | | Claim Number: 6779<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $15,139.00 | | | | | |
| MAUER, MARK FBO<br>MAXWELL MAUER - MINOR ROTH IRA<br>STIFEL NICOLAUS - CUSTODIAN<br>10309 XYLON RD SO<br>BLOOMINGTON, MN 55438-2061 | | Claim Number: 6778<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,912.00 | | | | | |
| MAUI R/E PROPERTY GUIDE<br>ATTN SARAH MESTANZA, OWNER<br>PO BOX 988<br>LAHAINA, HI 96767 | | Claim Number: 3177<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $791.66 | Scheduled: | $395.83 | | | |
| MAULSBY, DAVID LEE JR.<br>1424 PARK AVE.<br>BALTIMORE, MD 21217 | | Claim Number: 4510<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $17,513.00 | | | | | |
| MAUNG-SAN, ZABA<br>64-40 ALDENTON ST<br>REGO PARK, NY 11374 | | Claim Number: 991<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT | Allowed: | $923.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| MAUPIN, DOUGLAS & NANCY<br>PO BOX 189<br>LOMITA, CA 90717 | | Claim Number: 3989<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| MAURER, JOANNE<br>3 SPRINGHOUSE LANE<br>MYERSTOWN, PA 17067 | | Claim Number: 5784<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,750.00 |
|---|---|---|

| | | |
|---|---|---|
| MAURER, JOHN<br>503 SUDDEN VLY<br>BELLINGHAM, WA 98229-4809 | | Claim Number: 345<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9777 (02/08/2011) |

| PRIORITY | Claimed: | $1,482.19 | Scheduled: | $1,157.19 CONT | Allowed: | $1,482.19 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| MAURO, CHRISTINE<br>819 OUTLOOK AVE<br>N. BABYLON, NY 11704 | | Claim Number: 946<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $2,200.00 | Scheduled: | $3,427.69 CONT | Allowed: | $2,200.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| MAURO, STEVEN<br>211 MEDEA WAY<br>CENTRAL ISLIP, NY 117224540 | | Claim Number: 1340<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) |

| PRIORITY | Claimed: | $1,562.89 | Scheduled: | $2,105.66 CONT | Allowed: | $1,562.89 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MAUSSER, KONRAD<br>1800 NW HUGHWOOD AVE APT 114<br>ROSEBURG, OR 974715521 | | Claim Number: 4005<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,766.00 |
| MAXEY, BILLY J.<br>112 MORELOS AVE<br>RANCHO VIEJO, TX 78575 | | Claim Number: 6781<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $79,101.00 |
| UNSECURED | Claimed: | $79,101.00 |
| TOTAL | Claimed: | $79,101.00 |
| MAXEY, BILLY J.<br>112 MORELOS AVE<br>RANCHO VIEJO, TX 78575 | | Claim Number: 6782<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $27,206.00 |
| UNSECURED | Claimed: | $27,206.00 |
| TOTAL | Claimed: | $27,206.00 |
| MAXIM V CHYOBOTOV CUST<br>FBO KATHERINE E CHYOBOTOV UGMA/TX<br>3317 BONNIEBROOK DR<br>PLANO, TX 75075-4701 | | Claim Number: 7542<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MAY JAMES, ANGALEE M<br>5508 CADILLAC AVENUE<br>BALTIMORE, MD 21207 | | Claim Number: 2441<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,308.72 | Scheduled: | $1,308.89 CONT | Allowed: | $1,308.72 |
| MAY, DAWN R.<br>4408 WORTH STREET<br>DALLAS, TX 75246 | | Claim Number: 10902-01<br>Claim Date: 04/06/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10026 (05/31/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,570.38 | Scheduled:<br>Scheduled: | $8,914.49 CONT<br>$2,019.94 CONT | Allowed: | $4,570.38 |
| MAY, DAWN R.<br>4408 WORTH STREET<br>DALLAS, TX 75246 | | Claim Number: 10902-02<br>Claim Date: 04/06/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10026 (05/31/2011) | | | | |
| UNSECURED | Claimed: | $2,019.94 | | | | |
| MAY, GREGORY W.<br>221 LAKEWOOD DR<br>CROSSVILLE, TN 38558 | | Claim Number: 7276<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $12,585.00 | | | | |
| MAY, GREGORY W.<br>221 LAKEWOOD DR<br>CROSSVILLE, TN 38558 | | Claim Number: 7392<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $12,250.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MAY-JAMES, ANGALEE M.<br>5508 CADILLAC AVE<br>BALTIMORE, MD 21207 | | Claim Number: 1194<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,308.72 | | | | | |
| UNSECURED | Claimed: | $1,308.72 | | | | | |
| TOTAL | Claimed: | $1,308.72 | | | | | |
| MAYER, AMIEE<br>4781 PARKVIEW DR<br>APT C<br>LAKE OSWEGO, OR 97035 | | Claim Number: 4239<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,055.25 | Scheduled: | $1,055.25  CONT | Allowed: | | $1,055.25 |
| MAYER, PATRICIA R. REVOCABLE TRUST<br>924 COURTLAND PLACE<br>MANCHESTER, MO 63021-6732 | | Claim Number: 6729<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,986.01 | | | | | |
| MAYER, PATRICIA R. REVOCABLE TRUST<br>924 COURTLAND PLACE<br>MANCHESTER, MO 63021-6732 | | Claim Number: 6730<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,990.01 | | | | | |
| MAYERS, LILLIAN S.<br>838 JACKSON ST.<br>ALBANY, CA 94706 | | Claim Number: 6125<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,233.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MAYNARD R BRANKNEY TRUST<br>C/O MARCIA B EMERSON, TRUSTEE<br>6 PINE VALLEY LANE<br>AMARILLO, TX 79124 | | Claim Number: 9421<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $44,636.00 | | | | |
| MAYNE, LARRY C<br>8043 TWIN CREEK TRACE<br>WEST CHESTER, OH 45069-2276 | | Claim Number: 9004<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $21,399.11 | | | | |
| MAYO & BARBARA SOMMERMEYER<br>7425 VARDON WAY<br>FORT COLLINS, CO 80528 | | Claim Number: 2376<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $5,617.76 | Scheduled: | $871.20 | | |
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4439-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$22,121.81 CONT | Allowed: | $10,950.00 |
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4439-02<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $22,340.08 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4441<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $16,627.31 | | | | |
| MAZELLA, MICHAEL G.<br>5450 E DESERT FOREST TRL<br>CAVE CREEK, AZ 85331-5577 | | Claim Number: 346<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9777 (02/08/2011) | | | | |
| PRIORITY | Claimed: | $2,695.46 | Scheduled: | $9,081.05 CONT | Allowed: | $2,695.46 |
| UNSECURED | | | Scheduled: | $126,216.97 CONT | | |
| MAZZA, GREGORY<br>1006 W SMITH ST<br>ORLANDO, FL 32804 | | Claim Number: 4022<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $7,500.00 | Scheduled: | $7,500.00 CONT | | |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8270<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) | | | | |
| UNSECURED | Claimed: | $221,112,000.00   UNLIQ | | | | |
| MBIA INSURANCE CORPORATION<br>ATTN BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8271<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) | | | | |
| UNSECURED | Claimed: | $221,112,000.00   UNLIQ | | | | |

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8272<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10366 (03/16/2012) | | |
| UNSECURED | Claimed: | $221,112,000.00   UNLIQ | | |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8724<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) | | |
| UNSECURED | Claimed: | $221,112,000.00 | Allowed: | $607,336.00 |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8725<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) | | |
| UNSECURED | Claimed: | $221,112,000.00 | Allowed: | $607,336.00 |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | | Claim Number: 8726<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10366 (03/16/2012) | | |
| UNSECURED | Claimed: | $221,112,000.00 | Allowed: | $607,336.00 |
| MC INTIRE, J. ROBERT<br>5445 CHANTECLAIRE<br>SARASOTA, FL 34235 | | Claim Number: 3415<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,634.95 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MC KINNEY, JAMES B.<br>6526 HUGHES SPRINGS RD<br>LAS VEGAS, NV 89131-3145 | | Claim Number: 6002<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MCALLEN ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 9997<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) |
| SECURED | Claimed: | $104.58   UNLIQ |
| MCAMIS, MARK E.<br>1413 MOORGATE DRIVE<br>KNOXVILLE, TN 37922 | | Claim Number: 5412<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $2,890.00 |
| MCANOLLY, JAMES W. TTEE<br>THE MCANNOLLY FAMILY TRUST<br>DATED 8/30/96<br>34 HOLLY DR<br>OLATHE, KS 66062-1831 | | Claim Number: 5109<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| MCAULIFFE, MICHELLE<br>93 E BEVERLY HILL LEN<br>WOODBRIDGE, NJ 07095 | | Claim Number: 1162<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $2,192.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCAVOY, MARK J.
1 SEACREST DRIVE
LLOYD, NY 11743

Claim Number: 3597
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $28,132.70 |
|---|---|---|

MCBEAN, GARY
419 KELSEY PARK DR
WEST PALM BEACH, FL 33410-4513

Claim Number: 8943
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,787.21 |
|---|---|---|

MCBRIDE APPRAISAL SERVICES
TAMMY L. MCBRIDE
901 COLUMBUS DR
CAPITOLA, CA 95010

Claim Number: 6916
Claim Date: 01/03/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,750.00 | Allowed: | $1,750.00 |
|---|---|---|---|---|

MCBRIDE, ANNA M.
9217 MORGAN LN.
GREENWOOD, AR 72936

Claim Number: 6278
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $24,209.67 |
|---|---|---|

MCBRIDE, JERRY
1305 AZURE HILLS DR
VAN BUREN, AR 72956

Claim Number: 6836
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $293,103.33 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MCBRIDE, TAMMY L.<br>901 COLUMBUS DR.<br>CAPITOLA, CA 95010 | | Claim Number: 6917<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |
| MCBRYDE, BRIDGET SHAY<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | | Claim Number: 3994<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $48.95 | | | |
| MCBRYDE, EDWARD ALLYN<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | | Claim Number: 3992<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $100.00 | | | |
| MCBRYDE, EDWARD TODD<br>87 TARKENTON DR<br>HUMBOLDT, TN 38343-8595 | | Claim Number: 3991<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $219.82 | | | |
| MCBRYDE, LIBBY ELLEN<br>5586 EMERSON RD.<br>HUMBOLDT, TN 38343 | | Claim Number: 3993<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $53.84 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MCCABE, EUGENE<br>5 RIDGE OAT COURT<br>LAKE ST LOUIS, MO 63067 | | Claim Number: 3595<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| MCCALLA RAYMER, LLC<br>ATTN JOHN D SCHLOTTER, ESQ<br>BANKRUPTCY DEPARTMENT<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076 | | Claim Number: 7748<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $12,236.32 | Allowed: | $12,236.32 |
| MCCALLEY, NOEL J.<br>5828 TIMBER CREEK RD. NE<br>CEDAR RAPIDS, IA 52411-7948 | | Claim Number: 4237<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $5,975.97 | | |
| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | | Claim Number: 9081<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $60.00 | | |
| MCCANN APPRAISAL SERVICES INC.<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | | Claim Number: 10641<br>Claim Date: 01/09/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $6,435.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MCCANN, JONATHAN M.<br>2350 24TH STREET #2<br>ASTORIA, NY 11105 | | Claim Number: 662<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $446.15 | Scheduled: | $446.15  CONT | Allowed: | $446.15 |

| MCCANN, SCOTT C.<br>183 S. MINGES RD<br>BATTLE CREEK, MI 49015 | | Claim Number: 7860<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $5,282.00 |

| MCCARTHY APPRAISAL SVCS INC<br>168 WHITTLE AV<br>BLOOMFIELD, NJ 07003 | | Claim Number: 6269<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
|---|---|---|
| UNSECURED | Claimed: | $4,170.00 |

| MCCARTHY, CAROL<br>174 UNION AVE<br>HOLBROOK, NY 11741 | | Claim Number: 5951<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,303.85 | Allowed: | $3,303.85 |

| MCCARTHY, JOHN<br>4610 PERSHING PLACE<br>SAINT LOUIS, MO 63108 | | Claim Number: 10081<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MCCARTHY, MICHAEL M.<br>514 W 19TH AVE<br>SPOKANE, WA 99203-2025 | | Claim Number: 4373<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,591.47 |
| MCCAULEY, PAULA<br>12915 LAFAYETTE ST<br>UNIT G<br>THORTON, CO 80241 | | Claim Number: 554<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $5,425.38 |
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | | Claim Number: 7663<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) |
| PRIORITY | Claimed: | $2,278.85          Scheduled:          $4,329.81  CONT |
| MCCLELLAND, PATRICK E.<br>2349 CRESTLINE BLVD NW<br>OLYMPIA, WA 98502 | | Claim Number: 3581<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,729.45 |
| MCCLELLAND, WAYNE T<br>4201 SHADY BCH<br>SENECA FALLS, NY 13148 | | Claim Number: 7844<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MCCLOY, DANIEL R.
4458 ANNETTE PARK DR
BOZEMAN, MT 59715

Claim Number: 2319
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | |

---

MCCLURE, ROBERT
DBA MG PROFESSIONAL CLEANERS
1451 FRANKLIN ST
LEWIS CENTER, OH 43035

Claim Number: 1196
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,297.02 | |

---

MCCOLLOUGH KEYS, JUANITA A
3520 SARGEANT DR
CHARLOTTE, NC 28217

Claim Number: 10483
Claim Date: 08/26/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $154.55  CONT |
| SECURED | Claimed: | $15,448.00 | | |
| TOTAL | Claimed: | $15,448.00 | | |

---

MCCOMB, JANET L.
1216 21ST AVENUE
ROCKFORD, IL 61104

Claim Number: 989
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,141.54 | Scheduled: | $2,141.54  CONT | Allowed: | $2,141.54 |

---

MCCOMBS, ELIZABETH
3520 LAND COURT
CHEYENNE, WY 82001

Claim Number: 2035
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $174.82 | Scheduled: | $174.82  CONT | Allowed: | $174.82 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCCOMBS, ELIZABETH (BETH)
3520 LAND COURT
CHEYENNE, WY 82001

Claim Number: 2034
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $230.77 | Scheduled: | $230.77 CONT | Allowed: | $230.77 |
|---|---|---|---|---|---|---|

MCCONKEY, MILTON G
9325 BAKER STREET
OWINGS, MD 20736

Claim Number: 10219
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| PRIORITY | Claimed: | $666.41 |
|---|---|---|

MCCONVILLE, JOHN F.
25874 ANZIO WAY
VALENCIA, CA 91355

Claim Number: 3380
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,616.00 |
|---|---|---|

MCCORMICK, BRIAN S
1548 GREENVILLE RD
ASHBY, MA 01431

Claim Number: 5532
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,095.24 |
|---|---|---|

MCCORMICK, KATHLEEN.
413 JEFFREY AVE
EAST MEADOW, NY 11554

Claim Number: 5766
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MCCORMICK-BLESSING, JOAN Z.<br>37 ABINGTON DRIVE<br>PINEHURST, NC 28374 | | Claim Number: 6865<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,652.95 | | | | | |
| MCCOY, JOHN<br>5525 HILLSIDE CIRCLE<br>EDINA, MN 55439 | | Claim Number: 5081<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $2,000.00 | | | | Allowed: | $2,000.00 |
| MCCOY, WILLIAM K (KEVIN)<br>13550 MERIDIAN AVE N<br>SEATTLE, WA 98133 | | Claim Number: 6974<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $2,280.00 | Scheduled: | $2,280.00  CONT | | Allowed: | $2,280.00 |
| MCCRACKEN, TODD<br>1735 19TH ST UNIT 3D<br>DENVER, CO 80202-6006 | | Claim Number: 5534<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| MCCUIN, MARYANNE C.<br>4216 W CAROL AVE<br>PHOENIX, AZ 85051 | | Claim Number: 9171<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $900.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MCCUISTION, ROBIN E.<br>6827 SE GOVE ST.<br>SNOQUALMIE, WA 98065 | | Claim Number: 10184<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| SECURED | Claimed: | $252,930.68 |
| MCCULLOCH, MARIE J.<br>BOX 836<br>WHITNEY POINT, NY 13862-0836 | | Claim Number: 7303<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MCCURLEY, VELDA<br>786 OLDENBURG WAY<br>GALT, CA 95632 | | Claim Number: 10937<br>Claim Date: 12/31/2012<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $3,400.00 |
| MCDAVITT, HAROLD<br>310 SILVER MEADOW DR<br>WADSWORTH, OH 44281 | | Claim Number: 8364<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,474.95 |
| MCDONAGH, THOMAS A.<br>30 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 8771<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10158 (09/08/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MCDONALD HOPKINS LLC<br>RONALD L. BERGUM C/O SEAN D. MALLOY ATTY<br>600 SUPERIOR AVE, SUITE 2100 EAST<br>CLEVELAND, OH 44114 | | Claim Number: 9625<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,182,183.96 |
| MCDONALD, JANE<br>21 LINKSIDE<br>ISLE OF PALMS, SC 29451 | | Claim Number: 6286<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $18,200.96 |
| UNSECURED | Claimed: | $46,411.76 |
| MCDONALD, KEVIN A.<br>2604 12TH ST SW<br>ALTOONA, IA 50009 | | Claim Number: 10105<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| UNSECURED | Claimed: | $67,412.04 |
| MCDONALD, LANDON B. - CUSTODIAN<br>FBO SEP IRA OF LANDON B MCDONALD<br>59 NORWOOD DR.<br>GILLETTE, NJ 07933 | | Claim Number: 5144<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $18,516.76 |
| UNSECURED | Claimed: | $18,516.76 |
| TOTAL | Claimed: | $18,516.76 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCDONALD, LOIS J.
FBO SEP IRA  LANDAU B. MCDONALD
59 NORWOOD DR.
GILLETTE, NJ 07933-2113

Claim Number: 5143
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,001.01 | |
| UNSECURED | Claimed: | $6,001.01 | |
| TOTAL | Claimed: | $6,001.01 | |

---

MCDONALD, MCKENZIE, RUBIN,
MILLER & LYBRAND, L.L.P
ATTN KEVIN T. BROWN, PARTNER
1704 MAIN ST., 2ND FLOOR
COLUMBIA, SC 29201

Claim Number: 9219
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $78,587.64 | | Allowed: | $78,587.64 |

---

MCDOWELL, H CLAY & CAROLYN M. JT WROS
328 SMITH ROAD
RISING SUN, MD 21911-2202

Claim Number: 4858
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

MCDOWELL, JENNIFER
86 WOODCUT DR SIDE APT
MASTIC BEACH, NY 11951

Claim Number: 2921
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,536.00 | Scheduled: | $1,536.00  CONT | Allowed: | $1,536.00 |

---

MCELHANEY SIGNS
ATTN CHARLENE W MCELHANEY, OWNER/PARTNER
558 E BUTLER AVE
NEW BRITAIN, PA 18901

Claim Number: 8174
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,176.60 | Scheduled: | $1,176.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCELHENIE, AUDREY J.
6414 AUBURN AVE
BRADENTON, FL 34207-5501

Claim Number: 6584
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,233.03 | | | |
|---|---|---|---|---|---|

MCELROY & ASSOCIATES INC
ATTN TREASURER
PO BOX 4709
CARY, NC 27519

Claim Number: 3305
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |
|---|---|---|---|---|---|

MCELROY, KATHY M
759 LONGWOOD ROAD
LEXINGTON, KY 40503

Claim Number: 2311
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $485.00 | | Allowed: | $485.00 |
|---|---|---|---|---|---|

MCERLEAN, JENNIFER
33 PARDAM KNOLL RD
MILLER PLACE, NY 11764

Claim Number: 431
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $1,396.63 | | | |
|---|---|---|---|---|---|

MCERLEAN, JENNIFER
33 PARDAM KNOLL RD
MILLER PLACE, NY 11764

Claim Number: 7362
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,289.19 | Scheduled: | $1,289.19  CONT | Allowed: | $1,289.19 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCEVOY, TERRI L.
2316 WEST STATE COURT
FORT WAYNE, IN 46808

Claim Number: 1414
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | $588.46 | | $588.46  CONT | | | $588.46 |

---

MCFADDEN, ROBERT A.
1503 CASTLEROCK ST
WENATCHEE, WA 98801

Claim Number: 4972
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | $2,700.00 | |

---

MCFARLAND, PATRICIA
2355 VERMONT ROUTE 105
WEST CHARLESTON, VT 05872

Claim Number: 179
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | $2,441.03 | | $3,899.18  CONT | | | $2,441.03 |
| UNSECURED | | | $90.30  CONT | | | |

---

MCGAHA, JUDY A.
328 POSSUM PATH
LOUISVILLE, KY 40214

Claim Number: 527
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9862 (03/17/2011)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| PRIORITY | $1,358.23   UNLIQ | | | $3,858.23 |

---

MCGEE, HOWARD G.
1520 DEVINE ST
JACKSON, MS 39202

Claim Number: 6375
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | Claimed: | |
|---|---|---|
| SECURED | $16,593.75   UNLIQ | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MCGETRICK, MARTIN<br>10020 LACHLAN DR<br>AUSTIN, TX 78717 | | Claim Number: 4766<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $16,446.00<br>$16,446.00<br>$16,446.00 | | | |
| MCGILL, WAYNE<br>PO BOX 751583<br>LAS VEGAS, NV 89136-1583 | | Claim Number: 10706<br>Claim Date: 04/27/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10355 (03/08/2012) | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$77,000.00 | | | |
| MCGILL, WAYNE T.<br>8300 FAWN MEADOW AVENUE<br>LAS VEGAS, NV 89149 | | Claim Number: 10096<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$77,000.00 | | | |
| MCGILLVRAY, KIMBERLY R<br>12450 NE 9TH ST<br>KIRKLAND, WA 980335237 | | Claim Number: 6274<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,121.54<br>$0.00 | Scheduled: | $1,121.54  CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCGINNIS, JAMES JR.<br>6 CEDAR AVE<br>MEDFORD, NY 11763 | | Claim Number: 7010<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $330.75 | Scheduled: | $661.50 CONT | | Allowed: | $330.75 |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8173-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $608.00 | Scheduled:<br>Scheduled: | $608.00 CONT<br>$230.29 CONT | | Allowed: | $608.00 |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8173-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $230.29 | | | | | |
| MCGINNIS, SARAH J<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8175<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $4,384.62 | Scheduled: | $5,144.62 CONT | | Allowed: | $4,384.62 |
| MCGLOTHAN, JERRY W<br>10 ACKERMAN CT<br>STEVENSVILLE, MD 21666-2267 | | Claim Number: 10056<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $2,784.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MCGOWAN, JACK<br>BOX 85<br>ENNIS, MT 59729 | | Claim Number: 4862<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,368.42 | | | | |
| MCGOWEN, MARK<br>54 SWEETBRIAR TRAIL<br>EASTON, CT 06612 | | Claim Number: 7640<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$138,696.00 | | | | |
| MCGOWEN, MARK<br>54 SWEETBRIAR TRAIL<br>EASTON, CT 06612 | | Claim Number: 7744-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $8,893.42 CONT<br>$139,909.02 CONT | Allowed: | $10,950.00 |
| MCGOWEN, MARK<br>54 SWEETBRIAR TRAIL<br>EASTON, CT 06612 | | Claim Number: 7744-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $138,696.00 | | | Allowed: | $138,696.00 |
| MCGOWEN, MAURICE L.<br>4702 MOUNT VERNON ST<br>HOUSTON, TX 770066109 | | Claim Number: 9476<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,738.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MCGRAW, JEANETTE<br>14928 SE MEGAN WAY<br>CLACKAMAS, OR 97015 | | Claim Number: 8663-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$301,895.54 CONT | Allowed: | $10,950.00 |

| MCGRAW, JEANETTE<br>14928 SE MEGAN WAY<br>CLACKAMAS, OR 97015 | | Claim Number: 8663-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $303,030.24 | | | | |

| MCGREGOR, MOLLY<br>3345 RESOURCE PKWY<br>APT F3<br>DEKALB, IL 60115-5318 | | Claim Number: 2422<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $384.00 | Scheduled: | $384.00 CONT | Allowed: | $384.00 |

| MCGUIRE, DANYA D.<br>SEAN P MCGUIRE<br>JTWROS<br>577 BEAUFORT COURT<br>CINICNNATI, OH 45240-3802 | | Claim Number: 2509<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $233.88 | | | | |

| MCGUIRE, MARIANNE<br>1300 DENNIS RD<br>WEATHERFORD, TX 760878828 | | Claim Number: 402<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15,631.23 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| MCINTOSH COUNTY<br>ATTN WANDA G NELSON, TAX COMMISSIONER<br>MCINTOSH CO TAX OFC<br>PO BOX 571<br>DARIEN, GA 31305 | | Claim Number: 2723<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,304.94 | | | | | |
| MCKAY, CHRISTINA A<br>3719 KENILWORTH DR<br>CHEVY CHASE, MD 20815 | | Claim Number: 7033-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$121,054.17  CONT | Allowed: | | $10,950.00 |
| MCKAY, CHRISTINA A<br>3719 KENILWORTH DR<br>CHEVY CHASE, MD 20815 | | Claim Number: 7033-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $118,401.35 | | | | | |
| MCKAY, JANET<br>199 CENTRAL AVE<br>PITTSBURGH, PA 15238 | | Claim Number: 2514<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $700.00 | | | Allowed: | | $700.00 |
| MCKEAN, TYLER<br>1841A S 9TH ST<br>SAINT LOUIS, MO 63104-3961 | | Claim Number: 1144<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $7,000.00 | | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCKEAN, TYLER<br>1841A S 9TH ST<br>SAINT LOUIS, MO 63104-3961 | | Claim Number: 1192<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6463 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $1,454.40 | Scheduled: | $2,478.04 CONT | Allowed: | | $1,454.40 |
| MCKEIRNAN, BRYCE & KIMBERLY<br>5505 S SOUTHVIEW LN<br>SPOKANE, WA 992231595 | | Claim Number: 1892<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $458.25 | | | | | |
| MCKENNA, DONNA<br>66 TULIP AVE APT 6C<br>FLORAL PARK, NY 11001 | | Claim Number: 4343<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,248.15 | Scheduled: | $4,882.04 CONT | Allowed: | | $2,248.15 |
| MCKENZIE, DEBRA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | | Claim Number: 9470<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| SECURED | Claimed: | $38,839.05 | | | | | |
| MCKENZIE, DEBRA C/F<br>NATHAN MCKENZIE-PROTASKA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | | Claim Number: 9469<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| SECURED | Claimed: | $20,212.48 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MCKENZIE, DEBRA C/F<br>MICHAELLA MCKENZIE-PROTASKA<br>115 POPLAR CIRCLE<br>DYERSBURG, TN 38024-6570 | | Claim Number: 9471<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $10,592.99 | | | |
| MCKENZIE, ROBERT<br>9201 WILSON MILLS RD<br>CHESTERLAND, OH 44026 | | Claim Number: 3062<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,930.41 | | | |
| MCKINNEY, EDWARD<br>608 SAN CARLOS DRIVE<br>GREENWOOD, IN 46142 | | Claim Number: 8049<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 | |
| MCKINNEY, EDWARD F.<br>608 SAN CARLOS DR<br>GREEN WOOD, IN 46142 | | Claim Number: 8050<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,425.00 | | | |
| MCKINNON APPRAISAL INC<br>ATTN PAMELA L COHEN<br>PO BOX 662<br>BREWER, ME 04412 | | Claim Number: 5453<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $75.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MCLAIN PARTNERS II, LLC C/O CONNOLLY BOVE LODGE & LUTZ LLP THE NEMOURS BUILDING - 1007 NORTH ORANGE STREET - PO BOX 2207 WILMINGTON, DE 19899 | | Claim Number: 10878 Claim Date: 05/28/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: PAID DOCKET: 5529 (08/26/2008) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,250.00 | Allowed: | $61,250.00 |
| MCLAUGHLIN, JOHN C. AND DONNA S. FERRIS BAKER WATTS C/F 140 PINEWOOD RD. ELKVIEW, WV 25071 | | Claim Number: 6901 Claim Date: 01/03/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $11,036.00 | | |
| UNSECURED | Claimed: | $11,036.00 | | |
| TOTAL | Claimed: | $11,036.00 | | |
| MCLAUGHLIN, JOHN C. IRA FERRIS BAKER WATTS C/F 140 PINEWOOD RD. ELKVIEW, WV 25071 | | Claim Number: 6900 Claim Date: 01/03/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $77,281.52 | | |
| UNSECURED | Claimed: | $77,281.52 | | |
| TOTAL | Claimed: | $77,281.52 | | |
| MCLEAN ASSOCIATES 43 GILFORD EAST DRIVE GILFORD, NH 03249 | | Claim Number: 5463 Claim Date: 12/14/2007 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| MCLEAN, PATRICIA<br>4959 CHEVIOT DR<br>COLUMBUS, OH 43220 | | Claim Number: 9713<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $12,664.00 | | | | |
| MCLEAN-BRYANT, STELLA<br>PO BOX 3147<br>YUBA CITY, CA 95992 | | Claim Number: 2516<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $1,618.00 | | | Allowed: | $1,618.00 |
| MCLEE, KEITH<br>1208 ALDERTON LANE<br>LAS VEGAS, NV 89144 | | Claim Number: 5140<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $984.62 | Scheduled: | $984.62 CONT | Allowed: | $984.62 |
| MCLEOD, CARLA D<br>24612 NE 193RD PL<br>WOODINVILLE, WA 98077 | | Claim Number: 6997<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,637.50 | Scheduled: | $1,637.50 CONT | Allowed: | $1,637.50 |
| MCLEOD, SEAN<br>15740 LANDING CREEK LN<br>ROANOKE, TX 762624476 | | Claim Number: 9966<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $6,346.15 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MCLOUGHLIN, MARGARET<br>43 AVENUE I<br>FARMINGDALE, NY 11735 | | Claim Number: 42<br>Claim Date: 08/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MCLOUGHLIN, MARGARET<br>43 AVENUE I<br>FARMINGDALE, NY 11735 | | Claim Number: 2223<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $1,257.75 | Allowed: | $1,257.75 |
| MCMACHAN, FRED N.<br>485 WHITREE LANE<br>CHESTERFIELD, MO 63017-2449 | | Claim Number: 8200<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $25,000.00 | | |
| MCMACHAN, FRED N.<br>485 WHITREE LANE<br>CHESTERFIELD, MO 63017-2449 | | Claim Number: 9784<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $25,000.00 | | |
| MCMAHON, JOSEPH R., III<br>110 RIDGELAKE DRIVE<br>METAIRIE, LA 70001 | | Claim Number: 10018<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $3,500.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MCMANN, RAMONA
1 BAINBRIDGE BLVD
BETHEL, CT 06801

Claim Number: 1338
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/18/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT | Allowed: | $2,769.23 |

MCMENEMY, AMY M
1959 W FOSTER AVE
APT 2
CHICAGO, IL 60640

Claim Number: 6610
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $728.93 | Scheduled: | $728.93 CONT | Allowed: | $728.93 |

MCMILLAN, DONALD E.
ROTH IRA
ETRADE 5799-9645
2409 WATROUS AVENUE
TAMPA, FL 33629

Claim Number: 8713
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

MCMILLAN, DONALD E.
ROTH IRA
ETRADE 5789-9577
2409 WATROUS AVENUE
TAMPA, FL 33629

Claim Number: 8714
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $210.00 |

MCMILLAN, LOIS L.
26286 COLUMBUS DR
SUN CITY, CA 92586

Claim Number: 7895
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $5,000.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MCMINIS, TANA P
5227 PATUXENT DR
RALEIGH, NC 276166517

Claim Number: 2916
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $6,069.23 |
|---|---|---|

---

MCMULLEN, RALPH M.
164 LACORTE RD
CATSKILL, NY 124146525

Claim Number: 10334
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|
| SECURED | Claimed: | $151,475.00 |
| UNSECURED | Claimed: | $25,000.00 |
| TOTAL | Claimed: | $176,475.00 |

---

MCNALLY, KRISTINE POLLICINO
11 GLENDALE DR
MELVILLE, NY 11747

Claim Number: 904
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $8,653.85 |
|---|---|---|

---

MCNAMARA & COMPANY
9203 BAILEYWICK RD STE 103
RALEIGH, NC 27615-1978

Claim Number: 1519
Claim Date: 10/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10131 (08/15/2011)

| UNSECURED | Claimed: | $2,075.00 |
|---|---|---|

---

MCNEIL, COREY
84 BOXBERRY LANE
ROCKLANE, MA 02370

Claim Number: 1138
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,223.08 | Scheduled: | $1,223.08 CONT | Allowed: | $1,223.08 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MCNEIL, JERRY & MARY A. 9030 TERRY ESTATES DR. ORANGE, TX 77630 | | Claim Number: 9116 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $81,401.85 |
| MCNEIL, JERRY & MARY A. 9030 TERRY ESTATES DR. ORANGE, TX 77630 | | Claim Number: 9117 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $60,072.47 |
| MCNEIL, JERRY J. & MARY A. 9030 TERRY ESTATES DR. ORANGE, TX 77630 | | Claim Number: 9118 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,609.74 |
| MCNEIL, JERRY J. & MARY A. TTEES FBO 9030 TERRY ESTATES DR. ORANGE, TX 77630 | | Claim Number: 9069 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,579.98 |
| MCNEIL, JERRY OR MARY 9030 TERRY ESTATES DR. ORANGE, TX 77630 | | Claim Number: 9070 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $165,060.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

MCNEIL, MARY JANE
IRA ROLLOVER
13600 CEDAR CREST LN APT 111J
SEAL BEACH, CA 90740-4612

Claim Number: 5240
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

MCNIEL, JOHN T. & MARTHA, JT TEN
191 SUNNY ACRES
HARLAN, KY 40831

Claim Number: 4248
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

MCNUTT, CATHERINE A
5610 MORSE AVE
JACKSONVILLE, FL 32244

Claim Number: 6115
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

PRIORITY                                          Scheduled:          $750.00  CONT

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

MCNUTT, CATHERINE A.
5610 MORSE AVE
JACKSONVILLE, FL 32244

Claim Number: 1381
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8492 (01/12/2010)

| PRIORITY | Claimed: | $750.00 | Allowed: | $750.00 |
|---|---|---|---|---|

MCORMICK, VONDON RAY IRA
3301 PARK RD APT D
CHARLOTTE, NC 282092087

Claim Number: 6899
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| PRIORITY | Claimed: | $18,598.00 |
|---|---|---|
| UNSECURED | Claimed: | $18,598.00 |
| TOTAL | Claimed: | $18,598.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MCPHERSON INC.<br>ATTN D.M. SCHOEFFEL<br>7A STUART ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 8220<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $200,267.00 |
| MCQUEEN, DANIEL C. IRA<br>5006 IVYCREST TRAIL<br>ARLINGTON, TX 76017-0504 | | Claim Number: 9805<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,274.22 |
| MCQUEENEY, KATHLEEN A.<br>415 CROSS CREEK CT<br>CHESTER, MD 216192672 | | Claim Number: 3654<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $231,475.55 |
| MCQUILLAN, SHERRY<br>10546 LONGORIA GARDEN ST<br>LAS VEGAS, NV 891417316 | | Claim Number: 8182<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

PRIORITY                                                          Scheduled:          $1,447.20  CONT
UNSECURED              Claimed:              $1,447.20                                          Allowed:              $1,447.20

| | | |
|---|---|---|
| MCRAE, PATRICIA<br>2901 MONAD RD 125<br>BILLINGS, MT 59102 | | Claim Number: 4846<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,989.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MCROBERTS, MICHAEL A<br>159 DEL MONTE LANE<br>MORGAN HILL, CA 95037 | | Claim Number: 10120<br>Claim Date: 03/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $6,685.02 |
| MCSHANE, JEANNE, IRA<br>WMS CUST<br>20729 N 106 LN<br>PEORIA, AZ 85382 | | Claim Number: 5541<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $8,592.00 |
| MCSMITH, WILLIAM D. & CAROL A.<br>8851 FM 2163<br>HASKELL, TX 79521-9219 | | Claim Number: 6045<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,042.70 |
| MCWATERS, ZACHARY J.<br>6390 RANCHO MISSION ROAD # 215<br>SAN DIEGO, CA 92108 | | Claim Number: 10223<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $234,399.00 |
| MCWHERTER, MICHAEL K.<br>1717 E. 116TH ST<br>PERKINS, OK 74059 | | Claim Number: 4662<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $22,360.00 |

| | | | | |
|---|---|---|---|---|
| MEAD APPRAISALS<br>11378 NIAGARA DR<br>FISHERS, IN 46037 | | Claim Number: 16<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $4,260.00 | Allowed: | $4,260.00 |
| MEAD APPRAISALS<br>ATTN SCOTT MEAD - OWNER<br>11378 NIAGARA DRIVE<br>FISHERS, IN 46038 | | Claim Number: 3623<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $4,260.00 | | |
| MEADOR, JAMES DR.<br>RANCH LA QUINTA C.C.<br>78-775 RIO SECO<br>LA QUINTA, CA 92253-6413 | | Claim Number: 7732<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MEADOR, SANDRA<br>1560 SPRINGFIELD DR<br>VINTON, VA 24179 | | Claim Number: 5248<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | |
| UNSECURED | Claimed: | $391.22 | | |
| MEADOW OAKS SHOPPING CENTER<br>ATTN REAGAN BROWN, MANAGER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE # 201<br>CORPUS CHRISTI, TX 78412 | | Claim Number: 2572<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) | | |
| UNSECURED | Claimed: | $6,348.59 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MEADOWS LAKE OSWEGO<br>SCOTT H. OLSON, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105-2930 | | Claim Number: 6147<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7232 (04/07/2009) | | | | | | |
| UNSECURED | Claimed: | $21,173.64 | Scheduled: | $1,764.47 | | Allowed: | | $10,587.00 |
| MEADOWS LAKE OSWEGO<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10845<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10060 (06/20/2011) | | | | | | |
| UNSECURED | Claimed: | $21,173.64 | | | | | | |
| MEATTE, JESS<br>131 KEYSTONE DRIVE<br>FENTON, MO 63026 | | Claim Number: 7315<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | | |
| PRIORITY | Claimed: | $7,000.00 | | | | | | |
| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | | Claim Number: 7544<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9741 (02/01/2011) | | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,584.62 | Scheduled: | $1,584.62 CONT | | | | |
| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | | Claim Number: 7545<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | | |
| PRIORITY | Claimed: | $484.56 | Scheduled: | $484.56 CONT | | Allowed: | | $484.56 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MECEWITZ, KARL W.<br>34 SCHOOL STREET<br>ACTON, MA 01720 | | Claim Number: 6840<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MECEWITZ, KARL W.<br>34 SCHOOL STREET<br>ACTON, MA 01720 | | Claim Number: 6841<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MECKLENBURG COUNTY<br>TTN CITY-COUNTY NC TAX COLLECTOR<br>PO BOX 31637<br>CHARLOTTE, NC 28231 | | Claim Number: 9687<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |

| SECURED | Claimed: | $11,426.33 |
|---|---|---|

| | | |
|---|---|---|
| MEDIATOR SERVICES, LLC<br>LUCILLE ALFANO<br>508 JERSEY AVENUE<br>SPRING LAKE, NJ 07762 | | Claim Number: 6288<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MEDINA APPRAISAL COMPANY<br>ATTN TOM WAYNE, OWNER<br>740 MARKS RD<br>VALLEY CITY, OH 442809775 | | Claim Number: 10106<br>Claim Date: 03/17/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MEDINA, FREEDA
352 STONEGATE RD
BOLINGBROOK, IL 60440

Claim Number: 5925
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $1,764.00 | Scheduled: | $2,114.43 CONT | Allowed: | $1,764.00 |
|---|---|---|---|---|---|---|

MEDINA, MECHELL
20 GARNET DR
BRENTWOOD, NY 11717

Claim Number: 1991
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $743.08 | Scheduled: | $743.08 CONT | Allowed: | $743.08 |
|---|---|---|---|---|---|---|

MEDOVICH, JESSICA
2662 TABBY WALK
MARIETTA, GA 30062

Claim Number: 4158
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

MEECE, FRANK H., JR.
P.O. BOX 3165
TOPSAIL BEACH, NC 28445

Claim Number: 7658
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,567.00 |
|---|---|---|

MEEKER, ROSEMARY & WILLIAM G.
8111 AINSWORTH AVE.
SPRINGFIELD, VA 22152

Claim Number: 8931
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,104.52 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| MEEKS, ELAINE<br>1377 WILLOW BROOK RD<br>NASHVILLE, NC 278567870 | | Claim Number: 17<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $400.00 | Allowed: | | $400.00 |
| MEEKS, ELAINE<br>1377 WILLOW BROOK RD<br>NASHVILLE, NC 278567870 | | Claim Number: 2392<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $400.00 | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| TOTAL | Claimed: | $400.00 | | | |
| MEETZE APPRAISALS, INC.<br>ATTN MELODY MEETZE SHIRLEY, PRESIDENT<br>PO BOX 2942<br>IRMO, SC 29063 | | Claim Number: 8052<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,705.00 | Allowed: | | $1,705.00 |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | | Claim Number: 241<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $840.00 | Allowed: | | $840.00 |
| MEGEFF, NATALIE J.<br>1204 ELM ST<br>DENTON, TX 762091212 | | Claim Number: 4714<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $6,539.98 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MEHAS, GUSTAVO J.
5610 W MERCER WAY
MERCER ISLAND, WA 980404841

Claim Number: 10179
Claim Date: 04/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $25.25 | | Allowed: | $25.25 |
|-----------|----------|--------|--|----------|--------|

MEHTA, MUKUL
3846 GLADNEY DR
ATLANTA, GA 30341

Claim Number: 6946
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,002.00 |
|-----------|----------|------------|

MELICK, WILLIAM F. & CROSSLAND, MITZI R.
9117 E. DONNER RD
TRAVERSE CITY, MI 49684

Claim Number: 4261
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,512.00 |
|-----------|----------|-----------|

MELINAUSKAS, KAREN L
823 RAINBOW DRIVE
GLENWOOD, IL 60425

Claim Number: 9422
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,961.46 | Scheduled: | $1,961.46  CONT |
|----------|----------|-----------|------------|-----------------|

MELLI, DONNA
119 42 80TH ROAD
KEW GARDENS, NY 11415

Claim Number: 6815
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6179 (10/02/2008)

| PRIORITY | Claimed: | $29,000.00 |
|----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MELVIN J & ELAINE E BERNIA CHARITABLE
REMAINDER TRUST U/A 6/15/2002
1406 CEDAR BEND DRIVE
BLOOMFIELD HILLS, MI 48302

Claim Number: 8032
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $88,059.00 |
|-----------|----------|------------|

---

MEMBERS FIRST CREDIT UNION
1445 W. GOODALE BLVD.
ATTN:  GREGORY A. KIDWELL
COLUMBUS, OH 43212

Claim Number: 3502
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $955.00 | Scheduled: | $955.00 | Allowed: | $955.00 |
|-----------|----------|---------|------------|---------|----------|---------|

---

MENDELL, LEE TTEE
1100 STEARNS DR
LOS ANGELES, CA 90035-2641

Claim Number: 4727
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 |
|----------|----------|-------|
| UNSECURED | Claimed: | $7,500.00 |

---

MENDELSOHN, A. ROBERT & FLORINDA B.,
JT TEN
4316 STONELEIGH CT
HARRISBURG, PA 17112-8639

Claim Number: 4092
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,927.85   UNLIQ |
|-----------|----------|-------------------|

---

MENDELSOHN, JONAS
4316 STONELEIGH CT
HARRISBURG, PA 17112-8639

Claim Number: 4392
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,050.00   UNLIQ |
|-----------|----------|-------------------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MENDELSOHN, MICHAEL<br>43 SELEY DR<br>NORTH BABYLON, NY 11703 | | Claim Number: 105<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| PRIORITY | Claimed: | $2,454.00 | | | | | |
| MENDELSOHN, MICHAEL R<br>43 SELEY DR<br>NORTH BABYLON, NY 11703 | | Claim Number: 2026<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,492.21 | Scheduled: | $2,492.31 CONT | Allowed: | $2,492.21 |
| MENDEZ, ELIZABETH S.<br>3216 PARK DR<br>ISLAND LAKE, IL 600429721 | | Claim Number: 1893<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $294.17 | | | | | |
| MENDOZA, THERESA F<br>PO BOX 927504<br>SAN DIEGO, CA 92192 | | Claim Number: 2927<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,628.31 | Scheduled: | $1,628.31 CONT | Allowed: | $1,628.31 |
| MENKE, ANDREW V.<br>3520 SHERIDAN BLVD.<br>LINCOLN, NE 68506-6127 | | Claim Number: 4852<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,391.50 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MENNITI, JOHN C<br>505 CHERRY AVENUE<br>OREGON CITY, OR 97045 | | Claim Number: 10028<br>Claim Date: 03/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| MER, INC.<br>6501 WOODLAKE DR APT 1005<br>RICHFIELD, MD 554231397 | | Claim Number: 4519<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,659.60 | | |
| MERCED COUNTY TAX COLLECTOR<br>ATTN LORRAINE GONZALEZ<br>2222 "M" STREET<br>MERCED, CA 95340 | | Claim Number: 8804<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $25,327.60 | | |
| MERCER, ROBERT<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817-5609 | | Claim Number: 8463<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY | Claimed: | $2,276.35 | | |
| UNSECURED | Claimed: | $124,921.65 | | |
| MERCER, ROBERT C<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817 | | Claim Number: 8464<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $120,155.40 | Scheduled: | $119,777.00  CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MEREDITH JANDA, INC.<br>ATTN MEREDITH JANDA<br>1408 THORNTON ROAD<br>VIRGINIA BEACH, VA 23455 | | Claim Number: 4019<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | | |
| MEREDITH, BERNARD & LILA<br>6411 RAYWOOD AVE<br>SAINT LOUIS, MO 63123 | | Claim Number: 6017<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | |
| MERIDIA ASSOCIATES LP<br>OVERLOOK TWO, PO BOX 10528<br>109 LAURENS ROAD<br>GREENVILLE, SC 29603 | | Claim Number: 4109<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,245.96 | Scheduled: | $3,245.96 | Allowed: | $3,245.96 |
| MERIDIAN MEADOWS FIVE LLC<br>C/O JEFFREY A HOKANSON<br>HOSTETLER & KOWALIK PC<br>101 W OHIO STREET SUITE 2100<br>INDIANAPOLIS, IN 46204 | | Claim Number: 9832<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $17,757.18 | | | | |
| MERISA ENTERPRISES<br>C/O JACK STUMPF & ASSOC. INC.<br>ATTN JOSEPH MAERKE, PROPERTY MGR.<br>1700 CENTRAL BOULEVARD<br>HARVEY, LA 70058 | | Claim Number: 2153<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $2,179.70 | | | Allowed: | $2,179.70 |

U.S. BANKRUPTCY COURT                                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| MERKEL, TED<br>3341 COYOTE TRAIL RD<br>NEWPORT, WA 99156 | | Claim Number: 8889<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,460.00 |
|---|---|---|

| | | |
|---|---|---|
| MERLE, F. JOHN<br>105 MISSION HILLS DR<br>GUTHRIE, OK 73044-9556 | | Claim Number: 4719<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

| | | |
|---|---|---|
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | | Claim Number: 8345<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10144 (08/26/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1,165,886.00 |

| | | |
|---|---|---|
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | | Claim Number: 8346<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10144 (08/26/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1,165,886.00 |

| | | |
|---|---|---|
| MERRILL LYNCH MORTGAGE LENDING, INC.<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | | Claim Number: 8347<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10144 (08/26/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $946,970.54 UNLIQ CONT |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MERRILL LYNCH MORTGAGE LENDING, INC.<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | | Claim Number: 8348<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10144 (08/26/2011) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ CONT | | | |
| UNSECURED | Claimed: | $946,970.54   UNLIQ CONT | | | |
| MERRILL, WILLIAM W.<br>759 LUCAS AVE EXT<br>HURLEY, NY 12443 | | Claim Number: 1012-01<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $9,999.96 | Allowed: | | $9,999.96 |
| MERRILL, WILLIAM W.<br>759 LUCAS AVE EXT<br>HURLEY, NY 12443 | | Claim Number: 1012-02<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $427.74 | | | |
| MERRILL, WILLIAM W.<br>759 LUCAS AVE EXT<br>HURLEY, NY 12443 | | Claim Number: 1044<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $7,692.31 | | | |
| MERRING, STEPHEN A.<br>804 E MILL ST<br>HASTINGS, MI 49058 | | Claim Number: 85<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | | $450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MERRY LYNNE SCREEN PRINTING<br>293 COMO AVE #3<br>SAINT PAUL, MN 55103 | | Claim Number: 1137<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $548.25 | | | | | |
| UNSECURED | Claimed: | $548.25 | | | | | |
| TOTAL | Claimed: | $548.25 | | | | | |
| MERRY LYNNE SCREEN PRINTING<br>293 COMO AVE #3<br>ST PAUL, MN 55103 | | Claim Number: 5649<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $548.25 | Scheduled: | $548.25 | | | |
| MERS<br>1818 LIBRARY ST STE 300<br>RESTON, VA 201906280 | | Claim Number: 1727<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | | |
| UNSECURED | Claimed: | $79,321.85  UNLIQ | | | | | |
| MERZBACK, WILLIAM R & LARRISA<br>3565 WONDER VIEW DR<br>LOS ANGELES, CA 90068-1537 | | Claim Number: 10103<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| MESA COUNTY, COLORADO<br>ATTN MONIKA TODD, TREASURER<br>MESA COUNTY TREASURER'S OFFICE<br>PO BOX 20,000<br>GRAND JUNCTION, CO 81502-5027 | | Claim Number: 9773<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $767.81 | Scheduled: | $496.77  DISP CONT | Allowed: | $767.81 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MESCUBRINK, WILLIAM J.<br>2118 S 166 ST<br>OMAHA, NE 68130 | | Claim Number: 7486<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,780.00 |

| | | | | |
|---|---|---|---|---|
| MESHOT, KAREN C.<br>24631 MANDEVILLE DR<br>LAGUNA HILLS, CA 92653 | | Claim Number: 523<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $3,514.00 | Allowed: | $3,514.00 |

| | | | | |
|---|---|---|---|---|
| MESHOT, KAREN C.<br>24631 MANDEVILLE DR<br>LAGUNA HILLS, CA 92653 | | Claim Number: 3704<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,528.00 | Allowed: | $3,528.00 |

| | | |
|---|---|---|
| MESSER, ANITA O.<br>822 S 24TH<br>FORT SMITH, AR 72901 | | Claim Number: 4443<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,630.00 |

| | | |
|---|---|---|
| MESSER, STEVE<br>822 S 24TH<br>FORT SMITH, AR 72901 | | Claim Number: 4442<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,584.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MESSICK & COMPANY APPRAISERS
ATTN MANAGER/TREASURER
3701-A WEST MARKET STREET
GREENSBORO, NC 27403

Claim Number: 5091
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $550.00 | | Allowed: | $550.00 |

MESSINGER, LEWIS R & SHARON L
17106 STATE ROUTE 3
WATERTOWN, NY 13601-5520

Claim Number: 9539
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

META PRODUCTIONS INC
SU CASA, SU GUIA SUBURBIOS
6108 W ROOSEVELT ROAD
OAK PARK, IL 60304

Claim Number: 5994
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 | Allowed: | $5,200.00 |

METALONIS, ANTHONY R
714 PENNOCK CIRCLE
CROWN POINT, IN 46307-9156

Claim Number: 7294
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,319.14 |

METALONIS, PATRICIA L.
714 PENNOCK CIRCLE
CROWN POINT, IN 46307-9156

Claim Number: 7295
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,033.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| METCALF, ANNETTE<br>11520 W 84TH PL<br>ARVADA, CO 80005-4776 | | Claim Number: 552<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $761.64 | Scheduled: | $761.54 CONT | | |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | | Claim Number: 553<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $138.56 | | | | |
| METRO APPRAISAL GROUP, INC.<br>5145 MAYFIELD RD.<br>LYNDHURST, OH 44124 | | Claim Number: 4391<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| METRO APPRAISAL SERVICES<br>PO BOX 518<br>MARMORA, NJ 08223 | | Claim Number: 2355<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $1,297.94 | | | | |
| METROPOLITAN GOVERNMENT TRUSTEE<br>ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | | Claim Number: 4169<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
| SECURED | Claimed: | $1,842.22 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>3500 LENOX RD NE SUITE 1800<br>ATLANTA, GA 30326 | | Claim Number: 8498-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10092 (07/18/2011) |
| UNSECURED | Claimed: | $573,578.31 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>3500 LENOX RD NE SUITE 1800<br>ATLANTA, GA 30326 | | Claim Number: 8498-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10092 (07/18/2011) |
| ADMINISTRATIVE | Claimed: | $117,324.34 |
| MEYER, AARON JAMES<br>6474 GLENWOOD TRACE<br>ZIONSVILLE, IN 46077 | | Claim Number: 116<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $2,441.45 |
| MEYER, ADOLPH H.<br>U.S. BANK, N.A. IRA CUSTODIAN<br>4541 MELLOWLIGHT<br>SAINT LOUIS, MO 63129 | | Claim Number: 3775<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,813.50 |
| MEYER, COLLEEN<br>43 EVERGREEN AVE<br>NEPTUNE, NJ 077536543 | | Claim Number: 63<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $2,750.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | | Claim Number: 7872-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$117,230.20 CONT | Allowed: | $10,950.00 |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | | Claim Number: 7872-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $117,635.15 | | | |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | | Claim Number: 7873<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$117,230.00 | | | |
| MEYER, ED<br>812-102 AVE NE<br>BELLEVUE, WA 98004 | | Claim Number: 3133<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| MEYER, JANICE E (JAN)<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 5448<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $5,169.23 CONT | Allowed: | $3,230.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MEYER, JANICE E.<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 804<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $4,845.60 |
| MEYER, JANICE E.<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 5414<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,371.93 |
| MEYER, JERRY R.<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | | Claim Number: 5415<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,426.27 |
| MEYER, KATHLEEN KECK TTEE<br>3908 ADAMS<br>INDEPENDENCE, MO 64055 | | Claim Number: 5110<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,750.00 |
| UNSECURED | Claimed: | $0.00 |
| MEYER, LARRY J.<br>1061 BRISTOL MANOR DR<br>BALLWIN, MO 63011-5106 | | Claim Number: 6733<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $31,580.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MEYER, RICHARD
3734 BLUFF DR
LEWIS CENTER, OH 43035

Claim Number: 1994
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $782.77 CONT | | |
| UNSECURED | Claimed: | $28,225.59 | Scheduled: | $28,799.82 CONT | | |

MEYER, RICHARD M.
4720 WAHL RD.
SANDUSKY, OH 44870

Claim Number: 4364
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,573.90 |

MEYER, RICHARD M.
4720 WAHL RD.
SANDUSKY, OH 44870

Claim Number: 4365
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,947.85 |

MEYER, RICHARD P (RICK)
3734 BLUFF DR
LEWIS CENTER, OH 43035

Claim Number: 1995
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77 CONT | Allowed: | $830.77 |

MEYER, RICHARD P.
3734 BLUFF DR
LEWIS CENTER, OH 43035

Claim Number: 829
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,538.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | | Claim Number: 784<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $1,387.20 |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | | Claim Number: 792<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $9,800.00 |
| MEYER, ROBERT L.<br>PO BOX 593<br>POINT PLEASANT BEACH, NJ 08742 | | Claim Number: 793<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $4,872.00 |
| MEYERS, BRUCE D.<br>6531 79TH PLACE<br>CABIN JOHN, MD 20818 | | Claim Number: 7603-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,151.00 | | | | Allowed: | $6,151.00 |
| UNSECURED | | | Scheduled: | $37,448.11 CONT | | | |

| | | |
|---|---|---|
| MEYERS, BRUCE D.<br>6531 79TH PLACE<br>CABIN JOHN, MD 20818 | | Claim Number: 7603-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,288.00 | | Allowed: | $38,288.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MEYERS, SHARON
345 BRAE BURN DR
EUGENE, OR 97405

Claim Number: 4633
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,009.99 | | | | | |

MEYSEMBOURG, TAMI
11646 WHITEHALL AVE NW
UNIONTOWN, OH 44685

Claim Number: 1872
Claim Date: 11/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $519.23 | Scheduled: | $519.23  CONT | Allowed: | $519.23 |

MEZINEV, VELIN
500 W 56TH ST APT 923
NEW YORK, NY 10019-3569

Claim Number: 5275
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,200.00 | | | | | |

MGIC INVESTOR SERVICES CORPORATION
C/O ANTHONY J. CARONNA
PO BOX 488
MILWAUKEE, WI 53202

Claim Number: 4890
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 8486 (01/08/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $173,386.83 | | | Allowed: | $173,386.83 |

MIAMI-DADE COUNTY TAX COLLECTOR
BANKRUTPCY UNIT
ATTN ALEXIS R. GONZALEZ
140 WEST FLAGLER STREET, SUITE 1403
MIAMI, FL 33130

Claim Number: 1396-01
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8947 (06/21/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $728.20 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUTPCY UNIT<br>ATTN ALEXIS R. GONZALEZ<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | | Claim Number: 1396-02<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8947 (06/21/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | | | | |
| MIARIVIEVA CORP<br>170 SE 14TH STREET<br>#1408<br>ATTN: YANAI NASSAR<br>MIAMI, FL 33131 | | Claim Number: 2872<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $2,593.55 | Scheduled: | $1,200.00 | | |
| MICHAEL J. HOCHRON AGENCY<br>ATTN MICHAEL J HOCHRON<br>317 HARRINGTON AVENUE<br>CLOSTER, NJ 07624 | | Claim Number: 2627<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| MICHAEL JAMES INDUSTRIES INC<br>11 DREW CT<br>RONKONKOMA, NY 11779-7238 | | Claim Number: 6144<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $57,762.89 | Scheduled: | $29,230.67 | | |
| MICHAEL N. HUSCROFT & ASSOC.<br>ATTN LAWRENCE Z. WILK, ESQ.<br>9201 N. 25TH AVENUE<br>SUITE 170<br>PHOENIX, AZ 85021 | | Claim Number: 8923<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $11,095.00 | | | Allowed: | $11,095.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MICHALESKO, JENNIFER<br>325 RAVEN DR<br>MANTENO, IL 609509476 | | Claim Number: 749<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,733.40 | | | | | |
| MICHALESKO, JENNIFER<br>675 WARBLER LN<br>NEW LENOX, IL 60451 | | Claim Number: 4860<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,733.40 | | | | | |
| MICHALESKO, JENNIFER<br>675 WARBLER LN<br>NEW LENOX, IL 60451 | | Claim Number: 8611<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,818.96 | Scheduled: | $2,231.28  CONT | Allowed: | | $1,818.96 |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 1572<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$15,147.00 | | | | | |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7184-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10143 (08/26/2011) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled: | $27,303.83  CONT | Allowed: | | $2,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| | | | | |
|---|---|---|---|---|
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7184-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10143 (08/26/2011) | | |
| UNSECURED | Claimed: | $43,452.00 | Allowed: | $25,805.74 |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7415<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,452.00 | | |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 8226<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,452.00 | | |
| MICHEAL E KELLER & ASSOCIATES<br>2442 E RUSH AVE<br>FRESNO, CA 937304751 | | Claim Number: 4384<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $750.00 | | |
| MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC<br>ATTN LESLIE FORYS, OWNER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | | Claim Number: 1976<br>Claim Date: 11/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,275.00 | | |

| MICHNA, DEBRA<br>4344 ROBBINS ST<br>SAN DIEGO, CA 92122 | | Claim Number: 6844<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,700.38 | Scheduled: | $5,700.38  CONT | Allowed: | $5,700.38 |
| MICROSOFT CORP. & MICROSOFT LICENSING GP<br>C/O JOSEPH E. SHICKICH, JR.<br>RIDDELL WILLIAMS P.S.<br>1001 4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | | Claim Number: 8290<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| UNSECURED | Claimed: | $1,421,718.97 | | | | |
| MID STATE APPRAISAL GROUP<br>ATTN THOMAS D. JENKINS<br>PO BOX 36034<br>DES MOINES, IA 50315 | | Claim Number: 5029<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP<br>CORPORATION - ATTN: PATRICIA D GASS<br>555 NEW SALEM ROAD<br>MURFREESBORO, TN 37129 | | Claim Number: 5672<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $812.49 | | | Allowed: | $812.49 |
| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS<br>PO BOX 250<br>COLD SPG HBR, NY 11724-0250 | | Claim Number: 7979<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $61,181.95 | | | Allowed: | $61,181.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MIDWEST APPRAISAL SERVICES, INC.
ATTN TERRY D BLAEDORN, OWNER
113 S MAIN ST
RIVER FALLS, WI 54022

Claim Number: 1156
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $100.00 | Allowed: | $100.00 |
|---|---|---|---|---|

MIECHUR-SZIY, JOANN
4852 SCHOOL ROAD
SLATINGTON, PA 18080-3153

Claim Number: 4772
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MIKAELIAN, MAGGIE
510 CAMERON CREST DR
DIAMOND BAR, CA 91765

Claim Number: 8225
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,509.99 |
|---|---|---|

MIKE SURLES & ASSOC., INC.
1147 PLEASANT OAKS DR
MT PLEASANT, SC 29464-4237

Claim Number: 340
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $1,375.00 |
|---|---|---|

MIKELONIS, WILLIAM P.
1338 HAGAN LANE
BRENTWOOD, CA 94513

Claim Number: 5271
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,834.95 |
|---|---|---|

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MIKELONIS, WILLIAM P.<br>1338 HAGAN LANE<br>BRENTWOOD, CA 94513 | | Claim Number: 5272<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $17,244.75 |
| MILCO TRUST<br>ATTN MARK I LEFKOWITZ TRUSTEE<br>PO BOX 1945<br>LA JOLLA, CA 92038 | | Claim Number: 5540<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $10,262.95 |
| MILES, JACK B.<br>722 LIBERTY ST APT 15<br>CLAY CENTER, KS 67432-1575 | | Claim Number: 6586<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| MILHOLLAND, KATHRYN<br>327 BROADMOOR DR.<br>FREDERICKSBURG, TX 78624-2715 | | Claim Number: 6296<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,776.89 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10800<br>Claim Date: 08/18/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10801<br>Claim Date: 08/18/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10802<br>Claim Date: 08/13/2010<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10803<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10804<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10805<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10806<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10807<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10808<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10809<br>Claim Date: 08/13/2010<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
| MILLENNIUM GROUP HOLDINGS, INC.<br>ATTN KEVIN MASSEY, OWNER<br>1277 KELLY JOHNSON BLVD, STE 200<br>COLORADO SPRINGS, CO 80920 | | Claim Number: 1379<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $1,150.00 | Allowed: | $1,150.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILLER APPRAISAL SERVICE | | Claim Number: 9717 |
|---|---|---|
| ATTN REBECCA MILLER | | Claim Date: 01/18/2008 |
| 3317 SIMS AVE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| ST. ANN, MO 63074 | | Comments: EXPUNGED |
| | | DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,025.00 |

| MILLER, AGGIE | | Claim Number: 7351 |
|---|---|---|
| 711 PARK DR | | Claim Date: 01/07/2008 |
| GOODLETTSVILLE, TN 37072 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $360.00 |
| UNSECURED | Claimed: | $15,630.50 |

| MILLER, BRIAN A | | Claim Number: 8197 |
|---|---|---|
| 2252 ABINGTON ROAD | | Claim Date: 01/10/2008 |
| UPPER ARLINGTON, OH 43221-3114 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,317.22 |

| MILLER, BRIAN A. | | Claim Number: 8193 |
|---|---|---|
| 2252 ABINGTON ROAD | | Claim Date: 01/10/2008 |
| UPPER ARLINGTON, OH 43221-3114 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,750.00 |

| MILLER, CLARENCE A. & CHARLOTTE A. | | Claim Number: 4281 |
|---|---|---|
| JT TEN WROS & NOT AS TENCOM. | | Claim Date: 12/03/2007 |
| 12680 N 1800TH ST. | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| TEUTOPOLIS, IL 62467-3917 | | Comments: EXPUNGED |
| | | DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILLER, EUGENE<br>129 CAMERON PARKE PL<br>ALEXANDRIA, VA 223046435 | | Claim Number: 1464<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $3,222.00 |
| MILLER, EULA & RALPH OWEN MILLER<br>JT TEN<br>PO BOX 273<br>JARRATT, VA 23867-0273 | | Claim Number: 6206<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,187.73 |
| MILLER, EULA & RALPH OWEN MILLER<br>JT TEN<br>PO BOX 273<br>JARRATT, VA 23867-0273 | | Claim Number: 6207<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,054.90 |
| MILLER, JAMES D.<br>6309 GLENWOOD RD.<br>OMAHA, NE 68132 | | Claim Number: 3253<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| UNSECURED | Claimed: | $75,000.00   UNLIQ |
| MILLER, JANET LEE<br>1904 WYOMING AVE.<br>FORT PIERCE, FL 34982 | | Claim Number: 4240<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | | Claim Number: 8499<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $46,666.00 |

| | | |
|---|---|---|
| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | | Claim Number: 8805<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,177.16 | Scheduled: | $54,730.28 CONT |

| | | |
|---|---|---|
| MILLER, KRYSTAL<br>80 WESTBURY AVE<br>PLANVIEW, NY 118033617 | | Claim Number: 3037<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $888.46 | Scheduled: | $1,473.46 CONT | Allowed: | $888.46 |

| | | |
|---|---|---|
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | | Claim Number: 317<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,020.00 |

| | | |
|---|---|---|
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | | Claim Number: 417<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILLER, PETER C<br>2739 LONG GROVE DRIVE<br>MARIETTA, GA 30062 | | Claim Number: 9794<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| SECURED | Claimed: | $57,678.00 |

| MILLER, PETER J.<br>210 N. CHURCH ST.<br>UNIT 2310<br>CHARLOTTE, NC 28202 | | Claim Number: 5070<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|---|
| PRIORITY | Claimed: | $1,008.00 |
| UNSECURED | Claimed: | $1,008.00 |
| TOTAL | Claimed: | $1,008.00 |

| MILLER, RICHARD C.<br>PMB 36<br>8595 COLLIER BLVD STE 107<br>NAPLES, FL 34114-3556 | | Claim Number: 5977<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $32,374.69 |

| MILLER, RICHARD, TTEE<br>PMB 36<br>8595 COLLIER BLVD STE 107<br>NAPLES, FL 34114-3556 | | Claim Number: 5948<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| SECURED | Claimed: | $25,925.87 |

| MILLER, ROBERT<br>2113 ELDER AVE<br>MORTON, PA 19070-1246 | | Claim Number: 7999<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14,619.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MILLER, ROBERT E.
3528 GLEN OAK DR
JARRETTSVILLE, MD 21084

Claim Number: 3761
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

MILLER, ROGER & SUSAN
W159 N9494 CHEROKEE DR.
MENOMONEE FALLS, WI 53051

Claim Number: 5180
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,649.75 |
|-----------|----------|-----------|

MILLER, SUSAN K
12956 BRYCE CANYON DR #B
MARYLAND HEIGHTS, MO 63043

Claim Number: 10341
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| UNSECURED | Claimed: | $25,000.00 |
|-----------|----------|------------|

MILLER, THOMAS E. AND MARY JO
JT TEN
3185 N SHERLOCK PT
HERNANDO, FL 34442

Claim Number: 9614
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

MILLER, TIMOTHY
20506 NW SKYLINE BLVD
NORTH PLAINS, OR 971339213

Claim Number: 9348
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,995.95 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILLS, DEBORAH<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426-9641 | | Claim Number: 2743<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
|---|---|---|
| SECURED | Claimed: | $212,500.00 |
| UNSECURED | Claimed: | $1,170,000.00 |
| TOTAL | Claimed: | $1,372,500.00 |
| MILLS, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10764<br>Claim Date: 03/31/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| SECURED | Claimed: | $634,954.46 |
| UNSECURED | Claimed: | $747,545.54 |
| MILLS, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10765<br>Claim Date: 03/30/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| SECURED | Claimed: | $634,954.46 |
| UNSECURED | Claimed: | $747,545.54 |
| MILLS, JANE<br>9104 MONTPELIER DR<br>LAUREL, MD 20708-2550 | | Claim Number: 6225<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,471.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MILLS, JEFFERY J.<br>414 APACHE TRL<br>MULBERRY, FL 33860-3406 | | Claim Number: 20<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | | | | |
| MILLS, JEFFERY J.<br>414 APACHE TRL<br>MULBERRY, FL 338603406 | | Claim Number: 5584<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $350.00 | | | | |
| MILO, RAGIN<br>529 8TH AVE<br>NEW HYDE PARK, NY 11040 | | Claim Number: 1336<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $8,923.08 | Scheduled: | $8,923.08 CONT | Allowed: | $8,923.08 |
| MILSHTEYN, ALEXANDER<br>7477 WESTBURN BLVD<br>WEST BLOOMFIELD, MI 48322 | | Claim Number: 8940<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $8,234.10 | | | | |
| MILSTEAD, ANDREW H.<br>2923 WOODWARDIA DR.<br>LOS ANGELES, CA 90077-2124 | | Claim Number: 5435<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| MILWIT, SANFORD C.<br>3010 N. COURSE DR., APT 707<br>POMPANO BEACH, FL 33069 | | Claim Number: 9650<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,045.88 | | | | |
| TOTAL | Claimed: | $14,045.48 | | | | |
| MINGST, GRAHAM<br>14 CORNELL AVE<br>HICKSVILLE, NY 11801 | | Claim Number: 212<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $4,403.08 | Scheduled: | $4,403.08  CONT | Allowed: | $4,403.08 |
| MINTER, MICHAEL D.<br>1321 LASKIN ROAD, # 100<br>VIRGINIA BEACH, VA 23451 | | Claim Number: 4661<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| MINTZ, ALAN R.<br>125 8TH ST.<br>BELLEAIR BEACH, FL 33786 | | Claim Number: 4700<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,136.85 | | | | |
| MINTZ, RONNIE<br>130 OVERLOOK AVE APT 2K<br>HACEKENSACK, NJ 76012239 | | Claim Number: 3867<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MINUTILLO, MARIE
12204 SUMMERWOOD LN
ALPHARETTA, GA 30005

Claim Number: 504
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $3,229.17 | | | | |
|---|---|---|---|---|---|---|

MINUTILLO, MARIE
12204 SUMMERWOOD
LN
ALPHARETTA, GA 30005

Claim Number: 3042
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $2,981.00 | Scheduled: | $2,980.77 CONT | Allowed: | $2,981.00 |
|---|---|---|---|---|---|---|

MIRAGE, ANTOINETTE
110 SO. PROSPECT AVE
#1
REDONDO BEACH, CA 90277

Claim Number: 1986
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $5,807.87 | Scheduled: | $5,807.87 CONT | Allowed: | $5,807.87 |
|---|---|---|---|---|---|---|

MIROWITZ, JAY ALAN & CAROLYN B. MIROWITZ
15401 RIVER BY RD
FORT MYERS, FL 33908-1711

Claim Number: 3024
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,404.95 | | | | |
|---|---|---|---|---|---|---|

MIRSKY, GREGORY N.
27 CORTELYOU RD
MERRICK, NY 11566-3725

Claim Number: 800
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,153.85 CONT | Allowed: | $1,153.85 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MIRZAYAN, ARMINE<br>3874 W. ASHTON DR.<br>ANTHEM, AZ 85086 | | Claim Number: 9617<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $150.95 |
|---|---|---|

| | | |
|---|---|---|
| MISEK, STEVAN A & WENDY L<br>JOINT TENNANTS W/ RIGHTS OF SURVIVORSHIP<br>68 FULLAM HILL ROAD<br>FITZWILLIAM, NH 03447 | | Claim Number: 7830<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $12,935.00 |
|---|---|---|

| | | |
|---|---|---|
| MISHRA, GAJENDRA & MADHU JT<br>4201 SILVERADO DR<br>IDAHO FALLS, ID 83404-5035 | | Claim Number: 6468<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $4,354.98 |
|---|---|---|

| | | |
|---|---|---|
| MISIR, INDIRA<br>25 MILLSTONE DR.<br>BRAMPTON, ON LG4 RG2<br>CANADA | | Claim Number: 9638<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $6,195.00 |
|---|---|---|

| | | |
|---|---|---|
| MISSION MKTG & ADVERTISING<br>ATTN VINCENT HAMON, OWNER<br>6565 FOUNTAIN AVE APT 16<br>LOS ANGELES, CA 90028 | | Claim Number: 2434<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $405.00 | Allowed: | $405.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MISSISSIPPI POWER COMPANY
ATTN: JAN STUART
401 W MAIN AVE
LUMBERTON, MS 39455

Claim Number: 3790
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $222.95 | Scheduled: | $145.38 | Allowed: | $222.95 |

MISSISSIPPI STATE TAX COMMISSION
BANKRUPTCY SECTION
ATTN: BRENDA T. CARTER
PO BOX 22808
JACKSON, MS 39225-2808

Claim Number: 10437
Claim Date: 07/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $588.87 |
| UNSECURED | Claimed: | $19.26 |

MISUTKA, RICHARD
9003 WOOD VIEW DR.
PITTSBURGH, PA 15237

Claim Number: 4387
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,095.84 |

MITCHEL, JOHNNY H.
2628 PATRICK HIGHWAY
HARTSVILLE, SC 29550-9042

Claim Number: 9483
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,456.22 |

MITCHELL, BRUCE I. & LEE ANN
1903 - 30TH AVE W.
SEATTLE, WA 98199

Claim Number: 3131
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MITCHELL, DEBRA<br>620 COLLEGE FM RD<br>STEPHENVILLE, TX 76401 | | Claim Number: 8404<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,000.00 | | | | |
| MITCHELL, GENELLE L<br>5003 123 ST SE<br>EVERETT, WA 98208 | | Claim Number: 4170<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $1,386.54 | Scheduled: | $1,386.54  CONT | Allowed: | $1,386.54 |
| MITCHELL, JAMES E.<br>1432 STAGECOACH RD. SE<br>ALBUQUERQUE, NM 87123 | | Claim Number: 4696<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $7,723.89 | | | | |
| MITCHELL, JAMES E.<br>1432 STAGECOACH RD. SE<br>ALBUQUERQUE, NM 87123 | | Claim Number: 4697<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,160.80 | | | | |
| MITCHELL, JOHNNY H.<br>2628 PATRICK HIGHWAY<br>HARTSVILLE, SC 29550-9042 | | Claim Number: 9485<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $23,374.94 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MITCHELL, NANCY
614 BETTY ST
EARLVILLE, IL 60518

Claim Number: 2506
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,567.88 | Scheduled: | $1,567.88  CONT | Allowed: | $1,567.88 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

MITCHELL, STEPHANIE L
12230 FLYNN WOODS RD
JACKSONVILLE, FL 32223

Claim Number: 6848
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08  CONT | Allowed: | $1,923.08 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

MITCHELL, TAMI
10 LONG STREET
LAKE GROVE, NY 11755

Claim Number: 2944
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,653.84 | Scheduled: | $4,750.00  CONT | Allowed: | $3,653.84 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

MITCHELL, TINA R.
8 OLD ELM ROAD
JOLIET, IL 60433

Claim Number: 10329
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $230,000.00 |
|---------|----------|-------------|

MITEL TECHNOLOGIES INC
F/K/A INTER TEL TECHNOLOGIES INC
ATTN: NATHAN GRANADOS
7300 W BOSTON STREET
CHANDLER, AZ 85226

Claim Number: 10866
Claim Date: 01/10/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9822 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $1,223.22 |
|----------------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| MITRA, SAMIR K.<br>3225 OLD LANTERN DR.<br>BROOKFIELD, WI 53005-3014 | | Claim Number: 5169<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,428.00 | | | | |
| MITSOS, PETER<br>6 DONALD ST<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 1222<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,480.50 | Scheduled: | $1,480.77  CONT | Allowed: | $1,480.50 |
| MIZES, CAROL SHIVELY<br>14924 ROYAL RIDGE LN<br>NORTH ROYALTON, OH 44133 | | Claim Number: 506<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $250.00 | | | | |
| MJB APPRAISAL GROUP<br>7119 E SHEA BLVD # 109-154<br>SCOTTSDALE, AZ 85254 | | Claim Number: 9916<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $11,000.00 | | | | |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | | Claim Number: 9140<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | | |
| UNSECURED | Claimed: | $80,601.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MNL GLOBAL INC.<br>C/O ANNIE VERDRIES<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>650 TOWN CENTER DRIVE, SUITE 1400<br>COSTA MESA, CA 92626 | | Claim Number: 9246<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10208 (10/07/2011) |
| UNSECURED | Claimed: | $49,611.50 |
| MO, GARY & GU, SHUYING<br>138 QINGHAI ROAD SUITE 15A<br>SHANGHAI, 200041<br>CHINA | | Claim Number: 7396<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MO, RUOFEI<br>CHARLES SCHWAB & CO INC.<br>CUST ROTH CONTRIBUTORY IRA<br>3519 S. FLEMINGTON DR.<br>WEST COVINA, CA 91792 | | Claim Number: 6270<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,162.95 |
| MO, RUOFEI<br>CHARLES SCHWAB & CO INC.<br>CUST IRA ROLLOVER<br>3519 S. FLEMINGTON DR.<br>WEST COVINA, CA 91792 | | Claim Number: 6271<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $6,312.95 |
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | | Claim Number: 1398<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $150.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MOBILE COUNTY<br>MARILYN E. WOOD, REVENUE COMMISSIONER<br>PO BOX DRAWER 1169<br>MOBILE, AL 36633-1169 | | Claim Number: 1604<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | | |
| SECURED | Claimed: | $150.38 | | Allowed: | | $150.38 |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>ATTN: JOYCE PRESNELL<br>MOBILE, AL 36601 | | Claim Number: 3784<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $1,535.00 | | | | |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>MOBILE, AL 36601 | | Claim Number: 10654<br>Claim Date: 02/02/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $1,535.00 | | | | |
| MOBLEY, RONALD W. & SUSAN H.<br>13771 N. FOUNTAIN HILLS BLVD.<br>STE. 114-333<br>FOUNTAIN HILLS, AZ 85268 | | Claim Number: 8469<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $250,000.00   UNLIQ | | | | |
| MODELYTICS INC<br>ATTN MUKUND SHEOREY, PRESIDENT<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ 07458 | | Claim Number: 404<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $131,135.00 | Scheduled: | $131,120.00 | Allowed: | $131,135.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MODERN APPRAISAL
ATTN CARON J. CLARKE
PO BOX 661
SCAPPOOSE, OR 97056

Claim Number: 7592
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,050.00 | | | Allowed: | $1,050.00 |

MODLIN, TERRY A. AND KELLEY R.
902 SUNSET DR
KINGSTON, TN 37763

Claim Number: 238
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $500.00 | | | | |

MODRELL, CRYSTAL J.
321 DANIELS DR
YORKTOWN, VA 236903402

Claim Number: 532
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $736.00 | | | | |

MODRELL, CRYSTAL J.
724 PILOT HOUSE DRIVE
NEWPORT NEWS, VA 23606-1941

Claim Number: 10668
Claim Date: 02/05/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $736.00 | Scheduled: | $736.00  CONT | Allowed: | $736.00 |

MODRELL, TERRI J.
724 PILOT HOUSE DR
NEWPORT NEWS, VA 23606

Claim Number: 347
Claim Date: 09/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $1,492.80 | | | Allowed: | $1,492.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MODULAR MAILING SYSTEMS<br>ATTN KATHY PAGE<br>4913 W. LAUREL ST.<br>TAMPA, FL 33607-0000 | | Claim Number: 2728<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $292.88 | | Allowed: | $292.88 |
| MOELLER, RICHARD<br>439 AETNA DRIVE<br>CORBIN ITY, NJ 08270 | | Claim Number: 7108<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| MOFFATT, LINDA F. SEP/IRA<br>660 SW 43RD PL<br>OCALA, FL 344717448 | | Claim Number: 7661<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $3,448.34 | | | |
| MOFFETT, JOAN T<br>402 CRESSWELL RD<br>BROOKLYN, MD 212253914 | | Claim Number: 6190<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $969.23 | Scheduled: $969.23  CONT | Allowed: | $969.23 |
| MOHAMED, SHAMEENA<br>3 PATRIOT CIR<br>CLIFTON PARK, NY 12065 | | Claim Number: 4314<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,253.50 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MOHSENZADEH, HOLLY<br>1415 SILVERLINDEN CT<br>FORT WAYNE, IN 46804 | | Claim Number: 516<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,354.87 | Scheduled: | $2,354.87  CONT | Allowed: | $2,354.87 |
| MOHSENZADEH, HOLLY<br>1415 SILVER LINDEN CT<br>FORT WAYNE, IN 46804 | | Claim Number: 1370<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$3,275.12 | | | | |
| MOHSENZADEH, HOLLY<br>1415 SILVERLINDEN CT<br>FORT WAYNE, IN 46804 | | Claim Number: 5245<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$3,275.12 | | | | |
| MOINI, DENISE<br>12388 SW 52ND ST<br>COOPER CITY, FL 33330 | | Claim Number: 216<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $384.62 | Scheduled: | $768.96  CONT | Allowed: | $384.62 |
| MOLINEUX, DOUGLAS<br>8020 OUTLOOK LN.<br>PRAIRIE VILLAGE, KS 66208 | | Claim Number: 9381<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $10,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| MOLL, JUDITH<br>2509 EGRET LAKE DR<br>GREEN ACRES, FL 33413 | | Claim Number: 5600<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,565.50 |
|---|---|---|

| | | |
|---|---|---|
| MOMROCK, DEBBIE<br>24 BLOSSOM HILL RD<br>LEBANON, NJ 08833 | | Claim Number: 5095<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,455.00 |
|---|---|---|

| | | |
|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2435<br>TAMPA, FL 33602-5896 | | Claim Number: 1928<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $389,998.00 |

| | | |
|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2430<br>TAMPA, FL 336025809 | | Claim Number: 2746-01<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8581 (02/17/2010) |

| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |
|---|---|---|---|---|---|
| UNSECURED | | Scheduled: | $0.00 UNLIQ | | |

| | | |
|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2430<br>TAMPA, FL 336025809 | | Claim Number: 2746-02<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8581 (02/17/2010) |

| UNSECURED | Claimed: | $389,998.00 | | Allowed: | $45,588.48 |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2435<br>TAMPA, FL 33602-5896 | | Claim Number: 4451<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$389,998.00 | | | | |
| MONARES, JOLEEN<br>2099 WINSBURY WAY<br>KENNESAW, GA 30144 | | Claim Number: 856<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,210.40 | | | | |
| MONARES, JOLEEN<br>2099 WINSBURG WAY<br>KENNESAW, GA 30144 | | Claim Number: 9042<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $285.63 | Scheduled: | $285.63  CONT | | |
| MONELLO, MARGARET (MIKI)<br>25291 SEA ROSE COURT<br>DANA POINT, CA 92629 | | Claim Number: 2515<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,486.24 | Scheduled: | $4,726.15  CONT | Allowed: | $1,486.24 |
| MONEY RECOVERY NATIONWIDE<br>ATTN CONSTANCE WADE<br>PO BOX 13129<br>LANSING, MI 48901-3129 | | Claim Number: 1790<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $630.50 | | | Allowed: | $630.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MONROE APPRAISALS<br>ATTN WILLIAM C. MONROE<br>809 E. DOROTHY<br>SULLIVAN, IN 47882 | | Claim Number: 2312<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $575.00 | | | Allowed: | $575.00 |
| MONROE COUNTY, FLORIDA<br>ATTN: DANISE D. HENRIQUEZ, TAX COLLECTOR<br>1200 TRUMAN AVENUE, SUITE 101<br>KEY WEST, FL 33040 | | Claim Number: 9920<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | | | Scheduled: | $39.93  DISP CONT | | |
| SECURED | Claimed: | $214.10 | | | Allowed: | $214.10 |
| MONROE, MICHELE<br>3900 HARVEST LN<br>GLENVIEW, IL 60026-1017 | | Claim Number: 437<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $2,125.05 | | | Allowed: | $2,125.05 |
| MONROE, MICHELE<br>391 MORS AVE<br>WHEELING, IL 60090 | | Claim Number: 3179<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $3,231.75 | | | | |
| MONSIMER, FREDERICK<br>2916 TOLL GATE DRIVE<br>NORRISTOWN, PA 19403 | | Claim Number: 1502<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00  CONT | Allowed: | $750.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MONTAGUE, PENNY<br>HOPE DEL CARLO<br>OREGON LAW CENTER<br>921 SW WASHINGTON, SU. 516<br>PORTLAND, OR 97205 | | Claim Number: 10648<br>Claim Date: 01/14/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10041 (06/10/2011) | | | | |
| UNSECURED | Claimed: | $2,050,000.00   UNLIQ CONT | | | | |
| MONTELEONE, JOSEPH P.<br>225 W 25TH ST<br>APT #2C<br>NEW YORK, NY 10001 | | Claim Number: 3894<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,273.90 | | | | |
| MONTEREY COUNTY TAX COLLECTOR<br>ATTN SCOTT A. WALKER, MGMT ANALYST II<br>P.O. BOX 891<br>SALINAS, CA 93902 | | Claim Number: 2578<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $43,025.31 | | | | |
| MONTES, JORGE L<br>14362 SW 172 LANE<br>MIAMI, FL 33177 | | Claim Number: 10093<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | |
| TOTAL | Claimed: | $45,049.45 | | | | |
| MONTESANO CAPITAL MANAGEMENT<br>175 E HAWHTORN PKWY<br>SUITE 100<br>VERNON HILLS, IL 60061-1475 | | Claim Number: 7609<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $15,935.47 | Scheduled: | $7,947.70 | Allowed: | $15,935.47 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MONTESIONE, KIMBERLY<br>66 DISBROW LANE<br>N.R., NY 10804 | | Claim Number: 6434<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,038.00 | | | | |
| MONTESIONE, ROBERT J.<br>66 DISBROW LANE<br>N.R., NY 10804 | | Claim Number: 6435<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,985.00 | | | | |
| MONTESIONE, ROBERT J.<br>66 DISBROW LANE<br>NEW ROCHELLE, NY 10804 | | Claim Number: 6452<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $27,346.00 | | | | |
| MONTEVAGO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | | Claim Number: 2375<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,365.00 | Scheduled: | $3,365.39  CONT | Allowed: | $3,365.00 |
| MONTEVAJO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | | Claim Number: 93<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| PRIORITY | Claimed: | $3,307.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MONTGOMERY COUNTY<br>ATTN NANCY CLUBIRE - TREASURER<br>P.O. BOX 767<br>INDEPENDENCE, KS 67301 | | Claim Number: 2765<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | | Claim Number: 10478<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $709.58 |
| MONTGOMERY COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10487<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $2,274.34   UNLIQ |
| MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3503 | | Claim Number: 10493<br>Claim Date: 09/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $2,274.34 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10545<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $52.65 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10546<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10547<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10548<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422 | | Claim Number: 10549<br>Claim Date: 08/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | | Claim Number: 10584<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | | Claim Number: 10585<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | | Claim Number: 10586<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $0.00 |
| MONTGOMERY COUNTY<br>CAROLYN RICE, TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422 | | Claim Number: 10587<br>Claim Date: 11/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| SECURED | Claimed: | $108.17 |
| MONTGOMERY, ELIZABET<br>700 MEASE PLAZA<br>APT 749<br>DUNEDIN, FL 34698-6639 | | Claim Number: 5481<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,804.60 |
| MONTGOMERY, JANET LYN<br>138 WINDING CANYON LANE<br>FOLSOM, CA 95630 | | Claim Number: 9811<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $9,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MONTGOMERY, LYNN & SHIRLEY<br>289 TWIN LAKES DR<br>UNION, MO 63084 | | Claim Number: 6655<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $36,464.58 | | | | |
| MONTGOMERY, ROBERT N.<br>2381 NAVAJO CIRCLE<br>BISHOP, CA 93514 | | Claim Number: 3731<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $8,653.74 | | | | |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | | Claim Number: 999<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,776.80 | Scheduled:<br>Scheduled: | $4,006.21  CONT<br>$87.38  CONT | Allowed: | $2,776.80 |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | | Claim Number: 1000<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $1,182.00 | | | | |
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | | Claim Number: 1001<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $87.38 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MOODY'S INVESTORS SERVICE, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN CHRISTOPHER R BELMONTE ESQ
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 8194
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170,192.00 | | | Allowed: | $170,192.00 |

MOODY'S INVESTORS SERVICE, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN CHRISTOPHER R. BELMONTE, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 8274
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,449.30 | Scheduled: | $14,901.56 | Allowed: | $1,449.30 |

MOODY'S INVESTORS SERVICE, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE/ PAMELA BOSSWICK
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 10047
Claim Date: 03/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10216 (10/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,653.00 | |

MOODY'S WALL STREET ANALYTICS, INC.
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
CHRISTOPHER BELMONTE / PAMELA BOSSWICK
230 PARK AVENUE
NEW YORK, NY 10169

Claim Number: 10048
Claim Date: 03/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10216 (10/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,971.18 | |

MOON BAY DEVELOPMENT CORP.
MICHAEL R. STRAUSS, ESQ.,
1303 MAIN STREET, SUITE 4
PORT JEFFERSON, NY 11777

Claim Number: 2906
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | | Allowed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| MOORE & ASSOCIATES<br>ATTN LESLIE C. MOORE, OWNER<br>10347 LINN STATION ROAD<br>LOUISVILLE, KY 40223 | | Claim Number: 2838<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,850.00 | | | |
| MOORE APPRAISAL CO., INC<br>ATTN ROBERT W MOORE, PRESIDENT<br>160 WEST CARMEL DRIVE<br>SUITE 214<br>CARMEL, IN 46032 | | Claim Number: 2584<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | |
| MOORE COUNTY TAX DEPARTMENT<br>ATTN ESTHER R. CUMMINGS,<br>DEPUTY TAX ADMINISTRATOR<br>PO BOX 428<br>CARTHAGE, NC 28327 | | Claim Number: 4292<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | |
| PRIORITY | Claimed: | $212.28 | | Allowed: | $212.28 |
| MOORE, CHERIE L<br>4488 ALDERPORT DR<br>HUNTINGTN BCH, CA 92649-2289 | | Claim Number: 9780<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $205,416.00 | Scheduled: | $2,788.46  CONT | |
| MOORE, DANIEL<br>2718 CORVALIS AVE<br>FORT WAYNE, IN 46809 | | Claim Number: 5393<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $32.00 | Scheduled: | $320.00  CONT | |
| UNSECURED | Claimed: | $10.00 | | | |
| TOTAL | Claimed: | $320.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MOORE, DEBRA
202 SHELTER LN
LEVITTOWN, NY 11756

Claim Number: 2399
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,325.20 | Scheduled: | $1,325.20  CONT | Allowed: | $1,325.20 |
|---|---|---|---|---|---|---|

MOORE, DORINE H. - IRA
841 SUMMIT GLEN COURT
FENTON, MO 63026

Claim Number: 9770
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

MOORE, FRANKLIN L. & JANICE T.
311 E MORSE BLVD
APT 3-5
WINTER PARK, FL 32789

Claim Number: 3907
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,244.96 |
|---|---|---|

MOORE, FURST M. & WILMA L.
4686 CURTIS BLACK RD
HALLSVILLE, TX 75650

Claim Number: 7316
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| SECURED | Claimed: | $95,478.46 |
|---|---|---|

MOORE, MICHAEL R.
7776 SENDERO ANGELICA
SAN DIEGO, CA 92127-2552

Claim Number: 9446
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $188,013.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| MOORE, MICHAEL R.<br>13930 RANCHO SOLANA TRAIL<br>SAN DIEGO, CA 92130 | | Claim Number: 9447-01<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $6,788.75 | Scheduled:<br>Scheduled: | $6,788.75 CONT<br>$192,174.87 CONT | Allowed: | $6,788.75 |
| MOORE, MICHAEL R.<br>13930 RANCHO SOLANA TRAIL<br>SAN DIEGO, CA 92130 | | Claim Number: 9447-02<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $192,947.86 | | | |
| MOORE, RONALD W. - IRA<br>841 SUMMIT GLEN COURT<br>FENTON, MO 63026 | | Claim Number: 9771<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| MOORE, SANDRA<br>2718 CORVALIS AVE<br>FORT WAYNE, IN 46809 | | Claim Number: 5392<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | |
| PRIORITY | Claimed: | $538.40 | Scheduled: | $538.40 CONT | Allowed: | $538.40 |
| MOORE, STEVE<br>630 ANDREWS RD<br>SPRINGFIELD, PA 19064 | | Claim Number: 7503<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,710.97 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MORA, ROSA M.<br>1 S PINE ISLAND RD APT 322<br>PLANTATION, FL 33324-2643 | | Claim Number: 1411<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| MORA, ROSA M.<br>241 RIVER BLUFF LANE<br>WEST PALM BEACH, FL 33411 | | Claim Number: 4163<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,169.23 | Scheduled: | $1,169.23  CONT | Allowed: | $1,169.23 |
| MORA, ROSA M.<br>1 S PINE ISLAND RD APT 322<br>PLANTATION, FL 33324-2643 | | Claim Number: 4179<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,461.54 | | | | |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 1268<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $750,000.00 | | | | |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 10434<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $250,000.00 | | | Allowed: | $250,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 10436<br>Claim Date: 07/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | | |
| UNSECURED | Claimed: | $250,000.00 | | | | | |
| MORACK, KEVIN A.<br>2903 SPRING VALLEY RD<br>LANCASTER, PA 17601 | | Claim Number: 297<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $530.40 | Scheduled: | $1,362.27 CONT | Allowed: | $530.40 | |
| MORALES, MARIA<br>300 S. WHEELING RD<br>PROSPECT HEIGHTS, IL 60070 | | Claim Number: 8296<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,340.00 | Scheduled: | $1,100.00 | Allowed: | $1,340.00 | |
| MORAN PILLE, KATHRYN A<br>2031 N. ARLENE<br>ARNOLD, MO 63010 | | Claim Number: 2608<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $755.75 | Scheduled: | $755.75 CONT | Allowed: | $755.75 | |
| MORAN PILLE, KATHRYN A.<br>2031 N ARLENE DR<br>ARNOLD, MO 63010 | | Claim Number: 790<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $755.60 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MORAN, JOHN DAVIDSON<br>1233 N GULFSTREAM AV<br># 302<br>SARASOTA, FL 34236 | | Claim Number: 9477<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| MORAWSKI CLEANING LLC<br>ATTN SANDRA WHEELER<br>6 VICTORIA LANE<br>WEST SIMSBURY, CT 06092-2120 | | Claim Number: 3431<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $750.73 | Scheduled: | $288.32 | Allowed: | $750.73 |
| MORBECK, AMY<br>5307 W 165TH TERRACE<br>STILWELL, KS 66085 | | Claim Number: 675<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $3,384.62 | | | | | |
| MORBECK, AMY<br>5307 W 165TH TERRACE<br>STILWELL, KS 66085 | | Claim Number: 676<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $863.38 | | | | | |
| MOREEN, ANN T.<br>22996 ASHWOOD<br>LAKE FOREST, CA 92630 | | Claim Number: 435<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,480.64 | | | Allowed: | $1,480.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MOREHEAD, JOHN H.
4166 PARKRIDGE DRIVE
WHITE BEAR LAKE, MN 55110

Claim Number: 7598
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,397.50 |
|-----------|----------|-----------|

MORELLA, GENEVA
1718 FRIEDA LANE
BRYAN, TX 77808

Claim Number: 8387
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $211,500.00 |
|-----------|----------|-------------|

MORELLA, STACEY
P.O. BOX 691463
HOUSTON, TX 77269

Claim Number: 8386
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $181,500.00 |
|-----------|----------|-------------|

MORETTI, ALBERT V.
6 NORTH WARD AVE
RUMSON, NJ 07760

Claim Number: 5891
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

MORGAN STANLEY & CO., INC.
ATTN RICHE MCKNIGHT, ESQ.
LEGAL & COMPLIANCE DIVISION
1633 BROADWAY, 25TH FLOOR
NEW YORK, NY 10019

Claim Number: 8172
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 10208 (10/07/2011)

| SECURED | Claimed: | $178,382.28   UNLIQ | | |
|---------|----------|---------------------|----------|-------------|
| UNSECURED | | | Allowed: | $178,382.28 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>C/O MORGAN STANLEY & CO. INC.<br>ATTN RICHE MCKNIGHT, ESQ.<br>1633 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8157<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 8878 (06/01/2010) | | |
| UNSECURED | Claimed: | $1,540,814.00 | Allowed: | $1,548,314.00 |
| MORGAN STANLEY MARKET PRODUCTS INC.<br>C/O MORGAN STANLEY & CO., INC.<br>ATTN: RICHE MCKNIGHT, ESQ.<br>1633 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8158<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8998 (07/12/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $4,975,548.26   UNLIQ | | |
| UNSECURED | | | Allowed: | $4,975,548.26 |
| MORGAN STANLEY MORT LOAN TRST 2006-13ARX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER,"MSMLT 2006-13ARX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10782<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10776<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10780<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| MORGAN STANLEY MORT. LOAN TRST 2006-2 | Claim Number: 10784 |
| BANK OF AMERICA, N.A., MERRILL LYNCH | Claim Date: 05/20/2010 |
| C/O VANESSA L. DANNER, "MSMLT 2006-2" | Debtor: AMERICAN HOME MORTGAGE CORP |
| 135 S LASALLE STREET - MC IL4-135-11 | Comments: EXPUNGED |
| CHICAGO, IL 60603 | DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| MORGAN STANLEY MORT. LOAN TRST 2006-4SL | Claim Number: 10783 |
| BANK OF AMERICA, N.A., MERRILL LYNCH | Claim Date: 05/20/2010 |
| C/O VANESSA L. DANNER, "MSMLT 2006-4SL" | Debtor: AMERICAN HOME MORTGAGE CORP |
| 135 S LASALLE STREET - MC IL4-135-11 | Comments: EXPUNGED |
| CHICAGO, IL 60603 | DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| MORGAN STANLEY MORT. LOAN TRST 2006-5AR | Claim Number: 10774 |
| BANK OF AMERICA, N.A., MERRILL LYNCH | Claim Date: 05/20/2010 |
| C/O VANESSA L. DANNER, "MSMLT 2006-5AR" | Debtor: AMERICAN HOME MORTGAGE CORP |
| 135 S LASALLE STREET - MC IL4-135-11 | Comments: EXPUNGED |
| CHICAGO, IL 60603 | DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| MORGAN STANLEY MORT. LOAN TRST 2006-5AR | Claim Number: 10775 |
| BANK OF AMERICA, N.A., MERRILL LYNCH | Claim Date: 05/20/2010 |
| C/O VANESSA L. DANNER, "MSMLT 2006-5AR" | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| 135 S LASALLE STREET - MC IL4-135-11 | Comments: EXPUNGED |
| CHICAGO, IL 60603 | DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| MORGAN STANLEY MORT. LOAN TRST 2006-6AR | Claim Number: 10778 |
| BANK OF AMERICA, N.A., MERRILL LYNCH | Claim Date: 05/20/2010 |
| C/O VANESSA L. DANNER, "MSMLT 2006-6AR" | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| 135 S LASALLE STREET - MC IL4-135-11 | Comments: EXPUNGED |
| CHICAGO, IL 60603 | DOCKET: 10652 (11/14/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10779<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10773<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10777<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MORGAN STANLEY MORT. LOAN TRST 2006-9AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-9AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10771<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MORGAN STANLEY MORT. LOAN TRST 2007 4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10770<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2007-5AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-5AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10772<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| MORGAN STANLEY MORT. LOAN TRST 2007-9SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-9SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10781<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | Claim Number: 9030<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8722 (03/30/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | | | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | Claim Number: 9031<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8722 (03/30/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | | | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | Claim Number: 9032<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8722 (03/30/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | | Allowed: | $14,454,764.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MORGAN, DANIELLE
1510 POTTER BLVD
BAY SHORE, NY 11706

Claim Number: 381
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $843.75 | Scheduled: | $1,603.13 CONT | Allowed: | $843.75 |

MORGAN, GARY D.
4946 BLUEGATE DR
HIGHLAND RANCH, CO 80130

Claim Number: 3041
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

MORGAN, GLENDA A.
6396 VERMONT ST.
MERRILLVILLE, IN 46410-2748

Claim Number: 7287
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,354.33 |

MORGAN, KANEEN
5 LEXINGTON HILL
HARRIMAN, NY 10926

Claim Number: 1313
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |

MORGAN, ROBERT S.
4908 TORREY PINES CT
CHARLOTTE, NC 28226

Claim Number: 6787
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $69,448.18 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MORGAN, VIOLET, IRA
18617 E 11TH AVE
GREENACRES, WA 99016

Claim Number: 6834
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,025.25 |
|---|---|---|

MORIE, ROBERT
9 LOCKWOOD RD.
SCARSDALE, NY 10583-5301

Claim Number: 6098
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,671.29 |
|---|---|---|

MORIN, JANE E.
9049 KESTRAL CIR
ENGLEWOOD, FL 34224

Claim Number: 6200
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,282.77 |
|---|---|---|

MORINE, SHIRLEY A.
78547 IRON BARK DR.
PALM DESERT, CA 92211

Claim Number: 5024
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,283.99 |
|---|---|---|

MORINE, WAYNE
8121 PLEASANT RUN LN
WELLINGTON, CO 80549

Claim Number: 3938
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,852.49 | Allowed: | $2,852.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MORMILE, THOMAS
9 MARKWOOD LN
EAST NORTHPORT, NY 11731

Claim Number: 2062
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,267.99 | Scheduled: | $4,436.92 CONT | Allowed: | $2,267.99 |

---

MORRELL, WENDY
14 ORCHID CT
DEPTFORD, NJ 08096

Claim Number: 9777
Claim Date: 01/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $576.92 | Scheduled: | $576.92 CONT | |

---

MORRILL, SONDRA S. TTEE
SONDRA S. MORRILL TRUST
3115 N FAIRVIEW AVE # 26
TUCSON, AZ 85705-3736

Claim Number: 4403
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $10,991.09 |

---

MORRIS, AMY
21810 STATE ROAD 19
CICERO, IN 46034-9615

Claim Number: 738
Claim Date: 09/13/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | | Allowed: | $5,200.00 |

---

MORRIS, CINDY
400 NORTH CORONADO ST APT 1072
CHANDLER, AZ 85224

Claim Number: 5861
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10934 (12/17/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,261.28 CONT | Allowed: | $1,130.82 |
| UNSECURED | Claimed: | $1,130.82 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MORRIS, CINDY L.<br>3716 BAKERSTOWN RD<br>GIBSONIA, PA 150449738 | | Claim Number: 132<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,130.64 |
| UNSECURED | Claimed: | $1,130.64 |
| TOTAL | Claimed: | $1,130.64 |
| MORRIS, DOUGLAS S & DEE ANN<br>9583 BEECHWOOD DR<br>ALTA LOMA, CA 91737 | | Claim Number: 6575<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MORRIS, HERBERT C.<br>610 SANTA MARIA<br>SUGAR LAND, TX 77478 | | Claim Number: 4978<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $5,284.00 |
| UNSECURED | Claimed: | $5,284.00 |
| TOTAL | Claimed: | $5,284.00 |
| MORRIS, KATHLEEN L<br>103 TANGELO UNIT 402<br>IRVINE, CA 92618 | | Claim Number: 10320<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $6,575.28 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MORRIS, SUSAN L<br>20 SKYLINE DRIVE<br>WEST HAVEN, CT 06516 | | Claim Number: 10049<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $33,000.00 |
| MORRIS, THOMAS E. & MARGARET JR.<br>7222 MYSTIC WAY<br>PORT SAINT LUCIE, FL 34986 | | Claim Number: 4543<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| MORRISSEY, JOHN<br>5712 SUNMIST DR<br>YORBA LINDA, CA 92886 | | Claim Number: 7509<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,370.00 |
| MORSE, LYLE<br>A G EDWARDS & SONS C/F<br>IRA ACCOUNT<br>2108 74TH STREET<br>DES MOINES, IA 50322-5706 | | Claim Number: 7211<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,170.85 |
| MORTENSEN, REX C.<br>4160 TAFT AVE<br>SAINT LOUIS, MO 63116 | | Claim Number: 3373<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $647.49 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MORTGAGE ALTERNATIVES<br>ATTN J.D. RUTHERFORD<br>1800 WEST LOOP S # 1050<br>HOUSTON, TX 77027 | | Claim Number: 104<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,669.60 | | | Allowed: | $3,669.60 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>ATTN RUSSELL S. LONG<br>SUITE 200<br>N56 W24879 NORTH CORPORATE CIRCLE<br>SUSSEX, WI 53089 | | Claim Number: 2879<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $790,361.97 | Scheduled: | $759,036.81 | | |
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.<br>CITIMORTGAGE INC<br>PO BOX 6941<br>THE LAKES, NV 889010001 | | Claim Number: 1514<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5195 (07/23/2008) | | | | |
| SECURED | Claimed: | $56,468.09 | | | | |
| MORTGAGE MARKET GUIDE<br>ATTN MICHAEL F. SEPESI, CFO<br>24 S HOLMDEL RD SUITE 1B<br>HOLMDEL, NJ 07733 | | Claim Number: 4036<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $10,706.72 | Scheduled: | $7,506.72 | Allowed: | $10,706.72 |
| MORTGAGE PRESS, THE<br>1220 WANTAGH AVE<br>WANTAGH, NY 11793 | | Claim Number: 2264<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $483,999.05 | Scheduled: | $677,574.51 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MORTON, SHAWN<br>289 CARMEL VALLEY WAY<br>SAINT ROBERT, MO 65584 | | Claim Number: 9540<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $700.00 |
| MORY, KEVIN J.<br>2615 NE 69TH TERRACE<br>GLADSTONE, MO 64119 | | Claim Number: 836<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $13,000.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MOSCA, ERNESTO<br>474 OAKWOOD AVE.<br>TORONTO, ON M6E 2W6<br>CANADA | | Claim Number: 8445<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,100.00 |
| MOSELEY, NATHANIEL C. AND BETTY E.<br>6715 NW BLAIR ROAD<br>PARKVILLE, MO 64152 | | Claim Number: 4778<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $50,000.00 |
| MOSELEY, NATHANIEL C. AND BETTY E.<br>6715 NW BLAIR ROAD<br>PARKVILLE, MO 64152 | | Claim Number: 4779<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MOSER, JASON L<br>PO BOX 31162<br>MESA, AZ 85275-1162 | | Claim Number: 10124<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |
| MOSES, HARRY<br>C/O LEHMAN BROTHERS<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4679 | | Claim Number: 6079<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MOSLEY, VINCENT J.<br>817 MARGO LN<br>MEMPHIS, TN 38122 | | Claim Number: 6651<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $2,529.90 | | |
| UNSECURED | Claimed: | $2,529.90 | | |
| TOTAL | Claimed: | $2,529.90 | | |
| MOSS CODILIS, L.L.P.<br>ATTN MICHAEL S. MARGOLF, VICE PRESIDENT<br>6560 GREENWOOD PLAZA BLVD., SUITE 100<br>ENGLEWOOD, CO 80111 | | Claim Number: 8793<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $23,823.75 | | |
| MOSS CODILIS, L.L.P.<br>ATTN MICHAEL S. MARGOLF, VICE PRESIDENT<br>6560 GREENWOOD PLAZA BLVD., SUITE 100<br>ENGLEWOOD, CO 80111 | | Claim Number: 8794<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $23,823.75 | Allowed: | $23,823.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MOSS, LINDA<br>CGM IRA ROLLOVER<br>98 LAKE DRIVE<br>NEW HYDE PARK, NY 11040 | | Claim Number: 2918<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,656.07 | | | | | |
| MOTT, PAMELA CHARLENE<br>9573 N.W. 52 CT.<br>SUNRISE, FL 33351 | | Claim Number: 1537<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,192.31 | Scheduled: | $1,192.31 CONT | Allowed: | $1,192.31 |
| MOUNCE, JOE<br>5005 S. 68 E. AVE<br>TULSA, OK 74145 | | Claim Number: 9474<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $1,187.45 | | | | | |
| MOUNTAIN MIST<br>ATTN JORDAN TARGUS, COLLECTIONS ADMIN.<br>PO BOX 44427<br>TACOMA, WA 98444 | | Claim Number: 2424<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $157.00 | Scheduled: | $38.28 | Allowed: | $157.00 |
| MOURE, PAUL T.<br>8354 KIMBALL AVE #F-365<br>CHINO, CA 91708-9267 | | Claim Number: 10331<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED | Claimed: | $42,500.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| MOVITZ, LOUIS A. TR FBO<br>LMFINANCIAL SERIVCES, INC. PSP<br>PO BOX 400<br>ASHLAND, OR 97520-0014 | | Claim Number: 3995<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $7,277.76 | | | |
| MOY, JOCELYN<br>28 SOMMERSET WAY<br>CASITA # 1005<br>TORONTO, ON M2N 6W7<br>CANADA | | Claim Number: 8929<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $21,890.00 | | | |
| MOYLAN, ADEENA<br>222 STRANAHAN CIR<br>CLAYTON, CA 94517-1455 | | Claim Number: 9480<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,457.00 | Scheduled: | $3,466.97  CONT | |
| MOZART, JOHN J.<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3756<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,873.45 | | | |
| MOZART, JOHN J.<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3757<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,107.40 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MOZART, JOHN J.<br>ROTA IRA CONVERSION<br>TO AMERITRADE CLEARING CUSTODIAN<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3759<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,390.00 |
| MOZART, JOHN J. CUSTODIAN<br>MARISSA M. MOZART<br>UNIF TRANS TO MINORS ACT NJ<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3758<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,688.49 |
| MOZART, JOHN J. CUSTODIAN<br>MICHELLE L. MOZART<br>UNIF TRANS TO MINORS ACT NJ<br>893 GREGORY DR<br>BRICK, NJ 08723 | | Claim Number: 3760<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $787.74 |
| MOZART, JOHN J., JR., CUSTODIAN<br>EMILY E MOZART<br>UNIF TRANS TO MINORS ACT NJ<br>140 TUNES BROOK DR<br>BRICK, NJ 08723-6665 | | Claim Number: 7332<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $908.49 |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4915<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $385.11 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4919
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66.30 | | | Allowed: | $66.30 |

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4920
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $122.80 | | | Allowed: | $122.80 |

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4921
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110.72 | Scheduled: | $45.14 | Allowed: | $110.72 |

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4922
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,336.86 | Scheduled: | $1,311.86 | Allowed: | $1,336.86 |

MR. JANITOR INC
ATTN LINDA J. PARKS, PRESIDENT
P.O. BOX 20542
KALAMAZOO, MI 49019-2052

Claim Number: 2066
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $81.00 | Scheduled: | $81.00 | Allowed: | $81.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MS. ANGELA JONES
C/O NIMOCKS, CICCONE &TOWNSEND
ATTN ROBERT R. NIMOCKS, AGENT
PO BOX 58121
FAYETTEVILLE, NC 28305

Claim Number: 2151
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,162.92 | Scheduled: | $2,559.46 | Allowed: | $5,162.92 |
|---|---|---|---|---|---|---|

MT. ROSE PROFESSIONAL SERVICES
18124 WEDGE PKWY #425
RENO, NV 89511-8134

Claim Number: 1861
Claim Date: 11/01/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $8,130.00 |
|---|---|---|

MTEAM FINANCIAL PARTNERS AS REP OF THE
2 NORTHFIELD PLZ STE 300
NORTHFIELD, IL 60093-1272

Claim Number: 9047
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $812,393.44 |
|---|---|---|

MUELLER, JOHN IRA FBO
M&T BANK AS CUSTODIAN
ROLLOVER ACCOUNT
317 WELLINGTON AVE
KENMORE, NY 14223-2517

Claim Number: 3710
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $4,072.70 |
|---|---|---|

MUELLER, KATHLEEN M.
302 16TH AVE
BALTIMORE, MD 21225

Claim Number: 418
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $4,350.72 CONT | Allowed: | $2,692.31 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MUENDER, JEFFREY C (JEFF)<br>2650 KING RICHARD DR<br>EL DORADO HILLS, CA 95762 | | Claim Number: 9752<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $30,000.00 | | | | |
| MUI, LILY<br>1133 WAIMANU ST., APT 911<br>HONOLULU, HI 96814 | | Claim Number: 6494<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $580.00 | | | | |
| MULL & ASSOCIATES FINANCIAL SERVICES LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | | Claim Number: 1372<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $151.35 | | | Allowed: | $151.35 |
| MULL & ASSOCIATES FINANCIAL SERVICES LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | | Claim Number: 1375<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $1,422.48 | | | | |
| MULL & ASSOCIATES FINANCIAL SERVICES,LLC<br>PATRICIA B. MULL<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | | Claim Number: 5295<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,852.48 | Scheduled: | $1,852.48 | Allowed: | $1,852.48 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| MULL, VERNON M.<br>2620 PRINDLE RD<br>BELMONT, CA 94002 | | Claim Number: 4557<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $7,857.95 |
| MULLANE, WILLIAM E. & CYNTHIA M.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 5768<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,348.00 |
| MULLIGAN, CONNIE<br>822 NW 45TH TERRACE<br>GAINESVILLE, FL 32605 | | Claim Number: 9709<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $20,800.00 |
| MULLIGAN, KATHLEEN M.<br>12262 GLANCY LANE<br>SPRING HILL, FL 34609 | | Claim Number: 1407<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY | Claimed: | $1,017.96      Scheduled:      $1,017.96  CONT      Allowed:      $1,017.96 |
| MULLIKIN, JOHN A.<br>5008 52ND AVE<br>HYATTSVILLE, MD 20781 | | Claim Number: 4003<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| MULLIN, MARTIN<br>THE PHILADELPHIAN<br>2401 PENNA. AVE<br>10 B29<br>PHILADELPHIA, PA 19130 | | Claim Number: 4044<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,797.07 | | | | |
| MULLINS, STACY<br>225 MARINERS WAY<br>COPIAGUE, NY 11726 | | Claim Number: 2092<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,346.16 | Scheduled: | $4,684.62 CONT | Allowed: | $3,346.16 |
| MULLINS, STACY J.<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | | Claim Number: 490<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $4,015.38 | | | | |
| MULTI PROPERTIES, INC<br>ATTN RICHARD S. HANTGAN, VICE PRES.<br>EMMORTON VILLAGE, LLC<br>PIKESVILLE PROFESS. BLDG-P.O. BOX 21579<br>BALTIMORE, MD 21282 | | Claim Number: 2203<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $13,222.68 | | | Allowed: | $13,222.68 |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | | Claim Number: 175<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | | |
| SECURED | Claimed: | $3,174.81 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

MULTNOMAH COUNTY
ATTN ANGELIKA LOOMIS
PO BOX 2716
PORTLAND, OR 97208

Claim Number: 8787
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8593 (02/18/2010)

| SECURED | Claimed: | $367.10  UNLIQ |
|---|---|---|

---

MULVEHILL, ALENA
9794 BROADWAY AVE
NORTH HUNTINGDON, PA 15642

Claim Number: 794
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,184.40 |
|---|---|---|

---

MULVEHILL, ALENA
9794 BROADWAY AVE
IRWIN, PA 15642

Claim Number: 6408
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,184.61 | Scheduled: | $1,184.61  CONT | Allowed: | $1,184.61 |
|---|---|---|---|---|---|---|

---

MUNDY APPRAISALS
ATTN DELBERT WILLIAM MUNDY
11427 N 12TH WAY
PHOENIX, AZ 85023

Claim Number: 10335
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $2,475.00 |
|---|---|---|

---

MUNICIPAL UTILITIES DEPARTMENT
ATTN ADAM KARST
DIRECTOR OF ADMINISTRATION
901 FOURTH AVE SW
WATERTOWN, SD 57201

Claim Number: 3022
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $262.12 | Scheduled: | $121.69 | Allowed: | $262.12 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MUNITZ, NICOLE
2883 VALMONT LN
DELTONA, FL 32738

Claim Number: 7633
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,315.39 | Scheduled: | $1,315.39 CONT | | | |

---

MUNIZ, ELEIDY C.
345 MACARTHUR BLVD.
HAUPPAUGE, NY 11788

Claim Number: 1597-01
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $228,519.80 CONT | | |

---

MUNIZ, ELEIDY C.
345 MACARTHUR BLVD.
HAUPPAUGE, NY 11788

Claim Number: 1597-02
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $229,862.96 |

---

MUNSON, THOMAS
130 TAFT CRESCENT
CENTERPORT, NY 11721

Claim Number: 6994
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,419.10 |

---

MURALIDHARAN, MALATHY
140 15 HOLLY AVE 5D
FLUSHING, NY 11355

Claim Number: 2428
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MURAY, MAUNY<br>3700 DEAN DR #1708<br>VENTURA, CA 93003 | | Claim Number: 4468<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,500.00 | | | | |
| MURMAN, ELMER G. & BARBARA J. JT TEN<br>1235 N LAIRD AVE APT 129<br>HASTINGS, NE 68901-2738 | | Claim Number: 3724<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,291.99 | | | | |
| MURPHY APPRAISAL SERVICES LLC<br>19411 HELENBERG RD STE 204<br>COVINGTON, LA 70433 | | Claim Number: 1076<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
| MURPHY, CHARLES<br>1195 NW 63 ST<br>MIAMI, FL 33150 | | Claim Number: 2045<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,322.88 | Scheduled: | $1,322.88  CONT | Allowed: | $1,322.88 |
| MURPHY, DESMOND L.<br>8645 SW LEAHY RD<br>PORTLAND, OR 97225 | | Claim Number: 9345<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $21,382.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| MURPHY, ERIN J<br>648 S ESCUELA DR<br>MTN HOUSE, CA 95391-2052 | | Claim Number: 6689<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,512.00 CONT | Allowed: | $1,512.00 |
| MURPHY, GREGG<br>1316 BUCKINGHAM CR<br>FRANKLIN, TN 37064 | | Claim Number: 1063<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $8,497.16 | | | | |
| MURPHY, JAMES E.<br>509 NORTH ORCHARD ROAD<br>SYRACUSE, NY 13209 | | Claim Number: 8215<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,897.00 | | | | |
| MURPHY, JANE S.<br>63 CRESCENT PLACE<br>SHORT HILLS, NJ 07078 | | Claim Number: 3645<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,177.87 | | | | |
| MURPHY, JEROMY D.<br>6585 E. LINCOLN WAY<br>COLUMBIA CITY, IN 46725 | | Claim Number: 10099<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | | | |
| UNSECURED | Claimed: | $5,702.84 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MURPHY, PATRICIA
347 GALWAY CT
BLOOMINGDALE, IL 60108-8808

Claim Number: 5924
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)
+

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $1,889.45 | | | Allowed: | $1,889.45 |

MURRAH, SHERI
100 ARCHERS PT
LONGWOOD, FL 32779-3059

Claim Number: 1142
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,666.67 | Scheduled: | $5,884.62 CONT | Allowed: | $5,666.67 |

MURRAY JAY MILLER ARCHITECTURE
ATTN MURRAY JAY MILLER, OWNER
138 SOUTH MAIN ST
WILKES-BARRE, PA 18701

Claim Number: 6283
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,797.57 | Scheduled: | $5,797.57 | Allowed: | $5,797.57 |

MURRAY, MICHAEL
5211 LAKEDALE DR
DURHAM, NC 27713

Claim Number: 8874
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,336.45 | |

MURRAY, W. & KULLA, C.
HEGELSTRASSE 6,
BAD SODEN-SALMUENSTER, 63628
GERMANY

Claim Number: 8418
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,500.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MUSCAT, CHARLENE D.<br>216 SHORESIDE DR<br>LEXINGTON, KY 40515 | | Claim Number: 413<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,388.00 | Scheduled: | $2,769.48 CONT | Allowed: | | $1,388.00 |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | | Claim Number: 326<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | | | |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | | Claim Number: 327<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | | | |
| MUSELEVICHUS, JOSEPH L.<br>JJETT APPRAISALS<br>555 N WINDSOR AVE<br>BRIGHTWATERS, NY 11718 | | Claim Number: 328<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | | | |
| MUSKEGON HEIGHTS CITY<br>ATTN ROBERT L JACKSON JR, CITY ASSESSOR<br>2724 PECK ST<br>MUESKEGON HEIGHTS, MI 49444 | | Claim Number: 2687<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | | | | |
| PRIORITY | Claimed: | $574.90 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| MUSKINGUM COUNTY - TAX OFC<br>ATTN RONALD G. LAASMAR, ASST. PROS. ATTY<br>401 MAIN ST.<br>ZANESVILLE, OH 43701 | | Claim Number: 4792<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9077<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,950.00 | Allowed: | $1,950.00 |
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9080<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $5,150.00 | Allowed: | $5,150.00 |
| MUSTILLE, ANTHONY N., TTEE<br>8321 PERSIMMON TREE RD<br>BETHESDA, MD 20817 | | Claim Number: 3939<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $59,862.00 | | |
| MUSTO, RICHARD<br>143 WALNUT AVE<br>CLARK, NJ 07066-1201 | | Claim Number: 3134<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,075.25 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MUSUMECI<br>15 WOODHULL ROAD<br>ATTN WILLIAM J RANIOLO<br>EAST SETAUKET, NY 11733 | | Claim Number: 7383<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $54,350.00 | Scheduled: | $0.00 UNLIQ | | | |
| MUSUMECI<br>15 WOODHULL ROAD<br>EAST SETAUKET, NY 11733 | | Claim Number: 10399<br>Claim Date: 05/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $36,000.00 | | | | | |
| MUTHIG, WILLIAM F.<br>9 CRESTWOOD DRIVE<br>EAT YAPHANK, NY 11967 | | Claim Number: 1481<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $900.00 | Scheduled: | $900.00 CONT | Allowed: | $900.00 |
| MWANJALA, REBECCA<br>13534 ESSEX DR<br>HAGERSTOWN, MD 21742-2374 | | Claim Number: 845<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $552.00 | | | | | |
| MWANJALA, REBECCA<br>13534 ESSEX DR<br>HAGERSTOWN, MD 217422374 | | Claim Number: 4126<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $547.56 | Scheduled: | $547.56 CONT | Allowed: | $547.56 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MWHB TRUST<br>WILLIAM H BAUCK<br>2920 S 127TH ST EAST<br>WICHITA, KS 67210 | | Claim Number: 8305<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,000.00<br>$0.00 | | | | | | |
| MYER, KAREN L.<br>701 RANDI DR SE<br>LEESBURG, VA 20175 | | Claim Number: 1410<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | | |
| PRIORITY | Claimed: | $2,215.39 | Scheduled: | $2,511.10 CONT | Allowed: | $2,215.39 | | |
| MYER, MARTI<br>3484 HWY G-50<br>SAINT CHARLES, IA 50240 | | Claim Number: 1418<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | | |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $125.00<br>$125.00<br>$125.00 | | | | | | |
| MYER, MARTI<br>3484 HWY G-50<br>SAINT CHARLES, IA 50240 | | Claim Number: 1485<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | | |
| PRIORITY | Claimed: | $494.00 | Scheduled: | $494.00 CONT | Allowed: | $494.00 | | |
| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | | Claim Number: 9169<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | | |
| PRIORITY | Claimed: | $415.44  UNLIQ | Scheduled: | $415.44 CONT | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

MYERS, DENICE F
926 GARDEN DR
LYNDEN, WA 98264

Claim Number: 9170
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $415.44  UNLIQ | Scheduled: | $3,350.83  CONT | Allowed: | $415.44 |
|---|---|---|---|---|---|---|

---

MYERS, JAY
4810 VIA BENSA
OAK PARK, CA 91377

Claim Number: 5080
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $6,504.60 |
|---|---|---|
| UNSECURED | Claimed: | $6,504.60 |
| TOTAL | Claimed: | $6,504.60 |

---

MYERS, OLGA M.
1334-29TH AVENUE
SAN FRANCISCO, CA 94122

Claim Number: 6589
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $7,293.66 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

MYERS, TIMOTHY H.
1158 CIRCLE DRIVE
PONTE VEDRA BEACH, FL 32082

Claim Number: 6958
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,286.95 |
|---|---|---|

---

N.Y. STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 1593-01
Claim Date: 08/14/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: PAID

| PRIORITY | Claimed: | $319.19 | | | Allowed: | $319.19 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| N.Y. STATE DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 1593-02<br>Claim Date: 08/14/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
|---|---|

| UNSECURED | Claimed: | $6,500.00 | Allowed: | $6,500.00 |
|---|---|---|---|---|

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 2894<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 8780<br>Claim Date: 01/02/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $1,039.95   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $250.00   UNLIQ |

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 8790<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $1,039.95   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $250.00   UNLIQ |

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 8791<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009)<br>Amends claim number 2894 |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 8799<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $7,638.46   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9842<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $855,967.24 |
| UNSECURED | Claimed: | $250.00 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9913<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $4,298,913.95 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9971<br>Claim Date: 01/31/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| PRIORITY | Claimed: | $237,037.95   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9976<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| ADMINISTRATIVE | Claimed: | $236.55   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10042 Claim Date: 01/02/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7234 (04/07/2009) |
|---|---|---|
| PRIORITY | Claimed: | $1,039.95   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10043 Claim Date: 01/02/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $1,039.95   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10045 Claim Date: 03/03/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $8,595,748.00   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10046 Claim Date: 03/07/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $4,297,874.00   UNLIQ |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 10373 Claim Date: 04/28/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 9141 (08/13/2010) |
| ADMINISTRATIVE | Claimed: | $321.13   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10461<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $861,278.80   UNLIQ | | |
| UNSECURED | Claimed: | $3,443.35   UNLIQ | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10569<br>Claim Date: 10/31/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,019.28   UNLIQ | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10696<br>Claim Date: 02/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $4,297,874.00 | | |
| UNSECURED | Claimed: | $2,090.48 | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10697<br>Claim Date: 03/30/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $5,000.00 | Allowed: | $5,000.00 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10704<br>Claim Date: 04/20/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | |
| PRIORITY | Claimed: | $307,048.49 | | |
| UNSECURED | Claimed: | $3,193.35 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10741<br>Claim Date: 10/29/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: PAID | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $116.53  UNLIQ | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10742<br>Claim Date: 10/29/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $319.30  UNLIQ | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10744<br>Claim Date: 11/03/2009<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: PAID | | | |
| ADMINISTRATIVE | Claimed: | $103.18  UNLIQ | | |
| NACCI, JAMES C.<br>3002 COUNTY ROAD 7<br>DILLONVALE, OH 43917 | Claim Number: 10164<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $7,572.68 | Allowed: | $7,572.68 |
| NACHMANN, SEFIKA<br>1066 OLD TOWN RD<br>CORAM, NY 117273726 | Claim Number: 95<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $2,145.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| NACHMANN, SEFIKA<br>DBA PROFESSIONAL APPRAISAL SERVICES LLC<br>1066 OL TOWN ROAD<br>CORAM, NY 117273726 | Claim Number: 99<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $2,145.00 |

---

| NACHSHIN, EDWARD<br>10861 WHITE ASPEN LA<br>BOCA RATON, FL 33428 | Claim Number: 3494<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NADEL, ADRIENNE<br>1 JAMES CT<br>NANUET, NY 10954 | Claim Number: 3322<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,626.95 |

---

| NADOLSKI, TERRY<br>11868 ST RT E<br>ROLLA, MO 65401 | Claim Number: 6971<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $15,000.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $15,000.00 |

---

| NAHOOM, KERRY J.<br>PO BOX 2752<br>PONTE VEDRA BEACH, FL 32004 | Claim Number: 7688<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| SECURED | Claimed: | $1,404.95 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| NAIZGI, NEGA G.<br>1171 S. SALIDA WAY<br>AURORA, CO 80017 | | Claim Number: 4748<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,923.25 | | |
| NAKAMURA, MICHAEL<br>5346 GRASSWOOD CIR<br>CONCORD, CA 94521 | | Claim Number: 2647<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $930.56 | Scheduled: | $930.56  CONT |
| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | | Claim Number: 1127<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $495.00 | Allowed: | $495.00 |
| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | | Claim Number: 3267<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY | Claimed: | $495.00 | | |
| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | | Claim Number: 7402<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) | | |
| SECURED | Claimed: | $12,963.09 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| NAPA COUNTY TAX COLLECTOR<br>NAPA COUNTY CENTRAL COLLECTIONS<br>1195 THIRD STREET RM 108<br>ATT SANDRA NEWBURN ACCOUNTING SPECIALIST<br>NAPA, CA 94559-3050 | | Claim Number: 7426<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,118.20 | | |
| NAPOLI, CARMINE F<br>9 ARPAGE DR W<br>SHIRLEY, NY 11967-3703 | | Claim Number: 3825<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $3,360.00 | Scheduled: | $3,360.00 CONT |
| NAPOLI, JOSEPH J. AND JOAN G. JT WROS<br>25812 BROWNING PL<br>STEVENSON RANCH, CA 91381-1227 | | Claim Number: 4842<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| SECURED | Claimed: | $19,824.48 | | |
| NARDONE, RALPH<br>9104 MONTPELIER DR<br>LAUREL, MD 20708-2550 | | Claim Number: 6226<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $26,150.98 | | |
| NARNOLIA, RATAN<br>2105 TIMBER OAKS RD<br>EDISON, NJ 88201576 | | Claim Number: 8637<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,957.37 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| NARROW, VERONICA<br>22615 KILLY STREET<br>LAKE FOREST, CA 92630 | | Claim Number: 711-01<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$14,434.62 CONT | Allowed: | $10,950.00 |
| NARROW, VERONICA<br>22615 KILLY STREET<br>LAKE FOREST, CA 92630 | | Claim Number: 711-02<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $7,203.60 | | | | |
| NASH PRINTING D/B/A SIR SPEEDY<br>OF PLAINVIEW/ATTN MATTHEW V. SPERO, ESQ<br>C/O RUSKIN MOSCOU FALTISCHEK, PC<br>1425 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 7758<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $515,134.51 | Scheduled: | $45,321.66 | | |
| NASH, BABARA A.<br>79 WAUWEPEX TRAIL<br>RIDGE, NY 11961 | | Claim Number: 362<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $840.15 | Scheduled: | $840.15 CONT | Allowed: | $840.15 |
| NASH, ROGER<br>5734 N. DRAKE<br>CHICAGO, IL 60659 | | Claim Number: 7186<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $37,348.12 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NASHVILLE ELECTRIC SERVICE
ATTN BRENDA MCCULLOUGH/SUPERVISOR
1214 CHURCH STREET
NASHVILLE, TN 37246-0003

Claim Number: 5685
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $198.35 | Scheduled: | $334.50 | Allowed: | | $198.35 |

NASRALLAH, ADEL
5727 ETIWANDA AVE. # 3
TARZANA, CA 91356

Claim Number: 6918
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $134,378.00 |

NASTAS, GEORGE III
5943 SUMMERFIELD CT.
HASLETT, MI 48840-8998

Claim Number: 4788
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,128.00 |
| UNSECURED | Claimed: | $3,128.00 |
| TOTAL | Claimed: | $3,128.00 |

NATALE FALANGA IRREVOCABLE FAMILY TRUST
DR. NATALE J. FALANGA TTEE
DTD 12/20/2002
35 SAWGRASS ST.
JACKSON, NJ 08527-4023

Claim Number: 4368
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $210.00 |
| UNSECURED | Claimed: | $10,815.92 |

NATALE, CAROLINE
325 S 5TH ST
LINDENHURST, NY 11757

Claim Number: 388
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,471.00 | Allowed: | $1,471.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| NATER, CARL J<br>5 DENISE ST<br>MASSAPEQUA, NY 11758 | | Claim Number: 5408<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $742.88 | | | Allowed: | $742.88 |
| NATHAN, MARILYN G<br>11 KETCHAM PL<br>MELVILLE, NY 11747 | | Claim Number: 4367<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,370.88 | Scheduled: | $1,370.88  CONT | Allowed: | $1,370.88 |
| NATHANSON, JOSEPH<br>1044 ELBERON AVE<br>LONG BRANCH, NJ 07740 | | Claim Number: 2942<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $11,980.00 | | | | |
| NATHANSON, LEONARD<br>4200 HARDING RD APT. 301<br>NASHVILLE, TN 37205 | | Claim Number: 5380<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $33,223.00 | | | | |
| NATIONAL ACCEPTANCE CORP<br>ATTN PRESIDENT<br>PO BOX 25610<br>SCOTTSDALE, AZ 85255 | | Claim Number: 5689<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $2,265.93 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| NATIONAL APPRAISAL SERVICES<br>PO BOX 1016<br>SCARBOROUGH, ME 40701016 | | Claim Number: 8449<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $800.00 | | | Allowed: | $800.00 |
| NATIONAL APPRAISAL SERVICES, INC.<br>ATTN RICHARD ANDERSON<br>727 RARITAN RD.<br>CLARK, NJ 07066 | | Claim Number: 4209<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,850.00 | | | Allowed: | $1,850.00 |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | | Claim Number: 7936<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | | | |
| UNSECURED | Claimed: | $283,902.30 | | | Allowed: | $283,902.30 |
| NATIONAL COMMUNICATIONS SVCS<br>ATTN GARY HEGARTY, CFO<br>1100 LUND BLVD<br>ANOKA, MN 55303 | | Claim Number: 7019<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,502.21 | Scheduled: | $1,812.80 | Allowed: | $2,502.21 |
| NATIONAL GRID<br>ATTN MICHAEL J LARSON, SR ANALYST<br>PO BOX 960<br>NORTHBOROUGH, MA 01532-0960 | | Claim Number: 6653<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $894.11 | | | Allowed: | $894.11 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NATIONAL MAILING SYSTEM
ATTN TINA PHILLIPS, VP FINANCE
1749 OLD MEADOW ROAD
MCLEAN, VA 22102-4314

Claim Number: 2105
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $168.63 | | | Allowed: | $168.63 |
|---|---|---|---|---|---|---|

NATIONAL PROFESSIONAL APPRAISALS LLC
ATTN ERIC REEPS
21 WINTER LN
DIXIE HILLS, NY 11746

Claim Number: 127
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,475.00 | | | Allowed: | $1,475.00 |
|---|---|---|---|---|---|---|

NATIONAL TAX VERIFICATION
1700 N DIXIE HIGHWAY
SUITE 151
BOCA RATON, FL 33432

Claim Number: 10892
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NATIONAL VERIFICATION SERVICE
1700 N. DIXIE HIGHWAY
SUITE 151
BOCA RATON, FL 33432

Claim Number: 10893
Claim Date: 02/04/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NATIONWIDE GOURMETS OF AZ
8399 W VAN BUREN ST STE 207
TOLLESON, AZ 853533217

Claim Number: 2665
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $170.35 | Scheduled: | $170.35 | Allowed: | $170.35 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| NATIONWIDE LENDING  & ASSOCIATES, LLC<br>ATTN ERNIE CARDENAS<br>3231 SHELTER COVE LANE<br>ELK GROVE, CA 95758 | | Claim Number: 4066<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | | | |
| UNSECURED | Claimed: | $15,113.76 | | | |
| NATIONWIDE TITLE CLEARING INC<br>2100 ALT. 19 NORTH<br>ATTN ERIKA LANCE SVP ADMIN<br>PALM HARBOR, FL 34683 | | Claim Number: 3587<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | |
| UNSECURED | Claimed: | $9,635.48 | | Allowed: | $9,635.48 |
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8918<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 6768 (12/19/2008) | | | |
| SECURED<br>UNSECURED | Claimed: | $11,318,306.82 | | Allowed: | $180,000.00 |
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8919<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 6768 (12/19/2008) | | | |
| SECURED | Claimed: | $11,318,306.82 | | | |
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8920<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6768 (12/19/2008) | | | |
| SECURED | Claimed: | $11,318,306.82 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8921<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6768 (12/19/2008) |
| SECURED | Claimed: | $11,318,306.82 |
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8922<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6768 (12/19/2008) |
| SECURED | Claimed: | $11,318,306.82 |
| NAUGATUCK TAX COLLECTOR<br>JIM GOGGIN, TAX COLLECTOR<br>229 CHURCH ST. 3RD FL<br>NAUGATUCK, CT 06770 | | Claim Number: 2218<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $1,869.91 |
| NAYLOR, DOUGLAS & ELEANOR<br>4617 SAINT ANDREW DR.<br>STEUBENVILLE, OH 43953 | | Claim Number: 5322<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,300.00 |
| NAZZARO, JOHN J. & ALICE G. TTEES<br>JOHN J & ALICE G NAZZARO TRUST<br>1130 MAYFLOWER AVE<br>MELBOURNE, FL 32940-6721 | | Claim Number: 5454<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| NEACE CATTLE CO. LLC<br>6300 N CAMPBELL AVE APT A<br>TUCSON, AZ 85718-3152 | | Claim Number: 4338<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $18,818.00 | | | | |

---

| NEAL, JAMES G.<br>F MARIE NEAL  JTWROS<br>PO BOX 537<br>DUNNELLON, FL 34430-0537 | | Claim Number: 2497<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| SECURED | Claimed: | $425.00 | | | | |

---

| NEAL, LINDSAY<br>3506 MAIN ST 2ND FL<br>MUNHALL, PA 15120 | | Claim Number: 933<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,187.31 | Scheduled: | $1,187.69  CONT | Allowed: | $1,187.31 |

---

| NEEDHAM, BRIAN W<br>3853 MAGNOLIA DR<br>BRUNSWICK, OH 44212 | | Claim Number: 2282<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

| NEFF, JULIE E.<br>14101 SNICKERSVILLE DR<br>GAINESVILLE, VA 201554462 | | Claim Number: 7113<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| NEFF, LAWRENCE T.<br>3060 MAYAPPLE DR<br>HUDSON, OH 44236 | | Claim Number: 7241<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| NEIDHARD, ELIZABETH A.<br>3247 BALSAMRIDGE DR<br>CINCINNATI, OH 45239 | | Claim Number: 6817<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,336.00 | | | | |
| NEIER, MAJORIE<br>1205 LINCOLN<br>HOBART, IN 46342-6041 | | Claim Number: 7277<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,258.26 | | | | |
| NEIL, CLIFFORD A., TR FBO<br>CLIFFORD A & EMMA L NEIL REV LIV TR<br>UA NOV 07, 2000<br>PO BOX 791<br>LANESBORO, MA 01237 | | Claim Number: 6794<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $26,500.00 | | | | |
| NEINER, MOREENE M.<br>30842 EIFFEL<br>WARREN, MI 48088 | | Claim Number: 459<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $670.08 | Scheduled: | $670.08  CONT | Allowed: | $670.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| NELSON GOMES<br>484 B WASHINGTON AVE<br>MONTEREY, CA 93940 | | Claim Number: 2963<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,200.00 | | | Allowed: | $1,200.00 |
| NELSON, JEFFREY E.<br>1825 PEDDY VESTAL LOOP<br>HENDERSON, TN 38340 | | Claim Number: 5496<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $16,279.49 | | | | |
| NELSON, JOHN<br>2431 HILLCREST ROAD<br>DONNELLSON, IA 52625 | | Claim Number: 4632<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $16,433.95 | | | | |
| UNSECURED | Claimed: | $350.00 | | | | |
| NELSON, LAURA<br>157 SHELTER ROCK RD #49<br>DANBURY, CT 06810 | | Claim Number: 10192<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| SECURED | Claimed: | $25,188.00 | | | | |
| NELSON, LORENE M.<br>4900 E CHAPMAN # 40<br>ORANGE, CA 92869 | | Claim Number: 824<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $5,000.00 CONT | Allowed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| NELSON, MARY PENNELL<br>213 FORESIDE RD<br>FALMOUTH, ME 04105 | | Claim Number: 6016<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,904.26 | | | | |
| NELSON, RANDALL<br>PMB 8143<br>411 WALNUT ST<br>GREEN CV SPGS, FL 32043-3443 | | Claim Number: 3726<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,198.00 | | | | |
| NELSON, RANDALL & YUKO<br>PMB 8143<br>411 WALNUT ST<br>GREEN CV SPGS, FL 32043-3443 | | Claim Number: 3845<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,718.98 | | | | |
| NELSON, TRACY<br>2333 TULIP ST<br>SARASOTA, FL 342396248 | | Claim Number: 2530<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $808.48 | Scheduled: | $808.48 CONT | | |
| NERLAND, DAVID E.<br>9589 N 113TH WAY<br>SCOTTSDALE, AZ 85259-5868 | | Claim Number: 372-01<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7100 (03/15/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$216,578.69 CONT | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| NERLAND, DAVID E. | | Claim Number: 372-02 | | |
| 9589 N 113TH WAY | | Claim Date: 09/07/2007 | | |
| SCOTTSDALE, AZ 85259-5868 | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 7100 (03/15/2009) | | |
| PRIORITY | Claimed: | $217,736.41 | | |
| UNSECURED | | | Allowed: | $216,578.69 |

---

| NERLAND, DAVID E. | | Claim Number: 9331 | |
| 9589 N 113TH WAY | | Claim Date: 01/14/2008 | |
| SCOTTSDALE, AZ 85259-5868 | | Debtor: AMERICAN HOME MORTGAGE CORP | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 7100 (03/15/2009) | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $217,580.95 | |

---

| NESTARICK APPRAISAL SERVICES | | Claim Number: 2513 | | |
| ATTN KELLY RYAN | | Claim Date: 11/19/2007 | | |
| 100 MERCER DRIVE, 1ST FLOOR | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| LOCK HAVEN, PA 17745 | | Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |

---

| NETWORK TELEPHONE CORPORATION | | Claim Number: 10495 | |
| DBA CAVALIER TELEPHONE | | Claim Date: 09/05/2008 | |
| C/O R LEE GRANT JR | | Debtor: AMERICAN HOME MORTGAGE CORP | |
| 2134 W LABURNUN AVE | | Comments: PAID | |
| RICHMOND, VA 23227 | | DOCKET: 7930 (08/11/2009) | |
| ADMINISTRATIVE | Claimed: | $2,000.00 | |

---

| NETWORK TELEPHONE CORPORATION | | Claim Number: 10719 | |
| C/O LEE GRANT, COUNSEL | | Claim Date: 05/18/2009 | |
| 2134 W LABURNUM AVENUE | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| RICHMOND, VA 23227 | | Comments: EXPUNGED | |
| | | DOCKET: 9254 (09/24/2010) | |
| UNSECURED | Claimed: | $4,178.25 | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| NEUBERGER, SIDNEY & MARGOT<br>17 FORT GEORGE HILL<br>NEW YORK, NY 10040 | | Claim Number: 9464<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEUMANN, RONALD A.<br>5431 SUGARLOAF CT<br>PLAINFIELD, IL 60586 | | Claim Number: 1549<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEUSTADT, JEFFREY C.<br>5 MINERVA PL 3G<br>BRONX, NY 10468-1628 | | Claim Number: 9273<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEUWIRTH, HARRY DAVIS<br>6614 N 13 ST<br>PHOENIX, AZ 85014-1405 | | Claim Number: 5242<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |

| PRIORITY | Claimed: | $25,000.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | | Claim Number: 1847<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |

| UNSECURED | Claimed: | $25,486.52 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

Claim Number: 1848
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,486.52 |

---

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

Claim Number: 10370
Claim Date: 04/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,276.23 |
| UNSECURED | Claimed: | $1,665.79 |

---

NEVADA OFFICE MACHINES
ATTN CHRISTINA MARQUEZ
1855 VASSAR ST
RENO, NV 89502

Claim Number: 6995
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $276.55 | Scheduled: | $276.55 | Allowed: | $276.55 |

---

NEW ENGLAND TEAMSTERS & TRUCKING
INDUSTRY PENSION FUND
C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ
66 LIVINGSTON AVE -LOWENSTEIN SANDLER PC
ROSELAND, NJ 07068

Claim Number: 8615
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7281 (04/16/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $927,198.59 |

---

NEW HAMPSHIRE DEPARTMENT OF REVENUE
ADMINISTRATION
ATTN: LEGAL BUREAU
109 PLEASANT STREET, P.O. BOX 457
CONCORD, NH 03302-0457

Claim Number: 10941
Claim Date: 08/09/2013
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,630.69 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| NEW HAMPSHIRE ELECTRIC<br>COOPERATIVE<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 2334<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29.36 | | | | Allowed: | $29.36 |
| NEW HAMPSHIRE ELECTRIC<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 2335<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $117.27 | Scheduled: | $146.63 | | Allowed: | $117.27 |
| NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 10221<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $29.36 | | | | | |
| NEW HANOVER COUNTY<br>ATTN BONNIE POPE, DEPUTY COLLECTOR<br>P O BOX 18000<br>WILIMINGTON, NC 28406 | | Claim Number: 2080<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | | | |
| PRIORITY | Claimed: | $221.43 | | | | Allowed: | $221.43 |
| NEW HOME TRENDS INC<br>ATTN TODD BRITSCH, PRESIDENT<br>4314 148TH ST SE<br>BOTHELL, WA 98012 | | Claim Number: 6255<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $750.00 | | | | | |
| UNSECURED | | | Scheduled: | $750.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| NEW LIFE RECHARGE INC<br>ATTN DARYL EVANS, PRESIDENT<br>P.O. BOX 3505<br>BRENTWOOD, TN 37024-3505 | Claim Number: 6717<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | |
| UNSECURED          Claimed: | $727.61 | | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10762<br>Claim Date: 02/05/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| ADMINISTRATIVE          Claimed: | $325.51 | | Allowed: | $325.51 |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10693-01<br>Claim Date: 03/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY          Claimed: | $303,220.98 | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10693-02<br>Claim Date: 03/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | |
| UNSECURED          Claimed: | $3,193.35 | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10753<br>Claim Date: 01/20/2009<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 8400 (12/11/2009) | | | |
| ADMINISTRATIVE          Claimed: | $3,056.87   UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NEWCOMB, TARA
8 PARK AVE
PATCHOGUE, NY 11772-2232

Claim Number: 1200
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT | Allowed: | $865.38 |
|----------|----------|---------|------------|--------------|----------|---------|

NEWMAN, BERNARD AND SANDRA JT TEN
144-31 68 AVE
FLUSHING, NY 11367

Claim Number: 4877
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,199.99 |
|-----------|----------|-----------|

NEWMAN, CHARLES J
PO BOX 25610
SCOTTSDALE, AZ 85255

Claim Number: 5690
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,876.90 |
|-----------|----------|------------|

NEWMAN, CHARLES L. & DELLA S.
JT WROS
10808 GOLDEN MAPLE PL.
LOUISVILLE, KY 40223-5525

Claim Number: 7213
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

NEWMAN, CHARLES L. & DELLA S.
JT WROS
10808 GOLDEN MAPLE PL.
LOUISVILLE, KY 40223-5525

Claim Number: 7214
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| NEWMAN, JOHN | | | | | | |
| 312 BAY AVE | | Claim Number: 2934 | | | | |
| HUNTINGTON BAY, NY 11743 | | Claim Date: 11/21/2007 | | | | |
| | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 5169 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $1,330.00 | Scheduled: | $1,330.00  CONT | Allowed: | $1,330.00 |

| NEWMAN, JOHN H. | | | |
| 312 BAY AVENUE | | Claim Number: 1174 | |
| HUNTINGTON, NY 11743 | | Claim Date: 09/24/2007 | |
| | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 3945 (05/02/2008) | |
| PRIORITY | Claimed: | $1,013.00 | |
| UNSECURED | Claimed: | $1,013.00 | |
| TOTAL | Claimed: | $1,013.00 | |

| NEWMAN, MICHAEL & JULIA JTWROS | | | |
| 301 SOUTH JACKSON ST. | | Claim Number: 3206 | |
| ARLINGTON, VA 22204 | | Claim Date: 11/26/2007 | |
| | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 4526 (06/11/2008) | |
| UNSECURED | Claimed: | $20,000.00 | |

| NEWPORT FUNDING CORP. | | | | |
| DORIS HEARN | | Claim Number: 9066 | | |
| AMACAR GROUP | | Claim Date: 01/11/2008 | | |
| 6525 MORRISON BLVD., STE. 318 | | Debtor: AMERICAN HOME MORTGAGE CORP | | |
| CHARLOTTE, NC 28211 | | Comments: ALLOWED | | |
| | | DOCKET: 10210 (10/18/2011) | | |
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |

| NEWPORT FUNDING CORP. | | | |
| DORIS HEARN | | Claim Number: 9067 | |
| AMACAR GROUP | | Claim Date: 01/11/2008 | |
| 6525 MORRISON BLVD., STE. 318 | | Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | |
| CHARLOTTE, NC 28211 | | Comments: EXPUNGED | |
| | | DOCKET: 10210 (10/18/2011) | |
| UNSECURED | Claimed: | $92,655.88   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| NEWPORT FUNDING CORP.<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9071<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | |
| UNSECURED | Claimed: | $142,498,546.38 | | Allowed: | $92,656.00 |
| NEWS & RECORD - CLASSIFIED<br>PO BOX 20848<br>GREENSBORO, NC 274200848 | | Claim Number: 4641<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |
| NEWS-DEMOCRAT<br>ATTN REBECCA PATE, CREDIT SUPERVISOR<br>PO BOX 427<br>BELLEVILLE, IL 62222 | | Claim Number: 6839<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $558.69 | | Allowed: | $558.69 |
| NEWSOM, DANA<br>1608 N ELM ST<br>ESCONDIDO, CA 92026 | | Claim Number: 405<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $5,137.50 | | | |
| NEWSOM, DANA<br>1608 N. ELM STREET<br>ESCONDIDO, CA 92026 | | Claim Number: 4545<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $5,684.05 | Scheduled: | $5,684.05 CONT | Allowed: $5,684.05 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| NG, ALFRED YUEN-HING<br>5161 SLVIA DR<br>CASTRO VALLEY, CA 94552 | | Claim Number: 9568<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,781.60   UNDET | | | |
| NG, ALFRED YUEN-HING<br>5161 SLVIA DR<br>CASTRO VALLEY, CA 94552 | | Claim Number: 9569<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,919.00   UNDET | | | |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 1177<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,292.31 | | Allowed: | $1,292.31 |
| NG, JACQUELINE<br>956 N BAY AVE<br>MASSAPEQUA, NY 117582562 | | Claim Number: 5930<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | |
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31   CONT | |
| NGAI, DUNCAN TK AND PEGGY<br>5368 ARGYLE ST<br>VANCOUVER, BC V5P 3J3<br>CANADA | | Claim Number: 9218<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,663.75 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NGO, XUAN T.<br>949 N CANYON MOONLANE PL<br>TUCSON, AZ 85745-1589 | | Claim Number: 3577<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| SECURED | Claimed: | $21,300.00 |
| NICHOLAS FEARS TRUST<br>UA 01 01 1999<br>ANTHONY G TUMMINELLO, TRUSTEE<br>10349 WATSON RD<br>SAINT LOUIS, MO 63127-1105 | | Claim Number: 7361<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,502.19 |
| NICHOLS, DANIEL E<br>PO BOX 805<br>DAYTONA BEACH, FL 32115 | | Claim Number: 9765<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| SECURED | Claimed: | $26,913.25 |
| NICHOLS, KENNEY P.<br>3752 ASTRO WAY<br>SALT LAKE CITY, UT 84109 | | Claim Number: 3295<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,295.00 |
| NICHOLS, KEVIN<br>8107 W CARLOTA LN<br>PEORIA, AZ 853832197 | | Claim Number: 10202<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| NICHOLS, MARILYN K. | | Claim Number: 4531 | | | | |
| MARILYN K. NICHOLS TRUST | | Claim Date: 12/04/2007 | | | | |
| DATED 12-20-90 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| 1802 ROAD II | | Comments: EXPUNGED | | | | |
| FAIRMONT, NE 68354 | | DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,679.50 | | | | |

---

| NICHOLS, STANLEY ERNEST | | Claim Number: 3184 | | | | |
| PO BOX 3254 | | Claim Date: 11/23/2007 | | | | |
| VICTORVILLE, CA 92393-3254 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| | | Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $395.00 | | | Allowed: | $395.00 |

---

| NICHOLSON, SERENA | | Claim Number: 2342 | | | | |
| 1 BATTLE SQ APT 904 | | Claim Date: 11/16/2007 | | | | |
| ASHEVILLE, NC 288012746 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $492.31 | Scheduled: | $492.31  CONT | Allowed: | $492.31 |

---

| NICOL, MARIO T. AND GIANNI, NANCY J. | | Claim Number: 7908 | | | | |
| JT TEN | | Claim Date: 01/09/2008 | | | | |
| 57 CHERRY STREET | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| JERSEY CITY, NJ 07305-4818 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

---

| NICOLA, DANIEL J. | | Claim Number: 7086 | | | | |
| 122 BALA AVE | | Claim Date: 01/04/2008 | | | | |
| BALA CYNWYD, PA 19004 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $722.95 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| NICOLAESCU, ANCA M.<br>3773 MARBLE DR APT 2C<br>HIGH POINT, NC 272659710 | | Claim Number: 1795<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|---|
| PRIORITY | Claimed: | $395.00 |
| UNSECURED | Claimed: | $552.06 |
| NICOLAUS, STIFEL, CUSTODIAN FOR<br>8127 EL MONTE ST<br>PRAIRIE VLG, KS 662085052 | | Claim Number: 8828<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $9,645.00 |
| NICOSON, BETH M<br>5998 ARBORWOOD LN<br>ERIE, PA 165051017 | | Claim Number: 2122<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $8,500.00 |
| NICOTERA, PATRICIA<br>PO BOX 480744<br>CHARLOTTE, NC 28269-5306 | | Claim Number: 10206<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $20,000.00 |
| NIE, GREGORY A.<br>1660 N. LASALLE UNIT # 3108<br>CHICAGO, IL 60614-6024 | | Claim Number: 9602<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $13,769.49 |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| NIEHOFF, MARGUERITE T.<br>2 ELK RUN DR.<br>ST. PETERS, MO 63376 | | Claim Number: 5807<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $625.00 | Scheduled: | $908.65 CONT | Allowed: | $625.00 |

| | | |
|---|---|---|
| NIELSEN, DOUGLAS A. & DOLORES M.<br>2004 SKY HAWK AVE<br>PAPILLION, NE 68193 | | Claim Number: 8478<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,459.70 |

| | | | | |
|---|---|---|---|---|
| NIELSEN, ZOA -INDIVIDUALLY AND ON BEHALF<br>OF OTHERS<br>C/O JON M. EGAN - JON M. EGAN, PC<br>240 SIXTH STREET<br>LAKE OSWEGO, OR 97034-2931 | | Claim Number: 8932<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| | | |
|---|---|---|
| NIESS, THOMAS L.<br>708 NORTH 13TH ST<br>BILLINGS, MT 59101 | | Claim Number: 6542<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,425.19 |

| | | |
|---|---|---|
| NIESS, THOMAS L.<br>708 NORTH 13TH ST<br>BILLINGS, MT 59101 | | Claim Number: 6543<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,807.93 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| NIETO, CRYSTAL<br>4529 REED ST<br>FORT WAYNE, IN 46806 | | Claim Number: 7510<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $560.00 | Scheduled: | $560.00 CONT | Allowed: | $560.00 |

| | | | | |
|---|---|---|---|---|
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | | Claim Number: 5102-01<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,532.46 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$33,191.48 CONT | Allowed: | $9,532.46 |

| | | | | |
|---|---|---|---|---|
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | | Claim Number: 5102-02<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $34,755.48 | | |

| | | | | |
|---|---|---|---|---|
| NIETO, DANIEL R.<br>13 PANAMA ST.<br>ALISO VIEJO, CA 92656 | | Claim Number: 5097<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$39,654.38 | | |

| | | | | |
|---|---|---|---|---|
| NIEVES, NILSA I<br>75 LUKENS AVE<br>BRENTWOOD, NY 11717 | | Claim Number: 3680<br>Claim Date: 11/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | |
| PRIORITY | Claimed: | $1,155.00 | Scheduled: | $1,370.38 CONT | Allowed: | $1,155.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| NIJJAR, KAMALJIT (KAMAL)<br>1 SINGH RD<br>MONROE, NY 10950-5246 | | Claim Number: 3607<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (04/15/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,490.39 | Scheduled: | $3,490.39  CONT | Allowed: | | $3,490.39 |
| NINO, ANA V (VANESA)<br>1232 9TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 7870<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,759.79 | Scheduled: | $1,759.79  CONT | Allowed: | | $1,759.79 |
| NISAR, DR. MOHAMMED<br>1895 OARK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8897<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $30,528.00 | | | | | |
| NISAR, DR. MOHAMMED<br>1895 OARK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8899<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $140,337.63 | | | | | |
| NISAR, MOHAMMED M. TTEE<br>MOHAMMED M. NISAR MD PA<br>EMPLOYEES PENSION PLAN TRUST<br>1895 OAK TREE RD.<br>EDISON, NJ 08820 | | Claim Number: 8896<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $169,633.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| NISCHO, JAMES<br>904 CONNECTQUOT AVE<br>ISLIP TERRACE, NY 11752 | | Claim Number: 1048<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,353.85 | Scheduled: | $2,353.85  CONT | Allowed: | $2,353.85 |
| NISSEN, FRANKLIN L.<br>21 - BIG STUMP MTN TRL # 20631<br>JASPER, GA 30143 | | Claim Number: 4705<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $583.16 | | | | |
| NISSEN, MILDRED J.<br>21 - BIG STUMP MTN TRL # 20631<br>JASPER, GA 30143 | | Claim Number: 4704<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $937.30 | | | | |
| NIX, CRISPUS C & EDNA E<br>1311 MERIWETHER RD<br>MONTGOMERY, AL 36117-3454 | | Claim Number: 4946<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,380.50 | | | | |
| NNN VF RESOURCE SQUARE, LLC<br>JOHN H. CAPITANO, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 | | Claim Number: 1747-01<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $165,323.01 | Scheduled: | $13,243.83 | Allowed: | $165,623.01 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| NNN VF RESOURCE SQUARE, LLC<br>JOHN H. CAPITANO, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 | | Claim Number: 1747-02<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5,314.50 | | Allowed: | $5,314.50 |
| NOBILE, JESSE<br>4120 N MISSOURI AVE<br>PORTLAND, OR 972173144 | | Claim Number: 5780<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $5,153.99 | | | |
| NOBLE, BRIAN<br>98 MIDWOOD AVENUE<br>NESCONSET, NY 11767 | | Claim Number: 136<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $1,730.77 | Scheduled: $1,730.77 CONT | Allowed: | $1,730.77 |
| NOBLE, DAVID<br>595 FRANKLIN STREET<br>BRYSON CITY, NC 28713 | | Claim Number: 4004<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $175.00 | | | |
| NOBLE, KRISTI L.<br>98 MIDWOOD AVENUE<br>NESCONSET, NY 11767 | | Claim Number: 142<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $1,442.31 | Scheduled: $1,442.31 CONT | Allowed: | $1,442.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

NOBLE-MECEWITZ, GINY
34 SCHOOL ST
ACTON, MA 01720-3626

Claim Number: 6842
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

NOEL, JENNYAI EMI E
13 THOMAS DR
NORTH BABYLON, NY 11703

Claim Number: 8323
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,064.54 | Scheduled: | $1,061.54 CONT | Allowed: | $1,064.54 |
|---|---|---|---|---|---|---|

NOER, VICTOR
5527 HIGHPOINT CT SE
PRIOR LAKE, MN 55372-3376

Claim Number: 5790
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $9,190.00 |
|---|---|---|

NOLAN, ROBERT B
325 FOREST AVE
MASSAPEQUA, NY 11758

Claim Number: 6970
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,942.31 | Scheduled: | $2,942.31 CONT | Allowed: | $2,942.31 |
|---|---|---|---|---|---|---|

NOLAN, ROBERT B. & MARY E.
JT TEN
325 FOREST AVE
MASSAPEQUA, NY 11758-5708

Claim Number: 6873
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $496.01 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NOLL, STEPHEN G.<br>915 DEWEY AVE<br>ALPA, NJ 08865 | | Claim Number: 8628<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $146.53 |

| | | |
|---|---|---|
| NOMURA CREDIT & CAPITAL, INC.<br>ATTN MARK BROWN PRESIDENT<br>2 WORLD FINANCIAL CTR<br>BUILDING B<br>NEW YORK, NY 10281 | | Claim Number: 9038<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9822 (03/09/2011) |
| UNSECURED | Claimed: | $10,726,904.00   CONT |

| | | |
|---|---|---|
| NOOR A NISAR LTD PARTNERSHIP<br>NOOR AFZA NISAR - GEN PT<br>M MOHAMMED NISAR - GEN PT<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | | Claim Number: 8900<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $120,672.00 |

| | | |
|---|---|---|
| NOORTHOEK, ROGER<br>13650 DEL MONTE DR APT C43<br>SEAL BEACH, CA 90740-5574 | | Claim Number: 5349<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,486.00 |

| | | |
|---|---|---|
| NOR CAL APPRAISERS<br>GARY LEV<br>6544 SUTTON CT<br>OAKDALE, CA 95361-9414 | | Claim Number: 10166<br>Claim Date: 03/31/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,400.00 | Allowed: | $1,400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| NORD THOROUGHBRED, INC.<br>ATTN RICK M. NORD, PRES.<br>7539 HWY # 28<br>NORWALK, IA 50211-9256 | | Claim Number: 3160<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

| NORDHOFF, MARY LOU<br>616 WATSON BRANCH DR<br>FRANKLIN, TN 37064 | | Claim Number: 2370<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $523.17 | Scheduled: | $523.17  CONT | Allowed: | | $523.17 |

| NORDMEYER OIL<br>ATTN HARRY NORDMEYER<br>362 90TH ROAD<br>TORONTO, KS 66777-3098 | | Claim Number: 6487<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $27,425.05 | | | | | |

| NORMAN, BOBBY C.<br>2647 ANDERSON STREET<br>BRISTOL, TN 37620-3432 | | Claim Number: 6902<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $16,160.47 | | | | | |
| UNSECURED | Claimed: | $16,160.47 | | | | | |
| TOTAL | Claimed: | $16,160.47 | | | | | |

| NORMAN, EWA<br>22-34 41ST ST APT 2L<br>ASTORIA, NY 11105-1739 | | Claim Number: 1465<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $3,297.40  CONT | Allowed: | | $2,596.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| NORSKOV, DONALD E.<br>17007 SHIRLEY STREET<br>OMAHA, NE 68130 | | Claim Number: 4529<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,140.75 | | | | |
| NORTEY, SAMSON Y. & ELIZABETH S.<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | | Claim Number: 8392<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC | | | | |
| UNSECURED | Claimed: | $33,099.82 | | | | |
| NORTHEASTERN APPRAISAL ASSOCIATES<br>616 N FRENCH RD<br>AMHERST, NY 14228-2125 | | Claim Number: 1384<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,475.00 | | | Allowed: | $2,475.00 |
| NORTHEASTERN REMC<br>PO BOX 291<br>COLUMBIA CITY, IN 46725-0291 | | Claim Number: 2537<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $830.93 | Scheduled: | $249.04 | Allowed: | $830.93 |
| NORTHERN STATES POWER CO DBA XCEL ENERGY<br>ATTN KATHY MOEN, LEGAL AGENT<br>1518 CHESTNUT AVE N<br>MINNEAPOLIS, MN 55403 | | Claim Number: 1523<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $215.16 | Scheduled: | $307.03 | Allowed: | $215.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| NORTHLAND, JEANIE<br>6735 LAPORTE RD<br>WASHBURN, IA 50702 | Claim Number: 4074<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| PRIORITY | Claimed: | $14,595.20 | | | |
|---|---|---|---|---|---|

| NORTHPOINT SOLUTIONS LLC<br>ATTN WILLIAM LEWIS, CONTROLLER<br>130 W 42ND ST<br>STE 550<br>NEW YORK, NY 10036 | Claim Number: 1036<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $7,402.50 | | Allowed: | $7,402.50 |
|---|---|---|---|---|---|

| NORTHSTATE APPRAISAL<br>ATTN CHRIS C. TALLEY, REAL ESTATE APPR.<br>PO BOX 1484<br>SUSANVILLE, CA 96130-1484 | Claim Number: 2481<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
|---|---|---|---|---|---|

| NORTHWEST STAFFING GROUP<br>PO BOX 8008<br>PORTLAND, OR 972078008<br>UAS | Claim Number: 4800<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>UPDATE AS PER CREDITOR |
|---|---|

| UNSECURED | Claimed: | $3,906.98 | Scheduled: | $3,228.98 | Allowed: | $3,906.98 |
|---|---|---|---|---|---|---|

| NORTHWEST TITLE. LLC<br>ATTN CHRIS DUNCAN, ACCOUNTING MGR.<br>2411 W DOLARWAY RD<br>ELLENSBURG, WA 989269309 | Claim Number: 8722<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| NORTHWEST TITLE. LLC<br>ATTN CHRIS DUNCAN, ACCOUNTING MGR.<br>2411 W DOLARWAY RD<br>ELLENSBURG, WA 989269309 | | Claim Number: 8723<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $18,044.00 | Allowed: | $18,044.00 |
| NORTHWEST TRUSTEE SERVICES, INC.<br>13555 SE 36TH ST STE 200<br>BELLEVUE, WA 98006-1485 | | Claim Number: 8454<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,759.06 |
| NORTHWIND FINANCIAL CORP<br>ATTN C. CUMMINGS, CEO<br>5999 BELINDA DR NE<br>ROCKFORD, MI 49341 | | Claim Number: 6289<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | |
| UNSECURED | Claimed: | $10,693.14 | Allowed: | $10,693.14 |
| NORTON, BLAINE C.<br>8521 CORINTH POINTE CT.<br>ORLANDO, FL 32829 | | Claim Number: 8235<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $18,900.00 | | |
| NORTON, CHARLES H.<br>4951 NETARTS HWY. W. # 1840<br>TILLAMOOK, OR 97141-9467 | | Claim Number: 5439<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,885.97 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NORTON, RANDY
26808 FOUNDERS PL
SPICEWOOD, TX 78669

Claim Number: 4425
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $668.13 |

---

NORTON, WILLIAM J.
14761 TRILLIUM DR
AUGUSTA, MI 490129329

Claim Number: 5811
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $780.00 |
| UNSECURED | Claimed: | $780.00 |
| TOTAL | Claimed: | $780.00 |

---

NORWOOD, CARRIE
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 2485
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,288.46 CONT |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $142.34 CONT |

---

NORWOOD, CARRIE H
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 2503
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,712.31 | Scheduled: | $1,712.31 CONT | Allowed: | $1,712.31 |

---

NORWOOD, CARRIE H.
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 1638
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,605.28 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NOSAL, MARK<br>701 BRIDGEWATER DR<br>BENTON, AR 72015 | | Claim Number: 6538<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $10,000.00 |
| NOVAK, EDWARD & FRANCES<br>34 BENTLEY COURT<br>WILLIAMSVILLE, NY 14221-8315 | | Claim Number: 6739<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $4,161.48 |
| UNSECURED | Claimed: | $4,161.48 |
| TOTAL | Claimed: | $4,161.48 |
| NOVAK, MARIA<br>11462 GIRDLED RD<br>CONCORD, OH 44077 | | Claim Number: 9827<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $0.00   UNDET |
| NOVALLO, RICHARD J. MARY K. - TST<br>3024 PORT AUSTIN RD<br>FORT AUSTIN, MI 484679727 | | Claim Number: 7165<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,950.00 |
| NOYES, THOMAS R.<br>8963 SE 232 STREET<br>LATHROP, MO 64465 | | Claim Number: 4756<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| NSTAR ELECTRIC<br>MICHALE K. CALLAHAN, ESQUIRE<br>LEGAL COLLECTIONS, NW220<br>1 NSTAR WAY<br>WESTWOOD, MA 02090 | | Claim Number: 8785<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $168.42 | | | | Allowed: | $168.42 |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | | Claim Number: 9212-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,741.58 | Scheduled:<br>Scheduled: | $7,104.58  CONT<br>$44,348.53  CONT | | Allowed: | $8,741.58 |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | | Claim Number: 9212-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $42,269.87 | | | | | |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | | Claim Number: 9213<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $7,104.58<br>$44,348.53 | | | | | |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 103<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$906.65   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10001<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | |
| SECURED | Claimed: | $655.33   UNLIQ | | | |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10457<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| ADMINISTRATIVE | Claimed: | $655.33   UNLIQ | | | |
| NUECES COUNTY - ATTN:DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II, 2700 VIA FORTUNA DR.<br>SUITE 400, PO BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10649<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,321.16   UNLIQ | | | |
| NUGENT APPRAISAL SERVICES<br>JUDY NUGENT<br>671 ROSA AVE STE 205<br>METAIRIE, LA 70005 | | Claim Number: 1101<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $1,200.00 | | | |
| NULL, JANICE K<br>4691 E TWAIN AVE<br>LAS VEGAS, NV 89121 | | Claim Number: 1980<br>Claim Date: 11/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | |
| PRIORITY | Claimed: | $516.92 | Scheduled: | $516.92  CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| NUMA, JEAN (GILBERT)<br>4902 NW MACEDO BLVD<br>PORT SAINT LUCIE, FL 34983 | | Claim Number: 2182<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $1,932.00 | | | Allowed: | $1,932.00 |
| NUNEZ, EMILIO<br>13162 MUNGO CT<br>RANCHO CUCAMONGA, CA 91739 | | Claim Number: 9009-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $6,564.46 CONT<br>$78,625.23 CONT | Allowed: | $10,950.00 |
| NUNEZ, EMILIO<br>13162 MUNGO CT<br>RANCHO CUCAMONGA, CA 91739 | | Claim Number: 9009-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $74,561.17 | | | | |
| NUNEZ, JACQUELYN A.<br>CGM IRA ROLLOVER CUSTODIAN<br>4425 42ND AVE. NE<br>SALEM, OR 97305 | | Claim Number: 6749<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,243.00 | | | | |
| NUNEZ, SILVINA<br>603 WEST 148TH APT # 5<br>NEW YORK, NY 10031 | | Claim Number: 1314<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $1,050.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NUNN, GLENDA C. & WILLIAM P. III JTWROS<br>8106 GLYNNWOOD<br>MONTGOMERY, AL 36117 | Claim Number: 4093<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | |
|---|---|---|
| NUSS VALUATIONS, INC.<br>4820 SE 34TH AVE<br>PORTLAND, OR 972024102 | Claim Number: 8812<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,400.00 |

| | | |
|---|---|---|
| NUTTALL, J. BRUCE<br>2516 ABERDEEN DR<br>ARLINGTON, TX 76015 | Claim Number: 9812<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,078.38 |

| | | |
|---|---|---|
| NUXALL & ASSOC R.E. SERV., LLC<br>ATTN STAN NUTALL, JR., MANAGING MEMBER<br>101 N NORAIN ST # 100<br>KENNEWICK, WA 99336 | Claim Number: 2706<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |

| | | |
|---|---|---|
| NUZZO, SHAWN P.<br>27A ERLAND ROAD<br>STONY BROOK, NY 11790 | Claim Number: 1376<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $346.15 | Scheduled: | $346.15  CONT | Allowed: | $346.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NWOSU, CHARLES
493 43RD STREET
LINDENHURST, NY 11757

Claim Number: 6319
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 | CONT | Allowed: | $692.31 |

NYKTAS, JOHN
8 RONIT DRIVE
W. TRENTON, NJ 08628

Claim Number: 6704
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,307.00 |
| UNSECURED | Claimed: | $3,307.00 |
| TOTAL | Claimed: | $3,307.00 |

NYKTAS, JOHN AND IRENE
JT WROS
8 RONIT. DRIVE
W. TRENTON, NJ 08628

Claim Number: 6699
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,699.00 |
| UNSECURED | Claimed: | $2,699.00 |
| TOTAL | Claimed: | $2,699.00 |

NYKTAS, JOHN C/F
DEMETRIA, CHRISTINA MICHAILIDES
UTMA/NJ
8 ROMITI DRIVE
W. TRENTON, NJ 08628

Claim Number: 6701
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,131.60 |
| UNSECURED | Claimed: | $5,131.60 |
| TOTAL | Claimed: | $5,131.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| NYKTAS, JOHN C/F<br>YANNISEMICHAILIDES<br>UTMA/NJ<br>8 RONIT DR<br>W. TRENTON, NJ 08628 | | Claim Number: 6702<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,129.00 |
| UNSECURED | Claimed: | $2,129.00 |
| TOTAL | Claimed: | $2,129.00 |

| | | |
|---|---|---|
| NYKTAS, JOHN S.<br>IRA ETRADE CUSTODIAN<br>8 RONIT. DRIVE<br>W. TRENTON, NJ 08628 | | Claim Number: 6698<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,256.50 |
| UNSECURED | Claimed: | $2,256.50 |
| TOTAL | Claimed: | $2,256.50 |

| | | |
|---|---|---|
| NYOVICH, JACKIE<br>849 AUGUSTA DR<br>ROCHESTER HILLS, MI 48309 | | Claim Number: 4580-01<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,582.60 | Scheduled: | $10,582.60 CONT | Allowed: | $10,582.60 |
| UNSECURED | | | Scheduled: | $5.81 CONT | | |

| | | |
|---|---|---|
| NYOVICH, JACKIE<br>849 AUGUSTA DR<br>ROCHESTER HILLS, MI 48309 | | Claim Number: 4580-02<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $394.35 | Allowed: | $394.35 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

NZABONITEGEKA, JEANNE C
628 BAUER CT
ELMONT, NY 11003

Claim Number: 3336
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77  CONT | Allowed: | $830.77 |

O'BRANOVICH, ROBERT
2854 EVERGREEN WAY
ELLICOTT CITY, MD 21042

Claim Number: 200
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,500.00 |

O'BRIEN PROPERTIES
ATTN JAMES H. O'BRIEN IV
201 FOURTH ST.
CLARKSVILLE, VA 23927

Claim Number: 4213
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |

O'BRIEN, BARON
3652 BRANDYWINE STREET
SAN DIEGO, CA 92117

Claim Number: 6650
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8025 (09/08/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,138.44 | Scheduled: | $98,538.72  CONT |

O'BRIEN, BARON N
2550 FIFTH AVE #167
SAN DIEGO, CA 92103

Claim Number: 6649
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $243,316.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| O'BRIEN, JOHN<br>3337 BRECONWOOD CIR<br>WAYZATA, MN 55391-3348 | | Claim Number: 5082<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,360.00 |
| O'BRIEN, PATRICK F. & TRUSTEE<br>O'BRIEN TRUST<br>3876 DUNFORD WAY<br>SANTA CLARA, CA 95051 | | Claim Number: 5019<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,244.90 |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | | Claim Number: 1037<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $0.00   UNDET |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | | Claim Number: 1187<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $522.30 |
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | | Claim Number: 1188<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,720.00 | Scheduled: | $14,986.20 CONT | Allowed: | $7,720.00 |
| UNSECURED | | | Scheduled: | $659.95 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| O'CALLAGHAN, DENISE<br>PO BOX 408<br>4 HIGHLAND AVE<br>PEAPACK, NJ 07977 | | Claim Number: 1189<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $3,900.00 | | | | |
| O'CONNELL, MARY<br>C/O HARRIS MARTIN JONES PA<br>GAIL SMITH BRADFORD<br>49 MUSIC SQUARE WEST SUITE 600<br>NASHVILLE, TN 37203 | | Claim Number: 857<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| O'CONNELL, MICHAEL R<br>4848 WINTERWOOD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 10266<br>Claim Date: 04/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| O'CONNOR, GEORGE W. JR<br>4 17TH AVENUE<br>RONKONKOMA, NY 11779 | | Claim Number: 1774<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,580.77 | Scheduled: | $1,580.77  CONT | Allowed: | $1,580.77 |
| O'CONNOR, THOMS F. JR.<br>BENEFICIARY<br>MARGARET O'CONNOR DECEASED IRA<br>631 GREENWAY TERRACE<br>KANSAS CITY, MO 64113-1535 | | Claim Number: 7701<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| O'DELL APPRAISAL SERVICES INC<br>178 ROSEMEADE WAY<br>ACWORTH, GA 301011908 | | Claim Number: 5261<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | | |
| O'DELL APPRAISAL SERVICES INC<br>178 ROSEMEAD WAY<br>ACWORTH, GA 301011908 | | Claim Number: 9359<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,350.00 | | | Allowed: | $1,350.00 |
| O'DELL, TAMI MARIA<br>24 CARHART AVE # 209<br>WHITE PLAINS, NY 10605 | | Claim Number: 10253<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $14,670.77 | | | | |
| O'DONNELL, TOM<br>621 CEDAR LN<br>MORTON, PA 19070 | | Claim Number: 7462<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,825.55 | | | | |
| O'HALLORAN, THOMAS J., JR.<br>REAL ESTATE APPRAISER<br>14400 SENECA RD<br>DARNESTOWN, MD 20874 | | Claim Number: 23<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,270.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| O'HARA, DANIEL FRANCIS JR. & LINDA<br>JT/WROS<br>4 ELLENITA DRIVE<br>HILTON HEAD ISLAND, SC 29926 | | Claim Number: 4389<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| SECURED | Claimed: | $125,000.00 | | | | |
| UNSECURED | Claimed: | $3,046.85 | | | | |
| O'HARA, SAMANTHA & MATTHEW<br>1041 MEADOWLARK LANE<br>GLENVIEW, IL 60025 | | Claim Number: 6612<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | | |
| UNSECURED | Claimed: | $10.41 | | | Allowed: | $10.41 |
| O'HEA, MICHAEL<br>PO BOX 432<br>NORTHPORT, NY 11768 | | Claim Number: 832<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $876.60 | Scheduled: | $876.60  CONT | Allowed: | $876.60 |
| O'KEEFE, NEIL R.<br>1075 N.E. MIAMI GARDENS DR. # 309W<br>N. MIAMI BEACH, FL 33179-4635 | | Claim Number: 5211<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,909.35 | | | | |
| O'MALLEY, KRISTA E.<br>1131 OTTAWA AVE.<br>ST. PAUL, MN 55118 | | Claim Number: 8737<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,419.87 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| O'MALLEY, LISA<br>2311 SCHILLER AVE<br>WILMETTE, IL 60091-2329 | | Claim Number: 1354<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $543.60 | | | | Allowed: | $543.60 |
| O'MEARA, DAVID J. & MARY<br>478 TEQUESTA DRIVE, UNIT # 113<br>TEQUESTA, FL 33469 | | Claim Number: 9684<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| O'NEIL, JANE<br>4662 CREW BLVD<br>APT 4<br>PALM BAY, FL 32904 | | Claim Number: 4669<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| O'NEIL, MARGARET P.<br>8001 SOMERVILLE LN<br>ELKRIDGE, MD 21075 | | Claim Number: 1230<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $540.24 | Scheduled: | $540.21  CONT | | Allowed: | $540.24 |
| O'NEIL, TIM<br>215 POND ST.<br>NATICK, MA 01760 | | Claim Number: 9814<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $295.00   UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| O'NEILL, DANIEL R. PSP<br>8 FLYNN FOREST<br>ST. LOUIS, MO 63122 | | Claim Number: 4761<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| O'ROURKE, JOHN<br>1550 DUBLIN LN<br>ESCONDIDO, CA 92027-1283 | | Claim Number: 8892<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,830.50 |
| O.E. & E.L. BRADLEY TR<br>110 S MAIN STE 500<br>WICHITA, KS 67202 | | Claim Number: 4412<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $7,500.00 |
| UNSECURED | Claimed: | $0.00 |
| O.E. BRADLEY TR.<br>110 S. MAIN STE 500<br>WICHITA, KS 67202 | | Claim Number: 4416<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $20,000.00 |
| UNSECURED | Claimed: | $0.00 |
| OAK ISLAND TOWN<br>OAK ISLAND  TAX OFC<br>4601 E.OAK ISLAND DR<br>ATTN SHEILA M BELL TAX COLLECTOR<br>OAK ISLAND, NC 28465 | | Claim Number: 3579<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $310.98 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| OAK TREE LODGE<br>ATTN PETER DE CUIR<br>1412 SCHOOLHOUSE ROAD<br>WALL-NEPTUNE, NJ 07753 | | Claim Number: 3669<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,570.50 | | | Allowed: | $2,570.50 |
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH<br>PONTIAC, MI 48341 | | Claim Number: 1078<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | | | |
| SECURED | Claimed: | $45,473.15   UNLIQ | | | Allowed: | $171.66 |
| OAKLAND COUNTY TREASURER<br>ATTN DIANE L ROARK, DEPUTY TREASURER<br>1200 N TELEGRAPH ROAD<br>DEPARTMENT 479<br>PONTIAC, MI 48341 | | Claim Number: 10559<br>Claim Date: 10/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $29,049.59 | | | | |
| OBERENDER, ALVIN JR. & LOIS MARY<br>9611 TENTH AVENUE<br>PARKVILLE, MD 21234-1844 | | Claim Number: 3817<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| OBERGFELL, VALERIE<br>1879 S GROVE ST<br>DENVER, CO 80219 | | Claim Number: 211<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $828.80 | Scheduled: | $828.80  CONT | Allowed: | $828.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

OBRIEN, SANDRA A
170 RAILROAD
BEN LOMOND, CA 95005

Claim Number: 9506
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $9,181.30 |
| SECURED | Claimed: | $0.00 |

---

OBRIEN, SANDRA A.
170 - RAILROAD AV
BEN LOMOND, CA 95005

Claim Number: 9335
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $13,330.25 |
| SECURED | Claimed: | $0.00 |

---

OCCHIOGROSSO, COSMO
1 STONEHAM CT
BRICK, NJ 08724

Claim Number: 7783
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,157.00 |
|---|---|---|

---

OCEAN CITY TOWN
ATTN: MARTHA BENNETT
OCEAN CITY  TAX OFC
BOX 5000
OCEAN CITY, MD 21843

Claim Number: 10426
Claim Date: 06/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| SECURED | Claimed: | $1,386.36 |
|---|---|---|

---

OETINGER, WILLIAM D.
3120 DAVISVILLE RD
HATBORO, PA 19040

Claim Number: 949
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $969.23 | Scheduled: | $1,148.30 CONT | Allowed: | $969.23 |
| UNSECURED | | | Scheduled: | $279.78 CONT | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| OETINGER, WILLIAM D.<br>3120 DAVISVILLE RD<br>HATBORO, PA 19040 | | Claim Number: 950<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $3,600.00 | | | | |
| OEY, FRANCIS K.S. - SEP IRA<br>TD AMERITRADE INC CUSTODIAN<br>2305 GRAND BLVD<br>HOLIDAY, FL 34690-4552 | | Claim Number: 9362<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,554.99 | | | | |
| OFFICE MAX<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563 | | Claim Number: 1388<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| ADMINISTRATIVE | Claimed: | $91,187.86 | | | | |
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 584<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| SECURED | Claimed: | $91,187.86 | | | | |
| UNSECURED | Claimed: | $95,289.28 | | | | |
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 9838-01<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10035 (06/09/2011) | | | | |
| UNSECURED | Claimed: | $113,652.30 | Scheduled: | $57,148.65 | Allowed: | $172,587.56 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

OFFICEMAX
ATTN ANNE FULLER
CREDIT SUPERVISOR
263 SHUMAN BLVD
NAPERVILLE, IL 60563-1255

Claim Number: 9838-02
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10035 (06/09/2011)

| | | | | Allowed: | $959.93 |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | |
| SECURED | Claimed: | $91,187.86 | | | |

OFFICES BY DESIGN
PO BOX 1142
ATTN JANET L GREER, MEMBER
HILLSBORO, OR 97123

Claim Number: 6595
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $6,320.12 | Scheduled: | $754.00 | Allowed: | $6,320.12 |
|---|---|---|---|---|---|---|

OFFICETEAM
2613 CAMINO RAMON #3
SAN RAMON, CA 94583-9128

Claim Number: 1627
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| UNSECURED | Claimed: | $13,560.98 | Scheduled: | $2,867.60 | Allowed: | $13,560.98 |
|---|---|---|---|---|---|---|

OFFICETEAM
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 1628
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $8,279.31 | Scheduled: | $7,173.02 | Allowed: | $8,279.31 |
|---|---|---|---|---|---|---|

OFFICETEAM
DIV. OF ROBERT HALF INTERNATIONAL
ATTN KAREN LIMA
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 1629
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $336.00 | Scheduled: | $1,556.80 | Allowed: | $336.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1631<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,130.77 | | Allowed: | $1,130.77 |

| | | |
|---|---|---|
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 9843<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $765.00 | Scheduled: | $1,377.00 | Allowed: | $765.00 |

| | | |
|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 10793<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $765.00 |

| | | |
|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 10794<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,560.98 |

| | | |
|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 10795<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,130.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 10796<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $336.00 | | |

| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 10798<br>Claim Date: 08/16/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,279.31 | | |

| OFOSU, ENOCH A.<br>10106 DEERCLIFF DR<br>TAMPA, FL 33647 | | Claim Number: 798<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |

| OGDEN DIRECTORIES<br>ATTN JANE TEMPEL, A/R<br>PO BOX 1113<br>ALTOONA, PA 16603-9902 | | Claim Number: 7460<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,990.00 | Allowed: | $1,990.00 |

| OGDEN, PAUL L.<br>123 FLORENCE BLVD<br>DEBARY, FL 32713-2030 | | Claim Number: 6619<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,244.54 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OGDEN, PAUL L.<br>123 FLORENCE BLVD<br>DEBARY, FL 32713-2030 | | Claim Number: 6620<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,245.56 |
| OGOREK, JOHN S.<br>29531 FIARWAY BLVD<br>WILLOWICK, OH 440954631 | | Claim Number: 1<br>Claim Date: 08/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $325.00 |
| OGOREK, JOHN S.<br>29531 FAIRWAY BLVD<br>WILLOWICK, OH 440954631 | | Claim Number: 52<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| SECURED | Claimed: | $325.00 |
| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL OPERATIONS BANKRUPTCY UNIT<br>ATTN JILL WHITWORTH, BWC ATTORNEY<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | | Claim Number: 1253<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $105,808.68 |
| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL OPERATIONS BANKRUPTCY UNIT<br>ATTN JILL WHITWORTH, BWC ATTORNEY<br>P.O. BOX 15567<br>COLUMBUS, OH 43215-0567 | | Claim Number: 4607<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID |
| PRIORITY | Claimed: | $502.78 | Allowed: | $502.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | | Claim Number: 1527<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $3,309.02 |
| UNSECURED | Claimed: | $0.00 |
| OHIO DEPARTMENT OF TAXATION<br>TAX COMMISSIONER<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | | Claim Number: 1743<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $266,403.27 |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | | Claim Number: 2887<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $264,403.27 |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | | Claim Number: 10041<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $264,403.27 |
| OHIO DEPARTMENT OF TAXATION<br>STATE OF OHIO<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | | Claim Number: 10652-01<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $90,581.41 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>STATE OF OHIO<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | | Claim Number: 10652-02<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | | | |
| UNSECURED | Claimed: | $12,202.50 | | | | | |
| OHIO MOBILE SHREDDING<br>ATTN TIMOTHY J. OBERST<br>PO BOX 307206<br>COLUMBUS, OH 43230 | | Claim Number: 1716<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $347.87 | | | | | |
| OHIO MOBILE SHREDDING<br>ATTN TIMOTHY J. OBERST, OWNER<br>PO BOX 307206<br>COLUMBUS, OH 43230 | | Claim Number: 2075<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $347.84 | Scheduled: | $223.34 | Allowed: | $347.84 |
| OKLAHOMA COUNTY TREASURER<br>FORREST "BUTCH" FREEMAN<br>320 ROBERT S KERR RM 307<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 1118<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | | | |
| SECURED | Claimed: | $157.05 UNLIQ | | | | | |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | | Claim Number: 1091<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | | | | |
| PRIORITY | Claimed: | $300.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON STE 2000<br>OKLAHOMA CITY, OK 73102-7471 | Claim Number: 1096<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | |

| PRIORITY | Claimed: | $100.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| | | |
|---|---|---|
| OKONCITY INC.<br>ATTN CHUKWUDERA OKOLI<br>P.O. BOX 301453<br>JAMAICA PLAIN, MA 02130 | Claim Number: 7166<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| OKUNIEWICZ, JOYCE M<br>78 STILLWATER RD<br>HARDWICK, NJ 78259562 | Claim Number: 8862<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| OLAFSSON, THOMAS<br>55 COTTAGE FARM RD.<br>BROOKLINE, MA 02446 | Claim Number: 10346<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | |

| PRIORITY | Claimed: | $366,360.15 |
|---|---|---|
| SECURED | Claimed: | $786,401.20 |
| UNSECURED | Claimed: | $48,807.40 |

| | | |
|---|---|---|
| OLD COLONY APPRAISAL LLC<br>48 HERITAGE WOODS<br>WALLINGFORD, CT 06492-4348 | Claim Number: 5231<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| OLD TAPPAN BOROUGH | | Claim Number: 6503 |
| BOROUGH OF OLD TAPPAN | | Claim Date: 12/28/2007 |
| ATTN ALLEN M. BELL, ESQ. | | Debtor: AMERICAN HOME MORTGAGE CORP |
| 277 OLD TAPPAN RD. | | Comments: EXPUNGED |
| OLD TAPPAN, NJ 07675 | | DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $40,779.74   UNLIQ |
| --- | --- | --- |

| OLDHAM, LOEL E. | | Claim Number: 5383 |
| 990 COUNTRY TRAIL | | Claim Date: 12/13/2007 |
| PLEASANTON, TX 78064 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $19,029.98 |
| --- | --- | --- |

| OLESON, KARL E. | | Claim Number: 6350 |
| 817 W. MAIN ST | | Claim Date: 12/24/2007 |
| FESTUS, MO 63028 | | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,271.45 |
| --- | --- | --- |

| OLIVARES, NANCY | | Claim Number: 695 |
| 19401 JERRILYN LN | | Claim Date: 09/13/2007 |
| HUNTINGTON BEACH, CA 926462729 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: EXPUNGED |
| | | DOCKET: 8297 (11/13/2009) |

| PRIORITY | Claimed: | $7,187.50 |
| --- | --- | --- |

| OLIVARES, NANCY | | Claim Number: 3872-01 |
| 19401 JERRILYN LN | | Claim Date: 11/30/2007 |
| HUNTINGTON BCH, CA 926462729 | | Debtor: AMERICAN HOME MORTGAGE CORP |
| | | Comments: PAID |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $90.00  CONT | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

OLIVARES, NANCY
19401 JERRILYN LN
HUNTINGTON BCH, CA 926462729

Claim Number: 3872-02
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $90.00 | Allowed: | $90.00 |
|---|---|---|---|---|

OLIVER, AGNES C.
2816 CRESTWOOD LANE
KILGORE, TX 75662

Claim Number: 5196
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

OLIVER, N.N.
1380 LARCHMONT DR.
BUFFALO GROVE, IL 60089

Claim Number: 9876
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,200.00 |
|---|---|---|

OLIVER, PRESTON C.
C/O JOHN T. OLIVER, SON W/POA
2205 NORDOH PLACE
ALEXANDRIA, VA 22306

Claim Number: 4342
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,412.95 |
|---|---|---|

OLSEN, KEN
60 CARNOUSTIE LN
SPRINGBORO, OH 45066

Claim Number: 3400
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $21,962.30 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| OLSIN, ALBERT<br>8381 N AKINS RD APT 101<br>N ROYALTON, OH 44133-4763 | | Claim Number: 3924<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| OMMUNDSON, RAYMOND & ARDITH<br>2076 W. EVENING STAR ROAD<br>POST FALLS, ID 83854 | | Claim Number: 5799<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,340.83 | | | | |
| OMNI PARTNERS I, L.P.<br>ATTN RICHARD CONNIFF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 8673<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $81,367.44 | | | Allowed: | $81,367.44 |
| ONE COMMUNICATIONS<br>ATTN JANICE RONAN<br>313 BOSTON POST RD WEST<br>MILLBURY, MA 01527 | | Claim Number: 3126<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $532.60 | Scheduled: | $469.60 | Allowed: | $532.60 |
| ONE OWINGS MILL CORP. CENTER ASSOC LP<br>ATTN SAMUEL B. GARBER, ESQ.<br>GENERAL GROWTH PROPERTIES, INC. AS AGENT<br>110 N. WACKER DR.<br>CHICAGO, IL 60606 | | Claim Number: 2179<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $89,999.66 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ONEILL, CARLY<br>98 S ZORANNE DR<br>FARMINGDALE, NY 11735 | | Claim Number: 8034<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,636.88 | Scheduled: | $3,069.22  CONT | Allowed: | | $1,636.88 |
| ONUSHCO, DENNIS J.<br>8310 SW 79TH CIRCLE<br>OCALA, FL 34476 | | Claim Number: 3811<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $10.50 | | | | | |
| UNSECURED | Claimed: | $303.54 | | | | | |
| OPEN ACCESS<br>ATTN P.D. LANGER, DIRECTOR OF FINANCE<br>ONE HUNTINGTON QUADRANGLE<br>STE 3512<br>MELVILLE, NY 11747 | | Claim Number: 9667<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $28,668.00 | | | | | |
| OPTION DIRECT<br>ATTN MORTON A.<br>610 NE 173RD TERRACE<br>MIAMI, FL 33317 | | Claim Number: 7874<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $43,448.04 | | | | | |
| ORACLE, USA INC, SUCCESSOR IN INTEREST<br>TO ORACLE CORPORATION<br>BUCHALTER NEMER C/O SHAWN CHRISTIANSON<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | | Claim Number: 7740<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED | | | | | |
| UNSECURED | Claimed: | $45,407.20 | | | Allowed: | | $42,407.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ORANGE & ROCKLAND<br>ATTN PHYLLIS J. DODGE,<br>SUPPORT OPERATIONS<br>390 WEST ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | | Claim Number: 9240<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,050.00 | Scheduled: | $2,004.31 | Allowed: | | $4,050.00 |
| ORANGE AND ROCKLAND UTILITIES, INC.<br>ATTN MARCIA MCLEOD, SUPERVISOR<br>390 W ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | | Claim Number: 1740<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $1,209.27 | | | | | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN RATNA D BUTANI, DEPUTY<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 8413<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $3,087.67 | Scheduled: | $0.00  UNDET | | | |
| SECURED | Claimed: | $120,139.34 | | | | | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 10595<br>Claim Date: 12/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $89,157.89 | | | | | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 10596<br>Claim Date: 12/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $1,557.91 | | | | | |
| SECURED | Claimed: | $13,682.34 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 10601<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) |
|---|---|---|
| PRIORITY | Claimed: | $1,557.91 |
| SECURED | Claimed: | $5,594.89 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN CHRISS W. STREET<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 10604<br>Claim Date: 12/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| ADMINISTRATIVE | Claimed: | $124,228.14 |
| ORANGEBURG APPRAISAL SERVICES<br>PO BOX 146<br>ST MATTHEWS, SC 29135 | | Claim Number: 10016<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $625.00 |
| ORANGEBURG COUNTY<br>P. O BOX 9000<br>ORANGEBURG, SC 29116 | | Claim Number: 7245<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $935.33 |
| ORBACZ, JEFFREY<br>18 INDIAN SPRINGS ROAD<br>KINGSTON, NY 12401 | | Claim Number: 10367<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORE CAL REAL ESTATE APPRAISAL<br>24770 OLD MALIN HWY<br>MALIN, OR 97632-9717 | | Claim Number: 2653<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $675.00 | | | | | |
| OREAR, PAMELA<br>9308 TIBBLE CREEK WAY<br>CHARLOTTE, NC 28227 | | Claim Number: 6972<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |
| ORELLANA, KIRK R.<br>16311 S DAN OCONNELL DR<br>PLAINFIELD, IL 605869008 | | Claim Number: 8971<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10131 (08/15/2011) | | | | | |
| PRIORITY | Claimed: | $576.00 | Scheduled: | $576.00 CONT | Allowed: | $576.00 |
| ORELLANA, TIFFANY<br>10741 MARY LN APT 2A<br>MOKENA, IL 60448-1721 | | Claim Number: 9230<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15 CONT | Allowed: | $286.15 |
| ORELLANO, CHRISTINA (TINA)<br>218 CRYSTAL LAKE RD<br>LK IN THE HLS, IL 60156-1257 | | Claim Number: 8023<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $80.77 | Scheduled: | $2,229.24 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ORELLANO, CHRISTINA (TINA)
218 CRYSTAL LAKE RD
LK IN THE HLS, IL 60156-1257

Claim Number: 8024
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $80.77  CONT | | |
| UNSECURED | Claimed: | $80.77 | | | Allowed: | $80.77 |

ORFIRER, DENNIS M.
1818 GLENDON AVENUE
#203
LOS ANGELES, CA 90025

Claim Number: 9510
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,512.00 |

ORIX CAPITAL MARKETS, LLC
ATTN GREG MAY
1717 MAIN STREET, STE 900
DALLAS, TX 75201

Claim Number: 9211
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 9711 (01/28/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $54,362,091.00  UNLIQ | Scheduled: | $73,009,000.00  UNDET DISP | |
| UNSECURED | Claimed: | $20,000,000.00  UNLIQ | | | |

ORLANS ASSOCIATES PC
ATTN MARSHALL ISAACS, ATTORNEY
PO BOX 5041
TROY, MI 48007

Claim Number: 6980
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7159 (03/25/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $204,630.15 |

ORLANS ASSOCIATES PC
ATTN MARSHALL ISAACS, ATTORNEY
PO BOX 5041
TROY, MI 48007

Claim Number: 10405
Claim Date: 05/20/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 7159 (03/25/2009)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $353,088.36 | | | |
| UNSECURED | | | | Allowed: | $353,088.36 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| ORR, JAMES S.<br>PO BOX 327<br>RUTHERFORD, TN 38369 | | Claim Number: 3405<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $788.95 | | | | |
| ORR, OSCAR DALE AND CHRISTINE M.<br>OSCAR DALE & CHRISTINE MARIE ORR REV<br>LIV TR DTD 3/17/93<br>7491 E HUBBARD RD<br>PONCA CITY, OK 74604 | | Claim Number: 4718<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $15,000.00 | | | | |
| ORTEGA, KARI<br>9261 E OAK RIDGE DR<br>ROCHELLE, IL 61068 | | Claim Number: 2430<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $840.00 | Scheduled:<br>Scheduled: | $3,489.36  CONT<br>$42.95  CONT | Allowed: | $840.00 |
| ORTH & ASSOCIATES,INC<br>8217 SANTA ROSA CT<br>SARASOTA, FL 342433007 | | Claim Number: 5974<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,825.00 | | | Allowed: | $2,825.00 |
| ORTIZ-CLIFFORD, SANDRA<br>344 TREMONT RD<br>LINDENHURST, NY 11757 | | Claim Number: 7812<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $173.65 | Scheduled: | $261.18  CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OSBORNE, CRAIG<br>RUTH & ALAN R. OSBORNE TTEE<br>ROBERT & RUTH OSBORNE INTRV TR<br>3544 SHADOWOOD DR.<br>VALRICO, FL 33596 | | Claim Number: 3341<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,501.24 |
| OSBORNE, TAMMY L. & ALAN R.<br>3544 SHADOWOOD DR.<br>VALRICO, FL 33596 | | Claim Number: 3275<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $557.95 |
| OSCEOLA COUNTY<br>ATTN PATSY HEFFNER<br>TAX COLLECTOR<br>PO BOX 422105<br>KISSIMMEE, FL 34742 | | Claim Number: 6027<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 3879 (04/28/2008) |
| PRIORITY | Claimed: | $46,096.76 |
| OSGOOD APPRAISAL SERVICES<br>ATTN JIM OSGOOD<br>4006 E. VIA MONTOYA DRIVE<br>PHOENIX, AZ 85050 | | Claim Number: 8352<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $1,395.00      Scheduled:      $450.00 |
| OSHAUNESY, IVA<br># 26<br>2605 SOUTH TOMAHAWK RD<br>APACHE JUNCTION, AZ 85219 | | Claim Number: 6326<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| OSHTEMO CHARTER TOWNSHIP<br>C/O JAMES W. PORTER, TOWNSHIP ATTY<br>7275 W. MAIN STREET<br>KALAMAZOO, MI 49009 | | Claim Number: 10899<br>Claim Date: 02/07/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | |
| PRIORITY | Claimed: | $348.01 | | | | |
| SECURED | Claimed: | $348.01 | | | | |
| TOTAL | Claimed: | $348.01 | | | | |
| OSTER, CHARLES<br>2521 4TH AVE NE<br>NAPLES, FL 34120-4940 | | Claim Number: 4861<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,842.00 | | | | |
| OSTERHOUT, CERA<br>751 MAPLEWOOD LN UNIT 9<br>KEWADIN, MI 49648-9171 | | Claim Number: 222<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $8,074.07 | | | | |
| OSTERHOUT, CERA<br>751 MAPLEWOOD LANE<br>#3 UNIT 9<br>KEWADIN, MI 49648 | | Claim Number: 6937<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92  CONT | Allowed: | $3,076.92 |
| OSTRANDER, CONNIE ANN & MICHAEL JAMES<br>137 LAKEVIEW DRIVE<br>WATAGA, IL 61488 | | Claim Number: 6572<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $185.80 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

OSTRANDER, KEITH R
102 TUCKAHOE CT
MELVILLE, NY 11747

Claim Number: 2815
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,407.69 | Scheduled: | $1,407.69 CONT | Allowed: | $1,407.69 |
|---|---|---|---|---|---|---|

OSTRANDER, LUKE T. & ESA, COVERDELL
4937 FOREST BEND
DALLAS, TX 75244

Claim Number: 7419
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,007.60 | | | | |
|---|---|---|---|---|---|---|

OSTROW, PHILIP S.
213 HERITAGE POINTE
MORGANTOWN, WV 26505-2831

Claim Number: 5772
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,184.00 | | | | |
|---|---|---|---|---|---|---|

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2135-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,786.75 | Allowed: | $4,887.25 |
|---|---|---|---|---|---|---|

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2135-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | | | Allowed: | $2,425.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| OTIS BROWN'S GOOD HANDS CLEANING<br>ATTN OTIS BROWN<br>POB 564<br>FARMINGTON, MI 48332 | | Claim Number: 2231<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 | |
| OTOOLE, LOREN J. II<br>209 NORTH MAIN ST.<br>PLENTYWOOD, MT 59254 | | Claim Number: 4331<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,313.00 | | | |
| OTT, BONNIE<br>305 EAST 40TH STREET<br>#16-L<br>NEW YORK, NY 10016 | | Claim Number: 6666<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,481.82 | | | |
| OTTENDORF, PAUL D<br>13131 WEXFORD HOLLOW<br>ROAD N<br>JACKSONVILLE, FL 32224 | | Claim Number: 9882<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69  CONT | |
| OUTLOOK MEDIA INC<br>ATTN MICHAEL DANIELS, SECY<br>815 N. HIGH ST, STE II<br>COLUMBUS, OH 43215 | | Claim Number: 2000<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $712.38 | | Allowed: | $712.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

OUTSOURCE SOLUTIONS LLC
ATTN J. KYLE KELLER, PRESIDENT
2833 TRINITY SQUARE DRIVE
STE 135
CARROLLTON, TX 75006

Claim Number: 2640
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,440.00 | Scheduled: | $13,440.00 | Allowed: | $13,440.00 |

OWEN APPRAISAL SERVICE
ATTN ROBERT J OWEN, OWNER
5450 STEVBENVILLE PIKE
MCKEES ROCKS, PA 15136

Claim Number: 3855
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,475.00 | | | Allowed: | $1,475.00 |

OWEN, DUSTIN R.
1610 WRENTHAM COURT
WINTER SPRINGS, FL 32708

Claim Number: 1283
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,506.45 | Scheduled: | $3,506.45  CONT | Allowed: | $3,506.45 |
| UNSECURED | | | Scheduled: | $160.38  CONT | | |

OWEN, JAMES E & MARYBETH, JT TEN
7422 N OKETO AVE
CHICAGO, IL 60631-4429

Claim Number: 8129
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,185.00 | |

OWEN, JAMES E.
7422 N OKETO AVE
CHICAGO, IL 60631-4429

Claim Number: 8128
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,195.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OWEN, JAMES E.<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8297<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,479.00 |
| OWEN, MARYBETH<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8130<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,143.00 |
| OWEN, MARYBETH<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | | Claim Number: 8331<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,267.00 |
| OWENS, CHARLES E.<br>19608 COACHMAN'S TRACE<br>CORNELIUS, NC 28031 | | Claim Number: 1975<br>Claim Date: 11/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,100.00 |
| OWENS, MYRON A.<br>7041 S 61ST ST<br>LINCOLN, NE 68516-5518 | | Claim Number: 4325<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $565.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| OWENS, RICHARD & SHARON<br>107 BAXTER ACRES<br>ST LOUIS, MO 63011 | | Claim Number: 7270<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | | Claim Number: 10134<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| SECURED | Claimed: | $60,000.00 |
| OYER, LELAND C.<br>336 N DENVER AVE<br>KANSAS CITY, MO 64123 | | Claim Number: 3860<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| OYER, LELAND C.<br>336 N DENVER AVE<br>KANSAS CITY, MO 64123 | | Claim Number: 3861<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| PACE, DON<br>248 PARKWOOD ST<br>RONKONKOMA, NY 11779 | | Claim Number: 1333<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) |
| PRIORITY | Claimed: | $11,579.17 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PACE, SALVATORE TRUSTEE FBO<br>SALVATORE PACE AND SOPHIE PACE TRUST<br>DTD DEC 22, 1992<br>49 DUBLIN DR<br>SCHENECTADY, NY 12309-1442 | | Claim Number: 6744<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $36,294.98 | | | |
| PACIFIC CREST BANK<br>ATTN SHANNON SPERRY, ATTORNEY<br>3500 188TH ST SW<br>LYNNWOOD, WA 98037-4763 | | Claim Number: 9732<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $294,375.85 | | | |
| PACIFIC CREST SAVINGS BANK<br>ATTN SHANNON SPERRY, ATTORNEY<br>3500 188TH ST SW<br>LYNNWOOD, WA 98037 | | Claim Number: 9660<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $294,375.85 | | | |
| PACIFIC GAS AND ELECTRIC COMPANY<br>BARBARA GREEN, BANKRUPTCY UNIT<br>PO BOX 8329<br>STOCKTON, CA 95208 | | Claim Number: 6373<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $5,429.61 | | | |
| PACIFIC POWER<br>ATTN BANKRUPTCY DEPT.<br>LISA FORTUNE, CUSTOMER SERVICE<br>PO BOX 25308<br>SALT LAKE CITY, UT 84125 | | Claim Number: 4600<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $109.83 | | Allowed: | $109.83 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PACIFIC RESIDENTIAL APPRAISAL<br>ATTN ERICK MOULD<br>4106 PORTER GULCH RD<br>APTOS, CA 950032711 | Claim Number: 2423<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | | |
| PACIFIC WEST APPRAISAL SERVICE<br>5912 BOLSA AVE STE 200<br>HUNTINGTN BCH, CA 926491170 | Claim Number: 4491<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,475.00 | | Allowed: | $1,475.00 |
| PACIFIC WEST SEARCH<br>ATTN DAVID RAUHOFF, PRESIDENT<br>1930 VILLAGE CENTER CIRCLE<br>#E-845<br>LAS VEGAS, NV 89134 | Claim Number: 2489<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 | Allowed: | $25,000.00 |
| PAGANO, SHARON<br>153 MILL RD<br>CHELMSFORD, MA 01824 | Claim Number: 9046<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $771.56<br>$0.00 | | | |
| PAGANO, SHARON A & PHILLIPS, ROBERT ROSS<br>153 MILL ROAD<br>CHELMSFORD, MA 01824 | Claim Number: 8991<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $5,168.00<br>$0.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PAGE, JANE D.
8365 EAST LEHIGH AVE.
DENVER, CO 80237-1639

Claim Number: 7568
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,325.00 | | | | | |

PAGE, NICOLE
713 HUSON AVE.
ROMEOVILLE, IL 60491

Claim Number: 8865
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00 CONT | Allowed: | $1,200.00 |

PAKAI, CHINUBHAI R. & RENUKA C.
13815 BAILIWICK TERRACE
GERMANTOWN, MD 20874

Claim Number: 6228
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,169.98 | | | | | |

PALAZZO, JOHN
6 DURSO AVE
METHUEN, MA 01844

Claim Number: 246
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,078.85 | | | Allowed: | $4,078.85 |

PALEN, RAYMOND J (RAY)
23 FRANCO AVE
SELDEN, NY 11784

Claim Number: 2340-01
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7612 (07/13/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $1,480.77 CONT | Allowed: | $1,480.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PALEN, RAYMOND J (RAY)<br>23 FRANCO AVE<br>SELDEN, NY 11784 | | Claim Number: 2340-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7612 (07/13/2009) |
|---|---|---|
| UNSECURED | Claimed: | $1,400.00 |
| PALERMO, JOSEPH CM<br>848 HESPER ST<br>METAIRIE, LA 70005-2042 | | Claim Number: 5005<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,034.95 |
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | | Claim Number: 1987<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 2295 (12/04/2007) |
| SECURED | Claimed: | $3,159.64   UNLIQ |
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | | Claim Number: 1988<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $2,908.23   UNLIQ |
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | | Claim Number: 1989<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 2159 (11/20/2007) |
| SECURED | Claimed: | $3,568.26   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 1990<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 2419 (12/17/2007) | |

| SECURED | Claimed: | $3,089.83   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 2032<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| SECURED | Claimed: | $189.41   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 2033<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| SECURED | Claimed: | $1,378.77   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 2089<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| PRIORITY | | | Scheduled: | $2,310.63  DISP CONT |
|---|---|---|---|---|
| SECURED | Claimed: | $1,594.58   UNLIQ | | |

| | | |
|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 2090<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| SECURED | Claimed: | $43.59   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PALM BEACH COUNTY TAX COLLECTOR
ATTN MICHELLE M. COUNTEMANCHE
POST OFFICE BOX 3715
WEST PALM BEACH, FL 33402-3715

Claim Number: 2091
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: WITHDRAWN
DOCKET: 2715 (01/14/2008)

| SECURED | Claimed: | $6,105.11   UNLIQ |
| --- | --- | --- |

---

PALMER HOUSE HILTON, THE
C/O DAVID J HARRIS
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Number: 229
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: ALLOWED
DOCKET: 6907 (01/29/2009)

| PRIORITY | Claimed: | $773,328.60 | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | | | | Allowed: | $600,000.00 |

---

PALMER, CHERYL A.
176 RUNYON RD
CEDARTOWN, GA 30125-5550

Claim Number: 9983
Claim Date: 02/20/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $2,500.00 |
| --- | --- | --- |

---

PALMER, JERROLD
1931 E RIDGEWOOD
GLENVIEW, IL 60025

Claim Number: 9048
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7504 (06/05/2009)

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $10,950.00  CONT | Allowed: | $5,000.00 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $85,050.00  CONT | | |

---

PALMER, JOHN W.
4216 RICHWOOD CT
NAPERVILLE, IL 60564

Claim Number: 6111
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,000.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PALMER, MARK J.<br>P.O. BOX 310<br>GUY, TX 77444 | | Claim Number: 5885<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $885.00 |
| PALMER, RALPH<br>116 CAITLIN LANE<br>HAMILTON, NJ 08691 | | Claim Number: 3232<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,570.34 |
| PALMER, RALPH<br>116 CAITLIN LANE<br>HAMILTON, NJ 08691 | | Claim Number: 3233<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,570.34 |
| PALMER, REED<br>254 SWEET BAY PLACE<br>CARRBORO, NC 27510 | | Claim Number: 7330<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,500.00 |
| PALMER, STANLEY A &<br>WANDA P PALMER JT TEN<br>769-B TERNI LANE<br>SANTA BARBARA, CA 93105-4431 | | Claim Number: 2858<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $15,661.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PALMER, STANLEY A. AND WANDA P.<br>JTWROS<br>769-B TERNI LANE<br>SANTA BARBARA, CA 93105-4431 | | Claim Number: 3681<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $8,093.00 | | | | | |
| UNSECURED | Claimed: | $8,093.00 | | | | | |
| TOTAL | Claimed: | $8,093.00 | | | | | |
| PALMER, THOMAS A.<br>1104 DREON<br>CLAWSON, MI 48017 | | Claim Number: 6568<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | | |
| PALMER, THOMAS A.<br>179 WOODSTOCK RD.<br>VILLANOVA, PA 19085 | | Claim Number: 8292<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $31,332.43 | | | | | |
| PALMISANO, MICHAEL J.<br>SIMPLE IRA E*TRADE CUSTODIAN<br>409 SURF ROAD<br>MELBOURNE BEACH, FL 32951-2651 | | Claim Number: 6074<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,239.98 | | | | | |
| PALOMINO, BARBARA<br>PO BOX 277944<br>MIRAMAR, FL 33027 | | Claim Number: 4257<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $882.00 | Scheduled: | $1,764.00  CONT | Allowed: | $882.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PALOUSE APPRAISALS
ATTN MR. PATRICK
462 RIDGE RD
MOSCOW, ID 83843

Claim Number: 2809
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $875.00 | |

PALUMBO, EDWARD A., TTEE
1204 BURR RIDGE CLUB
BURR RIDGE, IL 60527

Claim Number: 9291
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,156.25 |
| UNSECURED | Claimed: | $24,950.00 |

PALUMBO, JAMES
1530 DIEMAN LANE
EAST MEADOW, NY 11554

Claim Number: 1711
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,174.85 | Scheduled: | $7,762.27 CONT | Allowed: | $5,174.85 |

PAN, HUIFANG
22214 OVERVIEW LANE
BOYDS, MD 20841

Claim Number: 7111
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $779.99 |

PAN, SHIYAN AND CHEN, CHULING
JT WROS
94-23 VAN ARSDALE DR
VIENNA, VA 22181

Claim Number: 7456
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $146.30 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PAN, THERESA STONE TTEE<br>THERESA STONE PAN CRUT IV<br>1650 CULERA CREEK HEIGHTS DR<br>MILPITAS, CA 95035 | | Claim Number: 9781<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| SECURED | Claimed: | $28,574.00 |
| PAN, THERESA STONE TTEE<br>THERESA STONE PAN CRUT III<br>U/A 6/26/97<br>1650 CULERA CREEK HEIGHTS DR<br>MILPITAS, CA 95035 | | Claim Number: 9782<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $985.32 |
| PAN-L-TEK OFFICE FURNITURE<br>ATTN: ROBERT W. HLAVON, OWNER<br>4220 PERIMETER DRIVE<br>COLUMBUS, OH 43228 | | Claim Number: 9933<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $1,551.25 |
| PANDURI, GIUSEPPE<br>698 ART ST<br>LONG BRANCH, NJ 07740 | | Claim Number: 844<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |
| UNSECURED | Claimed: | $350.00    Allowed:    $350.00 |
| PANELLA, GEORGE T., IRA<br>25 BRIDLEWOOD RD<br>SOUTH WINDSOR, CT 06074 | | Claim Number: 7298<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,937.28 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| PANELLA, GEORGE T., ROTH IRA<br>25 BRIDLEWOOD RD<br>SOUTH WINDSOR, CT 06074 | | Claim Number: 7323<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $642.49 | | |
| PANNUCCI, JAMES A.<br>5604 WOODLYN ROAD<br>FREDERICK, MD 21703 | | Claim Number: 10247<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $4,345.00 | Allowed: | $4,345.00 |
| PANSBY, NEIL M.<br>2378 VISTA DEL LAGO DR<br>VALLEY SPGS, CA 95252-9380 | | Claim Number: 10125<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| PANSKY FAMILY TRUST, THE<br>IRIS PANSKY, TTEE<br>2647 S.W. VISTA AVE.<br>PORTLAND, OR 97201-1793 | | Claim Number: 8505<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $33,450.99 | | |
| PANY, STEVE<br>P.O. BOX 662<br>PRIOR LAKE, MN 55372 | | Claim Number: 5049<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,005.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PANZER, JOEL S.<br>1101 ISAAC DRIVE<br>LINCOLN, NE 68521-5312 | | Claim Number: 5641<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,783.15 | | | | | |
| PANZINI, CLAUDIA<br>1650 LEWIS RD<br>MERRICK, NY 11566 | | Claim Number: 1540<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,634.62 | | | | Allowed: | $1,634.62 |
| PAO, FRANK BRIAN JR.<br>4661 NUNN STREET<br>BRENTWOOD, CA 94513 | | Claim Number: 2362<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY | Claimed: | $250.00 | Scheduled: | $250.00  CONT | | Allowed: | $250.00 |
| PAPA, HERMAN D.<br>22 BATTERY ST, STE 333<br>SAN FRANCISCO, CA 94111 | | Claim Number: 4147<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $466,178.68 | | | | | |
| PAPADOPOULOS, CONSTANTINOS (DINO)<br>1 FRIENDS RD<br>SETAUKET, NY 11733 | | Claim Number: 2631<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $6,923.08  CONT | | Allowed: | $4,615.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PAPE, PAUL<br>215 LN 101A HAMILTON LAKE<br>HAMILTON, IN 46742 | | Claim Number: 6959<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $3,750.00 |
| PAPE, RONALD & LOIS<br>1412 FORRES AVE<br>SAINT JOSEPH, MI 49085 | | Claim Number: 3685<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,619.99 |
| PAPKA, BENJAMIN<br>2 BUCKINGHAM RD<br>FORT LEE, NJ 07024 | | Claim Number: 3714<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $23,800.00 |
| PAPPAS, SPYROS<br>85 LUCAS AVENUE<br>KINGSTON, NY 12401 | | Claim Number: 5158<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $138,463.00 |
| PAPPAS, YOTA<br>85 LUAS AVENUE<br>KINGSTON, NY 12401 | | Claim Number: 5159<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $38,493.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PAPSO, FRANCIS J.<br>422 VALLEYBROOK DRIVE<br>LANCASTER, PA 17601 | | Claim Number: 7219<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,512.08 | | |
| PARADIS, MIKE E.<br>2370 MILL CREEK ROAD<br>COUNCIL, ID 83612 | | Claim Number: 9375<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,862.00 | | |
| PARADISE APPRAISALS<br>2076 J AND C BLVD<br>NAPLES, FL 341096214 | | Claim Number: 8813<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |
| PARADY, STEVE<br>SPECIAL ACCOUNT<br>8427 S. TERRACE RD<br>TEMPE, AZ 85284 | | Claim Number: 6424<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $20,269.53 | | |
| PARAMOUNT APPRAISAL SVCS INC<br>ATTN JOSEPH A. MURRAY, JR<br>PO BOX 5401<br>N BRANCH, NJ 08876-1304 | | Claim Number: 6796<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $287.00 | Allowed: | $287.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PARELMAN, JEAN LEE<br>402 W 50TH ST<br>KANSAS CITY, MO 64112 | | Claim Number: 5147<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| PARIKH, AMIT N.<br>1159 COLD LN<br>SOUTH LYON, MI 48178 | | Claim Number: 8993<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $1,183.38 |
| UNSECURED | Claimed: | $1,183.38 |
| TOTAL | Claimed: | $1,183.38 |
| PARISH, JOSEPH G. PSP DTD 1/1/89<br>JOSEPH G PARISH TTEE<br>2942 LEXINGTON RD<br>LOUISVILLE, KY 40206-2934 | | Claim Number: 5808<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| PRIORITY | Claimed: | $47,632.00 |
| PARK NATIONAL BANK AND TRUST OF CHICAGO<br>JOSEPH ARONAUER, ESQ.<br>ARONAUER, RE & YUDELL, LLP<br>444 MADISON AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 1871<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10132 (08/15/2011) |
| SECURED | Claimed: | $872,531.00 |
| UNSECURED | Claimed: | $0.00 |
| PARK PLACE APPRAISAL GROUP INC<br>ATTN REGINA C. ROWS<br>243 S PARK PLACE DR<br>BARTLETT, IL 60103 | | Claim Number: 4485<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $1,381.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PARKER, DAVID
C/O THOMAS P. KELLY
LAW OFFICES OF PETER G. ANGELOS
100 N. CHARLES STREET, 22ND FLOOR
BALTIMORE, MD 21201

Claim Number: 8391
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC

| UNSECURED | Claimed: | $118,004.03 |
|---|---|---|

PARKER, GEORGE M. & JANE H.
6 BAHIA LANE
HOT SPRINGS VILLAGE, AR 71909

Claim Number: 9123
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

PARKER, JOHN H. JR.
1460 E. GREEN ST
PERRY, FL 32348

Claim Number: 6182
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

PARKER, KESHIA M
11 JEAN DR
NORTH BABYLON, NY 11703

Claim Number: 3687
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $544.00 | Allowed: | $544.00 |
|---|---|---|---|---|

PARKINS, BARBARA E.
104D WENDOVER DRIVE
MONROE, CT 06468

Claim Number: 9460
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $52,957.97 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| PARKINS, LARRY<br>773 ROLLING GREENDRIVE<br>WEST SACRAMENTO, CA 95605 | | Claim Number: 10372<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | |
| SECURED | Claimed: | $588,000.00 | | |
| PARKS, RONALD J.<br>1329 UPTON AVE. N<br>MINNEAPOLIS, MN 55411 | | Claim Number: 4310<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,169.00 | | |
| PARKWEST PROP. APPRAISALS INC.<br>ATTN MATTHEW NOLAN<br>PO BOX 266<br>MANASQUAN, NJ 08736 | | Claim Number: 2176<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
| PARMET, LOIS K.<br>UTA CHARLES SCHWAB & CO INC<br>IRA CONTRIBUTORY DTD 09/20/97<br>2 LYNWOOD RD<br>SCARSDALE, NY 10583 | | Claim Number: 7187<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $17,684.96 | | |
| PARODI, JOHN F. - TRUSTEE<br>6201 SURFLANDING LANE<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 5364<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $24,940.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| PAROTTI, PAUL<br>8210 SAN DIMAS RD<br>ATASCADERO, CA 93422 | | Claim Number: 2353-01<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8849 (05/12/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $37,816.15 | Scheduled: | $5,746.18 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $20,075.35 CONT | | |
| PAROTTI, PAUL<br>8210 SAN DIMAS RD<br>ATASCADERO, CA 93422 | | Claim Number: 2353-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8849 (05/12/2010) | | | | |
| UNSECURED | Claimed: | $15,816.66 | | | Allowed: | $16,198.28 |
| PARRISH APPRAISAL SERVICE LTD.<br>6121 LAKESIDE DR STE 155<br>RENO, NV 895118533 | | Claim Number: 1612<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $75.00 | | | | |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 100<br>RENO, NV 89511 | | Claim Number: 1613<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 153<br>RENO, NV 89511 | | Claim Number: 2832<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 153<br>RENO, NV 89511 | | Claim Number: 2846<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $400.00 | | | | Allowed: | $400.00 |
| PARRISH, ANITA B<br>3214 MURRAY HILL LOOP<br>KISSIMMEE, FL 34758 | | Claim Number: 5662<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,204.00 | Scheduled: | $1,204.00  CONT | | Allowed: | $1,204.00 |
| PARRISH, DAVID E.<br>4017 HUNTER WAY<br>FORT SMITH, AR 72903 | | Claim Number: 3436<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| SECURED | Claimed: | $5,500.00 | | | | | |
| PARRY, OLIVER W & BRACKETT, ALLEN V<br>6603 NW 25TH CT<br>BOCA RATON, FL 33496 | | Claim Number: 4584<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $5,330.30 | | | | | |
| PARTAIN, RUDY M.<br>166 CO RD 659<br>PO BOX 1255<br>ATHENS, TN 37371-1255 | | Claim Number: 3406<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| PARTAP, HIMANSHU<br>24 STRATFORD CT<br>BELLMORE, NY 11710 | | Claim Number: 460<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $3,750.00 | Scheduled: | $3,750.00 CONT | Allowed: | $3,750.00 |
| PARTNERS APPRAISAL GROUP, INC.<br>ATTN SCOTT PEKARCHIK<br>2679 ROUTE 70 STE G<br>MANASQUAN, NJ 08736 | | Claim Number: 133<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $850.00 | | | Allowed: | $850.00 |
| PARTNERS APPRAISAL GROUP, INC.<br>ATTN SCOTT PEKARCHIK<br>2679 ROUTE 70 STE G<br>MANASQUAN, NJ 08736 | | Claim Number: 134<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $950.00 | | | Allowed: | $950.00 |
| PARTNERS, MOSS<br>C/O STEVEN MOSS<br>98 LAKE DRIVE<br>NEW HYDE PARK, NY 11040 | | Claim Number: 2917<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,676.31 | | | | |
| PASANISE, MIKE<br>1518 S ADAMS ST<br>SPOKANE, WA 99203 | | Claim Number: 1191<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| PASCO COUNTY, FLORIDA<br>MIKE OLSON<br>PASCO COUNTY TAX COLLECTOR<br>POST OFFICE BOX 276<br>DADE CITY, FL 33526-0276 | | Claim Number: 3352<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $215.07  UNLIQ | Scheduled: | $88.95  DISP CONT | | |
| PASINI, RICHARD J.<br>PO BOX 82<br>HICKSVILLE, NY 11802-0082 | | Claim Number: 470<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,281.00 | | | Allowed: | $1,281.00 |
| PASQUALE, LISA MARIE<br>2400 26TH AVE S<br>MINNEAPOLIS, MN 554061245 | | Claim Number: 7954<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $8,210.00<br>$1,271.35 | | | | |
| PASQUALE, LISA MARIE<br>2400 26TH AVE SOUTH<br>MINNEAPOLIS, MN 554061245 | | Claim Number: 8474<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $3,000.00 | | | Allowed: | $3,000.00 |
| PASQUARELLO, PATRICIA<br>200 BAYVIEW AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 5186<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT | Allowed: | $420.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PASQUILL, JAMES M.<br>2087 PEBBLE BEACH BLVD.<br>ORLANDO, FL 32826-5225 | | Claim Number: 5458<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| PASSANIESE,  MICHAEL<br>1518 S ADAMS ST<br>SPOKANE, WA 99203 | | Claim Number: 609<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
| UNSECURED | Claimed: | $500.00 |
| PASTORE, ANGELA J.<br>290 COLLINS AVE. - # 8E<br>MT. VERNON, NY 10552 | | Claim Number: 8519<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,107.30 |
| PATEL, DENNY<br>274 S. EARLHAM ST.<br>ORANGE, CA 92869 | | Claim Number: 4513<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,616.00 |
| PATEL, JYOTHI<br>2576 WARM SPRINGS LANE<br>NAPERVILLE, IL 60564 | | Claim Number: 10196<br>Claim Date: 04/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC |
| UNSECURED | Claimed: | $7,000.00 | Allowed: | $7,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PATEL, RAMA N.<br>350 MAYO LN<br>BLOOMINGDALE, IL 60108 | Claim Number: 4110<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $1,842.00 |
|---|---|---|

| | | |
|---|---|---|
| PATEL, SURESH & GULABBEN - JT TEN<br>24913 WILLIMET WAY<br>HAYWARD, CA 94544-1761 | Claim Number: 7448<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| PATERNO, ANDREW IRA<br>INDIVIDUAL RETIREMENT ACCOUNT<br>RBC DAIN RAUSCHER CUSTODIAN<br>16-06 LUCENA DR<br>FAIR LAWN, NJ 07410-5358 | Claim Number: 6800<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| PATES, HUGH D.<br>10852 LAMENTIN COURT<br>SAN DIEGO, CA 92124 | Claim Number: 10057<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,435.69 | Allowed: | $2,435.69 |

| | | |
|---|---|---|
| PATHAK, RAMESH<br>31 BLAISDELL WAY<br>FREMONT, CA 94536 | Claim Number: 5886<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) | |

| UNSECURED | Claimed: | $29,825.04 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PATRICIA L. COOK
PO BOX 2262
BREVERD, NC 28712

Claim Number: 2680
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | |

PATRICK L RICE INC
ATTN PATRICK L RICE, PRESIDENT
PO BOX 1207
SPARKS, NV 89432-1207

Claim Number: 7707
Claim Date: 01/08/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,342.50 | | Allowed: | $4,342.50 |

PATRICK MANLEY FREYA DENITTO SHAWN ONEIL
CHRISTIAN KOHL & T MARINOVICH 04CV-08606
DAN GETMAN, LAW OFFICE OF DAN GETMAN
9 PARADIES LANE
NEW PALTZ, NY 12561

Claim Number: 7746
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,651,254.79 | Scheduled: | $0.00 UNLIQ | Allowed: | $1,651,254.79 |

PATRICK, G. BRYAN JR.
481 SANTEE DRIVE
SANTEE, SC 29142

Claim Number: 7700
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,038.22 |

PATRICK, GEORGE B. TTEE
D. EVELYN THORNLEY PATRICK TRUST B
U/A DTD 7/26/1994
481 SANTEE DRIVE
SANTEE, SC 29142

Claim Number: 7699
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,335.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| PATTEN FAMILY LIVING TRUST AGRMT UA<br>5-16-06 DAVID C PATTEN/PATRICIA PATTEN<br>3100 N STRATHAM PT<br>HERNANDO, FL 34442-5442 | | Claim Number: 3509<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,623.48 | | | | | |
| PATTEN, MARIE<br>229 HUNNEWELL AVE<br>ELMONT, NY 11003 | | Claim Number: 666<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $675.00 | | | Allowed: | | $675.00 |
| PATTEN, PATRICIA C., ROTH IRA<br>TD AMERITRADE CLEARING-CUSTODIAN<br>3100 N STRATHAM PT<br>HERNANDO, FL 34442-5442 | | Claim Number: 3510<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,563.59 | | | | | |
| PATTERSON, JOSEPH<br>9 MARIANNA PL<br>EAST ISLIP, NY 11730-3225 | | Claim Number: 969<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $3,186.54 | Scheduled: | $3,186.54 CONT | Allowed: | | $3,186.54 |
| PATTERSON, MICHELLE<br>8204 GLEAVES COURT<br>ALEXANDRIA, VA 22309 | | Claim Number: 3284<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,316.00 | Scheduled: | $1,316.00 CONT | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PATTERSON, MICHELLE
8204 GLEAVES COURT
ALEXANDRIA, VA 22309

Claim Number: 3285
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,452.45 | Scheduled: | $1,452.45 CONT | Allowed: | $1,452.45 |

PATTERSON, TRUDY
18728 LLOYD CIRCLE
DALLAS, TX 75252

Claim Number: 3834
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,961.54 | Scheduled: | $2,961.54 CONT | Allowed: | $2,961.54 |

PATTERSON, WILLIAM R.
27 CANDICE COURT
LANCASTER, NY 14086-1205

Claim Number: 6415
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $8,744.46 |
| UNSECURED | Claimed: | $8,744.46 |
| TOTAL | Claimed: | $8,744.46 |

PATTISON, ROBERT G.
2120 PALAZZA DR
SARASOTA, FL 34238

Claim Number: 3801
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,225.00 |

PATTON BOGGS, LLP
ATTN IRA A FISHMAN, COO
2550 M STREET NW
WASHINGTON, DC 20037-1350

Claim Number: 4305
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $889.30 UNLIQ |

---

| PATTON, MICHELE<br>7300 KEY DEER CIRCLE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 1408<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $615.36 | Scheduled: | $615.36  CONT | Allowed: | $615.36 |
| PATTON, NATHANIEL<br>12623 W BENT TREE DR<br>PEORIA, AZ 85383-3950 | | Claim Number: 5835<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $271.04 | Scheduled: | $271.04  CONT | | |
| PAUL A. ANDERSON & ELVADEEN F. ANDERSON<br>TRUST - ELVADEEN F. ANDERSON TTEE<br>UAD NOV 1, 1988<br>2672 BARBARARADALE CIRCLE<br>LAS VEGAS, NV 89146 | | Claim Number: 9906<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| PAUL M WINSLOW TR<br>UA PAUL M WINSLOW<br>SEPERATE PROP TRUST<br>7521 DINSDALE<br>DOWNEY, CA 90240 | | Claim Number: 3435<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,356.00 | | | | |
| PAULINE M CLARK<br>5721 CHETHAM HILL<br>PINSON, AL 35126-3561 | | Claim Number: 2651<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $32,980.69 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PAULSON, ALGOTH B.
4323 DIVISION STREET, STE 204
METAIRIE, LA 70002

Claim Number: 2405
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | Allowed: | $550.00 |
|---|---|---|---|---|---|---|

PAULSON, PEGGY Y.
651 SADDLEWOOD DR
LAWRENCEVILLE, GA 30043-3153

Claim Number: 7282
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,843.95 |
|---|---|---|

PAULSON, PEGGY Y.
651 SADDLEWOOD DR
LAWRENCEVILLE, GA 30043-3153

Claim Number: 7283
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,938.78 |
|---|---|---|

PAVONE, CHERYL L (CHERRIE)
1744 SWORD DANCER DR
VIRGINIA BEACH, VA 23454

Claim Number: 2620
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $334.62 | Scheduled: | $334.62 CONT | Allowed: | $334.62 |
|---|---|---|---|---|---|---|

PAVONE, CHERYL L.
1744 SWORD DANCER DR
VIRGINIA BEACH, VA 23454

Claim Number: 720
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| PRIORITY | Claimed: | $334.60 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| PAW, PATRICK<br>309 HOUCHIN RD<br>BAKERSFIELD, CA 93304 | | Claim Number: 8255<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,650.00 | | | | |
| PAWTUCKET CITY<br>ATTN MICHAELA BOLANO<br>INTEGRATIN SPECIALIST<br>PO BOX 1635<br>PROVIDENCE, RI 02901 | | Claim Number: 6803<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | | |
| PRIORITY | Claimed: | $1,901.16 | | | | |
| PAYNE, KATHERINE<br>3184 W CANYON AVE<br>SAN DIEGO, CA 92123 | | Claim Number: 9297<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,051.38 | | | | |
| PAYNELESS APPRAISALS<br>ATTN DEBORAH E. PAYNE, CO-OWNER<br>PO BOX 339<br>DUNNELLON, FL 34430 | | Claim Number: 2579<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |
| PAZORNIK, RICHARD B.<br>712 RESERVOIR ST<br>BALTIMORE, MD 21217 | | Claim Number: 751<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,475.00 | Scheduled: | $871.88  CONT | Allowed: | $4,475.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| PCI APPRAISALS<br>ATTN ANDRE LANIER, PRESIDENT<br>47 W POLK 100-289<br>CHICAGO, IL 60606 | | Claim Number: 9619<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$1,350.00 | | | | |
| PEACOCK BAKER, DEBORAH A<br>15 SPRING DR<br>TABERNACLE, NJ 08088-9137 | | Claim Number: 5198<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $959.61 | Scheduled: | $959.61 CONT | Allowed: | $959.61 |
| PEACOCK, VALORIE J<br>14712 E COLGATE DR<br>AURORA, CO 80014 | | Claim Number: 543<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $990.24 | | | | |
| PEACOCK, VALORIE J<br>14712 E COLGATE DR<br>AURORA, CO 80014 | | Claim Number: 544<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,897.96 | | | | |
| PEACOCK, VALORIE J (VAL)<br>14712 E COLGATE DR<br>AURORA, CO 80014 | | Claim Number: 3945<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,897.50 CONT | Allowed: | $1,650.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| PEACOCK, VALORIE J. | | Claim Number: 3937 | | | |
| 14712 E COLGATE DR | | Claim Date: 11/30/2007 | | | |
| AURORA, CO 80014 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | |
| | | Comments: EXPUNGED | | | |
| | | DOCKET: 3945 (05/02/2008) | | | |
| PRIORITY | Claimed: | $990.24 | | | |
| TOTAL | Claimed: | $990.00 | | | |

| PEAK TO PEAK APPRAISALS LLC | | Claim Number: 4431 | | | |
| 890 RIDGEVIEW AVE | | Claim Date: 12/04/2007 | | | |
| BROOMFIELD, CO 80020-6618 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| | | Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,450.00 | | Allowed: | $1,450.00 |

| PEARCE, JOAN M. | | Claim Number: 1380 | | | |
| 3634 SWEETGRASS LANE | | Claim Date: 10/02/2007 | | | |
| CHARLOTTE, NC 28226 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | Comments: PAID | | | |
| | | DOCKET: 6463 (10/27/2008) | | | |
| PRIORITY | Claimed: | $3,333.33 | | Allowed: | $3,333.33 |

| PEARLMAN, JAMIE | | Claim Number: 4892 | | | |
| 1545 RAINIER AVE | | Claim Date: 12/10/2007 | | | |
| PETAUMA, CA 94954-1568 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| | | Comments: PAID | | | |
| PRIORITY | Claimed: | $1,543.68 | Scheduled: | $1,543.68  CONT | Allowed: | $1,543.68 |

| PEARSON & ASSOCIATES, INC. | | Claim Number: 53 | | | |
| ATTN MICHAEL PEARSON, PRESIDENT | | Claim Date: 08/23/2007 | | | |
| 350 W KENSINGTON # 110 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| MOUNT PROSPECT, IL 60056 | | Comments: DOCKET: 7023 (02/17/2009) | | | |
| UNSECURED | Claimed: | $30,935.00 | Scheduled: | $7,350.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PEARSON ENTERPRISES
ATTN SAUNDRA G. PERSON
1176 ST. ANTHONY DR.
SLIDELL, LA 70460

Claim Number: 5374
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 | Allowed: | $475.00 |

PEARSON, ROBERT J.
2470 COACH & SURREY LANE
AURORA, IL 60506

Claim Number: 8515
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,861.30 |

PEARSON, WILLIAM EDWARD TOD
PO BOX 98
POTTERVILLE, MI 48876

Claim Number: 3440
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $793.82 |
| UNSECURED | Claimed: | $793.82 |
| TOTAL | Claimed: | $793.82 |

PECK, DAVID R. & ELIZABETH A. JT TEN
130 KAREN CT
PALATKA, FL 32177

Claim Number: 6822
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,023.19 |
| UNSECURED | Claimed: | $10,023.19 |
| TOTAL | Claimed: | $10,023.19 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| PECK, DAVID R., IRA<br>FCC AS CUSTODIAN<br>130 KAREN CT<br>PALATKA, FL 32177 | | Claim Number: 6823<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,502.83 | | | |
| UNSECURED | Claimed: | $7,502.83 | | | |
| TOTAL | Claimed: | $7,502.83 | | | |
| PECO ENERGY COMPANY<br>ATTN MICHAEL P. MURPHY, BANKRUPTCY REP<br>2301 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 1942<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $622.78 | | | |
| PEDERSEN, RUTH AND RICHARD<br>4229 W FAWN LAKE RD<br>SPRINGSTEAD, WI 54552 | | Claim Number: 6449<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,749.00 | | | |
| PEDERSEN, TAMMY<br>8840 HARPERS GLEN CT<br>JACKSONVILLE, FL 32256 | | Claim Number: 183<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7941 (08/11/2009) | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 | CONT |
| PEELE, TIM ROGER<br>1150 HUNGRYNECK BLVD #C-156<br>MT PLEASANT, SC 29464-3484 | | Claim Number: 10054<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | |
| SECURED | Claimed: | $100,000.00 | UNLIQ | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PEGRAM, VICTOR CECIL
1105 TOOLE CT
BILLINGS, MT 59105

Claim Number: 4090
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,779.61 |
|---|---|---|

PEI YUN SHEN
691 3RD AVENUE
SAN FRANCISCO, CA 94118

Claim Number: 10898
Claim Date: 02/07/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $14,000.00 |
|---|---|---|

PEKAR, MARTY
246 RYAN ROAD
GREENWICH, NY 12834

Claim Number: 4629
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

PELHAM, MICHAEL PAUL
1877 RED OAK DRIVE
FRANKLIN, IN 46131

Claim Number: 8354
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,500.00 | Allowed: | $1,500.00 |
|---|---|---|---|---|

PELICAN II, LLC
5 PALMWOOD SR
TYBEE ISLAND, GA 313289716

Claim Number: 7725
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PELLICCI, ROBERT J. AND JENNIFER JL.
154 BOYCE RD
PINE BUSH, NY 125666832

Claim Number: 254
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $350.00 |
|---|---|---|

---

PELLINNEN, J. WILLIAM & MAIJA
JT TEN
526 FORESTVIEW DR.
ATLANTIS, FL 33462

Claim Number: 6191
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $406.95 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

PELOSO, AZURE
4715 E HALIFAX ST
MESA, AZ 85205-4115

Claim Number: 6801
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $292.31 | Scheduled: | $292.31  CONT | Allowed: | $292.31 |
|---|---|---|---|---|---|---|

---

PENA VS. AMERICAN HOME MORTGAGE CORP.
US DISTRICT CT N DISTRICT IL 07CV552
DANIEL A. EDELMAN EDELMAN, COMBS,
120 SOUTH LASALLE STREET, 18TH FLOOR
CHICAGO, IL 60603

Claim Number: 8470
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3083 (02/26/2008)

| UNSECURED | Claimed: | $25,845.40  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|
| TOTAL | Claimed: | $27,658.01  UNLIQ | | |

---

PEND OREILLE COUNTY
PEND OREILLE CO TAX OFC
CHARLOTTE L DEMLOW, TREASURER
PO BOX 5080
NEWPORT, WA 99156

Claim Number: 2678
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6574 (11/13/2008)

| SECURED | Claimed: | $3,684.24 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| PENDER COUNTY<br>ATTN TERECA L. CRENSHAW, ASST. TAX COLL.<br>P.O. BOX 1047<br>BURGAW, NC 28425 | | Claim Number: 6457<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | | | |
| SECURED | Claimed: | $31.37 | | Allowed: | | $31.37 |
| PENDSE, RAJIV M.<br>23 LEAH WAY<br>PARSIPPANY, NJ 070543448 | | Claim Number: 3690<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,510.95 | | | | |
| PENG, TING FU & ENG CHIN<br>6315 FAIR OAKS AVE<br>BALTIMORE, MD 21214 | | Claim Number: 3954<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,107.07 | | | | |
| PENINSULA APPRAISALS<br>PO BOX 406<br>FISH CREEK, WI 54212 | | Claim Number: 2851<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $570.00 | | | | |
| PENN POWER<br>ATTN Y M JONES<br>PO BOX 3687<br>AKRON, OH 44309-3687 | | Claim Number: 4001<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $46.64 | Scheduled: | $46.64 | Allowed: | $46.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PENN WASTE INC<br>ATTN LYNN G ROHRBAUGH<br>CREDIT & COLLECTION SUPERVISOR<br>PO BOX 3066<br>YORK, PA 17402 | | Claim Number: 3076<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | | |
| UNSECURED | Claimed: | $472.10 | Scheduled: | $497.52 | Allowed: | $472.10 |

| | | |
|---|---|---|
| PENN, JOHN G. JR (IRA)<br>FCC AS CUSTODIAN<br>2301 FAIRMONT AVENUE<br>LAKELAND, FL 33803 | | Claim Number: 3162<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $14,990.02 |
| PENNER, WILLIAM F. RLT UA 3-9-06<br>17694 S.E. 93RD HAWTHRONE AVE.<br>LADY LAKE, FL 32162-3915 | | Claim Number: 6108<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,936.00 |
| PENNINGTON, BEN<br>2301 ADAMS CREEK DRIVE<br>CINCINNATI, OH 45231 | | Claim Number: 10286<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $30,913.55 |
| PENNINGTON, KATHLEEN<br>27 SLINGERLAND AVE<br>PEQUANNOCK, NJ 07440 | | Claim Number: 996<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $8,704.94 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PENNINGTON, KATHLEEN
27 SLINGERLAND AVE
PEQUANNOCK, NJ 07440

Claim Number: 1031
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $530.98 | | Allowed: | $530.98 |

PENNINGTON, MARILYN W.
4401 GLENDA WAY
DORAVILLE, GA 30360

Claim Number: 902
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,338.37 | Scheduled: | $2,007.55 CONT | Allowed: | $1,338.37 |

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1929
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $676,625.89 |
| UNSECURED | Claimed: | $111.78 |

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1930
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,326.00 |

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN JAMES M. FOSTER, CHIEF
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1931
Claim Date: 11/01/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $36,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1932<br>Claim Date: 11/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) |
| PRIORITY | Claimed: | $200.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1933<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
| PRIORITY | Claimed: | $639.00 |
| UNSECURED | Claimed: | $60.00 |
| PENNUCCI, BILL<br>11922 WHALERS LANE<br>MALIBU, CA 90265 | | Claim Number: 6329<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| PENROD, JAY M. & VERA M., TTEES<br>THE PENROD FAMILY TRUST<br>U/A DTD AUGUST 28, 1996<br>4011 PIMLICO DRIVE<br>PLEASANTON, CA 94588-3464 | | Claim Number: 4909<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,146.25   UNLIQ |
| PENTALPHA GROUP LLC<br>ATTN JILL GILBERT CALLAHAN, PRESIDENT<br>ONE GREENWICH OFFICE PARK NORTH<br>GREENWICH, CT 06831 | | Claim Number: 4404<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $292,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

PENTALPHA GROUP LLC
ATTN JILL GILBERT CALLAHAN, PRESIDENT
ONE GREENWICH OFFICE PARK NORTH
GREENWICH, CT 06831

Claim Number: 5702
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7233 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $292,500.00 | Scheduled: | $292,500.00 | Allowed: | $292,500.00 |

PEPCO
ATTN BANKRUPTCY DESK
701 NINTH STREET, N.W.
WASHINGTON, DC 20068-0001

Claim Number: 9247
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $405.00 | | Allowed: | $405.00 |

PEPCO HLDINGS, INC
ATTN BANKRUPTCY DIV / MAIL STOP 84CP42
5 COLLINS DRIVE, SUITE 2133
CARNEYS POINT, NJ 08069

Claim Number: 2940
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $510.68 |

PERDUE, ELIZABETH
309 CENTER ST
WRENS, GA 30833

Claim Number: 8902
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $8,815.45 |

PEREN, GILBERTO D (GIL)
25 LINDEN LN
SHIRLEY, NY 11967-2452

Claim Number: 4581
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10441 (05/04/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $205.80 | Scheduled: | $411.60 CONT | Allowed: | $205.80 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PEREYRA, CHRISTIAN<br>37 26 54TH STREET<br>WOODSIDE, NY 11377 | | Claim Number: 5462<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $1,759.05 | | | | | |
| PEREZ, DARIA<br>148A FIRST STREET<br>NEW PROVIDENCE, NJ 07974 | | Claim Number: 5219<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,605.77 | Scheduled: | $1,605.77 CONT | Allowed: | $1,605.77 |
| PEREZ, SCHANNIN<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | | Claim Number: 190<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| PRIORITY | Claimed: | $2,219.36 | | | | | |
| PEREZ, SCHANNIN D<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | | Claim Number: 2097<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,017.41 | Scheduled: | $2,017.41 CONT | Allowed: | $2,017.41 |
| PERKINS, HEIDI J.<br>5500 OLD LOGAN RD SE<br>LANCASTER, OH 43130 | | Claim Number: 383<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $840.00 | Scheduled: | $840.00 CONT | Allowed: | $840.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| PERKINS, LARRY<br>773 ROLLING GREEN DRIVE<br>WEST SACRAMENTO, CA 95605 | | Claim Number: 10272<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $588,000.00 |
| PERKINS, MARION H. AND ARTHUR J. JT WROS<br>W4577 COUNTY HWY R<br>MERRILL, WI 54452 | | Claim Number: 4378<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| PERKINS, SAM G. & CONNIE E., JTWROS<br>775 LONGBOAT CLUB RD<br>UNIT PH-7<br>LONGBOAT KEY, FL 34228 | | Claim Number: 7801<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| PERKINS, THOMAS J.<br>1009 OLD COUNTRY RD<br>ELMSFORD, NY 10523 | | Claim Number: 1285<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) |
| PRIORITY | | Scheduled:               $2,461.54  CONT |
| UNSECURED | Claimed: | $2,461.54 |
| PERKO, MARGARET<br>425 APPLETREE ROAD<br>CAMP HILL, PA 17011 | | Claim Number: 7263<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PERLSTADT, REID<br>55 CEDAR AVENUE<br>FARMINGDALE, NY 11735 | | Claim Number: 9488<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $2,000.00 |
| PERREN, IRENE A.<br>9209 HIGHLAND DRIVE<br>BRECKSVILLE, OH 44141 | | Claim Number: 8365<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $3,456.95 |
| PERRIN, GREGORY J<br>1053 SAN RAFAEL ST<br>ST AUGUSTINE, FL 32080 | | Claim Number: 3535<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,678.00 |
| PERROTT, CHARLES M.<br>147 CALLE OJO FELIZ, APT. N<br>SANTA FE, NM 87505 | | Claim Number: 7059<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,253.71 |
| PERRY APPRAISALS<br>C/O MATTHEW W. TIFFANY, ESQUIRE<br>770 INDEPENDENCE CIRCLE, STE 200<br>VIRGINIA BEACH, VA 23455 | | Claim Number: 5947<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $2,885.00 | Allowed: | $2,885.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| PERRY, CATHRYN<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | | Claim Number: 763<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,437.68 | | | | | |

| PERRY, CATHRYN D<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | | Claim Number: 2271<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,413.46 | Scheduled: | $3,754.81  CONT | Allowed: | $3,413.46 |

| PERRY, JARRETT<br>2122 JULIA GOLDBACH AVE.<br>RONKONKOMA, NY 11779 | | Claim Number: 10815<br>Claim Date: 12/08/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | | | | | |

| PERRY, JOHN TODD<br>3216 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | | Claim Number: 1277-01<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,617.38 | Scheduled: | $2,617.39  CONT | Allowed: | $2,617.38 |

| PERRY, JOHN TODD<br>3216 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | | Claim Number: 1277-02<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,650.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PERRY, JOSEPH<br>6719 E. LISERON<br>BOYNTON BEACH, FL 33437 | | Claim Number: 5290<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,000.00 | | | | | |
| PERRY, JOSEPH<br>25603 N WARWICK RD<br>TOWER LAKES, IL 60010 | | Claim Number: 8488-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,439.74 CONT<br>$245,066.55 CONT | Allowed: | $10,950.00 |
| PERRY, JOSEPH<br>25603 N WARWICK RD<br>TOWER LAKES, IL 60010 | | Claim Number: 8488-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $244,005.27 | | | | | |
| PERRY, JOSEPH<br>6719 E. LISERON<br>BOYNTON BEACH, FL 33437 | | Claim Number: 8489<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,439.74<br>$245,066.55 | | | | | |
| PERRY, MELVIN<br>7 TRADITIONS COURT<br>COLUMBIA, SC 29229 | | Claim Number: 10170<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED | Claimed: | $218,089.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PERRY, STEVE<br>508 S RIVER RD<br>ENTERPRISE, MS 393309100 | | Claim Number: 6439<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,001.90 |
| PERSON, EDWIN<br>9045 BECKHER<br>FLUSHING, MI 48433 | | Claim Number: 6156<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,949.95 |
| PESCATORE, JOHN J. AND CARMEL ANN<br>JT / WROS<br>12 E NOB HILL<br>ROSELAND, NJ 07068 | | Claim Number: 5438<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,916.00 |
| PESTMASTER SERVICES<br>ATTN GABRIEL CORDERO<br>PO BOX 966<br>IMPERIAL, CA 92251-0966 | | Claim Number: 2587<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $150.00 |
| PETAK, JERRY L.<br>699 HOLLOWBROOK CT<br>TERRE HAUTE, IN 47803-2478 | | Claim Number: 108<br>Claim Date: 08/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| UNSECURED | Claimed: | $450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

PETAK, JERRY L.
114 W COLE ST
MOUNT CARROLL, IL 61053

Claim Number: 2308
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | | Allowed: | $450.00 |

PETERS, JOANN & CHRIS
60 PETERS RD
BRIDGER, MT 59014

Claim Number: 5555
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,193.04 |

PETERS, KIMBERLY K (KIM)
8960 SUTTERS GOLD
DRIVE
SACRAMENTO, CA 95826

Claim Number: 6864
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,680.46 | Scheduled: | $1,811.75 CONT | Allowed: | $1,680.46 |

PETERS, PATRICIA
4911 W. TORREY PINES CIRCLE
GLENDALE, AZ 85308

Claim Number: 4481
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $147.69 | Scheduled: | $147.69 CONT | Allowed: | $147.69 |

PETERSCHICK, JEROME & HAZEL
601 HURON
LEWISTOWN, MT 59457

Claim Number: 6429
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,264.82 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PETERSEN, ERIC D
9 EVERGREEN RD
LADERA RANCH, CA 92694

Claim Number: 4337
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15  CONT | Allowed: | $1,846.15 |
|----------|----------|-----------|-----------|-----------------|----------|-----------|

PETERSON, JILL A
8748 MCKENDREE RD
WESLEY CHAPEL, FL 33544

Claim Number: 2616
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,903.88 | Scheduled: | $1,903.88  CONT | | |
|----------|----------|-----------|-----------|-----------------|--|--|

PETERSON, JOHN A. & JOAN R.
1201 YALE PL. # 1803
MINNEAPOLIS, MN 55403

Claim Number: 5464
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,000.00 |
|-----------|----------|------------|

PETERSON, OLGA C.
3678 IMPERIAL RIDGE PKY.
PALM HARBOR, FL 34684

Claim Number: 5258
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,542.00 |
|---------|----------|------------|

PETITTI, ANGELO
8014 FERNHILL AVE
PARMA, OH 44129

Claim Number: 10427
Claim Date: 06/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $18,000.00 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PETITTI, ANGELO A. & ANN R. &<br>NANETTE P RATHBUN TJWORS<br>8014 FERNHILL AVE<br>PARMA, OH 44129-2123 | | Claim Number: 2549<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| PETRASH, TERRY G. & BOBBIE G. JT TEN<br>4806 HWY 574<br>PLANT CITY, FL 33566-7952 | | Claim Number: 4515<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $25,578.13 |
| PETRASH, TERRY G. & BOBBIE G. JT TEN<br>4806 HWY 574<br>PLANT CITY, FL 33566-7952 | | Claim Number: 4516<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $25,609.38 |
| PETRELLA, ROBERT<br>106 ILFORD AVENUE<br>NORTH ARLINGTON, NJ 07031-5916 | | Claim Number: 3818<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,419.40 |
| PETRICK, JOSEPH & GLORIA<br>34 ATHENS AVE.<br>SOUTH AMBOY, NJ 08879 | | Claim Number: 9139<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $67,960.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PETRO, CHRITOPHER J.<br>56 TOWNSEND DRIVE<br>FLORHAM PARK, NJ 07932 | | Claim Number: 8627<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,400.00 |
| PETRUZZELLO, SUSANNE<br>775 RED BRIDGE RD.<br>ELLSWORTH, ME 04605 | | Claim Number: 5361<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,312.06 |
| PFE INTERNATIONAL, INC.<br>195 CHASTAIN MEADOWS COURT NW<br>KENNESAW, GA 30144-3724 | | Claim Number: 2676<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $153.76 | Allowed: | $153.76 |
| PFITZER, SANDRA MARTHA<br>34771 MORAVIAN, APT. 212<br>STERLING HEIGHTS, MI 48312 | | Claim Number: 8410<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $52,000.00   UNLIQ |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 2959<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) |
| UNSECURED | Claimed: | $7,370.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 2960<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $8,399.00 | | | |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQ<br>1617 JOHN F KENNEDY BLVD<br>ST 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 5559<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $10,419.00 | | | |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQ<br>1617 JOHN F KENNEDY BLVD<br>ST 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 5560<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments:<br>Amends claim number 2959 | | | |
| UNSECURED | Claimed: | $10,419.00 | Allowed: | $10,419.00 |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | | Claim Number: 9995<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| SECURED | Claimed: | $11,088.00 | | | |
| PHELPS, JOHN R.<br>482 BORDER HILL DR.<br>LOS ALTOS, CA 94024 | | Claim Number: 9996<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| SECURED | Claimed: | $41,588.91 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PHILBEE, RICK A
4465 DOENGES DR
FORT WAYNE, IN 46815

Claim Number: 7882
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,346.52 | Scheduled: | $1,346.52 CONT | Allowed: | $1,346.52 |
|---|---|---|---|---|---|---|

PHILLIPS BROTHERS LIMITED PARTNERSHIP
FBO GARY PHILLIPS
7908 NE LOOP 820
NORTH RICHLAND, TX 76180

Claim Number: 9799
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $57,755.00 |
|---|---|---|

PHILLIPS BROTHERS LIMITED PARTNERSHIP-
COLLEGE
7908 NE LOOP 820
NORTH RICHLAND, TX 76180

Claim Number: 9803
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4028, 4526 (06/11/2008)
OBJECTION WITHDRAWN PER N. GROW

| UNSECURED | Claimed: | $22,118.68 |
|---|---|---|

PHILLIPS, GREER H. AND LAURIE
JT WROS
2104 WHITE LANE
HASLET, TX 76052-4605

Claim Number: 9804
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,561.00 |
|---|---|---|

PHILLIPS, JAMES D
135 NW 109TH AVE APT 203
PEMBROKE PINES, FL 330265127

Claim Number: 3379
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,288.46 | Scheduled: | $1,288.46 CONT | Allowed: | $1,288.46 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PHILLIPS, JOHN D.<br>11329 WESTWIND DRIVE<br>FORT WAYNE, IN 46845-1356 | | Claim Number: 4811<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $5,000.00 |
| PHILLIPS, JOSEPH COLE & RITA A. JT TEN<br>302 GLENMEADE CIRCLE<br>MANAKIN SABOT, VA 23103 | | Claim Number: 3153<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,125.00 |
| PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.<br>ATTN BRENT A. YORK, ESQ.<br>480 MAIN STREET<br>PRESQUE ISLE, ME 04769 | | Claim Number: 8516<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $10,813.34 |
| PHILLIPS, RAYMOND<br>310 WHITEFORD LANE<br>EUBANK, KY 42567 | | Claim Number: 8416<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,512.00 |
| PHIPPS, PATRICIA A.<br>10608 CHAMPION LAKE TRL<br>TOMBALL, TX 77375 | | Claim Number: 10142<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $7,598.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PHOENIX SAVINGS BANK PACIFIC<br>3500 188TH ST SW STE 575<br>ATTN JEFFREY SMOOT, ATTORNEY<br>LYNNWOOD, WA 980374763 | | Claim Number: 9856<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $12,313.41<br>$330,654.87 | | | | | |
| PHOTOVAULT<br>8965 VALLEY FORD RD<br>PETALUMA, CA 949523717 | | Claim Number: 2084<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,279.00 | Scheduled: | $1,279.00 | | Allowed: | $1,279.00 |
| PICCIUCA, JANA L.<br>6 MAYWOOD PL<br>KINGS PARK, NY 11754 | | Claim Number: 392<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $846.15 | Scheduled: | $846.15  CONT | | Allowed: | $846.15 |
| PICKENS COUNTY<br>ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR<br>222 MCDANIEL AVE B6<br>PICKENS, SC 29671 | | Claim Number: 9763<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | | |
| PRIORITY | Claimed: | $186.67 | | | | | |
| PICKETT, LOIS I &<br>LAWRENCE H PICKETT JT TEN<br>2240 W 17TH<br>WICHITA, KS 67203-1503 | | Claim Number: 2669<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $9,885.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | | Claim Number: 7301<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,646.54 |

| | | |
|---|---|---|
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | | Claim Number: 7302<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,427.00 |

| | | | | |
|---|---|---|---|---|
| PIERCE COUNTY BUDGET & FINANCE<br>ATTN: ALEN RICHARDSON, FIELD AGENT<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | | Claim Number: 10005<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Amends claim number 3403 | | |
| SECURED | Claimed: | $771.01 | Allowed: | $771.01 |

| | | |
|---|---|---|
| PIERCE COUNTY, WASHINGTON<br>PIERCE COUNTY<br>ATTN ALLEN RICHARDSON, FIELD AGENT<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | | Claim Number: 3403<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | | Scheduled: $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| PIERCE, CHRIS<br>1123 LE GREEN ST<br>HOUSTON, TX 770094409 | | Claim Number: 5969<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00 UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PIERCE, DALE<br>QUEST MORTGAGE<br>8921 VETERANS MEMORIAL PARKWAY<br>O'FALLON, MO 63366 | | Claim Number: 9991<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $9,500.00 | | | | | |
| PIERCE, DALE ROBERT (DALE)<br>5129 WESTMINSTER PL<br>SAINT LOUIS, MO 631081120 | | Claim Number: 5164<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | | | Scheduled: | $576.92 CONT | | | |
| UNSECURED | Claimed: | $9,500.00 | | | | | |
| PIERCE, DANIEL R.<br>244 CREEKSTONE TRL<br>CALERA, AL 35040-4954 | | Claim Number: 2306<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $4,500.00 CONT | Allowed: | $3,000.00 |
| PIERCE, LISA<br>7102 ABRAHAMSON RD<br>LUDINGTON, MI 494318801 | | Claim Number: 2049<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $784.00 | Scheduled: | $784.00 CONT | Allowed: | $784.00 |
| PIERCE, LYDIA P.<br>9116 CHALICE CIRCLE<br>EVANS, GA 30809 | | Claim Number: 9405<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| PIERCE, ROLAND F. & LORENE M.<br>9114 RANGE ROAD<br>NEW ATHENS, IL 62264-1610 | | Claim Number: 4309<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| PIERINI, RONALD J.<br>P.O. BOX 143<br>CLOVIS, CA 93613 | | Claim Number: 10293<br>Claim Date: 04/28/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| PIERRE, JOHN<br>79 KARAS TRAIL<br>PALM COAST, FL 32164 | | Claim Number: 50<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| PIERSON, HARRY T.<br>3544 ENCHANTED FARM<br>SCHERTZ, TX 781543506 | | Claim Number: 4503<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,523.00 | | |
| PIERZINA & ASSOCIATES, INC.<br>PO BOX 270123<br>LITTLETON, CO 801270003 | | Claim Number: 67<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $475.00 | Allowed: | $475.00 |

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 68<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 69<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 70<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 71<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 72<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 73<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 74<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | | $350.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 75<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | | $300.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 76<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | | $325.00 |
| PIETROSKI, JOSEPH J<br>112 SILVER ROSE CRESCENT<br>MARKHAM, ON L6C 1W8<br>CANADA | | Claim Number: 8992<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $8,163.95 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| PIKE APPRAISAL COMPANY<br>ATTN LINDA PIKE, PRESIDENT<br>2201 BOUNDARY ST, UNIT 109<br>BEAUFORT, SC 29901 | | Claim Number: 2747<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,270.00 | Scheduled: | $2,270.00 | | |
| PIMA COUNTY, ARIZONA<br>PIMA COUNTY CIVIL ATTORNEY<br>32 N STONE SUITE 2100<br>TUCSON, AZ 85701 | | Claim Number: 540<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| SECURED | Claimed: | $517.00 | | | Allowed: | $517.00 |
| PIMENTEL, CARL P., IRA<br>OPPENHEIMER & CO INC CUST FBO<br>PO BOX 40159 | | Claim Number: 3582<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| PINAL COUNTY TREASURER<br>PINAL COUNTY TREASURERS OFFICE<br>DOLORES J DOOLITTLE<br>PO BOX 729<br>FLORENCE, AZ 85232-0729 | | Claim Number: 581<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $15,358.84 | | | | |
| PINE CREEK AGAWAM L.P.<br>ATTN JEFFREY M STROLE, ASST VICE PRES.<br>380 UNION STREET<br>WEST SPRINGFIELD, MA 01089 | | Claim Number: 8492-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $19,452.73 | | | Allowed: | $19,452.73 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| PINE CREEK AGAWAM L.P.<br>ATTN JEFFREY M STROLE, ASST VICE PRES.<br>380 UNION STREET<br>WEST SPRINGFIELD, MA 01089 | Claim Number: 8492-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $1,332.00 |
|---|---|---|

---

| PINEDA, JOSE L<br>119 RACQUET CLUB DRIVE<br>COMPTON, CA 90220 | Claim Number: 10306<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| PINEDA, RICARDO<br>744 W 173RD PLACE<br>GARDENA, CA 90247 | Claim Number: 1345<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | | | Scheduled: | $4,461.54 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,902.35 | | |

---

| PINELAND APPRAISAL INC.<br>ATTN RYAN T. KEANE, PRESIDENT<br>6 MILLS BROOK LANE<br>SHAMONG, NJ 08088 | Claim Number: 3036<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,250.00 | Allowed: | $1,250.00 |
|---|---|---|---|---|

---

| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A. GRAMLEY, TAX MANAGER<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | Claim Number: 1598<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $4,776.92 UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A. GRAMLEY, TAX MANAGER<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | | Claim Number: 1599-01<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8591 (02/18/2010) |
| SECURED | Claimed: | $562.31 |
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A. GRAMLEY, TAX MANAGER<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | | Claim Number: 1599-02<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8591 (02/18/2010) |
| UNSECURED | Claimed: | $112.46 |
| PINER, CONNIE E.<br>C/O HARTZELL & WHITEMAN, LLP<br>2626 GLENWOOD AVENUE, SUITE 500<br>RALEIGH, NC 27608 | | Claim Number: 8471<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) |
| UNSECURED | Claimed: | $158,938.00 |
| PINKAS, MARCELLA A<br>4119 CARROLLWOOD VILLAGE DR<br>CARROLLWOOD, FL 33618-8655 | | Claim Number: 9548<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9102 (08/09/2010) |
| UNSECURED | Claimed: | $9,147.80 |
| PINKAS, MARCELLA A<br>4119 CARROLLWOOD VILLAGE DR<br>CARROLLWOOD, FL 33618-8655 | | Claim Number: 9549<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9102 (08/09/2010) |
| UNSECURED | Claimed: | $12,739.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| PINKAS, MARCELLA A.<br>4119 CARROLLWOOD VILL DR<br>TAMPA, FL 33618 | | Claim Number: 10433<br>Claim Date: 07/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 9102 (08/09/2010)<br>Amends claim number 9548 and 9549 | | |
| UNSECURED | Claimed: | $21,887.55 | Allowed: | $21,877.55 |
| PINNACLE APPRAISAL COMPANY<br>ATTN WILLIAM H BROWN JR<br>PO BOX 722<br>IRMO, SC 29063 | | Claim Number: 3742<br>Claim Date: 11/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $1,100.00          Scheduled:          $75.00 | | |
| PINNACLE APPRAISALS LLC<br>PO BOX 678<br>ATTN JESSICA WYROSDICK<br>ELBA, AL 36323 | | Claim Number: 3606<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $700.00 | Allowed: | $700.00 |
| PINPOINT APPRAISAL<br>1127 EUCLID AVE APT 312<br>CLEVELAND, OH 441151608 | | Claim Number: 2233<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
| PINSKER, CAROL J.<br>1440 N GATEWOOD #20<br>WICHITA, KS 67206 | | Claim Number: 3418<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,969.60 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PINSON, JOHN E, & JENNENE E. JTWROS<br>118 OAK PARK DR<br>MAULDIN, SC 29662-2025 | | Claim Number: 3049<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $1,289.83 | | | | | |
| PIONEER MORTGAGE<br>ATTN: SEAN BAGHEBAN-REZVAN<br>2647 EMERALD BAY DRIVE<br>DAVIS, CA 95616 | | Claim Number: 9969<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $4,186.50 | | | | | |
| PIP PRINTING<br>ATTN JOHN CRISP<br>8504 COMMERCE AVE<br>SAN DIEGO, CA 92121 | | Claim Number: 6847<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8794 (04/23/2010) | | | | | |
| UNSECURED | Claimed: | $31,213.83 | Scheduled: | $13,388.37 | | | |
| PIPER, SARA LYNN - IRA<br>8308 N. TAHOE DR.<br>MUNCIE, IN 47303-9333 | | Claim Number: 9940<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| PIPIA, RICHARD J.<br>15 MERIDEN PLACE<br>MELVILLE, NY 11747 | | Claim Number: 1649<br>Claim Date: 01/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY | Claimed: | $1,846.16 | Scheduled: | $1,846.15  CONT | Allowed: | $1,846.16 |

PIRANHA SHREDDING & RECYCLING
ATTN CANDY COOPER, MANAGR
DEPT# 5012
EVANSVILLE, IN 47708

Claim Number: 3038
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

PISAYGNANE, ALANHGNA
10106 NE 6TH AVE
VANCOUVER, WA 98685-5305

Claim Number: 2979
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.00  CONT | Allowed: | $848.00 |

PITE DUNCAN, LLP
PO BOX 17933
SAN DIEGO, CA 921777921

Claim Number: 4602
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,348.32 | Allowed: | $4,348.32 |

PITLER, STEPHEN H. & JANET S.
JT WROS
2030 HUNTERS TRAIL
NORFOLK, VA 23518

Claim Number: 4665
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

PITLER, STEPHEN H. & JANET S.
JT WROS
2030 HUNTERS TRAIL
NORFOLK, VA 23518

Claim Number: 4666
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 148<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $5,368.59 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1252<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $145.65 | | | |
| UNSECURED | Claimed: | $104.86 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1387<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $4,123.61 | | Allowed: | $4,123.61 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1516<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $105.05 | | | |
| UNSECURED | Claimed: | $113.45 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1517<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $4,884.46 | | Allowed: | $4,884.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1528<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $193.36 | | |
| UNSECURED | Claimed: | $346.19 | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1610<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| UNSECURED | Claimed: | $10,434.90 | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1611<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| UNSECURED | Claimed: | $3,318.12 | Allowed: | $3,318.12 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1621<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| PRIORITY | Claimed: | $110.92 | | |
| UNSECURED | Claimed: | $173.04 | | |
| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1622<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| UNSECURED | Claimed: | $700.20 | Allowed: | $700.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1623<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $107,450.48 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>GRISSELLE BETANCOURT, BANKRUPTCY COORD<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1624<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $611.44 | | Allowed: | $611.44 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1626<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $49.67 | | | |
| UNSECURED | Claimed: | $79.48 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1749<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $252.00 | | | |
| UNSECURED | Claimed: | $424.00 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1753<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $7,216.18 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1754<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| PRIORITY | Claimed: | $76.34 |
| UNSECURED | Claimed: | $197.92 |
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKY, BANKRUPTCY ADMIN<br>RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 1755<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $10,389.38 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 1813<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $49,739.74 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 1839<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $19,507.21 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 1840<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| PRIORITY | Claimed: | $251.51 |
| UNSECURED | Claimed: | $244.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 1859<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $929.76 | | Allowed: | $929.76 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT- EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 2880<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $131.32 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 2912<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $5,463.07 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 4599<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $4,884.38 | | | |
| UNSECURED | Claimed: | $14,967.55 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 4603<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| PRIORITY | Claimed: | $1,065.67 | | | |
| UNSECURED | Claimed: | $3,288.35 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 4604<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |

| UNSECURED | Claimed: | $44,534.50 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6003<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |

| UNSECURED | Claimed: | $207,328.92 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6032<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |

| ADMINISTRATIVE | Claimed: | $1,969.23 | Allowed: | $1,969.23 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6033<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |

| UNSECURED | Claimed: | $21,697.08 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 9503<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | |

| UNSECURED | Claimed: | $175,910.21 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-5151 | | Claim Number: 9504<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $18,738.94 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTT EVA MILANOWSKI<br>BANKRUPTCY ADMINISTRATOR<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 9836<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $2,640.35 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9915<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $805.44 |
| UNSECURED | Claimed: | $4,748.65 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9934<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $49,230.51 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9992<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| PRIORITY | Claimed: | $3,393.84 |
| UNSECURED | Claimed: | $26,215.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9993<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $319,915.53 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>RECOVERY DEPT.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10033<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $126,299.21 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10034<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $1,047.59<br>$11,304.44 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10060<br>Claim Date: 03/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $1,555.00 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10130<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| ADMINISTRATIVE | Claimed: | $5,189.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10141<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $21,179.37 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10263<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
| UNSECURED | Claimed: | $294,655.76 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10264<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $1,292,360.94 |
| PITSTICK, JERRY W.<br>3475 WESTBURY RD.<br>DAYTON, OH 45409-1247 | | Claim Number: 8501<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| PITT, J<br>6 EAMONN CT<br>KENDALL PARK, NJ 08824 | | Claim Number: 6861<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,513.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

PITTARI, JOSEPH
2355 FOWLER ST
BELLMORE, NY 11710

Claim Number: 915
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $5,576.92 | Scheduled: | $6,320.00 CONT | Allowed: | $5,576.92 |
| --- | --- | --- | --- | --- | --- | --- |

PITTMAN, JOHNNIE ANNETTE
173 LITTLE CREEK CIRCLE
CHELSEA, AL 35043

Claim Number: 9360
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $610.00 |
| --- | --- | --- |

PITTNER, SUSAN H.
5103 GOODSON RD
WEST JEFFERSON, OH 43162

Claim Number: 4630
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,000.00 |
| --- | --- | --- |

PL MARKETING
32811 MIDDLEBELT RD STE G
FARMINGTN HLS, MI 483341701

Claim Number: 2465
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $194.66 | Scheduled: | $194.66 | Allowed: | $194.66 |
| --- | --- | --- | --- | --- | --- | --- |

PLACER COUNTY TAX COLLECTOR
ATTN ANN M DONDRO, DEPUTY TREASURER
2976 RICHARDSON DR
AUBURN, CA 95603

Claim Number: 1103
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $19,263.88 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

PLACER COUNTY TAX COLLECTOR
ATTN ANN M DONDRO, DEPUTY TREASURER
2976 RICHARDSON DR
AUBURN, CA 95603

Claim Number: 2889
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $1,879.16 | Scheduled: | $821.57 DISP CONT |
|---|---|---|---|---|

---

PLACER COUNTY TAX COLLECTOR
PLACER COUNTY TAX COLLECTORS OFFICE
2976 RICHARDSON DR
AUBURN, CA 95603

Claim Number: 10874
Claim Date: 01/12/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10855 (07/12/2013)

| ADMINISTRATIVE | Claimed: | $6,098.23 |
|---|---|---|

---

PLACIDE, PARISA
66 GOLF ROAD
GOLF, IL 60029

Claim Number: 10560
Claim Date: 10/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $840.00 |
|---|---|---|

---

PLAGEMAN, SOONER
4171 RHAPSODY ST APT 5309
GRAND PRAIRIE, TX 75052-0236

Claim Number: 1579
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $769.23 | | Allowed: | $769.23 |
|---|---|---|---|---|---|

---

PLAGEMAN, SOONER E
4171 RHAPSODY ST APT 5309
GRAND PRAIRIE, TX 75052-0236

Claim Number: 10739
Claim Date: 10/26/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | | | Scheduled: | $769.23 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PLAINIUM, LLC
7127 S WESTNEDGE AVE STE 2
PORTAGE, MI 490024276

Claim Number: 4897
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,303.00 | Scheduled: | $1,803.00 | Allowed: | $3,303.00 |

PLANNED OFFICE
1320 E SAINT GERTRUDE PL
SANTA ANA, CA 92705

Claim Number: 1271
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,759.68 | Scheduled: | $23,752.68 |

PLANTON, EDWARD R.
1304 WINCHESTER COVE RD
HAYESVILLE, NC 28904-7635

Claim Number: 4024
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,500.00 |
| UNSECURED | Claimed: | $4,500.00 |
| TOTAL | Claimed: | $4,500.00 |

PLATOW, R ALAN
PO 888
114 W. CHESTNUT ST
SAINT MICHAELS, MD 21663

Claim Number: 3974
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,001.22 |

PLAZA AT EL PORTAL, L.P., THE
ATTN RITA NORD
PO BOX 2344
MERCED, CA 95344

Claim Number: 5644
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,472.00 | | |
| UNSECURED | | | Scheduled: | $2,472.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

PLENTIE, DEVON
3455 JAKE WHITE CT
HIGH POINT, NC 27265-8719

Claim Number: 1645
Claim Date: 10/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $807.75 | Scheduled: | $807.69 CONT | Allowed: | $807.75 |
|---|---|---|---|---|---|---|

PLUDO, ROBERT
527 GUINEVERE DR
NEWTOWN SQUARE, PA 19073

Claim Number: 7002
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,772.36 |
|---|---|---|

PLUGUES, MICHAEL
19 YOSEMITE LANE
CORAM, NY 11727

Claim Number: 1371
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $1,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00 |
| TOTAL | Claimed: | $1,500.00 |

PLUGUES, MICHAEL
19 YOSEMITE LANE
CORAM, NY 11727

Claim Number: 2076
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |
|---|---|---|---|---|---|---|

PLUMAS COUNTY
ATTN SUSAN T. BRYANT-GRANT
P.O. BOX 176
QUINCY, CA 95971

Claim Number: 4831
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $8,764.50 UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| PLUMBERS' & PIPEFITTERS' LOCAL # 562<br>SUPPLEMENTAL PLAN & TRUST ET AL<br>SIDLEY AUSTIN-ALEX ROVIRA & GEOFF RAICHT<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | | Claim Number: 10276<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10808 (04/22/2013) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| PLY, ROBERT V.<br>8616 ASH<br>RAYTOWN, MO 64138-3431 | | Claim Number: 3287<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| PLYMALE, LINDA C.<br>532 RODNEY BAY CROSSING<br>WAKE FOREST, NC 27587 | | Claim Number: 2030<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92  CONT | Allowed: | $1,076.92 |
| PLYMOUTH PARK TAX SERVICES LLC<br>115 S JEFFERSON RD<br>SHIPPANY, NJ 79811029 | | Claim Number: 3629<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
| SECURED | Claimed: | $4,130.36   UNLIQ | | | | |
| PMC INVESTIGATIONS AND SECURITY INC<br>12 SCHERERE BLVD LOWR<br>FRANKLIN SQ, NY 110102606 | | Claim Number: 3997<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6463 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $5,431.25 | | | Allowed: | $5,431.25 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| POETSCHAN, CENTA<br>RR2 - BOX 116<br>WYALUSING, PA 18853 | | Claim Number: 4015<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,672.14 |
| POETSCHAN, CENTA<br>RR2 - BOX 116<br>WYALUSING, PA 18853 | | Claim Number: 4057<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| SECURED | Claimed: | $4,566.00 |
| POFFENBERGER, JERRY & KAREN<br>700 APTI WINDRIDGE LN.<br>FLORENCE, KY 41042 | | Claim Number: 5153<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $25,000.00<br>$25,000.00<br>$25,000.00 |
| POGODA, TERRI KRANGEL<br>91 MYRTLE ST.<br>MEDFORD, MA 02155 | | Claim Number: 5850<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,163.70 |
| POHL, ISABEL M.<br>2013 E. COLUMBIA ST.<br>ALLENTOWN, PA 18109 | | Claim Number: 3231<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| POKORSKY, JERRY J.<br>6222 FRANCONIA RD<br>ALEXANDRIA, VA 22310 | | Claim Number: 4054<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,982.94 | | | | |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | | Claim Number: 1185<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $6,728.00 | | | | |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | | Claim Number: 10670<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8299 (11/13/2009) | | | | |
| PRIORITY | Claimed: | $744.48 | Scheduled: | $7,584.87 CONT | Allowed: | $744.48 |
| POLANISH, BRIAN<br>727 SYLVAN AVENUE<br>BAYPORT, NY 11705 | | Claim Number: 1486<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $3,593.75 | Scheduled: | $3,618.46 CONT | Allowed: | $3,593.75 |
| POLEK, KELLY<br>614 BAY GREEN DR<br>ARNOLD, MD 21012 | | Claim Number: 411<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $303.15 | Scheduled: | $303.15 CONT | Allowed: | $303.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| POLENZ, ALLAN R. & MARLA J. NELSON JTTEN 11047 SW RED CLOUD ROAD POWELL BUTTE, OR 97753-1528 | Claim Number: 5751 Claim Date: 12/18/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 4865 (06/25/2008) |
|---|---|
| UNSECURED          Claimed: | $5,371.59 |
| POLENZANI BENEFITS & INSURANCE SERVICES, INC.  PROFIT SHARING TRUST DTD 1/01/00 POLENZANI, THOMAS A. & ELIZABETH, TTEES 2580 DEODAR CIRCLE PASADENA, CA 91107 | Claim Number: 4302 Claim Date: 04/06/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: DOCKET: 7506 (06/05/2009) |
| SECURED          Claimed: | $0.00   UNLIQ |
| POLINSKY, STEPHEN 107 TEAKWOOD COURT NORRISTOWN, PA 19401 | Claim Number: 6388 Claim Date: 12/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5461 (08/18/2008) |
| UNSECURED          Claimed: | $100.00 |
| POLITTE, GLEN 9124 MYSTIC CEDAR LANE HILLSBORO, MO 63050 | Claim Number: 4056 Claim Date: 11/30/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) |
| UNSECURED          Claimed: | $10,000.00 |
| POLIZZI, ANTHONY L. PERSONAL AND CONFIDENTIAL 340 MAIN STREET SAUGERTIES, NY 12477 | Claim Number: 10338 Claim Date: 04/30/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED |
| SECURED          Claimed: | $43,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| POLK COUNTY FLORIDA<br>JOE G TEDDER CFC TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | | Claim Number: 1512<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $90.20   UNLIQ |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | | Claim Number: 1260<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $4,025.81   UNLIQ |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | | Claim Number: 1261<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $6,159.51   UNLIQ |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | | Claim Number: 1262<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $3,593.40   UNLIQ |
| POLK COUNTY FLORIDA TAX COLLECTOR<br>JOE G TEDDER CFC / SARI E MEADOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831 | | Claim Number: 1265<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $49.21   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| POLK COUNTY TAX OFFICE<br>ATTN SUSAN DIRKS, CHIEF TAX CLERK<br>850 MAIN STREET<br>DALLAS, OR 97338 | | Claim Number: 7273<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $888.07 | | | | |
| POLLACK, JOEL TTEE<br>JOEL POLLACK TRUST U/A DTD 3-1-93<br>107 LONG BEN DRIVE<br>KEY LARGO, FL 33037-2327 | | Claim Number: 5072<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| POLLICINO MCNALLY, KRISTINE<br>11 GLENDALE DR<br>MELVILLE, NY 11747 | | Claim Number: 5299<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $5,649.23 CONT | Allowed: | $4,615.38 |
| POLLIS, LORI<br>18727 TAMMY DRIVE<br>MOKENA, IL 60448 | | Claim Number: 1467<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $450.00 | Scheduled: | $1,200.00 CONT | | |
| POLNEY, IRMA A.<br>155 BROAD ST. APT. #44<br>FLEMINGTON, NJ 08822 | | Claim Number: 3175<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,643.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| POMBRA, DEEPALI<br>25 HUNTING HOLLOW COURT<br>DIX HILLS, NY 11746 | | Claim Number: 390<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,250.00 | Scheduled: | $2,250.00  CONT | Allowed: | $2,250.00 |
| POMFRET TOWN<br>ATTN PAMELA S. LEWERENZ, TAX COLLECTOR<br>P.O. BOX 286<br>POMFRET CENTER, CT 06259 | | Claim Number: 2207<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $1,115.19 | | | | |
| POND, BRUCE L.<br>18901 33RD ST CT S<br>INDEPENDENCE, MO 64057 | | Claim Number: 7042<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,132.89 | | | | |
| POND, LINDA E.<br>17229 PARSONS RD<br>BEAVERDAM, VA 23015 | | Claim Number: 781<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$4,802.59 | | | | |
| POOD, EMMA E. FBO<br>FMT CO CUST IRA<br>2262 ALMADEN RD #B<br>SAN JOSE, CA 95125 | | Claim Number: 6942<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| POOLE, BERTHA & DANNY<br>286 PARKWOOD DR NE<br>CLEVELAND, TN 37323 | | Claim Number: 5574<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,312.50 | | |
| POOLE, DANNY<br>286 PARKWOOD DR NE<br>CLEVELAND, TN 37323 | | Claim Number: 5576<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $5,016.95 | | |
| POOLE, DANNY & LAWANDA INGRAM<br>246 GREEN SHADOW RD SE<br>CLEVELAND, TN 37323 | | Claim Number: 7842<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| SECURED | Claimed: | $4,719.94 | | |
| POOMCHONGHKO, PIYAMIT<br>PO BOX 742<br>LINDENHURST, NY 11757 | | Claim Number: 371<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $1,000.00 | Allowed: | $1,000.00 |
| POPE, CATHERINE A.<br>5100 DUPONT BLVD<br>APT 4L<br>FT. LAUDERDALE, FL 33308 | | Claim Number: 6746<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,131.95 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| POPE, H. MORGAN & JANE B.<br>1993 CANADY LANDING RD<br>AURORA, NC 27806-9413 | | Claim Number: 6474<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,818.70 | | | | |
| UNSECURED | Claimed: | $5,818.70 | | | | |
| TOTAL | Claimed: | $5,818.70 | | | | |
| POPSON, CASSIE J<br>1401 JACKSON CIRCLE<br>INDIANOLA, IA 50125 | | Claim Number: 4533<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $598.65 | Scheduled: | $598.65  CONT | Allowed: | $598.65 |
| PORATH, AMY L.<br>2355 HOWARD DRIVE<br>SPARKS, NV 89434 | | Claim Number: 10318<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| SECURED | Claimed: | $85,500.00 | | | | |
| PORTER, APRIL R<br>647 CRESCENT HILLS PL<br>LAKELAND, FL 33813 | | Claim Number: 9209<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,935.32 | | | Allowed: | $1,935.32 |
| PORTER, APRIL R.<br>647 CRESCENT HILLS PLACE<br>LAKELAND, FL 33813 | | Claim Number: 1150<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $707.69 | | | Allowed: | $707.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PORTER, J.V. & EDNA W. JT WROS<br>6813 RIVERGATE LANE<br>OKLAHOMA CITY, OK 73132 | | Claim Number: 4060<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,224.00 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PORTER, MATTHEW<br>16679 WINDSOR COURT<br>LEMONT, IL 60439 | | Claim Number: 5279<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) |

| PRIORITY | Claimed: | $3,458.38 | | | | Allowed: | $3,458.38 |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PORTER, RALPH<br>9007 INDIGO LK<br>SAN ANTONIO, TX 782451673 | | Claim Number: 7683<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |

| UNSECURED | Claimed: | $23,401.96 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PORTER, SHAWN J<br>4 FRANKLIN PLACE<br>FARMINGDALE, NY 11735 | | Claim Number: 2604<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $740.38 | Scheduled: | $1,894.23 CONT | Allowed: | $740.38 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PORTERIO, MARIA-ELENA<br>85-59 87TH STREET<br>WOODHAVEN, NY 11421 | | Claim Number: 9792<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $14,844.50 | | | | | |
|---|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PORTLAND CITY
ATTN ELIZABETH L. BOYNTON
PO BOX 544
PORTLAND, ME 04112

Claim Number: 2554
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8485 (01/08/2010)

| PRIORITY | Claimed: | $376.54 | | | | Allowed: | $376.54 |
|----------|----------|---------|--|--|--|----------|---------|

PORTLAND GENDERAL ELECTRIC (PGE)
ATTN NANCY CLARK, CREDIT REP
7895 SW MOHAWK ST
TUALATIN, OR 97062

Claim Number: 7366
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $451.07 | | | |
|----------|----------|---------|--|--|--|
| UNSECURED | | | Scheduled: | $140.59 | |

PORTLAND'S DOWNTOWN DISTRICT
ATTN JANIS M BEITZER, EXECUTIVE DIRECTOR
549 CONGRESS STREET
PORTLAND, ME 04101

Claim Number: 2070
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $71.00 | Scheduled: | $71.00 | Allowed: | $71.00 |
|-----------|----------|--------|------------|--------|----------|--------|

PORTNOY, EDWARD R.
60 CEDAR CRIST CT
NEWBURY PARK, CA 91320

Claim Number: 5125
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $13,686.31 |
|-----------|----------|------------|

PORTNOY, EDWARD R. & CAROL
60 CEDAR CRIST CT
NEWBURY PARK, CA 91320

Claim Number: 5124
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,686.31 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PORTUGAL, VALERIY<br>1237 AVE Z APT 5P<br>BROOKLYN, NY 11235 | | Claim Number: 215<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,800.00 | | | | | |
| PORTUGAL, VALERIY<br>1237 AVE Z<br>APT.5P<br>BROOKLYN, NY 11235 | | Claim Number: 3393<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,538.46 | Scheduled: | $3,538.46  CONT | Allowed: | $3,538.46 |
| POSH, SOPHIE G.<br>1300 S HIGHLAND AV<br>LOMBARD, IL 60148 | | Claim Number: 8126<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $24,096.00 | | | | | |
| POSNER, IRA<br>3080 NORTH 34TH STREET<br>HOLLYWOOD, FL 33021-2624 | | Claim Number: 7875<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $60,729.50 | | | | | |
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | | Claim Number: 6211<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $75.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | | Claim Number: 6212<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | | |
| UNSECURED | Claimed: | $657.00 | | | | |
| POTOMAC ELECTRIC POWER COMPANY<br>ATTN S. SPEARS, SUPERVISOR COLLECTIONS<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | | Claim Number: 4608<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $73.04 | | | Allowed: | $73.04 |
| POTOMAC RIVER RUNNING TWILIGHT<br>FESTIVAL 4 MILER<br>2 AWSLEY COURT<br>POTOMAC FALLS, VA | | Claim Number: 8217<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 | Allowed: | $1,000.00 |
| POTTAWATOMIE COUNTY<br>ATTN LISA OVERKAMP, TREASURER<br>P.O. BOX 158<br>WESTMORELAND, KS 66549 | | Claim Number: 3191<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $530.45 | | | | |
| POTTER COUNTY ET AL<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | | Claim Number: 176<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | | |
| SECURED | Claimed: | $282.01 | | | Allowed: | $282.01 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| POTTER, RONNIE E.<br>5512 W 10TH AVE<br>KENNEWICK, WA 99326 | | Claim Number: 7398<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,121.77 | | | | | |
| POTTER, RONNIE E.<br>5512 W 10TH AVE<br>KENNEWICK, WA 99326 | | Claim Number: 7399<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,097.00 | | | | | |
| POTTS, KRISTINA<br>1617 HUNTINGTON<br>DE KALB, IL 60115 | | Claim Number: 2810<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $324.00 | Scheduled: | $324.00 CONT | Allowed: | $324.00 |
| POTTS, SAMANTHA N.<br>1158 CASELTON CT<br>BEAUMONT, CA 92223 | | Claim Number: 930<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $540.00 | Scheduled: | $480.00 CONT | Allowed: | $540.00 |
| POUCH RECORDS MANAGEMENT LP<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND MILLER<br>525 M. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 | | Claim Number: 8521<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $110,175.73 | Scheduled: | $3,907.08 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| POUCH RECORDS MANAGEMENT LP<br>C/O R GIBSON PAGTER, JR<br>PAGTER AND MILLER<br>525 N CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA, CA 92701 | | Claim Number: 9265<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $110,175.73 | | | | |
| POWEL, LARRY<br>1042 IDYLWILD DR<br>RICHMOND, KY 40475-3610 | | Claim Number: 9055<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $10,112.69 | | | | |
| POWELL APPRAISERS AND CONSULTANTS<br>ATTN WAYNE S. POWELL, PRESIDENT<br>PO BOX 7551<br>HAMPTON, VA 23666 | | Claim Number: 1810<br>Claim Date: 10/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
| POWELL, AMANDA<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 294589512 | | Claim Number: 9482<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| POWELL, AMANDA LEE<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 29458-9512 | | Claim Number: 816<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,049.60 | | | Allowed: | $1,049.60 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| POWELL, DENNIS EDWARD<br>ROTH IRA<br>PO BOX 1666<br>COOS BAY, OR 97420 | | Claim Number: 3858<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,887.00 | | | | |
| POWELL, DENNY<br>737 N BROADWAY<br>COOS BAY, OR 97420 | | Claim Number: 3859<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,997.00 | | | | |
| POWELL, LEROY D.<br>17670 NE CHEHALEM DR<br>NEWBERG, OR 971326619 | | Claim Number: 10322<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | | |
| PRIORITY | Claimed: | $1,944.57 | | | | |
| POWELL, MABEL, TRUSTEE<br>MABEL POWELL REVOC LIV TRUST<br>245 COLUMBIA DR<br>WOODBURN, OR 97071 | | Claim Number: 6615<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,974.48 | | | | |
| POWELL, PAULA<br>111 WAX MYRTLE DR<br>SANFORD, FL 32773 | | Claim Number: 7464<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT | Allowed: | $969.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POWELL, SHERVONNE<br>8206 HILLCREST DR<br>MANASSAS, VA 20111-2851 | | Claim Number: 10340<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10589 (09/19/2012) | | | | | |
| PRIORITY | Claimed: | $8,200.00 | | | | | |
| SECURED | Claimed: | $47,514.00 | | | | | |
| POWELL, STEVEN & DEL MENARD, KIMBERLY<br>LAW OFFICE OF RICHARDS S. MILLER, ESQ.<br>1600 S. MAIN STREET, SUITE 230<br>WALNUT CREEK, CA 94596 | | Claim Number: 9257<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | | | | |
| UNSECURED | Claimed: | $1,000,000.00 | | | | | |
| POWELL, VICKY<br>13513 NORTHWEST CT.<br>HASLET, TX 76052 | | Claim Number: 6664<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $4,582.31 | Scheduled: | $4,822.31 CONT | Allowed: | $4,582.31 | |
| POWERS APPRAISING LLC<br>ATTN PATRICK POWERS<br>10 LOMBARDY PLACE<br>TOWSON, MD 21204 | | Claim Number: 7593<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,050.00 | | | Allowed: | $1,050.00 | |
| POWERS, HOWARD TRUETT<br>3804 GRITBRICK<br>PLANO, TX 75075-1516 | | Claim Number: 8227<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| POWERS, KENNETH C<br>403 ESSEX AVE<br>BOONTON, NJ 07005-1121 | | Claim Number: 8092<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,981.02 | Scheduled: | $4,038.46  CONT | Allowed: | $2,981.02 |
| PPTS 361, LLC<br>115 S JEFFERSON RD<br>WHIPPANY, NJ 079811029 | | Claim Number: 1941<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $44,039.14   UNLIQ | | | | |
| PPTS FX CORP.<br>115 S JEFFERSON RD BLDG D-4<br>WHIPPANY, NJ 079811029 | | Claim Number: 3630<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $3,387.39   UNLIQ | | | | |
| PRADO, ROSA LINDA<br>843 AMARILLO WAY<br>SALINAS, CA 93905 | | Claim Number: 9701<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| SECURED | Claimed: | $900.00 | | | | |
| PRAIRIE PROFESSIONAL CENTRE<br>JAMES M. JOYCE/LILLIG & THORSNESS, LTD<br>1900 SPRINT RD<br>STE 200<br>OAK BROOK, IL 60523 | | Claim Number: 3631-01<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $41,146.00 | | | Allowed: | $41,146.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PRAIRIE PROFESSIONAL CENTRE<br>JAMES M. JOYCE/LILLIG & THORSNESS, LTD<br>1900 SPRINT RD<br>STE 200<br>OAK BROOK, IL 60523 | | Claim Number: 3631-02<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED |
| SECURED | Claimed: | $3,650.00 |
| PRAKASH, VED<br>910 ORCHARD DR<br>FAYETTEVILLE, NC 28303 | | Claim Number: 3932<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,059.89 |
| PRANGER, KEITH<br>9854 ACORN LN<br>FORT WAYNE, IN 46835-9336 | | Claim Number: 890<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $1,097.44 | Scheduled: | $1,097.44  CONT | Allowed: | $1,097.44 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PRASSE, ERIC H.<br>6125 KEHN LANE<br>FREDERICKSBURG, VA 22408 | | Claim Number: 10321<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7396 (05/18/2009) |

| UNSECURED | Claimed: | $11,110.42 | | Allowed: | $11,110.42 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| PRATSCHKER, DAHLIA<br>14910 PANTATION OAK DR<br>HOUSTON, TX 77068-3115 | | Claim Number: 4222<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $22,829.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| PRATT APPRAISAL SERVICE<br>ATTN TONDA PRATT<br>4828 ST ANDREWS DR<br>STOCKTON, CA 95219 | | Claim Number: 8466<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,600.00 | | | Allowed: | $1,600.00 |
| PRATT, MARSHALL<br>CHARLES SCHWAB & CO INC. CUST<br>IRA ROLLOVER<br>2517 WATERFORD COURT<br>SANFORD, NC 27330 | | Claim Number: 5841<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $1,933.30 | | | | |
| UNSECURED | Claimed: | $1,933.30 | | | | |
| TOTAL | Claimed: | $1,933.30 | | | | |
| PRECISION PROPERTY APPRAISAL<br>PO BOX 5005 # 79<br>ATTN: JASON ZILKA<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 2843<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $775.00 | | | Allowed: | $775.00 |
| PREDICTIVE HIRING PARTNERS, INC.<br>ATTENTION: SUSAN GAUFF<br>65 HONEYSUCKLE WOODS<br>LAKE WYLIE, SC 29710 | | Claim Number: 5614<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $114,355.50 | | | Allowed: | $114,355.50 |
| PREFERRED APPRAISAL GROUP, THE<br>19 DENEISON ST<br>TIMONIUM, MD 21093-2301 | | Claim Number: 2756<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $3,550.00 | Scheduled: | $825.00 | Allowed: | $3,550.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PREFERRED PERSONNEL, INC.<br>PO BOX 720<br>NEOTSU, OR 973640720 | | Claim Number: 9828<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $4,393.75 | | | | | |
| PREMIER APPRAISAL GROUP, INC.<br>ATTN LESLIE RUBIO, COMPTROLLER<br>106 E CARY ST<br>RICHMOND, VA 23219 | | Claim Number: 953<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $8,295.00 | Scheduled: | $1,750.00 | Allowed: | $8,295.00 |
| PREMIER BUSINESS CENTERS<br>ATTN JEFF REINGTEIN, CEO<br>400 CORPORATE POINTE, STE 300<br>CULVER CITY, CA 90230 | | Claim Number: 5846<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $10,129.68 | | | Allowed: | $10,129.68 |
| PREMIER SUPPLIES<br>ATTN EDIE BARNETT<br>357 WEST 36TH STREET<br>NEW YORK, NY 10018 | | Claim Number: 2170<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $611.08 | Scheduled: | $611.08 | Allowed: | $611.08 |
| PRESLEY, MARK IRA<br>6100 HARRIS PARKWAY # 320<br>FORT WORTH, TX 76132-4133 | | Claim Number: 9800<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $27,873.50 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PRESS, JAN<br>1718 VIRGINIA AVE<br>PALM HARBOR, FL 34683 | | Claim Number: 3555<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| PRESS, JOAN K.<br>90 MEYER RD APT 412<br>BUFFALO, NY 142261004 | | Claim Number: 6577<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00  UNDET |
| PRESSLY APPRAISAL SERVICE<br>ATTN GORDON H. PRESSLY<br>5200 PARK RD # 122<br>CHARLOTTE, NC 28210 | | Claim Number: 3264<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $1,700.00 |
| PRESSMAN, CARYN<br>314 HART STREET<br>FIRST FLOOR<br>BROOKLYN, NY 11206 | | Claim Number: 469<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) |

| PRIORITY | Claimed: | $1,023.08 | Scheduled: | $1,023.08  CONT | Allowed: | $1,023.08 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| PRESTIFILIPPO, JOHN<br>1731 PALOMINO LANE<br>KINGWOOD, TX 77339 | | Claim Number: 5455<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,459.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| PRESTON LEETE SMITH REVOCABLE LIVING TR<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | | Claim Number: 3618<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| UNSECURED | Claimed: | $1,260.00 | | | |
| PRESTON LEETE SMITH REVOCABLE LIVING TR<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | | Claim Number: 4152<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,260.00 | | | |
| PRESTON, MICHAEL W.<br>161 STATE HIGHWAY 176<br>FORSYTH, MO 656535139 | | Claim Number: 8321<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $27,411.45 | | | |
| PRICE, ARTHUR<br>11 TRUMPET LN<br>LEVITTOWN, NY 11756 | | Claim Number: 1225<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $1,360.00 | Scheduled: | $1,337.34 CONT | Allowed: | $1,360.00 |
| PRICE, CHARLES A (CHUCK)<br>23 LINDEN AVE<br>FLORAL PARK, NY 11001 | | Claim Number: 2929<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,912.82 CONT | Allowed: | $6,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PRICE, RICHARD R.<br>136 RIVERS EDGE DR<br>CONWAY, SC 29526-7569 | | Claim Number: 4698<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,972.50 |
| PRICKETT, HAROLD & CAROL<br>910 HAND AVE<br>CAPE MAY COURT HOUSE, NJ 08210 | | Claim Number: 7836<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| PRIEST, CHARLEEN<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4201<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,093.95 |
| PRIEST, ROBERT & CHARLEEN<br>PRIEST LIVING TRUST<br>U/A DTD 01-06-2000<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4199<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,186.95 |
| PRIEST, ROBERT G.<br>10851 SE 68TH ST<br>OKLAHOMA CITY, OK 73150-6009 | | Claim Number: 4200<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,186.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PRIESTER, DALE W. & ANITA R.
346 4TH ST
MANISTEE, MI 496600

Claim Number: 8810
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $8,810.22 | | |
|---|---|---|---|---|

PRIMETRUST BANK
7651 HIGHWAY 70 S
NASHVILLE, TN 37221-1706

Claim Number: 189
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,850.00 | Allowed: | $3,850.00 |
|---|---|---|---|---|

PRINCE GEORGE'S COUNTY, MD
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVAN MEYERS
6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE PARK, MD 20737-1385

Claim Number: 6302
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9552 (12/13/2010)

| SECURED | Claimed: | $4,317.09   UNLIQ | | |
|---|---|---|---|---|

PRINCIPAL REAL ESTATE INVESTORS LLC AAF
SRI MIAMI VENTURE
PO BOX 951719
DALLAS, TX 75395-1719

Claim Number: 2303
Claim Date: 10/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $7,472.54   UNDET | Scheduled: | $695.60 |
|---|---|---|---|---|

PRINT GUYS, INC, THE
ATTN DAVE ACKERMAN, PRESIDENT
2105 W LINCOLN AVE
YAKIMA, WA 98902

Claim Number: 630
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $237.45 | Allowed: | $237.45 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| PRINZ, BARBARA C.<br>C/O HIRSCH<br>6859 CAIRNWELL DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 6261<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $17,556.00 | | | |
| PRIORITY SIGN INC<br>C/O SHAWN G RICE ESQ<br>RICE & GOTZMER SC<br>605 NORTH 8TH STREET SUITE 350<br>SHEBOYGAN, WI 53081 | | Claim Number: 10497<br>Claim Date: 09/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $2,137.48   UNLIQ | | | |
| PROEBSTEL, DAVID<br>2240 SHELLER ROAD<br>SUNNYSIDE, WA 98944 | | Claim Number: 5145<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,297.28 | | | |
| PROFESSIONAL APPRAISAL ASSOC.<br>ATTN THOMAS S. KACHELRIESS, PRES<br>469 MORRIS AVE.<br>SUMMIT, NJ 07902 | | Claim Number: 6438<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $925.00 | | | |
| PROFESSIONAL APPRAISAL ASSOC.<br>ATTN THOMAS S. KACHELRIESS, PRES.<br>469 MORRIS AVE.<br>SUMMIT, NJ 07902 | | Claim Number: 6718<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $925.00 | | Allowed: | $925.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| PROFESSIONAL APPRAISERS GROUP<br>8364 HICKMAN RD<br>SUITE A1<br>CLIVE, IA 50325 | | Claim Number: 7600<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,525.00 | | | | |
| PROFESSIONAL RECOVERY GROUP, INC.<br>PO BOX 866<br>GOSHEN, NY 10924 | | Claim Number: 1294<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | | |
| PROFESSIONAL SYSTEMS INSTALLATIONS, INC.<br>4601 MAPLECREST RD.<br>FORT WAYNE, IN 46835 | | Claim Number: 1658<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $407.50 | | | Allowed: | $407.50 |
| PROGRESSIVE APPRAISAL, INC.<br>ATTN MATTHEW PARRIS<br>5055 HWY N # 214<br>SAINT CHARLES, MO 63304 | | Claim Number: 1652<br>Claim Date: 10/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,835.00 | | | Allowed: | $3,835.00 |
| PROMO POWER<br>2347 RIVER VIEW RD<br>CLEARLAKE OKS, CA 95423-9009 | | Claim Number: 2268<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,231.99 | Scheduled: | $3,231.99 | Allowed: | $3,231.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD<br>MUNDELEIN, IL 60060 | | Claim Number: 202<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | |
| UNSECURED | Claimed: | $301,376.00 | | |
| PROMOTIONAL PRODUCTS PARTNERS, LLC<br>ATTN MICHAEL GOMBERG<br>405 WASHINGTON BLVD.<br>MUNDELEIN, IL 60060 | | Claim Number: 10511<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 8076 (09/18/2009) | | |
| UNSECURED | Claimed: | $301,376.00 | Allowed: | $301,376.00 |
| PROPERTY SHOP & APPRAISALS, THE<br>PO BOX 8702<br>MOSS POINT, MS 39562-0011 | | Claim Number: 3368<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $400.00 | | |
| PROS, THOMAS C.<br>3877 WHALER CT.<br>LAKE HAVASU CITY, AZ 86406 | | Claim Number: 6949<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PROTECTION ONE<br>ATTN P.B. MASON, AGENT<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | | Claim Number: 1531<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $246.10 | Allowed: | $246.10 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PROTER, SHLOMIT BAER<br>3613 WINGREN RD.<br>IRVING, TX 75062 | | Claim Number: 7590<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $4,562.00 |
| PROVOST, TIMOTHY & SONNENSCHEIN, NURIT<br>16 LONGWOOD DRIVE<br>SARATOGA SPRINGS, NY 12866 | | Claim Number: 7068<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,783.00 |
| PRUEITT, ROSALIA TOD<br>4 WESTMINSTER DR.<br>SAPINGTON, MO 63126 | | Claim Number: 5210<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNLIQ |
| PRUNSKI, LUCILLE R.<br>511 VAN DRIVE<br>DURHAM, NC 27703 | | Claim Number: 6316<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,891.00 |
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8361<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) |
| ADMINISTRATIVE | Claimed: | $1,113.00 | | Allowed: | $1,113.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN/PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8380<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | |
| ADMINISTRATIVE | Claimed: | $1,057.00 | Allowed: | | $1,057.00 |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY<br>ATTN NANCY OLIVERAS<br>PSE&G<br>PO BOX 490<br>CRANFORD, NJ 07016 | | Claim Number: 606<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | |
| UNSECURED | Claimed: | $7,368.45 | Allowed: | | $7,368.45 |
| PUBLIC STORAGE<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8362<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | |
| ADMINISTRATIVE | Claimed: | $1,291.00 | Allowed: | | $1,291.00 |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | | Claim Number: 2094<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | Claimed: | $323.61   UNLIQ | | | |
| PUCILOWSKI, JOSEPH<br>257 MISSION ROAD<br>HACKETTSTOWN, NJ 07840-5641 | | Claim Number: 6735<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

PUDENZ, MARY E.
1060 2ND ST CT
WAUKEE, IA 50263

Claim Number: 1472
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $4,902.13 | | Allowed: | $4,902.13 |

---

PUGLIESE, MARIA TERESA & AGOSTINO ROCCO
136 HOLLYWOOD AVE
FAIRFIELD, NJ 07004

Claim Number: 3011
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,457.00 |

---

PUGLIESE, RALPH JR.
PO BOX 481
CUTCHOGUE, NY 11935

Claim Number: 5429
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $750.00 |

---

PUMA, CHRISTIAN
7 CONTINENTAL DR
CENTEREACH, NY 11720-1401

Claim Number: 1166
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $2,500.00 |

---

PUMA, CHRISTIAN J
7 CONTINENTAL DR
CENTEREACH, NY 11720-1401

Claim Number: 3732
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,250.00 | Scheduled: | $2,250.00  CONT | Allowed: | $2,250.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| PURDON APPRAISALS<br>ATTN ERIC PURDON<br>PO BOX 128<br>HARWOOD, MD 20776 | | Claim Number: 2272<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
| UNSECURED | Claimed: | $350.00 |
| PURDON, ERIL<br>PURDON APPRAISALS<br>PO BOX 128<br>HARWOOD, MD 20776 | | Claim Number: 1479<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $350.00 |
| UNSECURED | Claimed: | $350.00 |
| TOTAL | Claimed: | $350.00 |
| PURKERSON, DARREL R. FBO<br>FMT CO CUST URA ROLLOVER<br>225 RIVER WAY<br>SAINT HELENS, OR 97051-1515 | | Claim Number: 3448<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $41,744.80 |
| PURKEY, CHELYA W.<br>4021 PINEHURST DRIVE<br>MORGANTOWN, WV 26505-8071 | | Claim Number: 6891<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $11,066.99 |
| UNSECURED | Claimed: | $11,066.99 |
| TOTAL | Claimed: | $11,066.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PURKEY, CHELYA W. IRA<br>FBW C/V<br>4021 PINEHURST DR.<br>MORGANTOWN, WV 26505 | | Claim Number: 6903<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $14,747.23 | | | | |
| UNSECURED | Claimed: | $14,747.23 | | | | |
| TOTAL | Claimed: | $14,747.23 | | | | |
| PURNER, ANNE M. TTEE<br>13913 NW 44TH AVE<br>VANCOUVER, WA 98685 | | Claim Number: 4647<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| PUROHIT, URMILA<br>28 MOHEGAN AVENUE<br>PORT WASHINGTON, NY 11050 | | Claim Number: 7634<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,950.00 | Scheduled: | $2,950.00  CONT | Allowed: | $2,950.00 |
| PURTIY PLUS AKA RKDIXON<br>5700 UTICA RIDGE ROAD<br>DAVENPORT, IA 52807 | | Claim Number: 9565<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $6,654.45 | | | | |
| PUSEY & ASSOCIATES, INC<br>1520 MARTIN ST<br>WINSTON SALEM, NC 27103 | | Claim Number: 468<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | Allowed: | $1,000.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| PUSTYLNIK, MICHAEL<br>1224 KNOLLWOOD RD.<br>DEERFIELD, IL 60015 | | Claim Number: 5989<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $694.63 | | | | |
| PUTNAM, WALTER C. JR.<br>CGM IRA CUSTODIAN<br>5111 QUAIL LANE<br>COLUMBIA, SC 29206-4628 | | Claim Number: 7159<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $8,063.25 | | | | |
| UNSECURED | Claimed: | $8,063.25 | | | | |
| TOTAL | Claimed: | $8,063.25 | | | | |
| PYLE, JOHN B.<br>3283 PLEASANT VIEW DR<br>MANHEIM, PA 17545-9603 | | Claim Number: 6361<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,161.00 | | | | |
| PYRAMID APPRAISAL SERVICES LLC<br>ATTN PATTY A. DIXON<br>P.O. BOX 1423<br>GLASTONBURY, CT 06033 | | Claim Number: 5934<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,285.00 | Scheduled: | $550.00 | Allowed: | $2,285.00 |
| QIAN, HONG<br>309 W WESTFIELD CT<br>DUNLAP, IL 615258937 | | Claim Number: 6195<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| QIAO, JIAN-HUA<br>220 N. ALMONT DR. APT # 3<br>BEVERLY HILLS, CA 90211-1664 | | Claim Number: 4793<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $2,805.35 |
| QIN, HUIMING<br>C/O JING LU<br>3910 BOUNTIFUL CREST LN.<br>SUGAR LAND, TX 77479 | | Claim Number: 7755<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,364.11 |
| QIN, WEI ZE<br>470 MIKASA DR<br>ALPHARETTA, GA 30022 | | Claim Number: 7664<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $31,883.00 |
| QIU, JIAN<br>7689 PIPIT PL<br>SAN DIEGO, CA 92129 | | Claim Number: 6843<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,542.99 |
| QUALITY APPRAISAL SERVICE<br>ATTN TOMMY JOHNSON, OWNER, QAS<br>PO BOX 8241<br>WILSON, NC 27893 | | Claim Number: 2754<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $4,435.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| QUALITY APPRAISAL SERVICE<br>ATTN JO ELLEN WRIGHT, PRESIDENT<br>641 WASHINGTON ST # 18<br>COLUMBUS, IN 47201 | | Claim Number: 5437<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | | $325.00 |
| QUATTRONE, LANA<br>9 STATE ST<br>BLACKWOOD, NJ 08012 | | Claim Number: 795<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,346.24 | | | | |
| QUATTRONE, LANA<br>9 STATE ST<br>BLACKWOOD, NJ 08012 | | Claim Number: 2291<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,346.24 | | | | |
| QUATTRONE, LANA M<br>9 STATE ST<br>BLACKWOOD, NJ 08012 | | Claim Number: 2290<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,346.16 | Scheduled: | $1,346.16 CONT | Allowed: | $1,346.16 |
| QUEALY, JOHN M.<br>5131 COUNTY RTE 25<br>CAMERON MILLS, NY 14820 | | Claim Number: 9550<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $10,096.23 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| QUEBBEMANN, DAVID<br>1202 THOROUGHBRED<br>SAINT CHARLES, IL 60174 | | Claim Number: 3141<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $14,048.00 | | |
| QUICK MORTGAGE SERVICES, LLC<br>ATTN JOHN F TENOLD, MANAGING MEMBER<br>1500 W. FOURTH AVE<br>SUITE 410<br>SPOKANE, WA 99201 | | Claim Number: 5254<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9324 (10/13/2010) | | |
| UNSECURED | Claimed: | $9,346.34 | Allowed: | $9,346.34 |
| QUICK, CAROL A.<br>10 N RAVENSFIELD LANE<br>ORMOND BEACH, FL 32174 | | Claim Number: 3571<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,078.00 | | |
| QUICK, WILLIAM W.<br>615 STATE HIGHWAY 29A<br>GLOVERSVILLE, NY 12078-6743 | | Claim Number: 3594<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $26,000.00 | | |
| QUIGLEY APPRAISAL COMPANY<br>ATTN PATRICIA A QUIGLEY<br>7201 CRESHELM ROAD<br>PHILADELPHIA, PA 19401 | | Claim Number: 9696<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $325.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| QUIGLEY, PATRICIA<br>7201 CRESHEIM ROAD<br>PHILADELPHIA, PA 19119 | | Claim Number: 9714<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED | Claimed: | $325.00 | |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 402914023 | | Claim Number: 2243<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | |
| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00  CONT |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 402914023 | | Claim Number: 2244<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | |
| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00  CONT |
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | | Claim Number: 7380<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $7,616.05 | |
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | | Claim Number: 7381<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| UNSECURED | Claimed: | $10,585.85 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | | Claim Number: 7382<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,951.90 | | | | |
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | | Claim Number: 7385<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,219.90 | | | | |
| QUINONES, ERLINDA<br>5246 W. DIANA AVENUE<br>GLENDALE, AZ 85302 | | Claim Number: 9861<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,402.71  CONT | | |
| QWEST COMMUNICATIONS CORPORATION<br>ATTN JANE FREY CORPORATE COUNSEL<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202 | | Claim Number: 8491<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $442,445.02 | Scheduled: | $251,841.32 | Allowed: | $442,445.02 |
| QWEST CORPORATION<br>ATTN: JANE FREY CORPORATE COUNSEL<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202 | | Claim Number: 8490<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $30,881.75 | Scheduled: | $30,427.64 | Allowed: | $30,881.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

R & J ABSTRACTS, INC.
ATTN JOHN HENSLER, PRESIDENT
440 NORTH SYRACUSE AVE
MASSAPEQUA, NY 11758

Claim Number: 2225
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,013.20 | | | Allowed: | $2,013.20 |
|---|---|---|---|---|---|---|

R R DONNELLEY RECEIVABLES INC
ATTN DAN PEVONKA, SE CREDIT MANAGER
3075 HIGHLAND PKWY
DOWNERS GROVE, IL 60515

Claim Number: 3124
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $116,709.38 | | | Allowed: | $116,709.38 |
|---|---|---|---|---|---|---|

R SHATARAH CONSULTING ENGINEERS, P.C.
6500 JERICHO TPKE STE 1W
SYOSSET, NY 11791-4435

Claim Number: 3750
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,600.00 | Scheduled: | $3,600.00 | | |
|---|---|---|---|---|---|---|

R T H COMMUNICATIONS
2875 BOY SCOUT RD.
BAY CITY, MI 48706

Claim Number: 2710
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $225.00 | | | | |
|---|---|---|---|---|---|---|

R&D PROPERTIES, LLC
ATTN ROB OGLESBY, V.P.
7353 INTERNATIONAL PL
SUITE 311
SARASOTA, FL 34240

Claim Number: 1769
Claim Date: 10/25/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $42,420.00 | | | Allowed: | $42,420.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| R. W. COZZA APPRAISALS CORP.<br>ATTN RON W. COZZA<br>APPRAISER<br>8934 W COUNTRY CLUB TR<br>PEORIA, AZ 85383 | | Claim Number: 590<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |

| UNSECURED | Claimed: | $1,865.00 | | | | |

---

| R.F. ESPOSITO, INC.<br>ATTN RICHARD F. ESPOSITO<br>7000 EAST GENESEE<br>FAYETTEVILLE, NY 13066-1129 | | Claim Number: 2454<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |

| UNSECURED | Claimed: | $4,170.00 | Scheduled: | $4,170.00 | Allowed: | $4,170.00 |

---

| R.I. DIVISION OF TAXATION<br>ATTN DAVID M SULLIVAN<br>TAX ADMINISTRATOR<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | | Claim Number: 583<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | |

| PRIORITY | Claimed: | $2,750.00 | | | | |

---

| R.I. DIVISION OF TAXATION<br>ATTN DAVID M SULLIVAN<br>TAX ADMINISTRATOR<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | | Claim Number: 10723<br>Claim Date: 05/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10678 (12/04/2012) | | | | |

| PRIORITY | Claimed: | $250.00 | | | | |

---

| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | | Claim Number: 2826<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |

| UNSECURED | Claimed: | $330,279.00 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | | Claim Number: 2827<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $330,279.00 | | |
| R.K. ASSOCIATES<br>17100 COLLINS AVENUE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>MIAMI, FL 33160 | | Claim Number: 2828<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $120,167.43 | | |
| R.L. BONNVILLE, LLC<br>LESLIE FORYS, MEMBER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | | Claim Number: 1977<br>Claim Date: 11/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,250.00 | Allowed: | $1,250.00 |
| RA 520 BROADHOLLOW ROAD LLC<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 9238<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) | | |
| SECURED | Claimed: | $133,200.00 | | |
| UNSECURED | Claimed: | $1,227,877.54 | | |
| RABBITT, PITZER & SNODGRASS PC<br>ATTNY AT LAW<br>100 SOUTH FOURTH STREET, STE 400<br>ST. LOUIS, MO 63102-1821 | | Claim Number: 6636<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $16,704.58 | Allowed: | $16,704.58 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RACEVICIUS JANINA & KAZENAS IRENE JT TEN<br>180 SADDLEBROOK DRIVE<br>OAK BROOK, IL 60523 | | Claim Number: 7618<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,909.99 |
| RACEVICIUS, JANINA<br>180 SADDLEBROOK DRIVE<br>OAK BROOK, IL 60523 | | Claim Number: 7412<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,462.49 |
| RACHAEL, MASIIVVA<br>48 MARTHA ST<br>INDIAN ORCHARD, MA 01151 | | Claim Number: 452<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
| RACHAEL, MASIIVVA<br>48 MARTHA ST<br>INDIAN ORCHARD, MA 01151 | | Claim Number: 5166<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $250.00 |
| RADIN, JOHN C.<br>PO BOX 3111<br>DANVILLE, CA 94526-6411 | | Claim Number: 145<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| PRIORITY | Claimed: | $75,000.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| RADIN, JOHN C.<br>PO BOX 3111<br>DANVILLE, CA 94526-6411 | | Claim Number: 1601-01<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$876.92 CONT | Allowed: | $10,950.00 |
| RADIN, JOHN C.<br>PO BOX 3111<br>DANVILLE, CA 94526-6411 | | Claim Number: 1601-02<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | |
| UNSECURED | Claimed: | $71,250.00 | | | |
| RAFIE, REZA<br>7200 MELODY LANE # 60<br>LA MESA, CA 91942-1408 | | Claim Number: 4615<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| RAFIE, ROYA<br>7200 MELODY LN #60<br>LA MESA, CA 91942-1408 | | Claim Number: 4590<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| RAGSDALE REAL ESTATE INC<br>162 BUSHWACKER DRIVE<br>MABANK, TX 75147 | | Claim Number: 2552<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $725.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RAHAGHI, ASGHAR<br>36 HAZEN DR<br>AVON, CT 06001 | | Claim Number: 4575<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,000.00 |
| RAHUSEN, HENDRICK P.<br>29 BUFALO GROVE PLACE<br>PALM COAST, FL 32137-9462 | | Claim Number: 4643<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,280.00 |
| RAINBOW CORPORATE CENTER LP<br>ATTN KEVIN R HANSEN, ESQ.<br>C/O WILDE HANSEN, LLP<br>208 S JONES BLVD<br>LAS VEGAS, NV 89107 | | Claim Number: 10037<br>Claim Date: 03/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $17,236.69 |
| RAINERI, LORRAINE M.<br>3714 KINGSLEY DR<br>MYRTLE BEACH, SC 29588-7726 | | Claim Number: 8002<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $339.99 |
| RAISH, DONNA L.<br>PO BOX 272<br>MARATHON, TX 798420272 | | Claim Number: 9343<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RAJCHEL, JOHN
202 S. SCHUYLKILL AV
NORRISTOWN, PA 19403

Claim Number: 8511
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $48,801.50 |
| --- | --- | --- |

---

RAKOSKI, LEROY J.
508 HOMESTEAD PL
JOLIET, IL 60435

Claim Number: 3626
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $11.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $11.00 UNDET |
| TOTAL | Claimed: | $11.00 UNDET |

---

RALEY, ANNETTE
PO BOX 165551
IRVING, TX 75016

Claim Number: 199
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| PRIORITY | Claimed: | $8,166.66 |
| --- | --- | --- |

---

RALEY, ANNETTE
PO BOX 165551
IRVING, TX 75016

Claim Number: 1161
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $5,653.85 | Scheduled: | $5,653.85 CONT | Allowed: | $5,653.85 |
| --- | --- | --- | --- | --- | --- | --- |

---

RALL, ERNEST
4840 KNOLLWOOD DR. N.E.
BEMIDJI, MN 56601-7061

Claim Number: 4475
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,099.95 |
| --- | --- | --- |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| RALPH R. SWOPE, INC.<br>2321 N GLEBE RD<br>ARLINGTON, VA 222073410 | | Claim Number: 2909<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10355 (03/08/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| RALPH, KATHLEEN A.<br>220 N 4TH ST<br>COLUMBUS, MT 59019-7282 | | Claim Number: 4744<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,562.34 | | |
| RAM INTERNATIONAL I, L.L.C.<br>10013-59TH AVE. SW<br>LAKEWOOD, WA 98499 | | Claim Number: 8653<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $9,597.66 | Allowed: | $9,597.66 |
| RAMAN, SHANKAR<br>70 REVERE ST<br>APT 9<br>BOSTON, MA 02114 | | Claim Number: 7787<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,882.48 | | |
| RAMBLEWOOD SQUARE, LLC<br>PETER E. SHAPIRO, ESQ.<br>SHUTTS & BOWEN LLP<br>200 EAST BROWARD BLVD., SUITE 2100<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 8776-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $17,724.98 | Allowed: | $17,724.98 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RAMBLEWOOD SQUARE, LLC<br>PETER E. SHAPIRO, ESQ.<br>SHUTTS & BOWEN LLP<br>200 EAST BROWARD BLVD., SUITE 2100<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 8776-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $7,000.00 | | | Allowed: | $7,000.00 |
| RAMER, JAN<br>51 HOLIDAY DR<br>WOODBURY, NY 11797-2315 | | Claim Number: 814<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,115.25 | Scheduled: | $1,115.25 CONT | Allowed: | $1,115.25 |
| RAMER, MICHELE R<br>4415 ARLINGTON AVE<br>FORT WAYNE, IN 46807 | | Claim Number: 6732<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $402.88 | Scheduled: | $402.88 CONT | Allowed: | $402.88 |
| RAMESH, ANNISHA<br>805 WINDMILL AVE<br>WEST BABYLON, NY 11704 | | Claim Number: 677<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,713.79 | Scheduled: | $3,427.20 CONT | Allowed: | $1,713.79 |
| RAMIREZ, KELLY<br>1732 SOUTH PIERCE<br>STREET<br>LAKEWOOD, CO 80232 | | Claim Number: 8103<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,292.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| RAMIREZ, MONIQUE<br>11872 E CEDARVILLE ST<br>NORWALK, CA 90650 | | Claim Number: 981<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $616.00 | Scheduled: | $616.00  CONT | Allowed: | $616.00 |
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | | Claim Number: 1789<br>Claim Date: 10/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $2,708.33 | | | |
| RAMKISSOON, ROBIN<br>P.O. BOX 891<br>BRENTWOOD, NY 11717 | | Claim Number: 2333<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00  CONT | Allowed: | $2,500.00 |
| RAMO, MARILYN<br>515 E. LAS OLAS BLVD SUITE 1200<br>ATTN: SCOTT RAMO ADVISOR<br>FT. LAUDERDALE, FL 33301-4203 | | Claim Number: 7879<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $1,508.57 | | | |
| RAMOS, JAMES<br>4 PINE CIRCLE DRIVE<br>OCALA, FL 34472 | | Claim Number: 7129<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $9,800.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RAMSEY APPRAISAL SERVICES, INC<br>ATTN PRESIDENT<br>PO BOX 734<br>MT. ULLA, NC 28125 | | Claim Number: 9341<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| PRIORITY | Claimed: | $350.00 |
| RAMSEY, LYNN M.<br>1609 CULEN<br>WICHITA, KS 67206 | | Claim Number: 8829<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $10,496.75 |
| RANDALL COUNTY TAXING DISTRICTS<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | | Claim Number: 4596<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) |
| SECURED | Claimed: | $1,348.18 |
| RANDOLPH, JOHN<br>182 LAFAYETTE AVE<br>CHATHAM, NJ 07928 | | Claim Number: 9669<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,118.00 |
| RANKIN, DONALD G.<br>4733 CRIPPLE CREEK RD<br>HALTOM CITY, TX 761372164 | | Claim Number: 9723<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009)<br>OBJECTION WITHDRAWN PER N. GROW |
| UNSECURED | Claimed: | $18,201.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| RAPPOLD, RONALD<br>31 NE 28TH COURT<br>WILTON MANORS, FL 33334 | | Claim Number: 3203<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $45,000.00 | | | | |
| RAPPOLD, ROSELLA<br>7225 FIRST STREET<br>MARINE CITY, MI 48039 | | Claim Number: 3559<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $20,000.00 | | | | |
| RARICK, MATTHEW<br>86 SHOEMAKERSVILLE RD<br>SHOEMAKERSVILLE, PA 19555 | | Claim Number: 6236<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $26,737.70 | | | | |
| RASKAUSKAS, JOSEPH<br>14709 SPRING MEADOWS<br>DR<br>DARNESTOWN, MD 20874 | | Claim Number: 6192<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $673.08 | Scheduled: | $673.08 CONT | Allowed: | $673.08 |
| RASMUSSEN, CLYDE MERVYN<br>5518 NE 1ST PL<br>RENTON, WA 980594974 | | Claim Number: 9163<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RASMUSSEN, CLYDE MERVYN & PENNY
5518 NE 1ST PL
RENTON, WA 980594974

Claim Number: 9164
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

RASMUSSEN, CLYDE MERVYN & PENNY
1820 SE 8TH STREET
RENTON, WA 98057

Claim Number: 9165
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

RASMUSSEN, JAN
58 CARSON
IRVINE, CA 92620

Claim Number: 1805
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $2,390.28 | Scheduled: | $644.34  CONT | Allowed: | $2,390.28 |
|---|---|---|---|---|---|---|

RASMUSSEN, STEVEN H. & JANET R.
28157 JOHNSON LANE
CHISAGO CITY, MN 55013-9610

Claim Number: 5213
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,524.98 |
|---|---|---|

RATHBURN, RANDY
CHRISTINE REMBAS-RATHBURN
1688 CALIFORNIA AVENUE
RENO, NV 89509

Claim Number: 2479
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| PRIORITY | Claimed: | $850.00 | Scheduled: | $850.00  CONT | Allowed: | $850.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RATHJEN, JOHN AND CHARLOTTE<br>12018 GRASMERE AVE<br>BAKERSFIELD, CA 93312 | | Claim Number: 6172<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,956.00 | | | | | |
| RATHMANN, KAREN<br>2908 NE 185TH COURT<br>VANCOUVER, WA 98682 | | Claim Number: 8508<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $1,123.08 | Scheduled: | $1,123.08 CONT | | | |
| RATHMANN, KAREN M<br>2908 NE 185TH CT<br>VANCOUVER, WA 98682 | | Claim Number: 8509<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $793.27 | Scheduled: | $793.27 CONT | Allowed: | $793.27 |
| RATTS, GERALD L. REV TR<br>1325 COUNTRY WALK CIR<br>WICHITA, KS 67206-4121 | | Claim Number: 4411<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,250.00<br>$0.00 | | | | | |
| RAUCH, BROCK D.<br>4201 JIMSON RD<br>FORT WAYNE, IN 46816 | | Claim Number: 803<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,326.80 | Scheduled: | $1,326.92 CONT | Allowed: | $1,326.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RAVE, RICHARD A. & KATHLEEN J.<br>115 ROBERT FROST DR.<br>CENTRALIA, WA 98531 | | Claim Number: 3355<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,100.00 |
| RAY FRED SOHN TR<br>U/A DTD 04/26/83<br>RAY FRED SOHN & THELMA E SOHN TRUST<br>1985 GRATIOT BLVD<br>MARYSVILLE, MI 48040-2215 | | Claim Number: 2812<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| RAY, JANICE<br>3643 MCKIBBON ROAD<br>ST. LOUIS, MO 63114 | | Claim Number: 4478<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,500.00 |
| RAYMOND C. COOKE<br>10420 MONTWOOD DR SUITE F1<br>EL PASO, TX 79935 | | Claim Number: 2332<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $100.00  Allowed:  $100.00 |
| RAYMOND L. PULVER, IFA<br>RAYMOND L. PULVER, PRESIDENT<br>15324 ROLLING OAKS PLACE<br>LEO, IN 46765 | | Claim Number: 4686<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00    Scheduled:    $300.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | | Claim Number: 633<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
| PRIORITY | Claimed: | $1,189.99 |
| RBC CENTURA BANK<br>ATTN ALICE CHAMBERS<br>MORTGAGE LOANS<br>PO BOX 700<br>ROCKY MOUNT, NC 27802 | | Claim Number: 2961<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $1,189.79 |
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8951<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8952<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8957<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8299 (11/13/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8958<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) | | | |
| SECURED | Claimed: | $0.00 UNDET | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8959<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) | | | |
| SECURED | Claimed: | $0.00 UNDET | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| RBS FINANCIAL PRODUCTS, INC.<br>FKA GREENWICH CAPITAL FINANCIAL PRODUCTS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8960<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) | | | |
| SECURED | Claimed: | $0.00 UNDET | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8953<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8299 (11/13/2009) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $65,331.09 | |
| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8954<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | | | |
| SECURED | Claimed: | $0.00 UNDET | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8956<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8961<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| RBS SECURITIES, INC.<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8962<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10187 (10/03/2011) |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| RC RAWSON RETIREMENT<br>69 SINGINGWOOD LANE<br>ORINDA, CA 94563 | | Claim Number: 5888<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,480.00 |
| RC TRICKEY INC<br>1009 ASPEN ST<br>ATTN ROBERT C TRICKEY<br>MEDFORD, OR 97501 | | Claim Number: 7397<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RE/MAX ADVANTAGE
ATTN: MIKE BARRY
166 SOUTH MAIN STREET
JONESBORO, GA 30236

Claim Number: 3344
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $7,871.77 | | | |
|---|---|---|---|---|---|

RE/MAX METROPOLITAN
ATTN: CHUCK CACCHIONE
8300 HALL ROAD
UTICA, MI 48317

Claim Number: 2716
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8031 (09/08/2009)

| SECURED | Claimed: | $330.93 | | | |
|---|---|---|---|---|---|

RE/MAX SUBURBAN REAL ESTATE INC
C/O STEVE WOLVERS
102 1ST ST SE
BONDURANT, IA 50035

Claim Number: 1203
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

REA, CRYSTAL
1038 NEVILLE ST
FOLLANSBEE, WV 26037

Claim Number: 2189
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $613.84 | Scheduled: | $613.84 CONT | Allowed: | $613.84 |
|---|---|---|---|---|---|---|

READER, CINDY K
2441 S OLD STATE ROAD 3
LAOTTO, IN 46763-9745

Claim Number: 2814
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $288.00 | Scheduled: | $288.00 CONT | Allowed: | $288.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| READING TOWN<br>ATTN NANCY J. HEFFERNAN<br>TREASURER/COLLECTOR<br>16 LOWELL ST.<br>READING, MA 01867 | | Claim Number: 3662<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| REAL ESTATE APPRAISAL SERVICE<br>215 WYNDHURST DR<br>LYNCHBURG, VA 24502 | | Claim Number: 3048<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,221.00 | | | Allowed: | $1,221.00 |
| REAL ESTATE BOOK, THE -TREB SERVICES INC<br>PO BOX 1000<br>FERNDALE, WA 98248 | | Claim Number: 2523<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 | Allowed: | $480.00 |
| REAL ESTATE GUIDE, INC, THE<br>ATTN DAVE ACKERMAN, PRESIDENT<br>2105 W LINCOLN AVE<br>YAKIMA, WA 98902 | | Claim Number: 629<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $220.00 | | | Allowed: | $220.00 |
| REAL ESTATE RESOURCES, INC.<br>800 EVERSOLE RD<br>CINCINNATI, OH 452303504 | | Claim Number: 1444<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $975.00 | Scheduled: | $275.00 | Allowed: | $975.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| REAL ESTATE RESOURCES, INC.<br>800 EVERSOLE RD<br>CINCINNATI, OH 452303504 | | Claim Number: 1555<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | | | | Allowed: | $450.00 |

| REAL ESTATE VALUATIONS, INC.<br>PO BOX 5032<br>AIKEN, SC 29804 | | Claim Number: 875<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | | | | Allowed: | $125.00 |

| REALESTATE.BOOK OF SPRINGFIELD<br>ATTN JOHN M. SCHOEN, OWNER<br>4301 HARVARD DRIVE<br>SPRINGFIELD, IL 62712 | | Claim Number: 2042<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $717.00 | Scheduled: | $239.00 | | Allowed: | $717.00 |

| REALTY ASSOCIATES FUND VIII, L.P., THE<br>C/O JEFFREY D. HUPERT, ESQ.<br>30 NORTH LASALLE STREET, SUITE 2630<br>CHICAGO, IL 60602 | | Claim Number: 10040-01<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $56,933.00 | | | | Allowed: | $56,933.00 |

| REALTY ASSOCIATES FUND VIII, L.P., THE<br>C/O JEFFREY D. HUPERT, ESQ.<br>30 NORTH LASALLE STREET, SUITE 2630<br>CHICAGO, IL 60602 | | Claim Number: 10040-02<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $8,092.00 | | | | Allowed: | $8,092.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

REALTY HOT WHEELS
LORRAINE A KREKLA, OWNER
6560 PYRAMID LAKE HWY # 52
SPARKS, NV 89436-9601

Claim Number: 1179
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $132.00 | | | | |
| UNSECURED | Claimed: | $132.00 | | | | |
| TOTAL | Claimed: | $132.00 | | | | |

REALTY HOT WHEELS
ATTN LORRAINE KREKLA - OWNER
6560 PYRAMID LAKE HWY., # 52
SPARKS, NV 89436

Claim Number: 2478
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $132.00 | Scheduled: | $132.00 | |

REALTY SOLUTIONS INC.
ATTN: CONNIE GREEN
2524 E SIERRA STREET
PHOENIX, AZ 85028

Claim Number: 2229
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

REALVEST RESIDENTIAL APPRAISAL
ATTN WINNIE GEE, OFFICE MANAGER
1331 SUNDIAL POINT
WINTER SPRINGS, FL 32708

Claim Number: 4797
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,150.00 | Scheduled: | $1,525.00 | Allowed: | $4,150.00 |

REAVELY, EMMETT, ELAINE & LARRY THOMAS
ROBERT F SALVIN, ESQ
COMMUNITY IMPACT LEGAL SERVICES, INC
1003 E LINCOLN HWY
COATESVILLE, PA 19320-3539

Claim Number: 1263
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10614 (10/15/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $60,977.90 | |
| UNSECURED | Claimed: | $87,122.10 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| REBACK, JEFFREY B.<br>14 BINGHAM HILL CIRCLE<br>RUMSON, NJ 07760 | | Claim Number: 10326<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $302,025.00 | | Allowed: | $302,025.00 |
| RECONTRUST BANK, N.A.<br>ATTN LARRY BOCK, FIRST V.P.<br>MAIL STOP: SVW-88A<br>1757 TAPO CANYON ROAD<br>SIMI VALLEY, CA 93063 | | Claim Number: 9441<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 3522 (04/04/2008) | | | |
| UNSECURED | Claimed: | $10,830.05 | | Allowed: | $10,830.05 |
| RED CEDAR APPRAISAL<br>ATTN OWNER<br>1117 E KALAMAZOO ST<br>LANSING, MI 48912 | | Claim Number: 2317<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $225.00 | | | |
| RED SKY PROPERTIES, LLC<br>ATTN JEFFREY MARKEL - MEMBER<br>800 HEARTWOOD LANE<br># 18<br>BAYFILED, CO 81122 | | Claim Number: 4532<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $4,223.00 | Scheduled: $4,223.00 | Allowed: | $4,223.00 |
| REDBURN, BYRON D.<br>PO BOX 1898<br>NOME, AK 99762 | | Claim Number: 5578<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,025.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| REDDING, DEBBY<br>5338 SMILEY HOLLOW RD<br>GOODLETTSVILLE, TN 370727101 | | Claim Number: 8117<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $200.00 | | | | |
| REDWING COLLECTION<br>MARLON NAYSMITH<br>705 EAST NEBRASKA<br>SAINT PAUL, MN 55106 | | Claim Number: 8224<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,647.00 | | | | |
| REED, ANGELA<br>21803 DIMMETT WAY<br>SPRING, TX 77388-3528 | | Claim Number: 80<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $588.40 | Scheduled: | $588.46  CONT | Allowed: | $588.40 |
| REED, EDWARD C.<br>3180 LINDA VISTA AVE.<br>FORT PIERCE, FL 34982 | | Claim Number: 3145<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,009.32 | | | | |
| REED, EUGENE C.<br>1053 SPRING MEADOW DR<br>QUAKERTOWN, PA 18951 | | Claim Number: 7178<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,270.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

REEG, BRIAN
5169 HERITAGE DR
CONCORD, CA 94521

Claim Number: 7722
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $63,783.82 |

---

REEG, BRIAN C
5169 HERITAGE DR
CONCORD, CA 94521

Claim Number: 7721-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $61,330.13  CONT | | |

---

REEG, BRIAN C
5169 HERITAGE DR
CONCORD, CA 94521

Claim Number: 7721-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $61,664.66 |

---

REESE, FRED
143 NORTH POINT BLVD
MOYOCK, NC 27958

Claim Number: 7824
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,288.00 |

---

REESE, SARA JO
5021 FRANCE AVENUE
CHARLESTON HEIGHTS, SC 29405

Claim Number: 7685
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| REESER, RAY J. & HELEN F. JT TEN<br>6184 MICHELLE WAY C 230<br>FORT MYERS, FL 33919 | | Claim Number: 4100<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,800.00 |
| REEVES, E. DUANE<br>IRA ACCOUNT<br>11119 OAKVIEW TERRACE<br>AUBURN, CA 95603 | | Claim Number: 3795<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,655.00 |
| REGAN, THOMAS<br>18 LINCOLN ST<br>ROSELAND, NJ 07068 | | Claim Number: 5286<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $1,391.20 | Scheduled: | $1,391.20 CONT | Allowed: | $1,391.20 |

| | | |
|---|---|---|
| REGIONAL APPRAISAL NW<br>ATTN A.D. LUKE, APPRAISER/OWNER<br>11636 NE 149TH ST<br>KIRKLAND, WA 98034 | | Claim Number: 88<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $450.00 |
| REGIONAL APPRAISAL NW<br>ATTN A.D. LUKE, APPRAISER/OWNER<br>11636 NE 149 ST<br>KIRKLAND, WA 98034 | | Claim Number: 3404<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008)<br>Amends claim number 88 |
| UNSECURED | Claimed: | $477.00 | | Allowed: | $477.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| REGIONAL R.E. APPRAISAL SERVICE LTD.<br>ATTN JOHN P. CALLANAN, PRES.<br>117 ROUTE 9W, STE 201<br>HAVERSTRAW, NY 10927 | Claim Number: 1093<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |
| PRIORITY              Claimed: | $5,975.00 | |
| REGIONAL REAL ESTATE APPRAISAL SERVICE<br>ATTN PRESIDENT<br>117 ROUTE 9W<br>HAVERSTRAW, NY 10927 | Claim Number: 77<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | |
| UNSECURED              Claimed: | $5,975.00 | |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | Claim Number: 3367<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED              Claimed: | $2,227.76 | |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | Claim Number: 3628<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | |
| UNSECURED              Claimed: $2,227.76 | | Allowed:          $2,227.76 |
| REHM, CARL E. & BARBARA R. TTEE<br>CARL E.REHM REV LIVING TRSUT<br>U/A 4-22-91<br>541 TOULOUSE DR<br>PUNTA GORDA, FL 33950 | Claim Number: 5613<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
| UNSECURED              Claimed: | $5,643.41 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REHMS, JOHN & JANE<br>20108 N DAY MT SPOKANE<br>MEAD, WA 99021-7775 | | Claim Number: 9967<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| SECURED | Claimed: | $18,430.00 | | | | | |
| REICHE, DONNA J. GARZINSKY - IRA<br>RBC DAIN RAUSCHER CUSTODIAN<br>5 POTTER LANE<br>WHARTON, NJ 07885 | | Claim Number: 7794<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,321.18 | | | | | |
| REIGHTLER, LOLA<br>810 OLD RIVERSIDE RD<br>BROOKLYN, MD 21225 | | Claim Number: 900<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $741.00 | Scheduled: | $740.80  CONT | Allowed: | $741.00 |
| REILLY, SANDRA G.<br>7 1/2 FRIENDS AVE<br>MEDFORD, NJ 08055 | | Claim Number: 7865<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| REILLY, SANDRA G.<br>7 1/2 FRIENDS AV<br>MEDFORD, NJ 08035 | | Claim Number: 7866<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| REILLY, SANDRA G.<br>7 1/2 FRIENDS AVE<br>MEDFORD, NJ 08055 | | Claim Number: 7867<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

| REIMAN, MILFORD B.<br>9 AMES COURT<br>SHARON, MA 02067 | | Claim Number: 5984<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|

| UNSECURED | Claimed: | $6,850.81 |
|---|---|---|

| REIMER LORBER/ARNOVITS CO LPA<br>ATTN DENNIS REIMER, PRESIDENT<br>2450 EDISON BLVD<br>TWINSBURG, OH 44087 | | Claim Number: 6845<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|

| UNSECURED | Claimed: | $7,311.00 |
|---|---|---|

| REINARD, KENNETH<br>PO BOX 2907<br>COOKEVILLE, TN 38502 | | Claim Number: 6868<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7605 (06/05/2009)<br>CLAIM OUT OF BALANCE Claim out of balance |
|---|---|---|

| PRIORITY | Claimed: | $25,372.99 |
|---|---|---|
| UNSECURED | Claimed: | $25,372.99 |
| TOTAL | Claimed: | $25,372.99 |

| REINHART, HAROLD<br>4304 LOMSDALE AVE<br>LOUISVILLE, KY 40215 | | Claim Number: 6703<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|

| UNSECURED | Claimed: | $10,462.90 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

REISLER, ABBY POLIN
8720 KEELER AVE
SKOKIE, IL 60076

Claim Number: 7379
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,998.00 | | Allowed: | $1,998.00 |

REISSER, ELISABETH
PO BOX 110
CONESVILLE, OH 43811-0110

Claim Number: 9585
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,468.65 |

REKOSH, JEROLD H.
7236 NESHOBA CIR
GERMANTOWN, TN 38138-3749

Claim Number: 8664
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $140.00 |

REM PUBLISHING, LLC
DBA R.E. REAL ESTATE MAGAZINE
3036 LEAFWOOD DR SE
MARIETTA, GA 30067

Claim Number: 9
Claim Date: 08/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,994.70 | | Allowed: | $5,994.70 |

REMAX
102 1ST ST SE
BONBURANT, IA 50035

Claim Number: 2373
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| REMAX<br>201 NEW STINE RD STE 300<br>BAKERSFIELD, CA 933092659 | | Claim Number: 9900<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $1,278.95 |
| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALEY RD<br>DIANE HALL<br>DIAMOND SPRINGS, CA 95619 | | Claim Number: 4187<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $228,750.00 |
| REMAX PERFORMANCE<br>ATTN: NANCY DAVIS<br>30 STONECREST COURT<br>SHELBYVILLE, KY 40065 | | Claim Number: 2374<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $2,550.00 |
| REMAX SUBURBAN REAL ESTATE INC.<br>STEVEN L. WOLVERS, PRESIDENT<br>102 1ST STREET SE<br>BONDURANT, IA 50035 | | Claim Number: 10823<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) |
| UNSECURED | Claimed: | $2,000.00      Allowed:    $2,000.00 |
| REMEDY<br>11711 SOUTH EAST 8TH ST.<br>BELLEVUE, WA 98005-0000 | | Claim Number: 2360<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $891.95    Scheduled:    $891.95    Allowed:    $891.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

REMLER, PATRICIA
PO BOX 91
BEARSVILLE, NY 12409

Claim Number: 3331
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

REMSBERG, THOMAS D.
7229 HOLSTER ROAD
MIDDLETOWN, MD 21769

Claim Number: 5860
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,564.28 |
|---|---|---|

---

RENEHAN, MICHELE (WILLIAMS)
9809 LAKEMONT DR
DALLAS, TX 75220

Claim Number: 7796
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $576.80 |
|---|---|---|
| UNSECURED | Claimed: | $576.80 |
| TOTAL | Claimed: | $576.80 |

---

RENFRO, AIDAN
317 ROSE MARIE CT.
SAINT PETERS, MO 63376

Claim Number: 421
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,661.44 | Scheduled: | $2,094.35  CONT | Allowed: | $1,661.44 |
|---|---|---|---|---|---|---|

---

RENGSTORFF, A.E.
13610 SOMERSET LANE S.E.
BELLEVUE, WA 98006

Claim Number: 6962
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,462.00   UNLIQ |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| RENHEIDENREICH, LIFEN - IRA ETRADE<br>62 TIFFANY RD<br>COVENTRY, RI 02816-4417 | | Claim Number: 7314<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,585.97 | | | | |
| RENNER HANSBOROUGH & REESE, INC.<br>ATTN JILL D AULD<br>12610 THREE SISTERS RD<br>POTOMAC, MD 20854 | | Claim Number: 61<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $700.00 | | | | |
| RENZULLI, KARA M<br>7645 PARKWOOD BLVD<br>APT 10205<br>PLANO, TX 75024 | | Claim Number: 2935<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,523.08 | Scheduled: | $2,523.08 CONT | Allowed: | $2,523.08 |
| REO ASSET SERVICES, LLC<br>ATTN: THOMAS BLANCHARD<br>7945 W. SAHARA AVE<br>SUITE 106<br>LAS VEGAS, NV 89117 | | Claim Number: 10891<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $2,603.12 | | | | |
| REPETTA, CAROLINE<br>3850 13TH AVE. N. APT. 207<br>ST. PETERSBURG, FL 33713 | | Claim Number: 8237<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,765.70 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| REPUBLIC TITLE AGENCY, INC.<br>ATTN LAWRENCE M ANDERSON, PRESIDENT<br>55 W CENTRAL AVE<br>SPRINGBORO, OH 45066 | | Claim Number: 714<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $52,663.54 | | | | |
| REPUBLIC WASTE SERVICES<br>PO BOX 9001099<br>LOUISVILLE, KY 40290-1099 | | Claim Number: 8086<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| RESIDENTIAL APPRAISAL GROUP<br>ATTN ROBERT H. BIRD, OWNER<br>518 S SAMUEL ST<br>CHARLES TOWN, VA 25414 | | Claim Number: 6372<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $325.00 | Allowed: | $3,900.00 |
| RESIDENTIAL APPRAISAL SERVICE<br>3303 MULBERRY ST<br>ATTN: STEVEN J MCADAMS<br>EDGEWATER, MD 21037 | | Claim Number: 2871<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $2,550.00 | | | | |
| RESIDENTIAL FUNDING COMPANY, LLC<br>C/O RICHARD D. BALLOT<br>GMAC RESCAP<br>465 SOUTH STREET, SUITE 202<br>MORRISTOWN, NJ 07960 | | Claim Number: 8447<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 9826 (03/10/2011) | | | | |
| UNSECURED | Claimed: | $37,327.15 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| RESOURCE DEVELOPMENT GROUP, LLC<br>ATTN ALEN D LACOSTE, GENERAL PARTNER<br>11 RIVER LANE<br>LAKE CHARLES, LA 70605 | | Claim Number: 6514<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $50,610.00 | | | |
| RESPONSE COMPANIES<br>8 E 40TH ST<br>FL 5<br>NEW YORK, NY 100160136 | | Claim Number: 1961<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | |
| UNSECURED | Claimed: | $28,583.91 | Scheduled: | $4,304.63 | |
| RESPONSE MORTGAGE PROJECTS GROUP<br>ATTN MARVIN MORAN<br>534 BROADHOLLOW ROAD<br>SUITE 275<br>MELVILLE, NY 11747 | | Claim Number: 2590<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $28,583.91 | Scheduled: | $28,017.11 | |
| RESTIVO, DINA<br>32 HASKEL LANE<br>STONY BROOK, NY 11790 | | Claim Number: 732<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,347.20 | | | |
| RESTIVO, DINA<br>32 HASKEL LANE<br>STONY BROOK, NY 11790 | | Claim Number: 3052<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,943.27 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| RESTIVO, DINA<br>PO BOX 242<br>STONY BROOK, NY 117900242 | | Claim Number: 3053<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,943.27 | Scheduled: | $1,943.27 CONT | Allowed: | $1,943.27 |
| RESTUCCIA, CODY L<br>201 UPPER CRANEY HILL RD<br>#1<br>WEARE, NH 03281 | | Claim Number: 3734<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $662.31 | Scheduled: | $2,277.70 CONT | Allowed: | $662.31 |
| RETRO CAFE AND GRILLE<br>ATTN JAMES SLUSHER, PRESIDENT<br>PO BOX 358<br>REHOBOTH BEACH, DE 19971 | | Claim Number: 6798<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $493.00 | Scheduled: | $493.00 | Allowed: | $493.00 |
| REUILLE, LORI<br>7724 EDISTO DR<br>NEW HAVEN, IN 46774 | | Claim Number: 3297<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $720.00 | Scheduled: | $720.00 CONT | Allowed: | $720.00 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MC KEESPORT, PA 15132 | | Claim Number: 755<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $909.44 | | | Allowed: | $909.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| REVAK, KELLEY<br>805 WOODWARD ST<br>MCKEESPORT, PA 15132 | | Claim Number: 3782<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $1,818.88 |
| REVAL, INC.<br>420 5TH AVE FL 5<br>NEW YORK, NY 10018-0941 | | Claim Number: 2962<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $83,158.50 |
| REVAL.COM, INC.<br>420 5TH AE FL 5<br>NEW YORK, NY 10018-0941 | | Claim Number: 10459<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) |
| UNSECURED | Claimed: | $83,158.50 |
| REVAL.COM, INC.<br>100 BROADWAY<br>22ND FLOOR<br>NEW YORK, NY 10005 | | Claim Number: 10479<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| UNSECURED | Claimed: | $83,158.50 | Allowed: | $83,158.50 |
| REVERSKI, DIANE J.<br>2529 BEETHOVEN AVE<br>PORTAGE, MI 49024 | | Claim Number: 240<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $120.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

REVERSKI, DIANE J.
2529 BEETHOVEN AVE
PORTAGE, MI 49024

Claim Number: 282
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $787.50 | Scheduled: | $966.00 CONT | Allowed: | $787.50 |

REXCO MAGNOLIA, LLC
19800 MACARTHUR BLVD STE 1000
IRVINE, CA 926122433

Claim Number: 1586
Claim Date: 08/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $11,541.64 | | |

REXCO MAGNOLIA, LLC
THOMAS J. POLIS, ESQ.
POLIS & ASSOCIATES, APLC
19800 MACARTHUR BOULEVARD, SUITE 1000
IRVINE, CA 92612

Claim Number: 1880
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $480,000.00 | | | | |

REYES, JUDY
PO BOX 1352
RONKONKOMA, NY 11779

Claim Number: 8740
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,163.46 | Scheduled: | $2,163.46 CONT | Allowed: | $2,163.46 |

REYES, JUDY I.
PO BOX 1352
RONKONKOMA, NY 11779

Claim Number: 1423
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,163.46 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REYES, MILDRED M.<br>8973 TAMAR DRIVE<br>APT 302<br>COLUMBIA, MD 21045 | | Claim Number: 1577<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $469.25 | Scheduled: | $469.25  CONT | Allowed: | | $469.25 |
| REYES, OSCAR A.<br>14226 JIB ST<br>APT 21<br>LAUREL, MD 20707 | | Claim Number: 1064<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,115.38 | Scheduled: | $2,115.39  CONT | Allowed: | | $2,115.38 |
| REYNOLDS APPRAISAL SERVICES,<br>ATTN PENELOPE P REYNOLDS, PRESIDENT<br>29 W LOOCKERMAN ST<br>DOVE, DE 19904 | | Claim Number: 8574<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | | | |
| REYNOLDS, DEBRA F.<br>7152 NOLEN PARK CIR<br>NOLENSVILLE, TN 37135-9550 | | Claim Number: 9894<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| REYNOLDS, JAMES S.<br>750 PARK ST<br>LA CONNER, WA 98257 | | Claim Number: 7084<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $500.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| REYNOLDS, JAMES S., CORRINE A. & JAIME<br>750 PARK ST<br>LA CONNER, WA 98257 | | Claim Number: 7012<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,765.00 | | | |
| REYNOLDS, JERRY DOUGLAS<br>7152 NOLEN PARK CIR<br>NOLENSVILLE, TN 37135-9550 | | Claim Number: 9893<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| REYNOLDS, JOSHUA D.<br>1192 LENOR WAY<br>SAN JOSE, CA 95128 | | Claim Number: 10270<br>Claim Date: 04/22/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) | | | |
| PRIORITY | Claimed: | $2,736.56 | | | |
| REYNOLDS, MICHAEL<br>2286 NASHUA LANE<br>MENDOTA HEIGHTS, MN 55120 | | Claim Number: 5099<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,027.00 | | | |
| REYNOSO, IVETTE<br>19151 HIHGLAND VIEW LN<br>TRABUCO CYN, CA 926791002 | | Claim Number: 1708<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $500.00 | Scheduled: | $2,123.08  CONT | Allowed: | $500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| REZNIK, ROMAN<br>16255 VENTURA BLVD., #1012<br>ENCINO, CA 91436 | | Claim Number: 6486<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $4,875.00 | | | | |
| REZNIK, ROMAN AND BORIS<br>16255 VENTURA BLVD., # 1012<br>ENCINO, CA 91436 | | Claim Number: 6496<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $6,093.75 | | | | |
| RHADANS, LARRY D.<br>2932 HIGHBROOK CT<br>MARIETTA, GA 30066 | | Claim Number: 6569<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,357.00 | | | | |
| RHINEHART, MARYLOU<br>3014 SEAFARER<br>COVE<br>FORT WAYNE, IN 46815 | | Claim Number: 3089<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $369.28 | Scheduled: | $369.28  CONT | Allowed: | $369.28 |
| RHODARMER, WILHERMINA<br>PO BOX 1114<br>CANTON, NC 28716-1114 | | Claim Number: 9484<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,544.24 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RHODES, REBECCA J.
PO BOX 386
ARLINGTON, OR 97812-0238

Claim Number: 5114
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $743.00 | | | | | |
|---|---|---|---|---|---|---|---|

RHODUS, DONDREA (DONDI)
17042 COLES CREEK DR
SPRINGFIELD, LA 70462-3604

Claim Number: 2406
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $471.24 | Scheduled: | $471.24 CONT | Allowed: | $471.24 |
|---|---|---|---|---|---|---|

RHOMAR INDUSTRIES, INC.
ATTN M MAURICE SLAMDEN
2107 E ROCKHURST
SPRINGFIELD, MO 65802

Claim Number: 3560
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,130.00 | | | | |

RHYNES, MARK H.
1522 WEST MANCHESTER AVE
LOS ANGELES, CA 90047

Claim Number: 4592
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

RIBNICK, MARC S.
1325 SUNSET SPGS
WESTON, FL 33326-2936

Claim Number: 883
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,836.54 | Scheduled: | $5,754.81 CONT | Allowed: | $3,836.54 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| RICCIO, GLENNON<br>117 SELLA RIDGE DR<br>MOUNT HOLLY, NC 28120 | | Claim Number: 958<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
| RICCIO, THERESA M<br>39 ARBOR ROAD<br>SYOSSET, NY 11791 | | Claim Number: 10348<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| RICE, RICHARD W.<br>6 SEAWATCH TRAIL<br>WEBSTER, NY 14580 | | Claim Number: 9551<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $2,800.00 | | | |
| RICE, SUSAN<br>30 AVENUE A<br>PORT WASHINGTON, NY 11050 | | Claim Number: 3484<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $840.06 | Scheduled: | $840.06 CONT | Allowed: $840.06 |
| RICH, BRIAN<br>8 FARM ROAD<br>EWING, NJ 08638 | | Claim Number: 6038<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $175.09 | Scheduled: | $175.09 CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RICH, ROBERT P.<br>1311 GOLDEN HILL DRIVE<br>INDIANAPOLIS, IN 46208 | | Claim Number: 9175<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $49,172.50 |
| RICH, ROBERT P.<br>1311 GOLDEN HILL DRIVE<br>INDIANAPOLIS, IN 46208 | | Claim Number: 9176<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $60,606.50 |
| RICHARD & GAYLE DEVIRIAN FAMILY TRUST OF<br>8/3/06<br>23326 HAWTHORNE BLVD #380<br>TORRANCE, CA 90505 | | Claim Number: 3485<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $50,000.00 |
| RICHARD MICHAEL GROUP, INC.<br>7377 E DOUBLETREE RANCH RD STE 170<br>SCOTTSDALE, AZ 852582047 | | Claim Number: 269<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) |
| UNSECURED | Claimed: | $18,933.78 |
| RICHARD W. LAMBERT, SRPA<br>3360 KORI RD<br>JACKSONVILLE, FL 32257 | | Claim Number: 2096<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | Allowed: | $450.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RICHARD, BRENDA J
6350 STONEY HILL CHURCH RD
BAILEY, NC 278079538

Claim Number: 8072
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00 CONT | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

RICHARD, SHARON KUNTI
1516 KINGSTON AVE
BALDWIN, NY 11510

Claim Number: 439
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| UNSECURED | Claimed: | $1,308.83 |
|---|---|---|

RICHARDS, KUNTI (SHARON)
1516 KINGSTON AVE
BALDWIN, NY 11510

Claim Number: 2150
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,308.82 | Scheduled: | $1,308.64 CONT | Allowed: | $1,308.82 |
|---|---|---|---|---|---|---|

RICHARDS, LAYTON & FINGER, P.A.
ATTN JASON M MADRON
920 NORTH KING STREET
WILMINGTON, DE 19801

Claim Number: 8661
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $8,756.68 | | | Allowed: | $8,756.68 |
|---|---|---|---|---|---|---|

RICHARDS, SHARON KUNTI
1516 KINGSTON AVE
BALDWIN, NY 11510

Claim Number: 536
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,308.83 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RICHARDSON, KEVIN
C/F MISHAYLA RICHARDSON
1507 MEMORIAL DRIVE
BROKEN BOW, NE 68822

Claim Number: 4651
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $702.20 | | | | | |

---

RICHARDSON, REBECCA
4 E ILLINOIS ST
LEMONT, IL 60439

Claim Number: 1154
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT | Allowed: | $1,057.69 |

---

RICHIE'S
1153 WALT WHITMAN ROAD
MELVILLE, NY 11747

Claim Number: 1776
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $9,245.86 | | | | |

---

RICHIE'S CITGO
ATTN RICHARD FONTANA, PRES.
1153 WALT WHITMAN ROAD
MELVILLE, NY 11747

Claim Number: 2444
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,245.86 | Scheduled: | $8,732.03 | Allowed: | $9,245.86 |

---

RICHLAND COUNTY TREASURY
ATTN DAVID A ADAMS-RICHLAND, TREASURER
POST OFFICE BOX 11947,
COLUMBIA, SC 29211

Claim Number: 9677
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $834.86 | | | Allowed: | $834.86 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| RICHLIN<br>ATTN LINDA FAROCE, BROKER/OWNER<br>1134 MIDDLE COUNTRY ROAD<br>SELDEN, NY 11784 | | Claim Number: 3183<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $1,400.00 | | | | |
| RICHMOND, CHARLES<br>POB 751344<br>LAS VEGAS, NV 89136 | | Claim Number: 10189<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| SECURED | Claimed: | $200,000.00 | | | | |
| RICHMOND, DEBORAH<br>5474 BONANZA LANE<br>DUBLIN, OH 43016 | | Claim Number: 3084<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $1,887.20 | Scheduled: | $1,887.20 CONT | Allowed: | $1,887.20 |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | | Claim Number: 6884<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $3,136.54 CONT | Allowed: | $740.38 |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | | Claim Number: 6885<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38 CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RICHTREE ENTERPRISES, LLC<br>C/O PETER D. BILOWZ<br>GOULSTON & STORRS, P.C.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | | Claim Number: 1785-01<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $64,904.32 | | | Allowed: | $64,904.32 |
| RICHTREE ENTERPRISES, LLC<br>C/O PETER D. BILOWZ<br>GOULSTON & STORRS, P.C.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | | Claim Number: 1785-02<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| SECURED | Claimed: | $9,057.43 | | | Allowed: | $9,057.43 |
| RICO, SARAH C<br>1450 BROCKTON AVE APT 6<br>LOS ANGELES, CA 900252150 | | Claim Number: 7563<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $3,170.78 | Scheduled: | $3,170.78  CONT | | |
| RICO, SARAH C<br>1450 BROCKTON AVE APT 6<br>LOS ANGELES, CA 900252150 | | Claim Number: 7566<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,550.77 | Scheduled: | $1,550.77  CONT | Allowed: | $1,550.77 |
| RICOH BUSINESS SOLUTIONS<br>ATTN DAVE KAUTZ, A/R BILLING & COLLECT.<br>1225 GREENBRIAR AVENUE, SUITE M<br>ADDISON, IL 60101 | | Claim Number: 8514<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $568.57 | | | Allowed: | $568.57 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RICOH BUSINESS SYSTEMS INC
ATTN DAVE KAUTZ, A/R BILLING & COLLECT.
STE M 1225 GREENBRIAR AVE
ADDISON, IL 60101

Claim Number: 8513
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $18,857.51 | Scheduled: | $11,471.67 | Allowed: | $18,857.51 |
|---|---|---|---|---|---|---|

---

RICZO, JOHN J., ADMINISTRATOR
ESTATE OF NICHOLAS J. HOMOKY
7462 STATE RD.
CLEVELAND, OH 44134

Claim Number: 8479
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,340.00 |
|---|---|---|

---

RIDDER, ROBERT C. IRA
5809 S ROXBURY ST
SEATTLE, WA 98118-5853

Claim Number: 7150
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $16,746.59 |
|---|---|---|

---

RIDGE MANAGEMENT
7200 W 13TH ST
SUITE 5
WITCHITA, KS 67212

Claim Number: 10840
Claim Date: 01/03/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10060 (06/20/2011)

| UNSECURED | Claimed: | $383,625.00 |
|---|---|---|

---

RIDGE MANAGEMENT
7200 W 13TH ST
SUITE 3
WITCHITA, KS 67212

Claim Number: 10867
Claim Date: 01/10/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9913 (04/04/2011)

| UNSECURED | Claimed: | $383,625.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RIDGEVIEW PLAZA, LLC<br>CHRIS D. NICHOLS, ESQ.<br>417 WEST PLUMB LANE<br>RENO, NV 89509 | | Claim Number: 1405<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $92,072.28 | | | | | |
| RIDGEVIEW PLAZA, LLC.<br>ATTN CHRIS D NICHOLS, ATTORNEY<br>PO BOX 70399<br>RENO, NV 89570 | | Claim Number: 5241<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $27,461.28 | | | | | |
| RIEBKES, ELMER IRA FBO<br>PERSHING LLC AS CUSTODIAN<br>19107 HWY D 20<br>ALDEN, IA 50006-8071 | | Claim Number: 7537<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,987.50 | | | | | |
| RIEMER, STEVEN<br>88 BACON LANE<br>BAY SHORE, NY 11706 | | Claim Number: 1505<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,104.07 | Scheduled: | $1,103.85  CONT | Allowed: | $1,104.07 | |
| RIENSTRA, MICHAEL<br>69 CHESTER PL APT 1C<br>ENGLEWOOD, NJ 07631-3637 | | Claim Number: 7357<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| RIES, MICHAEL H. | | Claim Number: 6550 Claim Date: 12/31/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $164,377.00 | | | | |
| RIFFKIN, LESLIE A. 20 REVERE ROAD SCARSDALE, NY 10583 | | Claim Number: 3150 Claim Date: 11/23/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |
| RIFFKIN, OLIVE K. (TTEE) 2207 MONROE VILLAGE MONROE TWP., NJ 08831 | | Claim Number: 5428 Claim Date: 12/13/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,179.97 | | | | |
| RIGDON, LILIA 10720 LAKE SHASTA COURT FORT WAYNE, IN 46804 | | Claim Number: 7482 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $238.46 | Scheduled: | $1,450.00  CONT | Allowed: | $238.46 |
| RIGSBY, JUDITH 100 CHACEY LN WORTHINGTON, OH 43085 | | Claim Number: 2528 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 7898 (08/05/2009) | | | | |
| PRIORITY | Claimed: | $2,402.40 | Scheduled: | $2,402.40  CONT | Allowed: | $1,201.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| RIGSBY, JUDITH R.<br>100 CHASEY LN<br>WORTHINGTON, OH 43085 | Claim Number: 231<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7898 (08/05/2009) | | | |
| PRIORITY | Claimed: | $1,716.00 | | |
| UNSECURED | Claimed: | $1,716.00 | | |
| TOTAL | Claimed: | $1,716.00 | | |
| RILEY, BRADLEY<br>114 ADAIR DR<br>KNOXVILLE, TN 37918-1801 | Claim Number: 1548<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $139.00 | Allowed: | $139.00 |
| RILEY, RANDALL & SHARON<br>3360 MCKEAN DR<br>CONCORD, CA 94518-2334 | Claim Number: 54<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $450.00 | | |
| RILEY, RICHARD<br>2909 WOODLAND # 618<br>DES MOINES, IA 50312 | Claim Number: 5671<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $18,128.96 | | |
| RILTTY APPRAISAL GROUP<br>ATTN W.A. STRICKLAND, PRESIDENT<br>PO BOX 19321<br>RALEIGH, NC 27619 | Claim Number: 3342<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $4,170.00 | Scheduled: | $600.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RIMEL, KRISTINA<br>262 ULLMAN RD<br>PASADENA, MD 21122 | | Claim Number: 1017<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $890.80 | Scheduled: | $979.84 CONT | Allowed: | $890.80 |
| RINCON, SARA R.<br>381  N.W 152ND AVENUE<br>PEMBROKE PINES, FL 33028 | | Claim Number: 10343<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | | | | |
| UNSECURED | Claimed: | $16,392.00 | | | | |
| RINEHART, WILLIAM<br>10235 N 31ST ST #14<br>PHOENIX, AZ 85028 | | Claim Number: 671<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,345.77 | Scheduled: | $1,345.85 CONT | Allowed: | $1,345.77 |
| RINGER, CHARLES JR. & EMILY M.<br>JT TEN/WROS<br>BOX 75<br>JOLIET, MT 59041 | | Claim Number: 4085<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $19,978.48 | | | | |
| RINGSTONE PARTNERS, LLC<br>ATTN DEBBIE STONER, PARTNER/PROP MGR.<br>PO BOX 160897<br>BIG SKY, MT 59716 | | Claim Number: 4848<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RISCH, JEFFREY A.<br>SCOTTRADE INC TR FBO<br>9450 VERNON AVENUE<br>MONTCLAIR, CA 91763 | | Claim Number: 4631<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,225.00 |
| RISSMAN, RANDALL S.<br>132 CANNON CIRCLE<br>WOODSTOCK, NY 12498 | | Claim Number: 9982<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $10,244.45 |
| RITENBURG, RICHARD P.<br>253 EXCHANGE ST<br>ALDEN, NY 14004 | | Claim Number: 3465<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,119.50 |
| RITSOS, TERRY<br>4102 QUEENS BLVD APT 3C<br>SUNNYSIDE, NY 111042888 | | Claim Number: 8948<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $1,988.25 |
| RITSOS, TERRY<br>4102 QUEENS BLVD - APT 3C<br>SUNNYSIDE, NY 111042888 | | Claim Number: 8949<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $3,172.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC 20058 | | Claim Number: 1771<br>Claim Date: 10/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9915 (04/04/2011) | | | | |
| UNSECURED | Claimed: | $30,521.08 | | | Allowed: | $30,521.08 |
| RIVER PARK EXECUTIVE SUITES<br>C/O WILLIAM E WINFIELD<br>NORDMAN CORMANY HAIR & COMPTON LLP<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>OXNARD, CA 93036 | | Claim Number: 10035-01<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $80,662.00 | Scheduled: | $128.23 | Allowed: | $80,662.00 |
| RIVER PARK EXECUTIVE SUITES<br>C/O WILLIAM E WINFIELD<br>NORDMAN CORMANY HAIR & COMPTON LLP<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>OXNARD, CA 93036 | | Claim Number: 10035-02<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $744.00 | | | Allowed: | $744.00 |
| RIVERA, BLANCA R.<br>407 E MARY ST<br>BESSEMER, MI 49911 | | Claim Number: 8807<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $6,016.00 | | | | |
| RIVERA, EDWIN<br>3921 AZALEA CIR.<br>MAUMEE, OH 43537 | | Claim Number: 7641-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $6,273.74 | Scheduled:<br>Scheduled: | $6,251.87 CONT<br>$24,549.58 CONT | Allowed: | $6,273.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RIVERA, EDWIN<br>3921 AZALEA CIR.<br>MAUMEE, OH 43537 | | Claim Number: 7641-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $23,437.82 |
| RIVERA, EDWIN L<br>3921 AZALEA CIR.<br>MAUMEE, OH 43537 | | Claim Number: 7643<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| PRIORITY | Claimed: | $6,273.74 |
| UNSECURED | Claimed: | $23,437.82 |
| RIVERA, GREGORY<br>MANS DEL CARIBE<br>OPALO #20<br>HUMACAO, PR 00791 | | Claim Number: 3512<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,320.00 |
| RIVERSIDE COUNTY<br>TREASURER TAX COLLECTOR<br>ATTN TAX ENFORCEMENT<br>PO BOX 12005<br>RIVERSIDE, CA 92502 | | Claim Number: 10510<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $638,855.31 |
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN; CARRIE KOKOSENSKI<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | | Claim Number: 10854<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 03/04/201310059 (06/20/2011) |
| ADMINISTRATIVE | Claimed: | $92,732.47 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| RIVERSIDE COUNTY TREASURER-TAX COLLECTOR<br>MARTHA E. ROMERO<br>PAUL MCDONNELL<br>6516 BRIGHT AVE.<br>WHITTIER, CA 90601 | | Claim Number: 10504<br>Claim Date: 09/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10002 (05/11/2011) | | | | |
| SECURED | Claimed: | $638,855.31 | | | | |
| RIVERSTONE APPRAISERS<br>ATTN CIRRI QUICK<br>PO BOX 3766<br>WENATCHEE, WA 98807 | | Claim Number: 2550<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $475.00 | | | Allowed: | $475.00 |
| RIZON, MARY<br>5411 PASO DEL RIO COURT<br>CONCORD, CA 94521 | | Claim Number: 10113<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | |
| RIZOPOULOS FRAGOPOULOS, P NICOLE<br>34 GARDNER AVE<br>HICKSVILLE, NY 11801 | | Claim Number: 9637<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| RJ NEILD REAL ESTATE APPRAISALS<br>ATTN RJ NEILD, OWNER<br>1461 MAIN ST<br>EL CENTRO, CA 92243 | | Claim Number: 45<br>Claim Date: 08/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,225.00 | Scheduled: | $1,500.00 | Allowed: | $5,225.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| RL INVESTMENT LIMITED PARTNERS<br>230 E 107TH ST CIR<br>BLOOMINGTON, MN 55420 | | Claim Number: 6591<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $33,139.19 | | |
| RL INVESTMENT LMTD PTN<br>C/O RICHARD M HORWOOD<br>HORWOOD MARCUS & BERK CHTD<br>230 EAST 107TH STREET CIRCLE<br>BLOOMINGTON, MN 55420-5315 | | Claim Number: 9692<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $58,819.50 | | |
| RL INVESTMENT LTD PARTNERSHIP<br>RICHARD HORWOOD, GEN PTNR<br>230 E 107TH STREET CIRCLE<br>BLOOMINGTON, MN 55420-5315 | | Claim Number: 9413<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $72,944.87 | | |
| ROANOKE COUNTY TREASURER<br>F KEVIN HUTCHINS<br>PO BOX 21009<br>ROANOKE, VA 24018 | | Claim Number: 167<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | |
| PRIORITY | Claimed: | $948.07 | Allowed: | $948.07 |
| ROBAN, JAMES G.<br>1686 CLOUD DRIVE N.E.<br>BLAINE, MN 55449 | | Claim Number: 3737<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $707.30 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROBAN, JAMES G.<br>1686 CLOUD DR N.E.<br>BLAINE, MN 55449 | | Claim Number: 3743<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,425.00 | | | | | |
| ROBB EVANS, PLAINTIFF V. AMERICAN HOME<br>11661 SAN VICENTE BLVD<br>STE 500<br>LOS ANGELES, CA 900495113 | | Claim Number: 8500<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9741 (02/01/2011) | | | | | |
| UNSECURED | Claimed: | $10,257.65 | Scheduled: | $0.00 UNLIQ | Allowed: | | $10,257.65 |
| ROBB, LEORA HELEN<br>8428 GOLFSIDE DR<br>COMMERCE TOWNSHIP, MI 48382 | | Claim Number: 5479<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $9,978.20 | | | | | |
| ROBB, THOMAS BRYAN<br>6332 WOODCHASE CT<br>ELLICOTT CITY, MD 21043 | | Claim Number: 979<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,544.00 | Scheduled:<br>Scheduled: | $5,050.61 CONT<br>$41.20 CONT | Allowed: | | $2,544.00 |
| ROBBINS, WALTER W.<br>ROLLOVER IRA ACCOUNT<br>P.O. BOX 1556<br>JENA, LA 71342-1556 | | Claim Number: 4375<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| ROBERT BALIS APPRAISALS<br>ATTN ROBERT BALIS<br>P.O. BOX 1388<br>COLVIS, CA 93611 | | Claim Number: 2339<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | |
| ROBERT C. TAGGART & ASSOCIATES<br>ATTN VICKY GUZMAN, OFFICE MGR.<br>5869 SW 29TH STREET<br>TOPEKA, KS 66614 | | Claim Number: 2518<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $356.00 | | | Allowed: | $356.00 |
| ROBERT EINBINDER<br>748 PEPPERVINE AVE<br>JACKSONVILLE, FL 32259-5272 | | Claim Number: 2705<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,966.00 | | | | |
| ROBERT F. EILERS, JR. IRA FBO<br>SUNAMERICA TRUST CO CUST<br>ROLLOVER ACCOUNT<br>PO BOX 775<br>AVON, CT 06001 | | Claim Number: 5317<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| ROBERT HALF FINANCE & ACCOUNTING<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 1632<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 8794 (04/23/2010) | | | | |
| UNSECURED | Claimed: | $3,525.58 | | | Allowed: | $3,525.58 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ROBERT HALF FINANCE & ACCOUNTING DIV. OF
ROBERT HALF INTERNATIONAL
ATTN: MARY GONZALES
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 10797
Claim Date: 08/16/2010
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 9458 (11/16/2010)

| UNSECURED | Claimed: | $3,525.58 |
| --- | --- | --- |

---

ROBERT J BELL & ASSOC. INC
ATTN LORRAINE BELL, PRESIDENT
3419 VIRGINIA BEACH BLVD. # 241
VIRGINIA BEACH, VA 23452

Claim Number: 6165
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,060.00 | Scheduled: | $325.00 | Allowed: | $2,060.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

ROBERT J. HOPP & ASSOCIATES, LLC
ATTN ROBERT J. HOPP, ESQ
PO BOX 8689
DENVER, CO 80201

Claim Number: 1756
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $56,571.16 | | | Allowed: | $56,571.16 |
| --- | --- | --- | --- | --- | --- | --- |

---

ROBERT LYLE WILHELM TOD
CYNTHIA ANN ELVRUM
1745 SW ROCK COURT
ALOHA, OR 97006-1551

Claim Number: 2764
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

ROBERT R. JONES APPRAISERS
ATTN KIMBERLY A. JONES, TREASURER
7800 ALLENTOWN BLVD
HARRISBURG, PA 17112

Claim Number: 2157
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $815.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROBERT SCHERMAN & ASSOCIATES<br>ATTN ROBERT J SCHERMAN<br>5700 HARROW GLEN CT<br>GALENA, OH 43021 | Claim Number: 7762<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) |
|---|---|

| UNSECURED | Claimed: | $6,975.00 | Scheduled: | $5,725.00 |
|---|---|---|---|---|

| ROBERT W. BAIRD & CO., INC. TTEE<br>FBO OTTO A. BIEBER, IRA<br>1132 W. 53RD ST B1<br>DAVENPORT, IA 52806 | Claim Number: 5754<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $3,097.24 |
|---|---|---|

| ROBERTELLO, JAMES & LINDA<br>580 PATTEN AVE #60<br>LONG BRANCH, NJ 07740 | Claim Number: 7781<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $1,372.95 |
|---|---|---|

| ROBERTELLO, JAMES & LINDA<br>580 PATTEN AVE #60<br>LONG BRANCH, NJ 07740 | Claim Number: 7782<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $6,808.95 |
|---|---|---|

| ROBERTS, CHERYL<br>4029 S PARK DR<br>FORT WAYNE, IN 46806 | Claim Number: 9631<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $384.32 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ROBERTS, DAVID<br>323 THOMAS RD<br>SEVERNA PARK, MD 21146 | | Claim Number: 7093-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,064.00 CONT<br>$341,238.31 CONT | Allowed: | $10,950.00 |
| ROBERTS, DAVID<br>323 THOMAS RD<br>SEVERNA PARK, MD 21146 | | Claim Number: 7093-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $353,440.18 | | | Allowed: | $353,440.18 |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | | Claim Number: 349<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6178 (10/02/2008) | | | | |
| PRIORITY | Claimed: | $37,869.09 | | | | |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | | Claim Number: 350<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $359,633.63 | | | | |
| ROBERTS, DAVID E.<br>323 THOMAS DR<br>SEVERNA PARK, MD 21146 | | Claim Number: 7094<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$353,440.18 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ROBERTS, DONALD A.<br>(TD AMERITRADE INC. CUSTODIAN)<br>413 BUENA TIERRA CT<br>WINDSOR, CA 95492 | | Claim Number: 4145<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $1,120.99 | | | | |
| ROBERTS, SUSAN D.<br>4334 DOWNS SQ<br>BELCAMP, MD 21017 | | Claim Number: 974<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $2,826.92 | Scheduled: | $4,523.08 CONT | Allowed: | $2,826.92 |
| ROBERTS, TODD<br>1601 W CENTRE AVE<br>LOWR 101<br>PORTAGE, MI 490245340 | | Claim Number: 1699<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $570.00 | | | | |
| ROBERTSON, DIANA<br>100 MOSSY POINT<br>LOCUST GROVE, AR 72550 | | Claim Number: 9522<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,999.95 | | | | |
| ROBERTSON, LARRY<br>512 NE SAPPHIRE WAY<br>JENSEN BEACH, FL 34957 | | Claim Number: 4469<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ROBERTSON, MICHAEL T.<br>113 N. 13TH<br>KANSAS CITY, KS 66102 | | Claim Number: 4741<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,986.00 |
| ROBINSON, DONTE T<br>1392 EDELWEISS AVE<br>RIVERSIDE, CA 92501 | | Claim Number: 2534<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

PRIORITY          Claimed:          $807.69          Scheduled:          $807.69  CONT          Allowed:          $807.69

| | | |
|---|---|---|
| ROBINSON, GRANT<br>15 TEDDY BEAR TRL<br>SANTA FE, NM 87505 | | Claim Number: 9370<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROBINSON, MAUREEN<br>P.O. BOX 203<br>21 CHPPEWA LOOP<br>BRANT LAKE, NY 12815 | | Claim Number: 7703<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,943.81 |
| ROBINSON, RICHARD<br>6808 NW PLEASANTVIEW DR<br>KANSAS CITY, MO 64152 | | Claim Number: 4755<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ROBINSON, STEPHEN D.
3213 COLGATE AVE
DALLAS, TX 75225-4826

Claim Number: 5838
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

ROBINSON-LAWLER, ROYCE & CASEY LAWLER
4810 SHERIDAN AVE SOUTH
MINNEAPOLIS, MN 55410

Claim Number: 9314
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,484.00 |

---

ROBISON, NORMAN L.
475 S ARLINGTON AV
RENO, NV 89501

Claim Number: 3824
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |

ROBLES, MONICA G.
8408 ACKLEY ST
PARAMOUNT, CA 90723-2706

Claim Number: 1705
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,324.30 | Scheduled: | $1,449.46 CONT | Allowed: | $1,324.30 |

ROBY, KARA
4070 E WINDSOR DR
GILBERT, AZ 85296

Claim Number: 864
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $969.36 | Scheduled: | $969.23 CONT | Allowed: | $969.36 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ROCHAU, ARTHUR E.,
ARTHUR E ROCHAU TRUST
U/A DTD 06/06/1990
1670 WEST LINCO ROAD
STEVENSVILLE, MI 49127-9416

Claim Number: 3590
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $20,024.00 | | | | |
|---|---|---|---|---|---|---|

ROCHFORD, AMANDA L
25963 N IL RT 59
BARRINGTON, IL 60010

Claim Number: 6645
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,423.00 | Scheduled: | $2,423.08 CONT | Allowed: | $2,423.00 |
|---|---|---|---|---|---|---|

ROCKPORT TOWN
ATTN ROBERT JOSEPHSON, TREASURER
P.O. BOX 150
ROCKPORT, MA 01966

Claim Number: 5171
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $7,331.04 | | | | |
|---|---|---|---|---|---|---|

ROCKWEL, ROGER G.
26520 STATE HIGHWAY 8
UNION CITY, PA 16438

Claim Number: 5360
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

ROCKWELL, ELIZABETH
199 DUBLIN CT UNIT V 2
SCHAUMBURG, IL 60194-6129

Claim Number: 1218
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $816.00 | Scheduled: | $952.00 CONT | Allowed: | $816.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RODERICK, GREG A.<br>17400 SW UPPER BOONES FERRY RD<br>SRE #230<br>DURHAM, OR 97224-7094 | | Claim Number: 9556<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,130.00 |
| RODERICK, GREG A.<br>17400 SW UPPER BOONES FERRY RD<br>STE #230<br>DURHAM, OR 97224-7094 | | Claim Number: 9558<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,425.51 |
| RODERICK, GREG A. ACF<br>ISABELLE H RODERICK U/OR/VTMA<br>17400 SW UPPER BOONES FERRY RD<br>STE #230<br>DURHAM, OR 97224-7094 | | Claim Number: 9542<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,306.00 |
| RODERICK, GREG A. ACF<br>JOSHUAH A. RODERICK U/OR/VTMA<br>17400 SW UPPER BOONES FERRY RD<br>STE #230<br>DURHAM, OR 97224-7094 | | Claim Number: 9559<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,305.00 |
| RODERICK, GREG A. IRA<br>17400 SW UPPER BOONES FERRY RD<br>STE #230<br>DURHAM, OR 97224 | | Claim Number: 9557<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,296.00 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RODITTI, PATRICIA E. & NICOLAS A.<br>12739 MEGAN JEAN CT<br>JACKSONVILLE, FL 32218 | | Claim Number: 9041<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189.50 | | | | |
| RODRIGUEZ, CATHERINE B IRA<br>3 ORCHARD ST<br>WELLESLEY, MA 02481 | | Claim Number: 3667<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | |
| RODRIGUEZ, MARGIDLEY<br>137 16B 68TH DR<br>KEW GARDENS HILLS, NY 11367 | | Claim Number: 4947<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46  CONT | Allowed: | $888.46 |
| RODRIGUEZ, RONALD E.<br>14848 DICKY ST<br>WHITTIER, CA 90604 | | Claim Number: 898<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,445.00 | | | | |
| RODRIGUEZ, TIMOTHY<br>PO BOX 7385<br>OCEAN ISLE BEACH, NC 28469 | | Claim Number: 1715<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RODRIGUEZ, TIMOTHY<br>PO BOX 7385<br>OCEAN ISLE BEACH, NC 28469 | | Claim Number: 3028<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
| ROEBUCK, KATHELEN S.<br>30942 LUCIA LANE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 8373<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00   UNDET | | | |
| ROELKE, WILLIAM LLOYD SR TTEE<br>630 HARMONY DR APT 257<br>NEW OXFORD, PA 17350-8224 | | Claim Number: 6418<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $5,321.00 | | | |
| ROELLER, SHARLINE<br>7730 COAST JAY ST<br>N LAS VEGAS, NV 89084 | | Claim Number: 115<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | |
| UNSECURED | Claimed: | $1,611.20 | | | |
| ROELLER, SHARLINE C<br>7730 COAST JAY ST<br>NORTH LAS VEGAS, NV 89084 | | Claim Number: 10199<br>Claim Date: 04/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,611.20 | Scheduled: | $1,611.20  CONT | Allowed: | $1,611.20 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ROESCH, JUDITH G.<br>4831 CONDOR ST<br>METAIRIE, LA 70001 | | Claim Number: 62<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00  CONT | Allowed: | $800.00 |

| ROESNER, PAUL I.<br>2819 JODORE AVE.<br>TOLEDO, OH 43606 | | Claim Number: 3826<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| SECURED | Claimed: | $9,000.00 |
| UNSECURED | Claimed: | $1,000.00 |

| ROGENMOSER APPRAISAL SERVICE<br>CATHERINE ROGENMOSER<br>9094 WIGMORE CT<br>ELK GROVE, CA 95624 | | Claim Number: 3877<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $1,600.00 | Allowed: | $2,650.00 |

| ROGER J. SCHIERMEIER TRUST<br>13435 TERRA VISTA DR<br>SAINT LOUIS, MO 63146 | | Claim Number: 4264<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $7,682.89 |

| ROGER PARKINSON<br>18124 WEDGE PKWY<br>RENO, NV 89511-8134 | | Claim Number: 2971<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $8,130.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | Claim Number: 2221<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |

| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | Claim Number: 2222<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| ROGERS TOWNSHIP<br>ATTN THOMAS RADKA, TREASURER<br>1660 HEYTHALER HWY<br>ROGERS CITY, MI 49779 | Claim Number: 4238<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

| ROGERS, ADELINE<br>6101 S ROCKWELL<br>OKLAHOMA CITY, OK 73169 | Claim Number: 8082<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |

| ROGERS, GRACE W.<br>PO BOX 617<br>NICASIO, CA 94946 | Claim Number: 5090<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| PRIORITY | Claimed: | $518.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROGERS, JOE M.<br>PO BOX 276<br>GLOUCESTER, VA 23061 | | Claim Number: 65<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | | | | |
| ROGERS, JOE M.<br>PO BOX 276<br>GLOUCESTER, VA 23061 | | Claim Number: 1453<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $250.00 | | | | | |
| ROGERS, LIA<br>819 CLOCKS BLVD<br>MASSAPEQUA, NY 11758 | | Claim Number: 10391<br>Claim Date: 05/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,015.20 | Scheduled: | $1,015.20  CONT | Allowed: | $1,015.20 | |
| ROGERS, TRANG<br>1301 PARKVIEW PL<br>BOZEMAN, MT 59715 | | Claim Number: 1216<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $450.00 | | | | | |
| ROGINSK, DENNIS C.<br>2607 W. LIBERTY<br>SPOKANE, WA 99205 | | Claim Number: 7666<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,216.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ROGNLIE, SUSAN
6847 FARRALONE AVENUE
LOS ANGELES, CA 91303

Claim Number: 10203
Claim Date: 04/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $60,000.00  UNLIQ | | | | | |

---

ROHDE, GARY
27986 WHITCOMB ST
LIVONIA, MI 48154

Claim Number: 3568
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | | | Scheduled: | $154.24 | Allowed: | $152.24 | |

---

ROITER, CATHERINE
15538 SE 9TH STREET
BELLEVUE, WA 98007

Claim Number: 1879
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $702.00  CONT |
| UNSECURED | Claimed: | $702.00 | | |

---

ROJAS, LAURA A. AND NORMA
1063 WEXFORD WAY
PORT ORANGE, FL 32129

Claim Number: 6281
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,137.00 |

---

ROLAND, ROBERT J. & ROBIN A.
259 STACY WEAVER DRIVE
FAYETTEVILLE, NC 28311-0849

Claim Number: 7238
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,095.00 |
| UNSECURED | Claimed: | $1,095.00 |
| TOTAL | Claimed: | $1,095.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ROLLAND, KAREN<br>3028 HIGHWAY 163<br>CHERRY VALLEY, AR 72324-8901 | | Claim Number: 467<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| ROLLER, VICTOR L.<br>3410 MEADOW BROOK<br>COSTA MESA, CA 92626 | | Claim Number: 5575<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $965.00 | | |
| ROLLINS, MICHAEL S.<br>1 COACH TER<br>DURHAM, NC 27713 | | Claim Number: 9317<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,737.00   UNDET | | |
| ROLOFF, KENENTH L. & BERNICE I.<br>9801 N RIDGE SHADOW PL<br>TUCSON, AZ 857048270 | | Claim Number: 7191<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,417.00 | | |
| ROMAN, ANGELA A.<br>2429 SETTLERS RDG<br>NEW WINDSOR, NY 12553 | | Claim Number: 5518<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,150.35 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| ROMAN, MANDY<br>1043 N BRADFORD AVE APT J<br>PLACENTIA, CA 92870-4340 | | Claim Number: 9768<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $646.14 | Scheduled: | $646.14  CONT | |
| SECURED | Claimed: | $646.14 | | | |
| TOTAL | Claimed: | $646.14 | | | |
| ROMAN, MARIA EVA<br>414 PEACHTREE DR<br>PALESTINE, TX 75803 | | Claim Number: 242<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| ROMAN, MARK J. & LORETTA J. JT WROS<br>17481 LAKESEDGE TRAIL<br>CHAGRIN FALLS, OH 44023 | | Claim Number: 6427<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,419.40 | | | |
| ROMANO, DAVID M.<br>10 WOODLAND DRIVE<br>WEST WARWICK, RI 02893 | | Claim Number: 10065<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | |
| SECURED | Claimed: | $31,500.00 | | | |
| ROMERO, JOYCE C.<br>116 CARRIAGE WAY DR. # 114<br>BURR RIDGE, IL 60527 | | Claim Number: 8008<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,808.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ROMERO, YANAYRA
1483 E 3RD AVE
BAY SHORE, NY 117063023

Claim Number: 3707
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $517.95 | | $517.95 CONT | | $517.95 |

ROMSAITONG, PANDATE
10 CLUB DRIVE
MASSAPEQUA, NY 11758

Claim Number: 8419
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $0.00   UNDET | | | | |

RONALD J. TYRELL JR.
109 WINANT ROAD
PITTSFIELD, NH 03263

Claim Number: 2695
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,800.00 | | $1,800.00 | | $1,800.00 |

RONSMAN, REBECCA M
1403 BRADLEY CT.
SPRING GROVE, IL 60081

Claim Number: 8625
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,076.92 | | $3,076.92 CONT | | $3,076.92 |

ROOD, REBECCA
8785 GREENGRASS WAY
PARKER, CO 80134

Claim Number: 6338
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $923.08 | | $923.08 CONT | | $923.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROOT, ROYCE C.<br>386 EAST AVE.<br>BROCKPORT, NY 14420 | | Claim Number: 4989<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,240.00 | | | | | |
| ROSA, SAVATORE<br>1 ISLAND PL.<br>NEW CITY, NY 10956 | | Claim Number: 5434<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,011.80 | | | | | |
| ROSARIO, JACK<br>52 RUSSELL PL<br>APT 2B<br>FREEPORT, NY 11520 | | Claim Number: 4357<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $216.00 | Scheduled: | $432.00 CONT | Allowed: | $216.00 |
| ROSARIO, LAURA<br>163 CHARING CROSS<br>LYNBROOK, NY 11563 | | Claim Number: 6337<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | Allowed: | $300.00 |
| ROSARIO, LUCRETIA (CREE)<br>9760 PARK TERRACE<br>DR 18<br>SANTEE, CA 92071 | | Claim Number: 7922<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,161.56 | Scheduled: | $1,161.56 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSE, STEPHEN S.<br>1316 LONGLEAF RD.<br>SOUTHPORT, NC 28461 | | Claim Number: 4822<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,125.00 | | | | |
| ROSE-DYER, MAXINE<br>3 ATHENA CT<br>DIX HILLS, NY 11746-6558 | | Claim Number: 4435-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT | Allowed: | $2,000.00 |
| ROSE-DYER, MAXINE<br>3 ATHENA CT<br>DIX HILLS, NY 11746-6558 | | Claim Number: 4435-02<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
| ROSEN, STANLEY C.<br>6179 EVIAN PL<br>BOYNTON BEACH, FL 33437 | | Claim Number: 5824<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| ROSENBERG, IRWIN & CYNTHIA<br>3031 WEATHERBY CT<br>WILMINGTON, NC 28405-3483 | | Claim Number: 9304<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,273.03 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSENBERG, ROBIN<br>600 WILLIS AVE, APT 4F<br>WILLISTON PARK, NY 11596 | | Claim Number: 1077<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $632.25 | Scheduled: | $632.25  CONT | Allowed: | $632.25 |
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6307<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,090.84 | Scheduled: | $1,090.84  CONT | | |
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6308<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,090.84 | | | | |
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LN<br>WEST DES MOINES, IA 50266 | | Claim Number: 1011<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $662,595.34 | | | | |
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6305<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $651,645.34 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6306-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$603,471.54 CONT | Allowed: | $10,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6306-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $609,200.85 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLUM, RUTH<br>2135 BEVERLY WAY<br>MERRICK, NY 11566-5417 | | Claim Number: 486<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $1,869.23 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLUM, RUTH<br>590 OCEAN AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 2276<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,869.23 | | Allowed: | $1,869.23 |

| | | | | | |
|---|---|---|---|---|---|
| ROSENKRANS, BARRY<br>39 WARNER RD<br>BINGHAMTON, NY 13901 | | Claim Number: 7244<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $1,062.99 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ROSENTHAL, CAROLYN - ROLLOVER IRA
C/O CAROLYN ROSENTHAL
245 OAKRIDGE BLD O
DEERFIELD BEACH, FL 33442

Claim Number: 6483
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $61,639.49 |
| --- | --- | --- |

---

ROSENTHAL, MURRAY - ROTH IRA
C/O MURRAY ROSENTHAL
245 OAKRIDGE BLD O
DEERFIELD BEACH, FL 33442

Claim Number: 6484
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,575.75 |
| --- | --- | --- |

---

ROSENTHAL, PATRICIA &
6101 MARY ELLEN AVE
VALLEY GLEN, CA 914013152

Claim Number: 9944
Claim Date: 02/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $16,529.00 |
| --- | --- | --- |

---

ROSENZWEIG, CAROL
31 WILSON AVE
AMITYVILLE, NY 11701

Claim Number: 658
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,561.88 | Scheduled: | $1,561.70  CONT | Allowed: | $1,561.88 |
| --- | --- | --- | --- | --- | --- | --- |

---

ROSICKI, ROSICKI AND ASSOC PC
ATTN KELLY POOLE
51 E BETHPAGE RD
PLAINVIEW, NY 11803-4224

Claim Number: 8566
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $9,250.00 |
| --- | --- | --- |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| ROSINSKI, BARI M.<br>2013 WALTERS AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 8623<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY | Claimed: | $1,106.69 | Scheduled: | $1,106.69 CONT | Allowed: | $1,106.69 |
| ROSINSKY, MARTIN<br>17390 BRIDLEWAY TRAIL<br>BOCA RATON, FL 33496-3231 | | Claim Number: 8094<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $25,003.85 | | | |
| ROSS, TONYA L.<br>1428 FRIENDLY AVE<br>PORTAGE, MI 49002 | | Claim Number: 286<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $396.00 | Scheduled: | $396.00 CONT | Allowed: | $396.00 |
| ROSSI & ASSOC. INC, EMPLOYEES 401K<br>PROFIT SHARING PLAN<br>DTD 2-17-99<br>970 SOUTH BYRNE RD<br>TOLEDO, OH 43609-1010 | | Claim Number: 5668<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $23,492.71 | | | |
| ROSSIER APPRAISAL COMPANY<br>ATTN ROBERT B. ROSSIER<br>322 MAMMOTH OAKS DR.<br>CHARLOTTE, NC 28270 | | Claim Number: 5007<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $2,025.00 | Scheduled: | $75.00 | Allowed: | $2,025.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROSSMAN, KAREN S.<br>245 MADISONBURG PIKE<br>MADISONBURG, PA 16852 | | Claim Number: 7421<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,973.25 | | | | | |
| ROSSOMANO, DONNAJEAN<br>200 SERPENTINE LN<br>ISLANDIA, NY 11749 | | Claim Number: 3728<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $1,096.15 | Scheduled: | $1,096.15 CONT | Allowed: | $1,096.15 |
| ROST, MICHELE D<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | | Claim Number: 5459<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $3,692.31 CONT | Allowed: | $2,307.69 |
| ROST, MICHELE D.<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | | Claim Number: 797<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,461.54 | | | | | |
| ROSTEK, J. / HESSLER, J. / WADE, D.<br>308 HEATHER LANE<br>PASADENA, MD 21122-1136 | | Claim Number: 1618<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $39,460.00 | | | Allowed: | $39,460.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ROTHBAUER, C. JAMES AND/OR GJERTRUD<br>872 DREW RD<br>PARKSVILLE, BC V9P 1X2<br>CANADA | Claim Number: 9580<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN SUSAN E. TRENT, ATTORNEY<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647 | Claim Number: 6986<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |

| UNSECURED | Claimed: | $15,829.37 |
|---|---|---|

| | | |
|---|---|---|
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN: SUSAN E. TRENT<br>P.O. BOX 11647<br>FORT WAYNE, IN 46859-1647 | Claim Number: 9652<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | |

| UNSECURED | Claimed: | $39,838.89 |
|---|---|---|

| | | |
|---|---|---|
| ROTHBERG LOGAN & WARSCO LLP<br>ATTN SUSAN E TRENT<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647 | Claim Number: 10036<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $41,961.89 | Allowed: | $41,961.89 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ROTHE, CHRISTOPHER<br>FMT CO CUST IRA<br>FBO CHRISTOPHER ROTHE<br>3919 11TH AVE N<br>SAINT PETERSBURG, FL 33713-6008 | Claim Number: 3332<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| PRIORITY | Claimed: | $6,799.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ROTHE, JOHN & MRS.<br>2780 RIVERSIDE DRIVE<br>WANTAGH, NY 11793 | | Claim Number: 7543<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $20,000.00 | | | | | |
| ROTHENBERG, DIANE<br>DESIGNATED BENE PLAN<br>2123 W. BROWNING AVE<br>FRESNO, CA 93711 | | Claim Number: 6295<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $12,272.53 | | | | | |
| ROTHKIN, MICHELE<br>22 CLIFFORD DR<br>FARMINGDALE, NY 11735 | | Claim Number: 2284<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $1,176.92 CONT | | | |
| ROTHROCK, CLIFFORD<br>5271 EASTBROOK CT<br>SHELBY TWP., MI 48316 | | Claim Number: 4520<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $59,917.00<br>$59,917.00<br>$59,917.00 | | | | | |
| ROTOLO, CAMILLE<br>957 N. GREENE AVE<br>LINDENHURST, NY 11757 | | Claim Number: 5301<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $876.92 | Scheduled: | $876.92 CONT | Allowed: | $876.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ROTONDO, GUY J. & MARISA S.<br>178 HIRST RD<br>BRIARCLIFF MANOR, NY 10510 | | Claim Number: 8901<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $76,433.80 |
| ROURKE, JOSEPH T., JR.<br>5 TOWN FORM RD<br>PO BOX 395<br>MONSON, MA 01057 | | Claim Number: 8020<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,390.00 |
| ROUSSELL, VALERIE J.<br>7510 STONE HILL COURT<br>GARLAND, TX 75044 | | Claim Number: 9646<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $779.46 |
| ROUTH CRABTREE OLSEN<br>13555 SE 36TH ST STE 300<br>BELLEVUE, WA 98006-1489 | | Claim Number: 8642<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ROUTH CRABTREE OLSEN, PS<br>13555 SE 36TH ST #1<br>BELLEVUE, WA 98006-1400 | | Claim Number: 6443<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $12,550.00 | Allowed: | $12,550.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ROWE, ELSIE & ROBERT<br>2826 W LOMBARD<br>DAVENPORT, IA 52804 | | Claim Number: 9511<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $7,869.00 | | |
| ROWE, RONALD K.<br>2068 DORAL DRIVE<br>HARRISBURG, PA 17112 | | Claim Number: 8916<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $23,499.99 | | |
| ROWLANDS, LUCINDA CHRISTINE<br>9453 COATES RD E<br>HOLLAND PATENT, NY 13354 | | Claim Number: 3207<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $777.70 | | |
| ROWLEY, DONALD (DON)<br>3644 VILLAGE SPRINGS DR<br>HIGH POINT, NC 27265 | | Claim Number: 3108<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,366.73 | Allowed: | $1,366.73 |
| ROY, CHARLES L., TTEE<br>25-45 OCTILLO AVE<br>SANTA MARIA, CA 93455 | | Claim Number: 3624<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ROYAL BANK OF SCOTLAND PLC<br>C/O GREENWICH CAPITAL MARKETS, INC.<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8963<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 8779 (04/19/2010) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $5,203,128.00 | | Allowed: | | $5,203,128.00 |

| ROYAL BANK OF SCOTLAND PLC C/O<br>FKA GREENWICH CAPITAL MARKETS, INC<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | | Claim Number: 8955<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6496 (11/04/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

| ROYAL, DIANE J.<br>2310 CLOVERFIELD CT<br>FORT WAYNE, IN 46808 | | Claim Number: 802<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,153.85 | Scheduled: | $1,230.77  CONT | Allowed: | $1,153.85 |

| ROYER, JULIAN L.<br>1710 WEST KRAUSE<br>WESTLAKE, LA 70669 | | Claim Number: 5572<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,405.00 | | | | |

| ROYHL, HEATHER<br>21W040 MONTICELLO RD<br>LOMBARD, IL 60148-5124 | | Claim Number: 9296<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.64 | | | | |
| UNSECURED | Claimed: | $1,480.64 | | | | |
| TOTAL | Claimed: | $1,480.64 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| RPM002 MUIR ORTHOPEDIC SPECIALISTS<br>401(K) PROFIT SHARING DTD 03/01/01<br>FBO JEROME C. BERNHOFT<br>2517 ROUNDHILL DRIVE<br>ALAMO, CA 94507-2220 | | Claim Number: 7182<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| SECURED | Claimed: | $5,000.00 | | | | |
| RSF, LLC<br>ATTN PAUL M. WEISER<br>BUCHALTER NEMER<br>16435 NORTH SCOTTSDALE ROAD, SUITE 440<br>SCOTTSDALE, AZ 85254-1754 | | Claim Number: 8797<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $88,198.84 | | | Allowed: | $88,198.84 |
| RSP REALTY LLC<br>C/O PETER R. OLSON, ESQ.<br>JENKINS & OLSON PC<br>15 SOUTH PUBLIC SQUARE<br>CARTERSVILLE, GA 30120 | | Claim Number: 2226<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $45,000.00 | Scheduled: | $0.00  UNLIQ | | |
| RTL COMMUNICATIONS, LLC<br>PO BOX 23921<br>KNOXVILLE, TN 37933 | | Claim Number: 3040<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $92.86 | Scheduled: | $92.86 | | |
| RUBEL, JIM<br>1675 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 4621-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$9,050.00  CONT | Allowed: | $10,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RUBEL, JIM
1675 PORTAGE PASS
DEERFIELD, IL 60015

Claim Number: 4621-02
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,050.00 | | | Allowed: | $9,050.00 |
|---|---|---|---|---|---|---|

RUBIN, DINAH (COOKIE)
3847 SPIRITED CIRCLE
SAINT CLOUD, FL 34772

Claim Number: 2985
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $2,230.77 | Scheduled: | $2,230.77 CONT | Allowed: | $2,230.77 |
|---|---|---|---|---|---|---|

RUBIN, JEFF
ALL PRO MORTGAGE
6600 N ANDREWS AVE
SUITE
FT LAUDERDALE, FL 33309

Claim Number: 513
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $10,000.00 | | | | |
|---|---|---|---|---|---|---|

RUBIN, MORRIS & ELAINE
4 WEYANT DR
CEDARHURST, NY 11516

Claim Number: 4986
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,465.00 | | | | |
|---|---|---|---|---|---|---|

RUBIN, SVETLANA
2681 WEST 2ND ST
APT 2F
BROOKLYN, NY 11223

Claim Number: 3723
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | $2,596.15 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RUBIN, WENDY S.
ARTHUR S. RUBIN CO-TRUSTEES
WENDY S. RUBINE 2002 REV TR
3171 NO 36TH ST
HOLLYWOOD, FL 33021

Claim Number: 3416
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,445.00 | | | | | |

---

RUBIO MATOS, ZOILA
16778 NW 13 ST
PEMBROKE PINES, FL 33028

Claim Number: 2029
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,803.76 | Scheduled: | $3,607.54 CONT | Allowed: | $1,803.76 |

---

RUBIO, GEORGE S.
45 CHRISTOPHER ST
LADERA RANCH, CA 926941527

Claim Number: 897
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | | Allowed: | $800.00 |

---

RUBIO-MATOS, ZOILA
16778 NW 13 STREET
PEMBROKE PINES, FL 33028

Claim Number: 1778
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,049.36 |

---

RUCKER, JAMES D.
5057 CORONADO DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 10347
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8490 (01/12/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,447,330.10 |
| SECURED | Claimed: | $589,823.22 |
| TOTAL | Claimed: | $3,037,153.36 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| RUCKER, JERRY D.<br>2311 TANGLEY<br>HOUSTON, TX 77005 | | Claim Number: 3483<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$41,000.00 | | | | |
| RUDA, ANTHONY<br>1233 STERLING BLVD<br>ENGLEWOOD, NJ 07631-4823 | | Claim Number: 8998<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $4,063.08 CONT | Allowed: | $3,384.62 |
| RUDY, MARTHA J<br>321 GREENWOOD<br>EVANSTON, IL 60201 | | Claim Number: 8621<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,454.95 | Scheduled: | $1,454.95 CONT | Allowed: | $1,454.95 |
| RUDZINSKI, CHRISTINE<br>4121 AVALON DR<br>WEYMOUTH, MA 02188 | | Claim Number: 6515<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,712.55 | Scheduled: | $2,739.69 CONT | | |
| RUFFER, RONALD Q.<br>2506 AINTREE LN<br>FALLSTON, MD 21047 | | Claim Number: 3639<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RUFFIN-BROWN, CAROLYN D. TRUSTEE<br>CAROLYN D. RUFFIN-BROWN TRUST<br>U/A DTD 9-02-95<br>2209 BERRYWOOD RD<br>EDMOND, OK 73034-6877 | | Claim Number: 5092<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,500.00 | | | | | |
| RUIZ, DIANE E<br>143 LELAND DR<br>MABLETON, GA 30126 | | Claim Number: 9400<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| RUND WALLMAN & ROBBINS LLP<br>ATTN PARTNER<br>151 N DELAWARE<br>STE 520<br>INDIANAPOLIS, IN 46204-2535 | | Claim Number: 4585<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $399.00 | Scheduled: | $209.00 | Allowed: | $399.00 |
| RUNYAN, MATTHEW L.<br>7 BITTERSWEET LN<br>LEVITTOWN, NY 11756 | | Claim Number: 366<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $4,811.25<br>$4,811.25<br>$4,811.25 | | | | | |
| RUNYAN, MATTHEW L.<br>7 BITTERSWEET LN<br>LEVITTOWN, NY 11756 | | Claim Number: 3971<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $4,807.50 | | | Allowed: | $4,807.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| RUPP, CHARLES A.<br>PO BOX 53021<br>PETTISVILLE, OH 43553 | | Claim Number: 4627<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,350.00 |
| RUPP, CHARLES A.<br>PO BOX 53021<br>PETTISVILLE, OH 43553 | | Claim Number: 4628<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,610.00 |
| RURY, BETTY A.<br>FCC AS CUSTODIAN<br>1504 HARRIS DRIVE<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7104<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $1,151.50 |
| UNSECURED | Claimed: | $25,594.29 |
| RURY, CHARLES<br>FCC AS CUSTODIAN<br>1504 HARRIS DR.<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7103<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $463.12 |
| UNSECURED | Claimed: | $10,406.49 |
| RURY, CHARLES A. AND BETTY A. TTEE<br>THE REV TRUST OF CHARLES A & BETTY RURY<br>1504 HARRIS DR.<br>BARTLESVILLE, OK 74006-5705 | | Claim Number: 7102<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $2,470.76 |
| UNSECURED | Claimed: | $30,445.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| RUSCH, PAUL G.<br>4443 CRESTWOOD CR.<br>CONCORD, CA 94521 | | Claim Number: 5529<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $6,095.95 | | |
| UNSECURED | Claimed: | $6,095.95 | | |
| TOTAL | Claimed: | $6,095.95 | | |
| RUSH  WMN-07-CV-854<br>1308 THORNAPPLE DR<br>OSPREY, FL 34229-2300 | | Claim Number: 8743<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) | | |
| SECURED | Claimed: | $700,000.00 | | |
| UNSECURED | Claimed: | $1,090,000.00 | Scheduled: | $0.00  UNLIQ |
| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | | Claim Number: 10687<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) | | |
| SECURED | Claimed: | $700,000.00 | | |
| UNSECURED | Claimed: | $1,090,000.00 | | |
| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | | Claim Number: 10688<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) | | |
| SECURED | Claimed: | $700,000.00 | | |
| UNSECURED | Claimed: | $1,090,000.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | | Claim Number: 10689<br>Claim Date: 03/19/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) |
|---|---|---|
| SECURED | Claimed: | $700,000.00 |
| UNSECURED | Claimed: | $1,090,000.00 |
| RUSHBY, RUTH R.<br>BOX 724<br>SAUNDERSTOWN, RI 02874 | | Claim Number: 3910<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,890.95 |
| RUSHBY, RUTH R.<br>BOX 724<br>SAUNDERSTOWN, RI 02874 | | Claim Number: 3982<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,679.95 |
| RUSHING, NANCY R.<br>3582 OAK ST<br>JACKSONVILLE, FL 322058449 | | Claim Number: 4388<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| RUSHMORE APPRAISAL GROUP LLC<br>15 GREENWICH AVE UNIT 26<br>STAMFORD, CT 69025034 | | Claim Number: 2977<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

RUSSELL APPRAISAL SERVICE
100-A SEVEN OAKS LN
SUMMERVILLE, SC 29485

Claim Number: 399
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,350.00 | Allowed: | $1,350.00 |

RUSSELL, ALFRED JAMES
1309 BRISTERS HILL RD
WAUSAU, WI 54401

Claim Number: 7345
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |

RUSSELL, GENE A.
401 2ND AVE S.
NASHVILLE, TN 37201

Claim Number: 5933
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $197,425.00 |

RUSSELL, MERRILL R.
5784 NORTHFIELD PKWY.
TROY, MI 48098

Claim Number: 5837
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,949.19 |

RUSSO, MATTHEW
27 COLLINGWOOD DRIVE
DIX HILLS, NY 11746

Claim Number: 2801
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $450.19 | Scheduled: | $450.19  CONT |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| RUSTIN, CYRUS & TAMERA<br>4904 CODY DR<br>WEST DES MOINES, IA 50265 | Claim Number: 5827<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $2,157.00 |

---

| RUSZKAY, CHRISTINE<br>269 CAMBRIDGE RD<br>COATESVILLE, PA 19320-1111 | Claim Number: 1310<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) |

| PRIORITY | Claimed: | $646.00 | Scheduled: | $646.15 CONT | Allowed: | $646.00 |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1850<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) |

| PRIORITY | Claimed: | $266.00 |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1851<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $689.00 |

---

| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | Claim Number: 1853<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $186.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

RUTHERFORD, KRISTINA
7071 SEAL CIRCLE
HUNTINGTON BEACH, CA 92648

Claim Number: 3671
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,840.00 | Scheduled: | $1,805.50  CONT | Allowed: | $1,840.00 |

RUTHERFORD, KRISTINA R.
K. RUTHERFORD
7071 SEAL CIRCLE
HUNTINGTON BEACH, CA 92648

Claim Number: 905
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,840.00 | | | | |

RUTHSDOTTIR, ANNE
29 SCHOOL ST
BRUNSWICK, ME 04011

Claim Number: 6157
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,753.95 | | | | |

RUTKIN, DAVID
2528 FALCON CRESCENT
VIRGINIA BEACH, VA 23454

Claim Number: 1359
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,230.77 | Scheduled: | $6,230.77  CONT | Allowed: | $6,230.77 |

RUTKIS, ARNOLD
2201 5TH TERRACE S
IRONDALE, AL 35210

Claim Number: 51
Claim Date: 08/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| RUTLEDGE, MARY ANN<br>2256 ELDERBERRY DRIVE<br>WESTBURY, NY 11590 | Claim Number: 1155<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | | | Scheduled: | $1,092.09 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,092.09 | | | | |

| RYAN M MAYO<br>352 PROSPECT BAY DR W<br>GRASONVILLE, MD 216381261 | Claim Number: 2953<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |
|---|---|

| PRIORITY | | | Scheduled: | $375.00 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |

| RYAN, IONE M.<br>1020 E IRVING AVE<br>OSHKOSH, WI 54901 | Claim Number: 7257<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $10,994.70 |
|---|---|---|

| RYAN, JOHN & JAMES W.<br>5348 W 150TH TER<br>OVERLAND PARK, KS 662243403 | Claim Number: 7704<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| UNSECURED | Claimed: | $55,975.00 |
|---|---|---|

| RYAN, MISTY<br>8206 SAKADEN PKWY<br>FORT WAYNE, IN 46825 | Claim Number: 505<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT | Allowed: | $961.54 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| RYAN, SHERRY L<br>431 109TH AVE SE<br>BELLEVUE, WA 98004 | | Claim Number: 3202<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,236.64 | Scheduled: | $3,236.64  CONT | Allowed: | | $3,236.64 |

| RYAN, TIMOTHY F.<br>11 INDIGO PL<br>ALISO VIEJO, CA 92656 | | Claim Number: 3337<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,385.00 | Scheduled: | $785.00 |

| RYMAN, SCOTT<br>3436 RIDGEVIEW DR<br>EL DORADO HLS, CA 957624410 | | Claim Number: 9119<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|---|
| UNSECURED | Claimed: | $15,808.00 |

| RYNIAK, JOSEPH<br>19880 CALLE CAPIZ<br>WALNUT, CA 91789 | | Claim Number: 8580<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,500.00 |

| S&S APPRAISAL SERVICES<br>RESIDENTIAL REAL ESTATE APPRAISERS AND<br>CONSULTANTS<br>610 WATERFALL LN.<br>ELGIN, IL 60124 | | Claim Number: 10873<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
|---|---|---|
| UNSECURED | Claimed: | $1,950.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| S.E.I. SOLID WASTE, INC.<br>ATTN SUZANNE KUEHL<br>PO BOX 8<br>ARNOLD, CA 95223 | | Claim Number: 2650<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75.12 | Scheduled: | $75.12 | Allowed: | $75.12 |
| SABA, NICOLE<br>PO BOX 12220<br>BEAUMONT, TX 77706 | | Claim Number: 3950<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| SABIK, RONALD J.<br>BOX A OLD RT 22<br>SCI CRESSON EU4156<br>CRESSON, PA 16699-0001 | | Claim Number: 3599<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $500.00 | | | | | |
| SABIK, RONALD J.<br>SCI CRESSON P.O. BOX A<br>CRESSON, PA 16699-0001 | | Claim Number: 6440<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $500.00 | | | | | |
| SABIN, CAROL S.<br>2902 GRAND AVE<br>NIAGARA FALLS, NY 14301 | | Claim Number: 7156<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,206.38 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | | |
|---|---|---|---|---|---|
| SACKMAN, BEVERLEY W.<br>431 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | | Claim Number: 1102<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10131 (08/15/2011) | | | |
| PRIORITY | | | Scheduled: | $10,367.53 CONT | |
| UNSECURED | Claimed: | $582.47 | Scheduled: | $4,632.47 CONT | |

| | | | |
|---|---|---|---|
| SACKS, STEPHEN J.<br>1224 COLUMBINE PLACE<br>WELLINGTON, FL 33414 | | Claim Number: 4964<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
| SECURED | Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN WILLIAM KWONG, DEPUTY<br>BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | | Claim Number: 1759<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| SECURED | Claimed: | $8,921.81 |
| UNSECURED | Claimed: | $13.81 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| SAFEGUARD PROPERTIES<br>650 SAFEGUARD PLAZA<br>BROOKLYN HEIGHTS, OH 44131 | | Claim Number: 5706<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | | | |
| UNSECURED | Claimed: | $68,458.94 | Scheduled: | $580.00 | Allowed: | $68,458.94 |

---

| | | |
|---|---|---|
| SAKAI, MASAMI RAY<br>14387 AUBURN CT<br>CHINO HILLS, CA 91709 | | Claim Number: 7354<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,957.15 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SAKLA, MARY G.<br>2640 UPPER BAY DR<br>OXNARD, CA 93036 | | Claim Number: 6256<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| SECURED | Claimed: | $2,540.19 |
| SAKLA, NABIL CUST.<br>BENJAMIN M. CORREA (MINOR)<br>2640 UPPER BAY DR.<br>OXNARD, CA 93036 | | Claim Number: 6257<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $435.40 |
| SAKUDA, ALEX J & VICKY T JT TEN<br>557 POKOLE STREET<br>HONOLULU, HI 96816-2324 | | Claim Number: 5187<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $51,295.00 |
| SALCEDO, MICHAELANGELO<br>9801 LAKESIDE LANE<br>PORT RICHEY, FL 34668 | | Claim Number: 5812<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,438.00 |
| SALE, JEFFREY C.<br>3801 HEATHER ST<br>SEAL BEACH, CA 90740 | | Claim Number: 14<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,950.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SALEH, PEGGY KARAM & B. PETER JT TEN<br>11110 WHISPERING WIND<br>SAN ANTONIO, TX 78230 | | Claim Number: 8504<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,947.56 | | | | |
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | | Claim Number: 185<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $5,000.00<br>$5,000.00<br>$5,000.00 | | | | |
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | | Claim Number: 3023<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31  CONT | Allowed: | $3,692.31 |
| SALIS, GEORGE J.<br>1846 RADCLIFF AVE.<br>BRONX, NY 10462-3707 | | Claim Number: 6525<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $722.40 | | | | |
| SALISBURY100 INC<br>ATTN MARK D BLADES, VP<br>5423 SAINT ANDREWS DR<br>SALISBURY, MD 218012466 | | Claim Number: 3896<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $485.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SALT LAKE APPRAISING CO.<br>ATTN LOREN K KNAPHUS<br>PMB 223<br>138 E 12300 S STE C<br>DRAPER, UT 84020-7965 | | Claim Number: 5695<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,375.00 | | | Allowed: | $4,375.00 |
| SALT LAKE COUNTY TREASURER<br>ATTN RAY LANCASTER<br>2001 SOUTH STATE STREET, # N1200<br>SALT LAKE CITY, UT 84190 | | Claim Number: 5395<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $13,752.26 | | | | |
| SALT LAKE COUNTY TREASURER<br>ATTN RAY LANCASTER<br>2001 SOUTH STATE STREET, # N1200<br>SALT LAKE CITY, UT 84190 | | Claim Number: 9623<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | |
| SALTOS, JOHN C<br>4112 41ST ST APT 2A<br>SUNNYSIDE, NY 111043217 | | Claim Number: 6458<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $4,230.77  CONT | Allowed: | $3,846.15 |
| SALTZMAN, RONALD<br>10664 FAWN RIVER TRAIL<br>BOYNTON BEACH, FL 33437-3996 | | Claim Number: 7881<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $39,827.57 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SALVEMINI, KIMBERLY
9753 E. SASCHA STREET
TUCSON, AZ 85748

Claim Number: 338
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $387.36 | Scheduled: | $387.36 CONT | Allowed: | $387.36 |
|---|---|---|---|---|---|---|

SAMANTA, JAGAT B.
690 KANE CT.
RENO, NV 89512

Claim Number: 4353
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,230.00 |
|---|---|---|

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10358
Claim Date: 04/29/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10359
Claim Date: 04/29/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10360<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $2,425.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ | | |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10361<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10614 (10/15/2012) | | | |
| PRIORITY | Claimed: | $2,425.00 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $75,000.00 |
| TOTAL | Claimed: | $2,828,849.00 | | | $0.00 |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10362<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $2,425.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ | | |
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10363<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| PRIORITY | Claimed: | $2,425.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SAMMARTINO APPRAISAL SERVICES<br>1001 STATE STREET<br>ERIE, PA 16501 | | Claim Number: 2121<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00 |
| SAMO, RYAN<br>222 BERGSTROM BLVD<br>CEDAR FALLS, IA 50613-5528 | | Claim Number: 8745<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $890.95 |
| SAMPAT, SUNDERDAS G.<br>14849 MELROSE<br>OVERLAND PARK, KS 66221-9626 | | Claim Number: 8243<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,031.60 |
| SAMPSON, JAMES T. AND MARY M.<br>60 ST. ANDREWS DR<br>BEAVER FALLS, PA 15010 | | Claim Number: 3250<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,328.00 |
| SAMPSON, JAMES T. IRA<br>60 ST. ANDREWS DR.<br>BEAVER FALLS, PA 15010 | | Claim Number: 3251<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,680.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SAMSON, LINDA<br>9231 NORTH 47TH DRIVE<br>GLENDALE, AZ 85302 | Claim Number: 10104<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
|---|---|

| SECURED | Claimed: | $3,041.89 |
|---|---|---|

| SAMUEL I. WHITE, P.C.<br>5040 CORPORATE WOODS DR STE 130<br>VIRGINIA BCH, VA 234624463 | Claim Number: 2298<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $139,806.71 |
|---|---|---|

| SAMUELSEN, LORI<br>6 GEORGANN RD<br>MANORVILLE, NY 11949-3223 | Claim Number: 2654<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $3,662.30 | Scheduled: | $5,127.23  CONT | Allowed: | $3,662.30 |
|---|---|---|---|---|---|---|

| SAN DIEGO COUNTY TREASURER<br>DAN MCALLISTER - TAX COLLECTOR<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | Claim Number: 10679<br>Claim Date: 02/20/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $235,289.85 |
|---|---|---|

| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | Claim Number: 2895<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $205,191.16 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | | Claim Number: 10563<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $536,776.28 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | | Claim Number: 10564<br>Claim Date: 10/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| ADMINISTRATIVE | Claimed: | $536,776.28 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | | Claim Number: 10745<br>Claim Date: 11/06/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8654 (03/05/2010) |
| SECURED | Claimed: | $217,069.00 |
| UNSECURED | Claimed: | $8,184.25 |
| SAN JOAQUIN COUNTY<br>ATTN SHABBIR A. KHAN, TAX COLLECTOR<br>PO BOX 2169<br>STOCKTON, CA 95201-2169 | | Claim Number: 6354<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $73,070.74 |
| SAN JOAQUIN COUNTY TAX COLLECTOR<br>ATTN SHABBIR A. KHAN<br>PO BOX 2169<br>STOCKTON, CA 95201-2169 | | Claim Number: 6982<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $73,070.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SAN JOAQUIN COUNTY, CALIFORNIA<br>TREASURER/TAX COLLECTOR<br>P.O. BOX 2169<br>ATTN SHABBIR A KHAN<br>STOCKTON, CA 95201-2169 | | Claim Number: 6556<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

PRIORITY                                                          Scheduled:          $0.00  UNDET
SECURED              Claimed:          $73,070.74

| | | |
|---|---|---|
| SAN LUIS OBISPO COUNTY<br>FRANK L FREITAS, TAX COLLECTOR<br>ROOM D 290<br>COUNTY GOVERNMENT CENTER<br>SAN LUIS OBISPO, CA 93408 | | Claim Number: 6670<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

ADMINISTRATIVE      Claimed:              $0.00   UNLIQ
SECURED              Claimed:          $18,353.14   UNLIQ

| | | |
|---|---|---|
| SAN MATEO COUNTY<br>ATTN RENATO LILLES, REVENUE COLLECTOR<br>LEE BUFFINGTON, TAX COLLECTOR<br>555 COUNTY CENTER, 1ST FLOOR<br>REDWOOD CITY, CA 94063 | | Claim Number: 9708<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

UNSECURED              Claimed:          $20,007.17

| | | |
|---|---|---|
| SAN MATEO COUNTY<br>LEE BUFFINGTON, TAX COLLECTOR<br>555 COUNTY CENTER - 1ST FLR<br>REDWOOD CITY, CA 94063 | | Claim Number: 10509<br>Claim Date: 09/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

ADMINISTRATIVE      Claimed:          $104,252.51

| | | |
|---|---|---|
| SANCHEZ, SALVADOR JOE<br>2007 MALIBU WAY<br>LOMPOC, CA 934366319 | | Claim Number: 10337<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |

SECURED              Claimed:          $62,780.00

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SANDER, CHARLES G. JR.<br>22320 CLASSIC CT APT 238<br>BARRINGTON, IL 60010-5915 | | Claim Number: 7677<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,058.00 |
| SANDER, L. WELDON<br>CGM IRA CUSTODIAN<br>1735 RYAN DR<br>CRESTON, IA 50801 | | Claim Number: 6180<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,110.00 |
| SANDER, L. WELDON & SHARON R.<br>JTWROS<br>1735 RYAN DR<br>CRESTON, IA 50801 | | Claim Number: 6181<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,465.00 |
| SANDERS, DAVID A.<br>7521 HATTERAS DRIVE<br>HUDSON, FL 34667 | | Claim Number: 7662<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $18,140.00 |
| SANDERS, DONNA<br>6527 REEFTON AVE<br>CYPRESS, CA 90630 | | Claim Number: 10278<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| SECURED | Claimed: | $80,400.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SANDERS, H. BRANT<br>3704 BRIAR OAK CIR<br>BIRMINGHAM, AL 35223 | | Claim Number: 8657<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,030.15 |
| SANDERS, H. BRANT<br>3704 BRIAR OAK CIR<br>BIRMINGHAM, AL 35223 | | Claim Number: 8658<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,401.25 |
| SANDERS, LEW<br>1525 BOOKBINDER DR<br>SAINT LOUIS, MO 63146 | | Claim Number: 7268<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,500.00 |
| SANDERS, RICHARD<br>10209 PREMIA PL<br>LAS VEGAS, NV 89135 | | Claim Number: 4689<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $5,820.00 |
| SANDERS, STEVEN G.<br>185 RIDGECREST DR.<br>MACON, GA 31210 | | Claim Number: 4096<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,609.24 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SANDERS, STEVEN G.<br>185 RIDGECREST DR.<br>MACON, GA 31210 | | Claim Number: 4159<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,269.00 | | | | | |
| SANDERS, VANESSA<br>1300 N SHAFFER ST APT 57<br>ORANGE, CA 92867-3755 | | Claim Number: 1201<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $816.00 | | | | | |
| SANDGREN, LEROY E.<br>4909-A PARKVIEW DR<br>LAKE OSWEGO, OR 97035 | | Claim Number: 5032<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| SANDIN CONSTRUCTION<br>ATTN DENNIS R. SANDIN<br>5400 CAMINO SANDIA NE<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2088<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $106.88 | | | | Allowed: | $106.88 |
| UNSECURED | | | Scheduled: | $710.34 | | | |
| SANDISON APPRAISAL<br>WALTER SANDISON RM MAI<br>7475 CALLAGHAN RD STE 300<br>SAN ANTONIO, TX 78229 | | Claim Number: 815<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SANDISON, BETSY B.<br>6332 MEMORIAL DR<br>FRISCO, TX 75034-7268 | | Claim Number: 9492<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $26,649.95 |
| SANDOVAL, JEDGLEN<br>37-22 86TH STREET APT.22<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 6677<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $208.00 |
| SANDS, TONYA<br>3455 MIDWAY COVE DR<br>LOGANVILLE, GA 30052 | | Claim Number: 997<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $782.72 | Allowed: | $782.72 |
| SANDUSKY, RICHARD<br>31 C EASTGATE DRIVE<br>BOYNTON BEACH, FL 33436 | | Claim Number: 4753<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,802.00 |
| SANFORD, DARRYL<br>246 SANFORD LN<br>SEQUIM, WA 98382-8585 | | Claim Number: 6724<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $651.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SANG, BENJAMIN Y.
2340 BURNETT STREET
BROOKLYN, NY 11229-5809

Claim Number: 6818
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $11,048.00 | | | | | |

---

SANKEY, RAYMOND E.
4716 S. 85TH CT.
LINCOLN, NE 68526

Claim Number: 4850
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,188.75 | | | | | |

---

SANNA MATTSON MACLEOD INC.
811 WEST JERICHO TURNPIKE
ATTN: PRESIDENT
SMITHTOWN, NY 11787

Claim Number: 2964
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $16,343.90 | Scheduled: | $16,343.90 | Allowed: | $16,343.90 |

---

SANNA, REBECCA
240 DONAMERE WAY
ALPHARETTA, GA 300225603

Claim Number: 428
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,548.07 | Scheduled: | $1,768.46 CONT | Allowed: | $1,548.07 |

---

SANTIAGO KRASSEL, KIMBERLY
172 SALEM
BLOOMINGDALE, IL 60108

Claim Number: 3143
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,205.39 | Scheduled: | $3,205.39 CONT | Allowed: | $3,205.39 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SANTIAGO, ANTHONY T
94 47 116TH ST
RICHMOND HILL, NY 11419

Claim Number: 4958
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $904.62 | Scheduled: | $904.62  CONT | Allowed: | $904.62 |

---

SANTIAGO, OLIVER M.
MARY ANNSON SANTIAGO
12839 BLOSSOM DR
ALSIP, IL 60803

Claim Number: 2551
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $300.00  CONT |
| UNSECURED | Claimed: | $300.00 | | |

---

SANTORO, EDWARD C.
NFC/FMTC ROTH IRA
286 N. MADISON AVE # 416
PASADENA, CA 91101

Claim Number: 6343
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SANTORO, SASHA T.
11441 ALLERTON PARK DR UNIT 214
LAS VEGAS, NV 89135-3375

Claim Number: 6252
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SANTOS, ANTONIO F & SATURNINA
3215 E JACARAND AVE
ORANGE, CA 92867

Claim Number: 4948
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,104.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SANTOS, TEDDY
44-43 KETCHAM ST.
ELMHURST, NY 11373

Claim Number: 725
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,400.85 | Scheduled: | $4,400.85  CONT | Allowed: | $4,400.85 |

SANTOS, YIN JWU
943 ARUBA LN
FOSTER CITY, CA 94404-3801

Claim Number: 186
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,923.07 | | Allowed: | $2,923.07 |

SANWA JUTAKU, INC.
EMBASSY SUITES HOTEL
8425 FIRESTONE BLVD
DOWNEY, CA 90241

Claim Number: 980
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,725.09 | Scheduled: | $5,725.09 | Allowed: | $5,725.09 |

SAPARILAS, ELISABETH
8213 HOBHOUSE CIRCLE
RALEIGH, NC 27615

Claim Number: 1958
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |

SAPARILAS, ELISABETH
8213 HOBHOUSE CIRCLE
RALEIGH, NC 27615

Claim Number: 3454
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |
| UNSECURED | Claimed: | $5,000.00 |
| TOTAL | Claimed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | | Claim Number: 6684-01<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $8,508.23  CONT<br>$130.00  CONT | Allowed: $10,950.00 |
| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | | Claim Number: 6684-02<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | | |
| UNSECURED | Claimed: | $7,147.92 | | | |
| SARA A FRASER APPRAISALS INC<br>ATTN SARA A. FRASER<br>2544 WASHINGTON STREET<br>EUGENE, OR 97405 | | Claim Number: 2337<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $500.00 | | | |
| SARACENI, ROCCO<br>7 HUNTINGTON AVE.<br>LYNBROOK, NY 11563 | | Claim Number: 3166<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,294.00 | | | |
| SARAFRAZ, AFSAREH<br>47 LAGOON RD.<br>SAN RAFAEL, CA 94901 | | Claim Number: 5284<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SARASOTA COUNTY<br>ATTN MELANIE SEVERINO/CLERK<br>101 S WASHINGTON B.VD<br>SARASOTA, FL 34236 | Claim Number: 6936<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | Scheduled: | $1,907.99  DISP CONT | | |
| SECURED | Claimed: | $2,056.24   UNLIQ | | | | |

| SARTER, PAUL E<br>148 ST. MARKS PLACE<br>MASSAPEQUA, NY 11758 | Claim Number: 7014<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |
|---|---|

| PRIORITY | Claimed: | $1,548.80 | Scheduled: | $1,548.80  CONT | Allowed: | $1,548.80 |

| SAS INSTITUTE INC.<br>ATTN H. HOWARD BROWNE<br>100 SAS CAMPUS DRIVE<br>CARY, NC 27513 | Claim Number: 7959<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $16,666.40 | Scheduled: | $10,681.45 | Allowed: | $16,666.40 |

| SASSER APPRAISALS INC<br>ATTN ROBERT SASSER, PRESIDENT<br>PO BOX 442<br>PERKINS, OK 74059 | Claim Number: 4173<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $200.00 | | | Allowed: | $200.00 |

| SATELLITE 600 OWNER CORP. C/O CARTER<br>ATTN JOHN BRIER, CARTER MANAGEMENT<br>171 17TH STREET<br>SUITE 1200<br>ATLANTA, GA 30368-6018 | Claim Number: 9760<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|

| PRIORITY | Claimed: | $7,149.35 |
| UNSECURED | Claimed: | $73,381.00 |
| TOTAL | Claimed: | $81,030.85 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SATHER, MARILYN<br>21 FAIRVIEW AVE APT 523<br>TUCKAHOE, NY 10707-4129 | | Claim Number: 9676<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | | | Scheduled: | $4,146.46 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| SAUBERMAN, HARRY<br>9 OVERLOOK DR<br>NEWPORT COAST, CA 926571300 | | Claim Number: 2069<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | | | Scheduled: | $2,225.00 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $25.00 CONT | | |
| SAUDER, ANNA<br>737 LETORT ROAD<br>WASHINGTON BORO, PA 17582 | | Claim Number: 9332<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $402.84 | Scheduled: | $402.84 CONT | | |
| SAUER, CHRISTINE<br>4176-B SOUTH MOBILE CIRCLE<br>AURORA, CO 80013 | | Claim Number: 723<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $624.02 | Scheduled: | $866.09 CONT | Allowed: | $624.02 |
| UNSECURED | | | Scheduled: | $117.93 CONT | | |
| SAUER, DARLENE A<br>411 N. MAIN ST.<br>MANCHESTER, PA 17345 | | Claim Number: 5895<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,122.00 | Scheduled: | $1,122.00 CONT | Allowed: | $1,122.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SAULS, REGINALD G. IV TRUSTEE FOR<br>SAULS FAMILY SURVIVORS TRUST<br>UA 04 09 92<br>475 HICKEYS FORK ROAD<br>MARSHALL, NC 28753 | | Claim Number: 6346<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| SECURED | Claimed: | $64,852.73 |
| SAULS, REGINALD G. IV TRUSTEE FOR<br>SAULS FAMILY DECEDENTS TRUST<br>UA 4992<br>475 HICKEYS FORK ROAD<br>MARSHALL, NC 28753 | | Claim Number: 6347<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $41,376.47 |
| SAUNDERS APPRAISALS<br>STANLEY SAUNDERS OWNER<br>PO BOX 480<br>MARIANNA, FL 32447 | | Claim Number: 3544<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $350.00 |
| SAUNDERS, LARRY L & BETTY D. SAUNDERS TR<br>U/A/D 04/17/1998<br>FBO LARRY L SAUNDERS & BETTY D. SAUNDERS<br>12242 TAVARES RIDGE CIRCLE<br>TAVARES, FL 32778-4474 | | Claim Number: 7367<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $38,235.00 |
| SAUTNER, DONALD & JEANNE M.<br>548 BEACH 66 ST<br>ARVERNE, NY 11692 | | Claim Number: 7053<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,375.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SAUVE, LISA<br>324 DOUGLAS AVE<br>PORTSMOUTH, VA 23707 | | Claim Number: 2198<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $157.40 | Scheduled: | $152.40 | Allowed: | | $157.40 |

| SAVAGE, JILL<br>160 MAPLE COURT<br>COPIAGUE, NY 11726 | | Claim Number: 5444<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,903.85 | Scheduled: | $1,903.85 CONT | Allowed: | | $1,903.85 |

| SAWNEE EMC<br>ATTN MICHAEL A.<br>PO BOX 100002<br>CUMMING, GA 30028 | | Claim Number: 4834<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $311.23 | Scheduled: | $282.28 | Allowed: | | $311.23 |

| SAWVEL, WILLIAM<br>9255 NEW CARLISLE PIKE<br>NEW CARLISLE, OH 45344-9267 | | Claim Number: 9945<br>Claim Date: 02/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,187.99 | | | | | |

| SAXMAN, LAURA<br>1904 CARVERS BAY RUN<br>FORT WAYNE, IN 46845 | | Claim Number: 1053<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $738.46 | | | Allowed: | | $738.46 |

| | | | | | |
|---|---|---|---|---|---|
| SAYAD, MARY<br>8106 WARREN'S WAY<br>WANAQUE, NJ 07465 | | Claim Number: 5022<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,196.00 | | | |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | | Claim Number: 1766<br>Claim Date: 10/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $1,425.72 | | | |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | | Claim Number: 3329<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) | | | |
| UNSECURED | Claimed: | $8,478.29 | | Allowed: | $8,478.29 |
| SC APPRAISAL SERVICE LLC<br>PO BOX 210545<br>COLUMBIA, SC 29221 | | Claim Number: 3850<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |
| SC APPRAISAL SERVICES<br>74930 COUNTRY CLUB DR STE 540<br>PALM DESERT, CA 92260 | | Claim Number: 526<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $5,900.00 | Scheduled: | $3,300.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCARBROUGH, EMMA A
218 BEACH 14TH ST
FAR ROCKAWAY, NY 11691

Claim Number: 4591
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $538.75 | Scheduled: | $538.75 CONT | Allowed: | $538.75 |
|---|---|---|---|---|---|---|

SCATTONE, LORRAINE
6 SHEEP PASTURE LN
MASSAPEQUA, NY 117582741

Claim Number: 2260
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $280.00 |
|---|---|---|

SCHAARSCHMIDT, K. KARL
3320 WOODVIEW DRIVE
LAFAYETTE, CA 94549

Claim Number: 8417
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,633.98 |
|---|---|---|

SCHACHER APPRAISALS, INC
ATTN GREGORY SCHACHER
31827 PEPPER TREE ST
WINCHESTER, CA 92596

Claim Number: 335
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
|---|---|---|---|---|---|---|

SCHAEFER, JAMES O.
222 JACKSON AVENUE
FORT COLLINS, CO 80521

Claim Number: 8203
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $11,992.20 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHAEFER, KATHLEEN<br>29 CAGER PL<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 6504<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,239.00 | Scheduled: | $4,480.00 CONT | Allowed: | $2,239.00 |
| SCHAEFFER, JAIME<br>32 MAGNOLIA AVE #2<br>KEARNY, NJ 070321717 | | Claim Number: 743<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,425.60 | Scheduled: | $615.36 CONT | Allowed: | $1,425.60 |
| SCHAFER, MARJORIE A.<br>225 S MERAMEC AVE STE 322T<br>SAINT LOUIS, MO 63105-3596 | | Claim Number: 3777<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| SCHALLER, CHRIS<br>214 CUMBERLAND DR<br>ROCHESTER, IL 62563-9268 | | Claim Number: 10556-01<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | | |
| PRIORITY | Claimed: | $1,351.00 | | | Allowed: | $1,351.00 |
| SCHALLER, CHRIS<br>214 CUMBERLAND DR<br>ROCHESTER, IL 62563-9268 | | Claim Number: 10556-02<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | | | |
| UNSECURED | Claimed: | $6,055.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHALMO, KEN
7067 AKRON AVE NW
CANAL FULTON, OH 44614

Claim Number: 4137
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | |

---

SCHAN, LYN
507 FISHERS ROAD
BRYN MAWR, PA 19010

Claim Number: 8231
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $35,815.00 |

---

SCHARRER, DAVID F
PO BOX 14733
CLEARWATER, FL 33766

Claim Number: 7106
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,130.74 | Scheduled: | $22,940.93 CONT | Allowed: | $23,130.74 |

---

SCHATTEMAN, DOLORES TTEE
DOLORES A SCHATTEMAN JR TRUST
U/A DTD JULY 17, 1992
2812 2ND ST
MOLINE, IL 61265-7710

Claim Number: 4453
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,091.95 |

---

SCHAUB, JEROME C. JR.
926 BROOKLINE BLVD
PITTSBURGH, PA 15226

Claim Number: 4674
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,412.49 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SCHEFF, HEIDI<br>7 TULIP AVE<br>FARMINGVILLE, NY 11738 | | Claim Number: 217<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,646.16 | Scheduled: | $1,646.15 CONT | Allowed: | $1,646.16 |
| SCHEINER, RUSSELL<br>2392 WATERFALL DR<br>SPRING HILL, FL 34608-4645 | | Claim Number: 7500<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $759.62 | Scheduled: | $759.62 CONT | Allowed: | $759.62 |
| SCHELL, ANGELA C.<br>25 HOPE ST<br>WEST BABYLON, NY 11704 | | Claim Number: 967<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,227.50 | Scheduled: | $2,248.07 CONT | Allowed: | $2,227.50 |
| SCHELL, BRIAN R.<br>25 HOPE ST<br>WEST BABYLON, NY 11704 | | Claim Number: 968<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,713.75 | Scheduled:<br>Scheduled: | $3,713.75 CONT<br>$149.95 CONT | Allowed: | $3,713.75 |
| SCHELLERUP, ROBERT B<br>929 IRON GATE WALK<br>BALLWIN, MO 63011 | | Claim Number: 3529<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHEPER, ETHEL E
PO BOX 1108
NEW CASTLE, DE 19720

Claim Number: 3107
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT | Allowed: | $1,292.31 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
208 KING OF PRUSSIA ROAD
RADNOR, PA 19087

Claim Number: 10058
Claim Date: 03/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,795.00 |
|-----------|----------|-----------|

SCHILD, MANFRED & JEAN, JTWROS
1911 CLINTON AVE
BERWYN, IL 60402

Claim Number: 4065
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,389.00 |
|-----------|----------|-----------|

SCHILE, DAVID C
3468 W DEERFIELD DR
EAGLE, ID 83616-2260

Claim Number: 2848-01
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $251.50 | | | Allowed: | $251.50 |
|----------|----------|---------|--|--|----------|---------|

SCHILE, DAVID C
3468 W DEERFIELD DR
EAGLE, ID 83616-2260

Claim Number: 2848-02
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| UNSECURED | Claimed: | $3,609.12 |
|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SCHILL BERRY, DANIELLE K<br>17 ADAMS CT<br>FALL RIVER, MA 02720-5903 | | Claim Number: 5490<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT | Allowed: | $1,000.00 |
| SCHILLER, CAROL<br>2694 EDGEWATER CT<br>WESTON, FL 33332 | | Claim Number: 8037<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $7,487.00 | | | | |
| SCHILLER, THOMAS K.<br>180 NORTH SAPPINGTON RD<br>SAINT LOUIS, MO 63122 | | Claim Number: 4138<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,500.00 | | | | |
| SCHILSON, DONALD L.<br>4620 SUMMERSET DR.<br>TERRE HAUTE, IN 47803 | | Claim Number: 6523<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |
| SCHILSON, ELIZABETH A.<br>4620 SUMMERSET DR.<br>TERRE HAUTE, IN 47803 | | Claim Number: 6524<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SCHILSON, MILDRED H.<br>14 ANCHORAGE LANE<br>SALEM, SC 29676-4000 | | Claim Number: 4316<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
|---|---|---|
| UNSECURED | Claimed: | $3,860.00 |
| SCHIMMEL, PAULINDA<br>2652 ZORADA DR.<br>LOS ANGELES, CA 90046 | | Claim Number: 5752<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,172.00 |
| UNSECURED | Claimed: | $2,172.00 |
| TOTAL | Claimed: | $2,172.00 |
| SCHLACKMAN, JOAN<br>8796 VIA TUSCANY DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 7121<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,548.05 |
| SCHLACKMAN, JOAN<br>8796 VIA TUSCANY DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 7202<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,284.38 |
| SCHLACKMAN, MARVYN<br>8796 VIA TUSCANY DR.<br>BOYNTON BEACH, FL 33472 | | Claim Number: 7122<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,256.12 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCHLAGAL, ROBERT C. (TTEE)<br>% ROBERT C SCHLAGAL TRUST<br>202 N EISENHOWER<br>MIDLAND, TX 79703-5422 | | Claim Number: 4206<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $5,537.76 | | |
|---|---|---|---|---|

| SCHLANGE, JOANNE E<br>455 N MESA ST<br>SUSANVILLE, CA 96130 | | Claim Number: 7805<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|---|

| UNSECURED | Claimed: | $498.87 | Allowed: | $498.87 |
|---|---|---|---|---|

| SCHLEGEL, CAROL<br>8200 OLDE TROON DR.<br>CHARLOTTE, NC 28277 | | Claim Number: 5023<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|

| PRIORITY | Claimed: | $1,474.85 | | |
|---|---|---|---|---|

| SCHLEGEL, JAN<br>61 DUNCAN AVE., APT. 5K<br>JERSEY CITY, NJ 07304 | | Claim Number: 8635<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|

| UNSECURED | Claimed: | $879.20 | | |
|---|---|---|---|---|

| SCHLOSS, STANFORD<br>340 WEBSTER AVE.<br>BROOKLYN, NY 11230 | | Claim Number: 6944<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|

| UNSECURED | Claimed: | $5,130.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHLOTTHAUER, MARTIN A
3729 N 152ND DR
GOODYEAR, AZ 85395

Claim Number: 9772
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,000.00  UNLIQ | | |
|---|---|---|---|---|

SCHMERSAHL, LAURA E
913 KIEFER RIDGE DR
BALLWIN, MO 63021

Claim Number: 6436
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $70,298.28 | Scheduled: | $70,064.74  CONT |
|---|---|---|---|---|

SCHMERSAHL, ROBERT
913 KIEFER RIDGE DR
BALLWIN, MO 63021

Claim Number: 6444
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $676.57 | Scheduled: | $676.57  CONT |
|---|---|---|---|---|

SCHMIDT, DAVE M., JR & CHERYL (JT)
107 MALLARD LN
GEORGETOWN, TX 78633

Claim Number: 4071
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $52,467.46 | | |
|---|---|---|---|---|

SCHMIDT, HEIDI G.
59 WHITE OAK CIRCLE
ST. CHARLES, IL 60174

Claim Number: 8903
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,586.01 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCHMIDT, NICHOLAS<br>790 S BROADWAY<br>LINDENHURST, NY 117575646 | | Claim Number: 4563<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $330.00 |
| SCHMITT, DERIL M.<br>22781 TINDAYA<br>MISSION VIEJO, CA 92692 | | Claim Number: 5630<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,909.95 |
| SCHMITZ, JAMES<br>229 CHRYSTIE ST. APT 423<br>NEW YORK, NY 10002 | | Claim Number: 7541<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,322.00 |
| SCHMOOKLER, IRVING & MOLLY<br>128 BIRMINGHAM LN<br>MONROE TWP, NJ 08831 | | Claim Number: 6502<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,345.00 |
| SCHNEIDER, ANNA MARIE & STEPHEN<br>216 BROAD MOOR LANE<br>ROTONDA WEST, FL 33947-1903 | | Claim Number: 4288<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,609.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SCHNEIDER, CATHY L.<br>451 HAZEL AVENUE<br>HIGHLAND PARK, IL 60035 | | Claim Number: 1307<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,319.00 | | | Allowed: | $1,319.00 |

| SCHNEIDER, JOHN<br>7412 VIRGINIA AVE<br>BALTIMORE, MD 21236 | | Claim Number: 159<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,425.13 | Scheduled: | $1,425.13  CONT | Allowed: | $1,425.13 |

| SCHNEIDER, ROCHELLE & ARNOLD<br>2208 FAWN RIDGE ST<br>LAS VEGAS, NV 89134 | | Claim Number: 4675<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9995 (05/09/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,744.00 | |

| SCHNEIDER, SHIRLEE<br>299 ST JOHNS PLACE<br>UNION, NJ 07083 | | Claim Number: 9852<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,185.00 | |

| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | | Claim Number: 7825<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,033.50 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHNIBBE, ANN
12103 E 37TH CT
SPOKANE VALLEY, WA 99806

Claim Number: 1168
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,336.32 | Scheduled: | $1,350.00 CONT | Allowed: | $1,336.32 |
|---|---|---|---|---|---|---|

SCHOBER, LEROY E. & IRMA G.
93 MEADOWVIEW LN
VERNON, CT 06066

Claim Number: 7046
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,038.00 |
|---|---|---|

SCHOEFFEL INTERNATIONAL CORP
ATTN D. M. SCHOEFFEL
355 HILLSDALE AVE
BOX 216
HILLSDALE, NJ 07642

Claim Number: 9429
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,678.00 |
|---|---|---|

SCHOGER, DARLA
1689 W SHORELINE DRIVE, #415
BOISE, ID 83702

Claim Number: 3496
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $711.60 | Scheduled: | $711.60 CONT | Allowed: | $711.60 |
|---|---|---|---|---|---|---|

SCHOLFIELD, DORIS & KEITH, TTEES
DORIS EARLYNE SCHOLFIELD TRUST
U/A/D 08/31/92
3222 SW 100TH
AUGUSTA, KS 67010

Claim Number: 8826
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHOLFIELD, KEITH & DORIS E., TTEES<br>FBO AUSTIN K HASTINGS TRUST<br>U/A DTD 02/01/2000<br>3222 SW 100TH<br>AUGUSTA, KS 67010 | | Claim Number: 8823<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $25,000.00 | | | | |
| SCHOLFIELD, KEITH AND DORIS E. TTEES FBO<br>GENE L SCHOLFIELD TR<br>U/A/DTD 8-31-92<br>3222 SW 100TH<br>AUGUSTA, KS 67010-8374 | | Claim Number: 8311<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $20,000.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| SCHOLFIELD, KEITH AND DORIS TTEES<br>FBO AUSTIN K HASTINGS TRUST<br>U/A DTD 02/01/2000<br>3222 SW 100TH<br>AUGUSTA, KS 67010-8374 | | Claim Number: 8304<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,000.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| SCHOLLMEYER, LISA<br>178 PARKWOOD RD<br>WEST ISLIP, NY 11795 | | Claim Number: 7766<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10934 (12/17/2013) | | | | |
| PRIORITY | | | Scheduled: | $825.00 CONT | Allowed: | $825.00 |
| UNSECURED | Claimed: | $825.00 | | | | |
| SCHOOLFIELD, MATTHEW B<br>16420 SEGARS LN<br>HUNTERSVILLE, NC 28078-6492 | | Claim Number: 7022-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $8,093.91 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SCHOOLFIELD, MATTHEW B<br>16420 SEGARS LN<br>HUNTERSVILLE, NC 28078-6492 | | Claim Number: 7022-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | |
| UNSECURED | Claimed: | $8,142.51 | | | |
| SCHOOLMAN, KAREN<br>1073 BARRET CIR W<br>CARMEL, NY 10512 | | Claim Number: 5305<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| SCHOOLMAN, MICHAEL<br>1073 BARRETT CIR W.<br>CARMEL, NY 10512 | | Claim Number: 5310<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| SCHOOLMAN, MICHAEL<br>1073 BARRETT CIR W.<br>CARMEL, NY 10512 | | Claim Number: 5311<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| SCHREIBER, LISA M.<br>39821 FOX GLOVE CT<br>LOVETTSVILLE, VA 20180-1922 | | Claim Number: 775<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | |
| UNSECURED | Claimed: | $696,998.53 | Scheduled: | $694,803.51  CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHREIBER, LISA M.
39821 FOX GLOVE COURT
LOVETTSVILLE, VA 20180

Claim Number: 7923-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6702 (12/11/2008)

| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
|---|---|---|---|---|

SCHREIBER, LISA M.
39821 FOX GLOVE COURT
LOVETTSVILLE, VA 20180

Claim Number: 7923-02
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $468,775.00 |
|---|---|---|

SCHRIVENER, PAMELA T.
10932 S. EMERALD
OLATHE, KS 66061-2687

Claim Number: 9497
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCHROEDER, KARNA F., TRUSTEE
KARNA F. SCHROEDER REV TRUST
U/A DTD 10-02-02
4821 N. CHAPEL VIEW STREET
WICHITA, KS 67226

Claim Number: 8298
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $7,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

SCHROEDER, MARILYN E. & TOD M.H.
2050 NE 39TH ST APT 208 SOUTH
LIGHTHOUSE POINT, FL 33064

Claim Number: 4297
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHULTZ, ERICH R. W.
1502-6 WILLOW ST
WATERLOO, ON M5J 4S3
CANADA

Claim Number: 8876
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,344.10 |
|---|---|---|

---

SCHUMACHER FAMILY TRRUST
UA 4-19-94
CAROL & DONAVON SCHUMAHER TR
22582 LAKE FOREST LANE
LAKE FOREST, CA 92630

Claim Number: 7160
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $7,532.00 |
|---|---|---|

---

SCHUMACHER, CAROL L.
5059 RIVER ROAD
RHINELANDER, WI 54501

Claim Number: 4215
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,617.00 |
|---|---|---|

---

SCHUMACHER, DONAVON JOHN
SEP IRA
TD AMERITRADE CLEARING CUSTODIAN
22582 LAKE FOREST LANE
LAKE FOREST, CA 92630-3026

Claim Number: 7343
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,934.00 |

---

SCHUMACHER, HELEN
573 GEN LEARNED ROAD
KING OF PRUSSIA, PA 19406

Claim Number: 4250
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,430.03 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SCHWAN, WALTER J.<br>231 COY GLEN RD<br>ITHACA, NY 14850-5011 | | Claim Number: 7660<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $17,718.70 |
| SCHWARTZ, BRIAN<br>129 BRENNER AVE<br>BETHPAGE, NY 117144303 | | Claim Number: 1792<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $1,157.69 |
| SCHWARTZ, CLAIRE DISHONGH, TRUSTEE<br>CLAIRE DISHONGH SCHWARTZ TRUST<br>143 LAKE ALUMA DRIVE<br>OKLAHOMA CITY, OK 73121 | | Claim Number: 8885<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SCHWARTZ, CYNTHIA & LEONARD<br>103 TAYLOR COURT<br>LOCUST GROVE, VA 22508 | | Claim Number: 7819<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $32,580.99 |
| SCHWARTZ, PATRICIA<br>35 PARKEDGE ST<br>ROCHESTER, NY 14606 | | Claim Number: 348<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $1,730.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHWARTZ, PATRICIA
35 PARKEDGE ST
ROCHESTER, NY 14606

Claim Number: 5607
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,730.77 | | | |
|---|---|---|---|---|---|

SCHWARTZ, PATRICIA (PAT)
35 PARKEDGE ST
ROCHESTER, NY 14606

Claim Number: 5394
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77  CONT | Allowed: | $1,730.77 |
|---|---|---|---|---|---|---|

SCHWARTZ, SKAI
7605 S. SANIBEL CIRCLE
TEMPLE TERRACE, FL 33637

Claim Number: 5624
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $497.00 | | | |
|---|---|---|---|---|---|

SCHWARTZ, STEVEN & KATHY
380 MESSINA
BALLWIN, MO 63021

Claim Number: 8426
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,500.00 | | | |
|---|---|---|---|---|---|

SCHWARTZKOPF, DARRELL
11634 E EVANS AVE
AURORA, CO 80014

Claim Number: 545
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $1,288.00 | | | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SCHWARTZKOPF, DARRELL<br>11634 E EVANS AVE<br>AURORA, CO 80014 | | Claim Number: 546<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,288.00 | | | | |
| SCHWARTZKOPF, DARRELL<br>11634 E EVANS AVE<br>AURORA, CO 80014 | | Claim Number: 3101<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,107.84 | | | | |
| SCHWARTZKOPF, DARRELL K.<br>11634 E EVANS AVE<br>AURORA, CO 80014 | | Claim Number: 3027<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT | Allowed: | $1,292.31 |
| SCHWARZ , JAMES W. & BARBARA J.<br>TEN ENT<br>4 SPRING CIRCLE<br>BROOMALL, PA 19008-1219 | | Claim Number: 6738<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| SCHWARZ, ANNA LOUISE<br>731 NW SCHWARZ<br>GOWER, MO 64454 | | Claim Number: 3863<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $20,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCHWARZ, ANNA LOUISE<br>731 NW SCHWARZ<br>GOWER, MO 64454 | | Claim Number: 3864<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,125.00 |
| SCHWARZ, EARNEST K.<br>731 NW SCHWARZ RD<br>GOWER, MO 64454 | | Claim Number: 3862<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,125.00 |
| SCHWARZ, RAYMOND K. & JANET L.<br>764 NW SCHWARZ RD<br>GOWER, MO 64454 | | Claim Number: 4781<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SCHWED, H. ANDREW<br>233 E 69TH ST<br>APT 11H<br>NEW YORK, NY 10021 | | Claim Number: 6662<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SCHWEIZER, BRIAN T.<br>978 TARA OAKS DR<br>CHESTERFIELD, MO 630053654 | | Claim Number: 10009<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $1,002.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SCHWILM, MARGUERITE G.
P.O. BOX 690186
CHARLOTTE, NC 28227-7003

Claim Number: 6925
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,334.51 |
|---|---|---|

---

SCHWILM, MARGUERITE G.
P.O. BOX 690186
CHARLOTTE, NC 28227-7003

Claim Number: 6926
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,029.78 |
|---|---|---|

---

SCIAULINO, MICHELE R
219 F SPRINGMEADOW
DR
HOLBROOK, NY 11741

Claim Number: 2173
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,163.46 | Scheduled: | $1,163.46  CONT | Allowed: | $1,163.46 |
|---|---|---|---|---|---|---|

---

SCOGGINS, BRENT
1865C MONTCLAIR DR
MT PLEASANT, SC 29464

Claim Number: 10336
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| UNSECURED | Claimed: | $37,780.00 |
|---|---|---|

---

SCOTT A MCMAHON APPRAISALS
2717 DAVOS AV
WOODRIDGE, IL 60517

Claim Number: 2741
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $4,350.00 | | | Allowed: | $4,350.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCOTT R LEGENDRE &<br>KATHELLEN M LEGENDRE JT TEN<br>2 EASTWAY ROAD APT M<br>GREENBELT, MD 20770-0770 | | Claim Number: 7835<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $23.66 |
| SCOTT R. JOSSART<br>2319 ELMWOOD AVE<br>BERWYN, IL 604022421 | | Claim Number: 2649<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| PRIORITY | Claimed: | $3,700.00    Scheduled:    $283.25  CONT |
| SCOTT, BRIAN J. & LORI-ANN L.<br>6310 S. PITTSBURG ST<br>SPOKANE, WA 99223 | | Claim Number: 1806<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $400.00 |
| SCOTT, BRIAN J. & LORI-ANN L.<br>6310 S PITTSBURG ST<br>SPOKANE, WA 99223 | | Claim Number: 9305<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $400.00 |
| SCOTT, GILBERT T.<br>SEPARATE ACCT - B. OF AMERICA<br>2213 EASTWOOD DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 7200<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $19,009.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCOTT, GILBERT T.<br>SEPARATE ACCT - B. OF AMERICA<br>2213 EASTWOOD DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 7201<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,572.22 |
| SCOTT, HARRY V. AND BERTHA J.<br>3 RIDGE DRIVE<br>CROSS LANES, WV 25313 | | Claim Number: 5724<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SCOTT, KATHRYN<br>240 33A OAK PARK DR<br>DOUGLASTON, NY 11362 | | Claim Number: 10462<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| PRIORITY | Claimed: | $0.00   UNDET        Scheduled:        $3,846.15  CONT |
| SCOTT, LAURA E<br>10517 LIBERTY RD<br>RANDALLSTOWN, MD 21133 | | Claim Number: 9039<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6702 (12/11/2008) |
| UNSECURED | Claimed: | $2,060.00 |
| SCOTT, PAULA<br>95 LOCKE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 5941<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $11,842.72 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SCOTT, PAULA<br>95 LOCKE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 5943<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $5,880.20 | | | | |
| SCOTT, RENEE<br>3532 DELRAY DR<br>FORT WAYNE, IN 46815 | | Claim Number: 303<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,658.65 | | | | |
| SCOTT, RENEE M<br>3532 DELRAY DR<br>FORT WAYNE, IN 46815 | | Claim Number: 5694<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,776.92 | Scheduled: | $1,776.92 CONT | Allowed: | $1,776.92 |
| SCOTT, ROGER D. CUST. FBO LAURA E. SCOTT<br>UTMA-VA<br>4614 OVERVIEW DR.<br>FREDERICKSBURG, VA 22408-8774 | | Claim Number: 7087<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $676.00 | | | | |
| SCOTT, ROGER D. CUST. FBO MONICA L.<br>SCOTT UTMA-VA<br>4614 OVERVIEW DR.<br>FREDERICKSBURG, VA 22408-8774 | | Claim Number: 7088<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,880.50 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCOTT, SHELBY M. & LOIS G.<br>583 N. TULARE WAY<br>UPLAND, CA 91786-4635 | | Claim Number: 7472<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,200.00 |
| SCOTT, SHELBY MARTIN<br>583 N TULARE WAY<br>UPLAND, CA 91786-4635 | | Claim Number: 7473<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,974.00 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3898<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,650.36 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3899<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $2,505.72 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3900<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $1,882.36 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3901<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $2,188.08 |
| SCOTTDALE BOROUGH<br>ATTN JOANNE MASCEANTONIO ADMIN ASSISTANT<br>26 HILL STREET<br>SCOTTDALE, PA 15683 | | Claim Number: 3902<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
| SECURED | Claimed: | $712.83 |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 85274680 | | Claim Number: 1912<br>Claim Date: 11/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $1,220.63 |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 85274680 | | Claim Number: 7016<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $3,417.76 |
| SCOTTO, ANTHONY<br>77 MARLOW DR<br>JACKSON, NJ 08527 | | Claim Number: 10724<br>Claim Date: 06/18/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) |
| UNSECURED | Claimed: | $1,220.63 |

SCOTTO, ANTHONY
77 MARLOW DRIVE
JACKSON, NJ 08527

Claim Number: 10727
Claim Date: 06/19/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $1,220.63 | Scheduled: | $3,417.76 CONT | Allowed: | $1,220.63 |
|---|---|---|---|---|---|---|

SCOTTOLINE, LOUIS J.
406 CUMBRIAN CT
WEST CHESTER, PA 19382

Claim Number: 1311
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $859.90 | Scheduled: | $859.88 CONT | Allowed: | $859.90 |
|---|---|---|---|---|---|---|

SCOTTRADE
ATTN REORG DEPT
ANTHONY RAYNER
P.O. BOX 31759
ST. LOUIS, MO 63131

Claim Number: 4634
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| PRIORITY | Claimed: | $43,000.00 |
|---|---|---|

SCOTTRADE INC TR FBO
HENRY LEWIS IRA
11510 HERRONVIEW DR
FREDERICKSBURG, VA 22408-8013

Claim Number: 2996
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $53,337.00 |
|---|---|---|

SCOTTRADE INC TR FBO RICHARD W PATTON
ROLLOVER IRA
3 STANFORD AVE
WESTVIEW, PA 15229

Claim Number: 3209
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $5,307.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SCOURTOS, THOMAS C<br>16 SHORE DR N<br>COPIAGUE, NY 11726 | | Claim Number: 3803<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,326.92 | Scheduled: | $1,326.92  CONT | Allowed: | $1,326.92 |
| SCOURTOS, THOMAS C.<br>16 SHORE DRIVE N.<br>COPIAGUE, NY 11726 | | Claim Number: 1504<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $2,122.80 | | | | |
| SCREENVISION DIRECT<br>ATTN WILLIAM SAPP - COLLECTION SUP.<br>360 LINDEN OAKS<br>ROCHESTER, NY 14625 | | Claim Number: 6161<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $10,372.00 | | | Allowed: | $10,372.00 |
| SCRICCA, ANN SIMISTER<br>41 10 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | | Claim Number: 4077<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $6,323.45 | | | | |
| SCRICCA, DOMINIC J.<br>41 10 FAIRWAY DR<br>LITTLE RIVER, SC 29566-8036 | | Claim Number: 4076<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $15,447.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| SCRICCA, DOMINIC J.<br>41 10 FAIRWAY DRIVE<br>LITTLE RIVER, SC 29566-8036 | Claim Number: 4181<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |

| UNSECURED | Claimed: | $6,310.95 |
|---|---|---|

| | | |
|---|---|---|
| SCRUGGS, LAURA C<br>3801 STRICKLAND MINE RD<br>PLACERVILLE, CA 95667 | Claim Number: 6674<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| PRIORITY | Claimed: | $264.00 | Scheduled: | $264.00 CONT | Allowed: | $264.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| SCRUGGS, VALERIE LYNN<br>1200 NEWNAN CROSSING BLVD E APT 803<br>NEWNAN, GA 30265-1567 | Claim Number: 1944-01<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $26,097.09 CONT | | |

| | | |
|---|---|---|
| SCRUGGS, VALERIE LYNN<br>1200 NEWNAN CROSSING BLVD E APT 803<br>NEWNAN, GA 30265-1567 | Claim Number: 1944-02<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | |

| UNSECURED | Claimed: | $26,067.34 |
|---|---|---|

| | | |
|---|---|---|
| SCUDDER, EDGAR I.<br>10638 CIRCLE POINT DR.<br>FRANKSTON, TX 75763-4414 | Claim Number: 4804<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $6,879.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SCULLIN, JAMES P.<br>381 VICTORIA AVE.<br>PISCATAWAY, NJ 08854 | | Claim Number: 8631<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,297.00 |
| SEABOARD REALTY CORP<br>ATTN WILLIAM MARTOCCIA - PRES<br>4 SADDLE ROAD<br>STONY BROOK, NY 11790-2015 | | Claim Number: 3564<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | | Claim Number: 10297<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) |
| UNSECURED | Claimed: | $118,636.50 |
| SEAHORN, SAMUEL<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | | Claim Number: 10298<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $118,636.50 |
| SEALS, WAYNE<br>13286 WINDHAM DR<br>WASHINGTON TWP, MI 48094 | | Claim Number: 10380<br>Claim Date: 05/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SEAMAN, DAVID C.<br>PMB 222<br>8499 S TAMIAMI TRL<br>SARASOTA, FL 34238-2960 | | Claim Number: 5150<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $29,715.00 | | |
| UNSECURED | Claimed: | $29,715.00 | | |
| TOTAL | Claimed: | $29,715.00 | | |
| SEARS, SANDRA L.<br>45 MACINTOSH LANE<br>BRATTLEBORO, VT 05301 | | Claim Number: 8109<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,999.99 | | |
| SEATTLE HOME APPRAISAL<br>556 N 169TH ST<br>SHORELINE, WA 98133 | | Claim Number: 8<br>Claim Date: 08/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,260.00 | Allowed: | $2,260.00 |
| SEAWEB<br>C/O CHARLES A. MALLOY<br>ARNOLD & PORTER LLP<br>555 TWELFTH STREET, N.W.<br>WASHINGTON, DC 20004 | | Claim Number: 8275<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $51,599.37 | Allowed: | $51,599.37 |
| SECKER, HELEN H.<br>3101 PALMYRA ROAD<br>HANNIBAL, MO 63401 | | Claim Number: 5016<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $19,898.98 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECOR, WILBUR P & ESTELLA M<br>SECOR FAMILY TRUST<br>1009 HACIENDA DRIVE<br>EL CAJON, CA 92020 | | Claim Number: 7339<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,210.35 | | | | |
| SECURITAS SECURITY SERVICES USA<br>ATTN BRIAN DE GUTIS, CREDIT MANAGER<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | | Claim Number: 155<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $9,680.73 | | | | |
| SECURITAS SECURITY SERVICES USA, INC.<br>FKA PINKERTON, INC.<br>ATTN: THOMAS ROSZHART<br>43330 PARK TERRACE DR<br>WESETLAKE VILLAGE, CA 91361 | | Claim Number: 8789<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $10,323.73 | Scheduled: | $14,181.73 | Allowed: | $10,323.73 |
| SECURITY CONNECTIONS, INC.<br>MARK MINUTI, ESQ.<br>SAUL EWING LLP<br>222 DELAWARE AVE STE 1200 - PO BOX 1266<br>WILMINGTON, DE 19899 | | Claim Number: 8273<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 9923 (04/08/2011) | | | | |
| SECURED | Claimed: | $140,344.14 | | | | |
| SEDGWICK COUNTY<br>OFFICE OF THE COUNTY COUNSELOR<br>PATRICIA J PARKER # 10413<br>525 N. MAIN, SUITE 359<br>WICHITA, KS 67203-3790 | | Claim Number: 5712<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,294.54 | | | Allowed: | $1,294.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9072<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $142,498,546.38 | | | Allowed: | $92,656.00 |
| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9073<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $142,498,546.38   UNLIQ | | | | |
| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9074<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $142,498,546.38 | | | Allowed: | $92,656.00 |
| SEDOTTO, BONNIE<br>116 KETRIDGE ST<br>WEST BABYLON, NY 11704 | | Claim Number: 8325<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85  CONT | Allowed: | $2,153.85 |
| SEEBER, ALFREDA V.<br>520 RANDOM RD<br>EL DORADO, KS 67042-4230 | | Claim Number: 4418<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $45,000.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SEERY, MARGARET M<br>23 JAGGER CT<br>MELVILLE, NY 11747 | | Claim Number: 9751<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,738.46 CONT | | |
| UNSECURED | Claimed: | $3,738.46  UNDET | | | | |
| SEGALL, ERIC<br>1985 ROLLING VISTA DR UNIT 52<br>LOMITA, CA 90717 | | Claim Number: 7365-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8976 (07/01/2010) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,557.69 CONT | Allowed: | $10,950.00 |
| SEGALL, ERIC<br>1985 ROLLING VISTA DR UNIT 52<br>LOMITA, CA 90717 | | Claim Number: 7365-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8976 (07/01/2010) | | | | |
| UNSECURED | Claimed: | $38,857.69 | | | Allowed: | $38,857.69 |
| SEGELL, JANET A.<br>1088 YORKTOWN DR<br>CHARLESTON, SC 29412 | | Claim Number: 9509<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $27,738.00 | | | | |
| SEIBERT, STEPHANIE<br>98 BISHOP RD<br>WEST BABYLON, NY 11704 | | Claim Number: 2645<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $2,535.17 CONT | | |
| UNSECURED | Claimed: | $2,535.17 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

Claim Number: 2646
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,527.50 | Scheduled: | $1,832.99 CONT | Allowed: | $1,527.50 |
|---|---|---|---|---|---|---|

SEIWERT, HILBERT
3989 LOS ARABIS DR.
LAFAYETTE, CA 94549

Claim Number: 9931
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SEIWERT, HILBERT
3989 LOS ARABIS DR.
LAFAYETTE, CA 94549

Claim Number: 9970
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SELAND, DANIEL
CMR 420, BOX 1993
APO, AE 09063

Claim Number: 5652
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| SECURED | Claimed: | $25,275.98 |
|---|---|---|

SELECT TELECOM INC
115 WALL ST
VALHALLA, NY 10595

Claim Number: 2242
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $135.00 | | | Allowed: | $135.00 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SELLERS, LINDA J.<br>13641 BOSTON COURT<br>FONTANA, CA 92336 | | Claim Number: 442<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,366.15 | Scheduled: | $1,191.84 CONT | Allowed: | | $1,366.15 |
| SELTZER, ADOLPH<br>501 FIFTH AVE<br>NEW YORK, NY 10017 | | Claim Number: 5329<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $21,792.00 | | | | | |
| SEMINOLE COUNTY TAX COLLECTOR<br>RAY VALDES<br>1101 EAST FIRST STREET<br>POST OFFICE BOX 630<br>SANFORD, FL 32772 | | Claim Number: 4328<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | | | | |
| SECURED | Claimed: | $49.13 UNLIQ | | | | | |
| SEMONE, KATHY W.<br>616 SOUTHMONT RD<br>CATONSVILLE, MD 21228 | | Claim Number: 1018<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.93 CONT | Allowed: | | $1,076.92 |
| SENATOR, ERVIN & MARVIN<br>111 CAMDIKE STR.<br>VALLEY STREAM, NY 11580-5335 | | Claim Number: 6107<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SENDACH, JERRI<br>11805 WATERCREST LN<br>BOCA RATON, FL 33498 | | Claim Number: 4184<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $5,008.32 |
| SENG, LAWRENCE E.<br>CGM IRA ROLLOVER CUST<br>4333 W CENTRAL AVE<br>TOLEDO, OH 43615 | | Claim Number: 4180<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,521.00 |
| SENKBEIL, KRISTINA<br>PO BOX 320927<br>COCOA BEACH, FL 32932 | | Claim Number: 9699<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,422.93 |
| SENSENIG, CECILIA V<br>74 JAMESLEE DRIVE<br>CHAMBERSBURG, PA 17201 | | Claim Number: 7369<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $188.41 |
| SEO, JEONG JA<br>6379-D SMITHY SQUARE<br>GLEN BURNIE, MD 21060 | | Claim Number: 10148<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED | Claimed: | $32,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SERBIN, LEW D.<br>POST OFFICE BOX 1058<br>SAN FRANCISCO, CA 94101 | | Claim Number: 9651<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $57,740.60 | | | | |
| SERGEY, JOHN M.<br>517 FALCON POINT DRIVE<br>NEW HOPE, PA 18938 | | Claim Number: 5968<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $94,589.83 | | | | |
| SERKES, MICHAEL<br>3747 UNION CHURCH RD<br>SALISBURY, MD 21801 | | Claim Number: 3682-01<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $9,868.22 CONT<br>$171,788.63 CONT | Allowed: | $10,950.00 |
| SERKES, MICHAEL<br>3747 UNION CHURCH RD<br>SALISBURY, MD 21801 | | Claim Number: 3682-02<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $171,547.59 | | | | |
| SERNOFF, EDWIN<br>EIN HOD ARTISTS VILLAGE<br>D.N. HOF HACARMEL<br>30890<br>ISRAEL | | Claim Number: 6405<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SERPA, MICHAEL L.<br>P.O. BOX 1627<br>MODESTO, CA 95353 | | Claim Number: 6083<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $583.00 | | | | | |
| UNSECURED | | | Scheduled: | $575.00 | | | |
| SERPA, MICHAEL L.<br>P.O. BOX 1627<br>MODESTO, CA 95353 | | Claim Number: 6145<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $583.00 | | | | | |
| SERVEY, JAMES N. AND ROBERTA A.<br>1317 CHURCH ROAD<br>ORELAND, PA 19075-2228 | | Claim Number: 4231<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $35,000.00 | | | | | |
| SERVICED APPRAISALS<br>ATTN ERIC VAUGHAN/OWNER<br>927 N 5TH ST.<br>ST. CHARLES, MO 63301 | | Claim Number: 2745<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $1,875.00 | Scheduled: | $825.00 | Allowed: | $1,875.00 | |
| SERVICEMASTER MID STATE 2<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | | Claim Number: 1085<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| PRIORITY | Claimed: | $44.91 | | | | | |
| UNSECURED | Claimed: | $479.54 | Scheduled: | $412.02 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SERVICEMASTER MID STATE 2<br>ATTN JAMES SELETOS<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | | Claim Number: 1334<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $524.45 | | | | |
| SERVOSS, WILLIAM<br>2312 S. 2300 EAST<br>SALT LAKE CITY, UT 84109 | | Claim Number: 6324<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| SERVOSS, WILLIAM<br>2312 S. 2300 EAST<br>SALT LAKE CITY, UT 84109 | | Claim Number: 6325<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | |
| SESKIND, WENDY<br>1531 LIVE OAK LANE<br>SANTA BARBARA, CA 93105 | | Claim Number: 6601<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $313.44 | | | | |
| SESSA, FRANCES M<br>7525 SUMMER BLOSSOM LANE<br>COLUMBIA, MD 21046 | | Claim Number: 2037<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,176.92 | Scheduled: | $1,176.92  CONT | Allowed: | $1,176.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEUS, SHERYL<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 891445433 | | Claim Number: 227<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | | |
| PRIORITY | Claimed: | $499.05 | Scheduled: | $499.15 CONT | | Allowed: | | $499.05 |
| SEUS, SHERYL<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 891445433 | | Claim Number: 7479<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | | |
| PRIORITY | Claimed: | $473.00 | | | | | | |
| SEUS, SHERYL A<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 891445433 | | Claim Number: 7478<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | | |
| PRIORITY | Claimed: | $352.00 | | | | | | |
| SEVCIK, CHERYL M<br>309 BAUDER RD<br>FORT PLAIN, NY 13339 | | Claim Number: 4895<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | | |
| PRIORITY | Claimed: | $2,934.62 | Scheduled: | $3,600.97 CONT | | Allowed: | | $2,934.62 |
| SEVERINO, CANDIDA<br>7640 W SUNSET DR<br>ELMWOOD PARK, IL 607071327 | | Claim Number: 1419<br>Claim Date: 10/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | | |
| PRIORITY | Claimed: | $534.69 | Scheduled: | $534.69 CONT | | Allowed: | | $534.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SEVERY, DON
2605 STATE STREET
PO BOX 6710408
SALEM, OR 97310

Claim Number: 2700
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $246.40 |
|---|---|---|

---

SEXAUER, MARY JO
14707 GOLF RD
ORLAND PARK, IL 60462-7434

Claim Number: 7645-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $129,105.34 CONT | | |

---

SEXAUER, MARY JO
14707 GOLF RD
ORLAND PARK, IL 60462-7434

Claim Number: 7645-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $130,050.00 | | | Allowed: | $130,050.00 |
|---|---|---|---|---|---|---|

---

SEXAUER, MARY JO
14707 GOLF RD
ORLAND PARK, IL 60462-7434

Claim Number: 8149
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $130,050.00 |

---

SEYBOLD, DONALD W.
3816 WATERVIEW BLVD.
OCEAN CITY, NJ 08226

Claim Number: 3120
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $17,930.22 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| SEYBOLD, DONALD W.<br>3816 WATERVIEW BLVD.<br>OCEAN CITY, NJ 08226 | | Claim Number: 3125<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,612.99 | | | | |

| | | |
|---|---|---|
| SEYBOLD, NIC<br>25495 SW WOLSBORN AVE<br>HILLSBORO, OR 97123 | | Claim Number: 1475<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $670.00 | Scheduled: | $550.00 | Allowed: | $670.00 |

| | | |
|---|---|---|
| SFIROUDIS, JAMES<br>164-03A 32 AVE<br>FLUSHING, NY 11358 | | Claim Number: 2025<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,461.62 | Scheduled: | $1,461.62 CONT | Allowed: | $1,461.62 |

| | | |
|---|---|---|
| SFM APPRAISALS<br>ATTN STEVEN F. MEISTER, OWNER<br>606 S PINE DR<br>FULLERTON, CA 92833 | | Claim Number: 4211<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,100.00 | | | | |

| | | |
|---|---|---|
| SGAVICCHIO, JOE<br>8930 REDBRIDGE RD<br>RICHMOND, VA 23236 | | Claim Number: 4935<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,222.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SGROI, JOHN
212 SANDFORD ST
NEW BRUNSWICK, NJ 08901

Claim Number: 7337
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SHADE, SUZANNA L
1107 JENSEN ST
CHARLOTTE, NC 28205

Claim Number: 2937
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $809.62 | Scheduled: | $809.62 CONT | Allowed: | $809.62 |
|---|---|---|---|---|---|---|

SHADEN, EDDIE A.
4583 20TH AVE N
ST. PETERSBURG, FL 33713

Claim Number: 9927
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $2,996.00 |
|---|---|---|

SHAFER, MARY M. TTEE
FBO MARY M. SHAFER REV LIV TRUST
11536 CONWAY RD
ST LOUIS, MO 63131-2407

Claim Number: 7193
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,967.52 |
|---|---|---|

SHAH, BHANUKUMAR C.
RET. PLAN DTD 4/10/87
7015 CLEARWOOD CT
CINCINNATI, OH 45236-1467

Claim Number: 5949
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,328.94 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| SHAH, HARSHAD & KALPANA<br>9648 SEVILLE WAY<br>CYPRESS, CA 90630-6804 | | Claim Number: 3876<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $17,950.00 | | | | | |
| SHAH, MIHIR N<br>182 STUYVESANT DR<br>SELDEN, NY 11784 | | Claim Number: 5154<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |
| SHAH, PINKI ANOOP<br>1531 6TH ST APT 412<br>SANTA MONICA, CA 90401-2536 | | Claim Number: 6505<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,099.70 | | | | | |
| SHAH, PRAGNA K.<br>1802 SOUTH YORK STREET<br>MECHANICSBURG, PA 17055-5115 | | Claim Number: 6501<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,394.95 | | | | | |
| SHAHBAKHTI, GUERAMI<br>8 GARDEN CT<br>BAY SHORE, NY 11706 | | Claim Number: 3720<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,853.90 | Scheduled: | $2,853.90 CONT | Allowed: | $2,853.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SHAKIB, IRAJ D. & PHYLLIS P.<br>3010 BROOKMONTE LANE<br>LEXINGTON, KY 40515-8508 | | Claim Number: 8486<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,400.00 |
| SHAKIR, OMAR<br>807 UNION ST., BOX 1883<br>SCHENECTADY, NY 12308 | | Claim Number: 9380<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SHAKTI LLC<br>ATTN ANIL SAHAI, MEMBER<br>709 WHITE POST DR<br>WEBSTER CITY, IA 50595 | | Claim Number: 8869<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,305.00 |
| SHANNON, DENNIS<br>1305-9TH STREET<br>NORTH BERGEN, NJ 07047 | | Claim Number: 8872<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,354.00 |
| SHANNON, ERIN<br>10857 SUNSET RIDGE CIRCLE<br>BOYNTON BEACH, FL 33473 | | Claim Number: 3019<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHANNON, LINDA K
3915 36TH STREET
DES MOINES, IA 50310

Claim Number: 2517
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,828.80 | Scheduled: | $2,605.95  CONT | Allowed: | $1,828.80 |

SHAPIRO & BURSON LLP
ATTN WILLIAM M SAVAGE
13135 LEE JACKSON HWY STE 201
FAIRFAX, VA 22033

Claim Number: 1266
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $2,614.58 |

SHAPIRO & FELTY, LLC
ATTN MARK R LEMBRIGHT, ESQ
1500 WEST THIRD STREET
STE 400
CLEVELAND, OH 44113

Claim Number: 9501
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $907.00 |

SHAPIRO & FISHMAN, LLP
ATTN STEVEN POWIOZEK, BANKRUPTCY ATTY
10004 N DALE MABRY HWY
STE 112
TAMPA, FL 33618

Claim Number: 138
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $1,535.00 | | | Allowed: | $1,535.00 |

SHAPIRO & SWERTFEGER,LLP
ATTN SEAN QUIRK, ATTORNEY
2872 WOODCOCK BLVD.
SUITE 100
ATLANTA, GA 30341

Claim Number: 8253
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $5,734.51 | | | Allowed: | $5,734.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHAPIRO, EVGENY
556 BASTANCHURY AVENUE
HENDERSON, NV 89011

Claim Number: 2006
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT | Allowed: | $350.00 |

SHAPIRO, STANLEY K.
12 EDGEHILL ROAD
WEST ORANGE, NJ 07052

Claim Number: 4835
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,700.00 |

SHARER, TOM & JAN
12608 MIRADO AVE
GRAND TERRACE, CA 92313

Claim Number: 4567
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $400.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

SHARIFF, SHAJAHAN
33 BALTIC ST
EDISON, NJ 08820

Claim Number: 9367
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,365.95 |

SHARKEY, PHILLIP T.
PO BOX 1438
GRAEAGLE, CA 96103-1438

Claim Number: 3570
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,513.87 |
| UNSECURED | Claimed: | $5,513.87 |
| TOTAL | Claimed: | $5,513.87 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHARMA, SHALINI
6951 N. WESTER AVE.
UNIT # G
CHICAGO, IL 60645

Claim Number: 5935
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,247.00 | | | |

SHARP, WILLIAM E. AND DONNA H. JT/WROS
167 KINGSBROOK AVE
ANN ARBOR, MI 48103-6937

Claim Number: 4259
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,423.67 | | | |

SHAW, GWENDOLYN (GWEN)
P.O. BOX 440066
CHICAGO, IL 60644-0066

Claim Number: 4306
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00  CONT | Allowed: | $420.00 |

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5552
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | |

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5553
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54  CONT | Allowed: | $961.54 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SHEAFFER, ROBERT B. JR.<br>3308 SODA CANYON DRIVE<br>CERES, CA 95307 | | Claim Number: 5773<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,346.00 | | | |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | | Claim Number: 101<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | | Claim Number: 1231<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| SHEALEY, DORNETTA<br>114 83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | | Claim Number: 5997<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,845.15 | Scheduled: | $1,846.15  CONT | Allowed: | $1,845.15 |
| SHEARER, DENICE<br>3370 SAINT ROSE PKWY APT 2423<br>HENDERSON, NV 89052-4263 | | Claim Number: 914<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
| PRIORITY | Claimed: | $461.60 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

SHEARER, DENICE M
10794 VILLA CARLOTTA COURT
LAS VEGAS, NV 89141

Claim Number: 1965
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $461.54 | Scheduled: | $461.54  CONT | Allowed: | $461.54 |

SHEARER, JUSTIN A
10794 VILLA CARLOTTA COURT
LAS VEGAS, NV 89141

Claim Number: 2862
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $320.58 |

SHEARER, LYLE
4441 CLIPPER DR
DISCOVERY BAY, CA 94505

Claim Number: 7215
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $225,123.64 | Scheduled: | $223,850.34  CONT |

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA 94505

Claim Number: 140
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $223,561.02 |

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA 94505

Claim Number: 7612
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,464.41 |
| SECURED | Claimed: | $6,464.41 |
| UNSECURED | Claimed: | $223,561.02 |
| TOTAL | Claimed: | $230,025.43 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SHEBL, MAHER A.<br>14814-80TH AVE S.E.<br>SNOHOMISH, WA 98296 | | Claim Number: 3644<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| SHEDDY, VAIDA G. TTEE<br>1142 HADTNER AVE<br>WILLIAMSPORT, PA 17701 | | Claim Number: 5513<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| SECURED | Claimed: | $19,541.85 | | | | |
| SHEEDY, JAMES J.<br>3 VEEDER DR.<br>ALBANY, NY 12205-3619 | | Claim Number: 4759<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $12,000.00 | | | | |
| SHEEDY, JAMES J.<br>3 VEEDER DR.<br>ALBANY, NY 12205-3619 | | Claim Number: 7497<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $12,000.00 | | | | |
| SHEEHAN, ANDREW<br>26 WILLIAM STREET<br>BETHPAGE, NY 11714 | | Claim Number: 1358<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46  CONT | Allowed: | $1,138.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | | Claim Number: 4775-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$7,944.41  CONT | Allowed: | $10,950.00 |
| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | | Claim Number: 4775-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $8,141.81 | | | | |
| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | | Claim Number: 5473<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$7,959.00 | | | | |
| SHEEN, ALEXANDER W.<br>7892 SAILBOAT KEY BLVD.<br>APT 408<br>SO. PASADENA, FL 33707 | | Claim Number: 3963<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,580.96 | | | | |
| SHEETS, H. PAUL<br>408 LAUREL LAKE DRIVE #202<br>VENICE, FL 34292-7511 | | Claim Number: 6671<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHEFELTON, JUDITH C
592 VIRGINIA CENTER PKWY
GLEN ALLEN, VA 23059-7414

Claim Number: 6024
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $23,023.68 |

SHEFFIELD, GREGORY J.
138 HOLLENBECK RD
LOCKWOOD, NY 14859-9708

Claim Number: 3031
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $181.76 |

SHEFFIELD, GREGORY J., & NANCY O.
138 HOLLENBECK RD
LOCKWOOD, NY 14859-9708

Claim Number: 3032
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $994.16 |

SHELBY COUNTY TREASURER
ATTN: DUANE A. GOETTEMOELLER,
ASST. PROSECUTOR
P.O. BOX 987
SIDNEY, OH 45365-0987

Claim Number: 10558
Claim Date: 09/26/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $901.62 |
| UNSECURED | Claimed: | $901.62 |
| TOTAL | Claimed: | $901.62 |

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

Claim Number: 1228
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $247.45 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHELDRAKE, MARGARET
935 MAPLE AVE APT 101
HOMEWOOD, IL 60430-2059

Claim Number: 5381
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,000.00 |
|---|---|---|

---

SHELDRAKE, RICHARD & MARGARET
935 MAPLE AVE APT 101
HOMEWOOD, IL 60430-2059

Claim Number: 5440
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,000.00 |
|---|---|---|

---

SHELDRAKE, RICHARD & MARGARET
16943 WESTERN AVE
HAZEL CREST, IL 60429

Claim Number: 5443
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

---

SHELLEY, JEFFREY L.
17 MORGAN PLACE DRIVE
ISLE OF PALMS, SC 29451

Claim Number: 811
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,461.54 | Scheduled: | $5,710.77 CONT | Allowed: | $4,461.54 |
|---|---|---|---|---|---|---|

---

SHELTON, SHEILA R.
505 CHERRYWOOD LN
ALBEMARLE, NC 280018118

Claim Number: 1695
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,095.19 | Scheduled: | $1,095.19 CONT | Allowed: | $1,095.19 |
|---|---|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| SHELTON, WALTER JAY<br>320 FIRST COURT<br>DANVILLE, VA 24541-5524 | | Claim Number: 9791<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,454.00 | | |
| SHEN, PEI YUN<br>691 3RD AVE<br>SAN FRANCISCO, CA 94118 | | Claim Number: 4254<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SHENANDOAH LEGAL GROUP, P.C.<br>ATTN JEFFREY A. FLEISCHHAMER, PRESIDENT<br>P.O. BOX 75<br>310 JEFFERSON ST., SE<br>ROANOKE, VA 24002 | | Claim Number: 4340<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | |
| UNSECURED | Claimed: | $1,522.75 | Allowed: | $1,522.75 |
| SHENANDOAH VALLEY APPRAISAL<br>ATTN KATHLEEN A WILSON<br>PO BOX 1018<br>CHURCHVILLE, VA 24421 | | Claim Number: 3078<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | | Claim Number: 10088<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHEPHERD, CHARLES MM
222 S CENTRAL AVE
STE 804
ST LOUIS, MO 63105

Claim Number: 10089
Claim Date: 03/12/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

SHEPHERD, CLARENCE L
PO BOX 28731
BELLINGHAM, WA 98228

Claim Number: 10200
Claim Date: 04/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

SHEPHERD, PATRICIA
9 E. WILLOW AVENUE
PHOENIX, AZ 85022

Claim Number: 4230-01
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
|----------|----------|------------|------------|------------------|----------|------------|
| UNSECURED | | | Scheduled: | $110,737.47  CONT | | |

SHEPHERD, PATRICIA
9 E. WILLOW AVENUE
PHOENIX, AZ 85022

Claim Number: 4230-02
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $111,522.27 |
|-----------|----------|-------------|

SHEPHERD, PATRICIA
9 E. WILLOW AVENUE
PHOENIX, AZ 85022

Claim Number: 4244
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $110,737.47 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHEPPARD, VERONICA
11 CORNELL RD
SHOREHAM, NY 11786

Claim Number: 10814
Claim Date: 11/19/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9777 (02/08/2011)

| | | | Scheduled: | $1,760.00  CONT |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

SHERAR, MYRON D.
4100 INTERNATIONAL PLAZA
SUITE 150
FORT WORTH, TX 76109

Claim Number: 7401
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

SHERATON COLUMBIA
ATTN SCOTT HERMANI, DIRECTOR OF FINANCE
10207 WINCOPIN CIRCLE
COLUMBIA, MD 21044

Claim Number: 5720
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6178 (10/02/2008)

| UNSECURED | Claimed: | $22,846.44 | Scheduled: | $28,226.34 |
|---|---|---|---|---|

---

SHERATON SEATTLE HOTEL
JOHN HADNETT, DOF
1400 6TH AVE.
SEATTLE, WA 98101

Claim Number: 1793
Claim Date: 10/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,521.14 | | | Allowed: | $6,521.14 |
|---|---|---|---|---|---|---|

---

SHERIDAN, ELEANOR M.
803 BARBARA BLVD
FRANKLIN SQUARE, NY 11010

Claim Number: 3457
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: DOCKET: 7234 (04/07/2009)

| SECURED | Claimed: | $5,628.49 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SHERIDAN, WALTER P.<br>803 BARBARA BLVD<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 3458<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| SECURED | Claimed: | $4,660.00 | | | |
| SHERIDAN, WALTER P.<br>803 BARBARA BLVD<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 3459<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $6,279.00 | | | |
| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | | Claim Number: 10658<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | |
| SECURED | Claimed: | $274.28 | Allowed: | $274.28 | |
| SHERLAK, THOMAS P. & GEORGIA C.<br>133 DOCK SIDE CIRCLE<br>LAKE TAPAWINGO, MO 64015 | | Claim Number: 6353<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $11,954.83 | | | |
| SHERMAN, AMBER<br>6528 BITTER SWEET DR<br>FORT WAYNE, IN 42825 | | Claim Number: 10740<br>Claim Date: 11/05/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | | | |
| PRIORITY | Claimed: | $6,240.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SHERR'S QUALITY 401(K)<br>W.G. SHERR<br>P.O. BOX 2899<br>GULF SHORES, AL 36547 | | Claim Number: 4527<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,274.72 |
| SHERWIN WILLIAMS COMPANY, THE<br>MICHAEL B. BACH, ESQ.<br>11256 CORNELL PARK DRIVE, SUITE 500<br>CINCINNATI, OH 45242 | | Claim Number: 5336<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) |
| SECURED | Claimed: | $7,186.28 |
| SHERWIN, KELLEY M.<br>25975 ATWOOD AVE.<br>WARRENS, WI 54666-8507 | | Claim Number: 5688<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,575.32 |
| SHERWIN, KELLEY M.<br>25975 ATWOOD AVE.<br>WARRENS, WI 54666-8507 | | Claim Number: 5845<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $16,724.39 |
| SHERWOOD, GEORGE D.<br>6323 TRAILWOOD TER<br>SHREVEPORT, LA 71119-7234 | | Claim Number: 3842<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SHETH, SATISH B.<br>6 REGINA CT.<br>CHATHAM, NJ 07928 | | Claim Number: 9383<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $16,798.25 |
| SHI, FEI AND REN, PING<br>44 GLEN STREET<br>MALDEN, MA 02148 | | Claim Number: 4551<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SHI, JUAN<br>2803 NIGHTHAWK CIRCLE<br>AUDUBON, PA 19403 | | Claim Number: 8196<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,479.99 |
| SHIDELER, JANET R., TRUSTEE<br>27994 VIA VENTANA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 7100<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,516.20 |
| SHIDELER, JANET R., TRUSTEE<br>27994 VIA VENTANA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 7101<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,514.18 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHIDELER, JAY A.
27994 VIA VENTANA
LOS ALTOS, CA 94022

Claim Number: 7098
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,686.04 |
|-----------|----------|------------|

---

SHIDELER, JAY A.
27994 VIA VENTANA
LOS ALTOS, CA 94022

Claim Number: 7099
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $6,693.29 |
|-----------|----------|-----------|

---

SHIELDS MARIANNE
2624 S HATCH
SPOKANE, WA 99220

Claim Number: 7863
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| PRIORITY | | | Scheduled: | $325.00 CONT |
| UNSECURED | Claimed: | $750.00 | | |

---

SHIELDS, SUZANNE
PO BOX 1442
MERIDIAN, ID 83680-1442

Claim Number: 858
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT | Allowed: | $1,107.69 |
|----------|----------|-----------|------------|----------------|----------|-----------|

---

SHINDELAIR, SHERI
2040 W. WARNER AVE. # 104
CHICAGO, IL 60618

Claim Number: 10254
Claim Date: 04/21/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $296,400.00 |
|---------|----------|-------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

Claim Number: 234
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $4,188.47 |
|---|---|---|

---

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

Claim Number: 1350-01
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,188.46  CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|

---

SHINKEWICZ, DEBRA
PO BOX 171
CALVERTON, NY 11933-0171

Claim Number: 1350-02
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7233 (04/07/2009)
Replaces claim number 234

| UNSECURED | Claimed: | $1,488.47 | | | Allowed: | $1,488.47 |
|---|---|---|---|---|---|---|

---

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

Claim Number: 5993
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,956.00 |

---

SHINN, VICKI LOMBARDI
23 ROANWOOD DR
ROLLING HILLS ESTATE, CA 90274

Claim Number: 8551
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,956.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

Claim Number: 8552
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,799.14 CONT | | |
| UNSECURED | Claimed: | $27,031.37 | Scheduled: | $24,899.52 CONT | | |

SHIRK, RYAN
3900 CEDAR AVE S STE 1
MINNEAPOLIS, MN 554074570

Claim Number: 9312
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $221.80 |

SHIVERS, MARK W
151 E 3RD ST
DEER PARK, NY 11729

Claim Number: 4872
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | $1,230.77 |

SHKLYAR, NATALIA
160 S MIDDLE NECK RD
APT 2B
GREAT NECK, NY 11021

Claim Number: 1014
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,692.31 | | Allowed: | $2,692.31 |

SHOCK, C  NORA CO-TTEE
CLIFFORD AND NORA SHOCK FAM TRUST
5712 TAMARISK WAY
SAN LUIS OBISPO, CA 93401-8274

Claim Number: 5027
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,475.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHOCK, CLIFFORD L.
5712 TAMARISK WAY
SAN LUIS OBISPO, CA 93401-8274

Claim Number: 5025
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,629.59 |

SHOCK, NORA L.
5712 TAMARISK WAY
SAN LUIS OBISPO, CA 93401-8274

Claim Number: 5026
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,704.13 |
| UNSECURED | Claimed: | $2,704.13 |
| TOTAL | Claimed: | $2,704.13 |

SHOFNER, KATHY JANE, ROTH
EDWARD D. JONES & CO. CUSTODIAN
3311 N ALEXANDER LANE
BETHANY, OK 73008-3720

Claim Number: 6676
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,419.20 |

SHOFNER, PARY GRANT & KATHY JANE, TTEES
U/A DTD 08/22/01
PARY G & KATHY J SHOFNER LIVING TRUST
3311 N ALEXANDER LN
BETHANY, OK 73008-3720

Claim Number: 6675
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,605.18 |

SHOJI, SUSANNE
224 SW NANCY CIRCLE
GRESHAM, OR 97030

Claim Number: 7109
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,083.00 | Scheduled: | $3,101.92  CONT | Allowed: | $1,083.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHOOK, STEPHEN & BECKY
5381 KINGS HWY.
DOUGLASVILLE, GA 30135

Claim Number: 1373
Claim Date: 10/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |

SHOOP, JAMES L
7879 ENTRADA ANGELICA
SAN DIEGO, CA 92127

Claim Number: 5898-01
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,537.01 | Scheduled: | $4,537.01 CONT | Allowed: | $4,537.01 |
| UNSECURED | | | Scheduled: | $10,100.70 CONT | | |

SHOOP, JAMES L
7879 ENTRADA ANGELICA
SAN DIEGO, CA 92127

Claim Number: 5898-02
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,151.47 |

SHOOP, JAMES L.
400 ALBASIO CT
ANGELS CAMP, CA 95222

Claim Number: 331
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,745.35 |

SHOOP, JAMES L.
400 ALBASIO COURT
ANGELS CAMP, CA 95222-9756

Claim Number: 5897
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,253.51 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SHOPE, J TRUMAN IRA RO<br>STIFEL NICOLAUS CUSTODIAN<br>2534 YELLOWSTONE CIRCLE<br>WICHITA, KS 67215 | | Claim Number: 8303<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $12,500.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| SHOPPES AT FLIGHT DECK<br>TED STAMBOLITIS, PRESIDENT<br>109 OLD CHAPIN ROAD, TOWER<br>P.O. BOX 907<br>LEXINGTON, SC 29071 | | Claim Number: 6969<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $98,000.00 | | | |
| SHORE PRINTING & GRAPHICS<br>105 RHETT CT<br>ATTN ANNA BOZZO<br>COMMACK, NY 11725 | | Claim Number: 7637<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $6,161.21 | Allowed: | $6,161.21 | |
| SHORE, JEFFREY<br>2265 BOTANICA CIRCLE<br>WEST MELBOURNE, FL 32904 | | Claim Number: 5482<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | |
| UNSECURED | Claimed: | $4,767.95 | | | |
| SHOREHAM VIEWRIDGE, LLC<br>D/B/A SHOREHAM PLACE<br>ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL<br>1202 KETTNER BLVD., 3RD FLOOR<br>SAN DIEGO, CA 92101 | | Claim Number: 5899<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $75,119.17 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHOREHAM VIEWRIDGE, LLC
C/O WERB & SULLIVAN - AMY D. BROWN
300 DELAWARE AVENUE, 13TH FLOOR
PO BOX 25046
WILMINGTON, DE 19899

Claim Number: 10876
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 2856 (02/01/2008)

| ADMINISTRATIVE | Claimed: | $8,489.60 | | | Allowed: | $8,489.60 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,337.14 | | |

---

SHORTELL, PATRICK L.
30644 HIGHWAY BB
LEBANON, MO 65536

Claim Number: 7443
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

SHOWACRE APPRAISAL INC
ATTN SYLVIA M. SHOWACRE
PO BOX 23506
SANTA FE, NM 87502

Claim Number: 4432
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

SHOWACRE APPRAISAL, INC.
SYLVIA SHOWACRE
PO BOX 23506
SANTA FE, NM 87502

Claim Number: 10323
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

---

SHOWELL, HENRY J.
231 SEASIDE AVE
WESTBROOK, CT 06498

Claim Number: 9601
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,629.85 |
|---|---|---|
| UNSECURED | Claimed: | $4,629.85 |
| TOTAL | Claimed: | $4,629.85 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHPS, INC.
9200 SHELBYVILLE ROAD, SUITE 700
LOUISVILLE, KY 40222

Claim Number: 10752
Claim Date: 01/04/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9026 (07/19/2010)

| UNSECURED | Claimed: | $70,000.00 | | | Allowed: | $70,000.00 |
|---|---|---|---|---|---|---|

SHRAGER, ALBERT I.
545 EVERGREEN LANE
LAFAYETTE HILL, PA 19444-2307

Claim Number: 3844
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,793.56 | | | | |
|---|---|---|---|---|---|---|

SHRED - IT
ATTN DOMINGOS BRONCO, PRESIDENT
29 DIANA COURT
CHESHIRE, CT 06410

Claim Number: 2099
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $108.12 | Scheduled: | $54.06 | Allowed: | $108.12 |
|---|---|---|---|---|---|---|

SHRED - IT
ATTN NADOLYN B HOLLEMAN
PO BOX 18580
MEMPHIS, TN 38181

Claim Number: 2708
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $515.00 | Scheduled: | $115.00 | Allowed: | $515.00 |
|---|---|---|---|---|---|---|

SHRED - IT
ATTN PATTI SCHMITT, OFFICE MANAGER
10115 PRODUCTIONS COURT
LOUISVILLE, KY 40299

Claim Number: 2978
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SHRED - IT<br>ATTN LEE MILLER, GENERAL MANAGER<br>7150 TROY HIL DRIVE<br>STE 100<br>ELKRIDGE, MD 21075-5846 | | Claim Number: 3960<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $715.00 | Scheduled: | $715.00 | Allowed: | $715.00 |
| SHRED - IT<br>ATTN JEFF GERMANN, VICE PRESIDENT<br>4801 PARK 370 BLVD<br>HAZELWOOD, MO 63042 | | Claim Number: 4053<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $372.50 | Scheduled: | $307.50 | | |
| SHRED - IT<br>1707 E. 58TH AVE.<br>DENVER, CO 80216 | | Claim Number: 5011<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $65.00 | Scheduled: | $60.00 | Allowed: | $65.00 |
| SHRED - IT<br>1707 E. 58TH AVE<br>DENVER, CO 80216 | | Claim Number: 5013<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $150.00 | Allowed: | $375.00 |
| SHRED IT BALTIMORE<br>ATTN LEE MILLER, G.M<br>7150 TROY HILL DRIVE<br>SUITE 100<br>ELKRIDGE, MD 21075-5846 | | Claim Number: 3961<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $54.00 | Scheduled: | $54.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHRED IT BALTIMORE<br>ATTN LEE MILLER, G.M.<br>7150 TROY HILL DRIVE<br>ELKRIDGE, MD 21075-5846 | | Claim Number: 3962<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $65.00 | | | | | |
| SHRED-IT<br>350 HATCH DR<br>FOSTER CITY, CA 944041106 | | Claim Number: 3719<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $520.50 | | | | | |
| SHRED-IT DENVER<br>1707 E 58TH AVE<br>DENVER, CO 80216 | | Claim Number: 5012<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $130.00 | Scheduled: | $205.00 | Allowed: | $130.00 |
| SHREDDERS, THE<br>ATTN JERRY MARTIN, PRESIDENT<br>PO BOX 91-1197<br>LOS ANGELES, CA 90091 | | Claim Number: 2737<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $844.00 | Scheduled: | $844.00 | Allowed: | $844.00 |
| SHRIVER, PAULA<br>344 BROOKSIDE BLVD<br>PITTSBURGH, PA 15241 | | Claim Number: 3975<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $1,968.27 | Scheduled: | $1,968.27  CONT | Allowed: | $1,968.27 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SHRIVER, PAULA J.
344 BROOKSIDE BLVD
PITTSBURGH, PA 15241

Claim Number: 466
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,764.64 |
| UNSECURED | Claimed: | $3,764.64 |
| TOTAL | Claimed: | $3,764.64 |

---

SHULICK, IMOGENE IRA
STIFEL NICOLAUS CUSTODIAN
2201 AUGUSTA AVE
EDMOND, OK 73034-3016

Claim Number: 8308
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,783.50 |
| UNSECURED | Claimed: | $0.00 |

---

SHULTZ APPRAISAL CO
ATTN JEFF SHULTZ
23 RAMSEY RD
ASHEVILLE, NC 28806

Claim Number: 6775
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

SHUMAKER WILLIAMS, P.C.
ATTN HARRY LEVY
P.O. BOX 88
HARRISBURG, PA 17108

Claim Number: 8659
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,435.00 | Allowed: | $2,435.00 |

---

SHYU, JENQ-PYNG
21875 LAS NUBES DR.
TRABUCO CANYON, CA 92679-3403

Claim Number: 4987
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,460.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SICARI, DANIELLE L.
536 FRENCH AVENUE
NORTH BABYLON, NY 11703

Claim Number: 7945
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,531.27 | Scheduled: | $3,290.65 CONT | Allowed: | $2,531.27 |
|---|---|---|---|---|---|---|

SIDERIS, CHRISTOPHER
250 MAMARONECK AVENUE, NO 661
WHITE PLAINS, NY 10605

Claim Number: 6531
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $620.00 | | | | |
|---|---|---|---|---|---|---|

SIDLEY AUSTIN LLP
ATTN: PAUL CARUSO
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

Claim Number: 10812
Claim Date: 11/16/2010
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10115 (08/01/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $20,822.18 | Allowed: | $400,000.00 |
|---|---|---|---|---|---|---|

SIDLEY AUSTIN LLP
ATTN: PAUL CARUSO
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

Claim Number: 10813
Claim Date: 11/16/2010
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 10115 (08/01/2011)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

SIEDLEWICZ, PATRICIA A
59 LEWIS ROAD
MERRICK, NY 11566

Claim Number: 2346
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,269.24 | Scheduled: | $4,903.85 CONT | Allowed: | $3,269.24 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SIEGEL, EUGENE M.<br>2617 TIFFANY PL.<br>FULLERTON, CA 92833 | | Claim Number: 3205<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| SIEGMUND, MICHELLE<br>1069 RIVERVIEW DR<br>SPARTANBURG, SC 29307 | | Claim Number: 5238<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $7,985.00 | | | | |
| SIEKERKA, MICHAEL<br>34 FOX MEADOW LN<br>APT B<br>GLEN CARBON, IL 62034 | | Claim Number: 4312<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $305.00 | | | | |
| SIEMON, JEFFREY<br>7000 MONMOUTH DR<br>JOLIET, IL 60431 | | Claim Number: 434<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $769.20 | | | | |
| SIEMON, JEFFREY<br>400 NAVAJO ST<br>HUACHUCA CITY, AZ 85616 | | Claim Number: 4995<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 CONT | Allowed: | $769.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SIERRA PLANT RENTAL & | | Claim Number: 3998 | | | | |
|---|---|---|---|---|---|---|
| ATTN JAMES S. TRONCATTY, PRES. | | Claim Date: 11/30/2007 | | | | |
| 530 SIXTH STREET | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| ROSEVILLE, CA 95678 | | Comments: DOCKET: 5461 (08/18/2008) | | | | |
| | | | | | | |
| UNSECURED | Claimed: | $294.00 | | | Allowed: | $294.00 |

| SIGMUND BALABAN & CO., LLP | | Claim Number: 265 | | | | |
|---|---|---|---|---|---|---|
| 469 FASHION AVE RM 1300 | | Claim Date: 09/04/2007 | | | | |
| NEW YORK, NY 10018-7617 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | | | | | |
| UNSECURED | Claimed: | $8,000.00 | | | Allowed: | $8,000.00 |

| SIGNATURE APPRAISAL GROUP | | Claim Number: 2757 | | | | |
|---|---|---|---|---|---|---|
| 1418 LONG STREET | | Claim Date: 11/19/2007 | | | | |
| HIGH POINT, NC 27262 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| | | Comments: DOCKET: 6703 (12/11/2008) | | | | |
| | | | | | | |
| UNSECURED | Claimed: | $3,375.00 | Scheduled: | $1,650.00 | Allowed: | $3,375.00 |

| SIGNATURE TOUCH | | Claim Number: 7409 | | | | |
|---|---|---|---|---|---|---|
| 6760 ST. VRAIN RANCH BLVD. | | Claim Date: 01/07/2008 | | | | |
| ATTN STEPHEN L MILLER, OWNER | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| FIRESTONE, CO 80504 | | | | | | |
| | | | | | | |
| UNSECURED | Claimed: | $810.00 | Scheduled: | $540.00 | Allowed: | $810.00 |

| SIGNS NOW | | Claim Number: 2011 | | | | |
|---|---|---|---|---|---|---|
| ATTN HOWARD STOVELL, OWNER | | Claim Date: 11/13/2007 | | | | |
| 365 SOUTHLAND DR | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| LEXINGTON, KY 40503 | | | | | | |
| | | | | | | |
| UNSECURED | Claimed: | $419.42 | Scheduled: | $419.42 | Allowed: | $419.42 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SIKON, LEE C., & STEPHANIE FISKE<br>C/O DAVID SIKON<br>POA FOR LEE C SIKON<br>7532 MONTEREY BAY DR #6<br>MENTOR ON THE LAKE, OH 44060 | | Claim Number: 716<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $3,139.00 | | | | |
| SILGE, WALTER E.<br>1605 N MILWAUKEE AVE APT 2B<br>LIBERTYVILLE, IL 60048-1353 | | Claim Number: 4298<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,411.08 | | | | |
| SILIATO, SANTO & MARIE<br>12625 - 50 ST. S.<br>WELLINGTON, FL 33449 | | Claim Number: 4782<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,014.00 | | | | |
| SILK & SANDS FLORIST<br>1007 KINGS HIGHWAY<br>LEWES, DE 19958 | | Claim Number: 3051<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $56.00 | | | | |
| SILL, STEPHANIE<br>24291 PHILEMON<br>DANA POINT, CA 92629 | | Claim Number: 694<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $6,300.00 | Scheduled: | $6,875.00 CONT | Allowed: | $6,300.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SILVER CREEK APPRAISALS<br>ATTN NORMAN E. MARSHALL, PRESIDENT<br>214 MOTT COURT<br>GARDNERVILLE, NV 89460 | | Claim Number: 4061<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
| SILVER'S APPRAISAL SERVICE<br>ATTN DENNIS G SILVER<br>38 O'DONALD RD<br>ASHEVILLE, NC 28806 | | Claim Number: 1046<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,150.00 | | |
| SILVERNAIL, HAL E. & JOYCE ELAINE<br>2916 LANSOLOWNE LANE<br>OKLAHOMA CITY, OK 73120 | | Claim Number: 8884<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| SILVERNAIL, JOYCE ELAINE<br>2916 LANSDOWNE LANE<br>OKLAHOMA CITY, OK 73120 | | Claim Number: 8886<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,535.95 | | |
| SILVESTRI, EDNA M.<br>4 LONG BAY RD.<br>JACKSON, NJ 08527-2662 | | Claim Number: 3260<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $12,779.95   UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SILVEY APPRAISAL LLC
ATTN JON SILVEY
PO BOX 4130
LEESBURG, VA 20177

Claim Number: 2155
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,075.00 | Scheduled: | $1,075.00 | Allowed: | $1,075.00 |

SIM, JOHNNY O. & HUBERT GRANT Y SIM
5248 N ACACIA ST
SAN GABRIEL, CA 91776

Claim Number: 3684
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $909.99 |

SIMANER, JAMI
1126 ARDMORE ST
SAINT AUGUSTINE, FL 32092

Claim Number: 9881
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $476.92 | Scheduled: | $476.92 CONT |

SIMANSKY, JOEL
1419 LIBERTY ST.
ALTON, IL 62002

Claim Number: 4498
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

SIMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10357
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SIMMONDS, STEPHANIE D.
1715 S ST CHARLES RD
SPOKANE VALLEY, WA 99037

Claim Number: 6603
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $3,064.00 | | | |
|-----------|----------|-----------|--|--|--|

SIMMONS, BILLIE S.
110 S. AVALON RD.
WINSTON SALEM, NC 27104

Claim Number: 3234
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $5,000.00 | | | |
|----------|----------|-----------|--|--|--|

SIMMONS, DALE A
16 WENDY LANE
MASSAPEQUA PARK, NY 11762

Claim Number: 8439
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,153.50 | | Allowed: | $1,153.50 |
|----------|----------|-----------|--|----------|-----------|

SIMMONS, DEBORAH A
1250 HIGHFIELD CT APT 203
BETHEL PARK, PA 151024119

Claim Number: 5818
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,824.23 | | | |
|-----------|----------|-----------|--|--|--|

SIMMONS, DEBORAH A.
1250 HIGHFIELD CT APT 203
BETHEL PARK, PA 151024119

Claim Number: 259
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,575.36 | Scheduled: | $1,824.23 CONT | Allowed: | $1,575.36 |
|----------|----------|-----------|------------|----------------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SIMMONS, ELDON J. & SHIRLEY O.<br>4308 MILTON DRIVE<br>INDEPENDENCE, MO 64055 | | Claim Number: 4780<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| SIMMONS, LOIS M<br>20311 PEMBERVILLE RD APT 729<br>PEMBERVILLE, OH 434509417 | | Claim Number: 5557<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,831.73 |
| SIMMONS, ROBERT L<br>20311 PEMBERVILLE RD APT 729<br>PEMBERVILLE, OH 434509417 | | Claim Number: 5556<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,906.30 |
| SIMMONS, ROBERT L<br>C/O CAROL MELCHER<br>745 CHAMPAGNE<br>BOWLING GREEN, OH 43402 | | Claim Number: 5558<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,531.28 |
| SIMMS, LYNDA TRUSTEE<br>FBO MARY E. GARRISON<br>REVOCABLE TRUST DATED 3/27/95<br>437 HIDEAWAY LANE<br>HIDEAWAY, TX 75771 | | Claim Number: 5617<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIMON, BABETTE, TTEE UNDER REV TRUST<br>4872 N CITATION DR<br>APT 101<br>DELRAY BEACH, FL 334456550 | | Claim Number: 7827<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | | |
| SIMON, CANDY<br>37620 GLENN AVE<br>CATHEDRAL CITY, CA 92234 | | Claim Number: 5628<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,819.31 | Scheduled: | $3,819.31  CONT | Allowed: | $3,819.31 |
| SIMON, CANDY L<br>37620 GLENN AVE<br>CATHEDRAL CITY, CA 92234-1963 | | Claim Number: 313<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $4,736.63 | | | | | |
| SIMON, CAROL A.<br>1508 STATE ST RD<br>BELLEVILLE, IL 62220 | | Claim Number: 6882<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| SIMON, CATHERINE A.<br>1733 ROBERT ST<br>NEW ORLEANS, LA 70115-4916 | | Claim Number: 6790<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $979.62 | | | Allowed: | $979.62 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4578-01
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,410.49 | Scheduled: | | Allowed: | $5,410.49 |
| UNSECURED | | | Scheduled: | $5,410.49 CONT | | |
| | | | | $27,397.91 CONT | | |

---

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4578-02
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,501.55 |

---

SIMON, KIMBERLY J.
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4579
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,410.49 |
| UNSECURED | Claimed: | $27,397.91 |

---

SIMON, LENNOX J.
11702 TRILLUM ST
MITCHELLVILLE, MD 20721

Claim Number: 304
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $400.00 |

---

SIMON, LENNOX J.
11702 TRILLUM ST
MITCHELLVILLE, MD 20721

Claim Number: 2275
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $400.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | | Claim Number: 6102<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,165.31 CONT | | |
| UNSECURED | Claimed: | $1,165.31 | | | | |
| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | | Claim Number: 6103<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $865.38 CONT | | |
| UNSECURED | Claimed: | $865.38 | | | | |
| SIMONE, TRACY<br>11422 CANDLELIGHT CT<br>CHARLOTTE, NC 28226 | | Claim Number: 1328<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $971.52 | Scheduled: | $971.54 CONT | Allowed: | $971.52 |
| SIMOVITS, SHERRY<br>4822 CLOVER COURT<br>PLAINFIELD, IL 60586 | | Claim Number: 4720<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $2,418.39 CONT | Allowed: | $1,538.46 |
| UNSECURED | | | Scheduled: | $140.07 CONT | | |
| SIMPLEX GRINNELL<br>ATTN CLAUDIA COMMODORE CASH APPLICATIONS<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 7375<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $35,133.29 | | | Allowed: | $35,133.29 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SIMS, BRENDY<br>1265 HARTREY AVE<br>EVANSTON, IL 60202 | | Claim Number: 3918<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $3,071.00 | | | |
| SIMS, DARNELL O. & VEDA T.<br>307 OAK ST<br>BURKEVILLE, VA 23922 | | Claim Number: 10181<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $114,654.72 | | | |
| SIMS, RACHEL<br>6304 PILGRIM LN<br>ARLINGTON, TX 76002-2735 | | Claim Number: 3328<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $2,436.00 | Scheduled: | $2,315.28  CONT | |
| SINCLAIR, CECILE A<br>3904 HATHAWAY AVE APT 664<br>LONG BEACH, CA 90815-5124 | | Claim Number: 3197<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $2,492.29<br>$2,492.29<br>$2,492.29 | Scheduled: | $2,492.29  CONT | |
| SINES APPRAISAL SERVICE<br>PATTY SINES<br>561 HUMBERSON ROAD<br>FRIENDSVILLE, MD 21531 | | Claim Number: 10552<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $485.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SINES APPRAISAL SERVICE PC<br>ATTN PATTY J. SINES<br>561 HUMBERSON RD<br>FRIENDSVILLE, MD 21531 | | Claim Number: 4197<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $485.00 | Scheduled: | $450.00 | | |
| SINES, SUANNE<br>P.O. BOX 186<br>PERRY, OH 44081 | | Claim Number: 3276<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,909.00 | | | | |
| SING, GURKAMAL<br>37 MUIRFIELD COURT<br>PITTSFORD, NY 14534 | | Claim Number: 7817<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $17,133.00 | | | | |
| SINGH, BONITA N.<br>28 GABLES DR<br>HICKSVILLE, NY 11801 | | Claim Number: 247<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $397.00 | | | Allowed: | $397.00 |
| SINGH, BONITA N.<br>28 GABLES DR<br>HICKSVILLE, NY 11801 | | Claim Number: 258<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $5,127.69 | Scheduled: | $6,666.00 CONT | Allowed: | $5,127.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SINGH, DAVE
131 02 107TH AVE
RICHMOND HILL, NY 11419

Claim Number: 6527
Claim Date: 12/28/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $3,461.54 | Scheduled: | $3,461.54 CONT | Allowed: | $3,461.54 |
|---|---|---|---|---|---|---|

SINGH, HAKAM
42404 CHISOLM TRAIL
MURRIETA, CA 92562

Claim Number: 4992
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $12,391.95 |
|---|---|---|

SINGLE SOURCE VALUATION, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7599
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7596
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7601
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7602
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

SINGLETON, RACHEL A
112 TOWNHOUSE RD N
HUNTINGTON STATION, NY 11746

Claim Number: 6143
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $995.19 | Scheduled: | $995.19  CONT | Allowed: | $995.19 |
|---|---|---|---|---|---|---|

SINGN, SANDEEP
4 ASHFORD DRIVE
PLAINSBORO, NJ 08536

Claim Number: 9901
Claim Date: 02/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $817.77 |
|---|---|---|

SINILA, ROGER
1321 COLLEGE VIEW DR APT 5
MONTEREY PARK, CA 917546127

Claim Number: 1356
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,295.00 | | | Allowed: | $2,295.00 |
|---|---|---|---|---|---|---|

SINNEN GREEN & ASSOCIATES
ATTN MATTHEW D SINNEN, PRESIDENT
120 LANDMARK SQ STE 102
VIRGINIA BEACH, VA 23452

Claim Number: 146
Claim Date: 08/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $6,325.00 | | | Allowed: | $6,325.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SINTON, MARC
5055 JASMINE WAY
PALM HARBOR, FL 34685

Claim Number: 6581
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,608.00 | | | | | |

SIPLIN, MAE F
603 ORANGE AVE
SANFORD, FL 32771

Claim Number: 5050
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $942.31 | Scheduled: | $942.31 CONT | Allowed: | $942.31 |

SISA INFORMATION SECURITY PVT
ATTN URMILA MURTHY, DIRECTOR
3029 B. SRI SAI DARSHAM MARG,
13TH MAIN RD HAL 2ND STAGE
INDIRANAGAR, BANGALORE, 560 008
INDIA

Claim Number: 4747
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $583.00 | Scheduled: | $583.00 | Allowed: | $583.00 |

SISCO GIVENS, PAULA
PO BOX 953
MOXEE, WA 98936

Claim Number: 2773
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $580.13 | Scheduled: | $580.13 CONT | Allowed: | $580.13 |

SISCO, LEONARD A. SR.
53-55 62ND ST.
MASPETH, NY 11378

Claim Number: 3294
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
CLAIM OUT OF BALANCE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,505.99 |
| UNSECURED | Claimed: | $5,505.99 |
| TOTAL | Claimed: | $5,505.99 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SISKEY, DAWN M<br>19406 S WHITEWATER<br>AVE<br>WESTON, FL 33332 | | Claim Number: 7487<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $3,600.00 | Scheduled: | $3,600.00 CONT | | | |
| SISKEY, JOSEPH (JOE)<br>19406 S WHITEWATER<br>AVE<br>WESTON, FL 33332 | | Claim Number: 7488<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,830.23 | Scheduled: | $1,830.23 CONT | Allowed: | $1,830.23 |
| SITKO, NATHAN D.<br>103 TARNOV COURT<br>MANCHESTER, NJ 08759 | | Claim Number: 6763<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $32,264.55 | | | | | |
| SITTER, HALLIE<br>2416 N. 37TH PL<br>PHOENIX, AZ 85008 | | Claim Number: 6716<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $980.70 | | | | | |
| SIU, ELLEN & ANGUS<br>1074 CITRON WAY<br>HAYWARD, CA 94545 | | Claim Number: 6133<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $58,592.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SIVERTSON, DON<br>11702 34TH ST. NW<br>WATFORD CITY, ND 58854 | | Claim Number: 6332<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,087.92 |
| SJOSTROM, COURTNEY L<br>24101 UNIVERSITY DR<br>WORTON, MD 21678 | | Claim Number: 5250<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $22.00 |
| SJOSTROM, JOHN E<br>CGM IRA CUSTODIAN<br>24101 UNIVERSITY DR<br>WORTON, MD 21678 | | Claim Number: 5251<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,148.00 |
| SJOSTROM, JOHN E & COURTNEY (JTWROS)<br>24101 UNIVERSITY DR<br>WORTON, MD 21678 | | Claim Number: 5249<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $55.00 |
| SKEIE, LARRY<br>6825 CHESSHIRE LN. N.<br>MAPLE GROVE, MN 55311 | | Claim Number: 6952<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,464.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SKILLE, JUDITH A. & JOHN. D.<br>JT MARTIAL PROP/WROS WI<br>PO BOX 285<br>LAKE DELTON, WI 53940-0285 | | Claim Number: 4142<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $11,879.11 |
|---|---|---|

| | | |
|---|---|---|
| SKILLSOFT CORPORATION<br>C/O GREG PORTO<br>107 NORTHEASTERN BLVD<br>NASHUA, NH 03062 | | Claim Number: 10390<br>Claim Date: 05/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10040 (06/09/2011) |

| UNSECURED | Claimed: | $323,024.49 |
|---|---|---|

| | | |
|---|---|---|
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | | Claim Number: 391<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $6,769.23 CONT | Allowed: | $4,230.77 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| SKINNER, WILLIAM<br>1684 SERVAIS COLLERAN RD<br>LA CROSSE, WI 54601 | | Claim Number: 6554<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| SKOCZYLAS, KAZIK L.<br>2 STRAWBERRY HILL<br>WINDSOR, CT 06095 | | Claim Number: 9306<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $6,176.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SKYPARK RPR ASSOCIATES II<br>2780 SKYPARK DRIVE<br>SUITE 202<br>TORRANCE, CA 90505 | | Claim Number: 4991<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $1,345.17 | | | | |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | | Claim Number: 1786<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | | Claim Number: 1787<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | | | |
| UNSECURED | Claimed: | $15,000.00 | | | | |
| SKYWAY CREATIONS UNLIMITED<br>ATTN CLAIRE SMAGALA, ACCOUNTANT<br>PO BOX 38055<br>COLORADO SPRINGS, CO 80937 | | Claim Number: 2453<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $50.00 | Scheduled: | $61.54 | Allowed: | $50.00 |
| SLAGLE, KATHLEEN L.<br>9614 EVERGREEN STREET<br>SILVER SPRING, MD 20901 | | Claim Number: 8465<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,888.89 | Scheduled: | $1,888.89  CONT | Allowed: | $1,888.89 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SLATER, RUTH
1270 NORTH AVE #4J
NEW ROCHELLE, NY 10804-2601

Claim Number: 5877
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $32,047.06 |
|---|---|---|

---

SLO, LLC
ATTN GEORGE SANCHEZ, PROPERTY MANAGER
1032 CORAL WAY
CORAL GABLES, FL 33134

Claim Number: 8727
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $17,739.99 | Scheduled: | $7,916.66 | Allowed: | $17,739.99 |
|---|---|---|---|---|---|---|

---

SLOCA, STEVEN L.
12 AVERSTONE DRIVE WEST
WASHINGTON CROSSING, PA 18977

Claim Number: 9126
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $11,735.99 |
|---|---|---|

---

SLOSSER, KENNETH
1001 NINETEENTH STREET NORTH
ARLINGTON, VA 22209

Claim Number: 8689
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10158 (09/08/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SLOTA, MARIE
528 NEWTON ST.
SOUTH HADLEY, MA 01075

Claim Number: 3132
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $6,116.93 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SLOWINSKI, MICHELLE L<br>15014 N 150TH LANE<br>SURPRISE, AZ 85379 | | Claim Number: 4243<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00 CONT | Allowed: | $1,440.00 |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | | Claim Number: 308<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,440.00 | | | | |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | | Claim Number: 4242<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,440.00 | | | | |
| SLUSSER, KIMBERLY L<br>43 LA RUE AVE<br>RENO, NV 895092820 | | Claim Number: 2798<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,330.93 | Scheduled: | $1,330.93 CONT | | |
| SMILEY, CONSUELA A.<br>9763 BRASSIE WAY<br>GAITHERSBURG, MD 20886 | | Claim Number: 959<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,884.61 CONT | Allowed: | $2,076.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMIONEAUX, M. J.
18114 CLUBVIEW DR
BATON ROUGE, LA 70810

Claim Number: 3010
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,415.95 | | |
|---|---|---|---|---|

SMITH APPRAISAL GROUP, INC
1592 CHAIN FERN WAY
FLEMING ISLE, FL 320037046

Claim Number: 2790
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

SMITH GRAPHICS INC.
99 FARRELL STREET
LONG BEACH, NY 11561

Claim Number: 2028
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,876.50 | Scheduled: | $1,876.50 |
|---|---|---|---|---|

SMITH, ALICE
789 COUNTY RD 665
DEVINE, TX 780164741

Claim Number: 8118
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMITH, AMY R
18 SIMPSON RD
BULGER, PA 15019

Claim Number: 7480
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,716.35 | Scheduled: | $1,716.35  CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMITH, ANDRA M.
21072 PASEO VERDURA
LAKE FOREST, CA 92630

Claim Number: 1710
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.68 | | Allowed: | $1,557.68 |

SMITH, ARLENE A.
5400 HARBOUR POINTE BLVD, C-104
MUKILTEO, WA 98275

Claim Number: 8371
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,285.60 |

SMITH, ARTHUR R.
PO BOX 51777
MESA, AZ 85208-0089

Claim Number: 6587
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,154.95 |

SMITH, BRUCE K. & KAREN
JT WROS
1557 DEERHAVEN DRIVE
NORTH LOGAN, UT 84341

Claim Number: 4648
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,430.00 |

SMITH, CAROL L
722 DORCHESTER ROAD
BALTIMORE, MD 21228

Claim Number: 6268
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $788.63 | Scheduled: | $788.63 CONT | Allowed: | $788.63 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SMITH, CAROLYN<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | | Claim Number: 2786<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,230.77 | Scheduled: | $6,230.77  CONT | | | |
| SMITH, CAROLYN M.<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | | Claim Number: 948<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $14,051.32 | | | | | |
| SMITH, CAROLYN M.<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | | Claim Number: 2701<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $14,051.32 | | | | | |
| SMITH, CATHERINE<br>285 MELVILLE RD<br>FARMINGDALE, NY 11735-2312 | | Claim Number: 355<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,870.90 | | | | | |
| SMITH, CATHERINE<br>285 MELVILLE ROAD<br>FARMINGDALE, NY 11735 | | Claim Number: 2005<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $3,000.00  CONT | Allowed: | $3,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SMITH, CHARLOTTE A.<br>1980 PEINE ROAD<br>WENTZVILLE, MO 63385 | | Claim Number: 6340<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,144.49 | | | | | |
| SMITH, CHRISTINA<br>5105 GRAND PINES DR<br>MEMPHIS, TN 381255732 | | Claim Number: 4837<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $638.85 | | | | | |
| SMITH, CHRISTOPHER J.<br>139 N MANHATTAN AVE<br>N MASSAPEQUA, NY 11758-3435 | | Claim Number: 667<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,764.00 | Scheduled: | $1,764.00  CONT | Allowed: | $1,764.00 | |
| SMITH, CINDY L.<br>6860 SAN MARINO DR. APT 404<br>NAPLES, FL 34108-7540 | | Claim Number: 7136<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| SMITH, DALE E.<br>724 COLUMBIA ST NW STE 350<br>OLYMPIA, WA 98501-1298 | | Claim Number: 9198<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,600.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMITH, DALE E.
C/O CITIGROUP GLOBAL MARKETS INC.
724 COLUMBIA ST NW, STE 30
PO BOX 1668
OLYMPIA, WA 98507-1668

Claim Number: 9199
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,600.00 |
| --- | --- | --- |

---

SMITH, DALE E.
C/O CITIGROUP GLOBAL MARKETS INC.
724 COLUMBIA ST NW, STE 30
PO BOX 1668
OLYMPIA, WA 98507-1668

Claim Number: 9200
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,600.00 |
| --- | --- | --- |

---

SMITH, DALE E.
C/O CITIGROUP GLOBAL MARKETS INC.
724 COLUMBIA ST NW, STE 30
PO BOX 1668
OLYMPIA, WA 98507-1668

Claim Number: 9201
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,600.00 |
| --- | --- | --- |

---

SMITH, DALE E.
C/O CITIGROUP GLOBAL MARKETS INC.
724 COLUMBIA ST NW, STE 30
PO BOX 1668
OLYMPIA, WA 98507-1668

Claim Number: 9202
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,600.00 |
| --- | --- | --- |

---

SMITH, DARRYL
5204 REMINGTON PARK DR
FLOWER MOUND, TX 75028

Claim Number: 5316
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,415.38 | Scheduled: | $3,305.20 CONT | Allowed: | $4,415.38 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED |  |  | Scheduled: | $936.10 CONT |  |  |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMITH, DOUG<br>4 AMWELL ROAD<br>RINGOES, NJ 08551 | | Claim Number: 10186<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| SECURED | Claimed: | $117,111.06 | | | | | |
| SMITH, FELICIA<br>PO BOX 7037<br>FREEPORT, NY 11520 | | Claim Number: 2683<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $1,846.20 | Scheduled: | $1,846.15 CONT | Allowed: | | $1,846.20 |
| SMITH, GEORGE H. III<br>8808 W. LAPHAM ST<br>WEST ALLIS, WI 53214 | | Claim Number: 9363<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,106.99 | | | | | |
| TOTAL | Claimed: | $2,092.80 | | | | | |
| SMITH, GERARD J.<br>38 SUNFLOWER DR.<br>HAUPPAUGE, NY 11788 | | Claim Number: 7457<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $9,152.00 | | | | | |
| SMITH, HELEN J. IRA<br>10205 N. 29TH COURT<br>OMAHA, NE 68112 | | Claim Number: 8239<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $8,914.10 | | | | | |
| UNSECURED | Claimed: | $8,914.10 | | | | | |
| TOTAL | Claimed: | $8,914.10 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SMITH, HELEN J. REV TR<br>10205 N. 29 CT<br>OMAHA, NE 68112 | | Claim Number: 8238<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,121.00 | | |
| UNSECURED | Claimed: | $2,121.00 | | |
| TOTAL | Claimed: | $2,121.00 | | |
| SMITH, JERRY<br>6321 JUNIPER WAY<br>KLAMATH FALLS, OR 97603 | | Claim Number: 7179<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $13,232.00 | | |
| SMITH, KAREN A.<br>1209 SPRING ST RD<br>CAYUGA, NY 13034 | | Claim Number: 10239<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $4,294.84 |
| SMITH, KRISTOPHER<br>129 PEARL ST<br>BATAVIA, NY 140202913 | | Claim Number: 538<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $730.44 | | |
| SMITH, KRISTOPHER<br>129 PEARL ST<br>BATAVIA, NY 140202913 | | Claim Number: 7918<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $730.44 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMITH, KRISTOPHER
12602 HICKORY LAKES DR S
JACKSONVILLE, FL 32225-5229

Claim Number: 7919
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $730.44 | Scheduled: | $1,000.67 CONT | Allowed: | $730.44 |

SMITH, LANCE J. & NANCY A.
2509 NE GINGER TER
JENSEN BEACH, FL 34957

Claim Number: 6687
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

SMITH, LAUREN
58 WALNUT ST
W HEMPSTEAD, NY 11552-2027

Claim Number: 1412
Claim Date: 10/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $300.00 |

SMITH, LAUREN
58 WALNUT ST
W HEMPSTEAD, NY 11552-2027

Claim Number: 6872
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $600.00 CONT | Allowed: | $300.00 |

SMITH, MARY ELIZABETH
6675 HUNTSHIRE DR
ELKRIDGE, MD 21075

Claim Number: 1028
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,832.00 | Allowed: | $1,832.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SMITH, MICHAEL R<br>285 MELVILLE RD<br>FARMINGDALE, NY 11735-2312 | | Claim Number: 3069<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
| PRIORITY | Claimed: | $1,586.92 | Scheduled: | $1,586.92  CONT |
| SMITH, MONICA L<br>200 EAST 66TH ST<br>APT B 1406<br>NEW YORK, NY 10065 | | Claim Number: 9561<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $23,309.62 | | |
| SMITH, PATRICIA A.<br>4312 ARIEL COURT<br>NAPERVILLE, IL 60564 | | Claim Number: 8199<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $14,782.00 | | |
| SMITH, PEGGY (IRA)<br>FCC AS CUSTODIAN<br>12658 AMY LANE<br>TERRELL, TX 75161-5716 | | Claim Number: 8462<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $20,977.55 | | |
| SMITH, PHILIP D<br>209 STADIUM VIEW DR<br>GREENVILLE, SC 29609-5114 | | Claim Number: 9508<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $602.44  UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | | Claim Number: 3617<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $21,005.00 |
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | | Claim Number: 4153<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $21,005.00 |
| SMITH, RHODA G.<br>4090 FOOTHILLS CT.<br>ASHLAND, KY 41102 | | Claim Number: 6734<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,934.90 |
| SMITH, ROBERT<br>2067 LUMA LINDA WAY N<br>CLEARWATER, FL 33763 | | Claim Number: 6837<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $35.00 |
| SMITH, SCOTT W.<br>5252 WEST 125TH STREET<br>HAWTHORNE, CA 90250 | | Claim Number: 10308<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $106,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMITH, SHANTA N.
675 COMMANDER AVE
WEST BABYLON, NY 11704

Claim Number: 7850
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,528.80 | Scheduled: | $1,615.39  CONT | Allowed: | $1,528.80 |

---

SMITH, SYDNEY S.
125 - 5TH AVE S. # 201
KIRKLAND, WA 98033

Claim Number: 6736
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,946.00 |

---

SMITH, TEDDY L.
1676 FORD PARKWAY
SAINT PAUL, MN 55116

Claim Number: 6480
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

---

SMITH, WILLIAM
5 ASHLEY HALL DRIVE
BLUFFTON, SC 29910

Claim Number: 10309
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $4,865.71 | | | Allowed: | $4,865.71 |

---

SMITHERMANN, KAROLYNN & BUZZI, ROBERT
617 POWELL
WICHITA, KS 67230-1612

Claim Number: 4644
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $0.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SMITHKLINE BEECHAM, PLC
C/O JOES LANG LASALLE AMERICAS, INC
NANCY A CONNERY, ESQ SCHOEMAN UPDIKE
60 EAST 42ND STREET
NEW YORK, NY 10165-0006

Claim Number: 8853
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $867,020.37 |

---

SMITHKLINE BEECHAM, PLC
C/O JONES LANG LASALLE AMERICAS, INC
NANCY A CONNERY, ESQ. SHOEMAN UPDIKE
60 EAST 42ND STREET
NEW YORK, NY 10065-0006

Claim Number: 8967
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $867,020.37 |
|---|---|---|

---

SMOYER, IRENE A.
38 ACRES DRIVE
RIDLEY PARK, PA 19078

Claim Number: 4374
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

---

SMREK, ROBERT
206 LIBERTY AVE
NORTH BABYLON, NY 11703

Claim Number: 298
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $2,333.00 CONT | Allowed: | $1,107.69 |
|---|---|---|---|---|---|---|

---

SMULLEN, JOYCE M.
409 E PLENTY ST
LONG BEACH, CA 90805

Claim Number: 8995
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,962.99 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SNEERINGER, EUGENE<br>17 VALLEY VIEW DR<br>ALBANY, NY 12208 | | Claim Number: 9411<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $130,182.70 |
| SNEERINGER, EUGENE M. JR. CUST<br>JEFFREY S SNEERINGER NY UTMA<br>17 VALLEY VIEW DR<br>ALBANY, NY 12208 | | Claim Number: 9408<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,496.01 |
| SNEERINGER, EUGENE M. JR. TTEE<br>SNEERINGER, MONAHAN, PROVOST, REDGRAVE<br>TIGLE AGENCY<br>50 CHAPEL ST.<br>ALBANY, NY 12207 | | Claim Number: 8314<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $123,970.29 |
| SNEERINGER, EUGENE M. JR. TTEE<br>EM SNEERINGER JR CHAR REM TR<br>17 VALLEY VIEW SR<br>ALBANY, NY 12208 | | Claim Number: 9409<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $34,465.80 |
| SNEERINGER, EUGENE M. JR. TTEE<br>17 VALLEY VIEW DR<br>ALBANY, NY 12208 | | Claim Number: 9410<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $35,700.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SNEERINGER, PETER A<br>17 VALLEY VIEW DR<br>ALBANY, NY 12208 | | Claim Number: 9412<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,014.92 |
| SNELL, GEORGE E. & PATRICIA A.<br>4506 HARVARD LANE<br>KANSAS CITY, MO 64133 | | Claim Number: 5717<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| SNIJDER, LEON D.<br>1409 ELEVADO STREET<br>LOS ANGELES, CA 90026 | | Claim Number: 3325<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| SECURED | Claimed: | $25,000.00 |
| SNIVELY, WILLIAM<br>2228 S. NOCHE DE PAZ<br>MESA, AZ 85202 | | Claim Number: 6121<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $1,447.00 |
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | | Claim Number: 156<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $430.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SNOHOMISH COUNTY TREASURER<br>ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201-4060 | | Claim Number: 1248<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | | |
| SECURED | Claimed: | $430.88 | | Allowed: | $430.88 |
| SNOW, ANGELIA M<br>12133 LANDING<br>GREEN DR<br>CHARLOTTE, NC 28277 | | Claim Number: 3978<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $2,557.69 | Scheduled: | $2,557.69  CONT | |
| SNYDER, CARL E. & PATRICIA E.<br>685 PARISH LAKES DR<br>FOLEY, AL 365352448 | | Claim Number: 9520<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $1,475.00 | | | |
| SNYDER, JOSEPH AND LOYCE, JT TEN<br>1510 FARGO<br>ODESSA, TX 79761-3208 | | Claim Number: 8349<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $13,608.33 | | | |
| SNYDER, JOSEPH AND LOYCE, JT TEN<br>1510 FARGO<br>ODESSA, TX 79761-3208 | | Claim Number: 8350<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $7,205.99 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SNYDER, LINDA<br>1308 SOMMERHILL PL.<br>LOUISVILLE, KY 40223 | | Claim Number: 5698<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $27,852.10 | | | | |
| SNYDER, SARAH<br>PO BOX 13<br>EASTWOOD, KY 40018-0013 | | Claim Number: 4619<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $17,683.50 | | | | |
| SNYDER, TAMARA<br>731 CHICKIES DR<br>COLUMBIA, PA 17512 | | Claim Number: 674<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $1,370.20 | Scheduled: | $1,369.97 CONT | Allowed: | $1,370.20 |
| SO CAL APPRAISAL SERVICES<br>KENNETH H. HACKWORTH, OWNER<br>PO BOX 419<br>ETIWANDA, CA 91739-0419 | | Claim Number: 7161<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,725.00 | | | Allowed: | $2,725.00 |
| SOBCZYK, AURELLIA<br>36 HICKORY WAY<br>CLEMSON, SC 29631-2017 | | Claim Number: 3296<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

U.S. BANKRUPTCY COURT

Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.

(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | Claim Number: 9017<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $64,300,000.00   UNLIQ |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | Claim Number: 9018<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $64,300,000.00   UNLIQ |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | Claim Number: 9019<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) |
| UNSECURED | Claimed: | $64,300,000.00   UNLIQ |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 539<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $2,700.00 |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 7920<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $2,700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SOCKO, LINDA
11481 SW 53RD AVE
OCALA, FL 34476

Claim Number: 7921
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,700.00 | | | Allowed: | $2,700.00 |
|---|---|---|---|---|---|---|

SOGLO, MICHELLE
1407 MOONLIGHT DR
CANTONMENT, FL 32533-7735

Claim Number: 7776
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $346.08 | Scheduled: | $692.16 CONT | Allowed: | $346.08 |
|---|---|---|---|---|---|---|

SOKOLOWSKI, DIANA
115 DAVIS AVE.
PORT JEFFERSON STATION, NY 11776

Claim Number: 3652
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $810.00 |
|---|---|---|

SOLANO COUNTY
ATTN ELIZABETH SUMNER, DEPUTY
RECORDER OFFICE
575 TEXAS ST, STE 2700
FAIRFIELD, CA 94533

Claim Number: 3635
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $47,564.28 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12.00 |

SOLANO COUNTY
RECORDER OFFICE
ATTN ELIZABETH SUMNER, DEPUTY
575 TEXAS ST, STE 2700
FAIRFIELD, CA 94533

Claim Number: 4182
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $47,564.28 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SOLIS, ANTONIO<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, WUITE 800<br>LONG BEACH, CA 90802 | | Claim Number: 6535<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10583 (09/17/2012) | | | | |
| UNSECURED | Claimed: | $750,000.00 | | | | |
| SOLIS, JENNIFER A<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 4663<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $1,355.09 | Scheduled: | $1,355.09 CONT | | |
| SOLIS, JENNIFER A.<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 1151<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,355.09 | | | Allowed: | $1,355.09 |
| SOLOMON & TANENBAUM<br>ATTN CLIFFORD M SOLOMAN, PRESIDENT<br>707 WESTCHESTER AVENUE, SUITE 205<br>WHITE PLAINS, NY 10604 | | Claim Number: 7739<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $20,275.95 | | | Allowed: | $20,275.95 |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | | Claim Number: 10077<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | | Claim Number: 10078<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | | Claim Number: 10079<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| SOLOMON, MICHAEL R.<br>PO BOX 21210<br>WICKENBURG, AZ 85390 | | Claim Number: 10080<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| SOLTOFF, JANE E.<br>8819 BURDETTE RD<br>BETHESDA, MD 20817 | | Claim Number: 1072<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $3,240.00 | Allowed: | $3,240.00 |
| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | | Claim Number: 6417<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $749,136.68 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 6437-01
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | $10,950.00 CONT | | $10,950.00 |
| UNSECURED | | | Scheduled: | $717,272.30 CONT | | |

---

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 6437-02
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $713,614.31 |

---

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 419
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $27,083.33 |

---

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 507
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $4,781.05 |

---

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 701
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $27,083.33 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | Claim Number: 702<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|

| PRIORITY | Claimed: | $4,781.05 |
|---|---|---|

---

| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | Claim Number: 703<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| PRIORITY | Claimed: | $773,000.00 |
|---|---|---|

---

| SOMERMAN-JOHNSTON, MELISSA<br>32226 FALL RIVER RD<br>TRABUCO CANYON, CA 92679 | Claim Number: 759<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $7,368.85 | Scheduled: | $7,368.85  CONT | Allowed: | $7,368.85 |
|---|---|---|---|---|---|---|

---

| SOMERVELL CAD - DIANE W SANDERS<br>LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741)<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 4130<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| SECURED | Claimed: | $1,243.26 |
|---|---|---|

---

| SOMERVILLE, CATHERINE<br>19 ERICSSON RD<br>CABIN JOHN, MD 20818 | Claim Number: 7210<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $520.00 | | Allowed: | $520.00 |
|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SOMMER, NANCY K.<br>10235 N 31ST ST # 14<br>PHOENIX, AZ 85028 | | Claim Number: 849<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $253.76 | Scheduled: | $253.85  CONT | Allowed: | $253.76 |
| SONDEREN, DAVID L.<br>26641 LOCKHAVEN HILL ROAD<br>GODFREY, IL 62035 | | Claim Number: 3591<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,044.75 | | | | |
| SONDEREN, JOAN M.<br>26641 LOCKHAVEN HILL ROAD<br>GODFREY, IL 62035 | | Claim Number: 3625<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $549.00 | | | | |
| SONNEBORN, WILLIAM C.<br>244 POLHEMUS AVE<br>ATHERTON, CA 94027-5439 | | Claim Number: 4577<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $200,000.00 | | | | |
| SOPKIN, JACK<br>1155 WESTOVER RD<br>STAMFORD, CT 06902 | | Claim Number: 8101<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $32,516.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SORAGHAN, ANNE W.<br>P.O. BOX 413<br>DOVER, MA 02030-0413 | | Claim Number: 9902<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,748.95 |
| SORENSEN, KIM<br>1221 CORAL WAY<br>SINGOR ISLAND, FL 33404 | | Claim Number: 7529<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,777.31 |
| SOTERAS, CHARLES C.<br>1202 PARK AVE APT 2<br>HOBOKEN, NJ 07030-4402 | | Claim Number: 8476<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SOTO, JODY<br>3801 STRICKLAND MINE RD<br>PLACERVILLE, CA 956678287 | | Claim Number: 5959<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.30 | Scheduled: | $1,442.30  CONT | Allowed: | $1,442.30 |

| | | |
|---|---|---|
| SOTO-MENESES, ANABELL<br>141-10 82 DR # 238<br>JAMAICA, NY 11435 | | Claim Number: 10201<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $76,424.63 | | |
| UNSECURED | Claimed: | $14,040.00 | Allowed: | $43,236.86 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SOUDER, WARREN G.<br>5833 MACKEY ST<br>SHAWNEE MISSION, KS 66202 | | Claim Number: 3893<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,000.00 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5868<br>Claim Date: 12/19/2007<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5869<br>Claim Date: 12/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5870<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5900<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5901 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5902 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5903 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5904 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5905 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5906 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5907 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5908 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5909 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5910 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5911 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 9257 (09/24/2010) |
| UNSECURED          Claimed:                          $0.00   UNLIQ | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5912 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed:                          $0.00   UNLIQ | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5913 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed:                          $0.00   UNLIQ | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5914 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed:                          $0.00   UNLIQ | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5915 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |
| UNSECURED          Claimed:                          $0.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5916 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5917 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5918 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5919 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5920 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: EXPUNGED DOCKET: 7234 (04/07/2009) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5921
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5922
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5923
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SOUND APPRAISAL
SAM P WOOD
1520 S DAVID ST
SPOKANE, WA 99212

Claim Number: 626
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $975.00 |
|---|---|---|

---

SOUND SHREDDING & RECYCLING
ATTN PETER RASCO, GM
4020 HAMMER DRIVE
BELLINGHAM, WA 98226

Claim Number: 2699
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $83.92 | Scheduled: | $105.52 | Allowed: | $83.92 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

SOUSSAN, LIORE
10687 LAKE OAK WAY
BOCA RATON, FL 33498

Claim Number: 7444
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235.00 | Allowed: | $235.00 |

SOUTH TEXAS COLLEGE
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) P.O. BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 9998
Claim Date: 02/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8593 (02/18/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $14.07   UNLIQ | |

SOUTH TEXAS ISD
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) P.O. BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 9999
Claim Date: 02/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8593 (02/18/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $4.49   UNLIQ | |

SOUTHARD, JEANNA D.
4551 AMY SAYE WALK
ACWORTH, GA 30101

Claim Number: 6019
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $685.51 | Allowed: | $685.51 |

SOUTHERN CALIFORNIA EDISON COMPANY
ATTN CECILIA BAESA
CREDIT AND PAYMENT SERVICES
300 N LONE HILL AVE
SAN DIMAS, CA 91773

Claim Number: 585
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,056.88 | Allowed: | $7,056.88 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN CECILIA BAESA<br>CREDIT AND PAYMENT SERVICES<br>300 N LONE HILL AVE<br>SAN DIMAS, CA 91773 | | Claim Number: 586<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | | |
| PRIORITY | Claimed: | $632.17 | Allowed: | $632.17 |
| SOUTHERN HOME APPRASIALS<br>580 WETUMPKA ST<br>PRATTVILLE, AL 360673219 | | Claim Number: 4094<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $100.00 | Allowed: | $100.00 |
| SOUTHERN HORIZON FINANCIAL GROUP, LLC<br>4366 SEB R B RUSELL SQ #200<br>ACWORTH, GA 301015467 | | Claim Number: 6566<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8669 (03/09/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $3,222.50 | | |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE<br>P.O. BOX 1937<br>HUGHESVILLE, MD 20637-1937 | | Claim Number: 10512<br>Claim Date: 09/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $1,183.39 | | |
| SOUTHGATE MARKETPLACE, LLC<br>ATTN PAUL NEUMEIER, ESQ.<br>BECK CHAET BAMBERGER & POLSKY, S.C.<br>2 PLZ EAST # 1085, 330 E KILBOURN AVENUE<br>MILWAUKEE, WI 53202 | | Claim Number: 1642<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $55,225.64 | Allowed: | $55,225.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SOUTHHAMPTON TOWN NEWSPAPER INC<br>135 WINDMILL LANE<br>ATTN PAUL CONROY, SALES MGR<br>SOUTHAMPTON, NY 11968 | | Claim Number: 8836<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,676.00 | Allowed: | $2,676.00 |
| SOUTHWEST FUNDING LP<br>7105 GOLF CLUB DR.<br>STE 1102 #105<br>FORT WORTH, TX 76179 | | Claim Number: 6039<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SOUTHWEST MICHIGAN APPRAISAL<br>ATTN JOE FERRIELL, OWNER<br>2920 BUSINESS ONE DR, STE 119<br>KALAMAZOO, MI 49048 | | Claim Number: 9588<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $275.00 | | |
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | | Claim Number: 8456<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,837,333.58   UNLIQ | | |
| SOVEREIGN BANK FSB<br>ATTN STEPHEN E BURSE, VICE PRESIDENT<br>75 STATE STREET<br>MA1-SST-0413<br>BOSTON, MA 02109 | | Claim Number: 8457<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $13,558,882.64   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SOVEREIGN BANK FSB<br>ATTN: STEVE ANDREWS, SENIOR VP<br>GBM FIXED INCOME SALES<br>MAIL CODE MA1-SST-04-13; 75 STATE STREET<br>BOSTON, MA 02109 | | Claim Number: 8529<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10092 (07/18/2011) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,912,922.64 | | | | |
| SOVEREIGN BANK FSB<br>ATTN: STEVE ANDREWS, SENIOR VP<br>GBM FIXED INCOME SALES<br>MAIL CODE MA1-SST-04-13; 75 STATE STREET<br>BOSTON, MA 02109 | | Claim Number: 8530<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 10092 (07/18/2011) | | | | |
| UNSECURED | Claimed: | $13,191,373.58 | | | | |
| SPAGNA, MICHAEL<br>25 NASSAU AVE<br>FREEPORT, NY 11520 | | Claim Number: 480<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,076.77 | Scheduled: | $1,076.92  CONT | Allowed: | $1,076.77 |
| SPAGNOLA, CAROL G.<br>10 ENGLISH WOODS<br>ROCHESTER, NY 14616-1670 | | Claim Number: 4095<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $32,061.46 | | | | |
| SPAIN, ALBERT H. & LYNN P. JT TEN<br>1798 POINTE DRIVE<br>TALBOTT, TN 37877 | | Claim Number: 5681<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $26,048.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SPANGLER, BARRETT &
2905 CRESTWOOD LN
COLUMBIA, MO 65203-0997

Claim Number: 3821
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,537.00 |
|---|---|---|

---

SPARKS, LAURA M.
15162 W MONROE STREET
GOODYEAR, AZ 85338

Claim Number: 1907
Claim Date: 11/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT |
|---|---|---|---|---|

---

SPECIALIZED TRANSPORTATION AGENT GRP INC
ATTN JAMES E NORRIS
5001 US HIGHWAY 30 WEST
FORT WAYNE, IN 46818

Claim Number: 177
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,801.96 | | Allowed: | $1,801.96 |
|---|---|---|---|---|---|

---

SPECTOR INVESTMENTS, I.P.
ATTN M SPECTOR
PO BOX 15273
SAN ANTONIO, TX 78212

Claim Number: 7809
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,000.00 |
|---|---|---|

---

SPECTOR, D & M, TRUSTEES
MORRIS SPECTOR M.D. PA RET PLAN
U/A DTD 01/01/92
PO BOX 15273
SAN ANTONIO, TX 78212

Claim Number: 7808
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SPECTRUM MORTGAGE SERVICES, INC.
112 BUDDTOWN ROAD
ATTN EUGENE J DAVIS
SOUTHAMPTON, NJ 08088

Claim Number: 7374
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,504.00 | | Allowed: | $1,504.00 |

SPEED, KAY
5275 FOREST HILL - IRENE RD
MEMPHIS, TN 38125

Claim Number: 8570
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,125.00 |

SPEED, KEVIN
9181 FOREST DOWNS
GERMANTOWN, TN 38138

Claim Number: 8576
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,500.00 |

SPEEDY MESSENGER, INC.
PO BOX 12981
EVERETT, WA 982062981

Claim Number: 2694
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,446.80 | Scheduled: | $2,496.70 | Allowed: | $1,446.80 |

SPEIGHT & ASSOCIATES, LLC
ATTN JEFF SPEIGHT - OWNER
125 STONEBRIDGE BLVD STE C
JACKSON, TN 383052159

Claim Number: 2596
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,325.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SPENCE, DEBORAL
A.C.E. APPRAISAL SERVICE
103 OAKDALE
FILLMORE, CA 93015

Claim Number: 1378
Claim Date: 10/02/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,450.00 | | Allowed: | $1,450.00 |

SPENCER, ROBERT C.
17409 MCDUFFEE RD.
CHURUBUSCO, IN 46723-9262

Claim Number: 4976
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

SPENCER, SHARON R
300 W 135TH ST
NEW YORK, NY 10030

Claim Number: 10122
Claim Date: 03/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,146.15 | Scheduled: | $2,146.15 CONT | Allowed: | $2,146.15 |

SPERANDIO, JOSEPH L. & MARY ANN
87 HIBURY
HOUSTON, TX 77024

Claim Number: 3674
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,312.95 |

SPERRY, NATASHA
5649 WHITE FIR WAY # 1
SACRAMENTO, CA 95841

Claim Number: 1696
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,696.15 | Scheduled: | $2,150.76 CONT | Allowed: | $1,696.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SPERRY, NATASHA<br>5649 WHITE FIR WAY UNIT 1<br>SACRAMENTO, CA 95841 | | Claim Number: 9372<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|---|
| PRIORITY | Claimed: | $2,150.76 |
| UNSECURED | Claimed: | $6,999.60 |
| SPICER, DONALD W &<br>MONA L SPICER JT TEN<br>970 UNIVERSITY AVE<br>PALO ALTO, CA 94301-2234 | | Claim Number: 2664<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $25,000.00   UNLIQ |
| UNSECURED | Claimed: | $25,000.00   UNLIQ |
| TOTAL | Claimed: | $25,000.00   UNLIQ |
| SPILDE, DORA<br>1002 4TH ST N<br>CASSELTON, ND 580123444 | | Claim Number: 5111<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,949.98 |
| SPILDE, LEROY A.<br>1002 4TH ST N<br>CASSELTON, ND 580123444 | | Claim Number: 5112<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,281.99 |
| SPILDE, LEROY A.<br>823 NADA DR.<br>ALAMO, TX 78516 | | Claim Number: 5113<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $561.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SPINELLI, JOSEPH R. JR.<br>631 ELM ST.<br>MONROE, CT 06468 | | Claim Number: 6085<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8541 (02/04/2010) | | | |
| PRIORITY | Claimed: | $6,706.88 | | Allowed: | $6,706.88 |
| UNSECURED | Claimed: | $6,706.88 | | | |
| TOTAL | Claimed: | $6,706.88 | | | $0.00 |
| SPIRA, JOSEPH (TRUSTEE)<br>SPECIAL NEEDS TRUST FBO S. SPIRA<br>1363 40 ST<br>BROOKLYN, NY 11218 | | Claim Number: 2955<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| PRIORITY | Claimed: | $4,978.00 | | | |
| UNSECURED | Claimed: | $4,978.00 | | | |
| TOTAL | Claimed: | $4,978.00 | | | |
| SPJUT, PEGGY J.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3516<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $6,829.83 | | | |
| SPJUT, ROGER G.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3517<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $2,170.98 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SPJUT, ROGER G. & PEGGY J.<br>16004 NE 180TH ST<br>BRUSH PRAIRIE, WA 98606 | | Claim Number: 3433<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,088.98 |
| SPJUT, WILLIAM T.<br>323 36TH ST., APT. A<br>MANHATTAN BEACH, CA 90266-3205 | | Claim Number: 7671<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $924.99 |
| SPOKANE COUNTY TREASURER<br>ATTN: MINDY ENSIGN<br>PO BOX 199<br>SPOKANE, WA 99210 | | Claim Number: 9895<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8591 (02/18/2010) |
| SECURED | Claimed: | $551.58   UNLIQ |
| SPOONER, MICHELLE L.<br>1743 CARMEL DRIVE #21<br>WALNUT CREEK, CA 94596 | | Claim Number: 10147<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED | Claimed: | $321,388.00 |
| SPRADLIN, JOHN-MARK<br>306 FLETCHER CT<br>FRANKLIN, TN 37067 | | Claim Number: 961<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,215.38 | Scheduled: | $2,215.39  CONT | Allowed: | $2,215.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| SPRAGUE, SUSAN<br>1717 N BAYSHORE DR<br>3844<br>MIAMI, FL 33132 | | Claim Number: 2425<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $3,022.08 | Scheduled: | $6,044.16  CONT | Allowed: | $3,022.08 |
| SPRAGUE, SUSAN L.<br>1717 NO. BAYSHORE DR # 3844<br>MIAMI, FL 33132 | | Claim Number: 886<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $3,778.85 | | | | |
| SPRATT, MARC<br>12775 OAK FALLS DR<br>ALPHARETTA, GA 30004 | | Claim Number: 6678<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,901.95 | | | | |
| SPRING HOPE CITY<br>ATTN SANDRA MORRIS, TAX COLLECTOR<br>101 W MAIN ST<br>PO BOX 87<br>SPRING HOPE, NC 27882 | | Claim Number: 2682<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10158 (09/08/2011) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $367.41 | | | Allowed: | $367.41 |
| SPRING WATER PROMOTIONS INC<br>ATTN DONALD K BAILEY<br>24 CLEAR LN<br>BLUE RIDGE, GA 30513 | | Claim Number: 2466<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $860.07 | Scheduled: | $860.07 | Allowed: | $860.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | Claim Number: 1664 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED            Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | Claim Number: 1665 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED            Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | Claim Number: 1666 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: EXPUNGED DOCKET: 7399 (05/15/2009) | |
| UNSECURED            Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | Claim Number: 1667 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED            Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA, PA 19103-3291 | Claim Number: 1668 Claim Date: 10/22/2007 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |
| UNSECURED            Claimed: | $0.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1669<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED              Claimed:                   $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1670<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED              Claimed:                   $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1671<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED              Claimed:                   $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1672<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED              Claimed:                   $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1673<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED              Claimed:                   $0.00   UNLIQ

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1674<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1675<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1676<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1677<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1678<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED            Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1679<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1680<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1681<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1682<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1683<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1684<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1685<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1686<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1687<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1688<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1689<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1690<br>Claim Date: 10/22/2007<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| SPRINGMAN, EDWARD J<br>PO BOX 5160<br>KALISPELL, MT 59903-5160 | Claim Number: 8111<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $1,400.00<br>$42,240.00 | |
| SPRINT NEXTEL<br>ATTN ABIGAIL LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 1269<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |
| UNSECURED          Claimed: | $116,762.16 | |
| SPRINT NEXTEL<br>ATTN ABBY LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 9837<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | |
| UNSECURED          Claimed: | $159,264.01 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 10237<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) |
| UNSECURED | Claimed: | $159,264.01 |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 10743<br>Claim Date: 11/09/2009<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
| UNSECURED | Claimed: | $165,634.56 |
| SPROCK APPRAISAL<br>ATTN WINSTON SPROCK<br>5016 SARDIS RD. STE. B<br>CHARLOTTE, NC 28270 | | Claim Number: 2500<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |
| UNSECURED | Claimed: | $325.00 |
| SPROWL, CEDRIC HARDY<br>PO BOX 202683<br>ARLINGTON, TX 76006 | | Claim Number: 4165<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| SPURRIER, DAVE<br>PO BOX 9185<br>LONGVIEW, TX 75608-9185 | | Claim Number: 7324<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,077.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SPURRIER, VANCE O.<br>7069 VALLEY TRAILS DRIVE<br>PLEASANTON, CA 94588 | | Claim Number: 5417<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $64,102.36<br>$64,102.36<br>$64,102.36 | | |
| SPURRIER, VANCE O.<br>7069 VALLEY TRAILS DRIVE<br>PLEASANTON, CA 94588 | | Claim Number: 6012<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| SECURED | Claimed: | $65,076.65 | | |
| SQUICCIARINI, DARYL<br>1 HEATHERWOOD CT<br>MANORVILLE, NY 11949 | | Claim Number: 3941<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $7,705.80<br>$7,705.80<br>$7,705.80 | | |
| ST ANDREWS PLACE LLC<br>C/O JDH DEVELOPMENT<br>PO BOX 35193<br>CHARLOTTE, NC 28235 | | Claim Number: 2013<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) | | |
| UNSECURED | Claimed: | $6,075.00 | Scheduled: | $6,075.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ST JOHN, MICHAEL E
745 HAZEL DELL RD
CASTLE ROCK, WA 98611-9440

Claim Number: 2520
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $507.76 | Scheduled: | $507.76 CONT | Allowed: | $507.76 |

ST JOHN, PETRA
1125 SE CLATSOP ST
PORTLAND, OR 97202-7021

Claim Number: 3946
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $269.23 | Scheduled: | $269.23 CONT | Allowed: | $269.23 |

ST JOHNS COUNTY
DENNIS W HOLLINGSWORTH TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE, FL 32085

Claim Number: 10498
Claim Date: 09/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $98.14 | | Allowed: | $98.14 |

ST JOSEPH COUNTY, INDIANA
ST. JOSEPH COUNTY TREASURER
P.O. BOX 4758
SOUTH BEND, IN 46634

Claim Number: 10187-01
Claim Date: 04/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,383.60 | Scheduled: | $0.00 UNDET | |

ST JOSEPH COUNTY, INDIANA
ST. JOSEPH COUNTY TREASURER
P.O. BOX 4758
SOUTH BEND, IN 46634

Claim Number: 10187-02
Claim Date: 04/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $59.60 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ST TAMMANY NEWS ACCT. DEPT.
ATTN GENIA BAUGHMAN
PO BOX 820
BOGALUSA, LA 70429-0820

Claim Number: 1692
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $143.43 | | | Allowed: | $143.43 |

ST TAMMANY NEWS ACCT. DEPT.
ATTN GENIA BAUGHMAN
PO BOX 820
BOGALUSA, LA 70429-0820

Claim Number: 2677
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $143.43 | | | | |

---

ST. AMAND APPRAISALS
ATTN SHELLEY M ST. AMAND
PARTNER
28680 W 12 MILE RD
FARMINGTON HILLS, MI 48334

Claim Number: 1074
Claim Date: 09/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $1,975.00 | | | | |

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5726
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,025.00 | Scheduled: | $1,025.00 | Allowed: | $1,025.00 |

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5727
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 | Allowed: | $950.00 |

---

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ST. HILAIRE, MICHAEL<br>2315 HARBOUR OAKS DR.<br>LONGBOAT KEY, FL 34228 | | Claim Number: 7694<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,684.95 |
| ST. JOHNS COUNTY TAX COLLECTOR<br>DENNIS W. HOLLINGSWORTH<br>P.O. BOX 9001<br>SAINT AUGUSTINE, FL 32085-9001 | | Claim Number: 10589<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $176.47 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1111<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $2,348.55 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1112<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $1,597.05 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1113<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| SECURED | Claimed: | $851.93 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1114<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | |
| SECURED | Claimed: | $1,017.82 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1115<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
| SECURED | Claimed: | $2,298.55 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1116<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
| SECURED | Claimed: | $423.96 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 1117<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |
| SECURED | Claimed: | $296.93 |
| ST. LUCIE COUNTY TAX COLLECTOR<br>BARBARA BURTON, DEPUTY TAX COLLECTOR<br>PO BOX 308<br>FORT PIERCE, FL 34954-0308 | Claim Number: 1445<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |
| SECURED | Claimed: | $4,077.13   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ST. LUCIE COUNTY TAX COLLECTOR<br>BARBARA BURTON, DEPUTY TAX COLLECTOR<br>PO BOX 308<br>FORT PIERCE, FL 34954-0308 | | Claim Number: 1446<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $3,788.65   UNLIQ | | |
| ST. LUCIE COUNTY TAX COLLECTOR<br>BARBARA BURTON, DEPUTY TAX COLLECTOR<br>PO BOX 308<br>FORT PIERCE, FL 34954-0308 | | Claim Number: 1447<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $4,089.78   UNLIQ | | |
| ST. LUCIE COUNTY TAX COLLECTOR<br>BARBARA BURTON, DEPUTY TAX COLLECTOR<br>PO BOX 308<br>FORT PIERCE, FL 34954-0308 | | Claim Number: 1448<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $34,099.53   UNLIQ | | |
| ST. PIERRE, ROBERT G.<br>PO BOX 7399-167<br>BRECKENRIDGE, CO 80424 | | Claim Number: 3318<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $22,285.00 | | |
| ST. TAMMANY PARISH COUNTY, LOUISIANA<br>ST. TAMMANY PARISH<br>TAX COLLECTOR<br>P O BOX 608<br>COVINGTON, LA 70434-0608 | | Claim Number: 10215<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | |
| PRIORITY | Claimed: | $2,415.41 | Scheduled: | $132.75  DISP CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| STA BUILDING CONSULTANTS<br>ATTN WILLIAM TURNER<br>230 NORTHLAND BLVD STE 216<br>CINCINNATI, OH 45246-3600 | | Claim Number: 3244<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | Allowed: | | $300.00 |
| STAATS, MICHAEL K.<br>6008 VIVIAN CT.<br>ARVADA, CO 80004 | | Claim Number: 3783<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |
| STAFFORD, PAMELA<br>9350 S. CIMMARON RD. #4034<br>LAS VEGAS, NV 89178 | | Claim Number: 1775<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,295.60 | | | | |
| STAFFORD, PAMELA J<br>9350 S. CIMMARON RD #4034<br>LAS VEGAS, NV 89178 | | Claim Number: 1966<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $5,591.30 | Scheduled: | $5,937.45  CONT | Allowed: | $5,591.30 |
| STAFFSOLVE<br>ATTN TERRI WINKLER, CONTROLLER<br>333 N SAM HOUSTON PKWY<br>STE 110<br>HOUSTON, TX 77060 | | Claim Number: 5063<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $7,132.28 | Scheduled: | $7,132.28 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | | Claim Number: 2183<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $150.00 CONT | | | |
| STAGNER, JESSICA<br>12818 PORTULACA<br>DRIVE UNIT F<br>SAINT LOUIS, MO 63146 | | Claim Number: 2184<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $1,653.85 CONT | | | |
| STAGNER, ROY<br>493 CARLLS PATH<br>DEER PARK, NY 11729-2314 | | Claim Number: 786<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $4,945.02 | | | | | |
| STAGNER, ROY<br>493 CARLLS PATH<br>DEER PARK, NY 11729-2314 | | Claim Number: 5424<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Replaces claim number 786 | | | | | |
| PRIORITY | Claimed: | $2,480.77 | Scheduled: | $2,480.77 CONT | Allowed: | $2,480.77 |
| STAHEL, DAVE<br>12110-44TH AVE N<br>PLYMOUTH, MN 55442 | | Claim Number: 6613<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,957.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| STAHL, ROSE<br>210 WHITE OAK CIRCLE<br>MAITLAND, FL 32751 | | Claim Number: 6086<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $5,045.25 | | |
| STAHL, SHIRLEY M.<br>6388 MARCHINN DR<br>RAVENNA, OH 44266-1712 | | Claim Number: 9859<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,348.00 | | |
| STAHL, WILLIAM<br>210 WHITE OAK CIRCLE<br>MAITLAND, FL 32751 | | Claim Number: 6090<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $6,725.50 | | |
| STAINO, LAURA<br>31 BENNINGTON WAY<br>WEST CREEK, NJ 08092 | | Claim Number: 7837<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $624.41 | | |
| STALMAKER INVESTMENT GROUP<br>ATTN EDWARD CRAIG STALNAKER, PRESIDENT<br>PO BOX 20585<br>ST SIMONS ISLAND, GA 31522 | | Claim Number: 2987<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $625.00 | Allowed: | $625.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| STAMPS, MARK E.<br>224 SIDNEY STREET<br>BECKLEY, WV 25801 | | Claim Number: 10145<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7399 (05/15/2009) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | | | |

---

| STAND GUARD<br>ATTN STANLEY W. EILERS, CFO<br>640 MAGAZINE STREET<br>NEW ORLEANS, LA 70130 | | Claim Number: 8561<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $194.98 | | | Allowed: | $194.98 |

| STAND GUARD<br>ATTN STANLEY W. EILERS, CFO<br>P.O. BOX 62291<br>NEW ORLEANS, LA 70162 | | Claim Number: 8562<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $33.87 | Scheduled: | $33.87 | Allowed: | $33.87 |

| STAND GUARD WATER QUALITY<br>ATTN STANLEY W EILERS, CFO<br>640 MAGAZINE STREET<br>NEW ORLEANS, LA 70130 | | Claim Number: 8560<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39.35 | Scheduled: | $39.35 | Allowed: | $39.35 |

| STANDARD APPRAISAL SERVICE<br>ATTN PHILIP KAHN<br>FEIN SUCH KAHN AND SHEPARD PC<br>7 CENTURY DRIVE SUITE 201<br>PARSIPPANY, NJ 07054 | | Claim Number: 1389<br>Claim Date: 09/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,700.00 | | | Allowed: | $1,700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STANDARD APPRAISAL SVCS INC
ATTN JAMES J. ONDERISIN, PRESIDENT
1157 S ADDISON AV
LOMBARD, IL 60148

Claim Number: 2055
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $360.00 | Scheduled: | $350.00 | Allowed: | $360.00 |

STANDARD COFFEE SERVICE CO
ATTN STANELY W. EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8563
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,699.33 | Scheduled: | $880.30 | Allowed: | $1,699.33 |

STANDARD GUARANTY INSURANCE COMPANY
C/O RAUL CUERVO, ESQ.
JORDAN BURT LLP
1025 THOMAS JEFFERSON ST., NW-#400 EAST
WASHINGTON, DC 20007

Claim Number: 7967
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9459 (11/16/2010)

| UNSECURED | Claimed: | $71,932.58 |

STANFIELD & ASSOCIATES
ATTN FRANKLYN L STANFIELD, OWNER
PO BOX 2682
NORFOLK, VA 23501

Claim Number: 9774
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $1,275.00 |

STANFORD & FEUERBORN
4550 W. 109TH ST
ATTN MICHAEL FEVERBORN OWNER
OVERLAND PARK, KS 66211

Claim Number: 3583
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,025.00 | | | Allowed: | $1,025.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STANFORD & FEUERBORN, LLC.<br>4550 W. 109TH ST.<br>OVERLAND PARK, KS 66211 | | Claim Number: 3584<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $1,025.00 |
| STANGE, ARTHUR V.<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | | Claim Number: 4653<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STANGE, ARTHUR V. (TRUSTEE)<br>ARTHUR V. STANGE LIVING TRUST,<br>J/A 6/8/00<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | | Claim Number: 4654<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STANGE, ARTHUR V. (TRUSTEE)<br>DIANNE L. STANGE LIVING TRUST.<br>U/A 6/8/00<br>5424 HOMELAND DR.<br>TOLEDO, OH 43611 | | Claim Number: 4655<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STANGE, KARLE E. FBO<br>NFS/FMTC ROTH IRA<br>3239 134TH ST.<br>TOLEDO, OH 43611 | | Claim Number: 4657<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STANISLAUS COUNTY, CALIFORNIA<br>ATTN GORDON B. FORD, TAX COLLECTOR<br>POB 859<br>STANISLAUS, CA 95353 | | Claim Number: 9740<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $285.36 | Scheduled: | $285.36  DISP CONT | Allowed: | | $285.36 |
| STANLEY APPRAISAL, INC.<br>ATTN RICK STANLEY, PRESIDENT<br>8645 COLLEGE BLVD., STE 210<br>OVERLAND PARK, KS 66210 | | Claim Number: 8122<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $450.00 | | | | | |
| STANLEY, TAMMY<br>1132 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | | Claim Number: 6138<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $430.72  CONT | Allowed: | | $1,076.80 |
| STANTON MARSH<br>STATNTON MARSH, APPRAISER<br>106 3 MILIAM<br>LIVINGSTON, TX 77351 | | Claim Number: 4286<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | | $400.00 |
| STANTON, JOHN<br>125 N VICTORIA PARK RD<br>FORT LAUDERDALE, FL 33301-3745 | | Claim Number: 9402<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,643.10 | | | | | |

| STANTON, SHANE<br>2382 SW BORDER WAY<br>GRESHAM, OR 970806365 | | Claim Number: 5798<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$37,708.95 | | | | |
| STANTON, SHANE M<br>714 POINSETTIA AVE<br>CORONA DEL MAR, CA 92625 | | Claim Number: 5833-01<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$37,708.95 CONT | Allowed: | $10,950.00 |
| STANTON, SHANE M<br>714 POINSETTIA AVE<br>CORONA DEL MAR, CA 92625 | | Claim Number: 5833-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $26,756.51 | | | | |
| STAPEN, LOIS R.<br>27010 GRAND CENTRAL PKWY<br>APT 14K<br>FLORAL PARK, NY 11005 | | Claim Number: 5366<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| STAPEN, MILTON H.<br>27010 GRAND CENTRAL PKWY<br>APT 14K<br>FLORAL PARK, NY 11005 | | Claim Number: 5367<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| STAPLEFORD, IRENE<br>58 PILLSBURY ST<br>SOUTH PORTLAND, ME 04106 | | Claim Number: 8112<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,718.00 |

| | | |
|---|---|---|
| STAPP, BETTY C.<br>4465 MIRA VISTA DR<br>FRISCO, TX 750347519 | | Claim Number: 8268<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,473.00 |

| | | |
|---|---|---|
| STAPP, BETTY C.<br>133 DOGWOOD LAKES CIRCLE<br>BULLARD, TX 75757 | | Claim Number: 8269<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,936.16 |

| | | |
|---|---|---|
| STAR APPRAISALS / KATHLEEN MUSSER<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9078<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,175.00 | Allowed: | $6,175.00 |

| | | |
|---|---|---|
| STAR COMMUNITY PUBLISHING<br>25 DESHON DR<br>MELVILLE, NY 117474207 | | Claim Number: 3029<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $718.00 | Scheduled: | $359.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STARK, ALAN H.<br>2067 SW 15TH ST. # 229<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 6709<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,484.50<br>$3,323.00 | | | | | |
| STARK, DAWN M<br>2105 W EL PRADO RD<br>CHANDLER, AZ 852242130 | | Claim Number: 2788<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $154.00 | Scheduled: | $2,415.54  CONT | Allowed: | $154.00 |
| STARR, VINCENT M.<br>100 RIDGE ROAD<br>DELTA, PA 17314 | | Claim Number: 10024<br>Claim Date: 03/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,983.12 | | | Allowed: | $1,983.12 |
| STASIAK, GERALD<br>3357 HOLLY HOCK CT.<br>CASTLE ROCK, CO 80109 | | Claim Number: 1783<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $844.65 | | | | |
| STATE BOARD OF EQUALIZATION<br>ATTN AMY E EVERSON, AUTHORIZED REP<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 9591<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $2,603.00 | | | Allowed: | $2,603.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| STATE OF CALIFORNIA | Claim Number: 10416 |
| FRANCHISE TAX BOARD | Claim Date: 06/10/2008 |
| SPECIAL PROCEDURES SECTION | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| PO BOX 2952 | Comments: EXPUNGED |
| SACRAMENTO, CA 95812-2952 | DOCKET: 7505 (06/05/2009) |

| ADMINISTRATIVE | Claimed: | $3,336.44 |

---

| STATE OF CALIFORNIA | Claim Number: 10419 |
| FRANCHISE TAX BOARD | Claim Date: 06/17/2008 |
| SPECIAL PROCEDURES SECTION | Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC |
| PO BOX 2952 | Comments: EXPUNGED |
| SACRAMENTO, CA 95812-2952 | DOCKET: 7506 (06/05/2009) |

| ADMINISTRATIVE | Claimed: | $1,748.54   UNLIQ |

---

| STATE OF CALIFORNIA | Claim Number: 10420 |
| FRANCHISE TAX BOARD | Claim Date: 06/17/2008 |
| SPECIAL PROCEDURES SECTION | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| PO BOX 2952 | Comments: PAID |
| SACRAMENTO, CA 95812-2952 | DOCKET: 8031 (09/08/2009) |

| ADMINISTRATIVE | Claimed: | $800.00 |

---

| STATE OF CALIFORNIA | Claim Number: 10653 |
| FRANCHISE TAX BOARD | Claim Date: 01/29/2009 |
| SPECIAL PROCEDURES SECTION | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| PO BOX 2952 | Comments: EXPUNGED |
| SACRAMENTO, CA 95812-2952 | DOCKET: 8485 (01/08/2010) |

| ADMINISTRATIVE | Claimed: | $3,554.62   UNLIQ |

---

| STATE OF CALIFORNIA | Claim Number: 10718 |
| FRANCHISE TAX BOARD | Claim Date: 05/22/2009 |
| SPECIAL PROCEDURES SECTION | Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP |
| PO BOX 2952 | Comments: EXPUNGED |
| SACRAMENTO, CA 95812-2952 | DOCKET: 9254 (09/24/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 10824<br>Claim Date: 12/20/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID | | | |
| ADMINISTRATIVE | Claimed: | $3,200.00 | | Allowed: | $3,200.00 |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCTY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 10826<br>Claim Date: 12/20/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | | |
| ADMINISTRATIVE | Claimed: | $800.00 | | | |
| STATE OF DELAWARE DEPT. OF LABOR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>TRAINING TAX FUND<br>PO BOX 9953<br>WILMINGTON, DE 19809 | | Claim Number: 2639<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $475.40 | | Allowed: | $475.40 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>ATTN: MICHELLE KENNEDY<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 2893<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $245,506.04 | Scheduled: | $245,423.00  DISP CONT | Allowed:     $245,506.04 |
| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | | Claim Number: 10019-01<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10059 (06/20/2011) | | | |
| PRIORITY | Claimed: | $18,721.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STATE OF HAWAII
DEPARTMENT OF TAXATION
PO BOX 259
HONOLULU, HI 96809

Claim Number: 10019-02
Claim Date: 03/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $4,320.25 |
|---|---|---|

---

STATE OF HAWAII, DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809

Claim Number: 10904
Claim Date: 05/16/2011
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10092 (07/18/2011)

| PRIORITY | Claimed: | $18,721.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,320.25 |

---

STATE OF MARYLAND COMPTROLLER
ATTN: MARY T. CARR
301 WEST PRESTON STREET ROOM 410
BALTIMORE, MD 21201

Claim Number: 9885
Claim Date: 02/05/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $404.00 | | Allowed: | $404.00 |

---

STATE OF MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A. COX, ATTORNEY GENERAL
CADILLAC PLACE
3030 W. GRAND BLVD., SUITE 10-200
DETROIT, MI 48202

Claim Number: 9661
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6167 (10/01/2008)

| PRIORITY | Claimed: | $57,809.30 | Scheduled: | $11,476.12  UNDET DISP |
|---|---|---|---|---|

---

STATE OF MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A. COX, ATTORNEY GENERAL
CADILLAC PLACE
3030 W. GRAND BLVD., SUITE 10-200
DETROIT, MI 48202

Claim Number: 9662
Claim Date: 01/15/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $20,486.65 | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., 10-200<br>DETROIT, MI 48202 | | Claim Number: 9663<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | |
| UNSECURED | Claimed: | $20,701.44 | | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | | Claim Number: 9664<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC | | | |
| UNSECURED | Claimed: | $2,000.00 | | Allowed: | $2,000.00 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 10573<br>Claim Date: 11/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| ADMINISTRATIVE | Claimed: | $74,630.60 | | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX - ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD<br>DETROIT, MI 48202 | | Claim Number: 10681<br>Claim Date: 02/18/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $19,615.05 | | Allowed: | $19,615.05 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 10751<br>Claim Date: 12/14/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | |
| ADMINISTRATIVE | Claimed: | $10,481.46   UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 9849<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7023 (02/17/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55.05 |
|---|---|---|
| PRIORITY | Claimed: | $34.04 |

---

| STATE OF NEVADA DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY SECTION<br>555 E WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101 | Claim Number: 10722<br>Claim Date: 05/26/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,798.16 | | Allowed: | $24,798.16 |
|---|---|---|---|---|---|

---

| STATE OF NEVADA DEPT OF UNEMPLOYMENT,<br>TRAINING AND REHAB. EMPLOY. SECURITY DIV<br>ATTN: CATHY A. KOCH, TAX MANAGER<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 | Claim Number: 9914<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 3380 |
|---|---|

| PRIORITY | Claimed: | $791.83 |
|---|---|---|

---

| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9655<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
|---|---|

| PRIORITY | Claimed: | $204.87 | Scheduled: | $80.00  DISP CONT |
|---|---|---|---|---|

---

| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9656<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $80.00  UNDET DISP |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9657<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (06/19/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,287.22 | Scheduled: | $80.00 DISP CONT |

| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 9658<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $80.00 DISP CONT |

| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>ATTN MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | Claim Number: 9830<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,815.42 | Allowed: | $45,815.42 |

| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | Claim Number: 9831<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,494,298.91 | |

| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 10233<br>Claim Date: 04/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $204.87 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10234<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10700<br>Claim Date: 04/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $149,826.31 | | Allowed: | $149,826.31 |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 1849<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $50,000.00 | | | |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 2876<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | |
| PRIORITY | Claimed: | $56,804.07 | | | |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 2877<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $56,804.07 | Scheduled: | $0.00 UNDET | Allowed: | $56,804.07 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

STATES, CHAD RANDALL
100 BEUTH COURT
FOLSOM, CA 95630

Claim Number: 8667
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125,033.81 | Scheduled: | $124,165.58 CONT | |

STATES, CHAD RANDALL
100 BEUTH CT
FOLSOM, CA 95630

Claim Number: 8751
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $126,556.85 |

STATEWIDE PUBLISHING - WA
ATTN KAREN PRATT, COLLECTIONS MANAGER
PO BOX 83
RICHLAND, WA 99352

Claim Number: 6381
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.12 | Scheduled: | $437.64 | Allowed: | $800.12 |

STATHAM, MARK
6535 C.R. 11
RISING SUN, OH 43457

Claim Number: 5759
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,247.98 |

STAUNTON CITY, VIRGINIA
RICHARD JOHNSON, TREASURER
P. O. BOX 474
STAUNTON, VA 24402-0474

Claim Number: 2187
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $378.26 | Scheduled: | $0.00 UNDET | Allowed: | $378.26 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STAYER, LOUIS L.
4340 SEQUOYAH RD
OAKLAND, CA 94605

Claim Number: 8087
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $9,797.25 |
|---|---|---|

STEELE, JUNE H.
1436 S ESTATE LN
LAKE FOREST, IL 60045

Claim Number: 8700
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

STEEN RESIDENTIAL APPRAISALS
4110 100TH ST APT 8
URBANDALE, IA 50322-2050

Claim Number: 2510
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|

STEFFEY, EDMOND A. JR.
20001 E. BRIGHTWAY DRIVE
MOKENA, IL 60448

Claim Number: 8670
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $500.00 |
|---|---|---|

STEFFEY, ROY A.
35711 BAL CLAIR
NEW BALTIMORE, MI 48047

Claim Number: 3829
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,562.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STEIN, MARVIN<br>MARVIN STEIN LIVING TRUST<br>7588 SW 102ND ST<br>MIAMI, FL 33156 | | Claim Number: 3473<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,988.00 |
| STEIN, PAUL LAWRENCE<br>6616 FERNSHAW DR.<br>DALLAS, TX 75248 | | Claim Number: 7164<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $31,340.00 |
| STEIN, ROSS A.<br>10 E 29TH ST APT 36C<br>NEW YORK, NY 100167441 | | Claim Number: 5864<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,298.36 |
| STEIN, ROSS A.<br>10 E 29TH ST APT 36C<br>NEW YORK, NY 100167441 | | Claim Number: 5881<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $8,680.26 |
| STEINBERG, DAVID IRA<br>TD AMERITRADE CLEARING CUSTODIAN<br>13-47 WILKENS COURT<br>FAIR LAWN, NJ 07410 | | Claim Number: 3353<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,716.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STEINBERG, FRED<br>66 STIRRUP LANE<br>RIVERSIDE, CT 06878 | | Claim Number: 4589<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,000.00 |
| STEINBERG, MAY<br>5 COVENTRY SQUARE<br>HOLMDEL, NJ 07733 | | Claim Number: 4025<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,100.00 |
| STEINER, KENNETH J.<br>218 WILLOW DR.<br>COULTERVILLE, IL 62237 | | Claim Number: 4308<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,734.00 |
| STEINER, RUSSELL W.<br>13 WILLARD WILLIAMSON ROAD<br>MILAN, TN 38358 | | Claim Number: 4348<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,451.50 |
| STELDT, PAUL M. & MARIANN M.<br>30331 SARATOGA LN<br>BOERNE, TX 78015-4250 | | Claim Number: 7822<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $144,172.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STEMPIEN, THADDEUS
158 SERPENTINE DR
VENICE, FL 34285

Claim Number: 4819
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |

STENGLE, THOMAS G., JR.
8000 DESOTO ST
METAIRIE, LA 70003

Claim Number: 6582
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

STEPENOVITCH, JOE
1800 S OCEAN DR
APT 409
FORT LAUDERDALE, FL 33316-3759

Claim Number: 9403
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,643.10 |

STEPHANIK, JOANNE
413 N. SAN DIMAS AVE
SAN DIMAS, CA 91773

Claim Number: 1782
Claim Date: 10/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,653.76 | Scheduled: | $3,876.92  CONT | Allowed: | $5,653.76 |

STEPHEN D. PLUNK, IRA ROLLOVER
2139 E. 48TH PLACE
TULSA, OK 74105

Claim Number: 4043
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,515.93 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STEPHEN E. SHAMBAN, LAW OFFICES, P.C.<br>222 FORBES ROAD<br>PO BOX 850973<br>BRAINTREE, MA 02185-0973 | Claim Number: 7594<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $1,284.95 | Scheduled: | $2,307.95 | Allowed: | $1,284.95 |
|---|---|---|---|---|---|---|

| STEPHEN L SOWERS TRS FBO STEPHEN L<br>SOWERS TRUST, A REVOCABLE INTER<br>VIVOS TRUST UA JAN 01, 2005<br>3408 RED MAPLE DR<br>MODESTO, CA 95355-8419 | Claim Number: 4217<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $2,208.99 |
|---|---|---|

| STEPHEN SWEENEY R E APPRAISAL<br>ATTN STEPHEN SWEENEY<br>110 W LANCASTER AV #100<br>WAYNE, PA 19087 | Claim Number: 4460<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $3,450.00 | | | Allowed: | $3,450.00 |
|---|---|---|---|---|---|---|

| STEPHENS, ROBERT J.<br>2376 N. CAMPUS AVENUE<br>UPLAND, CA 91784 | Claim Number: 6725<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|

| UNSECURED | Claimed: | $11,702.50 |
|---|---|---|

| STEPHENS, ROBERT J.<br>2376 N. CAMPUS AVENUE<br>UPLAND, CA 91784 | Claim Number: 6838<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|

| UNSECURED | Claimed: | $16,396.80 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STEPHENS, RONALD L. IRS R/O<br>114 LAWTON AVE.<br>SAVANNAH, GA 31404-1229 | | Claim Number: 9897<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,032.97 |
| STEPHENSON, CHRISTELL<br>3208 FIVE OAKS PL.<br>LOUISVILLE, KY 40207 | | Claim Number: 5046<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $5,969.31 |
| STEPHENSON, FRANK & NORMA<br>10 MARSH WINDS<br>HILTON HEAD ISLAND, SC 29926 | | Claim Number: 7090<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| STEPHENSON, RYNA L.<br>9400 KENSALL COURT<br>SACRAMENTO, CA 95829-6065 | | Claim Number: 9181<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7.56 |
| STEPHENSON, RYNA L.<br>9400 KENSALL COURT<br>SACRAMENTO, CA 95829-6065 | | Claim Number: 9537<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $4.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STEPP, EDWARD A. TTEE<br>EDWARD A STEEP<br>U/A DTD 10/27/1998<br>PO BOX 3222<br>LAUREL, MD 20709 | | Claim Number: 3747<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,444.00 | | | | | |
| STERLING, DANIEL P.<br>5523 COLONY RD<br>GRAND BLANC, MI 48439 | | Claim Number: 174<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | | |
| UNSECURED | Claimed: | $21,450.00 | Scheduled: | $21,450.00 | | | |
| STERLING, DANIELLE<br>1882 WEST 9TH ST.<br>BROOKLYN, NY 11223 | | Claim Number: 8090<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $547.06 | Scheduled: | $547.06  CONT | Allowed: | $547.06 | |
| STERN, DOLORES A.<br>9749 POSSUM HOLLOW RD<br>SHIPPENSBURG, PA 17257-9262 | | Claim Number: 3733<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,788.00 | | | | | |
| STERN, FREDERICKA G. IRA<br>MLPF & S CUST FPO<br>90 NORTH AVE<br>WESTPORT, CT 06880 | | Claim Number: 5188<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $37,826.19 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STERN, JOYCE
515 E 79TH ST APT 18F
NEW YORK, NY 10075-0784

Claim Number: 7893
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $70,130.00 |
|---|---|---|

STERN, JOYCE & GOLDBERG, JANE
515 E 79TH ST APT 18F
NEW YORK, NY 10075-0784

Claim Number: 7894
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $17,430.50 |
|---|---|---|

STEVE WOLFF & ASSOC. INC.
9602 SANTIAGO BLVD
VILLA PARK, CA 92867

Claim Number: 3369
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $248.66 | Scheduled: | $160.00 |
|---|---|---|---|---|

STEVENS, BARBARA
11657 N 41ST PLACE
PHOENIX, AZ 85028

Claim Number: 8228
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,017.73 |
|---|---|---|

STEVENS, JAMI
6 SHELART ST.
PLAINVIEW, NY 11803

Claim Number: 3925
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,148.18 | Scheduled: | $2,296.36 CONT | Allowed: | $1,148.18 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STEVESON, SUSAN D
5515 DARTMOUTH
DRIVE
FORT WAYNE, IN 46825

Claim Number: 5425
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $853.85 | Scheduled: | $853.85 CONT | Allowed: | $853.85 |
|---|---|---|---|---|---|---|

STEWARD, JOHN
606 TITUS HILL RD
COLEBROOK, NH 035763627

Claim Number: 5967
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $73.50 | | | Allowed: | $73.50 |
|---|---|---|---|---|---|---|

STEWART, ALTHEA
64 IROQUOIS AVE
SELDEN, NY 11784

Claim Number: 791
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10131 (08/15/2011)

| PRIORITY | Claimed: | $384.90 | Scheduled: | $384.62 CONT | Allowed: | $384.90 |
|---|---|---|---|---|---|---|

STEWART, ALVA
23 ARTHUR ST
BRENTWOOD, NY 11717

Claim Number: 2217
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $714.00 | Scheduled: | $714.00 CONT | Allowed: | $714.00 |
|---|---|---|---|---|---|---|

STEWART, JEFFREY H.
2824 DENBEIGH DR
HATFIELD, PA 19440

Claim Number: 977
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,240.00 | Scheduled: | $6,360.00 CONT | Allowed: | $4,240.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STEWART, ROGER & KAREN
JTWROS
227 ALLISON LN
WINFIELD, MO 63389

Claim Number: 5597
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

STEWART, TARA M.
4572 STEEPLECHASE DR
VIRGINIA BEACH, VA 23464

Claim Number: 1042
Claim Date: 09/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,353.60 | Scheduled: | $1,353.84 CONT | Allowed: | $1,353.60 |
|---|---|---|---|---|---|---|

---

STICKEL, TOM
2616 VERONA TRL
WINTER PARK, FL 32789

Claim Number: 8096
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,710.97 |
|---|---|---|

---

STIEFEL, ANNE
4551 GULF SHORE BLVD NORTH # 305
NAPLES, FL 34103

Claim Number: 5376
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

STIEGERT, MICHAEL & MARINA, JT TEN
WESTENDALLEE 65 14052
BERLIN,
GERMANY

Claim Number: 7430
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,811.71 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STIEPAN, FRDERICK
16585 BORDEAUX LN
HUNTINGTN BCH, CA 92649-1882

Claim Number: 3735
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

STIER, DORENE E.
430 RIVERSIDE AVE
BEN LOMOND, CA 95005

Claim Number: 9935
Claim Date: 02/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,765.00 | Allowed: | $1,765.00 |
|---|---|---|---|---|

---

STIFEL, NICOLAUS C/F
JOHN LEONARD
1566 EAST RANGE LINE RD.
GREENCASTLE, IN 46135

Claim Number: 9928
Claim Date: 01/23/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $15,000.00 | | |
|---|---|---|---|---|

---

STIFEL, NICOLAUS, CUSTODIAN FOR
DAVID L. WADE SEP IRA
1401 RICHVIEW LANE
GREENVILLE, IL 62246

Claim Number: 8142
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

---

STILES, LAUREL A
382 WALTON STREET
LEMOYNE, PA 17043

Claim Number: 7952
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,295.62 | Scheduled: | $1,360.40 CONT | Allowed: | $1,295.62 |
|---|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STILLWELL, DAVID<br>16 BERKSHIRE DR.<br>CLIFTON PARK, NY 12065 | | Claim Number: 7889<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,729.80 | | | | | |
| STINGER, JAMIE<br>261 STEEPBANK ROAD<br>LANCASTER, PA 17602 | | Claim Number: 5498<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $795.07 | Scheduled: | $795.07  CONT | Allowed: | | $795.07 |
| STINNETT, KEVIN AND/OR JULIE<br>6370 PEACOCK WAY<br>PILOT HILL, CA 95664 | | Claim Number: 10012<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10207 (10/07/2011) | | | | | |
| UNSECURED | Claimed: | $37,869.00 | | | | | |
| STIRLING, BRUCE R.<br>3415 LINDEN AVE - APT 219<br>LONG BEACH, CA 90807 | | Claim Number: 9822<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,150.00 | | | | | |
| STIRLING, BRUCE R.<br>3415 LINDEN AVE - APT 219<br>LONG BEACH, CA 90807 | | Claim Number: 9823<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $268.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| STITES, PAUL B.<br>4512 WALLASEY WAY<br>SALIDA, CA 95368-9221 | | Claim Number: 10255<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| STITS, MICHELLE M.<br>3120 E. 3RD STREET, #4<br>LONG BEACH, CA 90814 | | Claim Number: 1303<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT | Allowed: | | $692.31 |
| STOCKMAN, JOSEPH<br>236 ELWOOD RD<br>EAST NORTHPORT, NY 11731 | | Claim Number: 822<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,079.75 | Scheduled: | $2,080.00  CONT | Allowed: | | $2,079.75 |
| STOCKTON, AUDRA R.<br>8141 W ROSS AVE<br>PEORIA, AZ 85382-3442 | | Claim Number: 1125<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,003.85 | Scheduled: | $1,003.85  CONT | Allowed: | | $1,003.85 |
| STOCKTON, LINDA D.<br>504 W. ORCHARD LN.<br>GREENWOOD, IN 46142 | | Claim Number: 7765<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $5,900.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STOKES COUNTY<br>ATTN CHERYL C. HILL, DELINQUENT TAX COL.<br>P.O. BOX 57<br>DANBURY, NC 27016 | | Claim Number: 2799<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| STOKES LAZARUS & CARMICHAEL LLP<br>WILLIAM K. CARMICHAEL<br>80 PEACHTREE PARK DR.<br>ATLANTA, GA 30309 | | Claim Number: 1619<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $2,317.06 |
| STOKLOSA, LESLIE E. IRA<br>FCC AS CUSTODIAN<br>165 GREENTREE RD<br>TONAWANDA, NY 14150-6445 | | Claim Number: 3805<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $8,922.34 |
| STOLTZFUS, JAMES L.<br>5900 MORGANS WAY<br>SALISBURY, MD 21801 | | Claim Number: 3315<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,038.00 |
| STONE, CLIFFORD W.<br>PO BOX 528<br>EL DORADO, KS 67042-0528 | | Claim Number: 8827<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $50,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| STONE, JOHN<br>307 W AVE I<br>NOLANVILLE, TX 76559 | Claim Number: 7134<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |

| UNSECURED | Claimed: | $12,905.00 |
|---|---|---|

| | | |
|---|---|---|
| STONE, JONATHAN FALCON<br>1320 POTOMAC COURT<br>WILMINGTON, NC 28411 | Claim Number: 10317<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | |

| SECURED | Claimed: | $135,899.98 |
|---|---|---|

| | | |
|---|---|---|
| STONE, NICKOL B.<br>10419 HYNDMAN COURT<br>CHARLOTTE, NC 28214 | Claim Number: 3437<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | |

| PRIORITY | | | Scheduled: | $350.00  CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

| | | |
|---|---|---|
| STONEHENGE CAPITAL LLC<br>C/O MEISTER SEELIG & FEIN LLP<br>ATTN MATTHEW E. KASINDORF, ESQ.<br>2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL<br>NEW YORK, NY 10017 | Claim Number: 8974<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | |

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

| | | |
|---|---|---|
| STONESTREET, BETTY R<br>STONESTREET LIVING TRUST<br>1207 MARLBOROUGH LANE<br>WINSTON SALEM, NC 27105 | Claim Number: 9532<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,539.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STOOPS, LINDSEY<br>2710 HILMER CT<br>ORLANDO, FL 32806 | | Claim Number: 6186<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $2,567.79 CONT | | Allowed: | | $1,230.77 |
| STOOS, DON P. & DEBRA RISLEY<br>6 FAIRLAKE DR<br>CHESTERFIELD, MO 63005 | | Claim Number: 4907<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | | |
| STOREY, FRANK H.<br>CHARLES SCHWAB & CO INC CUST.<br>IRA ROLLOVER<br>214 E 13TH AVE<br>SPOKANE, WA 99202 | | Claim Number: 8990<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | | |
| UNSECURED | Claimed: | $24,136.80 | | | | | | |
| STORKAN, MARY<br>1331 KENTUCKY DR<br>CONCORD, CA 94521 | | Claim Number: 2539<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | | |
| PRIORITY | Claimed: | $964.87 | Scheduled: | $1,487.34 CONT | | Allowed: | | $964.87 |
| STORM, JASON<br>16 SYLVESTER PL<br>LYNBROOK, NY 11563 | | Claim Number: 341<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | | |
| PRIORITY | Claimed: | $3,553.85 | Scheduled: | $3,553.85 CONT | | Allowed: | | $3,553.85 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STORW, HENRY<br>479 STRONGTOWN RD.<br>SOUTHBURY, CT 06488-2445 | | Claim Number: 5643<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| STOWELL, RONALD<br>1263 HECKER RD.<br>WATERLOO, NY 13165 | | Claim Number: 5100<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,178.00 |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | | Claim Number: 1801<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $1,345.30 |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | | Claim Number: 1802<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| PRIORITY | Claimed: | $4,833.33 |
| STRADA, TORY<br>602 W COMSTOCK AVE<br>GLENDORA, CA 91741 | | Claim Number: 5700<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $3,465.41 | Scheduled: | $4,892.10 CONT | Allowed: | $3,465.41 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741 | | Claim Number: 5701
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $1,319.35 |
| STRAIGHT LINE ROOFING & CONTRUCTION
PORTER LAW GROUP, INC.
WILLIAM L. PORTER
7801 FOLSOM BLVD., SUITE 101
SACRAMENTO, CA 95826 | | Claim Number: 10685
Claim Date: 03/10/2009
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8186 (10/15/2009) |
| SECURED | Claimed: | $26,041.33 |
| STRASSNER, BERNARD & BERNICE, TTEES
BERNARD STRASSNER LIVING TRUST
U/A DTD 01/17/1997
45 EAST 89TH ST 30F
NEW YORK, NY 10128 | | Claim Number: 6824
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,222.00 |
| STRATEGIC PLANNING PARTNERS LLC
7041 S 61ST ST
LINCOLN, NE 68516-5518 | | Claim Number: 4323
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $488.50 |
| STRATEGIC PLANNING PARTNERS LLC
ATTN MYRON A. OWENS,
MANAGING PARTNER
875 SOUTH 48TH STREET
LINCOLN, NE 68510-3726 | | Claim Number: 4327
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,155.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STRAUSS, CATHERINE<br>10 BOND LN.<br>HICKSVILLE, NY 11801 | | Claim Number: 4488<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $7,500.00 |
| STRAUSS, MICHAEL J.<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | | Claim Number: 10507<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 8009 (09/14/2009) |
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |
| STRAW, GEORGE W.<br>3570 VANCOUVER DR.<br>DALLAS, TX 75229 | | Claim Number: 3791<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $3,721.34 |
| STRECKER, ROGER W.<br>200 FRYE RD<br>PINEHURST, NC 28374 | | Claim Number: 6423<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,908.91 |
| STRECKER, ROGER W.<br>200 FRYE RD<br>PINEHURST, NC 28374 | | Claim Number: 10642<br>Claim Date: 01/13/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7399 (05/15/2009) |
| PRIORITY | Claimed: | $5,908.91 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | | Claim Number: 1239<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| PRIORITY | Claimed: | $220.00 |
| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | | Claim Number: 1240<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
| PRIORITY | Claimed: | $625.00 |
| STRICKLAND, CIERA<br>PO BOX 1134<br>HILLSBORO, OR 97123 | | Claim Number: 5265<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $625.00 |
| STRICKLAND, CIERA<br>21250 SW JAQUITH RD<br>NEWBERG, OR 97132 | | Claim Number: 5266<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| PRIORITY<br>UNSECURED | Claimed: | $220.00<br>Scheduled:        $220.00 |
| STRICKLY APPRAISALS<br>ATTN OFFICE MANAGER<br>941 GARDNER RD<br>FLOSSMOOR, IL 60452 | | Claim Number: 3846<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $275.00        Allowed:        $275.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| STRICKLY APPRAISALS<br>ATTN OFFICE MANAGER<br>PO BOX 782<br>FLOSSMOOR, IL 60422 | | Claim Number: 3921<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| STRIEGEL, MARTIN C. & ELIZABETH B. JTTEN<br>7401 WATCH HILL CT<br>LOUISVILLE, KY 40228 | | Claim Number: 9586<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| STROM, ERIK<br>11680 SE 164TH ST<br>RENTON, WA 98058 | | Claim Number: 4029<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,007.99 | | |
| STROM, SUSAN M.<br>9309 CHINA GROVE CT.<br>MANASSAS, VA 20110 | | Claim Number: 9672<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| STRUCTURAL ENGINEERS LLC<br>ATTN MARY NETUPSKY, GENERAL MANAGER<br>2963 W ELLIOT RD STE 3<br>CHANDLER, AZ 852241633 | | Claim Number: 3045<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $641.50 | Allowed: | $641.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STRUPHAR, GARY A. & VERNA M.<br>1760 LOUSER RD<br>ANNVILLE, PA 17003 | | Claim Number: 5785<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $5,000.00 | | | | | |
| STRUZZIERI, ALEX M.<br>3950 DAVID PLACE<br>SEAFORD, NY 11783 | | Claim Number: 1713<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $5,115.39 | Scheduled: | $5,115.39  CONT | Allowed: | | $5,115.39 |
| STRYJEWSKI, DAWN M<br>1404 RAMBLEWOOD DRIVE<br>EMMITSBURG, MD 21727 | | Claim Number: 2162<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,791.86 | Scheduled: | $1,791.86  CONT | Allowed: | | $1,791.86 |
| STUART, JUNE W. & JOHN L.<br>FBO JUNE W STUART REV LIV TST<br>DTD 6-17-1993<br>4021 NW 62ND TERRACE<br>OKLAHOMA CITY, OK 73112-1427 | | Claim Number: 6250<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |
| STUDDERT, VAN<br>531 E. CUMBERLAND RD<br>ORANGE, CA 92865 | | Claim Number: 707<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,538.46 | | | Allowed: | | $1,538.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

STUEWE APPRAISAL SERVICES, INC.
6480 SW 155TH AVE.
BEAVERTON, OR 97007-5019

Claim Number: 1508
Claim Date: 10/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | Allowed: | $475.00 |

STURM, DOROTHY ANN
13716 HERITAGE VALLEY WAY
GAINESVILLE, VA 20155

Claim Number: 3466
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,559.00 |
| UNSECURED | Claimed: | $6,559.00 |
| TOTAL | Claimed: | $6,559.00 |

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

Claim Number: 4891
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $335,029.30 |

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

Claim Number: 5054
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,371.36 |

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

Claim Number: 5089
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,425.29 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| STUTZMAN, RYAN | | Claim Number: 5792 | | | | |
| 2211 E PARKWAY DR | | Claim Date: 12/18/2007 | | | | |
| MOUNT VERNON, WA 98273-5541 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,454.10 | | | | |

| STYS, PHILIP R. | | Claim Number: 5528 | | | | |
| 4141 WAIPUA ST. | | Claim Date: 12/14/2007 | | | | |
| KILAUEA, HI 96754 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,102.85 | | | | |

| SUCKOW, LYDIA | | Claim Number: 9604 | | | | |
| 21 CLOVER LEAF LN. | | Claim Date: 01/14/2008 | | | | |
| MANCHESTER, MO 63011 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,650.00 | | | | |

| SUECH, DANIELLE | | Claim Number: 3092 | | | | |
| 2 BANKS PL UNIT 232 | | Claim Date: 11/23/2007 | | | | |
| MELROSE, MA 02176-6148 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| | | Comments: PAID | | | | |
| | | DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,017.69 | Scheduled: | $1,017.69 CONT | Allowed: | $1,017.69 |

| SUI, XINXIN | | Claim Number: 5857 | | | | |
| 59 MILL ST. | | Claim Date: 12/19/2007 | | | | |
| QUINCY, MA 02169 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | |
| | | Comments: EXPUNGED | | | | |
| | | DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,869.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SULENTIC, CHRISTOPHER<br>4514 CHAMBLEE DUNWOODY RD<br>#251<br>ATLANTA, GA 30338 | | Claim Number: 9757<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,060.84 | | |
| SULLIVAN, KENNETH J. & LOIS M.<br>21 GOLF ST<br>NEWINGTON, CT 06111 | | Claim Number: 9793<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $2,000.00 | | |
| SULLIVAN, ROBERT W<br>3066 125TH AVE NE<br>BELLEVUE, WA 98005 | | Claim Number: 9979<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7945 (08/11/2009) | | |
| PRIORITY | Claimed: | $23,643.25 | | |
| SULLYFIELD MTC LLC W&F MTC LLC & MTC TIC<br>LLC - SUCCESSOR IN INTEREST TO WRIT LP<br>ATTN JEFFREY S ROMANICK-GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030-2520 | | Claim Number: 7567<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $57,086.13 | Allowed: | $57,086.13 |
| SULLYFIELD MTC LLC, W&F MTC LLC & MTC<br>TIC LLC - SUCCESSOR TO WRIT L.P.<br>JEFFREY S. ROMANICK - GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030 | | Claim Number: 7194<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5446 (08/15/2008) | | |
| ADMINISTRATIVE | Claimed: | $9,034.74 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SUMETSKY, OLGA<br>4165 EMPIRE LANE<br>PLYMOUTH, MN 55446 | | Claim Number: 7130<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $48,055.00 |

| | | |
|---|---|---|
| SUMMERLIN WEST COMMUNITY ASSOC<br>1000 WEST CHARLESTON BLVD<br>STE 170<br>LAS VEGAS, NV 89135 | | Claim Number: 10039<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) |

| | | |
|---|---|---|
| SECURED | Claimed: | $288.00 |

| | | |
|---|---|---|
| SUMMERS APPRAISAL<br>ATTN TIMOTHY SUMMERS/OWNER<br>9620-H HOMESTEAD COURT<br>LAUREL, MD 20723 | | Claim Number: 2219<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |

| | | |
|---|---|---|
| SUMMERS, MATTHEW<br>208 TIMBERFIELD TRAIL<br>CHINA GROVE, NC 28023 | | Claim Number: 10050<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $38,000.00 |

| | | |
|---|---|---|
| SUMMERS, STEPHEN<br>C/O RANDALL A WOLFF, ATTORNEY AT LAW<br>3325 N ARLINGTON HTS. RD., #500<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 10387<br>Claim Date: 05/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,000.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | | |
|---|---|---|---|---|---|
| SUMMIT APPRAISAL, INC<br>9459 CEDAR ISLAND RD.<br>ATTN ELIZABETH A DENNIS PRESIDENT<br>WHITE LAKE, MI 48386 | | Claim Number: 8206<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $525.00 | | | |
| SUN LIFE ASSURANCE COMPANY OF CANADA<br>C/O COLLIERS PINKARD<br>C/O MICHAEL G MENKOWITZ, ESQUIRE<br>2000 MARKET STEET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1655<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $62,989.32 | | | |
| SUN LIFE ASSURANCE COMPANY OF CANADA<br>C/O COLLIERS PINKARD<br>C/O MICHAEL G. MENKOWITZ, ESQUIRE<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 4569<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $123,441.58 | | Allowed: | $123,441.58 |
| SUN LIFE ASSURANCE COMPANY OF CANADA- US<br>ATTN ANDREA L. NIEDERMEYER<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 | | Claim Number: 8525-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $89,287.77 | | Allowed: | $89,287.77 |
| SUN LIFE ASSURANCE COMPANY OF CANADA- US<br>ATTN ANDREA L. NIEDERMEYER<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 | | Claim Number: 8525-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| SECURED | Claimed: | $7,203.10 | | Allowed: | $7,203.10 |

| | | | | |
|---|---|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANDA<br>C/O COLLIERS PNKARD<br>C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1748<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7556 (06/23/2009) | | |
| UNSECURED | Claimed: | $62,989.32 | Allowed: | $62,989.32 |
| SUN, JUN<br>12637 EL CAMINO REAL UNIT 5308<br>SAN DIEGO, CA 92130-5008 | | Claim Number: 8136<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2.75 | | |
| SUNDBERG, MICHAEL N.<br>2726 LADY ANNE'S WAY<br>HUNTINGTOWN, MD 20639-4119 | | Claim Number: 5318<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $9,371.70 | | |
| SUNDBERG, MICHAEL N.<br>2726 LADY ANNE'S WAY<br>HUNTINGTOWN, MD 20639-4119 | | Claim Number: 5319<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,938.29 | | |
| SUNG, STEVEN LANG<br>SUNG LIVING TRUST<br>86 RAINFLOWER LANE<br>WEST WINDSOR, NJ 08550 | | Claim Number: 5981<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,071.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| SUNG, VIVIAN<br>516 WATKINS DR<br>MINEOLA, NY 11501 | | Claim Number: 5422<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,748.99  CONT | | |
| UNSECURED | Claimed: | $1,748.99 | | | Allowed: | $1,748.99 |
| SUNRISE APPRAISAL GROUP<br>ATTN DONALD R SMITH, PRESIDENT<br>1125 SHAWNEE RD<br>LIMA, OH 45805 | | Claim Number: 649<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $275.00 | | | Allowed: | $275.00 |
| SUNRISE SPRINGS WATER CO.<br>P.O. BOX 232<br>NEWBURY, OH 44065 | | Claim Number: 2110<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $497.77 | Scheduled: | $44.00 | | |
| SUNSET POINT APPRAISAL<br>ATTN COREY W. KEELING<br>1824 CAPISTRANO STREET<br>SAN DIEGO, CA 92106 | | Claim Number: 3313<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |
| SUNSHINE APPRAISAL SERVICES<br>JENNIFER E. LOUGHRY, SEC.<br>1200 RED HILL ROAD<br>ROWLESBURG, WV 26425 | | Claim Number: 4715<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| SUNSHINE CUSTOM CLEANING SERVICE<br>6005 IRENE DR<br>HOFFMAN ESTATES, IL 60192 | | Claim Number: 10256<br>Claim Date: 04/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $2,210.13 | | Allowed: | $2,210.13 |
| SUNTORY INTERNATIONAL CORP.<br>350 THEODORE FREMD AVE FL 2<br>RYE, NY 105801565 | | Claim Number: 1258-01<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $7,575.00 | Scheduled: $5,573.24 | Allowed: | $7,575.00 |
| SUNTORY INTERNATIONAL CORP.<br>350 THEODORE FREMD AVE FL 2<br>RYE, NY 105801565 | | Claim Number: 1258-02<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $29,260.00 | | Allowed: | $29,260.00 |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC<br>F/K/A SUN TRUST ASSET FUNDING, LLC<br>C/O MADISON L MARTIN - STITES & HARBISON<br>401 COMMERCE STREET, STE 800<br>NASHVILLE, TN 37219 | | Claim Number: 7757<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8299 (11/13/2009) | | | |
| UNSECURED | Claimed: | $18,613,685.00 | | | |
| SUPERIOR APPRAISAL SERVICES<br>973 EMERSON PKWY, STE C&D<br>ATTN THOMAS R HURST VP<br>GREENWOOD, IN 46143 | | Claim Number: 3611<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $3,860.00 | Scheduled: $1,235.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUPERIOR PROFESSIONAL CLEANING SVC, INC.<br>ATTN PATRICIA A. COMBER<br>214 WOOD ST., # 113<br>PUNTA GORDA, FL 33950 | | Claim Number: 2010<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $192.60 | Scheduled: | $256.80 | Allowed: | | $192.60 |
| SURE HOME INSPECTION SERVICE<br>610 INDIANA AV<br>COLLINSVILLE, IL 62234 | | Claim Number: 2679<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $725.00 | | | | | |
| SURF HOUSE CLEANING<br>ATTN OWNER<br>1040 FAIR OAKS AVE<br>ALAMEDA, CA 94501 | | Claim Number: 2048<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $360.00 | Scheduled: | $180.00 | Allowed: | | $360.00 |
| SURF HOUSECLEANING<br>HEATHER FOLLRATH, OWNER<br>1040 FAIR OAKS AVE<br>ALAMEDA, CA 94501 | | Claim Number: 3<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| UNSECURED | Claimed: | $270.00 | | | | | |
| SUROWIEC, MICHAEL S<br>116 RALPH AVE<br>S PLAINFIELD, NJ 07080-2814 | | Claim Number: 6635<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7392 (05/15/2009) | | | | | |
| UNSECURED | Claimed: | $14,970.21 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SURVEY ASSOCIATES
ATTN LINDA LIVELY
PO BOX 17369
SAN ANTONIO, TX 78217

Claim Number: 2327
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $389.25 | | | |

---

SUSAN & CO
ATTN SUSAN WOERNER
6235 OAKLAND DRIVE
PORTAGE, MI 49024

Claim Number: 2253
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |

---

SUSAN C LITTLE & ASSOCIATES PA
ATTN SUSAN LITTLE, PRESIDENT
SUITE 101
4501 INDIAN SCHOOL RD NE.
ALBUQUERQUE, NM 87110

Claim Number: 9076
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $550.26 | | Allowed: | $550.26 |

---

SUSAN KRUSE APPRAISAL SERVICE
ATTN SUSAN KRUSE
4060 NE 18 AVE
OAKLAND PARK, FL 33334

Claim Number: 988
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $525.00 | | Allowed: | $525.00 |

---

SUSAN KRUSE APPRAISAL SERVICE
ATTN SUSAN KRUSE
4060 NE 18 AVE
OAKLAND PARK, FL 33334

Claim Number: 3194
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $525.00 | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| SUTICH, CECILIA<br>2 TERRACE LANE<br>SMITHTOWN, NY 11787 | | Claim Number: 56<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.31 | Allowed: | $1,442.31 |

| SUTO, TIMOTHY<br>185 BARLOW DRIVE SOUTH<br>BROOKLYN, NY 11234 | | Claim Number: 6593<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $509.95 |

| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | | Claim Number: 1846<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
|---|---|---|
| SECURED | Claimed: | $4,608.92 |

| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | | Claim Number: 10210<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $32,146.81 |
| SECURED | Claimed: | $32,146.81 |
| TOTAL | Claimed: | $32,146.81 |

| SUTTER COUNTY TAX COLLECTOR<br>ATTN JIM STEVENS<br>TREASURER TAX COLLECTOR<br>PO BOX 546<br>YUBA CITY, CA 95992 | | Claim Number: 10236<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,146.81 |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $32,146.81 |
| TOTAL | Claimed: | $32,146.81 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.<br>JT WROS<br>120 DAVIS DR<br>WILLIAMSBURG, VA 23185 | | Claim Number: 6220<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,224.80 | |
| UNSECURED | Claimed: | $17,224.80 | |
| TOTAL | Claimed: | $17,224.80 | |

| SUTTON, MYRTLE L. & MCDANIEL, SANDRA S.<br>JTWROS<br>120 DAVIS DR<br>WILLIAMSBURG, VA 23185 | | Claim Number: 7900<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,224.80 | |
| UNSECURED | Claimed: | $17,224.80 | |
| TOTAL | Claimed: | $17,224.80 | |

| SUVAGIYA, RAMESH K & KAILAS R<br>53 HOPATCONG DRIVE<br>LAWRENCEVILLE, NJ 08648 | | Claim Number: 5421<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,262.99 | |
| UNSECURED | Claimed: | $10,262.99 | |
| TOTAL | Claimed: | $10,262.99 | |

| SWAIM APPRAISAL SERVICES, INC.<br>ATTN MIKE SWAIM, PRESIDENT<br>3932 ASPEN DR<br>WEST DES MOINES, IA 50265 | | Claim Number: 956<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $525.00 | | Allowed: | $525.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SWAN, M. KATHLEEN
5111 MCNUTT RUN ROAD
CAMPBELL, NY 14821-9707

Claim Number: 9689
Claim Date: 01/17/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,305.61 | | |

---

SWANNER, MARGARET
4245 NIPOMO AVE
LAKEWOOD, CA 90713

Claim Number: 111
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $2,030.00 | Scheduled: | $2,030.77 CONT |

---

SWANSON, ALAN H.
ARLINE J. SWANSON JT TEN TOO
123 HIDDEN OAKS DRIVE
BARRINGTON, IL 60010

Claim Number: 3286
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,081.50 |

---

SWARTZ, RICHARD
SAUDI ARAMCO
P.O. BOX 11920
DHAHRAN, 31311
SAUDI ARABIA

Claim Number: 7659
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,100.00 |

---

SWASEY, VIVIAN
PO BOX 1712
JENSEN BEACH, FL 349581712

Claim Number: 2769
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $768.00 | Scheduled: | $768.00 CONT | Allowed: | $768.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SWEARINGEN REALTY GROUP, LLC<br>ATTN GRANVILLE JENKINS<br>5950 BERKSHIRE LANE, # 700<br>DALLAS, TX 75225 | | Claim Number: 7653<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $50,000.00 |
| SWEARINGEN REALTY GROUP, LLC<br>ATTN: GRANVILLE JENKINS<br>5950 BERKSHIRE LANE #700<br>DALLAS, TX 75225 | | Claim Number: 7763<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $15,036.91        Scheduled:        $15,036.91 |
| SWEATT, JAMES L.<br>7402 STONEHAVEN DR<br>WAXHAW, NC 28173 | | Claim Number: 7756<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,462.98 |
| SWEENEY, ROBERT<br>696 WOODBINE DR.<br>CARMEL, IN 46033 | | Claim Number: 7470<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $9,375.00 |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 287<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $32,581.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 288<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $9,375.00 | | |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 7469-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7987 (08/31/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 7469-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7987 (08/31/2009) | | |
| PRIORITY<br>UNSECURED | Claimed: | $21,631.00 | Allowed: | $21,631.00 |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 923<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,500.00 | | |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 924<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |
| PRIORITY | Claimed: | $1,500.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 7467<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,500.00 | | | | |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 7468<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,500.00 | | | | |
| SWIFT, MIKKI<br>2907 SEMMES AVE<br>RICHMOND, VA 23225 | | Claim Number: 1382<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,730.40 | Scheduled: | $2,941.68  CONT | Allowed: | $1,730.40 |
| SWIFTEL COMMUNICATIONS<br>ATTN DOROTHY BEACH<br>PO BOX 588<br>BROOKINGS, SD 57006 | | Claim Number: 2328<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $745.75 | | | Allowed: | $745.75 |
| SWIST, ED IRA<br>3623 SOMERSET<br>PRAIRIE VILLAGE, KS 66208 | | Claim Number: 6116<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SWIST, EDWARD & JAN<br>3623 SOMERSET<br>PRAIRIE VILLAGE, KS 66208 | | Claim Number: 6400<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $500.00 |

| | | |
|---|---|---|
| SWITZER, CHARLES H.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 5031<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $1,110.00 |
| UNSECURED | Claimed: | $1,110.00 |
| TOTAL | Claimed: | $1,110.00 |

SYKES, THADDEUS
2003 CRIMSON MEADOWS DR.
O'FALLON, MO 63366

Claim Number: 1578
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,625.00 | Scheduled: | $4,163.46 CONT | Allowed: | $2,625.00 |

SYKES, THADDEUS
2003 CRIMSON MEADOWS DR.
O'FALLON, MO 63366

Claim Number: 7411
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,166.00 |

SYKES, THADDEUS
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

Claim Number: 7461
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,163.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| SYKES, THADDEUS J (THAD)<br>2003 CRIMSON<br>MEADOWS DRIVE<br>O FALLON, MO 63366 | | Claim Number: 7454<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,269.23  CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| SYLOS, JOSEPH (JOHN)<br>212 WOODWARD<br>GENEVA, IL 60134 | | Claim Number: 4040<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,115.20 | Scheduled: | $1,115.20  CONT | Allowed: | $1,115.20 |
| SYLVESTER LAW OFFICE PC PENSION<br>TRUST DTD 06/07/04<br>THOMAS P. SYLVESTER. TTEE<br>PO BOX 16026<br>TUCSON, AZ 85732-6+06 | | Claim Number: 6855<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,190.00 | | | | |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | | Claim Number: 1431<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $2,146.56 | | | | |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | | Claim Number: 1554<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,651.20 | | | Allowed: | $1,651.20 |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

SYMPLEGADES
ATTN IAN GERTLER, PRESIDENT & CEO
1746 MCLAURIN LANE
FUQUAY-VARINA, NC 27526

Claim Number: 8191
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $47,610.00 | | | Allowed: | $47,610.00 |

SYNDER, JOSEPH AND LOYCE, JT TEN
1510 FARGO
ODESSA, TX 79761-3208

Claim Number: 8234
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,647.55 |

SYNENKO, JENNIFER
16 HUGHES LN
NORTH BABYLON, NY 11703

Claim Number: 312
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00  CONT | Allowed: | $1,200.00 |

SYNENKO, SUZANNE
11 FARBER DR
WEST BABYLON, NY 11704

Claim Number: 307
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,261.80 | | | Allowed: | $1,261.80 |

SZOCHET, MORRIS
101 FALMOUTH ST.
BROOKLYN, NY 11235

Claim Number: 4037
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $292.95 |
| SECURED | Claimed: | $3,316.00 |
| UNSECURED | Claimed: | $6,650.30 |
| TOTAL | Claimed: | $10,259.95 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| SZOPINSKI'S DEN<br>ATTN CHRISTINE SZOPINSK - PRESIDENT<br>S 110 W 16126 UNION CHURCH DR<br>MUSKEGO, WI 53150 | | Claim Number: 5673<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $175.00 |
| SZOSTAK, ERIK J.<br>CHARLES SCHAB IRA<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738-1006 | | Claim Number: 6766<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,794.90 |
| SZOSTAK, JAN<br>CHARLES SCHAB & CO INC CUST<br>IRA ROLLOVER<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738-1006 | | Claim Number: 6765<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,509.95 |
| SZOSTAK-FALCONE, TIARA<br>IRA CONTRIBUTORY (SCHWAB)<br>23 WHITE OAK RIDGE RD<br>LINCROFT, NJ 07738 | | Claim Number: 6764<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,679.95 |
| SZUMSKI, DAWN<br>224 W CLEARWATER RD<br>LINDENHURST, NY 11757 | | Claim Number: 2589<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,847.23 | Scheduled: | $1,847.23  CONT | Allowed: | $1,847.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| SZYPULA, KRISTIE<br>119 SUTTON DR.<br>PLAINVIEW, NY 11803 | | Claim Number: 1490<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | |
| PRIORITY | Claimed: | $5,115.38 | Allowed: | $5,115.38 |
| T-MOBILE USA, INC.<br>ATTN S. BRANNON/BANKRUPTCY DEPT<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3632<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $519.92 | Allowed: | $519.92 |
| T.R. WORLINE & ASSOCIATES, INC<br>1545 TIMBER WOLF DR<br>HOLLAND, OH 43528-9130 | | Claim Number: 2041<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $405.00      Scheduled:      $405.00 | Allowed: | $405.00 |
| TABER, RICHARD<br>82 MAIKAI STREET<br>HILO, HI 96720 | | Claim Number: 4106<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,400.00 | | |
| TABORA, MARIA FE C.<br>67 GORDON AVE<br>FORDS, NJ 08863 | | Claim Number: 322<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,703.36      Scheduled:      $2,703.36  CONT | Allowed: | $2,703.36 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TACKETT, KENNETH N.
D/B/A KEN TACKETT ASSOCIATES
14333 SAN PAOLO LN
CHARLOTTE, NC 28277

Claim Number: 607
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $8,200.00 | | Allowed: | $8,200.00 |
|---|---|---|---|---|---|

TACOMA, RUTH
1522 FLOYD ST SW
GRAND RAPIDS, MI 49509-4346

Claim Number: 3545
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,919.00 |
|---|---|---|

TACONIC HILLS SD/ANCRAM
73 ROUTE 11A
CRARYVILLE, NY 12521

Claim Number: 2612
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TADYCH, STACEY D
7122 THORNCLIFF DR.
CHARLOTTE, NC 28210

Claim Number: 8401
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $961.60 | | Allowed: | $961.60 |
|---|---|---|---|---|---|

TAKACS, JENNIFER
2410 RIVER RD
CALVERTON, NY 11933-1617

Claim Number: 8694
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $2,153.84 CONT |
|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TAKAHASHI, MAKOTO<br>1400 GEARY BLVD<br>APT 507<br>SAN FRANCISCO, CA 94109 | | Claim Number: 3660<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $45,626.00 |
| TALBOTT, GRACE M. (TRUSTEE)<br>GRACE W. TALBOTT TRUST<br>U/A 11/9/05<br>2400 S. FINLEY RD APT. 150<br>LOMBARD, IL 60148 | | Claim Number: 5294<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,418.30 |
| TALX CORPORATION<br>11432 LACKLAND<br>ST. LOUIS, MO 63146 | | Claim Number: 6922<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8406 (12/14/2009) |
| UNSECURED | Claimed: | $216,746.00 |
| TAM, CHUNG<br>3741 PARADISE AVE<br>SOUTH LAKE TAHOE, CA 96150 | | Claim Number: 6009<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $2,120.00 |
| UNSECURED | Claimed: | $2,222.99 |
| TAMBURRI, P. ANTONIO & JACQUELINE JTWROS<br>15501 GULF BLVD<br>REDINGTON BEACH, FL 33708 | | Claim Number: 6849<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $18,320.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| TAN, LOUIS<br>BLK161 HOUGANG ST 11<br>10-47<br>SINGAPORE, 530161<br>CHINA | | Claim Number: 8209<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| PRIORITY | Claimed: | $433.00 |

| TANCER, EDWARD F.<br>5135 ISABELLA DR<br>PALM BCH GDNS, FL 33418 | | Claim Number: 9278<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $11,036.00 |

| TANG, CECILIA<br>CT. FINANCIAL I LLC<br>8960 SPANISH RIDGE AVE.<br>LAS VEGAS, NV 89148 | | Claim Number: 3255<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| UNSECURED | Claimed: | $162,259.95 |

| TANNER, ROBERT A.<br>3319 E CLARK<br>WICHITA, KS 67218 | | Claim Number: 4156<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |

| TANNER, ROBERT A.<br>3319 E CLARK<br>WICHITA, KS 67218 | | Claim Number: 4157<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| PRIORITY | Claimed: | $12,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| TANQUPAHOA PARISH<br>ATTN DY ANGIE PHELPS<br>PO BOX 727<br>AMITE, LA 70422 | | Claim Number: 3005<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $32.89 | | Allowed: | $32.89 |
| TAPLEY, KAREN<br>9512 AXE HEAD CT<br>RANDALLSTOWN, MD 21133 | | Claim Number: 912<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $3,431.28 | Scheduled: | $4,844.16 CONT | Allowed: | $3,431.28 |
| TARAKJI, GHASSAN<br>1600 HOLLOWAY AVE.<br>SCHOOL OF ENGINEERING<br>SAN FRANCISCO, CA 94132-1722 | | Claim Number: 6234<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $4,414.95 | | | |
| TARAKJI, GHASSAN<br>1600 HOLLOWAY AVE.<br>SCHOOL OF ENGINEERING<br>SAN FRANCISCO, CA 94132-1722 | | Claim Number: 6235<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $3,036.99 | | | |
| TARGET PROPERTIES INC<br>ATTN ROBERT A. MAIER, PRESIDENT<br>816 LYNBROOK DR<br>CHARLOTTE, NC 282114331 | | Claim Number: 3356<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 27<br>Claim Date: 08/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $1,080.63   UNLIQ | | | | |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 37<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | | |
| SECURED | Claimed: | $3,862.04   UNLIQ | | | | |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 10115<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Amends claim number 27 | | | | |
| PRIORITY | | | Scheduled: | $3,540.06  DISP CONT | | |
| SECURED | Claimed: | $1,225.78 | | | Allowed: | $1,225.78 |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 10450<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $1,263.92   UNLIQ | | | | |
| TARRANT COUNTY<br>WELLER, ELIZABETH<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 10690<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $2,478.52 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

TARYLE, DAVID
7683 SOUTH OLIVE CIRCLE
CENTENNIAL, CO 80112

Claim Number: 6562
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

TATE APPRAISAL & CONSULTATION
ATTN KIM TATE, APPRAISER/OWNER
1115 WATERLILY RD
COINJOCK, NC 27923

Claim Number: 8468
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

TATE, RANDY
1406 WILLIAM ST.
SYCAMORE, IL 60178

Claim Number: 2093
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $310.50 | Scheduled: | $310.50 | Allowed: | $310.50 |
|---|---|---|---|---|---|---|

TATOR, WILLIAM E., III
7722 PARK RIDGE DR SW
JENISON, MI 494289158

Claim Number: 6993
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

TATULYAN, GALINA V
9000 HAYMARKET
WHITE LAKE, MI 48386

Claim Number: 2450
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,867.39 | | | Allowed: | $2,867.39 |
|---|---|---|---|---|---|---|

| TAX VERIFICATION BUREAU, INC.<br>ESTEBAN REYES, DIRECTOR<br>200 SE FIRST ST, STE 702<br>MIAMI, FL 33131 | | Claim Number: 623<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110,834.07 | Scheduled: | $77,163.90 | Allowed: | $110,834.07 |
| TAYLOR APPRAISAL SERVICE<br>4027 BELLECREST DR<br>MISSOULA, MT 59801-8906 | | Claim Number: 2449<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | |
| TAYLOR MADE APPRAISALS<br>ATTN SCOTT J TAYLOR<br>PRESIDENT<br>4050 W BROWARD BLVD<br>PLANTATION, FL 33317 | | Claim Number: 400<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $7,645.00 | Scheduled: | $1,300.00 | Allowed: | $7,645.00 |
| TAYLOR, CHRISTOPHER<br>6329 VALLEY VIEW RD.<br>GOODLETTSVILLE, TN 37073 | | Claim Number: 3164<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $530.00 | | | | |
| TAYLOR, DAMETRIA<br>2583 COUNTRYSIDE CT.<br>AUBURN HILLS, MI 48326 | | Claim Number: 8074<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $931.44 | Scheduled: | $931.44  CONT | Allowed: | $931.44 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TAYLOR, DONALD R. & HELEN B.<br>3416 W. HWY 390<br>PANAMA CITY, FL 32405 | | Claim Number: 3314<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,567.50 |
| TAYLOR, HARRY R.<br>354 BARNSIDE DR<br>PALMYRA, PA 17078-8728 | | Claim Number: 9880<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $23,310.00 |
| TAYLOR, J. STANLEY<br>4507 BRYN MAWR LN<br>HOUSTON, TX 77027 | | Claim Number: 7212<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,154.70 |
| TAYLOR, NEWELL F.<br>13202 W HYACINTH DR<br>SUN CITY WEST, AZ 85375-4968 | | Claim Number: 5162<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,882.99 |
| TAYLOR, PATRICK E.<br>5009 LAZY DAY LANE<br>INDIAN TRAIL, NC 28079 | | Claim Number: 2476<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT | Allowed: | $350.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| TAYLOR, PEARL & WILLIAM<br>14781 PEACOCK HILL RD SE<br>OLALLA, WA 98359 | | Claim Number: 315<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7396 (05/18/2009) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $939.67 | Allowed: | $939.67 |
| TAYLOR, SHIRLEY A.<br>13202 W HYACINTH DR<br>SUN CITY WEST, AZ 85375-4968 | | Claim Number: 4385<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,273.00 | | |
| TAYLOR, WILLIAM A.<br>14781 PEACOCK HILL ROAD<br>SOUTHEAST<br>OLALLA, WA 98359 | | Claim Number: 10224<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $975.67 | | |
| TAYLOR-POWELL, CAROL J.<br>ROTH IRA<br>737 N BROADWAY<br>COOS BAY, OR 97420 | | Claim Number: 3857<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $1,721.00 | | |
| TD SERVICE COMPANY<br>1820 E FIRST ST, STE 210<br>SANTA ANA, CA 92711 | | Claim Number: 7947<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $152,092.47 | Allowed: | $152,092.47 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TEAMWORK REAL ESTATE SERVICES<br>ATTN DEBORAH BARTOLINO, OWNER<br>1805 LIVINGSTON STREET<br>MELBOURNE, FL 32901 | | Claim Number: 9269<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $250.00 |
| TEATER, ORAN<br>1837 NW DUNWAY CT.<br>BEND, OR 97701 | | Claim Number: 3258<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| TEEMLEY, BRADLEY J.<br>11 PEARL ST<br>FORESTVILLE, NY 140629501 | | Claim Number: 6943<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $2,065.44 |
| TEHRANI, HANRI Y.<br>125 S CLARK DR<br>BEVERLY HILLS, CA 90211-2603 | | Claim Number: 7037<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| SECURED | Claimed: | $659.80 |
| TEITELBAU, JOEL<br>1319 EUCLID ST., NW #2<br>WASHINGTON, DC 20009 | | Claim Number: 10217<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED | Claimed: | $24,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TEITELBAUM, KAREN - TRUSTEE<br>4436 FOUR WINDS LANE<br>NORTHBROOK, IL 60062 | | Claim Number: 10441<br>Claim Date: 07/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $11,549.00 |
| TEITELBAUM, KAREN TTEE<br>4436 FOUR WINDS LN<br>NORTHBROOK, IL 60062 | | Claim Number: 4276<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,549.00 |
| TEITELBAUM, MARTIN J.<br>20 CHESTER ST.<br>SMITHTOWN, NY 11787 | | Claim Number: 5796<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $3,208.00 |
| TEJEDA, DARBY<br>25949 ORBITA<br>MISSION VIEJO, CA 926915816 | | Claim Number: 709<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $1,846.08 |
| TEJEDA, DARBY<br>2091 15TH ST, SW<br>LOVELAND, CO 80537 | | Claim Number: 4546<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |
| PRIORITY | Claimed: | $1,846.08 | Allowed: | $1,846.08 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

TEJEDA, DARBY
25949 ORBITA
MISSION VIEJO, CA 926915816

Claim Number: 6243
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,846.08 |
|----------|----------|-----------|

---

TEJEDA, DARBY L
25949 ORBITA
MISSION VIEJO, CA 926915816

Claim Number: 3381
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,846.08 |
|----------|----------|-----------|

---

TELEDIRECT INTERNATIONAL, INC
ATTN CINDI SCHULTZ, ACCOUNTING MANAGER
17255 N 82ND STREET
SCOTTSDALE, AZ 85255

Claim Number: 7669
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $8,037.12 |
|-----------|----------|-----------|

---

TELEMATCH
ATTN ERIKA JACKSON
CREDIT COLLECTION SUPERVISOR
PO BOX 1936
SPRINGFIELD, VA 22159

Claim Number: 2715
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 |
|-----------|----------|---------|------------|---------|----------|---------|

---

TELEPHONE DIAGNOSTIC SVCS
2104 SWEDE RD
E NORRITON, PA 19401

Claim Number: 3763
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $7,276.91 | Scheduled: | $6,533.95 | Allowed: | $7,276.91 |
|-----------|----------|-----------|------------|-----------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TELESIGHT
ATTN ERIC MESSAMORE
820 N FRANKLIN STE 200
CHICAGO, IL 60610

Claim Number: 461
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,495.00 | Allowed: | $2,495.00 |
|---|---|---|---|---|

TELSOUTH COMMUNICATIONS, INC.
ATTN ROBERT BUTTERWORTH, VICE PRESIDENT
8406-A BENJAMIN ROAD
TAMPA, FL 33634

Claim Number: 1575
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,645.68 | Allowed: | $1,645.68 |
|---|---|---|---|---|

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7023
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $9,570.05 |
|---|---|---|
| UNSECURED | Claimed: | $377.40 |

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7024
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| ADMINISTRATIVE | Claimed: | $5,957.91 |
|---|---|---|

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 7025
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $296.48 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 7026<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
| ADMINISTRATIVE | Claimed: | $199.92 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 10597<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | |
| UNSECURED | Claimed: | $0.00 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 10598<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 10599-01<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $734.51 | Allowed: | $734.51 |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 10599-02<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | |
| UNSECURED | Claimed: | $377.40 | Allowed: | $377.40 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 10600<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $6,628.75 | | | | |
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1509<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1510<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1557<br>Claim Date: 10/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $800.00 | Allowed: | $400.00 |
| TEPPER, DONNA<br>470 FOURWYND DR<br>ST. LOUIS, MO 63141 | | Claim Number: 4905<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TERESI, DAWN S.
25 HUNTER DRIVE
SMITHTOWN, NY 11787

Claim Number: 1325
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,638.46 | Scheduled: | $1,638.46  CONT | Allowed: | $1,638.46 |
|---|---|---|---|---|---|---|

TERNES, PATRICIA B.
8601 E JOSHUA TREE LANE
SCOTTSDALE, AZ 85250

Claim Number: 5524
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $16,771.00 |
|---|---|---|

TERNES, ROBERT J.
8601 E. JOSHUA TREE LANE
SCOTTSDALE, AZ 85250

Claim Number: 5523
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,913.00 |
|---|---|---|

TERRELL, ANNA L
6143 BROKEN SLATE WAY
LAS VEGAS, NV 891396840

Claim Number: 9438
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15  CONT |
|---|---|---|---|---|

TERRELL, JULIE L.
8718 SCOTTSVILLE RD.
FLOYDS KNOBS, IN 47119

Claim Number: 5199
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,196.51 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | |
|---|---|---|---|---|
| TERRY, JOHN GORDON<br>7629 WINDWARD WAY WEST<br>JACKSONVILLE, FL 32256 | | Claim Number: 1497-01<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| TERRY, JOHN GORDON<br>7629 WINDWARD WAY WEST<br>JACKSONVILLE, FL 32256 | | Claim Number: 1497-02<br>Claim Date: 10/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $15,063.69 | | |
| TETRAULT, SUSAN L.<br>1070 TOBEY ST.<br>NEW BEDFORD, MA 02745 | | Claim Number: 4366<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TEW, ROY E.<br>720 EAST 400 SOUTH<br>OREM, UT 84097 | | Claim Number: 3227<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $14,968.97 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | | Claim Number: 1808<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $116,809.96 | Scheduled: | $121,494.90  UNDET DISP |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCTS ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1883<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN | |
| ADMINISTRATIVE        Claimed: | $1,397.63 | |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 1865<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | |
| UNSECURED        Claimed: | $883,420.73 | |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 1866<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | |
| UNSECURED        Claimed: | $883,420.73 | |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 1867<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | |
| UNSECURED        Claimed: | $883,420.73        Scheduled: | $937,889.69 |
| THACHER PROFFITT & WOOD LLP<br>JONATHAN D. FORSTOT<br>TWO WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 1868<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 8406 (12/14/2009) | |
| UNSECURED        Claimed: | $883,420.73 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | | Claim Number: 1005<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $58,802.42 | | | | | |
| THAKARAR, GOOL<br>2 FENBROOK DRIVE<br>LARCHMONT, NY 10538 | | Claim Number: 8178<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $58,489.40 | | | | | |
| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | | Claim Number: 8179<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $58,489.40 | Scheduled: | $58,137.40 CONT | Allowed: | | $58,489.40 |
| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | | Claim Number: 8180<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| UNSECURED | Claimed: | $58,489.40 | | | | | |
| THALER, BILLY JR.<br>14502 SPUR LN.<br>WALLER, TX 77484 | | Claim Number: 10144<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $60,877.99 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

THAMPY, ANIL
1 CITYVIEW LN UNIT 505
QUINCY, MA 02169-4677

Claim Number: 3823
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,000.00 |

---

THANGAMUTHU, KANDASWAMY
707 CONTINENTAL CIRCLE
APT. 225
MOUNTAIN VIEW, CA 94040

Claim Number: 5825
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,299.87 |

---

THARMAN, JUDITH
N34 W23193 CIRCLE RIDGE RD # 204
PEWAUKEE, WI 53072

Claim Number: 5267
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,273.14 |
| UNSECURED | Claimed: | $1,273.14 |
| TOTAL | Claimed: | $1,273.14 |

---

THATCHER, NICOLE
7639 LAS PALMAS WAY
JACKSONVILLE, FL 32256

Claim Number: 684
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,300.00 |

---

THATCHER, NICOLE
105 WANTAGH AVE
LEVITTOWN, NY 11756

Claim Number: 5970
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31  CONT | Allowed: | $1,442.31 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

THAU, IRVING J.
1139 AMALFI DRIVE
PACIFIC PALISADES, CA 90272-4031

Claim Number: 6574
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,221.20 | | | | | |

---

THE HAMPTON BUILDING LLC
P O BOX 6997
ATTN NEIL MCCOY, MEMBER
MYRTLE BEACH, SC 29572

Claim Number: 8821-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,909.50 | Scheduled: | $2,870.00 | Allowed: | $35,909.50 |

---

THE HAMPTON BUILDING LLC
P O BOX 6997
ATTN NEIL MCCOY, MEMBER
MYRTLE BEACH, SC 29572

Claim Number: 8821-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $2,800.00 | |

---

THE NEWS VIRGINIAN
ATTN DENISE CARTER, BUSINESS OFC MANAGER
PO BOX 1027
WAYNESBORO, VA 22980

Claim Number: 2657
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $729.00 | Scheduled: | $729.00 | Allowed: | $729.00 |

---

THE RUSKIN FAMILY REVOCABLE LIVING TRUST
COMPLETE REVISION DATED 9/11/2002
ALFRED M. & LORENA L. RUSKIN TTEES
9562 HALKULAN
GARDEN GROVE, CA 92841

Claim Number: 8187
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $4,595.00 | UNDET |

---

U.S. BANKRUPTCY COURT                                                                    Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

THE STAR-LEDGER
ATTN BLERTA SULSTAROVA
PO BOX 5718
HICKSVILLE, NY 11802-5718

Claim Number: 9786
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $27,069.40 | | |
|---|---|---|---|---|

THE ULTIMATE CLEANING COMPANY
ATTN TIMOTHY T. PERRY, OWNER
6 AUTUMN DR
MASHPEE, MA 02649

Claim Number: 7041
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
|---|---|---|---|---|

THELEN REID BROWN RAYSMAN & STEINER LLP
ATTN LOUIS J CISZ, III
MARCUS O COLABIANCHI
101 SECOND STREET #1800
SAN FRANCISCO, CA 94105

Claim Number: 7736
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $3,027.90 | Allowed: | $3,027.90 |
|---|---|---|---|---|

THEO PROPERTIES,INC.
ATTN: DON THEO
140 WEST STREET
SUITE ONE
WORCESTER, MA 01609

Claim Number: 2287
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $60.00 | Allowed: | $60.00 |
|---|---|---|---|---|

THERIAULT FAZIO, JO ANN
480 PRESTWICK LANE
WHEELING, IL 60090

Claim Number: 1979
Claim Date: 11/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8948 (06/21/2010)

| PRIORITY | Claimed: | $1,384.61 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

THERIAULT, CLIFFORD J
20575 WESTPARK PL
DEER PARK, IL 60010

Claim Number: 8550-01
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $221,753.15 CONT | | |

THERIAULT, CLIFFORD J
20575 WESTPARK PL
DEER PARK, IL 60010

Claim Number: 8550-02
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $228,345.15 | | | | |

THERIAULT-FAZIO, JO ANN
725 JOHN CT
LAKE ZURICH, IL 60047-9002

Claim Number: 10766
Claim Date: 09/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8947 (06/21/2010)

| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT | Allowed: | $1,384.61 |

THERIOT, ROBERT
414 EAGLE DR
RACELAND, LA 70394

Claim Number: 9533
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $800.00 | | | | |

THERME, NERDA J (JOSEPHINE)
17 WAGNER ST
ELMONT, NY 11003

Claim Number: 6614
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $775.59 | Scheduled: | $775.59 CONT | Allowed: | $775.59 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

| THERMOCOPY<br>ATTN SUE MCCOY, CREDIT & COLLECTIONS MGR<br>P.O. BOX 10665<br>3505 SUTHERLAND AVE<br>KNOXVILLE, TN 37939-0665 | | Claim Number: 2505<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $146.66 | Scheduled: | $146.66 | Allowed: | | $146.66 |
| THERMOLICE, JEAN<br>4510 THREE LAKES CIRCLE<br>ORLANDO, FL 32808 | | Claim Number: 1061<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | | |
| PRIORITY | Claimed: | $250.00 | | | | | |
| THIEMAN AND ASSOCIATES, INC.<br>ATTN GENERAL MANAGER<br>1100 STONE RD STE 101<br>KILGORE, TX 75662 | | Claim Number: 1270<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $1,050.00 | | | Allowed: | | $1,050.00 |
| THIN, AYE<br>4939 DOREEN AVE<br>TEMPLE CITY, CA 91780-4117 | | Claim Number: 860<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,798.08 | Scheduled: | $1,798.08  CONT | Allowed: | | $1,798.08 |
| THISTLEWOOD, DAVID K. IRA<br>SCOTTRADE, INC. TR FBO<br>8502 OAK STREET<br>ARVADA, CO 80005 | | Claim Number: 8368<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| THISTLEWOOD, DONALD K. IRA<br>SCOTTRADE INC TR FBO<br>PO BOX 827<br>GOLDEN, CO 80402 | | Claim Number: 8035<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $4,618.00 | | | | |
| UNSECURED | Claimed: | $4,618.00 | | | | |
| TOTAL | Claimed: | $4,618.00 | | | | |
| THISTLEWOOD, JOEY F. IRA<br>SCOTTRADE INC TR FBO<br>11349 W. FREMONT AVE<br>LITTLETON, CO 80127 | | Claim Number: 8036<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,800.00 | | | | |
| THOET, LANCE<br>10 HGIHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 481<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| SECURED | Claimed: | $31,142.93 | | | | |
| THOET, LANCE<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4889<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $20,295.10 | | | | |
| THOET, LANCE A.<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4959-01<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $19,080.22 CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| THOET, LANCE A.<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4959-02<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $19,192.93 |
| THOLEN, BARNEY C.<br>10405 W. 16TH<br>WICHITA, KS 67212 | | Claim Number: 4413<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $17,961.00 |
| UNSECURED | Claimed: | $0.00 |
| THOMAS BROWN, APPRAISER<br>P.O. BOX 5354<br>TAKOMA PARK, MD 20912 | | Claim Number: 2666<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) |
| UNSECURED | Claimed: | $350.00 |
| THOMAS D JOLLY TRUST<br>THOMAS D JOLLY JR TTEE<br>400 WICKFORD DRIVE<br>PITTSBURGH, PA 15238-2532 | | Claim Number: 4175<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| THOMAS J. WEBER, SRA<br>DBA ASSOCIATED APPRAISAL & PROPERTY<br>SERVICES<br>24072 IRON HEAD LANE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 5256<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $2,250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19947 | | Claim Number: 2278<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19966 | | Claim Number: 2279<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
| THOMAS TYE & ASSOCIATES,INC<br>6062 INDIAN RIVER RD, STE 104<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7604<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| THOMAS, AMELIA M.<br>33 MT VERNON AVE<br>PATCHOGUE, NY 11772 | | Claim Number: 838<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,393.20 | Scheduled: | $1,671.92 CONT | Allowed: | $1,393.20 |
| THOMAS, AMY R.<br>304 BARCROFT DR<br>YORKTOWN, VA 23692 | | Claim Number: 456<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $3,192.00 | Scheduled: | $3,192.00 CONT | Allowed: | $3,192.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| THOMAS, DUANE K.<br>14 CLARKSON FARM DR.<br>CHESTERFIELD, MO 63017 | | Claim Number: 4185<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,234.99 | | |
| THOMAS, ELLEN<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 2508<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $0.00   UNDET    Scheduled: | $5,706.04  CONT | |
| THOMAS, ELLEN<br>2 JOHN F. KENNEDY DRIVE<br>NORTON, MA 02766 | | Claim Number: 6153<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | |
| PRIORITY | Claimed: | $5,008.50 | Allowed: | $5,008.50 |
| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 772<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $16,695.00 | | |
| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 773<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $5,008.51 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 2507<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $16,695.00 | | | | | |
| THOMAS, JAMES E. II<br>P.O. BOX 1956<br>KILMARNOCK, VA 22482 | | Claim Number: 6889<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $57,227.15 | | | | | |
| UNSECURED | Claimed: | $57,277.15 | | | | | |
| TOTAL | Claimed: | $57,227.15 | | | | | |
| THOMAS, LORI<br>5454 KIMBERLY LN<br>PLEASANT PLAINS, IL 626773840 | | Claim Number: 2463<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $461.60 | Scheduled: | $461.60  CONT | Allowed: | $461.60 |
| THOMAS, MICHAEL<br>PSC 80 BOX 10288<br>APO, AP 96367 | | Claim Number: 7687<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,137.99 | | | | | |
| THOMAS, MIRA J<br>510 LYNN AVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 2367<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT | Allowed: | $807.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| THOMAS, SAMUEL N.<br>3405 CLOUDNINE COURT<br>CHESAPEAKE, VA 23323 | | Claim Number: 10248<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| SECURED | Claimed: | $209,000.00 | | | |
| THOMAS, WALTER R.<br>4306 ELTON PLACE<br>VALRICO, FL 33596-7143 | | Claim Number: 3468<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,520.00 | | | |
| THOMPSON APPRAISAL GROUP, INC.<br>ATTN DANIEL E. THOMPSON, PRESIDENT<br>17102 TITUS WAY<br>POOLESVILLE, MD 20837 | | Claim Number: 208<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 | |
| THOMPSON, A. PAUL<br>2920 IDLEWOOD DR<br>CHARLOTTESVLE, VA 229011134 | | Claim Number: 4783<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| UNSECURED | Claimed: | $3,923.25 | | | |
| THOMPSON, CHERYL<br>2517 JENSEN AVE UNIT 317<br>AMES, IA 50010-4876 | | Claim Number: 2529<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT | |
| UNSECURED | Claimed: | $50.72 | Scheduled: | $50.72 CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| THOMPSON, DORIS ANN<br>4432 TERRACE STREET<br>KANSAS CITY, MO 64111 | | Claim Number: 4773<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| THOMPSON, ILEEN<br>2212 NEPTUNE AVENUE<br>BROOKLYN, NY 11224 | | Claim Number: 1466<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $250.00 |

| | | |
|---|---|---|
| THOMPSON, JERRY T.<br>15508 LONG COVE BLVD.<br>CARMEL, IN 46033 | | Claim Number: 3779<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| PRIORITY | Claimed: | $21,913.96 |
| UNSECURED | Claimed: | $21,913.96 |
| TOTAL | Claimed: | $21,913.96 |

THOMPSON, JOHN
136 LAKESIDE DR
CORTE MADERA, CA 94925

Claim Number: 1971
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,584.62 | Scheduled: | $8,584.62 CONT | Allowed: | $8,584.62 |

THOMPSON, JOHN
136 LAKESIDE DR
CORTE MADERA, CA 94925

Claim Number: 1972
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $168.00 CONT | | |
| UNSECURED | Claimed: | $370.00 | Scheduled: | $370.00 CONT | Allowed: | $370.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| THOMPSON, KIMBERLY M.<br>7700 DOVE AVE<br>KANSAS CITY, MO 64139-1422 | | Claim Number: 401<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $2,088.00 | | | | |
| THOMPSON, LYNDELL P.<br>5817 LEBANON RD.<br>CHARLOTTE, NC 28227 | | Claim Number: 10568<br>Claim Date: 11/06/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| SECURED | Claimed: | $52,071.00 | | | | |
| THOMPSON, MARIE<br>1B BRANDYWYNE<br>BRIELLE, NJ 08730 | | Claim Number: 5693<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,364.62 | Scheduled: | $2,364.62  CONT | Allowed: | $2,364.62 |
| THOMPSON, SONYA H.<br>3433 N 53RD ST<br>MILWAUKEE, WI 53216-3257 | | Claim Number: 9755<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,838.30 | | | | |
| THOMPSON, STEPHANIE<br>3151 WINTERGREEN DR<br>FLORISSANT, MO 63033 | | Claim Number: 3851<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $253.92 | Scheduled: | $507.84  CONT | Allowed: | $253.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| THOMPSON, STEPHANIE A.<br>3151 WINTERGREEN<br>FLORISSANT, MO 63033 | | Claim Number: 1089<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| THOMPSON, STEVEN L.<br>3 HAWTHORNE RIDGE CIR<br>TRUMBULL, CT 066115710 | | Claim Number: 310<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54 CONT | Allowed: | $1,211.54 |
| THOMSON FINANCIAL CO, LLC<br>ATTN BARBARA MENDY<br>195 BROADWAY<br>NEW YORK, NY 10007 | | Claim Number: 180<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $71,049.44 | Scheduled: | $23,726.63 | Allowed: | $71,049.44 |
| THOMSON NETG<br>GREG PORTO<br>SKILLSOFT CORPORATION<br>107 NORTHEASTERN BLVD.<br>NASHUA, NH 03062 | | Claim Number: 7943<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | | |
| UNSECURED | Claimed: | $323,024.49 | Scheduled: | $113,024.49 | | |
| THOMSON WEST<br>ATTN TOM M CANEFF<br>610 OPPERMAN DRIVE, D6-11-3707<br>EAGAN, MN 55123 | | Claim Number: 9415<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $1,318.26 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| THOMSON, DOUGLAS MCDONALD SR.<br>PO BOX 1033<br>FORESTHILL, CA 956311033 | | Claim Number: 8102<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $425,000.00 | | | | |

---

| THOMSON, LINDA M., TTE<br>LINDA M THOMSON TRUST<br>DTD 9-30-93<br>1912 HICKORY ST<br>ST. LOUIS, MO 63104 | | Claim Number: 7114<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

| THORNBERRY, JERRY J.<br>2033 PLUMB LN<br>BATAVIA, OH 45103 | | Claim Number: 6772<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,794.00 | | | | |

---

| THORNTON, PATRICIA M.<br>137-32 LAURELTON PARKWAY<br>ROSEDALE, NY 11422 | | Claim Number: 1331<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT | Allowed: | $1,000.00 |

---

| THORNTON, SONYA L<br>2151 GUNSMITH TERRACE<br>WOODBRIDGE, VA 22191 | | Claim Number: 10214<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $17,000.00 | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

THOUGHTDIGITAL LLC
C/O JON D. COHEN, ESQ.
STAHL COWEN CROWLEY
55 W. MONROE ST., SUITE 1200
CHICAGO, IL 60603

Claim Number: 1651
Claim Date: 10/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $674,043.42 | Scheduled: | $423,576.68 | Allowed: | $674,043.42 |

THOUGHTDIGITAL LLC
C/O JON D. COHEN, ESQ.
STAHL COWEN CROWLEY
55 W. MONROE ST., SUITE 1200
CHICAGO, IL 60603

Claim Number: 2354
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 9254 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

THRASHER, GARY A.
10492 EAST ONEIL ROAD
HEREFORD, AZ 85615

Claim Number: 10135
Claim Date: 03/24/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

THURSTON COUNTY TREASURER
ATTN SUSAN SHEFLER, REVENUE OFFICER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502

Claim Number: 640
Claim Date: 09/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7931 (08/11/2009)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $545.92 | | Allowed: | $545.92 |

TIBOR, CAROL A. AND ROBERT J.
65345 E. CANYON DR
TUCSON, AZ 85739

Claim Number: 3785
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,936.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TIDWELL, JAY E.
2090 BANEBERRY DRIVE
BIRMINGHAM, AL 35244

Claim Number: 5131
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,000.00 | | | |
|---|---|---|---|---|---|

---

TIELKER, SAMUEL R
215 NW PASSAGE TRL
FORT WAYNE, IN 46825-2083

Claim Number: 6830
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,309.44 | Scheduled: | $1,309.44  CONT | Allowed: | $1,309.44 |
|---|---|---|---|---|---|---|

---

TILAHUN, MAHARI R.
P.O. BOX 351045
LOS ANGELES, CA 90035

Claim Number: 5894
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,048.83 | | | |
|---|---|---|---|---|---|

---

TILLMAN FAMILY TRUST
UA 7 23 98 HERBERT L &
MARILYN A TILLMAN TR
43447 RIVERBEND BLVD
CLINTON TOWNSHIP, MI 48038-2478

Claim Number: 3984
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
|---|---|---|---|---|---|

---

TILTON, FRANK W.
BOX 944
NASHVILLE, IN 47448

Claim Number: 7751
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TIME WARNER CABLE
ATTN WANDA N. BURRELL
PO BOX 70873
ACCT 135195501
CHARLOTTE, NC 28272

Claim Number: 3348
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $134.50 | Scheduled: | $134.50 | Allowed: | $134.50 |
|---|---|---|---|---|---|---|

TIME WARNER CABLE
ATTN WANDA N. BURRELL
PO BOX 70873
ACCT 150972201
CHARLOTTE, NC 28272

Claim Number: 3349
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
|---|---|---|---|---|---|---|

TIME WARNER CABLE
ATTN WANDA N. BURRELL
PO BOX 70873
ACCT 134316601
CHARLOTTE, NC 28272-0873

Claim Number: 3350
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $64.49 | Scheduled: | $64.49 | Allowed: | $64.49 |
|---|---|---|---|---|---|---|

TIMMONS, TERRANCE
18600 N DALLAS PKWY
# 1017
DALLAS, TX 75287

Claim Number: 9336
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | | | Scheduled: | $461.54 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

TIMOUR, TREVA S.
7237 E. SHORELINE DRIVE
TUCSON, AZ 85715

Claim Number: 4616
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,584.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TINNELL, L. AMOS & FRANCES<br>121 ELIZABETH BROOK DRIVE<br>DAVIDSON, NC 28036 | | Claim Number: 7917<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,139.25 |
| TINNIN, YANWEN<br>9401 HARVEST CT<br>SAINT LOUIS, MO 63132 | | Claim Number: 6221<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $55,571.00 |
| TINSLEY, G. WARREN<br>8176 TAVERN KEEPERS WAY<br>MECHANICSVILLE, VA 23111 | | Claim Number: 7914<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,544.66 |
| TIPALDI, THERESA<br>923 11TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 293<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $1,630.50 |
| TIPALDI, THERESA<br>923 11TH STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 2212<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,639.38 | Scheduled: | $1,803.32 CONT | Allowed: | $1,639.38 |

| | | | | | |
|---|---|---|---|---|---|
| TITLE SERVICES CORPORATION<br>ATTN BRIAN G SAYER<br>DUNAKEY & KLATT, P.C.<br>603 COMMERCIAL ST<br>WATERLOO, IA 50701 | | Claim Number: 1237<br>Claim Date: 08/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9552 (12/13/2010) | | | |
| UNSECURED | Claimed: | $1,085.00 | | Allowed: | $1,085.00 |
| TIZZANO, CHRISTOPHER R<br>5 FIDDLERS GREEN DRIVE<br>LLOYD HARBOR, NY 11743 | | Claim Number: 5832<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08  CONT | Allowed: | $6,923.08 |
| TJR APPRAISAL CORPORATION<br>140 NW MAGNOLIA LAKES BLVD<br>PORT ST LUCIE, FL 349863567 | | Claim Number: 6534-01<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $10,985.00 | Scheduled: | $3,175.00 | Allowed: | $10,985.00 |
| TJR APPRAISAL CORPORATION<br>140 NW MAGNOLIA LAKES BLVD<br>PORT ST LUCIE, FL 349863567 | | Claim Number: 6534-02<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,300.00 | | Allowed: | $1,300.00 |
| TMC APPRAISAL SERVICES LLC<br>64 WOODBURY<br>MERIDIAN, ID 83646 | | Claim Number: 6395<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $350.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TMENGTRIRAT, EKKAPNAP<br>PO BOX 4935<br>LEXINGTON, VA 24450 | | Claim Number: 8042<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,010.49 |

| | | |
|---|---|---|
| TMR APPRAISAL SERVICES, INC.<br>600 ROUTE 73 NORTH SUITE 8<br>MARLTON, NJ 08053 | | Claim Number: 2251<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |

| UNSECURED | Claimed: | $2,860.00 | Allowed: | $2,860.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOBAK, MARK MD PC PSP<br>1600 HARRISON AVE STE 105A<br>MAMARONECK, NY 10543 | | Claim Number: 3236<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $10,000.00 |
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| TOBIAS, CARLOS A.<br>3656 BELL RD NE<br>SALEM, OR 97301 | | Claim Number: 4129<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,083.95 |

| | | |
|---|---|---|
| TOBIN, BERNARD A &<br>AGNES E TOBIN JT TEN<br>11545 E RADISSON RD<br>MOUNT VERNON, IL 62864-6861 | | Claim Number: 2712<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,293.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| TOBIN, JENNIFER<br>10836 MOUNTSHIRE CIRCLE<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 8687<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,830.77 CONT | | | |
| UNSECURED | Claimed: | $2,831.95 | Scheduled: | $2,831.95 CONT | | | |
| TODARO, STEVE<br>485 DOE RUN LANE<br>SPRINGFIELD, PA 19064 | | Claim Number: 7521<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,994.01 | | | | | |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | | Claim Number: 762<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,924.00 | | | | | |
| UNSECURED | Claimed: | $2,924.00 | | | | | |
| TOTAL | Claimed: | $2,924.00 | | | | | |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | | Claim Number: 2830<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,924.00 | Scheduled: | $2,924.00 CONT | Allowed: | $2,924.00 | |
| TODD, HOWARD I.<br>PO BOX 1350<br>HURLOCK, MD 21643 | | Claim Number: 522<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $2,275.00 | | | Allowed: | $2,275.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| TODD, THOMAS & THERESA J. | | Claim Number: 3840 | | | | | |
| 703 RUMFORD COURT | | Claim Date: 11/29/2007 | | | | | |
| CHESAPEAKE, VA 23322-7526 | | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC | | | | | |
| | | Comments: EXPUNGED | | | | | |
| | | DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $7,102.31 | | | | | |
| UNSECURED | Claimed: | $7,102.31 | | | | | |
| TOTAL | Claimed: | $7,102.31 | | | | | |
| TODD, WILLIAM | | Claim Number: 5828 | | | | | |
| 129 DONNA DR | | Claim Date: 12/18/2007 | | | | | |
| HOPKINSVILLE, KY 42240-5263 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| | | Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 | | | |
| TOLEDO BOARD OF REALTORS | | Claim Number: 4299 | | | | | |
| ATTN PAULA S. KITT, CEO | | Claim Date: 12/03/2007 | | | | | |
| 2960 S. REPUBLIC BLVD. | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| TOLEDO, OH 43615-1912 | | | | | | | |
| UNSECURED | Claimed: | $765.00 | Scheduled: | $765.00 | Allowed: | $765.00 |
| TOLEDO EDISON | | Claim Number: 2371 | | | | | |
| ATTN YM JONES | | Claim Date: 11/16/2007 | | | | | |
| BANKRUTPCY DEPT - RM 204 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| 6896 MILLER RD | | | | | | | |
| BRECKSVILLE, OH 44141 | | | | | | | |
| UNSECURED | Claimed: | $465.60 | Scheduled: | $1,296.83 | Allowed: | $465.60 |
| TOLIN, GARIELLA | | Claim Number: 1274 | | | | | |
| 16 KIMBERLY AVE | | Claim Date: 09/27/2007 | | | | | |
| FARMINGVILLE, NY 11738-2268 | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| | | Comments: PAID | | | | | |
| PRIORITY | Claimed: | $753.90 | | | Allowed: | $753.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

TOLSON, CAROL J.
1823 HERON RUN
HAYES, VA 23072-3708

Claim Number: 8166
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $26,733.00 | |

TOMAN, TAMMY S.
8635 SHOE OVERLOOK DR
FISHERS, IN 46038

Claim Number: 19
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $550.00 | |

TOMAN, TAMMY S.
8635 SHOE OVERLOOK DR
FISHERS, IN 46038

Claim Number: 3061
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $550.00 | Allowed: | $550.00 |

TOMBA, JOHN
270 AZALEA DRIVE
MANDEVILLE, LA 70471

Claim Number: 2707
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $5,000.00 CONT | Allowed: | $5,000.00 |

TOMLINSON, SEAN
11914 WASHINGTON ST
PEMBROKE PNES, FL 330255750

Claim Number: 5362
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7506 (06/05/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $2,961.54 CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TOMPKINS APPRAISAL
ATTN JAMES TOMPKINS
8208 GREEN BELT DR
URBANDALE, IA 50322

Claim Number: 2668
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $225.00 | | Allowed: | $225.00 |

TOMPKINS, GLADENA V.
9103 TORRENCE CROSSING DR
HUNTERSVILLE, NC 28078

Claim Number: 462
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,804.22 | Scheduled: | $1,924.31  CONT | Allowed: | $1,804.22 |

TOOMBS, DWAYNE
4093 NEW HIGHWAY 96 W
FRANKLIN, TN 370644782

Claim Number: 3113
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |

TOOTLEMAN, EVA B.
6 CRANSTON CT
PRINCETON JUNCTION, NJ 08550

Claim Number: 4311
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,878.72 |

TOP HAT PRODUCTIONS
ATTN JONATHAN DAVIS, PRESIDENT
17372 EASTMAN ST.
IRVINE, CA 92614

Claim Number: 1873
Claim Date: 11/02/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,128.88 | Scheduled: | $3,472.69 | Allowed: | $4,128.88 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| TOP NOTCH APPRAISALS - 1000023447<br>ATTN JIM KLIEGL<br>OWNER<br>8780 19TH ST, #277<br>ALTA LOMA, CA 91701 | | Claim Number: 605<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,754.00 | | | | | |
| TOP NOTCH APPRAISALS - 1000023447<br>ATTN JIM KLIEGL<br>OWNER<br>8780 19TH ST, #277<br>ALTA LOMA, CA 91701 | | Claim Number: 1256<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $4,754.00 | Scheduled: | $350.00 | | | |
| TOP TIER DATACOM<br>PO BOX 1225<br>ROSEVILLE, CA 95678-8225 | | Claim Number: 3793<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $63.75 | Scheduled: | $63.75 | Allowed: | $63.75 | |
| TOPHAM, JAMES<br>21 EDEL WEISS PT. N.W.<br>CALGARY, AB T3A 4N4<br>CANADA | | Claim Number: 5804<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,464.00 | | | | | |
| TOPP OF THE HARBOR LIMOUSINE<br>ATTN THOMAS REILLY, OWNER<br>PO BOX 36<br>BETHPAGE, NY 11714 | | Claim Number: 2410<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $3,527.00 | Scheduled: | $3,238.00 | Allowed: | $3,527.00 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TORGOVE, JOYCE & LLOYD<br>40 CLIFTON HEIGHTS LA<br>MARBLEHEAD, MA 01945 | | Claim Number: 6183<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| SECURED | Claimed: | $31,617.94 |
| TORNETTA, LINDA S.<br>460 N. ARMANDO<br># I-46<br>ANAHEIM, CA 92806 | | Claim Number: 7229<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $750.00 |
| TORNQUIST, KENNETH R. & JUDY K.<br>12522 BALLARD BLVD<br>HARDIN, MO 64035 | | Claim Number: 3892<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,500.00 |
| TORODOR, WILLIAM<br>2311 RHODE IS SO<br>MINNEAPOLIS, MN 55426 | | Claim Number: 7142<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,287.26 |
| TORRES, AMAURY & IDANIA<br>4616 S 6TH AVE<br>TUCSON, AZ 85714 | | Claim Number: 113<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |
| UNSECURED | Claimed: | $250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TORRES, NICHOLE A.
6131 ROCKNE AVE
WHITTIER, CA 906061349

Claim Number: 514
Claim Date: 09/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $3,784.00 | Scheduled: | $4,636.37  CONT | Allowed: | $3,784.00 |
|---|---|---|---|---|---|---|

TORREY, KENNETH R
401 HAVANA RD
OWATONNA, MN 55060-3426

Claim Number: 5220
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $19,943.00 |
|---|---|---|

TORTAROLO, JOANNE E.
354 GARRETSON RD.
BRIDGEWATER, NJ 08807

Claim Number: 9678
Claim Date: 01/16/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $5,016.95 |
|---|---|---|

TOSHIBA AMERICA BUSINESS SOLUTIONS
ELECTRONIC IMAGING DIVISION
ATTN MERCIA MCKENZIE, CREDIT MRG.
2 MUSICK
IRVINE, CA 92606

Claim Number: 7948
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $31,208.38 | Scheduled: | $15,990.01 | Allowed: | $31,208.38 |
|---|---|---|---|---|---|---|

TOSHIBA BUSINESS SOLUTIONS - COLORADO
1101 W 48TH AVE UNIT 1
DENVER, CO 802211540

Claim Number: 228
Claim Date: 08/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $236.17 | | | Allowed: | $236.17 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| TOUCHARD, JOHN M.<br>26622 BOYCE MILL RD.<br>GREENSBORO, MD 21639 | | Claim Number: 7941<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $5,335.34 | | | |
| TOWER PLACE L.P.<br>C/O REGENT PARTNERS LLC<br>3348 PEACHTREE RD. NE<br>SUITE 100<br>ATLANTA, GA 30326 | | Claim Number: 7572-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $79,484.02 | | Allowed: | $79,484.02 |
| TOWER PLACE L.P.<br>C/O REGENT PARTNERS LLC<br>3348 PEACHTREE RD. NE<br>SUITE 100<br>ATLANTA, GA 30326 | | Claim Number: 7572-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $6,882.75 | | Allowed: | $6,882.75 |
| TOWER PLACE, L.P.<br>C/O FINESTONE & MORRIS, LLP<br>3340 PEACHTREE RD NE, SUITE 2540<br>ATLANTA, GA 30326 | | Claim Number: 2882<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,184.84 | | Allowed: | $1,184.84 |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL,<br>INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | | Claim Number: 1702<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $75.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | | Claim Number: 1703<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $150.00 | | |
| TOWN OF DENTON TAX COLLECTOR<br>TAX COLLECTOR<br>DENTON, MD 21629 | | Claim Number: 2580<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $0.00 | | |
| TOWN OF FLOWER MOUND<br>MARK A BURROUGHS, ATTORNEY AT LAW<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX 76205 | | Claim Number: 1521<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | |
| PRIORITY | Claimed: | $192.16 | Allowed: | $192.16 |
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | | Claim Number: 10818<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9822 (03/09/2011) | | |
| PRIORITY | Claimed: | $7,539.30   UNLIQ | | |
| SECURED | Claimed: | $7,539.30   UNLIQ | | |
| TOTAL | Claimed: | $7,539.30   UNLIQ | | |
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | | Claim Number: 10828<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) | | |
| PRIORITY | Claimed: | $7,539.30   UNLIQ | | |
| SECURED | Claimed: | $7,539.30   UNLIQ | | |
| TOTAL | Claimed: | $7,539.30   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| TOWN OF POMFRET<br>PAMELA S. LEWERENZ, CCMC TAX COLLECTOR<br>PO BOX 286<br>POMFRET CENTER, CT 06259 | Claim Number: 10602<br>Claim Date: 12/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| TOWN OF POMFRET<br>TAX COLLECTOR<br>PO BOX 286<br>POMFRET CENTER, CT 06259 | Claim Number: 10694<br>Claim Date: 03/23/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| TOWN OF RIDGEFIELD TAX COLLECTOR<br>LINDA A SARBELLO, ASST TAX COLLECTOR<br>400 MAIN ST<br>RIDGEFIELD, CT 06877 | Claim Number: 162<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|
| PRIORITY          Claimed: | $627.40 |

| TOWN SQUARE VENTURES, L.P.<br>C/O INLAND SOUTHWEST MANAGEMENT, LLC<br>C/O BERT BITTOURNA, ESQUIRE - LAW DEPT.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | Claim Number: 7950<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|
| SECURED          Claimed:<br>UNSECURED          Claimed: | $10,446.34<br>$4,032.14 |

| TOWNSEND SCHNABEL PHOTOGRAPHY, LLC<br>TOWNSEND SCHNABEL - OWNER<br>6350 WOODWIND DR<br>INDIANAPOLIS, IN 46217 | Claim Number: 497<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|
| UNSECURED          Claimed: | $132.08 |

TOWNSEND SCHNABEL PHOTOGRAPHY, LLC
ATTN TOWNSEND SCHNABEL - OWNER
6350 WOODWIND DR
INDIANAPOLIS, IN 46217

Claim Number: 4017
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $132.08 | | | Allowed: | $132.08 |

TOWNSEND, ELISA V
3113 LANTANA LAKES
DR
JACKSONVILLE, FL 32246

Claim Number: 1985
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $307.69 | Scheduled: | $307.69 CONT | Allowed: | $307.69 |

TOWNSEND, PAULA E
110 VILLAGE GATE BLVD.
DELAWARE, OH 43015

Claim Number: 5009
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $699.09 | Scheduled: | $699.09 CONT | Allowed: | $699.09 |

TOWNSEND, PAULA E.
271 SADDLEBROOK CT
DELAWARE, OH 43015

Claim Number: 378
Claim Date: 09/07/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,080.52 | | | | |

TPRF/THC HAVENPARK, LLC
DEAN G RALLIS JR / DIANE C STANFIELD ESQ
WESTON BENSHOOF ROCHEFORT RUBALCAVA
MACCUISH, LLP - 333 S HOPE ST, 16TH FL
LOS ANGELES, CA 90071

Claim Number: 8579
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3696 (04/14/2008)

| UNSECURED | Claimed: | $18,187.38 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TPRF/THC HAVENPARK, LLC<br>DEAN G RALLIS JR / DIANE C STANFIELD ESQ<br>WESTON BENSHOOF ROCHEFORT  ET AL<br>333 S. HOPE STREET, 16TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 8608<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $18,187.38 | | | | |
| TR HOME APPRAISALS, LLC<br>ATTN TIAMIA A REESE<br>6749 CHAPEL HILL RD<br>INDIANAPOLIS, IN 46214 | | Claim Number: 1178<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $275.00   UNDET | | | | |
| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT.<br>TO SOUTHBOROUGH/WESTBOROUGH LLC<br>C/O LYNNE B. XERRAS-HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | | Claim Number: 8526<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $71,086.24 | | | Allowed: | $71,086.24 |
| TRACY CAUTHEN ENTERPRISES, INC<br>ATTN TRACY R CAUTHEN JR<br>PO BOX 2720<br>LANCASTER, SC 29721 | | Claim Number: 3565<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,300.00 | | | Allowed: | $2,300.00 |
| TRADE SHOW FABRICATIONS, INC.<br>ATTN PRESIDENT<br>360 OSER AVENUE<br>HAUPPAUGE, NY 11788 | | Claim Number: 1992<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $14,122.57 | Scheduled: | $14,122.57 | Allowed: | $14,122.57 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TRAGALE, DENISE
29 E WILLISTON AVE
E WILLISTON PARK, NY 11596

Claim Number: 777-01
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |

TRAGALE, DENISE
29 E WILLISTON AVE
E WILLISTON PARK, NY 11596

Claim Number: 777-02
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $106,624.32 |

TRAGALE, DENISE M
29 EAST WILLISTON AVE
EAST WILLISTON, NY 11596

Claim Number: 5298
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $106,268.60 | Scheduled: | $106,268.60 CONT |

TRAHAN, ROBERT
4834 N. HOYNE AVE
CHICAGO, IL 60625

Claim Number: 7971
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $452,420.32 |

TRAHAN, ROBERT
C/O NORMAN B NEWMAN NOT INDIVIDUALLY BUT
SOLELY AS THE CHAPTER 7 TRUSTEE
191 N WACKER SUITE 1800
CHICAGO, IL 60606

Claim Number: 7972-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $440,385.24 CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAHAN, ROBERT<br>C/O NORMAN B NEWMAN NOT INDIVIDUALLY BUT<br>SOLELY AS THE CHAPTER 7 TRUSTEE<br>191 N WACKER SUITE 1800<br>CHICAGO, IL 60606 | | Claim Number: 7972-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $441,200.97 | | | | | |
| TRAIETTA, EILEEN<br>64 PARK CIRCLE SOUTH<br>FARMINGDALE, NY 11735 | | Claim Number: 482<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $2,376.00 | Scheduled: | $2,376.75 CONT | Allowed: | $2,376.00 |
| TRAISMAN, BARBARA L.<br>1206 STANYAN ST<br>SAN FRANCISCO, CA 94117 | | Claim Number: 9779<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $4,475.90 | | | | | |
| TRAMIL, BILL<br>****NO ADDRESS PROVIDED**** | | Claim Number: 253<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| UNSECURED | Claimed: | $709.95 UNLIQ | | | | | |
| TRAN, MINH H.<br>18514 NORTHEAST 102ND COURT<br>REDMOND, WA 98052 | | Claim Number: 10294<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| UNSECURED | Claimed: | $532,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | |
|---|---|---|---|---|---|
| TRAN-STAR EXECUTIVE TRANSPORTATION SERVICES, INC.<br>PO BOX 2574<br>NORTH BABYLON, NY 11703 | | Claim Number: 47<br>Claim Date: 08/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6840 (01/13/2009)<br>NOT SIGNED | | | |
| UNSECURED | Claimed: | $24,873.68 | | Allowed: | $24,873.68 |
| TRANSTAR CAPITAL CORPORATION<br>ATTN MARK C KLOPFENSTEIN, PRESIDENT<br>6300 POWERS FERRY ROAD<br>SUITE 600-315<br>ATLANTA, GA 30339 | | Claim Number: 9579<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $12,014.00 | | | |
| TRANSUNION SETTLEMENT SOLUTIONS, INC.<br>ATTN LEGAL DEPARTMENT<br>5300 BRANDYWINE PARKWAY, SUITE 100<br>WILMINGTON, DE 19803 | | Claim Number: 1784<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9458 (11/16/2010) | | | |
| UNSECURED | Claimed: | $2,330.91 | | | |
| TRANSVENDING SERVICES<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8169<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) | | | |
| UNSECURED | Claimed: | $1,483.81 | | | |
| TRANSVENDING SERVICES, LLC<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8168<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) | | | |
| UNSECURED | Claimed: | $12,147.72 | Scheduled: | $12,147.72 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TRANSWESTERN 535 CONNECTICUT, LLC<br>C/O CUMMINGS & LOCKWOOD LLC<br>ATTN JOHN F. CARBERRY<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 | | Claim Number: 1881<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8491 (01/12/2010) | | | | |
| SECURED | Claimed: | $10,075.98 | | | | |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP<br>C/O MICHAEL S GREGER/JAMES A TIMKO ESQS<br>ALLEN MATKINS LECK GAMBLE MALLORY &<br>NATSIS LLP - 1900 MAIN ST, FIFTH FL<br>IRVINE, CA 92614-7321 | | Claim Number: 7759-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $156,706.56 | | | Allowed: | $156,706.56 |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP<br>C/O MICHAEL S GREGER/JAMES A TIMKO ESQS<br>ALLEN MATKINS LECK GAMBLE MALLORY &<br>NATSIS LLP - 1900 MAIN ST, FIFTH FL<br>IRVINE, CA 92614-7321 | | Claim Number: 7759-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $11,806.90 | | | | |
| TRANSWESTERN SL GALE NAPERVILLE, LLC<br>C/O ADAM E BERMAN, ATTORNEY<br>MASON WENK & BERMAN, LLC<br>1033 SKOKIE BOULEVARD SUITE 250<br>NORTHBROOK, IL 60062 | | Claim Number: 4914<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $248,999.06 | Scheduled: | $17,470.64 | Allowed: | $248,999.06 |
| TRANSYLVANIA COUNTY<br>P. O. BOX 747<br>BREVARD, NC 28712 | | Claim Number: 10731<br>Claim Date: 08/17/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | | |
| PRIORITY | Claimed: | $32.04 | | | Allowed: | $32.04 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | | Claim Number: 1008<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $5,048.00 | | | | |
| TRAPANOTTO, TIMOTHY<br>17 CRESTWOOD DR<br>FORT SALONGA, NY 11768 | | Claim Number: 7909<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $4,417.07 | Scheduled: | $4,417.07 CONT | Allowed: | $4,417.07 |
| TRAPOST, LLC AND PARK TOWNE DEVELOPMENT<br>CORPORATION<br>ATTN MIKE RING<br>402 S GAMMON PLACE<br>MADISON, WI 53719 | | Claim Number: 7057<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $81,288.43 | | | Allowed: | $81,288.43 |
| TRAUTMAN, KIMBERLY<br>243 165TH AVE SE<br>BELLEVUE, WA 98008 | | Claim Number: 1208<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,384.56 | Scheduled: | $1,384.62 CONT | Allowed: | $1,384.56 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF<br>AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | | Claim Number: 8357<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: DOCKET: 7267 (04/14/2009) | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL. W. JOE WILSON, ESQ. ONE TOWER SQUARE, 2S2A HARTFORD, CT 06183 | | Claim Number: 8358 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 7267 (04/14/2009) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL. W. JOE WILSON, ESQ. ONE TOWER SQUARE, 2S2A HARTFORD, CT 06183 | | Claim Number: 8359 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7267 (04/14/2009) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL. W. JOE WILSON, ESQ. ONE TOWER SQUARE, 2S2A HARTFORD, CT 06183 | | Claim Number: 8360 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: DOCKET: 7267 (04/14/2009) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL. W. JOE WILSON, ESQ. ONE TOWER SQUARE, 2S2A HARTFORD, CT 06183 | | Claim Number: 8363 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: DOCKET: 7267 (04/14/2009) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>PO BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 1394<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | |
| SECURED | Claimed: | $55.80 | Allowed: | $55.80 |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DRIVE<br>BOISE, ID 83713 | | Claim Number: 4189<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY<br>UNSECURED | Claimed: | $31.16<br>Scheduled: $31.16 | Allowed: | $31.16 |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4192<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY<br>UNSECURED | Claimed: | $52.95<br>Scheduled: $52.95 | Allowed: | $52.95 |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4193<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY<br>UNSECURED | Claimed: | $29.04<br>Scheduled: $29.04 | Allowed: | $29.04 |
| TREASURE VALLEY COFFEE INC.<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4190<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY<br>UNSECURED | Claimed: | $23.90<br>Scheduled: $23.90 | Allowed: | $23.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| TREASURE VALLEY COFFEE INC.<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4191<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $60.69 | Scheduled: | $60.69 | Allowed: $60.69 |
| TREASURE VALLEY COFFEE OF CENTRAL OREGON<br>ATTN OFFICE MANAGER<br>PO BOX 6164<br>BEND, OR 97708 | | Claim Number: 4969<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $33.75 | | | Allowed: $33.75 |
| TREASURER OF ARAPAHOE COUNTY, COLORADO<br>ARAPAHOE COUNTY TREASURER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | | Claim Number: 10735<br>Claim Date: 09/28/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8410 (12/14/2009) | | | |
| SECURED | Claimed: | $5,139.52 | | | Allowed: $5,139.52 |
| TREASURER OF PITTSYLVANIA COUNTY<br>P.O. BOX 230<br>CHATHAM, VA 24557 | | Claim Number: 10709<br>Claim Date: 05/04/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | | |
| PRIORITY | Claimed: | $1,762.88 | | | |
| TREBBIEN, SUSAN M., CUSTODIAN FOR<br>529 E SILVERTHORN LN<br>PONTE VEDRA, FL 320817012 | | Claim Number: 6010<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $24,473.90 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| TREBBIEN, SUSAN M., CUSTODIAN FOR<br>529 E SILVERTHORN LN<br>PONTE VEDRA, FL 320817012 | | Claim Number: 6011<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $15,477.00 | | | | |
| TREM, JOSEPH<br>847 NORTH HOWARD STREET<br>AKRON, OH 44310 | | Claim Number: 2109<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | | | Scheduled: | $350.00  CONT | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| TRENNE, MYRON<br>9232 MAGNUM TRL<br>BRIGHTON, MI 481168246 | | Claim Number: 2393<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00  CONT | Allowed: | $300.00 |
| TRESTLER, THOMAS E. & PHYLLIS B.<br>39828 VILLAGE RUN DR<br>NORTHVILLE, MI 48168 | | Claim Number: 6658<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| TRI M CONSTRUCTION<br>ATTN M. MCMAHON, PRES.<br>5 EAST 51ST STREET, STE 6A<br>NEW YORK, NY 10111 | | Claim Number: 2131<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $67,662.00 | Scheduled: | $64,162.00 | Allowed: | $67,662.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| TRI-COUNTY APPRAISAL CO<br>ATTN RICHARD BAUER/APPRAISER<br>PO BOX 2066<br>TWIN FALLS, ID 83303 | | Claim Number: 2556<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $575.00 | Allowed: | $575.00 |
| TRI-STATE APPRAISAL SERVICES<br>ATTN HENRY B GARNETT III PRESIDENT<br>3540 WHEELER ROAD<br>AUGUSTA, GA 30909 | | Claim Number: 3531<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| TRIAD GUARANTY INSURANCE CORP.<br>ATTN EARL WALL, ESQUIRE<br>SENIOR VP, SEC. GENERAL COUNSEL<br>101 SOUTH STRATFORD ROAD<br>WINSTON SALEM, NC 27104 | | Claim Number: 8965<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TRIAD GUARANTY INSURANCE CORP.<br>ATTN EARL WALL, ESQUIRE<br>SENIOR VP, SEC. GENERAL COUNSEL<br>101 SOUTH STRATFORD ROAD<br>WINSTON-SALEM, NC 27104 | | Claim Number: 8966<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TRIAD GUARANTY INSURANCE CORP.<br>ATTN EARL F. WALL, SEN. VP & GEN. COUNS.<br>101 SOUTH STRATFORD ROAD<br>WINSTON-SALEM, NC 27104 | | Claim Number: 9079<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| TRIANGLE MORTGAGE REPORT, THE | Claim Number: 5128 |
| ATTN ELIZABETH W. CARROLL | Claim Date: 12/10/2007 |
| P.O. BOX 1282 | Debtor: AMERICAN HOME MORTGAGE CORP |
| APEX, NC 27502 | |

| UNSECURED | Claimed: | $105.00 | Scheduled: | $105.00 | Allowed: | $105.00 |
|---|---|---|---|---|---|---|

| TRICE VALUATION SERVICES LLC | Claim Number: 472 |
| ATTN: DIANE WALTER | Claim Date: 09/10/2007 |
| 1003 MTHERMON RD, STE 201 | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| SALISBURY, MD 21804 | |

| UNSECURED | Claimed: | $7,380.00 | Scheduled: | $3,825.00 | Allowed: | $7,380.00 |
|---|---|---|---|---|---|---|

| TRICKEY, EDWARD & SHIRLEY (TRUSTEES) | Claim Number: 5084 |
| TRICKEY LIVING TRUST | Claim Date: 12/10/2007 |
| U/A DATED 4-29-97 | Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC |
| 5055 HWY. 236 EAST | Comments: EXPUNGED |
| CARLISLE, AR 72024 | DOCKET: 4295 (05/29/2008) |

| UNSECURED | Claimed: | $26,634.00 |
|---|---|---|

| TRICOR AMERICA INC | Claim Number: 2016 |
| ATTN ANDY SUN, ACCOUNTING MANAGER | Claim Date: 11/13/2007 |
| PO BOX 8100 SFIA | Debtor: AMERICAN HOME MORTGAGE CORP |
| SAN FRANCISCO, CA 94128 | |

| UNSECURED | Claimed: | $22,333.98 | Scheduled: | $22,903.94 | Allowed: | $22,333.98 |
|---|---|---|---|---|---|---|

| TRICOR AMERICA, INC. | Claim Number: 2017 |
| ATTN ANDY SUN, ACCOUNTING MANAGER | Claim Date: 11/13/2007 |
| P.O. BOX 8100 - S.F.I.A. | Debtor: AMERICAN HOME MORTGAGE CORP |
| SAN FRANCISCO, CA 94128 | |

| UNSECURED | Claimed: | $55,695.10 | Scheduled: | $13,072.05 | Allowed: | $55,695.10 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRICOR AMERICA, INC.<br>ATTN ANDY SUN, ACCOUNTING MANAGER<br>P.O. BOX 8100 - S.F.I.A.<br>SAN FRANCISCO, CA 94128 | | Claim Number: 2018<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $87,893.55 | Scheduled: | $56,651.30 | Allowed: | | $87,893.55 |
| TRICOR AMERICA, INC.<br>ATTN ANDY SUN, ACCOUNTING MANAGER<br>P.O. BOX 8100 - S.F.I.A.<br>SAN FRANCISCO, CA 94128 | | Claim Number: 2019<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $71.74 | Scheduled: | $51.50 | Allowed: | | $71.74 |
| TRICOR AMERICA, INC.<br>ATTN ANDY SUN, ACCOUNTING MANAGER<br>P.O. BOX 8100 - S.F.I.A.<br>SAN FRANCISCO, CA 94128 | | Claim Number: 2020<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,783.26 | Scheduled: | $1,783.26 | Allowed: | | $1,783.26 |
| TRILAR MANAGEMENT GROUP<br>ATTN OWNER EL PRESIDIO LLC<br>2101 CAMINO VIDA ROBLE. STE A<br>CARLSBAD, CA 92011 | | Claim Number: 4988<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,166.48 | Scheduled: | $6,166.48 | | | |
| TRINITY INSPECTION SERVICES, LLC<br>ATTN PRESIDENT<br>4851 LBJ FRWY # 410<br>DALLAS, TX 75244 | | Claim Number: 79<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9016 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $5,985.00 | | | Allowed: | | $5,985.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TRIO APPRAISAL COMPANY
ATTN DARLENE JARVIS, CO-OWNER
P.O. BOX 2449
LANCASTER, OH 43130

Claim Number: 3374
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,575.00 | Scheduled: | $1,500.00 | Allowed: | $2,575.00 |

TRIOLO, VICTOR J.
104 SEAVIEW AVE
NORTHPORT, NY 11768

Claim Number: 194
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $240.39 | | | Allowed: | $240.39 |

TRIOLO, VICTOR J.
104 SEAVIEW AVE
NORTHPORT, NY 11768

Claim Number: 195
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7233 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.34 | Scheduled: | $1,730.77 CONT | Allowed: | $1,442.34 |

TRIPWIRE, INC.
ATTN MAH HIXSON, DIRECTOR OF FINANCE
DEPT. CH17020
PALATINE, IL 60055-7020

Claim Number: 3470
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,707.70 | | | Allowed: | $36,707.70 |

TRONT, PETER M
197 ROYAL OAKS DRIVE
WARETOWN, NJ 08758

Claim Number: 3965
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,896.30 | Scheduled: | $1,896.30 CONT | Allowed: | $1,896.30 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TROTT & TROTT, P.C.<br>MARCY J. FORD<br>31440 NORTHWESTERN HWY., SUITE 200<br>FARMINGTON HILLS, MI 48334 | | Claim Number: 1654<br>Claim Date: 10/19/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 9458 (11/16/2010) |
| UNSECURED | Claimed: | $11,127.85 |
| TROTTA, SAL & NUZZOLILLO, ANNETTE<br>40 MARCY DR<br>SOUTHINGTON, CT 06489 | | Claim Number: 4154<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $409.38 |
| TROUT, JAMES G.<br>10104 DUBLIN ROAD<br>WALKERSVILLE, MD 21793 | | Claim Number: 3766<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,939.22 |
| TROY, THOMAS F. & ELIZABETH C.<br>6101 RUDYCARD DR<br>BETHESDA, MD 20814-2237 | | Claim Number: 5312<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,596.69 |
| TRUEBLOOD, RICHARD K.<br>6139 MESA ROAD<br>RENO, NV 89511 | | Claim Number: 8443<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $44,388.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TRUJILLO, ELIZABETH
951 ROSE AVE
DES PLAINES, IL 60016

Claim Number: 7275
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $538.24 | Scheduled: | $538.24  CONT | | |
|---|---|---|---|---|---|---|

TRUSSAK, BEA
1945 MORRING LINE DR
VERO BEACH, FL 32960

Claim Number: 4078
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

TRUST OF LARRY L. & LJUBICA V. HARRISON
209 MATSQUI RD
ANTIOCH, CA 94509

Claim Number: 3890
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,050.00 | | | | |
|---|---|---|---|---|---|---|

TRUST OF LARRY L. HARRISON &
LJUBICA V. HARRISON
209 MATSQUI RD
ANTIOCH, CA 94509

Claim Number: 3887
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,541.10 | | | | |
|---|---|---|---|---|---|---|

TRUSTED FORCE
ATTN WILLIAM C. HOFFMAN
1050 CONNECTICUT AVE. NW
SUITE 1000
WASHINGTON, DC 20036

Claim Number: 2235
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8662 (03/08/2010)

| UNSECURED | Claimed: | $52,000.00 | Scheduled: | $52,000.00 | Allowed: | $52,000.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | | Claim Number: 8484<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) |
| UNSECURED | Claimed: | $20,497.43   UNLIQ |
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | | Claim Number: 10570<br>Claim Date: 11/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
| UNSECURED | Claimed: | $36,709.34 |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | | Claim Number: 1722<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| SECURED | Claimed: | $146.32   UNLIQ |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | | Claim Number: 1723<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $453.14   UNLIQ |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | | Claim Number: 1724<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| SECURED | Claimed: | $416.79   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | | Claim Number: 1725<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| SECURED | Claimed: | $831.99   UNLIQ | | | | |
| TRUSTMARK NATIONAL BANK<br>ATTN SHEILA KING, INVESTOR ACCTG MANAGER<br>LOAN ADMINISTRATION<br>PO BOX 522<br>JACKSON, MS 39205 | | Claim Number: 1726<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| SECURED | Claimed: | $1,038.30   UNLIQ | | | | |
| TRYON, STEPHEN P.<br>PO BOX 712048<br>SALT LAKE CITY, UT 84121 | | Claim Number: 8242<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,468.15 | | | | |
| TSATSAKIS, ANASTASIOS (TASI)<br>17859 S. ALTA DRIVE<br>LOCKPORT, IL 60441 | | Claim Number: 8414<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $2,572.31 | Scheduled: | $2,572.31  CONT | Allowed: | $2,572.31 |
| TSATSAKIS, ANASTASIS<br>17859 ALTA DRIVE<br>LOCKPORT, IL 60441 | | Claim Number: 1205<br>Claim Date: 09/25/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $3,650.40 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TSATSOS, PAUL CPA<br>401K PROFIT SHARING PLAN<br>PAUL TSATSOS, TRUSTEE<br>394 COLLEGE HWY<br>SOUTHWICK, MA 01077 | | Claim Number: 3063<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,677.00 |
| TSE, JULIA SU<br>CHARLES SCHWAB & CO. INC. CUST<br>IRA ROLLOVER<br>1015 MILLRIDGE LN<br>MARIETTA, GA 30067 | | Claim Number: 4083<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $105,644.40 |
| TSE, KAM CHUEN<br>IRA CONTRIBUTORY<br>1015 MILLRIDGE LN<br>MARIETTA, GA 30067 | | Claim Number: 4084<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $24,509.95 |
| TSE, KAM CHUEN & JULIA SU<br>1015 MILLRIDGE LANE<br>MARIETTA, GA 30067 | | Claim Number: 4235<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $205,689.55 |
| TSENG, CHEO-SEN<br>4494 BRADFORD RD<br>COLUMBUS, OH 43220-3846 | | Claim Number: 7255<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $15,931.00 |
| UNSECURED | Claimed: | $15,931.00 |
| TOTAL | Claimed: | $15,931.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| TSESMETZIS, STEFANOS<br>112 WINTER LANE<br>HICKSVILLE, NY 11801 | | Claim Number: 1459<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,250.00 | | | | |
| TSESMETZIS, STEFANOS<br>112 WINTER LANE<br>HICKSVILLE, NY 11801 | | Claim Number: 1506<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $18,000.00 | | | | |
| TSESMETZIS, STEFANOS<br>112 WINTER LN<br>HICKSVILLE, NY 11801 | | Claim Number: 2633<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $3,738.46 | Scheduled: | $3,738.46  CONT | Allowed: | $3,738.46 |
| TSUJI, RYOSUKE<br>6710 HAWAII KAI DR # 814<br>HONOLULU, HI 96825 | | Claim Number: 6184<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,570.00 | | | | |
| TTR SHIPPING<br>1000 CAMPUS DR STE 300<br>STOW, OH 442241768 | | Claim Number: 2998<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,365.05 | Scheduled: | $4,990.05 | Allowed: | $4,365.05 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

TUBB, CATHERINE
250 OLD CHESAPEAKE DR.
WENTZVILLE, MO 63385

Claim Number: 6344
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,923.08 | Scheduled: | $2,923.08 CONT | Allowed: | $2,923.08 |

TUBB, CATHERINE D.
250 OLD CHESAPEAKE DR
WENTZVILLE, MO 63385

Claim Number: 1229
Claim Date: 09/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,923.08 |
| UNSECURED | Claimed: | $15,836.66 |

TUCCI, MICHAEL R
147 EDWARD ST
LINWOOD, PA 190614117

Claim Number: 2674
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $605.77 | | Allowed: | $605.77 |

TUCK, KEITH
2208 BELLGATE CT.
MONTGOMERY, AL 36116

Claim Number: 9947
Claim Date: 02/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $9.99 |
| UNSECURED | Claimed: | $1,020.00 |

TUCKER, CELESTINE
737 RANTOUL LANE
LAKE MARY, FL 32746

Claim Number: 10345
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $324,000.00 |
| UNSECURED | Claimed: | $324,000.00 |
| TOTAL | Claimed: | $324,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TUCKER, CONRAD<br>1970 N. LESLIE ST. # 2835<br>PAHRUMP, NV 89060-3678 | | Claim Number: 4479<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,018.08 |
| TUCKER, MYOUNG HE & LARRY<br>9238 CLASSIC DR NE<br>LACEY, WA 98516 | | Claim Number: 4997<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,595.29 |
| TUCKER, NATHAN<br>APT. 203<br>38 MOONACHIE RD.<br>HACKENSACK, NJ 07601-6554 | | Claim Number: 4752<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $13,117.49 |
| TUCSON NEWSPAPERS<br>ATTN STEPHANIE ZEINFELD, CREDIT MGR.<br>4850 S. PARK AVE.<br>TUCSON, AZ 85714 | | Claim Number: 1752<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $5,967.00 |
| TULIAU, MALVINA<br>7636 BOTANY BAY DR<br>LAS VEGAS, NV 89128 | | Claim Number: 2632<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
| PRIORITY | Claimed: | $7,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TULIAU, MALVINA Q (VINA)
7636 BOTANY BAY DR.
LAS VEGAS, NV 89128

Claim Number: 4428
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10440 (05/04/2012)

| PRIORITY | Claimed: | $2,261.58 | | | | |
|---|---|---|---|---|---|---|

TULIAY, MALVINA
7636 BOTANY BAY DR
LAS VEGAS, NV 89128

Claim Number: 1322
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,261.56 | Scheduled: | $2,261.56 CONT | Allowed: | $2,261.56 |
|---|---|---|---|---|---|---|

TULLY, EUGENE & ELIZABETH A., TTEES
TULLY FAMILY TRUST U/A DATED 11/01/89
23 ROCKY RIDGE ROAD
DENNIS, MA 02638-2241

Claim Number: 7320
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $100,000.00 | | | | |
|---|---|---|---|---|---|---|

TULLY, KEVIN J
45 YACHT CLUB RD
BABYLON TOWNSHIP, NY 11702

Claim Number: 6806
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

TULLY, MATTHEW
2206 MCNAB AVE
LONG BEACH, CA 90815

Claim Number: 669
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6178 (10/02/2008)

| PRIORITY | Claimed: | $40,192.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 9829<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,420.00 | Scheduled: | $1,258.40  DISP CONT | | |
| TUM-SUDEN, IRENE M<br>IRA R/O ETRADE CUSTODIAN<br>215 HART BLVD APT 2G<br>STATEN ISLAND, NY 10301-3467 | | Claim Number: 7840<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,959.60 | | | | |
| TUMMINELLO, JOHN<br>5111 KENERLY PINES CT.<br>ST. LOUIS, MO 63128 | | Claim Number: 5682<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| TUONG, KHANH NGUYEN<br>628 J ST<br>DAVIS, CA 956162327 | | Claim Number: 3794<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $150.00 | | | | |
| UNSECURED | Claimed: | $17,544.00 | | | | |
| TURCO, TAEDRA<br>45 SPOFFORD STREET<br>NEWBURYPORT, MA 01950 | | Claim Number: 7625<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $2,115.38 | Scheduled: | $3,147.93  CONT | Allowed: | $2,115.38 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TURK, HERBERT M.<br>39165 JOHNNYCAKE RIDGE ROAD<br>WILLOUGHBY, OH 44094-7951 | | Claim Number: 8366<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $6,514.95 | | | | | |
| TURK, SARAH<br>2408 CARNEGIE LN #1<br>REDONDO BEACH, CA 90278 | | Claim Number: 6583<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,538.48 | Scheduled: | $1,538.40 CONT | Allowed: | $1,538.48 |
| TURLAND, HARLENE<br>FCC AS CUTODIAN<br>8430 BIRCHCROFT<br>DALLAS, TX 75243-6502 | | Claim Number: 8385<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $25,135.65 | | | | | |
| TURLINGTON, DAVID<br>D.B.T. APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | | Claim Number: 1298<br>Claim Date: 09/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |
| TURNER COUNTY<br>ATTN MARLYS ANDERSEN<br>P O BOX 250<br>PARKER, SD 57053 | | Claim Number: 2085<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| TURNER, ALLISON M<br>11581 2ND AVE<br>HESPERIA, CA 92345 | | Claim Number: 7499<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $1,292.31 CONT | Allowed: | $2,100.00 |
| TURNER, IRVING<br>515 E. LAS OLAS BLVD SUITE 1200<br>ATTN: SCOTT RAMO, ADVISOR<br>FT. LAUDERDALE, FL 33301-4203 | | Claim Number: 7877<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $9,255.01 | | | | |
| TURNER, KENTON<br>4242 FRAZIER DR. NE<br>CORYDON, IN 47112 | | Claim Number: 5457<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,669.51 | | | | |
| TURNER, KRISTEN<br>855 BEECH ST APT 309<br>SAN DIEGO, CA 92101-2888 | | Claim Number: 1449<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8414 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT | Allowed: | $969.23 |
| TURNER, MEL<br>961 SWALLOW AVE., PH 301-A<br>MARCO ISLAND, FL 34145 | | Claim Number: 7924<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $35,122.99 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

TURNER, NANETTE
293 VERNON VALLEY RD
NORTHPORT, NY 11768

Claim Number: 885
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,310.38 | Scheduled: | $1,544.23  CONT | Allowed: | $1,310.38 |
|---|---|---|---|---|---|---|

TURNER, WANDA (TRUSTEE)
7450 STONEBROOK PKWY APT 2105
FRISCO, TX 750345754

Claim Number: 4762
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,500.00 |
|---|---|---|

TURNER, WILLIAM F
3833 MONTECITO ROAD
DENTON, TX 76205

Claim Number: 6659
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,716.80 |
|---|---|---|

TURPEN, PATRICIA A.
33891 SE EVERETT WAY
SCAPPOOSE, OR 97056

Claim Number: 7217
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,445.00 |
|---|---|---|

TUSCALOOSA COUNTY
PEYTON C COCHRANE, TAX COLLECTOR
714 GREENSBORO AVE RM 124
TUSCALOOSA, AL 35401

Claim Number: 173
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| SECURED | Claimed: | $1,430.67 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| TUSH, GORDON R.<br>2128 SOUTHWOOD PL<br>LINCOLN, NE 68512-1370 | | Claim Number: 7400<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |
| TWEEL, W. DAVID<br>272 CREEKSTONE RDG<br>S CHARLESTON, WV 253098952 | | Claim Number: 6888<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| PRIORITY | Claimed: | $22,826.98 | | | | |
| UNSECURED | Claimed: | $22,826.98 | | | | |
| TOTAL | Claimed: | $22,826.98 | | | | |
| TXU ENERGY RETAIL COMPANY LP<br>ATTN DON WELLS, SUPERVISOR<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | | Claim Number: 1264<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $18,523.38 | Scheduled: | $27,046.18 | Allowed: | $18,523.38 |
| TYJ, ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA 19341 | | Claim Number: 8186-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $34,080.00 | Scheduled: | $3,727.10 | | |
| TYJ, ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA 19341 | | Claim Number: 8186-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6611 (11/21/2008) | | | | |
| SECURED | Claimed: | $3,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TYLER, CASSELL, JACKSON, PEACE & SILVER L.L.P. - DONALD W. TYLER JR., ESQUIRE POST OFFICE BOX 11656 COLUMBIA, SC 29211 | | Claim Number: 7649 Claim Date: 01/08/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $2,192.03 | | | | | |
| TYLER, MARY 11425 BROMLEY COVE FORT WAYNE, IN 46845 | | Claim Number: 9229 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64  CONT | Allowed: | | $192.32 |
| TYMA, LORRAINE 3 SUMMIT DRIVE HOOKSETT, NH 03106 | | Claim Number: 5015 Claim Date: 12/10/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | | | Scheduled: | $4,676.85  CONT | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| TYNER, RICHARD T., IRA FBO 821 CAMINO DEL ESTE SANTA FE, NM 87501 | | Claim Number: 3551 Claim Date: 11/26/2007 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $6,400.00 | | | | | |
| TYRELL, JOAN 109 WINANT RD PITTSFIELD, NH 03263 | | Claim Number: 2778 Claim Date: 11/19/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $338.52 | Scheduled: | $338.52  CONT | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| TYRONE TOWNSHIP TREASURER<br>ATTN DAVID KURTZ, TREASURER<br>10408 CENTER RD<br>FENTON, MI 48430 | | Claim Number: 2592<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) |
| PRIORITY | Claimed: | $1,175.04 |
| TYSER, DENNIS<br>7215 S. 20TH STREET<br>LINCOLN, NE 68512 | | Claim Number: 6105<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $1,085.99 |
| TZENG, FOREST FENG-TZER<br>11505 RIDGE MIST TERRACE<br>POTOMAC, MD 20854 | | Claim Number: 4136<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $7,683.40 |
| U.S BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8665<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRST 2006 13ARX MORTGAGE<br>PASS THROUGH CERTIFICATES,SER 2006 13ARX<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | | Claim Number: 10907<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 | Allowed: $313.00 |

| | | | | |
|---|---|---|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SER 2006-2 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10908 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $543.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-4SL MORTGAGE PASS THROUGH CERT., SER 2006-4SL 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10909 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $275,900.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007-4SL MORTGAGE PASS THROUGH CERT., SER 2007-4SL 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10910 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $31,159.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007 5AX MORTGAGE PAASS THROUGH CERT., SER 2007-5AX3RD STR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10911 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,000,131.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007-9SL ATTN: PAMELA WIEDER 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10912 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,923,681.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR MORTGAGE PASS THROUGH CERT., SER 2006-5AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10913 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 | Allowed: | $105,542.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR MORTGAGE PASS THROUGH CERT., SER 2006-6AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10914 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,328.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR MORTGAGE PASS THROUGH CERT., SER 2006-9AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10915 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,783.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAE LOAN TRUST 2006-16AX MORTGAGE PASS THROUGH CERT., SER 2006-16AX 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10916 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $619,333.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX MORTGAGE PASS THROUGH CERT., SER 2006-16AX 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | | Claim Number: 10917 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $619,333.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-AR MORTGAGE PASS THROUGH CERT., SER 2006-6AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10918 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,328.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR MORTGAGE PASS THROUGH CERT., SER 2006-8AR3RD STRE 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10919 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $248.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR MORTGAGE PASS THROUGH CERT., SER 2006-5AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10920 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $105,542.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR MORTGAGE PASS THROUGH CERT., SER 2006-8AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10921 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $248.00 |

| U.S. BANK NATIONAL ASSOCIATION AS TTEE V A ARKUSZEWSKI/V BAXTER & AMERICAN HOME MICHAEL G. KELLY, CHADWICK & LAKERDAS 5300 S. SHORE DRIVE CHICAGO, IL 60615 | Claim Number: 8817 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10783 (02/28/2013) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-12XS<br>60 LIVINGSTON AVENUE. EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | | Claim Number: 10616<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $153,190.00 |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2007-8XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | | Claim Number: 10617<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $307,001.00 |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-11<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | | Claim Number: 10618<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $858,748.00 |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-15XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | | Claim Number: 10619<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $618,536.00 |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-17XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | | Claim Number: 10620<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $634,602.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-1XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10621 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $539,552.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-2AX 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10622 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,135,695.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10623 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $15,411.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-6XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10624 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $106,502.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-7AX 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10625 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,056,551.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-8XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10626 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-11 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10627 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-15XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10628 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-17XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10629 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE SERVICING, INC Comments: DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-11 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10630 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-15XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10631 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) | |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-17XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10632 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) | |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-1XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10633 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) | |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10634 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) | |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-7AX 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10635 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10652 (11/14/2012) | |
| UNSECURED | Claimed: | $0.00 |

U.S. BANK NATIONAL ASSOCIATION, AS CUST.
DOCUMENT CUSTODY SERVICES
ATTN DELMA CARLSON
1133 RANKIN STREET, SUITE 100
ST. PAUL, MN 55116

Claim Number: 8681
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,382.23 | | |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER      -EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8279
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,084.00 |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER  -EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8280
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $7,327.00 |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER   - EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8281
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,429.00 |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER   - EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8282
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $26,609.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8283<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,811.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8284<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $13,186.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8285<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $6,405,391.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8286<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $302,321.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8287<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $699,274.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8288<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $4,433,177.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8289<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,555,012.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107 | | Claim Number: 8569<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $150,832.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8585<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $252,833.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8586<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8587<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,001,218.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8588<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8589<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8590<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8591<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8592<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) |
| SECURED | Claimed: | $1,109,892.27 |
| UNSECURED | Claimed: | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8593<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | |
| SECURED       Claimed: | | $1,109,892.27 |
| UNSECURED     Claimed: | | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8594<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | |
| SECURED       Claimed: | | $1,109,892.27 |
| UNSECURED     Claimed: | | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATN PAMELA WIEDER<br>U.S. BANK CORORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | Claim Number: 8595<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | |
| SECURED       Claimed: | | $1,109,892.27 |
| UNSECURED     Claimed: | | $0.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE, STE 1500<br>SAINT PAUL, MN 55107 | Claim Number: 8596<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10652 (11/14/2012) | |
| SECURED       Claimed: | | $1,109,892.27 |
| UNSECURED     Claimed: | | $0.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8597<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8598<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $1,109,892.27 | | |
| UNSECURED | Claimed: | $0.00 | | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN: PAMELA WIEDER, CORP TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVEUE<br>ST. PAUL, MN 55107 | | Claim Number: 8666<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8668<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $179,104.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MM N55107 | Claim Number: 8680<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED          Claimed: | $0.00 | | |
| UNSECURED       Claimed: | $409,892.27 | Allowed: | $179,104.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP. TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8682<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
| SECURED          Claimed: | $0.00 | | |
| UNSECURED       Claimed: | $409,892.27 | Allowed: | $252,833.00 |
| U.S. DEPARTMENT OF LABOR, EMPLOYEE<br>BENEFITS SECURITY ADMINISTRATION<br>200 CONSTITUTION AVE., NW, ROOM N5668<br>WASHINGTON, DC 20210 | Claim Number: 10785<br>Claim Date: 06/14/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| ADMINISTRATIVE     Claimed: | $50,000.00 | Allowed: | $10,000.00 |
| U.S. POSTAGE METER CENTER, INC.<br>PO BOX 800848<br>SANTA CLARITA, CA 91380-0848 | Claim Number: 3026<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED       Claimed: | $304.98 | Allowed: | $304.98 |
| UBS FINANCIAL SERVICES, INC.<br>ATTN MAURINE K. KAESTNER, TTEE<br>4801 OLYMPIA PARK PLAZA, SUITE 4000<br>LOUISVILLE, KY 40241 | Claim Number: 5699<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED       Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| UBS REAL ESTATE SECURITIES INC.<br>ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8925<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) |
|---|---|
| SECURED          Claimed:<br>UNSECURED      Claimed: | $8,498,893.06   UNLIQ<br>$0.00   UNLIQ |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10736<br>Claim Date: 10/14/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) |
| SECURED          Claimed:<br>UNSECURED      Claimed: | $0.00   UNLIQ<br>$8,045,510.00   UNLIQ |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10788<br>Claim Date: 06/24/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: POSSIBLY AMENDED BY 10929<br>DOCKET: 9822 (03/09/2011) |
| UNSECURED      Claimed: | $2,563,594.00   UNLIQ |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 10929<br>Claim Date: 03/02/2012<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claims # 8925, 10736, 10788 |
| SECURED          Claimed:<br>UNSECURED      Claimed: | $7,758,715.38   UNLIQ<br>$0.00   UNLIQ |
| UBS SECURITIES LLC<br>ATTN HUGH CORCORAN, MANAGING DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | Claim Number: 8924<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) |
| SECURED          Claimed:<br>UNSECURED      Claimed: | $15,039,395.00   UNLIQ<br>$0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| UBS SECURITIES LLC<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | | Claim Number: 10787<br>Claim Date: 06/24/2010<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 9994 (05/09/2011)<br>AMENDS CLAIM 8924 |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $11,675,819.31   UNLIQ |
| UDELL, JOHN<br>PO BOX 460114<br>FT LAUDERDALE, FL 33346-0114 | | Claim Number: 8926<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,123.88 |
| UDELL, LARRY<br>WACHOVIA AS CUSTODIAN<br>1113 RIDGEWAY ST.<br>PHILA, PA 19116 | | Claim Number: 9499<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,770.00 |
| UDELL, LARRY & GLORIA JTWROS<br>11113 RIDGEWAY ST<br>PHILA, PA 19116 | | Claim Number: 9395<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,320.00 |
| UDELL, LARRY & GLORIA JTWROS<br>11113 RIDGEWAY ST<br>PHILA, PA 19116 | | Claim Number: 9595<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,696.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| UHL, RAY E. & <br> THERESA M UHL JT TEN <br> 300 CLAIRBORNE WAY <br> MONROE, GA 30655-8463 | | Claim Number: 2787 <br> Claim Date: 11/19/2007 <br> Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC <br> Comments: EXPUNGED <br> DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $29,170.00 | | | |
| UHLENHOPP, CRISTINE (CRIS) <br> 17025 COLONIAL PARK DR <br> MONUMENT, CO 80132 | | Claim Number: 6217-01 <br> Claim Date: 12/24/2007 <br> Debtor: AMERICAN HOME MORTGAGE CORP <br> Comments: PAID <br> DOCKET: 6462 (10/27/2008) | | | |
| PRIORITY | Claimed: | $712.50 | Scheduled: | $712.50  CONT | Allowed: | $712.50 |
| UNSECURED | | | Scheduled: | $1,587.21  CONT | |
| UHLENHOPP, CRISTINE (CRIS) <br> 17025 COLONIAL PARK DR <br> MONUMENT, CO 80132 | | Claim Number: 6217-02 <br> Claim Date: 12/24/2007 <br> Debtor: AMERICAN HOME MORTGAGE CORP <br> Comments: DOCKET: 6462 (10/27/2008) | | | |
| UNSECURED | Claimed: | $1,592.98 | | | |
| UHRLASS, GLENN <br> 8511 BILLET PL <br> OAK RIDGE, NC 27310-9806 | | Claim Number: 7580 <br> Claim Date: 01/07/2008 <br> Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC <br> Comments: EXPUNGED <br> DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $4,000.00 | | | |
| ULINE <br> ATTN VERONICA HAWKINS, ADMINISTRATION <br> 2200 S. LAKESIDE DR. <br> WAUKEGAN, IL 60085 | | Claim Number: 2027 <br> Claim Date: 11/13/2007 <br> Debtor: AMERICAN HOME MORTGAGE CORP <br> Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $207.78 | | Allowed: | $207.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ULRICH & ULRICH APPRAISERS
ATTN JOHN M ULRICH
154 W MAIN ST
ELKTON, MD 21921

Claim Number: 394
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $925.00 | | Allowed: | $925.00 |

ULRICH, EUGENE
316 METZ RD
SEASIDE, CA 93955

Claim Number: 9308
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,574.00 | Scheduled: | $800.00 |

ULRICH, EUGENE F.
316 METZ RD
SEASIDE, CA 93955

Claim Number: 5
Claim Date: 08/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,574.00 |

UNDERWOOD, GARY M. & KAREN A.
380 ORMSBEE RD
PORTER CORNERS, NY 12859-1803

Claim Number: 7051
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,244.00 |

UNDERWOOD, ROLLA W. & JO ANN (JT)
TTEES OF REV. LIVING TRUST DATED 4-25-06
1713 SE CARDINAL DR
BLUE SPRINGS, MO 64014

Claim Number: 6786
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $487.50 |

| UNIFIED TREASURY (WYANDOTTE)<br>710 N. 7TH ST<br>KANSAS CITY, KS 66101 | | Claim Number: 10555<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY | Claimed: | $187.32 | | | | | |
| UNIGLOBE AT BEST TRAVEL, INC<br>111 HOWARD BLVD<br>SUITE 210<br>MT. ARLINGTON, NJ 07856 | | Claim Number: 7730<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $1,707.00 | | | | Allowed: | $1,707.00 |
| UNION COUNTY<br>ATTN L. WADE, DEPUTY TAX COLLECTOR<br>P.O. BOX 38<br>MONROE, NC 28111 | | Claim Number: 2546<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| SECURED | Claimed: | $1,512.37 | | | | | |
| UNION COUNTY CLERK<br>ATTN MOSHOOD MUFTAU, ESQ<br>ASSISTANT COUNTY COUNSEL<br>2 BROAD ST, COURTHOUSE, RM 115<br>ELIZABETH, NJ 07207 | | Claim Number: 4421<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $120.00 | Scheduled: | $80.00 | | Allowed: | $120.00 |
| UNION FEDERAL BANK OF INDIANAPOLIS<br>C/O ERIC J. GORMAN, ESQ.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 9232<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) | | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

UNIQUEX GRAPHICS & PRINTING INC.
ATTN MR. KYAWSWA (GEORGE) WIN, PRESIDENT
26152 EMYVALE CT.
LAKE FOREST, CA 92630

Claim Number: 1738
Claim Date: 10/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,431.00 | | | Allowed: | $6,431.00 |

UNITED APPRAISERS OF S FLORIDA
ATTN FRED HESSEN
1440 CORAL RIDGE DR # 433
CORAL SPRINGS, FL 330715433

Claim Number: 4063
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $300.00 | Allowed: | $900.00 |

UNITED BUSINESS MACHINES
ATTN MICHAEL LANGLEY, CR. MGR
9218 GAITHER RD
GAITHERSBURG, MD 20877

Claim Number: 2617
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,061.15 | Scheduled: | $461.37 | Allowed: | $1,061.15 |

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8531
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: EXPUNGED
DOCKET: 9551 (12/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,360.00 | UNLIQ |

UNITED GUARANTY RESIDENTIAL INS CO ET AL
ATTN SARA F MILLARD, AUTHORIZED REP.
LAW DEPARTMENT
230 N. ELM, SUITE 27401, P.O. BOX 20597
GREENSBORO, NC 27420

Claim Number: 8532
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9551 (12/13/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8533<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8534<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10208 (10/07/2011) | |
| UNSECURED | Claimed: | $6,360.00 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8535<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8536<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $6,360.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>MARYBETH M. NEWELL<br>PO BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 1391<br>Claim Date: 09/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $472,313.89 | Scheduled: | $220,743.40 | Allowed: | $472,313.89 |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 1744<br>Claim Date: 10/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $3,482.01 | | | | |
| UNITED STAFFING SYSTEMS<br>ATTN BARRY SAIDE, CEO<br>ESTAFFCONTROL<br>261 MADISON AVENUE, 2ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 2169<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $8,481.99 | | | | |
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 595<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,069.86 | | | Allowed: | $2,069.86 |
| UNITED TELEPHONE COMPANY OF OHIO<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 594<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $115.16 | | | Allowed: | $115.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA<br>D/B/A EMBARQ<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 596<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $1,072.27 | | | | |
| UNITED TELEPHONE-SOUTHEAST, INC.<br>D/B/A EMBARQ (TENNESSEE & VIRGINIA)<br>ATTN MARY C HALL - BANKRUPTCY ANALYST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207 | | Claim Number: 593<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $678.11 | | Allowed: | | $678.11 |
| UNITED VANS LINES, LLC<br>ONE UNITED DRIVE<br>FENTON, MO 63026 | | Claim Number: 10738<br>Claim Date: 10/15/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) | | | | |
| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $72,473.35 | Allowed: | $30,000.00 |
| UNTI, RENEE<br>3670 LA COSTA AVENUE<br>CASTRO VALLEY, CA 94546 | | Claim Number: 10244<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |
| UPDYKE, PAUL S. SR. & CAROL J.<br>5017 GREENTREE RD.<br>LEBANON, OH 45036 | | Claim Number: 4018<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | |
| UNSECURED | Claimed: | $18,087.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| UPTON, JAMES R.<br>15922 SKY LAND DR<br>HOUSTON, TX 77073 | | Claim Number: 8996<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $25,000.00 | | | | |
| URBACH, DOROTHY<br>188 EAST 64 ST.<br># 606<br>NEW YORK, NY 10065 | | Claim Number: 3279<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,835.00 | | | | |
| URBANO APPRAISAL SERVICES<br>6869 GLENROY STREET<br>ATTN JAVIER URBANO, OWNER<br>SD, CA 92120 | | Claim Number: 7071<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,885.00 | Scheduled: | $1,925.00 | Allowed: | $4,885.00 |
| URBANO, JAVIER<br>6869 GLENROY STREET<br>SAN DIEGO, CA 92120 | | Claim Number: 10872<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | | |
| UNSECURED | Claimed: | $2,975.00 | | | | |
| URENA, ROSSMERY<br>107-37 80TH STREET<br>OZONE PARK, NY 11417 | | Claim Number: 1146<br>Claim Date: 09/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15  CONT | Allowed: | $1,346.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| URICH, MARGARET M. & BEITZ, PATRICIA A.<br>2187 PERRINE RD.<br>MARTINSVILLE, NJ 08836 | | Claim Number: 8633<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,540.00 |
| US APPRAISERS<br>ATTN VICTOR W FOSTER, PARTNER<br>42776 TRAIL BLAZE PASS<br>MURRIETA, CA 92562 | | Claim Number: 2724<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,500.00    Scheduled:    $600.00 |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | | Claim Number: 6539<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $166,003.59 |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | | Claim Number: 10639<br>Claim Date: 12/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
| UNSECURED | Claimed: | $156,370.72 |
| US BANCORP MANIFEST FUNDING SERVICES<br>ATTN CORPORATE ATTORNEY<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 | | Claim Number: 8782<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $71,515.01 |

U.S. BANKRUPTCY COURT                                                                                      Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| US BANCORP MANIFEST FUNDING SERVICES<br>ATTN CORPORATE ATTORNEY<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 | Claim Number: 10638<br>Claim Date: 12/17/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) | | | |
| UNSECURED | Claimed: | $71,515.01 | | |
| US BANK<br>110 MARTER AVE STE 101<br>MOORESTOWN, NJ 80573124 | Claim Number: 6455<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) | | | |
| UNSECURED | Claimed: | $2,239.90 | | |
| US SECURITIES AND EXCHANGE COMMISSION<br>ATTN BANKRUPTCY GROUP<br>3 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Claim Number: 9866<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 8739 (04/02/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| USAMOBILITY<br>6850 VERSAR CTR STE 420<br>SPRINGFIELD, VA 22151-4148 | Claim Number: 4725<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $12.91 | Allowed: | $12.91 |
| USAMOBILITY<br>ATTN RENDY SLONE, SR. MGR.<br>890 EAST HEINBERG STREET<br>PENSACOLA, FL 32502 | Claim Number: 4726<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $17.58 | Allowed: | $17.58 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USDA RURAL DEVELOPMENT<br>ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP<br>MAIL STOP 0784<br>1400 INDEPENDENCE AVE, SW<br>WASHINGTON, DC 20250 | | Claim Number: 9788<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $29,244.54 | Scheduled: | $30,916.90 | | | |
| UTAH SYSTEM OF HIGHER EDUCATION<br>TROY CASERTA<br>BOARD OF REGENTS BUILDING, THE GATEWAY<br>60 SOUTH 400 WEST<br>SALT LAKE CITY, UT 84101-1284 | | Claim Number: 5734<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $982.79 | | | | | |
| V E LYGRISSE TR<br>04/22/02<br>V E LYGRISSE TRUST<br>BOX 9214<br>WICHITA, KS 67277-0214 | | Claim Number: 2388<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $12,500.00 | | | | | |
| VAIDEN, MARY K<br>2742 CANDLEWOOD CT<br>APOPKA, FL 32703 | | Claim Number: 4558<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10131 (08/15/2011) | | | | | |
| PRIORITY | Claimed: | $994.98 | | | | Allowed: | $994.98 |
| VALARO, SHERRY<br>7784 LAS PALMAS WAY<br>JACKSONVILLE, FL 32256 | | Claim Number: 1544<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,291.92 | Scheduled: | $1,977.41 CONT | | Allowed: | $1,291.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VALENCIA, JULIE D.
17582 LA ENTRADA DRIVE
YORBA LINDA, CA 92886

Claim Number: 1071
Claim Date: 09/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7585 (06/30/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,786.72 | Scheduled: | $1,786.72 CONT | Allowed: | $1,786.72 |

VALENTINE, ANDREW
9 GLENN DR
WOODBURY, NY 11797

Claim Number: 947-01
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $515.38 CONT | | |

VALENTINE, ANDREW
9 GLENN DR
WOODBURY, NY 11797

Claim Number: 947-02
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $515.38 |

VALENTINE, ANDREW
9 GLENN DR
WOODBURY, NY 11797

Claim Number: 1416
Claim Date: 10/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,850.38 |

VALENZUELA, ELVIN & PHYLLIS
ATTN DANIEL I. BARNESS
SPIRO MOSS BARNESS LLP
11377 W. OLYMPIC BLVD., FIFTH FLOOR
LOS ANGELES, CA 90064

Claim Number: 9741
Claim Date: 01/21/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000,000.00 | | Allowed: | $86,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VALERIUS, LARRY D.<br>1709 OAKWOOD AVE<br>DEKALB, IL 60115 | | Claim Number: 494<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,600.00  CONT | | | |
| VALINIA, AZITA & MACNEICE, PETER J.<br>9621 PINKNEY CT.<br>POTOMAC, MD 20854 | | Claim Number: 7112<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $986.92 | | | | | |
| VALLEJO, MARIA (CARMEN)<br>12370 W ADAMS ST<br>AVONDALE, AZ 85323-8011 | | Claim Number: 5769<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $679.33 | Scheduled: | $207.69  CONT | Allowed: | $679.33 |
| VALLEY APPRAISAL PC<br>PO BOX 2454<br>WHITE CITY, OR 97503 | | Claim Number: 5096<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $825.00 | | | | | |
| VALLEY ISLE APPRAISAL<br>ATTN THEODORE KESAJI (OWNER)<br>823 ALUA STREET<br>WAILUKU, HI 96793 | | Claim Number: 2294<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,144.00 | Scheduled: | $1,144.00 | Allowed: | $1,144.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VALLEY ISLE APPRAISAL
ATTN THEODORE KESAJI (OWNER)
823 ALUA STREET
WAILUKU, HI 96793

Claim Number: 2295
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | Allowed: | $425.00 |
|---|---|---|---|---|---|---|

VALLEY YELLOW PAGES
DEPT 33302
PO BOX 39000
SAN FRANCISCO, CA 94139-3302

Claim Number: 10407
Claim Date: 05/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,695.51 | Scheduled: | $1,287.12 | Allowed: | $2,695.51 |
|---|---|---|---|---|---|---|

VALUE LINK APPRAISALS
ATTN WOODROW W WREN
28850 CAMINO ALBA
MURRIETA, CA 92563

Claim Number: 6608
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

VALUE PLUS APPRAISAL, INC.
ATTN PATRICK MISHOE, PRESIDENT
4347 REVERE CIRLE
MARIETTA, GA 30062

Claim Number: 1090
Claim Date: 09/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,350.00 | Scheduled: | $550.00 | Allowed: | $2,350.00 |
|---|---|---|---|---|---|---|

VAN BOESCHOTEN, EARL
4453 TAN GLEWOOD WAY
NAPA, CA 94558

Claim Number: 3014
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,019.94 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VAN CLEVE, JIMMY RAY & DONNA GAIL<br>PO BOX 96<br>REFUGIO, TX 78377-0096 | | Claim Number: 9627<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,516.90 | | | | | |
| VAN DINTER, GORDON<br>N8715 ZIRBEL DR<br>MENASHA, WI 54952 | | Claim Number: 9531<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $6,848.50 | | | | | |
| VAN EMON, LORETTA<br>330 N LINE ST<br>COLUMBIA CITY, IN 46725 | | Claim Number: 789<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,316.00 | Scheduled: | $1,327.75  CONT | Allowed: | $1,316.00 |
| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | | Claim Number: 6258<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $1,804.09  CONT | | |
| VAN EYKEN, DIANNE<br>90 COLONIAL DR<br>MASSAPEQUA, NY 11758 | | Claim Number: 6259<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $188.70 | Scheduled: | $188.70  CONT | Allowed: | $188.70 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VAN FLEET, BRUCE N.<br>7606 WEST BAYMEADOWS CIRCLE<br>JACKSONVILLE, FL 32256-1814 | | Claim Number: 6821<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,940.00 |
| VAN FLEET, BRUCE, III<br>89 CLUB CREST DR<br>MAGGIE VALLEY, NC 28751 | | Claim Number: 6820<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $33,426.00 |
| VAN GELDER, JOHN M. III<br>TWENTY ONE RIVERSIDE DR # 902<br>COCOA, FL 32922-7843 | | Claim Number: 5650<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| VAN GELDER, JOHN M. III<br>TWENTY ONE RIVERSIDE DR<br>UNIT 902<br>COCOA, FL 32922-7843 | | Claim Number: 5651<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| VAN GELSER, WILLARD & ALICE JT TEN<br>BOX 84<br>MAIN ST<br>TIOGA CENTER, NY 13845-0084 | | Claim Number: 4101<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,514.75 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| VAN HOOZER, KARLA<br>3737 WOODLAND AVE STE 630<br>W DES MOINES, IA 502661937 | | Claim Number: 9262<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10853 (07/11/2013) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1.00 | Scheduled: | $0.00 UNLIQ | | | |
| VAN HOUCK, JASON V<br>1101 MCGEE DR<br>RENO, NV 89523 | | Claim Number: 7775<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,255.39 | Scheduled: | $1,255.39 CONT | Allowed: | $1,255.39 |
| VAN HOUTEN, JEFFREY A.<br>PO BOX 575<br>ESCALON, CA 95320-0575 | | Claim Number: 87<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
| VAN METER, DOUGLAS G.<br>962 ENTERPRISE RD<br>COLQUITT, GA 39837 | | Claim Number: 8369<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,731.25 | | | | |
| VAN NORSTRAND, JOANN F<br>101 MANOR RD<br>RED HOOK, NY 12571 | | Claim Number: 3697<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,750.00 | Scheduled:<br>Scheduled: | $4,823.08 CONT<br>$242.39 CONT | Allowed: | $2,750.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VAN OEVEREN, BARBARA M.<br>PO BOX 308<br>FALL CITY, WA 98024 | | Claim Number: 10365<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| SECURED | Claimed: | $0.00   UNDET |
| VAN WERT CO TREASURER<br>ATTN BEVERLY A FUERST, TREASURER<br>121 E MAIN ST # 200<br>VAN WERT, OH 45891 | | Claim Number: 5020<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $0.00 |
| VAN WYK, JOHN & SUSAN<br>1053 BEDFORD AVENUE<br>PALM BEACH GARDENS, FL 33403 | | Claim Number: 8467<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $15,856.31 |
| VANDE LUNE, WILMA J. & DOYLEE E.<br>608 E 2ND ST. APT 201<br>PELLA, IA 50219-1761 | | Claim Number: 8141<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,198.00 |
| VANDENBROEK, MARTIN E.<br>996 RUTLAND WAY<br>WORTHINGTON, OH 43085 | | Claim Number: 9598<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $16,039.74 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| VANDERBEC, ROBERT W.<br>204 GENUNG RD<br>ITHACA, NY 14850 | | Claim Number: 7181<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $30,000.00 | | | | |
| UNSECURED | Claimed: | $30,000.00 | | | | |
| TOTAL | Claimed: | $30,000.00 | | | | |
| VANDERBILT APPRAISAL<br>ATTN ANDREW FAUTLEY<br>PRINCIPAL/MANAGING PARTNER<br>770 LEXINGTON<br>NEW YORK, NY 10005 | | Claim Number: 2296<br>Claim Date: 11/08/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $27,355.00 | | | | |
| VANDERBILT APPRAISAL & CONSUL<br>770 LEXINGTON AVE RM 300<br>NEW YORK, NY 100658165 | | Claim Number: 2749<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $24,330.00 | Scheduled: | $6,475.00 | | |
| VANDERLAAN, ROBERT D<br>AFFILIATED APPRAISERS INC<br>1683 SPOTTSWOOD CIR<br>PALM HARBOR, FL 34683 | | Claim Number: 1351<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,325.00 | | | Allowed: | $2,325.00 |
| VANDERPOOL APPRAISAL SERVICE<br>ATTN MARK K. VANDERPOOL<br>12521 N SHERMAN LAKE DR<br>AUGUSTA, MI 49012 | | Claim Number: 3340<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,840.00 | | | Allowed: | $1,840.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VANN, RICHARD K.<br>2535 HALCYON DOWNS LOOP<br>MONTGOMERY, AL 36117 | | Claim Number: 4768<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $40,974.00 |
| VANN, RICHARD K.<br>2535 HALCYON DOWNS LOOP<br>MONTGOMERY, AL 36117 | | Claim Number: 4769<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $30,836.90 |
| VANZILE, ERNEST, A.<br>370 N. 6100 W.<br>CEDAR CITY, UT 84720 | | Claim Number: 3259<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $4,443.00 |
| VARGA BERGER LEDSKY HAYES &<br>CASEY, ATTY'S AT LAW<br>224 SOUTH MICHIGAN AVE STE 350<br>CHICAGO, IL 60604 | | Claim Number: 5563<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) |
| UNSECURED | Claimed: | $288,150.33 |
| VARGAS, MARIANNE A<br>7392 SWEET CLOVER<br>COLUMBIA, MD 21045 | | Claim Number: 7849<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,800.00 | Scheduled: | $3,800.00 CONT | Allowed: | $3,800.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VARSITY CONTRACTORS, INC.
PO BOX 1692
POCATELLO, ID 83204

Claim Number: 3347
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $22,309.56 | | | $22,309.56 |

VASHI, DIPAK M.
413 GASTONBURY CT.
LEAGUE CITY, TX 77573

Claim Number: 6112
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $6,644.95 | |

VASILIS POLYCHRONIDIS
PO BOX 34628
SEATTLE, WA 98124-1628

Claim Number: 10265
Claim Date: 04/24/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $290,000.00  UNLIQ | |

VASQUEZ, ANGELICA
2956 N FULTON RD
POMONA, CA 91767

Claim Number: 6244
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,347.37 | | $1,347.37  CONT | | $1,347.37 |

VASQUEZ, ARACELI
11205 W ATLANTIC
BLVD K305
CORAL SPRINGS, FL 33071

Claim Number: 2817
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $0.00   UNDET | | $2,315.04  CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VASQUEZ, FABIAN<br>782 GEORGE ST.<br>TEANECK, NJ 07666 | | Claim Number: 4344<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| PRIORITY | Claimed: | $2,550.20 | | | | | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| VASQUEZ, JOHN<br>141-12 79 AVE<br>APT. 3-I<br>FLUSHING, NY 11367 | | Claim Number: 965<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| PRIORITY | Claimed: | $1,626.93 | Scheduled: | $1,626.93 CONT | Allowed: | $1,626.93 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| VASQUEZ, NORA<br>61-20 GRAND CENTRAL APT. B104<br>FOREST HILLS, NY 11375-1239 | | Claim Number: 1568<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |

| UNSECURED | Claimed: | $1,000.00 | | | Allowed: | $1,000.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | | Claim Number: 5707<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $10,655.00 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| VAUGHAN, JULIA E.<br>6428 OLD HARBOR LN<br>AUSTIN, TX 78739 | | Claim Number: 5708<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,952.00 | | | | |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VAUGHAN, JULIA E.
6428 OLD HARBOR LN
AUSTIN, TX 78739

Claim Number: 5709
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,345.00 | | | | |

VAUGHAN, JULIA E.
6428 OLD HARBOR LN
AUSTIN, TX 78739

Claim Number: 5710
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,815.40 | | | | |

VAUGHAN, KIMBERLY A
700 SE 160TH AVE STE 107
VANCOUVER, WA 986848910

Claim Number: 4247
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT | Allowed: | $1,292.31 |

VAY, LISA
8078 PHIRNE RD EAST
GLEN BURNIE, MD 21061

Claim Number: 1278
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $900.83 | | Allowed: | $900.83 |

VAZQUEZ, ENRIQUE
7521 N 59TH DR
GLENDALE, AZ 85301-7802

Claim Number: 850
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| VAZQUEZ, EVANIA<br>16 LEIGH ST<br>HUNTINGTON, NY 11743-5233 | | Claim Number: 5629<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $253.80 | Scheduled: | $253.80 CONT | Allowed: | $253.80 |
| VEERKAMP, MARK A. & PATRICIA K.<br>JT TEN / WROS<br>3609 MAXIM DR<br>FORT WAYNE, IN 46815-6132 | | Claim Number: 6767<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $17,641.84 | | | | |
| VEERKAMP, MARK A. IRA<br>3609 MAXIM DR<br>FORT WAYNE, IN 46815-6132 | | Claim Number: 6768<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,351.99 | | | | |
| VEGA, JANELLE<br>1715 N. WILKE RD.<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 9918<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $25.00 | | | Allowed: | $25.00 |
| VELASCO, SHARLENE I<br>3495 TWILIGHT<br>STAR DRIVE<br>LAS VEGAS, NV 89117 | | Claim Number: 1964<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| VELASQUEZ, GLORIA A<br>1723 LITTLE RIVER DR.<br>SALINAS, CA 93906 | | Claim Number: 9988<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |

| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $1,440.00<br>$0.00<br>$0.00 | Scheduled: | $1,440.00  CONT | Allowed: | $1,440.00 |

---

| VELASQUEZ, MARILYN<br>5050 PRIMROSE CIR.<br>WICHITA, KS 67219 | | Claim Number: 4287<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |

| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $9,000.00<br>$0.00 | | |

---

| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>LONGWOOD, FL 32779 | | Claim Number: 521<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |

| PRIORITY | Claimed: | $130,000.00 | Scheduled: | $10,000.00  CONT |

---

| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>LONGWOOD, FL 32779 | | Claim Number: 6041<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | |

| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$119,050.00 | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| VELLINGA, CAPI E<br>5550 BLACKWOOD RD<br>BOZEMAN, MT 59718 | | Claim Number: 2359<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | | | Scheduled: | $7,470.22 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,311.19 CONT | | |
| VELSOR, MIRTHA<br>7120 162ND ST #2<br>FLUSHING, NY 113654237 | | Claim Number: 356<br>Claim Date: 09/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,179.49 | | | | |
| VELSOR, MIRTHA<br>7120 162ND ST # 2<br>FLUSHING, NY 113654237 | | Claim Number: 6029<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | | | Scheduled: | $1,538.46 CONT | | |
| UNSECURED | Claimed: | $1,538.46 | | | | |
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 487<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $5,923.08 | Scheduled: | $5,923.08 CONT | Allowed: | $5,923.08 |
| VELTRE-HULSE, SUSAN<br>29 RICHMOND RD<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 8113<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $27,500.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| VENADAS, ROSE B.<br>6851 DALE ST APT 15<br>BUENA PARK, CA 90621-3633 | | Claim Number: 828<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $769.20 | | | | |
| VENADAS, ROSE B.<br>1204 MIRA VALLEY ST<br>CORONA, CA 92879 | | Claim Number: 2610<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $769.20 | Scheduled: | $769.23 CONT | Allowed: | $769.20 |
| VENEGAS, CANDACE<br>3405 CHUGACH PL<br>CONCORD, CA 94518-2206 | | Claim Number: 866<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $740.38 | | | Allowed: | $740.38 |
| VENETIS , JOANNE<br>176 OAKDALE BOHEMIA<br>RD APT 15B<br>BOHEMIA, NY 11716 | | Claim Number: 2064<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,817.31 | Scheduled: | $1,817.31 CONT | Allowed: | $1,817.31 |
| SECURED | Claimed: | $0.00 | | | | |
| VENNERS, MINDY<br>108 E ORCHARD HILLS DR<br>ROCHELLE, IL 61068 | | Claim Number: 236<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,038.24 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VENNERS, MINDY<br>108 E ORCHARD HILLS DR.<br>ROCHELLE, IL 61068 | | Claim Number: 1343<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $634.48 | Scheduled: | $634.48 CONT | Allowed: | $634.48 |
| VENSKUS, MICHAEL<br>36 PRATT ST<br>ALLSTON, MA 02134 | | Claim Number: 8151<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $722.40 | Scheduled: | $722.40 CONT | Allowed: | $722.40 |
| VENSKUS, MICHAEL<br>36 PRATT ST<br>ALLSTON, MA 02134 | | Claim Number: 9271<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $722.40 | | | | |
| VENT, HELEN C.<br>11 LOWELL DRIVE<br>FARMINGDALE, NY 11735 | | Claim Number: 2255<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT | Allowed: | $865.38 |
| VENTER, ROSEMARY & GRAMBLING, CATHERINE<br>405 BEACH AVENUE<br>BRADLEY BEACH, NJ 07720 | | Claim Number: 5432<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $5,044.00 | | | | |
| UNSECURED | Claimed: | $5,044.00 | | | | |
| TOTAL | Claimed: | $5,044.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10863<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) | |
| ADMINISTRATIVE          Claimed: | $33.88 | |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10865<br>Claim Date: 01/10/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10876 (09/19/2013) | |
| ADMINISTRATIVE          Claimed: | $4,646.03 | |
| VENTURA COUNTY TAX COLLECTOR<br>MARY BARNES, DEPUTY TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10871<br>Claim Date: 01/12/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9919 (04/06/2011) | |
| ADMINISTRATIVE          Claimed: | $33.88 | |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 10928<br>Claim Date: 11/17/2011<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10514 (07/05/2012) | |
| ADMINISTRATIVE          Claimed: | $8,691.79   UNLIQ | |
| VENTURA, LEILAROSE C (LEILA)<br>3958 COYOTE<br>RIDGE COURT<br>LAS VEGAS, NV 89129 | Claim Number: 1998<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | |

| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08  CONT | Allowed: | $923.08 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| VERDOLINO, JOHN<br>280 BELMORE AVE APT 97<br>EAST ISLIP, NY 11730 | | Claim Number: 10023<br>Claim Date: 03/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,384.62 |
| TOTAL | Claimed: | $10,950.00 |

| | | | |
|---|---|---|---|
| VERICOMM, INC<br>ATTN: DON BURK<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA 91355 | | Claim Number: 8244<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $181,991.17 | Scheduled: | $13,179.40 |

| | | | |
|---|---|---|---|
| VERICOMM, INC.<br>DON BURK<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA 91355 | | Claim Number: 10243<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 8244 | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $181,991.17 | Allowed: | $181,991.17 |

| | | | |
|---|---|---|---|
| VERIZON<br>ATTN SREYLAK BIN-HEMINGWAY<br>6415 BUSINESS CENTER DR<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 1515<br>Claim Date: 10/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $373,396.83 | Allowed: | $373,396.83 |

| | | | |
|---|---|---|---|
| VERIZON<br>ATTN BANKRUPTCY DEPARTMENT<br>3900 WASHINGTON ST<br>WILMINGTON, DE 19802 | | Claim Number: 10059<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,590.55 | Allowed: | $22,590.55 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 8803
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $18,562.94 | | | |
|---|---|---|---|---|---|

VERIZON WIRELESS NORTHEAST
AFNI/VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61701

Claim Number: 1914
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $98,117.38 | Scheduled: | $84,137.22 | |
|---|---|---|---|---|---|

VERIZON, INC
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 10118
Claim Date: 03/18/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $25,100.23 | | | Allowed: | $25,100.23 |
|---|---|---|---|---|---|---|

VERLIN, LINDA
836 3RD AVE
FRANKLIN SQUARE, NY 11010

Claim Number: 960
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $923.81 | Scheduled: | $923.81  CONT | Allowed: | $923.81 |
|---|---|---|---|---|---|---|

VERMA, MAMTA
73605 HIGHWAY 111
PALM DESERT, CA 92260

Claim Number: 10208
Claim Date: 04/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6611 (11/21/2008)

| PRIORITY | Claimed: | $4,741.48 | | | |
|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| VERMA, SANJEEV<br>444 SARATOGA AVE., # 5L,<br>SANTA CLARA, CA 95050 | | Claim Number: 3812<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,278.50 | | | | |
| VERMONT PURE SPRING WATER<br>C/O CAPE AND ISLANDS COFFEE<br>8 OTIS PARK DR.<br>SUITE 3A<br>BOURNE, MA 02532 | | Claim Number: 10650<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $659.21 | | | Allowed: | $659.21 |
| VERNAGLIA, MARY E.<br>37 PASHO ST<br>ANDOVER, MA 01810 | | Claim Number: 1035<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,712.25 | Scheduled: | $1,712.31  CONT | Allowed: | $1,712.25 |
| VESPA, ROBERT F.<br>2131 GREENBRIAR<br>SPRINGFIELD, IL 62704 | | Claim Number: 6590<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP | | | | |
| UNSECURED | Claimed: | $3,800.00 | | | Allowed: | $3,800.00 |
| VETERINARY MEDICAL CLINIC PC<br>BILLY WEEKS PRESIDENT<br>123 PEPPER TREE CROSSING<br>BRUNSWICK, GA 31525 | | Claim Number: 3518<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,444.99 | | | | |

U.S. BANKRUPTCY COURT                                                                                           Date: 01/06/2014
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| VICENTIE, JANET R.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6065<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |

| UNSECURED | Claimed: | $2,043.90 | | | | | |

---

| VICENTIE, LOUIS F.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6064<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |

| UNSECURED | Claimed: | $10,478.05 | | | | | |

---

| VICENTIE, LUIS F. & JANET R.<br>8001 CAVEWOOD CT.<br>LOUISVILLE, KY 40291-2413 | | Claim Number: 6066<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |

| UNSECURED | Claimed: | $5,100.95 | | | | | |

---

| VICOM COMPUTER SERVICES, INC.<br>ATTN ROBERT VEROLA, VP<br>60 CAROLYN BLVD<br>FARMINGDALE, NY 11735 | | Claim Number: 6850<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5861 (09/15/2008) | | | | | |

| ADMINISTRATIVE | | | | | | Allowed: | $40,000.00 |
| UNSECURED | Claimed: | $105,563.61 | Scheduled: | $74,992.20 | | | |

---

| VICOM COMPUTER SERVICES, INC.<br>C/O THE BAYARD FIRM<br>MARY E. AUGUSTINE - 222 DELAWARE AVENUE<br>SUITE 900 - PO BOX 25130<br>WILMINGTON, DE 19899 | | Claim Number: 10879<br>Claim Date: 09/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 5861 (09/15/2008) | | | | | |

| ADMINISTRATIVE | Claimed: | $40,000.00 | | | | Allowed: | $40,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VICTOR & ASSOC.
ATTN MARTIN S. VICTOR, PRESIDENT
8035 CRIPPLE CREEK DRIVE
LONG GROVE, IL 60047

Claim Number: 7032
Claim Date: 01/04/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $5,950.00 | Scheduled: | $850.00 | Allowed: | $5,950.00 |
|---|---|---|---|---|---|---|

VIEBROCK, CHARLES W.
381 SCHOOL ROAD
NOVATO, CA 94945-2750

Claim Number: 7960
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $13,060.52 | | | | |
|---|---|---|---|---|---|---|

VIENS, MADELINE C.
3462 MECARTNEY RD.
ALAMEDA, CA 94502

Claim Number: 6475
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| PRIORITY | Claimed: | $4,079.99 | | | | |
|---|---|---|---|---|---|---|

VIERA OLDS, ROXANN M
1224 WOLF RUN
LANSING, MI 48917

Claim Number: 2318
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $176.92 | | | Allowed: | $176.92 |
|---|---|---|---|---|---|---|

VIERA, DIANNE
820 CISCO ST
COLTON, CA 92324-6310

Claim Number: 655
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $2,653.37 | Scheduled: | $3,124.71  CONT | Allowed: | $2,653.37 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIFQUAIN, JOANNA<br>P.O. BOX 1748<br>GLENROCK, WY 82637-1748 | | Claim Number: 5017<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $7,100.00 | | | | | |
| VILIOTT, DAWN M.<br>85 LONGWOOD RD<br>READING, MA 01867 | | Claim Number: 1284<br>Claim Date: 09/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,765.38 | Scheduled: | $1,765.38 CONT | Allowed: | $1,765.38 |
| VILLAGE GREEN<br>ATTN LOIS ROBINSON<br>4303 MILLER RD<br>WILMINGTON, DE 19802 | | Claim Number: 2456<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $53.95 | Scheduled: | $53.95 | Allowed: | $53.95 |
| VILLAMANA, RICHARD E.<br>4970 E WATER ST<br>TUCSON, AZ 85712-5742 | | Claim Number: 339<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $120.00 | Scheduled: | $1,446.92 CONT | Allowed: | $120.00 |
| VINCENT, ROBERT ALAN<br>4326 SOLANO WAY<br>UNION CITY, CA 94587 | | Claim Number: 10289<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| SECURED | Claimed: | $340,000.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VINCENTY, LEYLANI
20 LAYTON LN
CENTEREACH, NY 11720

Claim Number: 7512
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $3,461.60 | Scheduled: | $3,461.60  CONT | Allowed: | $3,461.60 |
|---|---|---|---|---|---|---|

VINEYARDS DELI & NIBBLE & NUTS
32418 NORTHWESTERN HWY
FARMINGTON HILL, MI 48334

Claim Number: 3135
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $853.98 | | | Allowed: | $853.98 |
|---|---|---|---|---|---|---|

VINTAGE COFFEE SERVICE
PO BOX 24095
BALTIMORE, MD 21227

Claim Number: 2557
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $472.06 | Scheduled: | $566.56 | Allowed: | $472.06 |
|---|---|---|---|---|---|---|

VIRGINIA DEPARTMENT OF TAXATION
ATTN MARK K. AMES
P.O. BOX 2156
RICHMOND, VA 23261

Claim Number: 7904
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID

| PRIORITY | Claimed: | $9,513.93 | Scheduled: | $0.00  UNDET | Allowed: | $9,513.93 |
|---|---|---|---|---|---|---|

VIRGINIA HOUSING DEVELOPMENT AUTHORITY
C/O MCGUIREWOODS LLP
JOSEPH S. SHEERIN
ONE JAMES CENTER
RICHMOND, VA 23219

Claim Number: 9904
Claim Date: 02/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7504 (06/05/2009)

| UNSECURED | Claimed: | $184,840.25 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| VIRJI, ABBASALI<br>45 NAPOLI DR<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 471<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,230.00 | Scheduled: | $1,250.00  CONT | Allowed: | $1,230.00 |
| VIRTUE, RICHARD & CATHERINE N. TTEES<br>UTD 01/17/84 FBO<br>RICHARD & CATHERINE VIRTUE TR<br>1905 WALNUT AVE<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 7553<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $98,000.00 | | | | |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | | Claim Number: 1374<br>Claim Date: 10/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,399.23 | | | | |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | | Claim Number: 2958<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $1,399.23 | | | Allowed: | $1,399.23 |
| VITAL SIGNS OF BAKERSFIELD<br>ATTN MINDY DAVIS - OFFICE MGR.<br>6703 ROSEDALE HWY<br>BAKERSFIELD, CA 93308 | | Claim Number: 6459<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,933.78 | Scheduled: | $1,933.78 | Allowed: | $1,933.78 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

VITT, FRED & BETTY (TRUSTEES)
FREDERICK D. VITT, TRUST
U/A DTD 1/17/93
11045 HOLLAND CIRCLE
EDEN PRAIRIE, MN 55347

Claim Number: 5268
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,867.45 | | | | |

---

VITULLO, CARL H.
45 KING ARTHUR CT
SAINT JAMES, NY 11780

Claim Number: 672
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,707.69 | Scheduled: | $5,707.69 CONT | Allowed: | $5,707.69 |

---

VIVENTI, GREGORY F. CUST
VICTORIA VIVENTI
UNDER THE SC UNIF GIFT MIN ACT
16 PALM VIEW
HILTON HEAD ISLAND, SC 29926-5301

Claim Number: 2930
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

VIVENTI, GREGORY F. CUST
ADAM ROBERT VIVENTI
UNDER THE SC UNIF TRAN MIN ACT
16 PALM VIEW
HILTON HEAD ISLAND, SC 29926-5301

Claim Number: 2931
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

VLAUN, DARIA
26 CRABTREE LN
LEVITTOWN, NY 11756

Claim Number: 663
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,374.36 | Scheduled: | $1,686.46 CONT | Allowed: | $1,374.36 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| VOGELSANG, KIMBERLY<br>1936 GRANT ST<br>HOLLYWOOD, FL 330203544 | Claim Number: 2901<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | |

| PRIORITY | | Scheduled: | $756.80 CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

| | | |
|---|---|---|
| VOGELSANG, KIMBERLY A<br>1936 GRANT ST<br>HOLLYWOOD, FL 330203544 | Claim Number: 2899<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| VOGNILD, LARRY L & DOROTHY L. JTWROS<br>5028 WILMINGTON AVENUE<br>EVERETT, WA 98203 | Claim Number: 2056<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | |

| SECURED | Claimed: | $2,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| VOHSEN, RONALD & CONSTANCE<br>521 ROLLINGHILLS DR<br>ST CHARLES, MO 63304 | Claim Number: 10069<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| VOHSEN, RONALD & CONSTANCE<br>521 ROLLINGHILLS DR<br>ST CHARLES, MO 63304 | Claim Number: 10070<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

VOIER, SEAN
9229 BAYBERRY RD
LA VISTA, NE 68128

Claim Number: 6862
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,688.99 | | | |

---

VOL APPRAISAL
ATTN MICHAEL WERTZ, PRESIDENT
206 MALLARD DRIVE
STEVENSVILLE, MD 21666

Claim Number: 8403
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,420.00 | | Allowed: | $1,420.00 |

---

VON BEHREN, JENNIFER
937 EAST MARDELL AVENUE
ORANGE, CA 92866

Claim Number: 299
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,350.08 | Scheduled: | $1,658.93 CONT | Allowed: | $2,350.08 |

---

VON BEHREN, JENNIFER
304 E ALMOND AVE # 10
ORANGE, CA 92866

Claim Number: 2954
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $691.20 | | | |

---

VON BEHREN, JENNIFER V
937 E. MARDALL AVE.
ORANGE, CA 92866

Claim Number: 2920
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,658.93 | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| VON DONOP, DOUG<br>PO BOX 752<br>OLD GREENWICH, CT 06870-0752 | | Claim Number: 8756<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,221.27 |
| VONCK, THEODORE F. JR.<br>1659 VALOR RIDGE DRIVE<br>KENNESAW, GA 30152 | | Claim Number: 6472<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $20,006.00 |
| VONWAHLDE, DOROTHY D., TRUSTEE<br>DOROTHY D VONWAHLDE TRUST DTD 02/14/2006<br>11090 SIERRA PALM CT.<br>FORT MEYERS, FL 33966 | | Claim Number: 6464<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,768.64 |
| VONWAHLDE, ROBERT F., TRUSTEE<br>ROBERT F. VONWAHLDE TRUST DTD 02/14/2006<br>11090 SIERRA PALM CT.<br>FORT MEYERS, FL 33966 | | Claim Number: 6465<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $18,072.20 |
| VOSHAGE, PATSY S. TTEE<br>THE PATSY S VOSHAGE REV LIVING<br>TR DATED 5/9/1994<br>351 JASPER LANE<br>JACKSON, MO 63755-7585 | | Claim Number: 4499<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW -#400 EAST<br>WASHINGTON, DC 20007 | | Claim Number: 7965<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 7690 (08/18/2009) | | | | |
| UNSECURED | Claimed: | $71,932.58 | | | Allowed: | $71,932.58 |
| VRANA, DALE K.<br>PO BOX 651251<br>VERO BEACH, FL 329651251 | | Claim Number: 344<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,850.00 | | | Allowed: | $2,850.00 |
| W C I<br>POB 9497<br>SEATTLE, WA 98109 | | Claim Number: 6628<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $9,035.49 | Scheduled: | $1,672.32 | Allowed: | $9,035.49 |
| W2007 SEATTLE OFFICE BELLEFIED<br>OFFICE PARK REALTY, LLC<br>C/O SHAWN B. REDIGER - WILLIAMS KASTNER<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | | Claim Number: 10158-01<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7588 (07/01/2009) | | | | |
| UNSECURED | Claimed: | $112,416.44 | | | | |
| W2007 SEATTLE OFFICE BELLEFIED<br>OFFICE PARK REALTY, LLC<br>C/O SHAWN B. REDIGER - WILLIAMS KASTNER<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | | Claim Number: 10158-02<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7588 (07/01/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $5,259.93 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| W2007 SEATTLE OFFICE BELLEFIED OFFICE PARK REALTY, LLC - C/O SHAWN B. REDIGER WILLIAMS, KASTNER & GIBBS PLLC 601 UNION STREET, SUITE 4100 SEATTLE, WA 98101 | Claim Number: 8265 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 5175 (07/18/2008) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,755.80 | |
| SECURED | Claimed: | $9,983.49 | |
| UNSECURED | Claimed: | $106,889.40 | |
| WA STATE DEPT. OF LABOR & INDUSTRIES ATTN PAULA ROMINES, REVENUE AGENT BANKRUPTCY UNIT PO BOX 4170 OLYMPIA, WA 98504-4170 | Claim Number: 5333 Claim Date: 12/05/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 10549 (08/21/2012) | | |
| UNSECURED | Claimed: | $4,104.23 | Scheduled: | $12,145.87 |
| WA, IVAN CHAN PO BOX 23017 HONOLULU, HI 86923 | Claim Number: 8697 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: EXPUNGED DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $13,144.00 | |
| WACO PROPERTIES, INC. C/O C. RYAN MALONEY FOLEY & LARDNER LLP PO BOX 240 JACKSONVILLE, FL 32201-0240 | Claim Number: 6499-01 Claim Date: 12/28/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $14,814.20 | Scheduled: | $1,395.99 |
| WACO PROPERTIES, INC. C/O C. RYAN MALONEY FOLEY & LARDNER LLP PO BOX 240 JACKSONVILLE, FL 32201-0240 | Claim Number: 6499-02 Claim Date: 12/28/2007 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 6217 (10/10/2008) | | |
| ADMINISTRATIVE | Claimed: | $1,052.14 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WADDELL, WILLIAM J. SEP IRA<br>1025 SPAULDING AVE, S.E., # D<br>GRAND RAPIDS, MI 49546 | | Claim Number: 5132<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,736.00 |
| WADE, DAVID L. AND CAROL S. JT TEN<br>1401 RICHVIEW LANE<br>GREENVILLE, IL 62246 | | Claim Number: 6680<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| WADE, GERALD<br>2603 - 11TH ST.<br>KENOSHA, WI 53140 | | Claim Number: 6407<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WADEL, GLENN<br>30 DEERPATH LANE<br>GLENMOORE, PA 19343 | | Claim Number: 7233<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $437.00 |
| WADSWORTH, BRAD<br>4760 SCOTNEY CT.<br>SUWANEE, GA 30024 | | Claim Number: 7058<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) |
| PRIORITY | Claimed: | $7,541.66 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

WAECHTER, JUDITH M.
10646 DEDEKE DR
NEW BRAUNFELS, TX 78132

Claim Number: 8291
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,872.00  UNLIQ |

---

WAER, GARY O. & HOLTON, F. WAYNE - TTEES
EVELYN D. WEAR CRT
UA DTD 12/23/1992
P.O. BOX 1068
SOLVANG, CA 93464

Claim Number: 9377
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,923.28 |

---

WAGAR & ASSOCIATES INC
3708 BLACKBERRY
ATTN: MARTIN J WAGAR, PRESIDENT
KALAMAZOO, MI 49008

Claim Number: 407
Claim Date: 09/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,020.00 | Allowed: | $5,020.00 |

---

WAGNER, BARBARA L.
6196 FOXVIEW AVE NW
CANTON, OH 44718

Claim Number: 191
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $244.44 |
| UNSECURED | Claimed: | $244.44 |
| TOTAL | Claimed: | $244.44 |

---

WAGNER, BARBARA L.
6196 FOXVIEW AVE NW
CANTON, OH 44718

Claim Number: 192
Claim Date: 08/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $972.00 | Scheduled: | $3,804.48  CONT | Allowed: | $972.00 |
| UNSECURED | | | Scheduled: | $244.44  CONT | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 193<br>Claim Date: 08/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $756.00 |
| UNSECURED | Claimed: | $756.00 |
| TOTAL | Claimed: | $756.00 |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 10888<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9919 (04/06/2011) |
| PRIORITY | Claimed: | $972.00 |
| UNSECURED | Claimed: | $972.00 |
| TOTAL | Claimed: | $972.00 |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | | Claim Number: 10889<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9919 (04/06/2011) |
| PRIORITY | Claimed: | $756.00 |
| UNSECURED | Claimed: | $756.00 |
| TOTAL | Claimed: | $756.00 |
| WAGNER, JOANNE<br>18632A ANGELINE AVE NE<br>SUQUAMISH, WA 983929750 | | Claim Number: 9515<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,555.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WAGNER, NANCY
35 ELM DR
FARMINGDALE, NY 11735

Claim Number: 4274
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $2,211.54 | Scheduled: | $2,211.54 CONT | Allowed: | $2,211.54 |
|---|---|---|---|---|---|---|

WAGNER, ROBERT E.
IRA
TD AMERITRADE CLEARING HOUSE
730 FIFTH STREET
MARIETTA, OH 45750-1728

Claim Number: 7131
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,379.95 |
|---|---|---|

WAGONER INSURANCE
MICHAEL WAGONER
PO BOX 839
SNEADS FERRY, NC 28460

Claim Number: 1594
Claim Date: 09/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

WAHLIN, JENNIFER
1668 GUTHRIE ST
VIRGINIA BEACH, VA 23464

Claim Number: 718
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,050.00 |
|---|---|---|

WAHLIN, JENNIFER L
3651 HILL BREEZE RD
VIRGINIA BEACH, VA 23452-4705

Claim Number: 2622
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $150.00 | Scheduled: | $150.00 CONT | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WAHSUM, CARL R. JR., ESTATE OF<br>6130 FURNAS OGLESBY RD<br>WAYNESVILLE, OH 45068 | | Claim Number: 7429<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| WAILUA SHOPPING PLAZA<br>3165 OAHU AVENUE<br>HONOLULU, HI 96822 | | Claim Number: 3017<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,957.07 | Scheduled: | $1,930.07 | Allowed: | $1,957.07 |
| WAITER'S CHOICE CATERING<br>ATTN SHERRY BARNES<br>PO BOX 36031<br>ROCK HILL, SC 29732 | | Claim Number: 3270<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $357.71 | Scheduled: | $357.71 | Allowed: | $357.71 |
| WAITER'S CHOICE CATERING<br>ATTN SHERRY BARNES<br>P.O BOX 36031<br>ROCK HILLS, SC 29732 | | Claim Number: 3271<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $317.96 | Scheduled: | $317.96 | Allowed: | $317.96 |
| WAITER'S CHOICE CATERING<br>ATTN SHERRY BARNES<br>PO BOX 36031<br>ROCK HILL, SC 29732 | | Claim Number: 3424<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $475.52 | Scheduled: | $475.52 | Allowed: | $475.52 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

WAITERS CHOICE
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3421
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $550.51 | Scheduled: | $550.51 | Allowed: | $550.51 |

WAKE COUNTY REVENUE DEPARTMENT
POST OFFICE BOX 2331
RALEIGH, NC 27602

Claim Number: 10832
Claim Date: 12/15/2010
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $105.92 |
| PRIORITY | Claimed: | $0.00 |

WAKE COUNTY TAX COLLECTOR
421 FAYETTEVILLE STREET MALL STE 200
RALEIGH, NC 276011450

Claim Number: 10151-01
Claim Date: 03/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,037.76 |

WAKE COUNTY TAX COLLECTOR
421 FAYETTEVILLE STREET MALL STE 200
RALEIGH, NC 276011450

Claim Number: 10151-02
Claim Date: 03/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $858.75 |

WALBRIDGE, ROBERT F.
211 SILVER DR
DECATUR, IL 62521-4636

Claim Number: 3300
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,980.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WALDNER'S BUSINESS ENVIRONMENTS INC.<br>C/O RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN MATTHEW V. SPERO, ESQ.<br>1425 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 1741<br>Claim Date: 10/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) |
| ADMINISTRATIVE | Claimed: | $65,000.00 |
| UNSECURED | Claimed: | $283,061.05 |
| WALDRON, TERRENCE<br>10423 S. OAKLEY<br>CHICAGO, IL 60643 | | Claim Number: 8319<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,405.00 |
| WALDRON, TERRENCE<br>10423 S OAKLEY<br>CHICAGO, IL 60643 | | Claim Number: 10895<br>Claim Date: 02/04/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
| UNSECURED | Claimed: | $5,405.00 |
| WALDRUM, WILLIAM L.<br>PO BOX 756<br>NEW BOSTON, TX 75570 | | Claim Number: 5585<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $11,087.55 |
| WALKER APPRAISAL SERVICES<br>ATTN CHRISTINE WALKER<br>5314 KENTFIELD DR<br>SAN JOSE, CA 95124 | | Claim Number: 3558<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
| UNSECURED | Claimed: | $700.00 | Allowed: | $700.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WALKER, ANNIE
5792 E MONROE
LAS VEGAS, NV 89110

Claim Number: 2008
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31  CONT | Allowed: | $1,292.31 |

---

WALKER, BRIAN & JEANNE
575 N 3500 E
MENAN, ID 83434-5030

Claim Number: 1804
Claim Date: 10/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4615 (06/13/2008)

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10.00 |

---

WALKER, HARRY K.
162 COUNTY RD 4161
TROUP, TX 75789-9721

Claim Number: 7322
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |

---

WALKER, JAMES E. & ANNA M.
801 BEAUREGARD
SUMMERVILLE, SC 29483-1912

Claim Number: 7284
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,075.42 |

---

WALKER, JANE P
2026 46TH ST
DES MOINES, IA 50310

Claim Number: 5036
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,330.40 | Scheduled: | $1,862.56  CONT | Allowed: | $1,330.40 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WALKER, MATTHEW A.<br>4355 STATELY OAK RD<br>RICHMOND, VA 23234 | | Claim Number: 280<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
| WALKER, NINA D.<br>8468 GREYSTONE LN APT 2B<br>COLUMBIA, MD 21045-5875 | | Claim Number: 1029<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| PRIORITY | Claimed: | $918.72 | | |
| WALKER, NINA D.<br>6343 GRAY SEA WAY<br>COLUMBIA, MD 210457423 | | Claim Number: 3913<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $918.72 | Allowed: | $918.72 |
| WALLACE, CHARLENE<br>2128 SOUTHWOOD PL<br>LINCOLN, NE 68512-1370 | | Claim Number: 7418<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| WALLACE, DIANA L.<br>49140 RAINBOW LANE N<br>NORTHVILLE, MI 48168-4418 | | Claim Number: 1295-01<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $7,680.77 | Allowed: | $7,680.77 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WALLACE, DIANA L.
49140 RAINBOW LANE N
NORTHVILLE, MI 48168-4418

Claim Number: 1295-02
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,909.38 | | | | |

WALLACE, DIANA L.
49140 RAINBOW LANE N
NORTHVILLE, MI 48168

Claim Number: 1312
Claim Date: 09/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,269.23 | Scheduled: | $3,269.23  CONT | Allowed: | $3,269.23 |

WALLACE, DIANA L.
16769 LYONHURST CIRCLE
NORTHVILLE, MI 48168

Claim Number: 1339
Claim Date: 10/01/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $39,230.40 | | | | |

WALLACE, KEVIN
4227 DALEWOOD CIRCLE
THOUSAND OAKS, CA 91320

Claim Number: 5957
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,146.00 | | | | |

WALLACE, PHYLLIS
4108 HIGHLANDER AVE
LAKE HAVASU CITY, AZ 86406

Claim Number: 3588
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $5,636.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WALLACE, RONALD R.<br>4900 NW 32ND<br>OKLAHOMA CITY, OK 73122-1110 | | Claim Number: 9129<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WALLACE, SHEILA<br>686 DEAN ST<br>BROOKLYN, NY 11238-3155 | | Claim Number: 10366<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10355 (03/08/2012) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WALLACE, SUSAN B.<br>3817 FOREST GLEN RD<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 1004<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $1,023.12 | Allowed: | $1,023.12 |
| WALLACH, ALETA C/F<br>JOHN WALLACH<br>355 25TH ST<br>SANTA MONICA, CA 90402 | | Claim Number: 10250<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $6,233.00 | | |
| WALLACH, JAY H.<br>7 NUTMEG COURT<br>EDISON, NJ 08820 | | Claim Number: 7767<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | | Claim Number: 10084<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WALLACH, JOHN<br>100 S BRENTWOOD BLVD<br>STE 300<br>ST LOUIS, MO 63105 | | Claim Number: 10085<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WALLEY, EILEEN C<br>5745 WALTON AVE<br>PHILADELPHIA, PA 19143 | | Claim Number: 9307<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $1,639.00 |
| WALLING, DORIS L.<br>290 MIDDLESEX RD<br>MATAWAN, NJ 07747 | | Claim Number: 420<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
| PRIORITY | Claimed: | $1,091.52 |
| WALSER, JAMES<br>2010 PHILOMENA DR.<br>SCHENECTADY, NY 12303 | | Claim Number: 5107<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,634.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WALSH, JAMES E. & CLAIRE E. TTEES<br>FBO WALSH FAMILY TR U/A/D 2/09/01<br>6050 SE FRANKLIN PL<br>HOBE SOUND, FL 33455-7301 | | Claim Number: 7903<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| PRIORITY | Claimed: | $26,874.40 |

| | | |
|---|---|---|
| WALSH, PATRICK<br>801 BERBERRY DR.<br>LANSDALE, PA 19446 | | Claim Number: 4566<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $550.00 |

| | | |
|---|---|---|
| WALSH, ZELLEN<br>613 S QUINCY ST<br>ARLINGTON, VA 22204 | | Claim Number: 7635<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $423.08 | Scheduled: | $846.00 CONT | Allowed: | $423.08 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| WALTER A LOEHR TRUST<br>U/A/D 8/29/78<br>WALTER A LOEHR TRUSTEE<br>29 GREENBRIAR LANE<br>GROSSE POINTE, MI 48236-1507 | | Claim Number: 7390<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $49,024.41 |

| | | |
|---|---|---|
| WALTER, GARY A.<br>UTA ETRADE FINANCIAL<br>IRA CONTRIBUTORY<br>506 240TH ST SE<br>BOTHELL, WA 98021 | | Claim Number: 9353<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $6,198.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALTER, MARILYN J.<br>20 COYOTE HILL<br>PORTOLA VALLEY, CA 94028-8017 | | Claim Number: 3301<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| PRIORITY | Claimed: | $20,000.00 | | | | | |
| WALTERS, DANA<br>8535 PARADISE VALLEY RD # 3<br>SPRING VALLEY, CA 91977 | | Claim Number: 1195<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY | Claimed: | $2,749.50 | Scheduled: | $1,586.00 CONT | Allowed: | $2,749.50 |
| WALTERS, JANICE M.<br>3669 LAKESHORE DR.<br>MANISTEE, MI 49660 | | Claim Number: 389<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | |
| PRIORITY | Claimed: | $3,461.54 | | | Allowed: | $3,461.54 |
| WALTON, MARY<br>11 DAVIS RD APT B10<br>ACTON, MA 017204761 | | Claim Number: 1159<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $1,538.41 | | | Allowed: | $1,538.41 |
| WAMPLER, JACQUELINE R (JACKIE)<br>18 JUNEBERRY PLACE<br>CLAYTON, NC 27520 | | Claim Number: 2181-01<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,893.46 | Scheduled:<br>Scheduled: | $1,893.46 CONT<br>$5,131.63 CONT | Allowed: | $1,893.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WAMPLER, JACQUELINE R (JACKIE)<br>18 JUNEBERRY PLACE<br>CLAYTON, NC 27520 | Claim Number: 2181-02<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $5,161.05 |
|---|---|---|

| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | Claim Number: 4883<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) |
|---|---|

| PRIORITY | Claimed: | $76.32 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| WANAQUE BOROUGH<br>ATTN ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | Claim Number: 4898<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $76.32 |
|---|---|---|

| WANAQUE BOROUGH<br>ANTHONY FIORELLO, ATTORNEY<br>579 RINGWOOD AVE.<br>WANAQUE, NJ 07456 | Claim Number: 5339<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) |
|---|---|

| PRIORITY | Claimed: | $76.32 |
|---|---|---|

| WANER, VICTOR & SANDRA<br>10200 WISH AVE<br>NORTHRIDGE, CA 91325 | Claim Number: 3556<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|

| SECURED | Claimed: | $104,774.99 |
|---|---|---|
| UNSECURED | Claimed: | $104,774.99 |
| TOTAL | Claimed: | $104,774.99 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WANG DAN ZHOU<br>250 UNIVERSITY AVE. 4TH FLOOR<br>VANCOUVER, BC V5R 4S6<br>CANADA | | Claim Number: 9182<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,234.92 | | |
| WANG, BETTY L.<br>211 BIG BEAR PEN RD.<br>PO BOX 1769<br>HIGHLANDS, NC 28741-1769 | | Claim Number: 9450<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,086.00 | | |
| WANG, ELI<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | | Claim Number: 3453<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,650.00  CONT |
| WANG, ELI J<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | | Claim Number: 3451<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| PRIORITY | Claimed: | $1,525.75 | Scheduled: | $1,525.75  CONT |
| WANG, ELI JOSHUA<br>7702 ARDMORE DR<br>O'FALLEN, MO 63368 | | Claim Number: 742<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$383.33 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WANG, HU<br>2 PEMBROOK DRIVE<br>STONY BROOK, NY 11790 | | Claim Number: 7792<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $9,987.85 |
| WANG, JUAN<br>PO BOX 1610<br>BELFAIR, WA 98528 | | Claim Number: 7075<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $62.40 |
| WANG, MING CHUNG<br>117 CAROLINE DR.<br>COLLEGEVILLE, PA 19426 | | Claim Number: 3115<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $2,125.00<br>$1,133.00 |
| WANG, TONG<br>6273 CANTERBURY DR<br>ZIONSVILLE, IN 46077 | | Claim Number: 3753<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $2,500.00<br>$2,500.00<br>$2,500.00 |
| WANG, XUAN<br>17-8-603 HENG SHAN ROAD<br>SHANGHAI, 200031<br>CHINA | | Claim Number: 7220<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,765.80 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WANG, YUELI<br>503 IVYSHAW RD.<br>CARY, NC 27519 | | Claim Number: 10707<br>Claim Date: 05/01/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $150.00 |
| WANNAMAKER, CHARLES T.<br>4720 NORWOOD DR.<br>COLUMBIA, SC 29206-1115 | | Claim Number: 5499<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WANNAMAKER, ROWENA MALPHRUS TR<br>1505 SARAMOUNT DRIVE<br>COLUMBIA, SC 29205-1555 | | Claim Number: 5263<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WANNAMAKER, WILLIAM F.<br>1505 SARAMOUNT DRIVE<br>COLUMBIA, SC 29205-1555 | | Claim Number: 5264<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WANNAMAKER, WILLIAM F.<br>758 SPRINGWOOD DR.<br>LILBURN, GA 30047 | | Claim Number: 6070<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,241.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WANNAMAKER, WILLIAM FRANKLIN JR.<br>758 SPRINGWOOD DR.<br>LILBURN, GA 30047 | | Claim Number: 6058<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,652.00 |
| WARD, MARGARET<br>1161 CENTER GROVE ST<br>ORLANDO, FL 32839 | | Claim Number: 4080<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) |
| UNSECURED | Claimed: | $600.00 |
| WARD, MICKEY<br>501 WELCH RD<br>TIMMONSVILLE, SC 29161 | | Claim Number: 3955<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| PRIORITY | Claimed: | $32,767.56 |
| WARD, SCOTT K.<br>46744 ABINGTON TER<br>POTOMAC FALLS, VA 20165 | | Claim Number: 7376<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $557,101.29 |
| WARDELL, THOMAS E.<br>SEP IRA ETRADE 6859-7046<br>1425 ELIZABETH CREST<br>REDLANDS, CA 92373 | | Claim Number: 9120<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $73,416.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WARDEN, BARBARA GAIL<br>C/O A S WARDEN<br>180 MAIN ST APT 341<br>WALPOLE, MA 02081 | | Claim Number: 3827<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED | Claimed: | $3,231.00 | | | |
| WARE, WILLIAM O &<br>WILLIAM O WARE JR TR<br>UW 03/13/73<br>23390 TORRE CIRCLE<br>BOCA RATON, FL 33433-7026 | | Claim Number: 2781<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,590.00 | | | |
| WAREHOUSE DIRECT<br>ATTN DEBBIE GORMAN, CREDIT MGR.<br>1601 WEST ALGONQUIN RD<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 6055<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $31,393.46 | Scheduled: | $1,539.07 | |
| WAREHOUSELINE, LTD<br>ATTN BRUCE REICHSTEIN, PRESIDENT<br>707 WOODCASTLE BEND<br>STE 200<br>HOUSTON, TX 77094 | | Claim Number: 6697<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $92,898.00 | | | |
| WARNER, HAROLD L.<br>LORENZ APPRAISAL, INC.<br>8592 WOODBRIAR DR.<br>SARASOTA, FL 34238 | | Claim Number: 6232<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $27,000.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WARNER, MARGARET
***NO ADDRESS PROVIDED***

Claim Number: 3505
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,676.00 | | Allowed: | $3,676.00 |
|---|---|---|---|---|---|

WARNER, ROBERT JOSEPH TTEE
UNIV BOOKSTORE INC RETIREMENT
UA DTD 4/1/92
3904 PINE GLADE - 2529 W MICHIGAN AVE.
KALAMAZOO, MI 49002

Claim Number: 5176
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

WARREN ENGINEERING, INC
ATTN ROBERT D. WARREN, PRESIDENT
119 E MAIN ST
MURFREESBORO, TN 37130

Claim Number: 2779
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

WARREN, AMY L.
4717 S WAYNE
FORT WAYNE, IN 46807

Claim Number: 292
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,125.00 | Scheduled: | $1,125.00  CONT | Allowed: | $1,125.00 |
|---|---|---|---|---|---|---|

WARREN, GENESS
269 BENT GRASS CIR
DEKALB, IL 60115-8696

Claim Number: 1136
Claim Date: 09/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $700.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WARREN, GENESS L
269 BENT GRASS DR
DEKALB, IL 60115-8696

Claim Number: 5120
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00 CONT | Allowed: | | $700.00 |

WARREN, WILLIAM H., JR.
6 EMS T30A LANE
LEESBURG, IN 46538

Claim Number: 8317
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

WARRICK, STEPHEN G. R/O IRA
5520 NARROWS RD
LONSDALE, AR 72087-9460

Claim Number: 7132
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,465.00 |

WAS, ELLEN
53 LOWELL AVE.
WEST ORANGE, NJ 07052

Claim Number: 2234
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT |

WASHINGTON BUSINESS JOURNAL
ATTN BUSINESS MGR
PO BOX 632024
BALTIMORE, MD 21263

Claim Number: 4847
Claim Date: 12/07/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,520.00 | Scheduled: | $1,520.00 | Allowed: | $1,520.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WASHINGTON COUNTY, OREGON<br>ATTN MIKE DEROSE, TAX CLERK<br>ASSESSMENT & TAXATION DEPARTMENT<br>155 N. FIRST AVENUE, SUITE 130<br>HILLSBORO, OR 97124 | Claim Number: 4878<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

PRIORITY                                                          Scheduled:            $1,744.41  DISP CONT
SECURED                Claimed:            $2,932.08    UNDET

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK<br>C/O ROBERT TRODELLA, ESQ.<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | Claim Number: 10543<br>Claim Date: 09/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10447 (05/07/2012) | |

UNSECURED                Claimed:            $1,935,640.37

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK, FA<br>C/O ROBERT TRODELLA<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | Claim Number: 6632<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | |

UNSECURED                Claimed:            $659,558.69

| | | |
|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10574<br>Claim Date: 11/25/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | |

UNSECURED                Claimed:            $3,819,269.48

| | | |
|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10575<br>Claim Date: 11/25/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | |

UNSECURED                Claimed:            $3,819,269.48

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10576<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
| UNSECURED | Claimed: | $3,819,269.48 | | |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10577<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9920 (04/06/2011) | | |
| UNSECURED | Claimed: | $3,819,269.48 | Allowed: | $402,609.00 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10578<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) | | |
| UNSECURED | Claimed: | $3,819,269.48 | | |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10579<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) | | |
| UNSECURED | Claimed: | $3,819,269.48 | | |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10580<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) | | |
| UNSECURED | Claimed: | $3,819,269.48 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10581<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9920 (04/06/2011) |
| UNSECURED | Claimed: | $3,819,269.48 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9131<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9132<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9133<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9134<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | Claim Number: 9135 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7022 (02/17/2009) |
|---|---|
| UNSECURED          Claimed: | $3,819,269.48   UNLIQ |

| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | Claim Number: 9136 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7022 (02/17/2009) |
|---|---|
| UNSECURED          Claimed: | $3,819,269.48   UNLIQ |

| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | Claim Number: 9137 Claim Date: 01/11/2008 Debtor: HOMEGATE SETTLEMENT SERVICES, INC. Comments: EXPUNGED DOCKET: 7022 (02/17/2009) |
|---|---|
| UNSECURED          Claimed: | $3,819,269.48   UNLIQ |

| WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10022 | Claim Number: 9138 Claim Date: 01/11/2008 Debtor: GREAT OAK ABSTRACT CORP Comments: EXPUNGED DOCKET: 7022 (02/17/2009) |
|---|---|
| UNSECURED          Claimed: | $3,819,269.48   UNLIQ |

| WASHINGTON REAL ESTATE INVESTMENT TRUST C/O MAGRUDER & ASSOCIATES, P.C. ATTN JASON MCNEAL, ASSET MANAGER 1889 PRESTON WHITE DR. - STE. 200 RESTON, VA 20191 | Claim Number: 7949 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE CORP | | |
|---|---|---|---|
| UNSECURED          Claimed: | $33,093.10 | Allowed: | $33,093.10 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON STATE EMPLOYMENT SECURITY<br>DEPT - ATTN: ELLEN MOE, COMPLIANCE UNIT<br>UI TAX AND WAGE ADMINISTRATION<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | Claim Number: 9912<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,475.52 |
| SECURED | Claimed: | $1,724.16 |

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON, ANDRE<br>179 SCOTT ST<br>NAUGATUCK, CT 06770-4315 | Claim Number: 6600<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,288.46  CONT |
| UNSECURED | Claimed: | $2,288.46 | | |

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON, SHEILA<br>P.O.BOX 6363<br>GARDEN GROVE, CA 92648 | Claim Number: 10290<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | |

| | | |
|---|---|---|
| SECURED | Claimed: | $91,630.00 |

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON, STACIE & IRVIN<br>5419 PARIS AVE<br>NEW ORLEANS, LA 701222603 | Claim Number: 570<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $31,951.00 |

| | | | | | |
|---|---|---|---|---|---|
| WASHINGTON- ST TAMMANY<br>ATTN BETTY S BARBER, CLERK<br>PO DRAWER N<br>FRANKLIN, LA 70438 | Claim Number: 2003<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $142.50 | Scheduled: | $333.61 | Allowed: | $142.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | |
|---|---|---|
| WASMAN, GOLDIE<br>765 NORTH SHORE DR<br>MIAMI BEACH, FL 33141 | | Claim Number: 8081<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,450.00 |

| | | |
|---|---|---|
| WASMAN, ROGER & GOLDIE<br>765 NORTH SHORE DR<br>MIAMI BEACH, FL 33141 | | Claim Number: 8083<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,900.00 |

| | | |
|---|---|---|
| WASNIDGE, PHILLIP L<br>HILLIARD LYONS CUSTODIAN<br>IRA ROLLOVER<br>14910 SO ST ROAD 59<br>JASONVILLE, IN 47438-8737 | | Claim Number: 9396<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00   UNDET |

| | | |
|---|---|---|
| WASSEF, MAHER NABIH<br>24 OMAR IBN ELKHATTAB STREET, APT. # 5<br>HELIOPOLIS, CAIRO, 11361<br>EGYPT | | Claim Number: 7522<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| WASTE MANAGEMENT<br>2625 W GRANDVIEW RD STE 170<br>PHOENIX, AZ 850233113 | | Claim Number: 1592<br>Claim Date: 08/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $460.64 | Allowed: | $460.64 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | |
|---|---|---|---|---|
| WATER PLANT INVESTMENTS, LLC<br>ATTN MR. MARK HUTTON<br>5644 BAY SIDE DRIVE<br>ORLANDO, FL 32819 | | Claim Number: 1869<br>Claim Date: 11/02/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $121,811.35 | | |
| WATERFALL SHOPPING CENTER INC.<br>C/O WILLIAM NOVOTNY<br>MARISCAL WEEKS MCINTYRE & FRIEDLANDER PZ<br>2901 NORTH CENTRAL AVENUE, SUITE 200<br>PHOENIX, AZ 85012 | | Claim Number: 1800<br>Claim Date: 10/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $15,752.15 | Allowed: | $15,752.15 |
| WATERFIELD SHAREHOLDER LLC<br>C/O ERIC J. GORMAN, ESQ.<br>SKADEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 9231<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WATERHOUSE, DREW<br>21 CALLE GAULTERIA<br>SAN CLEMENTE, CA 92673 | | Claim Number: 1791-01<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $21,900.00  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $197,338.64  CONT | | |
| WATERHOUSE, DREW<br>21 CALLE GAULTERIA<br>SAN CLEMENTE, CA 92673 | | Claim Number: 1791-02<br>Claim Date: 10/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $214,692.66 | | |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WATERHOUSE, DREW<br>C/O RONALD S. COOK, ESQ.<br>222 MIDDLE COUNTRY RD, SUITE 206<br>SMITHTOWN, NY 11787 | | Claim Number: 9454<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $219,147.52 | | | |

| WATKINS, LONNIE<br>885 BOARDWALK CT<br>PALATINE, IL 60067 | | Claim Number: 1902<br>Claim Date: 11/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,600.67 | | | |
| UNSECURED | Claimed: | $8,600.67 | | | |
| TOTAL | Claimed: | $8,600.67 | | | |

| WATKINS, LONNIE R.<br>885 BROADWALK CT<br>PALATINE, IL 60067 | | Claim Number: 3475<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8671 (03/09/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,529.09 | | | |

| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | | Claim Number: 3009-01<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $999.68 | Scheduled: | $999.68  CONT | Allowed: | $999.68 |

| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | | Claim Number: 3009-02<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55.00 | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WATKINS, THOMAS R., JR. & REBECCA P.<br>2148 LORDS LANDING<br>VIRGINIA BEACH, VA 23454-1163 | | Claim Number: 3021<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $63,750.00 | | | | | |
| WATSON APPRAISAL SERVICES, INC<br>9660 FALLS OF NEUSE RD STE 138<br>RALEIGH, NC 27615-2435 | | Claim Number: 4300<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 | Allowed: | $375.00 |
| WATSON FAMILY REV TRUST<br>1647 CALMING WATER DR. BOX 83<br>ORANGE PARK, FL 32003-3414 | | Claim Number: 3847<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| WATSON, ELEVEE<br>5670 MIDDLECOFF DR<br>WEST PALM BCH, FL 334131239 | | Claim Number: 5776<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
| WATSON, MARINA<br>3 BEDFORDBURY<br>LONDON, WC2N4DP<br>UNITED KINGDOM | | Claim Number: 1332<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| PRIORITY | Claimed: | $992.79 | | | | | |
| UNSECURED | Claimed: | $992.79 | | | | | |
| TOTAL | Claimed: | $992.79 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| WATSON, MARINA<br>3 BEDFORDBURY<br>LONDON, WC2N4DP<br>UK | | Claim Number: 1634<br>Claim Date: 10/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $993.00 | | | Allowed: | $993.00 |
| WATSON, MARINA<br>9511 BEACH MILL RD<br>GREAT FALLS, VA 22066 | | Claim Number: 6441<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $992.79 | | | | |
| UNSECURED | Claimed: | $992.79 | | | | |
| TOTAL | Claimed: | $992.79 | | | | |
| WATSON, MARK AND KELLY<br>PMB 198<br>4916 POINT FOSDICK DR NW<br>GIG HARBOR, WA 98335 | | Claim Number: 10422<br>Claim Date: 06/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9308 (10/08/2010) | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
| WATSON, MARK D<br>10823 TROTWOOD WY<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 2648<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69  CONT | Allowed: | $1,107.69 |
| WATTERS, MARY E (MARY BETH)<br>27 BATTERSEA RD<br>BERLIN, MD 21811 | | Claim Number: 4693<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,653.11 | Scheduled: | $1,653.11  CONT | Allowed: | $1,653.11 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WATTS WINDOW CLEANING, INC
ATTN MICHAEL R. WATTS, V.P.
4633 BENSON AVE
BALTIMORE, MD 21227

Claim Number: 4132
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $189.00 | Scheduled: | $94.50 |
|---|---|---|---|---|

WATTS, DRENNEN
6301 N 7TH ST.
LINCOLN, NE 68521-8936

Claim Number: 3246
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

WAUGH, KENNETH M.
7221 RAMON CT
MAINEVILLE, OH 45039

Claim Number: 9321
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $13,435.00 |
|---|---|---|

WAXMAN, HILLARY
130 ROUND HILL RD
ROSLYN HEIGHTS, NY 11577

Claim Number: 1219-01
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6702 (12/11/2008)

| PRIORITY | Claimed: | $5,192.31 | Scheduled: | $5,192.31  CONT | Allowed: | $5,192.31 |
|---|---|---|---|---|---|---|

WAXMAN, HILLARY
130 ROUND HILL RD
ROSLYN HEIGHTS, NY 11577

Claim Number: 1219-02
Claim Date: 09/25/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $164.48 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WDI CO. OF OREGON, INC<br>ATTN GREGG B RITCHIE<br>7342 SW KABLE LANE<br>PORTLAND, OR 97224 | | Claim Number: 2711<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $620.40 | | | | | |
| WEATHER UNDERGROUND,INC<br>ATTN JEFF FERGUSON, TREASURER<br>PO BOX 3605<br>ANN ARBOR, MI 48106 | | Claim Number: 2079<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 | Allowed: | $4,000.00 |
| WEAVER, RONALD S.<br>726 PARADISE PARK<br>SANTA CRUZ, CA 95060 | | Claim Number: 5037<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $16,900.00 | | | | | |
| WEBB MASON, INC.<br>ATTN ERNIE VAILE<br>10830 GILROY ROAD<br>HUNT VALLEY, MD 21030 | | Claim Number: 1641<br>Claim Date: 10/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $645,344.56 | | | Allowed: | $645,344.56 |
| WEBB, MOSES A.<br>6713 SWINDON PLACE<br>MANASSAS, VA 20112 | | Claim Number: 10241<br>Claim Date: 04/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| SECURED | Claimed: | $193,800.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WEBB, SUSAN K
406 SPARROW DR
SATELLITE BCH, FL 32937-3728

Claim Number: 2690
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,280.00 | | Allowed: | $3,280.00 |

WEBER, JODI M.
12866 WALBECK DR
FISHERS, IN 46037-6241

Claim Number: 4496
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,336.95 |

WEBER, JOHN J.
2015 RT. 34
OSWEGO, IL 60543

Claim Number: 6911
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,464.00 |

WEBEX COMMUNICATIONS
ATTN WENDY FINNEGAN, AGENT
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 1605
Claim Date: 09/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,805.15 | Scheduled: | $9,805.15 | Allowed: | $9,805.15 |

WEBSTER, ROBERT A. & MARY C.
P.O. BOX 179
ETNA GREEN, IN 46524

Claim Number: 7916
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,536.33 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WECHSLER, ELAINE
20310 FAIRWAY OAKS DRIVE #144
BOCA RATON, FL 33434-3228

Claim Number: 6478
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,427.09 | | |

---

WEED, HAZE H L
1940 S E 2 ST
ASTORIA, OR 97103

Claim Number: 9352
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8746 (04/06/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $862.00 | Scheduled: | $250.00 |

---

WEHKING, ERHARDT F. & LILLIAN R.
TTEES FBO ERHARDT F & LILLIAN K WEHKING
TRUST U/A/D 04/10/03
3635 LAUREL CREST
SALT LAKE CITY, UT 84109-3731

Claim Number: 6314
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,338.37 | |

---

WEHLER, AMANDA
6736 1/2 N. GLENWOOD # 3
CHICAGO, IL 60626

Claim Number: 1884
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,015.39  CONT |
| UNSECURED | Claimed: | $846.15 | | |

---

WEICHBRODT, IVAN L.
5030 S.W. TEXAS ST.
PORTLAND, OR 97219

Claim Number: 634
Claim Date: 10/11/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $670.00 | Allowed: | $670.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WEIDNER, MARJORIE A.<br>3406 OREGON ST.<br>EASTON, PA 18045 | | Claim Number: 8630<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,930.67 |
| WEIDNER, MARLYN E.<br>3406 OREGON ST.<br>EASTON, PA 18045 | | Claim Number: 8626<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $280.00 |
| WEIGEL, JUTTA<br>42 FOXBORO DRIVE<br>ROCHESTER HILLS, MI 48309 | | Claim Number: 6784<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| PRIORITY | Claimed: | $2,758.00 |
| UNSECURED | Claimed: | $131,438.00 |
| WEIGOLD, PETER W<br>111 15TH AVENUE S.<br>JACKSONVILLE BEACH, FL 32250-6321 | | Claim Number: 4770<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WEIHS, WILLIAM H.<br>2 RAYMOND ST<br>OLD GREENWICH, CT 06870-1920 | | Claim Number: 3046<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $93,755.90 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WEIHS, WILLIAM H.<br>2 RAYMOND ST<br>OLD GREENWICH, CT 06870-1920 | | Claim Number: 3047<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $91,057.90 | | | | | |

| WEILBURG, DONNA<br>37045 HEIFNER PL<br>TUCSON, AZ 85735 | | Claim Number: 801<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $360.00 | | | | | |

| WEILBURG, DONNA J.<br>37045 S HEIFNER PL<br>TUCSON, AZ 85735 | | Claim Number: 276<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $864.00 | Scheduled: | $864.00  CONT | Allowed: | $864.00 |

| WEILER, GERALD S.<br>1119 W TIFFANY LANE<br>OAK CREEK, WI 53154 | | Claim Number: 9512<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $17,437.99 | | | | | |
| UNSECURED | Claimed: | $17,437.99 | | | | | |
| TOTAL | Claimed: | $17,437.99 | | | | | |

| WEINER, JOEL M.<br>51 HERON POINTE CT.<br>MARLTON, NJ 08053-1781 | | Claim Number: 6298<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,268.00 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WEINER, JOEL M.<br>51 HERON POINTE CT.<br>MARLTON, NJ 08053-1781 | | Claim Number: 6299<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,892.00 | | | | |
| WEINER, JOEL M.<br>51 HERON POINTE CT.<br>MARLTON, NJ 08053-1781 | | Claim Number: 6300<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,060.00 | | | | |
| WEINGER, MILTON & NORMAN, JT TEN<br>6080 HOLLOW LANE<br>DELRAY BEACH, FL 33484 | | Claim Number: 7079<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| WEINGER, MILTON, IRA R/O<br>ETRADE CUSTODIAN<br>6080 HOLLOWS LANE<br>DELRAY BEACH, FL 33484 | | Claim Number: 7080<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| WEINHEIMER, TRACEY K<br>2291 AIRPORT ROAD<br>GREENFIELD, IA 50849 | | Claim Number: 2777<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $3,476.92 CONT | Allowed: | $2,076.92 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | | Claim Number: 1047<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) |
| PRIORITY | Claimed: | $2,077.20 |
| WEINHEIMER, TRACEY K.<br>2291 AIRPORT RD<br>GREENFIELD, IA 50849 | | Claim Number: 1073<br>Claim Date: 09/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
| PRIORITY | Claimed: | $230.80 |
| WEINRACH, MELVIN J.<br>12950 SW 13 ST D313<br>PEMBROKE PINES, FL 33027 | | Claim Number: 3478<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,101.90 |
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>N MASSAPEQUA, NY 11758 | | Claim Number: 248<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | | Claim Number: 2214<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| PRIORITY | Claimed: | $1,269.23 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WEINSTEIN, MINDY
572 N HAWTHORNE ST
NORTH MASSAPEQUA, NY 11758

Claim Number: 2215
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,269.23 | Scheduled: | $1,269.23  CONT | Allowed: | $1,269.23 |
|---|---|---|---|---|---|---|

WEINSTEIN, THEODORE & FAY TTEE
THEODORE WEINSTEIN & FAY WEINSTEIN
REV TR U/A 11/25/03
1803 CRANBERRY ISLES WAY
APOPKA, FL 32712

Claim Number: 4049
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $9,965.00 |
|---|---|---|

WEINSTOCK, ROBERT S.
SEDGWICK PARTNERS LP
9027 SEDGWICK PLACE DR
SAINT LOUIS, MO 63124

Claim Number: 3532
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

WEIR, RANDALL ROBERT
7537 E. LAZY Y5 ROAD
SIERRA VISTA, AZ 85635

Claim Number: 5057
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,807.00 |
|---|---|---|

WEISEL, LOUISE M. AND DAVID P.
17241 BEGONIA DR
RUTHER GLEN, VA 225464804

Claim Number: 9347
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,092.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WEISER, DOUGLAS J.<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | | Claim Number: 7329<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,731.76 |
| WEISER, TIMOTHY V.<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | | Claim Number: 7328<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,440.95 |
| WEISMAN, JANET K. & ALFRED L.<br>9330 LAGOON PLACE # 409<br>DAVIE, FL 33324 | | Claim Number: 6216<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| WEISMAN, JANET K. & ALFRED L.<br>9330 LAGOON PLACE # 409<br>DAVIE, FL 33324 | | Claim Number: 8450<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
| UNSECURED | Claimed: | $10,000.00 |
| WEISS, ADRIENNE N<br>3337 HUTCHINSON LN<br>MUNDELEIN, IL 600606009 | | Claim Number: 2772<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $0.00  UNDET    Scheduled:    $1,803.30  CONT |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WEISS, ANITA G.<br>707 N. OXFORD AVE # J1<br>VENTNOR CITY, NJ 08406 | | Claim Number: 5606<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| WEISS, GLORIA<br>15240 W. PANTANO DR<br>SURPRISE, AZ 85374 | | Claim Number: 5189<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $7,102.05 |
|---|---|---|

| | | |
|---|---|---|
| WEISS, JOAN<br>14376 AMBERLY LN APT 26-103<br>DELRAY BEACH, FL 33446-2951 | | Claim Number: 4550<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WEISS, RICHARD<br>30 WILMOTH AVE<br>ARDSLEY, NY 10502 | | Claim Number: 679<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |
|---|---|---|

| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77  CONT | Allowed: | $3,230.77 |
|---|---|---|---|---|---|---|

| WEISS, RICHARD<br>4911 W. MIDLAND DR<br>GREENFIELD, WI 53219 | | Claim Number: 4282<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|

| UNSECURED | Claimed: | $2,981.08 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WEISS, SHIRLEY ANN<br>722 WAYFIELD DRIVE<br>ST LOUIS, MO 63132 | | Claim Number: 10072<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| WEISS, SHIRLEY ANN<br>722 WAYFIELD DRIVE<br>ST LOUIS, MO 63132 | | Claim Number: 10073<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| WEISSBOHN, MICHAEL J.<br>BARBARA L WEISSBOHN<br>1 PARK PLACE<br>KANKAKEE, IL 60901 | | Claim Number: 2598<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | | | Scheduled: | $300.00 CONT | | | |
| UNSECURED | Claimed: | $300.00 | | | | | |
| WEISSINGER, CHRISTINE A.<br>3121 CORTE LINDA<br>NEWPORT BEACH, CA 92660 | | Claim Number: 311<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| WEISSINGER, CHRISTINE A.<br>3376 CORTE CASSIS<br>COSTA MESA, CA 92626 | | Claim Number: 1779-01<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6178 (10/02/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $4,254.39 CONT | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WEISSINGER, CHRISTINE A.<br>3376 CORTE CASSIS<br>COSTA MESA, CA 92626 | | Claim Number: 1779-02<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,614.80 | | |
| WELCH MARITAL TRUST<br>ELIZABETH WELCH, TR.<br>3444 GODDARD RD.<br>TOLEDO, OH 43606 | | Claim Number: 5801<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | | Claim Number: 60<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $762.00 | Allowed: | $762.00 |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | | Claim Number: 2292<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $381.00<br>$381.00<br>$381.00 | | |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | | Claim Number: 2293<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) | | |
| UNSECURED | Claimed: | $381.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WELDON, LEE ROY
1575 W ALLUVIAL
FRESNO, CA 93711

Claim Number: 5325
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $8,970.00 |
|-----------|----------|-----------|

---

WELDON, TOMMY W.
13977 CRESTWICK DR. E.
JACKSONVILLE, FL 32218-8431

Claim Number: 4390
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

---

WELLINGTON, HELEN
24836 LOIRE CT
HEMET, CA 92544

Claim Number: 9268
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,290.00 |
|-----------|----------|-----------|

---

WELLNESS AT WORK
ATTN MARILYN KIER, OWNER
540 FRONTAGE RD
STE 1025
NORTHFIELD, IL 60093

Claim Number: 3755
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 | Allowed: | $110.00 |
|-----------|----------|---------|-----------|---------|----------|---------|

---

WELLNESS AT WORK
ATTN MARILYN KIER
540 FRONTAGE RD
NORTHFIELD, IL 60093

Claim Number: 4334
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4615 (06/13/2008)

| UNSECURED | Claimed: | $110.00 |
|-----------|----------|---------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WELLS & RAYMOND APPRAISAL SERA
ATTN SUSAN RAYMOND
409 S DAYTONA AV
FLAGIER BEACH, FL 32136

Claim Number: 3721
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |
|---|---|---|---|---|

WELLS FARGO BANK C/F IRA
JERRY I CUDDY
1566 SPRINGHURST DR
FLORISSANT, MO 63031

Claim Number: 4263
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,516.80 |
|---|---|---|

WELLS FARGO BANK IRA C/F
CHERYL A. NEWMARK
16874 BABLER VIEW DR
WILDWOOD, MO 63011

Claim Number: 4265
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,258.44 |
|---|---|---|

WELLS FARGO BANK IRA C/F
RONALD D. FUSSNER
6101 SIOUX TRAILS
OSAGE BEACH, MO 65065

Claim Number: 4267
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,722.32 |
|---|---|---|

WELLS FARGO BANK IRA C/F
12453 STATE ROAD CC
FESTUS, MO 630283678

Claim Number: 4269
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,704.81 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WELLS FARGO BANK IRA C/F<br>ROY H. HERMANN<br>7350 FLORA AVE<br>MAPLEWOOD, MO 63143 | | Claim Number: 4271<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $14,014.90 |
| WELLS FARGO BANK IRA C/F<br>IRENE R. EADES<br>P.O. BOX 323<br>NEW BERLIN, IL 62670 | | Claim Number: 4272<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,935.71 |
| WELLS FARGO BANK IRA C/F<br>TREVA IMES<br>6010 ABU DHABI PL<br>DULLES, VA 20189 | | Claim Number: 4273<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,043.36 |
| WELLS FARGO BANK IRA C/F<br>WILLIAM F MELICK<br>9117 E DONNER RD<br>TRAVERSE CITY, MI 49684 | | Claim Number: 4275<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,512.06 |
| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | | Claim Number: 9033<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) |
| UNSECURED | Claimed: | $1,855,469.63 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WELLS FARGO BANK, N.A.<br>ATTN:  WILLIAM FAY<br>MAC N2702-011<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | | Claim Number: 9233<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) | | |
| SECURED | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $160,602.15  UNLIQ CONT | Allowed: | $162,602.00 |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN: WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD -   MAC2702-011<br>COLUMBIA, MD 21045 | | Claim Number: 9234<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) | | |
| UNSECURED | Claimed: | $160,602.15  UNLIQ CONT | Allowed: | $555,801.00 |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD- MAC N2702-011<br>COLUMBIA, MD 21054 | | Claim Number: 9235<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) | | |
| UNSECURED | Claimed: | $160,602.15  UNLIQ CONT | Allowed: | $162,602.00 |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD -   MAC2702-011<br>COLUMBIA, MD 21045 | | Claim Number: 9236<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 8299 (11/13/2009) | | |
| UNSECURED | Claimed: | $483,750,616.79  UNLIQ CONT | | |
| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>90 SOUTH 7TH STREET, 17TH FLOOR<br>MAC N9305-176<br>MINNEAPOLIS, MN 55402-3903 | | Claim Number: 10792<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $25,000.00  UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A.<br>C/O CHAPMAN AND CUTLER LLP<br>ATTN: FRANKLIN H. TOP III<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | | Claim Number: 10884<br>Claim Date: 05/11/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 8843 (05/11/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $298,145.00 | | | Allowed: | $298,145.00 |
| WELLS FARGO BANK, N.A.-ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>CORPORATE TRUST SERVICES<br>9062 OLD ANNAPOLIS RD - MAC N2702-011<br>COLUMBIA, MD 21045 | | Claim Number: 8859<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10549 (08/21/2012) | | | | |
| UNSECURED | Claimed: | $80,000.00 | Scheduled: | $80,000.00 | Allowed: | $80,000.00 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER<br>ATTN WILLIAM FAY - CORPORATE TRUST SVCS<br>ASSET SECURITIZATION<br>9062 OLD ANNAPOLIS RD<br>COLUMBIA, MD 21045 | | Claim Number: 8860<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: DOCKET: 3702 (04/16/2008) | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | |
| UNSECURED | Claimed: | $462,049.83  UNLIQ | | | | |
| WELLS FARGO BANK, NA, AS MASTER SERVICER<br>ATTN WILLIAM FAY - CORPORATE TRUST SVCS<br>ASSET SECURITIZATION GROUP<br>9062 OLD ANNAPOLIS RD<br>COLUMBIA, MD 21045 | | Claim Number: 8861<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10092 (07/18/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | |
| UNSECURED | Claimed: | $731,914.41  UNLIQ | | | | |
| WELLS FARGO FINANCIAL LEASING, INC.<br>ATTN RICHARD BEHLING<br>BANKRUPTCY SPECIALIST<br>800 WALNUT ST / MAC F4031-050<br>DES MOINES, IA 50309 | | Claim Number: 642<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $8,489.16 | Scheduled: | $883.82 | Allowed: | $8,489.16 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | | Claim Number: 8985<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $53,722,732.67 | | |
| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | | Claim Number: 8986<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $53,785,321.46 | | |
| WELLS FARGO FUNDING, INC<br>ATTN: AMY THORESON-LONG<br>90 SOUTH 17TH STREET, 17TH FLOOR<br>MAC N9305-176<br>MINNEAPOLIS, MN 55402-3903 | | Claim Number: 10791<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $25,000.00   UNLIQ | | |
| WELLS FARGO FUNDING, INC.<br>C/O SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST.<br>CHICAGO, IL 60603 | | Claim Number: 10816<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $13,600,000.00 |
| WELLS FARGO FUNDING, INC.<br>C/O SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST<br>CHICAGO, IL 60603 | | Claim Number: 10817<br>Claim Date: 11/11/2010<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,000,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WELLS, CHRIS
1507 BUTTONWOOD DR.
FORT COLLINS, CO 80525

Claim Number: 4013
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,200.00 |
|-----------|----------|-----------|

WELLS, EARL C
515 ORCHARD LANE
FINDLAY, OH 45840

Claim Number: 10025
Claim Date: 03/06/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|-----------|----------|--------------|

WELLS, LESLIE D.
634 DEREK DRIVE
WENTZVILLE, MO 63385

Claim Number: 5615
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $926.68 | Scheduled: | $926.68  CONT | Allowed: | $926.68 |
|----------|----------|---------|------------|---------------|----------|---------|

WELTMAN WEINBERG & REIS CO LPA
ATTN GEOFFREY J PETERS ESQ
175 S 3RD STREET SUITE 900
COLUMBUS, OH 43215

Claim Number: 3609
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC

| UNSECURED | Claimed: | $192,110.29 | | | Allowed: | $192,110.29 |
|-----------|----------|-------------|--|--|----------|-------------|

WENG, DACONG
28112 RIDGEFOREST CT.
RANCHO PALOS VERDES, CA 90275

Claim Number: 5794
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $8,000.00 |
|---------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WENG, LIH J.<br>426 BONITA AVE<br>PASADENA, CA 91107-5064 | | Claim Number: 7525<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,851.00 | | | | |
| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | | Claim Number: 673<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $9,367.16 | | | | |
| WENINSKI, MICHELLE A.<br>41 WINSTON DR<br>BRENTWOOD, NY 11717 | | Claim Number: 724<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,945.38 | Scheduled: | $1,946.35  CONT | Allowed: | $1,945.38 |
| WENTWORTH R E APPRAISAL SVCS<br>321 DENNETT ST<br>PORTSMOUTH, NH 03801 | | Claim Number: 3155<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $850.00 | | | | |
| WENTWORTH, DANIEL H.<br>47409 224 ST.<br>FLANDREAU, SD 57028 | | Claim Number: 9364<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,260.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WENZINGER, ARLENE<br>A356 CR RD 16<br>NEW BAVARIA, OH 43548 | | Claim Number: 6187<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,129.47 | | |
| WERDELMAN, EGON H.<br>8253 SAN CARLOS DR.<br>SAN DIEGO, CA 92119-2635 | | Claim Number: 2502<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $7,072.00 | | |
| WERT, J. & V F. (CO - TTEE)<br>1745 MASTERS DRIVE<br>BANNING, CA 92220-6670 | | Claim Number: 4540<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WESCH VS. AMERICAN HOME MORTGAGE CORP.<br>SUPERIOR COURT MONMOUTH CO NJ C-741-07<br>13 CANIDAE CT<br>TINTON FALLS, NJ 07753 | | Claim Number: 6507<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $446,643.28 | Scheduled: | $0.00  UNLIQ |
| WESDORP, BENJAMIN M<br>2 CANFIELD AVE APT 235<br>WHITE PLAINS, NY 10601 | | Claim Number: 7425<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $4,615.38 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WESLEY BARBER ENGINEERING & SURVEYING<br>ATTN WESLEY BARBER<br>203 E. MILLWATER FALL<br>SHEPERDSVIILLE, KY 40165 | | Claim Number: 2439<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 |

| WESLEY, ROBERT<br>633 LORIMORE PASS<br>HOLLY SPRINGS, GA 30115 | | Claim Number: 787<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,723.08 | | | Allowed: | $5,723.08 |

| WESOLOWSKI, KEITH<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | | Claim Number: 8143<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $592.37 | | | Allowed: | $592.37 |

| WESOLOWSKI, KEITH M<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | | Claim Number: 6963<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $10,950.00 CONT | | |
| UNSECURED | Claimed: | $136,282.79 | | Scheduled: | $125,332.79 CONT | | |

| WESOLOWSKI, KEITH M<br>728 MCDONALD AVE<br>CHARLOTTE, NC 28203-5902 | | Claim Number: 6964<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $125,332.79 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WESSEL, PAUL S.<br>1203 OLD HARRODS CREEK RD<br>LOUISVILLE, KY 40223-2429 | | Claim Number: 9593<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $63,390.01 | | | |
| SECURED | Claimed: | $23,804.67 | | | |
| UNSECURED | Claimed: | $75,122.76 | | | |
| TOTAL | Claimed: | $162,317.41 | | | |
| WESSMAN, DANIEL<br>7616 PALOMINO AVE NE<br>OTSEGO, MN 553300109 | | Claim Number: 945<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $12,000.00 | | | |
| WEST COAST CONTRACTING OF NEVADA INC<br>ATTN MARIO RAMIREZ<br>PRESIDENT<br>7785 WHITE FIRST ST<br>RENO, NV 89523 | | Claim Number: 6005<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | |
| WEST MICHIGAN APPRAISAL<br>ATTN MELANIE J. PERRY, PRESIDENT<br>821 W SOUTH ST<br>KALAMAZOO, MI 49007 | | Claim Number: 2796<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $250.00 | |
| WEST MICHIGAN APPRAISAL SERVICE, INC.<br>ATTN MELANIE J PERRY, PRESIDENT<br>821 W SOUTH ST<br>KALAMAZOO, MI 49007 | | Claim Number: 954<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $1,575.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WEST VICKERY JOINT VENTURE D/B/A<br>HULEN VICKERY MINI STORAGE<br>ATTN EILEEN CLARK, PROPERTY MGR.<br>5000 W. VICKERY BOULEVARD<br>FORT WORTH, TX 76107 | | Claim Number: 1697<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $290.00 | | | | |
| WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 25323-0766 | | Claim Number: 10836-01<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID<br>DOCKET: 10059 (06/20/2011) | | | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed:<br>Claimed: | $1,276.85<br>$290.26 | | Allowed:<br>Allowed: | $1,276.85<br>$290.26 | |
| WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 25323-0766 | | Claim Number: 10836-02<br>Claim Date: 01/03/2011<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 10059 (06/20/2011) | | | | |
| UNSECURED | Claimed: | $37.65 | | | | |
| WESTAFF (USA) INC<br>DEBRA BELT, SR. CREDIT ANALYST<br>298 N. WIGET LN<br>WALNUT CREEK, CA 94598 | | Claim Number: 2051<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $463.19 | Scheduled: | $463.19 | Allowed: | $463.19 |
| WESTCHESTER FIRE INSURANCE COMPANY,ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | | Claim Number: 8730<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7234 (04/06/2009) | | | | |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $0.00 UNLIQ<br>$0.00 UNLIQ<br>$0.00 UNLIQ<br>$0.00 UNLIQ | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WESTER, BILLY C.<br>822 DEVEREAUX STEWART RD.<br>CLARKESVILLE, GA 30523 | | Claim Number: 4706<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY | Claimed: | $12,743.55 | | | |
| UNSECURED | Claimed: | $12,743.55 | | | |
| TOTAL | Claimed: | $12,743.55 | | | |
| WESTLAKE LEASING II, LLC<br>ATTN ELIZABETH A. STUHLDREHER, ATTY.<br>PO BOX 1517<br>CUMMING, GA 30028 | | Claim Number: 5998<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $310,416.65 | | Allowed: | $310,416.65 |
| WESTLAKE LEASING II, LLC<br>ATTN ELIZABETH A. STUHLDREHER, ATTY.<br>PO BOX 1517<br>CUMMING, GA 30028 | | Claim Number: 5999<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| ADMINISTRATIVE | Claimed: | $9,865.13 | | | |
| UNSECURED | | | Scheduled: | $50.00 | |
| WESTPORT TOWN<br>ATTN CAROL A BORDEN, TAX COLLECTOR<br>PO BOX 3408<br>WESTPORT, MA 02790 | | Claim Number: 7009<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| WESTRIDGE II AND III, L.L.C.<br>(F/K/A WEST PROPERTIES II & III, L.P.)<br>JERRY SHARPE - BELIN LAW FIRM<br>666 WALNUT STREET SUITE 2000<br>DES MOINES, IA 50309-3989 | | Claim Number: 10161<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) | | | |
| UNSECURED | Claimed: | $133,747.63 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WESTRIDGE II AND III, L.L.C.
(F/K/A WEST PROPERTIES II & III, L.P.)
JERRY SHARPE - BELIN LAW FIRM
666 WALNUT STREET SUITE 2000
DES MOINES, IA 50309-3989

Claim Number: 10897
Claim Date: 01/31/2011
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| UNSECURED | Claimed: | $133,747.63 | | |
|---|---|---|---|---|

WETZEL, DANIEL P.
776 YALE AVE
SAINT LOUIS, MO 63130

Claim Number: 733-01
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
|---|---|---|---|---|

WETZEL, DANIEL P.
776 YALE AVE
SAINT LOUIS, MO 63130

Claim Number: 733-02
Claim Date: 09/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $22,679.86 | Allowed: | $22,679.86 |
|---|---|---|---|---|

WETZEL, E. SCOTT III
519 N. 41ST ST.
SEATTLE, WA 98103-7717

Claim Number: 8656
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $40,000.00 | | |
|---|---|---|---|---|

WETZEL, JEFFREY
3922 BROWNING ST
HOUSTON, TX 770052042

Claim Number: 325
Claim Date: 09/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $429.29 | Allowed: | $429.29 |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WETZEL, THOMAS<br>276 S 9TH ST<br>LINDENHURST, NY 11757 | | Claim Number: 235<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,151.63 | | |
| WETZEL, THOMAS<br>276 S 9TH ST<br>LINDENHURST, NY 11757 | | Claim Number: 6928<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | |
| PRIORITY | Claimed: | $2,423.08 | Allowed: | $2,423.08 |
| WEVALUEIT, INC<br>ATTN SUSAN PRIORE, PRESIDENT<br>PO BOX 217<br>MOUNTAIN LAKES, NJ 07046-0217 | | Claim Number: 7750<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $6,297.80 | | |
| WEYER, MASON & DIANE MARIE JT WROS<br>14309 ARBOR BLVD<br>BECKER, MN 55308 | | Claim Number: 7139<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,914.90 | | |
| WEYRAUCH, STEPHEN<br>10535 EAST BETONY DR<br>SCOTTDALE, AZ 85255 | | Claim Number: 10150<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WHALIN, LESLIE D.
3930 155TH STREET
URBANDALE, IA 50323

Claim Number: 806
Claim Date: 09/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $2,615.38 | Allowed: | $2,615.38 |
|---|---|---|---|---|

---

WHATCOM COUNTY TREASURER
ATTN BANKRUPTCY DEPUTY
PO BOX 5268
BELLINGHAM, WA 98227

Claim Number: 169
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $302.85 |
|---|---|---|

---

WHEATLEY, JAMES L.
4341 LESLIE AVE
DECATUR, IL 62526

Claim Number: 8214
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $26,375.75 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

WHEATLEY, MARLENE D.
522 ROBINWOOD LN APT I
COPLEY, OH 44321-3185

Claim Number: 8202
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $15,331.27 |
|---|---|---|

---

WHEATLEY, MARY ANN
4430 HEEGE RD
SAINT LOUIS, MO 63123

Claim Number: 6560
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WHEELER, BYFORD<br>212 PARK ROAD<br>IOWA CITY, IA 52246 | | Claim Number: 10075<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
| WHEELER, MICHAEL J/SVP+RN<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 95661-3983 | | Claim Number: 7613-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2010) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$362,984.83  CONT | Allowed: | $10,950.00 |
| WHEELER, MICHAEL J/SVP+RN<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 95661-3983 | | Claim Number: 7613-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2010) | | | | |
| UNSECURED | Claimed: | $363,131.73 | | | Allowed: | $363,131.73 |
| WHEELER, MICHAEL JAMES<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 95661-3983 | | Claim Number: 983<br>Claim Date: 09/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$363,131.73 | | | | |
| WHEELER, MICHAEL JAMES<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 956613983 | | Claim Number: 7319<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$363,131.73 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WHEELER, PETER M<br>7335 BROOKVIEW, UNIT 303<br>ELKRIDGE, MD 21075 | | Claim Number: 10063<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| SECURED | Claimed: | $4,000.00 | | | | |
| WHEELER, R.H.<br>706 SAINT MICHAEL LN<br>ALTAMONTE SPRINGS, FL 32714 | | Claim Number: 4464<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| SECURED | Claimed: | $81,647.00 | | | | |
| WHEELER, SUSAN D.<br>4400 NORTE CIRCLE<br>LAS VEGAS, NV 89130 | | Claim Number: 1439<br>Claim Date: 10/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $830.76 | Scheduled: | $830.77  CONT | Allowed: | $830.76 |
| WHELAN, DOMINIC<br>109 S STRONG AVE<br>COPIAGUE, NY 117264820 | | Claim Number: 6552<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92  CONT | Allowed: | $1,076.92 |
| WHELAN, SUSAN<br>109 S STRONG AVE<br>COPIAGUE, NY 11726-4820 | | Claim Number: 6553<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $914.00 | Scheduled: | $914.00  CONT | Allowed: | $914.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| WHERRY, KEN A.<br>102 8TH LANE<br>KIRKLAND, WA 98033 | | Claim Number: 7267<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,138.34 | |

| | | |
|---|---|---|
| WHITE, BETH E<br>5377 SW 40 AVE<br>APT 104<br>FORT LAUDERDALE, FL 33314 | | Claim Number: 7846<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $998.31 | Scheduled: | $1,369.56 CONT | Allowed: | $998.31 |

| | | |
|---|---|---|
| WHITE, CAROL<br>N10502 COUNTY RD A<br>FOX LAKE, WI 53933 | | Claim Number: 4963<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| | | |
|---|---|---|
| WHITE, EDWARD C<br>822 NORTHERN PKWY<br>UNIONDALE, NY 11553 | | Claim Number: 5480<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00 CONT | Allowed: | $750.00 |

| | | |
|---|---|---|
| WHITE, JACK R.<br>2624 SWISS LANE<br>BIRMINGHAM, AL 35226 | | Claim Number: 8422<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WHITE, JACK R.<br>2624 SWISS LANE<br>BIRMINGHAM, AL 35226 | | Claim Number: 8423<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $4,591.00 |
| WHITE, MARK G & IRENE WHITE<br>877E HEARTWOOD CIRCLE<br>FRUIT HEIGHTS, UT 84037 | | Claim Number: 10300<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WHITE, UTAH G.<br>713 MEANDERING WOODS DRIVE<br>KELLER, TX 76248 | | Claim Number: 5149<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $29,182.00 |
| WHITEHEAD, JAMES G.<br>IRA A/C<br>273 - FAIRVIEW AVE<br>REHOBOTH, MA 02769-1933 | | Claim Number: 3983<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) |
| UNSECURED | Claimed: | $6,440.00 |
| WHITESELL, DAVID F. & DIANE Y.<br>JT TEN WROS<br>9680 JERDIK DR NW<br>MOORE HAVEN, FL 33471-8653 | | Claim Number: 5761<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $8,230.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WHITETAIL APPRAISALS<br>ATTN LISA HYDE<br>8025 US HWY 2 - PO BOX 162<br>IRON RIVER, WI 54847 | | Claim Number: 4134<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
| WHITMAN TOWN<br>ATTN MARY BETH CARTER, TOWN COLLECTOR<br>BOX 459<br>WHITMAN, MA 02382 | | Claim Number: 3911<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| WHITNEY, MICHELE<br>3210 QUEENSLAND CT<br>FORT MILL, SC 29715 | | Claim Number: 422<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,053.85 | Scheduled: | $2,053.85  CONT | Allowed: | $2,053.85 |
| WHITTEN, DAVID (VA)<br>PO BOX 678<br>NORTH BEACH, MD 20714 | | Claim Number: 8222<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |
| WICHMANN, KENNETH J.<br>PO BOX 209<br>ELY, MN 55731-0209 | | Claim Number: 6471<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $2,138.95 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | | Claim Number: 620<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 6765 (12/22/2008) |
|---|---|---|
| SECURED | Claimed: | $1,311.13 |
| WICOMICO COUNTY FINANCE OFFICE<br>ATTN PATRICIA PETERSON, DIRECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | | Claim Number: 621<br>Claim Date: 09/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) |
| PRIORITY | Claimed: | $241.62 |
| WIDJAYA, TOMMY<br>1657 SAN DAMIAN RD<br>TALLAHASSEE, FL 32303 | | Claim Number: 1863<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) |
| UNSECURED | Claimed: | $700.00   UNLIQ |
| WIDO, THOMAS M.<br>17244 HAMPTON CHASE<br>STRONGSVILLE, OH 44136 | | Claim Number: 5626<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $106,439.00 |
| WIECZERZA, GENEVIEVE<br>16170 MEADOWS DR<br>MACOMB, MI 48044-3955 | | Claim Number: 6093<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,362.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WIELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | | Claim Number: 722<br>Claim Date: 09/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $1,430.00 | Allowed: | $1,430.00 |
| WIELGUS, KATHLEEN<br>548 N 5TH AVE<br>DES PLAINES, IL 60016 | | Claim Number: 935<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $508.75 | | |
| UNSECURED | Claimed: | $508.75 | | |
| TOTAL | Claimed: | $508.75 | | |
| WIGMORE, JOSEPH<br>466 PENN ST<br>PENNSBURG, PA 18073-1106 | | Claim Number: 7628<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $15,510.58 | | |
| WIKMAN, CAROLINE<br>4067 OAK POINTE DR<br>GULF BREEZE, FL 32563 | | Claim Number: 6563<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| WILDAY, SANDRA F.<br>4581 SUMAC LANE<br>LITTLETON, CO 80123 | | Claim Number: 7261<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $78,772.15 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILDAY, SANDRA F.<br>IRA ACCOUNT<br>4581 SUMAC LANE<br>LITTLETON, CO 80123 | | Claim Number: 9478<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,388.55 |
| WILDAY, SANDRA F., CUST. FOR<br>KEVIN C. WILDAY UTMA-CO<br>4581 SUMAC LANE<br>LITTLETON, CO 80123 | | Claim Number: 7265<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $28,019.41 |
| WILDE, JAMES W.<br>32 MOONWSHELL DRIVE<br>OCEAN PINES, MD 21811 | | Claim Number: 3362<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $12,392.00 |
| WILDE, JAMES W. TTEE<br>BY KENNETH E. WIPLE U/A<br>DTD 9/27/1984<br>32 MOONSHELL DRIVE<br>OCEAN PINES, MD 21811 | | Claim Number: 3361<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,912.19 |
| WILDHORN, STUART JAY<br>470 GOLDEN EAGLE DRIVE<br>BROOMFIELD, CO 80020 | | Claim Number: 10382<br>Claim Date: 05/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) |
| UNSECURED | Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

WILEY, STEPHANIE C
4031 W ANDERSON DR
GLENDALE, AZ 85308

Claim Number: 4214
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,032.83 | Scheduled: | $1,032.83  CONT | Allowed: | $1,032.83 |
|----------|----------|-----------|------------|-----------------|----------|-----------|

WILGERS, BRUCE W.
715 N. CRESTRIDGE CT.
WICHITA, KS 67230

Claim Number: 8190
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $30,000.00 |
|-----------|----------|------------|

WILGERS, LORNA E.
1792 18TH RD.
WASHINGTON, KS 66968

Claim Number: 8189
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|-----------|----------|------------|

WILHELM, AUSTIN & AMY
3390 COUNTY ROAD 138
MANDAN, ND 585548388

Claim Number: 8316
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $6,178.80 | | | Allowed: | $6,178.80 |
|-----------|----------|-----------|--|--|----------|-----------|

WILHITE, V. RUSSELL IRA
104 CREEK CLIFF DRIVE
GATESVILLE, TX 76258-1011

Claim Number: 9801
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: DOCKET: 7234 (04/07/2009)
OBJECTION WITHDRAWN PER N. GROW

| UNSECURED | Claimed: | $21,988.99 |
|-----------|----------|------------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILHITE, WES D.<br>3400 WHITE OAK DRIVE<br>COTTONWOOD, CA 96022 | | Claim Number: 10052<br>Claim Date: 03/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| PRIORITY | Claimed: | $0.00  UNDET |
| WILKES TELECOMMUNICATIONS<br>1400 RIVER ST<br>WILKESBORO, NC 28697-2108 | | Claim Number: 2548<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $0.00 |
| WILKINS, MICHAEL W.<br>1907 LAKE VILLAGE DR<br>KINGWOOD, TX 77339-3350 | | Claim Number: 5750<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $46,000.00 |
| WILKINSON, FAITH<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8026<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8320 (11/19/2009) |
| PRIORITY | Claimed: | $12,000.00 |
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8025<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) |
| SECURED | Claimed: | $1,529.37 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILKINSON, FAITH CAMILLE<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 529<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $13,529.00 |
| WILLEFORD, GARY - IRA<br>1726 CR 2924<br>HUGHES SPRINGS, TX 75656 | | Claim Number: 4161<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WILLERTON, JAMES & ELIZABETH<br>209 PIKE ST<br>SAINT CHARLES, MO 633013457 | | Claim Number: 6280<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| WILLETT, MARY CARLILE & CHARLES D.<br>CO-TTEES<br>120 HILLCREST DRIVE<br>BARDSTOWN, KY 40004 | | Claim Number: 9745<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $200.00 |
| WILLIAM C. CLARKE JR IRA FBO<br>UFTC AS CUSTODIAN<br>U/A DTD 11/30/87<br>25 BLOSSOM ST<br>KEENE, NH 03431-2839 | | Claim Number: 4204<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,129.50 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM DUNLAP S & D PROPERTIES<br>ATTN WILLIAM DUNLAP, MANAGER<br>39 DEPOT STREET<br>MERRIMACK, NH 03054 | | Claim Number: 5234<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $69,747.49 | | | |
| WILLIAM KIEFER FAMILY TRUST<br>ATTN WILLIAM KIEFER<br>512 MADONNA<br>NORTH PORT, FL 34287 | | Claim Number: 9301<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,205.00 | | | |
| WILLIAM R SKEEN<br>PO BOX 682<br>WOODLAND PARK, CO 80866-0682 | | Claim Number: 3178<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $575.00 | Allowed: | $575.00 |
| WILLIAM, CAROL J.<br>5629 ESTATES DR<br>NORTH PORT, FL 34291 | | Claim Number: 9528<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $11,470.00 | | | |
| WILLIAM/JOAN D ADLER LIVING TRUST<br>UA 6/1/92<br>874 YORKCHESTER DDR APT 150<br>HOUSTON, TX 77079-3441 | | Claim Number: 7869<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| UNSECURED | Claimed: | $18,895.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WILLIAMS TRANSFER & STORAGE<br>ATTN KIRK PHILLIPS, SALES MANAGER<br>621 EAST PRESIDENT AVE<br>TUPELO, MS 38801 | | Claim Number: 4583<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $128,494.16 | | | | |
| WILLIAMS, CHARLES<br>380 PEBBLE ACRES<br>SAINT LOUIS, MO 63141 | | Claim Number: 3949<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,090.80 | | | | |
| WILLIAMS, CHARLES H.<br>3022 SOUTH MORGANS POINT ROAD, #103<br>MOUNT PLEASANT, SC 29466 | | Claim Number: 925<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $1,359.39<br>$1,359.39<br>$1,359.39 | | | | |
| WILLIAMS, CHERYL<br>9518 130TH AVE NE<br>KIRKLAND, WA 98033 | | Claim Number: 3613<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| SECURED | Claimed: | $6,914.80 | | | | |
| WILLIAMS, CHRISTINE G.<br>1534 TARTAN LANE<br>NEW HAVEN, IN 467742261 | | Claim Number: 847<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,557.69 | Scheduled: | $1,557.69  CONT | Allowed: | $1,557.69 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILLIAMS, DAVID ALLEN<br>7950 ONTONAGON COURT<br>THOMPSONVILLE, MI 49683 | | Claim Number: 4521<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,619.80 |
| WILLIAMS, DAVID Z.<br>9809 LAKEMONT DR<br>DALLAS, TX 75220 | | Claim Number: 7795<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $980.00 |
| UNSECURED | Claimed: | $980.00 |
| TOTAL | Claimed: | $980.00 |
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | | Claim Number: 57<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
| UNSECURED | Claimed: | $2,075.00 |
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | | Claim Number: 149<br>Claim Date: 08/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |
| UNSECURED | Claimed: | $2,075.00 |
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | | Claim Number: 4210<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $2,081.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WILLIAMS, JAMES, L.
730 ROCK BEACH RD
ROCHESTER, NY 14617

Claim Number: 3933
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $80,256.00 |
|-----------|----------|------------|

---

WILLIAMS, JOHN HUNTER JR.
7502B ASHBY LANE
ALEXANDRIA, VA 22315

Claim Number: 7715-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|----------|----------|------------|------------|------------|----------|------------|
| UNSECURED | | | Scheduled: | $178,421.81 CONT | | |

---

WILLIAMS, JOHN HUNTER JR.
7502B ASHBY LANE
ALEXANDRIA, VA 22315

Claim Number: 7715-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $178,479.39 |
|-----------|----------|-------------|

---

WILLIAMS, JUANICA D
1509 PLEASANT HOLLOW LN
OLD HICKORY, TN 37138

Claim Number: 10310
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $25,000.10 |
|---------|----------|------------|

---

WILLIAMS, JUANICA D
1509 PLEASANT HOLLOW LN
OLD HICKORY, TN 37138

Claim Number: 10311
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6839 (01/13/2009)

| SECURED | Claimed: | $201,850.00 |
|---------|----------|-------------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | | Claim Number: 10312<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 10549 (08/21/2012) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $230,000.00 | | | | | |
| WILLIAMS, LAURIE<br>380 PEBBLE ACRES<br>SAINT LOUIS, MO 63141 | | Claim Number: 3948<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $2,390.00 | | | | | |
| WILLIAMS, LLOYD A.<br>10 WINDING WAY<br>MORRIS PLAINS, NJ 07950 | | Claim Number: 6707<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,053.00 | | | | | |
| WILLIAMS, MICHAEL<br>5906 TERRACE DR<br>HOUSE SPRINGS, MO 63051 | | Claim Number: 6715<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $504.04   UNLIQ | Scheduled: | $384.64  CONT | | | |
| WILLIAMS, ROBIN<br>13695 DEER HILL PL<br>MORENO VALLEY, CA 92553 | | Claim Number: 657-01<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 | |
| UNSECURED | | | Scheduled: | $6,300.58  CONT | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

WILLIAMS, ROBIN
13695 DEER HILL PL
MORENO VALLEY, CA 92553

Claim Number: 657-02
Claim Date: 09/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $487.90 | | Allowed: | $487.90 |

WILLIAMS, RON A.
34807 HOOD CANAL DR NE
KINGSTON, WA 98346

Claim Number: 5006
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,650.00 | |

WILLIAMS, SHANELL V.
3523 LESLIE WAY APT 203
LAUREL, MD 20724-2114

Claim Number: 1556
Claim Date: 10/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $100.00 | |

WILLIAMS, SHARON M.
3805 MARY AVENUE
BALTIMORE, MD 21206

Claim Number: 962
Claim Date: 09/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $632.10 | Scheduled: | $632.10 CONT | Allowed: | $632.10 |

WILLIAMSON COUNTY CLERK AND MASTER
ATTN ELAINE BEELER, CLERK AND MASTER
PO BOX 1666
FRANKLIN, TN 37065

Claim Number: 2721
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $278.77 | | Allowed: | $278.77 |
| SECURED | Claimed: | $0.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WILLIAMSON COUNTY CLERK AND MASTER<br>ATTN WILLIAM J YOST, BACK TAX ATTORNEY<br>PO BOX 1666<br>FRANKLIN, TN 37065 | Claim Number: 9758<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: PAID | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $278.18   UNLIQ | | | |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | Claim Number: 2834<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $464.00   UNLIQ | | | |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | Claim Number: 2835<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $794.00   UNLIQ | | | |
| WILLIAMSON, BRIAN<br>12840 SW ALTO PARK RD<br>LAKE OSWEGO, OR 97034-1581 | Claim Number: 7737<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $6,370.00 | | | |
| WILLIAMSON, CARLA<br>239 E PENNYWOOD<br>AVE<br>ROOSEVELT, NY 11575 | Claim Number: 7526<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15  CONT | Allowed: | $2,596.15 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| WILLIAMSON, EDITH I.<br>JACK D. WILLIAMSON TIC<br>BRENDA K WILLIAMSON TIC/KAREN BROWN TIC<br>833 VINE RIDGE ROAD<br>CRAWFORD, TN 38554 | | Claim Number: 6193<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $2,250.00 | | | | |
| WILLIAMSON, MICHELLE C<br>617 STONEYBROOK TERRACE<br>FLORENCE, SC 29501 | | Claim Number: 2785<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00 CONT | Allowed: | $750.00 |
| WILLITTS, KEVIN<br>1749 HEKPA DR<br>SOUTH LAKE TAHOE, CA 96150 | | Claim Number: 3482<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $4,262.95 | | | | |
| WILLOWS LLC, THE<br>ATTN CARL CHRISTENSON, MANAGING MEMBER<br>2805 BLAINE STREET<br>SUITE 200<br>CALDWELL, ID 83605 | | Claim Number: 2541<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |
| WILLS, CHERYL<br>10625 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2605<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | | | Scheduled: | $1,610.00 CONT | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7981<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST VIII | | |
| UNSECURED | Claimed: | $36,215,221.58 | |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7982<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST III | | |
| UNSECURED | Claimed: | $62,401,844.84 | |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7983<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>AHM CAPITAL TRUST I | | |
| UNSECURED | Claimed: | $130,122,443.50 | Scheduled: $128,866,000.00 |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7984<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>BAYLIS TRUST VII | | |
| UNSECURED | Claimed: | $20,787,892.52 | |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | Claim Number: 7985<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST VII | | |
| UNSECURED | Claimed: | $20,787,892.52 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | | Claim Number: 7986<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments:<br>BAYLIS TRUST VI |
| UNSECURED | Claimed: | $31,181,334.68 |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | | Claim Number: 7987<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>BAYLIS TRUST VI |
| UNSECURED | Claimed: | $31,181,334.68 |
| WILMINGTON TRUST COMPANY<br>PATRICK HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | | Claim Number: 7988<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments:<br>BAYLIS TRUST III |
| UNSECURED | Claimed: | $62,401,844.84 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN ROSELINE K MANEY<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | | Claim Number: 8575<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 10321 (01/24/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ<br>$0.00   UNLIQ<br>$0.00   UNLIQ |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR<br>MSM 2007-14AR, C/O DORRI COSTELLO<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | | Claim Number: 10643<br>Claim Date: 01/15/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9822 (03/09/2011) |
| UNSECURED | Claimed: | $1,522,652.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | |
|---|---|---|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR<br>MSM 2007-15AR, C/O DORRI COSTELLO<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | | Claim Number: 10644<br>Claim Date: 01/15/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9822 (03/09/2011) | | |
| UNSECURED | Claimed: | $1,136,973.00 | | |
| WILSON & ASSOCIATES<br>1521 MERRILL DRIVE<br>SUITE D-220<br>ATTN CHRISTOPHER L PALMER<br>LITTLE ROCK, AR 72211 | | Claim Number: 7373<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: DOCKET: 6574 (11/13/2008) | | |
| UNSECURED | Claimed: | $11,790.15 | Allowed: | $11,790.15 |
| WILSON, ANTHONY J<br>10426 N MCCLELLAN DR<br>FREDERICKSBRG, VA 22408-0289 | | Claim Number: 3324<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,177.60 | Allowed: | $1,177.60 |
| WILSON, DEGRAW & MILLER LLP<br>PO BOX 25184<br>WINSTON SALEM, NC 271145184 | | Claim Number: 2493<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,570.00 | Allowed: | $1,570.00 |
| WILSON, ELIZABETH<br>1100 BRANCH CHAPEL CHURCH ROAD<br>SELMA, NC 27576 | | Claim Number: 4841<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $26,909.99 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WILSON, JEFFREY<br>3100 N. LAKE CT.<br>NEWBURGH, IN 47630 | | Claim Number: 6869<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,166.00 | | | |

| | | |
|---|---|---|
| WILSON, JIM L.<br>11322 MULLER ST.<br>DOWNEY, CA 90241 | | Claim Number: 4853<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,415.24 | | | |

| | | |
|---|---|---|
| WILSON, MATTHEW & JANICE<br>515 E. LAS OLAS BLVD. SUITE 1200<br>ATTN: SCOTT RAMO, ADVISOR<br>FT. LAUDERDALE, FL 33301-4203 | | Claim Number: 7878<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,156.24 | | | |

| | | |
|---|---|---|
| WILSON, MIKKI<br>1821 N CAVALIER RD<br>LIBERTY LAKE, WA 99016 | | Claim Number: 757<br>Claim Date: 09/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,344.00 | | Allowed: | $1,344.00 |

| | | |
|---|---|---|
| WILSON, ROSIE<br>501 BOLTZ ST<br>FORT WAYNE, IN 46806-1108 | | Claim Number: 9437<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64 CONT | Allowed: | $192.32 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | | Claim Number: 6497<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | | | Scheduled: | $1,772.31 CONT |
| UNSECURED | Claimed: | $1,772.31 | | |
| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | | Claim Number: 6498<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | |
| PRIORITY | | | Scheduled: | $603.99 CONT |
| UNSECURED | Claimed: | $1,257.31 | Scheduled: | $1,257.31 CONT |
| WILSON, WARD C., IRA FBO<br>189 LOGAN DR<br>ASHLAND, OR 975206603 | | Claim Number: 3439<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $10,785.00 | | |
| WIMMER & ASSOCIATES<br>ATTN SHARON G. WIMMER<br>4860 RIVER FARM RD<br>NE<br>MARIETTA, GA 30068 | | Claim Number: 9621<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $350.00 | | |
| WINANS, SHIRLEY<br>2209 ALABAMA<br>JOPLIN, MO 64804-1221 | | Claim Number: 9215<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| WINCZ, ROBERT<br>3235 AZALEA DR.<br>HERNANDO BEACH, FL 34607 | | Claim Number: 2474<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |

---

| PRIORITY | Claimed: | $825.00 | | | | | |

---

| WINDHAM REVENUE DEPARTMENT<br>PO BOX 195<br>WILLIMANTIC, CT 06226 | | Claim Number: 10494<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | | |

---

| SECURED | Claimed: | $1,405.46 | | | | | |

---

| WINGATE, SPICER & CO., LLC<br>JON R SPICER, OWNER<br>5109 MELROSE AVE<br>ROANOKE, VA 24017 | | Claim Number: 1236<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |

---

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |

---

| WINGFIELD, HARVEY N., III<br>112 GOLDVIEW DRIVE<br>FREDERICKSBURG, VA 22407 | | Claim Number: 7356<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |

---

| UNSECURED | Claimed: | $2,540.00 | | | | | |

---

| WINIKOFF, BENJAMIN<br>355 EAGLE DR.<br>JUPITER, FL 33477 | | Claim Number: 6169<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |

---

| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $173,986.00 | | | | | |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| WINIKOFF, BENJAMIN IRREV TR.<br>21 ANNETT AVE<br>EDGEWATER, NJ 07020-1530 | | Claim Number: 6224<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $17,824.00 | | | | |
| WINIKOFF, LYNN C/F<br>21 ANNETT AVE<br>EDGEWATER, NJ 07020-1530 | | Claim Number: 6168<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $32,657.00 | | | | |
| WINMILL SOFTWARE<br>ATTN G MARQUEZ<br>420 LEXINGTON AVE<br>STE 455<br>NYC, NY 10170 | | Claim Number: 2644<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $5,435.85 | Scheduled: | $5,435.85 | Allowed: | $5,435.85 |
| WINN, SAMUEL<br>4606 SPRING GARDEN<br>DALLAS, TX 75215 | | Claim Number: 284<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $961.54 | | | Allowed: | $961.54 |
| WINSTEAD, RICHARD S.<br>420 PEAKS VIEW DR<br>MONETA, VA 24121-2565 | | Claim Number: 5326<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,200.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WINSTON SPROCK<br>ATTN WINSTON SPROCK<br>5016-B SARDIS RD<br>CHARLOTTE, NC 28270 | | Claim Number: 2501<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | | |
| WINSTON SUPPORT SERVICES,LLC<br>ATTN: JESSE ULEZALKA<br>122 EAST 42ND STREET<br>NEW YORK, NY 10168 | | Claim Number: 10737<br>Claim Date: 10/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $14,538.12 | Allowed: | $12,000.00 |
| WINTERS, JAYSHREE<br>71 ANDREA COURT<br>PARAMUS, NJ 07652 | | Claim Number: 7551<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $6,773.50 | | | | |
| WINTNER, BARBARA E.<br>181 COSMAN ST.<br>TOWNSHIP OF WSHINGTON, NJ 07676 | | Claim Number: 5108<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $3,422.00 | | | | |
| WIRICK, LORI<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | | Claim Number: 4682<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| PRIORITY | Claimed: | $1,216.80 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | | Claim Number: 90<br>Claim Date: 08/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $1,216.80 | | | | |
| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | | Claim Number: 4683<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,216.80 | | | Allowed: | $1,216.80 |
| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA-BANKRUPTCY COORD.<br>333 W EVERATT ST RM A130<br>MILWAUKEE, WI 53203 | | Claim Number: 2883<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,050.46 | | | Allowed: | $1,050.46 |
| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA, BANKRUPTCY DEPT.<br>333 W EVERETT ST RM A130<br>MILWAUKEE, WI 53203 | | Claim Number: 8784<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,336.15 | | | Allowed: | $2,336.15 |
| WISE CHOICE APPRAISALS<br>7716 BUCKSKIN AVE<br>LAS VEGAS, NV 89129-6745 | | Claim Number: 2566<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 | Allowed: | $225.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WISE, BARBARA<br>8732 MARY LN<br>JESSUP, MD 20794 | | Claim Number: 1020<br>Claim Date: 09/19/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | | | |
| WISE, BARBARA A<br>8732 MARY LANE<br>JESSUP, MD 20794 | | Claim Number: 4144<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,503.63 | Scheduled: | $1,503.63  CONT | Allowed: | $1,503.63 |
| WISE, YVONNE<br>PO BOX 72<br>MALAKOFF, TX 75148 | | Claim Number: 6611<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $12,000.00 | | | | |
| WISE, YVONNE<br>PO BOX 72<br>MALAKOFF, TX 75148 | | Claim Number: 10176<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY<br>SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed:<br>Claimed: | $22,232.26<br>$7,232.62<br>$15,000.00<br>$22,232.26 | | | | |
| WISEMAN, ROBERT D.<br>202 SW NORTH WAKEFIELD CIR<br>PORT SAINT LUCIE, FL 34953 | | Claim Number: 4573<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $5,786.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WISER, PAUL E., SR (TRUSTEE)<br>WISER FAMILY TRUST UA MAY 2, 1992<br>2067 SHILLINGWOOD DR NW<br>KENNESAW, GA 30152 | | Claim Number: 3016<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $73,186.08 |

| | | |
|---|---|---|
| WISHARD, NATHAN<br>9105 CENTURY FARM RD<br>FELTON, PA 17322 | | Claim Number: 8446<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,450.00 | Allowed: | $2,450.00 |

| | | |
|---|---|---|
| WISHFUL INVESTORS<br>C/O JON BRAUCH<br>1566 N. WARSON<br>ST. LOUIS, MO 63132 | | Claim Number: 7175<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $843.50 |

| | | |
|---|---|---|
| WISSINGER, NANCY M.<br>215 DARDEN DR<br>POQUOSON, VA 23662-1215 | | Claim Number: 5653<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| WITKOFF, JEFFREY<br>4690 W MINERAL DR UNIT 922<br>LITTLETON, CO 801282595 | | Claim Number: 876<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $138.46 | Scheduled: | $138.46  CONT | Allowed: | $138.46 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WITSIL, DONALD R.<br>109 WILLOW SPRING RD<br>WILMINGTON, DE 19807 | | Claim Number: 3214<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,091.95 |
| WITT, BLAIR M. AND SHARON LEE<br>AS TENANTS IN COMMON<br>UNIT 501<br>24330 SANDPIPER ISLE<br>BONITA SPRINGS, FL 34134 | | Claim Number: 3167<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WITT, WILLIAM J.<br>10570 NE REINKING RD<br>KANSAS CITY, MO 64156 | | Claim Number: 5823<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $7,500.00 |
| WITTNER, LILLIAN M. TRUSTEE<br>JOHN J. AND LILLIAN M. WITTNER REVOCABLE<br>TRUST DATED 6/13/07<br>101 ELY BLVD. S. - APT. 255<br>PETALUMA, CA 94954-4808 | | Claim Number: 5567<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $66,100.00 |
| WIZARD LOCK & SAFE CO.<br>ATTN K. WILLIAMS<br>218 N. PRINCE STREET<br>LANCASTER, PA 17603 | | Claim Number: 7446<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $225.93 | Scheduled: | $225.93 | Allowed: | $225.93 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WJ SCHWAAB LIVING TRUST<br>JEAN H SCHWAAB & WILLIAM J SCHWAAB TRUST<br>2647 HAVITUR WAY<br>ANCHORAGE, AK 99504-3606 | | Claim Number: 8029<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $214.38 | | | | | |
| WL CONCEPTS & PRODUCTION, INC<br>ATTN WILLIAM LEVINE PRESIDENT<br>599 JERUSALEM AVE<br>UNIONDALE, NY 11553 | | Claim Number: 3420<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $202.76 | Scheduled: | $195.00 | Allowed: | $202.76 |
| WLNG RADIO EASTERN LONG ISLAND<br>ATTN ANN BUCKHOUT, PRESIDENT<br>PO BOX 2000<br>SAG HARBOR, NY 11963 | | Claim Number: 2411<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,093.00 | Scheduled: | $384.00 | Allowed: | $1,093.00 |
| WOJAHN, ROBERT<br>8001 COUNTY RD 3430<br>STRATFORD, OK 74872-5223 | | Claim Number: 4062<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $7,363.01 | | | | | |
| WOLF, KRISTIN<br>622 SOUTH 8TH<br>PETERSBURG, IL 62675 | | Claim Number: 10418<br>Claim Date: 06/13/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | | |
| SECURED | Claimed: | $1,176.87 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| WOLF, MICHAEL<br>936 NW BENT TREE DR.<br>LEES SUMMIT, MO 64081-1836 | | Claim Number: 9925<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $69,367.00 | | | |
| WOLFE & ASSOCIATES<br>ATTN TIMOTHY K WOLFE<br>136 JESSICA DR<br>DOVER, OH 446229651 | | Claim Number: 2991<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $925.00 | | Allowed: | $925.00 |
| WOLFFIS, WILLIAM C.<br>17951 WILDWOOD SPRINGS PKWY<br>SPRING LAKE, MI 49456 | | Claim Number: 3566<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $4,841.00 | | | |
| WOLFSON, STEVEN MORSE<br>11 AGAWAM DR<br>SCITUATE, MA 02066 | | Claim Number: 8890<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $9,664.00 | | | |
| WOLTERS, DALE G.<br>1870 MAPLEVIEW SE<br>KENTWOOD, MI 49508 | | Claim Number: 6178<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED | Claimed: | $6,044.00 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| WONG, ESTHER M.<br>1625 LACEY LANE<br>NIPOMO, CA 93444 | | Claim Number: 4857<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,170.00 | | | | | |
| WONG, FEE KOON<br>928 41ST STREET<br>BROOKLYN, NY 11219 | | Claim Number: 3600<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| SECURED | Claimed: | $24,180.95 | | | | | |
| WONG, NAN<br>26333 ELENA RD.<br>LOS ALTOS, CA 94022 | | Claim Number: 6951<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | | | |
| WONG, TOM Y.T.<br>928 41ST STREET<br>BROOKLYN, NY 11219 | | Claim Number: 3601<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | | | |
| SECURED | Claimed: | $21,979.95 | | | | | |
| WONG, YOSHIKA<br>956 HARBOR INN DR<br>CORAL SPRINGS, FL 33071 | | Claim Number: 3554<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31 CONT | Allowed: | $1,442.31 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| WOOD COUNTY SHERIFF<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | | Claim Number: 166<br>Claim Date: 08/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | | |
| PRIORITY | Claimed: | $115.08 | | | | |
| WOOD, ROBERT A.<br>175 BOUNDARY BLVD #1<br>ROTONDA WEST, FL 33947-2212 | | Claim Number: 6802<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $14,680.00 | | | | |
| WOOD, THOMAS L. SR.<br>PO BOX 442<br>SNELLVILLE, GA 30078-0442 | | Claim Number: 4246<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| WOODBURN REALTY<br>ATTN CYNTHIA K WITT, PARTNER<br>64 SOUTH KINGS HIGHWAY<br>ATTN: CYNTHIA K. WITT<br>DOVER, DE 19901 | | Claim Number: 2825<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $70.00 | Scheduled: | $60.00 | Allowed: | $70.00 |
| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 18441099 | | Claim Number: 1541<br>Claim Date: 10/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,248.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 01844 | | Claim Number: 5764<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,211.54 | Allowed: | $1,211.54 |
| WOODRUFF, DAVID H.<br>1473 QUAKER RIDGE<br>WEST CHESTER, PA 19380 | | Claim Number: 8110<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| SECURED | Claimed: | $28,814.54 | | |
| WOODS, JEREMY M<br>2436 PROSPECT AVENUE<br>EVANSTON, IL 60201 | | Claim Number: 6445<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $374.00 | Allowed: | $374.00 |
| WOODTRONICS, INC.<br>C/O SCOTT T. WILLIAMS, ESQUIRE<br>429 MARKET ST<br>WILLIAMSPORT, PA 17701 | | Claim Number: 579<br>Claim Date: 08/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $37,586.43 | | |
| WOODYARD, DEBORAH E<br>11730 GLADE RIVER LN<br>TOMBALL, TX 77377 | | Claim Number: 6330<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $969.00 | Allowed: | $969.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| WOODYARD, DEBORAH E.<br>11730 GLADE RIVER LANE<br>TOMBALL, TX 77377 | | Claim Number: 6275<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| PRIORITY | Claimed: | $12,905.00 | | |
| UNSECURED | Claimed: | $12,905.00 | | |
| TOTAL | Claimed: | $12,905.00 | | |
| WOOTAN, SHANNON<br>11815 SOPHOCLES DRIVE<br>RANCHO CORDOVA, CA 95742 | | Claim Number: 2993<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| PRIORITY | Claimed: | $3,200.00   UNLIQ | | |
| WOOTAN, SHANNON (NOW TAVALERO)<br>106 GILDED ROCK CIR<br>FOLSOM, CA 95630-3275 | | Claim Number: 2994<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $1,573.07   UNLIQ | Allowed: | $1,573.07 |
| WOOTEN, ALISHA D.<br>9404 N LAUREL RD<br>LAUREL, MD 20723 | | Claim Number: 835<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $1,176.00 | Allowed: | $1,176.00 |
| WORBY, MARILYN<br>878 LITTLE E NECK ROAD<br>WEST BABYLON, NY 11704 | | Claim Number: 1364<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| UNSECURED | Claimed: | $2,692.31 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WORBY, MARILYN
878 LITTLE E NECK ROAD
WEST BABYLON, NY 11704

Claim Number: 2611
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| | | | Scheduled: | $5,384.60  CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $2,692.31 | | | Allowed: | $2,692.31 |

WORKMAN, KIM E.
9894 EASTDELL
SANDY, UT 84092

Claim Number: 6485
Claim Date: 12/27/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $10,971.98 |
|---|---|---|

WORLDWIDE APPRAISAL SERVICES
FRED CATCHPOLE
5449 MARCIA CIR.
JACKSONVILLE, FL 32210

Claim Number: 1905
Claim Date: 11/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,350.00 | | Allowed: | $1,350.00 |
|---|---|---|---|---|---|

WORRALL, DEBORAH A.
214 SETTLERS VALLEY DR
PFLUGERVILLE, TX 78660

Claim Number: 5677
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,501.95 |
|---|---|---|

WORRALL, TRACY SEAN
16 VICTORIA CT
REISTERSTOWN, MD 21136

Claim Number: 126
Claim Date: 08/28/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | | Claim Number: 3552<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $20,882.85 | | | | |
| UNSECURED | Claimed: | $17,500.00 | | | | |
| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | | Claim Number: 3553<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| SECURED | Claimed: | $20,882.00 | | | | |
| UNSECURED | Claimed: | $17,500.00 | | | | |
| TOTAL | Claimed: | $38,382.85 | | | | |
| WREN, ANNE<br>137 FONTAINE DR<br>TAVERNIER, FL 33070 | | Claim Number: 1302<br>Claim Date: 09/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,230.40 | Scheduled: | $3,138.46 CONT | Allowed: | $1,230.40 |
| WRIGHT APPRAISAL SERVICES, INC<br>ATTN BRUCE E WRIGHT, PRESIDENT<br>8414 STILLBROOK AVE<br>TAMPA, FL 33615 | | Claim Number: 4461<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| WRIGHT, ALAN J.<br>6 WINSTON DRIVE<br>LIVINGSTON, NJ 07039 | | Claim Number: 6240<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $26,000.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| WRIGHT, ANNIE FRED & PATRICIA S.<br>JT TEN TOD<br>1313 CRESTVIEW DRIVE<br>BLACKSBURG, VA 24060 | | Claim Number: 7237<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| PRIORITY | Claimed: | $6,169.00 |
| WRIGHT, DONALD C.<br>P.O. BOX 20372<br>KEIZER, OR 97307-0372 | | Claim Number: 6685<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $3,951.55 |
| WRIGHT, HOWARD E<br>543 NORWAY AVE<br>CINCINNATI, OH 45229 | | Claim Number: 10381<br>Claim Date: 05/05/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) |
| SECURED<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $10,000.00<br>$10,000.00<br>$10,000.00 |
| WRIGHT, LARRY L (LYNN)<br>4842 S. SHENANDOAH WAY<br>AURORA, CO 80015 | | Claim Number: 5564-01<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) |

| PRIORITY | Claimed: | $6,747.22 | Scheduled: | $6,747.22  CONT | Allowed: | $6,747.22 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $82,396.87 CONT | | |

| | | |
|---|---|---|
| WRIGHT, LARRY L (LYNN)<br>4842 S. SHENANDOAH WAY<br>AURORA, CO 80015 | | Claim Number: 5564-02<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $82,699.65 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

WROBLEWSKI, MARIA
659 BONNIE BRAE
ERIE, PA 16511

Claim Number: 1477
Claim Date: 10/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,254.12 |
|---|---|---|

WROBLEWSKI, MARIA C
659 BONNIE BRAE
ERIE, PA 16511

Claim Number: 2194
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,194.40 | Scheduled: | $1,612.44 CONT | Allowed: | $1,194.40 |
|---|---|---|---|---|---|---|

WU, JIN-FENG
768A 18TH AVE
SAN FRANCISCO, CA 94121

Claim Number: 9324
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WU, LINYU
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
3103 MILL OAK WAY
SACRAMENTO, CA 95833

Claim Number: 9517
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $12,941.00 |
|---|---|---|

WU, LINYU
3103 MILL OAK WAY
SACRAMENTO, CA 95833

Claim Number: 9518
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $1,180.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| WU, SHEAN-DONG<br>20150 BONNIE BRAE LANE<br>SARATOGA, CA 95070 | | Claim Number: 6506<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $25,000.00 |
| WU, YUE<br>5817 BLUE BEECH CT<br>ANTELOPE, CA 95843-3700 | | Claim Number: 6816<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| SECURED | Claimed: | $450.00 |
| WUERTZ, WILBERT<br>17279 FAIRWAY CIRCLE<br>COLD SPRING, MN 56320-8800 | | Claim Number: 6293<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $17,818.27 |
| WUNSCH, KEITH & PATRICE<br>1576 PENZANCE WAY<br>HANOVER, MD 21076-1480 | | Claim Number: 4380<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $1,819.95 |
| WUNSCH, KEITH A.<br>1576 PENZANCE WAY<br>HANOVER, MD 21076-1480 | | Claim Number: 4376<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $17,967.51 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WUNSCH, PATRICE B.<br>1576 PENZANCE WAY<br>HANOVER, MD 21076-1480 | | Claim Number: 4379<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $11,801.85 | | | | | |
| WURTH, CORTNEY<br>PO BOX 202<br>BAINBRIDGE, PA 17502 | | Claim Number: 281<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $936.00 | Scheduled: | $1,123.20 CONT | Allowed: | $936.00 |
| WURTZ, CAROLYN E.<br>801 LAKEWOOD GREEN<br>DIXON, IL 61021 | | Claim Number: 1167<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $424.91 | Scheduled: | $1,050.00 CONT | Allowed: | $424.91 |
| WUST, KARL K.<br>8729 22ND AVE N.W.<br>SEATTLE, WA 98117 | | Claim Number: 3868<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $3,510.00 | | | | | |
| WYATT, MYRON C.<br>419 WEST 21ST STREET<br>CHESTER, PA 19013 | | Claim Number: 686<br>Claim Date: 09/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $865.12 | Scheduled: | $865.39 CONT | Allowed: | $865.12 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WYLIE, WILLIAM T. & JANE L.<br>103 TURNER FOREST LANE<br>SIMPSONVILLE, SC 29681 | | Claim Number: 5034<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,000.00 | | | | | |
| WYNDHAM HOTELS & RESORTS<br>ATTN MANSUR DAYA, GEN. MGR.<br>1400 MILWAUKEE AVENUE<br>GLENVIEW, IL 60025 | | Claim Number: 2142<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $9,486.48 | Scheduled: | $9,916.05 | Allowed: | $9,486.48 |
| WYNNE, RANDI<br>16 BRIAN ST<br>HOLBROOK, NY 11741 | | Claim Number: 837<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $458.78 | Scheduled: | $458.87  CONT | Allowed: | $458.78 |
| WYRICK, RICHARD<br>6220 RUSSWOOD DR<br>PLEASANT GDN, NC 273139536 | | Claim Number: 10302<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| SECURED | Claimed: | $0.00  UNLIQ CONT | | | | | |
| XACTEC<br>ATTN M EVANS, PRES<br>109 BULIFANTS BLVD<br>STE B<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3152<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $2,352.94 | Scheduled: | $2,352.94 | Allowed: | $2,352.94 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

XELERATE, LLC
ATTN EMILY VENABLE, CEO
147 CANTERBURY LANE
BLUE BELL, PA 19422

Claim Number: 1968
Claim Date: 11/09/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,720.00 | Scheduled: | $8,480.00 | Allowed: | $12,720.00 |

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-01
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5860 (09/15/2008)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | Allowed: | $50,289.68 |

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-02
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5860 (09/15/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $531,811.27 | Scheduled: | $32,002.61 | |

XIA, SHI YAN
8880 20TH AVE
BROOKLYN, NY 11214

Claim Number: 8867
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $449.12 |

XO COMMUNICATIONS, INC.
ATTN BRAD LEE
105 MOLLOY ST STE 300
NASHVILLE, TN 37201

Claim Number: 28
Claim Date: 08/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10549 (08/21/2012)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189,904.41 | Scheduled: | $293,132.31 | Allowed: | $189,904.41 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

YADAVALLI, NATARAJ
2519 TURNBERRY CT.
IRVING, TX 75063

Claim Number: 5302
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,846.15 | Scheduled: | $4,846.15 CONT | Allowed: | $4,846.15 |

YAKIMA COUNTY TREASURER
PO BOX 22530
YAKIMA, WA 98907

Claim Number: 10503
Claim Date: 09/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 8746 (04/06/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $570.86 |

YAKUBOWICH, MARY M.
CGM IRA CUSTODIAN
8 WINDSOR RD.
EDISON, NJ 08817

Claim Number: 8444
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,502.67 |

YANG, JINBO AND GE, QING
224 NAYOGAMI TERRACE
ROLLA, MO 65401

Claim Number: 9217
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,667.06 |
| UNSECURED | Claimed: | $5,667.06 |
| TOTAL | Claimed: | $5,667.06 |

YANG, KUN
1166 SPRIG WAY
GILROY, CA 950208113

Claim Number: 7143
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $519.95 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| YANG, SHENG-FU<br>1723 CAMP CRAFT RD.<br>AUSTIN, TX 78746-7319 | | Claim Number: 6127<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNDET |
| YANG, YUDONG<br>5120 FAIRMONT ST.<br>VANCOUVER, BC V5R 3V3<br>CANADA | | Claim Number: 9932<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) |
| UNSECURED | Claimed: | $2,464.00 |
| YANKURA, JOSEPH W.<br>7445 HARROW DR<br>NASHVILLE, TN 37221-1816 | | Claim Number: 3407<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| UNSECURED | Claimed: | $65,649.00 |
| YAO, CLARA<br>42 ASH LANE<br>RANDOLPH, NJ 07869 | | Claim Number: 9513<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $509.99 |
| YARBRO, CRYSTAL D.<br>4005 PRICE RD<br>GAINESVILLE, GA 30506-5364 | | Claim Number: 342<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) |
| PRIORITY | Claimed: | $1,153.84 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

YARBRO, CRYSTAL D.
4005 PRICE RD
GAINESVILLE, GA 30506-5364

Claim Number: 6152
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $807.69 | Scheduled: | $1,615.04  CONT | Allowed: | $807.69 |
|---|---|---|---|---|---|---|

YARLING & ROBINSON
ATTN CHARLES F. ROBINSON, JR.
MARKET SQUARE CENTER, STE 1535
151 NORTH DELAWARE STREET
INDIANAPOLIS, IN 46204

Claim Number: 8879
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 6574 (11/13/2008)

| UNSECURED | Claimed: | $18,731.54 | | | Allowed: | $18,731.54 |
|---|---|---|---|---|---|---|

YARLING & ROBINSON
151 NORTH DELAWARE STREET
MARKET SQUARE CENTER, STE 1535
INDIANAPOLIS, IN 46204

Claim Number: 10603
Claim Date: 12/23/2008
Debtor: AMERICAN HOME MORTGAGE SERVICING, INC
Comments: DOCKET: 9459 (11/16/2010)

| UNSECURED | Claimed: | $12,771.86 | | | Allowed: | $12,771.86 |
|---|---|---|---|---|---|---|

YATES, DANNIELLE
PO BOX 3307
TUALATIN, OR 97062

Claim Number: 6594
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $7,706.25 | | | | |
|---|---|---|---|---|---|---|

YATES, MARK
BOX 4801
ONE LAMPLIGHTER WAY
MT. HERMON, MA 01354

Claim Number: 4565
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,300.92 | | | Allowed: | $1,300.92 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

YATES, RANDY & SHIRLEY
6 NATURAL SPRINGS LANE
SOPCHOPPY, FL 32358

Claim Number: 9339
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| SECURED | Claimed: | $10,643.33 |
|---------|----------|------------|

---

YATMAN, ATILLA
20237 KEARNEY HILL RD.
PFLUGERVILLE, TX 78660

Claim Number: 8721
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| SECURED | Claimed: | $0.00 |
|---------|----------|-------|
| UNSECURED | Claimed: | $22,300.00 |

---

YAVAPAI COUNTY, ARIZONA
ROSS D. JACOBS
YAVAPAI COUNTY TREASURER
1015 FAIR STREET
PRESCOTT, AZ 86305-1807

Claim Number: 2427
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | | Scheduled: | $81.49 DISP CONT |
|----------|----------|------------|-------------------|
| SECURED | Claimed: | $6,517.68 | |

---

YBARRA, MITCHELL
9204 FOX RIDGE LN SE
OLYMPIA, WA 985135691

Claim Number: 7372
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

YEE, PINYING C. AND RANDY M.
JOINT TENANT
8722 BISHOP AVE
WESTMINSTER, CA 92683

Claim Number: 9378
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $1,860.90 |
|---------|----------|-----------|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| YEE, TODD<br>234 RIDGECREST DRIVE<br>KLAMATH FALLS, OR 97601 | | Claim Number: 10190<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) |
| SECURED | Claimed: | $1,175.00 |
| YEH, AN-GONG<br>6 MADONNA LANE<br>BROOMALL, PA 19008 | | Claim Number: 9605<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| SECURED | Claimed: | $185.95 |
| YEKEL, ANITA<br>9135 N STONEHAM PL<br>GARDEN CITY, ID 83714 | | Claim Number: 887<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| PRIORITY | Claimed: | $892.50 |
| YELLOW BOOK USA<br>C/O RMS BANKRUTPCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10445<br>Claim Date: 08/08/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$18,835.00   UNLIQ |
| YELLW BOOK SALES & DIST.<br>SLATER, TENAGLIA, FRITZ & HUNT, P.A.<br>301 THIRD STREET<br>OCEAN CITY, NJ 08226 | | Claim Number: 10789<br>Claim Date: 07/09/2010<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 9913 (04/04/2011) |
| UNSECURED | Claimed: | $18,841.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| YENTIS, JONATHAN & TAMARAH<br>1444 NW 103RD ST<br>CLIVE, IA 50325-6502 | | Claim Number: 8330<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00  UNLIQ | | | | | |
| YESKIE, JENNIFER L<br>12249 ARCTURUS DR<br>WILLIS, TX 77318-5110 | | Claim Number: 3542<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $941.53 | Scheduled: | $941.53  CONT | Allowed: | | $941.53 |
| YING, AMY ZHE-ME<br>61-25 97 ST<br>APT 15M<br>REGO PARK, NY 11374 | | Claim Number: 5546<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $62,960.60 | | | | | |
| YING, CINDY ZHI-JING<br>400 CENTRAL PARK WEST 18P<br>NEW YORK, NY 10025-5856 | | Claim Number: 5883<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $29,324.96 | | | | | |
| YING, ZHI YU<br>102-10 66 ROAD<br>APT 10G<br>FOREST HILLS, NY 11375 | | Claim Number: 6380<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $13,263.90 | | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| YMCA OF THE PIKES PEAK REGION<br>ATTN THOMAS LOWDEN, VICE PRESIDENT<br>207 NORTH NEVADA AVENUE<br>COLORADO SPRINGS, CO 80903 | | Claim Number: 6401<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,400.00 | Allowed: | $1,400.00 |
| YOCOM, EVELYN<br>PO BOX 14704<br>SPRINGFIELD, MO 65814-0704 | | Claim Number: 4048<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $367.84 | | |
| YODER PERENNIAL GARDENS<br>C/O ROBERT M SULLIVAN, OWNER<br>1055 EDISON RD<br>BOX 21<br>YODER, CO 80864 | | Claim Number: 4064<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $48,875.00   UNLIQ | | |
| YORK REAL ESTATE SERVICES<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123-8325 | | Claim Number: 2382<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |
| YORK, PHILLIP G.<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123 | | Claim Number: 1352<br>Claim Date: 10/01/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $75.00 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

YORK, PHILLIP G.
6931 WOODRIDGE DRIVE
AVON, IN 46123

Claim Number: 2383
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

YOTLEY, ALAN
AG EDWARDS & SONS C/F
5332 OXFORD DRIVE
APT 104
MECHANICSBURG, PA 17055-4434

Claim Number: 7791
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $608.02 |
|---|---|---|

YOUNG, CYNTHIA SMITH & EDWARD VEARL
7061 WEST CONSTELLATION DR
CHARLESTON, SC 29418

Claim Number: 8652
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $2,047.37 |
|---|---|---|

YOUNG, HERBERT
7621 VELVET MIST ST
LAS VEGAS, NV 89131-3651

Claim Number: 5183
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

YOUNG, JOE B & JOYCE S
497 JOHN YOUNG RD
LEXINGTON, NC 27292

Claim Number: 3504
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| YOUNG, LARRY F.<br>11910 SANDY RIVER CT<br>BAKERSFIELD, CA 93311 | | Claim Number: 7439<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,892.00 | | | |
| YOUNG, MARIE V<br>3802 S VERSAILLES<br>DALLAS, TX 75209-5928 | | Claim Number: 8077<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| SECURED | Claimed: | $20,503.87 | | | |
| YOUNG, MICHAEL E.<br>861 A OLD TAXVILLE RD<br>YORK, PA 17404 | | Claim Number: 5800<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $10,694.99 | | | |
| YOUNG, RALPH T.<br>1214 SAN JOSE FOREST DRIVE<br>ST AUGUSTINE, FL 32080-5424 | | Claim Number: 4016<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $0.00  UNLIQ<br>$5,531.70  UNLIQ | | | |
| YOUNG, SHELLE<br>1227 9TH AVE SE<br>OLYMPIA, WA 98501 | | Claim Number: 4470<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | |
| PRIORITY | Claimed: | $934.80 | Scheduled: | $934.80  CONT | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| YOUNG, WELLMAN M.<br>206 CARLISLE WAY<br>BENICIA, CA 94510-1506 | | Claim Number: 7404<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $773.00 | | | | |
| YOUNGMAN, JAMES L.<br>395 COUNTY RD. 414<br>KILLEN, AL 35645 | | Claim Number: 6967<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $32,869.02 | | | | |
| YOUR PRIVATE LIMOUSINE<br>ATTN TRACY HODGE, PRESIDENT<br>3255 N. ARLINGTON HEIGHTS ROAD<br>ARLINGTON HIEGHTS, IL 60004 | | Claim Number: 3768<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $3,620.10 | | | | |
| YOUR PRIVATE LIMOUSINE, INC.<br>ATTN TRACY HODGE, PRESIDENT<br>3255 N ARLINGTON HEIGHTS<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 3770<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $3,620.10 | Scheduled: | $3,620.10 | Allowed: | $3,620.10 |
| YOUSEF, NIZAM F.<br>4812 BLUEBIRD CT APT D<br>RALEIGH, NC 27606-1549 | | Claim Number: 9303<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| YU, XINYI CINDY<br>4 RENEE CT<br>EDISON, NJ 08820 | | Claim Number: 7785<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $9,880.61 |
|---|---|---|

| | | |
|---|---|---|
| YUBA COUNTY TREASURER/TAX COLLECTOR<br>LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.<br>915 8TH ST. STE 103<br>MARYSVILLE, CA 95901 | | Claim Number: 4398<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $11,295.06 |
|---|---|---|

| | | |
|---|---|---|
| YUBA COUNTY TREASURER/TAX COLLECTOR<br>LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.<br>915 8TH ST. STE 103<br>MARYSVILLE, CA 95901 | | Claim Number: 4399<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) |

| SECURED | Claimed: | $11,139.74 |
|---|---|---|

| | | |
|---|---|---|
| YUBA SUTTER DISPOSAL, INC<br>ATTN CHRIS THORNBURG, SNR CUST SERV REP<br>PO BOX G<br>MARYSVILLE, CA 95901 | | Claim Number: 2330<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP |

| UNSECURED | Claimed: | $47.05 | | | Allowed: | $47.05 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| YUEN, EDWARD<br>153-07 77TH AVE.<br>FLUSHING, NY 11367 | | Claim Number: 2262<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID |

| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77 CONT | Allowed: | $1,730.77 |
|---|---|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

YUHAS, JEROME
7608 W. MAUNA LOA LANE
PEORIA, AZ 85381

Claim Number: 2166
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

YUKNIS, WARD C.
541 PLYMOUTH ST
MIDDLEBORO, MA 02346-2530

Claim Number: 5076
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,232.00 |

YUNKER, ROBERT D.
P.O. BOX 278
HAYS, KS 67601-0278

Claim Number: 7858
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,944.00 |

YVONNE MUKASE
3509 LUPINE COURT
HYATTSVILLE, MD 20784

Claim Number: 10292
Claim Date: 04/28/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $413,750.00 |

ZABLE, DAVID A. AND ANDREA L.
454 EVERGREEN AVE
ELMHURST, IL 60126

Claim Number: 2158
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $275.00 | Scheduled: | $275.00  CONT | Allowed: | $275.00 |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZAFARANLOO, CYRUS<br>1734 W10TH ST<br>BROOKLYN, NY 11223 | | Claim Number: 8927<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
| UNSECURED | Claimed: | $30,000.00 |
| ZAFRAN, EVELYN<br>69-10 YELLOWSTONE BLVD<br>APT 311<br>FOREST HILLS, NY 11375-3707 | | Claim Number: 5995<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $6,998.95 |
| ZAGAR, CAROL E.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | | Claim Number: 7290<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,978.62 |
| ZAGAR, CAROL E. C/F ALICE D.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | | Claim Number: 7288<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,974.14 |
| ZAGAR, CAROL E., C/F WILLIAM R.<br>37 SNOWFLAKE LN<br>ELIZABETH, KY 42701-8363 | | Claim Number: 7289<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,977.12 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| ZAJAC, KATHERINE<br>3073 SECRETARIAL CT.<br>AURORA, IL 60502 | | Claim Number: 1487<br>Claim Date: 10/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,211.54 | Scheduled: | $1,211.54  CONT | Allowed: | | $1,211.54 |

| ZAK, JEFFREY<br>32 CYPRESS DRIVE<br>PARLIN, NJ 08859 | | Claim Number: 1181<br>Claim Date: 09/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| PRIORITY | Claimed: | $1,950.00 |

| ZALETEL, EDWARD T.<br>9423-GREENBELT DRIVE<br>URBANDALE, IA 50322 | | Claim Number: 4495<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

| ZANABONI, LARRY<br>5831 LUDLOW AVE<br>GARDEN GROVE, CA 92845 | | Claim Number: 5550<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
|---|---|---|
| UNSECURED | Claimed: | $14,700.00 |

| ZANABONI, LARRY<br>5831 LUDLOW AVE<br>GARDEN GROVE, CA 92845 | | Claim Number: 5551<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
|---|---|---|
| UNSECURED | Claimed: | $5,300.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZANDONATTI APPRAISAL
ATTN GARY A. ZANDONATTI
PO BOX 7586
ROCKFORD, IL 61126

Claim Number: 3193
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,845.00 | Scheduled: | $600.00 | Allowed: | $1,845.00 |

ZANDONATTI APPRAISAL
ATTN: CARY A. ZANDONATTI
PO BOX 7586
ROCKFORD, IL 61126

Claim Number: 10412
Claim Date: 06/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,845.00 | | | Allowed: | $1,845.00 |

ZANLERIGU, JEFFREY
7518 N. WOLCOTT AVE
CHICAGO, IL 60626

Claim Number: 5871
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |

ZARI, TIFFANY J
5014 OSGOOD WAY
FAIR OAKS, CA 95628

Claim Number: 2655
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | | | | |

ZARING, STANLEY P., TTEE
STANLEY P. ZARING CHARITABLE REMAINDER
TRUST U/A DTD 11-12-98
10960 NW 86TH CT
CHIEFLAND, FL 32626

Claim Number: 6393
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| UNSECURED | Claimed: | $277,822.00 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZARING, STANLEY PAUL
10960 NW 86TH CT
CHIEFLAND, FL 32626 | | Claim Number: 6394
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008) |

| UNSECURED | Claimed: | $97,218.00 |
|---|---|---|

| | | |
|---|---|---|
| ZARNICH & ASSOCIATES
ATTN NICK ZARNICH
433 STATE STREET
BEAVER, PA 15009 | | Claim Number: 4785
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| | | |
|---|---|---|
| ZAVALA, EFRAIM
4418 TURF LN
FORT WAYNE, IN 46804 | | Claim Number: 1959
Claim Date: 11/08/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011) |

| PRIORITY | Claimed: | $372.00 | Scheduled: | $372.00  CONT | Allowed: | $372.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ZAVITSON, CHRIS
780 N.W. RED PINE WAY
JENSEN BEACH, FL 34957 | | Claim Number: 5484
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ZC REAL ESTATE TAX SOLUTIONS LIMITED
ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL
210 INTERSTATE NORTH PARKWAY, NW
SUITE 400
ATLANTA, GA 30339 | | Claim Number: 7560
Claim Date: 01/07/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008) |

| UNSECURED | Claimed: | $1,125,804.15  UNLIQ |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL<br>210 INTERSTATE NORTH PARKWAY, NW<br>SUITE 400<br>ATLANTA, GA 30339 | | Claim Number: 7561<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7937 (08/11/2009) | | | | | |
| ADMINISTRATIVE | | | | | | Allowed: | $1,145,804.15 |
| UNSECURED | Claimed: | $1,125,804.15   UNLIQ | Scheduled: | $575,262.41 | | | |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | | Claim Number: 10327<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | | | | |
| UNSECURED | Claimed: | $5,570,000.00 | | | | | |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | | Claim Number: 10328<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | | | | |
| UNSECURED | Claimed: | $192,312.00 | | | | | |
| ZEALEAR, DAVID S.<br>2123 WEST BROWNING AVE<br>FRESNO, CA 93711 | | Claim Number: 6294<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $16,428.00 | | | | | |
| ZEE MEDICAL SERVICES CO<br>16631 BURKE LANE<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 2774<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $193.84 | Scheduled: | $193.84 | Allowed: | $193.84 | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZEICHNER ELLMAN & KRAUSE LLP
ATTN STUART A. KRAUSE, ESQ.
575 LEXINGTON AVENUE
NEW YORK, NY 10022

Claim Number: 1728
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7327 (04/28/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | | | |
| UNSECURED | | $386,164.04 | Allowed: | $386,164.04 |

ZEIDNER, JOAN
2034 ARCH ST APT P
PHILADELPHIA, PA 19103

Claim Number: 8000
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,825.55 |

ZELEZNIK APPRAISAL CO.
201 FOXTON RD
MATTHEWS, NC 28104

Claim Number: 13
Claim Date: 08/21/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRESIDENT
201 FOXTON RD
MATTHEWS, NC 28104

Claim Number: 1899
Claim Date: 11/05/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,675.00 |

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRES.
201 FOXTON RD
MATTHEWS, NC 281047308

Claim Number: 2613
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,675.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

---

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRES.
201 FOXTON RD
MATTHEWS, NC 28104

Claim Number: 2614
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| PRIORITY | Claimed: | $2,675.00 |
|----------|----------|-----------|

---

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRESIDENT
201 FOXTON RD
MATTHEWS, NC 28104-7308

Claim Number: 2615
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| PRIORITY | Claimed: | $2,675.00 |
|----------|----------|-----------|

---

ZELL, GARY S.
8300 ARMETALE LN
FAIRFAX STATION, VA 22039

Claim Number: 1288-01
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $9,534.70 CONT | | |
| | | | | $338,359.51 CONT | | |

---

ZELL, GARY S.
8300 ARMETALE LN
FAIRFAX STATION, VA 22039

Claim Number: 1288-02
Claim Date: 09/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $338,202.94 |
|-----------|----------|-------------|

---

ZELLNER, MARY C
27735 PRESCOTT ST
ROMULUS, MI 48174

Claim Number: 8873
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $3,515.00 |
|-----------|----------|-----------|

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ZELT, KATHY K<br>4647 S 100 W<br>ALBION, IN 46701 | | Claim Number: 6879<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77 CONT | Allowed: | $430.77 |
| ZELTNER VS AMERICAN HOME MORTGAGE<br>CT OF COMMON PLEAS WOOD CO OH 06CV220<br>ADVOCATES BASIC LEGAL EQUALITY R ALSTON<br>520 MADISON AVENUE, SUITE 740<br>TOLEDO, OH 43604 | | Claim Number: 7958<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $216,000.00 | Scheduled: | $0.00 UNLIQ | | |
| ZELTNER VS AMERICAN HOME MORTGAGE<br>525 JEFFERSON AVE #300<br>TOLEDO, OH 436041094 | | Claim Number: 8692<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | |
| SECURED | Claimed: | $55,100.04 | | | | |
| UNSECURED | Claimed: | $159,200.08 | | | Allowed: | $214,300.12 |
| ZEMAITIS, BENEDICT R.<br>301 ESTES PARK DR.<br>CHATHAM, IL 62629 | | Claim Number: 5505<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,851.50 | | | | |
| ZEMAN, DONALD<br>3 SHALOM DRIVE<br>APT #308<br>WARWICK, RI 02886 | | Claim Number: 6672<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,700.98 | | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZEMLE, DENNIS H & LOIS<br>N2474 GREENDALE RD<br>HORTONVILLE, WI 54944 | | Claim Number: 8945<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |

| UNSECURED | Claimed: | $2,587.50 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ZEPPUHAR, ROBERT F.<br>2924 MANUEL DR<br>ALLISON PARK, PA 15101 | | Claim Number: 39<br>Claim Date: 08/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) |

| PRIORITY | Claimed: | $395.66 | Allowed: | $395.66 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ZERBEY, RICHARD S.<br>2230A CATASUQUA RD<br>BETHLEHEM, PA 18018-1049 | | Claim Number: 4293<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ZERVOS, GEORGE<br>11020 BRIARCLIFF CT<br>CROWN POINT, IN 46307 | | Claim Number: 8941<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ZEZZE, CARMELA<br>P.O. BOX 158 67 KRIKOR DR<br>NORTH FALMOUTH, MA 02556 | | Claim Number: 2195<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |

| PRIORITY | Claimed: | $26,000.00 | | |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZHAO, LEON
43 ROOSEVELT AVE.
SYOSSET, NY 11791

Claim Number: 6748
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $152.94 |
|---|---|---|

ZHAO, TONI
889 PARK AVE
HUNTINGTON, NY 11743

Claim Number: 141
Claim Date: 08/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $6,750.00 | Scheduled: | $6,923.08 CONT | Allowed: | $6,750.00 |
|---|---|---|---|---|---|---|

ZHU, LIMAN
432 S. CURSON AVE., APT. 6F
LOS ANGELES, CA 90036-5228

Claim Number: 7459
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $30,410.75 |
|---|---|---|

ZIEBARTH, ARNOLD K.
1001 HICKORY CT
ELDRIDGE, IA 52748-2504

Claim Number: 7074
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $589.99 |
|---|---|---|

ZIEBARTH, SANDRA KAY
1001 W HICKORY CT
ELDRIDGE, IA 52748-2504

Claim Number: 7076
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| SECURED | Claimed: | $4,894.95 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ZIEGLER, EDNA L. IRA<br>1506 GRADY LANE<br>CEDAR HILL, TX 75104-4226 | | Claim Number: 9721<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,909.35 | | |
| ZIEGLER, PAUL<br>68 BAYSIDE PL<br>AMITYVILLE, NY 11701 | | Claim Number: 921<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $6,978.46 | Allowed: | $6,978.46 |
| ZIELINSKI, JAMES<br>6016 SPRINGS BLVD<br>CRYSTAL LAKE, IL 60012-1238 | | Claim Number: 6130<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | |
| UNSECURED | Claimed: | $18,168.99 | | |
| ZIFF, SAM<br>2835 OCEAN AVE APT 6D<br>BROOKLYN, NY 11235 | | Claim Number: 3223<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| PRIORITY | Claimed: | $4,797.37 | | |
| ZIGLER, BRAD<br>PO BOX 2120<br>WINDSOR, CA 95492-2120 | | Claim Number: 8205<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $5,927.60 | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZILLS, JAMES W. JR. AND UDY T.
1083 POINTE PLEASANT RD
LINCOLNTON, GA 30817

Claim Number: 10220
Claim Date: 04/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $36,459.50 | Allowed: | $36,459.50 |
|---|---|---|---|---|

ZILZ, DIANA K.
910 ALBERT AVENUE
SYCAMORE, IL 60178

Claim Number: 1217
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $403.20 |
|---|---|---|

ZIMMER, CHARLOTTE
9839 LAUREN LANE
NILES, IL 60714-1020

Claim Number: 8318
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ZIMMERMAN, CARA
11133 SANDYSHELL WAY
BOCA RATON, FL 33498

Claim Number: 5384
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ZIMMERMAN, CHERYL
9825 W. 50TH TER
MERRIAM, KS 66203

Claim Number: 4672
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $5,018.67 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ZIMMERMAN, JAMES<br>209 CYPRESS DR<br>MASTIC BEACH, NY 11951 | | Claim Number: 262<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8028 (09/08/2009) | | |
| PRIORITY | Claimed: | $392.31 | Allowed: | $392.31 |
| ZIMMERMAN, JAMES<br>209 CYPRESS DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 5126<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $882.90 | | |
| UNSECURED | Claimed: | $4,120.20 | | |
| ZIMMERMAN, KENNETH S.<br>11133 SANDYSHELL WAY<br>BOCA RATON, FL 33498 | | Claim Number: 5385<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ZIMMERMAN, THEODORE & REBECCA<br>66 ST CHARLES AVE<br>WEST CALDWELL, NJ 07006 | | Claim Number: 7363<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $45,053.45 | | |
| ZINE, EDWARD E.<br>PO BOX 665<br>EAST FALMOUTH, MA 02536-0665 | | Claim Number: 10333<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $40,000.00 | Allowed: | $40,000.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA 98133

Claim Number: 2488
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $1,012.50 | Allowed: | $1,012.50 |
|---|---|---|---|---|

ZISKIND, FRANCINE
814 TALBOT AVE
NORTH WOODMERE, NY 11581

Claim Number: 7559
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $24,545.00 |
|---|---|---|

ZOBLER, MELVYN N., TTEE
3705 NE SKYLINE DR
JENSEN BEACH, FL 34957

Claim Number: 3541
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| UNSECURED | Claimed: | $4,201.00 |
|---|---|---|

ZODINS SUPERANNUATION FUND
ATTN MATTHEW ZSCHECH PER OPTION PARTNERS
136 LINDEN ST
SUTHERLAND, 2232
NSW AUSTRALIA

Claim Number: 7747
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| SECURED | Claimed: | $50,000.00 |
|---|---|---|

ZOLLA, DAVID J. & ALLAN R. POQUETTE
JTWROS
11401 TOPANGA CYN BL
SPC 16
CHATSWORTH, CA 91311

Claim Number: 7036
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $11,805.44 |
|---|---|---|

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZOOK, ERIC G.<br>GENERAL DELIVERY<br>EGLIN AFB, FL 325429999 | | Claim Number: 4823<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $2,354.88 |
| ZUCK, MICHAEL<br>11 SOUTH BRIDGE AVE.<br>LEXINGTON, MA 02420 | | Claim Number: 3312<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $5,000.00 |
| ZUCKER, ERICA<br>71 BAYVIEW AVE<br>GREAT NECK, NY 11021 | | Claim Number: 5308<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZUCKER, LISA M.<br>29430 WEST WOODALL DR<br>SOLON, OH 44139 | | Claim Number: 6279<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $5,030.00 |
| ZUCKER, SANDRA E. REVOCABLE TRUST<br>SANRA ZUCKER TRUSTEE<br>4120 CAMBRIDGE COURT<br>ORANGE VILLAGE, OH 44122 | | Claim Number: 6321<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) |
| UNSECURED | Claimed: | $21,422.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZUCKERMAN, BARRY
2305 VELVET VALLEY WAY
OWINGS MILLS, MD 21117

Claim Number: 1878
Claim Date: 11/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,458.25 | |

ZUCKERMAN, JUDIM & MICHAEL
280 RANGEGROVE
IRVINE, CA 92604

Claim Number: 4713
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $35,000.00 | |

ZURICH AMERICAN INS CO ET AL O/B/O
COMMONWEALTH OF PA, ETC -BOND LPM7593143
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9098
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

ZURICH AMERICAN INS CO ET AL O/B/O
WASHINGTON DC, ETC - BOND LPM7592560
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9099
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

ZURICH AMERICAN INS CO ET AL O/B/O
COMMONWEALTH OF PA ETC-BOND LPM7593143
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9141
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: ALLOWED
DOCKET: 7488 (06/04/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | Allowed: | $63,103.00 |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O WASHINGTON DC, ETC - BOND LPM7591074 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9151 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF VA, ETC- BONDS LPM7592378, 7592380 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9084 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $370,946.00 |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WASHINGTON, ETC - BOND LPM7591256 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9085 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WEST VIRGINIA, ETC - BOND LPM7592557 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9086 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WYOMING, ETC - BOND LPM7592559 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9087 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF RHODE ISLAND, ETC, SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9088 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF VERMONT, ETC - BOND LPM7591721 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9090 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MISSISSIPPI - BOND LPM7592553 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9091 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE - BOND LPM7591725 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9092 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ARIZONA, ETC - BOND LPM 7591651 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9094 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WASHINGTON & CYNTHIA SAUNDERS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9095 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF CONNECTICUT, ETC KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9096 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE, ETC - BOND LPM7591725 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9097<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NORTH DAKOTA, ETC - BOND LPM7591669 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9100<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW HERSEY, ETC - BOND LPM7591695 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9101<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW HAMPSHIRE, ETC - BOND LPM7591899 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9102<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

Date: 01/06/2014

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MICHIGAN, ETC - BOND LPM7592610 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9103 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MAINE, ETC - BOND LPM7592556 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9104 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF LOUISIANA, ETC - BOND LPM7592607 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9105 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OKLAHOMA, ETC - BOND LPM7592368 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9106 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF KANSAS, ETC - BOND LPM1751667 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9107 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF IOWA, ETC - BOND LPM7591650 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9108 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WISCONSIN, ETC - BONS LPM7592411 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9109 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ILLINOIS,ETC BONDS LPM7591186,7591188 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9110 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF IDAHO, ETC - CERTAIN SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9111 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF GEORGIA,ETC-BONDS LPM7591503, 7591723 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9112 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF OREGON, ETC - BOND LPM7591653 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9113 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEBRAKSA, ETC - CERTAIN SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9114 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF SOUTH CAROLINA,ETC - BOND LPM7591247 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9115 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MARYLAND, ETC - BOND LPM7599861 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9142 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ARIZONA,ETC - BOND LPM7590120 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9143 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW JERSEY,ETC, CERTAIN SURETY BONDS KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9145 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF N.CAROLNIA,ETC - BOND LPM7590112
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9146
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF OHIO,ETC - BOND LPM7590136
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9147
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF VIRGINIA,ETC - BOND LPM7590789
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9148
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF CALIFORNIA,ETC - BOND LPM7591193
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9149
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE,ETC - BOND LPM7592364 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9150 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF FLORIDA, ETC - BOND LPM7591098 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9152 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW JERSEY, ETC - BOND LPM7590520 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9153 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF GEORGIA, ETC - BOND LPM7590846 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9154 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF IDAHO, ETC - BOND LPM7599598 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9155 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ILLINOIS, ETC - CERTAIN SURETY BONDS KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9156 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF KANSAS, ETC - BOND LPM7590125 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9157 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEBRASKA, ETC - BOND LPM7599470 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9158 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF LOUISIANA, ETC - BOND7590131 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9159 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MICHIGAN, ETC - BOND LPM7591262 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9160 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MISSOURI, ETC - BOND LPM7593467 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9161 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO, ET AL O/B/O ST OF NH ET AL UNDER SURETY BND LPM 7591871 % KAREN L. TURNER; ECKERT SEAMANS ET AL TWO LIBERTY PL., 50 S.16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 8911 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

ZURICH AMERICAN INS CO, IT SUBSIDIARIES
& AFFILIATES A/T/I/M/A
KAREN L TURNER; ECKERT SEAMANS CHERNI  K
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9089
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| UNSECURED | Claimed: | $1,053.50 |
|-----------|----------|-----------|

---

ZURICH AMERICAN INS CO, ITS SUBSIDIARIES
& AFFILIATES A/T/I/M/A - SURETY BONDS
KAREN L TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9093
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|----------|----------|--------------|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

ZURICH AMERICAN INS CO, ITS SUBSIDIARIES
AND AFFILIATES A/T/I/M/A
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9144
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|----------|----------|--------------|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

ZURICH AMERICAN INS CO,ET AL O/B/O COMM.
OF PA ET AL UNDER SURETY BND LPM 7593143
% KAREN L. TURNER; ECKERT SEAMANS ET AL.
TWO LIBERTY PL., 50 S.16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 8880
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|----------|----------|--------------|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

ZURICH AMERICAN INSURANCE COMPANY
C/O KAREN LEE TURNER
ECKERT SEAMANS CHERLIN & MELLOTT, LLC
TWO LIBERTY PL - 50 S. 16TH ST, 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 8755
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|----------|----------|--------------|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARLA GATTA<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 2301<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Allowed: | $500,000.00 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8571<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8572<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8573<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8581<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| | | | | |
|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8582<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) | | | |

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | Allowed: | $22,483.00 |

---

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8583<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

---

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLACE, 50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8584<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

---

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL;50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8716<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | | |
|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL;50 S 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8717<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PLE - 50 S. 16TH ST-22ND FL.<br>PHILADELPHIA, PA 19102 | | Claim Number: 8752<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>TWO LIBERTY PL. - 50 S. 16TH ST., 22ND F<br>PHILADELPHIA, PA 19102 | | Claim Number: 8762<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $43,468.00 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>TWO LIBERTY PL.- 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 8763<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8764<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8765<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8766<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8767<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

Date: 01/06/2014

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL.,-50 SO. 16TH ST.,22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8768<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8912<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT LC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 8913<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERNI & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9221<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERNI & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9222<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERNI & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 9223<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER - ECKERT SEAMANS<br>TWO LIBERTY PLACE<br>50 SO. 16TH STREET, 22ND FLOOR<br>SCHAUMBURG, IL 60196 | Claim Number: 10154<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $1,030.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL, 50 SO. 16TH ST,22ND FL<br>PHILADELPHIA, PA 19102 | Claim Number: 10490<br>Claim Date: 09/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| PRIORITY | Claimed: | $1,030.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.<br>PHILADELPHIA, PA 19102 | Claim Number: 10613<br>Claim Date: 12/31/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| UNSECURED | Claimed: | $11,055.47   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.<br>PHILADELPHIA, PA 19102 | Claim Number: 10614<br>Claim Date: 12/31/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | |
| UNSECURED | Claimed: | $10,596.27   UNLIQ |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | | | |
|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL., 50 S. 16TH ST, 22ND FL.<br>PHILADELPHIA, PA 19102 | Claim Number: 10615<br>Claim Date: 12/31/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY    Claimed: | $10,596.27   UNLIQ | | | |
| UNSECURED    Claimed: | $0.00   UNLIQ | | | |
| ZURSCHMIEDE, EUSTASIA<br>1672 WOODLAWN DRIVE<br>NEW ALBANY, IN 47150 | Claim Number: 4294<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | |
| UNSECURED    Claimed: | $3,375.00 | | | |
| ZWEIG, JOSEPH S.<br>2435 SPYGLASS CT<br>RIVERWOODS, IL 60015 | Claim Number: 10167<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED    Claimed: | $600.00 | | Allowed: | $600.00 |
| ZWICK, ERIN E.<br>266 SUMMERHILL CT.<br>AURORA, IL 60506 | Claim Number: 7474<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY    Claimed: | $1,557.60 | | Allowed: | $1,557.60 |
| ZYDECK, FREDERICK A<br>3833 INDIAN TRAIL<br>ORCHARD LAKE, MI 48324 | Claim Number: 3528<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| PRIORITY    Claimed: | $0.00 | | | |
| UNSECURED    Claimed: | $11,083.51 | | | |

U.S. BANKRUPTCY COURT
Alphabetical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC.
(07-11ALL)

| | | |
|---|---|---|
| ZYDNEY, J. CARL<br>201 E 80 ST APT 14D<br>NEW YORK, NY 10075 | | Claim Number: 9648<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) |
| UNSECURED | Claimed: | $9,462.95 |
| ZYGMUNT, TYSKA & BRONISLAWA JT TEN<br>420 OLD COUNTRY RD<br>MELVILLE, NY 11747 | | Claim Number: 3703<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
| PRIORITY | Claimed: | $60,043.75 |
| ZYLSTRA, JERRY J<br>247 GOLD PAN WAY<br>DAYTON, NV 89403 | | Claim Number: 10132<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $330,000.00   UNLIQ |
| ZYZXX<br>DBA BPOSD<br>ATTN CHERYL SUMMERVILLE<br>25462 ALPINE CT<br>MURRIETA, CA 92563 | | Claim Number: 1511<br>Claim Date: 10/11/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) |
| PRIORITY | Claimed: | $9,857.00 |
| ZZSY LLC<br>2951 S ROSEMARY<br>DENVER, CO 80231 | | Claim Number: 4790<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE INVESTMENT CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) |
| UNSECURED | Claimed: | $4,281.85 |

## Summary Page

Total Number of Filed Claims:    11157

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $27,045,703.94 | $9,653,561.60 |
| Priority: | $93,365,744.93 | $5,308,949.43 |
| Secured: | $1,049,393,798.55 | $306,067.13 |
| Unsecured: | $12,546,148,364.37 | $739,929,809.36 |
| Total: | $13,715,953,611.79 | $755,198,387.52 |