IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
            Debtors.                                                     :
                                                                         :   **Ref. Docket No. 6715 & 6840**
------------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING PROPOSED CONSENSUAL
ORDER VACATING IN PART THE ORDER GRANTING THE DEBTORS'
TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
WITH RESPECT TO PROOF OF CLAIM NO. 2443**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors certifies as follows:

1. On December 12, 2008, the above-captioned debtors (the "Debtors") filed the *Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 6715] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to disallow proof of claim numbered 2443 ("Claim 2443") filed by Mr. Brian Fishman on the grounds that Claim

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14841896.1

2443 was submitted without any supporting documentation and Mr. Fishman had failed to allege any facts to support his alleged claim.

2. On January 13, 2009, the Court entered an order [D.I. 6840] (the "Omnibus Order") adjourning the Objection with respect to various claims and sustaining the Objection with respect to, among other claims, Claim 2443.

3. Mr. Fishman contacted the Plan Trustee's representatives to discuss Claim 2443 and amounts due to him on account of unpaid transition pay, which amounts the Plan Trustee has determined are reflected in the Debtors' books and records. As a result of follow-up discussions, the Plan Trustee and Mr. Fishman have agreed that the Omnibus Order should be vacated solely with respect to Claim 2443, and Claim 2443 should be allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $10,950.00; and (ii) a general unsecured claim in the amount of $9,050.00.

4. A proposed form of consensual order (the "Proposed Order") reflecting the parties' agreement is attached hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 21, 2014  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :    Jointly Administered
                                                                          :
    Debtors.                                                              :    Ref. Docket No. 6715 & 6840
------------------------------------------------------------------------- x

**CONSENSUAL ORDER VACATING IN PART THE ORDER GRANTING THE DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 2443**

Upon consideration of the twenty-sixth omnibus (non-substantive) objection to claims [D.I. 6715] (the "Objection") of the above-captioned debtors (the "Debtors") and the certification of counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [D.I. 6840] (the "Omnibus Order") sustaining the Objection in part with respect to, among other claims, proof of claim number 2443 ("Claim 2443") filed by Mr. Brian Fishman; and the Plan Trustee and Mr. Fishman having agreed that the Omnibus Order should be vacated solely with respect to Claim 2443 and that Claim 2443 should receive the treatment set forth herein; and it appearing that the Court has

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box. 10550, Melville, New York 11747.

01:14841896.1

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Omnibus Order is vacated solely with respect to Claim 2443 as set forth herein; and it is further

ORDERED that Claim 2443 shall be allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $10,950.00; and (ii) a general unsecured claim in the amount of $9,050.00, which amounts shall be paid to Mr. Fishman in accordance with the terms and provisions of the Plan; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2014

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:14841896.1

2