# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Jointly Administered |
| a Delaware corporation, *et al.*, | : | |
| | : | **Hrg. Date:  Feb. 11, 2014 @ 11:00 a.m.** |
| Debtors. | : | **Obj. Due:  Feb. 4, 2014 @ 4:00 p.m.** |
| | : | |
| ------------------------------------------------------------------- x | | Re:  Docket No. 10917 |

**OBJECTION OF HOMEWARD RESIDENTIAL HOLDINGS, INC. TO PLAN TRUSTEE'S MOTION FOR AN ORDER (I) ENFORCING SERVICING SALE ORDER AND ASSET PURCHASE AGREEMENT; (II) COMPELLING REIMBURSEMENT OF FORECLOSURE PROFESSIONAL COSTS; AND (III) GRANTING RELATED RELIEF**

Homeward Residential Holdings, Inc. ("Homeward"), by and through its undersigned counsel, objects to the Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (iii) Granting Related Relief (the "Motion"; D.I. 10917) and states as follows:

1.      Homeward believes that the Plan Trustee (as defined in the Motion) is not entitled to the relief sought in the Motion for several reasons, including without limitation, that the claims are not valid under the APA (as defined in the Motion) or the Servicing Sale Order (as defined in the Motion) and that the claims are untimely.

2.      In addition, as the relief sought in the Motion should have been pursued by the filing of a complaint and the commencement of an adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7001, Homeward requests that this Court either (a) provide Homeward (pursuant to Federal Rule of Bankruptcy Procedure 9014) the procedural protections to which Homeward would be entitled in an adversary proceeding (including, without limitation, an appropriate time to conduct discovery) or (b) convert this contested matter into an adversary proceeding.

- 2 -

WHEREFORE, Homeward respectfully requests that this Court (i) enter an order providing Homeward (pursuant to Federal Rule of Bankruptcy Procedure 9014) the procedural protections to which Homeward would be entitled in an adversary proceeding (including, without limitation, an appropriate time to conduct discovery) or converting this contested matter into an adversary proceeding and (ii) after Homeward has availed itself of such procedural protections as it deems appropriate in defending this claim, enter an order denying the relief requested in the Motion, and (iii) grant such further relief to Homeward as is appropriate.

Dated:  January 23, 2014  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne  
Kurt F. Gwynne (No. 3951)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone:  302.778.7550  
Facsimile:  302.778.7575  
Email: kgwynne@reedsmith.com

Counsel for Homeward Residential Holdings, Inc.