**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, : | Jointly Administered |
| : | |
| Debtors. : | |

------------------------------------------------------------------------ x

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that on January 23, 2014, I caused a true and correct copy of the **OBJECTION OF HOMEWARD RESIDENTIAL HOLDINGS, INC. TO PLAN TRUSTEE'S MOTION FOR AN ORDER (I) ENFORCING SERVICING SALE ORDER AND ASSET PURCHASE AGREEMENT; (II) COMPELLING REIMBURSEMENT OF FORECLOSURE PROFESSIONAL COSTS; AND (III) GRANTING RELATED RELIEF** to be served upon the parties listed below in the manners indicated:

**VIA HAND DELIVERY & E-MAIL**
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Michael S. Neiburg, Esq.
YOUNG, CONAWAY, STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
sbeach@ycst.com
mgreecher@ycst.com
mneiburg@ycst.com

**VIA FIRST CLASS MAIL & E-MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY  10022
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com

By:  /s/ Kurt F. Gwynne
      Kurt F. Gwynne (No. 3951)