**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                   :   Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.,*                        :   Jointly Administered
                                                         :
                         Debtors.                        :
------------------------------------------------------------------------- x

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
HOMEWARD RESIDENTIAL HOLDINGS, INC. PURSUANT TO
FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for Homeward Residential Holdings, Inc. ("Homeward") and requests that Homeward be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the below counsel at the following mailing or e-mail addresses, or facsimile numbers:

Kurt F. Gwynne, Esquire
Lucy Qiu, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
kgwynne@reedsmith.com
lqiu@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments

to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Homeward's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Homeward is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 23, 2014　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　By:　　/s/ Kurt F. Gwynne
　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　1201 Market Street, Ste. 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: 302.778.7550
　　　　　　　　　　　　　　　　　　Facsimile: 302.778.7575
　　　　　　　　　　　　　　　　　　Email: kgwynne@reedsmith.com

　　　　　　　　　　　　　　　　　　Counsel for Homeward Residential Holdings, Inc.