# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.,* | : | Jointly Administered |
| | : | |
| Debtors. | : | |

------------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 23rd day of January 2014, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF HOMEWARD RESIDENTIAL HOLDINGS, INC. PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the following addressees in the manners indicated:

**VIA HAND DELIVERY**
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Michael S. Neiburg, Esq.
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

**VIA FIRST CLASS MAIL**
Steven D. Sass
Steven D. Sass, LLC
307 International Circle, Suite 270
Hunt Valley, MD 21030

By:   /s/ Kurt F. Gwynne
       Kurt F. Gwynne (No. 3951)