IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :    Jointly Administered
        Debtors.                                                   :
                                                                   :    Ref. No. 10935
------------------------------------------------------------------ x
```

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trustee's Objection to Cure Claims asserted by Security Connections, Inc. in Connection with the Assumption and Assignment of Certain Executory Contracts (the "Objection") has been received.  The Court's docket which was last updated January 24, 2014, reflects that no responses to the Objection have been filed.  Responses to the Objection were to be filed and served no later than January 7, 2014 at 4:00 p.m.

01:14864800.1

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated:  Wilmington, Delaware
      January 24, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:14864800.1