IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,*                             :
                                                             :    Jointly Administered
        Debtors.                                             :
                                                             :    Ref. Docket Nos. 10935
                                                             :
------------------------------------------------------------ x

## ORDER SUSTAINING PLAN TRUSTEE'S OBJECTION TO CURE CLAIMS ASSERTED BY SECURITY CONNECTIONS, INC. IN CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

Upon consideration of the objection (the "Objection")[1] of Steven D. Sass, as the Plan Trustee of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 Cases of the above-captioned debtors, to the Cure Claims asserted by Security Connections; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the District Court dated February 29, 2012, that this is a core matter within the meaning of 28 U.S.C. § 157(b), and that the Court can enter a final order consistent with Article III of the United States Constitution; and it appearing that due and adequate notice of the Objection was given under the circumstances; and after due deliberation, and cause appearing therefor, it is hereby

---

\*        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[1]       Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Objection.

01:14212645.1

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Cure Claims are disallowed, with prejudice; and it is further

ORDERED that the Plan Trustee is authorized and empowered to take any action necessary or appropriate to implement the terms of this Order; and it is further

ORDERED that the Court shall retain jurisdiction over matters concerning the interpretation or enforcement of this Order.

\_\_1/30/14\_\_, 2̶0̶13

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2

01:14212645.1