IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC, a Delaware Corporation, *et al.*,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## REQUEST FOR REMOVAL FROM SERVICE LIST

Deutsche Bank Trust Company Americas ("DBTCA") and its undersigned counsel, Seward & Kissel LLP, hereby request that they be removed from the CM/ECF noticing list and any other service list in this case.

Dated:   February 5, 2014

                                SEWARD & KISSEL LLP

                                /s/ John R. Ashmead
                                John R. Ashmead, Esq.
                                One Battery Park Plaza
                                New York, New York 10004
                                Tel: 212-574-1200
                                Fax: 212-480-8421
                                ashmead@sewkis.com

                                *Counsel for Deutsche Bank Trust Company Americas*