# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.[1],              :
                                                                :   Jointly Administered
     Debtors.                                                   :
                                                                :   **Ref. Docket Nos. 10917 and 10952**
                                                                :
--------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF PLAN TRUSTEE'S MOTION FOR AN ORDER (I) ENFORCING SERVICING SALE ORDER AND ASSET PURCHASE AGREEMENT; (II) COMPELLING REIMBURSEMENT OF FORECLOSURE PROFESSIONAL COSTS; AND (III) GRANTING RELATED RELIEF [D.I. 10917]

PLEASE TAKE NOTICE THAT, the Plan Trustee filed his Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10917] (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT, Homeward Residential Holdings, Inc. ("Homeward Residential") filed its Objection of Homeward Residential Holdings, to Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10952] contending, *inter alia*, that the form of the matter is

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:15013662.2

inappropriate and must fail as the relief being sought must be brought by adversary proceeding under Fed. R. Bankr. P. 7001;

PLEASE TAKE FURTHER NOTICE THAT, the Plan Trustee hereby voluntarily withdraws the Motion, without prejudice, due to its procedural form.

Dated:   Wilmington, Delaware
         February 7, 2014

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*