# EXHIBIT II

**Proposed Order**

01:15016385.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. Docket No. _____
---------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED FIFTEENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred fifteenth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:15016385.1

2

Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibits A</u> and <u>B</u> are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
   March ___, 2014

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Satisfied Claim**

01:15016385.1

# Exhibit A

## Satisfied Claim

------- Objectionable Claims -------

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| RICHARD, BRENDA J<br>6350 STONEY HILL CHURCH RD<br>BAILEY, NC  278079538 | 8072 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| **Totals:** | **1  Claim** | | | **- (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**Late Filed Claim**

01:15016385.1

## Exhibit B

### Late Filed Claim

―― **Objectionable Claim** ――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|---|---|
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION<br>ATTN: LEGAL BUREAU<br>109 PLEASANT STREET, P.O. BOX 457<br>CONCORD, NH  03302-0457 | 10941 | 8/9/13 | 07-11048 | - (S)<br>- (A)<br>$17,630.69 (P)<br>- (U)<br>$17,630.69 (T) | The deadlines for filing of proofs of claims against the Debtors was established as February 4, 2008 at 4:00 p.m. Eastern Time for the Government Bar Date. |
| **Totals:** | 1  Claim | | | - (S)<br>- (A)<br>**$17,630.69 (P)**<br>- (U)<br>**$17,630.69 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed