IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,<sup>1</sup>

    Debtors.
------------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

# AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 11, 2014 AT 11:00 A.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

## ADJOURNED/RESOLVED MATTERS

1. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

   Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

   Related Document:

   a) Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

   Responses Filed:   See Exhibit A, attached

   Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit A, this matter adjourned.

2. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

[2] **Amendment appear in bold.**

01:14907943.2

Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

Responses Filed:   See Exhibit B, attached

Related Document:

    a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit B, this matter adjourned.

3. Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10917, 11/14/13]

Objection Deadline:   December 5, 2013 at 4:00 p.m. (ET), extended to February 4, 2014 at 4:00 p.m.

Related Document:

    a)    Notice of Withdrawal, Without Prejudice, of Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10961, 2/7/14]

Objections Filed:

    b)    Objection of Homeward Residential Holdings, Inc. to Plan Trustee's Motion for an Order (I) Enforcing Servicing Sale Order and Asset Purchase Agreement; (II) Compelling Reimbursement of Foreclosure Professional Costs; and (III) Granting Related Relief [D.I. 10952, 1/23/14]

Status: This matter has been withdrawn, without prejudice, due to its procedural form.

| | |
|---|---|
| Dated: February 7, 2014<br>      Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Patrick A. Jackson (No. 4976)<br>Michael S. Neiburg (No. 5275)<br>1000 North King Street<br>Wilmington, Delaware  19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

01:14907943.2

## Exhibit A, One Hundred Tenth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## Exhibit B, One Hundred Eleventh Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:14907943.2