# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-11047 (CSS) Jointly Administered |
| | **Re: Docket Nos. 10893, 10912, & 10913** |
| Debtors. | |

## NOTICE OF FILING OF AMENDED EXHIBIT A (CLASS/COLLECTIVE LIST) TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, and class and collective representative Zoa Woodward (*f/k/a* Zoa Nielsen) (the "Class Representative," and together with the Plan Trustee, the "Parties"), on behalf of herself and similarly situated class and collective members, filed the *Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes only, Appointing Class/Collective Counsel and a Class/Collective Representative, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. § 216 (b) after the Fairness Hearing, and (VI) Granting Related Relief* [Docket No. 10893] seeking the entry of an order approving the settlement of certain employment-related claims pursuant to that certain *Settlement and Release Agreement* dated July 10, 2013 (the "Settlement Agreement").

**PLEASE TAKE FURTHER NOTICE** that, on November 8, 2013, the United States Bankruptcy Court for the District of Delaware entered orders preliminarily approving the Settlement Agreement [Docket No. 10913] and authorizing the Parties to submit Exhibit A (the class/collective list) to the Settlement Agreement under seal [Docket No. 10912].

**PLEASE TAKE FURTHER NOTICE** that annexed as Exhibit 1 hereto is an amended Exhibit A to the Settlement Agreement which amends the original list of class/collective members.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Dated: February 14, 2014

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | JON M. EGAN, PC |
| */s/ Margaret Whiteman Greecher* | */s/Jon M. Egan* |
| Sean M. Beach (No. 4070) | Jon M. Egan |
| Margaret Whiteman Greecher (No. 4652) | 240 Sixth Street |
| Patrick A. Jackson (No. 4976) | Lake Oswego, Oregon 97034 |
| Michael S. Neiburg (No. 5275) | Telephone: (503) 697-3427 |
| 1000 North King Street | Facsimile: (866) 311-5629 |
| Wilmington, Delaware 19899 | |
| Telephone: (302) 571-6600 | *Counsel for the Class/Collective Members* |
| Facsimile: (302) 571-1253 | |

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

# **EXHIBIT 1**

## **AMENDED EXHIBIT A TO SETTLEMENT AGREEMENT**

**FILED UNDER SEAL PURSUANT TO ORDER DATED NOVEMBER 8, 2013**
**[DOCKET NO. 10912]**

01:15036743.1