**Jon M. Egan**, OSB 00246
Oregonlawyer@hotmail.com
J**on M. Egan, PC**
240 Sixth Street
Lake Oswego, OR 97034-2931
Telephone: (503) 697-3427
Fax: (503) 697-3427
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ZOA NIELSEN**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>**AMERICAN HOME MORTGAGE CORP.,** a New York corporation doing business in Oregon as AMERICAN HOME MORTGAGE CORP., A CORPORATION OF NEW YORK and AMERICAN HOME MORTGAGE,<br><br>    Defendant. | 3:06-cv-1161-AA<br><br>DECLARATION OF JON M. EGAN REGARDING MAILING OF CLASS NOTICES PER COURT ORDER AND CONFIRMING LACK OF ANY OPT-OUTS OR OBJECTIONS TO THE CLASS SETTLEMENT |

I, the undersigned, hereby declare and say:

1. I am the attorney for Plaintiff and Class Representative Zoa Woodward (f/k/a Zoa Nielsen) in this matter. I make the following statements based upon my own personal knowledge and am competent to testify thereto.

2. Per page 3, paragraph F and page 6, paragraph 7 of the Court's Order dated November 8, 2013 [Document 10913], my office mailed copies of the Class Notice [Exhibit C to the Settlement Agreement] to each of the 77 class members at the

addresses identified in Exhibit A to the Settlement Agreement (filed under seal) on or before November 15, 2013.

3. Since that date, thirty-three (33) of the original Class Notices were returned to my office by the post office as undeliverable, due to those class members no longer residing at the last addresses on file with the debtor (their previous employer). For each of these returned Class Notices, my office performed a confidential nationwide database search for the class member's most current available address using the class member's social security number. We then re-mailed Class Notices to those 33 class members at the most current available address for each.

4. Three (3) of the re-mailed Class Notices were returned to my office by the post office as undeliverable. For each of these returned second-round Class Notices, my office performed further confidential nationwide database searches for the class member's alternate addresses using the class member's social security number. We then re-mailed Class Notices to those 3 class members at the alternate addresses for each. Only one of that third round of Class Notices has been returned to my office by the post office as undeliverable. We have been unable to locate any current address for that person other than the ones we have already sent notice to.

5. In addition to the 77 original class members originally identified in Exhibit A to the Settlement Agreement, one additional class member (Shelby Bishop) has been added. Ms. Bishop contacted my office after hearing about the class settlement from one of her former co-workers. I informed the Trustee's attorney of Ms. Bishop's inquiry, and a further search was performed of the debtor's

records. At that time, it was discovered that Ms. Shelby had been miscoded for a portion of her employment (she had served in both qualifying and non-qualifying positions during the class period). Upon receiving confirmation from the debtor that Ms. Bishop qualified as a member of the settlement class for at least part of the class period, she was sent a Class Notice and added to the class list.

6. As of 4:00 p.m. Eastern Standard Time today, my office has not received any objections or other responses to the final approval of the Settlement, nor any written notice of any class member's intent to opt out of the class settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2014.

> JON M. EGAN, P.C.
>
> */s/ Jon M. Egan*
> _____
> Jon M. Egan, OSB #00246
> Attorney for Plaintiff