

# AHM Liquidating Trust

P.O. Box 10550 • Melville, NY 11747

February 12, 2014

**VIA FIRST CLASS MAIL**

Clerk of The Court
United States Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Re:   **Case No. 07-11047-CSS**

Enclosed herewith, please find the response of the AHM Liquidating Trust to the inquiry letter filed with the Court in connection with the above-referenced case on November 12, 2013 (DI # 10915). This response was provided directly to the inquirer and is enclosed herewith for inclusion on the docket referencing the original docket entry.

Please advise if any additional information is required.

Very truly yours,

Steven D. Sass
Plan Trustee


Enclosure



# AHM Liquidating Trust

P.O. Box 10550 • Melville, NY 11747

November 14, 2013

**VIA FIRST CLASS MAIL**

Alan R. Weidt
2403 Lawndale Drive
Greensboro, NC 27408

Re:   **Property Located at 2805 Regency Park Lane, Greensboro, NC 27455**

Dear Mr. Weidt:

I write in response to your letter of November 7, 2013, to The Clerk of Court, US Bankruptcy Court, District of Delaware concerning the above-referenced property (the "Property"). As you may already be aware, on August 6, 2007, American Home Mortgage Acceptance, Inc., and certain of its direct and indirect affiliates, filed a voluntary petition for relief under Chapter 11, Title 11, United States Code, 11 U.S.C. §§ 101, et seq., as amended from time to time, in the United States Bankruptcy Court for the District of Delaware. The case is jointly administered under American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS).

Please be advised that according to the debtors' records neither American Home Mortgage Acceptance, Inc. nor any affiliate thereof owns, services or maintains any interest whatsoever with respect to the Property or with respect to any mortgage loan that may have been originated with respect thereto.

Very truly yours

Steven D. Sass
Plan Trustee