IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x  Chapter 11
In re:                                                              :
                                                                    :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,¹                                    :  Jointly Administered
                                                                    :
      Debtors.                                                      :
--------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 24, 2014 AT 10:00 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**UNCONTESTED MATTER GOING FORWARD**

1.  Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and a Class/Collective Representative, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) After the Fairness Hearing, and (VI) Granting Related Relief [D.I. 10893, 10/23/13]

    Objection Deadline:    February 12, 2014 at 4:00 p.m. (ET)

    Related Documents:

    a)    Certificate of No Objection [D.I. 10906, 11/8/13]

    b)    Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and Oregon Plantiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and a Class/Collective Representative, (IV) Approving the Form and Manner of Notice to Class/Collective Members

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:15033414.1

       of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 10913, 11/8/13]

   c)   Declaration of Jon M. Egan Regarding Mailing of Class Notices Per Court Order [D.I. 10922, 12/2/13]

   d)   Notice of Filing of Amended Exhibit A (Class/Collective List) to the Settlement Agreement Resolving Certain Employment-Related Claims [D.I. 10970, 2/14/14]

   e)   Declaration of Jon M. Egan Regarding Mailing of Class Notices Per Court Order and Confirming Lack of any Opt-Outs or Objections to the Class Settlement [D.I. 10971, 2/14/14]

   f)   Final Order Approving Settlement Agreement Between the Plan Trustee and Oregon Plaintiffs [D.I. 10975, 2/19/14]

Objections Filed:   None

Status: An order has been entered resolving this matter. No hearing is required.

Dated: February 20, 2014
      Wilmington, Delaware      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

      */s/ Sean M. Beach*
      Sean M. Beach (No. 4070)
      Margaret Whiteman Greecher (No. 4652)
      Patrick A. Jackson (No. 4976)
      Michael S. Neiburg (No. 5275)
      1000 North King Street
      Wilmington, Delaware  19899
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      -and-

      HAHN & HESSEN LLP
      Mark S. Indelicato
      Edward L. Schnitzer
      488 Madison Avenue
      New York, New York 10022
      Telephone: (212) 478-7200
      Facsimile: (212) 478-7400

      *Co-Counsel to the Plan Trustee*