IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x  Chapter 11

In re:                                                                    :
                                                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :
a Delaware corporation, et al.,[1]                                        :  Jointly Administered
                                                                          :
    Debtors.                                                            :
------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 10, 2014 AT 10:00 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN**
**CANCELLED WITH THE PERMISSION OF THE COURT.**

**ADJOURNED/RESOLVED MATTERS**

1.  Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

        a)  Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:   See Exhibit A, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit A, this matter adjourned.

2.  Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:15081731.1

2

Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

Responses Filed:   See Exhibit B, attached

Related Document:

- a) Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

- b) Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit B, this matter adjourned.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

3. Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 10960, 2/6/14]

   Objection Deadline:   March 3, 2014 at 4:00 p.m. (ET)

   Objections Filed:   None

   Related Documents:

   - a)   Certificate of No Objection [D.I. 10981, 3/5/14]

   - b)   Proposed Order

   Status: A certificate of no objection has been filed. No hearing is required.

4. Plan Trust's One Hundred Fifteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10964, 2/7/14]

   Response Deadline:   March 3, 3014 at 4:00 p.m. (ET)

   Responses Filed:   None

   Related Documents:

   - a)   Certificate of No Objection [D.I. 10982, 3/5/14]

   - b)   Proposed Order

2

Status: A certificate of no objection has been filed. No hearing is required.

Dated: March 6, 2014
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

4

## **Exhibit A, One Hundred Tenth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## **Exhibit B, One Hundred Eleventh Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

4

01:15081731.1