# EXHIBIT A

**Satisfied Claim**

# Exhibit A

## Satisfied Claim

### Objectionable Claims

| Name of Claimant | Claim Number | Date Filed | Case Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| RICHARD, BRENDA J<br>6350 STONEY HILL CHURCH RD<br>BAILEY, NC 278079538 | 8072 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | As per the Debtors' books and records the amount due was paid to the claimant on 11/13/2007. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$400.00 (P)<br>- (U)<br>$400.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed