# EXHIBIT B

**Late Filed Claim**

01:15016385.1

# Exhibit B

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|---|---|
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION<br>ATTN: LEGAL BUREAU<br>109 PLEASANT STREET, P.O. BOX 457<br>CONCORD, NH 03302-0457 | 10941 | 8/9/13 | 07-11048 | - (S)<br>- (A)<br>$17,630.69 (P)<br>- (U)<br>$17,630.69 (T) | The deadlines for filing of proofs of claims against the Debtors was established as February 4, 2008 at 4:00 p.m. Eastern Time for the Government Bar Date. |

Totals: 1 Claim

- (S)
- (A)
$17,630.69 (P)
- (U)
$17,630.69 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed