IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x   Chapter 11
In re:                                                         :
                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :
a Delaware corporation, et al.,¹                               :   Jointly Administered
                                                               :
        Debtors.                                               :
-------------------------------------------------------------- x
```

**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 7, 2014 AT 11:00 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**ADJOURNED/RESOLVED MATTERS**

1. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

    a) Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit A, this matter adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

01:15190930.1

2. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

   Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

   Responses Filed:   See Exhibit B, attached

   Related Document:

   a) Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

   b) Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

   Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit B, this matter adjourned.

Dated: April 3, 2014
       Wilmington, Delaware                YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                           */s/ Margaret Whiteman Greecher*
                                           Sean M. Beach (No. 4070)
                                           Margaret Whiteman Greecher (No. 4652)
                                           Patrick A. Jackson (No. 4976)
                                           Michael S. Neiburg (No. 5275)
                                           1000 North King Street
                                           Wilmington, Delaware 19899
                                           Telephone: (302) 571-6600
                                           Facsimile: (302) 571-1253

                                           -and-

                                           HAHN & HESSEN LLP
                                           Mark S. Indelicato
                                           Edward L. Schnitzer
                                           488 Madison Avenue
                                           New York, New York 10022
                                           Telephone: (212) 478-7200
                                           Facsimile: (212) 478-7400

                                           *Co-Counsel to the Plan Trustee*

## Exhibit A, One Hundred Tenth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## Exhibit B, One Hundred Eleventh Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |