IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       : Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             : Jointly Administered
                                    Debtors.                                 :
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

   The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: April 28, 2014     YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
   Wilmington, Delaware

             */s/ Sean M. Beach*
             Sean M. Beach (No. 4070)
             Margaret Whiteman Greecher (No. 4652)
             Michael S. Neiburg (No. 5275)
             Rodney Square
             1000 North King Street
             Wilmington, Delaware  19801
             Telephone: (302) 571-6600
             Facsimile: (302) 571-1253

             -and-

             HAHN & HESSEN LLP
             Mark S. Indelicato
             Edward L. Schnitzer
             488 Madison Avenue
             New York, New York 10022
             Telephone: (212) 478-7200
             Facsimile: (212) 478-7400

             *Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
                        Debtors.                                   :
------------------------------------------------------------------ x
```

## **ORDER SCHEDULING OMNIBUS HEARING DATES**

        Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

June 5, 2014 at 10:00 a.m. (ET)

July 1, 2014 at 11:00 a.m. (ET)

Dated: April ____, 2014
       Wilmington, Delaware

                                                _____
                                                  CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE

01:15402453.1