IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                                    :
                                                                                          :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,       :
a Delaware corporation, et al., [1]                                      :   Jointly Administered
                                                                                          :
    Debtors.                                                       :
------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 6, 2014 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

    Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

    Related Document:

        a)   Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

    Responses Filed:   See Exhibit A, attached

    Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit A, this matter adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

2.  Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

    Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

    Responses Filed:   See Exhibit B, attached

    Related Document:

    a)   Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)   Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

    Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit B, this matter adjourned.

**ADVERSARY MATTER**

3.  Pretrial Conference:  Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009, as successor in interest to American Home Mortgage Corp., American Home Mortgage Investment Corp. and American Home Mortgage Service, Inc. v. Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. and f/k/a AH Mortgage Acquisition Co., Inc. [Adv. No. 15-50040]

    Related Documents:

    a)   Amended Complaint [D.I. 3, 3/5/14]

    b)   Summons and Notice of Pretrial Conference [D.I. 4, 3/5/14]

    c)   Motion to Dismiss Counts I and III of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 5, 4/4/14]

    d)   Opening Brief in Support of Defendant's Motion to Dismiss Counts I and III of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 6, 4/4/14]

  e)  Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 9, 4/25/14]

Status: This matter will be going forward.

Dated: May 2, 2014
   Wilmington, Delaware      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                */s/ Margaret Whiteman Greecher*
                Sean M. Beach (No. 4070)
                Margaret Whiteman Greecher (No. 4652)
                Patrick A. Jackson (No. 4976)
                Michael S. Neiburg (No. 5275)
                1000 North King Street
                Wilmington, Delaware 19899
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Edward L. Schnitzer
                488 Madison Avenue
                New York, New York 10022
                Telephone: (212) 478-7200
                Facsimile: (212) 478-7400

                *Co-Counsel to the Plan Trustee*

## **Exhibit A, One Hundred Tenth Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## **Exhibit B, One Hundred Eleventh Omnibus Objection**

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |