IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | x  Chapter 11 |
| | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : |
| a Delaware corporation, et al.,[1] | : Jointly Administered |
| | : |
| Debtors. | : |

---

## AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 6, 2014 AT 10:00 A.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

### ADJOURNED/RESOLVED MATTERS

1. Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

   Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

   Related Document:

   a) Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

   Responses Filed:    See Exhibit A, attached

   Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit A, this matter adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

[2] **Amendments appear in bold.**

01:15363366.2

2. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

   Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

   Responses Filed:   See Exhibit B, attached

   Related Document:

   a) Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

   b) Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

   Status: Orders has been entered which partially sustains the Objection. With respect to Exhibit B, this matter adjourned.

**ADVERSARY MATTER**

3. Pretrial Conference: Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009, as successor in interest to American Home Mortgage Corp., American Home Mortgage Investment Corp. and American Home Mortgage Service, Inc. v. Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. and f/k/a AH Mortgage Acquisition Co., Inc. [Adv. No. 15-50040]

   Related Documents:

   a) Amended Complaint [D.I. 3, 3/5/14]

   b) Summons and Notice of Pretrial Conference [D.I. 4, 3/5/14]

   c) Motion to Dismiss Counts I and III of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 5, 4/4/14]

   d) Opening Brief in Support of Defendant's Motion to Dismiss Counts I and III of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 6, 4/4/14]

  e) Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.I. 9, 4/25/14]

  f) **Certification of Counsel [D.I. 12, 5/2/14]**

Status: **A certification of counsel with proposed scheduling order has been filed.  No hearing is required**.

Dated: May 2, 2014
   Wilmington, Delaware   YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

              */s/ Sean M. Beach*
              Sean M. Beach (No. 4070)
              Margaret Whiteman Greecher (No. 4652)
              Patrick A. Jackson (No. 4976)
              Michael S. Neiburg (No. 5275)
              1000 North King Street
              Wilmington, Delaware  19899
              Telephone: (302) 571-6600
              Facsimile: (302) 571-1253

              -and-

              HAHN & HESSEN LLP
              Mark S. Indelicato
              Edward L. Schnitzer
              488 Madison Avenue
              New York, New York 10022
              Telephone: (212) 478-7200
              Facsimile: (212) 478-7400

              *Co-Counsel to the Plan Trustee*

## Exhibit A, One Hundred Tenth Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Adjourned |

## Exhibit B, One Hundred Eleventh Omnibus Objection

|  | **Claimant** | **Docket No., Date Filed** | **Status** |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Adjourned |

01:15363366.2