IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
         Debtors.                                       :
                                                                 :  **Ref. Dkt. Nos. 2233 & 2234**
---------------------------------------------------------------- x

### ORDER APPROVING STIPULATION RESOLVING SELLERS' CURE CLAIMS ASSERTED BY RESIDENTIAL FUNDING COMPANY LLC AND GMAC MORTGAGE, LLC (f/k/a GMAC MORTGAGE CORPORATION)

Upon consideration of the *Stipulation Resolving Sellers' Cure Claims and Administrative Expense Claim Asserted by Residential Funding Company LLC and GMAC Mortgage LLC (f/k/a GMAC Mortgage Corporation)* (the "Stipulation");[1] and the AHM Plan Trustee and ResCap Liquidating Trust having agreed that the Seller Cure Claims should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

ORDERED that the Escrow Agent hereby is authorized and directed to pay $54,796.87 from the Cure Escrow to the ResCap Liquidating Trust within five (5) business days following entry of this Order, pursuant to wire instructions to be provided by the ResCap Liquidating Trust; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

01:15150824.5

ORDERED that this Order shall be effective immediately notwithstanding the 14-day stay imposed by Fed. R. Bankr. P. 6004(h), to the extent applicable; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
        May 6      , 2014

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:15150824.5

2