IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et                 :   Jointly Administered
al.,                                                       :
                                                           :   **Hearing Date:  June 9, 2014 at 1:00 p.m. (ET)**
                Debtors.[1]                                x
----------------------------------------------------------

### NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for June 5, 2014 at 10:00 a.m. (ET) has been re-scheduled to June 9, 2014 at 1:00 p.m. (ET).  Any matters previously scheduled for June 5, 2014 will now be heard on June 9, 2014 at 1:00 p.m. (ET)

Dated:  Wilmington, Delaware
        May 13, 2014

                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                            */s/ Sean M. Beach*
                                            Sean M. Beach (No. 4070)
                                            Margaret Whiteman Greecher (No. 4652)
                                            Michael S. Neiburg (No. 5275)
                                            Rodney Square
                                            1000 N. King Street
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 571-6600
                                            Facsimile: (302) 571-1253

                                                    -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

2

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*