**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | Case No. 07-11047-CSS |
| **HOLDINGS, INC.** | § | |
| | § | |
| **Debtor(s)** | § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorney with the Law Offices of Robert E. Luna, P.C., hereby withdraws her appearance and requests that she be removed from any and all service lists in this matter including the Court's CM/ECF notification list on behalf of CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, LEWISVILLE INDEPENDENT SCHOOL DISTRICT AND GARLAND INDEPENDENT SCHOOL DISTRICT.

DATED this 20th day of May, 2014.

                          LAW OFFICES OF ROBERT E. LUNA, P.C.
                          4411 N. Central Expressway
                          Dallas, Texas 75205
                          (214) 521-8000
                          (214) 521-1738 FACSIMILE

                          By:  /s/ Andrea Sheehan
                                 Andrea Sheehan
                                 Texas State Bar No. 24002935
                                 sheehan@txschoollaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 20th day of May, 2014.

/s/ Andrea Sheehan
ANDREA SHEEHAN