IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | CHAPTER 11 |
| HOLDINGS, INC., et al., | ) | |
| | ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

Interested Party Stone Ridge at Fairfield Condominium Association, Inc. and its undersigned counsel, Scott T. Earle, Esquire, hereby request that they be removed from the CM/ECF noticing list and any other service list in this case.

                                          COHEN, SEGLIAS, PALLAS, GREENHALL
                                          & FURMAN, P.C.

                                          /s/ SCOTT T. EARLE
                                          James F. Harker, Esquire (Bar I.D. No. 255)
                                          Scott T. Earle, Esquire (Bar I.D. No. 4541)
                                          Nemours Building, Suite 1130
                                          1007 North Orange Street
                                          Wilmington, DE  19801
                                          (302) 425-5089
                                          *Attorneys for Stone Ridge at Fairfield Condominium Association, Inc*

DATED:       May 21, 2014