## **CERTIFICATE OF SERVICE**

I, Scott T. Earle, Esquire, do hereby certify that on this 21st day of May, 2014, a true and correct copy of the *Request for Removal from Service List* was served via CM/ECF upon all counsel of record.

/S/ SCOTT T. EARLE
Scott T. Earle, Esquire (Bar I.D. No. 4541)

#1467009-v1 25279-0018