IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :
a Delaware corporation, et al., [1]                                      :   Jointly Administered
                                                                         :
       Debtors.                                                          :
------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 9, 2014 AT 1:00 P.M. (ET)

### MATTERS WITH CERTIFICATION OF COUNSEL

1.     Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims
       Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,
       and Local Rule 3007-1 [D.I. 10793, 3/22/13]

       Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

       Related Documents:

              a)     Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-
                     Substantive) Objection to Claims [D.I. 10807, 4/22/13]

              b)     Certification of Counsel [D.I. 11002, 6/5/14]

       Responses Filed:     See Exhibit A, attached

       Status: An Order has been entered which partially sustains the Objection.  A certification
               of counsel has been filed resolving the remainder of the Objection.

2.     Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant
       to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 10794, 3/22/13]

       Response Deadline:   April 16, 2013 at 4:00 p.m. (ET)

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American
Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American
Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home
Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York
corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM
Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Responses Filed:        See Exhibit B, attached

Related Documents:

    a)    Order Sustaining in Part Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

    b)    Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

    c)    Certification of Counsel [D.I. 11002, 6/15/14]

Status: Orders has been entered which partially sustains the Objection.  A certification of counsel has been filed resolving the remainder of the Objection.

Dated: June 5, 2014
    Wilmington, Delaware        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

        */s/ Sean M. Beach*_____
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        Patrick A. Jackson (No. 4976)
        Michael S. Neiburg (No. 5275)
        1000 North King Street
        Wilmington, Delaware  19899
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Co-Counsel to the Plan Trustee*

## Exhibit A, One Hundred Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Acceptance Corp. I, et al. | | Resolved |

## Exhibit B, One Hundred Eleventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 | | Resolved |