## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                               :
                                                               :    Jointly Administered
          Debtors.                                             :
                                                               :    Ref. Docket Nos. 10793 &
-------------------------------------------------------------- x    10794
```

**ORDER APPROVING STIPULATION IN SETTLEMENT OF (I) CLAIM #10699 FILED BY J.P. MORGAN ACCEPTANCE CORPORATION I AND RELATED ENTITIES AND (II) CLAIM #10276 FILED BY J.P. MORGAN PARTIES ON BEHALF OF PLUMBERS' & PIPEFITTERS' LOCAL #562 SUPPLEMENTAL PLAN & TRUST & PIPEFITTERS' LOCAL #562 PENSION FUND AND (III) ALL OTHER CLAIMS RELATED TO THE AHM TRANSACTIONS**

Upon consideration of the one hundred tenth omnibus (non-substantive) objection to claims and the one hundred eleventh omnibus (substantive) objection to claims (the "Objections") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

ORDERED that the stipulation attached hereto as Exhibit A is APPROVED; and it is further

ORDERED that, in accordance with the Stipulation, (i) Claim #10699 shall be allowed as a general unsecured claim against AHM Corp. in the amount of $27 million, which shall be satisfied in accordance with the terms of the Plan, (ii) Claim #10276 shall be disallowed in its entirety, and (iii) the Objections shall be deemed withdrawn as moot; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____June 6___, 2014

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01: 13536498.1