IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

     Debtors.

-------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 9, 2014 AT 1:00 P.M. (ET)

| |
|---|
| **SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.** |

## MATTERS WITH CERTIFICATION OF COUNSEL

1.     Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10793, 3/22/13]

     Response Deadline:    April 16, 2013 at 4:00 p.m. (ET)

     Related Documents:

         a)     Order Sustaining in Part Plan Trust's One Hundred Tenth Omnibus (Non-Substantive) Objection to Claims [D.I. 10807, 4/22/13]

         b)     Certification of Counsel [D.I. 11002, 6/5/14]

         c)     **Order Approving Stipulation in Settlement of (I) Claim #10699 filed by J.P. Morgan Acceptance Corporation I and Related Entities and (II) Claim #10276 filed by J.P. Morgan Parties on Behalf of Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust & Pipefitters' Local #562 Pension Fund and (III0 All Other Claims Related to the AHM Transactions [D.I. 11004, 6/6/14]**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]  **Amendments appear in bold.**

Responses Filed: See Exhibit A, attached

Status: **Orders have been entered resolving this matter.  No hearing is required.**

2. Plan Trust's One Hundred Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10794, 3/22/13]

Response Deadline: April 16, 2013 at 4:00 p.m. (ET)

Responses Filed: See Exhibit B, attached

Related Documents:

 a) Order Sustaining in Part Plan Trust's One Hundred Eleventh (Substantive) Objection to Claims [D.I. 10808, 4/22/13]

 b) Consensual Order Resolving Plan Trust's (I) Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims, and (II) One Hundred Eleventh Omnibus (Substantive) Objection to Claims, With Respect to Claim No. 10874 filed by Placer County Tax Collector [D.I. 10855, 7/12/13]

 c) Certification of Counsel [D.I. 11002, 6/15/14]

 d) **Order Approving Stipulation in Settlement of (I) Claim #10699 filed by J.P. Morgan Acceptance Corporation I and Related Entities and (II) Claim #10276 filed by J.P. Morgan Parties on Behalf of Plumbers' & Pipefutters' Local #562 Supplemental Plan & Trust & Pipefitters' Local #562 Pension Fund and (III0 All Other Claims Related to the AHM Transactions [D.I. 11004, 6/6/14]**

Status: **Orders have been entered resolving this matter.  No hearing is required.**

2

Dated: June 6, 2014
      Wilmington, Delaware          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

          */s/ Sean M. Beach*
          Sean M. Beach (No. 4070)
          Margaret Whiteman Greecher (No. 4652)
          Patrick A. Jackson (No. 4976)
          Michael S. Neiburg (No. 5275)
          1000 North King Street
          Wilmington, Delaware  19899
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          -and-

          HAHN & HESSEN LLP
          Mark S. Indelicato
          Edward L. Schnitzer
          488 Madison Avenue
          New York, New York 10022
          Telephone: (212) 478-7200
          Facsimile: (212) 478-7400

          *Co-Counsel to the Plan Trustee*

01:15530096.2

**Exhibit A, One Hundred Tenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp. I, et al. |  | Resolved |

**Exhibit B, One Hundred Eleventh Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Acceptance Corp., I, et al., on behalf of Plumbers' & Pipefitters' Local #582 |  | Resolved |