IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: July 3, 2014 at 1:00 p.m. (ET)** |
| Debtors.¹ | x | |
| ------------------------------------------------------- | | |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for July 1, 2014 at 11:00 a.m. (ET) has been re-scheduled to July 3, 2014 at 1:00 p.m. (ET). Any matters previously scheduled for July 1, 2014 will now be heard on July 3, 2014 at 1:00 p.m. (ET)

Dated: Wilmington, Delaware
June 12, 2014

                                             YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                             */s/ Margaret Whiteman Greecher*
                                             Sean M. Beach (No. 4070)
                                             Margaret Whiteman Greecher (No. 4652)
                                             Michael S. Neiburg (No. 5275)
                                             Rodney Square
                                             1000 N. King Street
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 571-6600
                                             Facsimile: (302) 571-1253

                                             -and-

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

2

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2