IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                : Jointly Administered
                                        Debtors.[1]             :
                                                                : Re: D.I. 11010
                                                                :
---------------------------------------------------------------- x
                                                                :
STEVEN D. SASS, as PLAN TRUSTEE of the                          :
AMERICAN HOME MORTGAGE PLAN TRUST                               : Adv. Proc. No. 11-51851 (CSS)
                                                                :
                                        Plaintiff,              :
                                                                :
            v.                                                  :
                                                                :
BARCLAYS BANK PLC and                                           :
BARCLAYS CAPITAL INC.                                           : Re: D.I. 76
                                                                :
                                        Defendants.             :
---------------------------------------------------------------- x

**ORDER APPROVING STIPULATION AND RELEASE BY AND BETWEEN THE
PLAN TRUSTEE, BARCLAYS BANK PLC, AND BARCLAYS CAPITAL INC.
SETTLING (I) THE ADVERSARY PROCEEDING, (II) THE BARCLAYS APPEAL, (III)
CLAIM NUMBER 8979 FILED BY BARCLAYS BANK PLC, (IV) CLAIM NUMBER
8980 FILED BY BARCLAYS CAPITAL INC., (V) CLAIM NUMBERS 8976-8978 & 8981
FILED BY BARCLAYS BANK PLC, AND (VI) RELATED ISSUES**

Upon consideration of the *Stipulation and Release By and Between the Plan Trustee,*

*Barclays Bank PLC, and Barclays Capital Inc. Settling (I) the Adversary Proceeding, (II) the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:15610578.1

*Barclays Appeal, (III) Claim Number 8979 Filed by Barclays Bank PLC, (IV) Claim Number 8980 Filed by Barclays Capital Inc., (V) Claim Numbers 8976-8978 & 8981 Filed by Barclays Bank PLC, and (VI) Related Issues* (the "Stipulation");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. In accordance with the Stipulation, on the Effective Date, (i) the Swap Claim (POC No. 8979), (ii) the Repurchase Claim (POC No. 8980), and (iii) the Whole Loan Repo Claims (POC Nos. 8976, 8977, 8978 & 8981) are deemed disallowed and expunged in their entirety.

3. In accordance with the Stipulation, Defendants shall make the Payment ($4,950,000) to the Plan Trustee within ten (10) business days of the later of (a) the Effective Date and (b) the date that Barclays receives wire transfer instructions from the Plan Trustee. The Payment shall be delivered via wire transfer to an account designated by the Plan Trustee. Defendants shall have the right in their sole discretion to allocate between them the obligation for making the Payment, but shall be jointly and severally liable for the Payment.

4. In accordance with the Stipulation, within three (3) business days of the Plan Trustee's receipt of the Payment, the Plan Trustee shall file a Stipulation of Dismissal signed by all Parties dismissing the Adversary Proceeding with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

01:15610578.1

2

5. In accordance with the Stipulation, within three (3) business days after the Effective Date, Defendants shall prepare and file with the Clerk of the United States District Court for the District of Delaware an agreement signed by the Parties providing for the dismissal with prejudice of the Barclays Appeal (including the Motion for Leave and Certification Motion) and with each Party to bear its own costs in connection with the Barclays Appeal.

6. The mutual releases set forth in the Stipulation are approved and shall be effective upon the Plan Trustee's receipt of the Payment.

7. This Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation, interpretation or enforcement of this Order and the Stipulation.

Dated: Wilmington, Delaware
       June 30, 2014

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE