**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                  :   Jointly Administered
a Delaware corporation, *et al.*,[1]                             :
                                                                 :   Response Deadline: July 22, 2014 by 4:00 p.m. (ET)
                                                                 :   Hearing Date: August 6, 2014 at 2:30 p.m. (ET)
                        Debtors.                                 :
---------------------------------------------------------------- x

**NOTICE OF HEARING ON PLAN TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION AND RELEASE AGREEMENT BETWEEN THE PLAN TRUSTEE AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA RESOLVING CLAIMS ARISING FROM, AND RELEASE OF CASH COLLATERAL SECURING, DEBTORS' OBLIGATIONS IN CONNECTION WITH SURETY BONDS**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

   **PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") for the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the chapter 11 cases of the above-captioned debtors has filed the attached *Plan Trustee's Motion for an Order Approving Stipulation and Release Agreement Between the Plan Trustee and Travelers Casualty and Surety Company of America Resolving Claims Arising from, and Release of Cash Collateral Securing, Debtors' Obligations in Connection with Surety Bonds* (the "Motion").

   **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 6 (the "Bankruptcy Court") **on August 6, 2014 at 2:30 p.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

   **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and (a) filed with the Bankruptcy Court and (b) also served upon the undersigned counsel for the Plan Trustee so that they are received no later than **4:00 p.m. prevailing Eastern Time on July 22, 2014**.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:15687812.1

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 8, 2014

>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>
>*/s/ Sean M. Beach*
>Sean M. Beach (No. 4070)
>Margaret Whiteman Greecher (No. 4652)
>Patrick A. Jackson (No. 4976)
>Michael S. Neiburg (No. 5275)
>1000 North King Street
>Wilmington, Delaware 19899
>Telephone: (302) 571-6600
>Facsimile: (302) 571-1253
>
>-and-
>
>HAHN & HESSEN LLP
>Mark S. Indelicato
>Edward L. Schnitzer
>Jeffrey Zawadzki
>488 Madison Avenue
>New York, New York 10022
>Telephone: (212) 478-7200
>Facsimile: (212) 478-7400
>
>*Counsel for the Plan Trustee*