IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ---------------------------------------------------------- x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et : | Jointly Administered |
| al., : | |
| : | **Hearing Date:  Sept. 5, 2014 at 11:00 a.m. (ET)** |
| Debtors.[1] x | |
| ---------------------------------------------------------- | |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for August 6, 2014 at 2:30 p.m. (ET) has been re-scheduled to September 5, 2014 at 11:00 a.m. (ET) at the request of the Court.  Any matters previously scheduled for August 6, 2014 will now be heard on September 5, 2014 at 1:00 p.m. (ET)

Dated:  Wilmington, Delaware
 July 29, 2014

                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          */s/ Margaret Whiteman Greecher*
                                          Sean M. Beach (No. 4070)
                                          Margaret Whiteman Greecher (No. 4652)
                                          Michael S. Neiburg (No. 5275)
                                          Rodney Square
                                          1000 N. King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                                       -and-

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Co-Counsel to the Plan Trustee*