**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | : | **Re: Docket No.** 11015 |

**ORDER APPROVING STIPULATION AND RELEASE AGREEMENT BETWEEN THE PLAN TRUSTEE AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA RESOLVING CLAIMS ARISING FROM, AND RELEASE OF CASH COLLATERAL SECURING, DEBTORS' OBLIGATIONS IN CONNECTION WITH SURETY BONDS**

Upon consideration of the motion (the "Motion")[2] of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") for the trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") seeking the entry of an order, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), approving and authorizing the stipulation and release agreement (the "Settlement Stipulation") by and between the Plan Trustee and Travelers Casualty and Surety Company of America ("Travelers"), and any responses to the relief sought in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue of the Debtors' chapter 11 cases and the Motion being

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

proper before the Court; and due and proper notice of the Motion having been given and no other or further notice being necessary; and the Motion having been considered at a hearing conducted before the Court on August 6, 2014 (the "Hearing"); and upon the record made at the Hearing and decision reached at the conclusion thereof; and the Court having determined that the relief sought in the Motion is in the best interests of the Plan Trust, its beneficiaries, the Debtors' creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the relief sought in the Motion is GRANTED; and it is further

ORDERED that the Settlement Stipulation, attached hereto as **Exhibit 1**, and the releases contained therein are approved pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED that the Plan Trustee and Travelers are authorized to take any and all actions that are necessary or appropriate to effectuate the terms of the Settlement Stipulation; and it is further

ORDERED that Epiq Systems, Inc., as the Court-appointed claims and noticing agent, is hereby authorized and directed to amend the official claims register maintained in the Debtors' chapter 11 cases to reflect the effect of this Order and the Settlement Agreement on the Travelers Claims;

ORDERED that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated: Wilmington, Delaware
7/30, 2014

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:15687812.1