**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
AMERICAN HOME MORTGAGE                     :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.¹,  :
                                          :    Jointly Administered
        Debtors.                          :
                                          :    Obj. Deadline: August 29, 2014 at 4:00 PM (ET)
                                          :    Hr'g Date:  September 5, 2014 at 11:00 A.M. (ET)
-------------------------------------------------------------- x
```

**NOTICE OF MOTION**

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
       COUNSEL FOR THE PLAN OVERSIGHT COMMITTEE; (III) ALL  PARTIES
       REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

       **PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan
Trustee") for the Plan Trustee's Motion for an Order Extending (I) the General Claims Objection
Deadline and (2) the Administrative Claims Objection Deadline (the "Motion").

       **PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be
filed on or before **August 29, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline") with the
United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street,
Wilmington, Delaware 19801.

       At the same time, you must also serve a copy of the response upon the undersigned
counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

       **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL
BE HELD ON **SEPTEMBER 5, 2014 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE
CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824
N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating
Trust, P.O. Box 10550, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         August 15, 2014

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*