# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :    Jointly Administered
    Debtors.                                 :
                                                                :
---------------------------------------------------------------- x

## NOTICE OF UNDELIVERABLE DISTRIBUTIONS

**PLEASE TAKE NOTICE THAT** on or about October 15, 2013 (the "Distribution Date"), Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan")[2] in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors") began making distributions under the Plan to Holders of Allowed Priority Claims (collectively, the "Priority Distributions").

**PLEASE TAKE FURTHER NOTICE THAT** the Priority Distributions identified on the schedule attached hereto as **Exhibit A** (collectively, the "Undeliverable Distributions") have been returned to the Plan Trustee as undeliverable for lack of a current address or otherwise.

**PLEASE TAKE FURTHER NOTICE THAT** Holders of Undeliverable Distributions who wish to receive payment on account of such Undeliverable Distributions must respond to this notice no later than December 1, 2014 (the "Response Deadline"). Responses should be directed Lynn K. Smalley at 631-393-6230 ext. 5315 or general@americanhm.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All terms used but not defined herein shall have the meaning ascribed to such terms under the Plan.

01:15920800.1

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article 9.H of the Plan, if, after the Response Deadline, the payment or distribution still cannot be made, the Undeliverable Distribution and any further payment or distribution to the Holder shall be deemed expunged and the funds that would otherwise be distributed shall be distributed to the Holders of Allowed Claims in the appropriate Class or Classes, and the Claim on account of the Undeliverable Distribution shall be deemed satisfied and released, with no recourse to the Plan Trust, the Plan Trustee or the Plan Trust Assets, to the same extent as if payment or distribution had been made to the Holder of the Allowed Claim.

Dated:   September 3, 2014
         Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Margaret Whiteman Greecher*
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        Michael S. Neiburg (No. 5275)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York  10022
        Telephone:  (212) 478-7200
        Facsimile: (212) 478-7400

        *Counsel for the Plan Trustee*

01:15920800.1

## **EXHIBIT A**

01:15920800.1

**EXHIBIT A**
**Undeliverable Distributions**

| Claim Number | Name One | Address One | Address Two | City | State | Zip |
|---|---|---|---|---|---|---|
| 751001830 | ADELE, LAURA | 561 GOLFWOOD DR | | BALLWIN | MO | 630216316 |
| 3547 | AIKEN, ANN | 1207 MUSKET CT | | BELCAMP | MD | 210171326 |
| 751003200 | ALBRIGHT, CHRISTINE A | PMB 128 | 6039 CYPRESS GARDENS BLV | WINTER HAVEN | FL | 33884 |
| 751003280 | ALDRICH, JESSICA E | 8014 TRENTON CT | | FORESTVILLE | CA | 954369111 |
| 750001050 | ALVAREZ, DANITA | 2301 PATRICIA LANE | | GARLAND | TX | 75041 |
| 219 | ANDERSON, ELIZABETH D. | 44 SEACLIFF DR | | APTOS | CA | 95003 |
| 751006350 | ANDRADE CORTES, ERNESTO J | 7928 TUJUNGA AVE | | NORTH HOLLYWOOD | CA | 91605 |
| 4574 | ANDRES, KRISTY N | 2720 NE 8TH AVE | 4 | WILTON MANORS | FL | 33334 |
| 751006680 | ANGELILLO, JOSEPH A | 65 WEAVER DR | | MASSAPEQUA | NY | 11758 |
| 751007680 | ARELLANO, REBECCA | 7442 E LURLENE DRIVE | | TUCSON | AZ | 85730 |
| 751008380 | ARVANITAKIS, KATIE V | 2220 14TH ST | | NAPLES | FL | 341034834 |
| 751008440 | ASEMOTA, ROCHELLE L | 1212 W 139TH ST | | BURNSVILLE | MN | 553374392 |
| 751008500 | ASKIN, JAMIE | 17 N JEFFERSON ST | | BATAVIA | IL | 605101815 |
| 751011420 | AVILA, ANN MARIE | 11211 MOUNT DR | | GARDEN GROVE | CA | 928401218 |
| 751011660 | BACK, ANDREA M | 36 FOREST EDWARDS RD | | OTISFIELD | ME | 042706413 |
| 7368 | BALTES, ANGELA | 8015 ROCKY GLEN PL | | FORT WAYNE | IN | 46815 |
| 1535 | BARNEY, IVAN L. | 3333 E BAYAUD AVE APT 202 | | DENVER | CO | 802092902 |
| 751014900 | BEACH, YVONNE M | 3682A KISLING LP | | TYNDALL AFB | FL | 32403 |
| 751015030 | BEASLEY, KIMBERLY | 3396 TRICKUM RD | | WOODSTOCK | GA | 30188 |
| 751016300 | BETTS, WILLIAM J (JOEL) | 425 E 78TH STREET | CONDO 2E | NEW YORK | NY | 10021 |
| 2404 | BORDNER, ANN M | 8809 WAVE CIRCLE | APT A | FORT WAYNE | IN | 46825 |
| 1888 | BOYD, MICHAEL W. SR. | PO BOX 2092 | | ROANOKE | TX | 76262 |
| 751018750 | BRANDT, DUSTIN L | 2362 N GREEN VALLEY PKWY | APT 361L | HENDERSON | NV | 89014 |
| 751019900 | BROSKY, GRETA M | 2474 BROOKVIEW DRIVE | | ST PAUL | MN | 55128 |
| 1452 | BROWN, CHANTEL | 307 S REYNOLDS ST APT P219 | | ALEXANDRIA | VA | 229044594 |
| 1875 | BUCKLEY, JOSHUA D. | 117 30TH AVE N # 502 | | NASHVILLE | TN | 37203 |
| 751020950 | BURKHART, ELIZABETH R | 7919 GREENWOOD AVE N | | SEATTLE | WA | 98103 |
| 751020960 | BURNETT TAITE, BETTY ANN N (NIC | 300 PARK HAVEN BLVD | | EULESS | TX | 76039 |
| 2068 | BURNETT, RICHARD (RICK) | 302 STABLESTONE DR | | CHESTERFIELD | MO | 63017 |
| 751022280 | CAMALIGAN, ERWIN | 3234 DOS PALOS DR | | LOS ANGELES | CA | 90068 |
| 717 | CARIILO, CHRISTY L. | 8003 MONROE AVE | | MUNSTER | IN | 463211207 |
| 751023670 | CARRILLO, CHRISTY L | 8003 MONROE AVE | | MUNSTER | IN | 463211207 |
| 4838 | CAVERO, PHIL J | 365 ROUTE 111 APT C15 | | SMITHTOWN | NY | 117874763 |
| 7060 | CHEGE, FREDERICK | 12 MELROSE TERRACE | NUM 13 | WAKEFIELD | MA | 01880 |
| 2660 | CHISHOLM, GLADYS H | 8300 PACES OAKS BLVD | APT 137 | CHARLOTTE | NC | 282138149 |
| 751163620 | CIRELL, ROBERT J | 121 VINE ST | UNIT 1101 | SEATTLE | WA | 98121 |
| 449 | CISNEROS, MARILYN D. | 273 KINGS CANYON | | BEAUMONT | CA | 92223 |
| 448 | CISNEROS, MARIO A. | 273 KINGS CANYON | | BEAUMONT | CA | 92223 |
| 751028850 | CLAPP, TERRY W | 4820 WHEELER DR | | THE COLONY | TX | 750561019 |
| 9384 | COE, ALLISON M | 1645 MADRID ST APT 4 | | SALINAS | CA | 939068439 |
| 1342 | CORREA, PATRICIA E. | 970 HOPE STREET APT 4-C | | STAMFORD | CT | 06907 |
| 751032980 | CORTES MENDEZ, BENJAMIN | 174 DARTMOUTH DR | | HICKSVILLE | NY | 11801 |
| 751033140 | COTTER, TRACIE | 679 W WRIGHTWOOD | 2S | CHICAGO | IL | 60614 |
| 6975 | COTTRELL, LINDA K | 4400 E SCOTTSDALE RD #9565 | | SCOTTSDALE | AZ | 85251 |
| 8547 | COVEN, ADAM L | 6864 YELLOWSTONE BLVD APT A67 | | FOREST HILLS | NY | 113753334 |
| 751033990 | CRAWFORD, JAMIE R | 66B CORNICHE DRIVE | | MONARCH BEACH | CA | 92629 |
| 751034000 | CRAWFORD, KORTNEY | 11971 CHARTER OAK PKWY | | SAINT LOUIS | MO | 631465205 |
| 751034010 | CRAWFORD, KORTNEY NICOLE | 11971 CHARTER OAK PKWY | | SAINT LOUIS | MO | 631465205 |
| 4970 | CROSSFIELD, KATHY | 400 NAVAJO ST | | HUACHUCA CITY | AZ | 85616 |
| 751035330 | CURTIS, MELISSA | 414 S CHATHAM PL APT 5 | | ARLINGTON HTS | IL | 600046782 |
| 751037520 | DEANO, THEODORA J (THEO) | 2368 SUMAC DR | | YORKVILLE | IL | 60560 |
| 751037670 | DEBUQUE, MELISSA J | 97 BLAVEN DRIVE | | HENDERSON | NV | 89002 |
| 751038980 | DEUSER, CARISSA | 23 SCREMENTI LANE | | STEGER | IL | 60475 |
| 751039070 | DEVINNEY, JESSICA L | 1317 STONE PINE DR. | | ROCK HILL | SC | 29732 |
| 751039640 | DICKEY, CHELSEA R | 11918 SNOW GOOSE RD | | AUSTIN | TX | 787583312 |
| 1335 | DJURASEVIC, LINDA | PO BOX 1202 | | WARREN | MI | 480901202 |
| 751044340 | DOBRENZ, BETSY S | 4817 SHIELDS ST | | SAN DIEGO | CA | 921242930 |
| 751044430 | DODDS, HAILEY C | 513 STEWART AVE | NUMBER 9 | COVINA | CA | 91723 |
| 928 | DOERGES, CRYSTAL | 1515 E KATELLA AVE UNIT 4150 | | ANAHEIM | CA | 928057903 |
| 2072 | DUCHENE, RENEE S | 6980 E SAHUARO DR APT 1059 | | SCOTTSDALE | AZ | 852545294 |
| 751045940 | DUFFY, KATHLEEN A | 3309 EPWORTH AVE | | CINCINNATI | OH | 45211 |
| 751046610 | EASBEY, ROBERT | 27082 O'NEILL DR | NUMBER 231 | LADERA RANCH | CA | 92694 |
| 751046620 | EASBEY, ROBERT T (TODD) | 27082 O'NEILL DR | NUMBER 231 | LADERA RANCH | CA | 92694 |
| 7847 | EGLINTON, GARY S (SCOTT) | 2887 S GREENLEAF CIR | | BOYNTON BEACH | FL | 33426 |
| 751047900 | ELWELL, TAMARA L (TAMI) | 904 DEER RUN LN | | PAPILLION | NE | 680464347 |
| 751049870 | EVANS, MICHAEL J | 6530 ANNIE OAKLEY DR APT 2222 | | HENDERSON | NV | 890142175 |
| 2113 | EVERETT, DOROTHY | 107 CEDARCREST PLACE | | LOS GATOS | CA | 95032 |
| 2480 | FERGUS, CAROL | 2381 CHRISTMAS TREE DR | | CARSON CITY | NV | 89703 |
| 751051720 | FERRALES, ROSA L | 16433 N 35TH AVE | | PHOENIX | AZ | 85053 |
| 3243 | FONTAINE, PHILIP | PO BOX 53 | | SAN ANSELMO | CA | 949790053 |
| 7646 | FORTAIN, THERESA J (TRACY) | 5237 WHITEHOUSE DR. | | TOLEDO | OH | 43611 |
| 751054940 | FOWLER, MICHAEL | 20 ROOSEVELT CT | | WESTBURY | NY | 11590 |
| 751163660 | FRAZIER EDWARDS, NAEEMAH | 76 MEADOW WOODS ROAD | | GREAT NECK | NY | 11020 |
| 751163710 | FRUCHTMAN, RONIT | 14 JOYCE LN | | WOODBURY | NY | 11797 |
| 751163750 | GAGIS, JOHN | 26 SHERWOOD FARM RD | | FAR HILLS | NJ | 07931 |
| 751163760 | GAIDOWSKY, JORDAN D | 1308 PERSHING COURT | | VIRGINIA BEACH | VA | 23453 |
| 751056180 | GALLAGHER, LAURA | 1923 GRANVILLE DR | | LAWRENCEVILLE | GA | 30043 |
| 751056780 | GALLANT, LIZA M | 12757 BENSON AVE | | CHINO | CA | 91710 |
| 751056310 | GARCIA, TRACY | 5943 N WASHTENAW | | CHICAGO | IL | 60659 |
| 751057280 | GENTNER, MARY | 331 B BEVERLY BLVD | | UPPER DARBY | PA | 19082 |
| 751059070 | GOLDINGER, BERNARD | 153 W 78TH ST PH B | | NEW YORK | NY | 100246720 |
| 8106 | GRATZA, DONNA M | C/O CHRIS & SHARON FEDIOR | 409 AUBER | ST LOUIS | MO | 63011 |

EXHIBIT A
Undeliverable Distributions

| Claim Number | Name One | Address One | Address Two | City | State | Zip |
|---|---|---|---|---|---|---|
| 751060380 | GREENE, TRICIA A | 4670 STONECLIFFE DR | | EAGAN | MN | 55122 |
| 751060910 | GRONTAS, CAROLINE M | 5050 LITTLE SPRINGS LN | | BROAD RUN | VA | 201372312 |
| 751061230 | GUARDADO, ASHLEIGH L | 4950 E VAN BUREN ST APT 210 | | PHOENIX | AZ | 850087044 |
| 751061910 | HAGAN, LUCRETIA A | 5757 HASKELL AVE | | CARMICHAEL | CA | 956081306 |
| 751062300 | HAMILTON, MICHAEL S | 2208 ALEXANDER RD | | RALEIGH | NC | 276081645 |
| 751062570 | HANSON, ERIC | 319 LOCUST AVE | | ROCKY POINT | NY | 11778 |
| 751062650 | HARDIMAN, RHONDA | 4045 GEORGE BUSBEE PKWY | APT # 2202 | KENNESAW | GA | 30144 |
| 751063260 | HASKINS, BROOKE R | 1 RENAISSANCE PL UNIT 514 | | PALATINE | IL | 600673650 |
| 2952 | HATCH, AMBER R | 3030 W CROCUS DR | | PHOENIX | AZ | 850535718 |
| 751163840 | HAVRAN, NANCY A | 9014 DARTFORD CT | | FORT WAYNE | IN | 46825 |
| 751063880 | HEIDENREICH, STEVEN L | 7904 UPPER 26TH ST N | | OAKDALE | MN | 551284817 |
| 7434 | HENSLEY, JAMIE M | 3057 WEST SALTER DRIVE | | PHOENIX | AZ | 85027 |
| 751064470 | HERLEAN, APRIL D | 23 ALBERON GARDENS WAY | | HENDERSON | NV | 89002 |
| 751064620 | HERNANDEZ, RACHEL G | 4231 214TH STREET SW | APT A | MOUNTLAKE TERRAC | WA | 98043 |
| 96 | HERRELL, BRENDA | 828 MORADA PL | | ALTADENA | CA | 910012425 |
| 751064730 | HERRERA, JISSEL | 2379 LA SALLE AVE | | SAN BERNARDINO | CA | 92407 |
| 751065210 | HILSMIER, SARAH | 450 ROBINSON AVE SE APT 2 | | ATLANTA | GA | 303152091 |
| 751065660 | HOBSON, LAURA N | GENERAL DELIVERY | | CANNON AFB | NM | 881039999 |
| 751069150 | ILIE, ELENA (IRENE) | 5 CRUM CREEK RD | | NEW CITY | NY | 10956 |
| 751075570 | JUDD, KYMBERELY G | 2767 MARCUS RD | | WEST VALLEY CITY | UT | 84119 |
| 751075730 | JUNGBLUT, KAREN | 10 PINE ST | | WILLINGBORO | NJ | 08046 |
| 10014 | KAVANAGH, ERIN C | 378 LEHMAN OUTLET RD | | DALLAS | PA | 186122647 |
| 751163920 | KEATING, LORIN A | 220 NE CEDAR CT | | BLUE SPRINGS | MO | 64014 |
| 751078000 | KING, EILEEN | 2059 LINTWOOD DR | | CLARKSVILLE | TN | 37042 |
| 751078570 | KOEPPEN, KATHERYN | 403 OAK LAKE WAY CT APT F | | CHESAPEAKE | VA | 233209358 |
| 751078810 | KOSINA, CAMERON | 1821 S WASHINGTON ST | NUM 216 | NAPERVILLE | IL | 60565 |
| 751079090 | KROPP, WAYNE G | PO BOX 237 | | HUNTINGTON | NY | 117430237 |
| 751163980 | LANGE, NANCI | 6203 CASTLEGLEN CT | | CHARLOTTE | NC | 28269 |
| 2361 | LEBEUF, KATHLEEN A | 1309 RUNNING SPRINGS RD APT 4 | | WALNUT CREEK | CA | 945952974 |
| 751081240 | LEE, CARINE | 1011 LAKEST | SUITE 212 | RIVER FOREST | IL | 60305 |
| 751081530 | LEITER, TRACI | 54 AVE A ORIN | | DOUGLAS | WY | 82633 |
| 751081580 | LEMPERT, LANA | 900 CHICAGO AVE | #612 | EVANSTON | IL | 60202 |
| 751082160 | LEWIS, MARY JENNIFER (JENNIFER) | 6919 CORONADO AVE | | DALLAS | TX | 75214 |
| 749000480 | LIANG, YIMIN | 11 ANTOINE CT | | HUNTINGTON | NY | 11743 |
| 751083800 | LONG, ROBERT | 712 MARJORAM DR | | BRENTWOOD | CA | 945132363 |
| 751085900 | MANON, SANNY M | 11925 ROYAL PALM BLVD | | CORAL SPRINGS | FL | 33065 |
| 751086700 | MARION, JAMES | 605 NW RENFRO | APT C | BURLESON | TX | 76028 |
| 751087280 | MARSHALL, MEGAN N. | 4701 CHARLES PL | APT 2421 | PLANO | TX | 75093 |
| 751087470 | MARTIN, MARQUITA | 3912 WILLIAM DETTAES DR | # 231 | IRVING | TX | 75038 |
| 751087610 | MARTY, JENNIFER A | 11510 NE 112TH DR APT 10 | | VANCOUVER | WA | 986623264 |
| 345 | MAURER, JOHN | 503 SUDDEN VLY | | BELLINGHAM | WA | 982294809 |
| 751088340 | MAURER, KIMBERLY (KIM) | 486 GRIERS LN | | PITTSGROVE | NJ | 08318 |
| 751088470 | MAYFIELD, CHAD M | 2197 SOUTH EUCKER LANE | APT 521 | LEWISVILLE | TX | 75067 |
| 6610 | MCMENEMY, AMY M | 1959 W FOSTER AVE | APT 2 | CHICAGO | IL | 60640 |
| 751089710 | MEACHAM, LORI E | 8305 FULTON RANCH STREET | | LAS VEGAS | NV | 89131 |
| 1872 | MEYSEMBOURG, TAMI | 11646 WHITEHALL AVE NW | | UNIONTOWN | OH | 44685 |
| 751092230 | MILLER, ADAM W | 2893 SW UPPER DRIVE | | PORTLAND | OR | 97201 |
| 751164030 | MITCHELL, KELLY J | 7416 MAURY ROAD | | BALTIMORE | MD | 21244 |
| 2746 | MONAGHAN, JOHN | 100 N TAMPA ST STE 2430 | | TAMPA | FL | 336025809 |
| 751093530 | MONTEROS, ROZLYNN | 1852 SANTA ROSA | | EL CENTRO | CA | 92243 |
| 751094060 | MORGAN, BRITTANY | 679 S 1900 W | | VERNAL | UT | 840784113 |
| 751094090 | MORGAN, MARIA I | 2409 BLUEBERRY LN | | PASADENA | TX | 77502 |
| 751096020 | MUSALEM, PAOLA | 11901 W 109TH ST APT 121 | | OVERLAND PARK | KS | 662103976 |
| 751096290 | MYERS, MICHEL T | 9550 LANTERN BAY CIRCLE | | WEST PALM BCH | FL | 33411 |
| 933 | NEAL, LINDSAY | 3506 MAIN ST 2ND FL | | MUNHALL | PA | 15120 |
| 751100300 | OBIRI, MAUREEN M | 840 VAN NESS AVE APT 108 | | SAN FRANCISCO | CA | 941097801 |
| 751101780 | ORHUN, DENEM | 2353 31ST RD APT 2F | | ASTORIA | NY | 111064009 |
| 751102030 | OTTER, JUDITH | 222 BULL PATH | | EAST HAMPTON | NY | 11937 |
| 751102960 | PAGE, AMY F | 16602 423RD PL SE | | NORTH BEND | WA | 98045 |
| 751102970 | PAGE, CHRISTINA | PMB 353 | 2200 WILSON BLVD STE 102 | ARLINGTON | VA | 222013324 |
| 751103370 | PAQUIN, RAYMOND | 69 LEWIS ST | | PERTH AMBOY | NJ | 088614727 |
| 5662 | PARRISH, ANITA B | 3214 MURRAY HILL LOOP | | KISSIMMEE | FL | 34758 |
| 751104400 | PAULI, BREANNE L | 80 CEDAR ST | | CANTON | MA | 020214218 |
| 6801 | PELOSO, AZURE | 4715 E HALIFAX ST | | MESA | AZ | 852054115 |
| 751104970 | PENICK, KRYSTAL | 9802 WATERVIEW PARKWAY | | ROWLETT | TX | 75089 |
| 3379 | PHILLIPS, JAMES D | 135 NW 109TH AVE APT 203 | | PEMBROKE PINES | FL | 330265127 |
| 751106390 | PIRES, RACHEL M | 17333 BROOKHURST | D 1 | FOUNTAIN VALLEY | CA | 92708 |
| 751109850 | PLOEG, RANDY | 1221 WYNCREST DRIVE | | BALLWIN | MO | 63011 |
| 751110660 | POWERS, JACLYN C (JACKIE) | 2635 W MAPLEWOOD AVE | APT 19 | BELLINGHAM | WA | 98225 |
| 751110810 | PRATER, SARAH M | 4055 SEA FOREST WAY | | SACRAMENTO | CA | 95823 |
| 751114260 | RAMOS, FERNANDO | 69 JAVA ST | | BROOKLYN | NY | 11222 |
| 751115850 | REDLINGER, ANNA M | 2565 MEADOW VIEW DR | | URBANA | IA | 52345 |
| 751115880 | REED, ANNA M | 1389 TANAGER WAY | | BOISE | ID | 83709 |
| 751117240 | REYES, KAREL | 50 MENORES AVE | NUM 701 | CORAL GABLES | FL | 33134 |
| 3089 | RHINEHART, MARYLOU | 3014 SEAFARER COVE | | FORT WAYNE | IN | 46815 |
| 751117730 | RICHARDS, TIMOTHY R | 10750 BRUNSWICK RD | NUMBER 209 | BLOOMINGTON | MN | 55438 |
| 751118900 | RITCHIE, ANGELA | 408 BRIARCOMMONS DR | | LAKE ST LOUIS | MO | 633676414 |
| 751119310 | ROBBINS, KEVIN | PO BOX 801 | | ESTERO | FL | 339290801 |
| 2276 | ROSENBLUM, RUTH | 590 OCEAN AVE | | MASSAPEQUA | NY | 11758 |
| 751120650 | ROSS, ASHLEY | 19 FRONT OF THE MT RD | | GAYLORDSVILLE | CT | 06755 |
| 751121290 | RUMMAGE, JENNY REBECCA | 1023 HUNTERS TRCE | | MT PLEASANT | SC | 294643619 |
| 749000510 | RUSSELL, KIMBERLY | 1550 NORTH THOMPSON | | BAY SHORE | NY | 11706 |

**EXHIBIT A**
**Undeliverable Distributions**

| Claim Number | Name One | Address One | Address Two | City | State | Zip |
|---|---|---|---|---|---|---|
| 751121490 | RUSSUM, OLIN L | 1437 MORTON | APT F | ALAMEDA | CA | 94501 |
| 751121500 | RUSSUM, OLIN L | 1437 MORTON | APT F | ALAMEDA | CA | 94501 |
| 751122670 | SANTIAGO, INDIA | 130 OAK ST | | WOOD RIDGE | NJ | 070752439 |
| 751122710 | SANTOS, MARIA M (MONICA) | 1620 SOPHIA DRIVE | | OXNARD | CA | 93030 |
| 3107 | SCHEPER, ETHEL E | PO BOX 1108 | | NEW CASTLE | DE | 19720 |
| 751123640 | SCHOEDL, BRANDEN D | 2700 PETERSON PL | APT 52B | COSTA MESA | CA | 92626 |
| 751123830 | SCHWARTZ, SARI | 54 GENESEE DR | | COMMACK | NY | 11725 |
| 1419 | SEVERINO, CANDIDA | 7640 W SUNSET DR | | ELMWOOD PARK | IL | 607071327 |
| 858 | SHIELDS, SUZANNE | PO BOX 1442 | | MERIDIAN | ID | 836801442 |
| 750001070 | SHULTS, LYNLEY | 6061 VILLAGE BEND | #813 | DALLAS | TX | 75206 |
| 4995 | SIEMON, JEFFREY | 400 NAVAJO ST | | HUACHUCA CITY | AZ | 85616 |
| 751127670 | SKYTTA, WILLIAM J (TRAE) | 305 ZANG ST | APT G3044 | LAKEWOOD | CO | 80228 |
| 751127940 | SMITH, BRADFORD | 185 MAIN ST APT F | | CONCORD | MA | 01742 |
| 751164180 | SMITH, DARIN T | 255 CHAMOMILE DRIVE | | HENDERSON | NV | 89015 |
| 751127970 | SMITH, DIANE R | 2443 ANDROS LN | | FORT LAUDERDALE | FL | 33312 |
| 751128010 | SMITH, KELLEY M | 10775 SW MURDOCK LN APT G4 | | PORTLAND | OR | 972243633 |
| 751128040 | SMITH, LEAH | 2870 BRISTOL DR APT 109 | | LISLE | IL | 605324267 |
| 751129950 | SPRADLEY, CHRISTOPHER | PO BOX 801563 | | SANTA CLARITA | CA | 913801563 |
| 2788 | STARK, DAWN M | 2105 W EL PRADO RD | | CHANDLER | AZ | 852242130 |
| 751131050 | STEPAN, DEBORAH P | PO BOX 530448 | | GRAND PRAIRIE | TX | 750530448 |
| 751131640 | STEWART, TERESA M | 920 BIGHORN DR | | BARSTOW | CA | 92311 |
| 3092 | SUECH, DANIELLE | 2 BANKS PL UNIT 232 | | MELROSE | MA | 021766148 |
| 751132340 | SULLIVAN, BERNARD | 4856 S CONWAY RD | APT 64 | ORLANDO | FL | 32812 |
| 2769 | SWASEY, VIVIAN | PO BOX 1712 | | JENSEN BEACH | FL | 349581712 |
| 751137390 | THOMPSON, ROSEMARY | 531 A HAWKINS AVE | | RONKONKOMA | NY | 11779 |
| 751142340 | VALLEJO, BERTHA | 3854 LEROY CT | | SN BERNRDINO | CA | 924041624 |
| 4247 | VAUGHAN, KIMBERLY A | 700 SE 160TH AVE STE 107 | | VANCOUVER | WA | 986848910 |
| 2610 | VENADAS, ROSE B. | 1204 MIRA VALLEY ST | | CORONA | CA | 92879 |
| 751145480 | VERRELL, JIMMY B | 18611 DEMION LN | | HUNTINGTON | CA | 92646 |
| 751145600 | VIBBERT, MARY A | 2123 WAWONAISSA TRL | | FORT WAYNE | IN | 468091446 |
| 751145800 | VILLA, NANCY G | 6161 W MCDOWELL RD APT 2001 | | PHOENIX | AZ | 850354891 |
| 339 | VILLAMANA, RICHARD E. | 4970 E WATER ST | | TUCSON | AZ | 857125742 |
| 751145890 | VILLENA, EMMA G | 1731 ELLIS ST | NUMBER 37 | CONCORD | CA | 94520 |
| 751147450 | WATKINS, MANDY | 820 OAKTON ST | | EVANSTON | IL | 60202 |
| 751147790 | WEBB, SHAUN | 8599 FAIRFAX ST | | MANASSAS | VA | 201104815 |
| 6928 | WETZEL, THOMAS | 276 S 9TH ST | | LINDENHURST | NY | 11757 |
| 751149330 | WIGGINS, BETHANY | 529 BROCKINTON SOUTH | | SAINT SIMONS | GA | 31522 |
| 751149870 | WILLIAMS, TRISTINA | P.O. BOX 2221 | | SACRAMENTO | CA | 958122221 |
| 5764 | WOODMAN, SUSAN E. | PO BOX 2114 | | METHUEN | MA | 01844 |
| 281 | WURTH, CORTNEY | PO BOX 202 | | BAINBRIDGE | PA | 17502 |
| 6152 | YARBRO, CRYSTAL D. | 4005 PRICE RD | | GAINESVILLE | GA | 305065364 |
| 751153780 | YU, JONATHAN C | 1106 MITCHELL AVENUE | | TUSTIN | CA | 92780 |