IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
         Debtors.                                   :
                                                    : Ref. Docket No. 11030
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.
I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2014, I caused to be served the "Notice of Undeliverable Distributions," dated September 3, 2014 [Docket No. 11030], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Pete Caris

Sworn to before me this
5th day of September, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADELE, LAURA | 561 GOLFWOOD DR BALLWIN MO 630216316 |
| AIKEN, ANN | 1207 MUSKET CT BELCAMP MD 210171326 |
| ALBRIGHT, CHRISTINE A | PMB 128 6039 CYPRESS GARDENS BLVD WINTER HAVEN FL 33884 |
| ALDRICH, JESSICA E | 8014 TRENTON CT FORESTVILLE CA 954369111 |
| ALVAREZ, DANITA | 2301 PATRICIA LANE GARLAND TX 75041 |
| ANDERSON, ELIZABETH D. | 44 SEACLIFF DR APTOS CA 95003 |
| ANDRADE CORTES, ERNESTO J | 7928 TUJUNGA AVE NORTH HOLLYWOOD CA 91605 |
| ANDRES, KRISTY N | 2720 NE 8TH AVE 4 WILTON MANORS FL 33334 |
| ANGELILLO, JOSEPH A | 65 WEAVER DR MASSAPEQUA NY 11758 |
| ARELLANO, REBECCA | 7442 E LURLENE DRIVE TUCSON AZ 85730 |
| ARVANITAKIS, KATIE V | 2220 14TH ST N NAPLES FL 341034834 |
| ASEMOTA, ROCHELLE L | 1212 W 139TH ST BURNSVILLE MN 553374392 |
| ASKIN, JAMIE | 17 N JEFFERSON ST BATAVIA IL 605101815 |
| AVILA, ANN MARIE | 11211 MOUNT DR GARDEN GROVE CA 928401218 |
| BACK, ANDREA M | 36 FOREST EDWARDS RD OTISFIELD ME 42706413 |
| BALTES, ANGELA | 8015 ROCKY GLEN PL FORT WAYNE IN 46815 |
| BARNEY, IVAN L. | 3333 E BAYAUD AVE APT 202 DENVER CO 80209-2902 |
| BEACH, YVONNE M | 3682A KISLING LP TYNDALL AFB FL 32403 |
| BEASLEY, KIMBERLY | 3396 TRICKUM RD WOODSTOCK GA 30188 |
| BETTS, WILLIAM J (JOEL) | 425 E 78TH STREET CONDO 2E NEW YORK NY 10021 |
| BORDNER, ANN M | 8809 WAVE CIRCLE APT A FORT WAYNE IN 46825 |
| BOYD, MICHAEL W. SR. | PO BOX 2092 ROANOKE TX 76262 |
| BRANDT, DUSTIN L | 2362 N GREEN VALLEY PKWY APT 361L HENDERSON NV 89014 |
| BROSKY, GRETA M | 2474 BROOKVIEW DRIVE ST PAUL MN 55128 |
| BROWN, CHANTEL | 307 S REYNOLDS ST APT P219 ALEXANDRIA VA 22904-4594 |
| BUCKLEY, JOSHUA D. | 117 30TH AVE N # 502 NASHVILLE TN 37203 |
| BURKHART, ELIZABETH R | 7919 GREENWOOD AVE N SEATTLE WA 98103 |
| BURNETT TAITE, BETTY ANN N (NICOLE) | 300 PARK HAVEN BLVD EULESS TX 76039 |
| BURNETT, RICHARD (RICK) | 302 STABLESTONE DR CHESTERFIELD MO 63017 |
| CAMALIGAN, ERWIN | 3234 DOS PALOS DR LOS ANGELES CA 90068 |
| CARIILO, CHRISTY L. | 8003 MONROE AVE MUNSTER IN 46321-1207 |
| CARRILLO, CHRISTY L | 8003 MONROE AVE MUNSTER IN 46321-1207 |
| CAVERO, PHIL J | 365 ROUTE 111 APT C15 SMITHTOWN NY 11787-4763 |
| CHEGE, FREDERICK | 12 MELROSE TERRACE NUM 13 WAKEFIELD MA 01880 |
| CHISHOLM, GLADYS H | 8300 PACES OAKS BLVD APT 137 CHARLOTTE NC 282138149 |
| CHISHOLM, GLADYS H | 8634 MILTON MORRIS DRIVE CHARLOTTE NC 28227 |
| CIRELL, ROBERT J | 121 VINE ST UNIT 1101 SEATTLE WA 98121 |
| CISNEROS, MARILYN D. | 273 KINGS CANYON BEAUMONT CA 92223 |
| CISNEROS, MARIO A. | 273 KINGS CANYON BEAUMONT CA 92223 |
| CLAPP, TERRY W | 4820 WHEELER DR THE COLONY TX 750561019 |
| COE, ALLISON M | 1645 MADRID ST APT 4 SALINAS CA 93906-8439 |
| CORREA, PATRICIA E. | 970 HOPE STREET APT 4-C STAMFORD CT 06907 |
| CORTES MENDEZ, BENJAMIN | 174 DARTMOUTH DR HICKSVILLE NY 11801 |
| COTTER, TRACIE | 679 W WRIGHTWOOD 2S CHICAGO IL 60614 |
| COTTRELL, LINDA K | 4400 E SCOTTSDALE RD #9565 SCOTTSDALE AZ 85251 |
| COVEN, ADAM L | 6864 YELLOWSTONE BLVD APT A67 FOREST HILLS NY 113753334 |
| CRAWFORD, JAMIE R | 20 GRAY DOVE IRVINE CA 92618 |
| CRAWFORD, JAMIE R | 66B CORNICHE DRIVE MONARCH BEACH CA 92629 |
| CRAWFORD, KORTNEY | 11971 CHARTER OAK PKWY SAINT LOUIS MO 631465205 |

| Claim Name | Address Information |
|---|---|
| CRAWFORD, KORTNEY NICOLE | 11971 CHARTER OAK PKWY SAINT LOUIS MO 631465205 |
| CROSSFIELD, KATHY | 400 NAVAJO ST HUACHUCA CITY AZ 85616 |
| CURTIS, MELISSA | 414 S CHATHAM PL APT 5 ARLINGTON HTS IL 600046782 |
| DEANO, THEODORA J (THEO) | 2368 SUMAC DR YORKVILLE IL 60560 |
| DEBUQUE, MELISSA J | 97 BLAVEN DRIVE HENDERSON NV 89002 |
| DEUSER, CARISSA | 23 SCREMENTI LANE STEGER IL 60475 |
| DEVINNEY, JESSICA L | 1317 STONE PINE DR. ROCK HILL SC 29732 |
| DICKEY, CHELSEA R | 11918 SNOW GOOSE RD AUSTIN TX 78758-3312 |
| DJURASEVIC, LINDA | PO BOX 1202 WARREN MI 480901202 |
| DOBRENZ, BETSY S | 4817 SHIELDS ST SAN DIEGO CA 921242930 |
| DODDS, HAILEY C | 513 STEWART AVE NUMBER 9 COVINA CA 91723 |
| DOERGES, CRYSTAL | 1515 E KATELLA AVE UNIT 4150 ANAHEIM CA 92805-7903 |
| DUCHENE, RENEE S | 6980 E SAHUARO DR APT 1059 SCOTTSDALE AZ 852545294 |
| DUFFY, KATHLEEN A | 3309 EPWORTH AVE CINCINNATI OH 45211 |
| EASBEY, ROBERT | 27082 O'NEILL DR NUMBER 231 LADERA RANCH CA 92694 |
| EASBEY, ROBERT T (TODD) | 27082 O'NEILL DR NUMBER 231 LADERA RANCH CA 92694 |
| EGLINTON, GARY S (SCOTT) | 2887 S GREENLEAF CIR BOYNTON BEACH FL 33426 |
| ELWELL, TAMARA L (TAMI) | 904 DEER RUN LN PAPILLION NE 680464347 |
| EVANS, MICHAEL J | 6530 ANNIE OAKLEY DR APT 2222 HENDERSON NV 89014-2175 |
| EVERETT, DOROTHY | 107 CEDARCREST PLACE LOS GATOS CA 95032 |
| FERGUS, CAROL | 2381 CHRISTMAS TREE DR CARSON CITY NV 89703 |
| FERRALES, ROSA L | 16433 N 35TH AVE PHOENIX AZ 85053 |
| FONTAINE, PHILIP | PO BOX 53 SAN ANSELMO CA 94979-0053 |
| FORTAIN, THERESA J (TRACY) | 5237 WHITEHOUSE DR. TOLEDO OH 43611 |
| FOWLER, MICHAEL | 20 ROOSEVELT CT WESTBURY NY 11590 |
| FOWLER, MICHAEL | 189 N PINE ST MASSAPEQUA NY 11758-2612 |
| FRAZIER EDWARDS, NAEEMAH | 76 MEADOW WOODS ROAD GREAT NECK NY 11020 |
| FRUCHTMAN, RONIT | 14 JOYCE LN WOODBURY NY 11797 |
| FRUCHTMAN, RONIT | PO BOX 167 AROMA PARK IL 60910 |
| GAGIS, JOHN | 26 SHERWOOD FARM RD FAR HILLS NJ 07931 |
| GAIDOWSKY, JORDAN D | 1308 PERSHING COURT VIRGINIA BEACH VA 23453 |
| GALLAGHER, LAURA | 1923 GRANVILLE DR LAWRENCEVILLE GA 30043 |
| GALLANT, LIZA M | 12757 BENSON AVE CHINO CA 91710 |
| GARCIA, TRACY | 5943 N WASHTENAW CHICAGO IL 60659 |
| GENTNER, MARY | 331 B BEVERLY BLVD UPPER DARBY PA 19082 |
| GOLDINGER, BERNARD | 153 W 78TH ST PH B NEW YORK NY 100246720 |
| GRATZA, DONNA M | C/O CHRIS & SHARON FEDIOR 409 AUBER ST LOUIS MO 63011 |
| GREENE, TRICIA A | 4670 STONECLIFFE DR EAGAN MN 55122 |
| GRONTAS, CAROLINE M | 5050 LITTLE SPRINGS LN BROAD RUN VA 201372312 |
| GUARDADO, ASHLEIGH L | 4950 E VAN BUREN ST APT 210 PHOENIX AZ 850087044 |
| HAGAN, LUCRETIA A | 5757 HASKELL AVE CARMICHAEL CA 956081306 |
| HAGAN, LUCRETIA A | 6613 MEDALLION CT CITRUS HTS CA 95621-5439 |
| HAMILTON, MICHAEL S | 2208 ALEXANDER RD RALEIGH NC 276081645 |
| HANSON, ERIC | 319 LOCUST AVE ROCKY POINT NY 11778 |
| HARDIMAN, RHONDA | 4045 GEORGE BUSBEE PKWY APT # 2202 KENNESAW GA 30144 |
| HASKINS, BROOKE R | 1 RENAISSANCE PL UNIT 514 PALATINE IL 600673650 |
| HATCH, AMBER R | 3030 W CROCUS DR PHOENIX AZ 850535718 |
| HAVRAN, NANCY A | 9014 DARTFORD CT FORT WAYNE IN 46825 |
| HEIDENREICH, STEVEN L | 7904 UPPER 26TH ST N OAKDALE MN 55128-4817 |

| Claim Name | Address Information |
|---|---|
| HENSLEY, JAMIE M | 3057 WEST SALTER DRIVE PHOENIX AZ 85027 |
| HERLEAN, APRIL D | 23 ALBERON GARDENS WAY HENDERSON NV 89002 |
| HERNANDEZ, RACHEL G | 4231 214TH STREET SW APT A MOUNTLAKE TERRACE WA 98043 |
| HERRELL, BRENDA | 828 MORADA PL ALTADENA CA 910012425 |
| HERRERA, JISSEL | 2379 LA SALLE AVE SAN BERNARDINO CA 92407 |
| HILSMIER, SARAH | 450 ROBINSON AVE SE APT 2 ATLANTA GA 30315-2091 |
| HOBSON, LAURA N | GENERAL DELIVERY CANNON AFB NM 88103-9999 |
| ILIE, ELENA (IRENE) | 5 CRUM CREEK RD NEW CITY NY 10956 |
| JUDD, KYMBERELY G | 2767 MARCUS RD WEST VALLEY CITY UT 84119 |
| JUNGBLUT, KAREN | 10 PINE ST WILLINGBORO NJ 08046 |
| JUNGBLUT, KAREN | 306 S CHESTER AVE RIVERSIDE NJ 08075-4019 |
| KAVANAGH, ERIN C | 378 LEHMAN OUTLET RD DALLAS PA 186122647 |
| KEATING, LORIN A | 220 NE CEDAR CT BLUE SPRINGS MO 64014 |
| KING, EILEEN | 2059 LINTWOOD DR CLARKSVILLE TN 37042 |
| KOEPPEN, KATHERYN | 403 OAK LAKE WAY CT APT F CHESAPEAKE VA 233209358 |
| KOSINA, CAMERON | 1821 S WASHINGTON ST NUM 216 NAPERVILLE IL 60565 |
| KROPP, WAYNE G | 128 BELMILL RD BELLMORE NY 11710 |
| KROPP, WAYNE G | PO BOX 237 HUNTINGTON NY 117430237 |
| LANGE, NANCI | 6203 CASTLEGLEN CT CHARLOTTE NC 28269 |
| LEBEUF, KATHLEEN A | 1309 RUNNING SPRINGS RD #4 WALNUT CREEK CA 94559 |
| LEE, CARINE | 1011 LAKEST SUITE 212 RIVER FOREST IL 60305 |
| LEITER, TRACI | 54 AVE A ORIN DOUGLAS WY 82633 |
| LEMPERT, LANA | 900 CHICAGO AVE #612 EVANSTON IL 60202 |
| LEWIS, MARY JENNIFER (JENNIFER) | 6919 CORONADO AVE DALLAS TX 75214 |
| LIANG, YIMIN | 11 ANTOINE CT HUNTINGTON NY 11743 |
| LIANG, YIMIN | 1315 RIVERCHASE DR # 1815 COPPELL TX 75019 |
| LONG, ROBERT | 712 MARJORAM DR BRENTWOOD CA 945132363 |
| MANON, SANNY M | 11925 ROYAL PALM BLVD CORAL SPRINGS FL 33065 |
| MARION, JAMES | 605 NW RENFRO APT C BURLESON TX 76028 |
| MARSHALL , MEGAN  N. | 4701 CHARLES PL APT 2421 PLANO TX 75093 |
| MARTIN, MARQUITA | 3912 WILLIAM DETTAES DR # 231 IRVING TX 75038 |
| MARTY, JENNIFER A | 11510 NE 112TH DR APT 10 VANCOUVER WA 986623264 |
| MAURER, JOHN | 503 SUDDEN VLY BELLINGHAM WA 98229-4809 |
| MAURER, KIMBERLY (KIM) | 486 GRIERS LN PITTSGROVE NJ 08318 |
| MAYFIELD, CHAD M | 2197 SOUTH EUCKER LANE APT 521 LEWISVILLE TX 75067 |
| MCMENEMY, AMY M | 1959 W FOSTER AVE APT 2 CHICAGO IL 60640 |
| MEACHAM, LORI E | 8305 FULTON RANCH STREET LAS VEGAS NV 89131 |
| MEYSEMBOURG, TAMI | 11646 WHITEHALL AVE NW UNIONTOWN OH 44685 |
| MILLER, ADAM W | 2893 SW UPPER DRIVE PORTLAND OR 97201 |
| MITCHELL, KELLY J | 7416 MAURY ROAD BALTIMORE MD 21244 |
| MITCHELL, KELLY J | 4396 50TH TERRACE S4 SAINT PETERSBURG FL 33711 |
| MONAGHAN, JOHN | 100 N TAMPA ST STE 2430 TAMPA FL 336025809 |
| MONTEROS, ROZLYNN | 1852 SANTA ROSA EL CENTRO CA 92243 |
| MORGAN, BRITTANY | 679 S 1900 W VERNAL UT 840784113 |
| MORGAN, MARIA I | 2409 BLUEBERRY LN PASADENA TX 77502 |
| MUSALEM, PAOLA | 11901 W 109TH ST APT 121 OVERLAND PARK KS 66210-3976 |
| MYERS, MICHEL T | 9550 LANTERN BAY CIRCLE WEST PALM BCH FL 33411 |
| NEAL, LINDSAY | 3506 MAIN ST 2ND FL MUNHALL PA 15120 |
| OBIRI, MAUREEN M | 840 VAN NESS AVE APT 108 SAN FRANCISCO CA 94109-7801 |

| Claim Name | Address Information |
|---|---|
| ORHUN, DENEM | 249 EAST 48TH ST APT 5C NEW YORK NY 10017 |
| ORHUN, DENEM | 2353 31ST RD APT 2F ASTORIA NY 111064009 |
| OTTER, JUDITH | 222 BULL PATH EAST HAMPTON NY 11937 |
| PAGE, AMY F | 16602 423RD PL SE NORTH BEND WA 98045 |
| PAGE, CHRISTINA | PMB 353 2200 WILSON BLVD STE 102 ARLINGTON VA 222013324 |
| PAQUIN, RAYMOND | 69 LEWIS ST PERTH AMBOY NJ 88614727 |
| PARRISH, ANITA B | 3214 MURRAY HILL LOOP KISSIMMEE FL 34758 |
| PAULI, BREANNE L | 80 CEDAR ST CANTON MA 02021-4218 |
| PELOSO, AZURE | 4715 E HALIFAX ST MESA AZ 85205-4115 |
| PENICK, KRYSTAL | 9802 WATERVIEW PARKWAY ROWLETT TX 75089 |
| PHILLIPS, JAMES D | 135 NW 109TH AVE APT 203 PEMBROKE PINES FL 330265127 |
| PIRES, RACHEL M | 17333 BROOKHURST D 1 FOUNTAIN VALLEY CA 92708 |
| PLOEG, RANDY | 1221 WYNCREST DRIVE BALLWIN MO 63011 |
| POWERS, JACLYN C (JACKIE) | 2635 W MAPLEWOOD AVE APT 19 BELLINGHAM WA 98225 |
| PRATER, SARAH M | 4055 SEA FOREST WAY SACRAMENTO CA 95823 |
| RAMOS, FERNANDO | 69 JAVA ST BROOKLYN NY 11222 |
| REDLINGER, ANNA M | 2565 MEADOW VIEW DR URBANA IA 52345 |
| REED, ANNA M | 1389 TANAGER WAY BOISE ID 83709 |
| REYES, KAREL | 50 MENORES AVE NUM 701 CORAL GABLES FL 33134 |
| RHINEHART, MARYLOU | 3014 SEAFARER COVE FORT WAYNE IN 46815 |
| RICHARDS, TIMOTHY R | 10750 BRUNSWICK RD NUMBER 209 BLOOMINGTON MN 55438 |
| RITCHIE, ANGELA | 408 BRIARCOMMONS DR LAKE ST LOUIS MO 63367-6414 |
| ROBBINS, KEVIN | PO BOX 801 ESTERO FL 33929-0801 |
| ROSENBLUM, RUTH | 590 OCEAN AVE MASSAPEQUA NY 11758 |
| ROSS, ASHLEY | 19 FRONT OF THE MT RD GAYLORDSVILLE CT 06755 |
| RUMMAGE, JENNY REBECCA | 1023 HUNTERS TRCE MT PLEASANT SC 294643619 |
| RUSSELL, KIMBERLY | 1550 NORTH THOMPSON BAY SHORE NY 11706 |
| RUSSUM, OLIN L | 1437 MORTON APT F ALAMEDA CA 94501 |
| RUSSUM, OLIN L | 3016 WINDSOR DR ALAMEDA CA 94501-1663 |
| SANTIAGO, INDIA | 130 OAK ST WOOD RIDGE NJ 70752439 |
| SANTOS, MARIA M (MONICA) | 1620 SOPHIA DRIVE OXNARD CA 93030 |
| SCHEPER, ETHEL E | PO BOX 1108 NEW CASTLE DE 19720 |
| SCHOEDL, BRANDEN D | 2700 PETERSON PL APT 52B COSTA MESA CA 92626 |
| SCHWARTZ, SARI | 54 GENESEE DR COMMACK NY 11725 |
| SEVERINO, CANDIDA | 7640 W SUNSET DR ELMWOOD PARK IL 607071327 |
| SHIELDS, SUZANNE | PO BOX 1442 MERIDIAN ID 83680-1442 |
| SHULTS, LYNLEY | 6061 VILLAGE BEND #813 DALLAS TX 75206 |
| SIEMON, JEFFREY | 400 NAVAJO ST HUACHUCA CITY AZ 85616 |
| SKYTTA, WILLIAM J (TRAE) | 305 ZANG ST APT G3044 LAKEWOOD CO 80228 |
| SMITH, BRADFORD | 185 MAIN ST APT F CONCORD MA 01742 |
| SMITH, DARIN T | 255 CHAMOMILE DRIVE HENDERSON NV 89015 |
| SMITH, DIANE R | 2443 ANDROS LN FORT LAUDERDALE FL 33312 |
| SMITH, KELLEY M | 10775 SW MURDOCK LN APT G4 PORTLAND OR 972243633 |
| SMITH, LEAH | 2870 BRISTOL DR APT 109 LISLE IL 605324267 |
| SPRADLEY, CHRISTOPHER | PO BOX 801563 SANTA CLARITA CA 913801563 |
| STARK, DAWN M | 2105 W EL PRADO RD CHANDLER AZ 852242130 |
| STEPAN, DEBORAH P | PO BOX 530448 GRAND PRAIRIE TX 75053-0448 |
| STEWART, TERESA M | 920 BIGHORN DR BARSTOW CA 92311 |
| SUECH, DANIELLE | 2 BANKS PL UNIT 232 MELROSE MA 02176-6148 |

| Claim Name | Address Information |
|---|---|
| SULLIVAN, BERNARD | 4856 S CONWAY RD APT 64 ORLANDO FL 32812 |
| SWASEY, VIVIAN | PO BOX 1712 JENSEN BEACH FL 349581712 |
| THOMPSON, ROSEMARY | 531 A HAWKINS AVE RONKONKOMA NY 11779 |
| VALLEJO, BERTHA | 3854 LEROY CT SN BERNRDINO CA 924041624 |
| VAUGHAN, KIMBERLY A | 700 SE 160TH AVE STE 107 VANCOUVER WA 986848910 |
| VENADAS, ROSE B. | 1204 MIRA VALLEY ST CORONA CA 92879 |
| VERRELL, JIMMY B | 18611 DEMION LN HUNTINGTON CA 92646 |
| VIBBERT, MARY A | 2123 WAWONAISSA TRL FORT WAYNE IN 468091446 |
| VILLA, NANCY G | 6161 W MCDOWELL RD APT 2001 PHOENIX AZ 85035-4891 |
| VILLAMANA, RICHARD E. | 4970 E WATER ST TUCSON AZ 85712-5742 |
| VILLENA, EMMA G | 1731 ELLIS ST NUMBER 37 CONCORD CA 94520 |
| WATKINS, MANDY | 820 OAKTON ST EVANSTON IL 60202 |
| WEBB, SHAUN | 8599 FAIRFAX ST MANASSAS VA 20110-4815 |
| WETZEL, THOMAS | 276 S 9TH ST LINDENHURST NY 11757 |
| WIGGINS, BETHANY | 529 BROCKINTON SOUTH SAINT SIMONS GA 31522 |
| WILLIAMS, TRISTINA | P.O. BOX 2221 SACRAMENTO CA 95812-2221 |
| WOODMAN, SUSAN E. | PO BOX 2114 METHUEN MA 01844 |
| WURTH, CORTNEY | PO BOX 202 BAINBRIDGE PA 17502 |
| YARBRO, CRYSTAL D. | 4005 PRICE RD GAINESVILLE GA 30506-5364 |
| YU, JONATHAN C | 1106 MITCHELL AVENUE TUSTIN CA 92780 |

**Total Creditor count  216**