IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       : Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             : Jointly Administered
                                            Debtors.                         :
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: September 16, 2014          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                   */s/ Margaret Whiteman Greecher*
                                   Sean M. Beach (No. 4070)
                                   Margaret Whiteman Greecher (No. 4652)
                                   Michael S. Neiburg (No. 5275)
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   -and-

                                   HAHN & HESSEN LLP
                                   Mark S. Indelicato
                                   Edward L. Schnitzer
                                   488 Madison Avenue
                                   New York, New York 10022
                                   Telephone: (212) 478-7200
                                   Facsimile: (212) 478-7400

                                   *Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
                           Debtors.                                :
------------------------------------------------------------------ x
```

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

October 31, 2014 at 10:00 a.m. (ET)

December 16, 2014 at 10:00 a.m. (ET)


Dated: September ____, 2014
       Wilmington, Delaware

                                                     _____
                                                     CHRISTOPHER S. SONTCHI
                                                       UNITED STATES BANKRUPTCY JUDGE

01:15402453.1