IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.[1],               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Obj. Deadline: December 9, 2014 at 4:00 PM (ET)
                                                                 :   Hr'g Date:  December 16, 2014 at 10:00 A.M. (ET)
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, (II) THE PLAN OVERSIGHT COMMITTEE, (III) THE INDENTURE TRUSTEES, (IV) BANK OF AMERICA, N.A., (IV) SOVEREIGN BANK FSB, (V) JPMC, (VI) CLAIMANTS TO WHOM UNDELIVERABLE DISTRIBUTIONS AND UNCASHED DISTRIBUTIONS WERE DIRECTED (AT THEIR LAST KNOWN ADDRESSES), (VII) THE WHITE FIRM, (VIII) ZURICH AMERICAN INSURANCE, (IX) THE MANAGER OF AHM SPV I, LLC AND AHM SPV III, LLC; AND (X) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trustee's Motion for an Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **December 9, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:16343928.1

   At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

   **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 16, 2014 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

   PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
    November 25, 2014

             YOUNG CONAWAY STARGATT & TAYLOR, LLP

             /s/ *Patrick A. Jackson*
             Sean M. Beach (No. 4070)
             Margaret Whiteman Greecher (No. 4652)
             Patrick A. Jackson (No. 5275)
             Rodney Square
             1000 North King Street
             Wilmington, Delaware 19801
             Telephone: (302) 571-6600
             Facsimile: (302) 571-1253

             -and-

             HAHN & HESSEN LLP
             Mark S. Indelicato
             Edward L. Schnitzer
             488 Madison Avenue
             New York, New York 10022
             Telephone: (212) 478-7200
             Facsimile: (212) 478-7400

             *Counsel for the Plan Trustee*