| B 104 (Rev. 5/00) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

**PLAINTIFFS** IN PRO PER
Andreas Nottebohm
Tess Nottebohm

**DEFENDANTS**
American Home Mortgage Holdings, Inc

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
90 Sidney Court
San Rafael, CA 94903

**ATTORNEYS** (If Known)

**PARTY** (Check one box only)   ✓ 1 U.S. PLAINTIFF    __ 2 U.S. DEFENDANT    __ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Preliminary injunction, TRO, declaratory relief

**NATURE OF SUIT**
(Check the one most appropriate)

| | | |
|---|---|---|
| __ 454 To Recover Money or Property<br>**X** 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>__ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property<br>__ 424 To object or to revoke a discharge 11 U.S.C. § 727 | __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan<br>__ 426 To determine the dischargeability of a debt 11 U.S.C. §523<br>__ 434 To obtain an injunction or other equitable relief<br>__ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | __ 456 To obtain a declaratory judgment relating to any of foregoing causes of action<br>__ 459 To determine a claim or cause of action removed to a bankruptcy court<br>__ 498 Other (specify) |

**ORIGIN OF PROCEEDINGS** (Check One Box Only)    **X** 1 Original Proceeding    __ 2 Removed Proceeding    __ 4 Reinstated or Reopened    __ 5 Transferred from Another Bankruptcy Court    __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**   NEAREST THOUSAND  100,000   OTHER RELIEF SOUGHT  TRO, Preliminary Inj.   JURY DEMAND

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

NAME OF DEBTOR  American Home Mortgage Holdings, Inc.    BANKRUPTCY CASE NO. 07-11047

DISTRICT IN WHICH CASE IS PENDING  Delaware    DIVISIONAL OFFICE    NAME OF JUDGE

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   __ FEE ATTACHED   __ FEE NOT REQUIRED   __ FEE IS DEFERRED

| DATE | PRINT NAME  Andreas Nottebohm/Tess Nottebohm | SIGNATURE OF ATTORNEY (OR PLAINTIFF)  Signatures Follow |
|---|---|---|

ORIGINAL

Local Form 109

_____
ANDREAS NOTTEBOHM

_____
TESS NOTTEBOHM