B 104
(Rev. 5/00)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER
(Court Use Only)

**PLAINTIFFS** IN PRO PER
Andreas Nottebohm
Tess Nottebohm

**DEFENDANTS**
American Home Mortgage Holdings, Inc

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
90 Sidney Court
San Rafael, CA 94903

**ATTORNEYS** (If Known)

**PARTY** (Check one box only)   ✓ 1 U.S. PLAINTIFF   __ 2 U.S. DEFENDANT   __ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Preliminary injunction, TRO, declaratory relief

## NATURE OF SUIT
(Check the one most appropriate)

- __ 454 To Recover Money or Property
- **X** 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- __ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- __ 424 To object or to revoke a discharge 11 U.S.C. § 727

- __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- __ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- __ 434 To obtain an injunction or other equitable relief
- __ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

- __ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- __ 459 To determine a claim or cause of action removed to a bankruptcy court
- __ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check One Box Only)
X 1 Original Proceeding   __ 2 Removed Proceeding   __ 4 Reinstated or Reopened   __ 5 Transferred from Another Bankruptcy Court   __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**
NEAREST THOUSAND: 300,000
OTHER RELIEF SOUGHT: TRO, Preliminary Inj.
JURY DEMAND:

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

NAME OF DEBTOR: American Home Mortgage Holdings, Inc.
BANKRUPTCY CASE NO.: 07-11047
DISTRICT IN WHICH CASE IS PENDING: Delaware
DIVISIONAL OFFICE:
NAME OF JUDGE:

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

**FILING FEE** (Check one box only.)   __ FEE ATTACHED   __ FEE NOT REQUIRED   __ FEE IS DEFERRED

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| ORIGINAL | Andreas Nottebohm / Tess Nottebohm | Signatures Follow |

Local Form 109

_____
ANDREAS NOTTEBOHM

_____
TESS NOTTEBOHM