IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                      :     Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                          :
                                                            :     Jointly Administered
     Debtors.                                               :
---------------------------------------------------------------------x     Ref. Docket No. 11040

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2014, I caused to be served the "Notice of Motion," dated November 25, 2014, to which was attached the "Plan Trustee's Motion for an Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders," dated November 24, 2014 [Docket No. 11040], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
1st day of December, 2014

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AGUAYO, JENNIFER | 22 NESAQUAKE TRAIL RIDGE NY 11961 |
| ALGUERO, ALBERTO | 133 04 234TH ST LAURELTON NY 11422 |
| ARBEITMAN, JASON | 18 MIDWOOD AVE FARMINGDALE NY 11735 |
| ARBEITMAN, JASON | 59 OLD OAK LN APT B LEVITTOWN NY 11756-4627 |
| ARCHER, VIRGINIA (CATHY) | P O BOX 708 RUSTBURG VA 24588 |
| ARIAS, RAQUEL | 14461 BELVEDERE DR WOODBRIDGE VA 22193 |
| AUSTIN, TERESA L | 1992 ASCOT DR UNIT B MORAGA CA 94556 |
| AYOUB, TEDDIE K | 3026 N MARIGOLD DR PHOENIX AZ 85018-6725 |
| BAEZ, JACQUELINE | 1273  SW  GRANVILLE  AVE PORT ST LUCIE FL 34953-2357 |
| BAIRD, VICTORIA | 5049 LANGCROFT DR HILLIARD OH 43026 |
| BALDOZ, BRIAN A | 2761 MILBURN AVE BALDWIN NY 11510 |
| BARBER, JUSTIN | 15 HALLVIEW CT NOTTINGHAM MD 212364732 |
| BARCIA, DEYSI | 211 TELL AVE DEER PARK NY 11729 |
| BELL, DAVID S | 4753 OLD BENT TREE LANE NUMBER 516 DALLAS TX 75287 |
| BELTRAN, MAGDALENA (MAGGIE) | 1040 EAST WASHINGTON BLVD NUM 24 ESCONDIDO CA 92027 |
| BERNIER, NICOLE R | K6 SNOW CIRCLE NASHUA NH 03062 |
| BERRY, BRUCE | 311 LOCUST LANE WILLIAMSTOWN NJ 08094 |
| BERRY, PRISCILLA D | 221 SOUTH PLUM GROVE ROAD PALATINE IL 60067 |
| BERRY, STEVEN | 40 AMETHYST STREET ELMONT NY 11003 |
| BLACK, LURENA | 1074 HORATIO AVE CORONA CA 92882 |
| BLACKMORE, SUSAN | 5925 BRIARCLIFF RD FORT MYERS FL 33912 |
| BLANKE, KERRI | 53 E REDFORD CT SAINT CHARLES MO 633045048 |
| BLEDSOE, JULIA A | 7976 DILLON PL INDIANAPOLIS IN 462366534 |
| BOGGS, AMIE L | 5440 NOAH ROAD CUMMING GA 30041 |
| BONEFESTE, ANTHONY L | 3000 VICTORIA DR SPRINGFIELD IL 62704 |
| BRAVO ANDRADE, SHIRLEY | 1653 ZENITH WAY WESTON FL 33327-2320 |
| BRINSON, PATRICE | 5520 W MARKET ST APT G GREENSBORO NC 274092512 |
| BRITO, JANET | 7178 W 29TH WAY HIALEAH FL 33018 |
| BROWN, CHRISTOPHER W | 6002 SENTINEL DR INDIAN TRAIL NC 28079 |
| BROWN, JUSTIN P | 222 8TH ST NUMBER 2 HUNTINGTON BEACH CA 92648 |
| BRYSON, SUZANNE | 3233 MINERAL SPRINGS RD STERLING IL 610814107 |
| BUCARO, LAURA | 1226 ARNEITA ST SYCAMORE IL 60178 |
| CACANINDIN, IRISH M | 2827 MONUMENT BLVD NUMBER 46 CONCORD CA 94521 |
| CALEY, KAREN | 1590 E 300 N HUNTINGTON IN 46750 |
| CAMP, LORY | 4001 ROYAL TROON DR EL DORADO HILLS CA 95762 |
| CANTERBURY, LYNN A | 9694 VILLAGE HWY CONCORD VA 24538-3004 |
| CARDEN, JAMES P | 57 CHESTNUT STREET MASSAPEQUA NY 11758 |
| CARRERA, ALICIA | 3687 JORGE CT TURLOCK CA 95382 |
| CARTER, PAULA | 2474 MASONS FERRY DR APT 302 HERNDON VA 20171 |
| CHAPPEL, DARNAIL Q | 18901S BAKER AVE CNTRY CLUB HLS IL 60478-5426 |
| CHAVEZ, DEAN | 10531 BLACK HORSE HELOTES TX 78023-4367 |
| CHOTIN, CARTER | 203 W 23RD AVE COVINGTON LA 70433-2609 |
| CIRILLO, KATHERINE | 29190 N 69TH DR PEORIA AZ 853836639 |
| CISNEROS, VERONICA | 3510 CAMINITO EL RINCON 17 SAN DIEGO CA 92130 |
| CLENDENEN, DANA | 13636 KIWI AVE CORONA CA 92880 |
| CODY, DANIELLE C | 110 CRYSTAL BAY LEWISVILLE TX 75067 |
| CONWAY, KATHRYN (KATE) | 2251 BATES RD O FALLON MO 63368 |
| CORTEZ, WANDA K | 11845 IVY LN MORENO VALLEY CA 92557-6524 |
| CULBERSON, ERICKA M | 2021 BENT BROOK DR MESQUITE TX 75181 |

| Claim Name | Address Information |
|---|---|
| DAVILA, VERONICA Y | 508 S 112TH DR AVONDALE AZ 85323 |
| DECELL, ANNE A | 4651 SEIBERT AVE SAINT LOUIS MO 63123 |
| DICOSTANZO, CHRISTINE | PO BOX 243 HUNTINGTON STA NY 11746 |
| DONOVAN, MARGARET M | 20 CLUB LA LEVITTOWN NY 11756 |
| DOSTALIK, RODNEY | 4456 N MERIDIAN AVE FRESNO CA 93726 |
| DREYER, NANCY | 9220 LACROIX CT BAKERSFIELD CA 93311 |
| DUARTE, LEILA M | 8900 170TH ST APT 7D JAMAICA NY 114325311 |
| DUMLAO, ABIGAIL R | 154 SIERRA DR APT 2 WALNUT CREEK CA 94596 |
| DUNN, MATTHEW (MATT) | 215 LANE 275 JIMMERSON LK ANGOLA IN 467039469 |
| DURAN, DIANA | 2724 DODDS LANE KISSIMMEE FL 34743 |
| ELLIS, TERESA | 705 JUG BROOME RD MONROE NC 28112-7341 |
| ESPARZA, ITZURI | 1516 CITRUS DR MODESTO CA 953504671 |
| EUBANK, DANIEL L | 1349 JASMINE DR LEWISVILLE TX 75077 |
| FERNANDEZ, STEPHANIE D | 936 7TH ST STE B NOVATO CA 949453009 |
| FINELLI, NICOLE D | 11101 ROYAL PALMS BLVD NUMBER 111 CORAL SPRINGS FL 33065 |
| FISHER, TORI M | 2700 MORNING SONG DR LITTLE ELM TX 750686472 |
| FITZSIMMONS, KATHLEEN | 30 TROSCHER LN BETHPAGE NY 11714 |
| FRANCO, HENRY E | 1 JEFFERSON AVE APT G2 ROCKVILLE CENTRE NY 11570 |
| FREEMAN , MARGARITA | 37 JUNE COURT APT 1A BAY SHORE NY 11706 |
| FREEMAN, SARAH M | 1305 N ANNIE GLIDDEN #724 DE KALB IL 60115 |
| GALLOWAY, JUDITH C (JUDY) | 1097 WHALES RUN COURT VIRGINIA BEACH VA 23454 |
| GALLUCCI, KAREN T | 3276 HARNESS CIRCLE WELLINGTON FL 33420 |
| GARZA, MARY JANE (MJ) | 3131 SOMERTON DRIVE LA PORTE TX 77571 |
| GASPARINO, MICHAEL | 7813 DALEWOOD PKWY WOODRIDGE IL 60517 |
| GEARY, CHRIS | PO BOX 1132 W SACRAMENTO CA 956911132 |
| GEHR, ANN | 967 DAKOTA CIR NAPERVILLE IL 60563-9309 |
| GENTRY, ASHLEY NICOLE | 6174 SPRING HILL RD RUCKERSVILLE VA 22968 |
| GIBSON, MARGARET | 2483-4 WHISPERING WOODS BLVD JACKSONVILLE FL 32246 |
| GLOWICKA, PAULINE | 13107 SW 29 ST MIRAMAR FL 33027 |
| GOWER, MARY | 1108 GINGERWOOD WY RANCHO CORDOVA CA 95670 |
| GULATI, RAJNI | 70 PRINCESS ST HICKSVILLE NY 11801 |
| GULESERIAN, JAMES | 2179 COOL CREEK CT AURORA IL 60503 |
| GUZMAN, MONICA Z | 15346 LA SUBIDA DR HACIENDA HTS CA 91745 |
| HARDMAN, SONIA (RENE) | 12046 SE SUNNYSIDE RD CLACKAMAS OR 97015 |
| HEADLEY, NICKIESHA P | 2522 NW 89 DR CORAL SPRINGS FL 33065 |
| HEBERLIE, KARA | 662 SUMMER WINDS LN ST PETERS MO 63376 |
| HENRY, LESLIE DANYELL | 2153 UTOPIA AVE NASHVILLE TN 37211 |
| HICKS JR., ROBERT E. | 1418 E 103RD ST 1ST FL BROOKLYN NY 11236 |
| HOCKETT, EVAN L | 19 JEAN CT GREENLAWN NY 11740 |
| HOFMANN, CORINNE | 14 ELAN LN RONKONKOMA NY 11779 |
| HOLLIDAY, CYNTHIA | 460 TARA OAKS CT LAWRENCEVILLE GA 30043 |
| HOWELL, LAURA M | 420 THIRD AVENUE LINDENWOLD NJ 08021 |
| HUBBELL, JUDY A | 1927 EDGEWATER DRIVE CHARLOTTE NC 28210 |
| HUDGINS, RACHAEL | 7068 N MOONSONG TER TUCSON AZ 85741-2447 |
| HUNT, CYNTHIA | 3800 MONT BLANC TER BAKERSFIELD CA 93306 |
| IPOX, ANNA M | 8951 SE FULLER RD UNIT 15 HAPPY VALLEY OR 970863652 |
| IURADURI, KAREN A | 33600 MAPLETON AVE APT 1918 MURRIETA CA 92563-4469 |
| IZAGUIRRE CARPIO, LISSETTE | 10011 SW 24 ST MIRAMAR FL 33025 |
| JEAN MARIE, HEURTELOU | 202 STEWART ST ELMONT NY 11003 |

| Claim Name | Address Information |
|---|---|
| JOHNSON, LAUREN | 4114 DAVIS PL NW APT 319 WASHINGTON DC 200071279 |
| JOHNSON, SHELLEY M. | 1069 LEJAY ST ORLANDO FL 32825 |
| JONES WATTS, AYANNA J | 114 44 197TH ST SAINT ALBANS NY 11412 |
| JONES, ERICA L | 132 AMY ROAD HENDERSON TX 75652 |
| JONES, JERRIANN | 1623 QUIN STREET BOSSIER CITY LA 71112 |
| KASL, MICHELLE R | 912 E CHESTNUT DR TONGANOXIE KS 660865380 |
| KAY, MARY K | 309 SADDLE COURT CHESAPEAKE VA 23323 |
| KEEFE, SUSAN M | 40 ALBION ST BROCKTON MA 02301 |
| KEITH, HOLLY J | 2313 LANTANA DR GARLAND TX 75040 |
| KILDAY, JESSICA A | 666 KOELBEL COURT BALDWIN NY 11510 |
| KING, SHERYL | PO BOX 159 MAMARONECK NY 105430159 |
| KLINE, VANESSA J | 16576 SULTANA ST  APT 423 HESPERIA CA 92345-7949 |
| KNOWLTON, KRISTINE M (KRIS) | 430 SW 13TH AVE APT 810 PORTLAND OR 972052364 |
| LAFLESH, ALICIA | 29752 MELINDA RD APT 531 RCHO STA MARG CA 926883455 |
| LAHENS, JUDITH E | 7 CHELMSFORD DR WHEATLEY HEIGHTS NY 11798 |
| LAWSON, SUSAN | 5030 ARROWHEAD TRACE OAK FOREST IL 60452 |
| LEGG, CAROLYN J | 265 N CORDOVA AVE LE CENTER MN 56057 |
| LEHMANN, DAVID | 328 PARIS AVE SE APT 1 GRAND RAPIDS MI 49503-5460 |
| LETO, JOHN M | 55 SOUTH PARK DR NORTH MASSAPEQUA NY 11758 |
| LINTHICUM, SAMANTHA | 3000 JAMES MADISON HWY HAYMARKET VA 20169 |
| LIVERNOIS, SUSAN | 676 ROARING DR 243 ALTAMONTE SPRINGS FL 32714 |
| LOFFREDO, RAYMOND S (RAY) | 5578 JOWETT CT ALEXANDRIA VA 22315 |
| LONG, SHAYNA E | 301 ARLEN DR ROHNERT PARK CA 94928 |
| LOWE, AMBER L | 9210 PARKWAY SUBDIVISION ROAD LA PLATA MD 20646 |
| LOWE, JAMIE | 112 EAST 4TH AVENUE COLUMBUS OH 43201 |
| LYNCH, SHANA | 8603 WEST PAPAGO STREET TOLLESON AZ 85353 |
| LYNOTT, JULIE M | 2305 123RD PL SE BELLEVUE WA 980054148 |
| MACIAS, AUGUSTO | 42 MANLY PLACE NEW HYDE PARK NY 11040 |
| MARION, BRENT N | 221 C BARTON CREEK DR CHARLOTTE NC 28262 |
| MCCARTHY, CHRISTINA M | 35-05 72ND ST #4A JACKSON HEIGHTS NY 11372 |
| MCELROY, KATHY M | 759 LONGWOOD ROAD LEXINGTON KY 40503 |
| MCGUYER, JODY L | 737 OGDEN RD  APT A NEW LENOX IL 60451-4406 |
| MENEFEE, ODESSA | 1425 SHARON BROOK CT COLUMBUS OH 432291224 |
| MICHALESKO, JENNIFER | 675 WARBLER LN NEW LENOX IL 60451 |
| MIHAILESCU, IULIANA A | 1501 DETROIT AVE APT 6 CONCORD CA 94520 |
| MISDOM, CARLA I | 640 BRITTON ST ELIZABETH NJ 72022749 |
| MITCHELL, ANTHONY W | 1074 HARATIO AVE CORONA CA 92882 |
| MOLL, MANDY E | 12800 N. OVERLOOK DRIVE RANCHO CUCAMONGA CA 91739 |
| MONDESI, LUIS | 355 E 187TH ST I 52 BRONX NY 10458 |
| MURRAY, SILAS | 34 DRAYTON AVE BAY SHORE NY 11706 |
| NELMS, CHIRON G | 6490 S COCKERHILL RD #2221 DALLAS TX 75236 |
| NOTO, ANGELIQUE | 1736  W  LINDTON  ST #3 ALLENTOWN PA 18104 |
| NUNEZ, DANIELLE | 9760 CAMINITO BOLSA SAN DIEGO CA 92129 |
| ORELLANA, KIRK R. | 16311 S DAN OCONNELL DR PLAINFIELD IL 605869008 |
| ORNELAS REYMUNDO, REBECCA | 1952 W ORANGE GROVE AVE APT 2 POMONA CA 91768 |
| PALACIOS, CAESAR A | 808 KENNETH PL SE LEESBURG VA 20175 |
| PAUL, JOSEPH | 15327 HARROWGATE WAY WINTER GARDEN FL 347874700 |
| PAYNE, ANTHONY M (TONY) | 19497 HARDY ST. LIVONIA MI 48152 |
| PERALTA, CASSEY | 9616 N 52ND ST GLENDALE AZ 85302 |

| Claim Name | Address Information |
|---|---|
| PETERSEN, MIEVEA | 604 BRIDGE LN SE SMYRNA GA 300823838 |
| PETTEE, MICHAEL | 151 PIRATES RD LTL TORCH KEY FL 330425543 |
| PHILLIPS, JULIE | 1005 BEL MARIN KEYS BLVD NOVATO CA 949495334 |
| PIERCE, DEBBIE | 207 E OAK ST MCRAE GA 31055-4342 |
| PIERCE, LISA | 7102 ABRAHAMSON RD LUDINGTON MI 494318801 |
| PINEDA, VALERIE D | 1016 MATAMOROS PLAZA DALLAS TX 75211 |
| PISAYGNANE, ALANHGNA | 10106 NE 6TH AVE VANCOUVER WA 98685-5305 |
| POLLIARD, SANDRA K | 13358 DEERWOOD RD APPLE VALLEY CA 92308 |
| POTTS, SAMANTHA N. | 1158 CASELTON CT BEAUMONT CA 92223 |
| POWERS, PAULA | 15 MILDRED AVE RAYMOND NH 30772057 |
| PRICE, KELLY L | 2102 FRANKLIN BLVD NAMPA ID 83687 |
| RAMASWAMY, MRUTHYUNJAYA S | 626 OLD COUNTRY RD PLAINVIEW NY 11803 |
| RAMASWAMY, MRUTHYUNJAYA S | 1407 FAIRFAX WOODS DR APEX NC 27502 |
| RAMIREZ, GENEVA | 1981 BONIFACIO NUMBER 112 CONCORD CA 94520 |
| RAMIREZ, MONIQUE | 11872 E CEDARVILLE ST NORWALK CA 90650 |
| REYES, MILDRED M. | 67 JUNIPER STREET CENTRAL ISLIP NY 11722 |
| REYES, MILDRED M. | 8973 TAMAR DRIVE APT 302 COLUMBIA MD 21045 |
| REYES, OSCAR A. | 14226 JIB ST APT 21 LAUREL MD 20707 |
| RIETKERK, CRYSTAL M | 19333 BECHARD AVE CERRITOS CA 90703 |
| RIVERA, ROEL | 4513 EL CAMPO AVE FORT WORTH TX 76107 |
| ROBISON, JASON | 25 CONSTANCE ST BEDFORD NH 31105804 |
| RODRIGUEZ DOMINGUEZ, YANZI | 1950 N CARSON ST NUMBER 40 CARSON CITY NV 89701 |
| ROELLER, SHARLINE C | 7730 COAST JAY ST NORTH LAS VEGAS NV 89084 |
| ROMERO, MISTY | 2308 FISHER LN SALT LAKE CTY UT 841092502 |
| ROSA, MICHELE | 388 TERHUNE ST TEANECK NJ 76662415 |
| RUTHERFORD, KRISTINA | 7071 SEAL CIRCLE HUNTINGTON BEACH CA 92648 |
| SALAZAR JR, JULIO | 339 BRENTWOOD PKWY BRENTWOOD NY 11717 |
| SCHILL BERRY, DANIELLE K | 17 ADAMS CT FALL RIVER MA 02720-5903 |
| SCHOEDL, BRANDEN D | 2700 PETERSON PL APT 52C COSTA MESA CA 92626 |
| SHADE, VELVET D | 4219 SILVERADO TRL EUGENE OR 97404-4088 |
| SHAH, SIKANDAR A (JAY) | 2307 OLD TRAIL DR RESTON VA 201913005 |
| SILKWORTH, APRIL A | 6207 SHADOW RIDGE RUN FORT WAYNE IN 46804 |
| SIMOVITS, SHERRY | 4822 CLOVER COURT PLAINFIELD IL 60586 |
| SMITH, JOHNNY | 70 LONG BEACH RD HEMPSTEAD NY 11550 |
| ST JOHN, MICHAEL E | 745 HAZEL DELL RD CASTLE ROCK WA 98611-9440 |
| STEINMETZ, THOMAS J | 8818 MCNAB RD NUMBER 207 TAMARAC FL 33321 |
| STROCCHIA, DAVID A | 37 PARK ST BLUE POINT NY 117151310 |
| TAYLOR, DAMETRIA | 2583 COUNTRYSIDE CT. AUBURN HILLS MI 48326 |
| THOMAS, ARLICIA D | 2227 LAUREL RIVER BEND HOUSTON TX 77014 |
| TITLOW, CHRISTINA I | 160 PLATT CT VALLEJO CA 945892394 |
| TORCASI, DANIEL | 560 W 43RD ST APT 3D NEW YORK NY 10036-4300 |
| TRAVOSTINO, MEGAN E | 7901 BAYMEADOWS CIRCLE E APT 539 JACKSONVILLE FL 32256 |
| TSULEFF, MINDI | 8312 GRAND FOREST DR FORT WAYNE IN 46815 |
| TURNER, VIRGINIA D | 3130 STAG RD APT 1003 DALLAS TX 752411624 |
| UNGERLEIDER, SUSAN M | 492 15TH ST WEST BABYLON NY 11704 |
| VALLEJO, MARIA (CARMEN) | 12370 W ADAMS ST AVONDALE AZ 85323-8011 |
| VANOMMEREN, MATTHEW | 830 ATOM CT UNIONDALE NY 11553 |
| VATTEROTT, JOHN H | 602 TIMBER CREEK TR O FALLON MO 63368 |
| VENTURA, LEILAROSE C (LEILA) | 3958 COYOTE RIDGE COURT LAS VEGAS NV 89129 |

| Claim Name | Address Information |
|---|---|
| VITALE, PATRICIA | 206 GRANT AVE. FARMINGDALE NY 11735 |
| WAGNER, MICHAEL | 1115 OLD CEDAR RD MC LEAN VA 22102 |
| WALSH, KELLI-MARIE | 15210 AVALON DR NORTHBOROUGH MA 01532-2175 |
| WARREN, KENORIA | PO BOX 542122 GRAND PRAIRIE TX 750542122 |
| WEBER, LINDA | 56 COLONIAL RD COPIAGUE NY 11726-3504 |
| WILLIAMS, ALISON | 3324 RODGERS AVE FORT WAYNE IN 46803 |
| WOLLACK, TARA L | 183 DAKAR DR PACHECO CA 94553 |
| WROBLEWSKI, MARIA C | 659 BONNIE BRAE ERIE PA 16511 |
| WURTZ, CHRISTOPHER | 3347 N SOUTHPORT CHICAGO IL 60657 |
| YANOUPETH, JANY | 190 POWER DR VALLEJO CA 94589 |
| YARBROUGH, KARENA | P.O. BOX 5231 GLEN ALLEN VA 23058-5231 |

**Total Creditor count  207**