IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x  Chapter 11

In re:                                                                     :

                                                                       : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :

a Delaware corporation, et al.,[1]                                         : Jointly Administered

                                                                       :

    Debtors.                                               :

------------------------------------------------------------------------- x


**AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2014 AT 10:00 A.M. (ET)**


> **SINCE NOT MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
> CANCELLED WITH THE PERMISSION OF THE COURT.**


1.    Plan Trustee's Motion for an Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders [D.I. 11040, 11/25/14]

    Objection Deadline:   December 9, 2014 at 4:00 p.m. (ET)

    Related Documents:

        a)    Notice of Amended Proposed Order [D.I. 11046, 12/9/14]

        b)    Certification of Counsel [D.I. 11048, 12/11/14]

        c)    **Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders [D.I. 11050, 12/12/14]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amendments appear in bold.**

Objections Filed:

     a)     Informal Response of Wilmington Trust

Status: The informal response of Wilmington Trust was resolved per the Amended Proposed Order [D.I. 11046]. A certification of counsel has been filed. **An order has been entered.** No hearing is required.

Dated: December 15, 2014
     Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*_____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2

01:16387996.2

01:16387996.2