IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                     :   Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                            :
                                                                           :   Jointly Administered
                                        Debtors.                           :
------------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

January 30, 2015 at 10:00 a.m. (ET)

February 20, 2015 at 11:00 a.m. (ET)

March 31, 2015 at 10:00 a.m. (ET)

Dated: December 22, 2014
        Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:15402453.1