### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.[1], | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Obj. Deadline: February 13, 2015 at 4:00 PM (ET)** |
| | **Hr'g Date: February 20, 2015 at 11:00 A.M. (ET)** |

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) ALL CLAIMANTS WHOSE CLAIMS HAVE NOT BEEN RESOLVED; (III) ALL KNOWN PARTIES TO THREATENED OR PENDING LITIGATION INVOLVING THE DEBTORS; (IV) COUNSEL TO BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (V) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (VI) THE OFFICES OF THE ATTORNEYS GENERAL OF THE FIFTY STATES AND THE DISTRICT OF COLUMBIA; (VII) THE FEDERAL TRADE COMMISSION; (VIII) COUNSEL TO HOMEWARD RESIDENTIAL MORTGAGE SERVICING, INC.; (IX) THE SECURITIES AND EXCHANGE COMMISSION; (X) STATEN ISLAND LEGAL SERVICES; (XI) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002; (XII) EACH REQUESTING PARTY; (XIII) SECURITIES PLANTIFFS; AND (XIV) PARTIES WHO HAVE SERVED A THIRD-PARTY SUBPOENA ON THE PLAN TRUSTEE.

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **February 13, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline") with the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:16594714.1

United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 20, 2015 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         January 30, 2015

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ *Margaret Whiteman Greecher*
                Sean M. Beach (No. 4070)
                Margaret Whiteman Greecher (No. 4652)
                Patrick A. Jackson (No. 5275)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Edward L. Schnitzer
                488 Madison Avenue
                New York, New York  10022
                Telephone:  (212) 478-7200
                Facsimile: (212) 478-7400

                *Counsel for the Plan Trustee*