# EXHIBIT A

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------------x

**ORDER GRANTING THE MOTION FOR AN ORDER PURSUANT TO
11 U.S.C. §§ 105, 363 and 554 AUTHORIZING THE ABANDONMENT
AND DESTRUCTION OF DOCUMENTS AND RECORDS**

Upon consideration of the Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (the "Motion")[1]; and upon the Declaration of Steven D. Sass in Support of the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and finding good and sufficient cause to grant the Motion as set forth herein; and good and adequate notice of the Motion having been given; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that any objections relating to the abandonment and destruction of the Miscellaneous Business Records, 2003/2004/2005 Loan Files and the Unreturned Loan Files in accordance with this Order are hereby overruled; and it is further

**ORDERED**, that the Plan Trustee is authorized to immediately abandon and destroy or otherwise dispose of the Miscellaneous Business Records (as detailed on annexed Exhibit "A") and the 2003/2004/2005 Loan Files; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

01:16601939.1

2

**ORDERED**, that the Plan Trustee is authorized to immediately abandon and destroy any Unreturned Loan Files for which the related Requesting Party has not provided the Plan Trustee with sufficient delivery instructions and/or Return Costs prior to the Objection Deadline; and it is further

**ORDERED,** that the Plan Trustee is authorized to destroy documents pursuant to this Order in a manner consistent with the standard set forth in 16 C.F.R. § 682.3 and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

**ORDERED** that the Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation of this Order.

Dated: February __, 2015

_____
HON. CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE