**EXHIBIT C**

| Skid ID | Category | Description of Types of Documents |
|---|---|---|
| A | Accounting / Financial Reporting | Invoices and bills, journal entries, check requests and cancelled checks, bank statements and financial reports and statements |
| B | Broker Package | Documentation related to independent loan broker applications and AHM's review of those applications |
| M | Construction Lending | Documentation related to origination and servicing of construction loans, including work papers, reports and memos, but not including borrower loan files |
| M | Desk Contents | General documentation maintained by individual employees at AHM's corporate headquarters and branch office locations that is not covered by another more specific category |
| M | E-mail / Faxes (hard copy printouts) | Printed e-mail and facsimile correspondence |
| M | Employer Communications | Manuals and handbooks, including underwriting guidelines, employee notices, departmental and HR notices and policies and procedures |
| A | Expense Reports | Employee expense requests and reports relating to reimbursement of out-of-pocket business related expenses |
| M | Facilities | Branch-related documents, including those related to leases, floor plans, maintenance, etc. |
| M | Great Oak | Documentation related to this debtor entity which provided title services |
| H | Human Resources | Employment agreements, applications, resumes and employee files |
| L | Legal | Documentation related to compliance and regulatory matters, licensing, contracts, litigation and complaints and documents related to corporate governance (formation, board of directors, shareholders, etc.) |
| M | Magazines / Newspaper / Articles | Magazines, newspapers and industry articles |
| M | Mail | Mail not covered by another more specific category |
| M | Notebooks | Notebooks containing handwritten notes of AHM employees |
| H | Payroll | Payroll records and files, including those created by ADP and other payroll processors and service providers |
| M | Personal Items | Pictures, calendars etc. |
| M | Promotional Materials | Marketing materials for AHM events and other general marketing and advertising materials |
| M | Reports | Hard copy reports prepared by AHM or third-parties |
| M | Risk Management | Documents related to the due diligence of AHM vendors (does not include the vendor contracts) and quality control and post-closing loan review |
| M | Secondary / Capital Markets / Securitizations | Agreements, trade confirmations and documents related to the sale and/or securitization of mortgage loans |
| A | Tax | Federal, state and local tax returns, including work papers related thereto |
| M | Training Manuals | Training manuals and materials |
| A | Treasury | Bank statements, treasury reports and documents related to loan fundings and sales, warehouse facilities and borrowings and wire requests and transfers |