**EXHIBIT E**

EXHIBIT E
TO
MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

| Unreturned Loan File | Requesting Party A | Requesting Party B |
|---|---|---|
| 923741 | JPM-Litigation Defendants | Deutsche Bank National Trust Company |
| 1128471 | JPM-Litigation Defendants | Deutsche Bank National Trust Company |
| 1148744 | JPM-Litigation Defendants | Deutsche Bank National Trust Company |
| 1211213 | JPM-Litigation Defendants | Deutsche Bank National Trust Company |
| 1220311 | JPM-Litigation Defendants | Deutsche Bank National Trust Company |
| 31634 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 517321 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 534976 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 535663 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 549834 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 576588 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 5087994 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 5087994 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 5411687 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Deutsche Bank National Trust Company |
| 1614443 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Homeward Residential f/k/a American Home Mortgage Servicing, Inc. |
| 161443 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 317537 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 323152 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 323152 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 509270 | Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 949971 | Federal Home Loan Mortgage Corporation | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. |
| 1653598 | Lehman Brothers Holdings Inc. | Bear Stearns |
| 419363 | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. | Deutsche Bank National Trust Company |
| 693198 | Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. | Deutsche Bank National Trust Company |