# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

### DECLARATION OF DANIEL V. DORRIS IN OPPOSITION TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

1. My name is Daniel V. Dorris. I am over the age of 18 and competent to testify and make this Declaration. I am associated with Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for the National Credit Union Administration Board, in its capacity as conservator and liquidating agent for U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Constitution Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union.

2. All facts set forth in this Declaration and Objection are based upon my personal knowledge, upon my review of relevant documents, upon my opinion based upon my experience and knowledge of the Debtors' business and document storage practices, or upon information provided to me by third parties. If I were called upon to testify, I could and would testify competently to the facts set forth in this Declaration and Objection.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct ot the best of my knowledge, information, and belief.

Dated: February 13, 2015                                         /s/ Daniel V. Dorris
                                                                                    Daniel V. Dorris