# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Daniel V. Dorris, hereby certify that on February 13, 2015, I caused the National Credit Union Administration Board's Objection to Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records to be served on all parties registered as of that date with the CM/ECF system for the United States Bankruptcy Court for the District of Delaware in this case. In addition, the Objection was sent via first class mail:

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Patrick A. Jackson (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 1980I<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 | HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400 |

*Counsel for Plan Trustee*

| | |
|---|---|
| Dated: February 13, 2015<br>Washington, D.C. | /s/ Daniel V. Dorris<br>Daniel V. Dorris |