IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :    (Jointly Administered)
        Debtors.                                    :
                                                    :
---------------------------------------------------------------------x

**WESTERN & SOUTHERN'S OBJECTION TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS**

Pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure, The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc. (collectively, "Western & Southern") hereby object to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (ECF No. 11058.) (the "Abandonment and Destruction Motion"). In support of its objection, Western & Southern states:

**BACKGROUND**

1.      On August 6, 2007, the Debtors[1] filed voluntary petitions for relief under Chapter 11 of Title II of the United States Code. The Debtors are operating their businesses as Debtors in Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Abandonment and Destruction Motion (ECF Docket No. 11058).

2. Western & Southern is an investor in residential mortgage-backed securities and a party-in-interest to this proceeding. American Home Mortgage Corp, a Debtor, has originated thousands of loans underlying Western & Southern's RMBS purchases. Western & Southern's RMBS purchases are subject to litigations and government actions across the nation, including actions filed by Western & Southern. These actions generally allege that the offering documents for the RMBS contained misrepresentations regarding the underlying residential mortgage loans because the loans were not originated according to applicable underwriting guidelines or that RMBS trustees breached duties relating to the administration of RMBS trusts.

3. An example of such an action is *The Western & Southern Life Ins. Co. et al. v. JPMorgan Chase Bank, N.A., et al.,* No. 11-495-SJD (S.D. Ohio) ("*Western & Southern v. JPMorgan*"). On June 22, 2011, Western & Southern filed a complaint against JPMorgan Chase Bank, N.A.; J.P. Morgan Mortgage Acquisition Corporation; J.P. Morgan Securities LLC; J.P. Morgan Acceptance Corporation I; WaMu Asset Acceptance Corporation; WaMu Capital Corporation; and Washington Mutual Mortgage Securities Corporation (the "JPM and WaMu Defendants") asserting claims involving mortgage loans and mortgage loan files underlying several residential mortgage-backed securitizations. Western & Southern's claims relate in part to loans originated by American Home Mortgage Corp.

4. On August 1, 2011 and March 8, 2012 Western & Southern filed amended complaints in *Western & Southern v. JPMorgan*, and on October 16, 2014 the court sustained the majority of Western & Southern's claims against the JPM and WaMu Defendants.

5. On January 30, 2015 the Plan Trustee filed a Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records.

**OBJECTION**

6.       The Debtors maintain hard copy loan files in the Plan Trustee's facility in Farmingdale, New York. *See* Abandonment and Destruction Motion, ¶5. To the extent that the servicers, originators, and trustees of Western & Southern's RMBS purchases have not received the return of hard copy loan files, Western & Southern objects to their destruction. Western & Southern believes the facility might contain hard copy loan files of the loans underlying many of Western & Southern's RMBS purchases, a list of which is attached herein as Exhibit A. These loan files should not be destroyed.

7.       Western & Southern also believes that the facility contains hard copy loan files directly relevant to Western & Southern's claims in *Western & Southern v. JPMorgan.* It is likely that the facility contains 211 hard copy loan files relating to Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-7 Trust ("WMALT 2005-7"), one of the RMBS underlying *Western & Southern v. JPMorgan.* American Home Mortgage Corp originated 211 loans underlying WMALT 2005-7, and the loans were at one point serviced by Washington Mutual Bank, FA.[2]

8.       In addition, JPM Litigation Defendants and JPM Securities have requested over 100 mortgage loan files that remain unreturned. *See* Exhibit D to Abandonment and Destruction Motion. These specific loans may relate to loans underlying the RMBS in *Western & Southern v. JPMorgan*, as JPMorgan has an obligation to produce loan files in that action.

---

[2] The facility may also contain mortgage loan files underlying the other RMBS at issue in *Western & Southern v. JPMorgan:* J.P. Morgan Alternative Loan Trust, Series 2005-Sl; J.P. Morgan Mortgage Trust, Series 2005-S3; J.P. Morgan Acquisition Trust, Series 2006-WFl; J.P. Morgan Acquisition Trust, Series 2007-CHl; Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-9 Trust; Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-4 Trust; Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-5 Trust; Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 Trust; and Washington Mutual Mortgage Pass-Through Certificates, WMALT Series2007-0A3 Trust.

9. Western & Southern has no reason to believe that the electronic loan files suffer from data integrity issues, however, if the Debtor cannot provide reasonable assurance that the documents for which destruction is contemplated are duplicative of the electronic loan files, destruction should not be permitted.

WHEREFORE, Western & Southern respectfully requests that the Court (i) deny the Abandonment and Destruction Motion to the extent that the Debtors seek to destroy any files or records relating to mortgages loans underlying the RMBS identified in Exhibit A to this opposition, or, in the alternative (ii) enter an order requiring the Debtors to affirm that the entirety of every mortgage loan file relating to a mortgage loan underlying the RMBS identified in Exhibit A in the facility has been electronically stored, and (iii) grant Western & Southern such other and further relief as the Court deems just and proper.

Dated: February 12, 2015

Respectfully submitted,

*/s/ Steven S. Fitzgerald*
Steven S. Fitzgerald
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
dwollmuth@wmd-law.com
sfitzgerald@wmd-law.com
(212) 382-3300

*Counsel for Plaintiffs, The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.*