IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | |
| Debtors. | : | |
| | : | |

---

### DECLARATION OF STEVES S. FITZGERALD IN OPPOSITION TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

1.     My name is Steven S. Fitzgerald.  I am over the age of 18 and competent to testify and make this Declaration.  I am associated with Wollmuth Maher & Deutsch, LLP, counsel for The Western and Southern Life Insurance Company, Western- Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.

2.     All facts set forth in this Declaration are based upon my personal knowledge, upon my review of relevant documents, upon my opinion based upon my experience and knowledge of the Debtors' businesses and document storage practices or upon information provided to me by third-parties.  If I were called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

3.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 12, 2015                              */s/ Steven S. Fitzgerald*
                                                      Steven S. Fitzgerald