IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                :
                                                      :    Chapter 11
                                                      :
AMERICAN HOME MORTGAGE                                :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,       :
                                                      :    (Jointly Administered)
       Debtors.                                       :
                                                      :
------------------------------------------------------------------------x

# PHOENIX LIGHT'S OBJECTION TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

Pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure, Phoenix Light SF Limited, as a holder of residential mortgage-backed securities issued by certain trusts, and in the right of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Blue Heron Funding IX Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Limited, C-BASS CBO XVII Ltd. and C-BASS CBO XIV Ltd., and each of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Blue Heron Funding IX Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC and Silver Elms CDO II Limited, in their own right as holders of RMBS issued by other Covered Trusts (collectively, "Phoenix Light") hereby object to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (ECF No. 11058.) (the "Abandonment and Destruction Motion"). In support of its objection, Phoenix Light states:

## BACKGROUND

1. On August 6, 2007, the Debtors[1] filed voluntary petitions for relief under Chapter 11 of Title II of the United States Code. The Debtors are operating their businesses as Debtors in Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Phoenix Light is an investor in residential mortgage-backed securities and a party in interest to this proceeding. American Home Mortgage Corp, a Debtor, has originated mortgage loans underlying Phoenix Light's RMBS purchases. These RMBS are subject to litigations and government actions across the nation, including actions filed by Phoenix Light.

3. Phoenix Light has brought five separate actions against various trustees in the Southern District of New York that may be affected by the abandonment and destruction of the hard copy loan files (Docket Nos. 1:14-cv-10104; 1:14-cv-10116; 1:14-cv-10103; 1:14-cv-10101; and 1:14-cv-10102). Phoenix Light's lawsuits allege that the trustees failed to perform certain duties relating to the relating to the administration of RMBS trusts, including ensuring that all collateral documents for the loan files were delivered to the trustee and forcing the responsible parties to repurchase any loans that breached certain representations and warranties (*e.g.*, that the loans complied with applicable underwriting guidelines). The loan files are evidence in these cases, which Phoenix Light intends to use to prove its claims.

4. On January 30, 2015 the Plan Trustee filed a Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records.

## OBJECTION

5. The Debtors maintain hard copy loan files in the Plan Trustee's facility in

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Abandonment and Destruction Motion (ECF Docket No. 11058).

Farmingdale, New York. *See* Abandonment and Destruction Motion, ¶5. To the extent that the servicers, originators, and trustees of Phoenix Light's RMBS purchases have not received the return of Hard Copy Files, Phoenix Light objects to their destruction. Phoenix Light's actions against the trustees are still at an early stage, and Phoenix Light has yet to conduct discovery. However, because American Home Mortgage Corp originated loan files underlying certain of Phoenix Light's RMBS purchases,[2] Phoenix Light expects that the facility might contain hard copy loan files relevant to Phoenix Light's claims.

6.      In addition, Deutsche Bank Trust Company and Wells Fargo Bank, N.A., defendants in Phoenix Light's pending lawsuits in the Southern District of New York, have requested over 8500 mortgage loan files that remain unreturned. *See* Exhibit D to Abandonment and Destruction Motion. These specific loans may relate to loans underlying the RMBS in Phoenix Light's lawsuits

7.      Phoenix Light has no reason to believe that the E-Loan Files suffer from data integrity issues, however, if the Debtor cannot provide reasonable assurance that the documents for which destruction is contemplated are duplicative of the electronic loan files, destruction should not be permitted.

WHEREFORE, Phoenix Light respectfully requests that the Court (i) deny the Abandonment and Destruction Motion to the extent that the Debtors seek to destroy any files or records relating to mortgages loans underlying the RMBS identified in Exhibit A to this opposition*,* or, in the alternative (ii) enter an order requiring the Debtors to affirm that the entirety of every mortgage loan file relating to a mortgage loan underlying the RMBS identified

---

[2] DBALT 2006-AB4 Trust; AHM 2006-1 Trust; JPALT 2007-A2; MSM 2006-16AX; and MSM 2006-6AR.

in Exhibit A in the facility has been electronically stored, and (iii) grant Phoenix Light such other and further relief as the Court deems just and proper.

Dated: February 12, 2015                      Respectfully submitted,

*/s/ Steven S. Fitzgerald*
Steven S. Fitzgerald
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
dwollmuth@wmd-law.com
sfitzgerald@wmd-law.com
(212) 382-3300

*Counsel for Phoenix Light*

**Exhibit A**

DBALT 2006-AB4 Trust
AHM 2006-1 Trust
JPALT 2007-A2 Trust
MSM 2006-16AX Trust
MSM 2006-6AR Trust