IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                              :    (Jointly Administered)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :
         Debtors.                                   :
                                                    :
------------------------------------------------------------------------x
```

### DECLARATION OF STEVES S. FITZGERALD IN OPPOSITION TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

1. My name is Steven S. Fitzgerald. I am over the age of 18 and competent to testify and make this Declaration. I am associated with Wollmuth Maher & Deutsch, LLP, counsel for Phoenix Light SF Limited, as a holder of residential mortgage-backed securities issued by certain trusts, and in the right of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Blue Heron Funding IX Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Limited, C-BASS CBO XVII Ltd. and C-BASS CBO XIV Ltd., and each of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Blue Heron Funding IX Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC and Silver Elms CDO II Limited.

2. All facts set forth in this Declaration are based upon my personal knowledge, upon my review of relevant documents, upon my opinion based upon my experience and knowledge of the Debtors' businesses and document storage practices or upon information provided to me by third-parties. If I were called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

3.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 12, 2015				*/s/ Steven S. Fitzgerald*
						Steven S. Fitzgerald