IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 11
                                                    :        Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                              :        (Jointly Administered)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :
    Debtors.                                        :
                                                    :
---------------------------------------------------------------------x

## Certificate of Service

    I, Rahil Kamran-Rad, hereby certify that on February 13, 2015, I caused Phoenix Light's Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records to be served on all parties registered as of that date with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case. In addition, Phoenix Light's Objection to the Plan Trustee's Motion for an Order Pursuant to II U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records was sent on February 12, 2015 to the following, via FedEx (for delivery February 13, 2015):

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 1980I
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

Dated: February 12, 2015                         */s/ Rahil Kamran-Rad*
New York, NY                                       Rahil Kamran-Rad