IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered) |

**LIMITED OBJECTION TO THE PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS**

The Federal Home Loan Bank of San Francisco, the Federal Home Loan Bank of Seattle, and the Federal Deposit Insurance Corporation, in its capacity as Receiver for certain failed banks (collectively, the "Objectors") respectfully submit this Limited Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records.

**LIMITED OBJECTION**

The Objectors respectfully request that any order approving the Motion and authorizing the abandonment and destruction of documents exclude the Hard Copy Loan Files (as that term is defined in the Motion) for loans originated in 2004 or the first eight months of 2005 (the "Excluded Files").

The Objectors have brought various litigations in which they have asserted claims related to their purchases of residential mortgage backed securities, including federal and state securities law claims. In some cases, the securities are backed, in whole or in part, by loans that American Home Mortgage purchased or originated during 2004 or the first eight months of 2005. The chart below is a list of cases where one of the Objectors bought a security that was backed, or may

have been backed, by loans that AHM purchased or originated in 2004 or the first eight months of 2005:

| | |
|---|---|
| *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al., No. CGC-10-497839; Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al., No. CGC-10-497840* | HVMLT 2006-7 |
| | MALT 2006-2 |
| | MARM 2007-1 |
| *Federal Home Loan Bank of Seattle v. RBS Securities, Inc.,et al., No. 09-2-46347-6 SEA* | AHMA 2005-2 |
| *Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and Receiver for Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC, et al., No. 12-CV-4000* | CMALT 2006-A6 |
| | CSMC 2006-6 |
| | RALI 2006-QS6 |
| | RALI 2006-QS16 |
| | RALI 2006-QS18 |
| *Federal Deposition Insurance Corporation as Receiver for Colonial Bank v. Banc of America Funding Corporation, et al., No. 03-CV-2012-90135* | CSMC 2006-1 |
| | CSMC 2006-7 |
| *Federal Deposit Insurance Corporation as Receiver for Colonial Bank v. Chase Mortgage Finance Corporation, et al., No. 14-3648* | CMALT 2007-A2 |
| | CMALT 2007-A3 |
| | RALI 2007-QS3 |
| | WFMBS 2007-7 |
| *Federal Deposit Insurance Corporation as Receiver for Guaranty Bank v. Deutsche Bank Securities, Inc. and Goldman Sachs & Co., No. 14-51066* | RALI 2005-QO1 |
| | RALI 2005-QO5 |
| *Federal Deposit Insurance Corporation as Receiver for United Western Bank v. Banc of America Corporation, et al., No. 14-CV-00418-PAB-MJW* | HVMLT 2006-7 |
| | MSM 2006-1AR |
| | MSM 2006-3AR |

In each of the cases, the relevant Objector has alleged that the offering materials contained misstatements related to the underwriting of the underlying loans, as well as certain characteristics of the loans. In support of their claims, the Objectors have sought, or will seek, discovery of loan files related to the underlying loans. In many cases, the Objectors already have

- 3 -

obtained discovery of relevant loan files, and likely will not need additional discovery from AHM. That said, even in those cases, the Objectors cannot foreclose the possibility that additional discovery of loan files will be necessary in order to respond either to a position taken by a defendant or an order issued by a presiding court. For example, each Objector has retained an expert who will testify about the underwriting of a sample of the underlying loans for each security. Defendants in the Objectors' cases have contested, or will contest, the adequacy of the loan samples. If a court were to agree with a defendant's position on sampling, it might be necessary for the Objector to seek discovery of additional loan files from AHM.

## CONCLUSION

For the reasons set forth above, the Objectors respectfully ask that the Court grant the relief requested in this limited objection and such other and further relief as the Court deems appropriate.

Dated: February 16, 2015
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

**/s/ Brian Arban**
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

-and-

GRAIS & ELLSWORTH LLP
David J. Grais, Esq.
Kathryn E. Matthews, Esq.
J. Ross Wallin, Esq.
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 755-0100
Fax (212) 755-0052
*Counsel to Objectors*
