**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2015, I caused copies of the foregoing Limited Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records to be served via electronic mail upon the parties listed on the attached matrix.

Dated: February 16, 2015         /s/ **Brian Arban**
    Wilmington, Delaware        Brian Arban (DE No. 4511)
                                         Hiller & Arban, LLC
                                         1500 North French Street, 2nd Floor
                                         Wilmington, Delaware 19801
                                         (302) 442-7676 telephone
                                         barban@hillerarban.com