Sean M. Beach, Esquire
Margaret Whitman Greecher, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*sbeach@ycst.com*
*mgreecher@ycst.com*
*pjackson@ycst.com*

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801
*mark.kenney@usdoj.gov*

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*mindelicato@hahnhessen.com*
*eschnitzer@hahnhessen.com*