# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, Esq., hereby certify that on February 17, 2015, I caused a copy of the following document to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System and on the following parties via hand delivery for addresses in Wilmington, Delaware and FedEx to all others:

- Limited Objection of U.S. Bank National Association, as Trustee, to Plan Trust's Motion Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the Abandonment and Destruction of Documents

**Dated:  February 17, 2015**             **DORSEY & WHITNEY (DELAWARE) LLP**

/s/   Alessandra Glorioso
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177

*Attorneys for U.S. Bank National Association, in its capacity as Trustee of Citigroup Mortgage Loan Trust 2007-AR7*

Service List

Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Patrick A. Jackson, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022