**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | Re: Docket No. 11067 |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, hereby certify that on the 17$^h$ day of February 2015, a true and correct copy of the *Objection Of Ocwen Loan Servicing, LLC And Ocwen Financial Corp. To Motion For An Order Pursuant To 11 U.S.C. §§ 105, 363 And 554 Authorizing The Abandonment And Destruction Of Documents And Records* was served upon the following addressees listed below in the manners indicated:

**VIA HAND DELIVERY
AND E-MAIL IN PDF**
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
E-mail: sbeach@ycst.com
           mgreecher@ycst.com
           pjackson@ycst.com

**VIA FIRST CLASS MAIL
AND E-MAIL IN PDF**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mindelicato@hahnhessen.com
           eschnitzer@hahnhessen.com

By:   /s/ Kurt F. Gwynne
      Kurt F. Gwynne (No. 3951)
      REED SMITH LLP
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      kgwynne@reedsmith.com