IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                          :    Chapter 11
                                                                                :
                                                                                :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                           :
a Delaware corporation, et al., [1]                                             :    Jointly Administered
                                                                                :
        Debtors.                                                                :
------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 20, 2015 AT 11:00 A.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1.      Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
        Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11058,
        1/30/15]

        Objection Deadline:    February 13, 2015 at 4:00 p.m. (ET), extended for Federal Home
                               Loan Bank of San Francisco, Federal Home Loan Bank of Seattle
                               and Federal Deposit Insurance Corporation to February 16, 2015 at
                               4:00 p.m. (ET) and Ocwen Loan Servicing, LLC and Ocwen
                               Financial Corp., U.S. Bank and Wells Fargo to February 17, 2015
                               at 4:00 p.m. (ET)

        Objections Filed:

                a)      National Credit Union Administration Board's Objection to Plan Trustee's
                        Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
                        Authorizing the Abandonment and Destruction of Documents and Records
                        [D.I. 11061, 2/13/15]

                b)      Western & Southern's Objection to Plan Trustee's Motion for an Order
                        Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment
                        and Destruction of Documents and Records [D.I. 11062, 2/13/15]

                c)      Phoenix Light's Objection to Plan Trustee's Motion for an Order Pursuant
                        to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and
                        Destruction of Documents and Records [D.I. 11063, 2/13/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American
Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American
Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home
Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York
corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM
Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

d)      Federal Home Loan Bank of San Francisco, Federal Home Loan Bank of
        Seattle, and Federal Deposit Insurance Corporation's Limited Objection to
        the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363
        and 554 Authorizing the Abandonment and Destruction of Documents and
        Records [D.I. 11064, 2/16/15]

e)      Limited Objection of U.S. Bank National Association, as Trustee, to Plan
        Trust's Motion Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the
        Abandonment and Destruction of Documents [D.I. 11065 and 11066,
        2/17/15]

f)      Objection of Ocwen Loan Servicing, LLC and Ocwen Financial Corp. to
        Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
        Authorizing the Abandonment and Destruction of Documents and Records
        [D.I. 11067, 2/17/15]

g)      Limited Objection and Reservation of Rights of TCRS to the Motion of
        the Plan Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
        Authorizing the Abandonment and Destruction of Documents and Records

h)      Limited Objection and Reservation of Rights of TCDRS to the Motion of
        the Plan Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
        Authorizing the Abandonment and Destruction of Documents and Records

i)      Limited Objection and Reservation of Rights of the Commonwealth of
        Virginia to the Motion of the Plan Trustee to the Motion Pursuant to 11
        U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and
        Destruction of Documents and Records

j)      Donald G. and Shaun Rosene's Objection to the Plan Trustee to the
        Motion Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the
        Abandonment and Destruction of Documents and Records

2

        k)       Informal Response of Wells Fargo

        l)       Informal Response of Federal Home Loan Mortgage Corporation

Status: This matter will be going forward.


Dated: February 18, 2015            YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                                    */s/ Sean M. Beach*
                                      Sean M. Beach (No. 4070)
                                      Margaret Whiteman Greecher (No. 4652)
                                      Patrick A. Jackson (No. 4976)
                                        Michael S. Neiburg (No. 5275)
                                      1000 North King Street
                                      Wilmington, Delaware  19899
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400

                                      *Co-Counsel to the Plan Trustee*

01:16652812.1