## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>American Home Mortgage<br>Holdings, Inc. *et al.,*<br><br>                                  Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Hearing Date: 2/20/15 at 11:00 a.m. (ET)<br>Objection Deadline: 2/13/15 at 4:00 p.m. (ET)<br>Related to Docket Nos. 11058, 11064 |

### JOINDER OF THE FEDERAL HOME LOAN BANK OF BOSTON TO THE LIMITED OBJECTION OF THE FEDERAL HOME LOAN BANK OF SEATTLE, THE FEDERAL HOME LOAN BANK OF SAN FRANCISCO, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION TO THE ABANDONMENT MOTION OF THE PLAN TRUSTEE

The Federal Home Loan Bank of Boston ("FHLB Boston"), by its undersigned counsel, hereby joins in the limited objection of the Federal Home Loan Bank of Seattle, the Federal Home Loan Bank of San Francisco, and the Federal Deposit Insurance Corporation's (collectively, "the Objectors") limited objection ("Objection", D.I. 11064) to the Plan Trustee's Motion to abandon documents and records, and in support thereof state as follows:

### JOINDER

1.      FHLB Boston adopts and incorporates the arguments and assertions set forth in the Objection and reserve all rights to be heard before this Court with regard to the Plan Trustee's Abandonment Motion.

2.      FHLB Boston is a federally chartered, privately capitalized, and independently managed bank.  It is part of the Federal Home Loan Bank system, created by Congress to support residential mortgage lending and related community development—a goal that the Federal Home Loan Banks support by providing their member financial institutions with access to affordable capital and other programs.

FHLB Boston invested in private label mortgage backed securities ("PLMBS").  PLMBS are securities backed or collateralized by residential mortgages.  The value of the PLMBS is heavily dependent upon the quality of the mortgage loans backing the PLMBS.

3.      American Home Mortgage Corp. and American Home Mortgage Investment Corp. (jointly, "the Debtors") originated some of the mortgages backing the following PLMBS (the "AHM PLMBS") purchased by FHLB Boston:

| AHM 2005-2 | BALTA 2007-2 | JPALT 2007-A2 |
| AHMA 2006-6 | BALTA 2007-3 | LUM 2006-7 |
| AHMA 2007-2 | BSMF 2006-AR2 | MARM 2005-8 |
| AHMA 2007-5 | BSMF 2007-AR4 | MSM 2006-13ARX |
| ARMT 2006-1 | DBALT 2006-AR2 | MSM 2006-16AX |
| ARMT 2006-3 | DBALT 2006-AR3 | MSM 2006-8AR |
| ARMT 2007-1 | DBALT 2006-AR4 | MSM 2006-9AR |
| BALTA 2005-10 | DBALT 2006-AR5 | MSM 2007-2AX |
| BALTA 2006-5 | DBALT 2007-AR1 | MSM 2007-5AX |
| BALTA 2006-6 | HVMLT 2006-7 | MSM 2007-7AX |
| BALTA 2006-7 | IMSA 2005-2 | NAA 2007-3 |
| BALTA 2007-1 | JPALT 2006-A3 | |

FHLB Boston has initiated litigation over these PLMBS.  The total face value of the above PLMBS purchased by FHLB Boston is approximately $1.8 billion.

4.      As set forth in the Objection, the Plan Trustee's motion should be denied to the extent it seeks the immediate destruction of Hard Copy Loan Files for loans originated in 2004 or the first eight months of 2005.  Like the Objectors, FHLB Boston has brought

litigation asserting claims that the offering materials for the AHM PLMBS contain misstatements related to the underwriting of the underlying loans, as well as certain characteristics of the loans.  In support of these claims, FHLB Boston has sought, or will seek, discovery of loan files relating to the underlying loans.  Given this, FHLB Boston, like the Objectors, cannot foreclose the possibility that it may need to seek discovery of loan files from the Debtors for the loans they originated and were incorporated into the AHM PLMBS.

5.    For these reasons, and the reasons set forth in the Objection, FHLB Boston objects to the relief sought in the motion.

WHEREFORE, FHLB Boston respectfully requests that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated: February 18, 2015
Wilmington, Delaware

_____/s/ *Carmella P. Keener*_____
Carmella P. Keener (Del. Bar No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899
(302) 656-4433
ckeener@rmgglaw.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Dean Kawamoto
dkawamoto@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Plaintiff the Federal Home Loan Bank of Boston*