## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on this 18th day of February, 2015, I caused the foregoing **Joinder Of The Federal Home Loan Bank Of Boston To The Limited Objection Of The Federal Home Loan Bank Of Seattle, The Federal Home Loan Bank Of San Francisco, And The Federal Deposit Insurance Corporation To The Abandonment Motion Of The Plan Trustee** to be served electronically on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware **and** the parties listed below in the manner indicated:

| | |
|---|---|
| **Facsimile: 302-571-1253** | **Facsimile: 212-478-7400** |
| **E-mail: bankfilings@ycst.com** | **E-mail: mindelicato@hahnhessen.com** |
| Sean M. Beach, Esquire | eschnitzer@hahnhessen.com |
| Margaret Whiteman Greecher, Esquire | Mark S. Indelicato, Esquire |
| Patrick A. Jackson, Esquire | Edward L. Schnitzer, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HAHN & HESSEN LLP |
| Rodney Square | 488 Madison Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | |

Dated: February 18, 2015            **ROSENTHAL, MONHAIT & GODDESS, PA**

By     */s/ Carmella P. Keener*
          Carmella P. Kenner, Esq. (DE 2810)
          919 N. Market Street, Suite 1401
          P.O. Box 1070
          Wilmington, Delaware  19899-1070
          Telephone: (302) 656-4433
          Facsimile: (302) 658-7567
          E-mail: ckeener@rmgglaw.com

          *Attorneys for Plaintiff the Federal Home Loan Bank of Boston*