# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., A Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves for the admission *pro hac vice* of Michael R. Carney, Esquire to represent U.S. Bank National Association, in its capacity as Trustee of Citigroup Mortgage Loan Trust 2007-AR7, in the above captioned bankruptcy cases.

Dated:  February 18, 2015

      /s/  Robert W. Mallard
**DORSEY & WHITNEY (DELAWARE) LLP**
Eric Lopez Schnabel (DE No. 3672)
Robert W. Mallard (DE No. 4279
Alessandra Glorioso (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

    Honorable Christopher S. Sontchi
    United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  February 18, 2015

    /s/ *Michael R. Carney*
Michael R. Carney
**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, NY 11036
Telephone: (212) 402-9414
Telephone: (212) 402-9444
Email:  mcarney@mckoolsmith.com