**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x
In re:                                                             :
                                                                   : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 : Case No. 07-11047 (CSS)
                                                                   :
   Debtors.                                                        : Jointly Administered
                                                                   :
------------------------------------------------------------------ x **Ref. Docket No. 11058**


**PLAN TRUSTEE'S MOTION FOR ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING LEAVE AND PERMISSION TO FILE ITS REPLY TO THE OBJECTIONS FILED WITH RESPECT TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS**

Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the trust (the "Plan Trust") established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), hereby requests by this motion (the "Motion"), entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Plan Trust leave and permission to file its *Reply to Objections to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, PO Box 10550, Melville, New York 11747.

01:16707861.1

*and Records* (the "Reply"), a copy of which is attached hereto as **Exhibit B**.  In support of the Motion, the Plan Trustee respectfully represents as follows:

1. On January 30, 2015, the Plan Trust filed its *Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records* [D.I. 11058] (the "Document Destruction Motion").

2. A hearing to consider the Document Destruction Motion is scheduled for February 20, 2015 (the "Hearing").  Parties in interest were required to file objections, if any, to the Document Destruction Motion by February 13, 2015 (the "Objection Deadline").

3. Prior to the Objection Deadline, certain parties requested extensions of the Objection Deadline.  The Plan Trust agreed to extend the Objection Deadline to certain parties, as is customary in Delaware practice and consistent with the Local Rules, to as late as February 17, 2015 at 4:00 p.m. (ET) (the "Extended Objection Deadline").

4. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  Here, because the Hearing is scheduled for Friday, February 20, 2015, Local Rule 9029-3(a)(i) required that the agenda for the Hearing be filed on Wednesday, February 18, 2015 prior to 12:00 p.m. (ET).  As a result, the deadline for filing replies (the "Reply Deadline") was 4:00 p.m. on Tuesday, February 17, 2015 – the *same time* as the Extended Objection Deadline for the Document Destruction Motion.

5. In order to permit time to evaluate all objections received carefully, to evaluate the Reply, which sets forth a review protocol in an effort to resolve the outstanding objections, the Plan Trustee seeks entry of an order permitting the Plan Trustee to file its Reply subsequent to the Reply Deadline set forth in the Local Rules.  The Plan Trustee believes that the

01:16707861.1

Reply will assist the Court in the consideration of the Document Destruction Motion, and the objections thereto.

## **CONCLUSION**

WHEREFORE, the Plan Trustee respectfully requests entry of the Proposed Order and such other relief that the Court finds just and proper.

Dated: February 19, 2015
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*_____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*