## **EXHIBIT A**

**Proposed Order**

01:16707861.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------------ x<br>In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>    Debtors.<br>------------------------------------------------------------------------ x | :<br>:  Chapter 11<br>:<br>:  Case No. 07-11047 (CSS)<br>:<br>:  Jointly Administered<br>:<br>**Ref. Docket No. _____** |

### ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING THE PLAN TRUST PERMISSION TO FILE ITS REPLY TO OBJECTIONS TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS

Upon consideration of the motion (the "Motion")[2] of the Plan Trustee for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") granting the the Plan Trustee leave and permission to file its Reply; and the Court finding that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these chapter 11 cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (v) after due deliberation, good and sufficient cause exists for the relief requested in the Motion.  Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, PO Box 10550, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted, as set forth herein.

2. The Plan Trustee is granted leave and permission, pursuant to Local Rule 9006-1(d), to file its Reply, and the Reply is deemed timely filed and a matter of record in the chapter 11 cases.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this order.

Dated: February \_\_\_\_, 2015
       Wilmington, Delaware

                                  The Honorable Christopher S. Sontchi
                                  United States Bankruptcy Judge