IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x   Chapter 11
In re:                                                                      :
                                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :
a Delaware corporation, et al., [1]                                         :   Jointly Administered
                                                                            :
    Debtors.                                                                :
---------------------------------------------------------------------------- x

### AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 20, 2015 AT *2:00 P.M*. (ET)

**PLEASE NOTE, AT THE DIRECTION OF THE COURT, THE TIME OF THE HEARING HAS CHANGED TO 2:00 P.M. (ET)**

### CONTESTED MATTERS GOING FORWARD

1.  Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11058, 1/30/15]

    Objection Deadline:  February 13, 2015 at 4:00 p.m. (ET), extended for Federal Home Loan Bank of San Francisco, Federal Home Loan Bank of Seattle and Federal Deposit Insurance Corporation to February 16, 2015 at 4:00 p.m. (ET) and Ocwen Loan Servicing, LLC and Ocwen Financial Corp., U.S. Bank and Wells Fargo to February 17, 2015 at 4:00 p.m. (ET)

    Related Document:

    a)  Plan Trustee's Motion for Order, Pursuant to Local Rule 9006-1(d), Granting Leave and Permission to File its Reply to the Objections Filed with Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11078, 2/19/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amendments appear in bold.**

01:16652812.2

Objections Filed:

a) National Credit Union Administration Board's Objection to Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11061, 2/13/15]

b) Western & Southern's Objection to Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11062, 2/13/15]

c) Phoenix Light's Objection to Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11063, 2/13/15]

d) Federal Home Loan Bank of San Francisco, Federal Home Loan Bank of Seattle, and Federal Deposit Insurance Corporation's Limited Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11064, 2/16/15]

e) Limited Objection of U.S. Bank National Association, as Trustee, to Plan Trust's Motion Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents [D.I. 11065 and 11066, 2/17/15]

f) Objection of Ocwen Loan Servicing, LLC and Ocwen Financial Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11067, 2/17/15]

g) Limited Objection and Reservation of Rights of TCRS to the Motion of the Plan Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records **[D.I. 11071, 2/13/15]**

h) Limited Objection and Reservation of Rights of TCDRS to the Motion of the Plan Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records **[D.I. 11073, 2/13/15]**

i) Limited Objection and Reservation of Rights of the Commonwealth of Virginia to the Motion of the Plan Trustee to the Motion Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records **[D.I. 11072, 2/13/15]**

    j)       Donald G. and Shaun Rosene's Objection to the Plan Trustee to the Motion Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [TBD]

    k)       Informal Response of Wells Fargo

    l)       Informal Response of Federal Home Loan Mortgage Corporation

    **m)**       **Joinder of the Federal Home Loan Bank of Boston to the Limited Objection of the Federal Home Loan Bank of Seattle, the Federal Home Loan Bank of San Francisco, and the Federal Deposit Insurance Corporation to the Abandonment Motion of the Plan Trustee [D.I. 11070, 2/18/15]**

Status: Items (j), (k) and (l) have been resolved. With respect to all other items, this matter will be going forward.

Dated: February 19, 2015
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*