CLAIMS REGISTER AS OF 02/19/15                                                                                                 PAGE: 1,129
U.S. BANKRUPTCY COURT - U.S. BANKRUPTCY COURT
CHAPTER 11 CASE NOS. 07-11047 (CSS) THROUGH 07-11054 (CSS)
DEBTOR:  AMERICAN HOME MORTGAGE HOLDINGS, INC, 538 BROADHOLLOW ROAD , MELVILLE, NY 11747                                       CASE FILE DATE: 08/06/07
ATTORNEY: YOUNG CONAWAY STARGATT & TAYLOR, THE BRANDYWINE BUILDING, 17TH FLOOR 1000 WEST ST PO BOX 391 WILMINGTON, DE 19899 (302) 571-6600 ATTN:

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 07-11Z99 | ZEIDNER, JOAN<br>2034 ARCH ST APT P<br>PHILADELPHIA, PA 19103 | 08000 | 5,825.55 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/09/08<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZELEZNIK APPRAISAL CO.<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | 00013 | 2,425.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 08/21/07<br>08/18/08 | DOCKET NUMBER: 5461 |
| 07-11Z99 | ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 281047308 | 02613 | 0.00 SCHEDULED<br>2,675.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/19/07<br>05/12/08 | DOCKET NUMBER: 4027 |
| 07-11Z99 | ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | 02614 | 2,675.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/19/07<br>08/18/08 | DOCKET NUMBER: 5461 |
| 07-11Z99 | ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104-7308 | 02615 | 0.00 SCHEDULED<br>2,675.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/19/07<br>05/12/08 | DOCKET NUMBER: 4027 |
| 07-11Z99 | ZELLNER, MARY C<br>27735 PRESCOTT ST<br>ROMULUS, MI 48174 | 08873 | 3,515.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/11/08<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZEMAITIS, BENEDICT R.<br>301 ESTES PARK DR.<br>CHATHAM, IL 62629 | 05505 | 8,851.50 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/14/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZEMAN, DONALD<br>3 SHALOM DRIVE<br>APT #308<br>WARWICK, RI 02886 | 06672 | 3,700.98 CLAIMED PRIORITY<br>**** EXPUNGED **** | 12/31/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZEMLE, DENNIS H & LOIS<br>N2474 GREENDALE RD<br>HORTONVILLE, WI 54944 | 08945 | 2,587.50 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/11/08<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZERBEY, RICHARD S.<br>2230A CATASUQUA RD<br>BETHLEHEM, PA 18018-1049 | 04293 | 0.00 SCHEDULED<br>0.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 12/03/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZERVOS, GEORGE<br>11020 BRIARCLIFF CT<br>CROWN POINT, IN 46307 | 08941 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/11/08<br>07/18/08 | DOCKET NUMBER: 5175 |

```
U.S. BANKRUPTCY COURT - U.S. BANKRUPTCY COURT                             CLAIMS REGISTER AS OF 02/19/15                                                  PAGE: 1,130
CHAPTER 11 CASE NOS. 07-11047 (CSS) THROUGH 07-11054 (CSS)
DEBTOR:   AMERICAN HOME MORTGAGE HOLDINGS, INC, 538 BROADHOLLOW ROAD , MELVILLE, NY 11747                                                CASE FILE DATE: 08/06/07
ATTORNEY: YOUNG CONAWAY STARGATT & TAYLOR, THE BRANDYWINE BUILDING, 17TH FLOOR 1000 WEST ST PO BOX 391 WILMINGTON, DE 19899 (302) 571-6600 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 07-11Z99 | ZEZZE, CARMELA<br>P.O. BOX 158 67 KRIKOR DR<br>NORTH FALMOUTH, MA 02556 | 02195 | 0.00 SCHEDULED<br>26,000.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/15/07<br>09/16/08 | DOCKET NUMBER: 5919 |
| 07-11Z99 | ZHAO, LEON<br>43 ROOSEVELT AVE.<br>SYOSSET, NY 11791 | 06748 | 152.94 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/31/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZHU, LIMAN<br>432 S. CURSON AVE., APT. 6F<br>LOS ANGELES, CA 90036-5228 | 07459 | 30,410.75 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/07/08<br>05/12/08 | DOCKET NUMBER: 4027 |
| 07-11Z99 | ZIEGLER, EDNA L. IRA<br>1506 GRADY LANE<br>CEDAR HILL, TX 75104-4226 | 09721 | 4,909.35 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/18/08<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZIELINSKI, JAMES<br>6016 SPRINGS BLVD<br>CRYSTAL LAKE, IL 60012-1238 | 06130 | 18,168.99 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/21/07<br>06/11/08 | DOCKET NUMBER: 4526 |
| 07-11Z99 | ZIFF, SAM<br>2835 OCEAN AVE APT 6D<br>BROOKLYN, NY 11235 | 03223 | 4,797.37 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/26/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZIGLER, BRAD<br>PO BOX 2120<br>WINDSOR, CA 95492-2120 | 08205 | 5,927.60 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/10/08<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZIMMER, CHARLOTTE<br>9839 LAUREN LANE<br>NILES, IL 60714-1020 | 08318 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/10/08<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZIMMERMAN, CARA<br>11133 SANDYSHELL WAY<br>BOCA RATON, FL 33498 | 05384 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/13/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZIMMERMAN, CHERYL<br>9825 W. 50TH TER<br>MERRIAM, KS 66203 | 04672 | 5,018.67 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/06/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZIMMERMAN, KENNETH S.<br>11133 SANDYSHELL WAY<br>BOCA RATON, FL 33498 | 05385 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/13/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZIMMERMAN, THEODORE & REBECCA<br>66 ST CHARLES AVE<br>WEST CALDWELL, NJ 07006 | 07363 | 45,053.45 CLAIMED UNSECURED | 01/07/08 | RECLASSIFIED AS EQUITY INTEREST<br>Claim is subordinated by Court Order |

```
                                              CLAIMS REGISTER AS OF 02/19/15                                                    PAGE: 1,131
U.S. BANKRUPTCY COURT - U.S. BANKRUPTCY COURT
CHAPTER 11 CASE NOS. 07-11047 (CSS) THROUGH 07-11054 (CSS)
DEBTOR:   AMERICAN HOME MORTGAGE HOLDINGS, INC, 538 BROADHOLLOW ROAD , MELVILLE, NY 11747                                CASE FILE DATE: 08/06/07
ATTORNEY: YOUNG CONAWAY STARGATT & TAYLOR, THE BRANDYWINE BUILDING, 17TH FLOOR 1000 WEST ST PO BOX 391 WILMINGTON, DE 19899 (302) 571-6600 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 07-11Z99 | ZISKIND, FRANCINE<br>814 TALBOT AVE<br>NORTH WOODMERE, NY 11581 | 07559 | 24,545.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/07/08<br>05/29/08 | DOCKET NUMBER: 4295 |
| 07-11Z99 | ZOBLER, MELVYN N., TTEE<br>3705 NE SKYLINE DR<br>JENSEN BEACH, FL 34957 | 03541 | 4,201.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 11/26/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZODINS SUPERANNUATION FUND<br>ATTN MATTHEW ZSCHECH PER OPTION PARTNERS<br>136 LINDEN ST<br>SUTHERLAND  2232<br>NSW AUSTRALIA | 07747 | 50,000.00 CLAIMED SECURED<br>**** EXPUNGED **** | 01/08/08<br>01/13/09 | DOCKET NUMBER: 6840 |
| 07-11Z99 | ZOOK, ERIC G.<br>GENERAL DELIVERY<br>EGLIN AFB, FL 325429999 | 04823 | 2,354.88 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/07/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZUCK, MICHAEL<br>11 SOUTH BRIDGE AVE.<br>LEXINGTON, MA 02420 | 03312 | 5,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 11/26/07<br>06/25/08 | DOCKET NUMBER: 4865 |
| 07-11Z99 | ZUCKER, ERICA<br>71 BAYVIEW AVE<br>GREAT NECK, NY 11021 | 05308 | 0.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/12/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZUCKER, LISA M.<br>29430 WEST WOODALL DR<br>SOLON, OH 44139 | 06279 | 5,030.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/24/07 | |
| 07-11Z99 | ZUCKER, SANDRA E. REVOCABLE TRUST<br>SANRA ZUCKER TRUSTEE<br>4120 CAMBRIDGE COURT<br>ORANGE VILLAGE, OH 44122 | 06321 | 21,422.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/24/07<br>06/11/08 | DOCKET NUMBER: 4526 |
| 07-11Z99 | ZUCKERMAN, JUDIM & MICHAEL<br>280 RANGEGROVE<br>IRVINE, CA 92604 | 04713 | 35,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/06/07<br>05/12/08 | DOCKET NUMBER: 4027 |
| 07-11Z99 | ZYDECK, FREDERICK A<br>3833 INDIAN TRAIL<br>ORCHARD LAKE, MI 48324 | 03528 | 0.00 CLAIMED PRIORITY<br>11,083.51 CLAIMED UNSECURED<br>11,083.51 TOTAL CLAIMED<br>**** EXPUNGED **** | 11/26/07<br>07/18/08 | DOCKET NUMBER: 5175 |
| 07-11Z99 | ZYDNEY, J. CARL<br>201 E 80 ST APT 14D<br>NEW YORK, NY 10075 | 09648 | 9,462.95 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/15/08<br>07/18/08 | DOCKET NUMBER: 5175 |

```
                                                         CLAIMS REGISTER AS OF 02/19/15                                                              PAGE:  1,132
U.S. BANKRUPTCY COURT - U.S. BANKRUPTCY COURT
CHAPTER 11 CASE NOS. 07-11047 (CSS) THROUGH 07-11054 (CSS)
DEBTOR:  AMERICAN HOME MORTGAGE HOLDINGS, INC, 538 BROADHOLLOW ROAD , MELVILLE, NY 11747                                                   CASE FILE DATE: 08/06/07
ATTORNEY: YOUNG CONAWAY STARGATT & TAYLOR, THE BRANDYWINE BUILDING, 17TH FLOOR 1000 WEST ST PO BOX 391 WILMINGTON, DE 19899 (302) 571-6600 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 07-11Z99 | ZYGMUNT, TYSKA & BRONISLAWA JT TEN<br>420 OLD COUNTRY RD<br>MELVILLE, NY 11747 | 03703 | 60,043.75 CLAIMED PRIORITY<br>**** EXPUNGED **** | 11/28/07<br>05/02/08 | DOCKET NUMBER: 3946 |
| 07-11Z99 | ZYLSTRA, JERRY J<br>247 GOLD PAN WAY<br>DAYTON, NV 89403 | 10132 | 0.00 SCHEDULED<br>330,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/24/08<br>02/17/09 | DOCKET NUMBER: 7022 |
| 07-11Z99 | ZYZXX<br>DBA BPOSD<br>ATTN CHERYL SUMMERVILLE<br>25462 ALPINE CT<br>MURRIETA, CA 92563 | 01511 | 9,857.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 10/11/07<br>12/11/08 | DOCKET NUMBER: 6703 |

U.S. BANKRUPTCY COURT - U.S. BANKRUPTCY COURT
CLAIMS REGISTER AS OF 02/19/15                                              PAGE: 1,133
CHAPTER 11 CASE NOS. 07-11047 (CSS) THROUGH 07-11054 (CSS)
DEBTOR: AMERICAN HOME MORTGAGE HOLDINGS, INC, 538 BROADHOLLOW ROAD , MELVILLE, NY 11747                    CASE FILE DATE: 08/06/07
ATTORNEY: YOUNG CONAWAY STARGATT & TAYLOR, THE BRANDYWINE BUILDING, 17TH FLOOR 1000 WEST ST PO BOX 391 WILMINGTON, DE 19899 (302) 571-6600 ATTN:

TOTALS FOR CASE NO. :
DEBTOR: AMERICAN HOME MORTGAGE HOLDINGS, INC

|  |  | # | Amount |
|---|---|---|---|
| Scheduled | - PRIORITY | 1 | 4,579.62 |
|  | - SECURED | 0 | 0.00 |
|  | - UNSECURED | 0 | 0.00 |
| Total Scheduled |  | 343 | 4,579.62 |
| Claimed | - ADMINISTRATIVE | 0 | 0.00 |
|  | - PRIORITY | 0 | 0.00 |
|  | - SECURED | 0 | 0.00 |
|  | - UNSECURED | 106 | 1,587,625.94 |
| Total Claimed |  | 3,577 | 1,587,625.94 |
| Allowed | - ADMINISTRATIVE | 0 | 0.00 |
|  | - PRIORITY | 0 | 0.00 |
|  | - SECURED | 0 | 0.00 |
|  | - UNSECURED | 0 | 0.00 |
| Total Allowed |  | 0 | 0.00 |
| Total Expunged |  | 3,465 | 74,634,637.26 |
| Total Withdrawn |  | 6 | 1,056,123.52 |

EPIQ BANKRUPTCY SOLUTIONS, LLC