IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                  :
                                                                   :   Jointly Administered
                                         Debtors.                  ::
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on February 18, 2015, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Agenda of Matters Scheduled for Hearing [D.I. 11069.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 19th day of February 2015.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

066585.1001
01:6163664.21

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

---

Voice: (302) 571-6600
Fax: (302) 571-1253

| FROM: | Debbie Laskin, Paralegal | | DATE: | 2/18/15 |
|---|---|---|---|---|
| PHONE: | 302-571-6710 | | CLIENT MATTER: | 066585.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| | | | |
|---|---|---|---|
| Jonathan Edwards, Esq. | Alston & Bird LLP | 404-881-7000 | 404-881-7777 |
| William P. Bowden, Esq.<br>Ricardo Palacio, Esq<br>Amanda M. Winfree | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Charles Brown, Esq.<br>Michale Busenkell, Esq.<br>Brya M. Keilson | Gellert Scali Busenkell & Brown | | 302-425-5814 |
| Frank F. McGinn, Esq. | Bartlett Hackett Feinberg, P.C. | 617-422-0200 | 617-422-0383 |
| Raymond H. Lemisch, Esq. | Benesch Friedlander Coplan & Aronoff LLP | | 302-442-7012 |
| Steven Wilamowsky | Bingham McCutchen | 212-705-7000 | 212-702-3607 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Hilary B. Bonial | Brice, Vander Linden & Wernick, P.C. | 972-643-6600 | 972-643-6698 |
| Jami B. Nimeroff, Esq. | Brown Stone Nimeroff LLC | | 302-351-2744 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Lisa Schweitzer, Esq. | Cleary Gottlieb Steen & Hamilton | 212-225-2930 | |
| Patrick J. Reilley, Esq.<br>Mark Politan, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A. | 302-295-4888 | 302-652-3117 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | | |
|---|---|---|---|
| Karen C. Bifferato, Esq.<br>Christina Thompson, Esq. | Connolly Gallagher LLP | | 302-757-7299 |
| Shelley A. Kinsella, Esq.<br>Rafael X. Zahralddin-Aravena, Esq. | Elliott Greenleaf | | 302-384-9399 |
| Martin Beeler, Esquire | Covington & Burling LLP | | 646-441-9023 |
| Mark E. Felger, Esquire<br>John T. Carroll, III, Esq.<br>Barry Klayman | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Michael Joyce, Esquire | Cross & Simon, LLC | 302-777-4200 | 302-777-4224 |
| Michael R. Lastowski, Esq.<br>Richard W. Riley, Esq.<br>Sommer L. Ross, Esq. | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Peter S. Partee, Esq. | Hunton & Williams | 212-309-1000 | 212-309-1100 |
| Michael Gregory Wilson, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Margot B. Schonholtz, Esq. | Kaye Scholer LLP | 212-836-8000 | 212) 836-8689 |
| Jeff Kurtzman | Klehr Harrison Harvey Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| Adam G. Landis, Esq.<br>Matthew B. McGuire | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Robert J. Rosenberg | Latham & Watkins LLP | 212-906-1200 | 212-751-4864 |
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |
| John P. Dillman, Esq. | Linebarger Goggan Blair & Sampson, | 713-844-3478 | 713-844-3503 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Thomas H. Grace, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |
| Vadim Rubinstein, Esq. | Loeb & Loeb | | 212-407-4990 |
| James E. Huggett, Esquire | Margolis Edelstein | 302-888-1112 | 302-888-1119 |
| William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| Sean D. Malloy, Esquire | McDonald Hopkins Co., LPA | 216-348-5400 | 216-348-5474 |
| Gregory A. Bray, Esq. | Milbank Tweed Hadley & McCloy, LLP | 213-892-4000 | 213-892-4770 |
| Eric K. Moser, Esq. | Milbank Tweed Hadley & McCloy, LLP | 212-530-5000 | 212-530-5219 |
| Rachel B. Mersky, Esq. | Monzack Mersky McLauglin and Browder | 302-656-8162 | 302-656-2769 |
| Brett D. Fallon, Esquire<br>Thomas Horan | Morris James LLP | 302-888-6800 | 302-571-1750 |
| Derek C. Abbott<br>Donna Culver, Esq | Morris Nichols Arsht & Tunnell | 302-658-9200 | 302-425-4672 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-442-1001 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Lee Harrington, Esquire | Nixon Peabody, LLP | 617-345-1000 | 617-345-1300 |
| Mark Kenney Esq. | Office of the United States Trustee | | 302-573-6497 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones LLP | 302-652-4100 | 302-652-4400 |
| Douglas Davis | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 212-373-3493 | 212-757-3990 |

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Rick B. Antonoff, Esq. | Pillsbury Wintrhrop Shaw Pittman LLP | | 212-858-1500 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Kimberly E.C. Lawson, Esq. | | | |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Kurt F. Gwynne, Esq. | | | |
| Joseph O'Neil, Esq. | | | |
| Mark D. Collins, Esq. | | | |
| Russell C. Silberglied, Esquir | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Amanda Steele, Esq.e | | | |
| Carmella Keener, Esq. | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Mark Minuti, Esquire | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |
| Andrew Silverstein, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| John Ashmead, Esq. | | | |
| Matthew A. Clemente, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Paul S. Caruso, Esq. | | | |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Robert Pietrzak, Esq. | | | |
| Dorothy Spenner, Esq. | Sidley Austin LLP | | 212-839-5599 |
| Alex Rovira, Esq. | | | |
| Eric Gorman, Esq. | Skadden Arps Slate Meagher & Flom LLP | | 312-407-0411 |
| Jason Liberi, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| William A. Hazeltine Esq. | Sullivan - Hazeltine - Allinson LLC | 302-428-8191 | 302-428-8195 |
| E. Allinson, Esq. | | | |
| Neil Glassman | The Bayard Firm | | 302-658-6395 |
| Eric M. Sutty, Esq. | | | |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Duane Werb, ESq. | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| Kristi J. Doughty, Esq. | Whittington & Aulgur | 302-378-1661 | 302-285-0236 |
| Jeffrey Cianciulli, Esq. | Wier & Partners LLP | 215-665-8181 | 215-665-8464 |
| William D. Sullivan, Esq. | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |
| Patrick Healy | Wilmington Trust Co. | | 302-636-4149 |
| Steven K. Kortanek, Esq. | | | |
| Kevin Mangan, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Michael G. Busenkell, Esq. | | | |
| Erin Lewis Roberts, Esq. | Womble Carlyle Sandridge & Rice PLLC | 703-394-2260 | 703-918-2252 |
| Virginia Whitehall Guldi, Esq. | Zuckerman Spaeder LLP | | 202-822-8106 |
| Robert W. Mallard, Esq. | Dorsey & Whitney | | (646) 514-9843 |
| Whitney Groff, Esq. | McCalla Raymer | | 866-761-0279 |
| Daniel Kerrick, Esq. | Ciconte Wasserman & Scerba | | 302-658-4982 |

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

**1000 NORTH KING STREET**
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Franklin Top III, Esq. | Chapman and Cutler LLP | | 312-701-2361 |
| Gary Ravert, Esq. | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Ken Yudell, Esq. | | | (212) 755-6006 |
| Lisa Coggins, Esq. | Ferry Joseph & Pearce | | 302-575-1714 |
| Margaret Becker, Esq. | | | 718-448-2264 |
| Patrick McLaughlin, Esq. | | | 843-669-5150 |
| Michael Sew Hoy | | | 202-514-9163 |
| David Frederick | Kellogg Huber | | 202-326-7999 |
| R. Karl Hill | Seitz Van Ogtrop | | 302-888-0606 |
| George Zelcs | Korein Tillery LLC | | 314-241-3525 |
| Daniel Prieto | Jones Day | | 214-969-5100 |
| Eric Bruce | Kobre & Kim | | 212-488-1220 |
| Lynn Lincoln Sarko | Keller Rohrback | | 206-623-3384 |
| Gary Gotto, Esq. | Keller Rohrback | | 602-248-2822 |
| Jennifer J. Barrett, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | | 212-849-7100 |
| Eric Winston, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | | 213-443-3100 |
| Stuart Miller, Esq. | Lankenau & Miller | | 212-581-2122 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

01:7798844.4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

1000 NORTH KING STREET
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | |
|---|---|---|
| Gregory Werkheiser, Esq. | Morris Nichols Arsht & Tunnell | 302-425-4663 |
| Tina Moss, Esq. | Perkins Coie LLP | 212-977-1648 |
| Craig A. Boneau, ESq. | Reid Collins & Tsai LLP | 512-647-6129 |
| Peter E. Broadbent, III, Esq. | Virginia | 804-786-4839 |
| Steven S. Fitzgerald, Esq. | Wollmuth Maher & Deutsch LLP | 212-382-0050 |
| Stephen M. Tillery, Esq. | Korein Tillery LLC | 314-241-3525 |
| David C. Frederick, Esq. | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. | 202-326-7999 |
| George A. Zeles, Esq. | Korein Tillery LLC | 312-641-9751 |

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

**1000 NORTH KING STREET**
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

Steven S. Fitzgerald, Esq.
sfitzgerald@wmd-law.com
Wollmuth Maher & Deutsch LLP

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

01:7798844.4