**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047

# SIGN-IN SHEET

**COURTROOM LOCATION:** 6  
**DATE:** 2/20/15 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Connor Bifferato | Bifferato LLC | Phoenix Light St Luis Fico |
| Ryan Kane (telephone) | Wollmuth Maher & Deutsch | " |
| Andy Shen (telephone) | Kellogg Huber Hansen Evans & Figel | National Credit Union |
| Brian Arbon | Hiller & Arban LLC | FDIC, Fed Home Loan Bank San Francisco + Seattle |
| Sean Beach | Young Conaway Stargatt & Taylor LLP | Plan Trustee |
| Margaret Greecher | " | " |
| Ed Schnitzer | Hahn + Hessen Reed Smith LLP | " |
| Kurt Gwynne | | Owen |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 02/20/2015
**Calendar Time:** 11:00 AM ET

# U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
#6

1st Revision 02/19/2015 01:48 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6756036 | Michael R. Carney | (212) 402-9400 | McKool Smith | Creditor, McKool Smith / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6757586 | Carlo Colagiacomo | (631) 622-2414 | American Home Mortgage | Client, Carlo Colagiacomo / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6757274 | ~~Daniel V. Dorris~~ Andrew Shen | 202-326-7938 | Kellogg Huber Hansen Todd Evans & | Interested Party, National Credit Union Administration Board / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6754667 | Mark Indelicato | (212) 478-7320 | Hahn & Hessen LLP | Trustee, Steven Sass / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 6755758 | ~~Rohit Kamran-Rad~~ Ryan Kane | (781) 771-5470 | Wollmuth, Maher & Deutsch LLP | Third Party, Western & Southern, Phoenix Light / LIVE |

Scott Saldana   Reid Collins   TCDRS TCRS