EXHIBIT A

Unreturned Loan Files

| Requesting Party | Total Number of Unreturned Loan Files | Number of Unreturned Loan Files Subject to Two Loan File Return Declarations | Total Number of Boxes |
|---|---|---|---|
| Barclays Bank PLC | 342 | 0 | 2 |
| Countrywide Home Loans, Inc. / Countrywide Bank, F.S.B. | 8418 | 15 | 114 |
| Deutsche Bank National Trust Company | 1921 | 0 | 30 |
| Lehman Brothers Holdings Inc. | 767 | 1 | 16 |
| Société Générale | 1345 | 0 | 27 |
| Wells Fargo Bank, N.A. / Wells Fargo Funding, Inc. | 6858 | 2 | 102 |