## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address for Aurora Loan Services LLC ("Aurora"), a creditor in the above-captioned cases, has changed. Effective immediately, service of all pleadings, notices, correspondence and distributions to Aurora, including but not limited to pleadings, notices, correspondence and distributions with respect to Claim No. 8674 filed by Aurora, should be mailed to the following address:

> Aurora Loan Services, LLC
> Attn: Scott Drosdick
> 7807 East Peakview Ave – Suite 410
> Centennial, CO 80111

PLEASE TAKE FURTHER NOTICE that a copy of any pleadings, notices and correspondence to Aurora should also be sent to:

> Lowenstein Sandler LLP
> Attn: Paul Kizel and Michael Savetsky
> 65 Livingston Avenue
> Roseland, New Jersey 07068

- 2 -

Dated:  March 2, 2015            LOWENSTEIN SANDLER LLP

*/s/ Michael Savetsky*
Paul Kizel
Michael Savetsky
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to Aurora Loan Services LLC*

- 3 -

**CERTIFICATE OF SERVICE**

        I, Michael Savetsky, hereby certify that, on March 2, 2015, I caused a true and correct copy of the foregoing Notice of Change of Address to be served on the following parties by regular mail:

Margaret Whiteman Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Steven D. Sass, Esq.
Plan Trustee
American Home Mortgage Holdings, Inc., *et al.* Plan Trust
c/o Steven D. Sass, LLC
P.O. Box 45
Clarksville, MD 21029

Epiq Bankruptcy Solutions, LLC
American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076