IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                      :  Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :  Jointly Administered
                                   Debtors.                                 :
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing date set forth on the proposed order attached hereto.

Dated: March 17, 2015            YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                                         */s/ Margaret Whiteman Greecher*
                                         Sean M. Beach (No. 4070)
                                         Margaret Whiteman Greecher (No. 4652)
                                         Michael S. Neiburg (No. 5275)
                                         Rodney Square
                                         1000 North King Street
                                         Wilmington, Delaware  19801
                                         Telephone: (302) 571-6600
                                         Facsimile: (302) 571-1253

                                         -and-

                                         HAHN & HESSEN LLP
                                         Mark S. Indelicato
                                         Edward L. Schnitzer
                                         488 Madison Avenue
                                         New York, New York 10022
                                         Telephone: (212) 478-7200
                                         Facsimile: (212) 478-7400

                                         *Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

---

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

May 1, 2015 at 2:00 p.m. (ET)


Dated: March ___, 2015
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:15402453.1