IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x    Chapter 11

In re:                                                                     :

                                                                           :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :

a Delaware corporation, et al.,[1]                                         :    Jointly Administered

                                                                           :

     Debtors.                                                           :

------------------------------------------------------------------------- x


**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 31, 2015 AT 10:00 A.M. (ET)**


---

**SINCE NO MATTERS ARE SCHEDULED, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

---


Dated: March 27, 2015                         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                                  */s/ Sean M. Beach*
                                                  Sean M. Beach (No. 4070)
                                                  Margaret Whiteman Greecher (No. 4652)
                                                  Patrick A. Jackson (No. 4976)
                                                  Michael S. Neiburg (No. 5275)
                                                  1000 North King Street
                                                  Wilmington, Delaware  19899
                                                  Telephone: (302) 571-6600
                                                  Facsimile: (302) 571-1253

                                                  -and-

                                                  HAHN & HESSEN LLP
                                                  Mark S. Indelicato
                                                  Edward L. Schnitzer
                                                  488 Madison Avenue
                                                  New York, New York 10022
                                                  Telephone: (212) 478-7200
                                                  Facsimile: (212) 478-7400

                                                  *Co-Counsel to the Plan Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.