## EXHIBIT 1

**PROPOSED ORDER**

01:16872207.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | : | Jointly Administered |
| a Delaware corporation, *et al.*,[1] | : | |
| | : | Ref. Docket No. _____ |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |

**ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING EXHIBIT A
TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN
EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL**

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), prospective class and collective representatives Chris Beckham, Tana Blachly-White, Kimberly A. Blackburn, Marvin R. Bodden, Priscilla Cabanillas-McKee, Bart Castricone, Ryan Chartrand, Jethro Chavez, Kelvin Clarke, Sydney Cooper, Steven W. DeLizza, Phillip Fenton, Sherri Frost, Dewey C. Johnson, Kevin J. Mory, Patti Murphy, Virginia Nolte, Beverly Stout, Maxine A. Sweet and Harry H. Teaford, Jr. (the "Class Representatives"), on behalf of themselves and similarly situated prospective class and collective members, and Edward Abram, Jr., Rosalyn Ceasar, Anthony Faux, Dustin Jones, John Sogluizzo, Najla Waheed and Richard Zemel (the "Original Plaintiffs" and together with the Plan Trustee and Class Representatives, the "Parties") to submit Exhibit A to the *Settlement and Release Agreement* dated March 17, 2015 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set

---
[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:16872207.1

forth in the Motion establish just cause for the relief granted herein; it is hereby

    ORDERED, that the Motion is GRANTED; and it is further

    ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement under seal.

Dated:    Wilmington, Delaware
           _____, 2015

                        _____
                        HONORABLE CHRISTOPHER S. SONTCHI
                        UNITED STATES BANKRUPTCY JUDGE