**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                               :    Jointly Administered
a Delaware corporation, *et al.*,[1]                          :
                                                              :    Response Deadline: April 10, 2015 by 4:00 p.m. (ET)
                                                              :    Hearing Date: May 1, 2015 at 2:00 p.m. (ET)
                        Debtors.                              :
------------------------------------------------------------- x

**NOTICE OF JOINT MOTION FOR ENTRY OF ORDER (I) APPROVING
A SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019, (II) CERTIFYING
A CLASS AND COLLECTIVE OF CLAIMANTS FOR SETTLEMENT
PURPOSES ONLY, APPOINTING CLASS/COLLECTIVE COUNSEL AND
CLASS/COLLECTIVE REPRESENTATIVES, AND PRELIMINARILY
APPROVING THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023,
(III) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS/
COLLECTIVE MEMBERS OF THE CLASS/COLLECTIVE CERTIFICATION
AND SETTLEMENT, (IV) SCHEDULING A FAIRNESS HEARING TO CONSIDER
FINAL APPROVAL OF THE SETTLEMENT, (V) FINALLY APPROVING
THE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 7023 AND 29 U.S.C. 216(b)
AFTER THE FAIRNESS HEARING, AND (VI) GRANTING RELATED RELIEF**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL PARTIES
      THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
      OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, prospective class and collective representatives Chris Beckham, Tana Blachly-White, Kimberly A. Blackburn, Marvin R. Bodden, Priscilla Cabanillas-McKee, Bart Castricone, Ryan Chartrand, Jethro Chavez, Kelvin Clarke, Sydney Cooper, Steven W. DeLizza, Phillip Fenton, Sherri Frost, Dewey C. Johnson, Kevin J. Mory, Patti Murphy, Virginia Nolte, Beverly Stout, Maxine A. Sweet and Harry H. Teaford, Jr. (the "Class Representatives"), on behalf of themselves and similarly situated prospective class and collective members, and Edward Abram, Jr., Rosalyn Ceasar, Anthony Faux, Najla Waheed and Richard Zemel (the "Original Plaintiffs") have filed the attached *Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and Class/Collective Representatives, and*

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

*Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. § 216(b) after the Fairness Hearing, and (VI) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and filed on or before April 10, 2015 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel for the Plan Trustee, the Original Plaintiffs and the Class Representatives so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD **ON MAY 1, 2015 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5TH FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

01:16872242.1

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 27, 2015

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | OUTTEN & GOLDEN LLP |
| */s/Sean M. Beach* | */s/ Jack A. Raisner* |
| Sean M. Beach (No. 4070) | Jack A. Raisner |
| Margaret Whiteman Greecher (No. 4652) | 3 Park Avenue, 29th Floor |
| Patrick A. Jackson (No. 4976) | New York, New York 10016 |
| Michael S. Neiburg (No. 5275) | Telephone: (212) 245-1000 |
| 1000 North King Street | Facsimile: (646) 509-2060 |
| Wilmington, Delaware 19899 | |
| Telephone: (302) 571-6600 | -and- |
| Facsimile: (302) 571-1253 | |
| | NICHOLS KASTER PLLP |
| -and- | Bryan Schwartz |
| | One Embarcadero Center, Suite 720 |
| HAHN & HESSEN LLP | San Francisco, California 94111 |
| Mark S. Indelicato | Telephone: (415) 277-7235 |
| Edward L. Schnitzer | Facsimile: (415) 277-7238 |
| Jeffrey Zawadzki | |
| 488 Madison Avenue | -and- |
| New York, New York 10022 | |
| Telephone: (212) 478-7200 | NICHOLS KASTER PLLP |
| Facsimile: (212) 478-7400 | Paul J. Lukas |
| | 80 South Street, Suite 4600 |
| *Counsel for the Plan Trustee* | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 256-3200 |
| | Facsimile: (612) 338-4878 |
| | *Counsel for the Original Plaintiffs and Proposed Counsel for the Prospective Class/Collective Members and Representatives* |

01:16872242.1

3