IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE

------------------------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., *et al.,*[1]

Debtors.

------------------------------------------------------------------------------x

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

JANICE O'KANE, being duly sworn, deposes and says:

1.    I am over 18 years of age and not a party to the within action.

2.    I am employed by the law firm of Hahn & Hessen LLP, located at 488 Madison Avenue, New York, NY 10022, counsel to Steven D. Sass, as the liquidating trustee of the trust established pursuant to the confirmed chapter 11 plan of the above-captioned debtors, at whose direction service was made.

3.    On March 30, 2015, I caused to be served by first class mail, a true copy of *Notice Pursuant to Class Action Fairness Act of 2005 Regarding Proposed Settlement of Chris*

---

[1]    The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

*Beckham, et al., v. American Home Mortgage Investment Corp. (N.D. Ca. Case No. 07-CV-03252-*

*VRW)* by depositing a true copy thereof in a depository of the United States Postal Service

upon the parties listed on **Exhibit 1** hereto.

4.     I declare under penalty of perjury that the foregoing is true and correct.


_____
JANICE O'KANE

Sworn to before me this
30th day of March, 2015

_____
NOTARY PUBLIC


SUSAN FARRELL
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 2015

## EXHIBIT 1

## SERVICE LIST

| | |
|---|---|
| Eric H. Holder, Jr.<br>Attorney General for the United States<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Luther Strange<br>Alabama Attorney General<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Craig W. Richards<br>Alaska Attorney General<br>State of Alaska Department of Law<br>P.O. Box 110300<br>Juneau, AK 99811-0300 | Mark Brnovich<br>Arizona Attorney General<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926 |
| Leslie Rutledge<br>Arkansas Attorney General<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 | Kamala D. Harris<br>California Attorney General<br>Office of the Attorney General<br>California Department of Justice<br>1300 I Street<br>Sacramento, CA 95814 |
| Cynthia Coffman<br>Colorado Attorney General<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | George Jepsen<br>Connecticut Attorney General<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 |
| Karl A. Racine<br>District of Columbia Attorney General<br>Office of the Attorney General<br>441 4th Street, NW<br>Washington, DC 20001 | Matthew Denn<br>Delaware Attorney General<br>Office of the Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| Pam Bondi<br>Florida Attorney General<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Sam Olens<br>Georgia Attorney General<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| David M. Louie<br>Hawaii Attorney General<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Lawrence D. Wasden<br>Idaho Attorney General<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |

| | |
|---|---|
| Lisa Madigan<br>Illinois Attorney General<br>Office of the Attorney General<br>James R. Thompson Ctr.<br>100 West Randolph Street<br>Chicago, IL 60601 | Greg Zoeller<br>Indiana Attorney General<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 |
| Tom Miller<br>Iowa Attorney General<br>Office of the Attorney General<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | Derek Schmidt<br>Kansas Attorney General<br>Office of the Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612 |
| Jack Conway<br>Kentucky Attorney General<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | James D. Caldwell<br>Louisiana Attorney General<br>Office of the Attorney General<br>P.O Box 94005<br>Baton Rouge, LA 70804 |
| Janet T. Mills<br>Maine Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Brian E. Frosh<br>Maryland Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Maura Healey<br>Massachusetts Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1518 | Bill Schuette<br>Michigan Attorney General<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Lori Swanson<br>Minnesota Attorney General<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101 | Jim Hood<br>Mississippi Attorney General<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 |
| Chris Koster<br>Missouri Attorney General<br>Office of the Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 | Tim Fox<br>Montana Attorney General<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 201401<br>Helena, MT 59620-1401 |

| | |
|---|---|
| Adam Paul Laxalt<br>Nevada Attorney General<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 | Joseph Foster<br>New Hampshire Attorney General<br>Office of the Attorney General<br>Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| John Jay Hoffman<br>New Jersey Attorney General<br>Office of the Attorney General<br>P.O. Box 080<br>Trenton, NJ 08625-0080 | Hector Balderas<br>New Mexico Attorney General<br>Office of the Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Eric T. Schneiderman<br>New York Attorney General<br>Office of the Attorney General<br>The Capitol, 2nd fl.<br>Albany, NY  12224-0341 | Roy Cooper<br>North Carolina Attorney General<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Wayne Stenehjem<br>North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND 58505 | Mike DeWine<br>Ohio Attorney General<br>Office of the Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| E. Scott Pruitt<br>Oklahoma Attorney General<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ellen F. Rosenblum<br>Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Marty Jackley<br>South Dakota Attorney General<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 | Kathleen G. Kane<br>Pennsylvania Attorney General<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA  17120 |
| Peter Kilmartin<br>Rhode Island Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 | Alan Wilson<br>South Carolina Attorney General<br>Office of the Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| Marty Jackley<br>South Dakota Attorney General<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 | Herbert H. Slatery III<br>Tennessee Attorney General<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

| | |
|---|---|
| Ken Paxton<br>Texas Attorney General<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Sean D. Reyes<br>Utah Attorney General<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |
| Mark P. Herring<br>Virginia Attorney General<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | Bob Ferguson<br>Washington Attorney General<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 |
| Patrick Morrisey<br>West Virginia Attorney General<br>Office of the Attorney General<br>State Capitol Complex,<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 | Brad D. Schimel<br>Wisconsin Attorney General<br>Office of the Attorney General<br>State Capitol, Ste. 114 E.<br>P.O. Box 7857<br>Madison, WI 53707-7857 |