IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------  x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
                            Debtors.                              :
----------------------------------------------------------------  x
```

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing date set forth on the proposed order attached hereto.

Dated: April 24, 2015          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                               */s/ Margaret Whiteman Greecher*
                               Sean M. Beach (No. 4070)
                               Margaret Whiteman Greecher (No. 4652)
                               Michael S. Neiburg (No. 5275)
                               Rodney Square
                               1000 North King Street
                               Wilmington, Delaware  19801
                               Telephone: (302) 571-6600
                               Facsimile: (302) 571-1253

                               -and-

                               HAHN & HESSEN LLP
                               Mark S. Indelicato
                               Edward L. Schnitzer
                               488 Madison Avenue
                               New York, New York 10022
                               Telephone: (212) 478-7200
                               Facsimile: (212) 478-7400

                               *Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
                                                                    :
                                Debtors.                            :
------------------------------------------------------------------- x
```

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

August 14, 2015 at 10:00 a.m. (ET)

01:15402453.1