IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:  :  Chapter 11
 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,  :
 :  Jointly Administered
Debtors.  :

---

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

August 14, 2015 at 10:00 a.m. (ET)

**Dated: April 28th, 2015**
**Wilmington, Delaware**

01:15402453.1

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**