IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :
a Delaware corporation, et al.,[1]                              :   Jointly Administered
                                                                :
    Debtors.                                                    :
------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 1, 2015 AT 2:00 P.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

1.  Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11101, 3/17/15]

    Objection Deadline:    March 31, 2015 at 4:00 p.m. (ET)

    Objections Filed:      None

    Related Document:

        a)   Certificate of No Objection [D.I. 11111, 4/23/15]

        b)   Order Extending the Time for the Plan Trustee to Object to Claims, Including Administrative Claims [D.I. 11114, 4/24/15]

    Status: An order has been entered. No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

2.   Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 11105, 3/27/15]

   Objection Deadline:   April 10, 2015 at 4:00 p.m. (ET)

   Objections Filed:   None
   Related Document:

   a)   Certificate of No Objection [D.I. 11112, 4/23/15]

   b)   Order Pursuant to 11 U.S.C. Sections 105 and 107 Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal [D.I. 11115, 4/24/15]

   Status: An order has been entered.  No hearing is required.

3.   Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and Class/Collective Representatives, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) After the Fairness Hearing, and (VI) Granting Related Relief [D.I. 11106, 3/27/15]

   Objection Deadline:   April 10, 2015 at 4:00 p.m. (ET)

   Related Documents

   a)   [SEALED] Exhibit A to Exhibit 1 of Docket No. 11106 [D.I. 11107, 3/27/15]

   b)   Certificate of No Objection

   c)   Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and FLSA Plaintiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and Class/Collective Representatives, (IV) Approving the Form and Manner of Notice to Class/Collective Members of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 11118, 4/17/15]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

| | |
|---|---|
| Dated: April 29, 2015<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Patrick A. Jackson (No. 4976)<br>Michael S. Neiburg (No. 5275)<br>1000 North King Street<br>Wilmington, Delaware  19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |