1 | James Shoop
2 | 1155 Camino Del Mar #461
3 | Del Mar, CA 92014
  | Telephone: 858-461-9411

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In RE: Matter of | Chapter 11 |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | Case No. 07-11-47 (CSS) Jointly Administered |
| A Delaware corporation, *et al.*, | |
| Debtors. | RESPONSIVE DECLARATION OF JAMES SHOOP to the NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTIONS LAWSUIT AND FAIRNESS HEARING and OBJECTION TO THE MIMINUM ESTIMATED SETTLEMENT PAYMENT AMOUNT |

1.   My name is James Shoop, and I am a former employee of American Home Mortgage (hereby referred to as AHM).

2.   On or about July 9, 2015 I received a 'NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT AND FAIRNESS HEARING' occurring on August 14, 2015 to determine whether the Court should approve the settlement.

**I am objecting to the section of the proposed settlement that references a minimum estimated settlement payment for each member of the class of at least $1,150.00**

3. The basis for the suit and the claims asserted against AHM relate to the misclassification of my employment status. AHM erroneously classified me as a statutory exempt employee and denied me minimum wage and overtime pay.

4. For the period in question, from February 7, 2007 through August 6, 2007, I worked for AHM for an average of **50 to 60 hours per week**. The California minimum wage in force during this time was $7.50 per hour, and the overtime wage was $11.25 per hour. Applying the following formula, the conservative amount of compensation due would be as follows;

40 hours x 26 weeks = 1,040 hours of regular pay
10 hours x 26 weeks = 260 hours of overtime pay

1,040 hours x $7.50 per hour = $7,800.00
260 hours x $11.25 per hour = $2,925.00
**Total = $10,725.00**

5. In addition to the earned yet unpaid income, AHM's misclassification of my employment status triggered an audit of my Federal tax returns and a subsequent disallowing of my deductible employee expenses. This event resulted in a significant increase in my 2007 tax liability and the institution of severe penalties on my return.

6. I do not wish to be heard in Court, yet would like my objection to the terms of the settlement to be part of the record in this case. Additionally I would like my settlement payment to be equal to the maximum allowable payment under the settlement, up to the amount of the compensation I was denied.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

James Shoop    7/10/15

-2-