IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     :   Jointly Administered
a Delaware corporation, *et al.*,[1]                :
                                                    :   REQUEST TO WITHDRAW
                               Debtors.             :   OBJECTION
---------------------------------------------------------------- x


**DECLARATION OF CLASS COUNSEL
CONCERNING CLASS MEMBERS WHO HAVE OPTED-OUT
OF THE PROPOSED SETTLEMENT OF CLASS ACTION
<u>LAWSUIT OR OBJECTED TO THE SETTLEMENT</u>**

I, Jack A. Raisner, declare as follows:

1. I am an attorney at Outten & Golden LLP and Class Counsel in the above-referenced case.

2. On May 11, 2015, pursuant to the Court Order of April 29, 2015 [Docket No. 11118], Plaintiffs caused to be mailed the *Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, Exclusion Form* and *Objection to Dismissal Form* (the "Notice") to 2,631 class members from a list of names and addresses provided to Plaintiffs from Defendants.

3. A total of 414 Notices were returned as undeliverable. Class Counsel was able to obtain corrected addresses for 376 of these Notices, which were re-mailed between July 11, 2015 and July 24, 2015. To date, only 18 Notices have been returned undeliverable after re-mailing.

4. As provided in the Notice, any class member wishing to be excluded from the Class or wishing to object to the Settlement had until July 29, 2015 to do so, by sending to Class Counsel

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

a completed *Exclusion or Notice of Objection to Settlement* form.

5.     One class member requested exclusion from the Class by timely completing and forwarding the form. A redacted copy of this class member's exclusion form is attached as **Exhibit A**.

6.     One certified class member objected to the settlement: James Shoop (Docket No. 11127).

7.     After speaking with Class Counsel, James Shoop subsequently retracted his objection. A true and accurate copy of Mr. Shoop's objection and subsequent retraction is annexed hereto as **Exhibit B**. Mr. Shoop was not offered any benefit for withdrawing his objection and he does so at his own free will.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 11th day of August 2015
New York, New York.

/s/ Jack A. Raisner
Jack A. Raisner

**Outten & Golden LLP**
3 Park Ave, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*Counsel for Plaintiffs and the Class*