# EXHIBIT A

June 18, 2015

Outten & Golden LLP

Attn: Olivia J. Quinto, Esq.

3 Park Ave., 29th Floor

New York, NY 10016

Re: AHM Case Action Suit

Dear Ms. Quinto,

I opt out of the AHM overtime settlement. I will not be providing my social security number to be excluded.

Thank you.

*Rhonda L. Clayton* (signature)

Rhonda L. Clayton