# EXHIBIT B

August 10, 2015

**Via ECF**
Hon. Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware
824 North Market Street
5th Floor, Courtroom #6
Wilmington, Delaware 19801

      In re:  *Matter of American Home Mortgage Holdings, Inc.,*
             Chapter 11 Case No. 07-11-47 (CSS)

Dear Judge Sontchi:

     I am pleased to inform the Court that the issues that I raised in my objection dated July 10, 2015 have been resolved to my satisfaction. I now wish to participate in the settlement and therefore hereby withdraw my objection to it.

Respectfully,

James Shoop

James Shoop

[redacted]

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In RE: Matter of | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | Case No. 07-11-47 (CSS) Jointly Administered |
| A Delaware corporation, *et al.*, | |
| Debtors. | RESPONSIVE DECLARATION OF JAMES SHOOP to the NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTIONS LAWSUIT AND FAIRNESS HEARING and OBJECTION TO THE MIMINUM ESTIMATED SETTLEMENT PAYMENT AMOUNT |

1.  My name is James Shoop, and I am a former employee of American Home Mortgage (hereby referred to as AHM).

2.  On or about July 9, 2015 I received a 'NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT AND FAIRNESS HEARING' occurring on August 14, 2015 to determine whether the Court should approve the settlement.

**I am objecting to the section of the proposed settlement that references a minimum estimated settlement payment for each member of the class of at least $1,150.00**

- 1 -

3. The basis for the suit and the claims asserted against AHM relate to the misclassification of my employment status. AHM erroneously classified me as a statutory exempt employee and denied me minimum wage and overtime pay.

4. For the period in question, from February 7, 2007 through August 6, 2007, I worked for AHM for an average of **50 to 60 hours per week**. The California minimum wage in force during this time was $7.50 per hour, and the overtime wage was $11.25 per hour. Applying the following formula, the conservative amount of compensation due would be as follows;

> 40 hours x 26 weeks = 1,040 hours of regular pay
> 10 hours x 26 weeks = 260 hours of overtime pay
>
> 1,040 hours x $7.50 per hour = $7,800.00
> 260 hours x $11.25 per hour = $2,925.00
> **Total = $10,725.00**

5. In addition to the earned yet unpaid income, AHM's misclassification of my employment status triggered an audit of my Federal tax returns and a subsequent disallowing of my deductible employee expenses. This event resulted in a significant increase in my 2007 tax liability and the institution of severe penalties on my return.

6. I do not wish to be heard in Court, yet would like my objection to the terms of the settlement to be part of the record in this case. Additionally I would like my settlement payment to be equal to the maximum allowable payment under the settlement, up to the amount of the compensation I was denied.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_[signature]_   7/10/15

James Shoop

- 2 -