IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x  Chapter 11
In re:                                                                :
                                                                      :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :  Jointly Administered
                                                                      :
      Debtors.                                                        :
---------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 14, 2015 AT 10:00 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

1.  Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and Class/Collective Representatives, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving the Form and Manner of Notice to Class/Collective Members of the Class/Collective Certification and Settlement, (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) After the Fairness Hearing, and (VI) Granting Related Relief [D.I. 11106, 3/27/15]

    Objection Deadline:   April 10, 2015 at 4:00 p.m. (ET)

    Related Documents

    a)  [SEALED] Exhibit A to Exhibit 1 of Docket No. 11106 [D.I. 11107, 3/27/15]

    b)  Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and FLSA Plaintiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and Class/Collective Representatives, (IV) Approving the Form and Manner of Notice to Class/Collective Members of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

        Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 11118, 4/17/15]

    c)     Declaration of Class Counsel Concerning Class Members Who Have Opted-Out of the Proposed Settlement of Class Action Lawsuit or Objected to the Settlement [D.I. 11131, 8/11/15]

    d)     Certification of Counsel [D.I. 11132, 8/11/15]

Objections Filed:

    a)     Responsive Declaration of James Shoop to the Notice of Proposed Settlement of Class Actions Lawsuit and Fairness Hearing and Objection to the Minimum Estimated Settlement Payment Amount [D.I. 11127, 7/14/15]

Status: The response of James Shoop has been withdrawn [D.I. 11131]. A certification of counsel has been filed resolving this matter. No hearing is required.

Dated: August 12, 2015  
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Patrick A. Jackson (No. 4976)  
Michael S. Neiburg (No. 5275)  
1000 North King Street  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2

01:17454423.1