IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                                Debtors.                                     :
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing date set forth on the proposed order attached hereto.

Dated: September 9, 2015         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                 */s/ Margaret Whiteman Greecher*
                                 Sean M. Beach (No. 4070)
                                 Margaret Whiteman Greecher (No. 4652)
                                 Michael S. Neiburg (No. 5275)
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, Delaware  19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 -and-

                                 HAHN & HESSEN LLP
                                 Mark S. Indelicato
                                 Edward L. Schnitzer
                                 488 Madison Avenue
                                 New York, New York 10022
                                 Telephone: (212) 478-7200
                                 Facsimile: (212) 478-7400

                                 *Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                                                                             :
                                     Debtors.                                :
---------------------------------------------------------------------------- x

**ORDER SCHEDULING OMNIBUS HEARING DATE**

        Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

October 30, 2015 at 10:00 a.m. (ET)

01:15402453.1