## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                     :
                                                                 :   Chapter 11
AMERICAN HOME MORTGAGE                                                     :
HOLDINGS, INC., a Delaware corporation, *et al.*,[1]                       :   Case No. 07-11047 (CSS)
                                                                           :
                                       Debtors.                        :   Jointly Administered
                                                                           :   Hearing Date: October 30, 2015 at 10:00 a.m. (ET)
                                                                           :   Objection Deadline:  October 9, 2015 at 4:00 p.m. (ET)
------------------------------------------------------------------------ x

### NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Date as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, has filed the attached *Motion for an Order Extending the Plan Trust Termination Date* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **October 9, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must serve a copy of any response upon the undersigned counsel to the Plan Trustee so that the response is timely received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 30, 2015 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

01:17735354.1

STREET, FIFTH FLOOR, WILMINGTON, DELAWARE 19801, IN COURTROOM NO. 6.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
September 25, 2015

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:    /s/ *Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the Plan Trustee*