**EXHIBIT A**

**PROPOSED ORDER**

01:17735354.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                                   :
                                                                         :   Chapter 11
AMERICAN HOME MORTGAGE                                                   :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                       :   Case No. 07-11047 (CSS)
                                                                         :
                                        Debtors.                         :   Jointly Administered
------------------------------------------------------------------------ x
```

## ORDER GRANTING MOTION FOR AN ORDER EXTENDING
## THE PLAN TRUST TERMINATION DATE

Upon consideration of the *Motion for an Order Extending the Plan Trust Termination Date* (the "Motion");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:17735354.1

1

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Plan Trust shall terminate on the earlier of (a) the finalization of the Plan Trust's liquidation, administration and distribution of the Plan Trust Assets and its full performance of all other duties and functions as set forth in the Plan and Plan Trust Agreement, and (b) January 31, 2017; and it is further

ORDERED, that this Order is without prejudice to the Plan Trustee's right to seek further extensions of the Plan Trust Termination Date; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of the Order.

Dated: October __, 2015

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:17735354.1

2