**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,¹             :  Case No. 07-11047 (CSS)
                                                             :
                    Debtors.                                 :  Jointly Administered
                                                             :  Hearing Date:  October 30, 2015 at 10:00 a.m. (ET)
------------------------------------------------------------ :  Objection Deadline:  October 23, 2015 at 4:00 p.m. (ET)
                                                             x
```

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) ALL KNOWN PARTIES TO THREATENED OR PENDING LITIGATION INVOLVING THE DEBTORS; (III) COUNSEL TO BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) THE OFFICES OF THE ATTORNEYS GENERAL FOR EACH OF THE FIFTY STATES AND THE DISTRICT OF COLUMBIA; (VI) THE FEDERAL TRADE COMMISSION; (VII) COUNSEL TO HOMEWARD RESIDENTIAL MORTGAGE SERVICING, INC.; (VIII) THE SECURITIES AND EXCHANGE COMMISSION; (IX) STATEN ISLAND LEGAL SERVICES; (X) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES; (XI) SECURITIES PLAINTIFFS; (XII) PARTIES WHO HAVE SERVED A THIRD-PARTY SUBPOENA ON THE PLAN TRUSTEE; AND (XIII) THE LOAN CUSTODIANS OR OWNERS LISTED ON **EXHIBIT B** ATTACHED TO THE MOTION

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Date as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, has filed the attached *Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

01:17819627.1

1

*Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **October 23, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must serve a copy of any response upon the undersigned counsel to the Plan Trustee so that the response is timely received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 30, 2015 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, FIFTH FLOOR, WILMINGTON, DELAWARE 19801, IN COURTROOM NO. 6.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
October 9, 2015

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: /s/ Margaret Whiteman Greecher
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:     (302) 571-1253

- and -

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:     (212) 478-7400

*Counsel to the Plan Trustee*

01:17819627.1