# **EXHIBIT B**

**CUSTODIANS AND OWNERS OF LOANS**
**RELATING TO UNRETURNED COLLATERAL DOCUMENTS**

**EXHIBIT B**

| |
|---|
| Ally Financial Inc. |
| Astoria Bank |
| Bank of America |
| Bank of New York Mellon or BNY Mellon |
| Barclays |
| Bayview Loan Servicing, LLC |
| Cadle Company |
| California Housing Finance Agency |
| Capital One Financial Corp. |
| Cenlar FSB |
| Chevy Chase Bank, F.S.B. |
| Citigroup |
| Citizens Bank, National Association |
| Cityscape Home Mortgage / Cityscape Financial Corporation / Cityscape Corp. |
| Colorado Housing and Finance Authority (CHFA) |
| Connecticut Housing Finance Authority |
| Countrywide |
| Credit Suisse |
| CTBC Bank Corp. (USA) |
| Deutsche Bank |
| Duke University Federal Credit Union |
| Eastern Mortgage Services Inc. |
| Fannie Mae |
| Flushing Savings Bank, FSB |
| Freddie Mac |
| GE Capital Mortgage Services Inc. |
| Ginnie Mae |

| |
|---|
| Goldman Sachs |
| Guild Mortgage Company |
| Household Finance Corporation |
| HSBC |
| Huntington National Bank |
| Impac Mortgage Holdings, Inc. |
| JPMorgan Chase |
| Kentucky Housing Corporation (KHC) |
| Lehman Brothers |
| Michigan State Housing Development Authority |
| Money Store |
| Montana Board of Housing |
| Morgan Stanley |
| Nationstar Mortgage LLC |
| New York Community Bank |
| Nomura |
| North Carolina Housing Finance Agency |
| Ocwen |
| OneWest Bank |
| Pacific Western Bank |
| Pennsylvania Housing Finance Agency |
| People's United Bank, National Association |
| PHH Mortgage |
| PNC Financial Services Group, Inc. |
| Quaker Ridge Tenants Corp. |
| RBS Securities Inc. |
| Regions Mortgage |
| Royal Bank America |
| South Carolina State Housing Finance & Development Authority |

| |
|---|
| State of Maryland Department of Housing and Community Development's Division of Development Finance, also known as the Community Development Administration (CDA) |
| State of New York Mortgage Agency (SONYMA) |
| SunTrust Bank |
| U.S. Bank |
| UBS |
| Virginia Housing Development Authority (VHDA) |
| Wells Fargo |