## **EXHIBIT C**

## **FORM OF UNRETURNED DOCUMENT LETTER**

01:17819627.1

[DATE]

**VIA FIRST CLASS MAIL**

[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]

Re:    **Unreturned Collateral and Trailing Mortgage Loan Documents**

To Whom It May Concern:

As you may already be aware, on August 6, 2007, American Home Mortgage Investment Corp. and certain of its direct and indirect subsidiaries (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of, United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' bankruptcy cases are jointly administered under American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS).[1]

The undersigned, Steven D. Sass, is the duly appointed and currently acting trustee of the AHM Liquidating Trust (the "Trust"), the trust formed pursuant to Article 8.F of the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* to administer the Debtors' bankruptcy estates.

The purpose of this letter is to inform you that the Trust is in possession of original collateral and trailing mortgage loan documents relating to mortgage loans originated by one or more of the Debtors (collectively, the "Loan Documents")[2] which the Debtors' records indicate were sold or otherwise transferred to your institution or a predecessor organization.

The Trust intends to arrange for delivery of the Loan Documents to you *at the sole expense of the Trust* to the following address (the "Loan Document Return Address").

---

[1] The Debtors, along with the federal tax identification number of each Debtor, are: American Home Mortgage Holdings, Inc., a Delaware corporation (13-4066303); American Home Mortgage Investment Corp., a Maryland corporation (20-0103914); American Home Mortgage Acceptance, Inc., a Maryland corporation (20-0201979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (52-0957267); American Home Mortgage Corp., a New York corporation (13-3461558); American Home Mortgage Ventures LLC, a Delaware limited liability company (36-4571407); Homegate Settlement Services, Inc., a New York corporation (20-0167491); and Great Oak Abstract Corp., a New York corporation (11-3628580).

[2] The Loan Documents may contain "nonpublic personal information", as such term is defined in Section 509 of the Gramm-Leach-Bliley Act (P.L. 106-102) (15 U.S.C. Section 6801, et seq.) and implementing regulations thereof.

[ADDRESS]
[ADDRESS]
[ADDRESS]

Please indicate on the attached response form whether you would like the Loan Documents to be returned to the Loan Document Return Address indicated above or to a different location and return the response form in the enclosed stamped and pre-addressed envelope.

In addition, the Plan Trust is in possession of certain Loan Documents for which it cannot identify the institution to which the related mortgage loans were sold or otherwise transferred (the "Unidentified Custodian Collateral Documents"). If you would like to be provided with information concerning these loans to determine whether the Loan Documents relate to loans which were sold or transferred to you or a predecessor organization, please indicate your desire by completing the attached Unidentified Custodian Collateral Document Declaration enclosed with this letter. Please be advised that all Unidentified Custodian Collateral Document Declarations must be submitted to the Plan Trust by no later than fifteen (15) days of the entry of the enclosed *Order Granting Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon* entered by the Bankruptcy Court on _____, 2015 (the "Collateral Document Order").

Please be advised if you fail to provide the Trust with either a confirmation that the Loan Documents should be sent to the Loan Document Return Address above, or to an alternate delivery address below, within thirty (30) days from the date hereof, the Trust will immediately abandon, destroy or otherwise dispose of the Loan Documents pursuant to the Collateral Document Order.

If you have any questions or require any clarification with respect hereto, please feel free to contact me by mail at PO Box 10550, Melville, NY 11747, or by e-mail at Legal@AmericanHM.com.

Very truly yours,


Steven D. Sass
Plan Trustee


Enclosure

01:17819627.1

9

[DATE]

[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]
[NOTICE PARTY ADDRESS]

**Re:    Unreturned Collateral and Trailing Mortgage Loan Documents**

\_\_\_    Please deliver the Loan Documents to the following Loan Document Return Address:

[ADDRESS]
[ADDRESS]
[ADDRESS]

\_\_\_    Please deliver the Loan Documents to the below addressee at the following address:

Name/Title:    _____

Company:    _____

Address:    _____

_____

If you have any questions regarding the above directions, please contact:

Company:    _____

Name/Title:    _____

Email:    _____

Telephone:    _____