# EXHIBIT D

**FORM OF
UNIDENTIFIED CUSTODIAN COLLATERAL DOCUMENT DECLARATION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- :
                                                                  :  Chapter 11
In re:                                                            :
                                                                  :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                            :
HOLDINGS, INC., a Delaware corporation, *et al.*,[1]              :  Jointly Administered
                                                                  x
              Debtors.
-----------------------------------------------------------------

## UNIDENTIFIED CUSTODIAN COLLATERAL DOCUMENT DECLARATION OF _____

I, _____, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am over eighteen years of age and am employed as _____ of _____. I am authorized to submit this Declaration on behalf of _____.

2.  I have reviewed and am familiar with the contents of that certain *Order Granting Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon* entered by the Bankruptcy Court on _____, 2015 (the "Collateral Document Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

01:17819627.1

3.Pursuant to the Collateral Document Order, I submit this Declaration in support of the request of _____ to the Plan Trust to review the list of borrower names, subject property addresses and dates and amounts of mortgage for the underlying loans related to the Unidentified Custodian Collateral Documents (the "Information").

4.In making its request for the Information, _____ has a good-faith basis to believe that it may be the proper owner or custodian of the underlying loans related to the Unidentified Custodian Collateral Documents.

5.If provided the Information, _____ shall treat the Information according to the terms of the Collateral Document Order.

6.I declare under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed on _____, 2015

_____
Name:
Title: