IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------------- x
                                                 :   Chapter 11
In re:                                           :
                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],        :
a Delaware corporation, et al.,                  :
                                                 :   Jointly Administered
                                                 :
        Debtors.                                 :
--------------------------------------------------------------------- x   Ref. No. 11141
```

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the Plan

Trustee's *Motion for an Order Extending the Plan Trust Termination Date* (the "Motion") has

been received.  The undersigned further certifies that a review of the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Motion appears thereon.

Responses to the Motion were to be filed and served no later than October 9, 2015 at 4:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:17864173.1

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.

Dated: October 20, 2015
      Wilmington, Delaware           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                              */s/ Margaret Whiteman Greecher*
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              Patrick A. Jackson (No. 4976)
                              Michael S. Neiburg (No. 5275)
                              1000 North King Street
                              Wilmington, Delaware  19899
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              HAHN & HESSEN LLP
                              Mark S. Indelicato
                              Edward L. Schnitzer
                              488 Madison Avenue
                              New York, New York 10022
                              Telephone: (212) 478-7200
                              Facsimile: (212) 478-7400

                              *Co-Counsel to the Plan Trustee*

01:17864173.1