## CERTIFICATE OF SERVICE

I, Ashley R. Altschuler, hereby certify that on the 27th day of October, 2015, I caused a true and correct copy of the foregoing **Objection of Morgan Stanley Mortgage Capital Holdings LLC to Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon** to be served on the below listed counsel in the manner indicated.

*Ashley R. Altschuler*
Ashley R. Altschuler (No. 3803)

**Via Hand Delivery**
Sean M. Beach
Margaret Whiteman Greecher
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

**Via First Class Mail**
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

**Via Hand Delivery**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

EAST\110815447.1