IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

      Debtors.

------------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 30, 2015 AT 10:00 A.M. (ET)**

**RESOLVED MATTERS**

1.    Plan Trustee's Motion for an Order Extending (I) The General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11139, 9/17/15]

    Objection Deadline:   October 1, 2015 at 4:00 p.m. (ET)

    Related Documents:

        a)  Order Extending the Time for the Plan Trustee to Object to Claims, Including Administrative Claims [D.I. 11147, 10/13/15]

    Status: An order has been entered.  No hearing is required.

2.    Plan Trustee's Motion for an Order Extending the Plan Trust Termination Date [D.I. 11141, 9/25/15]

    Objection Deadline:   October 9, 2015 at 4:00 p.m. (ET)

    Related Documents:

        a)  Order Granting Motion for an Order Extending the Plan Trust Termination Date [D.I. 11153, 10/26/15]

    Status: An order has been entered.  No hearing is required.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

## CONTESTED MATTER GOING FORWARD

3.      Plan Trustee's Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 (I)
        Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the
        Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents
        in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the
        Information Contained Thereon [D.I. 11146, 10/9/15]

        Objection Deadline:   October 23, 2015 at 4:00 p.m. (ET), extended for Morgan Stanley
                              to October 27, 2015 at 12:00 p.m. (ET)

        Objections Filed:

                a)      Objection of Morgan Stanley Mortgage Capital Holdings LLC to Plan
                        Trustee's Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554
                        (I) Establishing an Unreturned Collateral Document Protocol and (II)
                        Authorizing the Abandonment, Destruction or Other Disposition of (A)
                        Unreturned Collateral Documents in Connection Therewith and (B)
                        Certain Servers, Electronic Storage Media and the Information Contained
                        Thereon [D.I. 11154, 10/27/15]

        Status: This matter will be going forward.

Dated: October 28, 2015                         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                                */s/ Margaret Whiteman Greecher*
                                                Sean M. Beach (No. 4070)
                                                Margaret Whiteman Greecher (No. 4652)
                                                Patrick A. Jackson (No. 4976)
                                                Michael S. Neiburg (No. 5275)
                                                1000 North King Street
                                                Wilmington, Delaware  19899
                                                Telephone: (302) 571-6600
                                                Facsimile: (302) 571-1253

                                                -and-

                                                HAHN & HESSEN LLP
                                                Mark S. Indelicato
                                                Edward L. Schnitzer
                                                488 Madison Avenue
                                                New York, New York 10022
                                                Telephone: (212) 478-7200
                                                Facsimile: (212) 478-7400

                                                *Co-Counsel to the Plan Trustee*