IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x    Chapter 11
In re:                                                                 :
                                                                       :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :    Jointly Administered
                                                                       :
    Debtors.                                                           :
---------------------------------------------------------------------- x

# AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 30, 2015 AT 10:00 A.M. (ET)

## RESOLVED MATTERS

1.  Plan Trustee's Motion for an Order Extending (I) The General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11139, 9/17/15]

    Objection Deadline:   October 1, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a) Order Extending the Time for the Plan Trustee to Object to Claims, Including Administrative Claims [D.I. 11147, 10/13/15]

    Status: An order has been entered.  No hearing is required.

2.  Plan Trustee's Motion for an Order Extending the Plan Trust Termination Date [D.I. 11141, 9/25/15]

    Objection Deadline:   October 9, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a) Order Granting Motion for an Order Extending the Plan Trust Termination Date [D.I. 11153, 10/26/15]

    Status: An order has been entered.  No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amended items appear in bold**.

**CONTESTED MATTER GOING FORWARD**

3.  Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon [D.I. 11146, 10/9/15]

    Objection Deadline:  October 23, 2015 at 4:00 p.m. (ET), extended for Morgan Stanley to October 27, 2015 at 12:00 p.m. (ET)

    **Related Documents:**

    a)  **Notice of Revised Proposed Order [D.I. 11156, 10/29/15]**

    b)  **Declaration of Steven D. Sass in Support of the Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon [D.I. 11157, 10/29/15]**

    Objections Filed:

    a)  Objection of Morgan Stanley Mortgage Capital Holdings LLC to Plan Trustee's Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon [D.I. 11154, 10/27/15]

    Status: This matter will be going forward.

| | |
|---|---|
| Dated: October 29, 2015<br>      Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Patrick A. Jackson (No. 4976)<br>Michael S. Neiburg (No. 5275)<br>1000 North King Street<br>Wilmington, Delaware  19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |