# SIGN-IN SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047  
**COURTROOM LOCATION:** 6  
**DATE:** 10/30/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Margaret Greecher | YCST | Plan Trust |
| Jason Orbach | Hahn+Hessen | " " |
| Ashley Altschuler | DLA Piper LLP | Morgan Stanley Mortgage |
| Kaitlin Edelman | DLA Piper LLP | Morgan Stanley Mortgage |
| Ed Schnitzer *telephonic | Halm + Hessen | Plan Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.