### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :

AMERICAN HOME MORTGAGE                                    :    Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,[1]        :

                                                          :    Jointly Administered

      Debtors.                                     :

                                                          :

------------------------------------------------------------- x

### NOTICE OF UNCLAIMED DISTRIBUTIONS

     **PLEASE TAKE NOTICE THAT** on December 12, 2014, the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders* [D.I. 11050] (the "Distribution Order").

     **PLEASE TAKE NOTICE THAT** on or about May 15, 2015 (the "Distribution Date"), Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan")[2] in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors") began making distributions under the Plan to Holders of Allowed General Unsecured Claims (collectively, the "Distributions").

     **PLEASE TAKE FURTHER NOTICE THAT** the Distributions identified on the schedule attached hereto as **Exhibit A** (collectively, the "Uncashed Distributions") have not been

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]     All terms used but not defined herein shall have the meaning ascribed to such terms under the Plan.

cashed or otherwise claimed.  Pursuant to section 3.13 of the Plan Trust Agreement, made applicable to Uncashed Distributions by the Distribution Order, the Plan Trustee was required to hold such Uncashed Distributions for six (6) months following the Distribution Date (i.e., November 16, 2015).

**PLEASE TAKE FURTHER NOTICE THAT** the Distributions identified on the schedule attached hereto as **<u>Exhibit B</u>** (the "<u>Returned Distributions</u>" and together with the Uncashed Distributions, the "<u>Unclaimed Distributions</u>") were returned to the Plan Trustee. Pursuant to section 3.13 of the Plan Trust Agreement, the Plan Trustee was required to hold such Returned Distributions for six (6) months following the Distribution Date (i.e., November 16, 2015).

**PLEASE TAKE FURTHER NOTICE THAT** Holders of Unclaimed Distributions who wish to receive payment on account of such Unclaimed Distributions must respond to this notice no later than November 16, 2015 (the "<u>Response Deadline</u>").  Responses should be directed to Lynn K. Smalley at 631-393-6230 ext. 5315 or <u>general@americanhm.com</u>.

*Remainder of Page Left Blank By Intention*

01:17898143.1

2

**PLEASE TAKE FURTHER NOTICE THAT**, if a response is not received by November 16, 2015, Holders of the Unclaimed Distributions shall cease to be entitled to the Unclaimed Distributions, and the Unclaimed Distributions for each such holder shall be distributed on a pro rata basis to the Holders of Allowed Claims who have received and have claimed distributions and who are otherwise entitled to further distributions hereunder.

Dated:  November 4, 2015
         Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:17898143.1

**<u>EXHIBIT A</u>**

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 115 RIVER ROAD LLC<br>ATTN: SCOTT HEGNEY<br>115 RIVER ROAD<br>EDGEWATER, NJ 07020 | Claim #8815 | 5/15/2015 | 10599 | 51.63 |
| 1800 SOUTH NEIL PARTNERSHIP<br>C/O RAMSHAW REAL ESTATE<br>1817 A NEIL ST SUITE 101<br>CHAMPAIGN, IL -61820 | Claim #1000130 | 5/15/2015 | 10753 | 62.79 |
| 275 WEST GARRETT LLC<br>275 WEST ST STE 316<br>ANNAPOLIS, MD 21401-3499 | Claim #1000380 | 5/15/2015 | 10755 | 132.82 |
| 300 BEDFORD ST BLDG OWNER LLC<br>C/O COLLEGE ST MANAGEMENT LLC<br>900 CHAPEL STREET<br>NEW HAVEN, CT 06510 | Claim #1000440 | 5/15/2015 | 10757 | 88.92 |
| 5151 E BROADWAY, LLC<br>538 BROADHOLLOW RD STE LL1<br>MELVILLE, NY 11747-3668 | Claim #612 | 5/15/2015 | 10141 | 165.98 |
| 711 WESTCHESTER AVE SPE LLC<br>ATTN RICHARD CONNIF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC, 625 REXCORP PLZ<br>UNIONDALE, NY -11556 | Claim #8671.01 | 5/15/2015 | 11076 | 1,852.73 |
| 84 LUMBER COMPANY  2006CV0468<br>MASON, SCHILLING & MASON, CO, LPA<br>11340 MONTGOMERY ROAD, SUITE 210<br>CINCINATTI, OH -45249 | Claim #7720 | 5/15/2015 | 10475 | 800.77 |
| A & B PROPERTIES<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY 11747-2352 | Claim #1000740 | 5/15/2015 | 10760 | 166.88 |
| ABYSS POOL & SPAS, INC<br>302 LENOX<br>HOUSTON, TX -77011 | Claim #1001350 | 5/15/2015 | 10763 | 179.41 |
| ACCOMAZZO APPRAISAL SERVICES<br>ATTN A. ACCOMAZZO<br>14685 GENESEE ROAD<br>APPLE VALLEY, CA 92307-5156 | Claim #7937 | 5/15/2015 | 10495 | 86.77 |
| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL -33134 | Claim #8831 | 5/15/2015 | 10601 | 99.62 |
| ADORNO & YOSS, LLP<br>C/O GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD., SUITE 400 | Claim #9260 | 5/15/2015 | 10654 | 822.71 |
| ADP INC<br>POB 9001006<br>LOUISVILLE, KY 40290-1006 | Claim #1001970 | 5/15/2015 | 10768 | 1,212.11 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| ADP INC<br>POB 9001006<br>LOUISVILLE, KY 40290-1006 | Claim #1002030 | 5/15/2015 | 10770 | 132.87 |
| ADP INC<br>POB 9001006<br>LOUISVILLE, KY 40290-1006 | Claim #1001990 | 5/15/2015 | 10769 | 67.83 |
| ADP INC<br>POB 9001007<br>LOUISVILLE, KY 40290-1007 | Claim #1001960 | 5/15/2015 | 10767 | 161.33 |
| ADP INC<br>POB 9001007<br>LOUISVILLE, KY 40290-1007 | Claim #1001950 | 5/15/2015 | 10766 | 66.01 |
| AGF WOODFIELD OWNER LLC<br>% JONES LANG LASALLE<br>% GENERAL MGR, 1375 E. WOODFIELD RD<br>SCHAUMBURG, IL -60173 | Claim #9224.01 | 5/15/2015 | 11082 | 1,553.27 |
| AIA SOFTWARE N AMERICA INC<br>5 BROADACRE DR<br>STE 100 | Claim #1002640 | 5/15/2015 | 10771 | 131.96 |
| ALLSTAR COMMUNICATIONS INC<br>ATTN BRENDA BATEMAN, A/R<br>PO BOX 933022<br>ATLANTA, GA -31193 | Claim #4011 | 5/15/2015 | 10350 | 260.27 |
| AMERICA'S CUTTING EDGE RE SERVICES<br>155 PASSAIC AVE STE 200<br>FAIRFIELD, NJ 07004-3562 | Claim #1141 | 5/15/2015 | 10163 | 397.35 |
| ANDREW DAVIDSON & CO<br>520 BROADWAY<br>8TH FL<br>NYC, NY -10012 | Claim #1006430 | 5/15/2015 | 10782 | 132.87 |
| ASAP APPRAISALS, INC 5364<br>LEE BRAND, PRESIDENT<br>5364 EHRLICH RD. PMB 356 | Claim #1926 | 5/15/2015 | 10247 | 51.85 |
| AT&T CORP.<br>AT&T CREDIT & COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR, SUITE 103<br>FORT WORTH, TX -76155 | Claim #1094 | 5/15/2015 | 10159 | 795.27 |
| AT&T GLOBAL SERVICES<br>AT&T CREDIT & COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR, SUITE 103<br>FORT WORTH, TX -76155 | Claim #9258.01 | 5/15/2015 | 11083 | 3,945.22 |
| AT&T LONG DISTANCE<br>AT&T CREDIT & COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR, SUITE 103<br>FORT WORTH, TX -76155 | Claim #1402 | 5/15/2015 | 10179 | 138.27 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| AT&T<br>AT&T CREDIT & COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR, SUITE 103<br>FORT WORTH, TX -76155 | Claim #1008950 | 5/15/2015 | 10785 | 191.29 |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>ATTN BRENDON R. PEARCE, COO<br>1710C PLUM LANE<br>REDLANDS, CA -92374 | Claim #1870.01 | 5/15/2015 | 11047 | 91.34 |
| AUSTIN LAWTHER DESIGN<br>ATTN AUSTIN LAWTHER<br>27 ARION PLACE, APT. 203 | Claim #6920 | 5/15/2015 | 10441 | 58.43 |
| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>% GERALD J RUSSELLO<br>% BEAR STEARNS & CO. INC., 320 PARK AVE<br>NEW YORK, NY -10022 | Claim #9022 | 5/15/2015 | 10625 | 48,045.90 |
| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>% GERALD J RUSSELLO<br>% BEAR STEARNS & CO. INC., 320 PARK AVE | Claim #9020 | 5/15/2015 | 10623 | 24,464.85 |
| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>% GERALD J RUSSELLO<br>% BEAR STEARNS & CO. INC., 320 PARK AVE<br>NEW YORK, NY -10022 | Claim #9021 | 5/15/2015 | 10624 | 10,450.80 |
| BIXLER CONSULTING GROUP, INC.<br>ATTN SUSAN BIXLER, PRESIDENT<br>200 GALLERIA PARKWAY, SUITE 1425<br>ATLANTA, GA -30339 | Claim #2733 | 5/15/2015 | 10296 | 580.63 |
| BLOOMBERG<br>POB 30244<br>HARTFORD, CT 06150-0244 | Claim #1017320 | 5/15/2015 | 10797 | 1,816.51 |
| BOWEN, BOBBIE<br>119 SHADY BEND<br>LUFKIN, TX -75901 | Claim #10053 | 5/15/2015 | 10670 | 67.17 |
| BRCP AURORA MARKETPLACE, LLC<br>C/O DONALD D. FARLOW<br>303 E. 17TH AVE, SUITE 800 | Claim #8788 | 5/15/2015 | 10592 | 421.65 |
| BRENAVOIR LLC<br>1020 EDNAM CENTER SUITE 102<br>CHARLOTTESVILLE, VA -22903 | Claim #1019020 | 5/15/2015 | 10801 | 119.06 |
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ -85712 | Claim #1287 | 5/15/2015 | 10172 | 70.35 |
| C&H PROPERTIES LLC<br>ATTN: CHRIS CANTY, PRINCIPAL<br>318A GUILBEAU RD<br>LAFAYETTE, LA -70506 | Claim #10128 | 5/15/2015 | 10675 | 584.57 |

**Exhibit A**

**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| CADRE GROUP, LLC<br>60 KATONA DR STE 27<br>FAIRFIELD, CT -6824 | Claim #4 | 5/15/2015 | 10101 | 183.55 |
| CANTELI, LISBET<br>4637 HENDRIX DR<br>FOREST PARK, GA 30297-3729 | Claim #10267 | 5/15/2015 | 10695 | 16,277.07 |
| CARLETON, ROBERT<br>C/O J. ALEXANDER WATT, ESQ.<br>P.O. BOX 881<br>BARNSTABLE, MA 02630 | Claim #2134.01 | 5/15/2015 | 11050 | 79.71 |
| CASTLE & COOKE COMMERCIAL PROP<br>4601 SIX FORKS RD STE 500<br>RALEIGH, NC 27609-5286 | Claim #4212 | 5/15/2015 | 10357 | 420.86 |
| CERALYN CORP DBA WOODTRONICS<br>ATTN SCOTT T. WILLIAMS, ATTORNEY<br>110 REYNOLDS ST<br>S WILLIAMSPORT, PA -17702 | Claim #2892 | 5/15/2015 | 10313 | 613.03 |
| CERTIFIED APPRAISAL SERVICE<br>ATTN ELBERT CECIL WRIGHT, OWNER<br>97 TOLLGATE TRAIL | Claim #7761 | 5/15/2015 | 10485 | 157.63 |
| CHAMROCK COMPUTER NETWORK, INC<br>404 PARK AVE S<br>2ND FLOOR<br>NEW YORK, NY -10016 | Claim #1025400 | 5/15/2015 | 10807 | 244.65 |
| CHARLOTTE COMMUNITY APPRAISAL<br>ATTN R. KEITH ZIMMERMAN<br>9202 AVIATION BLVD STE EW2<br>CONCORD, NC -28027 | Claim #2875 | 5/15/2015 | 10312 | 63.01 |
| CHECKFREE SERVICES CORP<br>POB 409287<br>ATLANTA, GA 30384-9287 | Claim #1026000 | 5/15/2015 | 10810 | 97.46 |
| CHERRY CREEK VENTURES, LLC<br>1777 S HARRISON ST STE 1100<br>DENVER, CO 80210-3936 | Claim #1026140 | 5/15/2015 | 10811 | 63.61 |
| CHESTER REGIONAL REALTY, LLC<br>KELLER WILLIAMS R.E./D.SPINA<br>100 CAMPBELL BLVD, SUITE 106 | Claim #1026240 | 5/15/2015 | 10812 | 231.17 |
| CHOICE ONE REAL ESTATE<br>ATTN WENDY EISNAUGLE, BIC<br>117A E REED ST<br>ANDERSON, SC 29624-2343 | Claim #6114 | 5/15/2015 | 10413 | 190.11 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>% STACEY GRAY, BANKR PROCESSING<br>800 E SONTERRA BLVD., STE 240 | Claim #1918 | 5/15/2015 | 10244 | 449.40 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1820 | 5/15/2015 | 10224 | 348.49 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1857 | 5/15/2015 | 10232 | 233.82 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1827 | 5/15/2015 | 10226 | 226.23 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1833 | 5/15/2015 | 10228 | 226.07 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1841 | 5/15/2015 | 10230 | 108.20 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 | Claim #1860 | 5/15/2015 | 10233 | 103.75 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1819 | 5/15/2015 | 10223 | 90.53 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 | Claim #1917 | 5/15/2015 | 10243 | 57.56 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1854 | 5/15/2015 | 10231 | 56.16 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 | Claim #1834 | 5/15/2015 | 10229 | 55.75 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1821 | 5/15/2015 | 10225 | 54.67 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1828 | 5/15/2015 | 10227 | 52.53 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. % STACEY GRAY, BANKR PROCESSING 800 E SONTERRA BLVD., STE 240 SAN ANTONIO, TX -78258 | Claim #1921 | 5/15/2015 | 10245 | 51.07 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| CLIENT SERVICES CUSTOMER CARE 2931 GREENWOOD CTR DENISON, TX 75020-5530 | Claim #1029600 | 5/15/2015 | 10815 | 454.07 |
| COACHELLA VALLEY APPRAISAL ATTN DALE BERNER, OWNER 43385 TENNESSEE AVE | Claim #1363 | 5/15/2015 | 10176 | 93.40 |
| COACHELLA VALLEY APPRAISAL P.O. BOX 1173 PALM SPRINGS, CA -92263 | Claim #2267 | 5/15/2015 | 10272 | 99.37 |
| COLDWELL BANKER ATTN: MARCIA GILES 4090 MISSION BOULEVARD SAN DIEGO, CA -92109 | Claim #5253 | 5/15/2015 | 10380 | 128.67 |
| COLLIER-LEE APPRAISAL,INC 2390 KINGS LAKE BLVD NAPLES, FL 34112-2307 | Claim #7749 | 5/15/2015 | 10481 | 79.57 |
| COMED CO ATTN C. WALKER, REVENUE MANAGEMENT 2100 SWIFT DRIVE | Claim #1767 | 5/15/2015 | 10215 | 170.09 |
| COMMERCIAL AGENCY, THE ATTN LEE KENNEDY, COLLECTION MANAGER C/O LIONINC.COM, PO BOX 23909 FARMVILLE, VA -23909 | Claim #2576 | 5/15/2015 | 10289 | 153.51 |
| CONSTELLATION HOMEBUILDER SYSTEMS, INC. 888 S. DISNEYLAND DR, STE 430 ANAHEIM, CA -92802 | Claim #1031980 | 5/15/2015 | 10818 | 78.25 |
| COR-IBS, INC. 470 ATLANTIC AVE 4TH FL | Claim #1032480 | 5/15/2015 | 10819 | 193.69 |
| CORPORATE CENTER V/AMERICAN NEVADA CO %: P RALSTON, EXEC. VP/TRES. 901 N GREEN VALLEY PKWY, STE 200 HENDERSON, NV -89074 | Claim #8775 | 5/15/2015 | 10591 | 175.07 |
| CRESTWOOD FARMS POB 277 E NORTHPORT, NY -11731 | Claim #1034260 | 5/15/2015 | 10821 | 65.78 |
| DAILEY, DAVID J. 1707 EAST 122ND STREET LOS ANGELES, CA -90059 | Claim #10213 | 5/15/2015 | 10685 | 5,547.76 |
| DAN'S PAPERS, INC. ATTN JAMES F BEST A/R MANAGER, PO BOX 630 BRIDGEHAMPTON, NY -11932 | Claim #398 | 5/15/2015 | 10127 | 118.98 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| DBSI PHOENIX PEAK LEASE CO LLC<br>% J SWENSON/DDRS LGL FINANCE DEPT<br>12426 WEST EXPLORER DR, STE 100<br>BOISE, ID -83713 | Claim #7021 | 5/15/2015 | 10445 | 2,809.04 |
| DELTA REALTY COMPANY<br>813 MAIN ST,<br>DELTA, CO -81416 | Claim #1038400 | 5/15/2015 | 10827 | 111.94 |
| DESIGN CIRCLES<br>55 WEST 38TH STREET<br>4TH FLOOR | Claim #4874 | 5/15/2015 | 10370 | 228.46 |
| DIGITAL DRAW NETWORK<br>ABA - DDN SERVICES<br>PO BOX 708146 | Claim #1729 | 5/15/2015 | 10205 | 188.38 |
| DINERS CLUB<br>P.O. BOX 6935<br>THE LAKES, NV -88901 | Claim #1040010 | 5/15/2015 | 10831 | 158.36 |
| DINERS CLUB<br>P.O. BOX 6935<br>THE LAKES, NV 88901-6935 | Claim #1040000 | 5/15/2015 | 10830 | 2,744.66 |
| DJ, LLC<br>201 WEST MAIN STREET<br>SUITE 101 | Claim #6780 | 5/15/2015 | 10440 | 84.32 |
| DOLCE VITA, INC<br>ATTN ANTHONY MARSIGLIO<br>6100 CLARKS CREEK ROAD, UNIT 100<br>PLAINFIELD, IN -46168 | Claim #2775 | 5/15/2015 | 10304 | 303.20 |
| DONALD ZIMMERMAN & ASSOCIATES LLC<br>ATTN ADAM ZIMMERMAN, PARTNER<br>550 FRONTAGE RD STE 3805 | Claim #46 | 5/15/2015 | 10110 | 135.38 |
| DORMAN APPRAISALS<br>ATTN DAVE DORMAN, OWNER<br>2846 PLUMAS ARBOGA RD<br>MARYSVILLE, CA -95901 | Claim #178 | 5/15/2015 | 10120 | 113.78 |
| DOUBLETREE IRVINE SPECTRUM<br>90 PACIFICA AVENUE<br>IRVINE, CA -92618 | Claim #1045210 | 5/15/2015 | 10833 | 1,494.80 |
| DOYLE, DENNIS M. JR.<br>7807 BAYMEADOWS RD E<br>JACKSONVILLE, FL -32256 | Claim #650 | 5/15/2015 | 10146 | 1,745.71 |
| DRI MANAGEMENT SYSTEMS, INC<br>1451 QUAIL ST, STE 100<br>NEWPORT BEACH, CA -92660 | Claim #1045680 | 5/15/2015 | 10834 | 150.05 |
| DRIFTWOOD CORP. OF OCALA<br>9220 BONITA SPRINGS ROAD<br>SUITE 109<br>BONITA SPRINGS, FL -34135 | Claim #1045750 | 5/15/2015 | 10835 | 51.37 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| DSD/EKO MARKETING, INC<br>2323 N. MILWAUKEE AVE<br>CHICAGO, IL -60647 | Claim #1045780 | 5/15/2015 | 10836 | 65.75 |
| DUNCAN GROUP, THE<br>ATTN CHRIS PARMER, CONTROLLER<br>3760 PEACHTREE CREST DR, SUITE A<br>DULUTH, GA -30097 | Claim #4140 | 5/15/2015 | 10355 | 165.14 |
| ESTAFFCONTROL<br>261 MADISON AVE<br>2ND FLOOR | Claim #1049620 | 5/15/2015 | 10839 | 83.13 |
| EXCEL SECURITY SYSTEMS<br>2740 HUDSON AVENUE<br>ATTN KIM HOFFMAN, OWNER<br>CORONA, CA -92881 | Claim #7632 | 5/15/2015 | 10467 | 57.25 |
| EXPRESS SERVICES INC<br>POB 730039<br>DALLAS, TX 75373-0039 | Claim #1050280 | 5/15/2015 | 10841 | 73.81 |
| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT OF HUD % M SCHMERGEL<br>1100 L ST., NW, RM 10002 | Claim #10932 | 5/15/2015 | 10751 | 32,221.23 |
| FEDERAL HOUSING ADMINISTRATION, THE(FHA)<br>OF THE US DEPT OF HUD % M SCHMERGEL<br>1100 L ST., NW, RM 10002<br>WASHINGTON, DC -20005 | Claim #10931 | 5/15/2015 | 10750 | 2,828.81 |
| FIDELITY NATIONAL FINANCIAL<br>ATTN: MICHELLE GILLIS<br>601 RIVERSIDE AVE<br>JACKSONVILLE, FL -32204 | Claim #1051870 | 5/15/2015 | 10844 | 110.31 |
| FIRST AMERICAN CREDCO<br>PO BOX 509019<br>SAN DIEGO, CA 92150-9019 | Claim #1052390 | 5/15/2015 | 10845 | 52.44 |
| FLORIDA BUSINESS FURNITURE<br>706 TURNBELL AVE, SUITE 304<br>ALAMONTE SPRINGS, FL -32701 | Claim #1054140 | 5/15/2015 | 10848 | 112.66 |
| FOCUS APPRAISALS INC.<br>103-210<br>2400 E MAIN ST STE 103<br>SAINT CHARLES, IL 60174-2415 | Claim #7582 | 5/15/2015 | 10458 | 64.09 |
| FORREST SOLUTIONS<br>10  EAST 40TH ST<br>NEW YORK, NY -10016 | Claim #1054610 | 5/15/2015 | 10850 | 472.99 |
| FOUNTAINS PARK, LLC<br>C/O CB RICHARD ELLIS<br>2415 EAST CAMELBACK ROAD<br>PHOENIX, AZ -85016 | Claim #1054870 | 5/15/2015 | 10853 | 90.07 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| FRESE, SUSAN AND MCCARTHY<br>210 OAKWOOD ST SE APT 306<br>WASHINGTON, DC 20032-1770 | Claim #9220 | 5/15/2015 | 10648 | 163.10 |
| FRIEDMAN, BILLINGS, RAMSEY<br>& CO., INC<br>1001 NINETEENTH ST NORTH<br>ARLINGTON, VA -22209 | Claim #1055840 | 5/15/2015 | 10856 | 2,412.44 |
| GATEWAY CHULA VISTA<br>333 H" STREET"<br>SUITE 6000<br>CHULA VISTA, CA -91910 | Claim #7871 | 5/15/2015 | 10491 | 2,923.31 |
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>%PATRICIA POEL, LITIGATION SPECIALIST<br>44 OLD RIDGEBURY RD,<br>DANBURY, CT 06810 | Claim #1954 | 5/15/2015 | 10252 | 350.45 |
| GENERAL ELECTRIC CAPITAL CORP., INC.<br>%PATRICIA POEL, LITIGATION SPECIALIST<br>44 OLD RIDGEBURY RD, | Claim #1953 | 5/15/2015 | 10251 | 155.51 |
| GLADES-PIKES INVESTORS, LTD.<br>7777 GLADES ROAD<br>SUITE 310<br>BOCA RATON, FL -33434 | Claim #6694 | 5/15/2015 | 10438 | 76.58 |
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO -80403 | Claim #10195 | 5/15/2015 | 10683 | 113.50 |
| GRAND WAILEA RESORT HOTEL & SPA<br>% DAVID J HARRIS, BURCH PORTER & JOHNSON<br>130 N COURT AVE<br>MEMPHIS, TN -38103 | Claim #10557 | 5/15/2015 | 10713 | 9,785.94 |
| GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS #2100<br>LOS ANGELES, CA 90067-4590 | Claim #1060330 | 5/15/2015 | 10861 | 620.61 |
| HAVENGATE INLAND EMPIRE, LLC<br>C/O HALL EQUITIES GROUP<br>3401 CENTRELAKE DRIVE<br>ONTARIO, CA -91761 | Claim #1063460 | 5/15/2015 | 10864 | 113.24 |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC<br>PO BOX 1537<br>SAINT PETERS, MO 63376-0027 | Claim #6237 | 5/15/2015 | 10422 | 68.22 |
| HELIOS & MATHESON<br>200 PARK AVE S STE 901<br>NEW YORK, NY 10003-1541 | Claim #2289 | 5/15/2015 | 10275 | 878.13 |
| HENDERSON APPRAISAL CO. INC.<br>5364 EHRLICH ROAD # 71<br>TAMPA, FL -33624 | Claim #5703 | 5/15/2015 | 10398 | 66.25 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| HERITAGE OFFICE FURNITURE<br>1562 MONTAGUE EXPY<br>SAN JOSE, CA 95131-1408 | Claim #1406 | 5/15/2015 | 10180 | 107.21 |
| HIRERIGHT, INC.<br>24521 NETWORK PL<br>CHICAGO, IL 60673-1245 | Claim #2763 | 5/15/2015 | 10303 | 419.18 |
| HOFF, BRADLEY C.<br>DBA BAX APPRAISAL<br>1428 S BAY RD NE<br>OLYMPIA, WA -98506 | Claim #813 | 5/15/2015 | 10149 | 60.27 |
| HOLIDAY INN SACRAMENTO<br>NORTHEAST<br>5321 DATE AVENUE<br>SACRAMENTO, CA -95841 | Claim #1065860 | 5/15/2015 | 10870 | 146.81 |
| HOMES ON THE HILL COMMUNITY DEVELOPMENT<br>CORPORATION<br>4318 WESTLAND MALL<br>COLUMBUS, OH 43228-1629 | Claim #7745 | 5/15/2015 | 10480 | 53.82 |
| HOOD, JE TAIME<br>4 SQUIRES PL<br>NEWPORT NEWS, VA 23606-1250 | Claim #10325 | 5/15/2015 | 10699 | 374.47 |
| HOWARD HUGHES PROPERTIES LP<br>THE HUGHES CENTER<br>SDS-12-2736  PO BOX 86 | Claim #1067060 | 5/15/2015 | 10872 | 160.60 |
| HSH ASSOC. FINANCIAL PUBLISHER<br>237 WEST PARKWAY<br>2ND FLOOR<br>POMPTON  PLAIN, NJ 07444 | Claim #1067330 | 5/15/2015 | 10873 | 111.56 |
| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008 | Claim #8402.01 | 5/15/2015 | 11073 | 2,674.67 |
| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008 | Claim #8400 | 5/15/2015 | 10546 | 475.65 |
| IL-1111 22ND STREET, LLC<br>C/O MONICA BLACKER<br>ANDREWS KURTH LLP, 1717 MAIN ST STE 3700 | Claim #3610 | 5/15/2015 | 10336 | 1,343.49 |
| INFOHIGHWAY COMMUNICATIONS<br>% KAREN JACOBY, DIRECTOR CREDIT & COLL<br>39 BRDWAY, 19TH FLR<br>NEW YORK, NY -10006 | Claim #3765 | 5/15/2015 | 10343 | 385.10 |
| INGENIO<br>201 MISSION ST STE 200<br>SAN FRANCISCO, CA 94105-1832 | Claim #1069940 | 5/15/2015 | 10881 | 87.12 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| INTERCITY AGENCY INC.<br>42-40 BELL BLVD.<br>SUITE 103<br>BAYSIDE, NY -11361 | Claim #1070480 | 5/15/2015 | 10882 | 116.06 |
| INTERNET ALLIANCE GROUP<br>1610 WYNKOOP STREET<br>SUITE 400<br>DENVER, CO -80202 | Claim #1070600 | 5/15/2015 | 10883 | 97.86 |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST | Claim #9715 | 5/15/2015 | 10655 | 128.30 |
| INTRALINKS, INC.<br>1372 BROADWAY, 11TH FL<br>NEW YORK, NY 10018-6106 | Claim #810 | 5/15/2015 | 10148 | 195.72 |
| J.P. Morgan Securities, LLC<br>ATTN GERALD J RUSSELLO<br>320 PARK AVENUE<br>NEW YORK, NY -10022 | Claim #9028 | 5/15/2015 | 10630 | 6,868.64 |
| J.P. Morgan Securities, LLC<br>ATTN GERALD J RUSSELLO<br>320 PARK AVENUE | Claim #9027 | 5/15/2015 | 10629 | 1,129.84 |
| JACQUELINE FENNESSY<br>20 DEER RUN<br>WATER MILL, NY -11976 | Claim #1071670 | 5/15/2015 | 10888 | 471.76 |
| JVI<br>ATTN VICE PRESIDENT<br>951 MARKET PROMENADE AVE, STE 2101<br>LAKE MARY, FL -32746 | Claim #8852 | 5/15/2015 | 10612 | 282.25 |
| K&R APPRAISAL SERVICES<br>ATTN KEVIN J. GINGRAS, PRESIDENT<br>23 ANAAN AVE<br>WEST ROXBURY, MA 02132 | Claim #9075 | 5/15/2015 | 10639 | 72.01 |
| KAYCEE LLC<br>ATTN GARY ERICKSON, MGR<br>1295 KELLY JOHNSON BLVD, SUITE 230<br>COLORADO SPRINGS, CO -80920 | Claim #8051 | 5/15/2015 | 10509 | 689.64 |
| KELLER WILLIAMS REALTY<br>3021 CITRUS CIRCLE<br>STE 250 | Claim #1076840 | 5/15/2015 | 10895 | 65.24 |
| KIRK, GLORIA VS. AMERICAN HOME MTG CORP.<br>2:06-CV02603 ATTN: W STEPHEN GARDNER,<br>MULLINS GARDNER PLC, P.O. BOX 41893<br>MEMPHIS, TN -38174 | Claim #7020 | 5/15/2015 | 10444 | 1,063.13 |
| LACERA/GATEWAY RIVERSIDE, INC.<br>% T LEANSE/KATTEN MUCHIN ROSENMAN<br>2029 CENTURY PK E, STE 2600<br>LOS ANGELES, CA 90067-3012 | Claim #4160.01 | 5/15/2015 | 11058 | 1,813.97 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| LANDSAFE INC.<br>PO BOX 650530<br>DALLAS, TX 75265-0530 | Claim #1080350 | 5/15/2015 | 10903 | 75.75 |
| LAW OFFICES OF ALAN WEINREB PLLC, THE<br>6800 JERICO TWPK<br>STE 207W<br>SYOSSET, NY 11791-4445 | Claim #1983 | 5/15/2015 | 10255 | 153.59 |
| LES BROWN ENTERPRISES LLC.<br>P.O. BOX  806217<br>CHICAGO, IL -60699 | Claim #1081870 | 5/15/2015 | 10905 | 244.65 |
| LEXINGTON SQUARE LLC<br>1243 N 10TH ST<br>MILWAUKEE, WI 53205-2558 | Claim #1082340 | 5/15/2015 | 10906 | 79.35 |
| LINDA MCKINNEY & H GUY SMITH<br>P.O. BOX 1089<br>832 SOUTH FLORIDA AVE<br>LAKELAND, FL -33802 | Claim #1082860 | 5/15/2015 | 10909 | 50.09 |
| LLOYD DISTRICT PROPERTIES, LP<br>825 NE MULTNOMAH<br>SUITE 1275 | Claim #1083370 | 5/15/2015 | 10910 | 70.85 |
| LOCKE LIDDELL & SAPP LLP<br>P.O. BOX 201072<br>HOUSTON, TX 77216-1072 | Claim #1083650 | 5/15/2015 | 10911 | 400.41 |
| LOU BARTFIELD<br>116 APTOS BEACH DR<br>APTOS, CA -95003 | Claim #1084040 | 5/15/2015 | 10912 | 50.56 |
| LUSSIER, TRACY<br>4 OLD SUNDERLAND RD<br>MONTAGUE, MA 01351 | Claim #351 | 5/15/2015 | 10125 | 256.75 |
| M & L SAGEBRUSH WEST LTD.<br>3301 LONG PRAIRIE ROAD<br>SUITE 126<br>FLOWER MOUND, TX -75022 | Claim #1084790 | 5/15/2015 | 10914 | 79.66 |
| MANAGEMENT ADVISORS INTERNAL<br>PO BOX 3708<br>HICKORY, NC 28603-3708 | Claim #10482 | 5/15/2015 | 10711 | 407.75 |
| MARSH APPRAISALS & R.E.<br>ATTN GARY MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA -15136 | Claim #984 | 5/15/2015 | 10155 | 53.94 |
| MARTINEZ, JAIME<br>10515 PLEASANT VILLAS LN<br>HOUSTON, TX 77075-3059 | Claim #8888 | 5/15/2015 | 10618 | 4,879.04 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| MCI<br>POB 73468<br>CHICAGO, IL 60673-7468 | Claim #1089240 | 5/15/2015 | 10917 | 4,924.19 |
| MCI<br>POB 73881<br>CHICAGO, IL 60673-1277 | Claim #1089220 | 5/15/2015 | 10916 | 4,351.17 |
| MERCHANT DEVELOPMENT LLC<br>1907 EAST WAYZATA BLVD<br>SUITE 100<br>WAYZATA, MN -55391 | Claim #1090330 | 5/15/2015 | 10919 | 103.53 |
| MERIDIA ASSOCIATES LP<br>OVERLOOK TWO, PO BOX 10528<br>109 LAURENS ROAD<br>GREENVILLE, SC -29603 | Claim #4109 | 5/15/2015 | 10354 | 52.94 |
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP, 345 PARK AVE<br>NEW YORK, NY -10154 | Claim #8346 | 5/15/2015 | 10536 | 19,015.48 |
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP, 345 PARK AVE | Claim #8345 | 5/15/2015 | 10535 | 4,000.39 |
| MICHAEL N. HUSCROFT & ASSOC.<br>ATTN LAWRENCE Z. WILK, ESQ.<br>9201 N. 25TH AVENUE, SUITE 170<br>PHOENIX, AZ -85021 | Claim #8923 | 5/15/2015 | 10619 | 159.79 |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | Claim #9140 | 5/15/2015 | 10644 | 1,314.59 |
| MONSTER INC<br>P.O. BOX 34649<br>NEWARK, NJ 07189-4649 | Claim #1093400 | 5/15/2015 | 10925 | 134.56 |
| MOON BAY DEVELOPMENT CORP.<br>MICHAEL R. STRAUSS, ESQ.,<br>1303 MAIN STREET, SUITE 4<br>PORT JEFFERSON, NY -11777 | Claim #2906 | 5/15/2015 | 10316 | 81.55 |
| MORELLA, STACEY<br>P.O. BOX 691463<br>HOUSTON, TX -77269 | Claim #8386 | 5/15/2015 | 10539 | 2,960.25 |
| MORTGAGE ALTERNATIVES<br>PO BOX 4247<br>DEPT. 621 | Claim #1094260 | 5/15/2015 | 10926 | 77.07 |
| MORTGAGE ASSET RESEARCH INS<br>11654 PLAZA AMERICAN DR<br>BOX 553<br>RESTON, VA -20190 | Claim #1094290 | 5/15/2015 | 10927 | 84.12 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| MORTGAGE ASSET RESEARCH INST<br>PMB 553<br>11654 PLAZA AMERICA DR<br>RESTON, VA 20190-4700 | Claim #1094300 | 5/15/2015 | 10928 | 433.62 |
| MORTGAGE MARKET GUIDE<br>ATTN MICHAEL F. SEPESI, CFO<br>24 S HOLMDEL RD SUITE 1B<br>HOLMDEL, NJ 07733 | Claim #4036 | 5/15/2015 | 10352 | 174.63 |
| MOSS CODILIS, L.L.P.<br>ATTN: ACCOUNTS RECEIVABLE<br>6560 GREENWOOD PLAZA BLVD., SUITE 100<br>ENGLEWOOD, CO -80111 | Claim #8794 | 5/15/2015 | 10595 | 81.74 |
| NAI THE MICHAEL SOMPANIES, INC<br>C/O ACCOUNTING DIVISION<br>4640 FORBES BLVD., STE 300 | Claim #1096370 | 5/15/2015 | 10932 | 95.90 |
| NEXTAG INC.<br>1300 S. EL CAMINO REAL, 6TH FL<br>SAN MATEO, CA -94402 | Claim #1098340 | 5/15/2015 | 10934 | 255.27 |
| NNN VF RESOURCE SQUARE, LLC<br>JOHN H. CAPITANO, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC -28202 | Claim #1747.01 | 5/15/2015 | 11045 | 2,701.29 |
| NUSS VALUATIONS, INC.<br>4820 SE 34TH AVE<br>PORTLAND, OR 97202-4102 | Claim #8812 | 5/15/2015 | 10598 | 77.77 |
| OCE' FINANCIAL SERVICES INC.<br>13824 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL -60693 | Claim #1100400 | 5/15/2015 | 10935 | 55.98 |
| OFFICES BY DESIGN<br>PO BOX 1142<br>ATTN JANET L GREER, MEMBER<br>HILLSBORO, OR -97123 | Claim #6595 | 5/15/2015 | 10433 | 103.08 |
| O'HALLORAN, THOMAS J., JR.<br>REAL ESTATE APPRAISER<br>14400 SENECA RD<br>DARNESTOWN, MD -20874 | Claim #23 | 5/15/2015 | 10104 | 75.90 |
| ORLANS ASSOCIATES PC<br>ATTN MARSHALL ISAACS, ATTORNEY<br>PO BOX 5041<br>TROY, MI -48007 | Claim #10405 | 5/15/2015 | 10708 | 2,460.04 |
| OUTSOURCE SOLUTIONS LLC<br>ATTN J. KYLE KELLER, PRESIDENT<br>2833 TRINITY SQUARE DRIVE, STE 135<br>CARROLLTON, TX -75006 | Claim #2640 | 5/15/2015 | 10292 | 219.21 |

**Exhibit A**

**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| PACIFIC GUARDIAN CENTER<br>715 S KING ST STE 206<br>HONOLULU, HI 96813-3021 | Claim #1102700 | 5/15/2015 | 10939 | 156.20 |
| PACIFIC WEST SEARCH<br>ATTN DAVID RAUHOFF, PRESIDENT<br>1930 VILLAGE CENTER CIRCLE, #E-845 | Claim #2489 | 5/15/2015 | 10287 | 407.75 |
| PARRY, OLIVER W & BRACKETT, ALLEN V<br>6603 NW 25TH CT<br>BOCA RATON, FL -33496 | Claim #4584 | 5/15/2015 | 10364 | 86.94 |
| PATRICIA B WOOD<br>PO BOX 1764<br>LA QUINTA, CA -92247 | Claim #1103870 | 5/15/2015 | 10941 | 115.35 |
| PEARL MEYER & PARTNERS<br>PO BOX 13066<br>NEWARK, NJ 07188-0066 | Claim #1104670 | 5/15/2015 | 10943 | 623.01 |
| PEARSON & ASSOCIATES, INC.<br>ATTN MICHAEL PEARSON, PRESIDENT<br>350 W KENSINGTON # 110 | Claim #53 | 5/15/2015 | 10112 | 445.52 |
| PEMMA INC<br>C/O MADISON FINANCIAL GROUP<br>1111 LINCOLN ROAD #400 | Claim #1104910 | 5/15/2015 | 10944 | 81.55 |
| PHILIP CARNES & ASSOC, INC<br>4939 LOWER ROSWELL RD<br>SUITE 103<br>MARIETTA, GA -30068 | Claim #1105740 | 5/15/2015 | 10946 | 60.71 |
| PLAINIUM, LLC<br>7127 S WESTNEDGE AVE STE 2<br>PORTAGE, MI 49002-4276 | Claim #4897 | 5/15/2015 | 10372 | 53.87 |
| PMC INVESTIGATIONS AND SECURITY INC<br>12 SCHERERE BLVD LOWR<br>FRANKLIN SQ, NY 11010-2606 | Claim #3997 | 5/15/2015 | 10349 | 88.58 |
| POSITIVE PROPERTIES, INC<br>105 VALLEY VIEW<br>CHAPPAQUA, NY -10514 | Claim #1110530 | 5/15/2015 | 10948 | 97.86 |
| PRIORITY SIGN INC<br>837 RIVERFRONT DRIVE, STE 300<br>P.O.BOX 1031<br>SHEBOYGAN, WI 53082-1031 | Claim #1111410 | 5/15/2015 | 10949 | 86.49 |
| PROPERTY MANAGEMENT ASSOC<br>5120 WEST GLODLEAF CIRCLE<br>STE 300 MARTIN O'RILEY JR<br>LOS ANGELES, CA -90056 | Claim #1111920 | 5/15/2015 | 10952 | 150.53 |

**Exhibit A**

**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| R R DONNELLEY RECEIVABLES INC<br>ATTN DAN PEVONKA, SE CREDIT MANAGER<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE, IL -60515 | Claim #3124 | 5/15/2015 | 10327 | 813.14 |
| R&D PROPERTIES, LLC<br>ATTN ROB OGLESBY, V.P.<br>7353 INTERNATIONAL PL, SUITE 311<br>SARASOTA, FL -34240 | Claim #1769 | 5/15/2015 | 10216 | 145.55 |
| RAMBLEWOOD SQUARE, LLC<br>200 E LAS OLAS BOULEVARD<br>SUITE 1630<br>FT. LAUDERDALE, FL -33301 | Claim #1114120 | 5/15/2015 | 10957 | 134.16 |
| REALTY ASSOCIATES FUND VIII, L.P., THE<br>C/O JEFFREY D. HUPERT, ESQ.<br>30 NORTH LASALLE STREET, SUITE 2630 | Claim #1004001 | 5/15/2015 | 10775 | 928.57 |
| REED SMITH LLP<br>P.O. BOX 23416<br>NEWARK, NJ 07198-0416 | Claim #1115860 | 5/15/2015 | 10959 | 97.59 |
| REGIONAL REAL ESTATE APPRAISAL SERVICE<br>ATTN PRESIDENT<br>117 ROUTE 9W | Claim #77 | 5/15/2015 | 10114 | 86.05 |
| REGUS MANAGEMENT GROUP LLC<br>6303 OWENSMOUTH AVENUE<br>10TH FLOOR<br>WOODLAND HILLS, CA -91367 | Claim #1116080 | 5/15/2015 | 10960 | 160.82 |
| RELS VALUATION<br>PO BOX 5473<br>MINNETONKA, MN -55343 | Claim #3001900 | 5/15/2015 | 11055 | 163.32 |
| REM PUBLISHING, LLC<br>DBA R.E. REAL ESTATE MAGAZINE<br>3036 LEAFWOOD DR SE | Claim #9 | 5/15/2015 | 10102 | 97.77 |
| RESPONSE COMPANIES<br>8 E 40TH ST<br>FL 5<br>NEW YORK, NY 10016-0136 | Claim #1961 | 5/15/2015 | 10253 | 466.20 |
| RESPONSE MORTGAGE PROJECTS GROUP<br>ATTN MARVIN MORAN<br>534 BROADHOLLOW ROAD, SUITE 275 | Claim #2590 | 5/15/2015 | 10290 | 466.20 |
| RICOH AMERICAS CORP<br>POB 371992<br>PITT, PA 15250-7992 | Claim #1117880 | 5/15/2015 | 10962 | 608.30 |
| RICOH BUSINESS SYSTEMS INC<br>ATTN DAVE KAUTZ, A/R BILLING & COLLECT.<br>STE M 1225 GREENBRIAR AVE<br>ADDISON, IL -60101 | Claim #8513 | 5/15/2015 | 10554 | 307.56 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| RICOH CORPORATION<br>PO BOX 100189<br>PASADENA, CA -91189 | Claim #1118180 | 5/15/2015 | 10965 | 51.45 |
| RICOH CORPORATION<br>PO BOX 730366<br>DALLAS, TX -75373 | Claim #1118190 | 5/15/2015 | 10966 | 73.93 |
| RINCON, SARA R.<br>381 N.W 152ND AVENUE<br>PEMBROKE PINES, FL -33028 | Claim #10343 | 5/15/2015 | 10702 | 267.35 |
| RIVER PARK EXEC STES<br>% W WINFIELD/NORDMAN CORMANY HAIR<br>1000 TOWN CTR DR, 6TH FLR<br>OXNARD, CA -93036 | Claim #1003501 | 5/15/2015 | 10773 | 1,315.59 |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA 30384-2406 | Claim #1119210 | 5/15/2015 | 10970 | 59.61 |
| RMIC<br>LOCKBOX 402958<br>ATLANTA, GA 30384-2958 | Claim #1119140 | 5/15/2015 | 10969 | 60.05 |
| ROBERT J. HOPP & ASSOCIATES, LLC<br>ATTN ROBERT J. HOPP, ESQ<br>PO BOX 8689<br>DENVER, CO -80201 | Claim #1756 | 5/15/2015 | 10212 | 194.11 |
| ROBERT SCHERMAN & ASSOCIATES<br>ATTN ROBERT J SCHERMAN<br>5700 HARROW GLEN CT | Claim #7762 | 5/15/2015 | 10486 | 100.45 |
| SANWA JUTAKU, INC.<br>EMBASSY SUITES HOTEL<br>8425 FIRESTONE BLVD | Claim #980 | 5/15/2015 | 10153 | 93.38 |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER | Claim #3329 | 5/15/2015 | 10328 | 138.28 |
| SC APPRAISAL SERVICES<br>74930 COUNTRY CLUB DR STE 540<br>PALM DESERT, CA -92260 | Claim #526 | 5/15/2015 | 10134 | 84.97 |
| SCREENVISION DIRECT<br>ATTN WILLIAM SAPP - COLLECTION SUP.<br>360 LINDEN OAKS<br>ROCHESTER, NY -14625 | Claim #6161 | 5/15/2015 | 10419 | 169.17 |
| SEMANTICSPACE<br>100 PACIFICA, SUITE 270<br>IRVINE, CA -92618 | Claim #1124550 | 5/15/2015 | 10978 | 344.47 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| SHOREHAM VIEWRIDGE, LLC D/B/A SHOREHAM PLACE ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL 1202 KETTNER BLVD., 3RD FLR SAN DIEGO, CA -92101 | Claim #5899 | 5/15/2015 | 10401 | 1,225.19 |
| SIMS, DARNELL O. & VEDA T. 307 OAK ST BURKEVILLE, VA -23922 | Claim #10181 | 5/15/2015 | 10681 | 1,870.01 |
| SOUTHERN CALIFORNIA EDISON COMPANY % CECILIA BAESA, CREDIT & PAYMENT SERV 300 N LONE HILL AVE | Claim #585 | 5/15/2015 | 10138 | 115.10 |
| STAFFSOLVE ATTN TERRI WINKLER, CONTROLLER 333 N SAM HOUSTON PKWY, STE 110 | Claim #5063 | 5/15/2015 | 10376 | 116.33 |
| STINNETT, KEVIN AND/OR JULIE 6370 PEACOCK WAY PILOT HILL, CA -95664 | Claim #10012 | 5/15/2015 | 10664 | 617.64 |
| SUN LIFE ASSURANCE COMPANY OF CANADA- US A NIEDERMEYER/STUTZMAN BROMBERG ESSERMAN 2323 BRYAN ST, STE 2200 DALLAS, TX -75201 | Claim #8525.01 | 5/15/2015 | 11075 | 1,456.27 |
| SUN LIFE ASSURANCE COMPANY OF CANDA %LLIERS PNKARD/M MENKOWITZ, FOX ROTHSCHI 2000 MARKET ST, 10TH FLR PHILADELPHIA, PA 19103-3291 | Claim #1748 | 5/15/2015 | 10211 | 1,175.75 |
| SUNTORY INTERNATIONAL CORP. 7 TIMES SQUARE, 21ST FLOOR NEW YORK, NY -10036 | Claim #1258.01 | 5/15/2015 | 11042 | 123.55 |
| SWEARINGEN REALTY GROUP, LLC ATTN: GRANVILLE JENKINS 5950 BERKSHIRE LANE #700 | Claim #7763 | 5/15/2015 | 10487 | 245.25 |
| T&J LLC C/O MURRAY PROPERTIES 700 E. MAIN ST. SUITE E | Claim #1133390 | 5/15/2015 | 10987 | 108.14 |
| T-34 COLE CENTER ASSOCIATES 2460 W 26TH AVENUE, STE 190-C DENVER, CO -80211 | Claim #1133400 | 5/15/2015 | 10988 | 92.35 |
| TAX VERIFICATION BUREAU, INC. ESTEBAN REYES, DIRECTOR 200 SE FIRST ST, STE 702 | Claim #623 | 5/15/2015 | 10143 | 1,807.69 |
| TBS COURIERS PO BOX 23400 OAKLAND, CA 94623-0400 | Claim #1134000 | 5/15/2015 | 10990 | 67.02 |
| TD SERVICE COMPANY 1820 E FIRST ST, STE 210 SANTA ANA, CA -92711 | Claim #7947 | 5/15/2015 | 10496 | 521.86 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| TECHNICAL BUSINESS PARTNERS LLC 15282 S. SCENIC DR. | Claim #1134110 | 5/15/2015 | 10991 | 207.54 |
| TEMECULA  CORPORATE PLAZA LLC 27450 YNEZ RD PLAZA CENTER STE 202&203 | Claim #1134310 | 5/15/2015 | 10993 | 159.94 |
| THALER, BILLY JR. 14502 SPUR LN. WALLER, TX -77484 | Claim #10144 | 5/15/2015 | 10678 | 992.91 |
| THE GROWTH SOLUTIONS GROUP SUSAN T GAUFF 66 WITHERSPOON ST, SUITE 158 | Claim #1135330 | 5/15/2015 | 10996 | 571.87 |
| THE STAR-LEDGER ATTN BLERTA SULSTAROVA PO BOX 5718 HICKSVILLE, NY 11802-5718 | Claim #1136690 | 5/15/2015 | 11000 | 116.54 |
| THOMSON FINANCIAL CO, LLC ATTN BARBARA MENDY 195 BROADWAY NEW YORK, NY -10007 | Claim #180 | 5/15/2015 | 10121 | 1,158.81 |
| THOUGHTDIGITAL LLC % JON D. COHEN, STAHL COWEN CROWLEY 55 W. MONROE ST., STE 1200 | Claim #1651 | 5/15/2015 | 10201 | 10,993.58 |
| TJR APPRAISAL CORPORATION 140 NW MAGNOLIA LAKES BLVD PORT ST LUCIE, FL 34986-3567 | Claim #6534.01 | 5/15/2015 | 11066 | 158.20 |
| TOMORROW 32 RIVER PARK L P 333 S BROADWAY SUITE 105 WICHITA, KS 67202-4325 | Claim #1138520 | 5/15/2015 | 11004 | 86.49 |
| TOP HAT PRODUCTIONS ATTN JONATHAN DAVIS, PRESIDENT 17372 EASTMAN ST. IRVINE, CA -92614 | Claim #1873 | 5/15/2015 | 10236 | 67.34 |
| TOPP OF THE HARBOR LIMOUSINE ATTN THOMAS REILLY, OWNER PO BOX 36 BETHPAGE, NY -11714 | Claim #2410 | 5/15/2015 | 10281 | 57.53 |
| TOWER PLACE L.P. C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE, SUITE 100 | Claim #7572.01 | 5/15/2015 | 11067 | 1,296.38 |
| TPG LONG ISLAND, LLC 201 NORTH SERVICE RD, STE 400 MELVILLE, NY -11747 | Claim #1139040 | 5/15/2015 | 11005 | 434.27 |
| TPRF/THC HAVENPARK, LLC % D STANFIELD/WESTON BENSHOOF ROCHEFORT MACCUISH, 333 S. HOPE ST, 16TH FLR | Claim #8608 | 5/15/2015 | 10569 | 296.63 |

**Exhibit A**
**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT. 39250 TREASURY CENTER CHICAGO, IL 60694-9200 | Claim #8526 | 5/15/2015 | 10559 | 1,159.41 |
| TRADE SHOW FABRICATIONS, INC. ATTN PRESIDENT 360 OSER AVENUE HAUPPAUGE, NY -11788 | Claim #1992 | 5/15/2015 | 10256 | 230.34 |
| TRANS-BOX SYSTEMS, INC TBS COURIERS PO BOX 23400 OAKLAND, CA 94623-0400 | Claim #1139290 | 5/15/2015 | 11007 | 101.96 |
| TRANS-BOX SYSTEMS, INC. P.O. BOX 23400 OAKLAND, CA 94623-0400 | Claim #1139380 | 5/15/2015 | 11009 | 66.17 |
| TRANS-BOX SYSTEMS, INC. TBS COURIERS PO BOX 23400 OAKLAND, CA 94623-0400 | Claim #1139300 | 5/15/2015 | 11008 | 81.16 |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP % M GREGER, J TIMKO/ALLEN MATKINS LECK 1900 MAIN ST, FIFTH FL IRVINE, CA 92614-7321 | Claim #7759.01 | 5/15/2015 | 11069 | 2,555.87 |
| TRANSWESTERN SL GALE NAPERVILLE, LLC % A BERMAN/MASON WENK & BERMAN 1033 SKOKIE BLVD STE 250 | Claim #4914 | 5/15/2015 | 10373 | 4,061.15 |
| TRI M CONSTRUCTION ATTN M. MCMAHON, PRES. 5 EAST 51ST STREET, STE 6A NEW YORK, NY -10111 | Claim #2131 | 5/15/2015 | 10262 | 1,103.56 |
| TRICE VALUATION SERVICES LLC ATTN: DIANE WALTER 1003 MTHERMON RD, STE 201 SALISBURY, MD -21804 | Claim #472 | 5/15/2015 | 10131 | 106.29 |
| TRIDENT REALTY GROUP, LLC DBA PINEVIEW REAL ESTATE 100 BLOOMFIELD HILLS PKWY #190 BLOOMFIELD HILLS, MI -48304 | Claim #1139900 | 5/15/2015 | 11013 | 130.23 |
| TRILAR MANAGEMENT GROUP ATTN OWNER EL PRESIDIO LLC 2101 CAMINO VIDA ROBLE. STE A | Claim #4988 | 5/15/2015 | 10375 | 100.57 |
| TRIPWIRE, INC. ATTN MAH HIXSON, DIRECTOR OF FINANCE DEPT. CH17020 PALATINE, IL 60055-7020 | Claim #3470 | 5/15/2015 | 10334 | 598.70 |
| TWO NEWTON PLACE ACQUISITIONS FLEET LOCK BOX, MAILCODE 31130 99 FOUNDERS PLAZA HARTFORD, CT 06108 | Claim #1140550 | 5/15/2015 | 11018 | 175.65 |

**Exhibit A**

**Uncashed Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| UNIQUEX GRAPHICS & PRINTING INC. ATTN MR. KYAWSWA (GEORGE) WIN, PRESIDENT 26152 EMYVALE CT. LAKE FOREST, CA -92630 | Claim #1738 | 5/15/2015 | 10209 | 104.89 |
| USDA RURAL DEVELOPMENT ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP MAIL STOP 0784, 1400 INDEPENDENCE AVE SW | Claim #9788 | 5/15/2015 | 10658 | 476.98 |
| WELLS FARGO FUNDING, INC PO BOX 1450 MINNEAPOLIS, MN -55485 | Claim #1148530 | 5/15/2015 | 11033 | 59.67 |
| WESCH VS. AMERICAN HOME MORTGAGE CORP. SUPERIOR COURT MONMOUTH CO NJ C-741-07 13 CANIDAE CT TINTON FALLS, NJ 07753 | Claim #6507 | 5/15/2015 | 10429 | 7,284.71 |
| WEVALUEIT, INC ATTN SUSAN PRIORE, PRESIDENT PO BOX 217 | Claim #7750 | 5/15/2015 | 10482 | 90.70 |
| WHITES ROAD LLC C/O PHOENIX PROP P O BOX 20000 KALAMAZOO, MI 49019-1000 | Claim #1149250 | 5/15/2015 | 11036 | 72.31 |
| WINONA PARTNERS 18231 HWY 18 SUITE 4 APPLE VALLEY, CA -92307 | Claim #1150330 | 5/15/2015 | 11038 | 186.14 |
| YOUR PRIVATE LIMOUSINE, INC. ATTN TRACY HODGE, PRESIDENT 3255 N ARLINGTON HEIGHTS | Claim #3770 | 5/15/2015 | 10344 | 59.04 |
| ZEICHNER ELLMAN & KRAUSE LLP ATTN STUART A. KRAUSE, ESQ. 575 LEXINGTON AVENUE NEW YORK, NY -10022 | Claim #1728 | 5/15/2015 | 10204 | 6,298.30 |

**<u>EXHIBIT B</u>**

01:17898143.1

**Exhibit B**
**Returned Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| ABN AMRO SERVICES INC<br>CITI GROUP/ CORP. REAL ESTATE<br>1401 W.COMMERCIAL BLVD.STE.200<br>FORT LAUDERDALE, FL 33309-7206 | Claim #1001230 | 5/15/2015 | 10762 | 244.94 |
| AMERICAN EXPRESS TRAVEL RELATED<br>%SERVMPANY& CHIKOWSKI& GAFFNEY<br>8 PENN CTR - 1628 JFK BLVD, 15TH FL<br>PHILADELPHIA, PA -19103 | Claim #1042301 | 5/15/2015 | 10832 | 55.22 |
| AMERICAN EXPRESS<br>POB 360001<br>FT LAUDERDALE, FL 33336-0001 | Claim #1005060 | 5/15/2015 | 10780 | 1,548.73 |
| IDAHO DEPT OF FINANCE<br>800 PARK BLVD, STE 200<br>BOISE, ID -83712 | Claim #1068400 | 5/15/2015 | 10875 | 51.38 |
| JANNEY MONTGOMERY SCOTT LLC<br>1801 MARKET ST.<br>PHILADELPHIA, PA -19103 | Claim #1072380 | 5/15/2015 | 10891 | 163.10 |
| MET LIFE/DBA FAIRVIEW CENTER<br>C/O CB RICHARD ELLIS<br>P O BOX 13470<br>RICHMOND, VA -23255 | Claim #1090590 | 5/15/2015 | 10920 | 510.85 |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>% MORGAN STANLEY &, % RICHE MCKNIGHT,<br>1633 BRDWAY, 25TH FLR<br>NEW YORK, NY -10019 | Claim #8157 | 5/15/2015 | 10511 | 10,787.41 |
| MORGAN STANLEY MARKET PRODUCTS INC.<br>% MORGAN STANLEY &, %: RICHE MCKNIGHT,<br>1633 BRDWAY, 25TH FLR<br>NEW YORK, NY -10019 | Claim #8158 | 5/15/2015 | 10512 | 81,150.69 |
| US BANK NAT'L ASSOC AS TTEE OF STANLEY MORTGAGE<br>LOAN TRUST 2006-12XS<br>60 LIVINGSTON AVE. EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim #10616 | 5/15/2015 | 10716 | 2,498.51 |