## EXHIBIT 1

**FORM OF**
**UNIDENTIFIED CUSTODIAN COLLATERAL DOCUMENT DECLARATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                         :

                              :   Chapter 11

AMERICAN HOME MORTGAGE      :

HOLDINGS, INC., a Delaware corporation, *et al.*,[1]  :   Case No. 07-11047 (CSS)

                              :

                 Debtors.    :   Jointly Administered

---------------------------------------------------------------- x

## UNIDENTIFIED CUSTODIAN COLLATERAL
## DOCUMENT DECLARATION OF _____

I, _____, hereby declare, under penalty of perjury pursuant to

28 U.S.C. § 1746, as follows:

    1.    I am over eighteen years of age and am employed as _____ of

_____.  I am authorized to submit this Declaration on behalf of

_____.

    2.    I have reviewed and am familiar with the contents of that certain *Order Granting*

*Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned*

*Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other*

*Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain*

*Servers, Electronic Storage Media and the Information Contained Thereon* entered by the

Bankruptcy Court on _____, 2015 (the "Collateral Document Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

3.      Pursuant to the Collateral Document Order, I submit this Declaration in support of the request of _____ to the Plan Trust to review the list of borrower names, subject property addresses and dates and amounts of mortgage for the underlying loans related to the Unidentified Custodian Collateral Documents (the "Information").

4.      In making its request for the Information, _____ has a good-faith basis to believe that it may be the proper owner or custodian of the underlying loans related to the Unidentified Custodian Collateral Documents.

5.      If provided the Information, _____ shall treat the Information according to the terms of the Collateral Document Order.

6.      I declare under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.


Executed on _____, 2015



                                                    _____
                                                    Name:
                                                    Title:

**EXHIBIT 2**

**FORM OF
UNRETURNED COLLATERAL DOCUMENT DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                           :
                                                 :   Chapter 11
AMERICAN HOME MORTGAGE                           :
HOLDINGS, INC., a Delaware corporation, et al.,¹ :   Case No. 07-11047 (CSS)
                                                 :
                          Debtors.               :   Jointly Administered
------------------------------------------------------------ x
```

**UNRETURNED CUSTODIAN COLLATERAL**
**DOCUMENT DECLARATION OF** _____

      I, _____, hereby declare, under penalty of perjury pursuant to

28 U.S.C. § 1746, as follows:

    1.    I am over eighteen years of age and am employed as _____ of

_____. I am authorized to submit this Declaration on behalf of

_____.

    2.    I have reviewed and am familiar with the contents of that certain *Order Granting*

*Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned*

*Collateral Document Protocol and (II) Authorizing the Abandonment, Destruction or Other*

*Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain*

*Servers, Electronic Storage Media and the Information Contained Thereon* entered by the

Bankruptcy Court on _____, 2015 (the "Collateral Document Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

3.      Pursuant to the Collateral Document Order, I submit this Declaration in support of

the request of _____ to the Plan Trust to review the list of borrower

names, subject property addresses and dates and amounts of mortgage for the underlying loans

related to the Unreturned Collateral Documents (the "Information").

4.      In making its request for the Information, _____ has issued a

valid subpoena to the Plan Trust or the Debtors on _____ seeking documents

in connection with residential mortgage-backed securities litigation captioned

_____

(the "Litigation").

5.      If provided the Information, _____ shall treat the Information

according to the terms of the Collateral Document Order, and as "Confidential" under the terms

of the applicable protective order in the Litigation.

6.      I declare under penalty of perjury that, to the best of my knowledge, information

and belief, the foregoing is true and correct.


Executed on _____, 2015


                                        _____
                                        Name:
                                        Title:


2

## EXHIBIT 3

**FORM OF MS PLAINTIFFS NOTICE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                          :    Chapter 11

                                                                :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     :    Case No. 07-11047 (CSS)

a Delaware corporation, <u>et al.</u>,[1]                      :

                                                                :    Jointly Administered

Debtors.                                                    :

                                                                :    **Ref. Dkt No. 11146**

                                                                :

                                                                :

------------------------------------------------------------------ x

### NOTICE OF ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 (I) ESTABLISHING AN UNRETURNED DOCUMENT PROTOCOL AND (II) AUTHORIZING THE ABANDONMENT, DESTRUCTION OR OTHER DISPOSITION OF (A) UNRETURNED COLLATERAL DOCUMENTS IN CONNECTION THEREWITH AND (B) CERTAIN SERVERS, ELECTRONIC STORAGE MEDIA AND THE INFORMATION CONTAINED THEREON

PLEASE TAKE NOTICE THAT:

On _____, 2015, the United States Bankruptcy Court for the District of

Delaware (the "<u>Court</u>") entered the *Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I)*

*Establishing an Unreturned Collateral Document Protocol and (II) Authorizing the*

*Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in*

*Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information*

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

*Contained Thereon* [D.I. _____] (the "Destruction Order").[2]  A copy of the Destruction Order is

attached hereto as Exhibit A.  A copy of the underlying motion by the Plan Trustee (without

exhibits) [D.I. 11146] (the "Motion") is attached hereto as Exhibit B.

Pursuant to the Destruction Order, the Plan Trustee is authorized to abandon, destroy or

otherwise dispose of certain Unreturned Collateral Documents, the Unidentified Custodian

Collateral Documents, the Designated Servers, the Designated Backup Tapes and the Hard

Drives on or after _____, 2015.  Parties seeking to obtain information from the Plan

Trustee prior to its destruction must do so in accordance with the terms and timeframes set forth

in the Destruction Order.

Dated: November ___, 2015
   Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
_____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Joseph Orbach
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in
the Destruction Order.

3.  01:17