IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.[1],      :
                                                        :   Jointly Administered
         Debtors.                                       :
-------------------------------------------------------------------------x   Ref. Docket No. 11161

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2015, I caused to be served the "Notice of Unclaimed Distributions," dated November 4, 2015 [Docket No. 11161], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
5th day of November, 2015

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

T:\Clients\AHM\Affidavits\Unclaimed Distributions Notice_DI 11161_AFF_11-4-15.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 115 RIVER ROAD LLC | ATTN: SCOTT HEGNEY 115 RIVER ROAD EDGEWATER NJ 07020 |
| 1800 SOUTH NEIL PARTNERSHIP | C/O RAMSHAW REAL ESTATE 1817 A NEIL ST SUITE 101 CHAMPAIGN IL 61820 |
| 275 WEST GARRETT LLC | 275 WEST ST STE 316 ANNAPOLIS MD 214013499 |
| 300 BEDFORD ST BLDG OWNER LLC | C/O COLLEGE ST MANAGEMENT LLC 900 CHAPEL STREET NEW HAVEN CT 06510 |
| 5151 E BROADWAY, LLC | 538 BROADHOLLOW RD STE LL1 MELVILLE NY 117473668 |
| 711 WESTCHESTER AVE SPE LLC | ATTN RICHARD CONNIF, AUTHORIZED PERSON C/O REXCORP REALTY LLC 625 REXCORP PLAZA UNIONDALE NY 11556 |
| 84 LUMBER COMPANY   2006CV0468 | MASON, SCHILLING & MASON, CO, LPA 11340 MONTGOMERY ROAD, SUITE 210 CINCINATTI OH 45249 |
| A & B PROPERTIES | 538 BROADHOLLOW ROAD MELVILLE NY 117472352 |
| ABN AMRO SERVICES INC | CITI GROUP/ CORP. REAL ESTATE 1401 W.COMMERCIAL BLVD.STE.200 FORT LAUDERDALE FL 33309-7206 |
| ABYSS POOL & SPAS, INC | 302 LENOX HOUSTON TX 77011 |
| ACCOMAZZO APPRAISAL SERVICES | ATTN A. ACCOMAZZO 14685 GENESEE ROAD APPLE VALLEY CA 92307-5156 |
| ADORNO & YOSS LLP, ATTNY @ LAW | ATTN: GREGG S. AHRENS, ESQ. 2525 PONCE DE LEON BLVD, SUITE 400 MIAMI FL 33134 |
| ADORNO & YOSS, LLP | C/O GREGG S. AHRENS, ESQ. 2525 PONCE DE LEON BLVD., SUITE 400 MIAMI FL 33134 |
| ADP INC | POB 9001006 LOUISVILLE KY 40290-1006 |
| ADP INC | POB 9001007 LOUISVILLE KY 40290-1007 |
| AGF WOODFIELD OWNER LLC | C/O JONES LANG LASALLE ATTN GENERAL MANAGER 1375 E. WOODFIELD ROAD SCHAUMBURG IL 60173 |
| AIA SOFTWARE N AMERICA INC | 5 BROADACRE DR STE 100 MT LAUREL NJ 08054-4706 |
| ALLSTAR COMMUNICATIONS INC | ATTN BRENDA BATEMAN, A/R PO BOX 933022 ATLANTA GA 31193 |
| AMERICA'S CUTTING EDGE RE SERVICES | 155 PASSAIC AVE STE 200 FAIRFIELD NJ 070043562 |
| AMERICAN EXPRESS | POB 360001 FT LAUDERDALE FL 33336-0001 |
| AMERICAN EXPRESS TRAVEL RELATED | SERVICE COMPANY, INC. C/O CHIKOWSKI& GAFFNEY-FLASTER/GREENBERG 8 PENN CENTER - 1628 JFK BLVD, 15TH FL PHILADELPHIA PA 19103 |
| ANDREW DAVIDSON & CO | 520 BROADWAY 8TH FL NYC NY 10012 |
| ASAP APPRAISALS, INC 5364 | LEE BRAND, PRESIDENT 5364 EHRLICH RD. PMB 356 TAMPA FL 33624 |
| AT&T CORP. | ATTN ALBERT PEREZ 15100 FAA BLVD FORT WORTH TX 76155 |
| AT&T GLOBAL SERVICES | JAMES GRUDUS, ESQ. AT&T INC ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T GLOBAL SERVICES | AT&T CREDIT & COLLECTIONS 15100 FAA BLVD. 1ST FLOOR, SUITE 103 FORT WORTH TX 76155 |
| AT&T LONG DISTANCE | JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T LONG DISTANCE | AT&T CREDIT & COLLECTIONS 15100 FAA BLVD. 1ST FLOOR, SUITE 103 FORT WORTH TX 76155 |
| ATLAS PRINCIPAL MORTGAGE, INC. | ATTN BRENDON R. PEARCE, COO 1710C PLUM LANE REDLANDS CA 92374 |
| AUSTIN LAWTHER DESIGN | ATTN AUSTIN LAWTHER 27 ARION PLACE APT. 203 BROOKLYN NY 11206 |
| BANK OF AMERICA, N.A. | ATTN MARGOT B. SCHONHOLTZ, ESQ. ATTN ANA M. ALFONSO, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598 |
| BANK OF AMERICA, N.A. | ATTN ADAM D. GLASSNER 214 NORTH TRYON STREET CHARLOTTE NC 28255 |
| BEAR STEARNS MORTGAGE CAPITAL CORP. | GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BEAR STEARNS MORTGAGE CAPITAL CORP. | ATTN GERALD J RUSSELLO C/O BEAR STEARNS & CO. INC. 320 PARK AVENUE NEW YORK NY 10022 |
| BIXLER CONSULTING GROUP, INC. | ATTN SUSAN BIXLER, PRESIDENT 200 GALLERIA PARKWAY SUITE 1425 ATLANTA GA 30339 |
| BLOOMBERG | POB 30244 HARTFORD CT 06150-0244 |
| BOWEN, BOBBIE | 119 SHADY BEND LUFKIN TX 75901 |
| BRCP AURORA MARKETPLACE, LLC | C/O DONALD D. FARLOW 303 E. 17TH AVE, SUITE 800 DENVER CO 80203 |
| BRENAVOIR LLC | 1020 EDNAM CENTER SUITE 102 CHARLOTTESVILLE VA 22903 |
| BURDICK RESIDENTIAL APPRAISALS | ATTN JULIE BURDICK, OWNER 5930 E PIMA # 120 TUCSON AZ 85712 |
| C&H PROPERTIES LLC | ATTN: CHRIS CANTY, PRINCIPAL 318A GUILBEAU RD LAFAYETTE LA 70506 |

| Claim Name | Address Information |
|---|---|
| CADRE GROUP, LLC | 60 KATONA DR STE 27 FAIRFIELD CT 06824 |
| CANTELI, LISBET | 4637 HENDRIX DR FOREST PARK GA 302973729 |
| CARLETON, ROBERT | C/O J. ALEXANDER WATT, ESQ. P.O. BOX 881 BARNSTABLE MA 02630 |
| CASTLE & COOKE COMMERCIAL PROP | 4601 SIX FORKS RD STE 500 RALEIGH NC 276095286 |
| CERALYN CORP DBA WOODTRONICS | ATTN SCOTT T. WILLIAMS, ATTORNEY 110 REYNOLDS ST S WILLIAMSPORT PA 17702 |
| CERTIFIED APPRAISAL SERVICE | ATTN ELBERT CECIL WRIGHT, OWNER 97 TOLLGATE TRAIL LONGWOOD FL 32750 |
| CHAMROCK COMPUTER NETWORK, INC | 404 PARK AVE S 2ND FLOOR NEW YORK NY 10016 |
| CHARLOTTE COMMUNITY APPRAISAL | ATTN R. KEITH ZIMMERMAN 9202 AVIATION BLVD STE EW2 CONCORD NC 28027 |
| CHECKFREE SERVICES CORP | POB 409287 ATLANTA GA 30384-9287 |
| CHERRY CREEK VENTURES, LLC | 1777 S HARRISON ST STE 1100 DENVER CO 802103936 |
| CHESTER REGIONAL REALTY, LLC | KELLER WILLIAMS R.E./D.SPINA 100 CAMPBELL BLVD, SUITE 106 EXTON PA 19341 |
| CHOICE ONE REAL ESTATE | ATTN WENDY EISNAUGLE, BIC 117A E REED ST ANDERSON SC 296242343 |
| CIT TECHNOLOGY FINANCING SERVICES, INC. | ATTN STACEY GRAY BANKRUPTCY PROCESSING SOLUTIONS, INC. 800 E SONTERRA BLVD., SUITE 240 SAN ANTONIO TX 78258 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK NY 10004 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH STREET 14TH STREET NEW YORK NY 10013 |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH STREET 14TH FLOOR NEW YORK NY 10013 |
| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET | MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK NY 10004 |
| CITIBANK NA AS TRUSTEE STRUCTURAL ASSET | GLOBAL TRANSACTION SERVICES ATTN KAREN SCHLUTER 388 GREENWICH STREET 14TH FLOOR NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN CAROL FLATON, MANAGING DIRECTOR 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | C/O KIRKLAND & ELLIS LLP ATTN LISA LAUKITIS CITIGROUP CENTER 153 EAST 53RD ST NEW YORK NY 10022 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |
| CLIENT SERVICES CUSTOMER CARE | 2931 GREENWOOD CTR DENISON TX 750205530 |
| COACHELLA VALLEY APPRAISAL | ATTN DALE BERNER, OWNER 43385 TENNESSEE AVE PALM DESERT CA 92211 |
| COACHELLA VALLEY APPRAISAL | P.O. BOX 1173 PALM SPRINGS CA 92263 |
| COLDWELL BANKER | ATTN: MARCIA GILES 4090 MISSION BOULEVARD SAN DIEGO CA 92109 |
| COLLIER-LEE APPRAISAL,INC | 2390 KINGS LAKE BLVD NAPLES FL 34112-2307 |
| COMED CO | ATTN C. WALKER, REVENUE MANAGEMENT 2100 SWIFT DRIVE OAK BROOK IL 60523 |
| COMMERCIAL AGENCY, THE | ATTN LEE KENNEDY, COLLECTION MANAGER C/O LIONINC.COM PO BOX 23909 FARMVILLE VA 23909 |
| CONSTELLATION HOMEBUILDER SYSTEMS, INC. | 888 S. DISNEYLAND DR, STE 430 ANAHEIM CA 92802 |
| COR-IBS, INC. | 470 ATLANTIC AVE 4TH FL BOSTON MA 02210 |
| CORPORATE CENTER V, L.L.C. | BY: AMERICAN NEVADA COMPANY LLC ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES. 901 NORTH GREEN VALLEY PARKWAY, STE 200 HENDERSON NV 89074 |
| CRESTWOOD FARMS | POB 277 E NORTHPORT NY 11731 |
| DAILEY, DAVID J. | 1707 EAST 122ND STREET LOS ANGELES CA 90059 |
| DAN'S PAPERS, INC. | ATTN JAMES F BEST A/R MANAGER PO BOX 630 BRIDGEHAMPTON NY 11932 |
| DBSI PHOENIX PEAK LEASE CO LLC | ATTN JEREMY SWENSON, ASSISTANT SECRETARY C/O DDRS LEGAL FINANCE DEPARTMENT 12426 WEST EXPLORER DRIVE, STE 100 BOISE ID 83713 |
| DELTA REALTY COMPANY | 813 MAIN ST, DELTA CO 81416 |
| DESIGN CIRCLES | 55 WEST 38TH STREET 4TH FLOOR NEW YORK NY 10018 |
| DIGITAL DRAW NETWORK | ABA – DDN SERVICES PO BOX 708146 SANDY UT 84120 |
| DINERS CLUB | P.O. BOX 6935 THE LAKES NV 88901-6935 |
| DJ, LLC | 201 WEST MAIN STREET SUITE 101 MISSOULA MT 59802 |

| Claim Name | Address Information |
|---|---|
| DOLCE VITA, INC | ATTN ANTHONY MARSIGLIO 6100 CLARKS CREEK ROAD UNIT 100 PLAINFIELD IN 46168 |
| DONALD ZIMMERMAN & ASSOCIATES LLC | ATTN ADAM ZIMMERMAN, PARTNER 550 FRONTAGE RD STE 3805 NORTHFIELD IL 60093 |
| DORMAN APPRAISALS | ATTN DAVE DORMAN, OWNER 2846 PLUMAS ARBOGA RD MARYSVILLE CA 95901 |
| DOUBLETREE IRVINE SPECTRUM | 90 PACIFICA AVENUE IRVINE CA 92618 |
| DOYLE, DENNIS M. JR. | 7807 BAYMEADOWS RD E JACKSONVILLE FL 32256 |
| DRI MANAGEMENT SYSTEMS, INC | 1451 QUAIL ST, STE 100 NEWPORT BEACH CA 92660 |
| DRIFTWOOD CORP. OF OCALA | 9220 BONITA SPRINGS ROAD SUITE 109 BONITA SPRINGS FL 34135 |
| DSD/EKO MARKETING, INC | 2323 N. MILWAUKEE AVE CHICAGO IL 60647 |
| DUNCAN GROUP, THE | ATTN CHRIS PARMER, CONTROLLER 3760 PEACHTREE CREST DR SUITE A DULUTH GA 30097 |
| ESTAFFCONTROL | 261 MADISON AVE 2ND FLOOR NEW YORK NY 10016 |
| EXCEL SECURITY SYSTEMS | 2740 HUDSON AVENUE ATTN KIM HOFFMAN, OWNER CORONA CA 92881 |
| EXPRESS SERVICES INC | POB 730039 DALLAS TX 75373-0039 |
| FEDERAL HOUSING ADMINISTRATION, THE(FHA) | OF THE US DEPT. OF HUD MS. MARY A. SCHMERGEL, ESQ. 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| FEDERAL HOUSING ADMINISTRATION, THE(FHA) | THE FEDERAL HOUSING ADMINISTRATION,(FHA) OF THE US DEPT OF HUD MS. ANA I. FABREGAS, ESQ. 1250 MARYLAND AVE., SW, PORTALS BLDG 200 WASHINGTON DC 20024 |
| FIDELITY NATIONAL FINANCIAL | ATTN: MICHELLE GILLIS 601 RIVERSIDE AVE JACKSONVILLE FL 32204 |
| FIRST AMERICAN CREDCO | PO BOX 509019 SAN DIEGO CA 92150-9019 |
| FLORIDA BUSINESS FURNITURE | 706 TURNBELL AVE, SUITE 304 ALAMONTE SPRINGS FL 32701 |
| FOCUS APPRAISALS INC. | 103-210 2400 E MAIN ST STE 103 SAINT CHARLES IL 601742415 |
| FORREST SOLUTIONS | 10  EAST 40TH ST NEW YORK NY 10016 |
| FOUNTAINS PARK, LLC | C/O CB RICHARD ELLIS 2415 EAST CAMELBACK ROAD PHOENIX AZ 85016 |
| FRESE, SUSAN AND MCCARTHY | 210 OAKWOOD ST SE APT 306 WASHINGTON DC 20032-1770 |
| FRESE, SUSAN AND MCCARTHY | THOMAS C. WILLCOX 1020 19TH STREET, N.W., SUITE 400 WASHINGTON DC 20036 |
| FRIEDMAN, BILLINGS, RAMSEY | & CO., INC 1001 NINETEENTH ST NORTH ARLINGTON VA 22209 |
| GATEWAY CHULA VISTA | 333 "H" STREET SUITE 6000 CHULA VISTA CA 91910 |
| GATEWAY CHULA VISTA | DENNIS J. WICKHAM, ESQ. SELTZER CAPLAN MCMAHON VITEK 750 "B" STREET, STE. 2100 SAN DIEGO CA 92101 |
| GENERAL ELECTRIC CAPITAL CORP., INC. | ATTN PATRICIA POEL LITIGATION SPECIALIST 44 OLD RIDGEBURY RD DANBURY CT 06810 |
| GENERAL ELECTRIC CAPITAL CORP., INC. | GENERAL ELECTRIC CAPITAL CORP., INC. C/O REED SMITH LLP ATTN GASTON P LOOMIS, ESQ 1201 MARKET ST, STE 1500 WILMINGTON DE 19801 |
| GLADES-PIKES INVESTORS, LTD. | 7777 GLADES ROAD SUITE 310 BOCA RATON FL 33434 |
| GOODMAN, CAREN | 177 WASHINGTON STREET GOLDEN CO 80403 |
| GRAND WAILEA RESORT HOTEL & SPA | C/O DAVID J HARRIS BURCH PORTER & JOHNSON PLLC 130 N COURT AVE MEMPHIS TN 38103 |
| GREENBERG GLUSKER FIELDS | CLAMAN & MACHTINGER LLP 1900 AVENUE OF THE STARS #2100 LOS ANGELES CA 90067-4590 |
| HAVENGATE INLAND EMPIRE, LLC | C/O HALL EQUITIES GROUP 3401 CENTRELAKE DRIVE ONTARIO CA 91761 |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC | PO BOX 1537 SAINT PETERS MO 633760027 |
| HELIOS & MATHESON | 200 PARK AVE S STE 901 NEW YORK NY 10003-1541 |
| HENDERSON APPRAISAL CO. INC. | 5364 EHRLICH ROAD # 71 TAMPA FL 33624 |
| HERITAGE OFFICE FURNITURE | 1562 MONTAGUE EXPY SAN JOSE CA 951311408 |
| HIRERIGHT, INC. | 24521 NETWORK PL CHICAGO IL 60673-1245 |
| HOFF, BRADLEY C. | DBA BAX APPRAISAL 1428 S BAY RD NE OLYMPIA WA 98506 |
| HOLIDAY INN SACRAMENTO | NORTHEAST 5321 DATE AVENUE SACRAMENTO CA 95841 |
| HOMES ON THE HILL COMMUNITY DEVELOPMENT | CORPORATION 4318 WESTLAND MALL COLUMBUS OH 43228-1629 |
| HOOD, JE TAIME | 4 SQUIRES PL NEWPORT NEWS VA 23606-1250 |
| HOWARD HUGHES PROPERTIES LP | THE HUGHES CENTER SDS-12-2736  PO BOX 86 MINNEAPOLIS MN 55486-2736 |
| HSH ASSOC. FINANCIAL PUBLISHER | 237 WEST PARKWAY 2ND FLOOR POMPTON  PLAIN NJ 07444 |
| HUB PROPERTIES TRUST | ATTN JENNIFER B. CLARK, SENIOR VP PO BOX 84-5008 BOSTON MA 02284-5008 |

| Claim Name | Address Information |
|---|---|
| IDAHO DEPT OF FINANCE | 800 PARK BLVD, STE 200 BOISE ID 83712 |
| IL-1111 22ND STREET, LLC | C/O MONICA BLACKER ANDREWS KURTH LLP 1717 MAIN ST STE 3700 DALLAS TX 75201 |
| INFOHIGHWAY COMMUNICATIONS | ATTN KAREN JACOBY DIRECTOR CREDIT & COLLECTIONS 39 BROADWAY, 19TH FLOOR NEW YORK NY 10006 |
| INGENIO | 201 MISSION ST STE 200 SAN FRANCISCO CA 941051832 |
| INTER-TEL TECHNOLOGIES, INC | C/O LEGAL DEPARTMENT - DIANE CLINE 7300 W BOSTON ST CHANDLER AZ 85226 |
| INTERCITY AGENCY INC. | 42-40 BELL BLVD. SUITE 103 BAYSIDE NY 11361 |
| INTERNET ALLIANCE GROUP | 1610 WYNKOOP STREET SUITE 400 DENVER CO 80202 |
| INTRALINKS, INC. | 1372 BROADWAY, 11TH FL NEW YORK NY 10018-6106 |
| J.P. MORGAN SECURITIES LLC | GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LLC | GEOFFRET T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LLC | ATTN GERALD J RUSSELLO 320 PARK AVENUE NEW YORK NY 10022 |
| JACQUELINE FENNESSY | 20 DEER RUN WATER MILL NY 11976 |
| JANNEY MONTGOMERY SCOTT LLC | 1801 MARKET ST. PHILADELPHIA PA 19103 |
| JVI | ATTN VICE PRESIDENT 951 MARKET PROMENADE AVE STE 2101 LAKE MARY FL 32746 |
| K&R APPRAISAL SERVICES | ATTN KEVIN J. GINGRAS, PRESIDENT 23 ANAAN AVE WEST ROXBURY MA 02132 |
| KATIE MEIER | AT&T CREDIT & COLLECTIONS 15100 FAA BLVD. 1ST FLOOR, SUITE 103 FORT WORTH TX 76155 |
| KAYCEE LLC | ATTN GARY ERICKSON, MGR 1295 KELLY JOHNSON BLVD SUITE 230 COLORADO SPRINGS CO 80920 |
| KELLER WILLIAMS REALTY | 3021 CITRUS CIRCLE STE 250 WALNUT CREEK CA 94598 |
| KIRK, GLORIA VS. AMERICAN HOME MTG CORP. | 2:06-CV02603 ATTN: W STEPHEN GARDNER, MULLINS GARDNER PLC P.O. BOX 41893 MEMPHIS TN 38174 |
| LACERA/GATEWAY RIVERSIDE, INC. | C/O THOMAS J LEANSE, ESQ. KATTEN MUCHIN ROSENMAN LLP 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| LANDSAFE INC. | PO BOX 650530 DALLAS TX 75265-0530 |
| LAW OFFICES OF ALAN WEINREB PLLC, THE | 6800 JERICO TWPK STE 207W SYOSSET NY 11791-4445 |
| LES BROWN ENTERPRISES LLC. | P.O. BOX 806217 CHICAGO IL 60699 |
| LEXINGTON SQUARE LLC | 1243 N 10TH ST MILWAUKEE WI 532052558 |
| LINDA MCKINNEY & H GUY SMITH | P.O. BOX 1089 832 SOUTH FLORIDA AVE LAKELAND FL 33802 |
| LLOYD DISTRICT PROPERTIES, LP | 825 NE MULTNOMAH SUITE 1275 PORTLAND OR 49723 |
| LOCKE LIDDELL & SAPP LLP | P.O. BOX 201072 HOUSTON TX 77216-1072 |
| LOU BARTFIELD | 116 APTOS BEACH DR APTOS CA 95003 |
| LUSSIER, TRACY | 4 OLD SUNDERLAND RD MONTAGUE MA 01351 |
| M & L SAGEBRUSH WEST LTD. | 3301 LONG PRAIRIE ROAD SUITE 126 FLOWER MOUND TX 75022 |
| MANAGEMENT ADVISORS INTERNAL | PO BOX 3708 HICKORY NC 28603-3708 |
| MARSH APPRAISALS & R.E. | ATTN GARY MARSH, OWNER 5701 STEUBENVILLE PIKE MC KEES ROCKS PA 15136 |
| MARTINEZ, JAIME | 10515 PLEASANT VILLAS LN HOUSTON TX 77075-3059 |
| MCI | POB 73881 CHICAGO IL 60673-1277 |
| MCI | POB 73468 CHICAGO IL 60673-7468 |
| MERCHANT DEVELOPMENT LLC | 1907 EAST WAYZATA BLVD SUITE 100 WAYZATA MN 55391 |
| MERIDIA ASSOCIATES LP | OVERLOOK TWO, PO BOX 10528 109 LAURENS ROAD GREENVILLE SC 29603 |
| MERRILL LYNCH CREDIT CORPORATION | ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK NY 10154 |
| MET LIFE/DBA FAIRVIEW CENTER | C/O CB RICHARD ELLIS P O BOX 13470 RICHMOND VA 23255 |
| MICHAEL N. HUSCROFT & ASSOC. | ATTN LAWRENCE Z. WILK, ESQ. 9201 N. 25TH AVENUE SUITE 170 PHOENIX AZ 85021 |
| MICHAEL R MOORE LIVING TRUST | C/O DAVID MOORE 22 ARTISAN STREET LADERA RANCH CA 92694 |
| MKM REALTY TRUST II | C/O CAROLE LITTMAN 300 CONGRESS STREET QUINCY MA 02169 |
| MONSTER INC | P.O. BOX 34649 NEWARK NJ 07189-4649 |

| Claim Name | Address Information |
|---|---|
| MOON BAY DEVELOPMENT CORP. | MICHAEL R. STRAUSS, ESQ., 1303 MAIN STREET, SUITE 4 PORT JEFFERSON NY 11777 |
| MORELLA, STACEY | P.O. BOX 691463 HOUSTON TX 77269 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | C/O MORGAN STANLEY & CO. INC. ATTN RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | JANE FANNING, M.D. 1585 BROADWAY 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | ATTN HAROLD A OLSEN ESQ STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MORGAN STANLEY MARKET PRODUCTS INC. | C/O MORGAN STANLEY & CO., INC. ATTN: RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY MARKET PRODUCTS INC. | ATTN HAROLD A OLSEN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MORTGAGE ALTERNATIVES | PO BOX 4247 DEPT. 621 HOUSTON TX 77210-4247 |
| MORTGAGE ASSET RESEARCH INS | 11654 PLAZA AMERICAN DR BOX 553 RESTON VA 20190 |
| MORTGAGE ASSET RESEARCH INST | PMB 553 11654 PLAZA AMERICA DR RESTON VA 201904700 |
| MORTGAGE MARKET GUIDE | ATTN MICHAEL F. SEPESI, CFO 24 S HOLMDEL RD SUITE 1B HOLMDEL NJ 07733 |
| MOSS CODILIS, L.L.P. | ATTN MICHAEL S. MARGOLF, VICE PRESIDENT 6560 GREENWOOD PLAZA BLVD., SUITE 100 ENGLEWOOD CO 80111 |
| MOSS CODILIS, L.L.P. | ATTN: ACCOUNTS RECEIVABLE 6560 GREENWOOD PLAZA BLVD., SUITE 100 ENGLEWOOD CO 80111 |
| NAI THE MICHAEL SOMPANIES, INC | C/O ACCOUNTING DIVISION 4640 FORBES BLVD., STE 300 LANHAM MD 20706 |
| NEXTAG INC. | 1300 S. EL CAMINO REAL, 6TH FL SAN MATEO CA 94402 |
| NNN VF RESOURCE SQUARE, LLC | JOHN H. CAPITANO, ESQ. 214 N. TRYON STREET, 47TH FLOOR CHARLOTTE NC 28202 |
| NUSS VALUATIONS, INC. | 4820 SE 34TH AVE PORTLAND OR 972024102 |
| O'HALLORAN, THOMAS J., JR. | REAL ESTATE APPRAISER 14400 SENECA RD DARNESTOWN MD 20874 |
| OCE' FINANCIAL SERVICES INC. | 13824 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| OFFICES BY DESIGN | PO BOX 1142 ATTN JANET L GREER, MEMBER HILLSBORO OR 97123 |
| ORLANS ASSOCIATES PC | ATTN MARSHALL ISAACS, ATTORNEY PO BOX 5041 TROY MI 48007 |
| OUTSOURCE SOLUTIONS LLC | ATTN J. KYLE KELLER, PRESIDENT 2833 TRINITY SQUARE DRIVE STE 135 CARROLLTON TX 75006 |
| PACIFIC GUARDIAN CENTER | 715 S KING ST STE 206 HONOLULU HI 968133021 |
| PACIFIC WEST SEARCH | ATTN DAVID RAUHOFF, PRESIDENT 1930 VILLAGE CENTER CIRCLE #E-845 LAS VEGAS NV 89134 |
| PARRY, OLIVER W & BRACKETT, ALLEN V | 6603 NW 25TH CT BOCA RATON FL 33496 |
| PATRICIA B WOOD | PO BOX 1764 LA QUINTA CA 92247 |
| PEARL MEYER & PARTNERS | PO BOX 13066 NEWARK NJ 07188-0066 |
| PEARSON & ASSOCIATES, INC. | ATTN MICHAEL PEARSON, PRESIDENT 350 W KENSINGTON # 110 MOUNT PROSPECT IL 60056 |
| PEMMA INC | C/O MADISON FINANCIAL GROUP 1111 LINCOLN ROAD #400 MIAMI BEACH FL 33139 |
| PHILIP CARNES & ASSOC, INC | 4939 LOWER ROSWELL RD SUITE 103 MARIETTA GA 30068 |
| PLAINIUM, LLC | 7127 S WESTNEDGE AVE STE 2 PORTAGE MI 490024276 |
| PMC INVESTIGATIONS AND SECURITY INC | 12 SCHERERE BLVD LOWR FRANKLIN SQ NY 110102606 |
| POSITIVE PROPERTIES, INC | 105 VALLEY VIEW CHAPPAQUA NY 10514 |
| PRIORITY SIGN INC | 837 RIVERFRONT DRIVE, STE 300 P.O.BOX 1031 SHEBOYGAN WI 53082-1031 |
| PROPERTY MANAGEMENT ASSOC | 5120 WEST GLODLEAF CIRCLE STE 300 MARTIN O'RILEY JR LOS ANGELES CA 90056 |
| R R DONNELLEY RECEIVABLES INC | ATTN DAN PEVONKA, SE CREDIT MANAGER 3075 HIGHLAND PKWY DOWNERS GROVE IL 60515 |
| R&D PROPERTIES, LLC | ATTN ROB OGLESBY, V.P. 7353 INTERNATIONAL PL SUITE 311 SARASOTA FL 34240 |
| RAMBLEWOOD SQUARE, LLC | 200 E LAS OLAS BOULEVARD SUITE 1630 FT. LAUDERDALE FL 33301 |
| REED SMITH LLP | P.O. BOX 23416 NEWARK NJ 07198-0416 |
| REGIONAL REAL ESTATE APPRAISAL SERVICE | ATTN PRESIDENT 117 ROUTE 9W HAVERSTRAW NY 10927 |
| REGUS MANAGEMENT GROUP LLC | 6303 OWENSMOUTH AVENUE 10TH FLOOR WOODLAND HILLS CA 91367 |
| RELS VALUATION | PO BOX 5473 MINNETONKA MN 55343 |

| Claim Name | Address Information |
|---|---|
| REM PUBLISHING, LLC | DBA R.E. REAL ESTATE MAGAZINE 3036 LEAFWOOD DR SE MARIETTA GA 30067 |
| RESPONSE COMPANIES | 8 E 40TH ST FL 5 NEW YORK NY 100160136 |
| RESPONSE MORTGAGE PROJECTS GROUP | ATTN MARVIN MORAN 534 BROADHOLLOW ROAD SUITE 275 MELVILLE NY 11747 |
| RICOH AMERICAS CORP | POB 371992 PITT PA 15250-7992 |
| RICOH BUSINESS SYSTEMS INC | ATTN DAVE KAUTZ, A/R BILLING & COLLECT. STE M 1225 GREENBRIAR AVE ADDISON IL 60101 |
| RICOH CORPORATION | PO BOX 730366 DALLAS TX 75373 |
| RICOH CORPORATION | PO BOX 100189 PASADENA CA 91189 |
| RINCON, SARA R. | 381  N.W 152ND AVENUE PEMBROKE PINES FL 33028 |
| RIVER PARK EXECUTIVE SUITES | C/O WILLIAM E WINFIELD NORDMAN CORMANY HAIR & COMPTON LLP 1000 TOWN CENTER DRIVE, 6TH FLOOR OXNARD CA 93036 |
| RMIC | LOCKBOX 402958 ATLANTA GA 30384-2958 |
| RMIC CORPORATION | PO BOX 402406 ATLANTA GA 30384-2406 |
| ROBERT J. HOPP & ASSOCIATES, LLC | ATTN ROBERT J. HOPP, ESQ PO BOX 8689 DENVER CO 80201 |
| ROBERT SCHERMAN & ASSOCIATES | ATTN ROBERT J SCHERMAN 5700 HARROW GLEN CT GALENA OH 43021 |
| SANWA JUTAKU, INC. | EMBASSY SUITES HOTEL 8425 FIRESTONE BLVD DOWNEY CA 90241 |
| SBC YELLOW PAGES | ATTN MICHAEL PERRY, BANKRUPTCY 100 E. BIG BEAVER TROY MI 48083 |
| SC APPRAISAL SERVICES | 74930 COUNTRY CLUB DR STE 540 PALM DESERT CA 92260 |
| SCREENVISION DIRECT | ATTN WILLIAM SAPP – COLLECTION SUP. 360 LINDEN OAKS ROCHESTER NY 14625 |
| SEMANTICSPACE | 100 PACIFICA, SUITE 270 IRVINE CA 92618 |
| SHOREHAM VIEWRIDGE, LLC | D/B/A SHOREHAM PLACE ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL 1202 KETTNER BLVD., 3RD FLOOR SAN DIEGO CA 92101 |
| SIMS, DARNELL O. & VEDA T. | 307 OAK ST BURKEVILLE VA 23922 |
| SOUTHERN CALIFORNIA EDISON COMPANY | ATTN CECILIA BAESA CREDIT AND PAYMENT SERVICES 300 N LONE HILL AVE SAN DIMAS CA 91773 |
| STAFFSOLVE | ATTN TERRI WINKLER, CONTROLLER 333 N SAM HOUSTON PKWY STE 110 HOUSTON TX 77060 |
| STINNETT, KEVIN AND/OR JULIE | 6370 PEACOCK WAY PILOT HILL CA 95664 |
| SUN LIFE ASSURANCE COMPANY OF CANADA-US | ATTN ANDREA L. NIEDERMEYER STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC 2323 BRYAN STREET, SUITE 2200 DALLAS TX 75201 |
| SUN LIFE ASSURANCE COMPANY OF CANDA | C/O COLLIERS PNKARD C/O MICHAEL G MENKOWITZ/FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| SUNTORY INTERNATIONAL CORP. | 7 TIMES SQUARE, 21ST FLOOR NEW YORK NY 10036 |
| SUNTORY INTERNATIONAL CORP. | 350 THEODORE FREMD AVE FL 2 RYE NY 105801565 |
| SWEARINGEN REALTY GROUP, LLC | ATTN: GRANVILLE JENKINS 5950 BERKSHIRE LANE #700 DALLAS TX 75225 |
| T&J LLC | C/O MURRAY PROPERTIES 700 E. MAIN ST. SUITE E ST. CHARLES IL 60174 |
| T-34 COLE CENTER ASSOCIATES | 2460 W 26TH AVENUE, STE 190-C DENVER CO 80211 |
| TAX VERIFICATION BUREAU, INC. | ESTEBAN REYES, DIRECTOR 200 SE FIRST ST, STE 702 MIAMI FL 33131 |
| TBS COURIERS | PO BOX 23400 OAKLAND CA 94623-0400 |
| TD SERVICE COMPANY | 1820 E FIRST ST, STE 210 SANTA ANA CA 92711 |
| TECHNICAL BUSINESS | PARTNERS LLC 15282 S. SCENIC DR. SPRING LAKE MI 49456 |
| TEMECULA  CORPORATE PLAZA LLC | 27450 YNEZ RD PLAZA CENTER STE 202&203 TEMECULA CA 92591 |
| THALER, BILLY JR. | 14502 SPUR LN. WALLER TX 77484 |
| THE FEDERAL HOUSING ADMINISTRATION,(FHA) | OF THE US DEPT OF HUD C/O MS. MARY A. SCHMERGEL, ESQ. 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| THE GROWTH SOLUTIONS GROUP | SUSAN T GAUFF 66 WITHERSPOON ST, SUITE 158 PRINCETON NJ 08542 |
| THE REALTY ASSOCIATES FUND | FUND VIII, L.P. 28 STATE STREET, 10TH FLOOR BOSTON MA 02109 |
| THE STAR-LEDGER | ATTN BLERTA SULSTAROVA PO BOX 5718 HICKSVILLE NY 11802-5718 |
| THOMSON FINANCIAL CO, LLC | ATTN BARBARA MENDY 195 BROADWAY NEW YORK NY 10007 |
| THOUGHTDIGITAL LLC | C/O JON D. COHEN, ESQ. STAHL COWEN CROWLEY 55 W. MONROE ST., SUITE 1200 CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| TJR APPRAISAL CORPORATION | 140 NW MAGNOLIA LAKES BLVD PORT ST LUCIE FL 349863567 |
| TOMORROW 32 RIVER PARK L P | 333 S BROADWAY SUITE 105 WICHITA KS 67202-4325 |
| TOP HAT PRODUCTIONS | ATTN JONATHAN DAVIS, PRESIDENT 17372 EASTMAN ST. IRVINE CA 92614 |
| TOPP OF THE HARBOR LIMOUSINE | ATTN THOMAS REILLY, OWNER PO BOX 36 BETHPAGE NY 11714 |
| TOWER PLACE L.P. | C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE SUITE 100 ATLANTA GA 30326 |
| TOWER PLACE L.P. | MARK S. MARANI, ESQ. COHEN POLLOCK MERLIN & SMALL, P.C. 3350 RIVERWOOD PKWY. SUITE 1600 ATLANTA GA 30339 |
| TPG LONG ISLAND, LLC | 201 NORTH SERVICE RD, STE 400 MELVILLE NY 11747 |
| TPRF/THC HAVENPARK, LLC | DEAN G RALLIS JR / DIANE C STANFIELD ESQ WESTON BENSHOOF ROCHEFORT  ET AL 333 S. HOPE STREET, 16TH FLOOR LOS ANGELES CA 90071 |
| TPRF/THC HAVENPARK, LLC | C/O DIANCE C. STANFIELD, ESQ. WESTON BENSHOOF ROCHEFORT RUBALCAVA MACCUISH, LLP 333 S. HOPE ST, 16TH FLOOR LOS ANGELES CA 90071 |
| TR TURNPIKE CORP. | 39250 TREASURY CENTER CHICAGO IL 60694-9200 |
| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT. | TO SOUTHBOROUGH/WESTBOROUGH LLC C/O LYNNE B. XERRAS-HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT. | JOHN H. KALB III, ASST VICE PRESIDENT 39250 TREASURY CENTER CHICAGO IL 60694-9200 |
| TRADE SHOW FABRICATIONS, INC. | ATTN PRESIDENT 360 OSER AVENUE HAUPPAUGE NY 11788 |
| TRANS-BOX SYSTEMS, INC. | TBS COURIERS PO BOX 23400 OAKLAND CA 94623-0400 |
| TRANSWESTERN CONCORD CORPORATE CENTRE LP | C/O MICHAEL S GREGER/JAMES A TIMKO ESQS ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP - 1900 MAIN ST, FIFTH FL IRVINE CA 92614-7321 |
| TRANSWESTERN SL GALE NAPERVILLE, LLC | C/O ADAM E BERMAN, ATTORNEY MASON WENK & BERMAN, LLC 1033 SKOKIE BOULEVARD SUITE 250 NORTHBROOK IL 60062 |
| TRI M CONSTRUCTION | ATTN M. MCMAHON, PRES. 5 EAST 51ST STREET, STE 6A NEW YORK NY 10111 |
| TRICE VALUATION SERVICES LLC | ATTN: DIANE WALTER 1003 MTHERMON RD, STE 201 SALISBURY MD 21804 |
| TRIDENT REALTY GROUP, LLC | DBA PINEVIEW REAL ESTATE 100 BLOOMFIELD HILLS PKWY #190 BLOOMFIELD HILLS MI 48304 |
| TRILAR MANAGEMENT GROUP | ATTN OWNER EL PRESIDIO LLC 2101 CAMINO VIDA ROBLE. STE A CARLSBAD CA 92011 |
| TRIPWIRE, INC. | ATTN MAH HIXSON, DIRECTOR OF FINANCE DEPT. CH17020 PALATINE IL 60055-7020 |
| TWO NEWTON PLACE ACQUISITIONS | FLEET LOCK BOX, MAILCODE 31130 99 FOUNDERS PLAZA HARTFORD CT 06108 |
| U.S. BANK NATIONAL ASSOCIATION, | AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-12XS 60 LIVINGSTON AVENUE. EP-MN-WS1D ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, | KATHERINE CONSTANTINE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET, SUITE 1500 SAINT PAUL MN 55107-2292 |
| UNIQUEX GRAPHICS & PRINTING INC. | ATTN MR. KYAWSWA (GEORGE) WIN, PRESIDENT 26152 EMYVALE CT. LAKE FOREST CA 92630 |
| USDA RURAL DEVELOPMENT | USDA RURAL DEVELOPMENT ATTN MOUER, ESQ USDA, OGC 228 WALNUT ST, PO BOX 1134 HARRISBURG PA 17108 |
| USDA RURAL DEVELOPMENT | ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP MAIL STOP 0784 1400 INDEPENDENCE AVE, SW WASHINGTON DC 20250 |
| WELLS FARGO---- | PO BOX 1450 MINNEAPOLIS MN 55485 |
| WESCH VS. AMERICAN HOME MORTGAGE CORP. | SUPERIOR COURT MONMOUTH CO NJ C-741-07 13 CANIDAE CT TINTON FALLS NJ 07753 |
| WEVALUEIT, INC | ATTN SUSAN PRIORE, PRESIDENT PO BOX 217 MOUNTAIN LAKES NJ 07046-0217 |
| WHITES ROAD LLC | C/O PHOENIX PROP P O BOX 20000 KALAMAZOO MI 49019-1000 |
| WINONA PARTNERS | 18231 HWY 18 SUITE 4 APPLE VALLEY CA 92307 |
| YOUR PRIVATE LIMOUSINE, INC. | ATTN TRACY HODGE, PRESIDENT 3255 N ARLINGTON HEIGHTS ARLINGTON HEIGHTS IL 60004 |
| ZEICHNER ELLMAN & KRAUSE LLP | ATTN STUART A. KRAUSE, ESQ. 575 LEXINGTON AVENUE NEW YORK NY 10022 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  286**