# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*[1],:
                                                    :   Jointly Administered
                    Debtors.                        :
---------------------------------------------------------------------x   Ref. Docket No. 11166

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2015, I caused to be served the "Notice of Order Granting Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 (I) Establishing an Unreturned Document Protocol and (II) Authorizing the Abandonment, Destruction or Other Disposition of (A) Unreturned Collateral Documents in Connection Therewith and (B) Certain Servers, Electronic Storage Media and the Information Contained Thereon," dated November 11, 2015 [Docket No. 11166], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

T:\Clients\AHM\Affidavits\Destroy Documents Notice_DI 11166_AFF_11-11-15_SS.doc

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
12th day of November, 2015

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMY WILLIAMS-DERRY | DEREK W. LOESER ELIZABETH A. LELAND KELLER ROHRBACK P.L.C. FEDERAL HOME LOAN BANK OF BOSTON 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| ANNE W. SALISBURY | GUZOV, LLC BASIS YIELD ALPHA FUND MASTER 900 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| ARTHUR C. LEAHY | SCOTT H. SAHAM, LUCAS F. OLTS NATHAN R. LINDELL ROBBINS GELLER RUDMAN & DOWD LLP ROYAL PARK INVESTMENTS SA/NV 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| ARTHUR C. LEAHY | SCOTT H. SAHAM, LUCAS F. OLTS NATHAN R. LINDELL, CAROLINE M. ROBERT ROBBINS GELLER RUDMAN & DOWD LLP PHOENIX LIGHT SF LIMITED, BLUE HERON FUNDING V LTD 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101-3301 |
| CHRISTOPHER P. JOHNSON | ZACHARY W. MAZIN URI A. ITKIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE 1633 BROADWAY NEW YORK NY 10019 |
| CHRISTY E. HARRIS-LIPFORD SR ASSISTANT ATTORNEY | GENERAL/CHIEF PETER E. BROADBENT, III ASSISTANT ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL COMMONWEALTH OF VIRGINIA EX REL. INTEGRA REC LLC 900 E. MAIN STREET RICHMOND VA 23219 |
| COLLEEN J. BOLES | KATHRYN R. NORCROSS J. SCOTT WATSON FEDERAL DEPOSIT INSURANCE CORPORATION 3501 FAIRFAX DRIVE, VS-D7008 ARLINGTON VA 22226-3500 |
| DAVID C. FREDERICK | WAN J. KIM, GREGORY G. RAPAWY, ANDREW C. SHEN,KELLOGG, HUBER,HANSEN, TODD, EVANS & FIGEL PLLC SUMNER SQUARE NATIONAL CREDIT UNION ADMINISTRATION BOARD, 1615 M STREET, N.W., SUITE 400 WASHINGTON DC 20036 |
| DAVID C. FREDERICK, SILVIJA A. STRIKIS, ANDREW | C. SHEN, SCOTT K. ATTAWAY, WHITNEY CLOUD, KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.,CMFG LIFE INSURANCE CO., CUMIS INSURANCE SOCIETY 1615 M STREET, N.W., SUITE 400 WASHINGTON DC 20036 |
| DAVID J. GRAIS | MARK B. HOLTON LEANNE M. WILSON GRAIS & ELLSWORTH LLP FEDERAL DEPOSIT INSURANCE CORPORATION AS RECIEVER 40 EAST 52ND STREET NEW YORK NY 10022 |
| DAVID J. GRAIS | MARK B. HOLTON VICKIE REZNIK GRAIS & ELLSWORTH LLP FEDERAL DEP INS CORP REC UNITED W. BANK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | ROSS WALLIN GRAIS & ELLSWORTH LLP FEDERAL HOME LOAN BANK OF SEATTLE 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | KATHRYN C. ELLSWORTH OWEN L. CYRULNIK GRAIS & ELLSWORTH LLP THE CHARLES SCHWAB CORPORATION 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | OWEN L. CYRULNIK* LEANNE M. WILSON GRAIS & ELLSWORTH LLP MORGAN STANLEY MORTGAGE LOAN TRUST 2006-14SL, 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | MARK B. HOLTON MICHAEL M. POMERANTZ GRAIS & ELLSWORTH LLP FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | MARK B. HOLTON MICHAEL M. POMERANTZ GRAIS & ELLSWORTH LLP FEDERAL DEPOSIT INSURANCE CORPORATION AS RECIEVER 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | KATHRYN C. ELLSWORTH OWEN L. CYRULNIK GRAIS & ELLSWORTH LLP FEDERAL HOME LOAN BANK OF SAN FRANCISCO 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID J. GRAIS | KATHRYN C. ELLSWORT OWEN L. CYRULNIK GRAIS & ELLSWORTH LLP FEDERAL HOME LOAN BANK OF SAN FRANCISCO 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DAVID S MCLEOD | MCLEOD & WITHAM LLP FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER 300 SOUTH GRAND AVENUE SUITE 2525 LOS ANGELES CA 90071 |
| ERIK HAAS | PETER W. TOMLINSON PHILIP R. FORLENZA PATTERSON BELKNAP WEBB & TYLER LLP NATIONAL CREDIT UNION ADMINISTRATION BOARD, 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERIK HAAS | PETER W. TOMLINSON, PHILIP R. FORLENZA HENRY J. RICARDO PATTERSON BELKNAP WEBB & TYLER LLP NATIONAL CREDIT UNION ADMINISTRATION BOARD, 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERIK HAAS | HENRY J. RICARDO PATTERSON BELKNAP WEBB & TYLER LLP FINANCIAL GUARANTY INSURANCE COMPANY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GARY A. GOTTO | KELLER ROHRBACK P.L.C. FEDERAL HOME LOAN BANK OF BOSTON 3101 NORTH CENTRAL |

| Claim Name | Address Information |
|---|---|
| GARY A. GOTTO | AVENUE, SUITE 1400 PHOENIX AZ 85012 |
| GARY A. GOTTO | KELLER ROHRBACK P.L.C. FEDERAL HOME LOAN BANK OF CHICAGO 3101 NORTH CENTRAL AVE, STE 1400 PHOENIX AZ 85012 |
| GEORGE A. ZELCS | KOREIN TILLERY LLC NATIONAL CREDIT UNION ADMINISTRATION BOARD, 205 NORTH MICHIGAN AVENUE, SUITE 1950 CHICAGO IL 60601 |
| GEORGE A. ZELCS | KOREIN TILLERY, LLC CMFG LIFE INSURANCE CO, CUMIS INSURANCE SOCIETY 205 NORTH MICHIGAN, SUITE 1950 CHICAGO IL 60601 |
| GEORGE GALLAND | ROBERT S. LIBMAN MINER, BARNHILL & GALLAND, PC FEDERAL HOME LOAN BANK OF CHICAGO 14 WEST ERIE CHICAGO IL 60654 |
| H. LEWIS GILLIS | TYRONE C. MEANS, KRISTEN J. GILLIS MEANS GILLIS LAW LLC FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER 60 COMMERCE STREET, SUITE 200 P. O. DRAWER 5058 MONTGOMERY AL 36103-5058 |
| H. LEWIS GILLIS | TYRONE C. MEANS, KRISTEN J. GILLIS MEANS GILLIS LAW LLC FEDERAL DEPOSIT INSURANCE CORPORATION AS RECIEVER 60 COMMERCE STREET, SUITE 200 P. O. DRAWER 5058 MONTGOMERY AL 36103-5058 |
| HECTOR TORRES | DAVID J. ABRAMS DAVID J. MARK KASOWITZ BENSON TORRES & FRIEDMAN LLP U.S.BANK NATIONAL ASSOCIATION,SOLELY IN ITS CAPACITY ,1633 BROADWAY NEW YORK NY 10019 |
| JAI CHANDRASEKHAR | BERNSTEIN LITOWITZ, BERGER & GROSSMANN LLP DEXIA SA/NV, DEXIA HOLDINGS, INC., FSA MANAGEMENT 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| JAI CHANDRASEKHAR | REBECCA E. BOON ROSS SHIKOWITZ BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP SEALINK FUNDING LTD. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| JAMES D. BASKIN | CASEY L. DOBSON JOHN W. GASINK SCOTT, DOUGLAS & MCCONNICO BASIS YIELD ALPHA FUND MASTER 600 CONGRESS AVENUE, SUITE 1500 AUSTIN TX 78701 |
| JAMES D. BASKIN, CASEY L. DOBSON, JOHN W. GASINK | ASHER B. GRIFFIN, SANTOSH ARAVIND SCOTT, DOUGLAS & MCCONNICO BASIS YIELD ALPHA FUND (MASTER) 303 COLORADO STREET, SUITE 2400 AUSTIN TX 78701 |
| JAMES M. RINGER | MEISTER SEELIG & FEIN LLP LORELEY FINANCING (JERSEY) NO 3 & 18 LTD 140 EAST 45TH STREET, 19TH FLOOR NEW YORK NY 10017 |
| JASON C. DAVIS | ROBBINS GELLER RUDMAN & DOWD LLP CHINA DEVELOPMENT INDUSTRIAL BANK POST MONTGOMERY CENTER ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| JOEL H. BERNSTEIN | MARK S. ARISOHN, BARRY MICHAEL OKUN LABATON SUCHAROW LLP DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK AG, NEW YORK 140 BROADWAY NEW YORK NY 10005 |
| JOEL H. BERNSTEIN | DAVID J. GOLDSMITH LABATON SUCHAROW LLP LANDESBANK BADEN-WURTTEMBERG, GEORGES QUAY FUNDING 140 BROADWAY NEW YORK NY 10005 |
| JOEL H. BERNSTEIN | DAVID J. GOLDSMITH KATHERINE R. RYAN LABATON SUCHAROW LLP SEALINK FUNDING LTD. 140 BROADWAY NEW YORK NY 10005 |
| JOHN J.D. MCFERRIN-CLANCY | JOHN J.D. MCFERRIN-CLANCY, ESQ. IKB INTERNATIONAL S.A. IN LIQUIDATION, IKB DEUTSCH 17 STATE STREET, 40TH FLOOR NEW YORK NY 10004 |
| JOHN P. PIERCE | THEMIS, PLLC BASIS YIELD ALPHA FUND MASTER 2305 CALVERT STREET, N.W. WASHINGTON DC 20008 |
| JOSEPH D. DALEY | DANIEL S. DROSMAN ROBBINS GELLER RUDMAN & DOWD LLP COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101-3301 |
| JUSTIN V. SHUR | MOLOLAMKEN LLP THE WATERGATE, SUITE 660 DEUTSCHE BANK NATL TR CO SOLELY AS TTEE MS STRUCTURED TRUST I 2007 600 NEW HAMPSHIRE AVE., NW WASHINGTON DC 20037 |
| LAWRENCE M. ROLNICK | JONATHAN C. WISHNIA MICHAEL J. HAMPSON LOWENSTEIN SANDLER LLP WILMINGTON TRUST COMPANY, NOT IN ITS INDIVIDUAL CA 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LOWELL HAKY | THE CHARLES SCHWAB CORPORATION 211 MAIN STREET SAN FRANCISCO CA 94105 |
| LUKE O. BROOKS | ROBBINS GELLER RUDMAN & DOWD LLP POST MONTGOMERY CENTER COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| LYNN LINCOLN SARKO | DEREK W. LOESER AMY WILLIAMS-DERRY, ELIZABETH A. LELAND KELLER ROHRBACK L.L.P. FEDERAL HOME LOAN BANK OF CHICAGO 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |

| Claim Name | Address Information |
|---|---|
| MARC E. KASOWITZ | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP LORELEY FINANCING (JERSEY) NO 3 & 18 LTD 1633 BROADWAY NEW YORK NY 10019 |
| MARK R. HERRING, ATTORNEY GENERAL OF VIRGINIA | CYNTHIA E. HUDSON CHIEF DEPUTY ATTORNEY GENERAL RHODES B. RITENOUR DEPUTY ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL COMMONWEALTH OF VIRGINIA EX REL. INTEGRA REC LLC 900 E. MAIN STREET RICHMOND VA 23219 |
| MARTIS ALEX | BARRY M. OKUM, CORBAN S. RHODES LABATON SUCHAROW LLP HSH NORDBANK AG, HSH NORDBANK AG, LUXEMBOURG BRANCH, 140 BROADWAY NEW YORK NY 10005 |
| NORMAN E. SIEGEL | RACHEL E. SCHWARTZ STUEVE SIEGEL HANSON LLP NATIONAL CREDIT UNION ADMINISTRATION BOARD, 460 NICHOLS ROAD, SUITE 200 KANSAS CITY MO 64112 |
| P. JASON COLLINS | CRAIG BONEAU JEREMY WELLS REID COLLINS & TSAI LLP TENNESSEE CONSOLIDATED RETIREMENT SYSTEM 1301 S. CAPITAL OF TEXAS HWY, SUITE 300 AUSTIN TX 78746 |
| PAUL H. SCHWARTZ | ANDREW R. SHOEMAKER ALICE WARREN-GREGORY SHOEMAKER GHISELLI & SCHWARTZ LLC FEDERAL DEPOSIT INSURANCE CORP AS RECEIVER 1811 PEARL STREET BOULDER CO 80302 |
| PEGGY A. LAUTENSCHLAGER | BAUER & BACH, LLC CMFG LIFE INSURANCE CO, CUMIS INSURANCE SOCIETY 123 EAST MAIN STREET, SUITE 300 MADISON WI 53703 |
| PHILIP L. ROBERTSON | ROBERTSON LAW GROUP TENNESSEE CONSOLIDATED RETIREMENT SYSTEM 1896 GEN. GEORGE PATTON DR. STE. 600 FRANKLIN TN 37067 |
| RICHARD H. DOLAN | JEFFREY M. EILENDER JOHN M. LUNDIN, ERIK S. GROOTHUIS SCHLAM STONE & DOLAN LLP IKB INTERNATIONAL S.A. IN LIQUIDATION, IKB DEUTSCH 26 BROADWAY NEW YORK NY 10005 |
| RICHARD M. HEIMANN | ELIZABETH J. CABRASER, ERIC B. FASTIFF, JOY A. KRUSE, MARC A. PILOTIN LIEFF CABRASER HEIMANN & BERNSTEIN LLP THE CHARLES SCHWAB CORPORATION 275 BATTERY STREET, 29TH FLOOR SAN FRANCISCO CA 94111 |
| ROBERT K. SPOTSWOOD | MICHAEL T. SANSBURY, MARY G. MENGE SPOTSWOOD SANSOM & SANSBURRY LLC FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH, SUITE 1050 BIRMINGHAM AL 35203 |
| ROBERT MCCOY | JONI A. JAMISON MORRIS PETERSON 900 BANK OF AMERICA PLAZA FEDERAL DEPOSIT INSURANCE CORPORATION AS RECIEVER 300 SOUTH FOURTH STREET LAS VEGAS NV 89101 |
| SAMUEL H. RUDMAN | DAVID A. ROSENFELD ROBBINS GELLER RUDMAN & DOWD LLP ROYAL PARK INVESTMENTS SA/NV 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| SAMUEL H. RUDMAN | ROBERT M. ROTHMAN MARK T. MILLKEY, JOSEPH RUSSELLO ROBBINS GELLER RUDMAN & DOWD LLP CHINA DEVELOPMENT INDUSTRIAL BANK 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| SAMUEL H. RUDMAN | WILLIAM J. GEDDISH ROBBINS GELLER RUDMAN & DOWD LLP PHOENIX LIGHT SF LIMITED, BLUE HERON FUNDING V LTD 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| SPENCER A. BURKHOLZ | ROBBINS GELLER RUDMAN & DOWD LLP CHINA DEVELOPMENT INDUSTRIAL BANK 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| STEPHEN M. PLOTNICK | CARTER LEDYARD & MILBURN LLP LORELEY FINANCING (JERSEY) NO 3 & 18 LTD 2 WALL STREET NEW YORK NY 1000-2072 |
| STEPHEN M. PLOTNICK | CARTER LEDYARD & MILBURN LLP LORELEY FINANCING (JERSEY) NO 3 & 18 LTD 2 WALL STREET NEW YORK NY 10005-2072 |
| STEPHEN M. TILLERY | KOREIN TILLERY LLC NATIONAL CREDIT UNION ADMINISTRATION BOARD, 505 NORTH SEVENTH STREET, SUITE 3600 ST. LOUIS MO 63101 |
| STEPHEN M. TILLERY | MICHAEL E. KLENOV STEVEN M. BEREZNEY KOREIN TILLERY LLC NATIONAL CREDIT UNION ADMINISTRATION BOARD, 505 NORTH SEVENTH STREET, SUITE 3600 ST. LOUIS MO 63101 |
| STEVEN F. MOLO | JUSTIN M. ELLIS MOLOLAMKEN LLP MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX, BY 540 MADISON AVENUE NEW YORK NY 10022 |
| STEVEN F. MOLO | JUSTIN M. ELLIS MOLOLAMKEN LLP DEUTSCHE BANK NATL TR CO SOLELY AS TTEE MS STRUCTURED TRUST I 2007 540 MADISON AVENUE NEW YORK NY 10022 |
| STEVEN F. MOLO | JUSTIN M. ELLIS MOLOLAMKEN LLP DEUTSCHE BANK NATL TR CO SOLELY AS TTEE MS ABS CAPITAL I INC. TR, SERIES 2007-NC4 540 MADISON AVENUE NEW YORK NY 10022 |
| STEVEN F. MOLO | ROBERT K. KRY, JUSTIN V. SHUR JUSTIN M. ELLIS MOLOLAMKEN LLP DEUTSCHE BANK NATIONAL TRUST COMPANY, MS ABS CAP I INC TR SERIES 2007-NC1 540 MADISON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| STEVEN F. MOLO | ROBERT K. KRY, JUSTIN V. SHUR JUSTIN M. ELLIS MOLOLAMKEN LLP DEUTSCHE BANK TR CO AS TTEE MS ABS CAP I INC TR SERIES 2007-NC3 540 MADISON AVENUE NEW YORK NY 10022 |
| STEVEN M. BEREZNEY | MICHAEL E. KLENOV JOHN C. CRAIG, GARRETT R. BROSHUIS KOREIN TILLERY, LLC CMFG LIFE INSURANCE CO, CUMIS INSURANCE SOCIETY 505 NORTH 7TH STREET, SUITE 3600 ST. LOUIS MO 63101 |
| THOMAS G. SHAPIRO | ADAM M. STEWART SHAPIRO HABER & URMY LLP FEDERAL HOME LOAN BANK OF BOSTON SEAPORT EAST TWO SEAPORT LANE BOSTON MA 02210 |
| TIMOTHY A. DELANGE, ESQ. | BERNSTEIN LITOWITZ, BERGER & GROSSMANN LLP DEXIA SA/NV, DEXIA HOLDINGS, INC., FSA MANAGEMENT 12481 HIGH BLUFF DRIVE, SUITE 300 SAN DIEGO CA 92130 |
| TIMOTHY A. DELANGE, ESQ. | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP SEALINK FUNDING LTD. 12481 HIGH BLUFF DRIVE SUITE 300 SAN DIEGO CA 92130 |
| WILLIAM N. HEBERT | JAY D. TRICKETT CALVO FISHER & JACOB LLP FEDERAL HOME LOAN BANK OF SAN FRANCISCO 555 MONTGOMERY ST, SUITE 1155 SAN FRANCISCO CA 94111 |
| YARMUTH WILSDON PLLC | DIANA S. BREAUZ FEDERAL HOME LOAN BANK OF SEATTLE 818 STEWART ST, SUITE 1400 SEATTLE WA 98101 |
| ZACHARY D. ROSENBAUM | DAVID W. FIELD, THOMAS E. REDBURN FRANK T. M. CATALINA LOWENSTEIN SANDLER LLP THE PRUDENTIAL INSURANCE COMPANY OF AMERICA 65 LIVINGSTON AVENUE ROSELAND NY 07068 |

**Total Creditor count  79**