IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF UNCASHED DISTRIBUTIONS

**PLEASE TAKE NOTICE THAT** on December 12, 2014, the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing First Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders* [D.I. 11050] (the "Distribution Order").

**PLEASE TAKE NOTICE THAT**, on or about June 24, 2015 (the "Distribution Date"), Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan")[2] in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors") made certain distributions under the Plan to Holders of Allowed General Unsecured Claims (collectively, the "Distributions").

**PLEASE TAKE FURTHER NOTICE THAT** the Distributions identified on the schedule attached hereto as **Exhibit A** (collectively, the "Uncashed Distributions") have not been

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All terms used but not defined herein shall have the meaning ascribed to such terms under the Plan.

01:17932864.1

cashed or otherwise claimed.  Pursuant to section 3.13 of the Plan Trust Agreement, made applicable to Uncashed Distributions by the Distribution Order, the Plan Trustee was required to hold such Uncashed Distributions for six (6) months following the Distribution Date (i.e., December 28, 2015).

**PLEASE TAKE FURTHER NOTICE THAT** Holders of Uncashed Distributions who wish to receive payment on account of such Uncashed Distributions must respond to this notice no later than December 28, 2015 (the "Response Deadline").  Responses should be directed to Lynn K. Smalley at 631-393-6230 ext. 5315 or general@americanhm.com.

*Remainder of Page Left Blank By Intention*

**PLEASE TAKE FURTHER NOTICE THAT**, if a response is not received by December 28, 2015, Holders of the Uncashed Distributions shall cease to be entitled to the Uncashed Distributions, and the Uncashed Distributions for each such holder shall be distributed on a pro rata basis to the Holders of Allowed Claims who have received and have claimed distributions and who are otherwise entitled to further distributions hereunder.

Dated: December 10, 2015
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*