## EXHIBIT A

### Uncashed Distributions

| CLAIMANT AND ADDRESS | CLAIM/ SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| BLACKBURN, BARBRA<br>5694 KIPLING PKWY UNIT 203<br>ARVADA, CO 80002-2182 | 3814 | 6/24/2015 | 6860 | $49.52 |
| CHYZ, GWYN R<br>7815 W LA MADRE WAY<br>LAS VEGAS, NV 89149 | 751027000 | 6/24/2015 | 6801 | $718.69 |
| FIKE, DENNIS<br>309 N SOLANA HILLS DR APT 73<br>SOLANA BEACH, CA 92075-1425 | 751052011 | 6/24/2015 | 6806 | $127.05 |
| FILLER, MARK A.<br>226 PROSPECT<br>HIGHLAND PARK, IL 60035 | 751163650 | 6/24/2015 | 6841 | $2,155.27 |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | 6450.02 | 6/23/2015 | 6723 | $3,827.58 |
| JEREMIAH, NOREEN A<br>1095 TABORLAKE DRIVE<br>LEXINGTON, KY 40502 | 751073280 | 6/24/2015 | 6794 | $159.54 |
| JOHNSON, PAUL<br>20045 VALHALLA SQ<br>ASHBURN, VA 201474146 | 751074460 | 6/24/2015 | 6837 | $1,005.50 |
| KAULEN, LISA<br>P.O. BOX 257<br>OLYMPIA, WA 98507-0257 | 1739.02 | 6/24/2015 | 6866 | $607.65 |
| LINDEN, JOHN H<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | 6096 | 6/23/2015 | 6700 | $2,108.16 |

01:17932864.1

| CLAIMANT AND ADDRESS | CLAIM/ SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| MACO, JOHN<br>5495 MAIN ST<br>STRATFORD, CT 06614 | 6626.02 | 6/24/2015 | 6812 | $619.54 |
| MANFREDINI, LOU<br>1618 W ERIE STREET<br>CHICAGO, IL 60622 | 10572.02 | 6/24/2015 | 6843 | $1,136.16 |
| PALMER, STEVEN C (CHRIS)<br>26273 PEMBERTON DR<br>SALISBURY, MD 218012244 | 751103080 | 6/24/2015 | 6851 | $682.47 |
| PINEDA, RICARDO<br>744 W 173RD PLACE<br>GARDENA, CA 90247 | 1345 | 6/24/2015 | 6802 | $164.22 |
| RATTI, DAVID B<br>1300 YORK ROAD #300<br>LUTHERVILLE, MD 21093 | 751114850 | 6/24/2015 | 6835 | $2,412.26 |
| SCHALLER, CHRIS<br>214 CUMBERLAND DR<br>ROCHESTER, IL 62563-9268 | 10556.02 | 6/24/2015 | 6844 | $87.52 |
| WETZEL, DANIEL P.<br>776 YALE AVE<br>SAINT LOUIS, MO 63130 | 733.02 | 6/24/2015 | 6845 | $367.78 |
| WILHELM, BARON<br>3510 ALCORN BEND<br>SUGARLAND, TX 77479 | 751164200 | 6/24/2015 | 6859 | $334.51 |

01:17932864.1