# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.[1],            :
                                                              :  Jointly Administered
                                Debtors.                      :
                                                              :  Ref. Docket No. 11175
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2015, I caused to be served the "Notice of Uncashed Distributions," dated December 10, 2015 [Docket No. 11175], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos

Sworn to before me this
11th day of December, 2015

/s/ Diane M. Streany
Notary Public
DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 18

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

T:\Clients\AHM\Affidavits\Ntc Uncashed Distributions_DI 11175_AFF_12-10-15.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BLACKBURN, BARBRA | 5694 KIPLING PKWY UNIT 203 ARVADA CO 80002-2182 |
| CHYZ, GWYN R | 7815 W LA MADRE WAY LAS VEGAS NV 89149 |
| FIKE, DENNIS | 309 N SOLANA HILLS DR APT 73 SOLANA BEACH CA 92075-1425 |
| FILLER, MARK A. | 226 PROSPECT HIGHLAND PARK IL 60035 |
| JARRETT, EVE ROBIN | 35 JACK AND JILL DRIVE PO BOX 192 BRIDGEHAMPTON NY 11932 |
| JEREMIAH, NOREEN A | 1095 TABORLAKE DRIVE LEXINGTON KY 40502 |
| JOHNSON, PAUL | 20045 VALHALLA SQ ASHBURN VA 201474146 |
| KAULEN, LISA | P.O. BOX 257 OLYMPIA WA 98507-0257 |
| LINDEN, JOHN H | 4 PINE CIRCLE EASTCHESTER NY 10709 |
| MACO, JOHN | 5495 MAIN ST STRATFORD CT 06614 |
| MANFREDINI, LOU | 1618 W ERIE STREET CHICAGO IL 60622 |
| MANFREDINI, LOU | 1918 COLUMBIA STREET #9 SAN DIEGO CA 92101 |
| PALMER, STEVEN C (CHRIS) | 26273 PEMBERTON DR SALISBURY MD 218012244 |
| PINEDA, RICARDO | 744 W 173RD PLACE GARDENA CA 90247 |
| RATTI, DAVID B | 1300 YORK ROAD #300 LUTHERVILLE MD 21093 |
| SCHALLER, CHRIS | 214 CUMBERLAND DR ROCHESTER IL 62563-9268 |
| WETZEL, DANIEL P. | 6626 WALNUTWOOD CIRCLE BALTIMORE MD 21212 |
| WETZEL, DANIEL P. | 776 YALE AVE SAINT LOUIS MO 63130 |
| WILHELM, BARON | 3510 ALCORN BEND SUGARLAND TX 77479 |

**Total Creditor count  19**