IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------  x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :  Jointly Administered
                             Debtors.                           :
------------------------------------------------------------------------  x
```

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that he has obtained from the Court the omnibus

hearing date set forth on the proposed order attached hereto.

Dated: February 26, 2016          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                         */s/ Sean M. Beach*
                                         Sean M. Beach (No. 4070)
                                         Patrick A. Jackson (No. 4976)

Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:15402453.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------------  x
In re:                                                     :    Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           :    Jointly Administered
                          Debtors.                         :
-----------------------------------------------------------------------  x
```

**<u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>**

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

April 6, 2016 at 12:15 p.m. (ET)

01:15402453.1