# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: April 6, 2016 at 12:15 p.m.** |
| | ) | **Objection Deadline: March 21, 2016 at 4:00 p.m.** |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Peter LaMonica and Exine LaMonica (collectively, the "Movants") have filed their Motion for Relief from the Automatic Stay (the "Motion").

A HEARING ON THE MOTION WILL BE HELD ON APRIL 6, 2016 AT 12:15 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURTROOM SIX, 5TH FLOOR, WILMINGTON, DE 19801.

If you wish to object to the Motion you are required to file a response at least seven days before the above hearing date.

At the same time you must also serve a copy of the response upon Movants' attorneys:

> Kevin S. Mann (No. 4576)
> CROSS & SIMON, LLC
> 1105 North Market Street, Suite 901
> Wilmington, DE 19801
> Telephone: (302) 777-4200
> Facsimile: (302) 777-4224
> kmann@crosslaw.com

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE MARCH 21, 2016 AT 4:00 P.M. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

The hearing date specified above may be a preliminary hearing or may be consolidated with

the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Dated:   March 2, 2016                                        CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
   Kevin S. Mann (No. 4576)
   1105 N. Market Street, Suite 901
   Wilmington, DE 19801
   (302) 777-4200
   (302) 777-4224 (Facsimile)
   kmann@crosslaw.com

   *Counsel for Peter LaMonica and Exine LaMonica*