## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. ___** |
| | ) | |

## ORDER GRANTING MOTION OF PETER LAMONICA AND EXINE LAMONICA FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE *NUNC PRO TUNC* TO AUGUST 6, 2007

Upon consideration of the Motion of Peter LaMonica and Exine LaMonica for Relief From the Automatic Stay *Nunc Pro Tunc* to August 6, 2007 (the "Motion"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided pursuant to Local Bankruptcy Rule 4001-1; and it appearing that no other or further notice being required; and upon consideration of any response timely filed with respect to the Motion; and after due deliberation and sufficient cause therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as hereinafter set forth.

2.      The automatic stay is hereby modified *Nunc Pro Tunc* to August 6, 2007 to validate the underlying default and amended default judgment entered in the case captioned John May v. David Pearlman, *et al.*, the underlying action against America's Broker Conduit, and American Home Mortgage Servicing, and  permitting Peter LaMonica and Exine LaMonica (collectively, the "Movants") to initiate or continue the prosecution of their claims against the

successors in interest to the debtors (the "<u>Litigation</u>") (including any subsequent appeals taken by any of the parties thereto).

      3.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge