# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :    Jointly Administered
    Debtors.                                 :
                                                                :    **Obj. Deadline: March 24, 2016 at 4:00 p.m. (ET)**
                                                                :    **Hr'g Date:  April 6, 2016 at 12:15 pa.m. (ET)**
--------------------------------------------------------------- x

## NOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL FOR THE PLAN OVERSIGHT COMMITTEE; (III) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

    **PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trustee's Motion for an Order Extending (i) the General Claims Objection Deadline and (ii) the Administrative Claims Objection Deadline (the "Motion").

    **PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **March 24, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

    **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 6, 2016 AT 12:15 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:11217287.5

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         March 11, 2016

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ *Sean M. Beach*
          Sean M. Beach (No. 4070)
          Patrick A. Jackson (No. 4976)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          -and-

          HAHN & HESSEN LLP
          Mark S. Indelicato
          Edward L. Schnitzer
          488 Madison Avenue
          New York, New York  10022
          Telephone:  (212) 478-7200
          Facsimile: (212) 478-7400

          *Counsel for the Plan Trustee*