**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al*.,<br>　　　　　Debtor. | Chapter 11<br><br>Case No. 07-11047-(CSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Sommer L. Ross, hereby certify that I am not less than 18 years of age, and that I caused a true and correct copy of the *Opposition of Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company California, N.A., as Trustee for American Home Mortgage Asset Trust 2007-3, and Ocwen Loan Servicing, LLC, to the Motion of Peter Lamonica and Exine Lamonica for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007* to be served on March 21, 2016 upon the persons named on the service list attached hereto via first class mail, postage prepaid:

Under penalty of perjury, I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**

Dated:  March 21, 2016　　　　　　　　　　 */s/ Sommer L. Ross*
　　　　　　　　　　　　　　　　　　　　　　　Sommer L. Ross (DE 4598)
　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone:    (302) 657-4951
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (215) 689-4943
　　　　　　　　　　　　　　　　　　　　　　　Email: slross@duanemorris.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Deutsche Bank National Trust*
　　　　　　　　　　　　　　　　　　　　　　　*Company, Formerly Known as Bankers*
　　　　　　　　　　　　　　　　　　　　　　　*Trust Company California, N.A., as Trustee*
　　　　　　　　　　　　　　　　　　　　　　　*for American Home Mortgage Asset Trust*
　　　　　　　　　　　　　　　　　　　　　　　*2007-3, and Ocwen Loan Servicing, LLC*

DM3\3834130.1

**SERVICE LIST**

Kevin S. Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801

Sean M. Beach, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Mark S. Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801