IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.[1], | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------------------ x | | Ref. No. 11189 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the Plan Trustee's Motion for an Order Extending (I) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline (the "Motion") has been received. The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Motion appears thereon. Responses to the Motion were to be filed and served no later than March 24, 2016 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.

Dated: March 28, 2016
      Wilmington, Delaware                  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                    */s/ Sean M. Beach*
                                    Sean M. Beach (No. 4070)
                                    Patrick A. Jackson (No. 4976)
                                    Michael S. Neiburg (No. 5275)
                                    1000 North King Street
                                    Wilmington, Delaware  19899
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    -and-

                                    HAHN & HESSEN LLP
                                    Mark S. Indelicato
                                    Edward L. Schnitzer
                                    488 Madison Avenue
                                    New York, New York 10022
                                    Telephone: (212) 478-7200
                                    Facsimile: (212) 478-7400

                                    *Co-Counsel to the Plan Trustee*