IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :    Jointly Administered
                          Debtors.                                      :
                                                                        :
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENT ORDER GRANTING RICHARD K. RONAN AND MARY A. RONAN LIMITED RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The undersigned counsel for Steven D. Sass, as trustee (the "Trustee") of the trust (the "Plan Trust") established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in the above-captioned cases, hereby certifies as follows:

1.      Paragraph 7 of the Court's order confirming the Plan [D.I. 7042] (the "Confirmation Order") provides for the continuation of the automatic stay under § 362 of the Bankruptcy Code until the earlier of entry of a final decree or dissolution of the Plan Trust. Paragraph 51(ii) of the Confirmation Order (the "Nominal Defendant Provision") modifies the automatic stay prospectively, to the extent necessary to permit "the borrower(s) under any mortgage loan originated or services by one or more Debtors to commence or continue an action or cross-claim against such Debtor(s) nominally for the purpose of obtaining relief against a non-Debtor party . . . ."

2.      The undersigned counsel for the Trustee was contacted by counsel for Richard K. Ronan and Mary A. Ronan, his wife, who are trying to clear title for certain property in Holmdel, New Jersey, and, to that end, wish to commence a quiet title action naming as a

01:18456983.1

defendant Columbia National Incorporated, a Maryland corporation (a d/b/a of the Debtors prepetition), which still has a lien of record on the property. Counsel has represented that Mr. Ronan and Mrs. Ronan had a mortgage through Columbia National Incorporated but paid it off in 2002. The Plan Trust has no record of an active loan with Mr. Ronan or Mrs. Ronan or an active lien on the subject property, which is consistent with counsel's representations. Accordingly, the Plan Trust has no objection to Columbia National Incorporated being named as a nominal defendant in an action to quiet title to the property.

3. The proposed quiet title action is clearly within the spirit of the Nominal Defendant Provision; however, as a technical matter, the quiet title action is *in rem* in nature and thus will not be seeking relief with respect to "a non-Debtor party." Accordingly, out of abundance of caution, counsel for Mr. and Mrs. Ronan have requested the Trustee to consent to entry of an order granting limited relief from the automatic stay.

3. The undersigned and counsel for Mr. and Mrs. Ronan have conferred and agreed upon on a form of consent order, which is attached hereto as Exhibit A.

WHEREFORE, the Trustee respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> at its earliest convenience, without further notice or hearing. The undersigned is available to answer any questions the Court may have.

Dated: Wilmington, Delaware
March 28, 2016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:18456983.1

3

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
                                    Debtors.                           :
                                                                       :    Ref. Docket No. _____
                                                                       :
---------------------------------------------------------------------- x

## CONSENT ORDER GRANTING RICHARD K. RONAN AND MARY A. RONAN LIMITED RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon consideration of the certification of counsel for Steven D. Sass, as trustee (the "Trustee") of the trust (the "Plan Trust") established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in the above-captioned cases; and after due deliberation, and cause appearing therefor; it is hereby

ORDERED that the automatic stay is hereby modified to permit Richard K. Ronan and Mary A. Ronan, his wife, to commence an action against Columbia National Incorporated, a Maryland corporation, now known as AHM SV, Inc. nominally for the purpose of quieting title to the property located at 7 Wagner Court in Holmdel, New Jersey; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Mr. Ronan or Mrs. Ronan to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

01:18456983.1

ORDERED that this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2016

                                                                                                             CHRISTOPHER S. SONTCHI
                                                                                                             UNITED STATES BANKRUPTCY JUDGE