IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :  Jointly Administered
                    Debtors.                                 :
                                                             :  Ref. Docket No. _____
                                                             :
------------------------------------------------------------ x
```

## CONSENT ORDER GRANTING RICHARD K. RONAN AND MARY A. RONAN LIMITED RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon consideration of the certification of counsel for Steven D. Sass, as trustee (the "Trustee") of the trust (the "Plan Trust") established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in the above-captioned cases; and after due deliberation, and cause appearing therefor; it is hereby

ORDERED that the automatic stay is hereby modified to permit Richard K. Ronan and Mary A. Ronan, his wife, to commence an action against Columbia National Incorporated, a Maryland corporation, now known as AHM SV, Inc. nominally for the purpose of quieting title to the property located at 7 Wagner Court in Holmdel, New Jersey; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Mr. Ronan or Mrs. Ronan to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

01:18456983.1

ORDERED that this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: __March 29__, 2016

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE