IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                               :
                                                                :   Jointly Administered
                                       Debtors.                 ::
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on March 21, 2016, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Plan Trustee's Objection to Motion of Peter LaMonica and Exine LaMonica for Relief form the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007 [D.I. 11192]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this ____ day of March 2016.

_____
Notary Public    MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2018

066585.1001

01:6163664.21

**SERVICE LIST**

Kevin S. Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801

*(Hand Delivery)*