IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x   Chapter 11
In re:                                                                      :
                                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :
a Delaware corporation, et al.,[1]                                          :   Jointly Administered
                                                                            :
    Debtors.                                                                :
---------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 6, 2016 AT 12:15 P.M. (ET)

### RESOLVED MATTERS

1. Plan Trustee's Motion for an Order Extending (I) The General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11189, 3/10/16]

   Objection Deadline:   March 24, 2016 at 4:00 p.m. (ET)

   Related Documents:

   a) Order Extending the Time for the Plan Trustee to Object to Claims, Including Administrative Claims [D.I. 11196, 3/29/16]

   Status: An order has been entered. No hearing is required.

### CONTESTED MATTER GOING FORWARD

2. Motion of Peter Lamonica and Exine Lamonica for Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007 [D.I. 11185, 3/2/16]

   Objection Deadline:   March 21, 2016 at 4:00 p.m. (ET)

   Objections Filed:

   a)   Opposition of Deutsche Bank National Trust Company, Formerly Known as Bankers Trust Company California, N.A., as Trustee for American Home Mortgage Asset Trust 200703, and Ocwen Loan Servicing, LLC, to Motion of Peter LaMonica and Exine LaMonica for Relief from the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

        Automatic Stay Pursuant to Section 362(d0 of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007 [D.I. 11191, 3/21/16]

    b)    Plan Trustee's Objection to Motion of Peter LaMonica and Exine LaMonica for Relief form the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007 [D.I. 11192, 3/21/16]

Status: This matter will be going forward.

Dated: April 4, 2016
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/  Sean M. Beach*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*