**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 11185** |
| | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on March 2, 2016, Peter LaMonica and Exine LaMonica filed the *Motion of Peter LaMonica and Exine LaMonica for Relief From Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007* [Docket No. 11185] (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled for **June 28, 2016 at 1:00 p.m.** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:  May 10, 2016                      CROSS & SIMON, LLC

                                          By: */s/ Kevin S. Mann*
                                              Kevin S. Mann (No. 4576)
                                              1105 N. Market Street, Suite 901
                                              Wilmington, DE 19801
                                              (302) 777-4200
                                              (302) 777-4224 (Facsimile)
                                              kmann@crosslaw.com

                                          *Counsel for Peter LaMonica and Exine LaMonica*