IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>American Home Mortgage Holdings, Inc., *et al.,*<br>DEBTORS. | Chapter 11<br><br>Case No. 07-11047-CSS<br>(Jointly Administered) |
| Wells Fargo Bank, N.A.,<br>MOVANT<br><br>v.<br><br>American Home Mortgage Holdings, Inc.,<br>DEBTORS. | Hearing Date: 6/28/2016, 1 PM<br>Objection Deadline: 6/21/2016 at 4 PM |

**NOTICE OF MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO SECTION 362(d)
OF THE BANKRUPTCY CODE *NUNC PRO TUNC* TO AUGUST 6, 2007**

TO:

American Home Mortgage
Holdings, Inc.,
538 Broadhollow Road
Melville, NY   11747

Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street,
Suite 901
Wilmington, DE   19801

Mark S. Kenney
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Sean M. Beach, Esquire
Patrick A. Jackson Esquire
Young Conaway Stargatt &
Taylor
Rodney Square
1000 North King Street
Wilmington, DE   19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York   10022

Wells Fargo Bank, N.A., ("Movant") has filed a Motion for Relief from the Automatic Stay which seeks the following relief: relief from the automatic stay to exercise Movant's rights and remedies under a mortgage or similar encumbrance with regard to a parcel of real property located at: 4103 55th Ave, Bladensburg, Maryland 201710.

**HEARING ON THE MOTION WILL BE HELD ON JUNE 28, 2016 AT 1:00 PM. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801. ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE JUNE 21, 2016 AT 4:00 PM EASTERN**

**TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorneys:

>Brenna A. Dolphin (DE No. 5604)
>Atlantic Law Group, LLC
>913 North Market Street, Suite 1011
>Wilmington, Delaware 19801
>302-339-8800 telephone
>302-213-0043 facsimile

      The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 26, 2016                    Respectfully submitted,
       Wilmington, Delaware

                                       ATLANTIC LAW GROUP, LLC

                                       /s/ Brenna A. Dolphin
                                      Brenna A. Dolphin (DE No. 5604)
                                      Atlantic Law Group, LLC
                                      913 North Market Street, Suite 1011
                                      Wilmington, Delaware 19801
                                      302-339-8800 telephone
                                      302-213-0043 facsimile
                                      bdolphin@atlanticlawgrp.com
                                      *Attorneys for Movant*