# EXHIBIT A

# 7659 448
# This Deed

315.00
14.50

Made this **29th** day of **May**, **1990**, by and between

**LINDA NELSON MCNAMARA, previously known of record as Linda N. Davis**

party(ies) of the first part, and

**DENO FIDELIS BOCCHI and MARY M. BOCCHI, his wife**

party(ies) of the second part, as Tenants by the Entirety.

**Witnesseth**, that in consideration of the sum of $ **105,000.00**, and other good and valuable considerations, the receipt of which is hereby acknowledged, the said parties of the first part, do grant and convey unto the parties of the second part, their heirs and assigns in fee simple, all that piece or parcel of ground, situate, lying and being in **Prince George's** County, Maryland, and being described as follows:

Lot numbered One (1), in Block lettered "C", in the subdivision known as "SECTION 1, WASHINGTON SUBURBAN HOMES", as per plat thereof recorded in Plat Book BB 9 at Plat 78, among the Land Records of Prince George's County, Maryland. Being in the 2nd Election District of said County.

By the execution of the Deed, the party(ies) of the first part hereby certify(ies) under penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust outstanding, is in the sum total of $105,000.00.

**Subject** to covenants and restrictions of record; being described in Liber **5786** folio **588**.

**I Hereby Certify** that this instrument was prepared under the direction of **Richard J. Ham** an attorney admitted to practice before the Court of Appeals for the State of Maryland.

**Together** with the buildings and improvements thereupon, erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances, and advantages, to the same belonging or in anywise appertaining. And the said parties of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

**Witness** their hands and seals.

TEST:

_Linda Nelson McNamara_ (SEAL)
LINDA NELSON MCNAMARA

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

STATE OF MARYLAND } to wit:
COUNTY OF **Prince George's**

I HEREBY CERTIFY that on this **29th** day of **May**, 19**90**, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **LINDA NELSON MCNAMARA** known to me (or satisfactorily proven to be) the person(s) whose name(s) are subscribed to the within instrument and did acknowledge that he executed the same for the purposes therein contained.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year aforesaid.

_____, Notary Public, Maryland

My Commission Expires: July 1, 1990

USLT FORM #23

7659 449

STATE OF
COUNTY OF                    } to wit:

On this _____ day of _____, 19___,
before me, the undersigned officer, personally appeared _____

known to me (or satisfactorily proven to be) the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.
IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year aforesaid.

My Commission Expires: _____          _____ Notary Public

# Deed

LINDA NELSON MCNAMARA

TO

DENO FIDELIS BOCCHI

MARY M. BOCCHI

Received for record on the _____ day of _____, 19___,
at _____ o'clock, ___ M. and recorded in Liber No. _____ folio _____,
among the Land Records of the County of _____, State of Maryland.

_____ CLERK

Law Office
Title Associates, Inc.

CASE # 9080-11

REMIT TO:  DENO FIDELIS BOCCHI and
MARY M. BOCCHI
4103 55th Avenue

Bladensburg, MD 20710

7659 450

AFFIDAVIT

THE UNDERSIGNED GRANTEES HEREBY CERTIFY UNDER THE
PENALTIES OF PERJURY THAT THE PROPERTY HEREBY
CONVEYED IS TO BE USED AS A RESIDENTIAL PROPERTY
AND THAT THE PROPERTY WILL BE OWNER OCCUPIED.

_Deno Fidelis Bocchi_ (SEAL)
DENO FIDELIS BOCCHI

_Mary M. Bocchi_ (SEAL)
MARY M. BOCCHI

_____ (SEAL)

_____ (SEAL)

STATE OF MARYLAND
COUNTY OF PRINCE GEORGE'S         to wit:

ON THIS 29th DAY OF May, 19 90,
BEFORE ME, THE SUBSCRIBER, A NOTARY PUBLIC OF THE STATE OF
MARYLAND AND COUNTY OF ANNE ARUNDEL, PERSONALLY
APPEARED DENO FIDELIS BOCCHI AND MARY M. BOCCHI

KNOWN TO ME (OR SATISFACTORILY PROVEN TO BE) THE PERSON(S) WHOSE
NAMES(S) ARE SUBSCRIBED TO THE WITHIN INSTRUMENT AND DID
ACKNOWLEDGE THAT HE EXECUTED THE SAME FOR THE PURPOSES THEREIN
CONTAINED.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND
AFFIXED MY OFFICIAL SEAL ON THE DAY AND YEAR AFORESAID.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: July 1, 1990

7659 451

All Taxes and assessments certified to the
Collector of Taxes [illegible] 5/31/90 [illegible] paid
[illegible]
[illegible] and is not
assessed against further taxation even
for prior periods nor does it guarantee
satisfaction of outstanding tax sales.


TRANSFERRED
MAY 31 1990
[signature] CLERK
BY TRANSFER OFFICE

RECORDATION TAX AND
TRANSFER TAX PAID
OFFICE OF FINANCE
PRINCE GEORGE'S COUNTY, MD.

01A03H0197TXREC.      $462.00
PGCG 10:09AM 05-31-90