# EXHIBIT E

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**Prince George's, Maryland**
**SELLER'S SERVICING #:0188264188 "BOCCHI"**
**SELLER'S LENDER ID#: G09**
**INVESTOR'S LOAN #:** ▓▓▓▓▓▓▓▓
**POOL #: 00604871CD**
**OLD SERVICING #: 164989**

MERS #: 100036000001649892  SIS #: 1-888-679-6377

Date of Assignment: September 30th, 2011
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NEW FREEDOM MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: WELLS FARGO BANK, NA at 1 HOME CAMPUS, DES MOINES, IA 50328

Executed By: DENO F. BOCCHI AND MARY M. BOCCHI, HUSBAND AND WIFE, To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NEW FREEDOM MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Deed of Trust: 07/10/2003 Recorded: 03/03/2005 in Book/Reel/Liber: 21551 Page/Folio: 294 In the County of Prince George's, State of Maryland.

Property Address: 4103 55TH AVENUE, BALDENSBURG, MD 20710

  KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above-named assignee, the said Deed of Trust having an original principal sum of $108,870.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's beneficial interest under the Deed of Trust.
  TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said assignee forever, subject to the terms contained in said Deed of Trust.

  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NEW FREEDOM MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
On  10/3/11

By: _____
**Dan Clausen**, Assistant
Secretary

IMP FD SURE $      40.00
RECORDING FEE      20.00
TOTAL              60.00
Rest PG05    Rcpt # 37205
MMB  MMR    Blk # 9028
Oct 26, 2011         12:14 PC

On   10/3/12  , before me,   Julie Ann Prieto  , a Notary Public in and for Dakota in the State of Minnesota, personally appeared   Dan Clausen  , Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[Seal: JULIE ANN PRIETO, NOTARY PUBLIC, MINNESOTA, My Commission Expires Jan. 31, 2014]*

*[Signature: Julie Ann Prieto]*
Notary Expires: 1/31/2014

(This area for notarial seal)