CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the Motion for Relief from Automatic Stay *Nunc Pro Tunc* were mailed by first class mail, postage-paid, or served electronically this 26th day of May, 2016 to the following parties:

Deno Bocchi
4103 55th Avenue
Bladensburg, MD 20710
Debtor

Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801

Sean M. Beach, Esquire
Patrick A. Jackson Esquire
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Mark S. Kenney
United States Trustee
844 King Street,
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Brenna A. Dolphin
Brenna A. Dolphin (DE Bar # 5604)
Attorney for Wells Fargo Bank, N.A.