# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | |
| HODINGS, INC., *et al.* | : | Case No.   07-11047 (CSS) |
| | : | |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Brian J. McLaughlin, Esquire, of the firm of Monzack Mersky McLaughlin and Browder, P.A., hereby requests that he be removed from the Court's EFC notification list and master mailing list and that no further notices, pleadings or other documents be served upon his firm on behalf of Trusted Force, LLC d/b/a TrustedForce in the above captioned action.

**MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.**

*/s/ Brian J. McLaughlin*
Brian J. McLaughlin (#2462)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162
bmclaughlin@monlaw.com
*Attorneys for TrustedForce*

Dated:  June 1, 2016

{00171965.DOCX; 1}