IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE:<br><br>American Home Mortgage Holdings, Inc., *et al.*,<br>DEBTORS. | Chapter 11<br><br>Case No. 07-11047-CSS<br>(Jointly Administered) |
|---|---|
| Wells Fargo Bank, N.A.,<br>MOVANT<br>v.<br>American Home Mortgage Holdings, Inc.,<br>DEBTORS. | Hearing Date: 6/28/2016, 1 PM<br>Objection Deadline: 6/21/2016 at 4 PM |

**CERTIFICATE OF NO OBJECTION**
*(relates to Docket No. 11211)*

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on May 26, 2016 (Docket No. 11211) filed by Wells Fargo Bank, N.A. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 21, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: June 22, 2016
      Wilmington, Delaware

Respectfully submitted,

ATLANTIC LAW GROUP, LLC

/s/ Brenna A. Dolphin

Brenna A. Dolphin (DE No. 5604)
Atlantic Law Group, LLC
913 North Market Street, Suite 1011
Wilmington, Delaware 19801
302-448-4342 telephone
*Attorneys for Movant*

*4103 55th Avenue*
*Bladensburg, Maryland 20710*
*Reference: ALG#564006*