IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>American Home Mortgage Holdings, Inc., *et al.*,<br>DEBTORS. | Chapter 11<br><br>Case No. 07-11047-CSS<br>(Jointly Administered) |
| Wells Fargo Bank, N.A.,<br>MOVANT<br><br>v.<br><br>American Home Mortgage Holdings, Inc.,<br>DEBTORS. | Hearing Date: 6/28/2016, 1 PM<br>Objection Deadline: 6/21/2016 at 4 PM |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2016, I caused copies of the foregoing Certificate of No Objection to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: June 22, 2016
Wilmington, Delaware

Brenna A. Dolphin (DE No. 5604)
Atlantic Law Group, LLC
302-448-4342 telephone
*Attorneys for Movant*

Deno Bocchi
4103 55th Avenue
Bladensburg, MD 20710
*Debtor*


Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801


Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801


Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Haha & Hessen LLP
488 Madison Avenue
New York, New York 10022


Mark S. Kenney
United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899