IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>American Home Mortgage Holdings, Inc., *et al.*,<br>DEBTORS. | Chapter 11<br><br>Case No. 07-11047-CSS<br>(Jointly Administered) |
| Wells Fargo Bank, N.A.,<br><br>MOVANT<br><br>v.<br><br>American Home Mortgage Holdings, Inc.,<br>DEBTORS. | Hearing Date: 6/28/2016, 1 PM<br>Objection Deadline: 6/21/2016 at 4 PM |

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION
*(relates to Docket No.11216)*

Wells Fargo Bank, N.A. hereby withdraws the Certification of No Objection (Docket No. 11216) without prejudice.

Atlantic Law Group, LLC

/s/ Brenna

Brenna A. Dolphin (DE No. 5604)
Atlantic Law Group, LLC
913 North Market Street, Suite 1011
Wilmington, Delaware 19801
302-448-4342 telephone

*Attorneys for Movant*

ALG #564006