CERTIFICATION OF SERVICE

I HEREBY CERTIFY that copies of the Withdrawal of Certification of No Objection

were mailed by first class mail, postage-paid, or served electronically this 23rd day of June, 2016

to the following parties:

Deno Bocchi
4103 55th Avenue
Bladensburg, MD  20710
Debtor

Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE   19801

Sean M. Beach, Esquire
Patrick A. Jackson Esquire
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE   19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022

Mark S. Kenney
United States Trustee
844 King Street,
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

_/s/_ Brenna A. Dolphin
Brenna A. Dolphin (DE Bar # 5604)
Attorney for Wells Fargo Bank, N.A.

ALG #564006