IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
                            Debtors.                                :
                                                                    :    Ref. Docket Nos. 1121 and _____
                                                                    :
------------------------------------------------------------------- x

## CONSENT ORDER GRANTING WELLS FARGO BANK, N.A. LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon consideration of the certification of counsel of Brenna A. Dolphin, counsel for Wells Fargo Bank, N.A.; and after due deliberation, and cause appearing therefor; it is hereby

ORDERED that the automatic stay is hereby modified to permit Wells Fargo, to proceed on its *lis pendens* action commenced in the Circuit Court for the Prince George's County against Paine Webber Mortgage Finance, Inc., now known as AHM SV, Inc. for the purpose of clearing title to the property located at 4103 55th Avenue, Bladensburg, Maryland; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Wells Fargo to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

ORDERED that Wells Fargo will take the necessary steps to ensure that the relief it sought in the original complaint concerning costs and fees will not be prosecuted, and the Plan

Trust's rights regarding any violation of the automatic stay are expressly preserved; and it is further

ORDERED that this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: __June 23__, 2016

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE