# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 11185** |
| | ) | |

## NOTICE OF WITHDRAWAL OF THE MOTION OF PETER LAMONICA AND EXINE LAMONICA FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE NUNC PRO TUNC TO AUGUST 6, 2007

PLEASE TAKE NOTICE that on March 2, 2016, Peter LaMonica and Exine LaMonica (the "Movants") filed the *Motion of Peter LaMonica and Exine LaMonica for Relief From Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code Nunc Pro Tunc to August 6, 2007* [Docket No. 11185] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Movants hereby withdraw the Motion *with prejudice*.

Dated: July 13, 2016  
Wilmington, Delaware

**CROSS & SIMON, LLC**

By: */s/ Kevin S. Mann*  
Kevin S. Mann (No. 4576)  
1105 N. Market St., Suite 901  
Wilmington, DE 19801  
Ph: (302) 777-4200  
Fax: (302) 777-4224  
kmann@crosslaw.com

*Counsel for Peter LaMonica and Exine LaMonica*