| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William E. Winfield (SBN 122055)<br>SCHNEIDERS & ASSOCIATES, L.L.P.<br>300 E. Esplanade Drive, Suite 1980<br>Oxnard, CA 93036<br>(805) 764-6370<br>E-Mail: wwinfield@rstlegal.com<br><br>☑ Attorney for Creditor, River Park Executive Suites | FILED<br>2016 JUL 26  AM 9: 11<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.

Debtor(s),

Plaintiff(s),

vs.

Debtor(s).

CHAPTER 11

CASE NUMBER 07-11047(CSS)

☐ ADVERSARY NUMBER (if applicable)

☐ See attached list for multiple cases that require an update to the attorneys information

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, William E. Winfield , 122055 , wwinfield@rstlegal.com
  Name                    Bar ID Number        E-Mail Address

❏ am **counsel of record** or
☑ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Creditor, River Park Executive Suites

❏ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to _____
New Firm/Government Agency Name Schneiders & Associates, L.L.P
New Address 300 E. Esplanade Drive, Suite 1980, Oxnard, CA 93036
New Telephone Number (805) 764-6370       New Facsimile Number (805) 981-1133
New E-Mail Address wwinfield@rstlegal.com

Notice of Change of Address or Law Firm
(September 2009)

**SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:**

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 7/29/16

Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.