# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br>Debtor. <br><br> COLONIAL SAVINGS, F.A., <br><br>Movant, <br><br>and <br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br>Debtor. | Chapter 11 <br> Case No. 07-11047-CSS <br><br><br><br><br><br><br><br><br><br> Objections due: 10/31/16 @ 4:00 p.m. <br><br> Hearing Date: 11/7/16 @ 10:00 a.m. |

## NOTICE OF MOTION

**TO:**

| | | |
|---|---|---|
| American Home Mortgage Holdings, Inc. <br> 538 Broadhollow Road <br> Melville, NY 11747 <br><br> Charles H. Clark <br> Theresa Saylor Clark <br> 234 Emmitsburg Road <br> Thurmont, MD 21788 | Ryan M. Bartley, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br><br> David W. Carickhoff <br> Archer & Greiner, P.C. <br> 300 Delaware Av <br> Suite 1100 <br> Wilmington, DE 19801 | Mark S. Kenney <br> Office of the U.S. Trustee <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br><br> Bonnie Glantz Fatell <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 |

You are required to file a response to the attached motion on or before October 31, 2016 at 4:00 p.m. Eastern Standard Time.

At the same time, you must also serve a copy of the response upon Movant's attorney:

   Kristi J. Doughty, Esquire
   McCabe, Weisberg & Conway, P.C.
   1407 Foulk Road, Suite 102
   Foulkstone Plaza
   Wilmington, DE 19803

**HEARING ON THE MOTION WILL BE HELD on November 7, 2016 at 10:00 a.m.** in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801.

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE OCTOBER 31, 2016 AT 4:00 PM EASTERN STANDARD TIME.  FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

McCABE, WEISBERG & CONWAY, P.C.

*/S/   Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED: October 3, 2016