# Exhibit D

BK 09828 PG 0310

After recording, please return to:

BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814



PO Box 2026, Flint MI 48501-2026
MERS Phone Number: 1-888-679-6377

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

The undersigned, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Colonial Savings, F.A., ("Assignor"), its successors and assigns, does hereby give notice that it transfers and conveys to Colonial Savings, F.A., ("Assignee"), whose address is, c/o Colonial Savings, F.A., 2626A West Freeway, Fort Worth, TX 76102, all its beneficial interest, if any, in and to the below described Deed of Trust.

Date of Deed of Trust: March 09, 2005
Original Principal Balance: $208,000.00
Borrower(s): Charles H. Clark and Theresa Sayler-Clark
Original Trustee: John David Motley and J.S. Dubose
Original Lender: Colonial Savings, F.A.
Recorded on 3/22/2005 in: Liber 5203, Folio 0598, among the Land Records of Frederick County, Maryland

Legal description: SEE ATTACHED LEGAL DESCRIPTION

Commonly known as: 234 Emmitsburg Road, Thurmont, MD 21788



BK 09828 PG 0311

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed by the undersigned.

Dated: October 21, 2013

ATTEST:                                         Mortgage Electronic Registration Systems, Inc.
                                                ("MERS") as nominee for Colonial Savings, F.A., its
                                                successors and assigns

*Cheryl Bennett*                                Name: Marvin Guzman
                                                Title: Assistant Secretary

STATE OF Texas         :
COUNTY OF Tarrant      :

I, Liz Croy, a Notary Public in and for the State and County aforesaid, do hereby certify that Marvin Guzman, authorized by Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Colonial Savings, F.A., its successors and assigns personally appeared before me in the aforesaid jurisdiction and executed the foregoing Assignment, and had the authority to do the same.

Given under my hand and seal this 21 day of October / 2013.

Notary Public

My Commission Expires:

LIZ CROY
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 13, 2017

BK 09828 PG 0302

## LEGAL DESCRIPTION

BEGINNING for the same at the Northeast corner of that lot conveyed to Donald G. Hurley and Pearl L. Hurle, his wife, by Deed dated April 9, 1965 and recorded in Liber 722, folio 69, one of the Land Records of Frederick County, Maryland, said point being 750' from the southeast corner of the whole tract heretofore conveyed by Manuel M. Weinberg, et ux by Deed dated January 6, 1961 and recorded in Liber 647, folio 594, one of the aforesaid Land Records, and running thence N. 29 degrees 8' E. 130' to a point, thence S. 66 degrees 40' E 200' to a point, thence S. 29 degrees 8' W. 130' to a point, thence N. 66 degrees 40' W. 200' to the place of beginning, said property being now known and designated as 234 Emmitsburg Road.