# Exhibit F

# SETTLEMENT STATEMENT

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OMB Approval No. 2502-0491

Optional Form for Transactions without Sellers

| | |
|---|---|
| NAME OF BORROWER: | Theresa Saylor-Clark and Charles H. Clark |
| ADDRESS: | 234 Emmitsburg Road, Thurmont, MD 21788 |
| NAME OF LENDER: | Colonial Savings, FA |
| ADDRESS: | 2626 West Freeway, Fort Worth, TX 76102 |
| PROPERTY ADDRESS: | 234 Emmitsburg Road, Thurmont, MD 21788 |
| SETTLEMENT AGENT: | Eclipse Title, L.L.C., Telephone: 410-974-0023 Fax: 410-974-0075 |
| PLACE OF SETTLEMENT: | 1460 Ritchie Highway, Suite 207, Arnold, Maryland 21012 |
| SETTLEMENT DATE: | 03/09/2005 |
| DISBURSEMENT DATE: | 03/14/2005 |

## L. Settlement Charges

| | |
|---|---|
| 800. Items Payable in Connection with Loan | |
| 801. Loan Origination Fee 1.000% to Greater Capital Mortgage | 2,080.00 |
| 802. Loan Discount 0.000% to | |
| 803. Appraisal Fee to MCR of America  P.O.C.350.00 | |
| 804. Credit Report | |
| 805. Processing Fee to Greater Capital Mortgage | 495.00 |
| 806. Flood Certification Fee to American Flood Pd by Colonial P.O.C.12.50 | |
| 807. Administration Fee to Colonial Savings, FA | 495.00 |
| 808. | |
| 809. | |
| 810. | |
| 811. | |
| 900. Items Required by Lender to be Paid in Advance | |
| 901. Interest From 03/14/2005 to 04/01/2005 @$31.3400 per day | 564.12 |
| 902. Mortgage Insurance Premium for to | |
| 903. Hazard Insurance Premium for to | |
| State Farm $897.00 (POC) | |
| 904. Broker Premium $250.00 to Greater from Colonial (POC) | |
| 1000. Reserves Deposited with Lender | |
| 1001. Hazard Insurance 7 mo. @$83.09 per month | 581.63 |
| 1002. Mortgage Insurance mo. @$ per month | |
| 1003. City Property Taxes mo. @$ per month | |
| 1004. County Property Taxes 6 mo. @$148.12 per month | 888.72 |
| 1005. Annual Assessments mo. @$ per month | |
| 1006. mo. @$ per month | |
| 1007. mo. @$ per month | |
| 1008. mo. @$ per month | |
| 1009. Aggregate Analysis Adjustment to Colonial Savings, FA | 83.25- |
| 1100. Title Charges | |
| 1101. Settlement or closing fee to Eclipse Title, L.L.C. | 150.00 |
| 1102. Abstract or title search to Quality Abstracts | 165.00 |
| 1103. Title examination to Eclipse Title, L.L.C. | 495.00 |
| 1104. Title insurance binder to Eclipse Title, L.L.C. | 105.00 |
| 1105. Document Preparation to Eclipse Title, L.L.C. | 95.00 |
| 1106. Notary Fees | |
| 1107. Attorney's fees | |
| (includes above items No. ) | |
| 1108. Title Insurance to Fidelity National Title Insurance Compan | 520.00 |
| (includes above items No. ) | |
| 1109. Lender's Policy $ 208,000.00 - 520.00 | |
| 1110. Owner's Policy $ - | |
| 1111. Obtain Releases to Eclipse Title, L.L.C. | 150.00 |
| 1112. Judgement Fee to Eclipse Title, L.L.C. | 45.00 |
| 1113. Handwalk Recordings to Maryland Abstracts, L.L.C. | 35.00 |
| 1200. Government Recording and Transfer Charges | |
| 1201. Recording Fees Deed $; Mortgage $40.00; Release $50.00 | 100.00 |
| 1202. State Recordation Tax Deed $; Mortgage $85.00 | 85.00 |
| 1203. State Transfer Tax Deed $; Mortgage $ | |
| 1204. County Transfer Tax Deed $; Mortgage $ | |
| 1205. | |
| 1300. Additional Settlement Charges | |
| 1301. Survey | |
| 1302. Pest Inspection | |
| 1303. Property Tax Escrow | |
| 1304. GAP Endorsement to Eclipse Title, L.L.C. | 35.00 |
| 1305. | |
| 1306. | |
| 1307. | |
| 1308. | |
| 1400. Total Settlement Charges (enter on line 1602) | 6,991.22 |

## M. Disbursement to Others

| | | |
|---|---|---|
| | | 200,649.95 |
| | to American Home Mortgage Servicing, Inc. | |
| 1502. | | |
| 1503. | | |
| 1504. | | |
| 1505. | | |
| 1506. | | |
| 1507. | | |
| 1508. | | |
| 1509. | | |
| 1510. | | |
| 1511. | | |
| 1512. | | |
| 1513. | | |
| 1514. | | |
| 1515. | | |
| 1516. | | |
| 1517. | | |
| 1518. | | |
| 1519. | | |
| 1520. TOTAL DISBURSED (enter on line 1603) | | 200,649.95 |

## N. NET SETTLEMENT

| | |
|---|---|
| 1600. Loan Amount | 208,000.00 |
| 1601. PLUS Cash/Check from Borrower | 0.00 |
| 1602. MINUS Total Settlement Charges (line 1400) | 6,991.22 |
| 1603. MINUS Total Disbursements to Others (line 1520) | 200,649.95 |
| 1604. EQUALS Disbursements to Borrower (after expiration of any applicable rescission period required by law) | 358.83 |

I have carefully reviewed the HUD-1A Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1A Settlement Statement.

_____    _____
Theresa Saylor-Clark                Charles H. Clark

The HUD-1A Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT BY:_____    DATE