# Exhibit I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br>Debtor. <br><br> COLONIAL SAVINGS, F.A., <br><br>Movant, <br><br>and <br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br>Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

AFFIDAVIT OF _Cynthia Conte_ IN SUPPORT OF MOTION BY COLONIAL SAVINGS, F.A. FOR RELIEF FROM THE AUTOMATIC STAY AS TO 234 EMMITSBURG ROAD, THURMONT, MARYLAND 21788

_Cynthia Conte_, being first duly sworn on oath, deposes and states as follows:

1. I am over the age of eighteen and am authorized to make this affidavit on behalf of Colonial Savings, F.A.

2. I am presently a _Bankruptcy Specialist_ for Colonial Savings, F.A. In this position, I have access to the business records of Colonial Savings, F.A. and my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

3. The facts stated in this affidavit are based upon information that I obtained by reviewing records maintained in the ordinary course of Colonial Savings, F.A.'s business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

4.  The Borrowers, Charles Clark and Theresa Sayler-Clark ("Borrowers") executed a note dated November 4, 2004 in favor of Colonial Savings, F.A., in the original principal sum of $208,000.00 (the "Note").

5.  Colonial Savings, F.A. is the holder of the Note and Deed of Trust and is authorized to execute this Affidavit..

6.  The Note is secured by a Deed of Trust encumbering certain real property commonly known as 234 Emmitsburg Road, Thurmont, Maryland 21788.

7.  The present amount due on the Deed of Trust is as follows:

(a) unpaid principal: $194,004.15 good through October 14, 2016, together with accrued interest in the amount of $13,082.43, for a combined total of $207,086.58.

(b) Interest continues to accrue on the unpaid balance due pursuant to the Note from the date set forth in paragraph 4, above, at the rate of 2% per diem.

(c) fees: $4,518.40

(d) NSF fees: 0.00

(e) escrow advances: $11,191.73

(g) other charges (detail): $50.00

(h) Total payoff through October 14, 2016  $222,846.71

8. The Refinance Note, Deed of Trust, and Assignment, are attached to the Motion for Relief filed contemporaneously hereto as Exhibit "C", Exhibit "D" and Exhibit "E" and are true and accurate copies of the originals.

BY: _Cynthia Conte_
AFFIANT

Subscribed and sworn to before me this _3rd_ day of _Oct_, 20_16_, by _Cynthia Conte_.

_Julia Lester_, Notary Public

State of _Texas_
My Commission expires: _09/11/2019_

JULIA C. LESTER
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 11, 2019

Personally Known _x_ OR
Produced Identification _____.

Type of Identification Produced:
_____.

