# Exhibit J

**Real Property Data Search ( w3 )**      **Guide to searching the database**

**Search Result for FREDERICK COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|
| **Account Identifier:** | District - 15 Account Number - ▉▉▉ | |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | SAYLER-CLARK THERESA & CHARLES H CLARK | **Use:** **Principal Residence:** | RESIDENTIAL YES |
| **Mailing Address:** | 234 EMMITSBURG RD THURMONT MD 21788-1609 | **Deed Reference:** | ▉▉▉ |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 234 EMMITSBURG RD 0-0000 | **Legal Description:** | LT 0.59 AC N/.THURMONT RT. 806 |

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Year | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0019 | 0004 | 0113 | | 0000 | | | | 2015 | Plat Ref: |

| **Special Tax Areas:** | | **Town:** | NONE |
|---|---|---|---|
| | | **Ad Valorem:** | |
| | | **Tax Class:** | 300 |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1966 | 1,696 SF | 1300 SF | 25,700 SF | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renovation |
|---|---|---|---|---|---|---|
| 1 | YES | STANDARD UNIT | FRAME | 2 full/ 1 half | 1 Attached | |

### Value Information

| | Base Value | Value As of 01/01/2015 | Phase-in Assessments As of 07/01/2016 | As of 07/01/2017 |
|---|---|---|---|---|
| **Land:** | 71,200 | 71,200 | | |
| **Improvements:** | 147,400 | 171,400 | | |
| **Total:** | 218,600 | 242,600 | 234,600 | 242,600 |
| **Preferential Land:** | 0 | | | 0 |

### Transfer Information

| Seller: SAYLER-CLARK, THERESA | Date: 11/18/2004 | Price: $0 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: ▉▉▉ | Deed2: |
| Seller: KLINE, ROBERT & PATSY | Date: 11/08/2004 | Price: $253,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: ▉▉▉ | Deed2: |
| Seller: WILEY, CLYDE M. & SANDRA K. | Date: 06/29/1990 | Price: $130,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: ▉▉▉ | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2016 | 07/01/2017 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0.00 |

| Tax Exempt: | Special Tax Recapture: |
|---|---|
| Exempt Class: | NONE |

### Homestead Application Information

Homestead Application Status: Approved   05/02/2012