# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br> Debtor. <br><br> COLONIAL SAVINGS, F.A., <br><br> Movant, <br><br> and <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br> Debtor. | Chapter 11 <br> Case No. 07-11047-CSS <br><br><br> Ref. No. |

## ORDER GRANTING RELIEF FROM STAY
## AS TO 234 EMMITSBURG ROAD, THURMONT, MARYLAND 21788

**AND NOW, TO-WIT**, this _____ day of _____, the creditor, Colonial Savings, F.A.'s Motion for Relief from Automatic Stay having been duly presented, heard and considered; The Court finds the facts as stated in the creditor's Motion;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby terminated so as to permit the Movant, its servicers, successors and/or assigns, to enforce its security interest in 234 Emmitsburg Road, Thurmont, Maryland 21788, through a declaratory proceeding, foreclosure proceedings, and whatever other legal remedies which may be available to the creditor under applicable State law.

_____
J., U.S. Bankruptcy Court