**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: AMERICAN HOME MORTGAGE HOLDINGS, INC., | Chapter 11 |
| | Case No. 07-11047-CSS |
| Debtor. | |
| | |
| COLONIAL SAVINGS, F.A., | |
| Movant, | |
| and | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, certify that I am not less than 18 years of age; that service of this Notice and a copy of the Motion was made by U.S. Mail on October 3, 2016 in accordance with Fed. R. Bankr. P 7004 on:

American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Charles H. Clark
Theresa Saylor Clark
234 Emmitsburg Road
Thurmont, MD 21788

Ryan M. Bartley, Esquire
Young Conaway Stargatt &
Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

McCABE, WEISBERG & CONWAY, P.C.

*/S/   Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor