IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2016, I caused copies of the foregoing Limited Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 20, 2016          /s/ **Brian Arban**
       Wilmington, Delaware          Brian Arban (DE No. 4511)
                                                   Hiller & Arban, LLC
                                                   1500 North French Street, 2nd Floor
                                                   Wilmington, Delaware 19801
                                                   (302) 442-7676 telephone