IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.<br><br>      Debtors. | x  Chapter 11<br>:<br>:  Case No. 07-11047 (CSS)<br>:<br>:  Jointly Administered<br>:<br>:  **Obj. Deadline: October 28, 2016 at 4:00 p.m. (ET)**<br>:  **Hrg. Date: November 7, 2016 at 10:00 a.m. (ET)**<br>:<br>x |

ROYAL PARK INVESTMENTS SA/NV'S OBJECTION TO THE PLAN TRUSTEE'S
MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§105, 363 AND 554
AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS
AND RECORDS (DOC. 11244)

1201365_1

Royal Park Investments SA/NV ("Royal Park") hereby files this Objection to American Home Mortgage Holdings, Inc. ("American Home") Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records ("Motion") (Doc. 11244).

## NATURE OF THE OPPOSITION

1. Royal Park's objection to the Motion is specific to any and all records concerning relevant "individual loan files, including copies of consumer loan applications, closing documents and home appraisals" ("Loan Files") as well as communications and email server back-up tapes encompassing the "Remaining Records" as discussed in the Motion. Motion at 3 ¶5, 7 ¶¶18-19. These files are critical to Royal Park's ongoing litigation involving residential mortgage-backed securities ("MBS") that are or were backed by loans originated and/or serviced by American Home.

2. Specifically, three cases, (1) *Royal Park Invs. SA/NV v. U.S. Bank Nat'l Ass'n*, No. 14-cv-02590-VM (S.D.N.Y.) ("U.S. Bank Matter") and (2) *Royal Park Invs. SA/NV v. The Bank of New York Mellon*, No. 1:14-cv-6502-GHW ("BONY Matter"), and (3) *Royal Park Invs. SA/NV v. HSBC Bank USA, Nat'l Ass'n*, No. 14-cv-08175-LGS-SN ("HSBC Matter"), involve MBS that are or were backed by loans originated and/or serviced by American Home.

3. The following four MBS trusts at issue in the U.S. Bank Matter implicate American Home loans: (i) BSABS 2006-AC2; (ii) LXS 2007-7N; (iii) LXS 2006-15; and (iv) SARM 2006-9 involve American Home as an originator and/or servicer (the "Relevant U.S. Bank Trusts").

4. The following MBS trust at issue in the BONY Matter implicates American Home loans: GSCC 2006-1 (the "Relevant BONY Trust").

5. The following MBS trust at issue in the HSBC Matter implicates American Home loans: DBALT 2006-AR5 (the "Relevant HSBC Trust").

1201365_1

6. Fact discovery is currently ongoing in all three cases and Royal Park has outstanding subpoenas that seek documents from the Trust in the three matters. Royal Park issued the first subpoena to American Home in the U.S. Bank Matter on October 30, 2015, attached hereto as Exhibit A ("U.S. Bank Subpoena"). Royal Park issued the second subpoena to the Trust in the BONY Matter on November 12, 2015, attached hereto as Exhibit B ("BONY Subpoena"). Both subpoenas seek a variety of documents related to American Home's origination and servicing business and practices, including, *inter alia*, communications between American Home and the MBS trustee as well as the Loan Files for mortgage loans underlying the Relevant U.S. Bank Trusts and Relevant BONY Trust. These records are essential to Royal Park's litigation efforts and their destruction would prejudice Royal Park's prosecution of the U.S. Bank Matter and the BONY Matter.

7. Royal Park is coordinating discovery in the HSBC Matter with five related cases – *BlackRock Balanced Capital Portfolio (FI), et. al. v. HSBC Bank USA, N.A.*, No. 14-cv-9366-SAS; *Phoenix Light SF Ltd., et. al. v. HSBC Bank USA, N.A.*, No. 14-cv-10101-SAS; *Nat'l Credit Union Administration Board v. HSBC Bank USA, N.A.*, No. 15-cv-2144-SAS, *CommerzBank AG v. HSBC Bank USA, N.A.*, No. 15-cv-10032-LGS-SN, and *Triaxx Prime CDO 2006-1, Ltd, et. al. v. HSBC Bank USA, N.A.*, No. 15-cv-10096-LGS-SN. BlackRock Balanced Capital Portfolio (FI) is taking the lead in seeking discovery from American Home for the related cases, including the HSBC Matter, and issued its subpoena seeking similar documents to those in the U.S. Bank Matter and the BONY Matter on August 14, 2015.

8. Royal Park conferred with the Trust's counsel in July 2016 regarding the U.S. Bank Subpoena. Thereafter, Royal Park delivered a list of identifiers for a sample of relevant loans to the U.S. Bank Matter and the Trust has, as of October 24, 2016, produced documents concerning the identified loans. Royal Park also plans to provide a communication search protocol to American Home in the coming weeks for the U.S. Bank Matter after it (a) reviews the Loan Files produced by American Home and (b) identifies

relevant communication custodians. Royal Park intends to provide this information to the Trust expeditiously.

9. Similarly, Royal Park will provide a list of identifiers for loans relevant to the BONY Matter as soon as possible. Royal Park also plans to provide a communication search protocol to American Home in the coming weeks related to the BONY Matter.

10. Likewise, Royal Park will provide a list of identifiers for loans relevant to the HSBC Matter as soon as possible. Royal Park also plans to provide a communication search protocol to American Home in the coming weeks related to the HSBC Matter.

11. Accordingly, Royal Park requests that the Trustee be required to retain any and all emails and email server back-up tapes encompassing the "Remaining Records" as well as the Loan Files underlying the Relevant U.S. Bank Trusts, the Relevant BONY Trust, and the Relevant HSBC Trust until March 3, 2017 – the current discovery deadline in the U.S. Bank Matter.

## RELIEF SOUGHT

Royal Park requests that the Trustee be ordered to maintain any and all emails and email server back-up tapes encompassing the "Remaining Records" as well as Loan Files underlying the Relevant U.S. Bank Trusts, the Relevant BONY Trust, and the Relevant HSBC Trust until March 3, 2017.

DATED: October 27, 2016         ROBBINS GELLER RUDMAN
                                                                                        & DOWD LLP
                                                                                        ARTHUR C. LEAHY
                                                                                        STEVEN W. PEPICH
                                                                                        LUCAS F. OLTS
                                                                                        DARRYL J. ALVARADO
                                                                                        JUAN CARLOS SANCHEZ

                                                                 JUAN CARLOS SANCHEZ

> 655 West Broadway, Suite 1900
> San Diego, CA 92101-3301
> Telephone: 619/231-1058
> 619/231-7423 (fax)
> artl@rgrdlaw.com
> stevep@rgrdlaw.com
> lolts@rgrdlaw.com
> dalvarado@rgrdlaw.com
> jsanchez@rgrdlaw.com
>
> ROBBINS GELLER RUDMAN
>   & DOWD LLP
> SAMUEL H. RUDMAN
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Telephone: 631/367-7100
> 631/367-1173 (fax)
> srudman@rgrdlaw.com
>
> ROBBINS GELLER RUDMAN
>   & DOWD LLP
> CHRISTOPHER M. WOOD
> 414 Union Street, Suite 900
> Nashville, TN 37219
> Telephone: 615/244-2203
> 615/252-3798 (fax)
> cwood@rgrdlaw.com
>
> Attorneys for Plaintiff

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on October 27, 2016, declarant served by UPS, next day delivery, ROYAL PARK INVESTMENTS SA/NV'S OBJECTION TO THE PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF DOCUMENTS AND RECORDS (DOC. 11244) to the following parties:

Sean M. Beach, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2016, at San Diego, California.

_____
JANA P. KUSY

1201365_1