UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

at Wilmington DE

824 N Market St
Wilmington, DE 19801
Phone: 302-252-2900

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al

Debtors.

---

Chapter 11

Case No. 07-11047 (CSS)

October 26, 2016

## RESPONSE TO TRUSTEE'S MOTION

1. The Plan Trustee for the Debtor herein has filed a motion dated October 14, 2016, for the destruction of the electronics records, including a number of magnetic tapes of said Debtor.

1

2. The Bankruptcy Court has ordered that responses to said motion must be made by October 28, 2016.

3. The Plan Trustee seems to have stated in an Affidavit that all relevant parties have been notified and that there is no opposition.

4. However, the Undersigned as proposed Intervener, a law firm in Germany representing thousands for investors in a number of actions regarding investment offers made in Europe and the EU affecting small investors, has not been directly notified.

5. Thousands of loans of the Debtor herein were offered in securitizations involving European parties and banks such as Deutsche Bank and HSBC.

6. There are a number of cases litigated in the US and Europe directly by and affecting such offers involving considerable amounts.

7. The undersigned law firm represents several clients affected by such offers.

8. It comes as a surprise to the Undersigned that no litigation hold has been placed on the electronics records and other records of the Debtor. Where German banks are affected or directly involved, the failure by such parties to object to the Plan Trustee motion, could cause said banks to lose any ongoing and future litigation by spoiliation. In turn, European tax payers, including German tax payers would be faced with paying for the damages assessed to such banks, for instance as a result of bail out schemes.

9. The Undersigned asks that as an emergency stay/provision a 60-day hold be placed on granting the Plan Trustee's order.

10. The Undersigned will contact the office of the German Attorney General to formally intervene, and if required ask same to provide the funding for the retention of the affected records from German public funds to relieve the Plan Trustee herein.

11. The Undersigned understands that the instant motion is extraordinary in nature and would appreciate the Bankruptcy's Court direction as to the desired format to submit same if insufficient in the instant format.

The Undersigned from past experience has found that Bankruptcy Court's generally are accommodating to foreign parties submitting late claims and request where there has been a lack of notification, and/or as in the instant case,

3

where it appears to be an extremely short timeline, from October 14, 2016 until October 28, 2016.

12. Wherefore, the undersigned asks the Bankruptcy Court to grant this request for a hold on this matter per the foregoing.

The Petitioner, proposed Intervener,

Jens-Peter Gieschen,

Rechtsanwalt/Attorney

/s/ Jens-Peter Gieschen

Lofthaus 4

Am Winterhafen 3a

D-28217 Bremen

Phone: 011-49-421-52 09 48-0

Fax: 011-49-421-52 09 48-9

E-Mail: info@KWAG-Recht.de

4

# ORDER

The Petitioners Motion to Stay is

Granted  /  Denied

BY THE COURT,

Dated: _____          _____

                                                          Judge/Clerk

## CERTIFICATION

FILED
2016 OCT 27 PM 2:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I hereby certify the mailing of a copy of the foregoing, postage prepaid, and/or electronically, on October 26, 2016

to the stated notification parties, including:

Sean M. Beach (No. a070)
Patrick A. Jackson (No. a976)
Rodney Square
1000 North King Street
Wilmington, Delaware 1 980 I
Telephone: (302) 571 -6600
Facsimile: (302) 571-1253

HAHN & I{ESSEN LLP
Mark S.Indelicato
Edward L. Schnitzer
488 Madison Avenue
NewYork, NewYork 10022
Telephone: Qlz) 478-7200
Facsimile : (212) 478-7 400
Counsel or the Plan Trustee

/s/ Jens-Peter Gieschen

Jens-Peter Gieschen, Petitioner

6