IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],
a Delaware corporation, et al.,

    Debtors.

---

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Ref. No. 11246

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the *Plan Trustee's Second Motion for an Order Extending the Plan Trust Termination Date* (the "Motion") has been received. The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Motion appears thereon. Responses to the Motion were to be filed and served no later than October 28, 2016 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:19474666.1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 1, 2016
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01:19474666.1