IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
        Debtors.                                                    :
----------------------------------------------------------------------- x    Ref. No. 11245

## CERTIFICATION OF COUNSEL

        The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading to the Plan Trustee's Motion for an Order Pursuant to §§ 105 and

1142 of the Bankruptcy Code (I) Authorizing Second Distribution to Holders of Allowed

General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan

and Enforcement of Certain Plan Provisions and Court Orders (the "Motion") has been received.

        The Plan Trustee has received and is responding to numerous requests for

reissuance of distributions.  The Internal Revenue Service provided information indicating that

they are not required to provide a W-9.  Other parties have submitted the requested W-9

information which will be appropriately updated.

        The undersigned further certifies that a review of the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Motion appears thereon.

Responses to the Motion were to be filed and served no later than October 28, 2016 at 4:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:19477102.1

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.

Dated: November 2, 2016
       Wilmington, Delaware               YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                      */s/ Sean M. Beach*
                                      Sean M. Beach (No. 4070)
                                      1000 North King Street
                                      Wilmington, Delaware  19899
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400

                                      *Co-Counsel to the Plan Trustee*