**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**CERTIFICATION OF SERVICE**

　　　　I, Kristi J. Doughty, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I caused to be electronically filed with the Clerk of the Bankruptcy Court a Certification of Counsel with Proposed Order to the Court and caused to be served same upon the parties as indicated below on November 2, 2016

| **Via U.S. Mail** | **Via CM/ECF** | **Via CM/ECF** |
|---|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | Ryan M. Bartley, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Charles H. Clark<br>Theresa Saylor Clark<br>234 Emmitsburg Road<br>Thurmont, MD 21788 | David W. Carickhoff<br>Archer & Greiner, P.C.<br>300 Delaware Ave.<br>Suite 1100<br>Wilmington, DE 19801 | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Joseph Orbach<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | | |

　　　　　　　　　　　　　　　　　　　　McCabe, Weisberg & Conway, PC

　　　　　　　　　　　　　　　　　　　　By: /s/ Kristi J. Doughty
　　　　　　　　　　　　　　　　　　　　Kristi J. Doughty, Esquire (No. 3826)
　　　　　　　　　　　　　　　　　　　　1407 Foulk Road, Suite 102
　　　　　　　　　　　　　　　　　　　　Foulkstone Plaza
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　　　KDoughty@mwc-law.com
　　　　　　　　　　　　　　　　　　　　Main: (302) 409-3520
　　　　　　　　　　　　　　　　　　　　Fax: (855) 425-1980
　　　　　　　　　　　　　　　　　　　　*Counsel for Colonial Savings, F.A.*