IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.[1], a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. No. 11244 |

## CERTIFICATION OF COUNSEL

On October 14, 2016, the Plan Trustee filed the *Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records* (the "Motion"). Attached as Exhibit A to the Motion was a proposed form of order (the "Proposed Order").

Prior to the objection deadline, October 28, 2016, the Federal Deposit Insurance Corporation [D.I. 11248], Royal Park Investments SA/NV [D.I. 11252] and, Proposed Intervenor, Jens-Peter Gieschen [D.I. 11253] filed objections to the Motion. Additionally, the Plan Trustee received informal responses from Morgan Stanley Mortgage Capital Holdings, LLC and Berstein Litowitz Berger & Grossman LLP on behalf of several clients. The informal responses of Morgan Stanley and Berstein Litowitz have been resolved.

Attached hereto as Exhibit A is a revised order (the "Revised Order") that reflects an extension for any party seeking copies of documents from the remaining records must do so on or prior to November 30, 2016. Additionally, the Revised Order provides that the Plan

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Trustee will serve the order entered by the Court on certain parties involved in lawsuits with Morgan Stanley. For the convenience of the Court, annexed hereto as Exhibit B, is a blackline of the Revised Order against the proposed form of order filed on October 14, 2016.

WHEREFORE, the Plan Trustee respectfully requests that the Revised Order, substantially in the form attached hereto, be entered at the earliest convenience of the Court.

Dated: November 3, 2016
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

## **EXHIBIT A**

REVISED ORDER

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

### ORDER GRANTING THE MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND <u>DESTRUCTION OF DOCUMENTS AND RECORDS</u>

Upon consideration of the Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (the "<u>Motion</u>")[1]; and upon the Declaration of Steven D. Sass in Support of the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and finding good and sufficient cause to grant the Motion as set forth herein; and good and adequate notice of the Motion having been given; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that any party seeking copies of documents from the Remaining Records must, on or prior to November 30, 2016: (i) issue a valid subpoena to the Plan Trust or the Debtors seeking documents in connection with residential mortgage-backed securities litigation; (ii) provide the Plan Trust with information sufficient to locate loan files (including American Home loan numbers or borrower name and address) or other relevant documents; and (iii) agree to pay the cost associated with producing such requested loan files or relevant documents (such parties the "<u>Complying Document Requesters</u>"); and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the Plan Trustee is authorized to abandon and destroy or otherwise dispose of the Remaining Records as soon as the Plan Trustee has produced copies of all documents in its possession responsive to the Complying Document Requesters; and it is further

**ORDERED**, that the Plan Trustee is authorized to destroy documents pursuant to this Order in a manner consistent with the standard set forth in 16 C.F.R. § 682.3 and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

**ORDERED**, that the Plan Trustee shall serve this Order on the list of addresses of plaintiff's counsel in certain mortgage related litigations to which Morgan Stanley Mortgage Capital Holdings, LLC ("Morgan Stanley") or its affiliates are parties (collectively, the "MS Plaintiffs") which Morgan Stanley has provided to the Plan Trustee; and it is further

**ORDERED,** that any objections relating to the abandonment and destruction of the Remaining Records in accordance with this Order are hereby overruled; and it is further

**ORDERED,** that the Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation of this Order.

Dated: November ___, 2016

                                                 HON. CHRISTOPHER S. SONTCHI
                                                 UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT B**

BLACKLINE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

**ORDER GRANTING THE MOTION FOR AN ORDER PURSUANT TO
11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING
THE ABANDONMENT AND
<u>DESTRUCTION OF DOCUMENTS AND RECORDS</u>**

Upon consideration of the Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (the "<u>Motion</u>")[1]; and upon the Declaration of Steven D. Sass in Support of the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and finding good and sufficient cause to grant the Motion as set forth herein; and good and adequate notice of the Motion having been given; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that any party seeking copies of documents from the Remaining Records must, on or prior to November 30, 2016: (i) issue a valid subpoena to the Plan Trust or the Debtors seeking documents in connection with residential mortgage-backed securities litigation; (ii) provide the Plan Trust with information sufficient to locate loan files (including American Home loan numbers or borrower name and address) or other relevant documents; and (iii) agree to pay the cost associated with producing such requested loan files or relevant documents (such parties the "Complying Document Requesters"); and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the Plan Trustee is authorized to ~~immediately~~ abandon and destroy or otherwise dispose of the Remaining Records <ins>as soon as the Plan Trustee has produced copies of all documents in its possession responsive to the Complying Document Requesters</ins>; and it is further

**ORDERED**, that the Plan Trustee is authorized to destroy documents pursuant to this Order in a manner consistent with the standard set forth in 16 C.F.R. § 682.3 and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

<ins>**ORDERED**, that the Plan Trustee shall serve this Order on the list of addresses of plaintiff's counsel in certain mortgage related litigations to which Morgan Stanley Mortgage Capital Holdings, LLC ("Morgan Stanley") or its affiliates are parties (collectively, the "MS Plaintiffs") which Morgan Stanley has provided to the Plan Trustee; and it is further</ins>

~~**ORDERED**~~ **ORDERED,** that any objections relating to the abandonment and destruction of the Remaining Records in accordance with this Order are hereby overruled; and it is further

**ORDERED**~~.~~<ins>,</ins> that the Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation of this Order.

Dated: November ___, 2016

                                              _____
                                              HON. CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 11/2/2016 3:56:39 PM |
| Comparison Time | 7.33 seconds |
| compareDocs version | v4.2.100.13 |

| Sources | |
|---|---|
| Original Document | [#6165875] [v2] AHM -Seventh Document Destruction Order.doc |
| Modified Document | [#6165875] [v3] AHM -Seventh Document Destruction Order.doc |

| Comparison Statistics | |
|---|---|
| Insertions | 3 |
| Deletions | 1 |
| Changes | 2 |
| Moves | 0 |
| TOTAL CHANGES | 6 |
| | |
| | |
| | |
| | |

| Word Rendering Set Markup Options | |
|---|---|
| Name | |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | By Author. |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Formatting |
| Character Level | Word | False |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | True |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |
| Document View | Word | Print |
| Remove Personal Information | Word | False |
| Flatten Field Codes | Word | True |

01:19486439.1