IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x   Chapter 11

In re:                                                                  :
                                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :
a Delaware corporation, et al.,<sup>1</sup>                             :   Jointly Administered
                                                                        :
     Debtors.                                                           :
----------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 7, 2016 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION\CERTIFICATION OF COUNSEL**

1.   Motion of Colonial Savings, F.A. for Relief From Automatic Stay as to 234 Emmitsburg Road, Thurmont, MD 21788 [D.I. 11242, 10/3/16]

     Objection Deadline:   October 31, 2016 at 4:00 p.m. (ET)

     Related Document:

          a)   Certification of Counsel [D.I. 11257, 11/2/16]]

          b)   Proposed Order

     Objections Filed: None

     Status: A certification of counsel has been filed.  No hearing is required.

2.   Plan Trustee's Motion for an Order Pursuant to §§ 105 and 1142 of the Bankruptcy Code (I) Authorizing Second Distribution to Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders [D.I. 11245, 10/14/16]

     Objection Deadline:   October 28, 2016 at 4:00 p.m. (ET)

     Related Documents:

          a)   Certification of Counsel [D.I. 11256, 11/2/16]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

      b) Proposed Order

Objections\Responses Received\Filed:    None

Status: A certification of counsel has been filed. No hearing is required.

3. Second Motion for an Order Extending the Plan Trust Termination Date [D.I. 11246, 10/14/16]

    Objection Deadline:    October 28, 2016 at 4:00 p.m. (ET)

    Related Document:

        a) Certificate of No Objection [D.I. 11255, 11/1/16]

        b) Proposed Order

    Objections Filed:    None

    Status: A certificate of no objection has been filed. No hearing is required.

**CONTESTED MATTER GOING FORWARD**

4. Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11244, 10/14/16]

    Objection Deadline:    October 28, 2016 at 4:00 p.m. (ET)

    Related Document:

        a) Certification of Counsel [D.I. 11258, 11/3/16]

    Objections\Responses Received\Filed:

        a) Federal Deposit Insurance Corporation's Limited Objection to the Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11248, 10/20/16]

        b) Royal Park Investments SA/NV's Objection to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records [D.I. 11252, 10/28/16]

        c) Letter from Proposed Intervenor, Jens-Peter Gieschen, Attorney [D.I. 11253, 10/28/16]

        d) Informal Response of Morgan Stanley Mortgage Capital Holdings, LLC

   e)  Informal Response of Bernstein Litowitz Berger & Grossman LLP

 Status: The informal objections, items (d) and (e), are resolved per the revised order filed. Items (a), (b) and (c) remain unresolved. This matter will be going forward on a contested basis with respect to those items.

Dated: November 3, 2016
   Wilmington, Delaware      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                  */s/ Sean M. Beach*
                  Sean M. Beach (No. 4070)
                  Michael S. Neiburg (No. 5275)
                  1000 North King Street
                  Wilmington, Delaware 19899
                  Telephone: (302) 571-6600
                  Facsimile: (302) 571-1253

                  -and-

                  HAHN & HESSEN LLP
                  Mark S. Indelicato
                  Edward L. Schnitzer
                  488 Madison Avenue
                  New York, New York 10022
                  Telephone: (212) 478-7200
                  Facsimile: (212) 478-7400
                  *Co-Counsel to the Plan Trustee*