IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   Ref. Docket Nos. 11242 and _____
                                                                 :
---------------------------------------------------------------- x

### CONSENT ORDER GRANTING COLONIAL SAVINGS, F.A. LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon consideration of the certification of counsel of Kristi J. Doughty, counsel for Colonial Savings, F.A.; and after due deliberation, and cause appearing therefor; it is hereby

ORDERED that the automatic stay is hereby modified to permit Colonial, to proceed on its *lis pendens* action commenced in the Circuit Court for the Prince George's County against American Home Mortgage AKA American Home Mortgage Corp. for the purpose of clearing title to the property located at 234 Emmitsburg Road Thurmont, MD 21788; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Colonial to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

ORDERED that Colonial will take the necessary steps to ensure that the relief it sought in the original complaint concerning costs and fees will not be prosecuted, and the Plan

Trust's rights regarding any violation of the automatic stay are expressly preserved; and it is further

ORDERED that this Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: November 4, 2016

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE