UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 11244** |

------------------------------------------------------------x

### ORDER GRANTING THE MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND <u>DESTRUCTION OF DOCUMENTS AND RECORDS</u>

Upon consideration of the Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Abandonment and Destruction of Documents and Records (the "<u>Motion</u>")[1]; and upon the Declaration of Steven D. Sass in Support of the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and finding good and sufficient cause to grant the Motion as set forth herein; and good and adequate notice of the Motion having been given; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that any party seeking (a) that certain database identified as the Ambac database in the Declaration of Steven D. Sass dated October 29, 2015 [D.I. 11157] (the "<u>Ambac Database</u>") (b) certain policies, procedures and guidelines of the Debtors contained on two CDs (the "<u>Underwriting CDs</u>") which CDs contain all known underwriting guidelines the Plan Trustee has located on the Debtors' intranet system in response to subpoenas and/or (c) copies of electronic loan files maintained in the Debtors' PaperVision

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

system (the "Loan Files") must, except as otherwise stated at the hearing on the Motion, on or prior to December 31, 2016: (i) issue a valid subpoena to the Plan Trust or the Debtors seeking the Ambac Database, the Underwriting CDs and/or certain Loan Files ; (ii) provide the Plan Trust with information sufficient to locate Loan Files (including American Home loan numbers or borrower name and address) if such party is seeking Loan Files; and (iii) agree to pay the costs associated with producing such requested documents and files (such parties the "Complying Document Requesters"); provided however that nothing set forth herein shall limit or impair in anyway the Plan Trustee's rights to object to any subpoena; and it is further

**ORDERED**, that the Plan Trustee is immediately authorized to abandon and destroy or otherwise dispose of the Remaining Records except for the Ambac Database, the Underwriting CDs and the Loan Files (the "Preserved Documents"); and it is further

**ORDERED**, that the Plan Trustee is authorized to abandon and destroy or otherwise dispose of the Preserved Documents as soon as the Plan Trustee has complied with any subpoenas issued in compliance with this order; and it is further

**ORDERED**, that the Plan Trustee is authorized to destroy documents pursuant to this Order in a manner consistent with the standard set forth in 16 C.F.R. § 682.3 and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

**ORDERED**, that the Plan Trustee shall serve this Order on the list of addresses of plaintiff's counsel in certain mortgage related litigations to which Morgan Stanley Mortgage Capital Holdings, LLC ("Morgan Stanley") or its affiliates are parties (collectively, the "MS Plaintiffs") which Morgan Stanley has provided to the Plan Trustee; and it is further

ORDERED, that any objections relating to the abandonment and destruction of the Remaining Records in accordance with this Order are hereby overruled; and it is further

ORDERED, that the Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation of this Order.

Dated: November 7, 2016

_____
HON. CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE