# SIGN-IN SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047

**COURTROOM LOCATION:** 6  
**DATE:** 11/7/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Carlo Colagiacomo *telephonic<br>Juan Carlos Sanchez | American Home Mortgage<br>Robbins Geller Rudman & Dowd | The Plan Trust<br>Royal Park Investments |
| Sean Beach | Young Conaway Stargatt & Taylor | Plan Trust |
| Edward Schnitzer | Hahn & Hessen | " |
| Joseph Orbach | " | " |
| Brian Arban | Hiller & Arban | FDIC |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**