# EXHIBIT A

Prospectus
November 28, 2006



Citicorp Mortgage Securities, Inc.   CitiMortgage, Inc.
(*Depositor*)                          (*Sponsor*)

# CMALT
## (CitiMortgage Alternative Loan Trust), Series 2006-A6 (*Issuing Entity*)

## $492,061,485 (approximate) Senior and Subordinated REMIC Pass-Through Certificates

The certificates are backed by pools of residential first-mortgage loans. The certificates represent obligations of the Issuing Entity only, and do not represent obligations of or interests in the Depositor, the Sponsor, or any of their affiliates. Principal and interest on the certificates will be distributed monthly, beginning December 26, 2006. Class IA-2 will benefit from a yield maintenance agreement with Bear Stearns Financial Products Inc.

The Underwriter has committed to purchase all of the offered certificates (other than the ratio-stripped IO class certificates) from the Depositor. The purchase price for the certificates purchased by the Underwriter will be set by the Underwriter or negotiated by the purchaser and the Underwriter at the time of sale. Total proceeds to the Depositor for the certificates purchased by the Underwriter will be approximately $489,152,641, plus accrued interest from November 1, 2006 to the closing date. The remaining offered certificates will be transferred by the Depositor to the Sponsor as partial consideration for the purchase of the mortgage loans. The Sponsor does not intend to list any of the certificates on a national securities exchange or the Nasdaq Stock Market.

*You should read "General risk factors" beginning on page 40 and "Series risk factors" beginning on page 10 before you purchase any certificates.*

## RBS Greenwich Capital
(*Underwriter*)

*The certificates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency.*

*Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the certificates or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.*

obtained free of charge on CitiMortgage's website by clicking on "Reg AB," selecting "CMSI" under "Shelf," clicking the "Go" button, and selecting the appropriate quarter. **Static pool information under the CMSI heading may not be an appropriate guide for assessing future performance of a series where the pool consists primarily of Alt-A loans**.

Static pool information on the website as of the close of each calendar quarter is posted on the website about the middle of the following month, that is, about the 15th of January, April, July and October. Investors are urged to access the updated information when it becomes available.

Please note that static pool information about pools securitized before 2006 is not deemed to be a part of this prospectus or the registration statement for this prospectus.

### Non-affiliated originators

Approximately the following percentages of mortgage loans (by principal balance) in the pools were originated by organizations not affiliated with CitiMortgage. These organizations originated the mortgage loans under guidelines that are substantially in accordance with CitiMortgage's guidelines for its own originations.

| Pool I | Pool II | Combined |
|---|---|---|
| 57.97% | 60.79% | 58.10% |

None of these organizations originated as much as 10% of the mortgage loans in any pool, except that American Home Mortgage Corp., a subsidiary of American Home Mortgage Investment Corp., and its affiliated companies, headquartered in Melville, New York, originated approximately 30.93% of the mortgage loans in pool I, 33.34% of the mortgage loans in pool II, and 31.04% of the mortgage loans in the combined pool.

### Possible special servicer

CitiMortgage has entered into a special servicing agreement with Credit-Based Asset Servicing and Securitization LLC (*C-BASS*) and Litton Loan Servicing LP (*Litton*). Under the agreement, if C-BASS holds 100% of the outstanding certificates of the then most subordinated class of certificates, C-BASS may designate Litton as the servicer of any mortgage loans that are more than 90 days delinquent and of any mortgaged property owned by the Trust.

The special servicing agreement has been filed as exhibit 4.2 to the registration statement.

### Additional ERISA considerations

The Department of Labor has granted the Underwriter, Greenwich Capital, an administrative exemption, Prohibited Transaction Exemption PTE 90-59, from some of ERISA's prohibited transaction rules and some of the excise taxes imposed by the Internal Revenue Code for the initial purchase, the holding and the subsequent resale by ERISA plans of certificates in pass-through trusts that meet the conditions and requirements of the Underwriter's exemption. The Underwriter's exemption should apply to the acquisition, holding, and resale of the offered certificates by an ERISA plan, provided that specified conditions are met, including

- the acquisition of offered certificates by an ERISA plan is on terms that are at least as favorable to the ERISA plan as they would be in an arm's-length transaction with an unrelated party,
- at the time the ERISA plan acquired the offered certificates, S&P, Fitch or Moody's rated the certificates in one of the four highest generic rating categories,
- the sum of all payments made to the Underwriter in connection with the distribution of the offered certificates represents not more than reasonable compensation for underwriting those certificates, and
- the sum of all payments made to and retained by the servicer represents not more than reasonable compensation for the services provided to the Trust by the servicer and for reimbursement of the servicer's reasonable expenses in providing those services.

The Underwriter's exemption does not apply to the acquisition and holding of offered certificates by ERISA plans sponsored by CMSI, the Underwriter, the Trustee or any of their affiliates. Moreover, the exemption provides relief from certain self-dealing/conflict of interest prohibited transactions only if, among other requirements