# EXHIBIT B

Prospectus Supplement (to Prospectus dated June 28, 2006)

# $538,605,065
# (Approximate)

## DLJ Mortgage Capital, Inc.
Sponsor and Seller

## Credit Suisse First Boston Mortgage Securities Corp.
Depositor

## Wells Fargo Bank, N.A.
Master Servicer

## CSMC Mortgage-Backed Trust 2006-6
Issuing Entity

## CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6

> You should consider carefully the risk factors beginning on page S-16 in this prospectus supplement and page 5 of the accompanying prospectus.
>
> The certificates will represent ownership interests only in the CSMC Mortgage-Backed Trust 2006-6 and will not represent ownership interests in or obligations of the sponsor, the seller, the servicers, the special servicer, the master servicer, the trust administrator, the trustee, the depositor or any of their affiliates.
>
> This prospectus supplement may be used to offer and sell the certificates offered hereby only if accompanied by the prospectus.

Offered Certificates

Twenty-eight classes of the Series 2006-6 Certificates are being offered hereby. You can find a list of the offered certificates together with their designations, initial class principal balances or initial notional amounts, initial pass-through rates and certain other characteristics on pages S-6 through S-9 of this prospectus supplement. Principal and interest, as applicable, on the offered certificates will be paid monthly. The first expected distribution date is July 25, 2006.

The trust will consist primarily of three groups of one-to-four family residential fixed rate, first lien mortgage loans.

Credit Enhancement

The Group D-B Certificates are subordinate to and provide credit enhancement for the Group 1, Group 2, Group 3, Class D-X and Class D-P Certificates. In addition, each class of Group D-B Certificates is subordinate to and provides credit enhancement for each class of Group D-B Certificates with a lower alphanumerical designation to the extent described in this prospectus supplement.

Credit Suisse Securities (USA) LLC, as underwriter, will buy the offered certificates from Credit Suisse First Boston Mortgage Securities Corp., the depositor, at a price equal to approximately 100.5% of their face value, plus accrued interest, as applicable. The depositor will pay the expenses related to the issuance of the certificates from these proceeds. The underwriter will sell the offered certificates purchased by it from time to time in negotiated transactions at varying prices determined at the time of sale.

The CSMC Mortgage-Backed Trust 2006-6 will make multiple REMIC elections for federal income tax purposes.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved the offered certificates or determined that this prospectus supplement or the prospectus is accurate or complete. Any representation to the contrary is a criminal offense.**

Delivery of the offered certificates, other than the Class AR and Class AR-L Certificates, will be made in book-entry form through the facilities of The Depository Trust Company, Clearstream, Luxembourg and the Euroclear System on or about June 29, 2006.

## Credit Suisse
Underwriter

June 28, 2006

**SUMMARY**

The following summary highlights selected information from this prospectus supplement. It does not contain all of the information that you should consider in making your investment decision. To understand the terms of the offered certificates, read this entire prospectus supplement and the entire accompanying prospectus carefully.

| | |
|---|---|
| Title of series | CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6. |
| Sponsor | DLJ Mortgage Capital, Inc., referred to in this prospectus supplement as DLJ Mortgage Capital. |
| Depositor | Credit Suisse First Boston Mortgage Securities Corp. |
| Issuing Entity | CSMC Mortgage-Backed Trust 2006-6, a common law trust formed under the laws of the state of New York, referred to in this prospectus supplement as the trust. |
| Seller | DLJ Mortgage Capital, also referred to in this prospectus supplement as the seller. The seller will make the representations and warranties with respect to the mortgage loans to the trust. |
| Originators | American Home Mortgage Corp., referred to in this prospectus supplement as American Home Mortgage, Credit Suisse Financial Corporation, referred to in this prospectus supplement as CSFC, and DLJ Mortgage Capital. No other originator has originated or acquired more than 10% of the mortgage loans (by aggregate cut-off date principal balance). |
| Servicers | Hemisphere National Bank, referred to in this prospectus supplement as Hemisphere Bank, Select Portfolio Servicing, Inc., referred to in this prospectus supplement as SPS, and Wells Fargo Bank, N.A., referred to in this prospectus supplement as Wells Fargo Bank. |
| Master Servicer | Wells Fargo Bank, also referred to in this prospectus supplement as the master servicer. The master servicer will oversee and enforce the servicing of the mortgage loans by the servicers. |
| Special Servicer | SPS. |
| Trustee | U.S. Bank National Association, referred in this prospectus supplement as U.S. Bank. |
| Trust Administrator | Wells Fargo Bank. |
| Counterparty under the yield maintenance agreements | Credit Suisse International, referred to in this prospectus supplement as CSi or the cap counterparty. |
| Mortgage pool | 2,572 fixed rate mortgage loans with an aggregate principal balance of approximately $546,532,251.46 as of the cut-off date, secured by first liens on one- to four-family residential properties. |
| Cut-off date | June 1, 2006. |
| Closing date | On or about June 29, 2006. |
| Distribution dates | The 25th day of each month, or if the 25th day is not a business day, on the succeeding business day beginning in July 2006. |
| Form of offered certificates | The offered certificates, other than the Class AR and Class AR-L Certificates, will be book-entry certificates. The Class AR and Class AR-L Certificates will be physical certificates. *See "Description of the Certificates—Book-Entry Registration" in this prospectus supplement.* |

**Additional Information**

The description in this prospectus supplement of the mortgage pool and the mortgaged properties is based upon the mortgage pool as expected to be constituted at the close of business on the cut-off date, as adjusted for the scheduled principal payments due on or before the cut-off date. Prior to the issuance of the offered certificates, mortgage loans may be removed from the mortgage pool as a result of incomplete documentation or otherwise, if the depositor deems that removal necessary or appropriate. A limited number of other mortgage loans may be added to the mortgage pool prior to the issuance of the offered certificates. The depositor believes that the information in this prospectus supplement will be substantially representative of the characteristics of the mortgage pool as it will be constituted at the time the offered certificates are issued although the range of mortgage rates and maturities and some other characteristics of the mortgage loans in the mortgage pool may vary.

The credit score tables included among the foregoing tables show the credit scores, if any, that the originators or underwriters of the mortgage loans collected for some mortgagors. Third-party credit reporting organizations provide credit scores as an aid to lenders in evaluating the creditworthiness of borrowers. Although different credit reporting organizations use different methodologies, higher credit scores generally indicate greater creditworthiness. However, credit scores do not necessarily correspond to the probability of default over the life of the related mortgage loan because they reflect past credit history, rather than an assessment of future payment performance. In addition, the credit scores shown were collected from a variety of sources over a period of weeks or months, and the credit scores do not necessarily reflect the credit scores that would be reported as of the date of this prospectus supplement. Credit scores also only indicate general consumer creditworthiness, and credit scores are not intended to specifically apply to mortgage debt. Therefore, credit scores should not be considered as an accurate predictor of the likelihood of repayment of the related mortgage loans.

A current report on Form 8-K will be available to purchasers of the offered certificates and will be filed, together with the pooling and servicing agreement, with the Securities and Exchange Commission after the initial issuance of the offered certificates.

## ORIGINATORS

**General**

DLJ Mortgage Capital acquired 53.22%, CSFC originated or acquired 17.84% and American Home Mortgage originated or acquired 10.49% of the mortgage loans (by Cut-off Date Principal Balance). No other originator originated or acquired more than 10% of the mortgage loans (by Cut-off Date Principal Balance).

*Underwriting Standards*

The mortgage loans have been purchased by the seller from various banks, savings and loan associations, mortgage bankers (which may or may not be affiliated with the seller) and other mortgage loan originators and purchasers of mortgage loans in the secondary market. The mortgage loans were originated generally in accordance with the underwriting criteria described herein.

The underwriting standards applicable to the mortgage loans typically differ from, and are, with respect to a substantial number of mortgage loans, generally less stringent than, the underwriting standards established by Fannie Mae or Freddie Mac primarily with respect to original principal balances, loan-to-value ratios, borrower income, required documentation, interest rates, borrower occupancy of the mortgaged property and/or property types. To the extent the programs reflect underwriting standards different from those of Fannie Mae and Freddie Mac, the performance of the mortgage loans thereunder may reflect higher delinquency rates and/or credit losses. In addition, certain exceptions to the underwriting standards described herein are made in the event that compensating factors are demonstrated by a prospective borrower. Neither the depositor nor any affiliate, including DLJ Mortgage Capital, has re-underwritten any mortgage loan.

Generally, each mortgagor will have been required to complete an application designed to provide to the original lender pertinent credit information concerning the mortgagor. As part of the description of the mortgagor's financial condition, the mortgagor will have furnished information with respect to its assets, liabilities, income (except as described below), credit history, employment history and personal information, and furnished an