# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2016, I caused copies of the foregoing Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Seeking Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 to be served by (i) first class mail, postage pre-paid, upon the parties listed on the attached matrix and (ii) electronic mail upon the parties listed below.

| Name | Firm | E-mail |
| --- | --- | --- |
| Sean M. Beach, Esquire | Young, Conaway, Stargatt & Taylor, LLP | sbeach@ycst.com |
| Mark S. Indelicato, Esquire | Hahn & Hessen LLP | mindelicato@hahnhessen.com |
| Edward L. Schnitzer, Esquire | Hahn & Hessen LLP | eschnitzer@hahnhessen.com |
| Joseph Orbach, Esquire | Hahn & Hessen LLP | jorbach@hahnhessen.com |
| Mark Kenney, Esquire | Office of the United States Trustee | mark.kenney@usdoj.gov |
| Evan A. Kubota, Esquire | Paul, Weiss, Rifkind Wharton & Garrison LLP | ekubota@paulweiss.com |

Dated: November 11, 2016  /s/ **Brian Arban**
Wilmington, Delaware

Brian Arban (DE No. 4511)
Hiller & Arban, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com