Sean M. Beach, Esquire
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801

Evan A. Kubota, Esquire
Paul, Weiss, Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Joseph Orbach, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Citicorp Mortgage Securities, Inc.
Attn: Officer, Director, or Agent for Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801