# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2016, I caused copies of the foregoing Motion to Shorten Time to be served by (i) first class mail, postage pre-paid, upon the parties listed on the attached matrix and (ii) electronic mail upon the parties listed below.

| Name | Firm | E-mail |
| --- | --- | --- |
| Sean M. Beach, Esquire | Young, Conaway, Stargatt & Taylor, LLP | sbeach@ycst.com |
| Mark S. Indelicato, Esquire | Hahn & Hessen LLP | mindelicato@hahnhessen.com |
| Edward L. Schnitzer, Esquire | Hahn & Hessen LLP | eschnitzer@hahnhessen.com |
| Joseph Orbach, Esquire | Hahn & Hessen LLP | jorbach@hahnhessen.com |
| Mark Kenney, Esquire | Office of the United States Trustee | mark.kenney@usdoj.gov |
| Evan A. Kubota, Esquire | Paul, Weiss, Rifkind Wharton & Garrison LLP | ekubota@paulweiss.com |

Dated: November 11, 2016     /s/ Brian Arban
       Wilmington, Delaware    Brian Arban (DE No. 4511)
                                                  HILLER & ARBAN, LLC
                                                  1500 North French Street, 2nd Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 442-7676 telephone
                                                  barban@hillerarban.com

{G0030460.1}