IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS), *et seq.*<br>(Jointly Administered)<br><br>Re: Dkt. No. 11268 |

## ORDER ON MOTION TO SHORTEN TIME

UPON CONSIDERATION OF the Motion to Shorten Time (the "Motion to Shorten") filed by counsel for the FDIC as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank (the "Movant"), IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Seeking Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 (D.I. 11268) (the "Motion") will commence on ___11/21___ at _12_ a.m. (p.m.) (the "Hearing").

3. Objections and Responses to the Motion are to be filed no later than at the hearing. No written objection is required.

~~4. Movant may file a Reply not later than _____.~~

{G0030460.1}

5. Movant shall forthwith serve a copy of this Order upon (i) counsel for the Debtors; (ii) counsel to the Plan Trustee; (iii) CMSI and its counsel; and (iv) the Office of the United States Trustee.

Dated: __11/15__, 2016
Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE