IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS), *et seq.*<br>(Jointly Administered)<br><br>**Re: Dkt. No. 11272** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2016, I caused copies of the Order Shortening Time (D.I. 11272) to be served by (i) first class mail, postage pre-paid (unless otherwise indicated), upon the parties listed on the attached matrix and (ii) electronic mail upon the parties listed below.

| **Name** | **Firm** | **E-mail** |
|---|---|---|
| Sean M. Beach, Esquire | Young, Conaway, Stargatt & Taylor, LLP | sbeach@ycst.com |
| Mark S. Indelicato, Esquire | Hahn & Hessen LLP | mindelicato@hahnhessen.com |
| Edward L. Schnitzer, Esquire | Hahn & Hessen LLP | eschnitzer@hahnhessen.com |
| Joseph Orbach, Esquire | Hahn & Hessen LLP | jorbach@hahnhessen.com |
| Mark Kenney, Esquire | Office of the United States Trustee | mark.kenney@usdoj.gov |
| Evan A. Kubota, Esquire | Paul, Weiss, Rifkind Wharton & Garrison LLP | ekubota@paulweiss.com |

Dated: November 15, 2016
      Wilmington, Delaware

   **/s/ Brian Arban**
Brian Arban (DE No. 4511)
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

| | | |
|---|---|---|
| Sean M. Beach, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Mark Kenney, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801 | Evan A. Kubota, Esquire<br>Paul, Weiss, Rifkind Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Mark S. Indelicato, Esquire<br>Edward L. Schnitzer, Esquire<br>Joseph Orbach, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | **VIA FIRST CLASS MAIL**<br>**AND HAND DELIVERY**<br>Citicorp Mortgage Securities, Inc.<br>Attn: Officer, Director, or Agent for<br>Service of Process<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |