**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                              Chapter <u> 11 </u>

                                            Case No. <u>07-11047(CSS)</u>, *et seq.*

Debtor:    <u>AMERICAN HOME MORTGAGE HOLDINGS, INC.</u>, *et al.*

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of <u>Kathryn E. Matthews, Esquire</u>
to represent <u>Federal Deposit Insurance Corporation, Receiver for Citizens National Bank and Strategic Bank</u> in this action.

| | |
|---|---|
| Dated: November 15, 2016 | **/s/ Brian Arban (DE Bar No. 4511)** |
| | Firm Name:    HILLER & ARBAN, LLC |
| | Address:       1500 North French Street, 2nd Floor |
| |                    Wilmington, Delaware 19801 |
| | Phone:         (302) 442-7678 |
| | Email:          barban@hillerarban.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Federal Districts of the Southern and Western Districts of New York, and the Federal Appellate Districts of the Second and Ninth Circuit Courts of Appeal, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: November 15, 2016 | **/s/ Kathryn E. Matthews** |
| | Firm Name:    GRAIS & ELLSWORTH LLP |
| | Address:       1211 Avenue of the Americas |
| |                    New York, NY 10036 |
| | Phone:         (212) 755-9823 |
| | Email:          Kmatthews@graisellsworth.com |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.