IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC._, et al.,_<br><br>Debtors.[1] | Chapter 11<br>Case No. 07-11047 (CSS), _et seq._<br>(Jointly Administered) |

**NOTICE OF FILING EXHIBITS IN CONNECTION WITH MOTION OF
THE FDIC AS RECEIVER FOR CITIZENS NATIONAL BANK AND THE
FDIC AS RECIEVER FOR STRATEGIC CAPITAL BANK FOR AN ORDER
<u>APPROVING LIMITED DISCOVERY PURSUANT TO FED. R. BANKR. P. 2004</u>**
_(relates to Docket No. 11268)_

PLEASE TAKE NOTICE that on November 11, 2016, the Federal Deposit Insurance Corporation as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank (collectively, the "FDIC"), filed a Motion for an Order Approving Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 (the "Motion") (Docket No. 11268) in the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that, in connection with the relief requested in the Motion, and in the event this Court grants the Motion, Citicorp Mortgage Securities, Inc. and the FDIC have agreed upon a [Proposed] Stipulation and Order Governing the Treatment of Confidential and Highly Confidential Discovery Material (the "Proposed Confidentiality Order"), attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that the Plan Trustee and the Office of the United States Trustee have indicated their non-objection to the Proposed Confidentiality Order solely as to its form.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

{G0030680.1}

PLEASE TAKE FURTHER NOTICE that, in the event that this Court grants the relief requested in the Motion, the FDIC intends to present a revised proposed order (the "Revised Proposed Order") in connection therewith and attached hereto as **Exhibit B**. A comparison of the Revised Proposed Order with the one originally submitted with the Motion is attached hereto as **Exhibit C**.

| | |
|---|---|
| Dated: November 18, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>HILLER & ARBAN, LLC<br><br>**/s/ Brian Arban**<br>Adam Hiller (DE No. 4105)<br>Brian Arban (DE No. 4511)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 442-7676 telephone<br>ahiller@hillerarban.com<br>barban@hillerarban.com<br><br>-and-<br><br>GRAIS & ELLSWORTH LLP<br>David J. Grais, Esq.<br>Kathryn E. Matthews, Esq.<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel. (212) 755-0100<br>Fax (212) 755-0052<br><br>*Counsel to FDIC as Receiver Citizens National Bank and FDIC as Receiver for Strategic Capital Bank* |

---

[2] On November 17, 2016, the Plan Trustee filed a formal response to the actual relief requested in the Motion [Docket No. 11277].