IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11
In re:                                                                  :
                                                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :
a Delaware corporation, et al.,[1]                                      :   Jointly Administered
                                                                        :
       Debtors.                                                         :
------------------------------------------------------------------------ x

## SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 21, 2016 AT 12:00 P.M. (ET)

### *CONTESTED* MATTER GOING FORWARD

1.  Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Approving Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 [D.I. 11268, 11/11/16]

    Objection Deadline:  November 21, 2016 at 12:00 p.m. (ET)

    Related Document:

    a)  Order on Motion to Shorten Time [D.I. 11272, 11/15/16]

    Objections Filed:

    b)  Plan Trustee's Response to Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Approving Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 [D.I. 11277, 11/17/16]

    **Additional Related Document:**

    **c)  Notice of Filing Exhibits in Connection with Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Approving Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 [D.I. 11279, 11/18/16]**

    Status: This matter will be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amendments appear in bold.**

| | |
|---|---|
| Dated: November 18, 2016 | |
| Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
*Co-Counsel to the Plan Trustee*