# SIGN-IN SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047
**COURTROOM LOCATION:** 6
**DATE:** 11/21/2016 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Travis Buchanan | YCST | Plan Trustee |
| Sean Beach | YCST | Plan Trustee |
| Ed Schnitzer | Hahn + Hessen | Plan Trustee |
| Bun Arson | Miles & Aron | FDIC |
| Kanaga Matthew | Gross & Ellsworth | " " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/21/2016
Calendar Time: 12:00 PM ET

*Amended Calendar 11/21/2016 07:26 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 7980024 | Joseph Orbach | (212) 478-7396 | Hahn & Hessen LLP | Trustee, American Home Mortgage / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 7979378 | Lynn Smalley | (410) 461-3348 | Lynn Smalley - Client | Client, Lynn Smalley / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.