IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS), *et seq.*<br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 11284, 11285** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2016, I caused copies of the (1) Stipulation and Order Governing the Treatment of Confidential and Highly Confidential Discovery Material (D.I. 11284) and (2) Order Approving Motion of the FDIC as Receiver for Citizens National Bank and the FDIC as Receiver for Strategic Capital Bank for an Order Approving Limited Discovery Pursuant to Fed. R. Bankr. P. 2004 (D.I. 11285) to be served by (i) first class mail, postage pre-paid (unless otherwise indicated), upon the parties listed on the attached matrix and (ii) electronic mail upon the parties listed below.

| **Name** | **Firm** | **E-mail** |
|---|---|---|
| Sean M. Beach, Esquire | Young, Conaway, Stargatt & Taylor, LLP | sbeach@ycst.com |
| Mark S. Indelicato, Esquire | Hahn & Hessen LLP | mindelicato@hahnhessen.com |
| Edward L. Schnitzer, Esquire | Hahn & Hessen LLP | eschnitzer@hahnhessen.com |
| Joseph Orbach, Esquire | Hahn & Hessen LLP | jorbach@hahnhessen.com |
| Mark Kenney, Esquire | Office of the United States Trustee | mark.kenney@usdoj.gov |
| Evan A. Kubota, Esquire | Paul, Weiss, Rifkind Wharton & Garrison LLP | ekubota@paulweiss.com |

Dated: November 23, 2016
       Wilmington, Delaware

 /s/ **Brian Arban**
Brian Arban (DE No. 4511)
HILLER & ARBAN, LLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

| | | |
|---|---|---|
| Sean M. Beach, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Mark Kenney, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801 | Evan A. Kubota, Esquire<br>Paul, Weiss, Rifkind Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Mark S. Indelicato, Esquire<br>Edward L. Schnitzer, Esquire<br>Joseph Orbach, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | **VIA FIRST CLASS MAIL**<br>**AND HAND DELIVERY**<br>Citicorp Mortgage Securities, Inc.<br>Attn: Officer, Director, or Agent for<br>Service of Process<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |