## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 23, 2016, I caused copies of the foregoing

Notice to be served by first class mail, postage pre-paid upon the parties listed on the attached

matrix.


Dated: November 23, 2016        **/s/ Brian Arban**
         Wilmington, Delaware         Brian Arban (DE No. 4511)
         Hiller & Arban, LLC
         1500 North French Street, 2nd Floor
         Wilmington, Delaware 19801
         (302) 442-7676 telephone
         barban@hillerarban.com