| | | |
|---|---|---|
| Sean M. Beach, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Mark Kenney, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801 | Evan A. Kubota, Esquire<br>Paul, Weiss, Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Mark S. Indelicato, Esquire<br>Edward L. Schnitzer, Esquire<br>Joseph Orbach, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Citicorp Mortgage Securities, Inc.<br>Attn: Officer, Director, or Agent for Service of Process<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |