# Notice Recipients

District/Off: 0311−1　　　　User: Brandon　　　　Date Created: 11/28/2016
Case: 07−11047−CSS　　　　Form ID: ntcBK　　　　Total: 25

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Curtis J Crowther | bankfilings@ycst.com |
| aty | Donald J. Bowman, Jr. | bankfilings@ycst.com |
| aty | Edward J. Kosmowski | ed@kosmowskilaw.com |
| aty | Edwin J. Harron | bankfilings@ycst.com |
| aty | Erin Edwards | bankfilings@ycst.com |
| aty | James L. Patton | bankfilings@ycst.com |
| aty | Joel A. Waite | bankfilings@ycst.com |
| aty | Kara Hammond Coyle | bankfilings@ycst.com |
| aty | Kenneth J. Enos | bankfilings@ycst.com |
| aty | Margaret Whiteman Greecher | bankfilings@ycst.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Matthew Barry Lunn | bankfilings@ycst.com |
| aty | Michael S. Neiburg | bankfilings@ycst.com |
| aty | Nathan D. Grow | bankfilings@ycst.com |
| aty | Patrick A. Jackson | Patrick.jackson@dbr.com |
| aty | Pauline K. Morgan | bankfilings@ycst.com |
| aty | R. Karl Hill | khill@svglaw.com |
| aty | Robert S. Brady | bankfilings@ycst.com |
| aty | Ryan M. Bartley | bankfilings@ycst.com |
| aty | Sean Matthew Beach | bankfilings@ycst.com |
| aty | Sharon M Zieg | bankfilings@ycst.com |
| aty | Travis N. Turner | bankfilings@ycst.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | American Home Mortgage Holdings, Inc. | 538 Broadhollow Road | Melville, NY 11747 |
| aty | Quinn Emanuel | Quinn Emanuel Urquhart Oliver & Hedges | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2