# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1]

Debtors.

----------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)

(Jointly Administered)

## NOTICE AND REQUEST FOR REMOVAL FROM MATRIX

PLEASE TAKE NOTICE that René S. Roupinian and Jack A. Raisner of Outten & Golden LLP serve notice and request that their names be removed from the mailing matrix and all service lists in the case.

Dated: December 14, 2016

Respectfully submitted,

/s/ René S. Roupinian
René S. Roupinian
OUTTEN & GOLDEN LLP
685 Third Avenue, 24th Floor
New York, NY 10017
Telephone: (212) 245-1000
Email: rsr@outtengolden.com
Email: jar@outtengolden.com

*Counsel for the Plaintiffs and the Certified Class*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

703159.011-1680375.1