IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.[1], a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. Nos. 11245, 11261 |

## CERTIFICATION OF COUNSEL

On October 14, 2016, the Plan Trustee filed the *Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 of the Bankruptcy Code (I) authorizing Second Distribution ot Holders of Allowed General Unsecured Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of Certain Plan Provisions and Court Orders* (the "Motion"). Attached as Exhibit A to the Motion was a proposed form of order (the "Proposed Order"). Exhibit C to the Motion was a chart of undeliverable and uncashed distributions.

An order was entered granting the Motion on November 4, 2016, [D.I. 11261] (the "Order"). The Order provided that the Claims identified on Exhibit C to the Motion were expunged and that any reserved or allocated funds related thereto should be reallocated to the Plan Trust. However, based on requests from, and further information provided by, certain claimants identified on Exhibit C to the Motion, the Plan Trustee determined that such Claims should not be expunged and should continue to be entitled to Distributions in accordance with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

the Plan. As such, the Plan Trustee is requesting an amendment, and partial vacating, of the Order solely to authorize and direct that certain Claims be reinstated.

WHEREFORE, the Plan Trustee respectfully requests that the order, amending the prior Order, substantially in the form attached hereto as Exhibit A (the "Amendment Order"), be entered at the earliest convenience of the Court.

Dated: December 15, 2016
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

AMENDMENT ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*[1],             :
                                                                 :   Jointly Administered
   Debtors.                                        :
---------------------------------------------------------------- sb  **Ref. Nos. 11245, 11261**
                                                                 x

**ORDER AMENDING THE ORDER PURSUANT TO §§ 105 AND 1142 OF THE BANKRUPTCY CODE (I) AUTHORIZING SECOND DISTRIBUTION TO HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS AND (II) GRANTING RELATED RELIEF, INCLUDING CLARIFICATION OF THE PLAN AND ENFORCEMENT OF CERTAIN PLAN PROVISIONS AND COURT ORDERS**

Upon the motion [D.I. 11245] (the "Motion")[2] of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors"), for entry of an order, pursuant to Articles 14(A)(8), 14(A)(12), and 14(P) of the Plan and sections 105(a) and 1142 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), (i) authorizing the Plan Trustee to make a second distribution to holders of Allowed General Unsecured Claims, and (ii) granting related relief; and the Court having entered the order on the Motion [D.I. 11261] (the "Order"); and the Plan Trustee having submitted a certification of counsel requesting an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

amendment to the Order (the "Amendment Order"); and it appearing that sufficient notice of the Motion and the request to amend the Order has been given, and it appearing that the relief requested is in the best interest of the Plan Trust, the Plan Trustee, the Debtors, their Estates, and all other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Order is hereby amended and, to the extent necessary, vacated solely to authorize and direct that the Claims listed on Exhibit 1, annexed hereto, shall not be deemed disallowed, expunged, satisfied or released pursuant to the terms of the Order as a result of being included on Exhibit C to the Motion.

2. The Plan Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Amendment Order, including authorization to make catch-up Distributions to the claimants listed on Exhibit 1.

3. This Amendment Order shall be effective immediately upon its docketing notwithstanding any stay of effectiveness that would otherwise apply per the Federal Rules of Bankruptcy Procedure or local rules governing this Court and except for the limited amendment to the Order set forth herein, the Order remains in full force and effect.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Amendment Order.

Dated: Wilmington, Delaware
_____, 2016

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

01:21272562.2

**Exhibit I**

| Name | Claim/Schedule | Check Date | Check # | Check/wire Amount |
|---|---:|---|---:|---:|
| 115 RIVER ROAD LLC | 8815 | 5/21/2015 | 10599 | $ 51.63 |
| BUCARO, LAURA | 751020410 | 10/15/2013 | 1385 | $ 516.46 |
| CADRE GROUP, LLC | 4 | 5/21/2015 | 10101 | $ 183.55 |
| LEMPERT, LANA | 751081580 | 10/15/2013 | 2762 | $ 766.03 |
| MEACHAM, LORI E | 751089710 | 10/15/2013 | 3024 | $ 259.05 |
| ORLANS ASSOCIATES PC | 10405 | 5/21/2015 | 10708 | $ 2,460.04 |
| PALMER, STEVEN C (CHRIS) | 751103080 | 06/24/2015 | 6851 | 682.47 |
| PIERCE, DEBBIE | 751106130 | 10/15/2013 | 3396 | $ 983.92 |
| PIERCE, LISA | 2049 | 10/15/2013 | 3397 | $ 630.63 |
| SHADE, VELVET D | 751124920 | 10/15/2013 | 3782 | $ 746.87 |
| SUN LIFE ASSURANCE COMPANY OF CANADA- US | 8525.01 | 5/21/2015 | 11106 | $ 1,456.27 |
| SWEARINGEN REALTY GROUP | 7763 | 5/15/2015 | 10487 | $ 245.25 |
| USDA RURAL DEVELOPMENT | 9788 | 5/21/2015 | 10658 | $ 476.98 |
| VENTURA, LEILAROSE C (LEILA) | 1998 | 10/15/2013 | 4138 | $ 778.50 |
| WEBER, LINDA | 751147800 | 10/15/2013 | 4201 | $ 1,271.06 |