# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*[1],             :
                                                                 :   Jointly Administered
       Debtors.                                                  :
---------------------------------------------------------- sb       **Ref. Nos. 11245, 11261**
                                                                 x

### ORDER AMENDING THE ORDER PURSUANT TO §§ 105 AND 1142 OF THE BANKRUPTCY CODE (I) AUTHORIZING SECOND DISTRIBUTION TO HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS AND (II) GRANTING RELATED RELIEF, INCLUDING CLARIFICATION OF THE PLAN AND ENFORCEMENT OF CERTAIN PLAN PROVISIONS AND COURT ORDERS

Upon the motion [D.I. 11245] (the "<u>Motion</u>")[2] of Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "<u>Plan</u>") in connection with the chapter 11 cases of the above-captioned debtors (the "<u>Debtors</u>"), for entry of an order, pursuant to Articles 14(A)(8), 14(A)(12), and 14(P) of the Plan and sections 105(a) and 1142 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), (i) authorizing the Plan Trustee to make a second distribution to holders of Allowed General Unsecured Claims, and (ii) granting related relief; and the Court having entered the order on the Motion [D.I. 11261] (the "<u>Order</u>"); and the Plan Trustee having submitted a certification of counsel requesting an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

01:21272562.2

amendment to the Order (the "Amendment Order"); and it appearing that sufficient notice of the Motion and the request to amend the Order has been given, and it appearing that the relief requested is in the best interest of the Plan Trust, the Plan Trustee, the Debtors, their Estates, and all other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Order is hereby amended and, to the extent necessary, vacated solely to authorize and direct that the Claims listed on Exhibit 1, annexed hereto, shall not be deemed disallowed, expunged, satisfied or released pursuant to the terms of the Order as a result of being included on Exhibit C to the Motion.

2. The Plan Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Amendment Order, including authorization to make catch-up Distributions to the claimants listed on Exhibit 1.

3. This Amendment Order shall be effective immediately upon its docketing notwithstanding any stay of effectiveness that would otherwise apply per the Federal Rules of Bankruptcy Procedure or local rules governing this Court and except for the limited amendment to the Order set forth herein, the Order remains in full force and effect.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Amendment Order.

Dated: Wilmington, Delaware
       12/16, 2016

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE