# EXHIBIT 1

Exhibit I

| Name | Claim/Schedule | Check Date | Check # | Check/wire Amount |
|------|---------------|------------|---------|-------------------|
| 115 RIVER ROAD LLC | 8815 | 5/21/2015 | 10599 | $ 51.63 |
| BUCARO, LAURA | 751020410 | 10/15/2013 | 1385 | $ 516.46 |
| CADRE GROUP, LLC | 4 | 5/21/2015 | 10101 | $ 183.55 |
| LEMPERT, LANA | 751081580 | 10/15/2013 | 2762 | $ 766.03 |
| MEACHAM, LORI E | 751089710 | 10/15/2013 | 3024 | $ 259.05 |
| ORLANS ASSOCIATES PC | 10405 | 5/21/2015 | 10708 | $ 2,460.04 |
| PALMER, STEVEN C (CHRIS) | 751103080 | 06/24/2015 | 6851 | 682.47 |
| PIERCE, DEBBIE | 751106130 | 10/15/2013 | 3396 | $ 983.92 |
| PIERCE, LISA | 2049 | 10/15/2013 | 3397 | $ 630.63 |
| SHADE, VELVET D | 751124920 | 10/15/2013 | 3782 | $ 746.87 |
| SUN LIFE ASSURANCE COMPANY OF CANADA- US | 8525.01 | 5/21/2015 | 11106 | $ 1,456.27 |
| SWEARINGEN REALTY GROUP | 7763 | 5/15/2015 | 10487 | $ 245.25 |
| USDA RURAL DEVELOPMENT | 9788 | 5/21/2015 | 10658 | $ 476.98 |
| VENTURA, LEILAROSE C (LEILA) | 1998 | 10/15/2013 | 4138 | $ 778.50 |
| WEBER, LINDA | 751147800 | 10/15/2013 | 4201 | $ 1,271.06 |