# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | ) ) ) ) | |

## NOTICE AND REQUEST FOR REMOVAL FROM MATRIX

**PLEASE TAKE NOTICE** that Denise Seastone Kraft of DLA Piper LLP (US), hereby requests, for the purpose of judicial economy, that her name and email address, denise.kraft@dlapiper.com, be deleted from the Matrix in this case, so that she no longer receives any e-filing notifications, notices, pleadings, applications, complaints, motions or any other documents relating to this case.

Dated:  December 22, 2016

*/s/ Denise S. Kraft*
Denise S. Kraft (Del. Bar No. 2778)
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:  denise.kraft@dlapiper.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

## CERTIFICATE OF SERVICE

    I, Denise S. Kraft, certify that on this 22nd day of December, 2016, I caused to be served copies of the **NOTICE AND REQUEST FOR REMOVAL FROM MATRIX** was electronically filed with the clerk of the court using the CM/ECF system and a copy was served upon the parties listed thereon.

                                                   */s/ Denise S. Kraft*_____
                                                   Denise S. Kraft (Del. Bar No. 2778)