IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 07-11047 (CSS), *et seq.*<br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 11268, 11277, 11279, 11284, 11285** |
|---|---|

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that on January 19, 2017, the Federal Deposit Insurance Corporation, as Receiver for Citizens National Bank and as Receiver for Strategic Capital Bank served a subpoena through Brandywine Process Servers upon American Home Mortgage Holdings, Inc., c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

PLEASE TAKE FURTHER NOTICE that proof of service of this subpoena is attached hereto as **Exhibit 1**.

**[SIGNATURE PAGE FOLLOWS]**

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Dated: January 19, 2017
Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

**/s/ Brian Arban**_________________

Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@hillerarban.com
barban@hillerarban.com

-and-

GRAIS & ELLSWORTH LLP
David J. Grais, Esq.
Kathryn E. Matthews, Esq.
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 755-0100
Fax (212) 755-0052

*Counsel to FDIC as Receiver Citizens National Bank and FDIC as Receiver for Strategic Capital Bank*