# EXHIBIT 1

B 257 (Page 2) [12/01/13]

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __AMERICAN HOME MORTGAGE HOLDINGS, INC.__
on *(date)* __01/19/2017__ .

[✓] I served the subpoena by delivering a copy to the named person as follows: __C/O CORPORATION SERVICE CO.__
__AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (AS REGISTERED AGENT)__

__LYNANNE GARES (auth person)__ on (date) __01/19/2017__ ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the milage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Executed on __01/19/2017__
(Date)

(Signature of Server)

KEVIN S. DUNN
(Printed name and title)
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899  475-2600
(Server's address)

Additional information concerning attempted service, etc.:

B 257