## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 19, 2017, I caused copies of the foregoing Notice to be served by first class mail, postage pre-paid upon the parties listed on the attached matrix.

Dated: January 19, 2017             /s/ **Brian Arban**
       Wilmington, Delaware             Brian Arban (DE No. 4511)
                                                     Hiller & Arban, LLC
                                                     1500 North French Street, 2nd Floor
                                                     Wilmington, Delaware 19801
                                                     (302) 442-7676 telephone
                                                     barban@hillerarban.com