IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.,* DEBTORS. | Case No. 07-11047-CSS (Jointly Administered) |

**NOTICE OF MOTION OF CITIMORTGAGE, INC. FOR AN ORDER AUTHORIZING THE TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

TO:

American Home
Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
U.S. Trustee

Ryan M. Bartley
Sean Matthew Beach
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attorneys for the Debtor

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
Attorney for the Debtor

Patrick A. Jackson
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801
Attorney for the Debtor

Edward J. Kosmowski
The Law Office of Edward J. Kosmowski
2 Mill Road
Suite 202
Wilmington, DE 19806
Attorney for the Debtor

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801
Attorney for the Creditor Committee

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Creditor Committee

  CitiMortgage, Inc., ("Movant") has filed a Motion for Relief from the Automatic Stay which seeks the following relief: an order authorizing Steven D. Sass, the Trustee, to execute and deliver an assignment of mortgage and to the extent applicable, for relief from the automatic stay to exercise Movant's rights and remedies under a mortgage or similar encumbrance with regard to a parcel of real property located at: 53 Beal St, Winthrop, Massachusetts 02152.

  **HEARING ON THE MOTION WILL BE HELD ON <u>2/24/2017</u> AT <u>11:00 A.M.</u>, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801. ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>2/17/2017</u> AT <u>4:00 P.M.</u> EASTERN TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorneys:

Jessica L. Mullenix Woodward
(DE No. 5516)
Atlantic Law Group, LLC
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile

  The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

  The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

  **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 1, 2017        Respectfully submitted,
   Wilmington, Delaware

                 ATLANTIC LAW GROUP, LLC

                 <u>***/s/Jessica L. Mullenix Woodward***</u>
                 Jessica L. Mullenix Woodward (DE No. 5516)
                 Atlantic Law Group, LLC
                 913 North Market Street, Suite 1011
                 Wilmington, Delaware 19801
                 302-339-8800 telephone
                 302-213-0043 facsimile
                 jwoodward@atlanticlawgrp.com
                 *Attorneys for Movant*