# EXHIBIT A

# ASSIGNMENT OF MORTGAGE

American Business Mortgage Services Inc., holder of that certain mortgage from Anthony R. Rosati to American Business Mortgage Services, Inc., dated April 7, 2007, recorded with the Suffolk County Registry of Deeds May 13, 2003 in Book 31424, Page: 85, authorized by order of the court recorded herewith,

hereby assigns all right title and interest in and to said mortgage to Mortgage Electronic Registration Systems, Inc. address is1000 Technology Drive, O'Fallon, MO, 63368, without recourse.

Property Address: 53 Beal St, Winthrop, MA

Executed this ____day of _____ 2017.

American Business Mortgage Services, Inc.


By: _____, duly authorized
Name:
Title:

State of _____, _____

County


On this _____ day of _____, 2017, before me, the undersigned notary public, personally appeared _____, personally known to me, who, being by me duly sworn or affirmed, did say that he/she duly authorized to execute the preceding or attached document for said American Business Mortgage Services, Inc., and acknowledged said instrument to be the voluntary fee act and deed of said American Business Mortgage Services Inc., for its stated purpose.


                                            ___-------------------------------------------
                                            Notary Public:
                                            Commission Expires:_____