EXHIBIT C

# AFFIDAVIT

I, Steven G. Manchini, under oath depose and say as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts with the offices of Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP, located at 220 N. Main Street, Natick, MA 01760.

2. This office represents CitiMortgage, Inc. ("Citi") regarding foreclosure of its mortgage on the property located at 53 Beal Street, Winthrop, Massachusetts (the "Property") from Anthony Roasati and Tania M. Rosati to Mortgage Electronic Registration Systems, Inc., dated July 1, 2008, recorded with the Suffolk County Registry of Deeds in Book 43782, Page 28 (the "2008 Mortgage"), as assigned from Mortgage Electronic Registration Systems, Inc. to CitiMortgage, Inc. by assignment of mortgage dated February 9, 2010, recorded with said Registry in Book 46089, Page 15.

3. Reference is hereby made to a certain mortgage from Anthony R. Roasati to American Business Mortgage Services, Inc. ("ABMS") dated April 7, 2003, recorded with said Registry in Book 31424, Page 85 (the "2003 Mortgage").

4. A release of the 2003 Mortgage was executed by Mortgage Electronic Registration Systems, Inc. ("MERS") on January 30, 2003, and was recorded with said Registry in Book 33805, Page 196 (the "Release"). The Release is insufficient to clear the 2003 Mortgage as a matter of record title because there is no recorded assignment of the 2003 Mortgage from ABMS to MERS, i.e., the Release is not by the holder of record title.

5. I searched the 2003 Mortgage on the MERS ServicerID system and it disclosed that the status as "Inactive" and that the last servicer was JPMorgan Chase Bank, N.A. f/k/a EMC ("Chase"). Please see MERS search result attached hereto as Exhibit A.

6. I requested that MERS provide the missing assignment from ABMS to MERS so that same could be recorded to clear the 2003 Mortgage from the recorded title. I received the attached response, effectively advising that MERS did not have the sought document and to seek same from Chase and from the trustee of the ABMS bankruptcy. Please see copy of correspondence attached hereto as Exhibit B.

7. I requested that Chase provide the missing assignment from ABMS to MERS so that same could be recorded to clear the 2003 Mortgage from the recorded title. I received the attached responses, effectively advising that the loan is purged from their system and they

1

are researching the matter. Please see copy of correspondence attached hereto as Exhibit C.

8. I have followed up with Chase via telephone and electronic mail on numerous occasions seeking the missing assignment from ABMS to MERS, evidence thereof, and/or the results of their research. I have received no further response from Chase, however, an updated review of the records of the Suffolk County Registry of Deeds disclosed that Chase recorded an affidavit entitled "Affidavit for Recording Mortgage Servicer Discharge Authority Documents M.G.L. c. 1183, §54C(a)(1)" on August 3, 2016." While insufficient to clear the 2003 Mortgage from record title under the statute, it evidences payoff of the 2003 Mortgage. Please see copy of the Affidavit attached as Exhibit D.

9. I have reviewed the origination file pertaining to the 2008 Mortgage, including the Merge Plus Credit Report of Anthony R. Rosati. The credit report indicates to me that the account secured by the 2003 Mortgage was closed; the account was identified by the original loan amount, the loan date, and loan number as referenced on the Release. Please see copy of the Credit Report attached as Exhibit E.

10. Citi seeks to enforce and foreclose the 2008 Mortgage on the Property pursuant to the statutory power of sale contained therein and other rights as mortgagee, however, given the insufficiently released 2003 Mortgage on record title and Citi's inability to secure the missing assignment from ABMS to MERS from MERS and Chase, Citi does not believe it can deliver clear record or marketable title upon foreclosure.

Signed under the penalties of perjury this _16th_ day of _November_, 2016.


_____
Steven G. Manchini

COMMONWEALTH OF MASSACHUSETTS

County of Middlesex

On this _16_ day of _November_ , 2016, before me, the undersigned notary public, personally appeared the above named Steven G. Manchini, personally known to me to be the person whose name is signed on the preceding instrument, and acknowledged to me that he signed it voluntarily for its stated purpose.


_____
Notary Public: Edward J. Doherty IV
My commission expires: March 11, 2022

2



# The Mortgage Industry's Utility

**www.mers-servicerid.org**

**1 record matched your search:**

MIN: ▮▮▮▮▮▮▮▮▮▮▮    Note Date: 04/07/2003        MIN Status: Inactive

Servicer:  JPMorgan Chase Bank, N.A. fka EMC        Phone: (800) 848-9136
        Monroe, LA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2016 by MERSCORP Holdings, Inc.

## Steven Manchini

| | |
|---|---|
| **From:** | Lien Release <lienrelease@mersinc.org> |
| **Sent:** | Tuesday, December 22, 2015 6:05 PM |
| **To:** | Steven Manchini |
| **Subject:** | RE: TIME IS OF THE ESSENCE; MIN: ███████████ Needed assignment of Mortgage; 53 Beal St., Winthrop, MA 02152; |

This message was sent securely using ZixCorp.

Mr. Mancini:

Thank you for your inquiry. Based on your description, it appears to be MIN ███████████ Unfortunately, MERS is not in a position to produce a document on behalf of American Business Mortgage Services, Inc. any more than you might be.  If ABMS is currently in bankruptcy, as noted below, you will likely have to work with the bankruptcy trustee to get an assignment. It appears that Chase registered the loan on the MERS® System, so Chase will be the correct party to contact for any MERS-related issues.

Thank you.
Lien Release

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

**From:** Steven Manchini [smanchini@cmlaw.net]
**Sent:** Friday, December 18, 2015 2:37 PM
**To:** Lien Release
**Subject:** TIME IS OF THE ESSENCE; MIN: ███████████ Needed assignment of Mortgage; 53 Beal St., Winthrop, MA 02152;

This message was sent securely using ZixCorp.

Good Afternoon,

**TIME IS OF THE ESSENCE** as this office is handling a real estate transaction on the property located at 53 Beal Street, Winthrop, Massachusetts 02152.

Our title exam discloses that a prior mortgage from Anthony R. Rosati to American Business Mortgage Services Inc, (ABMS) dated April 7, 2003, recorded with the Suffolk County Registry of Deeds in Book 31424, Page 85, has not been properly released/discharged.   A release of the mortgage was signed and recorded by Mortgage Electronic Registration Systems Inc. (MERS), recorded in Book 33805, Page 196 (copies attached).   The discharge is currently insufficient to release/discharge the mortgage at this time, however, because there is no assignment of the mortgage from ABMS to MERS located of record.  The missing assignment needs to be recorded to resolve the matter.

Anthony Rosati SS#: ███████

According to a search by the MIN on the MERS Servicer System, the matter is inactive.

All attempts to obtain the needed missing assignment from TD Service Co. and (EMC) Chase Bank have proved unsuccessful.

**Request is hereby made for delivery of the needed assignment of mortgage as soon as possible.  Please contact me if additional information is needed.**

Please also note, ABMS is currently is currently in Bankruptcy, therefore, if the requested assignment cannot be provided for any reason, request is hereby made for evidence of the transfer/assignment of the mortgage from ABMS to MERS, so this office may establish the transfer to the Bankruptcy Court and request assignment from the Court.

Thank you and please advise as soon as possible.

Steve Manchini, Esq.
Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760
Phone: 508-651-7524
Fax: 508-653-0119

----------

IRS CIRCULAR 230 NOTICE
In compliance with IRS requirements, we inform you that any tax advice included in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding the imposition of federal tax penalties or in connection with marketing or promotional materials.

STATEMENT OF CONFIDENTIALITY
This e-mail message is generated from the law firm of Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system, and destroy all copies of this message and any attachments.

------------------------------------------------------------------

This message was secured by ZixCorp[(R)].

------------------------------------------------------------------

This message was secured by ZixCorp[(R)].

**Steven Manchini**

| | |
|---|---|
| **From:** | Libretti, Antonia <Antonia.M.Libretti@jpmchase.com> |
| **Sent:** | Monday, February 29, 2016 10:23 AM |
| **To:** | 'Craig Davenport' |
| **Cc:** | 'Rhonda Addison'; Lien Release Paralegal; Steven Manchini; Blackman, Carrie M; LMTPE REQUESTS; Brooks, Yvonne |
| **Subject:** | RE: Case# ▮▮▮▮▮ TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771 |

Good Morning,

As previously mentioned the requested the original collateral file for this matter was unsuccessful. I have requested that custody research the matter further to try and identify where the file was last released. We were advised that Chase was never in possession of the physical file and when we tried to request the file now it was found unattainable.

Again, this loan is purged from our systems and we are limited to the documents and information that can be located. I am still waiting to hear back on requested research to show the transfer/assignment of the mortgage from ABMS to MERS. I have followed up and I will provide a further update once I hear back on my pending requests.

Best,
Antonia

**Antonia M. Libretti** | Legal Specialist III | Legal Department |
JPMorgan Chase Bank, N.A. | 480 Washington Blvd. 10th Floor, Jersey City, NJ 07310 |
201.273.5672 | antonia.m.libretti@jpmchase.com

**From:** Craig Davenport [mailto:CDavenport@tdsf.com]
**Sent:** Thursday, February 25, 2016 1:06 PM
**To:** Libretti, Antonia
**Cc:** Rhonda Addison; Lien Release Paralegal; smanchini@cmlaw.net; Blackman, Carrie M; LMTPE REQUESTS
**Subject:** Case# ▮▮▮▮▮ TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Good Morning Antonia, I am following up to see what you've determined from your Custodian and Analyst's search/review in this matter?   Your last email below in the thread.     Craig

**Craig Davenport**
Vice President, Operations Lien Release Division
TD Service Company
Direct (714) 480-5661 | (800) 843-0260, ext.  5661 | Fax (714) 541-4608
4000 W. Metropolitan Drive, Suite 400 | Orange, CA  92868

Proprietary And Confidential Communication.  This message contains confidential information intended only for the named individuals.  Disclosure or use of the contents, if you are not the intended recipient, is prohibited by law.  Views and opinions expressed in this message are solely those of the author and do not represent those of the company.

**From:** Steven Manchini [mailto:smanchini@cmlaw.net]
**Sent:** Wednesday, February 10, 2016 11:37 AM
**To:** 'Libretti, Antonia'; Craig Davenport
**Cc:** Rhonda Addison; Lien Release Paralegal; Blackman, Carrie M; LMTPE REQUESTS

**Subject:** RE: Case# ████████TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Thank you for the update Antonia.

Steve

Steve Manchini, Esq.
Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760
Phone: 508-651-7524
Fax: 508-653-0119

IRS CIRCULAR 230 NOTICE
In compliance with IRS requirements, we inform you that any tax advice included in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding the imposition of federal tax penalties or in connection with marketing or promotional materials.

STATEMENT OF CONFIDENTIALITY
This e-mail message is generated from the law firm of Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system, and destroy all copies of this message and any attachments.

**From:** Libretti, Antonia [mailto:Antonia.M.Libretti@jpmchase.com]
**Sent:** Wednesday, February 10, 2016 2:30 PM
**To:** Steven Manchini; 'Craig Davenport'
**Cc:** 'Rhonda Addison'; Lien Release Paralegal; Blackman, Carrie M; LMTPE REQUESTS
**Subject:** RE: Case# 2███████TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Good Afternoon,

This matter was escalated to legal from lien release to assist with an alleged missing assignment of mortgage from American Business Mortgage Services Inc. ABMS" to Mortgage Electronic Registration Systems Inc. "MERS" to validate a release on record with Suffolk County.

I requested the original collateral file for this matter. My request came back unsuccessful and I was advised that the file is unattainable. I have requested that custody research the matter further to try and identify where the file was last released. This loan is purged from our systems and we are limited to the documents and information that can be located.

I have requested my analyst to research whether or not we are in possession of supporting evidence to show the transfer/assignment of the mortgage from ABMS to MERS.

I will provide a further update once I hear back on my pending requests.

Best,
Antonia

**Antonia M. Libretti** | Legal Specialist III | Legal Department |
JPMorgan Chase Bank, N.A. | 480 Washington Blvd. 10th Floor, Jersey City, NJ 07310 |
201.273.5672 | antonia.m.libretti@jpmchase.com

**From:** Steven Manchini [mailto:smanchini@cmlaw.net]
**Sent:** Friday, February 05, 2016 2:04 PM
**To:** 'Craig Davenport'; Lien Release Paralegal; Libretti, Antonia
**Cc:** Rhonda Addison
**Subject:** RE: Case# ███████ TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Thank you both.  Please also be reminded, as specified in my original requests, if Chase is ultimately unable to provide the needed assignment of mortgage, **evidence of transfer/assignment of the mortgage from American Business Mortgage Services Inc. (ABMS) to Mortgage Electronic Registration Systems Inc. is requested as it will be of assistance** as we will utilize same in support of motion for the needed assignment from the trustee in  ABMS' bankruptcy proceeding.

Thank you and please advise as soon as possible as **there is a transaction pending on the property which is being delayed by this matter.**

**Steve**

Steve Manchini, Esq.
Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760
Phone: 508-651-7524
Fax: 508-653-0119

Steve Manchini, Esq.
Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760
Phone: 508-651-7524
Fax: 508-653-0119

IRS CIRCULAR 230 NOTICE
In compliance with IRS requirements, we inform you that any tax advice included in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding the imposition of federal tax penalties or in connection with marketing or promotional materials.

STATEMENT OF CONFIDENTIALITY
This e-mail message is generated from the law firm of Cunningham, Machanic, Cetlin, Johnson, Harney & Tenney, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system, and destroy all copies of this message and any attachments.

**From:** Craig Davenport [mailto:CDavenport@tdsf.com]
**Sent:** Friday, February 05, 2016 2:01 PM
**To:** 'Lien Release Paralegal'; Libretti, Antonia
**Cc:** Steven Manchini; Rhonda Addison; Steven Manchini
**Subject:** RE: Case# ████████ TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Thank you Carrie, we appreciate the response.  We'll give Antonia time to review and respond, have great Weekend.  Craig

**Craig Davenport**
**Vice President, Operations Lien Release Division**
TD Service Company
Direct (714) 480-5661 | (800) 843-0260, ext.  5661 | Fax (714) 541-4608
4000 W. Metropolitan Drive, Suite 400 | Orange, CA  92868

Proprietary And Confidential Communication.  This message contains confidential information intended only for the named individuals.  Disclosure or use of the contents, if you are not the intended recipient, is prohibited by law.  Views and opinions expressed in this message are solely those of the author and do not represent those of the company.

**From:** Lien Release Paralegal [mailto:lien.release.paralegal@jpmchase.com]
**Sent:** Friday, February 05, 2016 10:57 AM
**To:** Craig Davenport; Libretti, Antonia
**Cc:** 'smanchini@cmlaw.net'; Rhonda Addison; Lien Release Paralegal; 'Steven Manchini'
**Subject:** RE: Case# ██████TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Craig, this was sent to Chase in-house counsel.

Antonia, please see the email below for GOLD 558174.

**Carrie M. Blackman**
MB Paralegal/Document Execution/Loan Administration
Core Servicing
780 Kansas Lane, Monroe, LA  71203
318-432-6155 Office
Mail code LA4-3121



**From:** Craig Davenport [mailto:CDavenport@tdsf.com]
**Sent:** Thursday, January 28, 2016 1:47 PM
**To:** Lien Release Paralegal
**Cc:** 'smanchini@cmlaw.net'; Rhonda Addison; Mason, Latorya E
**Subject:** Case# ██████TIME IS OF THE ESSENCE; 53 Beal St., Winthrop, MA 02152; Anthony Rosati; our file 5343/0771

Dear Sir or Madam, we are hoping you can assist with this break in the assignment chain and the invalid released/discharged due to the break. (attached supporting documentation) The homeowner's real estate transaction on their property,  their attorney and the title examiner cannot move forward due to the invalid release/discharge.  We have reached out to your Lien Release Customer Research department at JPMorgan Chase, 780 Kansas Lane Monroe, LA 71203  (chf.ddc.assignments@jpmchase.co), who have exhausted their efforts in repairing the assignment chain and now have forward this matter to your Office; inquire sent by LaTorya Mason at Chase  (see email/thread attached), we understand this inquire just arrived in your office but we are hoping to get quick resolution for the Homeowner.    Your help is greatly appreciated, Craig

Recap of the correspondence to this point:
  "Our title exam discloses that a prior mortgage from Anthony R. Rosati to American Business Mortgage Services Inc, (ABMS) dated April 7, 2003, recorded with the Suffolk County Registry of Deeds in Book 31424, Page 85, has not been properly released/discharged.   A release of the mortgage was signed and recorded by Mortgage Electronic Registration Systems Inc. (MERS), recorded in Book 33805, Page 196 (copies attached).   The discharge is currently insufficient to release/discharge the mortgage at this time, however, because there is no assignment of the mortgage from ABMS to MERS located of record.  The missing assignment needs to be recorded to resolve the matter.  Please also note, ABMS is currently is currently in Bankruptcy, therefore, if the requested assignment cannot be provided for any reason, request

4

is hereby made for evidence of the transfer/assignment of the mortgage from ABMS to MERS, so this office may establish the transfer to the Bankruptcy Court and request assignment from the Court. " Attorney Steven Manchini.

"TD Service Company prepared the release at the request of EMC Mortgage and the use of the current beneficiary of record was directed by EMC. I am reaching out to JPM Chase who acquired EMC for the evidence of the transfer from American Business Mortgage Services, Inc., to Mortgage Electronic Registration Systems, Inc. in hope that the original executed assignment is in there collateral records." Craig Davenport, TD Service Company.

"Your request for assignment has been forwarded to the lien release assignment department for review/completion. The expected service level time for completion by the assignment department is 30 days. Once the assignment is executed it will be delivered back to me and I will prepare a corrective discharge of mortgage. You will be notified by email once this process is completed." LaTorya Mason / Operations Associate / Lien Release Customer Research / JPMorgan Chase / 780 Kansas Lane Monroe, LA 71203.

"The latest updated from the assignment department as of 1-15-16 state that all attempts to locate an authorized agent to execute the assignment have been exhausted. The assignment processor has forwarded the file to the legal and compliance department for resolution. The file will be with the legal department until the issue is resolved. You may contact the legal department for status updates at lien.release.paralegal@jpmchase.com. LaTorya Mason / Operations Associate / Lien Release Customer Research / JPMorgan Chase / 780.

**Craig Davenport**
**Vice President, Operations Lien Release Division**
TD Service Company
Direct (714) 480-5661 | (800) 843-0260, ext. 5661 | Fax (714) 541-4608
4000 W. Metropolitan Drive, Suite 400 | Orange, CA 92868

Proprietary And Confidential Communication. This message contains confidential information intended only for the named individuals. Disclosure or use of the contents, if you are not the intended recipient, is prohibited by law. Views and opinions expressed in this message are solely those of the author and do not represent those of the company.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates (collectively, "JPMC"). This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMC for any loss or damage arising in any way from its use. Please note that any electronic communication that is conducted within or through JPMC's systems is subject to interception, monitoring, review, retention and external production in accordance with JPMC's policy and local laws, rules and regulations; may be stored or otherwise processed in countries other than the country in which you are located; and will be treated in accordance with JPMC policies and applicable laws and regulations. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates (collectively, "JPMC"). This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended

recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMC for any loss or damage arising in any way from its use. Please note that any electronic communication that is conducted within or through JPMC's systems is subject to interception, monitoring, review, retention and external production in accordance with JPMC's policy and local laws, rules and regulations; may be stored or otherwise processed in countries other than the country in which you are located; and will be treated in accordance with JPMC policies and applicable laws and regulations. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates (collectively, "JPMC"). This transmission may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMC for any loss or damage arising in any way from its use. Please note that any electronic communication that is conducted within or through JPMC's systems is subject to interception, monitoring, review, retention and external production in accordance with JPMC's policy and local laws, rules and regulations; may be stored or otherwise processed in countries other than the country in which you are located; and will be treated in accordance with JPMC policies and applicable laws and regulations. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

## Affidavit for Recording Mortgage Servicer Discharge Authority Documents
## M.G.L. c. 183, §54C(a)(1)

Property Address: 53 Beal Street, Winthrop, Massachusetts, 02152

Mortgagor:    Anthony R. Rosati

Original Mortgagee:  American Business Mortgage Services Inc

Mortgage Reference:  Dated: April 7, 2003    Date Recorded: May 13, 2003

In Recorded Land division of the Suffolk Registry of Deeds ("Registry") at
Book 31424, Page 085

Mortgage Servicer: EMC Mortgage LLC f/k/a EMC Mortgage Corporation

I, Arcola Freeman, having personal knowledge of the facts herein stated, hereby certify as follows:

1. I am a duly authorized employee or agent of JPMorgan Chase Bank, N.A., transferee of servicing and authorized signatory on behalf of EMC Mortgage LLC f/k/a EMC Mortgage Corporation.

2. Recorded herewith is a Confirmatory Discharge of the above mortgage from the above Mortgage Servicer, EMC Mortgage LLC f/k/a EMC Mortgage Corporation.

3. A diligent search within the electronic records and other records maintained by JPMorgan Chase Bank, N.A. yields no photocopy of any Assignment of the Note or Mortgage to EMC Mortgage Corporation, f/k/a EMC Mortgage, LLC.

4. Appended hereto is a photocopy of the following:

   a. Payment history records pulled from JPMorgan Chase Bank, N.A.'s system and relating to payment of Anthony R. Rosati mortgage loan account # ███████ to EMC Mortgage Corporation from August 3, 2003 to its payoff in December of 2003.

5. I hereby certify that the photocopies appended hereto are true copies of the original printout of records maintained by JPMorgan Chase Bank, N.A. on behalf of the Mortgage Servicer with respect to the Loan, which have been redacted to exclude confidential information (phone number and social security number).

Re: Rosati, Anthony R.
Loan # ███████

2016 00070539
Bk: 56542 Pg: 38    Page: 1 of 7
Recorded: 08/03/2016 11:29 AM
ATTEST:Thomas M Ryan, Temp Register
Suffolk County Registry of Deeds

10679555.1

Executed under the penalties of perjury this 28 day of July, 2016.

EMC Mortgage LLC
f/k/a EMC Mortgage Corporation

Name: Arcola Freeman
Title:   Vice President

STATE OF LOUISIANA
COUNTY OF OUACHITA

     Then personally appeared before me the above-named Arcola Freeman in his/her capacity as Vice President of EMC Mortgage LLC f/k/a EMC Mortgage Corporation, and made oath that the foregoing statements are true to the best of his/her personal knowledge, information and belief, and that, where based upon information, he/she believes such statements to be true.

Amy Gott - 66896) Notary Public
Lifetime Commission

10679555.1

# Exhibit 1

LN#  ▉▉▉▉▉▉▉  ANTHONY R ROSATI

53 BEAL ST                    WINTHROP          MA 02152

| FIRST MORTGAGE | SECOND MORTGAGE | ESCROW BALANCE | RESTRICTED ESCROW | SUSPENSE BALANCE | ADVANCE BALANCE | REPLACEMENT RESERVE | HUD FUND | LATE CHARGES | INTEREST DUE | DISCOUNT BALANCE | DEFICIT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .00 | .00 | 194.87 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

| FIRST CONSTANT | SECOND CONSTANT | COUNTY TAX | CITY TAX | HAZARD INSURANCE | MIP | LIEN | MONTHLY ESCROW | A & B INS BSC AMT CODE | LIFE INS AMT CODE | REPLACEMENT AMT CODE | MISC AMT CODE | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .00 | .00 | .00 | 220.88 | 71.16 | .00 | 17.31- | 274.73 | .00  0 | .00  0 | .00  0 | .00  0 | 2180.75 |

| HUD PART | 235 FEE | NET PAYMENT | BILL MODE | BANK TRANSIT | CHECKING ACCOUNT NO | PAYMENT FREQUENCY | DISTRIBUTION TYPE | INTEREST RATE | INVESTOR CATEGORY | INVESTOR LOAN NO | TYPE LOAN PLAN | ARM SERVICE FEE | NEXT PYMT NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .00 | .00 | 2,180.75  9 | 00000000 |  | M | 1 | .0775000 | 499 | 001 | 2886059 | 13 | .00000000 | 7 |

| DELQ CNT | BAD CK COUNT | L-C RATE | FHA SECT | FHA CASE NUMBER | MATURITY DATE | LOAN DATE | DUE DATE | STATE COUNTY | CITY OFFICE | MAN NAME | SHORT PHONE NO. | P RK | C F F N A L A E R Y C T N F N M | TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 000-000-000-200 | .00 |  |  |  | 04-33 | 04-07-03 | 11-20-03 | 20 025 | 0202 | EM   8 AR ROSATI |  | G 0 1 0 0 0 0 0 0 | 360 |

| 1ST ORIG MTG | 2ND ORIG MTG | PRIN BAL BEG | INT IND | CAP FLAG | MTGR SSN | DEF INT BAL | PRIOR YR PPD INT | PPD INT IND | GPM DRG |
|---|---|---|---|---|---|---|---|---|---|
| 266,050 | 0 | 265,483.02 | 2 |  |  | 0.00 | 0.00 | 0 | 0 |

ASSUM-DT XFER-DEED FHA-SEC/NUM    LIP PAYOFF PC-TRE-SW YR-ACQ-RPT/DATE    SALE-ID EXEMPT FLDG-LN PMT-OPT CALC-METH RLOC BNKRPCY CH/DT
                              Y/08-14-03  AHF3ABF1

PMT PERIOD  1098-DST-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-RDR-SW  1ST-DUE-DT  RED STAT/COMPL DT
   12             Y                                        Y                                           05-03

ICE CREDIT YTD/M-H SW/M-H BALANCE    ICHE CREDIT YTD/M-H SW/M-H BALANCE    CONSTR CD    FO PURGE FLAG/YR    BKRPT STAT    LAST DEP DUE
       2.03                  .00                                    .00                     *                                        04-33

REC CORP ADV BAL    3RD REC CORP ADV BAL    FORECL WRST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
     75.00-                 .00                                                   P              01-21-04

| DUE DATE | PROC DATE | TY | SQ NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER CFD AMOUNT DCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL-FWD |  |  |  |  |  | 265483.02 |  |  |  |  |  |  |  |  |
| 08-03 | 08-21 | 1 42 | 1 | .00 | 265483.02- | 265483.02 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |  |
|  |  |  |  |  |  |  |  |  |  | BATCH  1 EDIT-SEQ 270180 |  | .00 | .00 | 1 |
| 08-03 | 08-21 | 1 32 | 2 | .00 | .00 | 265483.02 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 37.18-A11 |
|  |  |  |  |  |  |  |  |  |  | BATCH  1 EDIT-SEQ 270178 |  | .00 | .00 | 1 |
| 08-03 | 08-21 | 1 70 | 3 | 865.89 | .00 | 265483.02 | .00 | 865.89 | 865.89 | .00 | .00 | .00 | .00 | 1 |
|  |  |  |  |  |  |  |  |  |  | BATCH 5EL EDIT-SEQ 270183 |  | .00 | .00 | ACTION 0A01 |
| 08-03 | 09-05 | 1 72 | 1 | 2180.75 | 191.44 | 265291.58 | 1714.58 | 274.73 | 1140.62 | .00 | .00 | .00 | .00 | 1 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 09-05-03 L  .66 F |
|  |  |  |  |  |  |  |  |  |  | BATCH 5S2 EDIT-SEQ 153023 |  |  |  |  |
| 09-03 | 09-05 | 1 73 | 2 | 9.95 | .00 | 265291.58 | .00 | .00 | 1140.62 | .00 | .00 | .00 | .00 | 9.95 G1 |
|  |  |  |  |  |  |  |  |  |  | BATCH 5S2 EDIT-SEQ 154320 |  |  |  |  |
| 09-03 | 09-10 | 1 48 | 1 | .00 | .00 | 265291.58 | .00 | .00 | 1140.62 | .00 | .00 | .00 | .00 | 9.95- G1  .31 FG1 |

EMC MORTGAGE CORPORATION
MORTGAGE LOAN HISTORY YEAR TO DATE

12/31/03
PAGE    60316

| DUE DATE | PROC DATE | TP TR | SQ NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER AMOUNTS | CFD OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | BATCH 3JA EDIT-SEQ 158090 | | | | 1 |
| 08-03 | 09-10 | 1 48 | 2 | .00 | 191.44- | 265683.02 | 1714.58- | 274.73- | 865.89 | .00 | .00 | .00 | .00 | | |
| | | | | | | | | | | | BATCH 3JA EDIT-SEQ 168094 | | | | 1 |
| 08-03 | 09-15 | 1 72 | 1 | 2180.75 | 191.44 | 265291.58 | 1714.58 | 274.73 | 1140.62 | .00 | .00 | .00 | .00 | | |
| | | | | | | | | | | | | | | 09-15-03 L | 1 |
| | | | | | | | | | | | | | | .24 F | |
| 09-03 | 09-15 | 1 73 | 2 | 9.93 | .00 | 265291.58 | .00 | .00 | 1140.62 | .00 | BATCH 584 EDIT-SEQ 205295 | | | 9.95 G1 | |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| | | | | | | | | | | | BATCH 584 EDIT-SEQ 207879 | | | | |
| 09-03 | 09-17 | 3 81 | 1 | CHECK #155923 | | | | 924.00- | 216.62 | | PAYEE CD 70229 | | | | |
| | | | | | | | | | | | | | | .12 F | |
| 09-03 | 10-03 | 1 72 | 1 | 2180.75 | 192.68 | 265098.90 | 1713.34 | 274.73 | 491.35 | .00 | .00 | .00 | .00 | | |
| | | | | | | | | | | | | | | 10-03-03 L | 1 |
| | | | | | | | | | | | | | | .39 F | |
| | | | | | | | | | | | | | | 110.54 AA | |
| 10-03 | 10-03 | 1 73 | 2 | 9.95 | .00 | 265098.90 | .00 | .00 | 491.35 | .00 | BATCH 583 EDIT-SEQ 243906 | | | 9.95 G1 | |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| | | | | | | | | | | | BATCH 583 EDIT-SEQ 245537 | | | | |
| 10-03 | 10-08 | 1 48 | 1 | .00 | .00 | 265098.90 | .00 | .00 | 491.35 | .00 | .00 | .00 | .00 | 9.95- G1 | |
| | | | | | | | | | | | | | | .13 P | |
| 09-03 | 10-08 | 1 48 | 2 | .00 | 192.68- | 265291.58 | 1713.34- | 274.73- | 216.62 | .00 | BATCH 304 EDIT-SEQ 242475 | | | | 1 |
| | | | | | | | | | | | .00 | .00 | .00 | 110.54-AA | |
| | | | | | | | | | | | BATCH 304 EDIT-SEQ 242479 | | | | |
| 00-00 | 10-09 | 3 07 | 1 | CHECK #172474 | | | | 80.18- | 136.44 | | PAYEE CD | | | | |
| | | | | | | | | | | | | | | .01 F | |
| 09-03 | 10-10 | 1 72 | 1 | 2180.75 | 192.68 | 265098.90 | 1713.34 | 274.73 | 411.17 | .00 | .00 | .00 | .00 | | |
| | | | | | | | | | | | | | | 10-10-03 L | 1 |
| | | | | | | | | | | | | | | .01 F | |
| | | | | | | | | | | | | | | 110.54 AA | |
| 10-03 | 10-10 | 1 73 | 2 | 9.95 | .00 | 265098.90 | .00 | .00 | 411.17 | .00 | BATCH 584 EDIT-SEQ 154113 | | | 9.95 G1 | |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| | | | | | | | | | | | BATCH 584 EDIT-SEQ 156049 | | | | |
| 10-03 | 10-10 | 1 73 | 3 | 20.00 | .00 | 265098.90 | .00 | .00 | 411.17 | .00 | .00 | .00 | .00 | 20.00 21 | |
| | | | | | | | | | | | BATCH 584 EDIT-SEQ 156050 | | | | |
| 10-03 | 10-15 | 3 13 | 1 | CHECK #177132 | | | | 682.75- | 251.58- | | PAYEE CD 200280202 | | | | |
| | | | | | | | | | | | | | | .11 P | |
| 10-03 | 10-16 | 1 61 | 1 | 251.58 | .00 | 265098.90 | .00 | 251.58 | .00 | 251.58 | BATCH 915 EDIT-SEQ 999999 | | | | 1 |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| 10-03 | 11-04 | 1 52 | 1 | .00 | .00 | 265098.90 | .00 | .00 | .00 | 251.58 | .00 | .00 | .00 | 57.18- 11 | |
| 10-03 | 11-05 | 1 72 | 1 | 2180.75 | 193.92 | 264904.98 | 1712.10 | 274.73 | 274.73 | 251.58 | MFL-ID REGP | | | | |
| | | | | | | | | | | | | | | 11-05-03 L | |
| | | | | | | | | | | | | | | .29-P | |
| 10-03 | 11-05 | 1 68 | 2 | .00 | .00 | 264904.98 | .00 | 251.58- | 23.15 | .00 | BATCH 551 EDIT-SEQ 204534 | | | | 1 |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| | | | | | | | | | | | MFL-ID REGP | | | | |
| | | | | | | | | | | | | | | 251.58 V | |
| 11-03 | 11-05 | 1 73 | 3 | 9.95 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | BATCH 551 EDIT-SEQ 204534 | | | 9.95 G1 | |
| | | | | | | | | | | | .00 | .00 | .00 | | |
| | | | | | | | | | | | BATCH 551 EDIT-SEQ 205197 | | | | |
| 11-03 | 11-13 | 1 32 | 1 | .00 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | 57.18 711 | |

EMC MORTGAGE CORPORATION
MORTGAGE LOAN HISTORY YEAR TO DATE

12/31/03
PAGE   60317

| DUE DATE | PROC DATE | TP TR | SQ NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER AMOUNTS | CPD DCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | BATCH 141 EDIT-SEQ 044899 | | | | |
| 11-03 | 12-05 | 1 52 | 1 | .00 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | 57.18- | 11 |
| 00-00 | 12-22 | 7 66 | 1 | 75.00 PROCES DH4 | .00 | REASON PREC DOC | RECORD FEES | | CORP:SEQ | PAYEE 33R33 | ORIG PAY | | | 75.00 | AA |
| | | | | CHECK # | | | | | | | | | | | |
| 11-03 | 12-22 | 1 73 | 2 | 15.00 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | 15.00 | F1 |
| | | | | | | | | | | | | | | .06 | P |
| | | | | | | | | | | | BATCH 82E EDIT-SEQ 271538 | | | | |
| 11-03 | 12-22 | 1 73 | 3 | 114.36 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | 114.36 | 11 |
| | | | | | | | | | | | BATCH 82E EDIT-SEQ 271539 | | | | |
| 11-03 | 12-22 | 1 73 | 4 | 25.00 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | 25.00 | V1 |
| | | | | | | | | | | | BATCH 82E EDIT-SEQ 271540 | | | | |
| 11-03 | 12-22 | 1 73 | 5 | 268608.84 | .00 | 264904.98 | .00 | .00 | 23.15 | .00 | .00 | .00 | .00 | | 1 |
| | | | | | | | | | | | | | | 268608.84 | N |
| | | | | | | | | | | | | | | 12-22-03 | L |
| | | | | | | | | | | | BATCH 82E EDIT-SEQ 271564 ACTION 121F | | | | |
| 11-03 | 12-22 | 1 81 | 6 | .00 | 264904.98 | | .00 | 3534.17 | 169.69 | 192.84 | .00 | .00 | .00 | | 1 |
| | | | | | | | | | | | | | | 268608.84-W | |
| | | | | | | | | | | | | | | P | AG |
| | | | | | | | | | | | BATCH 82E EDIT-SEQ 271572 | | | | |
| 11-03 | 12-31 | 1 60 | 1 | 2.03 | .00 | .00 | .00 | 2.03 | 194.87 | .00 | .00 | .00 | .00 | 528.52 | |
| REQ-BY TOTALS | | | 280,856.20 | | | | 8,674.19 | | | .00 | | | | 528.52 | |
| Y/E | | | | | 265,483.02 | | | | 1,861.80 | | | | | | |

OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER=INTEREST-PAID TO POOL    K=INT-DUE-PD    P=ACCRUED-IOE/IORE    U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC    H=FEE-AMT    L=PD-THRU-DT    R=UE-INT-AMT    V=ESCROW-ADVANCE    Z=RESTRICTED-ESCROW
C=235-FEE    I=A-B-PD    M=ADVANCE-EFF-DATE    S=CR-LIFE-AMT    W=SUSPENSE    DI=DEFERRED-INT-BAL
F=MISC    J=LIFE-PD    N=ADVANCE-MEMO-AMT    T=ORIG-FEE-AMT    X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD    AC=LIFE-DEF-INT-PD    AD=CHECK-NO    AE=DEFERRED-INT-LTD-PD    AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE    AJ=DEF-INT-ADJ-FLAG    AK=ADV-AMT-RECD    AL=TRAN-SOURCE    AM=IOC-SPEC-INT-PD    AN=NON-REC-CORP-ADV    AP=DATE-STAMP    AQ=TIME-
STAMP    AR=MTGR-REC-CORP-ADV    AS=PREV-POSTED    AT=3RD-REC-CORP-ADV    AY=ADJ YE 1098 IND    AZ=CHOICE3-PD
FEE CODES:    1=LATE-CHARGE    2=BAD-CK-FEE    3=CHG-OWNER-CORP-ADV    AY=ADJ YE 1098 IND    AZ=CHOICE3-PD

## Certificate

I, Adam J. Shub, hereby certify that I am an attorney at law with offices at Preti Flaherty, Beliveau & Pachios, LLP, 60 State Street, Suite 1100, Boston, Massachusetts, and that the facts stated in the foregoing affidavit are relevant to the title to the premises therein described and will be of benefit and assistance in clarifying the chain of title thereto.

Adam J. Shub, Esq. BBO #678498

*Note: This form is to be used only with one-to-four family residential properties.*

Record and Return to:
Lien Release
JPMorgan Chase Bank, N.A.
700 Kansas Lane
Mail Code LA4-3120
Monroe, LA 71203
EMC Loan Number: ██████████

## CONFIRMATORY DISCHARGE OF MORTGAGE
## BY OFF RECORD MORTGAGE SERVICER

**KNOW ALL MEN BY THESE PRESENTS,** that EMC Mortgage LLC f/k/a EMC Mortgage Corporation, servicer of a certain mortgage from **ANTHONY R. ROSATI** to American Business Mortgage Services Inc dated April 7, 2003 and recorded in the Suffolk County Recorded Land Registry of Deeds ("Registry") on May 13, 2003 in <u>Book 31424, Page 085</u> ("Mortgage"), and does hereby acknowledge satisfaction of the same and of the debt thereby secured and, in consideration thereof, it does hereby cancel and discharge said Mortgage.

This Discharge confirms that Release of Mortgage / Deed of Trust executed by Mortgage Electronic Registration Systems, Inc. on January 30, 2004 and recorded in said Registry in Book 33805, Page 196, and is recorded in conjunction with an Affidavit for Recording Mortgage Servicer Discharge Authority Documents of even or near date, attached hereto and recorded herewith. Property located at **53 Beal Street, Winthrop, Massachusetts, 02152**

Witness the due execution hereof on this _27_ day of July, 2016.

EMC Mortgage LLC
f/k/a EMC Mortgage Corporation

Name: Arcola Freeman
Title:  Vice President

STATE OF LOUISIANA
PARISH OF OUACHITA

On July _21_, 2016, before me appeared Arcola Freeman, to me personally known, who did say that he/she is the Vice President of EMC Mortgage LLC f/k/a EMC Mortgage Corporation and that the instrument was signed on behalf of said limited liability company by authority from its members and/or managers, and that he/she acknowledged the instrument to be the free act and deed of said limited liability company.

_____
Amy Gott - 66396, Notary Public
Lifetime Commission



10678469.1

```
--------------------------------------------------------------------------
MERGE PLUS CREDIT REPORT
--------------------------------------------------------------------------
████████████                        ████████████████████████████
████████████                        ████████████
                                    Prepared for: CARNEGIE MORTGAGE - BRANCH 741

Received: Completed: Revised:       Attention/Additional information:
06/10/08  06/10/08

Charges:                            Credit and public record sources:
23.93                               EFX, XPN, TUC, MAN
--------------------------------------------------------------------------
Applicant   ROSATI, ANTHONY R       Soc. Sec. No.                  Age: 45
Co-applicant                        Soc. Sec. No. ████████████
Address     53 BEAL ST              Marital status
            WINTHROP, MA 02152 US   Dependents
Length
--------------------------------------------------------------------------
            Applicant                           Co-applicant
--------------------------------------------------------------------------
Employer                            Employer
Position                            Position
Length                              Length
Income                              Income
Verified                            Verified
--------------------------------------------------------------------------
Account Name/Number (Sources)                    Past due     Last
    Open     High   Payment  Balance MOP Status Rptd 30 60 90+ MR Dlq
--------------------------------------------------------------------------
Accounts under Applicant:
--------------------------
  1. CITI RESIDENTIAL LENDI/████████████ (EFX-180JH22279*,XPN*,TUC*)
   I 12-03   293000    3425    278773 M-1 CURRENT  05-08 04 01 11  53 02-07
     Hist:  05-08 11111111111111121111115           APP
     Lates: 1x90+:6-06 ; 1x30:2-07 ; ADDT'L LATES PRIOR TO 5-06
     REAL ESTATE MORTGAGE
     CONVENTIONAL MORTGAGE
     ACCT TRANSFERRED

  2. CITY OF BOSTON CU/████████████ (EFX-178FC00779,XPN)
   I 08-04    14460     243     10324 I-1 CURRENT  04-08 00 00 00  45
     Hist:  04-08 111111111111111111111            APP
     STUDENT LOAN

  3. CITY OF BOSTON CU/████████████ (EFX-178FC00779,XPN)
   I 08-99     9000     319      8094 I-1 CURRENT  04-08 00 00 00  64
     Hist:  04-08 11111111111111111111             APP
     UNSECURED

  4. CITY OF BOSTON CU/████████████ (EFX-178FC00779,XPN)
   I 07-05    13125     220      7582 I-1 CURRENT  04-08 00 00 00  34
     Hist:  04-08 11111111111111111111111          APP
     AUTO LOAN
```

Page 1 of 6

| Account Name/Number (Sources) | | | | | | | | Past due | | | Last |
| Open | High | Payment | Balance | MOP | Status | Rptd | 30 | 60 | 90+ | MR | Dlq |

**Applicant:**
ROSATI, ANTHONY R

**Prepared for:**
CARNEGIE MORTGAGE - BRANCH

Accounts under Applicant (continued):

```
 5. CITY OF BOSTON CU/          EFX-178FC00779,XPN)
    I 10-07    2000      177    1009 I-1 CURRENT  04-08 00 00 00  7 _ 6mos left
      Hist:  04-08 1111111                              APP
      UNSECURED

 6. DSNB MACYS/          (EFX-636DC26977,XPN,TUC)
    I 03-99    515       0     -0-  R-1 CURRENT  05-08 00 00 00  84
      Hist:  05-08 111111111111111111111111        APP
      CHARGE

 7. NSTAR ELECTRIC/2          XPN-UE0940156*)
    X 02-01   1258      N/A    N/A  0-9 COLL/P&L 01-04 00 00 00  19
      Hist:  01-04 9----------------9            APP
      CHARGE OFF CHRG $1258 CHRG 07-02
      PAID

 8  AM BUS MTGS/          (TUC-F0214C001)
    X 04-03  266050      0     CLOSED M-1 CURRENT  08-03 00 00 00  16
      Hist:  08-03 111111111111111                APP
      ACCT TRANSFERRED

 9. CITY OF BOSTON CU/          FX-178FC00779,XPN)
    I 10-06    2000      0     CLOSED I-1 CURRENT  02-08 00 00 00  17
      Hist:  02-08 1111111111111111               APP
      PAID - CREDIT LINE CLOSED
      UNSECURED
      PAID

10. CITY OF BOSTON CU/          (EFX-178FC00779,XPN)
    I 11-05    2000      0     CLOSED I-1 CURRENT  04-07 00 00 00  18
      Hist:  04-07 1111111111111111               APP
      PAID - CREDIT LINE CLOSED
      UNSECURED
      PAID

11. CITY OF BOSTON CU/          EFX-178FC00779,XPN)
    I 10-04    2000      0     CLOSED I-1 CURRENT  11-06 00 00 00  26
      Hist:  11-06 1111111111111111111111111      APP
      PAID - CREDIT LINE CLOSED
      UNSECURED
      PAID
```

```
--------------------------------------------------------------------
        ███████      Applicant:                   Prepared for:               ██████████
                     ROSATI, ANTHONY R            CARNEGIE MORTGAGE - BRANCH ███
--------------------------------------------------------------------
Account Name/Number (Sources)                                        Past due      Last
     Open      High   Payment   Balance MOP  Status  Rptd  30 60 90+ MR  Dlq
--------------------------------------------------------------------

Accounts under Applicant (continued):
--------------------------------------
 12. CITY OF BOSTON CU/███████████ (EFX-178FC00779,XPN)
     Z 11-03    2000        0    CLOSED I-1 CURRENT  06-05 00 00 00  20
        Hist:  06-05 11111111111111111111               APP
        PAID - CREDIT LINE CLOSED
        UNSECURED
        PAID

 13. CITY OF BOSTON CU/███████████ (EFX-178FC00779,XPN)
     I 11-02    2000        0    CLOSED I-1 CURRENT  06-04 00 00 00  14
        Hist:  06-04 11111111111111               APP
        PAID - CREDIT LINE CLOSED
        UNSECURED
        PAID

 14. CITY OF BOSTON CU/███████████ (EFX-178FC00779,XPN)
     I 11-01    1000        0    CLOSED I-1 CURRENT  06-03 00 00 00   2
        Hist:  06-03 11               APP
        PAID - CREDIT LINE CLOSED
        UNSECURED

 15. DIME SAVINGS BANK/███████████ (XPN-FS1881635*)
     I 09-01  228000      N/A    CLOSED M-1 CURRENT  10-02 01 00 00  14 02-02
        Hist:  10-02 11111111211111               APP
        Lates: 1x30:2-02
        ACCT TRANSFERRED

 16. EMC MORTG/███████████ (EFX-682FM05232*)
     I 04-03  266050        0    CLOSED M-U UNRATED  01-04 01 00 00   2 12-03
        Hist:  01-04 -2               APP
        Lates: 1x30:12-03
        REAL ESTATE MORTGAGE
        CONVENTIONAL MORTGAGE

 17. WASHINGTON MUTUAL HOME/███████████ (EFX-906FM00023*,XPN*,TUC*)
     I 11-01  228000        0    CLOSED M-1 CURRENT  04-03 02 01 00  25 01-03
        Hist:  04-03 11121312111111111-----               APP
        Lates: 1x60:11-02 ; 2x30:1-03,9-02
        FANNIE MAE ACCT
        REAL ESTATE MORTGAGE
        PAID
        CLOSED
```

```
--------------------------------------------------------------------
         ████        Applicant:              Prepared for:
                   D ROSATI, ANTHONY R      CARNEGIE MORTGAGE - BRANCH      ████████
--------------------------------------------------------------------
Account Name/Number (Sources)                                Past due    Last
      Open       High   Payment   Balance MOP  Status  Rptd  30 60 90+ MR Dlq
--------------------------------------------------------------------
```

The following items were deleted from the original credit report:
--------------------------------------------------------------------
  1. BANK OF AMERICA-OPERATIO███(EFX*,XPN-YC1986263*)
     I 07-06    280     N/A          280 Y-9 COLL/P&L 04-07  - - -    9
        Hist: 04-07 99------9                                 APP
        CN: BANK OF AMERICA
        UNPAID
        ACCT SUBMITTED TO COLLECTION COLL 08-06
        PAST DUE PAST $280
        ACCOUNT DELETED AS PER TWANA/CSR/800-709-8625 , AS IT WAS RETURNED TO THE ORIGINAL
CREDITOR

Inquiries made in the last 90 days:
------------------------------------
  1. 05-22-08 FA CREDCO   (TUC-F01207015) (APP)
  2. 05-21-08 CBCINNOVIS  (EFX-843ZB06203) (APP)
  3. 05-21-08 CBCINNOVIS  (XPN-FR0993840) (APP)
  4. 05-21-08 CBCINNOVIS  (TUC-Z00285278) (APP)
  5. 05-02-08 CITY OF BOSTON CU  (XPN-FC1728608) (APP)

                          BUREAU SCORE INFORMATION
                          ------------------------
EFX BEACON 5.0              (APP)= 658 Factor: 00038, 00014, 00018, 00008
     00038 SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
     00014 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
     00018 NUMBER OF ACCOUNTS WITH DELINQUENCY
     00008 TOO MANY INQUIRIES LAST 12 MONTHS

XPN FICO-II                (APP)= 648 Factor:  38,  18,   14,    08
     38 SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
     18 NUMBER OF ACCOUNTS WITH DELINQUENCY
     14 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
     08 TOO MANY INQUIRIES LAST 12 MONTHS

TUC FICO Classic 98        (APP)= 678 Factor:  039,  018,   005,   013
     039 SERIOUS DELINQUENCY
     018 NUMBER OF ACCOUNTS WITH DELINQUENCY
     005 TOO MANY ACCOUNTS WITH BALANCES
     013 TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

Decode Directory Information:
-----------------------------
  1. AM BUS MTGS (TUC-FM0214C001)
     (888)222-5458, 100 EAST PENN SQUA, WANAMAKER BLDG, PHILADELPHIA, PA 19107
  2. AMC MORTGAGE SERVICES (XPN-7900156)
     (800)430-5262, PO BOX 11000, SANTA ANA, CA 92711
  3. AMERICAN STUDENT AST (XPN-1993045)
     (617)426-9434, 100 CAMBRIDGE ST STE 160, BOSTON, MA 02114
```

Applicant:                          Prepared for:
ROSATI, ANTHONY R                   CARNEGIE MORTGAGE - BRANCH

Decode Directory Information (continued):
------------------------------------------

    4. CBCINNOVIS (TUC-Z00285278)
       (877)237-8317, PO BOX 1838, COLUMBUS, OH 43216
    5. CBCINNOVIS (XPN-0993840)
       (877)237-8317, PO BOX 1838, COLUMBUS, OH 43216
    6. CITI RESIDENTAL LENDIN (XPN-1015713)
       (800)430-5262, PO BOX 11000, SANTA ANA, CA 92711
    7. CITI RESIDENTIAL LEN (EFX-180FM22279)
       (714)634-2474, 505 CITY PARKWAY WEST, ORANGE, CA 92868
    8. CITI RESIDENTIAL LENDI (XPN-3858211)
       (909)484-2952, 10801 6TH ST, RANCHO CUCAMONGA, CA 91730
    9. CITIRL (TUC-FM01QA8003)
       (800)430-5262, 10801 6TH STREET, RANCHO CUCAMON, CA 91730
   10. CITY OF BOSTON CREDI (EFX-178FC00779)
       (617)725-3008, RM 242 BOSTON CITY HALL, BOSTON, MA 02201
   11. CITY OF BOSTON CU (XPN-1728608)
       (617)635-4545, ROOM 242/CITY HALL, BOSTON, MA 02201
   12. CNTRYWD FSL (TUC-F02135385)
       (800)447-1692, 1515 WALNUT GROVE, RM-162, ROSEMEAD, CA 91770
   13. CREDCO (XPN-3996926)
       (800)637-2422, 12395 FIRST AMERICAN WAY, POWAY, CA 92064
   14. DIME SAVINGS BANK (XPN-1881635)
       (973)628-9400, 1460 VALLEY RD, WAYNE, NJ 07470
   15. DSNB MACYS (TUC-DC02A5T001)
       3039 CORNWALLIS RD, DURHAM, NC 27709
   16  EMC MORTGAGE (EFX-682FM05232)
       (972)444-2805, 909 HIDDEN RDG #200, IRVING, TX 75038-3813
   17. EQUIFAX MORTGAGE SERVI (XPN-1976785)
       (404)885-8927, 1550 PEACHTREE ST NW MD, ATLANTA, GA 30309
   18. EQUIFAX MTG (TUC-Z00008281)
       (800)333-0037, 1600 PEACHTREE ST, ATLANTA, GA 30309
   19. FA CREDCO (TUC-F01207005)
       (800)637-2422, 12385 FIRST AMERIC, POWAY, CA 92064
   20. FAC (TUC-Z06119554)
       (800)637-2422, 12395 FIRST AMERIC, POWAY, CA 92064
   21. FAC (TUC-Z06311748)
       (800)637-2422, 12395 FIRST AMERIC, POWAY, CA 92064
   22. FIRST AMER CR SVCS INC (XPN-3988260)
       (516)832-3400, 825 E GATE BLVD STE 310, GARDEN CITY, NY 11530
   23. LANDSAFE (XPN-6905630)
       (800)475-9516, 6400 LEGACY DR PTX-87, PLANO, TX 75024
   24. MACY'S/DSNB (EFX-636DC26977)
       (800)243-6552, 911 DUKE BLVD, MASON, OH 45040
   25. MCYDSNB (XPN-1362830)
       (800)458-6229, 9111 DUKE BLVD, MASON, OH 45040
   26. NCO FIN/27 (XPN-1986263)
       (800)709-8625, PO BOX 7216, PHILADELPHIA, PA 19101
   27. NCO FINANCIAL SYSTEM (EFX-496YC05491)
       (800)709-8625, 507 PRUDENTIAL RD, HORSHAM, PA 19044
   28. NCO GRP (TUC-Y03899329)
       (888)207-3081, 507 PRUDENTIAL ROA, HORSHAM, PA 19044

                        Page 5 of 6

Applicant:                        Prepared for:
ROSATI, ANTHONY R                 CARNEGIE MORTGAGE - BRANCH

Decode Directory Information (continued):
-------------------------------------------------
29. NORTHEAST FUNDING CORP (XPN-2991854)
    (954)782-3077, 2231 NE 25TH AVE STE 1, POMPANO BEACH, FL 33062
30. NSTAR ELECTRIC (XPN-0940156)
    (781)441-3175, 1 NSTAR WAY, WESTWOOD, MA 02090
31. STERLING CR (TUC-Z00170706)
    (212)736-5100, 249 WEST 17TH ST, 6TH FLOOR, NEW YORK, NY 10011
32. STERLING CREDIT SCREEN (XPN-1974949)
    (212)736-5100, 249 W 17TH ST FL 6, NEW YORK, NY 10011
33. WASHINGTON MUTUAL BA (EFX-906FM00023)
    (210)525-7000, 9601 MCALLISTER FREENAY, SAN ANTONIO, TX 78265
34. WASHINGTON MUTUAL HOME (XPN-1900809)
    BY MAIL ONLY, 324 W EVANS ST, FLORENCE, SC 29501
35. WSHNGTN MUTL (TUC-BM01ULY004)
    (866)926-8937, 7757 BAYBERRY RD, JACKSONVILLE, FL 32256

Prepared By: First American CREDCO
             825 EAST GATE BOULEVARD, SUITE 310
             GARDEN CITY, NY 11530
             For questions regarding this report please call . Contact: 800 435 5661  Fax:
             800 435 5667

            ****** END OF REPORT ******

**Page 6 of 6**