EXHIBIT F



Bk: 46089 Pg: 15   Doc: AST
Page: 1 of 1   02/18/2010 10:43 AM

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501, holder of a mortgage from Anthony R. Rosati and Tania M. Rosati to Mortgage Electronic Registration Systems, Inc. dated July 1, 2008, recorded with the Suffolk County Registry of Deeds at Book 43782, Page 28 assigns said mortgage to CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63011, without recourse.

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Andrew S. Harmon, Assistant Secretary and Vice President*

this 9th day of February, 2010

Attested hereto
Francis M. Roache
Register of Deeds

By: _____

Mortgage Electronic Registration Systems, Inc.

Andrew S. Harmon, Assistant Secretary and Vice President*

*For signatory authority please see Corporate Resolution recorded with the Suffolk County Registry of Deeds at Book 28934, Page 1.

The Commonwealth of Massachusetts

Middlesex, ss                                                                 February 9, 2010

On this 9th day of February 2010, before me, the undersigned notary public, personally appeared Andrew S. Harmon, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Capacity: (as Assistant Secretary and Vice President*

for Mortgage Electronic Registration Systems, Inc._____)

_____ (Affix Seal)
Notary Signature

My commission expires: 07/15/2016

Northeast Abstract Company
150 California Street
Newton, MA 02458

Property Address: 53 Beal Street, Winthrop, MA 02152

Redacted

Redacted

FCL

/Assignment - MA/Rosati, Anthony