IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF

| | |
|---|---|
| IN RE:<br><br>American Home Mortgage Holdings, Inc., *et al.,*<br>DEBTORS. | Chapter 11<br><br>Case No. 07-11047-CSS<br>(Jointly Administered) |

**ORDER AUTHORIZING THE TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, TERMINATING THE AUTOMATIC STAY WITH RESPECT TO <u>PROPERTY LOCATED AT 52 BEAL ST, WINTHROP, MA 02152</u>**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay with respect to real property located at 52 Beal St, Winthrop, MA 02152 ("Motion") filed by CitiMortgage Inc., ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to parties in interest as described in the Certificate of Service is adequate under the circumstances; and the Court having further determined that neither the Debtor nor the Creditor Committee have an interest in the real property located at 52 Beal St, Winthrop, MA 02152 (the "Property") and that their interest in the Property, if any, is not necessary to an effective reorganization; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to the Property because Movant's interest in the Property is not adequately protected; it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. The Trustee is hereby authorized to execute and deliver an Assignment of Mortgage to Movant.

3. Pursuant to 11 U.S.C. § 362(d), Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's Sale of the Property and all other legal remedies against the Property which may be available to Movant under State law.

4. Nothing in this order shall constitute a determination that American Home Mortgage Holdings, Inc. or its affiliated debtors (the "Debtors") hold any interest in the property or shall estop the Debtors from denying that they hold any interest in the Property.

5. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date: _____
    Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE