<u>**CERTIFICATION OF SERVICE**</u>

I HEREBY CERTIFY that on February 1, 2017 copies of the Motion for an Order Authorizing the Trustee to Execute and Deliver an Assignment of Mortgage and, to the Extent Applicable, for Relief from Automatic Stay were mailed by first class mail, postage-paid, or served electronically to the following parties:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
U.S. Trustee

Ryan M. Bartley
Sean Matthew Beach
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attorneys for the Debtor

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
Attorney for the Debtor

Patrick A. Jackson
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801
Attorney for the Debtor

Edward J. Kosmowski
The Law Office of Edward J. Kosmowski
2 Mill Road
Suite 202
Wilmington, DE 19806
Attorney for the Debtor

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801
Attorney for the Creditor Committee

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for the Creditor Committee

\_/s/***Jessica L. Mullenix Woodward*** _____
Jessica L. Mullenix Woodward (DE Bar # 5516)
Attorney for CitiMortgage, Inc.