IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.,* DEBTORS. | Case No. 07-11047-CSS (Jointly Administered) |

**NOTICE TO  WITHDRAW OF MOTION OF CITIMORTGAGE, INC. TO AUTHORIZE THE TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, FOR RELIEF FROM THE <u>AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE</u>**
*(relates to Docket No. 11311)*

PLEASE TAKE NOTICE that CitiMortgage, Inc. hereby withdraws its Motion to Authorize The Trustee to Execute and Deliver An Assignment of Mortgage And, To the Extent Applicable, for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (Docket No. 11311).

Dated: February 3, 2017
      Wilmington, Delaware

Respectfully submitted,

ATLANTIC LAW GROUP, LLC


*/s/ Jessica L. Mullenix Woodward*
Jessica L. Mullenix Woodward (DE No. 5516)
Atlantic Law Group, LLC
913 North Market Street, Suite 1011
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile
*Attorneys for Movant*