**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                     :    Jointly Administered
a Delaware corporation, *et al.*,[1]                                :
                                                                    :    Response Deadline: February 17, 2017 by 4:00 p.m. (ET)
                                                                    :    Hearing Date: February 24, 2017 at 11:00 a.m. (ET)
                                     Debtors.                       :
------------------------------------------------------------------- x

**NOTICE OF JOINT MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 107
AND FED. R. BANKR. P. 9018 FOR AN ORDER AUTHORIZING <u>EXHIBIT
A</u> TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN
EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE AND (II) ALL
       PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND
       REQUEST FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

   **PLEASE TAKE NOTICE THAT** Steven D. Sass, as the liquidating trustee (the "<u>Plan Trustee</u>") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, and prospective class and collective representatives Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch (the "<u>Class Representatives</u>"), on behalf of themselves and similarly situated prospective class and collective members, have filed the attached *Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed under Seal* (the "<u>Motion</u>")[2] seeking the entry of an order authorizing them to file <u>Exhibit A</u> to that certain *Settlement and Release Agreement* dated January 20, 2017 under seal.

   **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 6 (the "<u>Bankruptcy Court</u>") **on February 24, 2017 at 11:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

01:21512467.1

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must be in writing and (a) filed with the Bankruptcy Court and (b) also served upon the undersigned counsel for the Plan Trustee and the Class Representatives so that they are received no later than **4:00 p.m. prevailing Eastern Time on February 17, 2017.**

**PLEASE BE FURTHER ADVISED THAT IF NO RESPONSE IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 3, 2017

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | GETMAN & SWEENEY, PLLC |
| /s/ *Sean M. Beach* | /s/ *Daniel C. Getman* |
| Sean M. Beach (No. 4070) | Daniel C. Getman |
| 1000 North King Street | 9 Paradies Lane |
| Wilmington, Delaware 19899 | New Paltz, New York 12561 |
| Telephone: (302) 571-6600 | Telephone: (845) 255-9370 |
| Facsimile: (302) 571-1253 | Facsimile: (845) 255-8649 |
| -and- | *Proposed Counsel for the Prospective Class/Collective Members and Representatives* |

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:21512467.1