# EXHIBIT 1

# PROPOSED ORDER

01:21512467.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
In re:                                          :     Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :     Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                 :     Jointly Administered
a Delaware corporation, *et al.*,[1]            :
                                                :     **Re: Docket No. ____**
                                                :
                          Debtors.              :
------------------------------------------------------------------- x

**ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING**
**EXHIBIT A TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN**
**EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL**

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and prospective class and collective representatives Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch (the "Class Representatives" and together with the Plan Trustee, the "Parties"), on behalf of themselves and similarly situated prospective class and collective members, to submit Exhibit A to the *Settlement and Release Agreement* dated January 20, 2017 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:21512467.1

2

ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement under seal.

Dated: Wilmington, Delaware
_____, 2017

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:21512467.1