IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*, DEBTORS. | Case No. 07-11047-CSS (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND <u>REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX</u>

PLEASE TAKE NOTICE that Jessica L. Mullenix Woodward hereby withdraws her appearance as counsel for CitiMortgage, Inc. in the above-captioned bankruptcy case. Jessica L. Mullenix Woodward also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

Dated: February 6, 2017
Wilmington, Delaware

<u>/s/ *Jessica L. Mullenix Woodward*</u>
Jessica L. Mullenix Woodward (DE# 5516)
913 N. Market St., Suite 1011
Wilmington, Delaware 19801
Telephone: (302) 339-8800
Facsimile: (302) 213-0043
jwoodward@atlanticlawgrp.com