IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE

------------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,[1]

                               Debtors.
------------------------------------------------------------------x

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

Janice O'Kane, being duly sworn, deposes and says:

1.     I am over 18 years of age and not a party to the within action.

2.     I am employed by the law firm of Hahn & Hessen LLP, located at 488 Madison Avenue, New York, NY 10022, counsel to Steven D. Sass, as the liquidating trustee of the trust established pursuant to the confirmed chapter 11 plan of the above-captioned debtors, at whose direction service was made.

3.     On February 6, 2017, I caused to be served by certified mail, return receipt requested, a true copy of *Notice Pursuant to Class Action Fairness Act of 2005 Regarding Proposed Settlement of Patrick Manley, et al., v. American Home Mortgage Investment Corp., et al. (S.D.N.Y. Case No. 04-CV-08606-JGK)* by depositing a true copy thereof in a depository of the United States Postal Service upon the parties listed on **Exhibit 1** hereto.

---

[1]     The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC;

703200/006-4969914.1

4. I declare under penalty of perjury that the foregoing is true and correct.

_____
Janice O'Kane

Sworn to before me this
6th day of February, 2017

_____
Notary Public

MARIA A. ARNOTT
NOTARY PUBLIC, State of New York
No. 01AR4968607
Qualified in New York County
Commission Expires Sept. 29, 20__

Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

# Exhibit 1

## Service List

| | |
|---|---|
| Dana J. Boente<br>Acting Attorney General for the United States<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Eric T. Schneiderman<br>New York Attorney General<br>Office of the Attorney General<br>The Capitol, 2nd fl.<br>Albany, NY 12224-0341 |
| Xavier Becerra<br>California Attorney General<br>Office of the Attorney General<br>California Department of Justice<br>1300 I Street<br>Sacramento, CA 95814 | Pam Bondi<br>Florida Attorney General<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Douglas Chin<br>Hawaii Attorney General<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Josh Stein<br>North Carolina Attorney General<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Mark P. Herring<br>Virginia Attorney General<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | |