**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC._, et al.,_<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS), _et seq._<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF BRIAN ARBAN, ESQUIRE**
**AND REQUEST FOR REMOVAL FROM MAILING MATRIX**

PLEASE TAKE NOTICE that Brian Arban, Esquire hereby withdraws his appearance as counsel for the Federal Deposit Insurance Corporation, the Federal Home Loan Bank of San Francisco and the Federal Home Loan Bank of Seattle in the above-captioned case(s) and hereby respectfully requests that his name be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Dated: February 13, 2017
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Brian Arban**
Brian Arban (DE No. 4511)
1500 N. French St., 2nd Fl.
Wilmington, Delaware 19801
(302) 442-7676 telephone
(302) 442-7045 facsimile
barban@hillerarban.com