**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

In re:                                          :    Chapter 11

                                                :

AMERICAN HOME MORTGAGE          :    Case No. 07-11047 (CSS)

HOLDINGS, INC.,                          :    Jointly Administered

a Delaware corporation, *et al.*,[1]          :

                                                :    **Re:  Docket Nos. 11314 and 11315**

                              Debtors.    :

---------------------------------------------------------- x

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies as follows:

1.        On February 3, 2017, Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors, and prospective class and collective representatives Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch (the "Class Representatives" and together with the Plan Trustee, the "Parties"), on behalf of themselves and similarly situated prospective class and collective members, filed their *Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed Under Seal* [Docket No. 11314] (the "Motion"). Responses to the Motion were to be filed and served so as to be received no later than 4:00 p.m. (EST) on February 24, 2017.

---

[1]  The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

2.      As of the date hereof, the undersigned has (a) received no objection or other responsive pleading to the Motion; (b) been informed by proposed counsel to the Class Representatives that he has not received any objection or other responsive pleading to the Motion; and (c) reviewed the Court's docket in these cases and no objection or other responsive pleading to the Motion appears therein.

3.      Attached hereto as **Exhibit A** is a proposed order authorizing the Parties to submit Exhibit A to the Settlement Motion under seal as requested in the Motion (the "Proposed Order").

4.      It is hereby respectfully requested that the Court enter the Proposed Order at its earliest convenience.

Dated:  February 21, 2017

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:21595997.2

**EXHIBIT A**

PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------  x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                   :   Jointly Administered
a Delaware corporation, et al.,¹                  :
                                                  :   Re:  Docket Nos. 11314 and 11315
                              Debtors.            :
----------------------------------------------------------  x
```

### ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING EXHIBIT A TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and prospective class and collective representatives Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch (the "Class Representatives" and together with the Plan Trustee, the "Parties"), on behalf of themselves and similarly situated prospective class and collective members, to submit Exhibit A to the *Settlement and Release Agreement* dated January 20, 2017 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; it is hereby

---

[1]  The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:21595997.2

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement

under seal.

Dated:    Wilmington, Delaware
          February __, 2017


_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE