IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x   Chapter 11

In re:                                                                       :
                                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :
a Delaware corporation, et al.,[1]                                           :   Jointly Administered
                                                                             :
    Debtors.                                                                 :
---------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 24, 2017 AT 11:00 A.M. (ET)

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1. Notice of Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P.9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and Class/Collective Representatives, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving The Form And Manner Of Notice To Class/Collective Members Of The Class/Collective Certification And Settlement, (IV) Scheduling A Fairness Hearing To Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) after The Fairness Hearing, And (VI) Granting Related Relief [D.I. 11313, 2/3/17]

   Objection Deadline:   February 17, 2017 at 4:00 p.m. (ET)

   Related Documents:

   a) [SEALED] Exhibit to Motion [D.I. 11315, 2/3/17]

   b) Certificate of No Objection [D.I. 11321, 2/21/17

   Objections Filed:     None

   Status: A certificate of no objection has been filed.  No hearing is required.

2. Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims To Be Filed Under Seal [D.I. 11314, 2/3/17]

   Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

    a) [SEALED] Exhibit to Motion [D.I. 11315, 2/3/17]

    b) Certificate of No Objection [D.I. 11322, 2/21/17]

Objections Filed:    None

Status: A certificate of no objection has been filed.  No hearing is required.

Dated: February 22, 2017
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
*Co-Counsel to the Plan Trustee*

2