IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      :   Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                             :   Jointly Administered
a Delaware corporation, et al.,[1]                          :
                                                            :   **Re: Docket Nos. 11314 and 11315**
                           Debtors.                         :
----------------------------------------------------------- x

**ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 107 AUTHORIZING EXHIBIT A
TO THE SETTLEMENT AGREEMENT RESOLVING CERTAIN
EMPLOYMENT-RELATED CLAIMS TO BE FILED UNDER SEAL**

Upon consideration of the joint motion ("Motion") of Steven D. Sass, as the liquidating trustee (the "Plan Trustee") of the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and prospective class and collective representatives Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch (the "Class Representatives" and together with the Plan Trustee, the "Parties"), on behalf of themselves and similarly situated prospective class and collective members, to submit Exhibit A to the *Settlement and Release Agreement* dated January 20, 2017 (the "Settlement Agreement") under seal pursuant to 11 U.S.C. §§ 105 and 107; and the Court having determined that the factual and legal bases set forth in the Motion establish just cause for the relief granted herein; it is hereby

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:21595997.2

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Parties are authorized to file <u>Exhibit A</u> to the Settlement Agreement under seal.

Dated:   Wilmington, Delaware
         February 22, 2017

                                            HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE