**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** _____ |

------------------------------------------------------------------------x

**ORDER GRANTING THE PLAN TRUSTEE'S MOTION FOR AN ORDER EXTENDING (1) THE GENERAL CLAIMS OBJECTION DEADLINE AND (2) THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE**

Upon consideration of the *Plan Trustee's Motion for an Order Extending (1) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline* (the "Motion")[1]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and finding good and sufficient cause to grant the Motion as set forth herein; and good and adequate notice of the Motion having been given; it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the General Claims Objection Deadline is extended through and including December 31, 2017; and it is further

**ORDERED**, that the Administrative Claims Objection Deadline is extended through and including December 31, 2017; and it is further

**ORDERED,** that entry of this Order shall be without prejudice to the Plan Trustee's right to seek further extensions of the Claims Objection Deadlines; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

01:21626516.1

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: March ___, 2017

_____

HON. CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE
