IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE

------------------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,[1]

                              Debtors.

------------------------------------------------------------------------x

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

Monique D. Charles, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to the within action.

2. I am employed by the law firm of Hahn & Hessen LLP, located at 488 Madison Avenue, New York, NY 10022, counsel to Steven D. Sass, as the liquidating trustee of the trust established pursuant to the confirmed chapter 11 plan of the above-captioned debtors, at whose direction service was made.

3. On March 3, 2017, in compliance with this Court's *Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and FLSA Plaintiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and Class/Collective Representatives, (IV) Approving the Form and Manner of Notice to Class/Collective Members of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief*

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[D.I. 11325], I caused to be served by first class mail, postage prepaid, a true copy of the *Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing* by depositing a true copy thereof in a depository of the United States Postal Service upon the parties listed on **Exhibit A** to that certain *Settlement and Release Agreement* dated as of January 20, 2017 that was filed with the Court under seal pursuant to this Court's *Order Pursuant to 11 U.S.C. §§ 105 and 107 Authorizing Exhibit A to the Settlement Agreement Resolving Certain Employment-Related Claims to be Filed under Seal* [D.I. 11324].

4. I declare under penalty of perjury that the foregoing is true and correct.

_____
Monique D. Charles

Sworn to before me this
3rd day of March, 2017

_____
Notary Public

MARIE L. CURRY
Notary Public, State of New York
No. 01CU6194847
Qualified in Queens County
Commission Expires October 14, 2020