## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al*. | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Erin R. Fay, hereby withdraws her appearance as counsel to Barclays Bank PLC ("BBPLC") and Barclays Capital Inc. ("Barclays Capital") in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove her from the electronic and paper noticing matrix for the above-captioned cases.

All other current counsel of record will continue to represent the BBPLC and Barclays Capital and are not intended to be affected by this notice.

Dated: Wilmington, Delaware
      March 10, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Erin R. Fay*
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, Delaware 19801
Tel: (302) 658-9200
Fax: (302) 658-3989

10885629.1