| | |
|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 6<br>Claim Date: 11/10/2016<br>Debtor: AMERICAN GILSONITE HOLDING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 209 (02/09/2017) |

PRIORITY     Claimed:     $2,690,412.05

## Summary Page

Total Number of Filed Claims: 1

|  | Claimed Amount | Allowed Amount |
| --- | --- | --- |
| Administrative: | $0.00 | $0.00 |
| Priority: | $2,690,412.05 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $2,690,412.05 | $0.00 |

| Creditor | Claim Info | |
|---|---|---|
| AIRGAS USA, LLC<br>110 WEST 7TH ST. SUITE 1400<br>TULSA, OK 74119 | Claim Number: 13<br>Claim Date: 01/03/2017<br>Debtor: AMERICAN GILSONITE COMPANY | |
| UNSECURED | Claimed: | $43.50 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 15<br>Claim Date: 03/31/2017<br>Debtor: AMERICAN GILSONITE COMPANY | |
| SECURED | Claimed: | $18,531.81 |
| CLASS C SOLUTIONS AN MSC COMPANY<br>C/O MSC INDUSTRIAL SUPPLY<br>75 MAXESS RD<br>MELVILLE, NY 11747 | Claim Number: 1<br>Claim Date: 10/31/2016<br>Debtor: AMERICAN GILSONITE COMPANY | |
| ADMINISTRATIVE | Claimed: | $521.46 |
| UNSECURED | Claimed: | $27.62 |
| COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN ST, RM 504<br>DENVER, CO 80261-0004 | Claim Number: 7<br>Claim Date: 11/14/2016<br>Debtor: AMERICAN GILSONITE COMPANY | |
| PRIORITY | Claimed: | $886.00 |
| UNSECURED | Claimed: | $97.00 |
| CRG FINANCIAL LLC<br>AS ASSIGNEE OF NU PACKAGING INC.<br>100 UNION AVE<br>CRESSKILL, NJ 07626 | Claim Number: 4<br>Claim Date: 11/10/2016<br>Debtor: AMERICAN GILSONITE COMPANY | |
| ADMINISTRATIVE | Claimed: | $12,725.84 |

| | | |
|---|---|---|
| CRG FINANCIAL LLC<br>AS ASSIGNEE OF LUIGIZ CLEANING SERVICES<br>100 UNION AVE<br>CRESSKILL, NJ 07626 | | Claim Number: 5<br>Claim Date: 11/10/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| UNSECURED | Claimed: | $9,080.00 |
| EMEDCO INC<br>PO BOX 369<br>BUFFALO, NY 14240 | | Claim Number: 10<br>Claim Date: 11/28/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| UNSECURED | Claimed: | $272.78 |
| FORD MOTOR CREDIT COMPANY, LLC<br>PO BOX 62180<br>COLORADO SPRINGS, CO 80962 | | Claim Number: 11<br>Claim Date: 12/05/2016<br>Debtor: AMERICAN GILSONITE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 225 (03/28/2017) |
| SECURED | Claimed: | $15,664.83 |
| HARRIS COUNTY, ET AL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON, LLP<br>ATTN: JOHN P DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 2<br>Claim Date: 11/07/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| SECURED | Claimed: | $2,140.86 |
| MCMASTER-CARR SUPPLY CO<br>P.O. BOX 7690<br>CHICAGO, IL 60680 | | Claim Number: 3<br>Claim Date: 11/04/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$4,097.94 |

| | | |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE<br>ATTN: BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | | Claim Number: 14<br>Claim Date: 01/03/2017<br>Debtor: AMERICAN GILSONITE COMPANY |
| PRIORITY | Claimed: | $32,834.44   UNLIQ |
| UNSECURED | Claimed: | $4,520.00   UNLIQ |
| QUESTAR GAS COMPANY<br>BANKRUPTCY/DNR<br>1140 W 200 S PO BOX 3194<br>SALT LAKE CITY, UT 84110 | | Claim Number: 8<br>Claim Date: 11/21/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| UNSECURED | Claimed: | $3,932.02 |
| QUESTAR GAS COMPANY<br>ATTN: BANKRUPTCY/DNR<br>1140 W 200 S, PO BOX 3194<br>SALT LAKE CITY, UT 84110 | | Claim Number: 9<br>Claim Date: 11/18/2016<br>Debtor: AMERICAN GILSONITE COMPANY |
| UNSECURED | Claimed: | $3,932.02 |
| U.S. BANK, N.A.<br>D/B/A U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID ST<br>MARSHALL, MN 56258 | | Claim Number: 12<br>Claim Date: 12/30/2016<br>Debtor: AMERICAN GILSONITE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 230 (03/31/2017) |
| SECURED | Claimed: | $5,322.81 |

## Summary Page

Total Number of Filed Claims: 14

|  | Claimed Amount | Allowed Amount |
|---|---:|---:|
| Administrative: | $13,247.30 | $0.00 |
| Priority: | $33,720.44 | $0.00 |
| Secured: | $41,660.31 | $0.00 |
| Unsecured: | $26,002.88 | $0.00 |
| Total: | $114,630.93 | $0.00 |

| | |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 16<br>Claim Date: 03/31/2017<br>Debtor: LEXCO ACQUISITION CORP. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $826.26 |
| UNSECURED | Claimed: | $7,725.61 |

## Summary Page

Total Number of Filed Claims: 1

|  | Claimed Amount | Allowed Amount |
|---|---:|---:|
| Administrative: | $0.00 | $0.00 |
| Priority: | $826.26 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $7,725.61 | $0.00 |
| Total: | $8,551.87 | $0.00 |

| | |
|---|---|
| MCMASTER-CARR SUPPLY CO<br>P.O. BOX 7690<br>CHICAGO, IL 60680 | Claim Number: 3<br>Claim Date: 11/04/2016<br>Debtor: AMERICAN GILSONITE COMPANY |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,097.94 |

## Summary Page

| Total Number of Filed Claims: | 1 |
|---|---|

|  | Claimed Amount | Allowed Amount |
|---|---:|---:|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $4,097.94 | $0.00 |
| Total: | $4,097.94 | $0.00 |