IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,** | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref No. 11339 |

## NOTICE OF WITHDRAWAL OF FILING

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. Please take notice that the Claims Register filed as docket no. 11339 is withdrawn.

Tony Persaud

Sworn to before me this
20th day of April, 2017

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20__