| | | | | | | |
|---|---|---|---|---|---|---|
| ALLISON, ROBIN S<br>2208 PORTSMOUTH DRIVE<br>YUBA CITY, CA 95991 | | Claim Number: 2060<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $897.00 | Scheduled: | $897.00 CONT | Allowed: | $897.00 |
| BOYLE, SUZANNE R (SUZI)<br>1505 N 20TH ST<br>BOISE, ID 83702-0710 | | Claim Number: 2061<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $9,033.38 | Scheduled: | $9,033.38 CONT | Allowed: | $9,033.38 |
| MORMILE, THOMAS<br>9 MARKWOOD LN<br>EAST NORTHPORT, NY 11731 | | Claim Number: 2062<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $2,267.99 | Scheduled: | $4,436.92 CONT | Allowed: | $2,267.99 |
| GENERAL HOME MAINTENANCE CORP<br>ATTN TERESA REILLY, OFFICE MANAGER<br>39 CYPRESS LANE<br>SHIRLEY, NY 11967 | | Claim Number: 2063<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $901.58 | Scheduled: | $298.86 | Allowed: | $901.58 |
| VENETIS , JOANNE<br>176 OAKDALE BOHEMIA<br>RD APT 15B<br>BOHEMIA, NY 11716 | | Claim Number: 2064<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,817.31 | Scheduled: | $1,817.31 CONT | Allowed: | $1,817.31 |
| SECURED | Claimed: | $0.00 | | | | |

| EL MEXICANO NEWSPAPER<br>ATTN FERNANDO ZAPARI<br>2301 FAIRFIELD AVE<br>STE 102<br>FORT WAYNE, IN 46807 | | Claim Number: 2065<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $420.00 | Scheduled: | $300.00 | Allowed: | $420.00 |
| MR. JANITOR INC<br>ATTN LINDA J. PARKS, PRESIDENT<br>P.O. BOX 20542<br>KALAMAZOO, MI 49019-2052 | | Claim Number: 2066<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $81.00 | Scheduled: | $81.00 | Allowed: | $81.00 |
| BURNETT, RICHARD (RICK)<br>35 LAKE MILL LANE<br>TOWN AND COUNTRY, MO 63017 | | Claim Number: 2068<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15  CONT | Allowed: | $2,596.15 |
| SAUBERMAN, HARRY<br>9 OVERLOOK DR<br>NEWPORT COAST, CA 92657-1300 | | Claim Number: 2069<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNDET | Scheduled:<br>Scheduled: | $2,225.00  CONT<br>$25.00  CONT | | |
| PORTLAND'S DOWNTOWN DISTRICT<br>ATTN JANIS M BEITZER, EXECUTIVE DIRECTOR<br>549 CONGRESS STREET<br>PORTLAND, ME 04101 | | Claim Number: 2070<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $71.00 | Scheduled: | $71.00 | Allowed: | $71.00 |

APPEAL-DEMOCRAT
1530 ELLIS LAKE DR
MARYSVILLE, CA 95901-4269

Claim Number: 2071
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,390.46 | Scheduled: | $335.00 | Allowed: | $1,390.46 |

DUCHENE, RENEE S
6980 E SAHUARO DR APT 1059
SCOTTSDALE, AZ 85254-5294

Claim Number: 2072
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $256.00 | Scheduled: | $256.00  CONT | Allowed: | $256.00 |

CAFE TODAY
ATTN DAID KEULER
10200 SW GREENBURG RD
# 100
PORTLAND, OR 97223

Claim Number: 2073
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $238.40 | Scheduled: | $238.40 | | |

DYNAMEX
ATTN WILLIAM HELLER, COLLECTION MGR
2100 OLD HIGHWAY 8
NEW BRIGHTON, MN 55112

Claim Number: 2074
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $77.10 | Scheduled: | $77.10 | Allowed: | $77.10 |

OHIO MOBILE SHREDDING
ATTN TIMOTHY J. OBERST, OWNER
PO BOX 307206
COLUMBUS, OH 43230

Claim Number: 2075
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $347.84 | Scheduled: | $223.34 | Allowed: | $347.84 |

---

PLUGUES, MICHAEL
19 YOSEMITE LANE
CORAM, NY 11727

Claim Number: 2076
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |
|---|---|---|---|---|---|---|

CULLIGAN WATER SYSTEMS MOBILE
ATTN LAUREN ROGILLIO
1015-H SHELTON BEACH RD
SARALAND, AL 36571

Claim Number: 2078
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $113.00 | Scheduled: | $83.26 | | |
|---|---|---|---|---|---|---|

WEATHER UNDERGROUND,INC
ATTN JEFF FERGUSON, TREASURER
PO BOX 3605
ANN ARBOR, MI 48106

Claim Number: 2079
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 | Allowed: | $4,000.00 |
|---|---|---|---|---|---|---|

NEW HANOVER COUNTY
ATTN BONNIE POPE, DEPUTY COLLECTOR
P O BOX 18000
WILIMINGTON, NC 28406

Claim Number: 2080
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8948 (06/21/2010)

| PRIORITY | Claimed: | $221.43 | | | Allowed: | $221.43 |
|---|---|---|---|---|---|---|

IRET - GOLDEN JACK, LLC
C/O GEORGE H. SINGER, ESQ.
LINDQUIST & VENNUM P.L.L.P.
80 S. EIGHTH ST - IDS CENTER STE. 4200
MINNEAPOLIS, MN 55402

Claim Number: 2082-01
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $74,124.99 | | | Allowed: | $74,124.99 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| IRET - GOLDEN JACK, LLC<br>C/O GEORGE H. SINGER, ESQ.<br>LINDQUIST & VENNUM P.L.L.P.<br>80 S. EIGHTH ST - IDS CENTER STE. 4200<br>MINNEAPOLIS, MN 55402 | | Claim Number: 2082-02<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $6,344.44 | | Allowed: | $6,344.44 |
| PHOTOVAULT<br>8965 VALLEY FORD RD<br>PETALUMA, CA 94952-3717 | | Claim Number: 2084<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,279.00 | Scheduled: $1,279.00 | Allowed: | $1,279.00 |
| DAVID OPOKA - REALTY EXPERTS<br>ATTN: DAVID OPOKA<br>4331 E. JUANITA AVENUE<br>GILBERT, AZ 85234 | | Claim Number: 2087<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $77.72 | | Allowed: | $77.72 |
| SANDIN CONSTRUCTION<br>ATTN DENNIS R. SANDIN<br>5400 CAMINO SANDIA NE<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2088<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $106.88 | Scheduled: $710.34 | Allowed: | $106.88 |
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | | Claim Number: 2089<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>SECURED | Claimed: | $1,594.58   UNLIQ | Scheduled: $2,310.63  DISP CONT | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR<br>ATTN MICHELLE M. COUNTEMANCHE<br>POST OFFICE BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | | Claim Number: 2090<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| SECURED | Claimed: | $43.59   UNLIQ | | | | | |
| MULLINS, STACY<br>225 MARINERS WAY<br>COPIAGUE, NY 11726 | | Claim Number: 2092<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,346.16 | Scheduled: | $4,684.62 CONT | Allowed: | $3,346.16 | |
| TATE, RANDY<br>1406 WILLIAM ST.<br>SYCAMORE, IL 60178 | | Claim Number: 2093<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $310.50 | Scheduled: | $310.50 | Allowed: | $310.50 | |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | | Claim Number: 2094<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | | |
| UNSECURED | Claimed: | $323.61   UNLIQ | | | | | |
| RICHARD W. LAMBERT, SRPA<br>3360 KORI RD<br>JACKSONVILLE, FL 32257 | | Claim Number: 2096<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | Allowed: | $450.00 | |

U.S. BANKRUPTCY COURT Case 07-11047-CSS Doc 11347 Filed 04/21/17 Page 7 of 771  Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

PEREZ, SCHANNIN D
197 SAYBROOKE CROSSING
ACWORTH, GA 30101

Claim Number: 2097
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,017.41 | Scheduled: | $2,017.41 CONT | Allowed: | $2,017.41 |
|---|---|---|---|---|---|---|

HUNTER GROUP INTERNATIONAL, THE
16405 NORTHCROSS DRIVE  G-2
HUNTERSVILLE, NC 28078

Claim Number: 2098
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $13,500.00 | Scheduled: | $13,500.00 | | |
|---|---|---|---|---|---|---|

SHRED - IT
ATTN DOMINGOS BRONCO, PRESIDENT
29 DIANA COURT
CHESHIRE, CT 06410

Claim Number: 2099
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $108.12 | Scheduled: | $54.06 | Allowed: | $108.12 |
|---|---|---|---|---|---|---|

DARAK, ROBERTA
13 FOX COURT
HOLBROOK, NY 11741

Claim Number: 2100
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $889.42 | Scheduled: | $889.42 CONT | Allowed: | $889.42 |
|---|---|---|---|---|---|---|

LALIME, JOHN
4040 8TH PLACE
VERO BEACH, FL 32960

Claim Number: 2101
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $960.00 | Scheduled: | $960.00 CONT | Allowed: | $960.00 |
|---|---|---|---|---|---|---|

---

CROCKFORD, SUSAN K
5027 126TH ST SE
EVERETT, WA 98208

Claim Number: 2102
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $4,356.93 | | $4,356.93 CONT | | $4,356.93 |

CHOTIN, CARTER
203 W 23RD AVE
COVINGTON, LA 70433-2609

Claim Number: 2103
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $984.64 | | $984.64 CONT | | $984.64 |

MARTIN COUNTY, FLORIDA
LARRY C. O'STEEN
MARTIN COUNTY TAX COLLECTOR
3485 SE WILLOUGHBY BLVD.
STUART, FL 34994

Claim Number: 2104
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8005 (09/03/2009)

| | | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $1,710.42 DISP CONT | | |
| SECURED | Claimed: | $1,516.15 | | | | |

NATIONAL MAILING SYSTEM
ATTN TINA PHILLIPS, VP FINANCE
1749 OLD MEADOW ROAD
MCLEAN, VA 22102-4314

Claim Number: 2105
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $168.63 | | | | $168.63 |

GREATER MCLEAN CHAMBER OF COMMER
ATTN MATTHEW WALLACE, PRESIDENT
1437 BALLS HILL RD
MCLEAN, VA 22101

Claim Number: 2106
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,000.00 | | $1,000.00 | | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| LUBIN AND SMALLEY FLORIST,INC<br>ATTN RICHARD M. LOPRESTI, OWNER<br>8 MARKET SQUARE<br>PITTSBURG, PA 15222-1813 | | Claim Number: 2107<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $95.18 | | Allowed: | $95.18 |
| KOLDROCK WATERS, INC<br>P.O. BOX 248<br>EDINBORO, PA 16412 | | Claim Number: 2108<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $18.53 | | | |
| TREM, JOSEPH<br>847 NORTH HOWARD STREET<br>AKRON, OH 44310 | | Claim Number: 2109<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
| PRIORITY | | | Scheduled: | $350.00 CONT | |
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
| SUNRISE SPRINGS WATER CO.<br>P.O. BOX 232<br>NEWBURY, OH 44065 | | Claim Number: 2110<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $497.77 | Scheduled: | $44.00 | |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN JOSE BIASCOELAFA, OWNER<br>814 JOHNNIE DODDS BLVD.<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 2111<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARC DISPOSAL & RECYCLING CO., INC.<br>ATTN JOHN P. O'CONNOR, CONTROLLER<br>2101 S. BUSSE RD.<br>MT. PROSPECT, IL 60056 | | Claim Number: 2112<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $475.79 | Scheduled: | $475.79 | Allowed: | $475.79 |
| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | | Claim Number: 2113-01<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| EVERETT, DOROTHY<br>107 CEDARCREST PLACE<br>LOS GATOS, CA 95032 | | Claim Number: 2113-02<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 11050 (12/12/2014)<br>THIS CLAIM IS SATISFIED | | | | |
| UNSECURED | Claimed: | $5,050.00 | | | | |
| CALIFORNIA CLEANING CONCEPTS<br>ATTN JAMES E MASSICOTTE<br>635 BARSTOW<br># 19<br>CLOVIS, CA 93612 | | Claim Number: 2114<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8180 (10/14/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,750.00 | Scheduled: | $500.00 | Allowed: | $1,750.00 |
| CHAN, ANNIE C<br>4472 PERALTA BLVD<br>FREMONT, CA 94536 | | Claim Number: 2115<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $853.84 | Scheduled: | $853.84  CONT | Allowed: | $853.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2116<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $23.43 | Scheduled: | $23.43 | Allowed: | $23.43 |
| GREATLAND CORPORATION<br>ATTN CATHY BASSLER, CREDI/COLL. ADMIN<br>PO BOX 1157<br>GRAND RAPIDS, MI 49501-1157 | | Claim Number: 2117<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $33.60 | Scheduled: | $105.68 | Allowed: | $33.60 |
| CARLSON, ROSEMARY<br>3 VELASCO CT.<br>NOVATO, CA 94949 | | Claim Number: 2118<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,972.32 | Scheduled: | $2,972.32  CONT | Allowed: | $2,972.32 |
| GOOD, DONALD G<br>504 SPRINGFIELD CIRCLE<br>BOSSIER CITY, LA 71112 | | Claim Number: 2119<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |
| AMERI-CLEAN<br>162 MALLISON ST<br>ALLENDALE, NJ 07401 | | Claim Number: 2120<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $342.00 | Scheduled: | $342.40 | Allowed: | $342.00 |

GOLD CUP COFFEE SERVICE, INC.
8723 FLORIDA MINING BLVD
TAMPA, FL 33634-1259

Claim Number: 2123
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $208.48 | | | Allowed: | $208.48 |

FUNK WATER
3113 RIDGE PIKE
EAGLEVILLE, PA 19403-1495

Claim Number: 2125
Claim Date: 11/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $222.23 | Scheduled: | $23.98 | Allowed: | $222.23 |

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2127
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $217.57 | Scheduled: | $1,009.00 | Allowed: | $217.57 |

FOODCRAFT
ATTN ERLINDA B. MALLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2129
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,198.89 | Scheduled: | $2,489.67 | Allowed: | $2,198.89 |

TRI M CONSTRUCTION
ATTN M. MCMAHON, PRES.
5 EAST 51ST STREET, STE 6A
NEW YORK, NY 10111

Claim Number: 2131
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $67,662.00 | Scheduled: | $64,162.00 | Allowed: | $67,662.00 |

ELECTRONIC BUSINESS MACHINES
802 134TH ST SW #170
EVERETT, WA 98204

Claim Number: 2132
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,574.54 | Scheduled: | $2,574.54 | Allowed: | $2,574.54 |
|---|---|---|---|---|---|---|

BARR, EDNA
ROBERT CIRELL & DOES 1-20  107CV092129
TIMOTHY B. BRODERICK
2600 EL CAMINO REAL, SUITE 506
PALO ALTO, CA 94306

Claim Number: 2133
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| ADMINISTRATIVE | | | | | Allowed: | $3,000.00 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ | | |

CARLETON, ROBERT
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2134-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,936.75 | Allowed: | $4,887.25 |
|---|---|---|---|---|---|---|

CARLETON, ROBERT
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2134-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | | | Allowed: | $2,425.00 |
|---|---|---|---|---|---|---|

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2135-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $4,887.25 | Scheduled: | $21,786.75 | Allowed: | $4,887.25 |
|---|---|---|---|---|---|---|

---

OSTROWSKI, MICHAEL J.
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2135-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | | | Allowed: | $2,425.00 |

---

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2136-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8011 (09/04/2009)
CLAIM OUT OF BALANCE

| UNSECURED | Claimed: | $4,887.25 | | | Allowed: | $4,887.25 |

---

DIAMOND, VICTOR
C/O J. ALEXANDER WATT, ESQ.
P.O. BOX 881
BARNSTABLE, MA 02630

Claim Number: 2136-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8011 (09/04/2009)

| PRIORITY | Claimed: | $2,425.00 | | | Allowed: | $2,425.00 |

---

WYNDHAM HOTELS & RESORTS
ATTN MANSUR DAYA, GEN. MGR.
1400 MILWAUKEE AVENUE
GLENVIEW, IL 60025

Claim Number: 2142
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,486.48 | Scheduled: | $9,916.05 | Allowed: | $9,486.48 |

---

COHN, DENISE C
977 MARGINAL ROAD
LIDO BEACH, NY 11561

Claim Number: 2143
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,234.62 | Scheduled: | $1,234.62  CONT | Allowed: | $1,234.62 |

DISTEPHAN, MICHAEL F (MIKE)
2194 BELLEWOOD DR
MERRICK, NY 11566

Claim Number: 2144
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $5,096.16 | | $5,605.77 CONT | | $5,096.16 |

FOODCRAFT
ATTN ERLINDA B. MARLAR, A/R ANALYST
1625 RIVERSIDE DR
LOS ANGELES, CA 90031

Claim Number: 2145
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $974.15 | | $755.85 | | $974.15 |

MARTINEZ, MARK G
3 BLACKBURN
DOVE CANYON, CA 92679-3417

Claim Number: 2148-01
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $6,352.15 | | $6,202.15 CONT | | $6,352.15 |
| UNSECURED | | | | $32,501.85 CONT | | |

MARTINEZ, MARK G
3 BLACKBURN
DOVE CANYON, CA 92679-3417

Claim Number: 2148-02
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $32,639.68 | | | $32,639.68 |

IMPRESSIONS ON HOLD
ATTN GRACE CALABRO, COMPTROLLER
200 WEST 57TH STREET - SUITE 1408
NEW YORK, NY 10019

Claim Number: 2149
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5175 (07/18/2008)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $895.00 | | | $895.00 |

---

RICHARDS, KUNTI (SHARON)
1516 KINGSTON AVE
BALDWIN, NY 11510

Claim Number: 2150
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,308.82 | Scheduled: | $1,308.64 CONT | Allowed: | $1,308.82 |
|---|---|---|---|---|---|---|

MS. ANGELA JONES
C/O NIMOCKS, CICCONE &TOWNSEND
ATTN ROBERT R. NIMOCKS, AGENT
PO BOX 58121
FAYETTEVILLE, NC 28305

Claim Number: 2151
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,162.92 | Scheduled: | $2,559.46 | Allowed: | $5,162.92 |
|---|---|---|---|---|---|---|

ARCTIC OFFICE PRODUCTS
ATTN MELISSA MCCLELLAND, ACCTS RECEIV.
100 W FIREWEED LANE
ANCHORAGE, AK 99510

Claim Number: 2152
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $140.43 | Scheduled: | $136.33 | Allowed: | $140.43 |
|---|---|---|---|---|---|---|

MERISA ENTERPRISES
C/O JACK STUMPF & ASSOC. INC.
ATTN JOSEPH MAERKE, PROPERTY MGR.
1700 CENTRAL BOULEVARD
HARVEY, LA 70058

Claim Number: 2153
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $2,179.70 | | | Allowed: | $2,179.70 |
|---|---|---|---|---|---|---|

ZABLE, DAVID A. AND ANDREA L.
454 EVERGREEN AVE
ELMHURST, IL 60126

Claim Number: 2158
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| PRIORITY | Claimed: | $275.00 | Scheduled: | $275.00 CONT | Allowed: | $275.00 |
|---|---|---|---|---|---|---|

---

CASTILLO, BLANCA I
165 BEDELL ST
FREEPORT, NY 11520

Claim Number: 2161
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,634.62 | | $1,634.62 CONT | | $1,634.62 |

STRYJEWSKI, DAWN M
1404 RAMBLEWOOD DRIVE
EMMITSBURG, MD 21727

Claim Number: 2162
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,791.86 | | $1,791.86 CONT | | $1,791.86 |

INITIAL TROPICAL PLANTS INC.
485 E. HALF DAY RD. SUITE # 450
BUFFALO GROVE, IL 60089-8809

Claim Number: 2163
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $997.97 | | $309.68 | | $997.97 |

BACON, BERNADETTE
12 NIKIA DR
ISLIP, NY 11751

Claim Number: 2164
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,286.25 | | $1,286.07 CONT | | $1,286.25 |

DOUGLAS, CINDY
PO BOX 3366
CRESTLINE, CA 92325

Claim Number: 2165
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $7,076.92 | | $7,076.92 CONT | | $7,076.92 |

YUHAS, JEROME
7608 W. MAUNA LOA LANE
PEORIA, AZ 85381

Claim Number: 2166
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

CHEN, HAO
28 SYCAMORE CIR
STONY BROOK, NY 11790-3141

Claim Number: 2168
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,480.76 | Scheduled: | $2,961.54 CONT | Allowed: | $1,480.76 |

PREMIER SUPPLIES
ATTN EDIE BARNETT
357 WEST 36TH STREET
NEW YORK, NY 10018

Claim Number: 2170
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $611.08 | Scheduled: | $611.08 | Allowed: | $611.08 |

ELITE MEDIA WORKS
ATTN EDIE BARNETT
357 W 36TH ST
NEW YORK, NY 10018

Claim Number: 2171
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,253.71 | Scheduled: | $1,041.98 | Allowed: | $2,253.71 |

HOUDE, ARTHUR E
23 SOUTHHAVEN DR
BROOKHAVEN, NY 11719

Claim Number: 2172
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,354.67 | Scheduled: | $1,354.67 CONT | Allowed: | $1,354.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SCIAULINO, MICHELE R<br>219 F SPRINGMEADOW<br>DR<br>HOLBROOK, NY 11741 | | Claim Number: 2173<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,163.46 | Scheduled: | $1,163.46 CONT | Allowed: | $1,163.46 |
| BLACKWELL, STACEY D<br>7201 CHIPPENHAM PL<br>APT # 203<br>BALTIMORE, MD 21244 | | Claim Number: 2174<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,648.40 | Scheduled: | $2,472.60 CONT | Allowed: | $1,648.40 |
| HOWARD HUGHES PROPERTIES, LP<br>ATTN SAMUEL B. GARBER, ESQ.<br>GENERAL GROWTH PROPERTIES, INC.<br>110 N. WACKER DR.<br>CHICAGO, IL 60606 | | Claim Number: 2177<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $112,904.20 | | | | |
| ONE OWINGS MILL CORP. CENTER ASSOC LP<br>ATTN SAMUEL B. GARBER, ESQ.<br>GENERAL GROWTH PROPERTIES, INC. AS AGENT<br>110 N. WACKER DR.<br>CHICAGO, IL 60606 | | Claim Number: 2179<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $89,999.66 | | | | |
| WAMPLER, JACQUELINE R (JACKIE)<br>18 JUNEBERRY PLACE<br>CLAYTON, NC 27520 | | Claim Number: 2181-01<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,893.46 | Scheduled:<br>Scheduled: | $1,893.46 CONT<br>$5,131.63 CONT | Allowed: | $1,893.46 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

WAMPLER, JACQUELINE R (JACKIE)
18 JUNEBERRY PLACE
CLAYTON, NC 27520

Claim Number: 2181-02
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,161.05 | | | Allowed: | $5,161.05 |

NUMA, JEAN (GILBERT)
4902 NW MACEDO BLVD
PORT SAINT LUCIE, FL 34983

Claim Number: 2182
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,932.00 | | | Allowed: | $1,932.00 |

STAGNER, JESSICA
12818 PORTULACA
DRIVE UNIT F
SAINT LOUIS, MO 63146

Claim Number: 2183
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $150.00 CONT |

STAGNER, JESSICA
12818 PORTULACA
DRIVE UNIT F
SAINT LOUIS, MO 63146

Claim Number: 2184
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,803.85 | Scheduled: | $1,653.85 CONT |

JULIUS ROEHRS COMPANY
ATTN ROBERT W. HOFFBAUER, PRESIDENT
1230 HIGHWAY 33
FARMINGDALE, NJ 07727

Claim Number: 2185
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $90.95 | | | Allowed: | $90.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STAUNTON CITY, VIRGINIA<br>RICHARD JOHNSON, TREASURER<br>P. O. BOX 474<br>STAUNTON, VA 24402-0474 | | Claim Number: 2187<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $378.26 | Scheduled: | $0.00  UNDET | Allowed: | $378.26 |
| REA, CRYSTAL<br>1038 NEVILLE ST<br>FOLLANSBEE, WV 26037 | | Claim Number: 2189<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $613.84 | Scheduled: | $613.84  CONT | Allowed: | $613.84 |
| JOHN HATCHER- KELLER WILLIAMS REALTY<br>ATTN JOHN HATCHER, OWNER<br>6 DEERING ST<br>PORTLAND, ME 04101 | | Claim Number: 2190<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $318.75 | | | Allowed: | $318.75 |
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2191<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $134.00 | Scheduled: | $134.00 | Allowed: | $134.00 |
| LYONS COFFEE SERVICE<br>ATTN DANIEL LYONS, PRESIDENT<br>P.O. BOX 1856<br>WELLS, ME 04090-1856 | | Claim Number: 2192<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $21.00 | Scheduled: | $21.00 | Allowed: | $21.00 |

---

WROBLEWSKI, MARIA C
659 BONNIE BRAE
ERIE, PA 16511

Claim Number: 2194
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,194.40 | Scheduled: | $1,612.44 CONT | Allowed: | $1,194.40 |

HUSTON, DOUGLAS
2733 RIVER ROAD
VIRGINIA BEACH, VA 23454

Claim Number: 2196
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10143 (08/26/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $5,000.00 |
| UNSECURED | Claimed: | $7,099.12 | | |

HUSTON, DOUGLAS
2733 RIVER ROAD
VIRGINIA BEACH, VA 23454

Claim Number: 2197
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10059 (06/20/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,200.00 |

SAUVE, LISA
324 DOUGLAS AVE
PORTSMOUTH, VA 23707

Claim Number: 2198
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $157.40 | Scheduled: | $152.40 | Allowed: | $157.40 |

LUGAT, DARIN G
6 EAST PROSPECT STREET
HOPEWELL, NJ 08525

Claim Number: 2199
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCOUNTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2200<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $35.73 | Scheduled: | $27.73 | Allowed: | $35.73 |
| FIRST DATA SOLUTIONS<br>ATTN KIM VAN ALLEN - ACCTS REC. MGR.<br>PO BOX 8334<br>OMAHA, NE 68108-0334 | | Claim Number: 2201<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $90.42 | Scheduled: | $67.63 | Allowed: | $90.42 |
| GALAXIE COFFEE SERVICE, INC<br>110 SEA LN<br>FARMINGDALE, NY 11735-3926 | | Claim Number: 2202<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8295 (11/13/2009) | | | | |
| UNSECURED | Claimed: | $20,501.00 | Scheduled: | $17,051.45 | | |
| MULTI PROPERTIES, INC<br>ATTN RICHARD S. HANTGAN, VICE PRES.<br>EMMORTON VILLAGE, LLC<br>PIKESVILLE PROFESS. BLDG-P.O. BOX 21579<br>BALTIMORE, MD 21282 | | Claim Number: 2203<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $13,222.68 | | | Allowed: | $13,222.68 |
| CERQUEIRA, CESAR<br>1027 TRAVIS LANE<br>GAITHERSBURG, MD 20879 | | Claim Number: 2205<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | | | Scheduled: | $450.00 CONT | | |
| SECURED | Claimed: | $0.00   UNDET | | | | |

DAILY TIMES, THE
ATTN LAURA S. WILLIAMS, CREDIT MGR
PO BOX 1937
SALISBURY, MD 21802-1937

Claim Number: 2208
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $460.90 | Scheduled: | $224.58 | Allowed: | $460.90 |

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

Claim Number: 2209
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8862 (05/21/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $105,257.77 |

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

Claim Number: 2210
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $617.20 |
| UNSECURED | Claimed: | $617.20 |
| TOTAL | Claimed: | $617.20 |

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

Claim Number: 2211
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5,395.10 | | Allowed: | $5,395.10 |

TIPALDI, THERESA
923 11TH STREET
WEST BABYLON, NY 11704

Claim Number: 2212
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,639.38 | Scheduled: | $1,803.32  CONT | Allowed: | $1,639.38 |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 25 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| HARKWELL, RICHARD<br>12808 BRIGHTON WOODS DR.<br>ST. LOUIS, MO 63131 | | Claim Number: 2213<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) | | | | |
| PRIORITY | | | Scheduled: | $11,968.43 CONT | | |
| UNSECURED | Claimed: | $514,423.08 | Scheduled: | $3,537.73 CONT | Allowed: | $514,423.08 |
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | | Claim Number: 2215<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,269.23 | Scheduled: | $1,269.23 CONT | Allowed: | $1,269.23 |
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 2216<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62 CONT | Allowed: | $484.62 |
| STEWART, ALVA<br>23 ARTHUR ST<br>BRENTWOOD, NY 11717 | | Claim Number: 2217<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $714.00 | Scheduled: | $714.00 CONT | Allowed: | $714.00 |
| KEYSTONE BUSINESS PRODUCTS<br>ATTN TAMMY DOUGHERTY, ACCTG SUPERVISOR<br>2298 BRODHEAD ROAD<br>BETHLEHEM, PA 18020 | | Claim Number: 2220<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5169 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $444.90 | Scheduled: | $148.30 | | |

| ROGERS & TAYLOR APPRAISERS INC<br>300 WHEELER ROAD<br>SUITE 302<br>HAUPPAUGE, NY 11788 | | Claim Number: 2221<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | | | |
| MCLOUGHLIN, MARGARET<br>43 AVENUE I<br>FARMINGDALE, NY 11735 | | Claim Number: 2223<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,257.75 | | | Allowed: | $1,257.75 | |
| DOVE, JEANNE A<br>3927 LONGFELLOW ST<br>ALLENTOWN, PA 18104-3334 | | Claim Number: 2224<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $2,030.77 | Scheduled: | $2,030.77  CONT | Allowed: | $2,030.77 | |
| R & J ABSTRACTS, INC.<br>ATTN JOHN HENSLER, PRESIDENT<br>440 NORTH SYRACUSE AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 2225<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $2,013.20 | | | Allowed: | $2,013.20 | |
| RSP REALTY LLC<br>C/O PETER R. OLSON, ESQ.<br>JENKINS & OLSON PC<br>15 SOUTH PUBLIC SQUARE<br>CARTERSVILLE, GA 30120 | | Claim Number: 2226<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $45,000.00 | Scheduled: | $0.00  UNLIQ | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

ITS MAILING SYSTEMS , INC
ATTN R. MARTIN KLAGHOLZ, CEO
1020 E MAIN STREET
NORRISTOWN, PA 19401

Claim Number: 2228
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $240.49 | | $240.49 | | $240.49 |

FERRICANE, ANGELO
13 HOLLY DR
MANORVILLE, NY 11949

Claim Number: 2230
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
Amends claim number 243

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,595.38 | | | | $2,595.38 |

OTIS BROWN'S GOOD HANDS CLEANING
ATTN OTIS BROWN
POB 564
FARMINGTON, MI 48332

Claim Number: 2231
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $650.00 | | $650.00 |

ADVANCED IMAGING TECHNOLOGIES
ATTN SHANDI CARTIER, BOOKKEEPER
115A MID TECH DR
W YARMOUTH, MA 02673

Claim Number: 2232
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $238.51 | | $119.76 | | $238.51 |

WAS, ELLEN
53 LOWELL AVE.
WEST ORANGE, NJ 07052

Claim Number: 2234
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $350.00 | | $350.00 CONT |

---

TRUSTED FORCE
ATTN WILLIAM C. HOFFMAN
1050 CONNECTICUT AVE. NW
SUITE 1000
WASHINGTON, DC 20036

Claim Number: 2235
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8662 (03/08/2010)

| UNSECURED | Claimed: | $52,000.00 | Scheduled: | $52,000.00 | Allowed: | $52,000.00 |
|---|---|---|---|---|---|---|

HILTON LISLE /NAPERVILLE
ATTN PATRICIA BOYER, CREDIT MGR
3003 CORPORATE WEST DRIVE
LISLE, IL 60532

Claim Number: 2236
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $964.70 | Scheduled: | $245.56 | | |
|---|---|---|---|---|---|---|

CRYSTAL ROCK
ATTN TOM DUMOND, CREDIT/COLLECTIONS MGR
POB 10028
WATERBURY, CT 06725-0028

Claim Number: 2238
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $833.78 | Scheduled: | $227.25 | Allowed: | $833.78 |
|---|---|---|---|---|---|---|

GIANNONE, LISA
PO BOX 75
HICKSVILLE, NY 11802

Claim Number: 2240
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $600.00 | Scheduled: | $600.00  CONT | | |
|---|---|---|---|---|---|---|

GROUP9, INC.
PO BOX 210
PENNS PARK, PA 18943-0210

Claim Number: 2241
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $20.00 | | | Allowed: | $20.00 |
|---|---|---|---|---|---|---|

| SELECT TELECOM INC<br>115 WALL ST<br>VALHALLA, NY 10595 | | Claim Number: 2242<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135.00 | | | Allowed: | $135.00 |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 40291-4023 | | Claim Number: 2243<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | |
| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00 CONT | | |
| QUINLAN, JEFFREY S.<br>10401 LONG HOME RD<br>LOUISVILLE, KY 40291-4023 | | Claim Number: 2244<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | | | |
| PRIORITY | Claimed: | $295.00 | Scheduled: | $295.00 CONT | | |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | | Claim Number: 2245<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $1,569.61 | Scheduled: | $2,910.38 CONT | Allowed: | $1,569.61 |
| LIM, SHAWN<br>301 WOODS ROAD<br>NORTH BABYLON, NY 11703 | | Claim Number: 2246<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $2,884.62 CONT | Allowed: | $2,884.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B&B MAINTENANCE OF MD INC<br>ATTN JULIE A. BUCKLER<br>23184 COLTON POINT RD<br>BUSHWOOD, MD 20618 | | Claim Number: 2250<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $819.00 | | | Allowed: | $819.00 |
| CERTIFIED APPRAISALS, INC.<br>ATTN JOHN CORDASIO, PRESIDENT<br>390 BUCKEYE DRIVE<br>COLORADO SPRINGS, CO 80919 | | Claim Number: 2252<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
| SUSAN & CO<br>ATTN SUSAN WOERNER<br>6235 OAKLAND DRIVE<br>PORTAGE, MI 49024 | | Claim Number: 2253<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | |
| DOMIANO, ROSEMARIE<br>212 STEPHEN ST<br>BELLMORE, NY 11710 | | Claim Number: 2254<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,627.23 | Scheduled: | $1,627.23  CONT | Allowed: | $1,627.23 |
| VENT, HELEN C.<br>11 LOWELL DRIVE<br>FARMINGDALE, NY 11735 | | Claim Number: 2255<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38  CONT | Allowed: | $865.38 |

DECARLO, ANITA A
135 VICTORIA PLACE
MELVILLE, NY 11747

Claim Number: 2256
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,500.00 | | $3,500.00 CONT | | $3,500.00 |

YUEN, EDWARD
153-07 77TH AVE.
FLUSHING, NY 11367

Claim Number: 2262
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,730.77 | | $1,730.77 CONT | | $1,730.77 |

CONTINENTAL MAID SVC
ATTN SIDNEY B. SURREY, PRES.
31 BELMONT AVE
GARFIELD, NJ 07026

Claim Number: 2263
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $799.20 | | | | $799.20 |

MORTGAGE PRESS, THE
1220 WANTAGH AVE
WANTAGH, NY 11793

Claim Number: 2264
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $483,999.05 | | $677,574.51 | | |

CARROLL COUNTY, GEORGIA
JEAN C. MATTHEWS TAX COMMISSIONER
TAX OFFICE
423 COLLEGE ST, RM 401
CARROLLTON, GA 30117

Claim Number: 2265
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $336.14 | | $336.14 DISP CONT | | $336.14 |

---

CAPPUCCIO TRUST
ATTN JUDITH A. MORGAN, CO-TRUSTEE
659 ABREGO STREET
SUITE # 4
MONTEREY, CA 93940

Claim Number: 2266-01
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $370.97 | Scheduled: | $2,300.00 |
|---|---|---|---|---|

CAPPUCCIO TRUST
ATTN JUDITH A. MORGAN, CO-TRUSTEE
659 ABREGO STREET
SUITE # 4
MONTEREY, CA 93940

Claim Number: 2266-02
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,929.03 |
|---|---|---|

PROMO POWER
2347 RIVER VIEW RD
CLEARLAKE OKS, CA 95423-9009

Claim Number: 2268
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,231.99 | Scheduled: | $3,231.99 | Allowed: | $3,231.99 |
|---|---|---|---|---|---|---|

PERRY, CATHRYN D
8720 WINDSOR MILL RD
WINDSOR MILL, MD 21244

Claim Number: 2271
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,413.46 | Scheduled: | $3,754.81  CONT | Allowed: | $3,413.46 |
|---|---|---|---|---|---|---|

ESTATE OF RUTH ROSENBLUM
MINDY LIEBMAN
2135 BEVERLY WAY
MERRICK, NY 11566

Claim Number: 2276
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,869.23 | | | Allowed: | $1,869.23 |
|---|---|---|---|---|---|---|

| LAMB, PEGGY A<br>400 JASINSKI ST<br>MANVILLE, NJ 08835 | | Claim Number: 2277<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $442.38 | Scheduled: | $1,815.46 CONT | Allowed: | | $442.38 |
| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19947 | | Claim Number: 2278<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | | $300.00 |
| THOMAS P. HOFFMAN (VA)<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19966 | | Claim Number: 2279<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | | $300.00 |
| GIST, KRISTIN L<br>15091 CARLTON AVE<br>SAN JOSE, CA 95124-5035 | | Claim Number: 2281<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,725.00 | Scheduled: | $1,725.00 CONT | Allowed: | | $1,725.00 |
| ROTHKIN, MICHELE<br>22 CLIFFORD DR<br>FARMINGDALE, NY 11735 | | Claim Number: 2284<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $1,176.92 CONT | | | |

CCC ONE, L.P.
C/O SOMERSET PROPERTIES, INC.
ATTN DENNIS M. CAMPBELL, MEMBER OF GP
768 N. BETHLEHEM PIKE. SUITE 203
LOWER GWYNEDD, PA 19002

Claim Number: 2285
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $21,394.79 | Scheduled: | $2,842.41 | Allowed: | $21,394.79 |
|---|---|---|---|---|---|---|

THEO PROPERTIES,INC.
ATTN: DON THEO
140 WEST STREET
SUITE ONE
WORCESTER, MA 01609

Claim Number: 2287
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $60.00 | | | Allowed: | $60.00 |
|---|---|---|---|---|---|---|

HELIOS & MATHESON
200 PARK AVE S STE 901
NEW YORK, NY 10003-1541

Claim Number: 2289
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $53,840.00 | Scheduled: | $37,040.00 | Allowed: | $53,840.00 |
|---|---|---|---|---|---|---|

QUATTRONE, LANA M
9 STATE ST
BLACKWOOD, NJ 08012

Claim Number: 2290
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,346.16 | Scheduled: | $1,346.16  CONT | Allowed: | $1,346.16 |
|---|---|---|---|---|---|---|

VALLEY ISLE APPRAISAL
ATTN THEODORE KESAJI (OWNER)
823 ALUA STREET
WAILUKU, HI 96793

Claim Number: 2294
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,144.00 | Scheduled: | $1,144.00 | Allowed: | $1,144.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | | Claim Number: 2297<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $58,598.07 | | | | | |
| GREATAMERICA LEASING CORPORATION<br>ATTN DEBBIE BURNS, ADMIN. ASSISTANT<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | | Claim Number: 2302<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $23,222.74 | | | | | |
| PRINCIPAL REAL ESTATE INVESTORS LLC AAF<br>SRI MIAMI VENTURE<br>PO BOX 951719<br>DALLAS, TX 75395-1719 | | Claim Number: 2303<br>Claim Date: 10/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $7,472.54  UNDET | Scheduled: | $695.60 | | | |
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | | Claim Number: 2305<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9458 (11/16/2010) | | | | | |
| UNSECURED | Claimed: | $6,591.49 | | | | | |
| PIERCE, DANIEL R.<br>244 CREEKSTONE TRL<br>CALERA, AL 35040-4954 | | Claim Number: 2306<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $4,500.00  CONT | Allowed: | $3,000.00 |

BOB FLEAK
5532 S. BURROWS
SPRINGFIELD, MO 65810

Claim Number: 2307
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

PETAK, JERRY L.
114 W COLE ST
MOUNT CARROLL, IL 61053

Claim Number: 2308
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |

HOLLEY, TORREY
3354 RODERDALE
RD NUMBER 638
HOUSTON, TX 77042

Claim Number: 2309
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT |

DUPLICATING PRODUCTS, INC
ATTN DEBORAH A. LOWERY, ACCTS RECEIVABLE
PO BOX 1548
GAINESVILLE, GA 30503

Claim Number: 2310
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101.00 | Allowed: | $101.00 |

MCELROY, KATHY M
759 LONGWOOD ROAD
LEXINGTON, KY 40503

Claim Number: 2311
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $485.00 | Allowed: | $485.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FRID, MARION L.<br>2702 LYNN AVE<br>FORT WAYNE, IN 46805 | | Claim Number: 2313<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $241.50   UNDET | Scheduled: | $241.50 | | |
| EWALD, GRANT C<br>14 MAGERUS ST.<br>SOUTH HUNTINGTON, NY 11746 | | Claim Number: 2314<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $646.15 | Scheduled: | $1,292.31  CONT | Allowed: | $646.15 |
| JAMES, CAROLE<br>510 MONROE RD<br>BOLINGBROOK, IL 60440 | | Claim Number: 2315<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,027.50 | Scheduled: | $2,112.12  CONT | Allowed: | $1,027.50 |
| VIERA OLDS, ROXANN M<br>1224 WOLF RUN<br>LANSING, MI 48917 | | Claim Number: 2318<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $176.92 | | | Allowed: | $176.92 |
| MCCLOY, DANIEL R.<br>4458 ANNETTE PARK DR<br>BOZEMAN, MT 59715 | | Claim Number: 2319<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | | |

---

DIAMOND RENTAL
ATTN AMY EDEN, AR ANAGER
4518 SOUTH 500 WEST
SALT LAKE CITY, UT 84123

Claim Number: 2321
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $263.11 | Scheduled: | $263.11 | Allowed: | $263.11 |

MALONSON, BARBARA J
25247 MADRONE
COURT
VOLCANO, CA 95689

Claim Number: 2322
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $1,776.92 | Scheduled: | $1,776.92  CONT | Allowed: | $1,776.92 |

ALL STAR LIMOUSINE
ATTN JANINE POWERS, VICE PRES.
380 NEW HWY
LINDENHURST, NY 11757-3358

Claim Number: 2323
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $263.40 | Scheduled: | $263.40 | Allowed: | $263.40 |

MAGNETIC SPRINGS WATER CO
ATTN SANDRA G. ALLISON, COLLECTIONS MGR
PO BOX 182076
COLUMBUS, OH 43218

Claim Number: 2324
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $158.86 | | | Allowed: | $158.86 |

IDAHO DANCE THEATRE INC.
ATTN BECKY BRESHEARS
405 S 8TH STREET STE 363
BOISE, ID 83702

Claim Number: 2326
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $5,000.00 | | | Allowed: | $5,000.00 |

| SWIFTEL COMMUNICATIONS<br>ATTN DOROTHY BEACH<br>PO BOX 588<br>BROOKINGS, SD 57006 | | Claim Number: 2328<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $745.75 | | | Allowed: | $745.75 |
| YUBA SUTTER DISPOSAL, INC<br>ATTN CHRIS THORNBURG, SNR CUST SERV REP<br>PO BOX G<br>MARYSVILLE, CA 95901 | | Claim Number: 2330<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $47.05 | | | Allowed: | $47.05 |
| RAYMOND C. COOKE<br>10420 MONTWOOD DR SUITE F1<br>EL PASO, TX 79935 | | Claim Number: 2332<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
| NEW HAMPSHIRE ELECTRIC<br>COOPERATIVE<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 2334<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $29.36 | | | Allowed: | $29.36 |
| NEW HAMPSHIRE ELECTRIC<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 2335<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $117.27 | Scheduled: | $146.63 | Allowed: | $117.27 |

| | | | Scheduled: | | | |
|---|---|---|---|---|---|---|

CRENSHAW, GEORGIA
4879 NANTUCKET LANE
ORLANDO, FL 32808

Claim Number: 2336
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | Scheduled: | $230.77 CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $798.61 | | | Allowed: | $798.61 |

COFFEE BREAK SVC INC
ATTN JEFFREY DALE, PRESIDENT
POB 1091
FRESNO, CA 93714

Claim Number: 2338
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $41.86 | Scheduled: | $41.86 | Allowed: | $41.86 |
|---|---|---|---|---|---|---|

PALEN, RAYMOND J (RAY)
23 FRANCO AVE
SELDEN, NY 11784

Claim Number: 2340-01
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7612 (07/13/2009)

| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $1,480.77 CONT | Allowed: | $1,480.77 |
|---|---|---|---|---|---|---|

PALEN, RAYMOND J (RAY)
23 FRANCO AVE
SELDEN, NY 11784

Claim Number: 2340-02
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7612 (07/13/2009)

| UNSECURED | Claimed: | $1,400.00 | | | | |
|---|---|---|---|---|---|---|

NICHOLSON, SERENA
1 BATTLE SQ APT 904
ASHEVILLE, NC 28801-2746

Claim Number: 2342
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $492.31 | Scheduled: | $492.31 CONT | Allowed: | $492.31 |
|---|---|---|---|---|---|---|

| HEIM, RUSSELL<br>64 BLACKSMITH RD<br>LEVITTOWN, NY 11756 | | Claim Number: 2344<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT | Allowed: | $1,138.46 |
| SIEDLEWICZ, PATRICIA A<br>59 LEWIS ROAD<br>MERRICK, NY 11566 | | Claim Number: 2346<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,269.24 | Scheduled: | $4,903.85 CONT | Allowed: | $3,269.24 |
| DONOVAN, MICHELE<br>18 URBAN DR.<br>SELDEN, NY 11784 | | Claim Number: 2347<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $963.37 | Scheduled: | $963.37 CONT | Allowed: | $963.37 |
| BOAND, SANDY<br>PO BOX 507<br>DARIEN, WI 53114-0507 | | Claim Number: 2348<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $1,239.00 | Scheduled: | $1,238.83 CONT | Allowed: | $1,239.00 |
| GLENBOROUGH FUND V, WASHINGTON LLC<br>C/O LAW OFFICES OF GLEN DRESSER<br>ATTN GLEN DRESSER, ATTORNEY<br>12650 RIVERSIDE DR., SUITE 100<br>N. HOLLYWOOD, CA 91607 | | Claim Number: 2349-01<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $90,959.72 | | | Allowed: | $90,959.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GLENBOROUGH FUND V, WASHINGTON LLC<br>C/O LAW OFFICES OF GLEN DRESSER<br>ATTN GLEN DRESSER, ATTORNEY<br>12650 RIVERSIDE DR., SUITE 100<br>N. HOLLYWOOD, CA 91607 | | Claim Number: 2349-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| SECURED | Claimed: | $7,237.00 | | | Allowed: | $7,237.00 |
| PAROTTI, PAUL<br>8210 SAN DIMAS RD<br>ATASCADERO, CA 93422 | | Claim Number: 2353-01<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8849 (05/12/2010) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $37,816.15 | Scheduled:<br>Scheduled: | $5,746.18 CONT<br>$20,075.35 CONT | Allowed: | $10,950.00 |
| PAROTTI, PAUL<br>8210 SAN DIMAS RD<br>ATASCADERO, CA 93422 | | Claim Number: 2353-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8849 (05/12/2010) | | | | |
| UNSECURED | Claimed: | $15,816.66 | | | Allowed: | $16,198.28 |
| F & R LANDSCAPING, INC.<br>ATTN RONALD LIOTTO, PRES<br>55 WILSHIRE COURT<br>NORTH BABYLON, NY 11703 | | Claim Number: 2358<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $19,972.53 | Scheduled: | $19,972.53 | Allowed: | $19,972.53 |
| VELLINGA, CAPI E<br>5550 BLACKWOOD RD<br>BOZEMAN, MT 59718 | | Claim Number: 2359<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNDET | Scheduled:<br>Scheduled: | $7,470.22 CONT<br>$1,311.19 CONT | | |

REMEDY
11711 SOUTH EAST 8TH ST.
BELLEVUE, WA 98005-0000

Claim Number: 2360
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $891.95 | Scheduled: | $891.95 | Allowed: | $891.95 |

LEBEUF, KATHLEEN A
4175 NO HIWAY 101 APT L2
DEPOT BAY, OR 97341

Claim Number: 2361
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08 CONT | Allowed: | $6,923.08 |

PAO, FRANK BRIAN JR.
4661 NUNN STREET
BRENTWOOD, CA 94513

Claim Number: 2362
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | Scheduled: | $250.00 CONT | Allowed: | $250.00 |

DUMLAO, ABIGAIL R
154 SIERRA DR APT 2
WALNUT CREEK, CA 94596

Claim Number: 2363
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $672.00 | Scheduled: | $672.00 CONT | Allowed: | $672.00 |

GOTO, JAMI L
273 S CALLE DA GAMA
ANAHEIM HILLS, CA 92807

Claim Number: 2365
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10583 (09/17/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $246.41 | Scheduled: | $5,161.79 CONT | Allowed: | $246.41 |

| THOMAS, MIRA J<br>510 LYNN AVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 2367<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT | Allowed: | | $807.69 |
| DEESE, RICKY L<br>9125 MEADOW VISTA RD<br>CHARLOTTE, NC 28213 | | Claim Number: 2368<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $918.50 | | | Allowed: | | $918.50 |
| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>PO BOX 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2369<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $238.22 | Scheduled: | $238.22 | Allowed: | | $238.22 |
| NORDHOFF, MARY LOU<br>616 WATSON BRANCH DR<br>FRANKLIN, TN 37064 | | Claim Number: 2370<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $523.17 | Scheduled: | $523.17  CONT | Allowed: | | $523.17 |
| TOLEDO EDISON<br>ATTN YM JONES<br>BANKRUTPCY DEPT - RM 204<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | | Claim Number: 2371<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $465.60 | Scheduled: | $1,296.83 | Allowed: | | $465.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ILLUMINATING COMPANY, THE. - CEI<br>BANKRUPTCY DEPT<br>6896 MILLER RD RM 204<br>BRECKSVILEL, OH 44141 | | Claim Number: 2372<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $269.68 | Scheduled: | $11.57 | Allowed: | $269.68 |
| REMAX<br>102 1ST ST SE<br>BONBURANT, IA 50035 | | Claim Number: 2373<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 | | |
| MONTEVAGO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | | Claim Number: 2375<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,365.00 | Scheduled: | $3,365.39  CONT | Allowed: | $3,365.00 |
| MAYO & BARBARA SOMMERMEYER<br>7425 VARDON WAY<br>FORT COLLINS, CO 80528 | | Claim Number: 2376<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $5,617.76 | Scheduled: | $871.20 | | |
| GILES, BERNADETTE<br>52 FLOYD ROAD<br>DERRY, NH 03038 | | Claim Number: 2377<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10614 (10/15/2012) | | | | |
| PRIORITY | Claimed: | $1,164.42 | Scheduled: | $1,164.42  CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KLW RESIDENTIAL INC<br>ATTN ROBERT KUSZARCK<br>247 CAYUGA RD<br>BUFFALO, NY 14225 | | Claim Number: 2379<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $575.00 | | |
| GONZALEZ, JOSEPH<br>4 LONG ST<br>LAKE GROVE, NY 11755 | | Claim Number: 2380<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $4,061.54 CONT | Allowed: | $2,769.23 |
| JASON COX - EAST COAST PROPERTIES<br>2012 ATHONY RD<br>BURLINGTON, NC 27215-8941 | | Claim Number: 2381<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,616.50 | | | Allowed: | $1,616.50 |
| YORK, PHILLIP G.<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123 | | Claim Number: 2383<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| DISCOUNT COPIER SYSTEMS & SERVICE INC<br>ATTN ADELE CHAVERS<br>PO BOX 851687<br>MOBILE, AL 36685 | | Claim Number: 2384<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $990.00 | | | Allowed: | $990.00 |

| BARLOW, HENRY<br>2148 YOUNG FARM PL<br>MONTGOMERY, AL 36106-3135 | | Claim Number: 2385<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $250.00 CONT | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
| ELLIS, TERESA<br>705 JUG BROOME RD<br>MONROE, NC 28112-7341 | | Claim Number: 2390<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $968.60 | Scheduled: | $968.80 CONT | Allowed: | $968.60 |
| ELLINGHUYSEN, PAUL<br>12621 BOX DRIVE<br>HUDSON, FL 34667 | | Claim Number: 2391<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $280.00 | | | Allowed: | $280.00 |
| TRENNE, MYRON<br>9232 MAGNUM TRL<br>BRIGHTON, MI 48116-8246 | | Claim Number: 2393<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | Allowed: | $300.00 |
| KLINE, VANESSA J<br>16576 SULTANA ST  APT 423<br>HESPERIA, CA 92345-7949 | | Claim Number: 2394<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $867.00 | Scheduled: | $867.00 CONT | Allowed: | $867.00 |

| GREAT AMERICAN CORPORATE DINING<br>ATTN C. NIK BUSHELL, V.P.<br>PO BOX 1688<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 2395<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,589.99 | Scheduled: | $397.64 | Allowed: | $1,589.99 |

| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>PO BOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2396<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37.28 | Scheduled: | $37.28 | Allowed: | $37.28 |

| CHESAPEAKE UTILITIES<br>ATTN SUE BURCHETT, COLLECTION MGR<br>POBOX 1678<br>SALISBURY, MD 21802-1678 | | Claim Number: 2397<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38.57 | Scheduled: | $38.57 | Allowed: | $38.57 |

| DIAMOND SPRINGS<br>ATTN DENISE STRAWN<br>POB 667887<br>CHARLOTTE, NC 28266-7887 | | Claim Number: 2400<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $383.42 | Scheduled: | $127.24 | Allowed: | $383.42 |

| KNUTH, KIMBERLY<br>1922 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | | Claim Number: 2402<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $269.28 | Scheduled: | $269.28 CONT | Allowed: | $269.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BLACKMON, BARRY L.<br>P.O. BOX 516<br>ROANOKE RAPIDS, NC 27870 | | Claim Number: 2403<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | | | |
| PRIORITY | Claimed: | $140,000.00 | Scheduled: | $400.00 CONT | | |
| SECURED | Claimed: | $35,000.00 | | | | |
| BORDNER, ANN M<br>8809 WAVE CIRCLE<br>APT A<br>FORT WAYNE, IN 46825 | | Claim Number: 2404<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $887.02 | | | Allowed: | $887.02 |
| PAULSON, ALGOTH B.<br>4323 DIVISION STREET, STE 204<br>METAIRIE, LA 70002 | | Claim Number: 2405<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | Allowed: | $550.00 |
| RHODUS, DONDREA (DONDI)<br>17042 COLES CREEK DR<br>SPRINGFIELD, LA 70462-3604 | | Claim Number: 2406<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $471.24 | Scheduled: | $471.24 CONT | Allowed: | $471.24 |
| INTERNATIONAL MAILING<br>ATTN GREG TEETSELL, ACCTS REC.<br>336 N. 12TH STREET<br>SACRAMENTO, CA 95814 | | Claim Number: 2407<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $392.20 | | | Allowed: | $392.20 |

JBK ENTERPRISE
ATTN ROBERT BAGNALL - OWNER
2895 ARCOLA ROAD
MADISON, OH 44057

Claim Number: 2408
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 | | |

APPRAISAL ASSOCIATES INC.
PO BOX 1024
WARRENSBURG, MO 64093

Claim Number: 2409
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |

TOPP OF THE HARBOR LIMOUSINE
ATTN THOMAS REILLY, OWNER
PO BOX 36
BETHPAGE, NY 11714

Claim Number: 2410
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,527.00 | Scheduled: | $3,238.00 | Allowed: | $3,527.00 |

WLNG RADIO EASTERN LONG ISLAND
ATTN ANN BUCKHOUT, PRESIDENT
PO BOX 2000
SAG HARBOR, NY 11963

Claim Number: 2411
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,093.00 | Scheduled: | $384.00 | Allowed: | $1,093.00 |

CONKLIN, CHRISTINE
134 COMMACK RD
ISLIP, NY 11751

Claim Number: 2412
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8289 (11/13/2009)

| PRIORITY | Claimed: | $7,382.40 | Scheduled: | $7,382.40 CONT | Allowed: | $5,076.94 |

---

BLOMBERG, RONALD S
P.O. BOX 1416
OXFORD, GA 30054

Claim Number: 2413
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $45,812.47 | Scheduled: | $45,976.85 CONT | Allowed: | $45,812.47 |

MALLEY, MARIE
78 WALDEN COURT
EAST MORICHES, NY 11940

Claim Number: 2414
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $330.77 | Scheduled: | $330.77 CONT | Allowed: | $330.77 |

BRODY , JASON
341 W 8TH ST
DEER PARK, NY 11729-6526

Claim Number: 2415
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,207.69 | Scheduled: | $2,207.69 CONT | Allowed: | $2,207.69 |

GOLDSTEIN, EDWARD B
120 CHERRY ST
KATONAH, NY 10536

Claim Number: 2416
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $531.67 | | | Allowed: | $531.67 |

DIETRICH, MICHELLE
2025 TWIN FAWNS CT
SAINT PETERS, MO 63376-7338

Claim Number: 2419
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $6,666.67 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| KALK, MARY<br>939 MEADOW LN<br>SYCAMORE, IL 60178 | | Claim Number: 2421<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10934 (12/17/2013) | | | | |
| PRIORITY | | | Scheduled: | $7,266.46 CONT | Allowed: | $960.00 |
| UNSECURED | Claimed: | $960.00 | | | | |
| MCGREGOR, MOLLY<br>3345 RESOURCE PKWY<br>APT F3<br>DEKALB, IL 60115-5318 | | Claim Number: 2422<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $384.00 | Scheduled: | $384.00 CONT | Allowed: | $384.00 |
| MOUNTAIN MIST<br>ATTN JORDAN TARGUS, COLLECTIONS ADMIN.<br>PO BOX 44427<br>TACOMA, WA 98444 | | Claim Number: 2424<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $157.00 | Scheduled: | $38.28 | Allowed: | $157.00 |
| SPRAGUE, SUSAN<br>1717 N BAYSHORE DR<br>3844<br>MIAMI, FL 33132 | | Claim Number: 2425<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $3,022.08 | Scheduled: | $6,044.16 CONT | Allowed: | $3,022.08 |
| BENSON & ASSOCIATES<br>ATTN SUSAN BENSON, OWNER<br>PO BOX 21515<br>LITTLE ROCK, AR 72221 | | Claim Number: 2426<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YAVAPAI COUNTY, ARIZONA<br>ROSS D. JACOBS<br>YAVAPAI COUNTY TREASURER<br>1015 FAIR STREET<br>PRESCOTT, AZ 86305-1807 | | Claim Number: 2427<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | | | | Scheduled: | | $81.49 DISP CONT | |
| SECURED | Claimed: | $6,517.68 | | | | | |
| ORTEGA, KARI<br>9261 E OAK RIDGE DR<br>ROCHELLE, IL 61068 | | Claim Number: 2430<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $840.00 | | Scheduled: | $3,489.36 CONT | Allowed: | $840.00 |
| UNSECURED | | | | Scheduled: | $42.95 CONT | | |
| MANGINELLI SR, DANIEL J<br>3311 TEMPE DRIVE<br>HUNTINGTON BEACH, CA 92649 | | Claim Number: 2433<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| MISSION MKTG & ADVERTISING<br>ATTN VINCENT HAMON, OWNER<br>6565 FOUNTAIN AVE APT 16<br>LOS ANGELES, CA 90028 | | Claim Number: 2434<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $405.00 | | | | Allowed: | $405.00 |
| FINELLI, NICOLE D<br>11101 ROYAL PALMS BLVD<br>NUMBER 111<br>CORAL SPRINGS, FL 33065 | | Claim Number: 2435<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,107.69 | | Scheduled: | $1,107.69 CONT | Allowed: | $1,107.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ALEXIS H PAGAN<br>2846 SPARROW WAY<br>ENTERPRISE, AL 36330-5034 | | Claim Number: 2436<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00 CONT | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| CORBETT, DENNIS J<br>236 SOUTHAVEN AVE.<br>MEDFORD, NY 11763 | | Claim Number: 2437<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15 CONT | Allowed: | $1,846.15 |
| WESLEY BARBER ENGINEERING & SURVEYING<br>ATTN WESLEY BARBER<br>203 E. MILLWATER FALL<br>SHEPERDSVIILLE, KY 40165 | | Claim Number: 2439<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 |
| MANUEL MEDEIROS<br>2 MOUNTAIN VIEW TER UNIT 612<br>DANBURY, CT 06810-4163 | | Claim Number: 2440<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 | Allowed: | $430.00 |
| MAY JAMES, ANGALEE M<br>5508 CADILLAC AVENUE<br>BALTIMORE, MD 21207 | | Claim Number: 2441<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,308.72 | Scheduled: | $1,308.89 CONT | Allowed: | $1,308.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FISHMAN, BRIAN<br>1695 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 2443-01<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10955 (01/27/2014) | | | | |
| PRIORITY | | | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $9,050.00 CONT | | |
| FISHMAN, BRIAN<br>1695 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 2443-02<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10955 (01/27/2014) | | | | |
| UNSECURED | Claimed: | $0.00 | | | Allowed: | $9,050.00 |
| RICHIE'S CITGO<br>ATTN RICHARD FONTANA, PRES.<br>1153 WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | | Claim Number: 2444<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $9,245.86 | Scheduled: | $8,732.03 | Allowed: | $9,245.86 |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | | Claim Number: 2445<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,613.07 CONT | Allowed: | $6,000.00 |
| COM BELL SYSTEMS<br>ATTN PAT SANTORO<br>561 ACORN ST STE C<br>DEER PARK, NY 11729 | | Claim Number: 2447<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| UNSECURED | Claimed: | $6,595.98 | Scheduled: | $6,595.98 | | |

TATULYAN, GALINA V
9000 HAYMARKET
WHITE LAKE, MI 48386

Claim Number: 2450
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,867.39 | | | Allowed: | $2,867.39 |

LANE, SALLY M
PO BOX 4598
WEST RICHLAND, WA 99353-4009

Claim Number: 2451
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,985.00 |
| UNSECURED | Claimed: | $1,985.00 |
| TOTAL | Claimed: | $1,985.00 |

SKYWAY CREATIONS UNLIMITED
ATTN CLAIRE SMAGALA, ACCOUNTANT
PO BOX 38055
COLORADO SPRINGS, CO 80937

Claim Number: 2453
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Scheduled: | $61.54 | Allowed: | $50.00 |

R.F. ESPOSITO, INC.
ATTN RICHARD F. ESPOSITO
7000 EAST GENESEE
FAYETTEVILLE, NY 13066-1129

Claim Number: 2454
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,170.00 | Scheduled: | $4,170.00 | Allowed: | $4,170.00 |

CURTIN, DAVE
MICHELLE BIEN-CURTIN
13113 SKYLINE DRIVE
PLAINFIELD, IL 60585

Claim Number: 2455
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

VILLAGE GREEN
ATTN LOIS ROBINSON
4303 MILLER RD
WILMINGTON, DE 19802

Claim Number: 2456
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53.95 | Scheduled: | $53.95 | Allowed: | $53.95 |

DIGAETANI, KATHRYN F
2331 COVINGTON CREEK CIRCLE E
JACKSONVILLE, FL 32224

Claim Number: 2458
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,992.31 | Scheduled: | $1,992.31 CONT | Allowed: | $1,992.31 |

GREEN, RICHARD J (RICK)
586 BRIGHAM TRL
AUGUSTA, GA 30909-6046

Claim Number: 2459
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $438.00 |
| UNSECURED | Claimed: | $438.00 |
| TOTAL | Claimed: | $438.00 |

D J GRAEFF & ASSOCIATES, LLC
ATTN DANIEL J. GRAEFF - PARTNER
5622 GINGER TREE LN
TOLEDO, OH 43623

Claim Number: 2460
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | Allowed: | $1,500.00 |

LARSEN, LESLIE J
0N611 SUZANNE DR
WINFIELD, IL 60190

Claim Number: 2461
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,507.75 | Scheduled: | $2,507.75 CONT | Allowed: | $2,507.75 |

| COLE COUNTY, MISSOURI<br>ATTN LARRY VINCENT, COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 2462<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $84.52 | Scheduled: | $105.11  DISP CONT | | | |
| THOMAS, LORI<br>5454 KIMBERLY LN<br>PLEASANT PLAINS, IL 62677-3840 | | Claim Number: 2463<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $461.60 | Scheduled: | $461.60  CONT | Allowed: | $461.60 |
| PL MARKETING<br>32811 MIDDLEBELT RD STE G<br>FARMINGTN HLS, MI 48334-1701 | | Claim Number: 2465<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $194.66 | Scheduled: | $194.66 | Allowed: | $194.66 |
| SPRING WATER PROMOTIONS INC<br>ATTN DONALD K BAILEY<br>24 CLEAR LN<br>BLUE RIDGE, GA 30513 | | Claim Number: 2466<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $860.07 | Scheduled: | $860.07 | Allowed: | $860.07 |
| CAROLINA OFFICE SYSTEMS<br>ATTN TARA DWYER<br>730 SALISBURY RD<br>STATESVILLE, NC 28677-6208 | | Claim Number: 2469<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $191.30 | Scheduled: | $191.30 | Allowed: | $191.30 |

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2472
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105.80 | Scheduled: | $105.80 | Allowed: | $105.80 |

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2473
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.81 | Scheduled: | $97.24 | Allowed: | $136.81 |

DIAMOND SPRINGS
ATTN DENISE STRAWN
PO BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 2475
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $156.27 | Scheduled: | $156.27 | Allowed: | $156.27 |

TAYLOR, PATRICK E.
5009 LAZY DAY LANE
INDIAN TRAIL, NC 28079

Claim Number: 2476
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT | Allowed: | $350.00 |

ALL STAR LIMOUSINE
380 NEW HWY
LINDENHURST, NY 11757-3358

Claim Number: 2477
Claim Date: 11/16/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,753.40 | Scheduled: | $3,753.40 | Allowed: | $3,753.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| REALTY HOT WHEELS<br>ATTN LORRAINE KREKLA - OWNER<br>6560 PYRAMID LAKE HWY., # 52<br>SPARKS, NV 89436 | | Claim Number: 2478<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $132.00 | Scheduled: | $132.00 | | |
| RATHBURN, RANDY<br>CHRISTINE  REMBAS-RATHBURN<br>9765  SW  EASTBROOK  CIR<br>PORT ST LUCIE, FL 34987-2429 | | Claim Number: 2479<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $850.00 | Scheduled: | $850.00  CONT | Allowed: | $850.00 |
| FERGUS, CAROL<br>2381 CHRISTMAS TREE DR<br>CARSON CITY, NV 89703 | | Claim Number: 2480<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $2,846.16 | Scheduled: | $2,846.15  CONT | Allowed: | $2,846.16 |
| ANDERSON, BONNIE<br>10 PRIMROSE<br>IRVINE, CA 92604 | | Claim Number: 2482<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,920.00 | Scheduled: | $1,980.00  CONT | Allowed: | $1,920.00 |
| BURKETT'S<br>ATTN TINA JOHNSON<br>8520 YOUNGER CREEK DR<br>SACRAMENTO, CA 95828 | | Claim Number: 2483<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,815.47 | Scheduled: | $875.21 | Allowed: | $3,815.47 |

| NORWOOD, CARRIE<br>4401 SHATTALON DR<br>WINSTON SALEM, NC 27106 | | Claim Number: 2485<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,288.46 CONT | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $142.34 CONT | | |
| ACTION MESSENGER SVC<br>POB 69763<br>LA, CA 90069 | | Claim Number: 2486<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $104.00 | Scheduled: | $185.90 | | |
| ZINTER, CONNIE L<br>2149 N 128TH ST<br>SEATTLE, WA 98133 | | Claim Number: 2488<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8011 (09/04/2009) | | | | |
| PRIORITY | Claimed: | $1,012.50 | | | Allowed: | $1,012.50 |
| PACIFIC WEST SEARCH<br>ATTN DAVID RAUHOFF, PRESIDENT<br>1930 VILLAGE CENTER CIRCLE<br>#E-845<br>LAS VEGAS, NV 89134 | | Claim Number: 2489<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 | Allowed: | $25,000.00 |
| EMBLEMAX<br>14504 LEE ROAD, SUITE F<br>CHANTILLY, VA 20151 | | Claim Number: 2491<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $279.80 | Scheduled: | $279.80 | Allowed: | $279.80 |

FLANNERY, ANDREA
4586 AGUILA PLACE
ORLANDO, FL 32826

Claim Number: 2492
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $848.08 | | $848.08 CONT | | $848.08 |

WILSON, DEGRAW & MILLER LLP
PO BOX 25184
WINSTON SALEM, NC 27114-5184

Claim Number: 2493
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,570.00 | | | | $1,570.00 |

DINH, VIVIAN M
12301 EPSILON
STREET
GARDEN GROVE, CA 92840

Claim Number: 2495
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,173.08 | | $3,173.08 CONT | | $3,173.08 |

BEVERAGE SOLUTIONS
ATTN MARK SCHWARTZ
444 BRICKELL AVE
STE 51-464
MIAMI, FL 33131

Claim Number: 2498
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,802.77 | | $353.82 | | $1,802.77 |

NORWOOD, CARRIE H
4401 SHATTALON DR
WINSTON SALEM, NC 27106

Claim Number: 2503
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,712.31 | | $1,712.31 CONT | | $1,712.31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESSERT FLOWERS<br>ATTN GRAEME HENDRY / BOOKKEEPER<br>618 MAIN ST<br>EL CENTRO, CA 92243 | | Claim Number: 2504<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $281.79 | Scheduled: | $281.79 | Allowed: | | $281.79 |
| THERMOCOPY<br>ATTN SUE MCCOY, CREDIT & COLLECTIONS MGR<br>P.O. BOX 10665<br>3505 SUTHERLAND AVE<br>KNOXVILLE, TN 37939-0665 | | Claim Number: 2505<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $146.66 | Scheduled: | $146.66 | Allowed: | | $146.66 |
| MITCHELL, NANCY<br>614 BETTY ST<br>EARLVILLE, IL 60518 | | Claim Number: 2506<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,567.88 | Scheduled: | $1,567.88  CONT | Allowed: | | $1,567.88 |
| THOMAS, ELLEN M.<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 2507<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $16,695.00 | | | | | |
| THOMAS, ELLEN<br>2 JOHN F KENNEDY DR<br>NORTON, MA 02766 | | Claim Number: 2508<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $5,706.04  CONT | | | |

FISHER, ADRIENNE
2520 N 1ST ST
APT 1
DE KALB, IL 60115

Claim Number: 2511
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $896.00 | | $896.00 CONT | | $896.00 |

KENDRA, ALLISON M.
STEVEN T. KENDRA
6570 NEW PROVIDENCE DRIVE
HARRISBURG, PA 17111

Claim Number: 2512
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $350.00 CONT | | |
| UNSECURED | | $350.00 | | | | $350.00 |

MCKAY, JANET
199 CENTRAL AVE
PITTSBURGH, PA 15238

Claim Number: 2514
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $700.00 | | | | $700.00 |

MONELLO, MARGARET (MIKI)
25291 SEA ROSE COURT
DANA POINT, CA 92629

Claim Number: 2515
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,486.24 | | $4,726.15 CONT | | $1,486.24 |

SHANNON, LINDA K
3915 36TH STREET
DES MOINES, IA 50310

Claim Number: 2517
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,828.80 | | $2,605.95 CONT | | $1,828.80 |

---

ROBERT C. TAGGART & ASSOCIATES
ATTN VICKY GUZMAN, OFFICE MGR.
5869 SW 29TH STREET
TOPEKA, KS 66614

Claim Number: 2518
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $356.00 | | | Allowed: | $356.00 |
|---|---|---|---|---|---|---|

ST JOHN, MICHAEL E
745 HAZEL DELL RD
CASTLE ROCK, WA 98611-9440

Claim Number: 2520
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $507.76 | Scheduled: | $507.76 CONT | Allowed: | $507.76 |
|---|---|---|---|---|---|---|

DOWNEY PUBLISHING
ATTN GAYLA LAVAERY ACCT REP.
2454 E. SOUTHLAKE BLVD.
SOUTHLAKE, TX 76092-6609

Claim Number: 2521
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $712.14 | | | Allowed: | $712.14 |
|---|---|---|---|---|---|---|

REAL ESTATE BOOK, THE -TREB SERVICES INC
PO BOX 1000
FERNDALE, WA 98248

Claim Number: 2523
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 | Allowed: | $480.00 |
|---|---|---|---|---|---|---|

BARLOW, MONIQUE R
6499 S. DAFFODIL WAY
WEST JORDAN, UT 84084

Claim Number: 2525
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $336.00 | Scheduled: | $336.00 CONT | Allowed: | $336.00 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| GOTH, NORMA<br>P.O. BOX 403<br>MADISON, SD 57042 | | Claim Number: 2526<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $318.00 | | | Allowed: | $318.00 |
| EDDLEMAN, MITZI D<br>2150 NE 18TH ST UNIT 118<br>GRIMES, IA 50111-4735 | | Claim Number: 2527<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $551.50 | Scheduled: | $551.50 CONT | Allowed: | $551.50 |
| RIGSBY, JUDITH<br>100 CHACEY LN<br>WORTHINGTON, OH 43085 | | Claim Number: 2528<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7898 (08/05/2009) | | | | |
| PRIORITY | Claimed: | $2,402.40 | Scheduled: | $2,402.40 CONT | Allowed: | $1,201.20 |
| THOMPSON, CHERYL<br>2517 JENSEN AVE UNIT 317<br>AMES, IA 50010-4876 | | Claim Number: 2529<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT | | |
| UNSECURED | Claimed: | $50.72 | Scheduled: | $50.72 CONT | | |
| NELSON, TRACY<br>2333 TULIP ST<br>SARASOTA, FL 34239-6248 | | Claim Number: 2530<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $808.48 | Scheduled: | $808.48 CONT | | |

| INTERIOR GARDEN BMG<br>4118 E. 19TH<br>SPOKANE, WA 99223 | | Claim Number: 2532<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79.28 | Scheduled: | $79.28 | Allowed: | $79.28 |
| ROBINSON, DONTE T<br>1392 EDELWEISS AVE<br>RIVERSIDE, CA 92501 | | Claim Number: 2534<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69  CONT | Allowed: | $807.69 |
| AYDELOTTE, CHRISTA K<br>1327 NORTH<br>CEDARWOOD ROAD<br>TOOELE, UT 84074 | | Claim Number: 2536<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,550.77 | Scheduled: | $1,550.77  CONT | Allowed: | $1,550.77 |
| NORTHEASTERN REMC<br>PO BOX 291<br>COLUMBIA CITY, IN 46725-0291 | | Claim Number: 2537<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $830.93 | Scheduled: | $249.04 | Allowed: | $830.93 |
| FORD, SUEZETTE<br>3432 BEATRICE DR<br>FORT WAYNE, IN 46806 | | Claim Number: 2538<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $623.04 | Scheduled: | $623.04  CONT | Allowed: | $623.04 |

STORKAN, MARY
1331 KENTUCKY DR
CONCORD, CA 94521

Claim Number: 2539
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $964.87 | | $1,487.34 CONT | | $964.87 |

WILLOWS LLC, THE
ATTN CARL CHRISTENSON, MANAGING MEMBER
2805 BLAINE STREET
SUITE 200
CALDWELL, ID 83605

Claim Number: 2541
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,800.00 | | $1,800.00 | | $1,800.00 |

SANTIAGO, OLIVER M.
MARY ANNSON SANTIAGO
12839 BLOSSOM DR
ALSIP, IL 60803

Claim Number: 2551
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $300.00 CONT | | |
| UNSECURED | | $300.00 | | | | |

PORTLAND CITY
ATTN ELIZABETH L. BOYNTON
PO BOX 544
PORTLAND, ME 04112

Claim Number: 2554
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8485 (01/08/2010)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $376.54 | | | | $376.54 |

CHARLES G. MURRAY A.S.A.
226 MILL STREET
P O BOX 201
BRISTOL, PA 19007

Claim Number: 2555
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $300.00 | | | | $300.00 |

VINTAGE COFFEE SERVICE
PO BOX 24095
BALTIMORE, MD 21227

Claim Number: 2557
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $472.06 | | $566.56 | | $472.06 |

GUTIERREZ, ANITA
618 LOCUST ST
WRIGHTSVILLE, PA 17368

Claim Number: 2561
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $673.86 | | $673.86 CONT | | $673.86 |

GRAPHIC MEDIA, INC
20221 WARREN AVE
CHEYENNE, WY 82001

Claim Number: 2564
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $202.00 | | $202.00 | | $202.00 |

HAYES, JAMES J
9260 BOWERS BROOK PL
BRISTOW, VA 20136

Claim Number: 2565
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,897.44 | | $3,897.44 CONT | | $3,897.44 |

WISE CHOICE APPRAISALS
7716 BUCKSKIN AVE
LAS VEGAS, NV 89129-6745

Claim Number: 2566
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $225.00 | | $225.00 | | $225.00 |

---

ADVANCED LISTING SERVICES
1449 SUMMER GLOW AVE
HENDERSON, NV 89012

Claim Number: 2567
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,000.00 | | | Allowed: | $2,000.00 |
|---|---|---|---|---|---|---|

BRUNSWICK COUNTY PUBLIC UTILITIES
SHERRI GARNER, CUST SVC SUPERVISOR
PO BOX 580383
CHARLOTTE, NC 28258-0383

Claim Number: 2568
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $208.06 | Scheduled: | $103.83 | Allowed: | $208.06 |
|---|---|---|---|---|---|---|

BOBBY L GREENE PLUMBING & HEATING CO INC
ATTN REBECCA HOUSE, OFF. MGR
2630 MIDWAY AVE  PO BOX 38387
SHREVEPORT, LA 71133-8387

Claim Number: 2569
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $101.00 | Scheduled: | $202.00 | Allowed: | $101.00 |
|---|---|---|---|---|---|---|

ILINK COMMUNICATIONS, INC.
ATTN TAMARA SAUNDERS, CONTROLLER
2999 N 44TH STREET
SUITE 650
PHOENIX, AZ 85018

Claim Number: 2571
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 32 (10/19/2010)

| UNSECURED | Claimed: | $2,611.33 |
|---|---|---|

MEADOW OAKS SHOPPING CENTER
ATTN REAGAN BROWN, MANAGER
PO BOX 8229
NO. 14 CROSSROADS SHOPPING VILLAGE # 201
CORPUS CHRISTI, TX 78412

Claim Number: 2572
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8492 (01/12/2010)

| UNSECURED | Claimed: | $6,348.59 |
|---|---|---|

LBM OFFICE SOLUTTIONS,INC
ATTN CHERYL STINNETT, OFFICE ADMIN.
P.O. BOX 954
LYNCHBURG, VA 24505

Claim Number: 2573
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $143.13 | Scheduled: | $143.13 | Allowed: | $143.13 |

GARCIA, DAWN
8828 HICKORY AVE
HESPERIA, CA 92345

Claim Number: 2574
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $676.00 | Scheduled: | $676.00 CONT | Allowed: | $676.00 |

BRADSHAW, STACY A
16616 199TH PL NE
WOODINVILLE, WA 98072

Claim Number: 2575
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

PRIORITY

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,916.92 CONT | | |

COMMERCIAL AGENCY, THE
ATTN LEE KENNEDY, COLLECTION MANAGER
C/O LIONINC.COM
PO BOX 23909
FARMVILLE, VA 23909

Claim Number: 2576
Claim Date: 11/15/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $9,412.00 | | | | |

GERKEN, KERRI & JEFF
15711 E. VALLEY CHAPEL RD.
FAIRFIELD, WA 99012

Claim Number: 2577
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $10.00 | | | Allowed: | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BOYD, MARSHA M<br>121 UNION AVE SE<br>RENTON, WA 98059 | | Claim Number: 2581<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $3,477.69 | Scheduled: | $3,477.69  CONT | Allowed: | $3,477.69 |
| FREY, TABETHA S<br>8310 RIDGE ROUTE ROAD<br>SAN DIEGO, CA 92120 | | Claim Number: 2582<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $8,653.85 | Scheduled: | $8,653.85  CONT | Allowed: | $8,653.85 |
| MOORE APPRAISAL CO., INC<br>ATTN ROBERT W MOORE, PRESIDENT<br>160 WEST CARMEL DRIVE<br>SUITE 214<br>CARMEL, IN 46032 | | Claim Number: 2584<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | | |
| DOWNING, JEROME E.<br>14446 OAK RD<br>GREENWOOD, DE 19950 | | Claim Number: 2585<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
| PESTMASTER SERVICES<br>ATTN GABRIEL CORDERO<br>PO BOX 966<br>IMPERIAL, CA 92251-0966 | | Claim Number: 2587<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | | |

U.S. BANKRUPTCY COURT
Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 73 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

SZUMSKI, DAWN
224 W CLEARWATER RD
LINDENHURST, NY 11757

Claim Number: 2589
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,847.23 | Scheduled: | $1,847.23 CONT | Allowed: | $1,847.23 |
|---|---|---|---|---|---|---|

RESPONSE MORTGAGE PROJECTS GROUP
ATTN MARVIN MORAN
534 BROADHOLLOW ROAD
SUITE 275
MELVILLE, NY 11747

Claim Number: 2590
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $28,583.91 | Scheduled: | $28,017.11 | | |
|---|---|---|---|---|---|---|

ANGEL DAYS HOUSE CLEANING
ATTN ANGELA H. HADLEY
762 BREITENBUSH LN
BEND, OR 97702

Claim Number: 2591
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,525.00 | Scheduled: | $1,350.00 | | |
|---|---|---|---|---|---|---|

MANTILLA, BLANCA M.
GABRIEL MANTILLA
3005 LEISURE WORLD BLVD # 205
SILVER SPRING, MD 20906

Claim Number: 2593
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| PRIORITY | | | Scheduled: | $375.00 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |

HERNANDEZ, ELENA
21 N 64TH DRIVE
PHOENIX, AZ 85043

Claim Number: 2594
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | | | Scheduled: | $1,116.00 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,116.00 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| HARRISON, JAMES F<br>4448 FORREST RIDGE DRIVE<br>LOUISVILLE, TN 37777 | | Claim Number: 2595<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | Allowed: | $10,950.00 |
| UNSECURED | Claimed: | $10,950.00 | | | Allowed: | $6,132.40 |
| GRANITE TITLE ASSOCIATES, INC.<br>1615 YORK RD STE 303<br>ATTN: ROBERT S ABRAHAMS, VP<br>LUTHERVILLE, MD 21093 | | Claim Number: 2597<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| WEISSBOHN, MICHAEL J.<br>BARBARA L WEISSBOHN<br>1 PARK PLACE<br>KANKAKEE, IL 60901 | | Claim Number: 2598<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | | | Scheduled: | $300.00 CONT | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| FORTE, CAROLYN S (SUE)<br>5N621 JENS JENSEN LN<br>SAINT CHARLES, IL 60175 | | Claim Number: 2599<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $500.00 | Scheduled: | $500.00 CONT | Allowed: | $500.00 |
| JOHNS, BETTY<br>8628 HUFFINE LANE # 70<br>BOZEMAN, MT 59718 | | Claim Number: 2600<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 | | |

| JOHNS, BETTY<br>8628 HUFFINE LANE # 70<br>BOZEMAN, MT 59748 | | Claim Number: 2601<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $175.00 | | | | |
| JOHNS, BETTY<br>8628 NUFFINE LANE # 70<br>BOZEMAN, MT 59718 | | Claim Number: 2602<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $175.00 | | | | |
| JOHNS, BETTY<br>C/O INDYMAC BANK<br>2616 W MAIN ST # D<br>BOZEMAN, MT 59718 | | Claim Number: 2603<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6574 (11/13/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| PORTER, SHAWN J<br>4 FRANKLIN PLACE<br>FARMINGDALE, NY 11735 | | Claim Number: 2604<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $1,894.23 CONT | Allowed: | $740.38 |
| WILLS, CHERYL<br>10625 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2605<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | | | Scheduled: | $1,610.00 CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

MORAN PILLE, KATHRYN A
2031 N. ARLENE
ARNOLD, MO 63010

Claim Number: 2608
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $755.75 | Scheduled: | $755.75 CONT | Allowed: | $755.75 |
|---|---|---|---|---|---|---|

JIMENEZ, MARCELA M
2329 LIME AVENUE
LONG BEACH, CA 90806

Claim Number: 2609
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $2,846.16 CONT | Allowed: | $1,184.62 |
|---|---|---|---|---|---|---|

VENADAS, ROSE B.
1204 MIRA VALLEY ST
CORONA, CA 92879

Claim Number: 2610
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| PRIORITY | Claimed: | $769.20 | Scheduled: | $769.23 CONT | Allowed: | $769.20 |
|---|---|---|---|---|---|---|

WORBY, MARILYN
4518 W NORTH B ST APT B
TAMPA, FL 33609

Claim Number: 2611
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| PRIORITY | | | Scheduled: | $5,384.60 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,692.31 | | | Allowed: | $2,692.31 |

PETERSON, JILL A
8748 MCKENDREE RD
WESLEY CHAPEL, FL 33544

Claim Number: 2616
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $1,903.88 | Scheduled: | $1,903.88 CONT | | |
|---|---|---|---|---|---|---|

UNITED BUSINESS MACHINES
ATTN MICHAEL LANGLEY, CR. MGR
9218 GAITHER RD
GAITHERSBURG, MD 20877

Claim Number: 2617
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,061.15 | Scheduled: | $461.37 | Allowed: | $1,061.15 |

LINCOLN COUNTY
ATTN JERRY L FOX, COLLECTOR
201 MAIN ST.
TROY, MO 63379

Claim Number: 2618
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $28.73 |

FUTURE ENTERPRISES OF SOUTH FLORIDA, INC
ATTN STEVE ENGELHARD, OWNER
PO BOX 640
BONITA SPRINGS, FL 34133

Claim Number: 2619
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $933.86 | Scheduled: | $119.78 | Allowed: | $933.86 |

PAVONE, CHERYL L (CHERRIE)
1744 SWORD DANCER DR
VIRGINIA BEACH, VA 23454

Claim Number: 2620
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $334.62 | Scheduled: | $334.62 CONT | Allowed: | $334.62 |

COLANDRO, MARY A
32 PEARSALL AVE
APT 2B
GLEN COVE, NY 11542

Claim Number: 2621
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,420.00 CONT | Allowed: | $2,000.00 |

WAHLIN, JENNIFER L
3651 HILL BREEZE RD
VIRGINIA BEACH, VA 23452-4705

Claim Number: 2622
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $150.00 | Scheduled: | $150.00 CONT | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

BRIAN C. RUNGE
REAL ESTATE APPRAISALS LTD
30 CHANNEL LN
HAMPTON, VA 23664

Claim Number: 2625
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

LAWTON E. GRANTHAM, JR., SRA
P.O. BOX 997
FORTSON, GA 31808

Claim Number: 2626
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $392.00 | Scheduled: | $350.00 | Allowed: | $392.00 |
|---|---|---|---|---|---|---|

CLEANSERV
PO BOX 3525
FRESNO, CA 93650-3525

Claim Number: 2628
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
|---|---|---|---|---|---|---|

HEBERLIE, KARA
3125 WINDWOOD TRAILS DR
SAINT CHARLES, MO 63303-5815

Claim Number: 2629
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $393.00 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $393.00 | | | Allowed: | $393.00 |

HEBERLIE, KARA
662 SUMMER WINDS LN
ST PETERS, MO 63376

Claim Number: 2630
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $323.92 | Scheduled: | $323.92 CONT | Allowed: | $323.92 |
|---|---|---|---|---|---|---|

PAPADOPOULOS, CONSTANTINOS (DINO)
1 FRIENDS RD
SETAUKET, NY 11733

Claim Number: 2631
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $6,923.08 CONT | Allowed: | $4,615.38 |
|---|---|---|---|---|---|---|

TSESMETZIS, STEFANOS
112 WINTER LN
HICKSVILLE, NY 11801

Claim Number: 2633
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $3,738.46 | Scheduled: | $3,738.46 CONT | Allowed: | $3,738.46 |
|---|---|---|---|---|---|---|

ASPECT SOFTWARE, INC.
ATTN GENERAL COUNSEL
300 APOLLO DR
CHELMSFORD, MA 01824-3626

Claim Number: 2634
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $14,103.84 | Scheduled: | $12,990.00 | Allowed: | $14,103.84 |
|---|---|---|---|---|---|---|

HUNTERDON COUNTY CLERK
ATTN MARY BETH HURFORD, DEPUTY CLERK
71 MAIN ST
FLEMINGTON, NJ 08822

Claim Number: 2635
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | Allowed: | $40.00 |
|---|---|---|---|---|---|---|

---

KATONA, JESSICA L
34 COACHMAN LN
LEVITTOWN, NY 11756-4323

Claim Number: 2637
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $997.11 | Scheduled: | $997.11 CONT | Allowed: | $997.11 |
|---|---|---|---|---|---|---|

GOGARTY, JAIME A
69 RIDGEWAY BLVD
BAY SHORE, NY 11706

Claim Number: 2638
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $861.60 | Scheduled: | $861.60 CONT | Allowed: | $861.60 |
|---|---|---|---|---|---|---|

STATE OF DELAWARE DEPT. OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
TRAINING TAX FUND
PO BOX 9953
WILMINGTON, DE 19809

Claim Number: 2639
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $475.40 | | | Allowed: | $475.40 |
|---|---|---|---|---|---|---|

OUTSOURCE SOLUTIONS LLC
ATTN J. KYLE KELLER, PRESIDENT
2833 TRINITY SQUARE DRIVE
STE 135
CARROLLTON, TX 75006

Claim Number: 2640
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $13,440.00 | Scheduled: | $13,440.00 | Allowed: | $13,440.00 |
|---|---|---|---|---|---|---|

L H MARKS
PO BOX 10126
JACKSONVILLE, FL 32247

Claim Number: 2643
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8492 (01/12/2010)

| UNSECURED | Claimed: | $350.00 | | | | |
|---|---|---|---|---|---|---|

---

WINMILL SOFTWARE
ATTN G MARQUEZ
420 LEXINGTON AVE
STE 455
NYC, NY 10170

Claim Number: 2644
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,435.85 | Scheduled: | $5,435.85 | Allowed: | $5,435.85 |
|---|---|---|---|---|---|---|

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

Claim Number: 2645
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| PRIORITY | | | Scheduled: | $2,535.17 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,535.17 | | | | |

SEIBERT, STEPHANIE
98 BISHOP RD
WEST BABYLON, NY 11704

Claim Number: 2646
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,527.50 | Scheduled: | $1,832.99 CONT | Allowed: | $1,527.50 |
|---|---|---|---|---|---|---|

NAKAMURA, MICHAEL
5346 GRASSWOOD CIR
CONCORD, CA 94521

Claim Number: 2647
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $930.56 | Scheduled: | $930.56 CONT | | |
|---|---|---|---|---|---|---|

WATSON, MARK D
10823 TROTWOOD WY
HIGHLANDS RANCH, CO 80126

Claim Number: 2648
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,107.69 | Scheduled: | $1,107.69 CONT | Allowed: | $1,107.69 |
|---|---|---|---|---|---|---|

SCOTT R. JOSSART
2319 ELMWOOD AVE
BERWYN, IL 60402-2421

Claim Number: 2649
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,700.00 | | $283.25 CONT | | |

S.E.I. SOLID WASTE, INC.
ATTN SUZANNE KUEHL
PO BOX 8
ARNOLD, CA 95223

Claim Number: 2650
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $75.12 | | $75.12 | | $75.12 |

SAMUELSEN, LORI
6 GEORGANN RD
MANORVILLE, NY 11949-3223

Claim Number: 2654
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,662.30 | | $5,127.23 CONT | | $3,662.30 |

CERTIFIED SHRED INC
ATTN DIONE DIONE MAGLEDY, VICE PRESIDENT
537 W PICKETT CIR STE 600
SALT LAKE CTY, UT 84115-1998

Claim Number: 2656
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $277.30 | | $64.00 | | $277.30 |

THE NEWS VIRGINIAN
ATTN DENISE CARTER, BUSINESS OFC MANAGER
PO BOX 1027
WAYNESBORO, VA 22980

Claim Number: 2657
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $729.00 | | $729.00 | | $729.00 |

MATERIALS TESTING & INSPECTION
ATTN HR DIRECTOR
2791 S VICTORY VIEW WAY
BOISE, ID 83709

Claim Number: 2658
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $610.54 | Scheduled: | $604.71 | Allowed: | $610.54 |

CHISHOLM, GLADYS H
8634 MILTON MORRIS DRIVE
CHARLOTTE, NC 28227

Claim Number: 2660
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5.43 | Scheduled: | $813.12  CONT | Allowed: | $5.43 |

ALAIMO, DIANE E
63 N CLOVE RD
VERBANK, NY 12585

Claim Number: 2661
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,875.80 |
| UNSECURED | Claimed: | $1,875.80 |
| TOTAL | Claimed: | $1,875.80 |

CORPORATE DIMENSIONS
PO BOX 300097
DENVER, CO 80203-0097

Claim Number: 2662
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | Allowed: | $170.00 |

NATIONWIDE GOURMETS OF AZ
8399 W VAN BUREN ST STE 207
TOLLESON, AZ 85353-3217

Claim Number: 2665
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170.35 | Scheduled: | $170.35 | Allowed: | $170.35 |

| HUBER, JAMIE<br>1926 CARSONS CV<br>COMMERCE TWP, MI 48390-1869 | | Claim Number: 2667<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,309.23 | Scheduled: | $1,309.23   CONT | Allowed: | $1,309.23 |
| CONWAY CORPORATION<br>ATTN NANCY AVRA<br>PO BOX 99<br>CONWAY, AR 72033 | | Claim Number: 2670<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $207.55 | Scheduled: | $463.81 | Allowed: | $207.55 |
| ATLANTIC DETROIT DIESEL<br>ATTN JOHN C DEANE, CR MGR<br>180 RT 17 SOUTH<br>PO BOX 950<br>LODI, NJ 07644 | | Claim Number: 2671<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>UPDATE AS PER CREDITOR LETTER 11/28/07 | | | | |
| UNSECURED | Claimed: | $1,520.76 | Scheduled: | $1,520.76 | Allowed: | $1,520.76 |
| FAIRLESS CREDIT UNION<br>1900 SOUTH PENNSYLVANIA<br>ATTN: JOANN GLASSON<br>MORRISVILLE, PA 19067 | | Claim Number: 2672<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| SECURED | Claimed: | $586,956.91 | | | | |
| TUCCI, MICHAEL R<br>147 EDWARD ST<br>LINWOOD, PA 19061-4117 | | Claim Number: 2674<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $605.77 | | | Allowed: | $605.77 |

U.S. BANKRUPTCY COURT
Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 85 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| PFE INTERNATIONAL, INC.<br>195 CHASTAIN MEADOWS COURT NW<br>KENNESAW, GA 30144-3724 | | Claim Number: 2676<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $153.76 | | | Allowed: | $153.76 |
| PEND OREILLE COUNTY<br>PEND OREILLE CO TAX OFC<br>CHARLOTTE L DEMLOW, TREASURER<br>PO BOX 5080<br>NEWPORT, WA 99156 | | Claim Number: 2678<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6574 (11/13/2008) | | | | |
| SECURED | Claimed: | $3,684.24 | | | | |
| FIG TREE TRADING CO<br>ATTN DEMOSTHEMES PROCLRAMITIS<br>511 N PINELLAS AVE<br>TARPON SPRINGS, FL 34689 | | Claim Number: 2681<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $471.60 | Scheduled: | $576.40 | Allowed: | $471.60 |
| SPRING HOPE CITY<br>ATTN SANDRA MORRIS, TAX COLLECTOR<br>101 W MAIN ST<br>PO BOX 87<br>SPRING HOPE, NC 27882 | | Claim Number: 2682<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10158 (09/08/2011) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $367.41 | | | Allowed: | $367.41 |
| SMITH, FELICIA<br>2588 FAIRMONT PARK CT<br>DACULA, GA 30019 | | Claim Number: 2683<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,846.20 | Scheduled: | $1,846.15 CONT | Allowed: | $1,846.20 |

KARI, RAJANI R.
43645 MEADOW OVERLOOK PL
ASHBURN, VA 20147-7488

Claim Number: 2684
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,653.00 | Scheduled: | $2,653.85 CONT | Allowed: | $2,653.00 |
|---|---|---|---|---|---|---|

DEEP ROCK WATER COMPANY
DEPT 2146
DENVER, CO 80291-0001

Claim Number: 2685
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $752.77 | Scheduled: | $277.10 | Allowed: | $752.77 |
|---|---|---|---|---|---|---|

CAESAR'S CARPET & UPHOLSTERY
77500 CALLE CHILLON
LA QUINTA, CA 92253-5520

Claim Number: 2686
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $420.00 | Scheduled: | $420.00 | | |
|---|---|---|---|---|---|---|

BAILEY & ASSOCIATES
ATTN JAN BAKER, SECRETARY
117 COMMERCE STREET
KINGSPORT, TN 37660

Claim Number: 2689
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

WEBB, SUSAN K
406 SPARROW DR
SATELLITE BCH, FL 32937-3728

Claim Number: 2690
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $3,280.00 | | | Allowed: | $3,280.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LEADER PUBLICATIONS<br>ATTN PAM LAPLANT<br>PO BOX 159<br>FESTUS, MO 63028 | | Claim Number: 2691<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,575.00 | | | Allowed: | $3,575.00 |
| BUILDER'S MAGAZINE/NV HM GUIDE<br>PATRICIA FERGUSON, PRESIDENT<br>9080 DOUBLE DIAMOND PKWY STE A<br>RENO, NV 89521 | | Claim Number: 2692<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | Allowed: | $1,000.00 |
| HOMES& LAND OF RENO/ SPARKS<br>ATTN JOANNE ZUPPATA<br>PO BOX 18038<br>RENO, NV 89511 | | Claim Number: 2693<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,300.00 | | | Allowed: | $1,300.00 |
| SPEEDY MESSENGER, INC.<br>PO BOX 12981<br>EVERETT, WA 98206-2981 | | Claim Number: 2694<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,446.80 | Scheduled: | $2,496.70 | Allowed: | $1,446.80 |
| RONALD J. TYRELL JR.<br>109 WINANT ROAD<br>PITTSFIELD, NH 03263 | | Claim Number: 2695<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BAILEY PUBLISHING & COMMUNIC.<br>ATTN ANGELA CAMPBELL<br>10 N NEWMAN ST, STE B<br>JACKSONVILLE, FL 32202 | | Claim Number: 2696<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $494.00 | Scheduled: | $247.00 | Allowed: | $494.00 |
| HUBBELL, DAN J AND SHELLEY J<br>GENERAL DELIVERY<br>COSTA MESA, CA 92628-9999 | | Claim Number: 2697<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $403.25 CONT | | |
| UNSECURED | Claimed: | $403.25 | | | Allowed: | $403.25 |
| ABRAHAMS, BOBBY<br>81 FREDERICK AVE<br>BAY SHORE, NY 11706 | | Claim Number: 2698<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,423.08 | Scheduled: | $1,423.08 CONT | Allowed: | $1,423.08 |
| SOUND SHREDDING & RECYCLING<br>ATTN PETER RASCO, GM<br>4020 HAMMER DRIVE<br>BELLINGHAM, WA 98226 | | Claim Number: 2699<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $83.92 | Scheduled: | $105.52 | Allowed: | $83.92 |
| SMITH, CAROLYN M.<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | | Claim Number: 2701<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $14,051.32 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

ENGSTROM AGENCY INC
PO BOX 1391
WATERTOWN, SD 57201

Claim Number: 2703
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

TOMBA, JOHN
270 AZALEA DRIVE
MANDEVILLE, LA 70471

Claim Number: 2707
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $5,000.00 CONT | Allowed: | $5,000.00 |

SHRED - IT
ATTN NADOLYN B HOLLEMAN
PO BOX 18580
MEMPHIS, TN 38181

Claim Number: 2708
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| UNSECURED | Claimed: | $515.00 | Scheduled: | $115.00 | Allowed: | $515.00 |

WDI CO. OF OREGON, INC
ATTN GREGG B RITCHIE
7342 SW KABLE LANE
PORTLAND, OR 97224

Claim Number: 2711
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $620.40 | | | | |

LEEWAY INSPECTION CO.,INC.
298
8250 CALVINE RD STE C
SACRAMENTO, CA 95828-9313

Claim Number: 2713
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $240.00 | | | Allowed: | $240.00 |

TELEMATCH
ATTN ERIKA JACKSON
CREDIT COLLECTION SUPERVISOR
PO BOX 1936
SPRINGFIELD, VA 22159

Claim Number: 2715
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 |
|---|---|---|---|---|---|---|

ALLEN COUNTY, INDIANA
ATTN ROBERT W LEE
TREASURER OF ALLEN COUNTY
CITY - COUNTY BUILDING ROOM 100
FORT WAYNE, IN 46802-1888

Claim Number: 2719
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

| PRIORITY | Claimed: | $25,319.15 | Scheduled: | $0.00  UNDET | | |
|---|---|---|---|---|---|---|

GREGFROST.COM
ATTN GREG FROST
2051 WYOMING BLVD NE
ALBUQUERQUE, NM 87112

Claim Number: 2720
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,984.45 | | | Allowed: | $10,984.45 |
|---|---|---|---|---|---|---|

AZIMUTH DESIGN
339 DUCK HARBOR ROAD
EQUINUNK, PA 18417

Claim Number: 2725
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,450.00 | | |
|---|---|---|---|---|---|---|

HILL, LORI J
8636 MARMON WAY
SACRAMENTO, CA 95828

Claim Number: 2726
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $4,271.79 | Scheduled: | $3,846.47  CONT | Allowed: | $4,271.79 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $300.96  CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MODULAR MAILING SYSTEMS<br>ATTN KATHY PAGE<br>4913 W. LAUREL ST.<br>TAMPA, FL 33607-0000 | | Claim Number: 2728<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $292.88 | | | Allowed: | $292.88 |
| JOAN KNOX<br>17170 POSY LAKE CT<br>RENO, NV 89508-5838 | | Claim Number: 2729<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| ARTSERVICE<br>ATTN SANDRA L CUNDIFF<br>339 DUCK HARBOR ROAD<br>EQUINUNK, PA 18417 | | Claim Number: 2731<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,600.00 | Scheduled: | $2,600.00 | | |
| CALYPSO CHARTER CRUISES INC<br>ATTN FRANK GIORDANO, OWNER / PRESIDENT<br>14 PENN PLAZA<br>STE 2002<br>NYC, NY 10122 | | Claim Number: 2732<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $355.38 | Scheduled: | $355.38 | Allowed: | $355.38 |
| BIXLER CONSULTING GROUP, INC.<br>ATTN SUSAN BIXLER, PRESIDENT<br>200 GALLERIA PARKWAY<br>SUITE 1425<br>ATLANTA, GA 30339 | | Claim Number: 2733<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $35,600.00 | Scheduled: | $35,600.00 | Allowed: | $35,600.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHREDDERS, THE<br>ATTN JERRY MARTIN, PRESIDENT<br>PO BOX 91-1197<br>LOS ANGELES, CA 90091 | | Claim Number: 2737<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $844.00 | Scheduled: | $844.00 | Allowed: | | $844.00 |
| HUDSON, CHRISTOPHER T & HEATHER S<br>PO BOX 158<br>BARSTOW, CA 92312-0158 | | Claim Number: 2739<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00  CONT | | | |
| JACKSON ENERGY AUTHORITY<br>ATTN TED WELCH, CREDIT ANALYST<br>PO BOX 2288<br>JACKSON, TN 38302 | | Claim Number: 2740<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $5,924.29 | | | | | |
| FEATHER PUBLISHING CO., INC.<br>ATTN SANDY CONDOR - OFFICE MANAGER<br>PO BOX B<br>QUINCY, CA 95971 | | Claim Number: 2744<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $3,407.66 | | | Allowed: | | $3,407.66 |
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2430<br>TAMPA, FL 33602-5809 | | Claim Number: 2746-01<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8581 (02/17/2010) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled: | $0.00  UNLIQ | Allowed: | | $10,950.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MONAGHAN, JOHN<br>100 N TAMPA ST STE 2430<br>TAMPA, FL 33602-5809 | | Claim Number: 2746-02<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 11050 (12/12/2014)<br>THIS CLAIM IS SATISFIED | | | | | |
| UNSECURED | Claimed: | $389,998.00 | | | | Allowed: | $45,588.48 |
| PIKE APPRAISAL COMPANY<br>ATTN LINDA PIKE, PRESIDENT<br>2201 BOUNDARY ST, UNIT 109<br>BEAUFORT, SC 29901 | | Claim Number: 2747<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,270.00 | Scheduled: | $2,270.00 | | | |
| CHARLOTTE COUNTY UTILITIES<br>ATTN VICTOR DIRAMIO, BUS. SERV. MGR<br>PO BOX 516000<br>PUNTA GORDA, FL 33951-6000 | | Claim Number: 2748<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $242.69   UNLIQ | Scheduled: | $6.01 | | | |
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | | Claim Number: 2753<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | | | |
| AKSARBEN APPRAISAL<br>ATTN L. E. WHITEHEAD, OWNER<br>15913 119TH AVE NE<br>BOTHELL, WA 98011 | | Claim Number: 2761<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | Allowed: | $425.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIRERIGHT, INC.<br>24521 NETWORK PL<br>CHICAGO, IL 60673-1245 | | Claim Number: 2763<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $25,700.85 | Scheduled: | $22,891.10 | Allowed: | $25,700.85 |
| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | | Claim Number: 2766<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $218.81 | Scheduled: | $94.40 | | |
| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | | Claim Number: 2767<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,456.64 | | | | |
| INTELLIVERSE<br>ATTN CALVIN CHANDLER, COLLECTIONS<br>8130 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | | Claim Number: 2768<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $657.68 | | | | |
| SWASEY, VIVIAN<br>PO BOX 1712<br>JENSEN BEACH, FL 34958-1712 | | Claim Number: 2769<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $768.00 | Scheduled: | $768.00  CONT | Allowed: | $768.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CORDTS, AUDRA L<br>160 E 23RD ST<br>SOUTH HUNTINGTON, NY 11746 | | Claim Number: 2770<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| WEISS, ADRIENNE N<br>3337 HUTCHINSON LN<br>MUNDELEIN, IL 60060-6009 | | Claim Number: 2772<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,803.30  CONT | | | |
| SISCO GIVENS, PAULA<br>PO BOX 953<br>MOXEE, WA 98936 | | Claim Number: 2773<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $580.13 | Scheduled: | $580.13  CONT | Allowed: | $580.13 | |
| ZEE MEDICAL SERVICES CO<br>16631 BURKE LANE<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 2774<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $193.84 | Scheduled: | $193.84 | Allowed: | $193.84 | |
| DOLCE VITA, INC<br>ATTN ANTHONY MARSIGLIO<br>6100 CLARKS CREEK ROAD<br>UNIT 100<br>PLAINFIELD, IN 46168 | | Claim Number: 2775<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $18,590.00 | Scheduled: | $1,780.00 | Allowed: | $18,590.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FONNESBECK, VANCE BRIAN<br>765 HOMESTEAD<br>PRICE, UT 84501 | | Claim Number: 2776<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | | | Scheduled: | $150.00 CONT | | |
| UNSECURED | Claimed: | $150.00 | | | | |
| WEINHEIMER, TRACEY K<br>2291 AIRPORT ROAD<br>GREENFIELD, IA 50849 | | Claim Number: 2777<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $3,476.92 CONT | Allowed: | $2,076.92 |
| TYRELL, JOAN<br>109 WINANT RD<br>PITTSFIELD, NH 03263 | | Claim Number: 2778<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $338.52 | Scheduled: | $338.52 CONT | | |
| LIND, GINA GAIL<br>212 SAINT LAWRENCE<br>STREET<br>SAYVILLE, NY 11782 | | Claim Number: 2780<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,413.30 | Scheduled: | $1,413.30 CONT | Allowed: | $1,413.30 |
| DONOVAN, MARGARET M<br>20 CLUB LA<br>LEVITTOWN, NY 11756 | | Claim Number: 2782<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $328.00 | Scheduled: | $499.77 CONT | Allowed: | $328.00 |
| UNSECURED | | | Scheduled: | $109.00 CONT | | |

BRENT JONES SERVICES INC
PO BOX 751178
LV, NV 89136

Claim Number: 2784
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $350.00 | | | | $350.00 |

WILLIAMSON, MICHELLE C
617 STONEYBROOK TERRACE
FLORENCE, SC 29501

Claim Number: 2785
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $750.00 | | $750.00 CONT | | $750.00 |

STARK, DAWN M
2105 W EL PRADO RD
CHANDLER, AZ 85224-2130

Claim Number: 2788
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $154.00 | | $2,415.54 CONT | | $154.00 |

BLAKE, TRACY
215 E 7TH STREET
OSWEGO, NY 13126-3232

Claim Number: 2789
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $923.08 | | $2,779.83 CONT | | $923.08 |
| UNSECURED | | | | $289.81 CONT | | |

DOSS, CHRISTOPHER M (CHRIS)
16212 COPPERWOOD LANE
WILDWOOD, MO 63040

Claim Number: 2791
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $555.29 | | $555.29 CONT | | $555.29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRAUN, HEATHER<br>5118 SORRENTO BLVD<br>FORT WAYNE, IN 46845-8893 | | Claim Number: 2792<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $784.00 | Scheduled: | $1,997.52 CONT | Allowed: | | $784.00 |
| HAUGHS, KELLY D<br>2005 HILLSIDE AVENUE<br>FORT WAYNE, IN 46805 | | Claim Number: 2793<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $107.69 | Scheduled: | $1,438.63 CONT | Allowed: | | $107.69 |
| BARRERAS, DESIREE M<br>10912 ARBOR RIDGE DR<br>TAMPA, FL 33624 | | Claim Number: 2794<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $1,523.09 | Scheduled: | $1,523.09 CONT | | | |
| FLUVANNA REVIEW<br>VALLEY PUBLISHING CORP.<br>ATTN ERIC T. ALLEN, PUBLISHER<br>PO BOX 59<br>PALMYRA, VA 22963 | | Claim Number: 2795<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $694.00 | Scheduled: | $348.00 | Allowed: | | $694.00 |
| CRUZ, CHRISTINE A<br>1639 LOUIS KOSSUTH AVE<br>BOHEMIA, NY 11716-1513 | | Claim Number: 2797<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT | Allowed: | | $1,826.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SLUSSER, KIMBERLY L<br>43 LA RUE AVE<br>RENO, NV 89509-2820 | | Claim Number: 2798<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $1,330.93 | Scheduled: | $1,330.93 CONT | | | |
| FRANCIS, DARLA M<br>1308 RICHARD RD<br>NORTH HUNTINGDON, PA 15642 | | Claim Number: 2800<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $2,952.05 | Scheduled: | $2,821.15 CONT | | | |
| RUSSO, MATTHEW<br>27 COLLINGWOOD DRIVE<br>DIX HILLS, NY 11746 | | Claim Number: 2801<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $450.19 | Scheduled: | $450.19 CONT | | | |
| HUSSER, CAROL<br>933 ARVLE CIRCLE<br>SYCAMORE, IL 60178 | | Claim Number: 2802<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| DELANEY, JESSICA J<br>4161 N OLD FORT WAYNE ROAD<br>HUNTINGTON, IN 46750 | | Claim Number: 2803<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $323.08 | Scheduled: | $323.08 CONT | Allowed: | $323.08 |

KNOWLES, JONATHAN C
815 S. WOLF RD
COLUMBIA CITY, IN 46725

Claim Number: 2804
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $433.60 | | $433.60 CONT | | $433.60 |

BARNETT, MITZI
15706 E PROGRESS CR
CENTENNIAL, CO 80015

Claim Number: 2805
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $13,460.34 | | $13,441.81 CONT | | |

KNOTT, SHERRY A. (WALTERS, SHERRY)
3468 MORTON PULLIAM ROAD
ROXBORO, NC 27574

Claim Number: 2806
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $250.00 CONT | | |
| UNSECURED | | $250.00 | | | | $250.00 |

HOSEIN, KORISHA
88-49 163 RD ST
JAMAICA, NY 11432

Claim Number: 2807
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,307.69 | | $2,307.69 CONT | | $2,307.69 |

MATARESE, MARYANN
3034 HARDING ST
OCEANSIDE, NY 11572

Claim Number: 2808
Claim Date: 11/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,134.75 | | $1,134.75 CONT | | $1,134.75 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| POTTS, KRISTINA<br>1617 HUNTINGTON<br>DE KALB, IL 60115 | | Claim Number: 2810<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $324.00 | Scheduled: | $324.00 CONT | Allowed: | $324.00 |
| DALY, KAREN<br>6038 N. OVERHILL<br>CHICAGO, IL 60631 | | Claim Number: 2811<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62 CONT | Allowed: | $634.62 |
| BLANCATO, NADINE E<br>12717 WINDYEDGE RD<br>HUNTERSVILLE, NC 28078 | | Claim Number: 2813<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $369.65 | Scheduled: | $369.65 CONT | Allowed: | $369.65 |
| READER, CINDY K<br>2441 S OLD STATE ROAD 3<br>LAOTTO, IN 46763-9745 | | Claim Number: 2814<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $288.00 | Scheduled: | $288.00 CONT | Allowed: | $288.00 |
| OSTRANDER, KEITH R<br>102 TUCKAHOE CT<br>MELVILLE, NY 11747 | | Claim Number: 2815<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,407.69 | Scheduled: | $1,407.69 CONT | Allowed: | $1,407.69 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| DEAN AUVE<br>PO BOX 8329<br>YAKIMA, WA 98908 | | Claim Number: 2816<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $457.60 | | | Allowed: | $457.60 |
| VASQUEZ, ARACELI<br>11205 W ATLANTIC<br>BLVD K305<br>CORAL SPRINGS, FL 33071 | | Claim Number: 2817<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $2,315.04  CONT | | |
| BAY COUNTY ASSOC OF REALTORS<br>1123 HARRISON AVENUE<br>PANAMA CITY, FL 32401 | | Claim Number: 2819<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $375.00 | | |
| IRVINE, JACQLYN F (JACQUI)<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | | Claim Number: 2820<br>Claim Date: 11/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| CDR OF SOUTHWEST FLORIDA, LLC<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 33953-3102 | | Claim Number: 2821<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $23,283.50 | | | | |
| UNSECURED | Claimed: | $5,733.37 | | | | |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D. - MGR. /MEMBER<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 33953-3102 | Claim Number: 2822<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,910.47 |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA, LLC<br>ATTN CAROL J. D., MGR/ MEMBER<br>950 TAMIAMI TRL 101<br>PT CHARLOTTE, FL 33953-3100 | Claim Number: 2823<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,283.50 |
| UNSECURED | Claimed: | $5,733.37 |

| | | |
|---|---|---|
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J. D.,- MGR. /MEMBER<br>950 TAMIAMI TRAIL<br>#101<br>PORT CHARLOTTE, FL 33953 | Claim Number: 2824<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,283.50 | | |
| UNSECURED | Claimed: | $5,733.37 | Scheduled: | $2,751.44 |

| | | |
|---|---|---|
| WOODBURN REALTY<br>ATTN CYNTHIA K WITT, PARTNER<br>64 SOUTH KINGS HIGHWAY<br>ATTN: CYNTHIA K. WITT<br>DOVER, DE 19901 | Claim Number: 2825<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70.00 | Scheduled: | $60.00 | Allowed: | $70.00 |

| | | |
|---|---|---|
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | Claim Number: 2826<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $330,279.00 |

U.S. BANKRUPTCY COURT Case 07-11047-CSS Doc 11347 Filed 04/21/17 Page 104 of 771  Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | | Claim Number: 2827<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $330,279.00 | | | | | |
| R.K. ASSOCIATES<br>17100 COLLINS AVENUE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>MIAMI, FL 33160 | | Claim Number: 2828<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $120,167.43 | | | | | |
| CONTRERAS, REANA<br>2850 W ANGEL WAY<br>SAN TAN VLY, AZ 85142-6680 | | Claim Number: 2829<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,231.73 | Scheduled: | $2,362.50 CONT | Allowed: | $1,231.73 | |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | | Claim Number: 2830<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,924.00 | Scheduled: | $2,924.00 CONT | Allowed: | $2,924.00 | |
| EXPRESS PERSONNEL SERVICES<br>ATTN JAY OLSON, PRESIDENT<br>3709 BROOKS ST<br>MISSOULA, MT 59801 | | Claim Number: 2831<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $4,525.68 | | | Allowed: | $4,525.68 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 153<br>RENO, NV 89511 | | Claim Number: 2832<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |
| AGER, CRYSTAL M<br>10015 NE 200TH ST<br>BOTHELL, WA 98011-2483 | | Claim Number: 2833<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15  CONT | Allowed: | $646.15 |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | | Claim Number: 2834<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | | |
| SECURED | Claimed: | $464.00  UNLIQ | | | | |
| WILLIAMSON COUNTY TRUSTEE<br>WALTER J. DAVIS, TRUSTEE<br>P.O. BOX 648<br>FRANKLIN, TN 37065 | | Claim Number: 2835<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | | |
| SECURED | Claimed: | $794.00  UNLIQ | | | | |
| ENVIROPEST<br>ATTN VERNON L. SKELTON<br>PO BOX 7452<br>SPRINGDALE, AR 72766 | | Claim Number: 2836<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $65.40 | | | Allowed: | $65.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARMAK DESIGNS<br>1545 CAPITAL DR, STE 108<br>CARROLLTON, TX 75006 | | Claim Number: 2839<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $365.61 | | | | Allowed: | $365.61 |
| BUTLER, TRACY<br>3700 CHARLEMAINE DR<br>AURORA, IL 60504 | | Claim Number: 2841<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | | | Scheduled: | $4,184.55 CONT | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $16,515.40 CONT | | | |
| ANDERSON, JAN E<br>5370 GLEN OAKS WAY<br>WDM, IA 50266-6668 | | Claim Number: 2842<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | | | |
| UNSECURED | Claimed: | $303.47 | | | | | |
| DJL APPRAISALS INC.<br>815 PRINCE FERRY LN<br>ATTN: KARLA LEAHY<br>MT PLEASANT, SC 29464-2852 | | Claim Number: 2845<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $955.00 | Scheduled: | $425.00 | | Allowed: | $955.00 |
| SCHILE, DAVID C<br>3468 W DEERFIELD DR<br>EAGLE, ID 83616-2260 | | Claim Number: 2848-01<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $251.50 | | | | Allowed: | $251.50 |

---

SCHILE, DAVID C
3468 W DEERFIELD DR
EAGLE, ID 83616-2260

Claim Number: 2848-02
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,609.12 | | | | |

JESSNIK, SHARON
6909 BRACHNELL VIEW DR
CHARLOTTE, NC 28269

Claim Number: 2849
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $988.61 | Scheduled: | $988.61 CONT | Allowed: | $988.61 |

HOWARD'S APPRAISAL SERVICE
7175 TOWER RD STE C
ATTN: ANN C. THORPE, OFFICE MGR.
BATTLE CREEK, MI 49014-8609

Claim Number: 2853
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 | Allowed: | $175.00 |

LEHMAN & EILEN LLP
50 CHARLES LINDBERGH BOULEVARD
UNIONDALE, NY 11553-3612

Claim Number: 2859
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,706.63 | Scheduled: | $23,474.91 | Allowed: | $18,706.63 |

HORTON, DINA
14314 S UNIVERSITY
DOLTON, IL 60419

Claim Number: 2860
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $826.92 CONT | Allowed: | $826.00 |
| UNSECURED | Claimed: | $826.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LOTSOFF, BRETT S<br>249 DENNIS LANE<br>GLENCOE, IL 60022-2180 | | Claim Number: 2861<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7504 (06/05/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,000.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$34,050.00 CONT | Allowed: | $5,000.00 |
| SHEARER, JUSTIN A<br>10794 VILLA CARLOTTA COURT<br>LAS VEGAS, NV 89141 | | Claim Number: 2862<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $320.58 | | | | |
| GRANTHAM, BRYANT<br>1215 KELLY CT<br>FRANKLIN, TN 37064 | | Claim Number: 2863<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $970.38 | Scheduled: | $970.38 CONT | | |
| CASCADE NATURAL GAS CORPORATION<br>8113 W GRANDRIDGE BLVD<br>KENNEWICK, WA 99336-7166 | | Claim Number: 2864<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $57.10 | Scheduled: | $6.96 | Allowed: | $57.10 |
| FITZSIMMONS MEDIA<br>7425 MCMULLEN ST<br>BOISE, ID 83709-0832 | | Claim Number: 2865<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,475.00 | Scheduled: | $700.00 | Allowed: | $1,475.00 |

| KOEHLINGER SECURITY TECHNOLOGY<br>ATTN KIM S KOEHLINGER, PRESIDENT<br>421 EAST WASHINGTON BLVD.<br>FORT WAYNE, IN 46802-3219 | Claim Number: 2866<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $120.31 | | Allowed: | $120.31 |
| CALIFORNIA SIGNS & GRAPHICS<br>11 ELF CT<br>PLEASANT HILL, CA 94523-1817 | Claim Number: 2867<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,618.80 | Scheduled: | $530.43 | Allowed: | $3,618.80 |
| LANGUAGE LINE SERVICES<br>ATTN ANGEL SANTOS<br>P.O. BOX 16012<br>MONTERY, CA 93942-6012 | Claim Number: 2868<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $3,844.45 | | Allowed: | $3,844.45 |
| MIARIVIEVA CORP<br>170 SE 14TH STREET<br>#1408<br>ATTN: YANAI NASSAR<br>MIAMI, FL 33131 | Claim Number: 2872<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $2,593.55 | Scheduled: | $1,200.00 | | |
| BOARD OF COUNTY COMMISSIONERS OF<br>JOHNSON COUNTY, KANSAS<br>ATTN ROGER L TARBUTTON -LEGAL DEPT<br>111 SOUTH CHERRY STREET, SUITE 3200<br>OLATHE, KS 66061 | Claim Number: 2874<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,506.27 | | Allowed: | $2,506.27 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 2876<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | | |
| PRIORITY | Claimed: | $56,804.07 | | | | | |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 2877<br>Claim Date: 11/08/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $56,804.07 | Scheduled: | $0.00 UNDET | Allowed: | $56,804.07 |
| KNOX COUNTY TRUSTEE<br>ATTN FRED A. SISK, TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | | Claim Number: 2878<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) | | | | | |
| SECURED | Claimed: | $642.67 | | | | | |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>ATTN RUSSELL S. LONG<br>SUITE 200<br>N56 W24879 NORTH CORPORATE CIRCLE<br>SUSSEX, WI 53089 | | Claim Number: 2879<br>Claim Date: 11/09/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $790,361.97 | Scheduled: | $759,036.81 | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT- EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 2880<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | | |
| UNSECURED | Claimed: | $131.32 | | | | | |

| | | | | |
|---|---|---|---|---|
| TOWER PLACE, L.P.<br>C/O FINESTONE & MORRIS, LLP<br>3340 PEACHTREE RD NE, SUITE 2540<br>ATLANTA, GA 30326 | Claim Number: 2882<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED    Claimed: | $1,184.84 | | Allowed: | $1,184.84 |
| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA-BANKRUPTCY COORD.<br>333 W EVERATT ST RM A130<br>MILWAUKEE, WI 53203 | Claim Number: 2883<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED    Claimed: | $1,050.46 | | Allowed: | $1,050.46 |
| MARTIN COUNTY, FLORIDA<br>LARRY C. O'STEEN<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD.<br>STUART, FL 34994 | Claim Number: 2884<br>Claim Date: 11/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| SECURED    Claimed: | $1,516.15 | | Allowed: | $1,516.15 |
| INTERTHINX, INC. / SYSDOME, INC./<br>APPINTELLIGENCE INC / ISO, INC LAW DEPT<br>ATTN KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Claim Number: 2886<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| UNSECURED    Claimed: | $41,833.51 | | | |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 2887<br>Claim Date: 11/15/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4526 (06/11/2008) | | | |
| PRIORITY    Claimed: | $264,403.27 | | | |

| KELLY SERVICES INC<br>ATTN SHARON HAMDEN, CREDIT MGR.<br>999 W BIG BEAVER RD<br>TROY, MI 48084 | Claim Number: 2888<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $72,468.40 | | | |
| PLACER COUNTY TAX COLLECTOR<br>ATTN ANN M DONDRO, DEPUTY TREASURER<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | Claim Number: 2889<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $1,879.16 | Scheduled: | $821.57  DISP CONT | |
| LOUISVILLE GAS AND ELECTRIC COMPANY<br>ATTN C. MICHAEL COOPER, MANAGER<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | Claim Number: 2890<br>Claim Date: 11/16/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $160.55 | | Allowed: | $160.55 |
| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | Claim Number: 2891-01<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10179 (09/29/2011) | | | | |
| PRIORITY | Claimed: | $379,500.36 | | | |
| UNSECURED | | | Scheduled: | $1,130.72 | Allowed: | $308,517.80 |
| FRANKLIN PACIFIC FINANCE, LLP<br>ATTN CARA J. HAGAN, ATTORNEY<br>HAGAN & ASSOCIATES<br>110 E. WILSHIRE AVENUE, SUITE 405<br>FULLERTON, CA 92832 | Claim Number: 2891-02<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10179 (09/29/2011) | | | | |
| ADMINISTRATIVE | | | | Allowed: | $50,652.18 |
| PRIORITY | Claimed: | $0.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CERALYN CORP DBA WOODTRONICS<br>ATTN SCOTT T. WILLIAMS, ATTORNEY<br>110 REYNOLDS ST<br>S WILLIAMSPORT, PA 17702 | | Claim Number: 2892<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $37,586.43 | Scheduled: | $37,586.43 | Allowed: | | $37,586.43 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUTPCY SECTION<br>PO BOX 6668<br>ATTN: MICHELLE KENNEDY<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 2893<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $245,506.04 | Scheduled: | $245,423.00  DISP CONT | Allowed: | | $245,506.04 |
| BRCH GROVE PLAZA<br>4335 24TH AVENUE<br>FORT GRATIOT, MI 48059 | | Claim Number: 2896<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $2,573.74 | | | Allowed: | | $2,573.74 |
| CARTRIDGE WORLD<br>ATTN KRISTY BOWMAN, OWNER<br>3055 N RESERVE ST<br>STE B<br>MISSOULA, MT 59808 | | Claim Number: 2897<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $489.99 | Scheduled: | $489.99 | | | |
| MATHURA, MARSHA<br>147-29 FERNDALE AVE<br>JAMAICA, NY 11435 | | Claim Number: 2900<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $461.54 | Scheduled: | $461.54  CONT | Allowed: | | $461.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VOGELSANG, KIMBERLY<br>1936 GRANT ST<br>HOLLYWOOD, FL 33020-3544 | | Claim Number: 2901<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | | | Scheduled: | $756.80 CONT | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| HYATT REGENCY TECH CENTER<br>ATTN PASCAL TERRAZ, CONTROLLER<br>7800 EAST TUFTS AVENUE<br>DENVER, CO 80237 | | Claim Number: 2902<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $6,000.00 | | | Allowed: | $6,000.00 |
| HYATT REGENCY TECH CENTER<br>ATTN PASCAL TERRAZ, CONTROLLER<br>7800 EAST TUFTS AVENUE<br>DENVER, CO 80237 | | Claim Number: 2903<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,000.00 | | | Allowed: | $4,000.00 |
| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2905<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9142 (08/13/2010) | | | | |
| SECURED | Claimed: | $5,562.33 | | | | |
| MOON BAY DEVELOPMENT CORP.<br>MICHAEL R. STRAUSS, ESQ.,<br>1303 MAIN STREET, SUITE 4<br>PORT JEFFERSON, NY 11777 | | Claim Number: 2906<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | Allowed: | $5,000.00 |

FLOOR SHINE CO
ATTN DANIEL S. ELIO
32 MARION ST
WINCHESTER, MA 01890

Claim Number: 2908
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

BOMANI, ERICA L
182 RHODODENDRON DR
WESTBURY, NY 11590

Claim Number: 2910
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| PRIORITY | | | Scheduled: | $913.46 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $913.46 | | | Allowed: | $913.46 |

LAVALENCIA HOTEL
ATTN DONNA VANBELLE - A/R
1132 PROSPECT STREET
LAJOLLA, CA 92037

Claim Number: 2911
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $43,618.59 | | | Allowed: | $43,618.59 |
|---|---|---|---|---|---|---|

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 2912
Claim Date: 11/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $5,463.07 | | | | |
|---|---|---|---|---|---|---|

KING OFFICE SERVICES
ATTN ERIKA MAYORGA
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA 90670

Claim Number: 2913
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $35,117.99 | Scheduled: | $19,388.69 | Allowed: | $35,117.99 |
|---|---|---|---|---|---|---|

KING RELOCATION SERVICES
ATTN ERIKA MAYORGA - AR SPECIALIST
13535 LARWIN CIRCLE
SANTA FE SPRING, CA 90670

Claim Number: 2914
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,299.00 | Scheduled: | $254.00 | Allowed: | $1,299.00 |
|---|---|---|---|---|---|---|

KING RELOCATION SERVICES
ATTN ERIKA MAYORGA
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA 90670

Claim Number: 2915
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $744.00 | Scheduled: | $248.00 | Allowed: | $744.00 |
|---|---|---|---|---|---|---|

KRIMPER, ROBERT P
75 MCCULLOCH DR
HUNTINGTN STA, NY 11746-7905

Claim Number: 2919
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,230.77 | Scheduled: | $3,230.77  CONT | Allowed: | $3,230.77 |
|---|---|---|---|---|---|---|

VON BEHREN, JENNIFER V
937 E. MARDALL AVE.
ORANGE, CA 92866

Claim Number: 2920
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,658.93 | | | | |
|---|---|---|---|---|---|---|

MCDOWELL, JENNIFER
86 WOODCUT DR SIDE APT
MASTIC BEACH, NY 11951

Claim Number: 2921
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,536.00 | Scheduled: | $1,536.00  CONT | Allowed: | $1,536.00 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| BIANGASSO, SUZANNE<br>21 VERMONT ST<br>MELVILLE, NY 11747 | | Claim Number: 2922<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $723.08 | Scheduled: | $723.08  CONT | Allowed: | $723.08 |
| ELITE FIRE PROTECTION, INC.<br>ATTN MICHAEL RICCUITI, PRESIDENT<br>252 EASTERN PARKWAY<br>FARMINGDALE, NY 11735 | | Claim Number: 2923<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $5,241.16 | Scheduled: | $5,241.16 | Allowed: | $5,241.16 |
| CORT FURNITURE RENTAL<br>ATTN DEANNE FARRELL<br>801 HAMPTON PARK BLVD<br>INDIANAPOLIS, IN 46254 | | Claim Number: 2924<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $2,710.32 | | | | |
| UNSECURED | Claimed: | $2,710.32 | | | | |
| TOTAL | Claimed: | $2,710.32 | | | | |
| D&B COURIER EXPRESS<br>PO BOX 766<br>BRYANTOWN, MD 20617 | | Claim Number: 2925<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $198.00 | | | Allowed: | $198.00 |
| MENDOZA, THERESA F<br>PO BOX 927504<br>SAN DIEGO, CA 92192 | | Claim Number: 2927<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,628.31 | Scheduled: | $1,628.31  CONT | Allowed: | $1,628.31 |

---

PRICE, CHARLES A (CHUCK)
23 LINDEN AVE
FLORAL PARK, NY 11001

Claim Number: 2929
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $6,000.00 | | $10,912.82 CONT | | $6,000.00 |

INGINO, LONI
PO BOX 75
LINDENHURST, NY 11757

Claim Number: 2933
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | $673.08 | | $673.08 CONT | | |

RENZULLI, KARA M
7645 PARKWOOD BLVD
APT 10205
PLANO, TX 75024

Claim Number: 2935
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,523.08 | | $2,523.08 CONT | | $2,523.08 |

ACCURATE REALTY & APPRAISAL
ATTN: MARY OLSEN, CORP PRESIDENT
149 CREEKSHIRE CRESCENT
NEWPORT NEWS, VA 23603

Claim Number: 2936
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $75.00 | | $75.00 | | $75.00 |

SHADE, SUZANNA L
7008 E LAKESIDE DR
CHARLOTTE, NC 28215

Claim Number: 2937
Claim Date: 11/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $809.62 | | $809.62 CONT | | $809.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BOOTH, HAROLD JR<br>JO ANN BOOTH<br>75 RED FOX LANE<br>MILLERSTOWN, PA 17062 | | Claim Number: 2938<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | | | Scheduled: | $350.00 CONT | | |
| UNSECURED | Claimed: | $350.00 | | | | |
| HUBER, STEFANIE<br>17880 NE 31ST CT APT 2313<br>AVENTURA, FL 33160-5009 | | Claim Number: 2941<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $1,670.00 | | | | |
| MITCHELL, TAMI<br>10 LONG STREET<br>LAKE GROVE, NY 11755 | | Claim Number: 2944<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,653.84 | Scheduled: | $4,750.00 CONT | Allowed: | $3,653.84 |
| GE MONEY BANK/WMC MORTGAGE<br>ATTN SHARON L. MASON, VP OR LEGAL DEPT.<br>3100 THORNTON AVE<br>BURBANK, CA 91504 | | Claim Number: 2946<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8029 (09/08/2009) | | | | |
| UNSECURED | Claimed: | $216,836.67 | | | | |
| TOTAL | Claimed: | $215,836.67 | | | | |
| D'AMBROSIO, DONNA M<br>24 7TH AVE # D<br>FARMINGDALE, NY 11735-5734 | | Claim Number: 2950<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,884.62 | Scheduled: | $4,056.49 CONT | Allowed: | $2,884.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HATCH, AMBER R<br>3030 W CROCUS DR<br>PHOENIX, AZ 85053-5718 | | Claim Number: 2952<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61 CONT | | Allowed: | $1,384.61 |
| RYAN M MAYO<br>352 PROSPECT BAY DR W<br>GRASONVILLE, MD 21638-1261 | | Claim Number: 2953<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY | | | Scheduled: | $375.00 CONT | | | |
| UNSECURED | Claimed: | $375.00 | | | | Allowed: | $375.00 |
| VON BEHREN, JENNIFER<br>304 E ALMOND AVE # 10<br>ORANGE, CA 92866 | | Claim Number: 2954<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $691.20 | | | | | |
| CORT FURNITURE RENTAL<br>801 HAMPTON PARK BLVD<br>ATTN: DEANNE FARRELL<br>CAPITOL HEIGHTS, MD 20743 | | Claim Number: 2957<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>CLAIM OUT OF BALANCE | | | | | |
| UNSECURED | Claimed: | $1,728.63 | Scheduled: | $2,575.82 | | | |
| VISNAPUM, TIMOTHY J.<br># 6 LAKE VIEW COURT<br>FERGUSON, MO 63135 | | Claim Number: 2958<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | | |
| PRIORITY | Claimed: | $1,399.23 | | | | Allowed: | $1,399.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQUIRE<br>1617 JOHN F KENNEDY BLVD<br>SUITE 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 2959<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | | |
| UNSECURED | Claimed: | $7,370.44 | | | | |
| SANNA MATTSON MACLEOD INC.<br>811 WEST JERICHO TURNPIKE<br>ATTN: PRESIDENT<br>SMITHTOWN, NY 11787 | | Claim Number: 2964<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $16,343.90 | Scheduled: | $16,343.90 | Allowed: | $16,343.90 |
| BYRUM, DIANA L.<br>PO BOX 874001<br>WASILLA, AK 99687 | | Claim Number: 2965<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7022 (02/17/2009) | | | | |
| PRIORITY | Claimed: | $1,661.54 | Scheduled: | $1,661.54  CONT | Allowed: | $1,661.54 |
| HALL, WILLIAM C (CURT)<br>3417 TUDOR DRIVE<br>ADAMSTOWN, MD 21710 | | Claim Number: 2968<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $2,055.88 | | | Allowed: | $2,055.88 |
| GIANCOLA, KAREN<br>57 MILL RD<br>FARMINGDALE, NY 11735 | | Claim Number: 2969<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $4,776.92 | Scheduled: | $4,776.92  CONT | Allowed: | $4,776.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCESS INFORMATION MGMT<br>ATTN BENJAMIN NETICK, CFO<br>205 MAIN STREET, STE E<br>PLEASANTON, CA 94566 | | Claim Number: 2972<br>Claim Date: 11/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $1,314.54 | | | | |
| CITYVIEW<br>401 HENLEY ST STE 4<br>KNOXVILLE, TN 37902-2846 | | Claim Number: 2975<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| SHRED - IT<br>ATTN PATTI SCHMITT, OFFICE MANAGER<br>10115 PRODUCTIONS COURT<br>LOUISVILLE, KY 40299 | | Claim Number: 2978<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9015 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 | | |
| PISAYGNANE, ALANHGNA<br>10106 NE 6TH AVE<br>VANCOUVER, WA 98685-5305 | | Claim Number: 2979<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.00  CONT | Allowed: | $848.00 |
| CLIMAX TELEPHONE CO<br>ATTN SVEN-ERIK NAESSET, SUPERVISOR<br>110 N MAIN<br>CLIMAX, MI 49034 | | Claim Number: 2981<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,141.77 | | | Allowed: | $1,141.77 |

---

HASLER FINANCIAL SERVICES, LLC
ATTN STEVEN KLOAK
478 WHEELERS FARMS RD
MILFORD, CT 06461-9105

Claim Number: 2982
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9777 (02/08/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,938.99 | | | Allowed: | $1,938.99 |

CEREZO, SHANTAL
400 NW 28TH AVE
MIAMI, FL 33125

Claim Number: 2984
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,107.20 | Scheduled: | $1,107.20 CONT | Allowed: | $1,107.20 |

RUBIN, DINAH (COOKIE)
3847 SPIRITED CIRCLE
SAINT CLOUD, FL 34772

Claim Number: 2985
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,230.77 | Scheduled: | $2,230.77 CONT | Allowed: | $2,230.77 |

EDWARD J LACOSTE
5800 VICKSBURG ST
NEW ORLEANS, LA 70124-2841

Claim Number: 2986
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $700.00 | Scheduled: | $425.00 CONT |
| SECURED | Claimed: | $500.00 | | |
| UNSECURED | Claimed: | $200.00 | | |
| TOTAL | Claimed: | $700.00 | | |

INTELLIQUICK  DELIVERY
ATTN SHERY ANNE PINE, CFO
PO BOX 34964
PHOENIX, AZ 85067-4964

Claim Number: 2988
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,584.46 | Scheduled: | $2,584.46 | Allowed: | $2,584.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WOOTAN, SHANNON (NOW TAVALERO)<br>106 GILDED ROCK CIR<br>FOLSOM, CA 95630-3275 | | Claim Number: 2994<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,573.07  UNLIQ | | | Allowed: | $1,573.07 |
| TTR SHIPPING<br>1000 CAMPUS DR STE 300<br>STOW, OH 44224-1768 | | Claim Number: 2998<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,365.05 | Scheduled: | $4,990.05 | Allowed: | $4,365.05 |
| J A MORRIS CO LLC<br>ATTN CHERYL L MORRIS, MEMBER<br>P O BOX 12645<br>OLYMPIA, WA 98508 | | Claim Number: 3000<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $20,886.19 | Scheduled: | $3,628.73 | Allowed: | $20,886.19 |
| MARRA, GIUSEPPE<br>18 LOURAE DR<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 3002<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,350.00 | Scheduled: | $1,350.00  CONT | Allowed: | $1,350.00 |
| AARON M HUDSON<br>LEILA M HUDSON<br>1610 MOUNT HERMON ROAD<br>SALISBURY, MD 21804 | | Claim Number: 3003<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY | | | Scheduled: | $375.00  CONT | | |
| UNSECURED | Claimed: | $375.00 | | | | |

| FERNANDEZ, STEPHANIE D<br>936 7TH ST STE B<br>NOVATO, CA 94945-3009 | | Claim Number: 3004<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $832.83 | Scheduled: | $832.83 CONT | Allowed: | | $832.83 |
| TANQUPAHOA PARISH<br>ATTN DY ANGIE PHELPS<br>PO BOX 727<br>AMITE, LA 70422 | | Claim Number: 3005<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $32.89 | | | Allowed: | | $32.89 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP.<br>07 SC 4444 NICHOLAS R. STEVENS<br>LAW OFFICES OF CHRISTOPHER L. COOK<br>41040 N. RTE 85<br>ANTIOCH, IL 60002 | | Claim Number: 3008<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $12,666.67 | Scheduled: | $0.00 UNLIQ | | | |
| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | | Claim Number: 3009-01<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $999.68 | Scheduled: | $999.68 CONT | Allowed: | | $999.68 |
| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | | Claim Number: 3009-02<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | | | |
| UNSECURED | Claimed: | $55.00 | | | | | |

JAIMIE SIROVICH
C/O SEO EGGHEAD
13 CASTLE HILL LNE. PO BOX 400
WEST NYACK, NY 10994-0400

Claim Number: 3013
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $385.00 | Scheduled: | $385.00 | | |
|---|---|---|---|---|---|---|

BOOE, JAMES B
536 COVINGTON WAY
LIVERMORE, CA 94551

Claim Number: 3015
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,270.72 | Scheduled: | $2,695.45 CONT | Allowed: | $1,270.72 |
|---|---|---|---|---|---|---|

WAILUA SHOPPING PLAZA
3165 OAHU AVENUE
HONOLULU, HI 96822

Claim Number: 3017
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $1,957.07 | Scheduled: | $1,930.07 | Allowed: | $1,957.07 |
|---|---|---|---|---|---|---|

IN- TOUCH MASSAGE THERAPY
ATTN JENNIFER R KUCK
25 NORTH ST SUITE E
DUBLIN, OH 43017

Claim Number: 3018
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $384.31 | | | | |
|---|---|---|---|---|---|---|

MUNICIPAL UTILITIES DEPARTMENT
ATTN ADAM KARST
DIRECTOR OF ADMINISTRATION
901 FOURTH AVE SW
WATERTOWN, SD 57201

Claim Number: 3022
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $262.12 | Scheduled: | $121.69 | Allowed: | $262.12 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SALERNO, GARY C.<br>105 CAYUGA PL<br>JERICHO, NY 11753 | | Claim Number: 3023<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31 CONT | Allowed: | $3,692.31 |
| U.S. POSTAGE METER CENTER, INC.<br>PO BOX 800848<br>SANTA CLARITA, CA 91380-0848 | | Claim Number: 3026<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $304.98 | | | Allowed: | $304.98 |
| SCHWARTZKOPF, DARRELL K.<br>11634 E EVANS AVE<br>AURORA, CO 80014 | | Claim Number: 3027<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,292.31 |
| RODRIGUEZ, TIMOTHY<br>PO BOX 7385<br>OCEAN ISLE BEACH, NC 28469 | | Claim Number: 3028<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| STAR COMMUNITY PUBLISHING<br>25 DESHON DR<br>MELVILLE, NY 11747-4207 | | Claim Number: 3029<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $718.00 | Scheduled: | $359.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MILLER, KRYSTAL<br>80 WESTBURY AVE<br>PLANVIEW, NY 11803-3617 | | Claim Number: 3037<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $888.46 | Scheduled: | $1,473.46 CONT | Allowed: | | $888.46 |
| PIRANHA SHREDDING & RECYCLING<br>ATTN CANDY COOPER, MANAGR<br>DEPT# 5012<br>EVANSVILLE, IN 47708 | | Claim Number: 3038<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | Allowed: | | $34.00 |
| RTL COMMUNICATIONS, LLC<br>PO BOX 23921<br>KNOXVILLE, TN 37933 | | Claim Number: 3040<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $92.86 | Scheduled: | $92.86 | | | |
| MINUTILLO, MARIE<br>12204 SUMMERWOOD<br>LN<br>ALPHARETTA, GA 30005 | | Claim Number: 3042<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $2,981.00 | Scheduled: | $2,980.77 CONT | Allowed: | | $2,981.00 |
| STRUCTURAL ENGINEERS LLC<br>ATTN MARY NETUPSKY, GENERAL MANAGER<br>2963 W ELLIOT RD STE 3<br>CHANDLER, AZ 85224-1633 | | Claim Number: 3045<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $641.50 | | | Allowed: | | $641.50 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

CONSUMERTRACK INC
2381 ROSECRANS AVE
STE 336
EL SEGUNDO, CA 90245

Claim Number: 3050
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,484.00 | Scheduled: | $10,716.00 | |

SILK & SANDS FLORIST
1007 KINGS HIGHWAY
LEWES, DE 19958

Claim Number: 3051
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $56.00 | |

LARADY, DINA
13 MORGAN DR UNIT 209
NATICK, MA 01760

Claim Number: 3053
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,943.27 | Scheduled: | $1,943.27 CONT | Allowed: | $1,943.27 |

BEAUFORT COUNTY, SOUTH CAROLINA
BEAUFORT COUNTY TRE
POB DRAWER 487
BEAUFORT, SC 29901-0487

Claim Number: 3054
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $350.45 DISP CONT | | |
| SECURED | Claimed: | $580.70 | | | Allowed: | $580.70 |

MADSEN, TODD
18477 MEADOW RIDGE
SALINAS, CA 93907

Claim Number: 3056
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,426.00 | | Allowed: | $1,426.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INDYSHRED<br>50 KO WE BA LN<br>INDIANAPOLIS, IN 46201-4108 | | Claim Number: 3060<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $126.00 | Scheduled: | $84.00 | Allowed: | $126.00 |
| TOMAN, TAMMY S.<br>8635 SHOE OVERLOOK DR<br>FISHERS, IN 46038 | | Claim Number: 3061<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $550.00 | | | Allowed: | $550.00 |
| KESLER, MOY T<br>720 SPRUCE DR<br>HOLBROOK, NY 11741 | | Claim Number: 3064<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,200.00 | Scheduled: | $1,200.00 CONT | Allowed: | $1,200.00 |
| JETT, LINDA G<br>429 CORDGRASS LANE<br>LITTLE RIVER, SC 29566 | | Claim Number: 3065<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $335.00 | Scheduled: | $335.00 CONT | Allowed: | $335.00 |
| JENNIFER & KEITH SNODGRASS<br>510 GRAND AVE<br>BENTON, AR 72015 | | Claim Number: 3067<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SMITH, MICHAEL R<br>285 MELVILLE RD<br>FARMINGDALE, NY 11735-2312 | | Claim Number: 3069<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,586.92 | Scheduled: | $1,586.92 CONT | | |
| HOPKINS, CARA B<br>23601 TORERO<br>CIRCLE<br>MISSION VIEJO, CA 92691 | | Claim Number: 3074<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $1,023.08 | Scheduled: | $2,948.08 CONT | Allowed: | $1,023.08 |
| PENN WASTE INC<br>ATTN LYNN G ROHRBAUGH<br>CREDIT & COLLECTION SUPERVISOR<br>PO BOX 3066<br>YORK, PA 17402 | | Claim Number: 3076<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $472.10 | Scheduled: | $497.52 | Allowed: | $472.10 |
| CONNORS, REBECCA<br>45 BIRCHBROOK DR<br>SMITHTOWN, NY 11787 | | Claim Number: 3077<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,138.46 | Scheduled: | $1,138.46 CONT | Allowed: | $1,138.46 |
| J. TIMOTHY LANE<br>545 LAGONDA WAY<br>DANVILLE, CA 94526 | | Claim Number: 3079<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |

---

HATCH, DOUGLAS A (DOUG)
359
2505 ANTHEM VILLAGE DR STE E
HENDERSON, NV 89052-5529

Claim Number: 3080
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6178 (10/02/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,000.00 | Scheduled: | $3,000.00 | CONT | Allowed: | $3,000.00 |

ALLENDE, CLAUDIA
20  20 SEAGIRT
APT  4E
FAR ROCKAWAY, NY 11691

Claim Number: 3081
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 | CONT | Allowed: | $769.23 |

CUMMINGS, SUSAN
19 PEPPERMILL CT
COMMACK, NY 11725

Claim Number: 3082
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $769.23 | Scheduled: | $769.23 | CONT | Allowed: | $769.23 |

RICHMOND, DEBORAH
5474 BONANZA LANE
DUBLIN, OH 43016

Claim Number: 3084
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7506 (06/05/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,887.20 | Scheduled: | $1,887.20 | CONT | Allowed: | $1,887.20 |

CACCHIONE, ANGELA M
7371 BROOKLAWN DR
WESTMINSTER, CA 92683

Claim Number: 3085
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $774.00 | Scheduled: | $774.00 | CONT | Allowed: | $774.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CLARK, JULIE L<br>29853 WINTER HAWK ROAD<br>SUN CITY, CA 92586 | | Claim Number: 3086<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4,523.00<br>$0.00 | Scheduled: | $4,523.08 CONT | Allowed: | $4,523.00 |
| RHINEHART, MARYLOU<br>3014 SEAFARER<br>COVE<br>FORT WAYNE, IN 46815 | | Claim Number: 3089<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $369.28 | Scheduled: | $369.28 CONT | Allowed: | $369.28 |
| COLEMAN, TRACY<br>6 HUBBARD ST<br>BAY SHORE, NY 11706 | | Claim Number: 3091<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $633.39 | Scheduled: | $633.39 CONT | Allowed: | $633.39 |
| SUECH, DANIELLE<br>2 BANKS PL UNIT 232<br>MELROSE, MA 02176-6148 | | Claim Number: 3092<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,017.69 | Scheduled: | $1,017.69 CONT | Allowed: | $1,017.69 |
| DEWITT, KRISTINE (KRIS)<br>27 EASTRIDGE DR<br>AMELIA, OH 45102-1883 | | Claim Number: 3094<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $617.54 | Scheduled: | $617.54 CONT | Allowed: | $617.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BYRD, DEBBIE M<br>1013 NAGIA CT<br>FENTON, MO 63026 | | Claim Number: 3098<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10440 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $692.31 | | | | |
| BYRD, DEBBIE<br>1013 NAGIA CT<br>FENTON, MO 63026 | | Claim Number: 3099<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,948.00 | Scheduled: | $8,948.00 CONT | | |
| CARNEY, PATRICIA (PATTY)<br>2962 HARMENING AVE<br>PITTSBURGH, PA 15227 | | Claim Number: 3100<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $3,448.08 | Scheduled: | $3,448.08 CONT | Allowed: | $3,448.08 |
| LEE, SHAOWEI<br>PO BOX 360765<br>MILPITAS, CA 95036 | | Claim Number: 3102<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $4,458.47 | Scheduled: | $4,458.47 CONT | Allowed: | $4,458.47 |
| FADER, GAYLE<br>6963 BROOK MILL ROAD<br>BALTIMORE, MD 21215 | | Claim Number: 3104<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $383.25 | Scheduled: | $383.25 CONT | Allowed: | $383.25 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

HARRIOTT, CHANTELL T
1078 PROSPECT PLACE
BROOKLYN, NY 11213

Claim Number: 3105
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $929.55 | Scheduled: | $929.55 CONT | Allowed: | $929.55 |
|---|---|---|---|---|---|---|

CISNEROS, MARTHA P
456 W 10TH ST APT A
SAN PEDRO, CA 90731-3231

Claim Number: 3106
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $950.19 | Scheduled: | $950.19 CONT | Allowed: | $950.19 |
|---|---|---|---|---|---|---|

SCHEPER, ETHEL E
PO BOX 1108
NEW CASTLE, DE 19720

Claim Number: 3107
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,292.31 |
|---|---|---|---|---|---|---|

ROWLEY, DONALD (DON)
3644 VILLAGE SPRINGS DR
HIGH POINT, NC 27265

Claim Number: 3108
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,366.73 | | | Allowed: | $1,366.73 |
|---|---|---|---|---|---|---|

DEDIC, TAIB
5150 OAKFIRE DR
SAINT LOUIS, MO 63129-3218

Claim Number: 3109
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $315.30 | Scheduled: | $315.30 CONT | Allowed: | $315.30 |
|---|---|---|---|---|---|---|

---

FLORIAN, JENNIE
37 WEDGEWOOD LN
WANTAGH, NY 11793

Claim Number: 3110
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,211.54 | | $1,211.54  CONT | | $1,211.54 |

JOHNSON, PHYLLIS
6122 4TH ST. CT. NE
TACOMA, WA 98422

Claim Number: 3111
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $633.60 | | | | $633.60 |

TOOMBS, DWAYNE
4093 NEW HIGHWAY 96 W
FRANKLIN, TN 37064-4782

Claim Number: 3113
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $400.00 | | | | $400.00 |

ONE COMMUNICATIONS
ATTN JANICE RONAN
313 BOSTON POST RD WEST
MILLBURY, MA 01527

Claim Number: 3126
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $532.60 | | $469.60 | | $532.60 |

VINEYARDS DELI & NIBBLE & NUTS
32418 NORTHWESTERN HWY
FARMINGTON HILL, MI 48334

Claim Number: 3135
Claim Date: 11/23/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $853.98 | | | | $853.98 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GREENVILLE CNTY TAX COLLECTOR<br>GREENVILLE CO TAX COLL<br>ATTN THERESA RICH<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE, SC 29601 | | Claim Number: 3138<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,229.94 | Scheduled: | $1,287.04 DISP CONT | Allowed: | | $1,229.94 |
| LORENZI, GAIL L.<br>1770 CHURCH RD<br>AURORA, IL 60505 | | Claim Number: 3140<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $3,601.00 | | | | | |
| QUEBBEMANN, DAVID<br>1202 THOROUGHBRED<br>SAINT CHARLES, IL 60174 | | Claim Number: 3141<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $14,048.00 | | | | | |
| SANTIAGO KRASSEL, KIMBERLY<br>172 SALEM<br>BLOOMINGDALE, IL 60108 | | Claim Number: 3143<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,205.39 | Scheduled: | $3,205.39 CONT | Allowed: | | $3,205.39 |
| LORENZI, GAIL<br>1770 CHURCH RD.<br>AURORA, IL 60504 | | Claim Number: 3146<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $2,215.38 | Scheduled: | $2,215.39 CONT | Allowed: | | $2,215.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A NEW DAWN HYPNOSIS CENTER<br>2117 S FLETCHER AVE<br>FERNANDINA, FL 32034-4527 | | Claim Number: 3148<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 | | |
| XACTEC<br>ATTN M EVANS, PRES<br>109 BULIFANTS BLVD<br>STE B<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3152<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,352.94 | Scheduled: | $2,352.94 | Allowed: | $2,352.94 |
| HOLAN, DAVID A<br>47 BAY DR.<br>ITASCA, IL 60143 | | Claim Number: 3154-01<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET 8511 (01/19/2010) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$9,050.00  CONT | Allowed: | $10,950.00 |
| HOLAN, DAVID A<br>47 BAY DR.<br>ITASCA, IL 60143 | | Claim Number: 3154-02<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 8511 (01/19/2010) | | | | |
| UNSECURED | Claimed: | $10,250.00 | | | Allowed: | $9,349.94 |
| AMERICAN DATA SECURITY INC<br>ATTN COLLEEN MURPHY, OPERATIONS MGR.<br>13070 NORTHEND<br>OAK PARK, MI 48237 | | Claim Number: 3158<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $675.00 | Scheduled: | $40.00 | Allowed: | $675.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ENNIS, WARREN J (JOE)<br>14555 RIVER OAKS DRIVE<br>COLORADO SPRINGS, CO 80921 | | Claim Number: 3169<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | | |
| PRIORITY | Claimed: | $1,616.85 | | | | |
| CASCADE COFFEE<br>ATTN T.R. KIRSTEIN/PRESIDENT<br>PO BOX 12640<br>EVERETT, WA 98206 | | Claim Number: 3172<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $244.32 | Scheduled: | $210.72 | Allowed: | $244.32 |
| POLNEY, IRMA A.<br>155 BROAD ST. APT. #44<br>FLEMINGTON, NJ 08822 | | Claim Number: 3175<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| PRIORITY | Claimed: | $3,643.00 | | | | |
| MAUI R/E PROPERTY GUIDE<br>ATTN SARAH MESTANZA, OWNER<br>PO BOX 988<br>LAHAINA, HI 96767 | | Claim Number: 3177<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $791.66 | Scheduled: | $395.83 | | |
| KRUCEK, DANIEL<br>20835 N COUNTY LN<br>DEER PARK, IL 60010 | | Claim Number: 3181<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,849.26 | | | Allowed: | $1,849.26 |

| AMAZING GRACE APPRAISALS<br>ATTN LEE W. WHITE<br>202 W. JEFFERSON ST<br>JACKSON, NC 27845 | | Claim Number: 3187<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>CLAIMED CASES 07-11051 AND 0711053 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| FIRST ADVANTAGE APPRAISALS<br>ATTN WADE LIEBENDOFEN, OWNER<br>8338 VETERANS HIGHWAY # 103A<br>MILLERSVILLE, MD 21108 | | Claim Number: 3189<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| SINCLAIR, CECILE A<br>3904 HATHAWAY AVE APT 664<br>LONG BEACH, CA 90815-5124 | | Claim Number: 3197<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $2,492.29 | Scheduled: | $2,492.29 CONT | | |
| UNSECURED | Claimed: | $2,492.29 | | | | |
| TOTAL | Claimed: | $2,492.29 | | | | |
| HANRAHAN, SHAWN<br>58 MARWOOD ROAD NORTH<br>PORT WASHINGTON, NY 11050 | | Claim Number: 3200<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $507.69 | Scheduled: | $507.69 CONT | Allowed: | $507.69 |
| RYAN, SHERRY L<br>431 109TH AVE SE<br>BELLEVUE, WA 98004 | | Claim Number: 3202<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $3,236.64 | Scheduled: | $3,236.64 CONT | Allowed: | $3,236.64 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EHOUSING PLUS<br>2685 EXECUTIVE PARK DR, STE 8<br>WESTON, FL 33331 | | Claim Number: 3204<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $230.00 | Scheduled: | $450.00 | Allowed: | $230.00 |
| CAPITAL BUSINESS SYSTEMS INC<br>ATTN W. ALAN HUGHES, CONTROLLER<br>2000 WESTLAND RD<br>CHEYENNE, WY 82001 | | Claim Number: 3212<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,304.78 | Scheduled: | $778.05 | Allowed: | $1,304.78 |
| ALVAREZ, LISA L.<br>1065 KAWAIAHAO STREET #2205<br>HONOLULU, HI 96814 | | Claim Number: 3218<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $624.00 | | | Allowed: | $624.00 |
| KLINE, BRUCE A.<br>PO BOX 6617<br>PAHRUMP, NV 89041-6617 | | Claim Number: 3222<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $777.33 | Scheduled: | $777.33 | Allowed: | $777.33 |
| ANNAND, JOHN C<br>26 TAMAR CT<br>LAWRENCE TOWNSHIP, NJ 08648 | | Claim Number: 3225<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,000.00 | | | Allowed: | $2,000.00 |

---

DIONISIO, JOSEPH
79 OCEAN AVE
MASSAPEQUA PARK, NY 11762

Claim Number: 3240
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8024 (09/08/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,596.25 | Scheduled: | $5,701.15 CONT | Allowed: | $3,596.25 |

BROWN, KERI
13630 ZORI LN
WINDERMERE, FL 34786-7357

Claim Number: 3241
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,980.08 | Scheduled: | $2,000.00 CONT | Allowed: | $1,980.08 |

FONTAINE, PHILIP
PO BOX 53
SAN ANSELMO, CA 94979-0053

Claim Number: 3243
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $553.92 | Scheduled: | $553.92 CONT | Allowed: | $553.92 |

CORDOVA, VERNA J
3779 W NEVADA PLACE
DENVER, CO 80219

Claim Number: 3249
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $135.88 | |

GOLIAT, PAMELA
111 SHADOWLAWN DR
PITTSBURGH, PA 15236

Claim Number: 3256
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,397.12 | Scheduled: | $1,396.84 CONT | Allowed: | $1,397.12 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

LEWIS, BETH D
787 KIMBALL
HIGHLAND PARK, IL 60035

Claim Number: 3268
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $4,114.21 | | $10,950.00 CONT | | $4,114.21 |
| UNSECURED | | | | $9,050.00 CONT | | |

---

BLODGETT, WILLIAM F.
15902 CALTECH CIRCLE
WESTMINSTER, CA 92683

Claim Number: 3269
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | Claimed: | |
|---|---|---|
| SECURED | | $22,500.00 |

---

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3270
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $357.71 | | $357.71 | | $357.71 |

---

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
P.O BOX 36031
ROCK HILLS, SC 29732

Claim Number: 3271
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $317.96 | | $317.96 | | $317.96 |

---

ALAMY LTD
ATTN PAUL BARTLETT, CREDIT MANAGER
127 MILTON PARK
ABINGDON
OXFORDSHIRE, OX144SA
UK

Claim Number: 3278
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,608.84 | | $1,505.00 | | $1,608.84 |

---

BEND STORAGE & TRANSFER INC
ATTN DARCY LEE LYNCH
2350 N E 2ND ST
BEND, OR 97701

Claim Number: 3282
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,428.75 | Scheduled: | $1,428.75 | | |

PATTERSON, MICHELLE
8204 GLEAVES COURT
ALEXANDRIA, VA 22309

Claim Number: 3284
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,316.00 | Scheduled: | $1,316.00 CONT | | |

PATTERSON, MICHELLE
8204 GLEAVES COURT
ALEXANDRIA, VA 22309

Claim Number: 3285
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,452.45 | Scheduled: | $1,452.45 CONT | Allowed: | $1,452.45 |

REUILLE, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

Claim Number: 3297
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $720.00 | Scheduled: | $720.00 CONT | Allowed: | $720.00 |

KLOTZ, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

Claim Number: 3299
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $936.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BLECKSMITH, KATALINA<br>22359 SCHAFER RD<br>MALTA, IL 60150-8208 | | Claim Number: 3302<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $583.20 | Scheduled: | $583.20 CONT | Allowed: | $583.20 |
| CITY OF BEDFORD<br>215 E MAIN ST<br>REDFORD, VA 24523-2012 | | Claim Number: 3303<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $46.86 | | | Allowed: | $46.86 |
| GREATER MILWAUKEE ASSOC. OF REALTORS<br>12300 W. CENTER ST.<br>WAUWATOSA, WI 53222-4052 | | Claim Number: 3304<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $178.00 | | | Allowed: | $178.00 |
| JOHN, SARAMMA<br>19 WASHINGTON DR.<br>LINDENHURST, NY 11757 | | Claim Number: 3306<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $1,732.43 | Scheduled: | $1,732.43 CONT | Allowed: | $1,732.43 |
| SUNSET POINT APPRAISAL<br>ATTN COREY W. KEELING<br>1824 CAPISTRANO STREET<br>SAN DIEGO, CA 92106 | | Claim Number: 3313<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |

---

KENNAY, GEORGANN
1326 JANET
SYCAMORE, IL 60178

Claim Number: 3316
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,692.24 | | $1,692.24 CONT | | $1,692.24 |

DEROSA, JEREMY
31662 MAR VISTA AVE
LAGUNA BEACH, CA 92651-8311

Claim Number: 3319
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $3,576.92 CONT | | |
| UNSECURED | | $33,694.72 | | $30,022.95 CONT | | $33,694.72 |

WILSON, ANTHONY J
10426 N MCCLELLAN DR
FREDERICKSBRG, VA 22408-0289

Claim Number: 3324
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,177.60 | | | | $1,177.60 |

BATTLE CRK AREA ASSOC REALTORS
ATTN MELISSA J. ELDRIDGE/ACCT-MEMB. MGR.
214 CAPITAL AVE NE
BATTLE CREEK, MI 49017

Claim Number: 3326
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $306.18 | | | | $306.18 |

HUTCHISON, ANTHONY (TONY)
#5 AUSTIN PLACE
GLENDALE, MO 63122

Claim Number: 3327
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $865.38 | | $865.38 CONT | | $865.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SIMS, RACHEL<br>6304 PILGRIM LN<br>ARLINGTON, TX 76002-2735 | | Claim Number: 3328<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6763 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,436.00 | Scheduled: | $2,315.28 CONT | | |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | | Claim Number: 3329<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 9016 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $8,478.29 | | | Allowed: | $8,478.29 |
| NZABONITEGEKA, JEANNE C<br>628 BAUER CT<br>ELMONT, NY 11003 | | Claim Number: 3336<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $830.77 | Scheduled: | $830.77 CONT | Allowed: | $830.77 |
| VARSITY CONTRACTORS, INC.<br>PO BOX 1692<br>POCATELLO, ID 83204 | | Claim Number: 3347<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $22,309.56 | | | Allowed: | $22,309.56 |
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 135195501<br>CHARLOTTE, NC 28272 | | Claim Number: 3348<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $134.50 | Scheduled: | $134.50 | Allowed: | $134.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 150972201<br>CHARLOTTE, NC 28272 | | Claim Number: 3349<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
| TIME WARNER CABLE<br>ATTN WANDA N. BURRELL<br>PO BOX 70873<br>ACCT 134316601<br>CHARLOTTE, NC 28272-0873 | | Claim Number: 3350<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $64.49 | Scheduled: | $64.49 | Allowed: | $64.49 |
| PASCO COUNTY, FLORIDA<br>MIKE OLSON<br>PASCO COUNTY TAX COLLECTOR<br>POST OFFICE BOX 276<br>DADE CITY, FL 33526-0276 | | Claim Number: 3352<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $215.07  UNLIQ | Scheduled: | $88.95  DISP CONT | | |
| CANYON COUNTY<br>ATTN TRACIE LLOYD, TREASURER<br>P.O. BOX 1010<br>CALDWELL, ID 83606 | | Claim Number: 3357<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9026 (07/19/2010) | | | | |
| PRIORITY | | | Scheduled: | $329.96  DISP CONT | | |
| SECURED | Claimed: | $304.42 | | | Allowed: | $304.42 |
| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | | Claim Number: 3359<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MACIAS, ROSA S<br>1787 JUDSON ST<br>SEASIDE, CA 93955 | | Claim Number: 3360<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,120.00 | Scheduled: | $2,122.15  CONT | Allowed: | $1,120.00 |
| GREENE, CHARLES C.<br>6407 LEON ROAD<br>ANDOVER, OH 44003 | | Claim Number: 3364<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| PROPERTY SHOP & APPRAISALS, THE<br>PO BOX 8702<br>MOSS POINT, MS 39562-0011 | | Claim Number: 3368<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| STEVE WOLFF & ASSOC. INC.<br>9602 SANTIAGO BLVD<br>VILLA PARK, CA 92867 | | Claim Number: 3369<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $248.66 | Scheduled: | $160.00 | | |
| PHILLIPS, JAMES D<br>135 NW 109TH AVE APT 203<br>PEMBROKE PINES, FL 33026-5127 | | Claim Number: 3379<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,288.46 | Scheduled: | $1,288.46  CONT | Allowed: | $1,288.46 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KLIM, ROBERT E.<br>4495 SHOW LOW LAKE RD<br>LAKESIDE, AZ 85929 | | Claim Number: 3382<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED<br>TOTAL | Claimed:<br>Claimed: | $6,285.00<br>$6,825.00 | | | | | |
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | | Claim Number: 3383<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| DAVIS ENTERPRISE, THE<br>PO BOX 1078<br>DAVIS, CA 95616 | | Claim Number: 3387<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $2,550.40 | Scheduled: | $1,587.20 | Allowed: | $2,550.40 |
| DORFF, JENNIFER L<br>1436 LINCOLN AVENUE<br>ORANGE, CA 92865 | | Claim Number: 3390<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,479.39 | Scheduled: | $3,479.39 CONT | Allowed: | $3,479.39 |
| PORTUGAL, VALERIY<br>1237 AVE Z<br>APT.5P<br>BROOKLYN, NY 11235 | | Claim Number: 3393<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,538.46 | Scheduled: | $3,538.46 CONT | Allowed: | $3,538.46 |

DOUGLAS SMITH & ASSOCIATES
ATTN DOUGLAS A SMITH
408 COOPERS HAWK DRIVE
BILTMORE PARK
ASHEVILLE, NC 28803

Claim Number: 3395
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,444.31 | Scheduled: | $32,444.31 | | |

HAGAN, JAMES C
86 18 DUMONT AVE
APT 3B
OZONE PARK, NY 11416

Claim Number: 3397
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT | Allowed: | $865.38 |

BOZEMAN AREA CHMBR COMMERCE
2000 COMMERCE WAY
BOZEMAN, MT 59715

Claim Number: 3399
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 | Allowed: | $295.00 |

PIERCE COUNTY, WASHINGTON
PIERCE COUNTY
ATTN ALLEN RICHARDSON, FIELD AGENT
PO BOX 11621
TACOMA, WA 98411-6621

Claim Number: 3403
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNDET | | |
| SECURED | Claimed: | $0.00 UNDET | | | | |

LOPEZ, TERESA
320 ATLANTIC AVE APT B4
EAST ROCKAWAY, NY 11518-1115

Claim Number: 3411
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.69 | Scheduled: | $1,557.69 CONT | Allowed: | $1,557.69 |

DAVILA, VERONICA Y
508 S 112TH DR
AVONDALE, AZ 85323

Claim Number: 3414
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $519.24 | Scheduled: | $519.24  CONT | Allowed: | $519.24 |
|---|---|---|---|---|---|---|

RUBIN, WENDY S.
ARTHUR S. RUBIN CO-TRUSTEES
WENDY S. RUBINE 2002 REV TR
3171 NO 36TH ST
HOLLYWOOD, FL 33021

Claim Number: 3416
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $34,445.00 |
|---|---|---|

CERTIFIED SHRED INC
ATTN DIONE MAGLEDY, VICE PRESIDENT
537 W PICKETT CIR STE 600
SALT LAKE CTY, UT 84115-1998

Claim Number: 3419
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $32.00 | | | Allowed: | $32.00 |
|---|---|---|---|---|---|---|

WL CONCEPTS & PRODUCTION, INC
ATTN WILLIAM LEVINE PRESIDENT
599 JERUSALEM AVE
UNIONDALE, NY 11553

Claim Number: 3420
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $202.76 | Scheduled: | $195.00 | Allowed: | $202.76 |
|---|---|---|---|---|---|---|

WAITERS CHOICE
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3421
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $550.51 | Scheduled: | $550.51 | Allowed: | $550.51 |
|---|---|---|---|---|---|---|

WAITER'S CHOICE CATERING
ATTN SHERRY BARNES
PO BOX 36031
ROCK HILL, SC 29732

Claim Number: 3424
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $475.52 | | $475.52 | | $475.52 |

CRAVEN, LEO
1035 S BRADFORD ST
DOVER, DE 19904

Claim Number: 3425
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $100.00 | | | | $100.00 |

CONNER, WILLIAM
179 12TH ST
BETHPAGE, NY 11714-1706

Claim Number: 3426
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,730.77 | | $1,730.77  CONT | | $1,730.77 |

CHESTNUT HILL APPRAISAL SERVIC
ATTN BRADLEY STERN, PRESIDENT
67 BROOKLINE ST
NEWTON, MA 02467

Claim Number: 3427
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $325.00 | | $325.00 | | $325.00 |

CHRISTENSEN, KIM
2030 W 132ND AVE
WESTMINSTER, CO 80234

Claim Number: 3430
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $3,693.46  CONT | | |
| UNSECURED | | $3,693.00 | | | | $3,693.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MORAWSKI CLEANING LLC<br>ATTN SANDRA WHEELER<br>6 VICTORIA LANE<br>WEST SIMSBURY, CT 06092-2120 | | Claim Number: 3431<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $750.73 | Scheduled: | $288.32 | Allowed: | | $750.73 |
| STONE, NICKOL B.<br>10419 HYNDMAN COURT<br>CHARLOTTE, NC 28214 | | Claim Number: 3437<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY | | | Scheduled: | $350.00 CONT | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | | $350.00 |
| CONLEY, CAROLYN<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 3446<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | |
| PRIORITY | Claimed: | $1,673.08 | Scheduled: | $2,175.00 CONT | Allowed: | | $1,673.08 |
| JOHN PYSTER<br>ACCESS APPRAISALS<br>6731 E EL CARMEN ST<br>LONG BEACH, CA 90815-2439 | | Claim Number: 3447<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $550.00 | | | | | |
| WANG, ELI J<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | | Claim Number: 3451<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $1,525.75 | Scheduled: | $1,525.75 CONT | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| WANG, ELI<br>7702 ARDMORE DRIVE<br>O FALLON, MO 63368 | | Claim Number: 3453<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,650.00 CONT | | |
| CARSON, JOSEPH M<br>15 DRIFTWOOD LN<br>EAST SETAUKET, NY 11733 | | Claim Number: 3461<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,480.76 | Scheduled: | $4,961.54 CONT | Allowed: | $2,480.76 |
| TRIPWIRE, INC.<br>ATTN MAH HIXSON, DIRECTOR OF FINANCE<br>DEPT. CH17020<br>PALATINE, IL 60055-7020 | | Claim Number: 3470<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $36,707.70 | | | Allowed: | $36,707.70 |
| GLASCO, ADRIENNE D<br>214 LIVINGSTON ST<br>APT # 2<br>WESTFIELD, NJ 07090 | | Claim Number: 3476<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,456.83 | Scheduled: | $1,456.83 CONT | Allowed: | $1,456.83 |
| GOURLEY, JORENE A<br>10516 MILCLAY<br>BOISE, ID 83704 | | Claim Number: 3479<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $424.03 | Scheduled: | $424.03 CONT | Allowed: | $424.03 |

RICE, SUSAN
30 AVENUE A
PORT WASHINGTON, NY 11050

Claim Number: 3484
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $840.06 | | $840.06 CONT | | | $840.06 |

ALESSI, MARY ANN
1928 SMITH STREET
MERRICK, NY 11566

Claim Number: 3486
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $1,754.24 | | $2,280.51 CONT | | | $1,754.24 |

DOUG GOURLEY CATERING
ATTN DOUGLAS GOURLEY, OWNER
10516 MICKLAY
BOISE, ID 83704

Claim Number: 3491
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| | Claimed: | | | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | $1,200.00 | | | | | $1,200.00 |

GERNAND, JOYCE A
3626 STONE CREEK RUN
FORT WAYNE, IN 46804

Claim Number: 3492
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $480.77 | | $1,341.49 CONT | | | $480.77 |

SCHOGER, DARLA
1689 W SHORELINE DRIVE, #415
BOISE, ID 83702

Claim Number: 3496
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $711.60 | | $711.60 CONT | | | $711.60 |

| MEMBERS FIRST CREDIT UNION<br>1445 W. GOODALE BLVD.<br>ATTN: GREGORY A. KIDWELL<br>COLUMBUS, OH 43212 | | Claim Number: 3502<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7233 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $955.00 | Scheduled: | $955.00 | Allowed: | | $955.00 |
| WARNER, MARGARET<br>***NO ADDRESS PROVIDED*** | | Claim Number: 3505<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $3,676.00 | | | Allowed: | | $3,676.00 |
| ASSOCIATED SERVICES<br>ATTN JOAN SHEFFER<br>600A MCCORMICK ST<br>SAN LEANDRO, CA 94577 | | Claim Number: 3521<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $69.25 | | | Allowed: | | $69.25 |
| CHANDLER, DEBI S (DEBI)<br>10255 LIVE OAK AVE<br>CHERRY VALLEY, CA 92223 | | Claim Number: 3522<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23 CONT | Allowed: | | $2,769.23 |
| GRUDZINSKI, MICHELE<br>1431 12TH STREET<br>WEST BABYLON, NY 11704-3632 | | Claim Number: 3527<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $2,093.00 CONT | Allowed: | | $1,400.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRI-STATE APPRAISAL SERVICES<br>ATTN HENRY B GARNETT III PRESIDENT<br>3540 WHEELER ROAD<br>AUGUSTA, GA 30909 | | Claim Number: 3531<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $350.00 | | | | | |
| APPRAISAL SERVICES,INC<br>108 CHRISTENSEN LANE<br>SALISBURY, MD 21804 | | Claim Number: 3536<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
| BRISARD, KARL<br>9732 ROCHE PL<br>WELLINGTON, FL 33414-6490 | | Claim Number: 3538<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,231.20 | Scheduled: | $1,231.20  CONT | Allowed: | $1,231.20 |
| YESKIE, JENNIFER L<br>12249 ARCTURUS DR<br>WILLIS, TX 77318-5110 | | Claim Number: 3542<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $941.53 | Scheduled: | $941.53  CONT | Allowed: | $941.53 |
| AMERICAN DOCUMENT DESTRUCTION<br>ROBERT DICKINSON<br>POB 1991<br>SPARKS, NV 89432-1991 | | Claim Number: 3546<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $225.00 | | | Allowed: | $225.00 |

AIKEN, ANN
1207 MUSKET CT
BELCAMP, MD 21017-1326

Claim Number: 3547
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $288.40 | | $288.40 CONT | | $288.40 |

WONG, YOSHIKA
956 HARBOR INN DR
CORAL SPRINGS, FL 33071

Claim Number: 3554
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,442.31 | | $1,442.31 CONT | | $1,442.31 |

KNOWLES, JAMES A
PO BOX 24073
HALETHORPE, MD 21227-0573

Claim Number: 3557
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $160.00 | | $160.00 |

ROHDE, GARY
27986 WHITCOMB ST
LIVONIA, MI 48154

Claim Number: 3568
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $0.00 | | | | |
| UNSECURED | | | | $154.24 | | $152.24 |

LARSEN, ELIZABETH
10727 MAYFIELD LANE
HUNTLEY, IL 60142

Claim Number: 3572
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $294.17 | | $294.17 |

CAMPBELL, DOUG
1 VAN SISE COURT
SYOSSET, NY 11791

Claim Number: 3573
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | | | Allowed: | $2,500.00 |

ADAMS, PATRICIA (PATTI)
22622 JUNIPER ROAD
PERRIS, CA 92570

Claim Number: 3589
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,261.55 | Scheduled: | $2,261.55 CONT | Allowed: | $2,261.55 |

CAPITOL OFFICE SOLUTIONS
POB 277728
ATLANTA, GA 30384-7728

Claim Number: 3604
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $907.00 | Scheduled: | $404.00 | Allowed: | $907.00 |

BRANDYWINE PICNIC PARK
690 S CREEK RD
ATTN ROSS CAPPS PRESIDENT
WEST CHESTER, PA 19382-2002

Claim Number: 3605
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,714.84 | Scheduled: | $1,714.84 | Allowed: | $1,714.84 |

NIJJAR, KAMALJIT (KAMAL)
1 SINGH RD
MONROE, NY 10950-5246

Claim Number: 3607
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (04/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,490.39 | Scheduled: | $3,490.39 CONT | Allowed: | $3,490.39 |

IL-1111 22ND STREET, LLC
C/O MONICA BLACKER
ANDREWS KURTH LLP
1717 MAIN ST STE 3700
DALLAS, TX 75201

Claim Number: 3610
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $82,372.80 | | | | Allowed: | $82,372.80 |
|---|---|---|---|---|---|---|---|

HUTCHISON, ANTHONY
205 TURF CT.
WEBSTER GROVE, MO 63119

Claim Number: 3612
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9677 (01/19/2011)

| PRIORITY | | | Scheduled: | $3,292.31 CONT | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,291.31 | | | |

BRANDENBURG TELECOM
JEAN E HUBBARD COLLECTION DEPT
200 TELCO DR PO BOX 599
BRANDENBURG, KY 40108

Claim Number: 3614
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $758.31 | Scheduled: | $694.32 | Allowed: | $758.31 |
|---|---|---|---|---|---|---|

BRANDENBURG TELECOM
200 TELCO DR
PO BOX 599
ATTN JEAN E HUBBARD, COLLECTION DEPT
BRANDENBURG, KY 40108

Claim Number: 3615
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $758.31 |
|---|---|---|

GRAY, AYANA
1064 SENECA AVE
RIDGEWOOD, NY 11385-5811

Claim Number: 3616
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| HOWROYD-WRIGHT EMPLOYMENT AGENCY INC<br>DBA<br>APPLE ONE EMPLOYMENT SERVICES<br>ATTN MARLENE YAN-LITIGATION MANAGER<br>327 WEST BROADWAY<br>GLENDALE, CA 91204 | | Claim Number: 3620<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $386.82 | Allowed: | $386.82 |
| MEAD APPRAISALS<br>ATTN SCOTT MEAD - OWNER<br>11378 NIAGARA DRIVE<br>FISHERS, IN 46038 | | Claim Number: 3623<br>Claim Date: 11/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $4,260.00 | | |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | | Claim Number: 3628<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | |
| UNSECURED | Claimed: | $2,227.76 | Allowed: | $2,227.76 |
| PRAIRIE PROFESSIONAL CENTRE<br>JAMES M. JOYCE/LILLIG & THORSNESS, LTD<br>1900 SPRINT RD<br>STE 200<br>OAK BROOK, IL 60523 | | Claim Number: 3631-02<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| SECURED | Claimed: | $3,650.00 | | |
| PRAIRIE PROFESSIONAL CENTRE<br>JAMES M. JOYCE/LILLIG & THORSNESS, LTD<br>1900 SPRINT RD<br>STE 200<br>OAK BROOK, IL 60523 | | Claim Number: 3631-04<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $41,146.00 | Allowed: | $41,146.00 |

---

T-MOBILE USA, INC.
ATTN S. BRANNON/BANKRUPTCY DEPT
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 3632
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $519.92 | | Allowed: | $519.92 |

COVAD COMMUNICATIONS
ATTN WENDY FINNEGAN
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 3633
Claim Date: 11/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $511.95 | | Allowed: | $511.95 |

CINCINNATI BELL TELEPHONE
ATTN: LISA Y ANDERSON
221 E 4TH ST
ML346-325
CINCINNATI, OH 45202

Claim Number: 3634
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $72.63 | | Allowed: | $72.63 |

SOLANO COUNTY
ATTN ELIZABETH SUMNER, DEPUTY
RECORDER OFFICE
575 TEXAS ST, STE 2700
FAIRFIELD, CA 94533

Claim Number: 3635
Claim Date: 11/27/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $47,564.28 | | |
| UNSECURED | | Scheduled: | $12.00 | |

MATTHEOS, ARIANNY
1483 E 3RD AVE
BAY SHORE, NY 11706-3023

Claim Number: 3636
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $634.25 | Scheduled: | $634.25 CONT | Allowed: | $634.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LYTLE, JODY<br>310 REDROME CIRCLE W<br>BRIDGEVILLE, PA 15017 | | Claim Number: 3643<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $1,505.84 | Scheduled: | $1,505.84 CONT | Allowed: | $1,505.84 |
| BIG CITY<br>ATTN E. BARNETT<br>110 ASIA PLACE<br>CARLSTADT, NJ 07072 | | Claim Number: 3646<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $14,329.31 | Scheduled: | $372.86 | Allowed: | $14,329.31 |
| SOKOLOWSKI, DIANA<br>115 DAVIS AVE.<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 3652<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $810.00 | | | | |
| CARDINAL, SAMANTHA<br>3530 LONG BEACH ROAD<br>UNIT 62<br>OCEANSIDE, NY 11572 | | Claim Number: 3653<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,291.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,291.31 |
| HAAS, ANN M<br>7502 LAWRENCE ROAD<br>BALTIMORE, MD 21222 | | Claim Number: 3655<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $1,869.60 | Scheduled: | $2,309.60 CONT | Allowed: | $1,869.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HALE, DONALD M. JR. & MARY JEAN P.<br>8081 ATHENA ST<br>SPRINGFIELD, VA 22153 | | Claim Number: 3668<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| PRIORITY | Claimed: | $425.00 | Scheduled: | $425.00 CONT | Allowed: | $425.00 |
| OAK TREE LODGE<br>ATTN PETER DE CUIR<br>1412 SCHOOLHOUSE ROAD<br>WALL-NEPTUNE, NJ 07753 | | Claim Number: 3669<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,570.50 | | | Allowed: | $2,570.50 |
| ALMONTE, FRANK<br>135-24 HOOVER AVE APT 6G<br>JAMAICA, NY 11435 | | Claim Number: 3670<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,068.16 | Scheduled: | $1,068.16 CONT | Allowed: | $1,068.16 |
| RUTHERFORD, KRISTINA<br>7071 SEAL CIRCLE<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 3671<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,840.00 | Scheduled: | $1,805.50 CONT | Allowed: | $1,840.00 |
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | | Claim Number: 3677<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $952.00 | Scheduled: | $952.00 CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SERKES, MICHAEL<br>3747 UNION CHURCH RD<br>SALISBURY, MD 21801 | | Claim Number: 3682-01<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $9,868.22 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $171,788.63 CONT | | |
| SERKES, MICHAEL<br>3747 UNION CHURCH RD<br>SALISBURY, MD 21801 | | Claim Number: 3682-02<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $171,547.59 | | | Allowed: | $171,547.59 |
| BRANDYWINE VALLEY HEATING & AIR<br>CONDITIONING, INC<br>ATTN CFO<br>917 OLD FERN HILL RD #300<br>WEST CHESTER, PA 19380 | | Claim Number: 3683<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $157.00 | | | Allowed: | $157.00 |
| CANALES, JENNY<br>72 BRADLEY ST<br>BRENTWOOD, NY 11717 | | Claim Number: 3686<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,077.42 | Scheduled: | $1,077.42 CONT | Allowed: | $1,077.42 |
| PARKER, KESHIA M<br>11 JEAN DR<br>NORTH BABYLON, NY 11703 | | Claim Number: 3687<br>Claim Date: 11/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $544.00 | | | Allowed: | $544.00 |

CAVACO, CRAIG
309 BAUDER RD
FORT PLAIN, NY 13339

Claim Number: 3691
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,734.62 | | $2,734.62 CONT | | $2,734.62 |

FONTANELLI, DAVID A
3 SEABROOK CT
STONY BROOK, NY 11790

Claim Number: 3692
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $4,615.50 | | $6,000.00 CONT | | $4,615.50 |

FALCO, DESERIE
6 SELDEN RD
MASTIC BEACH, NY 11951

Claim Number: 3693
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,064.00 | | $1,064.00 CONT | | $1,064.00 |

MATSUMOTO & CLAPPERTON ADVERTISING, LLC
ATTN ED CLAPPERTON, PRESIDENT
705 S KING ST # 104
HONOLULU, HI 96813

Claim Number: 3694
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $702.22 |
| UNSECURED | | $702.22 |
| TOTAL | | $702.22 |

MATSUMOTO & CLAPPERTON
ATTN ED CLAPPERTON, PRESIDENT
STANDARD FINANCIAL PLAZA
705 S KING ST STE 104
HONOLULU, HI 96813

Claim Number: 3695
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $702.22 |
| UNSECURED | | $702.22 |
| TOTAL | | $702.22 |

---

MATSUMOTO & CLAPPERTON
ATTN ED CLAPPERTON, PRESIDENT
STANDARD FINANCIAL PLAZA
705 S KING ST STE 104
HONOLULU, HI 96813

Claim Number: 3696
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | Claimed: | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $702.22 | | | |
| UNSECURED | Claimed: | $702.22 | | | |
| TOTAL | Claimed: | $702.22 | | | |

VAN NORSTRAND, JOANN F
101 MANOR RD
RED HOOK, NY 12571

Claim Number: 3697
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,750.00 | Scheduled: | $4,823.08 CONT | Allowed: | $2,750.00 |
| UNSECURED | | | Scheduled: | $242.39 CONT | | |

MESHOT, KAREN C.
24631 MANDEVILLE DR
LAGUNA HILLS, CA 92653

Claim Number: 3704
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,528.00 | | Allowed: | $3,528.00 |

ROMERO, YANAYRA
1483 E 3RD AVE
BAY SHORE, NY 11706-3023

Claim Number: 3707
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $517.95 | Scheduled: | $517.95 CONT | Allowed: | $517.95 |

MATTHEOS, ARIANNY
31 HEYWARD ST
BRENTWOOD, NY 11717

Claim Number: 3708
Claim Date: 11/28/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $5,767.50 CONT |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHRED-IT<br>350 HATCH DR<br>FOSTER CITY, CA 94404-1106 | | Claim Number: 3719<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $520.50 | | | | |
| SHAHBAKHTI, GUERAMI<br>8 GARDEN CT<br>BAY SHORE, NY 11706 | | Claim Number: 3720<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,853.90 | Scheduled: | $2,853.90 CONT | Allowed: | $2,853.90 |
| WELLS & RAYMOND APPRAISAL SERA<br>ATTN SUSAN RAYMOND<br>409 S DAYTONA AV<br>FLAGIER BEACH, FL 32136 | | Claim Number: 3721<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
| RUBIN, SVETLANA<br>2681 WEST 2ND ST<br>APT 2F<br>BROOKLYN, NY 11223 | | Claim Number: 3723<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | $2,596.15 |
| JAKELL, SHELLEY<br>1655 MAIN BLVD<br>SOUTH PARK TWP, PA 15129 | | Claim Number: 3727<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,925.00 | Scheduled: | $1,925.00 CONT | Allowed: | $1,925.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ROSSOMANO, DONNAJEAN<br>200 SERPENTINE LN<br>ISLANDIA, NY 11749 | | Claim Number: 3728<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $1,096.15 | Scheduled: | $1,096.15 CONT | Allowed: | | $1,096.15 |
| DRAKOS, SUZETTE<br>3 SEABROOK CT<br>STONY BROOK, NY 11790-3305 | | Claim Number: 3729<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,969.20 | Scheduled: | $1,969.20 CONT | Allowed: | | $1,969.20 |
| PUMA, CHRISTIAN J<br>20 MARK ST<br>PORT JEFFERSON STATION, NY 11776 | | Claim Number: 3732<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,250.00 | Scheduled: | $2,250.00 CONT | Allowed: | | $2,250.00 |
| RESTUCCIA, CODY L<br>201 UPPER CRANEY HILL RD<br>#1<br>WEARE, NH 03281 | | Claim Number: 3734<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $662.31 | Scheduled: | $2,277.70 CONT | Allowed: | | $662.31 |
| JONES, JENNIFER JJ<br>716 LANGSTON CT<br>ORLANDO, FL 32804 | | Claim Number: 3738<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $715.14 | Scheduled: | $715.14 CONT | Allowed: | | $715.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALUMNI ASSOCIATION OF UM<br>ATTN VICE PRESIDENT / CFO<br>200 FLETCHER ST.<br>ANN ARBOR, MI 48109-1007 | | Claim Number: 3739<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $15,545.00 | Scheduled: | $15,545.00 | Allowed: | $15,545.00 |
| 106TH BUSINESS PARK L P<br>ATTN BLAIR JACKSON, ESQUIRE<br>10421 S JORDAN GATEWAY BLVD<br>SUTIE 600<br>SOUTH JORDAN, UT 84095 | | Claim Number: 3741<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $48,546.83 | Scheduled: | $4,523.25 | | |
| JOHNSON ET AL V. WHEELER, AMERICAN HOME<br>MORTGAGE CORP ET AL NO. 06-CV-2196-PJM<br>JOHN R. GRIFFIN, HARTMAN & EGELI, LLP<br>116 DEFENSE HIGHWAY, SUITE 300<br>ANNAPOLIS, MD 21401 | | Claim Number: 3748<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10687 (12/10/2012) | | | | | |
| UNSECURED | Claimed: | $1,000,000.00 | Scheduled: | $0.00 UNLIQ | | |
| R SHATARAH CONSULTING ENGINEERS, P.C.<br>6500 JERICHO TPKE STE 1W<br>SYOSSET, NY 11791-4435 | | Claim Number: 3750<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,600.00 | Scheduled: | $3,600.00 | | |
| HAGG, RENEE C<br>8074 CARNABY CT SOUTH<br>HANOVER PARK, IL 60133 | | Claim Number: 3754<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,353.15 CONT | Allowed: | $1,076.92 |

WELLNESS AT WORK
ATTN MARILYN KIER, OWNER
540 FRONTAGE RD
STE 1025
NORTHFIELD, IL 60093

Claim Number: 3755
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 | Allowed: | $110.00 |

TELEPHONE DIAGNOSTIC SVCS
553 FOUNDRY RD
NORRISTOWN, PA 19403-3901

Claim Number: 3763
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,276.91 | Scheduled: | $6,533.95 | Allowed: | $7,276.91 |

INFOHIGHWAY COMMUNICATIONS
ATTN KAREN JACOBY
DIRECTOR CREDIT & COLLECTIONS
39 BROADWAY, 19TH FLOOR
NEW YORK, NY 10006

Claim Number: 3765
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,611.29 | Scheduled: | $23,611.29 | Allowed: | $23,611.29 |

YOUR PRIVATE LIMOUSINE, INC.
ATTN TRACY HODGE, PRESIDENT
3255 N ARLINGTON HEIGHTS
ARLINGTON HEIGHTS, IL 60004

Claim Number: 3770
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,620.10 | Scheduled: | $3,620.10 | Allowed: | $3,620.10 |

COLLINS, KENNETH R (KEN)
26 WYOMING DR
HUNTINGTON STATION, NY 11746

Claim Number: 3771
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,526.92 | Scheduled: | $6,337.69 CONT | Allowed: | $4,526.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C J MAINTENANCE INC<br>ATTN JILLIAN A. ZEI, VP<br>5525 TWIN KNOLLS RD<br>STE 323<br>COLUMBIA, MD 21045 | | Claim Number: 3774<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,185.30 | Scheduled: | $4,185.30 | Allowed: | $4,185.30 |
| BANGERT, PEGGY<br>315 CHASSELLE LN<br>SAINT LOUIS, MO 63141 | | Claim Number: 3776<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $692.30 | Scheduled: | $461.20  CONT | Allowed: | $692.30 |
| GERALD P MALLECK R E APPRAISER<br>ATTN GERALD MALLECK, OWNER<br>516 CUSHING STREET SW<br>OLYMPIA, WA 98502 | | Claim Number: 3781<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $850.00 | | | Allowed: | $850.00 |
| REVAK, KELLEY<br>805 WOODWARD ST<br>MCKEESPORT, PA 15132 | | Claim Number: 3782<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $1,818.88 | | | | |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>ATTN: JOYCE PRESNELL<br>MOBILE, AL 36601 | | Claim Number: 3784<br>Claim Date: 11/29/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $1,535.00 | | | | |

MISSISSIPPI POWER COMPANY
ATTN: JAN STUART
401 W MAIN AVE
LUMBERTON, MS 39455

Claim Number: 3790
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $222.95 | Scheduled: | $145.38 | Allowed: | $222.95 |
|---|---|---|---|---|---|---|

TOP TIER DATACOM
PO BOX 1225
ROSEVILLE, CA 95678-8225

Claim Number: 3793
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $63.75 | Scheduled: | $63.75 | Allowed: | $63.75 |
|---|---|---|---|---|---|---|

KUO, YU NUNG
35 N WOODHULL RD
HUNTINGTON, NY 11743

Claim Number: 3796
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00 CONT | Allowed: | $2,500.00 |
|---|---|---|---|---|---|---|

SCOURTOS, THOMAS C
16 SHORE DR N
COPIAGUE, NY 11726

Claim Number: 3803
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $1,326.92 | Scheduled: | $1,326.92 CONT | Allowed: | $1,326.92 |
|---|---|---|---|---|---|---|

HARRISON, MIGDALIA M
PMB 59
3280 SUNRISE HWY
WANTAGH, NY 11793-4024

Claim Number: 3804
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,446.15 | Scheduled: | $1,446.15 CONT | Allowed: | $1,446.15 |
|---|---|---|---|---|---|---|

CROSS BORDER (USA) INC.
ATTN LINDA ROSENBLUTH - OFFICE MANAGER
65 BROADWAY
SUITE 605
NEW YORK, NY 10006

Claim Number: 3813
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 | | |

BLACKBURN, BARBRA
5694 KIPLING PKWY UNIT 203
ARVADA, CO 80002-2182

Claim Number: 3814
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,288.08 CONT | | |
| UNSECURED | Claimed: | $3,288.08 | | | Allowed: | $3,288.08 |

NAPOLI, CARMINE F
9 ARPAGE DR W
SHIRLEY, NY 11967-3703

Claim Number: 3825
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,360.00 | Scheduled: | $3,360.00 CONT | | |

FREDERICK, PHYLLIS
370 SUMMIT AVENUE
FLEETWOOD, NY 10552

Claim Number: 3830
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT | Allowed: | $2,307.69 |

PATTERSON, TRUDY
1207 SHERWOOD FOREST GLEN COURT
HOUSTON, TX 77043

Claim Number: 3834
Claim Date: 11/29/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,961.54 | Scheduled: | $2,961.54 CONT | Allowed: | $2,961.54 |

SC APPRAISAL SERVICE LLC
PO BOX 210545
COLUMBIA, SC 29221

Claim Number: 3850
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

THOMPSON, STEPHANIE
3151 WINTERGREEN DR
FLORISSANT, MO 63033

Claim Number: 3851
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $253.92 | Scheduled: | $507.84 CONT | Allowed: | $253.92 |
|---|---|---|---|---|---|---|

JAY EARL ASSOCIATES LLC
C/O KAPLAN REALTY GROUP
170 WEST 74TH STREET
NEW YORK, NY 10023

Claim Number: 3853
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 3946 (05/02/2008)

| SECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54,638.91 | | | Allowed: | $54,638.91 |

KRISTIN JACOBSON APPRAISAL COMPANY
ATTN KRISTIN JACOBSON, OWNER
15 W SECOND ST
MORGAN HILL, CA 95037

Claim Number: 3865
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9142 (08/13/2010)
Amends claim number 1182

| UNSECURED | Claimed: | $1,750.00 | | | | |
|---|---|---|---|---|---|---|

KOBORSSY, GHASSAN C.
262 PALM VALLEY BLVD #109
SAN JOSE, CA 95123

Claim Number: 3866
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $837.00 | | | Allowed: | $837.00 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | |
|---|---|---|
| JASPER COUNTY<br>ATTN STEPHEN H HOLT<br>PO BOX 421<br>CARTHAGE, MO 64836 | Claim Number: 3870<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10808 (04/22/2013) | |

| PRIORITY | Claimed: | $454.35 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| GREENERY UNLIMITED<br>ATTN LYNN M SLATER, OFFICE MGR<br>2052 60TH PLACE EAST<br>BRADENTON, FL 34203 | Claim Number: 3871<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $727.39 | | | Allowed: | $727.39 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| OLIVARES, NANCY<br>19401 JERRILYN LN<br>HUNTINGTON BCH, CA 92646-2729 | Claim Number: 3872-01<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $90.00 CONT | | |

| | | |
|---|---|---|
| OLIVARES, NANCY<br>19401 JERRILYN LN<br>HUNTINGTON BCH, CA 92646-2729 | Claim Number: 3872-02<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $90.00 | | | Allowed: | $90.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| CISNEROS, VERONICA<br>3510 CAMINITO EL RINCON<br>17<br>SAN DIEGO, CA 92130 | Claim Number: 3875<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | |

| PRIORITY | Claimed: | $6,134.62 | Scheduled: | $6,810.44 CONT | Allowed: | $6,134.62 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $351.11 CONT | | |

| G.F. PROFESSIONAL SERVICE, INC<br>ATTN GLORIA A FERNANDEZ<br>1704 MAPLEWOOD DR<br>GREENACRES, FL 33415 | | Claim Number: 3881<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
| FISH WINDOW CLEANING<br>256 TODDS RIDGE RD<br>WILMINGTON, OH 45177-7508 | | Claim Number: 3891<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $67.41 | | | Allowed: | $67.41 |
| WALKER, NINA D.<br>6344 SADDLE DR<br>COLUMBIA, MD 21045 | | Claim Number: 3913<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $918.72 | | | Allowed: | $918.72 |
| JEZEWSKI, MICHELLE<br>2745 BRISTOL DR<br>APT 110<br>LISLE, IL 60532-4251 | | Claim Number: 3917<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,038.72 | Scheduled: | $1,038.72 CONT | Allowed: | $1,038.72 |
| STEVENS, JAMI<br>6 SHELART ST.<br>PLAINVIEW, NY 11803 | | Claim Number: 3925<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,148.18 | Scheduled: | $2,296.36 CONT | Allowed: | $1,148.18 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

ALLEN, EDWARD
137 52 231ST STREET
LAURELTON, NY 11413

Claim Number: 3930
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $192.39 | Scheduled: | $384.60 CONT | Allowed: | $192.39 |

BLAIR, DEANA W
4572 JAMERSON FOREST PKWY
MARIETTA, GA 30066

Claim Number: 3935
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 |

MORINE, WAYNE
8121 PLEASANT RUN LN
WELLINGTON, CO 80549

Claim Number: 3938
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,852.49 | | | Allowed: | $2,852.49 |

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 93710-5318

Claim Number: 3942
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $524.16 | Scheduled: | $524.16 CONT | Allowed: | $524.16 |
| SECURED | Claimed: | $0.00 | | | | |

ARJONA KENNEDY, MIRAM
535 E MESA AVE
FRESNO, CA 93710-5318

Claim Number: 3943
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8299 (11/13/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $786.24 CONT | |
| SECURED | Claimed: | $786.24 | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

DYCKA, CHRISTOPHER
17 MARY LU DRIVE
HOLTSVILLE, NY 11742

Claim Number: 3944
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,796.15 | | | | Allowed: | $3,796.15 |

PEACOCK, VALORIE J (VAL)
14712 E COLGATE DR
AURORA, CO 80014

Claim Number: 3945
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,897.50  CONT | | Allowed: | $1,650.00 |

ST JOHN, PETRA
1125 SE CLATSOP ST
PORTLAND, OR 97202-7021

Claim Number: 3946
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $269.23 | Scheduled: | $269.23  CONT | | Allowed: | $269.23 |

SHRED - IT
ATTN LEE MILLER, GENERAL MANAGER
7150 TROY HIL DRIVE
STE 100
ELKRIDGE, MD 21075-5846

Claim Number: 3960
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $715.00 | Scheduled: | $715.00 | | Allowed: | $715.00 |

SHRED IT BALTIMORE
ATTN LEE MILLER, G.M
7150 TROY HILL DRIVE
SUITE 100
ELKRIDGE, MD 21075-5846

Claim Number: 3961
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54.00 | Scheduled: | $54.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHRED IT BALTIMORE<br>ATTN LEE MILLER, G.M.<br>7150 TROY HILL DRIVE<br>ELKRIDGE, MD 21075-5846 | | Claim Number: 3962<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | | |
| UNSECURED | Claimed: | $65.00 | | | | | |
| TRONT, PETER M<br>197 ROYAL OAKS DRIVE<br>WARETOWN, NJ 08758 | | Claim Number: 3965<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,896.30 | Scheduled: | $1,896.30 CONT | Allowed: | $1,896.30 |
| BARRY HABIB<br>ATTN BARRY HABIB, CEO<br>1000 STERLING RIDGE<br>COLTS NECK, NJ 07722 | | Claim Number: 3970<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $4,500.00 | | | Allowed: | $4,500.00 |
| RUNYAN, MATTHEW L.<br>7 BITTERSWEET LN<br>LEVITTOWN, NY 11756 | | Claim Number: 3971<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $4,807.50 | | | Allowed: | $4,807.50 |
| SHRIVER, PAULA<br>344 BROOKSIDE BLVD<br>PITTSBURGH, PA 15241 | | Claim Number: 3975<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $1,968.27 | Scheduled: | $1,968.27 CONT | Allowed: | $1,968.27 |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 182 of 771   Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| CANALES, SHANNON D<br>3570 ARGYLE AVE.<br>CLOVIS, CA 93612 | | Claim Number: 3977<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $907.31<br>$0.00 | Scheduled: | $907.31 CONT | | |
| SNOW, ANGELIA M<br>12133 LANDING<br>GREEN DR<br>CHARLOTTE, NC 28277 | | Claim Number: 3978<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $2,557.69 | Scheduled: | $2,557.69 CONT | | |
| BRUNS, LUANN<br>26461 LA SCALA<br>LAGUNA HILLS, CA 92653 | | Claim Number: 3981<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT | Allowed: | $3,076.92 |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE RD<br>IRVINE, CA 92612-2401 | | Claim Number: 3987<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| UNSECURED | Claimed: | $63,000,000.00 | | | | |
| FILIBERTO, STEPHEN<br>37 FROST VALLEY DR<br>EAST PATCHOGUE, NY 11772 | | Claim Number: 3988<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,523.08 | Scheduled: | $2,523.08 CONT | Allowed: | $2,523.08 |

FURCO, LISA
1034 7TH ST
WEST BABYLON, NY 11704

Claim Number: 3990
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $846.70 | Scheduled: | $846.70 CONT | Allowed: | $846.70 |

PMC INVESTIGATIONS AND SECURITY INC
12 SCHERERE BLVD LOWR
FRANKLIN SQ, NY 11010-2606

Claim Number: 3997
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6463 (10/27/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,431.25 | Allowed: | $5,431.25 |

SIERRA PLANT RENTAL &
ATTN JAMES S. TRONCATTY, PRES.
530 SIXTH STREET
ROSEVILLE, CA 95678

Claim Number: 3998
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $294.00 | Allowed: | $294.00 |

PENN POWER
ATTN Y M JONES
PO BOX 3687
AKRON, OH 44309-3687

Claim Number: 4001
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $46.64 | Scheduled: | $46.64 | Allowed: | $46.64 |

ALLSTAR COMMUNICATIONS INC
ATTN BRENDA BATEMAN, A/R
PO BOX 933022
ATLANTA, GA 31193

Claim Number: 4011
Claim Date: 11/30/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,957.93 | Scheduled: | $1,651.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HONDERMANN, PAUL & AMY<br>5311 RAWHIDE CT<br>CINCINNATI, OH 45238 | | Claim Number: 4014<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | |
| TOWNSEND SCHNABEL PHOTOGRAPHY, LLC<br>ATTN TOWNSEND SCHNABEL - OWNER<br>6350 WOODWIND DR<br>INDIANAPOLIS, IN 46217 | | Claim Number: 4017<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $132.08 | | | Allowed: | $132.08 |
| MAZZA, GREGORY<br>1006 W SMITH ST<br>ORLANDO, FL 32804 | | Claim Number: 4022<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $7,500.00 | Scheduled: | $7,500.00 CONT | | |
| JONES, DALE<br>7508 PORTBURY PARK LANE<br>SUWANEE, GA 30024 | | Claim Number: 4027<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,239.50 | Scheduled: | $1,239.50 CONT | | |
| BARTLETT, CAROL P. & WILLIAM L.<br>5922 SUGAR BUSH DR<br>LA FAYETTE, NY 13084 | | Claim Number: 4032<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $350.00 | Scheduled: | $350.00 CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MORTGAGE MARKET GUIDE<br>ATTN MICHAEL F. SEPESI, CFO<br>24 S HOLMDEL RD SUITE 1B<br>HOLMDEL, NJ 07733 | | Claim Number: 4036<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $10,706.72 | Scheduled: | $7,506.72 | Allowed: | $10,706.72 |
| SYLOS, JOSEPH (JOHN)<br>212 WOODWARD<br>GENEVA, IL 60134 | | Claim Number: 4040<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,115.20 | Scheduled: | $1,115.20 CONT | Allowed: | $1,115.20 |
| FOOTE, CASEY<br>1237 WALLOON WAY<br>LAKE ORION, MI 48360-1323 | | Claim Number: 4050<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $562.69 | Scheduled: | $562.69 CONT | Allowed: | $562.69 |
| KATZ, STEVEN J (STEVE)<br>1228 WOODRUFF AVENUE<br>DEERFIELD, IL 60015 | | Claim Number: 4051<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$4,390.00 | | | | |
| LAVAN, EILEEN M<br>165 CROWELL ST.<br>HEMPSTEAD, NY 11550 | | Claim Number: 4052<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7940 (08/11/2009) | | | | |
| PRIORITY | Claimed: | $4,027.46 | Scheduled: | $4,027.46 CONT | Allowed: | $4,027.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHRED - IT<br>ATTN JEFF GERMANN, VICE PRESIDENT<br>4801 PARK 370 BLVD<br>HAZELWOOD, MO 63042 | | Claim Number: 4053<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $372.50 | Scheduled: | $307.50 | | |
| BERNARD, BERNADIN<br>210 WARWICK RD<br>ELMONT, NY 11003 | | Claim Number: 4055<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,080.00 | Scheduled: | $1,080.00 CONT | Allowed: | $1,080.00 |
| ANDERSON, PAULA M<br>3031 INVERNESS DRIVE<br>LOS ALAMITOS, CA 90720 | | Claim Number: 4058<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,342.00 | Scheduled: | $2,046.00 CONT | Allowed: | $1,342.00 |
| ALVAREZ, YOLAMARY<br>100 GREENFIELD ST<br>LAWRENCE, MA 01843 | | Claim Number: 4059<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,048.73 | | | Allowed: | $1,048.73 |
| HEITMAN GROUP, THE<br>ATTN SHARON HEITMAN, PRESIDENT<br>2233 WILLAMETTE STREET<br>BLDG C.<br>EUGENE, OR 97405 | | Claim Number: 4079<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 112 | | | | |
| UNSECURED | Claimed: | $12,075.00 | Scheduled: | $8,350.00 | Allowed: | $12,075.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

WARD, MARGARET
1161 CENTER GROVE ST
ORLANDO, FL 32839

Claim Number: 4080
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $600.00 | | | | |

BRUNSWICK COUNTY
ATTN MIKE CULPEPPER
DELINQUENT TAX SPECIALIST
PO BOX 29
BOLIVIA, NC 28422

Claim Number: 4081
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $40.44 | | | | |

BRANTLEY, TONYA V.
6901 RACE TRACK RD
CASTALIA, NC 27816-9726

Claim Number: 4091
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $506.81 | Scheduled: | $506.81 | Allowed: | $506.81 |

KEISTER, JOHN
2117 CHRISTIAN ST.
BALTIMORE, MD 21223

Claim Number: 4097
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $2,012.83 | | | | |

DANIELS, WILLIAM T (BILL)
11892 GLADSTONE DR
NORTH TUSTIN, CA 92705

Claim Number: 4098
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,650.00 | Scheduled: | $1,650.00  CONT | Allowed: | $1,650.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HISLOP, SONIA J<br>126 LUKENS AVE<br>BRENTWOOD, NY 11717 | | Claim Number: 4103<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,046.15 | Scheduled: | $1,046.15 CONT | Allowed: | | $1,046.15 |
| MERIDIA ASSOCIATES LP<br>OVERLOOK TWO, PO BOX 10528<br>109 LAURENS ROAD<br>GREENVILLE, SC 29603 | | Claim Number: 4109<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $3,245.96 | Scheduled: | $3,245.96 | Allowed: | | $3,245.96 |
| MWANJALA, REBECCA<br>13534 ESSEX DR<br>HAGERSTOWN, MD 21742-2374 | | Claim Number: 4126<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $547.56 | Scheduled: | $547.56 CONT | Allowed: | | $547.56 |
| WATTS WINDOW CLEANING, INC<br>ATTN MICHAEL R. WATTS, V.P.<br>4633 BENSON AVE<br>BALTIMORE, MD 21227 | | Claim Number: 4132<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $189.00 | Scheduled: | $94.50 | | | |
| BAILEY, JASON<br>6243 DARTINGTON WAY<br>CARLSBAD, CA 92009 | | Claim Number: 4133<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $4,230.77 CONT | Allowed: | | $4,230.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DUNCAN GROUP, THE<br>ATTN CHRIS PARMER, CONTROLLER<br>3760 PEACHTREE CREST DR<br>SUITE A<br>DULUTH, GA 30097 | | Claim Number: 4140<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $10,125.00 | Scheduled: | $10,125.00 | Allowed: | $10,125.00 |
| WISE, BARBARA A<br>8732 MARY LANE<br>JESSUP, MD 20794 | | Claim Number: 4144<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,503.63 | Scheduled: | $1,503.63 CONT | Allowed: | $1,503.63 |
| FRIEDENBERG, RAE NADLER<br>11626 BRIARWOOD CIR<br>BOYNTON BEACH, FL 33437 | | Claim Number: 4150<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,000.00 | | | Allowed: | $3,000.00 |
| LOWE, AMANDA J<br>8138 HALYARD WAY<br>INDIANAPOLIS, IN 46236 | | Claim Number: 4151<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $646.15 | Scheduled: | $646.15 CONT | Allowed: | $646.15 |
| MEDOVICH, JESSICA<br>2662 TABBY WALK<br>MARIETTA, GA 30062 | | Claim Number: 4158<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | $800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LACERA/GATEWAY RIVERSIDE, INC.<br>C/O THOMAS J LEANSE, ESQ.<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST, STE 2600<br>LOS ANGELES, CA 90067-3012 | | Claim Number: 4160-01<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $111,219.24 | | | | | |
| LACERA/GATEWAY RIVERSIDE, INC.<br>C/O THOMAS J LEANSE, ESQ.<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST, STE 2600<br>LOS ANGELES, CA 90067-3012 | | Claim Number: 4160-02<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $3,337.54 | | | | | |
| MORA, ROSA M.<br>241 RIVER BLUFF LANE<br>WEST PALM BEACH, FL 33411 | | Claim Number: 4163<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $1,169.23 | Scheduled: | $1,169.23  CONT | Allowed: | $1,169.23 |
| JACOBY, ANDREW L. & EDA M.<br>2300 VALLEY ROAD<br>HUNTINGDON VALLEY, PA 19006 | | Claim Number: 4168<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $1,472.69 | | | | | |
| MITCHELL, GENELLE L<br>5003 123 ST SE<br>EVERETT, WA 98208 | | Claim Number: 4170<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,386.54 | Scheduled: | $1,386.54  CONT | Allowed: | $1,386.54 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MORA, ROSA M.<br>1 S PINE ISLAND RD APT 322<br>PLANTATION, FL 33324-2643 | | Claim Number: 4179<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,461.54 | | | | | |
| SOLANO COUNTY<br>RECORDER OFFICE<br>ATTN ELIZABETH SUMNER, DEPUTY<br>575 TEXAS ST, STE 2700<br>FAIRFIELD, CA 94533 | | Claim Number: 4182<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| SECURED | Claimed: | $47,564.28 | | | | | |
| HIZZEY, MAYA L<br>5302 64TH AVE<br>NW<br>GIG HARBOR, WA 98335 | | Claim Number: 4183<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $984.62 | Scheduled: | $3,484.34  CONT | Allowed: | $984.62 | |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DRIVE<br>BOISE, ID 83713 | | Claim Number: 4189<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $31.16 | Scheduled: | $31.16 | Allowed: | $31.16 | |
| TREASURE VALLEY COFFEE INC.<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4190<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $23.90 | Scheduled: | $23.90 | Allowed: | $23.90 | |

| | | | | | |
|---|---|---|---|---|---|
| TREASURE VALLEY COFFEE INC.<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4191<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $60.69 | Scheduled: | $60.69 | Allowed: | $60.69 |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4192<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $52.95 | Scheduled: | $52.95 | Allowed: | $52.95 |
| TREASURE VALLEY COFFEE INC<br>ATTN SUZANNE B. MYERS, SECRETARY OF CORP<br>11875 PRESIDENT DR<br>BOISE, ID 83713 | | Claim Number: 4193<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $29.04 | Scheduled: | $29.04 | Allowed: | $29.04 |
| BERRY, JOHN A<br>14433 S 41ST PLACE<br>PHOENIX, AZ 85044 | | Claim Number: 4195-01<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$12,002.40 CONT | Allowed: | $10,950.00 |
| BERRY, JOHN A<br>14433 S 41ST PLACE<br>PHOENIX, AZ 85044 | | Claim Number: 4195-02<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $12,084.00 | | | Allowed: | $12,084.00 |

---

HART, CAROLYN
4541 PATRICK DR
KENNESAW, GA 30144

Claim Number: 4202
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $412.00 | Scheduled: | $412.00 CONT | Allowed: | $412.00 |

HART, CAROLYN
4541 PATRICK DR
KENNESAW, GA 30144

Claim Number: 4203
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $439.10 | Scheduled: | $439.10 CONT | | |

CASTLE & COOKE COMMERCIAL PROP
4601 SIX FORKS RD STE 500
RALEIGH, NC 27609-5286

Claim Number: 4212
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,803.71 | Scheduled: | $25,803.71 | Allowed: | $25,803.71 |

O'BRIEN PROPERTIES
ATTN JAMES H. O'BRIEN IV
201 FOURTH ST.
CLARKSVILLE, VA 23927

Claim Number: 4213
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |

WILEY, STEPHANIE C
4031 W ANDERSON DR
GLENDALE, AZ 85308

Claim Number: 4214
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,032.83 | Scheduled: | $1,032.83 CONT | Allowed: | $1,032.83 |

| HEYWARD F. HOLTON & ASSOCIATES<br>ATTN HEYWARD F. HOLTON, PRESIDENT<br>PO BOX 21084<br>COLUMBIA, SC 29221 | | Claim Number: 4229<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $735.00 | Scheduled: | $800.00 | Allowed: | $735.00 |

| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | | Claim Number: 4230-01<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$110,737.47 CONT | Allowed: | $10,950.00 |

| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | | Claim Number: 4230-02<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $111,522.27 | | | Allowed: | $111,522.27 |

| LUXURY HOMES MAGAZINE<br>TOREY AND DANYELLE LAM<br>16289 S. BARLOW<br>OREGON CITY, OR 97045 | | Claim Number: 4236<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,790.00 | | | | |

| MAYER, AMIEE<br>4781 PARKVIEW DR<br>APT C<br>LAKE OSWEGO, OR 97035 | | Claim Number: 4239<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,055.25 | Scheduled: | $1,055.25 CONT | Allowed: | $1,055.25 |

SLOWINSKI, MICHELLE L
15014 N 150TH LANE
SURPRISE, AZ 85379

Claim Number: 4243
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00 CONT | Allowed: | $1,440.00 |

VAUGHAN, KIMBERLY A
700 SE 160TH AVE STE 107
VANCOUVER, WA 98684-8910

Claim Number: 4247
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,292.31 |

CRISP, CAROL A
4826 S ELK WY
AURORA, CO 80016

Claim Number: 4251
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,153.84 | Scheduled: | $2,153.84 CONT | Allowed: | $2,153.84 |

LARIMER COUNTY, COLORADO
COUNTY TREASURER
ATTN GARY STOKER, SENIOR ACCOUNTANT
PO BOX 1250
FORT COLLINS, CO 80522-1250

Claim Number: 4256
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,533.54 | Scheduled: | $0.00 UNDET | Allowed: | $1,533.54 |

PALOMINO, BARBARA
12361 SW 41ST
MIAMI, FL 33175

Claim Number: 4257
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $882.00 | Scheduled: | $1,764.00 CONT | Allowed: | $882.00 |

U.S. BANKRUPTCY COURT    Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 196 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

WAGNER, NANCY
35 ELM DR
FARMINGDALE, NY 11735

Claim Number: 4274
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,211.54 | | $2,211.54 CONT | | $2,211.54 |

MOORE COUNTY TAX DEPARTMENT
ATTN ESTHER R. CUMMINGS,
DEPUTY TAX ADMINISTRATOR
PO BOX 428
CARTHAGE, NC 28327

Claim Number: 4292
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7931 (08/11/2009)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $212.28 | | | | $212.28 |

GREATER LOUISVILLE ASSOCIATION
OF REALTORS, INC
ATTN LISA STEPHENSON, EVP
6300 DUTCHMANS PARKWAY
LOUISVILLE, KY 40205

Claim Number: 4295
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $316.00 | | $316.00 | | $316.00 |

TOLEDO BOARD OF REALTORS
ATTN PAULA S. KITT, CEO
2960 S. REPUBLIC BLVD.
TOLEDO, OH 43615-1912

Claim Number: 4299
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $765.00 | | $765.00 | | $765.00 |

KAUAI ISLAND UTILITY
COOPERATIVE
ATTN TRACIE JACINTHO
LIHUE, HI 96766-2032

Claim Number: 4304
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $90.04 | | | | $90.04 |

---

SHAW, GWENDOLYN (GWEN)
P.O. BOX 440066
CHICAGO, IL 60644-0066

Claim Number: 4306
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00 CONT | Allowed: | $420.00 |
|---|---|---|---|---|---|---|

BERTI, MICHAEL
64 PINE GROVE AVE
KINGSTON, NY 12401

Claim Number: 4313
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $3,846.16 | Scheduled: | $5,769.00 CONT | Allowed: | $3,846.16 |
|---|---|---|---|---|---|---|

FRIEDMAN, DAVID A
19 MERIT LA
JERICHO, NY 11753

Claim Number: 4315
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $9,403.85 UNLIQ | Scheduled: | $9,403.85 CONT | Allowed: | $9,403.85 |
|---|---|---|---|---|---|---|

CONTI , PATRICIA  A. (PAT)
191 GLENGARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4319
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT | Allowed: | $1,884.62 |
|---|---|---|---|---|---|---|

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

Claim Number: 4320
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $1,884.62 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>ATTN FLORA GARCIA,<br>DEPUTY TREASURER-TAX COLLECTOR<br>940 WEST MAIN STREET # 106<br>EL CENTRO, CA 92243 | | Claim Number: 4324<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | | | | | |
| PRIORITY | | | Scheduled: | $280.97 | DISP CONT | | |
| SECURED | Claimed: | $280.97 | | | | | |
| SEMINOLE COUNTY TAX COLLECTOR<br>RAY VALDES<br>1101 EAST FIRST STREET<br>POST OFFICE BOX 630<br>SANFORD, FL 32772 | | Claim Number: 4328<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | | | | |
| SECURED | Claimed: | $49.13 | UNLIQ | | | | |
| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | | Claim Number: 4333<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9919 (04/06/2011) | | | | | |
| UNSECURED | Claimed: | $7,500.00 | | | | | |
| FASTGROUND<br>373 S SCHMALE RD STE 204<br>CAROL STREAM, IL 60188-2733 | | Claim Number: 4335<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $3,383.09 | Scheduled: | $3,383.09 | | | |
| LONEY, GEMELI<br>67 E SMITH ST<br>AMITYVILLE, NY 11701 | | Claim Number: 4336<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,047.74 | Scheduled: | $1,047.74 | CONT | Allowed: | $1,047.74 |

PETERSEN, ERIC D
9 EVERGREEN RD
LADERA RANCH, CA 92694

Claim Number: 4337
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,846.15 | | $1,846.15 CONT | | $1,846.15 |

JONES, MATTHEW NEWELL
35 MOSS RD
CAMDEN, TN 38320

Claim Number: 4341
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $495.00 | | $495.00 | | $495.00 |

MCKENNA, DONNA
66 TULIP AVE APT 6C
FLORAL PARK, NY 11001

Claim Number: 4343
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,248.15 | | $4,882.04 CONT | | $2,248.15 |

LI, JIYAN
215 37 48TH AVE
APT 2A
BAYSIDE, NY 11364

Claim Number: 4345
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,644.23 | | $2,148.23 CONT | | $1,644.23 |

LAMBRIANIDIS, FOTINI
19-23 23RD AVENUE
ASTORIA, NY 11105

Claim Number: 4354
Claim Date: 12/03/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| PRIORITY | | | | $350.00 CONT | |
| UNSECURED | | $350.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSARIO, JACK<br>1357 EASTERN PKWY<br>APT # 3B<br>BROOKLYN, NY 11233 | | Claim Number: 4357<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $216.00 | Scheduled: | $432.00  CONT | Allowed: | $216.00 |
| GARY LEES AVENUE PIZZA<br>1575 BROADWAY<br>BUFFALO, NY 14212 | | Claim Number: 4363<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $267.00 | | | Allowed: | $267.00 |
| AARONS, DAWN M<br>970 E 49TH STREET #1<br>BROOKLYN, NY 11203-6608 | | Claim Number: 4386<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $3,830.77  CONT | Allowed: | $2,000.00 |
| YUBA COUNTY TREASURER/TAX COLLECTOR<br>LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.<br>915 8TH ST. STE 103<br>MARYSVILLE, CA 95901 | | Claim Number: 4398<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $11,295.06 | | | | |
| YUBA COUNTY TREASURER/TAX COLLECTOR<br>LORRAINE DAGGETT, CHIEF DEPUTY TAX COLL.<br>915 8TH ST. STE 103<br>MARYSVILLE, CA 95901 | | Claim Number: 4399<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| SECURED | Claimed: | $11,139.74 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PENTALPHA GROUP LLC<br>ATTN JILL GILBERT CALLAHAN, PRESIDENT<br>ONE GREENWICH OFFICE PARK NORTH<br>GREENWICH, CT 06831 | | Claim Number: 4404<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $292,500.00 | | | | | |
| UNION COUNTY CLERK<br>ATTN MOSHOOD MUFTAU, ESQ<br>ASSISTANT COUNTY COUNSEL<br>2 BROAD ST, COURTHOUSE, RM 115<br>ELIZABETH, NJ 07207 | | Claim Number: 4421<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $120.00 | Scheduled: | $80.00 | Allowed: | $120.00 |
| ASSOCIATED SOFTWARE CONSULTANT<br>ATTN TIMOTHY W LISTON, PRESIDENT<br>7251 ENGLE RD<br>STE 300<br>MIDDLEBURG HTS, OH 44130 | | Claim Number: 4423<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $2,580.00 | | |
| CALVIN, MELISSE<br>15040 INDIAN DRIVE<br>FONTANA, CA 92335 | | Claim Number: 4426<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,369.23 | Scheduled: | $3,369.23  CONT | Allowed: | $3,369.23 |
| TULIAU, MALVINA Q (VINA)<br>7636 BOTANY BAY DR.<br>LAS VEGAS, NV 89128 | | Claim Number: 4428<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10440 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $2,261.58 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSE-DYER, MAXINE<br>3 ATHENA CT<br>DIX HILLS, NY 11746-6558 | | Claim Number: 4435-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT | Allowed: | $2,000.00 |
| ROSE-DYER, MAXINE<br>3 ATHENA CT<br>DIX HILLS, NY 11746-6558 | | Claim Number: 4435-02<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
| LONG ISLAND LIGHTING COMPANY DGA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | | Claim Number: 4436<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $25,233.50 | | | | |
| LONG ISLAND LIGHTING COMPANY DGA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | | Claim Number: 4438<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8936 (06/18/2010) | | | | |
| UNSECURED | Claimed: | $270,845.23 | | | Allowed: | $270,845.23 |
| MAZARAKIS, ROXANNE<br>PO BOX 4316<br>EL DORADO HILLS, CA 95762 | | Claim Number: 4439-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$22,121.81 CONT | Allowed: | $10,950.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

MAZARAKIS, ROXANNE
PO BOX 4316
EL DORADO HILLS, CA 95762

Claim Number: 4439-02
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,340.08 | | Allowed: | $22,340.08 |

MARTIN, MAYLA L.
206 MADISON ST
WARWICK, RI 02888

Claim Number: 4440
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,868.68 |

FORSYTH COUNTY
ATTN DARLENE PIERCE
PO BOX 82
WINSTON-SALEM, NC 27102

Claim Number: 4449
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $608.74 |

MONAGHAN, JOHN
100 N TAMPA ST STE 2435
TAMPA, FL 33602-5896

Claim Number: 4451
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $389,998.00 |

CABLE PLUS INC
ATTN ANNETTE ROMAINE, CREDIT MANAGER
5330 N LOCKWOOD
CHICAGO, IL 60630

Claim Number: 4454
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,162.95 | Scheduled: | $2,036.16 | Allowed: | $7,162.95 |

| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 4456-01<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $56,974.02 CONT | | |
| JAMES, MARK R.<br>2911 PACIFIC HTS RD<br>HONOLULU, HI 96813 | | Claim Number: 4456-02<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $57,294.90 | | | Allowed: | $57,294.90 |
| ENGELLAND, ERIC<br>8830 NW PEACE AND QUIET WAY<br>SILVERDALE, WA 98383 | | Claim Number: 4459<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $4,137.50 | Scheduled: | $4,137.50 CONT | | |
| UNSECURED | Claimed: | $14,424.75 | | | | |
| YOUNG, SHELLE<br>1227 9TH AVE SE<br>OLYMPIA, WA 98501 | | Claim Number: 4470<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9677 (01/19/2011) | | | | |
| PRIORITY | Claimed: | $934.80 | Scheduled: | $934.80 CONT | | |
| PETERS, PATRICIA<br>4911 W. TORREY PINES CIRCLE<br>GLENDALE, AZ 85308 | | Claim Number: 4481<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $147.69 | Scheduled: | $147.69 CONT | Allowed: | $147.69 |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 205 of 771    Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

HUFFORD, ANITA A. (ANN)
1062 HARVEST CIRCLE
PLEASANTON, CA 94566

Claim Number: 4494
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8,702.69 | Scheduled: | $9,889.42 CONT | Allowed: | $8,702.69 |

HERMANCE, SCOTT C
1513 TILDEN AVE
FORT WAYNE, IN 46805

Claim Number: 4497
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $587.86 | Scheduled: | $587.86 CONT | Allowed: | $587.86 |

GU, WEI
610 TWIN PEAKS ST
SIMI VALLEY, CA 93065

Claim Number: 4511
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $45,000.00 |
| UNSECURED | Claimed: | $42,550.00 |
| TOTAL | Claimed: | $45,000.00 |

HENDERSON, MARLAND
510 LAKE CLIFF DRIVE
DALLAS, TX 75203

Claim Number: 4524
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

HENDERSON, JONELL
12412 VERONICA RD
DALLAS, TX 75234

Claim Number: 4525
Claim Date: 12/04/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4865 (06/25/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RED SKY PROPERTIES, LLC<br>ATTN JEFFREY MARKEL - MEMBER<br>800 HEARTWOOD LANE<br># 18<br>BAYFILED, CO 81122 | | Claim Number: 4532<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $4,223.00 | Scheduled: | $4,223.00 | Allowed: | | $4,223.00 |
| POPSON, CASSIE J<br>1401 JACKSON CIRCLE<br>INDIANOLA, IA 50125 | | Claim Number: 4533<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $598.65 | Scheduled: | $598.65  CONT | Allowed: | | $598.65 |
| ALASKAN SPRINGS DISTRIBUTORS<br>ATTN GREGORY YOUNG, PARTNER<br>115 B MARINE ST<br>FARMINGDALE, NY 11735 | | Claim Number: 4544<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $524.41 | Scheduled: | $524.41 | | | |
| NEWSOM, DANA<br>1608 N. ELM STREET<br>ESCONDIDO, CA 92026 | | Claim Number: 4545<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $5,684.05 | Scheduled: | $5,684.05  CONT | Allowed: | | $5,684.05 |
| TEJEDA, DARBY<br>2091 15TH ST, SW<br>LOVELAND, CO 80537 | | Claim Number: 4546<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,846.08 | | | Allowed: | | $1,846.08 |

---

VAIDEN, MARY K
2742 CANDLEWOOD CT
APOPKA, FL 32703

Claim Number: 4558
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10131 (08/15/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $994.98 | | Allowed: | $994.98 |

CHAMBERS-MURPHY, SHARRAN
12 JEFFERSON STREET
SOUTH FARMINGDALE, NY 11735

Claim Number: 4559
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,292.30 | Scheduled: | $2,584.60 CONT | Allowed: | $1,292.30 |

YATES, MARK
BOX 4801
ONE LAMPLIGHTER WAY
MT. HERMON, MA 01354

Claim Number: 4565
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,300.92 | | Allowed: | $1,300.92 |

SHARER, TOM & JAN
12608 MIRADO AVE
GRAND TERRACE, CA 92313

Claim Number: 4567
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $400.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

SUN LIFE ASSURANCE COMPANY OF CANADA
C/O COLLIERS PINKARD
C/O MICHAEL G. MENKOWITZ, ESQUIRE
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 4569
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $123,441.58 | | Allowed: | $123,441.58 |

---

INCHARGE HOUSING COUSELING SERVICES
ATTN WILLIAM R. MALSEED, TREASURER
2101 PARK CENTER DR STE 320
ORLANDO, FL 32835-7625

Claim Number: 4570
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55.00 | | | Allowed: | $55.00 |

MANGINELLI, DANIEL J III
2 SUN TER
LAGUNA NIGUEL, CA 92677-9230

Claim Number: 4571
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $58,983.61 | Scheduled: | $58,797.86 CONT | Allowed: | $58,983.61 |

ANDRES, KRISTY N
2720 NE 8TH AVE
4
WILTON MANORS, FL 33334

Claim Number: 4574
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,022.08 | Scheduled: | $1,022.08 CONT | Allowed: | $1,022.08 |

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4578-01
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,410.49 | Scheduled: | $5,410.49 CONT | Allowed: | $5,410.49 |
| UNSECURED | | | Scheduled: | $27,397.91 CONT | | |

SIMON, KIMBERLY J
961 HUMPHREY
BIRMINGHAM, MI 48009

Claim Number: 4578-02
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,501.55 | | | Allowed: | $27,501.55 |

| SIMON, KIMBERLY J.<br>961 HUMPHREY<br>BIRMINGHAM, MI 48009 | | Claim Number: 4579<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,410.49 | | | | | |
| UNSECURED | Claimed: | $27,397.91 | | | | | |
| NYOVICH, JACKIE<br>849 AUGUSTA DR<br>ROCHESTER HILLS, MI 48309 | | Claim Number: 4580-01<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $10,582.60 | Scheduled: | $10,582.60 CONT | Allowed: | $10,582.60 |
| UNSECURED | | | Scheduled: | $5.81 CONT | | |
| NYOVICH, JACKIE<br>849 AUGUSTA DR<br>ROCHESTER HILLS, MI 48309 | | Claim Number: 4580-02<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $394.35 | | | Allowed: | $394.35 |
| PEREN, GILBERTO D (GIL)<br>25 LINDEN LN<br>SHIRLEY, NY 11967-2452 | | Claim Number: 4581<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $205.80 | Scheduled: | $411.60 CONT | Allowed: | $205.80 |
| WILLIAMS TRANSFER & STORAGE<br>ATTN KIRK PHILLIPS, SALES MANAGER<br>621 EAST PRESIDENT AVE<br>TUPELO, MS 38801 | | Claim Number: 4583<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $128,494.16 | | | | | |

---

PARRY, OLIVER W & BRACKETT, ALLEN V
6603 NW 25TH CT
BOCA RATON, FL 33496

Claim Number: 4584
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,330.30 | | | | |

---

RUND WALLMAN & ROBBINS LLP
ATTN PARTNER
151 N DELAWARE
STE 520
INDIANAPOLIS, IN 46204-2535

Claim Number: 4585
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $399.00 | Scheduled: | $209.00 | Allowed: | $399.00 |

---

ARLINGTON COUNTY, TREASURER
ATTN RONALD L ZAMBOTTI
TREASURER'S SPECIALIST
#1 COURT HOUSE PLAZA STE 217
ARLINGTON, VA 22216

Claim Number: 4586
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10060 (06/20/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,032.59  DISP CONT | |
| SECURED | Claimed: | $6,412.15 | | | |
| UNSECURED | Claimed: | $641.22 | | | |

---

SCARBROUGH, EMMA A
218 BEACH 14TH ST
FAR ROCKAWAY, NY 11691

Claim Number: 4591
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $538.75 | Scheduled: | $538.75  CONT | Allowed: | $538.75 |

---

GRAY, AYANA
1064 SENECA AVE, 2ND FLOOR
RIDGEWOOD, NY 11385

Claim Number: 4593
Claim Date: 12/05/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $961.54 | Allowed: | $961.54 |

---

| INFORMA RESEARCH SERVICES, INC<br>ATTN MICHAEL E ADLER, PRESIDENT<br>26565 AGOURA ROAD<br>CALABASAS, CA 91302-1942 | | Claim Number: 4594<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54.31 | | | | Allowed: | $54.31 |
| B&B COOL AIR INC<br>ATTN GREGORY V. BOREK<br>1511 GRETCHEN AVE<br>STE A<br>LEHIGH ACRES, FL 33971 | | Claim Number: 4595<br>Claim Date: 11/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $114.23 | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 4599<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | | |
| PRIORITY | Claimed: | $4,884.38 | | | | | |
| UNSECURED | Claimed: | $14,967.55 | | | | | |
| PACIFIC POWER<br>ATTN BANKRUPTCY DEPT.<br>LISA FORTUNE, CUSTOMER SERVICE<br>PO BOX 25308<br>SALT LAKE CITY, UT 84125 | | Claim Number: 4600<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $109.83 | | | | Allowed: | $109.83 |
| HERNANDO COUNTY UTILITIES DEPARTMENT<br>C/O HERNANDO COUNTY ATTORNEY'S OFFICE<br>KENT L. WEISSINGER - SR. ASST CTY ATTY<br>20 NORTH MAIN STREET - SUITE 462<br>BROOKSVILLE, FL 34601 | | Claim Number: 4601<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $78.68 | | | | Allowed: | $78.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 4603<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| PRIORITY | Claimed: | $1,065.67 | | | | |
| UNSECURED | Claimed: | $3,288.35 | | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT-EVA MILANOWSKI<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 4604<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| UNSECURED | Claimed: | $44,534.50 | | | | |
| BERNALILLO COUNTY TREASURER<br>PATRICK J. PADILLA<br>P.O. BOX 627<br>ALBUQUERQUE, NM 87103-0627 | | Claim Number: 4606<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | | | | |
| PRIORITY | | | Scheduled: | $194.90  DISP CONT | | |
| SECURED | Claimed: | $374.31 | | | | |
| POTOMAC ELECTRIC POWER COMPANY<br>ATTN S. SPEARS, SUPERVISOR COLLECTIONS<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | | Claim Number: 4608<br>Claim Date: 12/04/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $73.04 | | | Allowed: | $73.04 |
| GUERRERO, ALEXANDER<br>13685 KITTY HAWK WAY APT 201<br>WOODBRIDGE, VA 22191-5235 | | Claim Number: 4612<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,330.77  CONT | Allowed: | $923.08 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RUBEL, JIM<br>1675 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 4621-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$9,050.00 CONT | Allowed: | $10,950.00 |
| RUBEL, JIM<br>1675 PORTAGE PASS<br>DEERFIELD, IL 60015 | | Claim Number: 4621-02<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $9,050.00 | | | Allowed: | $9,050.00 |
| COWETTA-FAYETTE EMC<br>PO BOX 530812<br>ATLANTA, GA 30353-0812 | | Claim Number: 4622<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $128.77 | Scheduled: | $128.77 | Allowed: | $128.77 |
| BROTCHNER, BRYAN<br>1100 HOWE AVE # 394<br>SACRAMENTO, CA 95825 | | Claim Number: 4625<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $5,538.47 | Scheduled: | $5,538.47 CONT | Allowed: | $5,538.47 |
| MARESCA, JOAN<br>2 SHORT HILL ROAD<br>NEW CITY, NY 10956 | | Claim Number: 4635<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $411.92 | Scheduled: | $411.92 CONT | Allowed: | $411.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EASON, DANIEL<br>3485 ALANDER COURT<br>CARLSBAD, CA 92010 | | Claim Number: 4637-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,403.50 | Scheduled:<br>Scheduled: | $12,072.64 CONT<br>$429.19 CONT | Allowed: | $9,403.50 |
| EASON, DANIEL<br>3485 ALANDER COURT<br>CARLSBAD, CA 92010 | | Claim Number: 4637-02<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $2,076.92 | | | | |
| EMANUEL, JAMES<br>82 KATE CIRCLE<br>MIDDLE ISLAND, NY 11953 | | Claim Number: 4638<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,160.58 | Scheduled: | $2,160.58 CONT | Allowed: | $2,160.58 |
| NEWS & RECORD - CLASSIFIED<br>PO BOX 20848<br>GREENSBORO, NC 27420-0848 | | Claim Number: 4641<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $650.00 | | | Allowed: | $650.00 |
| MASCARENO, JESSICA<br>331 WINDJAMMER CIR<br>CHULA VISTA, CA 91910-7427 | | Claim Number: 4650<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,949.50 CONT | Allowed: | $1,512.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOLIS, JENNIFER A<br>2116 ROLLINGWAY CT<br>VIRGINIA BEACH, VA 23456 | | Claim Number: 4663<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $1,355.09 | Scheduled: | $1,355.09 CONT | | |
| KELLER, SHANNON<br>14604 S. LIVESAY ROAD<br>OREGON CITY, OR 97045 | | Claim Number: 4678<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,096.45 UNDET | Scheduled: | $2,096.45 CONT | Allowed: | $2,096.45 |
| WIRICK, LORI A.<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | | Claim Number: 4683<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,216.80 | | | Allowed: | $1,216.80 |
| APPRAISAL PROFESSIONALS INC<br>ATTN RAYMOND L. PULVER, PRESIDENT<br>15324 ROLLING OAKS PL<br>LEO, IN 46765 | | Claim Number: 4688<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $65.00 | Scheduled: | $65.00 | Allowed: | $65.00 |
| KOVAC, SANJA S<br>7871 TYSON OAKS CIR<br>VIENNA, VA 22182-3935 | | Claim Number: 4690<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,116.92 | Scheduled: | $1,116.92 CONT | Allowed: | $1,116.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WATTERS, MARY E (MARY BETH)<br>27 BATTERSEA RD<br>BERLIN, MD 21811 | | Claim Number: 4693<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,653.11 | Scheduled: | $1,653.11 CONT | Allowed: | $1,653.11 |
| CLAYTON, DEBORAH<br>42 MEGAN DR<br>HENDERSON, NV 89074 | | Claim Number: 4694<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |
| HASLER FINANCIAL SERVICES, LLC<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | | Claim Number: 4707<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $3,278.88 | | | Allowed: | $3,278.88 |
| BODIE, DANNA L<br>8502 MAPLE BLUFF CT<br>NEW HAVEN, IN 46774 | | Claim Number: 4711<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00 CONT | Allowed: | $896.00 |
| SIMOVITS, SHERRY<br>4822 CLOVER COURT<br>PLAINFIELD, IL 60586 | | Claim Number: 4720<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,538.46 | Scheduled:<br>Scheduled: | $2,418.39 CONT<br>$140.07 CONT | Allowed: | $1,538.46 |

USAMOBILITY
6850 VERSAR CTR STE 420
SPRINGFIELD, VA 22151-4148

Claim Number: 4725
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12.91 | | Allowed: | $12.91 |

USAMOBILITY
ATTN RENDY SLONE, SR. MGR.
890 EAST HEINBERG STREET
PENSACOLA, FL 32502

Claim Number: 4726
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17.58 | | Allowed: | $17.58 |

MASON MCDUFFIE MORTGAGE CORPORATION
ATTN MARILYN RICHARDSON, COO
2010 CROW CANYON PL STE 400
SAN RAMON, CA 94583-1344

Claim Number: 4746
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7585 (06/30/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55,656.70 | | Allowed: | $55,656.70 |

SISA INFORMATION SECURITY PVT
ATTN URMILA MURTHY, DIRECTOR
3029 B. SRI SAI DARSHAM MARG,
13TH MAIN RD HAL 2ND STAGE
INDIRANAGAR, BANGALORE, 560 008
INDIA

Claim Number: 4747
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $583.00 | Scheduled: | $583.00 | Allowed: | $583.00 |

BURKE ROBERTSON, CANDACE
903 LAKE LILY DR APT B463
MAITLAND, FL 32751

Claim Number: 4749
Claim Date: 12/06/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39 CONT | |

| GERBER, SHARON M.<br>8276 BROWNING COURT<br>CONCORD TWP, OH 44060 | | Claim Number: 4750-01<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $8,603.83  CONT<br>$9,656.43  CONT | Allowed: | $10,950.00 |
| GERBER, SHARON M.<br>8276 BROWNING COURT<br>CONCORD TWP, OH 44060 | | Claim Number: 4750-02<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $30,359.51 | | | Allowed: | $30,359.51 |
| LAMBERT APPRAISAL SERVICES<br>15029 N THOMPSON PARK PKWY # B111-417<br>SCOTTSDALE, AZ 85260-2217 | | Claim Number: 4751<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $950.00 | Scheduled: | $150.00 | Allowed: | $950.00 |
| CROCKETT, JUANITA C<br>55 DOWD AVE. U-12<br>CANTON, CT 06019 | | Claim Number: 4771<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $281.25 | Scheduled: | $281.25  CONT | Allowed: | $281.25 |
| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | | Claim Number: 4775-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$7,944.41  CONT | Allowed: | $10,950.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHEEHY, FRANK P.<br>8613 MEADOW VIEW CT.<br>HOUSTON, TX 77040 | | Claim Number: 4775-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,141.81 | | | | Allowed: | $8,141.81 |
| BENTON COUNTY<br>ATTN SHERRY C. BEASLEY, TRUSTEE<br>1 COURT SQUARE<br>RM # 103<br>CAMDEN, TN 38320 | | Claim Number: 4784<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $21.00 | Scheduled: | $99.32  DISP CONT | | Allowed: | $21.00 |
| MAJORS, TAMMIE<br>6736 GRACE EDMOND DR<br>MERIDEN, KS 66512 | | Claim Number: 4786<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,886.31 | Scheduled: | $1,886.31  CONT | | Allowed: | $1,886.31 |
| HOWES, CYRUS THOMAS<br>CGM IRA CUSTODIAN<br>507 VALLEY ROAD<br>HAVERTOWN, PA 19083-4715 | | Claim Number: 4787<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $3,136.19 | | | | | |
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | | Claim Number: 4789-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9973 (05/05/2011) | | | | | |
| PRIORITY | Claimed: | $3,900.00 | | | | Allowed: | $3,900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | | Claim Number: 4789-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9973 (05/05/2011) | | | | |
| UNSECURED | Claimed: | $5,050.00 | | | Allowed: | $5,050.00 |
| MUSKINGUM COUNTY - TAX OFC<br>ATTN RONALD G. LAASMAR, ASST. PROS. ATTY<br>401 MAIN ST.<br>ZANESVILLE, OH 43701 | | Claim Number: 4792<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| INDMAN, LEO<br>404 WASHINGTON AVE<br>CLIFFSIDE PARK, NJ 07010 | | Claim Number: 4794<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT | Allowed: | $1,884.62 |
| NORTHWEST STAFFING GROUP<br>PO BOX 8008<br>PORTLAND, OR 972078008<br>UAS | | Claim Number: 4800<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>UPDATE AS PER CREDITOR | | | | |
| UNSECURED | Claimed: | $3,906.98 | Scheduled: | $3,228.98 | Allowed: | $3,906.98 |
| DESROULEAUX, MONICA P<br>800 NW 141ST AVENUE APT 208<br>PEMBROKE PNES, FL 33028 | | Claim Number: 4801<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $519.23 | Scheduled: | $519.23 CONT | Allowed: | $519.23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IGNACE, GLENN E<br>88 SAYBROOK AVENUE<br>HAMILTON, NJ 08619 | | Claim Number: 4806<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,578.94 | Scheduled: | $3,868.40 CONT | Allowed: | | $2,578.94 |
| MASEL, RENEE<br>4723 MANISTEE DRIVE<br>FORT WAYNE, IN 46835 | | Claim Number: 4810<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $686.40 | Scheduled: | $686.40 CONT | Allowed: | | $686.40 |
| ERICKA HEIDRICK PHOTOGRAPHY<br>ERICKA HEIDRICK<br>7726 SE 17TH AVE.<br>PORTLAND, OR 97202 | | Claim Number: 4812<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,100.00 | | | | | |
| KNUCKLES, DENEEN<br>2006 CANDELAR DR<br>HIGH POINT, NC 27265-1473 | | Claim Number: 4820<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | | $350.00 |
| HARDY, HEATHER<br>307 SOUTH HOWARD<br>INDIANOLA, IA 50125 | | Claim Number: 4821<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $564.94 | Scheduled: | $564.94 CONT | Allowed: | | $564.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FARMERS BROTHERS COFFEE<br>ATTN KATHI PASEWALK, AR MANAGER<br>P.O. BOX 2959<br>TORRANCE, CA 90509-2959 | | Claim Number: 4825<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $136.78 | Scheduled: | $136.78 | Allowed: | $136.78 |
| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | | Claim Number: 4826-01<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $1,175.00 | Allowed: | $14,300.00 |
| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | | Claim Number: 4826-02<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4027 (05/12/2008) | | | | |
| PRIORITY | Claimed: | $1,100.00 | | | Allowed: | $1,100.00 |
| HIRAYAMA, PATRICIA M<br>1066 CREEKSIDE CT.<br>WHEELING, IL 60090 | | Claim Number: 4828<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $896.00 | Scheduled: | $896.00 CONT | Allowed: | $896.00 |
| HOGAN, SHANA M<br>12433 CORKWOOD LN<br>VICTORVILLE, CA 92395 | | Claim Number: 4830<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8492 (01/12/2010) | | | | |
| PRIORITY | Claimed: | $360.00 | Scheduled: | $2,621.54 CONT | Allowed: | $360.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLUMAS COUNTY<br>ATTN SUSAN T. BRYANT-GRANT<br>P.O. BOX 176<br>QUINCY, CA 95971 | | Claim Number: 4831<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| SECURED | Claimed: | $8,764.50   UNLIQ | | | | | |
| SAWNEE EMC<br>ATTN MICHAEL A.<br>PO BOX 100002<br>CUMMING, GA 30028 | | Claim Number: 4834<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $311.23 | Scheduled: | $282.28 | Allowed: | $311.23 |
| WASHINGTON BUSINESS JOURNAL<br>ATTN BUSINESS MGR<br>PO BOX 632024<br>BALTIMORE, MD 21263 | | Claim Number: 4847<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,520.00 | Scheduled: | $1,520.00 | Allowed: | $1,520.00 |
| RINGSTONE PARTNERS, LLC<br>ATTN DEBBIE STONER, PARTNER/PROP MGR.<br>PO BOX 160897<br>BIG SKY, MT 59716 | | Claim Number: 4848<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | | |
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 | | |
| FOX, DAVID I<br>168 GRENADA AVE<br>ROOSEVELT, NY 11575 | | Claim Number: 4855<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $2,615.39 | Scheduled: | $2,615.39  CONT | Allowed: | $2,615.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | | Claim Number: 4870<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,381.69 CONT | | |
| UNSECURED | Claimed: | $1,381.69 | | | | |
| BENNETT, DENISE A<br>2995 COMMUNITY HOUSE RD.<br>COLUMBIA, VA 23038 | | Claim Number: 4871<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $865.38 | Scheduled: | $865.38 CONT | Allowed: | $865.38 |
| SHIVERS, MARK W<br>151 E 3RD ST<br>DEER PARK, NY 11729 | | Claim Number: 4872<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | $1,230.77 |
| DESIGN CIRCLES<br>55 WEST 38TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 4874<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $14,007.46 | Scheduled: | $14,007.46 | Allowed: | $14,007.46 |
| WASHINGTON COUNTY, OREGON<br>ATTN MIKE DEROSE, TAX CLERK<br>ASSESSMENT & TAXATION DEPARTMENT<br>155 N. FIRST AVENUE, SUITE 130<br>HILLSBORO, OR 97124 | | Claim Number: 4878<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | | | Scheduled: | $1,744.41 DISP CONT | | |
| SECURED | Claimed: | $2,932.08 UNDET | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FLAHERTY, MAUREEN<br>155 SOUTHGATE DR<br>MASSAPEQUA PK, NY 11762-3821 | | Claim Number: 4879<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $7,384.62 CONT | Allowed: | $4,615.38 |
| FITZPATRICK, DAVID P<br>34240 BROOK WAY DRIVE<br>TEMECULA, CA 92592 | | Claim Number: 4880<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $4,170.20 | | | | |
| HUDSON LIVING TRUST<br>1109 ARROYO DR<br>PEBBLE BEACH, CA 93953-2517 | | Claim Number: 4887<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $104,501.38 | Scheduled: | $10,325.58 | Allowed: | $104,501.38 |
| THOET, LANCE<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4889<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $20,295.10 | | | | |
| MGIC INVESTOR SERVICES CORPORATION<br>C/O ANTHONY J. CARONNA<br>PO BOX 488<br>MILWAUKEE, WI 53202 | | Claim Number: 4890<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 8486 (01/08/2010) | | | | |
| UNSECURED | Claimed: | $173,386.83 | | | Allowed: | $173,386.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEARLMAN, JAMIE<br>1545 RAINIER AVE<br>PETAUMA, CA 94954-1568 | | Claim Number: 4892<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,543.68 | Scheduled: | $1,543.68 CONT | Allowed: | $1,543.68 |
| HILLE, RUTHANNE<br>10003 N RIDGECREST DR<br>SPOKANE, WA 99208 | | Claim Number: 4893<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| SEVCIK, CHERYL M<br>309 BAUDER RD<br>FORT PLAIN, NY 13339 | | Claim Number: 4895<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,934.62 | Scheduled: | $3,600.97 CONT | Allowed: | $2,934.62 |
| PLAINIUM, LLC<br>7127 S WESTNEDGE AVE STE 2<br>PORTAGE, MI 49002-4276 | | Claim Number: 4897<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $3,303.00 | Scheduled: | $1,803.00 | Allowed: | $3,303.00 |
| CHEN, KANGYI<br>1578 MARTEN AVE SW<br>ALBANY, OR 97321 | | Claim Number: 4908<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,000.00 | | | Allowed: | $3,000.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

LYNCH & ASSOCIATES
462 FASHION AVE
FL 12
NEW YORK, NY 10018-7433

Claim Number: 4911
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,785.00 | | Allowed: | $1,785.00 |

TRANSWESTERN SL GALE NAPERVILLE, LLC
630 DUNDEE RD STE 220
NORTHBROOK, IL 60062-2750

Claim Number: 4914
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $248,999.06 | Scheduled: | $17,470.64 | Allowed: | $248,999.06 |

MPOWER COMMUNICATIONS
TELEPACIFIC COMMUNICATIONS
ATTN DON SENKEWICZ, MANAGER
3300 N CIMMARON RD
LAS VEGAS, NV 89129

Claim Number: 4915
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $385.11 |

MARRIOTT SAN RAMON
ATTN JOE GERSHMAN, CONTROLLER
2600 BISHOP DRIVE
SAN RAMON, CA 94583

Claim Number: 4916
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,710.00 | Scheduled: | $42,049.02 | Allowed: | $25,710.00 |

AJILON FINANCE
175 BROADHOLLOW RD
MELVILLE, NY 11747-4902

Claim Number: 4917
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9014 (07/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,844.76 | Scheduled: | $16,472.42 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| AJILON OFFICE<br>ATTN LINDA SONDEY<br>PARK 80 WEST PLAZA 2<br>9TH FLOOR<br>SADDLE BROOK, NJ 07663 | | Claim Number: 4918<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9014 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $19,563.05 | Scheduled: | $18,544.03 | | |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4919<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $66.30 | | | Allowed: | $66.30 |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4920<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $122.80 | | | Allowed: | $122.80 |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4921<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $110.72 | Scheduled: | $45.14 | Allowed: | $110.72 |
| MPOWER COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>ATTN DON SENKEWICZ, MANAGER<br>3300 N CIMMARON RD<br>LAS VEGAS, NV 89129 | | Claim Number: 4922<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,336.86 | Scheduled: | $1,311.86 | Allowed: | $1,336.86 |

CREDEX AMERICAN INC
ATTN MARIO D CARUSO, ESQ
5500 MAIN ST
BUFFALO, NY 14221

Claim Number: 4933
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,825.57 | | | Allowed: | $1,825.57 |
|---|---|---|---|---|---|---|

AVERSA, MARIE
5411 NW 82 AVE
LAUDERHILL, FL 33351

Claim Number: 4945
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $153.85 | Scheduled: | $153.85 CONT | Allowed: | $153.85 |
|---|---|---|---|---|---|---|

RODRIGUEZ, MARGIDLEY
137 16B 68TH DR
KEW GARDENS HILLS, NY 11367

Claim Number: 4947
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $888.46 | Scheduled: | $888.46 CONT | Allowed: | $888.46 |
|---|---|---|---|---|---|---|

GRIFFITH, ANN M
9498 CAMPI DR
LAKE WORTH, FL 33467

Claim Number: 4952-01
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67,937.33 CONT | | |

GRIFFITH, ANN M
9498 CAMPI DR
LAKE WORTH, FL 33467

Claim Number: 4952-02
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $68,000.15 | | | Allowed: | $68,000.15 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| BAKER, ANGELA F<br>18789 CHAPLAINS<br>CHAPEL RD<br>BRIDGEVILLE, DE 19933 | | Claim Number: 4953<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $1,142.31 | Scheduled: | $1,142.31 CONT | Allowed: | $1,142.31 |
| DEWALD, KAREN<br>114 CABANA DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4956<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,361.72 | Scheduled: | $1,361.72 CONT | Allowed: | $1,361.72 |
| SANTIAGO, ANTHONY T<br>94 47 116TH ST<br>RICHMOND HILL, NY 11419 | | Claim Number: 4958<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $904.62 | Scheduled: | $904.62 CONT | Allowed: | $904.62 |
| TREASURE VALLEY COFFEE OF CENTRAL OREGON<br>ATTN OFFICE MANAGER<br>PO BOX 6164<br>BEND, OR 97708 | | Claim Number: 4969<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $33.75 | | | Allowed: | $33.75 |
| CROSSFIELD, KATHY<br>400 NAVAJO ST<br>HUACHUCA CITY, AZ 85616 | | Claim Number: 4970<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

BAILEY, BRENDA J
1903 SPRUNGER
AVE
FORT WAYNE, IN 46808

Claim Number: 4975
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $923.08 | | $923.08 CONT | | $923.08 |

CHARLESTON COUNTY, SOUTH CAROLINA
JANICE PORTER, BANKRUPTCY TECH.
POB 878
CHARLESTON, SC 29402-0878

Claim Number: 4985
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $0.00 | | $1,974.08 DISP CONT | | |
| SECURED | | $2,419.71 | | | | $2,419.71 |

TRILAR MANAGEMENT GROUP
ATTN OWNER EL PRESIDIO LLC
2101 CAMINO VIDA ROBLE. STE A
CARLSBAD, CA 92011

Claim Number: 4988
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $6,166.48 | | $6,166.48 |

COTTA, BONNIE
4462 DESIN DR
SAN JOSE, CA 95118

Claim Number: 4990
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $637.99 | | |
| UNSECURED | | | | $637.99 CONT |

ALLEGHENY COUNTY RECORDER
ATTN JOANNE DEPASCALE,FISCAL COORDINATOR
101 COUNTY OFFICE BUILDING
PITTSBURGH, PA 15219

Claim Number: 4994
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $60.00 | | | | $60.00 |
| UNSECURED | | | | $60.00 | | |

SIEMON, JEFFREY
400 NAVAJO ST
HUACHUCA CITY, AZ 85616

Claim Number: 4995
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $769.23 | | $769.23 CONT | | $769.23 |

JACOBS, THOMAS
4383 FOREST HILL RD
POWELL, OH 43065

Claim Number: 5001
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $100.00 | | $100.00 | | $100.00 |

TOWNSEND, PAULA E
110 VILLAGE GATE BLVD.
DELAWARE, OH 43015

Claim Number: 5009
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $699.09 | | $699.09 CONT | | $699.09 |

SHRED - IT
1707 E. 58TH AVE.
DENVER, CO 80216

Claim Number: 5011
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $65.00 | | $60.00 | | $65.00 |

SHRED-IT DENVER
1707 E 58TH AVE
DENVER, CO 80216

Claim Number: 5012
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9015 (07/16/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $130.00 | | $205.00 | | $130.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHRED - IT<br>1707 E. 58TH AVE<br>DENVER, CO 80216 | | Claim Number: 5013<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $150.00 | Allowed: | $375.00 |
| TYMA, LORRAINE<br>3 SUMMIT DRIVE<br>HOOKSETT, NH 03106 | | Claim Number: 5015<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | | | Scheduled: | $4,676.85 CONT | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| O'BRIEN, PATRICK F. & TRUSTEE<br>O'BRIEN TRUST<br>3876 DUNFORD WAY<br>SANTA CLARA, CA 95051 | | Claim Number: 5019<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $17,244.90 | | | | |
| HANSON, ANDREA<br>3094 N 750 E<br>MONTICELLO, IN 47960 | | Claim Number: 5021<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,302.00 | Scheduled: | $1,302.00 CONT | Allowed: | $1,302.00 |
| DUNCAN, BRENDA<br>5602 SWANSON RD<br>ELLENWOOD, GA 30294-3856 | | Claim Number: 5030<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $970.64 | | | Allowed: | $970.64 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CLAYTON, SUZY R<br>16455 SW LORENZO LANE<br>TIGARD, OR 97223 | | Claim Number: 5033<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $307.68 | Scheduled: | $307.68 CONT | Allowed: | $307.68 |
| WALKER, JANE P<br>2026 46TH ST<br>DES MOINES, IA 50310 | | Claim Number: 5036<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,330.40 | Scheduled: | $1,862.56 CONT | Allowed: | $1,330.40 |
| BLUEGRASS REAL ESTATE WEEKLY<br>PO BOX 910794<br>LEXINGTON, KY 40591-0794 | | Claim Number: 5047<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,810.00 | Scheduled: | $1,160.00 | | |
| DEATHERAGE MCGUIRE, STEPHANIE<br>5700 MALLARD GROVE RD<br>CHARLOTTE, NC 28269 | | Claim Number: 5048<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,700.00 | Scheduled: | $1,700.00 CONT | Allowed: | $1,700.00 |
| SIPLIN, MAE F<br>603 ORANGE AVE<br>SANFORD, FL 32771 | | Claim Number: 5050<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $942.31 | Scheduled: | $942.31 CONT | Allowed: | $942.31 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WEIR, RANDALL ROBERT<br>7537 E. LAZY Y5 ROAD<br>SIERRA VISTA, AZ 85635 | | Claim Number: 5057<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | | |
| UNSECURED | Claimed: | $2,807.00 | | | | | |
| STAFFSOLVE<br>ATTN TERRI WINKLER, CONTROLLER<br>333 N SAM HOUSTON PKWY<br>STE 110<br>HOUSTON, TX 77060 | | Claim Number: 5063<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| UNSECURED | Claimed: | $7,132.28 | Scheduled: | $7,132.28 | | | |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | | Claim Number: 5064<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | | | |
| PRIORITY | | | Scheduled: | $677.73 CONT | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| BRAUN, MACKENZIE M<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262-5840 | | Claim Number: 5065<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $863.52 | Scheduled: | $863.52 CONT | Allowed: | $863.52 |
| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | | Claim Number: 5066<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | |
| PRIORITY | Claimed: | $2,041.25 | Scheduled: | $2,041.25 CONT | Allowed: | $2,041.25 |

EVANS, LEIGH A
2716 WEST CHESTER
ROAD
DOWNINGTOWN, PA 19335

Claim Number: 5073
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $307.69 | | $307.69 CONT | | $307.69 |

MCCOY, JOHN
5525 HILLSIDE CIRCLE
EDINA, MN 55439

Claim Number: 5081
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $2,000.00 | | | | $2,000.00 |

ANTUZZI, ALFRED
28 WATERS EDGE DR.
DELRAN, NJ 08075

Claim Number: 5086-01
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | $10,950.00 CONT | | $10,950.00 |
| UNSECURED | | | | $142,629.18 CONT | | |

ANTUZZI, ALFRED
28 WATERS EDGE DR.
DELRAN, NJ 08075

Claim Number: 5086-02
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $143,217.87 | | | | $143,217.87 |

HONOKAUPU, CHRISTINA K
PO BOX 1337
HAIKU, HI 96708

Claim Number: 5098
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $767.20 | | $767.31 CONT | | $767.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | | Claim Number: 5102-01<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,532.46 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$33,191.48 CONT | Allowed: | $9,532.46 |
| NIETO, DANIEL R<br>13 PANAMA STREET<br>ALISO VIEJO, CA 92656 | | Claim Number: 5102-02<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $34,755.48 | | | Allowed: | $34,755.48 |
| CONDE, REISA S<br>21 FISCHER AVENUE<br>KINGSTON, NY 12401 | | Claim Number: 5106<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $892.31 | | | Allowed: | $892.31 |
| HUNTER, D ROSS<br>153 TAMARACK LN<br>BOXBOROUGH, MA 01719 | | Claim Number: 5115<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,326.92 | Scheduled:<br>Scheduled: | $4,838.44 CONT<br>$658.48 CONT | Allowed: | $4,326.92 |
| DEPENDABLE ALARM & COMMUNICATIONS<br>ATTN PRESIDENT<br>13577 YELLOW BLUFF RD<br>JACKSONVILLE, FL 32226-1855 | | Claim Number: 5117<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $64.20 | Scheduled: | $64.20 | Allowed: | $64.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WARREN, GENESS L<br>269 BENT GRASS DR<br>DEKALB, IL 60115-8696 | | Claim Number: 5120<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00 CONT | Allowed: | $700.00 |
| MANZO, DEBORAH<br>42 SYLVIA LN<br>PLAINVIEW, NY 11803 | | Claim Number: 5127<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,384.62 | Scheduled: | $5,384.62 CONT | Allowed: | $5,384.62 |
| TRIANGLE MORTGAGE REPORT, THE<br>ATTN ELIZABETH W. CARROLL<br>P.O. BOX 1282<br>APEX, NC 27502 | | Claim Number: 5128<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $105.00 | Scheduled: | $105.00 | Allowed: | $105.00 |
| GAGLIARDO, JESSICA<br>25 E LAKELAND ST<br>BAY SHORE, NY 11706-1916 | | Claim Number: 5139<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $600.00 CONT | Allowed: | $300.00 |
| MCLEE, KEITH<br>1208 ALDERTON LANE<br>LAS VEGAS, NV 89144 | | Claim Number: 5140<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $984.62 | Scheduled: | $984.62 CONT | Allowed: | $984.62 |

CHOPP,
SUPERIOR COURT OF NJ, MON-L-005571-06
VINCENT J. DIMATTEO
10 TINDALL RD
MIDDLETOWN, NJ 07748

Claim Number: 5151
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,000.00 | Scheduled: | $0.00  UNLIQ | Allowed: | $9,000.00 |

SHAH, MIHIR N
182 STUYVESANT DR
SELDEN, NY 11784

Claim Number: 5154
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92  CONT | Allowed: | $2,076.92 |

KELLY, AILEEN B.
6519 SPRING OAK CT
TAMPA, FL 33625

Claim Number: 5160-01
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $3,152.20  CONT | | |

KELLY, AILEEN B.
6519 SPRING OAK CT
TAMPA, FL 33625

Claim Number: 5160-02
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,212.24 | | | Allowed: | $3,212.24 |

LIGHTNING COURIERS, INC.
ATTN CHRIS SCHLIESMANN, OWNER
PO BOX 1611
RIVERVIEW, FL 33569-1611

Claim Number: 5161
Claim Date: 12/10/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55.00 | Scheduled: | $55.00 | Allowed: | $55.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PIERCE, DALE ROBERT (DALE)<br>5129 WESTMINSTER PL<br>SAINT LOUIS, MO 63108-1120 | | Claim Number: 5164<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | | |
| PRIORITY | | | Scheduled: | $576.92 CONT | | | |
| UNSECURED | Claimed: | $9,500.00 | | | | | |
| DAVIS, JEROME<br>2779 ROCKWOOD DR<br>RIVERSIDE, CA 92503 | | Claim Number: 5173<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,800.00 | | | | | |
| LACERENZA, DENISE<br>307 COMMONWEALTH STREET<br>FRANKLIN SQUARE, NY 11010 | | Claim Number: 5174<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,057.69 | Scheduled: | $1,057.69 CONT | Allowed: | $1,057.69 | |
| MACCAMY, JOSEPH E (JOE)<br>224 NW 195TH ST<br>SHORELINE, WA 98177 | | Claim Number: 5177<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $1,344.70 | | | Allowed: | $1,344.70 | |
| PASQUARELLO, PATRICIA<br>200 BAYVIEW AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 5186<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00 CONT | Allowed: | $420.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEACOCK BAKER, DEBORAH A<br>15 SPRING DR<br>TABERNACLE, NJ 08088-9137 | | Claim Number: 5198<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $959.61 | Scheduled: | $959.61 CONT | Allowed: | $959.61 |
| ATHERTON, CHARONDA<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | | Claim Number: 5201<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $499.95 | Scheduled: | $999.90 CONT | Allowed: | $499.95 |
| MAPLESON, TERI ANN<br>5 LAKEWOOD AVE.<br>LAKE RONKONKOMA, NY 11779 | | Claim Number: 5209<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,413.46 | Scheduled: | $1,413.46 CONT | Allowed: | $1,413.46 |
| PEREZ, DARIA<br>148A FIRST STREET<br>NEW PROVIDENCE, NJ 07974 | | Claim Number: 5219<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,605.77 | Scheduled: | $1,605.77 CONT | Allowed: | $1,605.77 |
| BETBEZE, DEBORAH B<br>121 WINDOVER RD<br>BUSH, LA 70431-4202 | | Claim Number: 5222<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT | | |

| GRAZIANI, JOHN<br>3730 N LAKE SHORE DR<br>#5A<br>CHICAGO, IL 60613 | | Claim Number: 5224<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,692.31 | Scheduled: | $3,692.31  CONT | Allowed: | $3,692.31 |
| BIDDINGER, LINDA (VA)<br>411 GLENWOOD AVENUE<br>GLEN BURNIE, MD 21061 | | Claim Number: 5229<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
| HUNTINGTON PAVING, INC.<br>ATTN JAMES BROWN, PRESIDENT<br>12 NEW ST<br>GREAT RIVER, NY 11739 | | Claim Number: 5232<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) | | | | |
| SECURED<br>UNSECURED | Claimed: | $44,969.42 | Scheduled: | $2,987.19 | | |
| CAPITAL CONTRACTORS INC<br>ATTN NANCY J EVANS, COLLECTIONS<br>POB 3079<br>HUNTINGTON, NY 11746 | | Claim Number: 5233<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8936 (06/18/2010) | | | | |
| UNSECURED | Claimed: | $18,731.91 | Scheduled: | $20,535.04 | | |
| WILLIAM DUNLAP S & D PROPERTIES<br>ATTN WILLIAM DUNLAP, MANAGER<br>141 AMHERST STREET<br>AMHERST, NH 03031 | | Claim Number: 5234<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $69,747.49 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

EAST N. ST. ASSOC. LLC
C/O ANDREW J WHITE, JR
HAYNSWORTH SINKLER BOYD, PA
PO BOX 2048
GREENVILLE, SC 29602-2048

Claim Number: 5239
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $67,718.88 | | Allowed: | $67,718.88 |
|---|---|---|---|---|---|

RIDGEVIEW PLAZA, LLC.
ATTN CHRIS D NICHOLS, ATTORNEY
PO BOX 70399
RENO, NV 89570

Claim Number: 5241
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $27,461.28 |
|---|---|---|

MOHSENZADEH, HOLLY
1415 SILVERLINDEN CT
FORT WAYNE, IN 46804

Claim Number: 5245
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,275.12 |

BUEHRLE, JUDITH
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5246
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | | | Scheduled: | $2,046.15 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

BUEHRLE, JUDITH M
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

Claim Number: 5247
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $901.44 | Scheduled: | $901.44 CONT |
|---|---|---|---|---|

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 244 of 771    Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

MEADOR, SANDRA
1560 SPRINGFIELD DR
VINTON, VA 24179

Claim Number: 5248
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7506 (06/05/2009)

| UNSECURED | Claimed: | $391.22 | | | |
|---|---|---|---|---|---|

QUICK MORTGAGE SERVICES, LLC
ATTN JOHN F TENOLD, MANAGING MEMBER
1500 W. FOURTH AVE
SUITE 410
SPOKANE, WA 99201

Claim Number: 5254
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 9324 (10/13/2010)

| UNSECURED | Claimed: | $9,346.34 | | Allowed: | $9,346.34 |
|---|---|---|---|---|---|

AMERICAN EXPRESS BANK, FSB
ATTN, SANRDA K CURTIN, ESQ
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Claim Number: 5255
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 8005 (09/03/2009)

| UNSECURED | Claimed: | $198,933.87 | Scheduled: | $258,180.97 | Allowed: | $198,933.87 |
|---|---|---|---|---|---|---|

STRICKLAND, CIERA
PO BOX 1134
HILLSBORO, OR 97123

Claim Number: 5265
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $625.00 | | | |
|---|---|---|---|---|---|

STRICKLAND, CIERA
21250 SW JAQUITH RD
NEWBERG, OR 97132

Claim Number: 5266
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $220.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $220.00 |

| PORTER, MATTHEW<br>16679 WINDSOR COURT<br>LEMONT, IL 60439 | | Claim Number: 5279<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,458.38 | | | Allowed: | $3,458.38 |
| REGAN, THOMAS<br>18 LINCOLN ST<br>ROSELAND, NJ 07068 | | Claim Number: 5286<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $1,391.20 | Scheduled: | $1,391.20 CONT | Allowed: | $1,391.20 |
| MASULLO, ROSANNA<br>72 BAY 32ND ST<br>BROOKLYN, NY 11214 | | Claim Number: 5287<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $598.56 | Scheduled: | $598.56 CONT | Allowed: | $598.56 |
| GIK, INC., DBA SIR SPEEDY PRINTING<br>ATTN MURRAY NEWTON, VICE PRESIDENT<br>1801-B ST. ALBANS DRIVE<br>RALEIGH, NC 27609-6286 | | Claim Number: 5289<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $364.39 | Scheduled: | $737.26 | Allowed: | $364.39 |
| DUROSEAU, ALAN J<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | | Claim Number: 5293<br>Claim Date: 12/11/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $851.92 | Scheduled: | $2,848.72 CONT | Allowed: | $851.92 |

MULL & ASSOCIATES FINANCIAL SERVICES,LLC
PATRICIA B. MULL
91760 OVERSEAS HWY
TAVERNIER, FL 33070

Claim Number: 5295
Claim Date: 12/11/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,852.48 | Scheduled: | $1,852.48 | Allowed: | $1,852.48 |

CHIN, STEVEN P
20 CENTRAL DRIVE
GLEN HEAD, NY 11545

Claim Number: 5296
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | $2,596.15 |

TRAGALE, DENISE M
29 EAST WILLISTON AVE
EAST WILLISTON, NY 11596

Claim Number: 5298
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $106,268.60 | Scheduled: | $106,268.60 CONT |

POLLICINO MCNALLY, KRISTINE
11 GLENDALE DR
MELVILLE, NY 11747

Claim Number: 5299
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,615.38 | Scheduled: | $5,649.23 CONT | Allowed: | $4,615.38 |

LAMBIASI, ANTONINO (ANTHONY)
162 50 98TH ST
HOWARD BEACH, NY 11414

Claim Number: 5300
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $756.00 | Scheduled: | $756.00 CONT | Allowed: | $756.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

ROTOLO, CAMILLE
957 N. GREENE AVE
LINDENHURST, NY 11757

Claim Number: 5301
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $876.92 | | $876.92 CONT | | $876.92 |

YADAVALLI, NATARAJ
2519 TURNBERRY CT.
IRVING, TX 75063

Claim Number: 5302
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $4,846.15 | | $4,846.15 CONT | | $4,846.15 |

LUBAWSKI, DONNA L
713 CEDAR CREST CT
EDGEWOOD, MD 21040

Claim Number: 5303
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,833.19 | | $1,833.19 CONT | | $1,833.19 |

JACKSON LEWIS ATTORNEY AT LAW
ATTN: ANNE KRUPMAN
ONE NORTH BROADWAY
WHITE PLAINS, NY 10601-2310

Claim Number: 5307
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $203,475.92 | | $349,280.38 | | $203,475.92 |

ALDINE ISD
ATTN M. EVELYN OWENS,
TAX ASSESSOR/COLLECTOR
14909 ALDINE WESTFIELD RD
HOUSTON, TX 77032

Claim Number: 5309
Claim Date: 12/12/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| SECURED | | $281.50 UNLIQ | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| SMITH, DARRYL<br>5204 REMINGTON PARK DR<br>FLOWER MOUND, TX 75028 | | Claim Number: 5316<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,415.38 | Scheduled:<br>Scheduled: | $3,305.20 CONT<br>$936.10 CONT | Allowed: | $4,415.38 |

| | | | | | |
|---|---|---|---|---|---|
| ILOG, INC.<br>ATTN HARVEY A. STRICKON<br>PAUL HASTINGS, JANOFSKY & WALKER LLP<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 | | Claim Number: 5320<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7504 (06/05/2009) | | | |
| UNSECURED | Claimed: | $798,543.63 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LUCERO, JIMMY V (JIM)<br>12717 BARBATA ROAD<br>LA MIRADA, CA 90638 | | Claim Number: 5331-01<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,647.90 | Scheduled:<br>Scheduled: | $8,598.53 CONT<br>$675.18 CONT | Allowed: | $8,647.90 |

| | | | | | |
|---|---|---|---|---|---|
| LUCERO, JIMMY V (JIM)<br>12717 BARBATA ROAD<br>LA MIRADA, CA 90638 | | Claim Number: 5331-02<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $708.50 | | | |

| | | | | | |
|---|---|---|---|---|---|
| GOMEZ, ROLAND<br>12422 S HAROLD<br>PALOS HEIGHTS, IL 60463 | | Claim Number: 5332-01<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,049.71 | Scheduled:<br>Scheduled: | $7,439.29 CONT<br>$18,260.16 CONT | Allowed: | $7,049.71 |

| | | | | | |
|---|---|---|---|---|---|
| GOMEZ, ROLAND<br>12422 S HAROLD<br>PALOS HEIGHTS, IL 60463 | | Claim Number: 5332-02<br>Claim Date: 12/12/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | |
| UNSECURED | Claimed: | $26,690.00 | | Allowed: | $26,690.00 |
| WA STATE DEPT. OF LABOR & INDUSTRIES<br>ATTN PAULA ROMINES, REVENUE AGENT<br>BANKRUPTCY UNIT<br>PO BOX 4170<br>OLYMPIA, WA 98504-4170 | | Claim Number: 5333<br>Claim Date: 12/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10549 (08/21/2012) | | | |
| UNSECURED | Claimed: | $4,104.23 | Scheduled: | $12,145.87 | |
| CITY OF NORFOLK TREASURER<br>PO BOX 3215<br>NORFOLK, VA 23515 | | Claim Number: 5334<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | | |
| SECURED | Claimed: | $3,524.98 | | Allowed: | $3,524.98 |
| SHERWIN WILLIAMS COMPANY, THE<br>MICHAEL B. BACH, ESQ.<br>11256 CORNELL PARK DRIVE, SUITE 500<br>CINCINNATI, OH 45242 | | Claim Number: 5336<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10834 (06/14/2013) | | | |
| SECURED | Claimed: | $7,186.28 | | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 5337<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $4,793.90   UNLIQ | | | |

| A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | | Claim Number: 5341<br>Claim Date: 12/10/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 4027 (05/12/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,752.57 | | | | Allowed: | $8,752.57 |
| HELTON, LEONARD R.<br>5183 DRAYTON HARBOR ROAD<br>BLAINE, WA 98230 | | Claim Number: 5358<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5180 (07/18/2008)<br>RECLASSIFIED AS EQUITY INTEREST | | | | | |
| UNSECURED | Claimed: | $11,636.10 | | | | | |
| TOMLINSON, SEAN<br>11914 WASHINGTON ST<br>PEMBROKE PNES, FL 33025-5750 | | Claim Number: 5362<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 7506 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $2,961.54  CONT | | | |
| PEARSON ENTERPRISES<br>ATTN SAUNDRA G. PERSON<br>1176 ST. ANTHONY DR.<br>SLIDELL, LA 70460 | | Claim Number: 5374<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 | | Allowed: | $475.00 |
| LIVIAN, DARIUS D<br>484 WASHINGTON STREET # B 325<br>MONTEREY, CA 93940 | | Claim Number: 5391-01<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET 6462 (10/27/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,485.97 | Scheduled:<br>Scheduled: | $5,816.75  CONT<br>$39,703.33  CONT | | Allowed: | $5,485.97 |

LIVIAN, DARIUS D
484 WASHINGTON STREET # B 325
MONTEREY, CA 93940

Claim Number: 5391-02
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $56,827.55 | | | Allowed: | $56,827.55 |
|---|---|---|---|---|---|---|

MOORE, SANDRA
2718 CORVALIS AVE
FORT WAYNE, IN 46809

Claim Number: 5392
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $538.40 | Scheduled: | $538.40 CONT | Allowed: | $538.40 |
|---|---|---|---|---|---|---|

MOORE, DANIEL
2718 CORVALIS AVE
FORT WAYNE, IN 46809

Claim Number: 5393
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $32.00 | Scheduled: | $320.00 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10.00 | | | | |
| TOTAL | Claimed: | $320.00 | | | | |

SCHWARTZ, PATRICIA (PAT)
35 PARKEDGE ST
ROCHESTER, NY 14606

Claim Number: 5394
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,730.77 | Scheduled: | $1,730.77 CONT | Allowed: | $1,730.77 |
|---|---|---|---|---|---|---|

GHR SYSTEMS, INC. F/K/A LOAN SOFT, INC.
D/B/A METAVANTE LENDING SOLUTIONS
C/O BRUCE G. ARNOLD, ESQ. - WHITE ET AL
555 EAST WELLS ST., SUITE 1900
MILWAUKEE, WI 53202

Claim Number: 5397
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8936 (06/18/2010)

| UNSECURED | Claimed: | $417,972.50 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 5398<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| SECURED | Claimed: | $4,420.58 UNLIQ | | | | | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 5400<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8485 (01/08/2010) | | | | | |
| SECURED | Claimed: | $523.71 UNLIQ | | | | | |
| LEWIS, JAMES<br>726 LAFFERTY DR<br>PITTSBURGH, PA 15227 | | Claim Number: 5403<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $836.54 | Scheduled: | $836.54 CONT | Allowed: | $836.54 |
| 100 MARKET STREET<br>ATTN DAVID W. HAMILTON, COMPTROLLER<br>P.O. BOX 1267<br>MICHAEL SIMICHIK<br>PORTSMOUTH, NH 03802 | | Claim Number: 5406<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | | |
| UNSECURED | Claimed: | $97,367.84 | | | Allowed: | $97,367.84 |
| EQUIFAX<br>ATTN: ALTHEA BARNES, ACCTS RECEIVABLE<br>1100 ABERNATHY ROAD SUITE 300<br>MAIL DROP 52D<br>ATLANTA, GA 30328 | | Claim Number: 5407<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8662 (03/08/2010) | | | | | |
| UNSECURED | Claimed: | $447,995.19 | | | Allowed: | $447,995.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NATER, CARL J<br>5 DENISE ST<br>MASSAPEQUA, NY 11758 | | Claim Number: 5408<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $742.88 | | | Allowed: | $742.88 |
| MACLELLAN, KATIE<br>111 WASHINGTON ST<br>HANOVER, MA 02339 | | Claim Number: 5409<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $1,008.00 | Scheduled: | $1,008.00 CONT | Allowed: | $1,008.00 |
| SUNG, VIVIAN<br>516 WATKINS DR<br>MINEOLA, NY 11501 | | Claim Number: 5422<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | | | Scheduled: | $1,748.99 CONT | | |
| UNSECURED | Claimed: | $1,748.99 | | | Allowed: | $1,748.99 |
| CASSAGNAU LUNDIE, CATHERINE J<br>63 OGDEN RD<br>WEST ISLIP, NY 11795 | | Claim Number: 5423<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $2,076.92 | | | Allowed: | $2,076.92 |
| STAGNER, ROY<br>493 CARLLS PATH<br>DEER PARK, NY 11729-2314 | | Claim Number: 5424<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Replaces claim number 786 | | | | |
| PRIORITY | Claimed: | $2,480.77 | Scheduled: | $2,480.77 CONT | Allowed: | $2,480.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STEVESON, SUSAN D<br>5515 DARTMOUTH<br>DRIVE<br>FORT WAYNE, IN 46825 | | Claim Number: 5425<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $853.85 | Scheduled: | $853.85 CONT | Allowed: | $853.85 |
| HOWELL, BARBARA J<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | | Claim Number: 5426<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,334.40 | Scheduled: | $2,135.04 CONT | Allowed: | $1,334.40 |
| JEGERLEHNER, TRAVIS W<br>6141 CROFTON DR<br>FORT WAYNE, IN 46835 | | Claim Number: 5427<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,008.90 | Scheduled: | $1,008.90 CONT | Allowed: | $1,008.90 |
| KAPLAN, MARY JO<br>9804 BEND ST<br>SANTEE, CA 92071-1926 | | Claim Number: 5433<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $656.26 | Scheduled: | $152.64 CONT | Allowed: | $656.26 |
| CITY OF GREENSBORO<br>ATTN CONNIE C. HUDGINS - DEPUTY<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | | Claim Number: 5442<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9257 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $3,960.00 | | | Allowed: | $3,960.00 |

SAVAGE, JILL
160 MAPLE COURT
COPIAGUE, NY 11726

Claim Number: 5444
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $1,903.85 | | $1,903.85 CONT | | | $1,903.85 |

MEYER, JANICE E (JAN)
7305 WAYNE TRACE
FORT WAYNE, IN 46816

Claim Number: 5448
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $3,230.77 | | $5,169.23 CONT | | | $3,230.77 |

LAKE, JEFFREY
6872  E. STONE RIDGE PLACE
TUCSON, AZ 85750

Claim Number: 5449-01
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | $10,950.00 CONT | | | $10,950.00 |
| UNSECURED | | | | $377,593.27 CONT | | | |

LAKE, JEFFREY
6872  E. STONE RIDGE PLACE
TUCSON, AZ 85750

Claim Number: 5449-02
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | $379,543.82 | | | | | $379,543.82 |

ALLEN, ROXANNA (ROXIE)
315 WRIGHTSBURG CT
FAYETTEVILLE, GA 30215

Claim Number: 5450
Claim Date: 12/13/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $1,846.58 | | $1,846.58 CONT | | | $1,846.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARRIOTT MELVILLE<br>ATTN THOMAS DAY - HOTEL CONTROLLER<br>1350 OLD WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | | Claim Number: 5452<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $159,917.90 | Scheduled: | $55,372.11 | | Allowed: | $159,917.90 |
| JOHN J. EICHMANN PROFIT SHARING TRUST<br>C/O JOHN J. EICHMANN<br>212 HARDON AVE.<br>WESTMONT, NJ 08108 | | Claim Number: 5456<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>RECLASSIFIED AS EQUITY INTEREST | | | | | |
| UNSECURED | Claimed: | $107,400.28 | | | | | |
| ROST, MICHELE D<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | | Claim Number: 5459<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $3,692.31  CONT | | Allowed: | $2,307.69 |
| PEREYRA, CHRISTIAN<br>37 26 54TH STREET<br>WOODSIDE, NY 11377 | | Claim Number: 5462<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $1,759.05 | | | | | |
| DOCUSYSTEMS<br>ATTN CEO<br>1000 HWY 501 E<br>MYRTLE BEACH, SC 29578 | | Claim Number: 5470<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $251.69 | | | | | |

---

CITY OF WINTER PARK
ATTN JAMES E. CHEEK, III, ESQ.
PO BOX 1986
WINTER PARK, FL 32790

Claim Number: 5471
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $361.11 | Scheduled: | $766.85 | Allowed: | $361.11 |
|---|---|---|---|---|---|---|

GREAT SOUTHWEST MORTGAGE
1020 15TH STREET
SUITE 16G
DENVER, CO 80202

Claim Number: 5472
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $817.90 | | | Allowed: | $817.90 |
|---|---|---|---|---|---|---|

ASSOCIATES OF 555 LIMITED PARTNERSHIP
ATTN DAVID HORTON, RPESIDENT
555 SOUTH OLD WOODWARD
BIRMINGHAM, MI 48009

Claim Number: 5478
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,595.43 | Scheduled: | $4,582.34 | Allowed: | $4,595.43 |
|---|---|---|---|---|---|---|

WHITE, EDWARD C
822 NORTHERN PKWY
UNIONDALE, NY 11553

Claim Number: 5480
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $750.00 | Scheduled: | $750.00  CONT | Allowed: | $750.00 |
|---|---|---|---|---|---|---|

SHORE, JEFFREY
2265 BOTANICA CIRCLE
WEST MELBOURNE, FL 32904

Claim Number: 5482
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7506 (06/05/2009)

| UNSECURED | Claimed: | $4,767.95 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHILL BERRY, DANIELLE K<br>17 ADAMS CT<br>FALL RIVER, MA 02720-5903 | | Claim Number: 5490<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00  CONT | Allowed: | $1,000.00 |
| MACARTHUR, LAURA<br>17 STANLEY CT<br>RONKONKOMA, NY 11779 | | Claim Number: 5491<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,279.63 | Scheduled: | $2,279.63  CONT | Allowed: | $2,279.63 |
| HOWLEY, ALEXIS<br>131 6TH ST SE<br>NAPLES, FL 34117-9346 | | Claim Number: 5494<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $8,582.56 | | | | |
| STINGER, JAMIE<br>261 STEEPBANK ROAD<br>LANCASTER, PA 17602 | | Claim Number: 5498<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $795.07 | Scheduled: | $795.07  CONT | Allowed: | $795.07 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD - C/O BECKET & LEE LLP<br>CYNTHIA L. GROFF, MICHELLE L. MCGOWAN<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | | Claim Number: 5500<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10308 (01/11/2012) | | | | |
| UNSECURED | Claimed: | $561,398.89 | Scheduled: | $359,388.27 | Allowed: | $555,251.85 |

| DOAN APPRAISAL CONSULTANTS<br>ATTN GREGORY K. DOAN<br>15 EAST GENESEE ST<br>AUBURN, NY 13021 | | Claim Number: 5516<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | | $400.00 |
| CHARD, ROBIN L<br>763 DORIS JANE AVE<br>FAIRFIELD, OH 45014 | | Claim Number: 5517<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $319.23 | Scheduled: | $319.23 CONT | Allowed: | | $319.23 |
| JOE'S PLACE<br>ATTN PRESIDENT<br>7130 MINSTREL WAY<br>STE 135<br>COLUMBIA, MD 21045 | | Claim Number: 5520<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $649.95 | Scheduled: | $649.95 | Allowed: | | $649.95 |
| CODY, SUSAN LYNN<br>1150 JACKSON PLACE<br>BALDWIN, NY 11510 | | Claim Number: 5522<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $3,288.46 | Scheduled: | $8,134.61 CONT | Allowed: | | $3,288.46 |
| KENNEDY, BEVERLY A<br>24639 CALUSA BLVD<br>EUSTIS, FL 32736-7949 | | Claim Number: 5525<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | | $807.69 |

COBB EMC
ATTN JIM GANTT
PO BOX 369
MARIETTA, GA 30061

Claim Number: 5533
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $132.68 | Scheduled: | $77.35 | Allowed: | $132.68 |

GUINTA, THOMAS J
211 BEACON HILL ROAD
TRUMBULL, CT 06611

Claim Number: 5538
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8539 (02/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,060.32 | | | Allowed: | $10,060.32 |
| UNSECURED | Claimed: | $10,060.32 | | | | |
| TOTAL | Claimed: | $10,060.32 | | | | $0.00 |

CINQUEMANI, CAROL F
460 OLD TOWN RD
UNIT 23G
PORT JEFFERSON STATION, NY 11776

Claim Number: 5542
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,053.00 | Scheduled: | $1,053.00 CONT | Allowed: | $1,053.00 |

LYNCH, JODI
31 HILL AVE
NESCONSET, NY 11767-3020

Claim Number: 5549
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $887.49 | Scheduled: | $887.49 CONT | Allowed: | $887.49 |

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5552
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

Claim Number: 5553
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT | Allowed: | $961.54 |

BIANCHI, KATIE G
PO BOX 147
MEADOW VISTA, CA 95722-0147

Claim Number: 5561-01
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $6,272.78 CONT | | |

BIANCHI, KATIE G
PO BOX 147
MEADOW VISTA, CA 95722-0147

Claim Number: 5561-02
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,422.00 | | Allowed: | $6,422.00 |

VARGA BERGER LEDSKY HAYES &
CASEY, ATTY'S AT LAW
224 SOUTH MICHIGAN AVE STE 350
CHICAGO, IL 60604

Claim Number: 5563
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9253 (09/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $288,150.33 |

WRIGHT, LARRY L (LYNN)
4842 S. SHENANDOAH WAY
AURORA, CO 80015

Claim Number: 5564-01
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,747.22 | Scheduled: | $6,747.22 CONT | Allowed: | $6,747.22 |
| UNSECURED | | | Scheduled: | $82,396.87 CONT | | |

WRIGHT, LARRY L (LYNN)
4842 S. SHENANDOAH WAY
AURORA, CO 80015

Claim Number: 5564-02
Claim Date: 12/14/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $82,699.65 | | | Allowed: | $82,699.65 |
|---|---|---|---|---|---|---|

MARTINEZ, JAIME M
901 INDIGO COURT
EL DORADO HILLS, CA 95762

Claim Number: 5565
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00 CONT | Allowed: | $2,400.00 |
|---|---|---|---|---|---|---|

CUOMO, NICHOLE
13-12 130TH STREET, 1ST FLOOR
COLLEGE POINT, NY 11356

Claim Number: 5577
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,052.72 | Scheduled: | $1,052.72 CONT | Allowed: | $1,052.72 |
|---|---|---|---|---|---|---|

BISKAMP & ASSOCIATES, INC.
ATTN BRETT K. BISKAMP
14001 DALLAS PARKWAY, STE 1200
DALLAS, TX 75240

Claim Number: 5579
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $800.00 | | | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

LOUCKS, LINDA
216 W STATE
ASHLEY, IN 46705

Claim Number: 5586
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00 CONT | Allowed: | $520.00 |
|---|---|---|---|---|---|---|

2250 LIVELY LLC
ATTN DAVID E. COHEN
FISHER COHEN WALDMAN SHAPIRO LLP
1247 WAUKEGAN ROAD SUITE 100
GLENVIEW, IL 60025-3057

Claim Number: 5602-02
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/06/2009)

| ADMINISTRATIVE | Claimed: | $9,549.86 | | | | | |
|---|---|---|---|---|---|---|---|

2250 LIVELY LLC
ATTN DAVID E. COHEN
FISHER COHEN WALDMAN SHAPIRO LLP
1247 WAUKEGAN ROAD SUITE 100
GLENVIEW, IL 60025-3057

Claim Number: 5602-03
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/06/2009)

| UNSECURED | Claimed: | $61,695.65 | Scheduled: | $8,591.93 | Allowed: | $61,695.65 |
|---|---|---|---|---|---|---|

2250 LIVELY LLC
ATTN DAVID E. COHEN
FISHER COHEN WALDMAN SHAPIRO LLP
1247 WAUKEGAN ROAD SUITE 100
GLENVIEW, IL 60025-3057

Claim Number: 5602-04
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/06/2009)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $7,634.00 | | | | |
|---|---|---|---|---|---|---|

FIDELITY INFORMATION SERVICES, INC.
ATTN: MICHELE GILLIS
601 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

Claim Number: 5604
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $81,158.40   UNLIQ | Scheduled: | $139.37 | | |
|---|---|---|---|---|---|---|

GILBERT, RICHARD
663 MAJESTIC OAKS
DR
CHARLESTON, SC 29412

Claim Number: 5605
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $4,309.14 | Scheduled: | $4,309.14   CONT | |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WEISS, ANITA G.<br>707 N. OXFORD AVE # J1<br>VENTNOR CITY, NJ 08406 | | Claim Number: 5606<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| SCHWARTZ, PATRICIA<br>35 PARKEDGE ST<br>ROCHESTER, NY 14606 | | Claim Number: 5607<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,730.77 | | | | | |
| INTERNATIONAL MINUTE PRESS<br>PO BOX 45538<br>BOISE, ID 83711-5538 | | Claim Number: 5610<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $3,011.76 | Scheduled: | $3,794.99 | Allowed: | $3,011.76 |
| LOBO, EDISSA<br>91-18 108 STREET<br>RICHMOND HILL, NY 11418 | | Claim Number: 5611<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | | |
| SECURED | Claimed: | $40,000.00 | | | | | |
| PREDICTIVE HIRING PARTNERS, INC.<br>ATTENTION: SUSAN GAUFF<br>65 HONEYSUCKLE WOODS<br>LAKE WYLIE, SC 29710 | | Claim Number: 5614<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $114,355.50 | | | Allowed: | $114,355.50 |

WELLS, LESLIE D.
634 DEREK DRIVE
WENTZVILLE, MO 63385

Claim Number: 5615
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $926.68 | Scheduled: | $926.68 CONT | Allowed: | $926.68 |
|---|---|---|---|---|---|---|

COOPER, CHERYL A
84 KEMPER ST
QUINCY, MA 02170

Claim Number: 5622
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $576.00 | Scheduled: | $576.00 CONT | Allowed: | $576.00 |
|---|---|---|---|---|---|---|

GOLLADAY, CAROL R
7134 AUTUMN ARCES
CONVERSE, TX 78109

Claim Number: 5625
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $700.00 | Scheduled: | $700.00 CONT | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

KRENGER REAL ESTATE
ATTN JOHN R KRENGER
3304 NORTH HALSTED
CHICAGO, IL 60657

Claim Number: 5627
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 | Allowed: | $2,500.00 |
|---|---|---|---|---|---|---|

SIMON, CANDY
37620 GLENN AVE
CATHEDRAL CITY, CA 92234

Claim Number: 5628
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,819.31 | Scheduled: | $3,819.31 CONT | Allowed: | $3,819.31 |
|---|---|---|---|---|---|---|

GALINDEZ, EVANIA
16 LEIGH ST
HUNTINGTON, NY 11743-5233

Claim Number: 5629
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $253.80 | | $253.80 CONT | | $253.80 |

BEERY, NANCY L
8210 BEACON RIDGE PLACE
FORT WAYNE, IN 46835

Claim Number: 5631
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $969.23 | | $969.23 CONT | | $969.23 |

CRITCHFIELD, STEPHEN
1857 E WALNUT RD
VINELAND, NJ 08361-6067

Claim Number: 5638
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $0.00   UNDET | | $10,950.00 CONT |
| UNSECURED | | | | $11,550.00 CONT |

DUNBAR, GERALD D.
DBA DUNBAR APPRAISAL SERVICES
101 TRIWOOD CIRCLE
LAFAYETTE, LA 70503

Claim Number: 5642
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $650.00 | | | | $650.00 |

PLAZA AT EL PORTAL, L.P., THE
ATTN RITA NORD
PO BOX 2344
MERCED, CA 95344

Claim Number: 5644
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $2,472.00 | | |
| UNSECURED | | | | $2,472.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MERRY LYNNE SCREEN PRINTING<br>293 COMO AVE #3<br>ST PAUL, MN 55103 | | Claim Number: 5649<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $548.25 | Scheduled: | $548.25 | | |
| BROWN, SONYA M<br>540 LARGO CENTER DRIVE, #B305<br>UPPR MARLBORO, MD 20774 | | Claim Number: 5655<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,462.00 | Scheduled: | $1,462.00 CONT | Allowed: | $1,462.00 |
| BURKE, ANDREW P<br>3710 N WAYNE AVE<br>2ND FLOOR<br>CHICAGO, IL 60613 | | Claim Number: 5657<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,646.15 | Scheduled: | $1,646.15 CONT | | |
| KNAG, PAUL E. JR.<br>520 TURKEY HILL ROAD<br>RED HOOK, NY 12571 | | Claim Number: 5659-01<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5461 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,500.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$33,218.55 CONT | Allowed: | $7,500.00 |
| KNAG, PAUL E. JR.<br>520 TURKEY HILL ROAD<br>RED HOOK, NY 12571 | | Claim Number: 5659-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $25,165.39 | | | Allowed: | $25,165.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PARRISH, ANITA B<br>3214 MURRAY HILL LOOP<br>KISSIMMEE, FL 34758 | | Claim Number: 5662<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,204.00 | Scheduled: | $1,204.00  CONT | Allowed: | $1,204.00 |
| AMERENIP<br>ATTN: COLLECTIONS A-10<br>PO BOX 2543<br>DECATUR, IL 62525 | | Claim Number: 5664<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $921.02 | Scheduled: | $259.35 | Allowed: | $921.02 |
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP<br>CORPORATION - ATTN: PATRICIA D GASS<br>555 NEW SALEM ROAD<br>MURFREESBORO, TN 37129 | | Claim Number: 5672<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $812.49 | | | Allowed: | $812.49 |
| ISOMEDIA.COM<br>PO BOX 2228<br>SEATTLE, WA 98111-2228 | | Claim Number: 5676<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,000.82 | Scheduled: | $223.94 | Allowed: | $1,000.82 |
| CLACKAMAS COUNTY TAX COLLECTOR<br>ATTN BOB VROMAN, COUNTY ASSESSOR<br>168 WARNER MILNE RD<br>OREGON CITY, OR 97045 | | Claim Number: 5678<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>SECURED | Claimed: | $2,014.21 | Scheduled: | $435.77  DISP CONT | Allowed: | $2,014.21 |

FILTERFRESH TRI STATE
PO BOX 634915
CINCINNATI, OH 45263-4915

Claim Number: 5683
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $310.18 | Scheduled: | $71.60 | Allowed: | $310.18 |

FILTERFRESH TRI STATE
PO BOX 634915
CINCINNATI, OH 45263-4915

Claim Number: 5684
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $147.00 | Scheduled: | $105.85 | Allowed: | $147.00 |

NASHVILLE ELECTRIC SERVICE
ATTN BRENDA MCCULLOUGH/SUPERVISOR
1214 CHURCH STREET
NASHVILLE, TN 37246-0003

Claim Number: 5685
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $198.35 | Scheduled: | $334.50 | Allowed: | $198.35 |

GUSTAFSON, KATHY A
703 DAHLIA DRIVE
MONROEVILLE, PA 15146

Claim Number: 5691
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,682.69 CONT | Allowed: | $1,346.15 |

THOMPSON, MARIE
1B BRANDYWYNE
BRIELLE, NJ 08730

Claim Number: 5693
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,364.62 | Scheduled: | $2,364.62 CONT | Allowed: | $2,364.62 |

SCOTT, RENEE M
3532 DELRAY DR
FORT WAYNE, IN 46815

Claim Number: 5694
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,776.92 | | $1,776.92 CONT | | $1,776.92 |

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-01
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5860 (09/15/2008)

| | | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | | $50,289.68 |

XEROX CORPORATION
ATTN VANESSA ADAMS
XEROX CAPITAL SERVICES, LLC
P.O. BOX 660506
DALLAS, TX 75266-9937

Claim Number: 5696-02
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5860 (09/15/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $531,811.27 | | $32,002.61 |

STRADA, TORY
602 W COMSTOCK AVE
GLENDORA, CA 91741

Claim Number: 5700
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,465.41 | | $4,892.10 CONT | | $3,465.41 |

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

Claim Number: 5701
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,319.35 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CALLAHAN, BARBARA L<br>2443 MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | | Claim Number: 5711<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,834.61 | Scheduled: | $1,834.61 CONT | Allowed: | | $1,834.61 |
| SEDGWICK COUNTY<br>OFFICE OF THE COUNTY COUNSELOR<br>PATRICIA J PARKER # 10413<br>525 N. MAIN, SUITE 359<br>WICHITA, KS 67203-3790 | | Claim Number: 5712<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $1,294.54 | | | Allowed: | | $1,294.54 |
| SHERATON COLUMBIA<br>ATTN SCOTT HERMANI, DIRECTOR OF FINANCE<br>10207 WINCOPIN CIRCLE<br>COLUMBIA, MD 21044 | | Claim Number: 5720<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | | | |
| UNSECURED | Claimed: | $22,846.44 | Scheduled: | $28,226.34 | | | |
| CERTIFIED PROPERTY INSPECTIONS<br>ATTN PRESIDENT<br>3712 N BROADWAY ST # 300<br>CHICAGO, IL 60613 4235 | | Claim Number: 5725<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8947 (06/21/2010) | | | | | |
| UNSECURED | Claimed: | $1,780.00 | | | | | |
| IANAZZI, ELAINE<br>148 S DEAN ST<br>HICKSVILLE, NY 11801 | | Claim Number: 5732<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,038.15 | Scheduled: | $1,038.15 CONT | Allowed: | | $1,038.15 |

| | | | | |
|---|---|---|---|---|
| ALACHUA COUNTY TAX COLLECTOR<br>ATTN: CAMMIE TALLEY<br>P.O. BOX 1439<br>GAINSVILLE, FL 32602 | | Claim Number: 5733<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| SECURED | Claimed: | $17.15 | Allowed: | $17.15 |
| BIEBER, OTTO A. CPA RE TTEE<br>OTTO A. BIEBER, MNY PEER. PLAN.<br>FBO OTTO A. BIEBER<br>1132 W. 53RD ST. B1<br>DAVENPORT, IA 52806 | | Claim Number: 5753<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $4,952.07 | | |
| ROBERT W. BAIRD & CO., INC. TTEE<br>FBO OTTO A. BIEBER, IRA<br>1132 W. 53RD ST B1<br>DAVENPORT, IA 52806 | | Claim Number: 5754<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | |
| UNSECURED | Claimed: | $3,097.24 | | |
| BIEBER, OTTO A. PC<br>1132 W. 53RD ST. B-Z<br>DAVENPORT, IA 52806 | | Claim Number: 5755<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $9,872.05 | | |
| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 01844 | | Claim Number: 5764<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | |
| PRIORITY | Claimed: | $1,211.54 | Allowed: | $1,211.54 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

FRANCO, CHRIS A
1931 SAINT SIMONS ST
SAVANNAH, TX 76227-7759

Claim Number: 5767
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $553.85 | Scheduled: | $553.85 CONT | Allowed: | $553.85 |
|---|---|---|---|---|---|---|

VALLEJO, MARIA (CARMEN)
12370 W ADAMS ST
AVONDALE, AZ 85323-8011

Claim Number: 5769
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $679.33 | Scheduled: | $207.69 CONT | Allowed: | $679.33 |
|---|---|---|---|---|---|---|

WATSON, ELEVEE
5670 MIDDLECOFF DR
WEST PALM BCH, FL 33413-1239

Claim Number: 5776
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

BAUTISTA, REBECCA (BECKY)
3555 37TH ST.
APT. A
SAN DIEGO, CA 92105

Claim Number: 5802
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $715.37 | Scheduled: | $715.37 CONT | | |
|---|---|---|---|---|---|---|

NIEHOFF, MARGUERITE T.
2 ELK RUN DR.
ST. PETERS, MO 63376

Claim Number: 5807
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $625.00 | Scheduled: | $908.65 CONT | Allowed: | $625.00 |
|---|---|---|---|---|---|---|

---

GOLDBERG, C. DAVID
ATTORNEY AT LAW
357 BARR AVENUE
WOODMERE, NY 11598

Claim Number: 5815
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7584 (06/30/2009)

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | |
|---|---|---|---|---|---|---|

SIMMONS, DEBORAH A
1250 HIGHFIELD CT APT 203
BETHEL PARK, PA 15102-4119

Claim Number: 5818
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| UNSECURED | Claimed: | $1,824.23 | | | | |
|---|---|---|---|---|---|---|

ACCURATE OFFICE INSTALLATION
ATTN JEFF PITTS, OWNER
12788 N.W. SHELDAHL DR.
POLK CITY, IA 50226

Claim Number: 5819
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $847.00 | Scheduled: | $847.00 | Allowed: | $847.00 |
|---|---|---|---|---|---|---|

TIZZANO, CHRISTOPHER R
5 FIDDLERS GREEN DRIVE
LLOYD HARBOR, NY 11743

Claim Number: 5832
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $6,923.08 | Scheduled: | $6,923.08 CONT | Allowed: | $6,923.08 |
|---|---|---|---|---|---|---|

STANTON, SHANE M
11411 SW MILITARY ROAD
PORTLAND, OR 97219-8323

Claim Number: 5833-01
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $37,708.95 CONT | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STANTON, SHANE M<br>11411 SW MILITARY ROAD<br>PORTLAND, OR 97219-8323 | | Claim Number: 5833-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $26,756.51 | | | | Allowed: | $26,756.51 |
| PATTON, NATHANIEL<br>12623 W BENT TREE DR<br>PEORIA, AZ 85383-3950 | | Claim Number: 5835<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $271.04 | Scheduled: | $271.04 CONT | | | |
| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | | Claim Number: 5836-01<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$33,614.78 CONT | | Allowed: | $10,950.00 |
| DEPODESTA, DAVID J.<br>22325 STERLING HIGHWAY<br>NINILCHIK, AK 99639 | | Claim Number: 5836-02<br>Claim Date: 12/18/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $33,821.03 | | | | Allowed: | $33,821.03 |
| PREMIER BUSINESS CENTERS<br>ATTN JEFF REINGTEIN, CEO<br>400 CORPORATE POINTE, STE 300<br>CULVER CITY, CA 90230 | | Claim Number: 5846<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $10,129.68 | | | | Allowed: | $10,129.68 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

CORBIN, DAVID L
8814 PARK RD, APT B
CHARLOTTE, NC 28210

Claim Number: 5858
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,032.00 | Scheduled: | $1,270.00 CONT | Allowed: | $1,032.00 |
|---|---|---|---|---|---|---|

MORRIS, CINDY
400 NORTH CORONADO ST APT 1072
CHANDLER, AZ 85224

Claim Number: 5861
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10934 (12/17/2013)

| PRIORITY | | | Scheduled: | $2,261.28 CONT | Allowed: | $1,130.82 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,130.82 | | | | |

ESPOSITO, IRENE
22 TURNBERRY COURT
MONROE, NY 10950

Claim Number: 5866
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,709.62 | Scheduled: | $1,709.62 CONT | Allowed: | $1,709.62 |
|---|---|---|---|---|---|---|

ALLEN, MICHELE A. (SHELLY)
1420 PORT CT
OAKLEY, CA 94561

Claim Number: 5867
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,025.85 | Scheduled: | $1,254.73 CONT | Allowed: | $2,025.85 |
|---|---|---|---|---|---|---|

ZANLERIGU, JEFFREY
7518 N. WOLCOTT AVE
CHICAGO, IL 60626

Claim Number: 5871
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |
|---|---|---|---|---|---|---|

| MARINARO, JAMES<br>75-A HILLWOOD DR<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5876<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,305.44 | Scheduled: | $1,305.44  CONT | Allowed: | $1,305.44 |
| JACKSON, SABRINA<br>17 BUFFALO AVE APT 3A<br>FREEPORT, NY 11520-4042 | | Claim Number: 5880<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $863.92 | Scheduled: | $863.92  CONT | Allowed: | $863.92 |
| MACLIN, JILLIAN S<br>1111 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 5882<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $1,307.69 | Scheduled: | $2,225.00  CONT | Allowed: | $1,307.69 |
| SAUER, DARLENE A<br>30 PARK LN<br>YORK, PA 17403 | | Claim Number: 5895<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,122.00 | Scheduled: | $1,122.00  CONT | Allowed: | $1,122.00 |
| COLLINS, KENNETH R. (KEN)<br>26 WYOMING DRIVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5896<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| PRIORITY | Claimed: | $6,337.69 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHOOP, JAMES L<br>1155 CAMINO DEL MAR, #461<br>DEL MAR, CA 92014 | | Claim Number: 5898-01<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,537.01 | Scheduled:<br>Scheduled: | $4,537.01 CONT<br>$10,100.70 CONT | | Allowed: | $4,537.01 |
| SHOOP, JAMES L<br>1155 CAMINO DEL MAR, #461<br>DEL MAR, CA 92014 | | Claim Number: 5898-02<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $10,151.47 | | | | Allowed: | $10,151.47 |
| SHOREHAM VIEWRIDGE, LLC<br>D/B/A SHOREHAM PLACE<br>ROBERT C. THORN, ESQ-KIMBALL TIREY ET AL<br>1202 KETTNER BLVD., 3RD FLOOR<br>SAN DIEGO, CA 92101 | | Claim Number: 5899<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $75,119.17 | | | | | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5910<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| MURPHY, PATRICIA<br>347 GALWAY CT<br>BLOOMINGDALE, IL 60108-8808 | | Claim Number: 5924<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008)<br>+ | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$1,889.45 | | | | Allowed: | $1,889.45 |

MEDINA, FREEDA
352 STONEGATE RD
BOLINGBROOK, IL 60440

Claim Number: 5925
Claim Date: 12/19/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $1,764.00 | Scheduled: | $2,114.43 CONT | Allowed: | $1,764.00 |
|---|---|---|---|---|---|---|

HANCE, NICOLE
129 ROYALLBROOK LN
OFALLON, MO 63368

Claim Number: 5928
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85 CONT | Allowed: | $2,153.85 |
|---|---|---|---|---|---|---|

NG, JACQUELINE
956 N BAY AVE
MASSAPEQUA, NY 11758-2562

Claim Number: 5930
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | | |
|---|---|---|---|---|---|---|

MILLER, RICHARD, TTEE
PMB 36
8595 COLLIER BLVD STE 107
NAPLES, FL 34114-3556

Claim Number: 5948
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $25,925.87 | | | | |
|---|---|---|---|---|---|---|

MCCARTHY, CAROL
174 UNION AVE
HOLBROOK, NY 11741

Claim Number: 5951
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $3,303.85 | | | Allowed: | $3,303.85 |
|---|---|---|---|---|---|---|

---

COLEMAN, SHARON L
1910 EKIN
NEW ALBANY, IN 47150

Claim Number: 5952
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $399.36 | Scheduled: | $399.36 | Allowed: | $399.36 |

CONNELL, CANDACE L
3918 KNIGHTWAY DRIVE
FORT WAYNE, IN 46815

Claim Number: 5958
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |

SOTO, JODY
3801 STRICKLAND MINE RD
PLACERVILLE, CA 95667-8287

Claim Number: 5959
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.30 | Scheduled: | $1,442.30 CONT | Allowed: | $1,442.30 |

KORDIC, TOMISLAV (TOM)
2 HILTON COURT
STONY BROOK, NY 11790

Claim Number: 5964
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,788.46 | Scheduled: | $2,788.46 CONT | Allowed: | $2,788.46 |

STEWARD, JOHN
606 TITUS HILL RD
COLEBROOK, NH 03576-3627

Claim Number: 5967
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $73.50 | | Allowed: | $73.50 |

THATCHER, NICOLE
105 WANTAGH AVE
LEVITTOWN, NY 11756

Claim Number: 5970
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,442.31 | Scheduled: | $1,442.31  CONT | Allowed: | $1,442.31 |

MILLER, RICHARD C.
PMB 36
8595 COLLIER BLVD STE 107
NAPLES, FL 34114-3556

Claim Number: 5977
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | |
|---|---|---|
| SECURED | Claimed: | $32,374.69 |

BASRAI, DURRIYA
12 WINDSOR CT
STREAMWOOD, IL 60107

Claim Number: 5985
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,115.38 | Scheduled: | $3,426.92  CONT | Allowed: | $3,115.38 |

FIRST HORIZON HOME LOANS
4000 HORIZON WAY
IRVING, TX 75063

Claim Number: 5992
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,506.27 | Scheduled: | $13,356.27 | Allowed: | $13,506.27 |

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

Claim Number: 5993
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,956.00 |

META PRODUCTIONS INC
SU CASA, SU GUIA SUBURBIOS
6108 W ROOSEVELT ROAD
OAK PARK, IL 60304

Claim Number: 5994
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 | Allowed: | $5,200.00 |
|---|---|---|---|---|---|---|

GMAC MORTGAGE, LLC
C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL
465 SOUTH ST., STE 202
MORRISTOWN, NJ 07960

Claim Number: 5996-01
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6611 (11/21/2008)

| UNSECURED | Claimed: | $40,296.00 | Scheduled: | $3,358.50 | Allowed: | $40,296.00 |
|---|---|---|---|---|---|---|

GMAC MORTGAGE, LLC
C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL
465 SOUTH ST., STE 202
MORRISTOWN, NJ 07960

Claim Number: 5996-02
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $3,358.00 | | | | |
|---|---|---|---|---|---|---|

SHEALEY, DORNETTA
114 83 228TH ST
CAMBRIA HEIGHTS, NY 11411

Claim Number: 5997
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,845.15 | Scheduled: | $1,846.15  CONT | Allowed: | $1,845.15 |
|---|---|---|---|---|---|---|

WESTLAKE LEASING II, LLC
ATTN ELIZABETH A. STUHLDREHER, ATTY.
PO BOX 1517
CUMMING, GA 30028

Claim Number: 5998
Claim Date: 12/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $310,416.65 | | | Allowed: | $310,416.65 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| WESTLAKE LEASING II, LLC<br>ATTN ELIZABETH A. STUHLDREHER, ATTY.<br>PO BOX 1517<br>CUMMING, GA 30028 | | Claim Number: 5999<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $9,865.13 | Scheduled: | $50.00 | |
| BIRDS AND EXOTICS ANIMAL CARE<br>ATTN KERRY BATEMAN<br>OFFICE MANAGER<br>814 JOHNNIE DODDS BLVD<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 6001<br>Claim Date: 11/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $5,100.00 | | Allowed: | $5,100.00 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 6003<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| UNSECURED | Claimed: | $207,328.92 | | | |
| KADISH, HERBERT S. & PHYLLIS R.<br>2905 WHITEWAY<br>AUSTIN, TX 78757-1616 | | Claim Number: 6004<br>Claim Date: 12/03/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $4,989.00 | | Allowed: | $4,989.00 |
| WEST COAST CONTRACTING OF NEVADA INC<br>ATTN MARIO RAMIREZ<br>PRESIDENT<br>7785 WHITE FIRST ST<br>RENO, NV 89523 | | Claim Number: 6005<br>Claim Date: 12/06/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CUMBERLAND CO TAX COLLECTOR<br>PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 | | Claim Number: 6006<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $87.32 | | | Allowed: | $87.32 |
| CITY OF LAKELAND, FLORIDA<br>PAT ALDERMAN, CITY TREASURER<br>CITY HALL<br>228 SOUTH MASSACHUSETTS AVE<br>LAKELAND, FL 33801-5086 | | Claim Number: 6007<br>Claim Date: 12/07/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $99.98 | | | Allowed: | $99.98 |
| LENDER CHOICE NETWORK<br>444 W OCEAN BLVD STE 1400<br>LONG BEACH, CA 90802-4522 | | Claim Number: 6014<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $14,300.00 | Scheduled: | $12,500.00 | Allowed: | $14,300.00 |
| HOLLOWAY, MARK S.<br>7007 MARYLAND DR<br>URBANDALE, IA 50322 | | Claim Number: 6015<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $406.61 | | | | |
| SOUTHARD, JEANNA D.<br>4551 AMY SAYE WALK<br>ACWORTH, GA 30101 | | Claim Number: 6019<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $685.51 | | | Allowed: | $685.51 |

| | | | |
|---|---|---|---|
| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | Claim Number: 6020<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |

| | | Scheduled: | $1,153.85 CONT | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $1,153.85 | | |

| | | | |
|---|---|---|---|
| VELSOR, MIRTHA<br>7120 162ND ST # 2<br>FLUSHING, NY 11365-4237 | Claim Number: 6029<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | |

| | | Scheduled: | $1,538.46 CONT | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $1,538.46 | | |

| | | | |
|---|---|---|---|
| HONOLULU ADVERTISER<br>ATTN MARILYN ZIMMERMAN, AGENT<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX RD, 9TH FL<br>ATLANTA, GA 30326 | Claim Number: 6030<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,115.89 | | Allowed: | $3,115.89 |

| | | | |
|---|---|---|---|
| CONSUMERS ENERGY COMPANY<br>ATTN MICHAEL G WILSON (P33263)<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | Claim Number: 6031<br>Claim Date: 12/14/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $524.25 | | Allowed: | $524.25 |

| | | | |
|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6032<br>Claim Date: 12/17/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,969.23 | | Allowed: | $1,969.23 |

---

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6033
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8877 (06/01/2010)

| UNSECURED | Claimed: | $21,697.08 |
|---|---|---|

---

CIRCUIT COURT FOR BALTIMORE CITY
100 NORTH CALVERT ST., RM 610
BALTIMORE, MD 21202

Claim Number: 6034
Claim Date: 12/17/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BETTY AUTON-BECK, APLC
300 E STATE ST, STE 200
REDLANDS, CA 92373

Claim Number: 6037
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $1,422.83 |
|---|---|---|

---

RICH, BRIAN
8 FARM ROAD
EWING, NJ 08638

Claim Number: 6038
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $175.09 | Scheduled: | $175.09   CONT |
|---|---|---|---|---|

---

CITY OF FORT WORTH
(FORT WORTH WATER DEPARTMENT)
ATTN CHRIS MOSELY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

Claim Number: 6040
Claim Date: 12/18/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $28.70 | | Allowed: | $28.70 |
|---|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>LONGWOOD, FL 32779 | | Claim Number: 6041<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $119,050.00 | | | | |
| DIEMAND, JEFFREY P AND LORI<br>1831 S MICHIGAN AVENUE<br>CHICAGO, IL 60616 | | Claim Number: 6042<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $78,890.00 | | | | |
| BARNES, MELISSA L.<br>18226 CAMDENHURST DR<br>GAINESVILLE, VA 20155-6242 | | Claim Number: 6044<br>Claim Date: 12/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | | |
| UNSECURED | Claimed: | $250.00 | | Allowed: | | $250.00 |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6046<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $20,085.20 | Scheduled: | $14,069.88  DISP CONT | | |
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6047-01<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $435.11 | | Allowed: | | $435.11 |
| SECURED | Claimed: | $360.85 | | Allowed: | | $360.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIRFAX COUNTY<br>ATTN NANCY F LOFTUS, ASST COUNTY ATTNY<br>OFFICE OF THE COUNTY ATTORNEY<br>1200 GOVERNMENT CENTER PWY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6047-02<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,096.70 | | | Allowed: | $3,096.70 |
| DFS SERVICES LLC<br>ATTN CHRISTINA WALDEN - SR. ASSOCIATE<br>PO BOX 3000<br>NEW ALBANY, OH 43054 | | Claim Number: 6049<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | | | |
| UNSECURED | Claimed: | $6,727.45 | | | Allowed: | $6,727.45 |
| MANOJ SHARMA<br>75 KNOLLWOOD DR<br>NEW PROVIDENCE, NJ 07974-1638 | | Claim Number: 6051<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | | |
| UNSECURED | Claimed: | $24,702.50 | Scheduled: | $24,702.50 | Allowed: | $24,702.50 |
| WAREHOUSE DIRECT<br>ATTN DEBBIE GORMAN, CREDIT MGR.<br>1601 WEST ALGONQUIN RD<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 6055<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $31,393.46 | Scheduled: | $1,539.07 | | |
| AON CONSULTING<br>ATTN BILL GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON-SALEM, NC 27105 | | Claim Number: 6056<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9017 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $27,762.50 | Scheduled: | $28,500.00 | | |

---

GUERTIN VS. GARDNER, AMERICAN HOME
MORTGAGE CORP.CO KERSHAW SC NO 06CP28259
JEFFERY TEZERMAN
304 HAMPTON PARK, PO BOX 1317
CAMDEN, SC 29020

Claim Number: 6072
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $157,500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $157,500.00 |
|---|---|---|---|---|---|---|

LEMAY MOBILE SHREDDING
ATTN AMY LOWERS, OPR AST.
2910 HOGUM BAY ROAD NE
LACEY, WA 98516

Claim Number: 6075
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $70.70 | Scheduled: | $26.90 | Allowed: | $70.70 |
|---|---|---|---|---|---|---|

BENNETT, MICHELLE
6912 NORDALE DRIVE
FORT WAYNE, IN 46804

Claim Number: 6081
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77 CONT | Allowed: | $430.77 |
|---|---|---|---|---|---|---|

SERPA, MICHAEL L.
P.O. BOX 1627
MODESTO, CA 95353

Claim Number: 6083
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $583.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $575.00 | | |

SPINELLI, JOSEPH R. JR.
631 ELM ST.
MONROE, CT 06468

Claim Number: 6085
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8541 (02/04/2010)

| PRIORITY | Claimed: | $6,706.88 | | | Allowed: | $6,706.88 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,706.88 | | | | |
| TOTAL | Claimed: | $6,706.88 | | | | $0.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| BAILEY, LOIS<br>309 WILLOUGHBY BLVD<br>GREENSBORO, NC 27408-3828 | | Claim Number: 6088<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 6089<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $117,246.27 | Scheduled: | $117,246.27 CONT | Allowed: | $117,246.27 |
| DREGER, BEVERLY<br>260 BROOK DR<br>ATLANTA, GA 30328 | | Claim Number: 6095<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $839.09 | Scheduled: | $839.09 CONT | Allowed: | $839.09 |
| LINDEN, JOHN H<br>4 PINE CIRCLE<br>EASTCHESTER, NY 10709 | | Claim Number: 6096<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $154,044.60 | Scheduled: | $150,086.78 CONT | Allowed: | $154,044.60 |
| SIMONE, DANIELLE S<br>407 RAFT AVE<br>HOLBROOK, NY 11741 | | Claim Number: 6102<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,165.31 CONT | | |
| UNSECURED | Claimed: | $1,165.31 | | | | |

SIMONE, DANIELLE S
407 RAFT AVE
HOLBROOK, NY 11741

Claim Number: 6103
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| | | Scheduled: | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $865.38 | $865.38 CONT | |

MCNUTT, CATHERINE A
5610 MORSE AVE
JACKSONVILLE, FL 32244

Claim Number: 6115
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| | | Scheduled: | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $750.00 | $750.00 CONT | |

ALEXANDER, STEPHANIE
1 FIELDING RD
SHORT HILLS, NJ 07078

Claim Number: 6117
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $430.00 | | $430.00 | | $430.00 |

BROWN, SHARON L
136 ROUNDTREE BLVD
SAN RAFAEL, CA 94903

Claim Number: 6118
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,678.72 | | $2,727.92 CONT | | $1,678.72 |

JACOBY MURAD, SUSAN L
5133 TOP SEED COURT
CHARLOTTE, NC 28226

Claim Number: 6120
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,647.42 | | $1,838.24 CONT | | $1,647.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAREERBUILDER<br>ATTN CAROL MORRONE, SR CREDIT REP.<br>200 N LASALLE ST<br>STE 100<br>CHICAGO, IL 60601 | | Claim Number: 6131<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $12,920.01 | Scheduled: | $12,920.01 | | Allowed: | $12,920.01 |
| LANE, SARAH A<br>1496 E ANTELOPE RD<br>DOUGLAS, WY 82633 | | Claim Number: 6136<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $486.00 | Scheduled: | $486.00 CONT | | Allowed: | $486.00 |
| STANLEY, TAMMY<br>1132 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | | Claim Number: 6138<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,076.80 | Scheduled: | $430.72 CONT | | Allowed: | $1,076.80 |
| SINGLETON, RACHEL A<br>112 TOWNHOUSE RD N<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 6143<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $995.19 | Scheduled: | $995.19 CONT | | Allowed: | $995.19 |
| MICHAEL JAMES INDUSTRIES INC<br>11 DREW CT<br>RONKONKOMA, NY 11779-7238 | | Claim Number: 6144<br>Claim Date: 12/21/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $57,762.89 | Scheduled: | $29,230.67 | | | |

KRUSE WAY, LLC
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6146
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $160,794.00 | | | Allowed: | $80,397.00 |

MEADOWS LAKE OSWEGO
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6147
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,173.64 | Scheduled: | $1,764.47 | Allowed: | $10,587.00 |

KRUSE WAY, LLC
SCOTT H. OLSON, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105-2930

Claim Number: 6148
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 7232 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $171,621.72 | | | Allowed: | $85,810.86 |

CITY TREASURER-ELECTRICITY
90 W BOARD STREET
CITY HALL ROOM 111
COLUMBUS, OH 43215

Claim Number: 6151
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31.58 | | | Allowed: | $31.58 |

YARBRO, CRYSTAL D.
4005 PRICE RD
GAINESVILLE, GA 30506-5364

Claim Number: 6152
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $807.69 | Scheduled: | $1,615.04  CONT | Allowed: | $807.69 |

THOMAS, ELLEN
2 JOHN F. KENNEDY DRIVE
NORTON, MA 02766

Claim Number: 6153
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $5,008.50 | | | Allowed: | $5,008.50 |
|---|---|---|---|---|---|---|

BLACKS, ISAAC
80 CENTERWOOD ST.
W. BABYLON, NY 11704

Claim Number: 6155
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| PRIORITY | Claimed: | $223.08 | Scheduled: | $223.08 CONT | Allowed: | $223.08 |
|---|---|---|---|---|---|---|

BERGNER, DANIEL J.
680 WESTON RIDGE PARKWAY
CHASKA, MN 55318

Claim Number: 6160
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9778 (02/09/2011)

| UNSECURED | Claimed: | $482.49 | | | | |
|---|---|---|---|---|---|---|

SCREENVISION DIRECT
ATTN WILLIAM SAPP - COLLECTION SUP.
360 LINDEN OAKS
ROCHESTER, NY 14625

Claim Number: 6161
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $10,372.00 | | | Allowed: | $10,372.00 |
|---|---|---|---|---|---|---|

BROOKWOOD TAMARAC PLAZA INVESTORS, LLC
C/O STEVEN W. KELLY
SILVER & DEBOSKEY, P.C.
1801 YORK STREET
DENVER, CO 80206

Claim Number: 6164
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $48,996.04 | Scheduled: | $4,493.59 | Allowed: | $48,996.04 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| BALEWSKI, KELLI<br>8 FICUS ST<br>PORT JEFFERSON STATI, NY 11776 | | Claim Number: 6173<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,076.92 | | | Allowed: | $3,076.92 |
| STOOPS, LINDSEY<br>2710 HILMER CT<br>ORLANDO, FL 32806 | | Claim Number: 6186<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $2,567.79 CONT | Allowed: | $1,230.77 |
| EVERGREEN MANAGEMENT SVCS<br>ATTN SHANNA BROWN, A/R<br>PO BOX 346<br>WAUNA, WA 98395 | | Claim Number: 6188<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
| HERNANDEZ, IVON<br>4843 S LUNA<br>STICKNEY, IL 60638 | | Claim Number: 6189<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $307.70 | Scheduled: | $307.70 CONT | Allowed: | $307.70 |
| MOFFETT, JOAN T<br>402 CRESSWELL RD<br>BROOKLYN, MD 21225-3914 | | Claim Number: 6190<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT | Allowed: | $969.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RASKAUSKAS, JOSEPH<br>14709 SPRING MEADOWS<br>DR<br>DARNESTOWN, MD 20874 | | Claim Number: 6192<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $673.08 | Scheduled: | $673.08  CONT | Allowed: | $673.08 |
| ELLIS, NICOLE E<br>4901 BRADFORD PL<br>ROCKLIN, CA 95765 | | Claim Number: 6196<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,224.03 | Scheduled: | $2,708.64  CONT | Allowed: | $2,224.03 |
| FORT COLLINS UTILITIES<br>PO BOX 1580<br>FORT COLLINS, CO 80522-1580 | | Claim Number: 6197<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $211.01 | | | Allowed: | $211.01 |
| ENVIRO-SHRED<br>1045 2ND AVE., NW<br>HICKORY, NC 28601 | | Claim Number: 6208<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 | Allowed: | $80.00 |
| COMPRINT MILITARY COMMUNICAT<br>9030 COMPRINT COURT<br>GAITHERSBURG, MD 20877 | | Claim Number: 6210<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $718.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | | Claim Number: 6211<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | | |
| UNSECURED | Claimed: | $75.00 | | | | | | |
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | | Claim Number: 6212<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9778 (02/09/2011) | | | | | | |
| UNSECURED | Claimed: | $657.00 | | | | | | |
| UHLENHOPP, CRISTINE (CRIS)<br>17025 COLONIAL PARK DR<br>MONUMENT, CO 80132 | | Claim Number: 6217-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $712.50 | Scheduled:<br>Scheduled: | $712.50 CONT<br>$1,587.21 CONT | Allowed: | $712.50 | | |
| UHLENHOPP, CRISTINE (CRIS)<br>17025 COLONIAL PARK DR<br>MONUMENT, CO 80132 | | Claim Number: 6217-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | | |
| UNSECURED | Claimed: | $1,592.98 | | | | | | |
| FRIEDMAN & FEIGER, L.L.P.,<br>ATTORNEYS AT LAW<br>5301 SPRING VALLEY ROAD, SUITE 200<br>DALLAS, TX 75254 | | Claim Number: 6218<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10256 (11/18/2011) | | | | | | |
| UNSECURED | Claimed: | $7,791.31 | | | | | | |

---

CLEMENTE, KELLY
205 STONEGATE WAY
MIDDLE ISLAND, NY 11953

Claim Number: 6231
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | Scheduled: | $942.31 CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $942.31 | | | | |

---

HASSLER, ASHLEY
320 UPAS STREET
SAN DIEGO, CA 92103

Claim Number: 6238
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,736.53 | Scheduled: | $5,192.31 CONT | Allowed: | $1,736.53 |
| UNSECURED | | | Scheduled: | $150.14 CONT | | |

---

ELLIS, NICOLE E
4901 BRADFORD PL
ROCKLIN, CA 95765

Claim Number: 6239
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT | | |
|---|---|---|---|---|---|---|

---

DOLCINE, LESLY
192 31ST STREET
LINDENHURST, NY 11757

Claim Number: 6241
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,279.38 | Scheduled: | $1,279.38 CONT | Allowed: | $1,279.38 |
|---|---|---|---|---|---|---|

---

GEIGER, STEVEN
4720 95TH ST
URBANDALE, IA 50322

Claim Number: 6242
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $11,927.43 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,128.98 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| TEJEDA, DARBY<br>25949 ORBITA<br>MISSION VIEJO, CA 92691-5816 | | Claim Number: 6243<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,846.08 | | | | |
| VASQUEZ, ANGELICA<br>2956 N FULTON RD<br>POMONA, CA 91767 | | Claim Number: 6244<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,347.37 | Scheduled: | $1,347.37 CONT | Allowed: | $1,347.37 |
| LELIN, DORIS<br>347 PENNSYLVANIA AVE<br>NORTH BAY SHORE, NY 11706 | | Claim Number: 6246<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $648.18 | Scheduled: | $648.18 CONT | Allowed: | $648.18 |
| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | | Claim Number: 6248<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $1,736.53 | Scheduled: | $1,736.53 CONT | | |
| BOARDMAN, MARILYN<br>14210 W VIRGINIA DR<br>LAKEWOOD, CO 80228 | | Claim Number: 6253<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $2,669.14 | Scheduled: | $3,202.96 CONT | Allowed: | $2,669.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DAVIS, PATRICK T<br>1746 WOODCLIFF PL NE<br>ATLANTA, GA 30329-2439 | | Claim Number: 6254<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,000.00 | Scheduled: | $1,000.00 CONT | Allowed: | $1,000.00 |
| UNSECURED | Claimed: | $0.00 | | | | |
| NEW HOME TRENDS INC<br>ATTN TODD BRITSCH, PRESIDENT<br>4314 148TH ST SE<br>BOTHELL, WA 98012 | | Claim Number: 6255<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $750.00 | | | | |
| UNSECURED | | | Scheduled: | $750.00 | | |
| VAN EYKEN, DIANNE<br>684 COUNTY LINE RD<br>AMITYVILLE, NY 11701 | | Claim Number: 6258<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $1,804.09 CONT | | |
| VAN EYKEN, DIANNE<br>90 COLONIAL DR<br>MASSAPEQUA, NY 11758 | | Claim Number: 6259<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $188.70 | Scheduled: | $188.70 CONT | Allowed: | $188.70 |
| CORTEZ, KASIE T<br>7375 GEODE CT<br>CASTLE ROCK, CO 80108 | | Claim Number: 6260<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $2,253.13 | Scheduled: | $2,253.13 CONT | | |
| UNSECURED | Claimed: | $2,253.13 | | | | |
| TOTAL | Claimed: | $2,253.13 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

CAVACO, MARK
35 IRENE ST
LINDENHURST, NY 11757-1204

Claim Number: 6267
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,537.63 | Scheduled: | $1,537.63 CONT | Allowed: | $1,537.63 |
|----------|----------|-----------|------------|----------------|----------|-----------|

SMITH, CAROL L
406 S ROLLING RD
CATONSVILLE, MD 21228

Claim Number: 6268
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| PRIORITY | Claimed: | $788.63 | Scheduled: | $788.63 CONT | Allowed: | $788.63 |
|----------|----------|---------|------------|--------------|----------|---------|

FLAGLER COUNTY TAX COLLECTOR
SUZANNE JOHNSTON
P.O. BOX 846
BUNNELL, FL 32210

Claim Number: 6273
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9026 (07/19/2010)

| SECURED | Claimed: | $322.64 |
|---------|----------|---------|

MCGILLVRAY, KIMBERLY R
12450 NE 9TH ST
KIRKLAND, WA 98033-5237

Claim Number: 6274
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,121.54 | Scheduled: | $1,121.54 CONT |
|----------|----------|-----------|------------|----------------|
| UNSECURED | Claimed: | $0.00 | | |

ENGLAND, MEGHAN
1240 N PLACENTIA AVE
FULLERTON, CA 92831

Claim Number: 6277
Claim Date: 12/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $934.56 | Scheduled: | $934.56 CONT | Allowed: | $934.56 |
|----------|----------|---------|------------|--------------|----------|---------|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MURRAY JAY MILLER ARCHITECTURE<br>ATTN MURRAY JAY MILLER, OWNER<br>138 SOUTH MAIN ST<br>WILKES-BARRE, PA 18701 | | Claim Number: 6283<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $5,797.57 | Scheduled: | $5,797.57 | Allowed: | $5,797.57 |
| ALVAREZ, HILDA<br>2041 E CHURCH STREET<br>STOCKTON, CA 95205 | | Claim Number: 6284<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $421.87 | Scheduled: | $421.87 CONT | Allowed: | $421.87 |
| BUTOR, AILEEN C<br>10873 CAMINITO ARCADA<br>SAN DIEGO, CA 92131 | | Claim Number: 6285<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,688.00 | Scheduled: | $2,688.00 CONT | Allowed: | $2,688.00 |
| MEDIATOR SERVICES, LLC<br>LUCILLE ALFANO<br>508 JERSEY AVENUE<br>SPRING LAKE, NJ 07762 | | Claim Number: 6288<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
| NORTHWIND FINANCIAL CORP<br>ATTN C. CUMMINGS, CEO<br>5999 BELINDA DR NE<br>ROCKFORD, MI 49341 | | Claim Number: 6289<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $10,693.14 | | | Allowed: | $10,693.14 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| HAMILTON, SALLY<br>17 SUMMERFIELD COURT<br>DEER PARK, NY 11729 | | Claim Number: 6297-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7387 (05/15/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,500.00 | Scheduled:<br>Scheduled: | $6,010.96 CONT<br>$295.50 CONT | Allowed:    $7,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| HAMILTON, SALLY<br>17 SUMMERFIELD COURT<br>DEER PARK, NY 11729 | | Claim Number: 6297-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7387 (05/15/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $51,699.78 | | | Allowed:    $9,969.02 |

| | | | | | |
|---|---|---|---|---|---|
| PRINCE GEORGE'S COUNTY, MD<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVAN MEYERS<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE PARK, MD 20737-1385 | | Claim Number: 6302<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9552 (12/13/2010) | | | |
| SECURED | Claimed: | $4,317.09   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6306-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$603,471.54 CONT | Allowed:    $10,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| ROSENBLATT, RONALD R.<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6306-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $609,200.85 | | | Allowed:    $609,200.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | | Claim Number: 6307<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,090.84 | Scheduled: | $1,090.84  CONT | | |
| FOSTER, TAKIA J.<br>6426 BLUE SKY LN<br>MATTESON, IL 60443-3310 | | Claim Number: 6312<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
| HILLIARD, KATHRYN<br>192 31ST ST<br>LINDENHURST, NY 11757-3212 | | Claim Number: 6313<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $674.87 | Scheduled: | $674.87  CONT | Allowed: | $674.87 |
| NWOSU, CHARLES<br>493 43RD STREET<br>LINDENHURST, NY 11757 | | Claim Number: 6319<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31  CONT | Allowed: | $692.31 |
| WOODYARD, DEBORAH E<br>11730 GLADE RIVER LN<br>TOMBALL, TX 77377 | | Claim Number: 6330<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $969.00 | | | Allowed: | $969.00 |

| LVTV/ TV13 CLASSIFIEDS<br>ATTN MARYANN<br>3910 ADLER PLACE<br>BETHLEHEM, PA 18017 | | Claim Number: 6331<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $997.50 | | | | Allowed: | $997.50 |
| ROSARIO, LAURA<br>163 CHARING CROSS<br>LYNBROOK, NY 11563 | | Claim Number: 6337<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $300.00 CONT | | Allowed: | $300.00 |
| ROOD, REBECCA<br>8785 GREENGRASS WAY<br>PARKER, CO 80134 | | Claim Number: 6338<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $923.08 CONT | | Allowed: | $923.08 |
| TUBB, CATHERINE<br>250 OLD CHESAPEAKE DR.<br>WENTZVILLE, MO 63385 | | Claim Number: 6344<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,923.08 | Scheduled: | $2,923.08 CONT | | Allowed: | $2,923.08 |
| KNOWLTON, KRISTINE M (KRIS)<br>430 SW 13TH AVE<br>APT 810<br>PORTLAND, OR 97205-2364 | | Claim Number: 6351<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $553.92 | Scheduled: | $553.92 CONT | | Allowed: | $553.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHICAGO SHRED AUTHORITY<br>2416 S ARCHER AVE<br>CHICAGO, IL 60616 | | Claim Number: 6355<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 | | |
| BLANC IMAGE PRODUCTIONS<br>ATTN OSCAR I. GARCIA, OWNER<br>697 GRANITE ST<br>IMPERIAL, CA 92251 | | Claim Number: 6368<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
| PACIFIC GAS AND ELECTRIC COMPANY<br>BARBARA GREEN, BANKRUPTCY UNIT<br>PO BOX 8329<br>STOCKTON, CA 95208 | | Claim Number: 6373<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,429.61 | | | | |
| HALL STONEBRIAR ONE ASSOCIATES, LTD.<br>ATTN LAURIE D. BIDDLE<br>6801 GAYLORD PARKWAY<br>SUITE 406<br>FRISCO, TX 75034 | | Claim Number: 6374-01<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $25,657.36 | Scheduled: | $5,672.86 | Allowed: | $25,657.36 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD.<br>ATTN LAURIE D. BIDDLE<br>6801 GAYLORD PARKWAY<br>SUITE 406<br>FRISCO, TX 75034 | | Claim Number: 6374-02<br>Claim Date: 12/24/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $5,154.38 | | | Allowed: | $5,154.38 |

KORBLER, JUDITH
204 WHITE CAP LANE
NEWPORT COAST, CA 92657

Claim Number: 6377
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 | Allowed: | $1,800.00 |

STATEWIDE PUBLISHING - WA
ATTN KAREN PRATT, COLLECTIONS MANAGER
PO BOX 83
RICHLAND, WA 99352

Claim Number: 6381
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.12 | Scheduled: | $437.64 | Allowed: | $800.12 |

ATHERTON, STEPHANIE
238 OLYMPUS CIRCLE
LITTLETON, CO 80124

Claim Number: 6385
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $904.61 | Scheduled: | $904.61 CONT | Allowed: | $1,230.06 |

DALTHORP, RACHEL L
3043 NEVADA AVE S
ST LOUIS PARK, MN 55426-3216

Claim Number: 6391
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
Amends claim number 139

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,560.01 CONT | Allowed: | $2,560.01 |
| UNSECURED | Claimed: | $2,560.01 | | | | |

GALLATIN COUNTY, MONTANA
KIMBERLY BUCHANAN
COUNTY TREASURER
311 WEST MAIN STREET ROOM 210
BOZEMAN, MT 59715

Claim Number: 6396
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNDET | |
| SECURED | Claimed: | $2,848.75 | | | |

YMCA OF THE PIKES PEAK REGION
ATTN THOMAS LOWDEN, VICE PRESIDENT
207 NORTH NEVADA AVENUE
COLORADO SPRINGS, CO 80903

Claim Number: 6401
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,400.00 | | Allowed: | $1,400.00 |

INNOCENT, JEAN
215 WORTMAN AVE.
APT # 7H
BROOKLYN, NY 11207

Claim Number: 6406
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7022 (02/17/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,526.54 | Scheduled: | $1,526.54 CONT | Allowed: | $1,526.54 |

MULVEHILL, ALENA
9794 BROADWAY AVE
IRWIN, PA 15642

Claim Number: 6408
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,184.61 | Scheduled: | $1,184.61 CONT | Allowed: | $1,184.61 |

MACORMAC, EVELYN W
106 W FAIR MEADOWS
DR
CANONSBURG, PA 15317

Claim Number: 6409
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,788.46 | Scheduled: | $2,414.42 CONT | Allowed: | $1,788.46 |

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6416-01
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,176.48 | Scheduled: | $0.00 UNDET |

---

GEORGIA DEPARTMENT OF REVENUE
ATTN EUNICE NICHOLSON, REVENUE AGENT
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6416-02
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6611 (11/21/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $627.54 | | | | |

SCHMERSAHL, LAURA E
913 KIEFER RIDGE DR
BALLWIN, MO 63021

Claim Number: 6436
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70,298.28 | Scheduled: | $70,064.74 CONT | Allowed: | $70,298.28 |

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 6437-01
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $717,272.30 CONT | | |

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

Claim Number: 6437-02
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $713,614.31 | | | Allowed: | $713,614.31 |

LANER MUCHIN DOMBROW
BECKER LEVING & TOMINBERG, LTD
ATTN ROBERT H. BROWN, DIRECTOR
515 NORTH STATE STREET, SUITE # 2800
CHICAGO, IL 60610

Claim Number: 6442
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,122.50 | | | Allowed: | $2,122.50 |

U.S. BANKRUPTCY COURT   Case 07-11047-CSS  Doc 11347 Filed 04/21/17 Page 310 of 771    Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHMERSAHL, ROBERT<br>913 KIEFER RIDGE DR<br>BALLWIN, MO 63021 | | Claim Number: 6444<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $676.57 | Scheduled: | $676.57 CONT | | |
| WOODS, JEREMY M<br>2436 PROSPECT AVENUE<br>EVANSTON, IL 60201 | | Claim Number: 6445<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $374.00 | | | Allowed: | $374.00 |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 6450-01<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$291,605.97 CONT | Allowed: | $10,950.00 |
| JARRETT, EVE ROBIN<br>35 JACK AND JILL DRIVE<br>PO BOX 192<br>BRIDGEHAMPTON, NY 11932 | | Claim Number: 6450-02<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $300,678.45 | | | Allowed: | $300,678.45 |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6453<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $7,978.62 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6454<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $713.78 | | | | |
| DENNIS, DENNIS J.<br>12 WILDFLOWER TRAIL<br>ROBBINSVILLE, NJ 08691 | | Claim Number: 6455<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8492 (01/12/2010) | | | | |
| UNSECURED | Claimed: | $2,239.90 | | | | |
| PENDER COUNTY<br>ATTN TERECA L. CRENSHAW, ASST. TAX COLL.<br>P.O. BOX 1047<br>BURGAW, NC 28425 | | Claim Number: 6457<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | | | | |
| SECURED | Claimed: | $31.37 | | | Allowed: | $31.37 |
| SALTOS, JOHN C<br>4112 41ST ST APT 2A<br>SUNNYSIDE, NY 11104-3217 | | Claim Number: 6458<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $4,230.77 CONT | Allowed: | $3,846.15 |
| VITAL SIGNS OF BAKERSFIELD<br>ATTN MINDY DAVIS - OFFICE MGR.<br>6703 ROSEDALE HWY<br>BAKERSFIELD, CA 93308 | | Claim Number: 6459<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,933.78 | Scheduled: | $1,933.78 | Allowed: | $1,933.78 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| ALL SEASONS CLEANING SVC<br>ATTN KEN PHOENIX<br>2367 NEWBURG LN<br># B<br>SAFETY HARBOR, FL 34695 | | Claim Number: 6466<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $228.00 | Scheduled: | $228.00 | | |
| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE NUMBER 1<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 6482<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $3,310.10 | | | Allowed: | $3,310.10 |
| IZZO, JOHN<br>26928 HALIFAX PLACE<br>HAYWARD, CA 94542 | | Claim Number: 6492<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $13,844.66 | | | | |
| IZZO, JOHN<br>26928 HALIFAX PLACE<br>HAYWARD, CA 94542 | | Claim Number: 6493<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $15,670.85 | | | | |
| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | | Claim Number: 6497<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,772.31 | Scheduled: | $1,772.31 CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WILSON, SAMUEL<br>737 NAPA LANE<br>SAINT CHARLES, MO 63304 | | Claim Number: 6498<br>Claim Date: 12/27/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | | |
| PRIORITY | | | Scheduled: | $603.99 CONT | | |
| UNSECURED | Claimed: | $1,257.31 | Scheduled: | $1,257.31 CONT | | |
| WACO PROPERTIES, INC.<br>C/O C. RYAN MALONEY<br>FOLEY & LARDNER LLP<br>PO BOX 240<br>JACKSONVILLE, FL 32201-0240 | | Claim Number: 6499-01<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $14,814.20 | Scheduled: | $1,395.99 | | |
| WACO PROPERTIES, INC.<br>C/O C. RYAN MALONEY<br>FOLEY & LARDNER LLP<br>PO BOX 240<br>JACKSONVILLE, FL 32201-0240 | | Claim Number: 6499-02<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| ADMINISTRATIVE | Claimed: | $1,052.14 | | | | |
| OLD TAPPAN BOROUGH<br>BOROUGH OF OLD TAPPAN<br>ATTN ALLEN M. BELL, ESQ.<br>277 OLD TAPPAN RD.<br>OLD TAPPAN, NJ 07675 | | Claim Number: 6503<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $40,779.74 UNLIQ | | | | |
| SCHAEFER, KATHLEEN<br>29 CAGER PL<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 6504<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,239.00 | Scheduled: | $4,480.00 CONT | Allowed: | $2,239.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WESCH VS. AMERICAN HOME MORTGAGE CORP.<br>SUPERIOR COURT MONMOUTH CO NJ C-741-07<br>13 CANIDAE CT<br>TINTON FALLS, NJ 07753 | | Claim Number: 6507<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $446,643.28 | Scheduled: | $0.00 UNLIQ | | |
| CAL-PACIFIC BUSINESS MACHINES INC<br>ATTN JOHN SANTNER<br>9610 S. LA CIENEGA BLVD<br>INGLEWOOD, CA 90301 | | Claim Number: 6509<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,559.73 | Scheduled: | $827.31 | Allowed: | $2,559.73 |
| BASSLER, DANA P<br>160 COTTAGE ST<br>NORWOOD, MA 02062 | | Claim Number: 6511<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $440.00 | Scheduled: | $440.00 CONT | Allowed: | $440.00 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY<br>CT NETWORKS) C/O LEGAL DEPARTMENT<br>DIANA CLINE, PARALEGAL<br>7300 W. BOSTON STREET<br>CHANDLER, AZ 85226 | | Claim Number: 6512<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $2,884.20 | | | Allowed: | $2,884.20 |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME<br>INV CORP DEFENDANT. 2:06-CV-2234<br>WARREN S. DANK, FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | | Claim Number: 6513<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $2,500,000.00 | Scheduled: | $0.00 UNLIQ | | |

| RUDZINSKI, CHRISTINE<br>4121 AVALON DR<br>WEYMOUTH, MA 02188 | | Claim Number: 6515<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,712.55 | Scheduled: | $2,739.69  CONT | | | |
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | | Claim Number: 6519<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 | |
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | | Claim Number: 6520<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| UNSECURED | Claimed: | $5,461.75 | | | | | |
| KEENER, STACEY<br>3122 LAUREL RIDGE CIR<br>BRIDGEVILLE, PA 15017 | | Claim Number: 6522<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $537.11 | Scheduled: | $537.11  CONT | Allowed: | $537.11 | |
| BURGESS, JACOB<br>90 COUNTRY CLUB DRIVE<br>PORT WASHINGTON, NY 11050 | | Claim Number: 6532<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $2,865.22 | Scheduled: | $3,512.82  CONT | Allowed: | $2,865.22 | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | |
|---|---|---|
| SOLIS, ANTONIO<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, WUITE 800<br>LONG BEACH, CA 90802 | Claim Number: 6535<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10583 (09/17/2012) | |
| UNSECURED      Claimed: | $750,000.00 | |
| CRUZ, TRINIDAD<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | Claim Number: 6536<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10583 (09/17/2012) | |
| SECURED      Claimed:<br>UNSECURED | $610,000.00<br>Scheduled: | $0.00 UNLIQ |
| LOPEZ, SAUL & TORRES, CARLOS<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | Claim Number: 6537<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10583 (09/17/2012) | |
| UNSECURED      Claimed: | $715,000.00 | |
| NOSAL, MARK<br>701 BRIDGEWATER DR<br>BENTON, AR 72015 | Claim Number: 6538<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | |
| PRIORITY      Claimed: | $10,000.00 | |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | Claim Number: 6539<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | |
| UNSECURED      Claimed: | $166,003.59 | |

| ALAIMO, VINCENZO<br>156 9TH ST<br>BETHPAGE, NY 11714 | | Claim Number: 6540<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,660.82 CONT | | |
| UNSECURED | Claimed: | $4,660.82 | | | | |
| BOGGS, AMIE L<br>5440 NOAH ROAD<br>CUMMING, GA 30041 | | Claim Number: 6551<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $570.46 | Scheduled: | $1,749.95 CONT | Allowed: | $570.46 |
| WHELAN, DOMINIC<br>109 S STRONG AVE<br>COPIAGUE, NY 11726-4820 | | Claim Number: 6552<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92 CONT | Allowed: | $1,076.92 |
| WHELAN, SUSAN<br>109 S STRONG AVE<br>COPIAGUE, NY 11726-4820 | | Claim Number: 6553<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $914.00 | Scheduled: | $914.00 CONT | Allowed: | $914.00 |
| SAN JOAQUIN COUNTY, CALIFORNIA<br>TREASURER/TAX COLLECTOR<br>P.O. BOX 2169<br>ATTN SHABBIR A KHAN<br>STOCKTON, CA 95201-2169 | | Claim Number: 6556<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | | | Scheduled: | $0.00 UNDET | | |
| SECURED | Claimed: | $73,070.74 | | | | |

32 PROSPECT AVENUE LLC
C/O HARVEY SUSSWEIN
85 CLINTON AVE
MONTCLAIR, NJ 07042

Claim Number: 6559
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $880.00 | | | | $880.00 |

MAIN, COURTNEY M
8325 SW MOHAWK ST #246
TUALATIN, OR 97062

Claim Number: 6573
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $430.64 | | $430.64 CONT | | $430.64 |

HALL, KIMBRA B
2100 BROOKS DRIVE APT 819
FORESTVILLE, MD 20747

Claim Number: 6576
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $623.27 | | | | $623.27 |

TURK, SARAH
2408 CARNEGIE LN #1
REDONDO BEACH, CA 90278

Claim Number: 6583
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,538.48 | | $1,538.40 CONT | | $1,538.48 |

OFFICES BY DESIGN
PO BOX 1142
ATTN JANET L GREER, MEMBER
HILLSBORO, OR 97123

Claim Number: 6595
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $6,320.12 | | $754.00 | | $6,320.12 |

KILDAY, JESSICA A
666 KOELBEL COURT
BALDWIN, NY 11510

Claim Number: 6597
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $567.00 | | $567.00 CONT | | $567.00 |

WASHINGTON, ANDRE
179 SCOTT ST
NAUGATUCK, CT 06770-4315

Claim Number: 6600
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $2,288.46 CONT | | |
| UNSECURED | | $2,288.46 | | | | |

KOPPIE, JANE B
20558 BROAD RUN DR
STERLING, VA 20165

Claim Number: 6602
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,851.20 | | $1,851.20 CONT | | $1,851.20 |

MALDONADO, MARIA T
749 SUMMERWOOD AVE #9
DIAMOND BAR, CA 91789

Claim Number: 6605
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $1,232.00 CONT | | |
| UNSECURED | | $1,232.00 | | | | |

HERRERA, YVONNE A
24711 CALLE EL TORO GRANDE
LAKE FOREST, CA 92630

Claim Number: 6607
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $438.46 | | $438.46 CONT | | $438.46 |

---

MCMENEMY, AMY M
1959 W FOSTER AVE
APT 2
CHICAGO, IL 60640

Claim Number: 6610
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $728.93 | Scheduled: | $728.93 CONT | Allowed: | $728.93 |
|---|---|---|---|---|---|---|

THERME, NERDA J (JOSEPHINE)
17 WAGNER ST
ELMONT, NY 11003

Claim Number: 6614
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7584 (06/30/2009)

| PRIORITY | Claimed: | $775.59 | Scheduled: | $775.59 CONT | Allowed: | $775.59 |
|---|---|---|---|---|---|---|

CM APPRAISALA
859 U.S. ROUTE 1
ATTN CANDACE MORONG
YORK, ME 03909

Claim Number: 6616
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 | | |
|---|---|---|---|---|---|---|

BOGGS, AMIE L
5440 NOAH ROAD
CUMMING, GA 30041

Claim Number: 6621
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8410 (12/14/2009)

| PRIORITY | Claimed: | $570.46 | Scheduled: | $570.46 CONT | | |
|---|---|---|---|---|---|---|

KAZ APPRAISALS LLC
PO BOX 364
ATTN KAREN A ZIRPOLI, PRESIDENT
GAINESVILLE, VA 20156

Claim Number: 6623
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6624
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $262.15 | | | Allowed: | $262.15 |

COVERALL NORTH AMERICA INC
5201 CONGRESS AVENUE STE 275
ATTN JACQUELINE W VLAMIZ SR VP
BOCA RATON, FL 33487

Claim Number: 6625
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $276.36 | Scheduled: | $262.15 | Allowed: | $276.36 |

MACO, JOHN
5495 MAIN ST
STRATFORD, CT 06614

Claim Number: 6626-01
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,000.00 CONT | Allowed: | $10,950.00 |

MACO, JOHN
5495 MAIN ST
STRATFORD, CT 06614

Claim Number: 6626-02
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $48,658.00 | | | Allowed: | $48,658.00 |

W C I
POB 9497
SEATTLE, WA 98109

Claim Number: 6628
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $9,035.49 | Scheduled: | $1,672.32 | Allowed: | $9,035.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GILBERT, ANN R<br>1428 TRADERS CROSSING<br>FORT WAYNE, IN 46845 | | Claim Number: 6629<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $2,238.49 | Scheduled: | $2,700.03 CONT | Allowed: | $2,238.49 |
| MARTIN, JENNIFER L (JENNY)<br>9326 SHOREWOOD TR<br>FORT WAYNE, IN 46804 | | Claim Number: 6630<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,075.00 | Scheduled: | $1,075.00 CONT | Allowed: | $1,075.00 |
| GIBSON, BRENDA<br>2090 E FOX DRIVE<br>COLUMBIA CITY, IN 46725 | | Claim Number: 6631<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,030.77 | Scheduled: | $2,030.77 CONT | Allowed: | $2,030.77 |
| WASHINGTON MUTUAL BANK, FA<br>C/O ROBERT TRODELLA<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | | Claim Number: 6632<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $659,558.69 | | | | |
| CARPENTER, MITCHEAL E (MITCH)<br>15077 SE ST ANDREWS<br>HAPPY VALLEY, OR 97086 | | Claim Number: 6633<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $10,761.36 | Scheduled: | $3,830.58 | Allowed: | $10,761.36 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

SUROWIEC, MICHAEL S
116 RALPH AVE
S PLAINFIELD, NJ 07080-2814

Claim Number: 6635
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7392 (05/15/2009)

| UNSECURED | Claimed: | $14,970.21 | | | |
|---|---|---|---|---|---|

CHARLES COUNTY, MARYLAND
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVANS MEYERS
6801 KENILWORTH AVENUE, STE 400
RIVERDALE PARK, MD 20737-1385

Claim Number: 6638
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,612.32 | | Allowed: | $2,612.32 |
|---|---|---|---|---|---|

CHARLES COUNTY, MARYLAND
C/O MEYERS, RODBELL & ROSENBAUM, P.A.
M. EVANS MEYERS
6801 KENILWORTH AVENUE, STE 400
RIVERDALE PARK, MD 20737-1385

Claim Number: 6639
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 7584 (06/30/2009)

| PRIORITY | Claimed: | $1,857.57   UNLIQ | | | |
|---|---|---|---|---|---|

CIRCLE 22 INVESTORS LLC
ATTN JAMEY A. SHANDLEY, VP/CFM
C/O HAMILTON REAL ESTATE
4057 28TH STREET NW, SUITE 200
ROCHESTER, MN 55901

Claim Number: 6641
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 4027 (05/12/2008)

| UNSECURED | Claimed: | $53,423.44 | Scheduled: | $4,829.16 | Allowed: | $53,423.44 |
|---|---|---|---|---|---|---|

BROWN, DAVID AND LORETTA
11195 CHACOL CT
RANCHO CORDOVA, CA 95670

Claim Number: 6644
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7399 (05/15/2009)

| UNSECURED | Claimed: | $400.00 | | | |
|---|---|---|---|---|---|

---

ROCHFORD, AMANDA L
25963 N IL RT 59
BARRINGTON, IL 60010

Claim Number: 6645
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,423.00 | Scheduled: | $2,423.08 CONT | Allowed: | $2,423.00 |
|---|---|---|---|---|---|---|

O'BRIEN, BARON
3652 BRANDYWINE STREET
SAN DIEGO, CA 92117

Claim Number: 6650
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8025 (09/08/2009)

| UNSECURED | Claimed: | $125,138.44 | Scheduled: | $98,538.72 CONT | Allowed: | $125,138.44 |
|---|---|---|---|---|---|---|

NATIONAL GRID
ATTN MICHAEL J LARSON, SR ANALYST
PO BOX 960
NORTHBOROUGH, MA 01532-0960

Claim Number: 6653
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $894.11 | | | Allowed: | $894.11 |
|---|---|---|---|---|---|---|

EULER, ALISA N
451 OUTLOOK AVE
WEST BABYLON, NY 11704

Claim Number: 6661
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,487.50 | Scheduled: | $1,487.50 CONT | Allowed: | $1,487.50 |
|---|---|---|---|---|---|---|

POWELL, VICKY
13513 NORTHWEST CT.
HASLET, TX 76052

Claim Number: 6664
Claim Date: 12/31/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $4,582.31 | Scheduled: | $4,822.31 CONT | Allowed: | $4,582.31 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

| SCRUGGS, LAURA C<br>3801 STRICKLAND MINE RD<br>PLACERVILLE, CA 95667 | | Claim Number: 6674<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |

---

| PRIORITY | Claimed: | $264.00 | Scheduled: | $264.00 CONT | Allowed: | $264.00 |

| SANDOVAL, JEDGLEN<br>37-22 86TH STREET APT.22<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 6677<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |

---

| UNSECURED | Claimed: | $208.00 | | | | |

| MANFREDINI, LOU<br>1618 W ERIE STREET<br>CHICAGO, IL 60622 | | Claim Number: 6683<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |

---

| UNSECURED | Claimed: | $146,536.14 | | | | |

| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | | Claim Number: 6684-01<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | | |

---

| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $8,508.23 CONT<br>$130.00 CONT | Allowed: | $10,950.00 |

| SAPRE, PRAVIN<br>47805 RED RUN DR<br>CANTON, MI 48187 | | Claim Number: 6684-02<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | | | |

---

| UNSECURED | Claimed: | $7,147.92 | | | Allowed: | $7,147.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MURPHY, ERIN J<br>648 S ESCUELA DR<br>MTN HOUSE, CA 95391-2052 | | Claim Number: 6689<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,512.00 | Scheduled: | $1,512.00 CONT | Allowed: | $1,512.00 |
| GLADES-PIKES INVESTORS, LTD.<br>7777 GLADES ROAD<br>SUITE 310<br>BOCA RATON, FL 33434 | | Claim Number: 6694<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $4,695.16 | Scheduled: | $4,456.15 | Allowed: | $4,695.16 |
| WAREHOUSELINE, LTD<br>ATTN BRUCE REICHSTEIN, PRESIDENT<br>707 WOODCASTLE BEND<br>STE 200<br>HOUSTON, TX 77094 | | Claim Number: 6697<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $92,898.00 | | | | |
| HALPERN, DD<br>2801 HARBOR ROAD<br>MERRICK, NY 11566 | | Claim Number: 6708<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6704 (12/11/2008) | | | | |
| PRIORITY | Claimed: | $977.76 | Scheduled: | $812.31 CONT | Allowed: | $977.76 |
| WILLIAMS, MICHAEL<br>5906 TERRACE DR<br>HOUSE SPRINGS, MO 63051 | | Claim Number: 6715<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $504.04 UNLIQ | Scheduled: | $384.64 CONT | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEW LIFE RECHARGE INC<br>ATTN DARYL EVANS, PRESIDENT<br>P.O. BOX 3505<br>BRENTWOOD, TN 37024-3505 | | Claim Number: 6717<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9254 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $727.61 | | | | | |
| KELLER, ROCCA (RINA)<br>7321 N OLEANDER AVE<br>CHICAGO, IL 60631 | | Claim Number: 6720-01<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled: | $28,130.71 CONT | Allowed: | $10,950.00 | |
| KELLER, ROCCA (RINA)<br>7321 N OLEANDER AVE<br>CHICAGO, IL 60631 | | Claim Number: 6720-02<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | | |
| UNSECURED | Claimed: | $17,379.04 | | | Allowed: | $17,379.04 | |
| RAMER, MICHELE R<br>403 S JOHNSON ST<br>GARRETT, IN 46738 | | Claim Number: 6732<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $402.88 | Scheduled: | $402.88 CONT | Allowed: | $402.88 | |
| BEACH, BRETT<br>11544 SE LINCOLN CT<br>PORTLAND, OR 97216-3653 | | Claim Number: 6741<br>Claim Date: 12/31/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 | |

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

Claim Number: 6769
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT | Allowed: | $1,923.08 |
|---|---|---|---|---|---|---|

939 NORTH AVENUE COLLECTION, LLC
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN: DAVID STRAKA
801 GRAND AVENUE
DES MOINES, IA 50392

Claim Number: 6777
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $212,276.75 | | | | |
|---|---|---|---|---|---|---|

DJ, LLC
201 WEST MAIN STREET
SUITE 101
MISSOULA, MT 59802

Claim Number: 6780
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $5,169.84 | Scheduled: | $5,169.84 | | |
|---|---|---|---|---|---|---|

HENDERSON, JEANNA M
13073 TROY CT
VICTORVILLE, CA 92395

Claim Number: 6783
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $1,440.00 | Scheduled: | $1,440.00 CONT | | |
|---|---|---|---|---|---|---|

SIMON, CATHERINE A.
1733 ROBERT ST
NEW ORLEANS, LA 70115-4916

Claim Number: 6790
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $979.62 | | | Allowed: | $979.62 |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

DAVIDSON, JODY
1666 LAKEVIEW AVE
SEAFORD, NY 11783

Claim Number: 6791
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | Scheduled: | $1,057.69 CONT | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $1,057.69 | | | Allowed: | $1,057.69 |

BLAU, SHARYN M
281 PONDVIEW LN
SMITHTOWN, NY 11787

Claim Number: 6793
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $5,769.23 CONT | Allowed: | $3,846.15 |
|---|---|---|---|---|---|---|

KRIEGER, JENNIFER M
1602 WAVE AVE
MEDFORD, NY 11763-1738

Claim Number: 6795
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,010.59 | Scheduled: | $1,010.59 CONT | Allowed: | $1,010.59 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | | | |

RETRO CAFE AND GRILLE
ATTN JAMES SLUSHER, PRESIDENT
PO BOX 358
REHOBOTH BEACH, DE 19971

Claim Number: 6798
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $493.00 | Scheduled: | $493.00 | Allowed: | $493.00 |
|---|---|---|---|---|---|---|

PELOSO, AZURE
4715 E HALIFAX ST
MESA, AZ 85205-4115

Claim Number: 6801
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $292.31 | Scheduled: | $292.31 CONT | Allowed: | $292.31 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GIBBS, KELLIE<br>936 PARK AVENUE<br>HUNTINGTON, NY 11743 | | Claim Number: 6804<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $570.51 | Scheduled: | $570.51 CONT | Allowed: | | $570.51 |
| CARDEN, JAMES P<br>57 CHESTNUT STREET<br>MASSAPEQUA, NY 11758 | | Claim Number: 6805<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $375.16 | Scheduled: | $375.16 CONT | Allowed: | | $375.16 |
| ARROYO, CRISTINA<br>1906 S GREENVILLE<br>SANTA ANA, CA 92704 | | Claim Number: 6814<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $5,000.00 | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | | |
| TOTAL | Claimed: | $5,000.00 | | | | | |
| MARK CREATIVE SERVICES LLC<br>ATTN MARK SHIPLEY, PRINCIPAL<br>3975 N. 10TH ST<br>KALAMAZOO, MI 49009 | | Claim Number: 6828<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $365.00 | | | | | |
| CAMPBELL, CHRISTOPHER M<br>4900 N LAWNDALE<br>APT B<br>CHICAGO, IL 60625 | | Claim Number: 6829<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,176.92 | Scheduled: | $1,176.92 CONT | Allowed: | | $1,176.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIELKER, SAMUEL R<br>215 NW PASSAGE TRL<br>FORT WAYNE, IN 46825-2083 | | Claim Number: 6830<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,309.44 | Scheduled: | $1,309.44 CONT | Allowed: | | $1,309.44 |
| NEWS-DEMOCRAT<br>ATTN REBECCA PATE, CREDIT SUPERVISOR<br>PO BOX 427<br>BELLEVILLE, IL 62222 | | Claim Number: 6839<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $558.69 | | | Allowed: | | $558.69 |
| MICHNA, DEBRA<br>4344 ROBBINS ST<br>SAN DIEGO, CA 92122 | | Claim Number: 6844<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $5,700.38 | Scheduled: | $5,700.38 CONT | Allowed: | | $5,700.38 |
| ARCE, FRANK<br>1466 SANTA SIERRA DR<br>CHULA VISTA, CA 91913 | | Claim Number: 6846<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,795.34 | Scheduled: | $8,764.50 CONT | Allowed: | | $8,795.34 |
| PIP PRINTING<br>ATTN JOHN CRISP<br>8504 COMMERCE AVE<br>SAN DIEGO, CA 92121 | | Claim Number: 6847<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8794 (04/23/2010) | | | | | |
| UNSECURED | Claimed: | $31,213.83 | Scheduled: | $13,388.37 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MITCHELL, STEPHANIE L<br>12230 FLYNN WOODS RD<br>JACKSONVILLE, FL 32223 | | Claim Number: 6848<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,923.08 | Scheduled: | $1,923.08 CONT | Allowed: | $1,923.08 |
| VICOM COMPUTER SERVICES, INC.<br>ATTN ROBERT VEROLA, VP<br>60 CAROLYN BLVD<br>FARMINGDALE, NY 11735 | | Claim Number: 6850<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5861 (09/15/2008) | | | | |
| ADMINISTRATIVE | | | | | Allowed: | $40,000.00 |
| UNSECURED | Claimed: | $105,563.61 | Scheduled: | $74,992.20 | | |
| HAZELTINE GATES LLC<br>ATTN JOHN B. GOODMAN, PRESIDENT<br>JOHN B. GOODMAN ENTERPRISES, INC.<br>1107 HAZELTINE BLVD., SUITE 200<br>CHASKA, MN 55318 | | Claim Number: 6851<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $319.55 | Scheduled: | $11,141.75 | | |
| GRADISIC, NERMINA<br>PO BOX 23760<br>JACKSONVILLE, FL 32241-3760 | | Claim Number: 6856<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | $1,230.77 |
| PETERS, KIMBERLY K (KIM)<br>8960 SUTTERS GOLD<br>DRIVE<br>SACRAMENTO, CA 95826 | | Claim Number: 6864<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,680.46 | Scheduled: | $1,811.75 CONT | Allowed: | $1,680.46 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMITH, LAUREN<br>58 WALNUT ST<br>W HEMPSTEAD, NY 11552-2027 | | Claim Number: 6872<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $300.00 | Scheduled: | $600.00 CONT | Allowed: | | $300.00 |
| ZELT, KATHY K<br>4647 S 100 W<br>ALBION, IN 46701 | | Claim Number: 6879<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $430.77 | Scheduled: | $430.77 CONT | Allowed: | | $430.77 |
| GREEN, VIRGINIA<br>9 RIDGE LANE<br>HACKETTSTOWN, NJ 07840 | | Claim Number: 6883<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $315.49 | | | | | |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | | Claim Number: 6885<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38 CONT | | | |
| GUARASCIO, COLLEEN<br>1130 W CHESTNUT ST<br>ANAHEIM, CA 92805 | | Claim Number: 6887<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $384.60 | Scheduled: | $384.60 CONT | Allowed: | | $384.60 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| HENN, MELANIE A<br>1082 HUMMINGBIRD CT<br>COLORADO SPRINGS, CO 80921 | | Claim Number: 6909<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $1,125.00 | Scheduled: | $1,125.00 CONT | Allowed: | $1,125.00 |
| ENGINEERING INSPECTION SERVICS<br>ATTN MARVIN W. WARD, PRESIDENT<br>1616 BARRINGTON RD<br>COLUMBUS, OH 43221 | | Claim Number: 6919<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,100.00 | | | Allowed: | $1,100.00 |
| AUSTIN LAWTHER DESIGN<br>ATTN AUSTIN LAWTHER<br>27 ARION PLACE<br>APT. 203<br>BROOKLYN, NY 11206 | | Claim Number: 6920<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $3,582.50 | Scheduled: | $1,002.50 | Allowed: | $3,582.50 |
| LEE, WENDY Y.<br>58 TIFFANY DR.<br>EAST HANOVER, NJ 07936 | | Claim Number: 6921<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $10,416.00 | | | | |
| TALX CORPORATION<br>11432 LACKLAND<br>ST. LOUIS, MO 63146 | | Claim Number: 6922<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8406 (12/14/2009) | | | | |
| UNSECURED | Claimed: | $216,746.00 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

WETZEL, THOMAS
5104 WALTON WAY
ROSWELL, GA 30076-3497

Claim Number: 6928
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,423.08 | | | Allowed: | $2,423.08 |

ALLEN, LISA
15404 WASHINGTON ST
BOX 303
HUNTERTOWN, IN 46748

Claim Number: 6929
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,076.92 | Scheduled: | $1,076.92 CONT | Allowed: | $1,076.92 |

EISELE, GARY
281 ELMORE AVE APT 2
EAST MEADOW, NY 11554

Claim Number: 6933
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6839 (01/13/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $696.30 | Scheduled: | $696.30 CONT | Allowed: | $696.30 |

SARASOTA COUNTY
ATTN MELANIE SEVERINO/CLERK
101 S WASHINGTON B.VD
SARASOTA, FL 34236

Claim Number: 6936
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | Scheduled: | $1,907.99 DISP CONT | |
| SECURED | Claimed: | $2,056.24 UNLIQ | | | |

OSTERHOUT, CERA
751 MAPLEWOOD LANE
#3 UNIT 9
KEWADIN, MI 49648

Claim Number: 6937
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT | Allowed: | $3,076.92 |

---

AVILA, CHARMEN C.   07-13243 CA04
C/O PETER SPINDEL, ESQ.
P.O. BOX 166245
MIAMI, FL 33116-6245

Claim Number: 6939
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $486,135.73  UNLIQ | Scheduled: | $0.00  UNLIQ | |

ELYNX.LTD
PO BOX 643292
CINCINNATI, OH 45264-3292

Claim Number: 6940
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,398.50 | Scheduled: | $10,398.50 | Allowed: | $10,398.50 |

LAROCCA, ANDREW J.
32 RHODE ISLAND AVE
MASSAPEQUA, NY 11758

Claim Number: 6945
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,769.23 | Scheduled: | $2,769.23  CONT | Allowed: | $2,769.23 |

FRUIT, THOMAS W.
3973 REDWOD DRIVE
PULASKI, WI 54162

Claim Number: 6960
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22,506.96 | |

WESOLOWSKI, KEITH M
728 MCDONALD AVE
CHARLOTTE, NC 28203-5902

Claim Number: 6963
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/15/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $10,950.00  CONT | | |
| UNSECURED | Claimed: | $136,282.79 | Scheduled: | $125,332.79  CONT | Allowed: | $136,282.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6966-01<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$122,735.89 CONT | Allowed: | $10,950.00 |
| DEVINE, SUZANNE C<br>8709 WINGARD ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6966-02<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $123,354.61 | | | Allowed: | $123,354.61 |
| SHOPPES AT FLIGHT DECK<br>TED STAMBOLITIS, PRESIDENT<br>109 OLD CHAPIN ROAD, TOWER<br>P.O. BOX 907<br>LEXINGTON, SC 29071 | | Claim Number: 6969<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $98,000.00 | | | | |
| NOLAN, ROBERT B<br>325 FOREST AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 6970<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,942.31 | Scheduled: | $2,942.31 CONT | Allowed: | $2,942.31 |
| OREAR, PAMELA<br>9308 TIBBLE CREEK WAY<br>CHARLOTTE, NC 28227 | | Claim Number: 6972<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | $2,076.92 |

MCCOY, WILLIAM K (KEVIN)
13550 MERIDIAN AVE N
SEATTLE, WA 98133

Claim Number: 6974
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,280.00 | Scheduled: | $2,280.00 CONT | Allowed: | $2,280.00 |

COTTRELL, LINDA K
4400 E SCOTTSDALE RD #9565
SCOTTSDALE, AZ 85251

Claim Number: 6975
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,634.62 | Scheduled: | $3,634.62 CONT | Allowed: | $3,634.62 |

DANIEL, KATHRYN M
3306 MONTCLAIR RD
ORLANDO, FL 32806-1725

Claim Number: 6976
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,400.00 | Scheduled: | $1,400.00 CONT | Allowed: | $1,400.00 |

GERRITY, SEAN
1408 WRIGHT ST
SANTA ROSA, CA 95404

Claim Number: 6978-01
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $947,891.07 CONT | | |

GERRITY, SEAN
1408 WRIGHT ST
SANTA ROSA, CA 95404

Claim Number: 6978-02
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $951,489.66 | | | Allowed: | $951,489.66 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| FAZIO, WILLIAM<br>2764 SHAUGHNESSY DR<br>WELLINGTON, FL 33414 | | Claim Number: 6979-01<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $10,450.00 | Scheduled: | $10,450.00 CONT | Allowed: | $10,450.00 |
| UNSECURED | | | Scheduled: | $2,050.00 CONT | | |
| FAZIO, WILLIAM<br>2764 SHAUGHNESSY DR<br>WELLINGTON, FL 33414 | | Claim Number: 6979-02<br>Claim Date: 01/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,050.00 | | | Allowed: | $2,050.00 |
| COMMISSIONERS OF PUBLIC WORKS<br>ATTN H C LUCAS RAYMOND<br>PO BOX B<br>CHARLESTON, SC 29402 | | Claim Number: 6981<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $115.11 | | | Allowed: | $115.11 |
| JAMES A CURRLIN APPRAISALS<br>ATTN JAMES A CURRLIN<br>6 SILVERHILL CT.<br>CHICO, CA 95926 | | Claim Number: 6985<br>Claim Date: 12/26/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $100.00 | Allowed: | $350.00 |
| COSERV ELECTRIC<br>ATTN CYNDI ALEXANDER, COLLECTION MANAGER<br>COLLECTIONS DEPT<br>7701 S STEMMONS FRWY<br>CORITNH, TX 76210-1842 | | Claim Number: 6988<br>Claim Date: 12/28/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $811.66 | | | Allowed: | $811.66 |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 340 of 771    Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LEUNG, TOMMY<br>8 JOHN STREET<br>QUINCY, MA 02169 | | Claim Number: 6989<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY | | | | Scheduled: | $250.00 CONT | | |
| UNSECURED | Claimed: | $777.75 | | | | Allowed: | $777.75 |
| NEVADA OFFICE MACHINES<br>ATTN CHRISTINA MARQUEZ<br>1855 VASSAR ST<br>RENO, NV 89502 | | Claim Number: 6995<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $276.55 | | Scheduled: | $276.55 | Allowed: | $276.55 |
| MCLEOD, CARLA D<br>24612 NE 193RD PL<br>WOODINVILLE, WA 98077 | | Claim Number: 6997<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,637.50 | | Scheduled: | $1,637.50 CONT | Allowed: | $1,637.50 |
| LAWRENCE, JOY<br>165 COMMACK RD<br>DEER PARK, NY 11729 | | Claim Number: 6998<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY | Claimed: | $2,136.54 | | Scheduled: | $3,908.85 CONT | Allowed: | $2,136.54 |
| KUHN, ASHLEY<br>46 BUCKSKIN LN<br>SELDEN, NY 11784 | | Claim Number: 7000<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | | | | Scheduled: | $320.00 CONT | | |
| UNSECURED | Claimed: | $320.00 | | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| HARRIS, JENNY R<br>9453 SW 52ND CT<br>COOPER CITY, FL 33328-4111 | | Claim Number: 7006<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,568.77 | Scheduled: | $1,568.77 CONT | Allowed: | $1,568.77 |
| FORD, MICHAEL<br>111 LAKEVIEW DR<br>RIDLEY PARK, PA 19078-3705 | | Claim Number: 7008<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT | Allowed: | $1,384.62 |
| MCGINNIS, JAMES JR.<br>55 CEDAR AVE<br>PATCHOGUE, NY 11772 | | Claim Number: 7010<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $330.75 | Scheduled: | $661.50 CONT | Allowed: | $330.75 |
| ABLE, ANGELA M<br>2570 LAUREL BRANCH DR<br>WALDORF, MD 20603-6178 | | Claim Number: 7011<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $1,862.40 | Scheduled: | $1,551.13 CONT | Allowed: | $1,862.40 |
| CHRISTOFORATOS, DIONISIOS E<br>1212 WASHINGTON ST<br>APT 4S<br>HOBOKEN, NJ 07030 | | Claim Number: 7013<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $2,308.00 | Scheduled: | $3,221.54 CONT | Allowed: | $2,308.00 |

---

KAY, MARY K
309 SADDLE COURT
CHESAPEAKE, VA 23323

Claim Number: 7015
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $230.77 | | $230.77 CONT | | $230.77 |

SCOTTO, ANTHONY
77 MARLOW DR
JACKSON, NJ 08527-4680

Claim Number: 7016
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7505 (06/05/2009)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,417.76 | | | | |

CARROLL, GREGG
11 N DURKEE LN
EAST PATCHOGUE, NY 11772

Claim Number: 7017
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,531.77 | | $4,281.77 CONT | | $2,531.77 |

BAKER, RUBY M
79 COOLIDGE AVE
AMITYVILLE, NY 11701

Claim Number: 7018
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,038.46 | | $1,038.46 CONT | | $1,038.46 |

NATIONAL COMMUNICATIONS SVCS
ATTN GARY HEGARTY, CFO
1100 LUND BLVD
ANOKA, MN 55303

Claim Number: 7019
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $2,502.21 | | $1,812.80 | | $2,502.21 |

KIRK, GLORIA VS. AMERICAN HOME MTG CORP.
2:06-CV02603 ATTN: W STEPHEN GARDNER,
MULLINS GARDNER PLC
P.O. BOX 41893
MEMPHIS, TN 38174

Claim Number: 7020
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7023 (02/17/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65,182.82 | Scheduled: | $0.00 UNLIQ | | |

DBSI PHOENIX PEAK LEASE CO LLC
ATTN JEREMY SWENSON, ASSISTANT SECRETARY
C/O DDRS LEGAL FINANCE DEPARTMENT
12426 WEST EXPLORER DRIVE, STE 100
BOISE, ID 83713

Claim Number: 7021
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $172,229.27 | | | Allowed: | $172,229.27 |

SCHOOLFIELD, MATTHEW B
16420 SEGARS LN
HUNTERSVILLE, NC 28078-6492

Claim Number: 7022-01
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $8,093.91 CONT | | |

SCHOOLFIELD, MATTHEW B
16420 SEGARS LN
HUNTERSVILLE, NC 28078-6492

Claim Number: 7022-02
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,142.51 | | | Allowed: | $8,142.51 |

MCKAY, CHRISTINA A
3719 KENILWORTH DR
CHEVY CHASE, MD 20815

Claim Number: 7033-01
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $121,054.17 CONT | | |

| MCKAY, CHRISTINA A<br>3719 KENILWORTH DR<br>CHEVY CHASE, MD 20815 | | Claim Number: 7033-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $118,401.35 | | | | Allowed: | $118,401.35 |
| KENT, APRIL M<br>201 RAMBLEWOOD DR<br>SANFORD, FL 32773 | | Claim Number: 7035<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,169.22 | Scheduled: | $1,169.22 CONT | | Allowed: | $1,169.22 |
| BERMAN, CHARLOTTE<br>6260 108TH ST<br>APT 6H<br>FOREST HILLS, NY 11375 | | Claim Number: 7039<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| PRIORITY | Claimed: | $10,086.01 | | | | | |
| UNSECURED | Claimed: | $10,086.01 | | | | | |
| TOTAL | Claimed: | $10,086.01 | | | | | |
| THE ULTIMATE CLEANING COMPANY<br>ATTN TIMOTHY T. PERRY, OWNER<br>6 AUTUMN DR<br>MASHPEE, MA 02649 | | Claim Number: 7041<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $250.00 | | | | Allowed: | $250.00 |
| LASLO, SUSAN<br>105 WOOSTER ST<br>BETHEL, CT 06801 | | Claim Number: 7047<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,275.00 | Scheduled: | $1,275.00 CONT | | Allowed: | $1,275.00 |

CT NETWORKS
ATTN ROY LANGHAMER, COO
PO BOX 11054
125 WIRELESS BLVD
HAUPPAUGE, NY 11788

Claim Number: 7055
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $113,664.17 | Scheduled: | $112,391.74 | Allowed: | $113,664.17 |

TRAPOST, LLC AND PARK TOWNE DEVELOPMENT
CORPORATION
ATTN MIKE RING
402 S GAMMON PLACE
MADISON, WI 53719

Claim Number: 7057
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $81,288.43 | | Allowed: | $81,288.43 |

WADSWORTH, BRAD
4760 SCOTNEY CT.
SUWANEE, GA 30024

Claim Number: 7058
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,541.66 |

CHEGE, FREDERICK
12 MELROSE TERRACE
NUM 13
WAKEFIELD, MA 01880

Claim Number: 7060
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,941.31 | Scheduled: | $2,911.96 CONT | Allowed: | $1,941.31 |

DOYLE, CHARLES
80 PRESTIGE DR
BRISTOL, NH 03222-2302

Claim Number: 7061
Claim Date: 01/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $434.90 | Scheduled: | $434.90 CONT | Allowed: | $434.90 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| DOYLE, CHARLES P<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | | Claim Number: 7066-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8540 (02/04/2010) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| DOYLE, CHARLES P<br>80 PRESTIGE DR<br>BRISTOL, NH 03222-2302 | | Claim Number: 7066-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8540 (02/04/2010) | | | | |
| UNSECURED | Claimed: | $11,871.04 | | | Allowed: | $11,871.04 |
| COX, EVER MAE<br>10600 BEAVERBRIDGE ROAD<br>CHESTERFIELD, VA 23838 | | Claim Number: 7089<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $403.01 | | | Allowed: | $403.01 |
| LOEFFLER, RICHARD<br>8136 LIGHTHOUSE LANE<br>WINDSOR, CO 80528 | | Claim Number: 7091-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$289,426.28 CONT | Allowed: | $10,950.00 |
| LOEFFLER, RICHARD<br>8136 LIGHTHOUSE LANE<br>WINDSOR, CO 80528 | | Claim Number: 7091-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $290,810.50 | | | Allowed: | $290,810.50 |

U.S. BANKRUPTCY COURT    Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 347 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

| ROBERTS, DAVID<br>323 THOMAS RD<br>SEVERNA PARK, MD 21146 | | Claim Number: 7093-01<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,064.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $341,238.31 CONT | | |
| ROBERTS, DAVID<br>323 THOMAS RD<br>SEVERNA PARK, MD 21146 | | Claim Number: 7093-02<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $353,440.18 | | | Allowed: | $353,440.18 |
| BEN-ZVI & ASSOCIATES<br>HENRY BEN-ZVI<br>3231 OCEAN PARK BLVD., SUITE 212<br>SANTA MONICA, CA 904053 | | Claim Number: 7095<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $70.00 | | | Allowed: | $70.00 |
| SCHARRER, DAVID F<br>PO BOX 14733<br>CLEARWATER, FL 33766 | | Claim Number: 7106<br>Claim Date: 01/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $23,130.74 | Scheduled: | $22,940.93 CONT | Allowed: | $23,130.74 |
| SHOJI, SUSANNE<br>224 SW NANCY CIRCLE<br>GRESHAM, OR 97030 | | Claim Number: 7109<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,083.00 | Scheduled: | $3,101.92 CONT | Allowed: | $1,083.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| BRADLEY, ZACHARY<br>55 JENNINGS DR<br>CANAL WINCHESTER, OH 43110 | | Claim Number: 7141<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,029.78 | Scheduled: | $1,029.78 CONT | Allowed: $1,029.78 |
| GREATER GATEWAY ASSOCIATION OF REALTORS<br>ATTN ALBERT M SUGUITAN, PRES. & COO<br>#10 GINGER CREEK PARKWAY<br>GLEN CARBON, IL 62034 | | Claim Number: 7152<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $100.00 | | | |
| HUMPHREY, RONDA C<br>1604 HOWARD PLACE<br>BALDWIN, NY 11510 | | Claim Number: 7158<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $4,615.39 CONT | Allowed: $3,076.92 |
| LONGSHORE, BUCK & LONGSHORE, P.C.<br>ATTN W. L. LONGSHORE, III<br>NORTH LONGSHORE BUILDING<br>2009 SECOND AVENUE<br>BIRMINGHAM, AL 35203 | | Claim Number: 7173<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,460.71 | | | Allowed: $1,460.71 |
| FISHER, COURTNEY A.<br>F/K/A COURTNEY CARTEAUX<br>411 E. SUPERIOR ST<br>WAUSEON, OH 43567 | | Claim Number: 7180<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $740.38 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7184-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10143 (08/26/2011) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $2,500.00 |
| UNSECURED | | | Scheduled: | $27,303.83 CONT | | |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7184-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10143 (08/26/2011) | | | | |
| UNSECURED | Claimed: | $43,452.00 | | | Allowed: | $25,805.74 |
| SULLYFIELD MTC LLC, W&F MTC LLC & MTC<br>TIC LLC - SUCCESSOR TO WRIT L.P.<br>JEFFREY S. ROMANICK - GROSS & ROMANICK<br>3975 UNIVERSITY DRIVE, SUITE 410<br>FAIRFAX, VA 22030 | | Claim Number: 7194<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 5446 (08/15/2008) | | | | |
| ADMINISTRATIVE | Claimed: | $9,034.74 | | | | |
| A-COLONIAL 300/500 OWNER LLC<br>C/O WILES & WILES<br>ATTN LEE NELSON, VICE PRESIDENT<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA, GA 30060-7946 | | Claim Number: 7195<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $36,750.00 | | | Allowed: | $36,750.00 |
| SHEARER, LYLE<br>4441 CLIPPER DR<br>DISCOVERY BAY, CA 94505 | | Claim Number: 7215<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2008) | | | | |
| UNSECURED | Claimed: | $225,123.64 | Scheduled: | $223,850.34 CONT | Allowed: | $225,123.64 |

JOHNSON, ALISA
1318 HOLLY RIDGE RUN
FORT WAYNE, IN 46845

Claim Number: 7216
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7506 (06/05/2009)

| PRIORITY | Claimed: | $807.84 | Scheduled: | $807.84 CONT | Allowed: | $807.84 |
|---|---|---|---|---|---|---|

BOISE PHILHARMONIC ASSOC
ATTN GORDON SWENSON, ACCOUNTANT
516 S 9TH ST
BOISE, ID 83702

Claim Number: 7226
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $5,000.00 | | | Allowed: | $5,000.00 |
|---|---|---|---|---|---|---|

MARTINO, EVE M
2374 MERMAID AVE
WANTAGH, NY 11793

Claim Number: 7234
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7399 (05/15/2009)

| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | $2,596.15 |
|---|---|---|---|---|---|---|

HAUSMANN, ROBERT
332 JULE DRIVE
CHESAPEAKE, VA 23322

Claim Number: 7274-01
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,757.85 CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $146,015.53 CONT | | |

HAUSMANN, ROBERT
332 JULE DRIVE
CHESAPEAKE, VA 23322

Claim Number: 7274-02
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $142,396.75 | | | Allowed: | $142,396.75 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| TRUJILLO, ELIZABETH<br>951 ROSE AVE<br>DES PLAINES, IL 60016 | | Claim Number: 7275<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | |
| PRIORITY | Claimed: | $538.24 | Scheduled: | $538.24  CONT | |
| HARMONY HOMES R.E.<br>3125 MCHENRY AVE STE F<br>MODESTO, CA 95350-1451 | | Claim Number: 7307<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $125.08 | | Allowed: | $125.08 |
| HARMONY HOMES R.E.<br>3125 MCHENRY AVE STE F<br>MODESTO, CA 95350-1451 | | Claim Number: 7308<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $76.58 | | Allowed: | $76.58 |
| HARMONY HOMES R.E.<br>3125 MCHENRY AVE<br>STE F<br>MODESTO, CA 95350-1451 | | Claim Number: 7309<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $33.04 | | Allowed: | $33.04 |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 7310<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $11.68 | | Allowed: | $11.68 |

---

CAPAX INSURANCE
1150 NINTH ST.
SUITE 1400
MODESTO, CA 95354

Claim Number: 7311
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5169 (07/18/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $242.86 | Scheduled: | $58.02 | | | |

MEATTE, JESS
131 KEYSTONE DRIVE
FENTON, MO 63026

Claim Number: 7315
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,000.00 | |

LARSEN, LINDA
16252 TREASURE COVE
BULLARD, TX 75757

Claim Number: 7333
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | |
| UNSECURED | Claimed: | $7,767.51 | Scheduled: | $7,673.34 CONT | |

BARRY ASSOC
ATTN BARRY KURT
1907 HWY 35
OAKHURST, NJ 07755

Claim Number: 7353
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 | |

MCERLEAN, JENNIFER
33 PARDAM KNOLL RD
MILLER PLACE, NY 11764

Claim Number: 7362
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,289.19 | Scheduled: | $1,289.19 CONT | Allowed: | $1,289.19 | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| SEGALL, ERIC<br>1952 MOUNT SHASTA DR<br>SAN PEDRO, CA 90732-1529 | | Claim Number: 7365-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8976 (07/01/2010) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,557.69 CONT | Allowed: | $10,950.00 |
| SEGALL, ERIC<br>1952 MOUNT SHASTA DR<br>SAN PEDRO, CA 90732-1529 | | Claim Number: 7365-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8976 (07/01/2010) | | | | |
| UNSECURED | Claimed: | $38,857.69 | | | Allowed: | $38,857.69 |
| PORTLAND GENDERAL ELECTRIC (PGE)<br>ATTN NANCY CLARK, CREDIT REP<br>7895 SW MOHAWK ST<br>TUALATIN, OR 97062 | | Claim Number: 7366<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $451.07 | | | | |
| UNSECURED | | | Scheduled: | $140.59 | | |
| BALTES, ANGELA<br>8015 ROCKY GLEN PL<br>FORT WAYNE, IN 46815 | | Claim Number: 7368<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $520.00 | Scheduled: | $520.00 CONT | Allowed: | $520.00 |
| SENSENIG, CECILIA V<br>74 JAMESLEE DRIVE<br>CHAMBERSBURG, PA 17201 | | Claim Number: 7369<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $188.41 | | | | |

GALLAGHER MESSINA, LAURIE
263 LAMOKA PL
WEST ISLIP, NY 11795

Claim Number: 7370
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,766.54 | | $1,766.54 CONT | | $1,766.54 |

SPECTRUM MORTGAGE SERVICES, INC.
112 BUDDTOWN ROAD
ATTN EUGENE J DAVIS
SOUTHAMPTON, NJ 08088

Claim Number: 7374
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,504.00 | | $1,504.00 |

SIMPLEX GRINNELL
ATTN CLAUDIA COMMODORE CASH APPLICATIONS
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

Claim Number: 7375
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $35,133.29 | | $35,133.29 |

BMS TENANT SERVICES
P.O. BOX 27252
NEW YORK, NY 10087-7257

Claim Number: 7378
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,012.33 | | $1,012.33 | | $1,012.33 |

REISLER, ABBY POLIN
8720 KEELER AVE
SKOKIE, IL 60076

Claim Number: 7379
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,998.00 | | $1,998.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| MUSUMECI<br>15 WOODHULL ROAD<br>ATTN WILLIAM J RANIOLO<br>EAST SETAUKET, NY 11733 | | Claim Number: 7383<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $54,350.00 | Scheduled: | $0.00  UNLIQ | | |
| DEVELOPMENT DIMENSIONS<br>INTERNATIONAL INC<br>PO BOX 951783<br>ATTN KELLY LITTLE<br>CLEVELAND, OH 44193 | | Claim Number: 7384<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $29,613.03 | Scheduled: | $17,101.65 | Allowed: | $29,613.03 |
| CALVO, LORAINE (LORI)<br>43 COTTONWOOD LA<br>WESTBURY, NY 11590 | | Claim Number: 7394<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $8,826.92 | | | Allowed: | $8,826.92 |
| CHRISTIAN CABLE GROUP<br>1150 BLUE MOUND RD, WEST S<br>ATTN CARLITA GRIFFITH, PRESIDENT<br>HASLET, TX 76052 | | Claim Number: 7407<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $700.92 | Scheduled: | $700.92 | Allowed: | $700.92 |
| SIGNATURE TOUCH<br>6760 ST. VRAIN RANCH BLVD.<br>ATTN STEPHEN L MILLER, OWNER<br>FIRESTONE, CO 80504 | | Claim Number: 7409<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $810.00 | Scheduled: | $540.00 | Allowed: | $810.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BURN, BETSY J.<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211 | | Claim Number: 7422<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,349.18 | | | Allowed: | $4,349.18 |
| WESDORP, BENJAMIN M<br>2 CANFIELD AVE APT 235<br>WHITE PLAINS, NY 10601 | | Claim Number: 7425<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $4,615.38 | | | Allowed: | $4,615.38 |
| HENSLEY, JAMIE M<br>3057 WEST SALTER<br>DRIVE<br>PHOENIX, AZ 85027 | | Claim Number: 7434<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $733.49 | Scheduled: | $733.49 CONT | Allowed: | $733.49 |
| CROSS, JOHN L.<br>128 HIGH HAT CIR<br>GREENVILLE, SC 29617-7267 | | Claim Number: 7435<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,010.50 | | | Allowed: | $1,010.50 |
| BATEMAN, LAURA<br>15970 S WILSON RD.<br>OREGON CITY, OR 97045 | | Claim Number: 7438<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $657.69 | Scheduled: | $657.69 CONT | Allowed: | $657.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEVILLE, PAULINE<br>3146 LEBANON AVENUE<br>ZION, IL 60099 | | Claim Number: 7440<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,774.08 CONT | | |
| UNSECURED | Claimed: | $1,774.08 | | | | |
| LAVENAU, SUSAN E.<br>PO BOX 7422<br>RENO, NV 89510-7422 | | Claim Number: 7441<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $500.00 | | | Allowed: | $500.00 |
| MATHEWS, DONNETTA<br>1142 FOREST GLEN<br>JONESBORO, GA 30238 | | Claim Number: 7442<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009)<br>CLAIM OUT OF BALANCE | | | | |
| UNSECURED | Claimed: | $772.86 | Scheduled: | $772.86 CONT | | |
| SOUSSAN, LIORE<br>10687 LAKE OAK WAY<br>BOCA RATON, FL 33498 | | Claim Number: 7444<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $235.00 | | | Allowed: | $235.00 |
| HARRIS, LISA L<br>917 CRIMSON WILLOW<br>DR<br>HUNTERTOWN, IN 46748 | | Claim Number: 7445<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $323.08 | Scheduled: | $2,152.20 CONT | Allowed: | $323.08 |

WIZARD LOCK & SAFE CO.
ATTN K. WILLIAMS
218 N. PRINCE STREET
LANCASTER, PA 17603

Claim Number: 7446
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $225.93 | Scheduled: | $225.93 | Allowed: | $225.93 |

HECK, KATHLEEN R
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 7449-01
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8821 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,206.51 | Scheduled: | $9,206.51 CONT | Allowed: | $9,206.51 |
| UNSECURED | | | Scheduled: | $90,793.49 CONT | | |

HECK, KATHLEEN R
30 HIDEAWAY LN
SPARTA, NJ 07871

Claim Number: 7449-02
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8821 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $90,793.49 | | | Allowed: | $90,793.49 |

SYKES, THADDEUS J (THAD)
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

Claim Number: 7454
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,269.23 CONT | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

LYONS, BRIDGET M
4444 S UNION STREET
MORRISON, CO 80465

Claim Number: 7455
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,157.52 CONT | | |
| UNSECURED | Claimed: | $1,157.52 | | | Allowed: | $1,157.52 |

BAILEY, ANNETTE
12702 HONORE ST APT 1C
BLUE ISLAND, IL 60406-4974

Claim Number: 7458
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |
|---|---|---|---|---|---|---|

OGDEN DIRECTORIES
ATTN JANE TEMPEL, A/R
PO BOX 1113
ALTOONA, PA 16603-9902

Claim Number: 7460
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,990.00 | | | Allowed: | $1,990.00 |
|---|---|---|---|---|---|---|

SYKES, THADDEUS
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

Claim Number: 7461
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $4,163.46 |
|---|---|---|

POWELL, PAULA
111 WAX MYRTLE DR
SANFORD, FL 32773

Claim Number: 7464
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $969.23 | Scheduled: | $969.23 CONT | Allowed: | $969.23 |
|---|---|---|---|---|---|---|

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

Claim Number: 7467
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,500.00 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | | Claim Number: 7468<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3945 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,500.00 | | | | |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 7469-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7987 (08/31/2009) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| SWEENEY, ROBERT E.<br>696 WOODBINE DR<br>CARMEL, IN 46033 | | Claim Number: 7469-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7987 (08/31/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $21,631.00 | | | Allowed: | $21,631.00 |
| SWEENEY, ROBERT<br>696 WOODBINE DR.<br>CARMEL, IN 46033 | | Claim Number: 7470<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $9,375.00 | | | | |
| LITSEY, CHRISTINE M (TINA)<br>13811 NE AIRPORT DR<br>VANCOUVER, WA 98684 | | Claim Number: 7471<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,538.46 CONT | Allowed: | $1,538.46 |

| ZWICK, ERIN E.<br>2626 SUMMERHILL CT.<br>AURORA, IL 60506 | | Claim Number: 7474<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,557.60 | | | Allowed: | | $1,557.60 |
| BRESSLER, MICHELLE L.<br>PO BOX 1191<br>BUCKEYE, AZ 85326-0088 | | Claim Number: 7476<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $290.50 | Scheduled: | $290.50 | Allowed: | | $290.50 |
| DOCTOR, KIMBERLY A<br>8835 NE BROADWAY ST<br>PORTLAND, OR 97220 | | Claim Number: 7477<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15  CONT | Allowed: | | $286.15 |
| SEUS, SHERYL A<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 89144-5433 | | Claim Number: 7478<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $352.00 | | | | | |
| SEUS, SHERYL<br>1753 HONEY TREE DR<br>LAS VEGAS, NV 89144-5433 | | Claim Number: 7479<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $473.00 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SMITH, AMY R<br>18 SIMPSON RD<br>BULGER, PA 15019 | | Claim Number: 7480<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $1,716.35 | Scheduled: | $1,716.35 CONT | | |
| RIGDON, LILIA<br>10720 LAKE SHASTA<br>COURT<br>FORT WAYNE, IN 46804 | | Claim Number: 7482<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $238.46 | Scheduled: | $1,450.00 CONT | Allowed: | $238.46 |
| SISKEY, DAWN M<br>19406 S WHITEWATER<br>AVE<br>WESTON, FL 33332 | | Claim Number: 7487<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $3,600.00 | Scheduled: | $3,600.00 CONT | | |
| SISKEY, JOSEPH (JOE)<br>19406 S WHITEWATER<br>AVE<br>WESTON, FL 33332 | | Claim Number: 7488<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,830.23 | Scheduled: | $1,830.23 CONT | Allowed: | $1,830.23 |
| CADIZ, JOY<br>1168 NAMDAC AVE.<br>BAY SHORE, NY 11706 | | Claim Number: 7489<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,846.15 | Scheduled: | $3,846.15 CONT | Allowed: | $3,846.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IAMPIERI, CONSTANCE M<br>2877 EVERGREEN WAY<br>ELLICOTT CITY, MD 21042 | | Claim Number: 7491<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $3,300.00 | Scheduled: | $3,300.00 CONT | Allowed: | | $3,300.00 |
| COLLINS PALLWITZ, DIANA K<br>1645 WATERS EDGE DRIVE<br>PLEASANT HILL, IA 50327 | | Claim Number: 7493<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3945 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,488.71 | Scheduled: | $2,488.71 CONT | Allowed: | | $2,488.71 |
| LAMONICA, MICHELE A<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | | Claim Number: 7495<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $3,307.69 | Scheduled: | $4,961.54 CONT | Allowed: | | $3,307.69 |
| LOGIUDICE, ALAN<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | | Claim Number: 7496<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,600.00 | Scheduled: | $2,860.00 CONT | Allowed: | | $2,600.00 |
| SHEEDY, JAMES J.<br>3 VEEDER DR.<br>ALBANY, NY 12205-3619 | | Claim Number: 7497<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | | |
| SECURED | Claimed: | $12,000.00 | | | | | |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 364 of 771   Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

HEMME, CHRISTINE M
2415 GLORY DR
WATERFORD, PA 16441

Claim Number: 7498
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $71.25 | Scheduled: | $71.25 CONT | | |

---

TURNER, ALLISON M
11581 2ND AVE
HESPERIA, CA 92345

Claim Number: 7499
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,100.00 | Scheduled: | $1,292.31 CONT | Allowed: | $2,100.00 |

---

SCHEINER, RUSSELL
2392 WATERFALL DR
SPRING HILL, FL 34608-4645

Claim Number: 7500
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $759.62 CONT | | |
| UNSECURED | Claimed: | $759.62 | | | Allowed: | $759.62 |

---

DOMOTOR, SHELLEY J.
6412 CALLOWAY DR
MCKINNEY, TX 75070-9422

Claim Number: 7505
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,923.08 | | | Allowed: | $2,923.08 |

---

LOPEZ, MARTHA
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7506
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 | Allowed: | $20.00 |

LOPEZ, MARTHA
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7507-01
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8414 (12/14/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $495.00 | | $466.23 CONT | | $495.00 |
| UNSECURED | | | | $41.23 CONT | | |

LOPEZ, MARTHA
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7507-02
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8414 (12/14/2009)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $41.23 | | | | |

LOPEZ, MARTHA M
8975 LAWRENCE WELK
DRIVE 314
ESCONDIDO, CA 92026

Claim Number: 7508
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9972 (05/05/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $495.00 | | $495.00 CONT | | $495.00 |

NIETO, CRYSTAL
4529 REED ST
FORT WAYNE, IN 46806

Claim Number: 7510
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $560.00 | | $560.00 CONT | | $560.00 |

IALACCI, DOLORES C
1680 THE HIDEOUT
LAKE ARIEL, PA 18436

Claim Number: 7511
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $830.77 CONT | | |
| UNSECURED | | $830.77 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GARCIA, WILLIAM L<br>141 VAN BUREN ST.<br>MASTIC, NY 11950 | | Claim Number: 7513<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $740.38 CONT | Allowed: | $740.38 |
| GARCIA, ENA M<br>141 VAN BUREN ST.<br>MASTIC, NY 11950 | | Claim Number: 7514<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $2,920.00 | Scheduled: | $2,920.00 CONT | Allowed: | $2,920.00 |
| GARCIA, MELISSA<br>35 IRENE ST<br>LINDENHURST, NY 11757-1304 | | Claim Number: 7518<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | |
| PRIORITY | Claimed: | $1,884.62 | Scheduled: | $1,884.62 CONT | Allowed: | $1,884.62 |
| FLOODEEN, GITTE M<br>863 HILLCREST CIR<br>WEXFORD, PA 15090-7583 | | Claim Number: 7523<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $692.31 CONT | Allowed: | $692.31 |
| KOENEMAN, SCOTT<br>3536 BARTER ST<br>SAINT CHARLES, MO 63301-8155 | | Claim Number: 7524<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $384.62 | Scheduled: | $384.62 CONT | Allowed: | $384.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WILLIAMSON, CARLA<br>239 E PENNYWOOD<br>AVE<br>ROOSEVELT, NY 11575 | | Claim Number: 7526<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,596.15 | Scheduled: | $2,596.15 CONT | Allowed: | | $2,596.15 |
| BANG, YOO JUNG (JULIA)<br>8412 NE 178TH ST<br>BOTHELL, WA 98011 | | Claim Number: 7528<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,230.77 | Scheduled: | $1,230.77 CONT | Allowed: | | $1,230.77 |
| CONTARINO, ELLEN S<br>478 PHILADELPHIA<br>AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 7530<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $1,538.46 | Scheduled: | $1,732.31 CONT | Allowed: | | $1,538.46 |
| GALLEGOS, JODY L.<br>5 STONYWELL COURT<br>DIX HILLS, NY 11746 | | Claim Number: 7531<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $4,269.23 | | | Allowed: | | $4,269.23 |
| GREENVILLE WATER SYSTEM<br>ATTN DERRICK J. BROWN, MANAGER<br>PO BOX 687<br>GREENVILLE, SC 29602-0687 | | Claim Number: 7533<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $225.68 | Scheduled: | $85.98 | Allowed: | | $225.68 |

DIX, JAMIE N
5725 MOUNT HOOD CT
SACRAMENTO, CA 95842-2203

Claim Number: 7534
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $926.54 | Scheduled: | $926.54 CONT | Allowed: | $926.54 |

FLEMING, ART
2565 RIO ALAYNE CT.
SPARKS, NV 89436

Claim Number: 7535
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $2,028.00 | | | Allowed: | $2,028.00 |

FIELDS, VINETA
2038 BELLA VISTA WAY
PORT SAINT LUCIE, FL 34952-2631

Claim Number: 7536
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,177.20 | Scheduled: | $1,177.20 CONT | Allowed: | $1,177.20 |

DYNAMIC METHODS INC
ATTN MORGAN HARRIS, PARTNER
9070 IRVINE CENTER DRIVE
SUITE 260
IRVINE, CA 92618

Claim Number: 7539
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,700.00 | Scheduled: | $4,700.00 | Allowed: | $4,700.00 |

MEATTE, JESS
131 KEYSTONE DR
FENTON, MO 63026

Claim Number: 7544
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9741 (02/01/2011)

| PRIORITY | | | Scheduled: | $1,584.62 CONT | | |
| UNSECURED | Claimed: | $1,584.62 | | | | |

MEATTE, JESS
131 KEYSTONE DR
FENTON, MO 63026

Claim Number: 7545
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $484.56 | Scheduled: | $484.56 CONT | Allowed: | $484.56 |
|---|---|---|---|---|---|---|

HAEHNEL, ALFRED PAUL AND PATRICIA ANN
327 E 22ND AVE
N. WILDWOOD, NJ 08260

Claim Number: 7548
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

KRIEGER, DENISE A
3019 CHESTNUT AVE
MEDFORD, NY 11763-1825

Claim Number: 7549
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,328.20 | Scheduled: | $1,328.20 CONT | Allowed: | $1,328.20 |
|---|---|---|---|---|---|---|

LAIRD, MARTY G
722 REINKE RD
BALLWIN, MO 63021

Claim Number: 7550
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| PRIORITY | Claimed: | $10,950.00 | | | | |
|---|---|---|---|---|---|---|

HARPER, STEPHEN
148 KILBURN RD
GARDEN CITY, NY 11530

Claim Number: 7555
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,641.03 | Scheduled: | $1,641.03 CONT | Allowed: | $1,641.03 |
|---|---|---|---|---|---|---|

| | | | | | | Allowed: | $1,145,804.15 |
|---|---|---|---|---|---|---|---|

ZC REAL ESTATE TAX SOLUTIONS LIMITED
ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL
210 INTERSTATE NORTH PARKWAY, NW
SUITE 400
ATLANTA, GA 30339

Claim Number: 7561
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7937 (08/11/2009)

ADMINISTRATIVE      Allowed: $1,145,804.15
UNSECURED   Claimed:   $1,125,804.15   UNLIQ    Scheduled:   $575,262.41

LAMEIRAO, VALDEMAR M
222-25 DAVENPORT AVENUE
2ND FLOOR
QUEENS VILLAGE, NY 11428

Claim Number: 7562
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10932 (12/13/2013)

PRIORITY   Claimed:   $12,526.85      Allowed: $2,000.00

RICO, SARAH C
1450 BROCKTON AVE APT 6
LOS ANGELES, CA 90025-2150

Claim Number: 7563
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7399 (05/15/2009)

PRIORITY   Claimed:   $3,170.78    Scheduled:   $3,170.78   CONT

MATTHEWS, GEORGE T
41986 KUDU CT
ALDIE, VA 20105

Claim Number: 7565
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7930 (08/11/2009)

PRIORITY   Claimed:   $10,000.00

RICO, SARAH C
1904 PERRY AVE
REDONDO BEACH, CA 90278

Claim Number: 7566
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

PRIORITY   Claimed:   $1,550.77    Scheduled:   $1,550.77   CONT    Allowed: $1,550.77

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| SULLYFIELD MTC LLC W&F MTC LLC & MTC TIC LLC - SUCCESSOR IN INTEREST TO WRIT LP ATTN JEFFREY S ROMANICK-GROSS & ROMANICK 3975 UNIVERSITY DRIVE, SUITE 410 FAIRFAX, VA 22030-2520 | | Claim Number: 7567 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $57,086.13 | | Allowed: | $57,086.13 |
| LUNCEFORD, SOPHIA 10715 E. SAHUARO DR. SCOTTSDALE, AZ 85259 | | Claim Number: 7571 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 7399 (05/15/2009) | | | |
| PRIORITY | Claimed: | $3,750.00 | | Allowed: | $3,750.00 |
| TOWER PLACE L.P. C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE SUITE 100 ATLANTA, GA 30326 | | Claim Number: 7572-01 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $79,484.02 | | Allowed: | $79,484.02 |
| TOWER PLACE L.P. C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE SUITE 100 ATLANTA, GA 30326 | | Claim Number: 7572-02 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 7234 (04/07/2009) THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $6,882.75 | | Allowed: | $6,882.75 |
| 445 DOLLEY MADISON ROAD LLC 445 DOLLEY MADISON ROAD SUITE 400 GREENSBORO, NC 27410 | | Claim Number: 7585 Claim Date: 01/07/2008 Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $10,785.50 | Scheduled: $10,243.33 | Allowed: | $10,785.50 |

KOVES, PAMELA
1463 STARK AVE NW
GRAND RAPIDS, MI 49534

Claim Number: 7586
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,131.92 | Scheduled: | $1,131.92 CONT | Allowed: | $1,131.92 |

STEPHEN E. SHAMBAN, LAW OFFICES, P.C.
222 FORBES ROAD
PO BOX 850973
BRAINTREE, MA 02185-0973

Claim Number: 7594
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,284.95 | Scheduled: | $2,307.95 | Allowed: | $1,284.95 |

HPC LLC
ATTN JOHN J. FORD
1569 EDMUND DR
BARNHART, MO 63012

Claim Number: 7595
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,850.00 | | Allowed: | $1,850.00 |

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7596
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

SINGLE SOURCE VALUATION, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

Claim Number: 7599
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| SINGLE SOURCE VALUATIONS, LLC<br>ATTN THOMAS O'BRIEN, OWNER<br>P.O. BOX 773<br>HUNTINGTOWN, MD 20639 | | Claim Number: 7601<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | | |
| SINGLE SOURCE VALUATIONS, LLC<br>ATTN THOMAS O'BRIEN, OWNER<br>P.O. BOX 773<br>HUNTINGTOWN, MD 20639 | | Claim Number: 7602<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| MEYERS, BRUCE D.<br>6531 79TH PLACE<br>CABIN JOHN, MD 20818 | | Claim Number: 7603-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $6,151.00 | | | Allowed: | $6,151.00 |
| UNSECURED | | | Scheduled: | $37,448.11  CONT | | |
| MEYERS, BRUCE D.<br>6531 79TH PLACE<br>CABIN JOHN, MD 20818 | | Claim Number: 7603-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $38,288.00 | | | Allowed: | $38,288.00 |
| HAMILTON, TERRY<br>8015 PAGOSA SPRINGS<br>DRIVE<br>HOUSTON, TX 77040 | | Claim Number: 7605<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | | | Scheduled: | $2,307.69  CONT | | |
| UNSECURED | Claimed: | $1,057.77 | | | Allowed: | $1,057.77 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| JUSTIN MARTELLA<br>C/O RICHARD D. ALTIMUS, ESQ.<br>802 N. IRWIN ST., STE 102<br>HANFORD, CA 93230-3845 | | Claim Number: 7607<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $28,166.14 | | | | |
| HATCHETT VS. AMERICAN HOME MORTGAGE<br>CASE#06CH15839 COOK CO IL M WEINBERG<br>LEGAL ASSIST FOUNDATION MERTRO CHICAGO<br>111 W. JACKSON STREET, SUITE 300<br>CHICAGO, IL 60604 | | Claim Number: 7608<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) | | | | |
| SECURED | Claimed: | $137,750.00   UNLIQ | | | | |
| UNSECURED | | | Scheduled: | $0.00   UNLIQ | | |
| MONTESANO CAPITAL MANAGEMENT<br>175 E HAWHTORN PKWY<br>SUITE 100<br>VERNON HILLS, IL 60061-1475 | | Claim Number: 7609<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $15,935.47 | Scheduled: | $7,947.70 | Allowed: | $15,935.47 |
| ANDERSON, LOIS B<br>9268 BROWN RD<br>ELK GROVE, CA 95624 | | Claim Number: 7610<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $1,320.00 | Scheduled: | $1,320.00   CONT | Allowed: | $1,320.00 |
| LBA MELVILLE ASSOCIATES LP<br>C/O RICHARDS LAYTON & FINGER, P.A.<br>ATTN: JASON MADRON<br>920 N. KING STREET<br>WILMINGTON, DE 19801 | | Claim Number: 7611<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $448,000.00 | | | Allowed: | $448,000.00 |

| WHEELER, MICHAEL J/SVP+RN<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 95661-3983 | | Claim Number: 7613-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$362,984.83  CONT | Allowed: | $10,950.00 |
| WHEELER, MICHAEL J/SVP+RN<br>1844 GRAZZIANI WAY<br>ROSEVILLE, CA 95661-3983 | | Claim Number: 7613-02<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6462 (10/27/2010) | | | | | |
| UNSECURED | Claimed: | $363,131.73 | | | Allowed: | $363,131.73 |
| DUNLEA COMMERCIAL PROPERTIES LLC<br>ATTN: SEAN DUNLEA<br>4N422 MOUNTAIN ASH DRIVE<br>WAYNE, IL 60184 | | Claim Number: 7614<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $173,615.78 | Scheduled: | $16,503.85 | Allowed: | $173,615.78 |
| LBA MELVILLE ASSOCIATES LP<br>C/O RICHARDS LAYTON & FINGER P.A.<br>ATTN: JASON MADRON<br>920 N. KING STREET<br>WILMINGTON, DE 19801 | | Claim Number: 7615<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $97,085.73 | Scheduled: | $68,023.37 | Allowed: | $97,085.73 |
| HOME BUYERS MARKETING II INC.<br>ATTN: JEAN M. POLSTON EXEC V.P.<br>28215 BOULDER CIRCLE<br>EXCELSIOR, MN 55331 | | Claim Number: 7616<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $31,133.68 | | | Allowed: | $31,133.68 |

| HOME BUYERS MARKETING INC.<br>ATTN: JEAN M. POLSTON EXEC V.P.<br>28215 BOULDER CIRCLE<br>EXCELSIOR, MN 55331 | | Claim Number: 7617<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $464,027.00 | Scheduled: | $472,665.44 | Allowed: | $464,027.00 |
| CRAMER, JANE M<br>1954 SANTA FE<br>DRIVE<br>STOCKTON, CA 95209 | | Claim Number: 7619<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,048.32 | Scheduled: | $1,048.32 CONT | Allowed: | $1,048.32 |
| TURCO, TAEDRA<br>45 SPOFFORD STREET<br>NEWBURYPORT, MA 01950 | | Claim Number: 7625<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $2,115.38 | Scheduled: | $3,147.93 CONT | Allowed: | $2,115.38 |
| DUONG, TOAN V<br>5721 MILNER WAY<br>SACRAMENTO, CA 95822 | | Claim Number: 7629<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $807.69 | Scheduled: | $807.69 CONT | Allowed: | $807.69 |
| ENGLISH, ODALIS M.<br>220 MALIBU CIRCLE<br>GREENACRES, FL 33413 | | Claim Number: 7631<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $495.42 | Scheduled: | $495.42 CONT | Allowed: | $495.42 |

EXCEL SECURITY SYSTEMS
2740 HUDSON AVENUE
ATTN KIM HOFFMAN, OWNER
CORONA, CA 92881

Claim Number: 7632
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7584 (06/30/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,510.00 | Scheduled: | $3,510.00 | | |

MUNITZ, NICOLE
2883 VALMONT LN
DELTONA, FL 32738

Claim Number: 7633
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,315.39 | Scheduled: | $1,315.39 CONT | | |

PUROHIT, URMILA
28 MOHEGAN AVENUE
PORT WASHINGTON, NY 11050

Claim Number: 7634
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,950.00 | Scheduled: | $2,950.00 CONT | Allowed: | $2,950.00 |

WALSH, ZELLEN
613 S QUINCY ST
ARLINGTON, VA 22204

Claim Number: 7635
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $423.08 | Scheduled: | $846.00 CONT | Allowed: | $423.08 |

SHORE PRINTING & GRAPHICS
105 RHETT CT
ATTN ANNA BOZZO
COMMACK, NY 11725

Claim Number: 7637
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,161.21 | | | Allowed: | $6,161.21 |

---

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

Claim Number: 7638-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $144,355.44 CONT | | |

BERGUM, STAN, JR.
5190 RANCHO MADERA ROAD
SAN DIEGO, CA 92130

Claim Number: 7638-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $145,008.85 | | Allowed: | $145,008.85 |

CBCINNOVIS, INC
ATTN DIRK M. CANTRELL, SEC/TREAS.
250 E. BROAD STREET, SUITE 1200
COLUMBUS, OH 43215

Claim Number: 7639
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9016 (07/16/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $162,069.12 | Scheduled: $241,201.12 | Allowed: | $162,069.12 |

RIVERA, EDWIN
3921 AZALEA CIR.
MAUMEE, OH 43537

Claim Number: 7641-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,273.74 | Scheduled: | $6,251.87 CONT | Allowed: | $6,273.74 |
| UNSECURED | | | Scheduled: | $24,549.58 CONT | | |

RIVERA, EDWIN
3921 AZALEA CIR.
MAUMEE, OH 43537

Claim Number: 7641-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,437.82 | | Allowed: | $23,437.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BRYAN, JEAN K<br>2132 N. CHARTER POINT DR<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 7642<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $3,038.46 | Scheduled: | $5,469.23 CONT | Allowed: | $3,038.46 |
| COURTNEY L. RIVERA<br>3921 AZALEA CIRCLE<br>MAUMEE, OH 43537 | | Claim Number: 7644<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 | Allowed: | $1,200.00 |
| SEXAUER, MARY JO<br>9619 KEDVALE AVE APT 302<br>OAK LAWN, IL 60453-3263 | | Claim Number: 7645-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$129,105.34 CONT | Allowed: | $10,950.00 |
| SEXAUER, MARY JO<br>9619 KEDVALE AVE APT 302<br>OAK LAWN, IL 60453-3263 | | Claim Number: 7645-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $130,050.00 | | | Allowed: | $130,050.00 |
| FORTAIN, THERESA J (TRACY)<br>5237 WHITEHOUSE DR.<br>TOLEDO, OH 43611 | | Claim Number: 7646<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $153.20 | Scheduled: | $343.58 CONT | Allowed: | $153.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HENIG, DONALD<br>7 BARBERRY ROAD<br>WEST ISLIP, NY 11795 | | Claim Number: 7651-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $1,364,122.91 CONT | | |
| HENIG, DONALD<br>7 BARBERRY ROAD<br>WEST ISLIP, NY 11795 | | Claim Number: 7651-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $1,354,159.22 | | | Allowed: | $1,354,159.22 |
| DEWEY & LEBOEUF LLP<br>ATTENTION: JOANNE N VALENTINE<br>1271 AVENUE OF THE AMERICAS, SUITE 4300<br>NEW YORK, NY 10020-1300 | | Claim Number: 7654<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $209,715.30 | | | Allowed: | $209,715.30 |
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | | Claim Number: 7663<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | |
| PRIORITY | Claimed: | $2,278.85 | Scheduled: | $4,329.81 CONT | | |
| TELEDIRECT INTERNATIONAL, INC<br>ATTN CINDI SCHULTZ, ACCOUNTING MANAGER<br>17255 N 82ND STREET<br>SCOTTSDALE, AZ 85255 | | Claim Number: 7669<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $8,037.12 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMUNITY MAGAZINE<br>ATTN JACK COHEN, MANAGER<br>1616 OCEAN PKWY<br>BKLYN, NY 11223 | | Claim Number: 7670<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,300.00 | | | Allowed: | $1,300.00 |
| ACCESS TELEPHONE SOLUTIONS<br>ATTN MELISSA SCHNEIDER, SECRETARY/TREAS.<br>1475 - 130TH AVE NE<br>BELLEVUE, WA 98005 | | Claim Number: 7684<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $2,982.78 | Scheduled: | $245.03 | Allowed: | $2,982.78 |
| FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>ATTN SCOTT A. CHERNICH<br>313 S WASHINGTON SQUARE<br>LANSING, MI 48933-2193 | | Claim Number: 7692<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $17,650.42 | Scheduled: | $17,650.42 | Allowed: | $17,650.42 |
| BELTRAN, MAGDALENA (MAGGIE)<br>1147 W GARDENA BLVD<br>GARDENA, CA 90247-4823 | | Claim Number: 7708<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,624.61  CONT | | |
| MAGDALENO, ELIZABETH<br>403 HONEYSUCKLE<br>WAGONER, OK 74467 | | Claim Number: 7709<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| PRIORITY | Claimed: | $9,846.00 | Scheduled: | $1,115.39  CONT | | |
| UNSECURED | Claimed: | $9,846.00 | | | | |
| TOTAL | Claimed: | $9,846.00 | | | | |

---

IANNOTTA, JOSEPH
2356 EASTERN AVE
BELLMORE, NY 11710

Claim Number: 7713
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,843.15 | Scheduled: | $1,846.15 CONT | Allowed: | $1,843.15 |

DESERT PALACE, INC., DBA
CAESAR'S PALACE HOTEL & CASINO
3570 LAS VEGAS BLVD, S
LAS VEGAS, NV 89109

Claim Number: 7714
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8959 (06/22/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500,000.00 | Scheduled: | $500,000.00 | Allowed: | $500,000.00 |

WILLIAMS, JOHN HUNTER JR.
104 CARRIAGE CT
LOCUST GROVE, VA 22508

Claim Number: 7715-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $178,421.81 CONT | | |

WILLIAMS, JOHN HUNTER JR.
104 CARRIAGE CT
LOCUST GROVE, VA 22508

Claim Number: 7715-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $178,479.39 | | | Allowed: | $178,479.39 |

KOSS, MARILYN J
150 SMETHWICK LANE
ELK GROVE VILLAGE, IL 60007

Claim Number: 7718
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,773.08 | Scheduled: | $4,159.62 CONT | Allowed: | $2,773.08 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| REEG, BRIAN C<br>5169 HERITAGE DR<br>CONCORD, CA 94521 | | Claim Number: 7721-01<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $61,330.13 CONT | | |
| REEG, BRIAN C<br>5169 HERITAGE DR<br>CONCORD, CA 94521 | | Claim Number: 7721-02<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $61,664.66 | | | Allowed: | $61,664.66 |
| MANN ENTERPRISES<br>ATTN ROBERT KIESL, PRESIDENT<br>1440 CORAL RIDGE DR #341<br>CORAL SPRINGS, FL 33071 | | Claim Number: 7724<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,124.36 | Scheduled: | $636.97 | Allowed: | $1,124.36 |
| PELICAN II, LLC<br>5 PALMWOOD SR<br>TYBEE ISLAND, GA 31328-9716 | | Claim Number: 7725<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 | | |
| HIGHWOODS PROPERTIES, INC.<br>C/O SCOTT P VAUGHN<br>HELMS MULLISS & WICKER, PLLC<br>PO BOX 31247<br>CHARLOTTE, NC 28231 | | Claim Number: 7729<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $14,344.40 | | | Allowed: | $14,344.40 |

---

UNIGLOBE AT BEST TRAVEL, INC
111 HOWARD BLVD
SUITE 210
MT. ARLINGTON, NJ 07856

Claim Number: 7730
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,707.00 | | Allowed: | $1,707.00 |
|---|---|---|---|---|---|

HOUSTON, TRUXTUN CRAIN JR.
PO BOX 59
BUTLER, MD 21023

Claim Number: 7735-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,734.96  CONT | Allowed: | $10,950.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $83,556.71  CONT | | |

HOUSTON, TRUXTUN CRAIN JR.
PO BOX 59
BUTLER, MD 21023

Claim Number: 7735-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6462 (10/27/2008)

| UNSECURED | Claimed: | $83,734.50 | | Allowed: | $83,734.50 |
|---|---|---|---|---|---|

THELEN REID BROWN RAYSMAN & STEINER LLP
ATTN LOUIS J CISZ, III
MARCUS O COLABIANCHI
101 SECOND STREET #1800
SAN FRANCISCO, CA 94105

Claim Number: 7736
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9257 (09/24/2010)

| UNSECURED | Claimed: | $3,027.90 | | Allowed: | $3,027.90 |
|---|---|---|---|---|---|

E.E.C.O. ELECTRIC CORP.
35650 COUNTY ROAD 48
PECONIC, NY 11958

Claim Number: 7738
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8493 (01/12/2009)

| SECURED | Claimed: | $97,649.69 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $97,649.69 | Allowed: | $97,649.69 |

SOLOMON & TANENBAUM
ATTN CLIFFORD M SOLOMAN, PRESIDENT
707 WESTCHESTER AVENUE, SUITE 205
WHITE PLAINS, NY 10604

Claim Number: 7739
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,275.95 | | Allowed: | $20,275.95 |

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

Claim Number: 7742-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,991.40 | Scheduled: | $71.27 | Allowed: | $20,991.40 |

CLISE AGENCY TRUST
C/O M. OWEN GABRIELSON
GRAHM & DUNN PC
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121-1128

Claim Number: 7742-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| SECURED | Claimed: | $3,127.41 |

MCGOWEN, MARK
54 SWEETBRIAR TRAIL
EASTON, CT 06612

Claim Number: 7744-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,893.42 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $139,909.02 CONT | | |

MCGOWEN, MARK
54 SWEETBRIAR TRAIL
EASTON, CT 06612

Claim Number: 7744-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $138,696.00 | | Allowed: | $138,696.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HOMES ON THE HILL COMMUNITY DEVELOPMENT CORPORATION<br>4318 WESTLAND MALL<br>COLUMBUS, OH 43228-1629 | | Claim Number: 7745<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $3,300.00 | | | | Allowed: | $3,300.00 |
| PATRICK MANLEY FREYA DENITTO SHAWN ONEIL CHRISTIAN KOHL & T MARINOVICH 04CV-08606<br>DAN GETMAN, LAW OFFICE OF DAN GETMAN<br>9 PARADIES LANE<br>NEW PALTZ, NY 12561 | | Claim Number: 7746<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,651,254.79 | Scheduled: | $0.00 UNLIQ | | Allowed: | $1,651,254.79 |
| AGOSTINI, ROBERT J<br>88 ETNA ST<br>BRIGHTON, MA 02135-2830 | | Claim Number: 7752<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $787.50 | Scheduled: | $787.50 CONT | | Allowed: | $787.50 |
| CARD, THERESA<br>2913 BOULDER RIDGE TR<br>MILFORD, MI 48380 | | Claim Number: 7754<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $384.62 | | | | | |
| SUNTRUST ROBINSON HUMPHREY FUNDING, LLC<br>F/K/A SUN TRUST ASSET FUNDING, LLC<br>C/O MADISON L MARTIN - STITES & HARBISON<br>401 COMMERCE STREET, STE 800<br>NASHVILLE, TN 37219 | | Claim Number: 7757<br>Claim Date: 01/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8299 (11/13/2009) | | | | | |
| UNSECURED | Claimed: | $18,613,685.00 | | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

NASH PRINTING D/B/A SIR SPEEDY
OF PLAINVIEW/ATTN MATTHEW V. SPERO, ESQ
C/O RUSKIN MOSCOU FALTISCHEK, PC
1425 REXCORP PLAZA
UNIONDALE, NY 11556

Claim Number: 7758
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $515,134.51 | Scheduled: | $45,321.66 | | |

TRANSWESTERN CONCORD CORPORATE CENTRE LP
C/O MICHAEL S GREGER/JAMES A TIMKO ESQS
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP - 1900 MAIN ST, FIFTH FL
IRVINE, CA 92614-7321

Claim Number: 7759-01
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $156,706.56 | | | Allowed: | $156,706.56 |

TRANSWESTERN CONCORD CORPORATE CENTRE LP
C/O MICHAEL S GREGER/JAMES A TIMKO ESQS
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP - 1900 MAIN ST, FIFTH FL
IRVINE, CA 92614-7321

Claim Number: 7759-02
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| SECURED | Claimed: | $11,806.90 |

SWEARINGEN REALTY GROUP, LLC
ATTN: GRANVILLE JENKINS
5950 BERKSHIRE LANE #700
DALLAS, TX 75225

Claim Number: 7763
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6839 (01/13/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,036.91 | Scheduled: | $15,036.91 |

SCHOLLMEYER, LISA
178 PARKWOOD RD
WEST ISLIP, NY 11795

Claim Number: 7766
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10934 (12/17/2013)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $825.00 CONT | Allowed: | $825.00 |
| UNSECURED | Claimed: | $825.00 | | | | |

| JORGENSEN, ANNE MARIE<br>18 ELMTREE LANE<br>LEVITTOWN, NY 11756 | | Claim Number: 7770<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,255.77 | Scheduled: | $7,234.81 CONT | Allowed: | $4,255.77 |
| DUARTE, DEBORAH<br>504 MARTHA AVE<br>BELLPORT, NY 11713 | | Claim Number: 7771<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $568.46<br>$568.46<br>$568.46 | Scheduled: | $568.46 CONT | | |
| CANNITO, HELEN<br>3368 CHESHIRE RD<br>DELAWARE, OH 43015 | | Claim Number: 7773<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,376.92 | Scheduled: | $2,376.92 CONT | Allowed: | $2,376.92 |
| KATANOV, IGOR<br>10244 63RD AVE<br>FOREST HILLS, NY 11375-1046 | | Claim Number: 7774<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $1,561.54 UNDET | Scheduled: | $1,561.54 CONT | Allowed: | $1,561.54 |
| VAN HOUCK, JASON V<br>1101 MCGEE DR<br>RENO, NV 89523 | | Claim Number: 7775<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,255.39 | Scheduled: | $1,255.39 CONT | Allowed: | $1,255.39 |

---

SOGLO, MICHELLE
8341 SPHERE WAY
PENSACOLA, FL 32514

Claim Number: 7776
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7234 (04/07/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $346.08 | | $692.16 CONT | | $346.08 |

BELTRAN, MAGDALENA (MAGGIE)
1040 EAST WASHINGTON BLVD
NUM 24
ESCONDIDO, CA 92027

Claim Number: 7786
Claim Date: 01/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $923.08 | | $923.08 CONT | | $923.08 |

ENDERBY, DEBORAH
10 RIDGEFIELD DR.
SHOREHAM, NY 11786

Claim Number: 7797
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $3,000.00 | | $3,000.00 | | $3,000.00 |

MARCANO, ANGELICA F
473 SUN LAKE CIR APT 309
LAKE MARY, FL 32746

Claim Number: 7800
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,500.00 | | $2,087.77 CONT | | $1,500.00 |

SCHLANGE, JOANNE E
455 N MESA ST
SUSANVILLE, CA 96130

Claim Number: 7805
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $498.87 | | $498.87 |

U.S. BANKRUPTCY COURT    Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 390 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

ORTIZ-CLIFFORD, SANDRA
344 TREMONT RD
LINDENHURST, NY 11757

Claim Number: 7812
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6217 (10/10/2008)

| | | Scheduled: | $261.18 CONT | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $173.65 | | | |

INLAND WESTERN BRADENTON BEACHWAY, LLC
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7813-01
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
SEND NOTICES TO:

| UNSECURED | Claimed: | $47,475.15 | | Allowed: | $47,475.14 |
|---|---|---|---|---|---|

INLAND WESTERN BRADENTON BEACHWAY, LLC
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQ - LAW DEPARTMENT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7813-02
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $6,000.00 | | Allowed: | $6,000.00 |
|---|---|---|---|---|---|

IMPAC FUNDING CORPORATION
ATTN STEPHEN WICHMANN
19500 JAMBOREE ROAD
IRVINE, CA 92612

Claim Number: 7814
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 9861 (03/17/2011)

| UNSECURED | Claimed: | $63,000,000.00 | | Allowed: | $5,710,375.00 |
|---|---|---|---|---|---|

KATZ, RHONDA
14 STRATFORD CT
NORTH BELLMORE, NY 11710

Claim Number: 7815
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,480.77 | Scheduled: | $2,961.54 CONT | Allowed: | $1,480.77 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JOHNSON, BEVERLY<br>509 W. NATHAN STREET<br>LAKE CRYSTAL, MN 56055 | | Claim Number: 7826<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $3,814.46 | | | | | |
| UNSECURED | | | Scheduled: | $300.00 | | | |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | | Claim Number: 7843<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $164.75 | | | | | |
| UNSECURED | Claimed: | $164.75 | | | | | |
| TOTAL | Claimed: | $164.75 | | | | | |
| JOHNSTON, THOMAS R<br>23 CHAMPNEY PLACE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7845<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | | | Scheduled: | $2,080.54 CONT | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| WHITE, BETH E<br>5377 SW 40 AVE<br>APT 104<br>FORT LAUDERDALE, FL 33314 | | Claim Number: 7846<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $998.31 | Scheduled: | $1,369.56 CONT | Allowed: | $998.31 | |
| EGLINTON, GARY S (SCOTT)<br>2887 S GREENLEAF CIR<br>BOYNTON BEACH, FL 33426 | | Claim Number: 7847<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $923.08 | Scheduled: | $1,144.62 CONT | Allowed: | $923.08 | |

VARGAS, MARIANNE A
7392 SWEET CLOVER
COLUMBIA, MD 21045

Claim Number: 7849
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| PRIORITY | Claimed: | $3,800.00 | Scheduled: | $3,800.00 CONT | Allowed: | $3,800.00 |
|---|---|---|---|---|---|---|

SMITH, SHANTA N.
675 COMMANDER AVE
WEST BABYLON, NY 11704

Claim Number: 7850
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| PRIORITY | Claimed: | $1,528.80 | Scheduled: | $1,615.39 CONT | Allowed: | $1,528.80 |
|---|---|---|---|---|---|---|

CLARKE, TOM J
2 TERRY LANE
COMMACK, NY 11725

Claim Number: 7853
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $3,807.69 | Scheduled: | $3,807.69 CONT | Allowed: | $3,807.69 |
|---|---|---|---|---|---|---|

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

Claim Number: 7854
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 8009 (09/04/2009)

| UNSECURED | Claimed: | $203,177.00 | | | | |
|---|---|---|---|---|---|---|

HUBER, CHANDA L
49129 PLUMA GRIS PL
COACHELLA, CA 92236-5485

Claim Number: 7856
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,038.46 | Scheduled: | $1,038.46 CONT | Allowed: | $1,038.46 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRAGHOLM, RACHEL K.<br>50 CEDAR POINTE LOOP APT 805<br>SAN RAMON, CA 94583-4138 | | Claim Number: 7859-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9741 (02/01/2011) | | | | | |
| PRIORITY | Claimed: | $767.36 | Scheduled: | $767.36 CONT | | Allowed: | $767.36 |
| CRAGHOLM, RACHEL K.<br>50 CEDAR POINTE LOOP APT 805<br>SAN RAMON, CA 94583-4138 | | Claim Number: 7859-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9741 (02/01/2011) | | | | | |
| UNSECURED | Claimed: | $71.70 | | | | | |
| SHIELDS MARIANNE<br>2624 S HATCH<br>SPOKANE, WA 99220 | | Claim Number: 7863<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
| PRIORITY | | | Scheduled: | $325.00 CONT | | | |
| UNSECURED | Claimed: | $750.00 | | | | | |
| ACADIANA'S OFFICE PRODUCTS<br>ATTN JOHN A. MARTIN<br>P.O. BOX 61748<br>LAFAYETTE, LA 70596 | | Claim Number: 7864<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | | |
| UNSECURED | Claimed: | $23,585.04 | | | | Allowed: | $23,585.04 |
| NINO, ANA V (VANESA)<br>1232 9TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 7870<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $1,759.79 | Scheduled: | $1,759.79 CONT | | Allowed: | $1,759.79 |

| GATEWAY CHULA VISTA<br>333 "H" STREET<br>SUITE 6000<br>CHULA VISTA, CA 91910 | | Claim Number: 7871<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $179,235.18 | | | Allowed: | $179,235.18 |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | | Claim Number: 7872-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00  CONT<br>$117,230.20  CONT | Allowed: | $10,950.00 |
| MEYER, DAVID C.<br>1933 NW 95TH<br>SEATTLE, WA 98117 | | Claim Number: 7872-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $117,635.15 | | | Allowed: | $117,635.15 |
| OPTION DIRECT<br>ATTN MORTON A.<br>610 NE 173RD TERRACE<br>MIAMI, FL 33317 | | Claim Number: 7874<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $43,448.04 | | | | |
| AROLL, MORTY & SHOSHANA<br>610 NE 173RD TERRACE<br>N. MIAMI BEACH, FL 33162-2040 | | Claim Number: 7880<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4865 (06/25/2008) | | | | |
| UNSECURED | Claimed: | $16,656.03 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

SALTZMAN, RONALD
10664 FAWN RIVER TRAIL
BOYNTON BEACH, FL 33437-3996

Claim Number: 7881
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $39,827.57 | | | | |

---

PHILBEE, RICK A
4465 DOENGES DR
FORT WAYNE, IN 46815

Claim Number: 7882
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,346.52 | Scheduled: | $1,346.52 CONT | Allowed: | $1,346.52 |

---

DICOSTANZO, CHRISTINE
PO BOX 243
HUNTINGTON STA, NY 11746

Claim Number: 7890
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $2,461.52 | Scheduled: | $2,461.52 CONT | Allowed: | $2,461.52 |

---

DOLAN, MICHAEL F
6 SKYVUE CT
SOUTH SETAUKET, NY 11720

Claim Number: 7891
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $6,000.00 | Scheduled: | $10,230.77 CONT | Allowed: | $6,000.00 |

---

TRAPANOTTO, TIMOTHY
17 CRESTWOOD DR
FORT SALONGA, NY 11768

Claim Number: 7909
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $4,417.07 | Scheduled: | $4,417.07 CONT | Allowed: | $4,417.07 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMITH, KRISTOPHER<br>129 PEARL ST<br>BATAVIA, NY 14020-2913 | | Claim Number: 7918<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $730.44 | | | | | |
| SMITH, KRISTOPHER<br>12602 HICKORY LAKES DR S<br>JACKSONVILLE, FL 32225-5229 | | Claim Number: 7919<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $730.44 | Scheduled: | $1,000.67 CONT | Allowed: | $730.44 | |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 7920<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $2,700.00 | | | | | |
| SOCKO, LINDA<br>11481 SW 53RD AVE<br>OCALA, FL 34476 | | Claim Number: 7921<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $2,700.00 | | | Allowed: | $2,700.00 | |
| ROSARIO, LUCRETIA (CREE)<br>9760 PARK TERRACE<br>DR 18<br>SANTEE, CA 92071 | | Claim Number: 7922<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $1,161.56 | Scheduled: | $1,161.56 CONT | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHREIBER, LISA M.<br>39821 FOX GLOVE COURT<br>LOVETTSVILLE, VA 20180 | | Claim Number: 7923-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6702 (12/11/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |
| SCHREIBER, LISA M.<br>39821 FOX GLOVE COURT<br>LOVETTSVILLE, VA 20180 | | Claim Number: 7923-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6702 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $468,775.00 | | | Allowed: | $468,775.00 |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 7930<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $136,423,174.00   UNDET DISP | | |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ | | | | |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | | Claim Number: 7936<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9459 (11/16/2010) | | | | |
| UNSECURED | Claimed: | $283,902.30 | | | Allowed: | $283,902.30 |
| CARNAHAN, JOHN<br>1244 HAWTHORNE STREET<br>ALAMEDA, CA 94501 | | Claim Number: 7939-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,233.51 | Scheduled:<br>Scheduled: | $10,120.61   CONT<br>$38,425.40   CONT | Allowed: | $9,233.51 |

| CARNAHAN, JOHN<br>1244 HAWTHORNE STREET<br>ALAMEDA, CA 94501 | | Claim Number: 7939-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,537.18 | | | Allowed: | $39,537.18 |

| KOPF, DAVID<br>16 PACIFIC GROVE DR<br>ALISO VIEJO, CA 92656 | | Claim Number: 7940<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,568.77 | Scheduled: | $7,137.86 CONT | Allowed: | $3,568.77 |

| THOMSON NETG<br>GREG PORTO<br>SKILLSOFT CORPORATION<br>107 NORTHEASTERN BLVD.<br>NASHUA, NH 03062 | | Claim Number: 7943<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $323,024.49 | Scheduled: | $113,024.49 | | |

| SICARI, DANIELLE L.<br>536 FRENCH AVENUE<br>NORTH BABYLON, NY 11703 | | Claim Number: 7945<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,531.27 | Scheduled: | $3,290.65 CONT | Allowed: | $2,531.27 |

| CRAVEN-SHAFFER-NORTH BAY VILLAGE<br>C/O GEOFFREY S AARONSON P.A.<br>ATTN GEOFFREY S AARONSON, ESQ.<br>100 SE 2ND STREET, 27TH FL- BOA TOWER<br>MIAMI, FL 33131 | | Claim Number: 7946<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $109,286.04 | | | Allowed: | $109,286.04 |

TOSHIBA AMERICA BUSINESS SOLUTIONS
ELECTRONIC IMAGING DIVISION
ATTN MERCIA MCKENZIE, CREDIT MRG.
2 MUSICK
IRVINE, CA 92606

Claim Number: 7948
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $31,208.38 | Scheduled: | $15,990.01 | Allowed: | $31,208.38 |
|---|---|---|---|---|---|---|

WASHINGTON REAL ESTATE INVESTMENT TRUST
C/O MAGRUDER & ASSOCIATES, P.C.
ATTN JASON MCNEAL, ASSET MANAGER
1889 PRESTON WHITE DR. - STE. 200
RESTON, VA 20191

Claim Number: 7949
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $33,093.10 | | | Allowed: | $33,093.10 |
|---|---|---|---|---|---|---|

TOWN SQUARE VENTURES, L.P.
C/O INLAND SOUTHWEST MANAGEMENT, LLC
C/O BERT BITTOURNA, ESQUIRE - LAW DEPT.
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

Claim Number: 7950
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8492 (01/12/2010)

| SECURED | Claimed: | $10,446.34 |
|---|---|---|
| UNSECURED | Claimed: | $4,032.14 |

121 MARCOM INC
ATTN RACHEL RODGERS, PRES.
120 BLOOMFIELD STREET # 2
HOBOKEN, NJ 07030

Claim Number: 7951
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $16,920.00 |
|---|---|---|

STILES, LAUREL A
382 WALTON STREET
LEMOYNE, PA 17043

Claim Number: 7952
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| PRIORITY | Claimed: | $1,295.62 | Scheduled: | $1,360.40 CONT | Allowed: | $1,295.62 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| MAHAN, RICHARD K<br>4989 WESTCHESTER DR<br>HARRISBURG, PA 17112 | | Claim Number: 7953-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,490.36 | Scheduled:<br>Scheduled: | $8,610.36 CONT<br>$62,284.17 CONT | Allowed: | $10,490.36 |
| MAHAN, RICHARD K<br>4989 WESTCHESTER DR<br>HARRISBURG, PA 17112 | | Claim Number: 7953-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $60,670.24 | | | Allowed: | $60,670.24 |
| ZELTNER VS AMERICAN HOME MORTGAGE<br>CT OF COMMON PLEAS WOOD CO OH 06CV220<br>ADVOCATES BASIC LEGAL EQUALITY R ALSTON<br>520 MADISON AVENUE, SUITE 740<br>TOLEDO, OH 43604 | | Claim Number: 7958<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $216,000.00 | Scheduled: | $0.00 UNLIQ | | |
| SAS INSTITUTE INC.<br>ATTN H. HOWARD BROWNE<br>100 SAS CAMPUS DRIVE<br>CARY, NC 27513 | | Claim Number: 7959<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $16,666.40 | Scheduled: | $10,681.45 | Allowed: | $16,666.40 |
| JOHNSTON, JOHN A.<br>23 CHAMPNEY PL.<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 7961<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10476 (06/07/2012) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$386,339.12 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| COUGHLIN DUFFY LLP<br>ATTN DANIEL MARKHAM, MEMBER<br>WALL STREET PLAZA<br>88 PINE STREET, 5TH FLOOR<br>NEW YORK, NY 10005 | | Claim Number: 7962<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9778 (02/09/2011) | | | | |
| UNSECURED | Claimed: | $9,423.43 | | | | |
| LEVITT BAKERSFIELD, LLC<br>C/O GREGORY D. BYNUM & ASSOC., INC<br>ATTN ROY SCARAZZO, AUTHORIZED AGENT<br>5601 TRUXTUN AVENUE SUITE 190<br>BAKERSFIELD, CA 93309-0627 | | Claim Number: 7963<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | | |
| UNSECURED | Claimed: | $104,680.60 | | | Allowed: | $104,680.60 |
| AMERICAN SECURITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW- #400 EAST<br>WASHINGTON, DC 20007 | | Claim Number: 7966<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10882 (10/09/2013) | | | | |
| UNSECURED | Claimed: | $71,932.58 | Scheduled: | $34,732.17 | Allowed: | $71,932.58 |
| CHAMPION & ASSOCIATES, P.C.<br>1750 WASHINGTON ST #B<br>BOSTON, MA 21181831 | | Claim Number: 7968<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8212 (10/27/2009) | | | | |
| SECURED | Claimed: | $497,197.00 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| TRAHAN, ROBERT<br>C/O NORMAN B NEWMAN NOT INDIVIDUALLY BUT<br>SOLELY AS THE CHAPTER 7 TRUSTEE<br>191 N WACKER SUITE 1800<br>CHICAGO, IL 60606 | | Claim Number: 7972-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $440,385.24 CONT | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAHAN, ROBERT<br>C/O NORMAN B NEWMAN NOT INDIVIDUALLY BUT<br>SOLELY AS THE CHAPTER 7 TRUSTEE<br>191 N WACKER SUITE 1800<br>CHICAGO, IL 60606 | | Claim Number: 7972-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $441,200.97 | | | Allowed: | $441,200.97 |
| CIP GATEWAY 1 & 2 LLC<br>114 PACIFIC STE 450<br>IRVINE, CA 92618-3343 | | Claim Number: 7973-01<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $18,357.40 | Scheduled: | $6,031.48 | Allowed: | $18,357.40 |
| CIP GATEWAY 1 & 2 LLC<br>114 PACIFIC STE 450<br>IRVINE, CA 92618-3343 | | Claim Number: 7973-02<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $5,900.00 | | | Allowed: | $5,900.00 |
| BRAVEPOINT<br>ATTN JOHN HARLOW, PRESIDENT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA 30071 | | Claim Number: 7976<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $227,798.97 | Scheduled: | $200,163.16 | Allowed: | $227,798.97 |
| BRIT-FIFTY WEST, LLC<br>ATTN MARJORIE ATYA, PROPERTY MANAGER<br>C/O MAGRUDER & ASSOCIATES, P.C.<br>1889 PRESTON WHITE DR, STE 200<br>RESTON, VA 20191 | | Claim Number: 7977<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $188,809.82 | | | Allowed: | $188,809.82 |

G. MELO LLC
ATTN PHIL W HATHCOCK, PROPERTY MAANGER
C/O MAGRUDER & ASSOCIATES, P.C.
1889 PRESTON WHITE DR, STE 200
RESTON, VA 20191

Claim Number: 7978
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $52,636.39 | | | Allowed: | $52,636.39 |

MIDLOTHIAN ARBORETUM C/O DNA PARTNERS
PO BOX 250
COLD SPG HBR, NY 11724-0250

Claim Number: 7979
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| UNSECURED | Claimed: | $61,181.95 | | | Allowed: | $61,181.95 |

GRENIER, KAREN
21 WINDING LN
ISLANDIA, NY 11749

Claim Number: 7992
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $745.97 | Scheduled: | $3,481.18 CONT | Allowed: | $745.97 |

MASCOLO, JACQUELINE
31 S COLUMBIA ST
PORT JEFFERSON STATI, NY 11776

Claim Number: 7993
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31 CONT | Allowed: | $2,692.31 |

LAMBIASE, GILDA A
7780 HIGHLANDS
CIRCLE
MARGATE, FL 33063

Claim Number: 8001
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| PRIORITY | Claimed: | $1,130.77 | Scheduled: | $1,130.77 CONT | Allowed: | $1,130.77 |

| | | | | |
|---|---|---|---|---|
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8010<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $187.50 | Allowed: | $187.50 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8011<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $499.44 | Allowed: | $499.44 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8012<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $358.86 | Allowed: | $358.86 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8013<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,472.61 | Allowed: | $2,472.61 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8014<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,450.80 | Allowed: | $1,450.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8015<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $874.51 | | | Allowed: | $874.51 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON, OH 44711 | | Claim Number: 8016<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $646.00 | | | Allowed: | $646.00 |
| DUFFY, JOSEPH F<br>2 ESTERO POINTE<br>ALISO VIEJO, CA 92656 | | Claim Number: 8021<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $9,466.09 | Scheduled: | $9,466.09 CONT | Allowed: | $9,466.09 |
| ORELLANO, CHRISTINA (TINA)<br>593 LANCASTER DRIVE<br>PINGREE GROVE, IL 60140 | | Claim Number: 8023<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $2,229.24 CONT | | |
| UNSECURED | Claimed: | $80.77 | | | | |
| ORELLANO, CHRISTINA (TINA)<br>593 LANCASTER DRIVE<br>PINGREE GROVE, IL 60140 | | Claim Number: 8024<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $80.77 CONT | | |
| UNSECURED | Claimed: | $80.77 | | | Allowed: | $80.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WILKINSON, FAITH C<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8025<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8031 (09/08/2009) | | | | | |
| SECURED | Claimed: | $1,529.37 | | | | | |
| WILKINSON, FAITH<br>8775 CELESTE RD<br>SARALAND, AL 36571 | | Claim Number: 8026<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8320 (11/19/2009) | | | | | |
| PRIORITY | Claimed: | $12,000.00 | | | | | |
| DORONILA, ALLEN<br>4 MICHIGAN AVE<br>HAZLET, NJ 07730-2214 | | Claim Number: 8033<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $1,184.00 | Scheduled: | $1,440.61 CONT | Allowed: | $1,184.00 | |
| ONEILL, CARLY<br>98 S ZORANNE DR<br>FARMINGDALE, NY 11735 | | Claim Number: 8034<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $1,636.88 | Scheduled: | $3,069.22 CONT | Allowed: | $1,636.88 | |
| GETTY IMAGES INC<br>ATTN KATHLEEN A. MEEK-SENYOCHL<br>CREDIT AND COLLECTIONS DEPT.<br>PO BOX 953604<br>ST LOUIS, MO 63195-3604 | | Claim Number: 8043<br>Claim Date: 01/09/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $21,099.62 | Scheduled: | $655.00 | Allowed: | $21,099.62 | |

| | | | | |
|---|---|---|---|---|
| CALYON NEW YORK BRANCH AS ADMIN AGENT PURSUANT TO THE REPURCHASE AGREEMENT JOHN-CHARLES VAN ESSCHE -CALYON BUILDING 1301 AVENUE OF THE AMERICAS NEW YORK, NY 11019 | Claim Number: 8046 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 8022 (09/08/2009) | | | |
| SECURED | | Scheduled: | $1,155,752,443.00  UNDET DISP | |
| UNSECURED | Claimed: | $1,179,579,324.67  UNLIQ | | |
| KAYCEE LLC ATTN GARY ERICKSON, MGR 1295 KELLY JOHNSON BLVD SUITE 230 COLORADO SPRINGS, CO 80920 | Claim Number: 8051 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $42,283.81 | | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR IDB - ATTN SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8053 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $26,200.80 | | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AS AGENT FOR OFC CAPITAL- SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8054 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $420,214.30 | | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10018 | Claim Number: 8056 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $134,518.94 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8060<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $272,368.38 | | | | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>AS AGENT FOR NATIONAL PENN BANK<br>ATTN SCOTT K. LEVINE / PLATZER SWERGOLD<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8062<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $4,969.51 | | | | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>C/O PLATZER SWERGOLD KARLIN LEVINE ET AL<br>ATTN SCOTT K LEVINE ESQ<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8066<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $1,305,949.98 | | | | |
| RICHARD, BRENDA J<br>6350 STONEY HILL CHURCH RD<br>BAILEY, NC 27807-9538 | Claim Number: 8072<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10985 (03/06/2014) | | | | | |
| PRIORITY | Claimed: | $400.00 | Scheduled: | $400.00 CONT | | |
| DANZILO, ANTHONY<br>2474 FREEPORT ST<br>WANTAGH, NY 11793 | Claim Number: 8073<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5919 (09/16/2008) | | | | | |
| PRIORITY | Claimed: | $607.69 | Scheduled: | $607.69 CONT | Allowed: | $607.69 |

| TAYLOR, DAMETRIA<br>2583 COUNTRYSIDE CT.<br>AUBURN HILLS, MI 48326 | | Claim Number: 8074<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $931.44 | Scheduled: | $931.44 CONT | Allowed: | | $931.44 |
| CROSBY, JENNIFER N<br>4581 TAYLOR AVE<br>OGDEN, UT 84403-3142 | | Claim Number: 8076<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | | $800.00 |
| GUIDA, ALICE E<br>77 HAYES ST<br>GARDEN CITY, NY 11530 | | Claim Number: 8078<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $484.62 | Scheduled: | $484.62 CONT | Allowed: | | $484.62 |
| BOMBA, MARTIN<br>1208 EAST 94TH STREET<br>BROOKLYN, NY 11236 | | Claim Number: 8079<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $246,946.00 | Scheduled: | $0.00 UNLIQ | Allowed: | | $246,946.00 |
| AHMED, SHAHNILA<br>351 W 14TH ST<br>DEER PARK, NY 11729-6346 | | Claim Number: 8080<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $2,692.31 | Scheduled: | $2,692.31 CONT | Allowed: | | $2,692.31 |

STERLING, DANIELLE
2186 EAST 2ND STREET
BROOKLYN, NY 11223

Claim Number: 8090
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $547.06 | Scheduled: | $547.06 CONT | Allowed: | $547.06 |
|---|---|---|---|---|---|---|

POWERS, KENNETH C
480 HIBISCUS ST STE 515
WEST PALM BEACH, FL 33401

Claim Number: 8092
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4615 (06/13/2008)

| PRIORITY | Claimed: | $2,981.02 | Scheduled: | $4,038.46 CONT | Allowed: | $2,981.02 |
|---|---|---|---|---|---|---|

HISCOCK, MARY N
97 HILARY ST
WEST SAYVILLE, NY 11796

Claim Number: 8097
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $344.25 | Scheduled: | $344.25 CONT | Allowed: | $344.25 |
|---|---|---|---|---|---|---|

RAMIREZ, KELLY
1732 SOUTH PIERCE
STREET
LAKEWOOD, CO 80232

Claim Number: 8103
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $1,292.31 | Scheduled: | $1,292.31 CONT | Allowed: | $1,292.31 |
|---|---|---|---|---|---|---|

GRATZA, DONNA
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8104
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7585 (06/30/2009)

| PRIORITY | Claimed: | $1,826.92 | Scheduled: | $1,826.92 CONT | | |
|---|---|---|---|---|---|---|

GRATZA, DONNA M.
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8105
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| PRIORITY | Claimed: | $10,333.00 | | | |
|---|---|---|---|---|---|

GRATZA, DONNA M
C/O CHRIS & SHARON FEDIOR
409 AUBER
ST LOUIS, MO 63011

Claim Number: 8106
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| PRIORITY | Claimed: | $59.62 | Scheduled: | $59.62 CONT | Allowed: | $59.62 |
|---|---|---|---|---|---|---|

CONNERS, SANDRA L
PO BOX 4572
WALNUT CREEK, CA 94596-0572

Claim Number: 8108
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $1,616.00 | Scheduled: | $1,616.00 CONT | Allowed: | $1,616.00 |
|---|---|---|---|---|---|---|

WOODRUFF, DAVID H.
1473 QUAKER RIDGE
WEST CHESTER, PA 19380

Claim Number: 8110
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| SECURED | Claimed: | $28,814.54 | | | |
|---|---|---|---|---|---|

VELTRE-HULSE, SUSAN
29 RICHMOND RD
ROCKVILLE CENTRE, NY 11570

Claim Number: 8113
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6462 (10/27/2008)

| PRIORITY | Claimed: | $27,500.00 | | | |
|---|---|---|---|---|---|

REDDING, DEBBY
5338 SMILEY HOLLOW RD
GOODLETTSVILLE, TN 37072-7101

Claim Number: 8117
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $200.00 | | | | |

HORROCKS, STEPHEN
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA 92646

Claim Number: 8121-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $10,670.33 | | $10,950.00 CONT | | $10,670.33 |
| UNSECURED | | | | $54,502.36 CONT | | |

HORROCKS, STEPHEN
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA 92646

Claim Number: 8121-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $55,112.48 | | | | $55,112.48 |

KAISER, CANDACE R
2615 COUNTRY RD 75
BUTLER, IN 46721

Claim Number: 8135
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,880.77 | | $3,380.10 CONT | | $2,880.77 |

WESOLOWSKI, KEITH
728 MCDONALD AVE
CHARLOTTE, NC 28203-5902

Claim Number: 8143
Claim Date: 01/03/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $592.37 | | | | $592.37 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BORRILLO, REGINA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 8144<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | | | Scheduled: | $661.19 CONT | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| BYLLOTT, DEBRA<br>2 BUD COURT<br>HAUPPAUGE, NY 11788 | | Claim Number: 8145<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | | | Scheduled: | $1,765.39 CONT | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228 | | Claim Number: 8146<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | | |
| MASSELLA, RALPH A.<br>528 HILTON AVENUE<br>CATONSVILLE, MD 21228-5817 | | Claim Number: 8147<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $42,200.00 | | | | | |
| MASSELLA, RALPH A<br>528 HILTON AVE<br>CATONSVILLE, MD 21228 | | Claim Number: 8148-01<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 | |
| UNSECURED | | | Scheduled: | $137,126.48 CONT | | | |

MASSELLA, RALPH A
528 HILTON AVE
CATONSVILLE, MD 21228

Claim Number: 8148-02
Claim Date: 01/07/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7234 (04/07/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $126,811.13 | | | Allowed: | $126,811.13 |

VENSKUS, MICHAEL
36 PRATT ST
ALLSTON, MA 02134

Claim Number: 8151
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $722.40 | Scheduled: | $722.40 CONT | Allowed: | $722.40 |

MORGAN STANLEY MARKET PRODUCTS INC.
C/O MORGAN STANLEY & CO., INC.
ATTN: RICHE MCKNIGHT, ESQ.
1633 BROADWAY, 25TH FLOOR
NEW YORK, NY 10019

Claim Number: 8158
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET 8998 (07/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | |
| SECURED | Claimed: | $4,975,548.26 UNLIQ | | | |
| UNSECURED | | | | Allowed: | $4,975,548.26 |

BANK OF AMERICA, N.A.
ATTN: SEAN A. TOBIAS
TX 1-492-66-01
901 MAIN STREET, 66TH FLOOR
DALLAS, TX 75202-3714

Claim Number: 8162
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET 10867 (09/04/2013)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |

BANK OF AMERICA, N.A.
ATTN ADAM D. GLASSNER
214 NORTH TRYON STREET
CHARLOTTE, NC 28255

Claim Number: 8163
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET 10138 (08/19/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,667,287.20 UNLIQ | | Allowed: | $24,948,738.00 |

| BANC OF AMERICA SECURITIES LLC<br>ATTN: JAMIE FRAZER<br>NY1-633-28-01<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 8164-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | Allowed: | $1,725,586.00 |
| BANK OF AMERICA, N.A.<br>ATTN: JAY T. WAMPLER<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX 75202-3714 | | Claim Number: 8165-05<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5308 (08/05/2008) | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |
| FISHER AND SHAPRIO, LLC<br>ATTN:  RICHARD ARONOW<br>4201 LAKE COOK ROAD<br>NORTHBROOK, IL 60062 | | Claim Number: 8167<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,446.50 | | Allowed: | $2,446.50 |
| TRANSVENDING SERVICES, LLC<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8168<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) | | | |
| UNSECURED | Claimed: | $12,147.72 | Scheduled: | $12,147.72 | |
| TRANSVENDING SERVICES<br>ATTN OWNER<br>13 SCHILLER AVE<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 8169<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8553 (02/09/2010) | | | |
| UNSECURED | Claimed: | $1,483.81 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EDWARDS, OMAR R.<br>22 MANCHESTER BLVD<br>WHEATLEY HEIGHTS, NY 11798 | | Claim Number: 8171<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $1,184.62 | Scheduled: | $1,184.62 CONT | | Allowed: | $1,184.62 |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8173-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $608.00 | Scheduled:<br>Scheduled: | $608.00 CONT<br>$230.29 CONT | | Allowed: | $608.00 |
| MCGINNIS, SARAH<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8173-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $230.29 | | | | | |
| MCELHANEY SIGNS<br>ATTN CHARLENE W MCELHANEY, OWNER/PARTNER<br>558 E BUTLER AVE<br>NEW BRITAIN, PA 18901 | | Claim Number: 8174<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $1,176.60 | Scheduled: | $1,176.60 | | | |
| MCGINNIS, SARAH J<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | | Claim Number: 8175<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $4,384.62 | Scheduled: | $5,144.62 CONT | | Allowed: | $4,384.62 |

| | | | | | |
|---|---|---|---|---|---|
| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | | Claim Number: 8177<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | |
| PRIORITY | Claimed: | $1,620.00 | | Allowed: | $1,620.00 |
| THAKARAR, GOOL<br>2 FENBROOK DR<br>LARCHMONT, NY 10538 | | Claim Number: 8179<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $58,489.40 | Scheduled: $58,137.40 CONT | Allowed: | $58,489.40 |
| C.B. CONTRACTORS, INC.<br>ATTN PAUL PINGEL, PRES.<br>2630 W ARMITAGE<br>CHICAGO, IL 60647 | | Claim Number: 8181<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $5,458.38 | | | |
| MCQUILLAN, SHERRY<br>10546 LONGORIA GARDEN ST<br>LAS VEGAS, NV 89141-7316 | | Claim Number: 8182<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,447.20 | Scheduled: $1,447.20 CONT | Allowed: | $1,447.20 |
| GAMBOA, JESUS A.<br>6233 PIONEERTOWN<br>YUCCA VALLEY, CA 92284-5300 | | Claim Number: 8185<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $1,353.28 | | | |

---

TYJ, ASSOCIATES, LP
132 JOHN ROBERT THOMAS DRIVE
EXTON, PA 19341

Claim Number: 8186-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,080.00 | Scheduled: | $3,727.10 | |

TYJ, ASSOCIATES, LP
132 JOHN ROBERT THOMAS DRIVE
EXTON, PA 19341

Claim Number: 8186-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6611 (11/21/2008)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $3,000.00 | |

SYMPLEGADES
ATTN IAN GERTLER, PRESIDENT & CEO
1746 MCLAURIN LANE
FUQUAY-VARINA, NC 27526

Claim Number: 8191
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $47,610.00 | | Allowed: | $47,610.00 |

GEORGE J FOSTER & CO, INC
150 VENTURE DRIVE
ATTN RICHARD MESSER CREDIT MANAGER
DOVER, NH 03820

Claim Number: 8195
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $59.22 | | Allowed: | $59.22 |

GARCIA, GRACIELA
701 W. HUNTINGTON COMMONS
MOUNT PROSPECT, IL 60056

Claim Number: 8213
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,229.61 | Scheduled: | $1,762.25 | Allowed: $2,229.61 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POTOMAC RIVER RUNNING TWILIGHT<br>FESTIVAL 4 MILER<br>2 AWSLEY COURT<br>POTOMAC FALLS, VA | | Claim Number: 8217<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 | Allowed: | $1,000.00 |
| WHITTEN, DAVID (VA)<br>PO BOX 678<br>NORTH BEACH, MD 20714 | | Claim Number: 8222<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 8226<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $43,452.00 | | | | |
| LAMAR ADVERTISING COMPANY<br>ATTN: CREDIT DEPARTMENT<br>PO BOX 66338<br>BATON ROUGE, LA 70896 | | Claim Number: 8233<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | Allowed: | $1,200.00 |
| JEFFERSON PARTNERS, LLC<br>382 STRATHMORE RD<br>ROSEMONT, PA 19010 | | Claim Number: 8236<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $134,533.00 | Scheduled: | $8,036.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| VERICOMM, INC<br>ATTN: DON BURK<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA 91355 | | Claim Number: 8244<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $181,991.17 | Scheduled: | $13,179.40 | | |
| AUMILLER, SHANE<br>707 TRAGO CREEK<br>DRIVE<br>BALLWIN, MO 63021 | | Claim Number: 8249<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $307.68 | Scheduled: | $615.36 CONT | Allowed: | $307.68 |
| AUMILLER, SHANE<br>707 TRAGO CREEK DRIVE<br>BALLWIN, MO 63021 | | Claim Number: 8250<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $6,153.84 | | | | |
| COLAGIOVANE-MILLER, LIANA L<br>6497 W. EL CAMPO GRANDE AVE<br>LAS VEGAS, NV 89130 | | Claim Number: 8251-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,958.90 | Scheduled:<br>Scheduled: | $5,784.86 CONT<br>$80,708.83 CONT | Allowed: | $5,958.90 |
| COLAGIOVANE-MILLER, LIANA L<br>6497 W. EL CAMPO GRANDE AVE<br>LAS VEGAS, NV 89130 | | Claim Number: 8251-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $83,033.04 | | | Allowed: | $83,033.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BERND, CATHERINE<br>719 BOURNE CT<br>DANVILLE, CA 94506 | | Claim Number: 8254<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| PRIORITY | | | Scheduled: | $1,216.58 CONT | | |
| UNSECURED | Claimed: | $1,216.58 | | | Allowed: | $1,216.58 |
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O FREEDGOOD/MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 8258<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>ATTN SETH M FENTON<br>C/O JP MORGAN SECURITIES LLC<br>383 MADISON AVENUE, 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 8261<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10342 (02/24/2012) | | | | |
| UNSECURED | Claimed: | $96,844,421.32 | | | Allowed: | $25,000,000.00 |
| W2007 SEATTLE OFFICE BELLEFIED OFFICE<br>PARK REALTY, LLC - C/O SHAWN B. REDIGER<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | | Claim Number: 8265<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $7,755.80 | | | | |
| SECURED | Claimed: | $9,983.49 | | | | |
| UNSECURED | Claimed: | $106,889.40 | | | | |
| MOODY'S INVESTORS SERVICE, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN CHRISTOPHER R. BELMONTE, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | | Claim Number: 8274<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,449.30 | Scheduled: | $14,901.56 | Allowed: | $1,449.30 |

---

SEAWEB
C/O CHARLES A. MALLOY
ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, DC 20004

Claim Number: 8275
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $51,599.37 | Allowed: | $51,599.37 |
|---|---|---|---|---|

JOHN F. MICHAELS, CHARTERED
ATTN JOHN F. MICHAELS, PRESIDENT
4252 W 124TH TERRACE
LEAWOOD, KS 66209

Claim Number: 8276
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $4,330.55 | Allowed: | $4,330.55 |
|---|---|---|---|---|

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER -EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8279
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,084.00 |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER  -EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8280
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $7,327.00 |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER   - EP-MN-WS1D
U.S. BANK CORPORATE TRUST SERVICES
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107

Claim Number: 8281
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $3,429.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8282<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $26,609.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8283<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,811.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8284<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $13,186.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8285<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $6,405,391.00 |

| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER  - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8286<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $302,321.00 |

| | | | | | |
|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8287<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $699,274.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8288<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $4,433,177.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER   - EP-MN-WS1D<br>U.S. BANK CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | Claim Number: 8289<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $1,555,012.00 |
| MICROSOFT CORP. & MICROSOFT LICENSING GP<br>C/O JOSEPH E. SHICKICH, JR.<br>RIDDELL WILLIAMS P.S.<br>1001 4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | Claim Number: 8290<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| UNSECURED | Claimed: | $1,421,718.97 | | | |
| GARCIA, JOSE<br>300 S WHEELING RD<br>PROSPECT HEIGHTS, IL 60070 | Claim Number: 8295<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,120.00 | Scheduled: | $1,040.00 | Allowed: | $1,120.00 |

MORALES, MARIA
300 S. WHEELING RD
PROSPECT HEIGHTS, IL 60070

Claim Number: 8296
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,340.00 | Scheduled: | $1,100.00 | Allowed: | $1,340.00 |

WILHELM, AUSTIN & AMY
3390 COUNTY ROAD 138
MANDAN, ND 58554-8388

Claim Number: 8316
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,178.80 | | Allowed: | $6,178.80 |

ALEMAN-GARAY, WILTON
148 KENTUCKY STREET
SHELBYVILLE, KY 40065

Claim Number: 8320
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10832 (06/14/2013)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

NOEL, JENNYAI EMI E
371 TOWER STREET
VAUXHALL, NJ 07088

Claim Number: 8323
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,064.54 | Scheduled: | $1,061.54 CONT | Allowed: | $1,064.54 |

BEAMSLEY, JOHANNA
711 SOUTH MAIN # A211
SYCAMORE, IL 60178

Claim Number: 8324
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3946 (05/02/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $420.00 | Scheduled: | $420.00 CONT | Allowed: | $420.00 |

SEDOTTO, BONNIE
116 KETRIDGE ST
WEST BABYLON, NY 11704

Claim Number: 8325
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6462 (10/27/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,153.85 | Scheduled: | $2,153.85  CONT | Allowed: | $2,153.85 |

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8332
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65.95 | Scheduled: | $68.00 | Allowed: | $65.95 |

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8336
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35.00 | | Allowed: | $35.00 |

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8337
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $126.85 | Scheduled: | $126.75 | Allowed: | $126.85 |

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8339
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 | Allowed: | $15.95 |

---

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8340
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15.95 | Scheduled: | $15.95 | Allowed: | $15.95 |

EOI DIRECT, LLC
ATTN JENNIFER ALLEN, ACCOUNTING
1880 JUDITH LN STE 220
BOISE, ID 83705-3138

Claim Number: 8343
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22.95 | Scheduled: | $22.95 | Allowed: | $22.95 |

MERRILL LYNCH CREDIT CORPORATION
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

Claim Number: 8346
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10144 (08/26/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| UNSECURED | | | | Allowed: | $1,165,886.00 |

MERRILL LYNCH MORTGAGE LENDING, INC.
ATTN VADIM J RUBINSTEIN, ESQ
LOEB & LOEB LLP
345 PARK AVE
NEW YORK, NY 10154

Claim Number: 8348
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10144 (08/26/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ CONT |
| UNSECURED | Claimed: | $946,970.54  UNLIQ CONT |

GEORGAS, RACHAEL
2415 SHIRAZ LN
CHARLESTON, SC 29414-6668

Claim Number: 8351
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6217 (10/10/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $575.92 | Scheduled: | $576.92  CONT | Allowed: | $575.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | | Claim Number: 8355-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $13,142.31 CONT | | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $140,308.93 CONT | | | |
| KERR, KEVIN<br>1614 MYRTLEWOOD ST.<br>COSTA MESA, CA 92626 | | Claim Number: 8355-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $133,650.93 | | | | Allowed: | $133,650.93 |
| BLANKE, KERRI<br>53 E REDFORD CT<br>SAINT CHARLES, MO 63304-5048 | | Claim Number: 8356<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $444.15 | Scheduled: | $444.15 CONT | | Allowed: | $444.15 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF<br>AMERICA, ET AL.<br>W. JOE WILSON, ESQ.<br>ONE TOWER SQUARE, 2S2A<br>HARTFORD, CT 06183 | | Claim Number: 8359<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 11023 (07/30/2014) | | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8361<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | | |
| ADMINISTRATIVE | Claimed: | $1,113.00 | | | | Allowed: | $1,113.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PUBLIC STORAGE<br>ATTN ARA GALSTYAN, PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8362<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $1,291.00 | | | Allowed: | $1,291.00 |
| HARMON PHOTOGRAPHERS<br>ATTN KAREN L PRUSSEY, OWNER<br>5661 INDEPENDENCE CIR STE 2<br>FORT MEYERS, FL 33912 | | Claim Number: 8367<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $201.40 | Scheduled: | $503.50 | Allowed: | $201.40 |
| LATTANZA, EMANUEL<br>138 THUNDER RD<br>HOLBROOK, NY 11741 | | Claim Number: 8374<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $34,249.80 | | | | |
| PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)<br>ATTN ARA GALSTYAN/PARALEGAL<br>701 WESTERN AVENUE<br>GLENDALE, CA 91201-2397 | | Claim Number: 8380<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $1,057.00 | | | Allowed: | $1,057.00 |
| LANDMARK V AMERICAN HOME MORTGAGE CORP<br>K MCCRACKEN & J CHESNUT 3:06-CV-116-JTC<br>JD DALBEY CHILIVIS COCHRAN LARKINS BEVER<br>3127 MAPLE DRIVE, NE<br>ATLANTA, GA 30305 | | Claim Number: 8382<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $310,384.72 | Scheduled: | $0.00  UNLIQ | Allowed: | $77,596.18 |

| | | | | |
|---|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN CHARLES O. FREEDGOOD, MANAGING DIR.<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 8383<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |
| UNSECURED | Claimed: | $2,005.55 | | |
| MORELLA, STACEY<br>P.O. BOX 691463<br>HOUSTON, TX 77269 | | Claim Number: 8386<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $181,500.00 | | |
| MORELLA, GENEVA<br>4 FOREST DR<br>COLLEGE STA, TX 77840-2300 | | Claim Number: 8387<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $211,500.00 | | |
| LEVINE, DEREK AND MORRIS, LIZ<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | | Claim Number: 8388<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $917.18 | Allowed: | $917.18 |
| JACKSON, DAISY LEE<br>C/O THOMAS P. KELLY<br>LAW OFFICES OF PETER G. ANGELOS<br>100 N. CHARLES STREET, 22ND FLOOR<br>BALTIMORE, MD 21201 | | Claim Number: 8389<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $13,062.60 | | |

DIXON, JAMES AND FERRELL, ANNETTE
C/O THOMAS P. KELLY
LAW OFFICES OF PETER G. ANGELOS
100 N. CHARLES STREET, 22ND FLOOR
BALTIMORE, MD 21201

Claim Number: 8390
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $7,008.20 |
|---|---|---|

COMMUNITY DEVELOPMENT ADMINISTRATION
A DIV OF THE MARYLAND DEPT OF HOUSING &
COMMUNITY DEVELOPMENT- C/O DAVID FONTANA
ONE SOUTH ST, STE 2200- GEBHARDT & SMITH
BALTIMORE, MD 21202

Claim Number: 8394
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10522 (07/09/2012)

| UNSECURED | Claimed: | $400,325.24 |
|---|---|---|

JP MORGAN CHASE BANK, N.A.
ATTN CHARLES O. FREEDGOOD
MANAGING DIRECTOR
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 8397
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10258 (11/18/2011)

| SECURED | Claimed: | $160,600.00    CONT |
|---|---|---|

J.P. MORGAN MORTGAGE ACQUISITION CORP.
ATTN: BRIAN SIMONS
VICE PRESIDENT
270 PARK AVENUE, 10TH FLOOR
NEW YORK, NY 10017

Claim Number: 8399
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10342 (02/24/2012)

| UNSECURED | Claimed: | $308,000.00 |
|---|---|---|

HUB PROPERTIES TRUST
ATTN JENNIFER B. CLARK, SENIOR VP
PO BOX 84-5008
BOSTON, MA 02284-5008

Claim Number: 8400
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $29,163.26 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| TADYCH, STACEY D<br>7122 THORNCLIFF DR.<br>CHARLOTTE, NC 28210 | | Claim Number: 8401<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $961.60 | | | Allowed: | $961.60 |
| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | | Claim Number: 8402-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $163,990.45 | | | Allowed: | $163,990.45 |
| HUB PROPERTIES TRUST<br>ATTN JENNIFER B. CLARK, SENIOR VP<br>PO BOX 84-5008<br>BOSTON, MA 02284-5008 | | Claim Number: 8402-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $15,604.53 | | | | |
| ARROYO, CRISTINA B.<br>1906 S. GREENVILLE<br>SANTA ANA, CA 92704 | | Claim Number: 8405<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $2,343.75 | Scheduled: | $4,763.15 CONT | Allowed: | $2,343.75 |
| CASEY, JANET<br>19692 HILLOCK VIEW PLAZA<br>YORBA LINDA, CA 92886 | | Claim Number: 8407<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,031.04 | Scheduled: | $2,031.04 CONT | Allowed: | $2,031.04 |

U.S. BANKRUPTCY COURT    Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 433 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

Date: 04/12/2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KNUTSON, GLORIA<br>2700 ASSOCIATED ROAD #C64<br>FULLERTON, CA 92835 | | Claim Number: 8408<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | | |
| PRIORITY | Claimed: | $284.75 | Scheduled: | $182.75 CONT | | Allowed: | $284.75 |
| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | | Claim Number: 8409<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $2,185.09 | Scheduled: | $2,185.10 CONT | | | |
| FNC, INC.<br>ATTN DEWITT LAMAR BOLTON, III<br>ASSOCIATE GENERAL COUNSEL<br>1214 OFFICE PARK DRIVE<br>OXFORD, MS 38655 | | Claim Number: 8411<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | | |
| UNSECURED | Claimed: | $496,579.31 | Scheduled: | $296,801.73 | | | |
| JONES, CASSANDRA R<br>3055 EBBTIDE DR<br>EDGEWOOD, MD 21040 | | Claim Number: 8412<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | | |
| PRIORITY | Claimed: | $1,046.15 | Scheduled: | $1,611.53 CONT | | Allowed: | $1,046.15 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN RATNA D BUTANI, DEPUTY<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 8413<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $3,087.67 | Scheduled: | $0.00 UNDET | | | |
| SECURED | Claimed: | $120,139.34 | | | | | |

TSATSAKIS, ANASTASIOS (TASI)
17859 S. ALTA DRIVE
LOCKPORT, IL 60441

Claim Number: 8414
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $2,572.31 | | $2,572.31 CONT | | $2,572.31 |

BROTHERTON, JILL
1226 NORTH AVENUE
BATAVIA, IL 60510

Claim Number: 8421-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,100.00 | | $1,153.85 CONT | | $1,100.00 |

BROTHERTON, JILL
1226 NORTH AVENUE
BATAVIA, IL 60510

Claim Number: 8421-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6763 (12/22/2008)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $1,020.00 | | | $1,020.00 |

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

Claim Number: 8431
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $84,708.17 UNLIQ |
| UNSECURED | | $84,708.17 UNLIQ |
| TOTAL | | $91,169.71 UNLIQ |

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

Claim Number: 8433
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)
SIGNATURE ON ATTACHMENT

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $85,026.08 | | $84,708.17 CONT | | $85,026.08 |

EITSERT, LINDA M
5208 COVENTRY LN
FORT WAYNE, IN 46804-7164

Claim Number: 8434
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $728.92 | | $728.92 CONT | | $728.92 |

DUNSON, LATANYA
144-02 LINDEN BLVD
JAMAICA-QUEENS, NY 11436

Claim Number: 8438
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5919 (09/16/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $557.00 | | $557.00 CONT | | $557.00 |

SIMMONS, DALE A
16 WENDY LANE
MASSAPEQUA PARK, NY 11762

Claim Number: 8439
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| PRIORITY | | $1,153.50 | | $1,153.50 |

GARRISON, ELLENA
PO BOX 1423
PATCHOGUE, NY 11772

Claim Number: 8442
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $679.80 | | $679.80 CONT | | $679.80 |

WISHARD, NATHAN
9105 CENTURY FARM RD
FELTON, PA 17322

Claim Number: 8446
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $2,450.00 | | $2,450.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| ILLINOIS NATIONAL INSURANCE CO., ET AL<br>AIG BANKRUTPCY COLLECTIONS<br>DAVID A. LEVINE, AUTHORIZED REP.<br>70 PINE STREET, 28TH FLOOR<br>NEW YORK, NY 10270 | | Claim Number: 8460<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10207 (10/07/2011) | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| CHIRAYIL, MARTHA A<br>54 ANDREA ST.<br>WEST BABYLON, NY 11704 | | Claim Number: 8461<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6462 (10/27/2008) | | | | |
| PRIORITY | Claimed: | $6,608.65 | Scheduled: | $6,608.65  CONT | Allowed: | $6,608.65 |
| MERCER, ROBERT C<br>6311 MAIDEN LANE<br>BETHESDA, MD 20817 | | Claim Number: 8464<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $120,155.40 | Scheduled: | $119,777.00  CONT | Allowed: | $120,155.40 |
| SLAGLE, KATHLEEN L.<br>9614 EVERGREEN STREET<br>SILVER SPRING, MD 20901 | | Claim Number: 8465<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,888.89 | Scheduled: | $1,888.89  CONT | Allowed: | $1,888.89 |
| MOBLEY, RONALD W. & SUSAN H.<br>13771 N. FOUNTAIN HILLS BLVD.<br>STE. 114-333<br>FOUNTAIN HILLS, AZ 85268 | | Claim Number: 8469<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $250,000.00   UNLIQ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PENA VS. AMERICAN HOME MORTGAGE CORP.<br>US DISTRICT CT N DISTRICT IL 07CV552<br>DANIEL A. EDELMAN EDELMAN, COMBS,<br>120 SOUTH LASALLE STREET, 18TH FLOOR<br>CHICAGO, IL 60603 | | Claim Number: 8470<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3083 (02/26/2008) | | | |
| UNSECURED | Claimed: | $25,845.40  UNLIQ | Scheduled: | $0.00  UNLIQ | |
| TOTAL | Claimed: | $27,658.01  UNLIQ | | | |
| PINER, CONNIE E.<br>C/O HARTZELL & WHITEMAN, LLP<br>2626 GLENWOOD AVENUE, SUITE 500<br>RALEIGH, NC 27608 | | Claim Number: 8471<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) | | | |
| UNSECURED | Claimed: | $158,938.00 | | Allowed: | $158,938.00 |
| PASQUALE, LISA MARIE<br>2400 26TH AVE SOUTH<br>MINNEAPOLIS, MN 55406-1245 | | Claim Number: 8474<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $3,000.00 | | Allowed: | $3,000.00 |
| AMERICAN HOME BANK, N.A.  07 CV 4077<br>ATTN JAMES M DEITCH, CEO<br>3840 HEMPLAND ROAD<br>MOUNTVILLE, PA 17554 | | Claim Number: 8481<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9435 (11/10/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| BOSTON PROPERTIES LIMITED PARTNERSHIP<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW<br>WASHINGTON, DC 20006 | | Claim Number: 8483<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $146,585.00 | | | |

TRUSTEES OF MALL ROAD TRUST
C/O J. DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 8484
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7931 (08/11/2009)

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $20,497.43  UNLIQ | | | |

BP KINGSTOWNE OFFICE K LP
C/O J DAVID FOLDS
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 8485
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10092 (07/18/2011)

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $49,737.05 | | | |

HOPP, DEBRA S
8137 SAGIMORE CT
FORT WAYNE, IN 46835

Claim Number: 8487-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9741 (02/01/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $3,000.00 | | $4,032.53  CONT | | $3,000.00 |

HOPP, DEBRA S
8137 SAGIMORE CT
FORT WAYNE, IN 46835

Claim Number: 8487-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9741 (02/01/2011)

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $451.33 | | | |

PERRY, JOSEPH
470 W MAHOGANY CT
UNIT 606
PALATINE, IL 60067

Claim Number: 8488-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $10,950.00 | | $10,439.74  CONT | | $10,950.00 |
| UNSECURED | | | | $245,066.55  CONT | | |

PERRY, JOSEPH
470 W MAHOGANY CT
UNIT 606
PALATINE, IL 60067

Claim Number: 8488-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $244,005.27 | | | Allowed: | $244,005.27 |

QWEST CORPORATION
ATTN: JANE FREY CORPORATE COUNSEL
1801 CALIFORNIA ST RM 900
DENVER, CO 80202

Claim Number: 8490
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $30,881.75 | Scheduled: | $30,427.64 | Allowed: | $30,881.75 |

QWEST COMMUNICATIONS CORPORATION
ATTN JANE FREY CORPORATE COUNSEL
1801 CALIFORNIA ST RM 900
DENVER, CO 80202

Claim Number: 8491
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $442,445.02 | Scheduled: | $251,841.32 | Allowed: | $442,445.02 |

PINE CREEK AGAWAM L.P.
ATTN JEFFREY M STROLE, ASST VICE PRES.
380 UNION STREET
WEST SPRINGFIELD, MA 01089

Claim Number: 8492-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $19,452.73 | | | Allowed: | $19,452.73 |

PINE CREEK AGAWAM L.P.
ATTN JEFFREY M STROLE, ASST VICE PRES.
380 UNION STREET
WEST SPRINGFIELD, MA 01089

Claim Number: 8492-02
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6611 (11/21/2008)
THIS CLAIM HAS BEEN SATISFIED

| SECURED | Claimed: | $1,332.00 | | | | |

---

HARMON LAW OFFICES, P.C.
ATTN ANDREW S. HARMON, ESQUIRE
150 CALIFORNIA STREET
NEWTON, MA 02458

Claim Number: 8493
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7233 (04/07/2009)

| UNSECURED | Claimed: | $27,732.08 | Scheduled: | $38,739.44 | Allowed: | $27,732.08 |
|---|---|---|---|---|---|---|

93-99 MAIN STREET, LLC
1534 BROADWAY APT 114
HEWLETT, NY 11557-1444

Claim Number: 8494
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $112,985.07 | Scheduled: | $10,609.00 | Allowed: | $112,985.07 |
|---|---|---|---|---|---|---|

CRADDOCK, JANET B
6019 HEMLOCK DR
INDIAN TRAIL, NC 28079

Claim Number: 8495
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $920.67 | Scheduled: | $920.67  CONT | Allowed: | $920.67 |
|---|---|---|---|---|---|---|

ADAIR, DOUGLAS M
1902 LOMBARDY AVE
NASHVILLE, TN 37215

Claim Number: 8496
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $9,615.39 | Scheduled: | $9,615.39  CONT | Allowed: | $9,615.39 |
|---|---|---|---|---|---|---|

CRESWELL, BEVERLY L
1508 SHANE CIR
COLORADO SPGS, CO 80907-8607

Claim Number: 8497-01
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8059 (09/14/2009)

| PRIORITY | Claimed: | $271.81 | | | Allowed: | $6,284.97 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| CRESWELL, BEVERLY L<br>1508 SHANE CIR<br>COLORADO SPGS, CO 80907-8607 | | Claim Number: 8497-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8059 (09/14/2009) | | | | |
| UNSECURED | Claimed: | $6,284.97 | | | Allowed: | $271.81 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>3500 LENOX RD NE SUITE 1800<br>ATLANTA, GA 30326 | | Claim Number: 8498-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10092 (07/18/2011) | | | | |
| UNSECURED | Claimed: | $573,578.31 | | | | |
| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>3500 LENOX RD NE SUITE 1800<br>ATLANTA, GA 30326 | | Claim Number: 8498-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10092 (07/18/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $117,324.34 | | | | |
| ROBB EVANS, PLAINTIFF V. AMERICAN HOME<br>11661 SAN VICENTE BLVD<br>STE 500<br>LOS ANGELES, CA 90049-5113 | | Claim Number: 8500<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9741 (02/01/2011) | | | | |
| UNSECURED | Claimed: | $10,257.65 | Scheduled: | $0.00 UNLIQ | Allowed: | $10,257.65 |
| RATHMANN, KAREN<br>2908 NE 185TH COURT<br>VANCOUVER, WA 98682 | | Claim Number: 8508<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | |
| PRIORITY | Claimed: | $1,123.08 | Scheduled: | $1,123.08 CONT | | |

RATHMANN, KAREN M
2908 NE 185TH CT
VANCOUVER, WA 98682

Claim Number: 8509
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $793.27 | Scheduled: | $793.27 CONT | Allowed: | $793.27 |

CAREY, MARILEE
15 BROOK AVENUE
MERRICK, NY 11566

Claim Number: 8510
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,374.78 | Scheduled: | $5,214.72 CONT | Allowed: | $2,374.78 |

CARROLL, DANA
6158 TIMDAN COURT APT D
SYKESVILLE, MD 21784

Claim Number: 8512
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,310.40 | Scheduled: | $2,620.80 CONT | Allowed: | $1,310.40 |

RICOH BUSINESS SYSTEMS INC
ATTN DAVE KAUTZ, A/R BILLING & COLLECT.
STE M 1225 GREENBRIAR AVE
ADDISON, IL 60101

Claim Number: 8513
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7022 (02/17/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,857.51 | Scheduled: | $11,471.67 | Allowed: | $18,857.51 |

RICOH BUSINESS SOLUTIONS
ATTN DAVE KAUTZ, A/R BILLING & COLLECT.
1225 GREENBRIAR AVENUE, SUITE M
ADDISON, IL 60101

Claim Number: 8514
Claim Date: 01/10/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $568.57 | | | Allowed: | $568.57 |

| EIDSON, WILLIAM<br>219 NORSAM DR<br>LANGHORNE MANOR, PA 19047 | | Claim Number: 8518<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7407 (05/19/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,388.92 | | | Allowed: | $750.00 |
| UNSECURED | Claimed: | $1,083.34 | Scheduled: | $345.00 CONT | | |
| AMERICAN CORPORATE RECORD CENTER, INC.<br>C/O SILVERMAN PERLSTEIN & ACAMPORA LLP<br>ATTN GERARD R. LUCKMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 8520<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6179 (10/02/2008) | | | | |
| SECURED | Claimed: | $267,856.47 | | | | |
| POUCH RECORDS MANAGEMENT LP<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND MILLER<br>525 M. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 | | Claim Number: 8521<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $110,175.73 | Scheduled: | $3,907.08 | | |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8522<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7585 (06/30/2009) | | | | |
| UNSECURED | Claimed: | $6,600.35 | | | Allowed: | $6,600.35 |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | | Claim Number: 8523<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) | | | | |
| UNSECURED | Claimed: | $9,076,422.69 | | | Allowed: | $3,811,272.00 |

| | | |
|---|---|---|
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | Claim Number: 8524<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10102 (07/25/2011) | |

| UNSECURED | Claimed: | $27,585,072.66 | Allowed: | $9,660,849.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA- US<br>ATTN ANDREA L. NIEDERMEYER<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 | Claim Number: 8525-01<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $89,287.77 | Allowed: | $89,287.77 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA- US<br>ATTN ANDREA L. NIEDERMEYER<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 | Claim Number: 8525-02<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | |

| SECURED | Claimed: | $7,203.10 | Allowed: | $7,203.10 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TR TURNPIKE CORP., AS SUCCESSOR-IN-INT.<br>TO SOUTHBOROUGH/WESTBOROUGH LLC<br>C/O LYNNE B. XERRAS-HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | Claim Number: 8526<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| UNSECURED | Claimed: | $71,086.24 | Allowed: | $71,086.24 |
|---|---|---|---|---|

| | | |
|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | Claim Number: 8532<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9551 (12/13/2010) | |

| SECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | | Claim Number: 8534<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10208 (10/07/2011) | | | | | |
| UNSECURED | Claimed: | $6,360.00 | | | | | |
| BAI, LARRY<br>2990 SHEFFIELD DR.<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 8537<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $817.16 | Scheduled: | $817.16 CONT | | Allowed: | $817.16 |
| COVEN, ADAM L<br>6864 YELLOWSTONE BLVD APT A67<br>FOREST HILLS, NY 11375-3334 | | Claim Number: 8547<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $4,423.08 | Scheduled: | $4,423.08 CONT | | Allowed: | $4,423.08 |
| JOHNSON, MICHELE<br>173 ROBODA BLVD<br>ROYERSFORD, PA 19468-2976 | | Claim Number: 8548<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $846.30 | Scheduled: | $846.30 CONT | | Allowed: | $846.30 |
| CLOREY, ROXANNE S<br>6214 8TH STREET NW<br>WASHINGTON, DC 20011 | | Claim Number: 8549<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | | | | | |
| PRIORITY | Claimed: | $3,461.54 | Scheduled: | $3,461.54 CONT | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHINN, VICKI LOMBARDI<br>23 ROANWOOD DRIVE<br>ROLLING HILLS EST, CA 90274 | | Claim Number: 8552<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,799.14 CONT | | |
| UNSECURED | Claimed: | $27,031.37 | Scheduled: | $24,899.52 CONT | Allowed: | $27,031.37 |
| MADDULURI, SUMAN<br>1 JEFFERSON AVE, APT K1<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 8553<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $2,461.54 | Scheduled: | $3,006.73 CONT | Allowed: | $2,461.54 |
| HOGAN, KERRY N<br>4462 FIRELIGHT DRIVE<br>SAINT LOUIS, MO 63129 | | Claim Number: 8554<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $615.96 | Scheduled: | $615.96 CONT | Allowed: | $615.96 |
| LEHMAN, APRIL C<br>305 TYNDALL DR.<br>BURLINGTON, NC 27215 | | Claim Number: 8555<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $2,727.85 | Scheduled: | $2,727.85 CONT | | |
| LEHMAN, APRIL C<br>305 TYNDALL DR.<br>BURLINGTON, NC 27215 | | Claim Number: 8556<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $600.75 | Scheduled: | $600.75 CONT | Allowed: | $600.75 |

LACOMBE, MICHAEL J
6105 BROOKWOOD DR
OAK FOREST, IL 60452

Claim Number: 8557
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,873.08 CONT | Allowed: | $1,500.00 |
|---|---|---|---|---|---|---|

LACOMBE, LINDA M
6105 BROOKWOOD DR
OAK FOREST, IL 60452

Claim Number: 8558
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| PRIORITY | Claimed: | $92.00 | Scheduled: | $92.00 CONT | Allowed: | $92.00 |
|---|---|---|---|---|---|---|

STAND GUARD WATER QUALITY
ATTN STANLEY W EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8560
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $39.35 | Scheduled: | $39.35 | Allowed: | $39.35 |
|---|---|---|---|---|---|---|

STAND GUARD
ATTN STANLEY W. EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8561
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $194.98 | | | Allowed: | $194.98 |
|---|---|---|---|---|---|---|

STAND GUARD
ATTN STANLEY W. EILERS, CFO
P.O. BOX 62291
NEW ORLEANS, LA 70162

Claim Number: 8562
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $33.87 | Scheduled: | $33.87 | Allowed: | $33.87 |
|---|---|---|---|---|---|---|

STANDARD COFFEE SERVICE CO
ATTN STANELY W. EILERS, CFO
640 MAGAZINE STREET
NEW ORLEANS, LA 70130

Claim Number: 8563
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,699.33 | Scheduled: | $880.30 | Allowed: | $1,699.33 |

AKI LLC
240 E TUDOR RD STE 130
ANCHORAGE, AK 99503-7244

Claim Number: 8564
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,173.50 | Scheduled: | $10,676.90 | Allowed: | $11,173.50 |

MARYLAND DEPARTMENT OF HOUSING AND
COMMUNITY DEVELOPMENT
ATTN MARK PETRAUSKAS - ADMINITRATION
100 COMMUNITY PLACE, STE 2.300
CROWNSVILLE, MD 21032

Claim Number: 8567
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 7399 (05/15/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,215.00 | |

DIELHMANN, FRED & CONSTANCE
ATTN FRED DIEHLMANN
14420 OLD MILL RD #201
UPPER MARLBORO, MD 20772

Claim Number: 8568
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,669.32 | | | Allowed: | $1,669.32 |
| UNSECURED | | | Scheduled: | $1,503.94 | | |

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVENUE
SAINT PAUL, MN 55107

Claim Number: 8569
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10652 (11/14/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $1,109,892.27 | | | | |
| UNSECURED | Claimed: | $0.00 | | | Allowed: | $150,832.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8577-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $143,932.97 CONT | | |
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8577-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $108,012.96 | | | Allowed: | $108,012.96 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE<br>SAINT PAUL, MN 55107 | | Claim Number: 8585<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | | | |
| SECURED | Claimed: | $1,109,892.27 | | | | |
| UNSECURED | Claimed: | $0.00 | | | Allowed: | $252,833.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER<br>U.S. BANK CORPORATE TRUST SERVICES<br>EP-MN-WS1D, 60 LIVINGSTON AVE, STE 1500<br>SAINT PAUL, MN 55107 | | Claim Number: 8596<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10652 (11/14/2012) | | | | |
| SECURED | Claimed: | $1,109,892.27 | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8602<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $2,171,057.29   UNLIQ | | | | |

| TPRF/THC HAVENPARK, LLC<br>DEAN G RALLIS JR / DIANE C STANFIELD ESQ<br>WESTON BENSHOOF ROCHEFORT  ET AL<br>333 S. HOPE STREET, 16TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 8608<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,187.38 | | | |
| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | Claim Number: 8610<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8298 (11/13/2009) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | Allowed: | $184,842.00 |
| MICHALESKO, JENNIFER<br>675 WARBLER LN<br>NEW LENOX, IL 60451 | Claim Number: 8611<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,818.96 | Scheduled: | $2,231.28  CONT | Allowed: | $1,818.96 |
| RUDY, MARTHA J<br>321 GREENWOOD<br>EVANSTON, IL 60201 | Claim Number: 8621<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,454.95 | Scheduled: | $1,454.95  CONT | Allowed: | $1,454.95 |
| LOSACCO, KRISTIN<br>117 TERRA MEADOW CIRCLE<br>VOLO, IL 60020 | Claim Number: 8622<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,527.79 | Scheduled: | $1,527.79  CONT | Allowed: | $1,527.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROSINSKI, BARI M.<br>2013 WALTERS AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 8623<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $1,106.69 | Scheduled: | $1,106.69 CONT | Allowed: | $1,106.69 |
| MARINCA, JAIMEE L<br>1606 ST CLAIRE CT<br>GURNEE, IL 60031 | | Claim Number: 8624<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,170.00 | Scheduled: | $1,170.00 CONT | Allowed: | $1,170.00 |
| RONSMAN, REBECCA M<br>1403 BRADLEY CT.<br>SPRING GROVE, IL 60081 | | Claim Number: 8625<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $3,076.92 | Scheduled: | $3,076.92 CONT | Allowed: | $3,076.92 |
| LUKE, JENNIFER<br>190-18 CROCHERON<br>AVE<br>FLUSHING, NY 11358 | | Claim Number: 8640<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8027 (09/08/2009) | | | | |
| PRIORITY | Claimed: | $3,692.31   UNDET | Scheduled: | $3,692.31 CONT | Allowed: | $3,692.31 |
| BOSTON PROPERTIES LIMITED PARTNERSHIP<br>C/O TAMMY FRANKLIN<br>DLA PIPER US LLP<br>500 8TH ST. NW<br>WASHINGTON, DC 20004 | | Claim Number: 8645<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $196,522.26 | | | | |

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

Claim Number: 8648
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| PRIORITY | | | | $10,950.00 CONT | |
| UNSECURED | | $2,884.62 | Scheduled: | $11,763.07 CONT | |

DENNIS, DEBORAH E
8056 FOREST GLEN DR
PASADENA, MD 21122

Claim Number: 8649-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $7,383.14 | | $7,383.14 CONT | | $7,383.14 |
| UNSECURED | | | Scheduled: | $40,136.69 CONT | | |

DENNIS, DEBORAH E
8056 FOREST GLEN DR
PASADENA, MD 21122

Claim Number: 8649-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $40,286.82 | | | | $40,286.82 |

GINNONA, RONALD T. AND TRACI A.
AKA COMNET NO02-15135 COURT COMMON PLEAS
GREGORY NOONAN ESQ WALFISH & NOONAN, LLC
528 DEKALB STREET
NORRISTOWN, PA 19401

Claim Number: 8651
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10443 (05/07/2012)

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| UNSECURED | | $221,189.61 | | $0.00 UNLIQ | |

RAM INTERNATIONAL I, L.L.C.
10013-59TH AVE. SW
LAKEWOOD, WA 98499

Claim Number: 8653
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4027 (05/12/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $9,597.66 | | | | $9,597.66 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

SHUMAKER WILLIAMS, P.C.
ATTN HARRY LEVY
P.O. BOX 88
HARRISBURG, PA 17108

Claim Number: 8659
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,435.00 | | Allowed: | $2,435.00 |

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 5375
PRINCETON, NJ 08543-5375

Claim Number: 8660
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10087 (07/15/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,127,152.75 | | | |

MCGRAW, JEANETTE
14928 SE MEGAN WAY
CLACKAMAS, OR 97015

Claim Number: 8663-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $301,895.54 CONT | | |

MCGRAW, JEANETTE
14928 SE MEGAN WAY
CLACKAMAS, OR 97015

Claim Number: 8663-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $303,030.24 | | Allowed: | $303,030.24 |

STATES, CHAD RANDALL
100 BEUTH COURT
FOLSOM, CA 95630

Claim Number: 8667
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125,033.81 | Scheduled: | $124,165.58 CONT | Allowed: | $125,033.81 |

| | | | | | |
|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE<br>ATTN PAMELA WIEDER, CORP TRST SERVICES<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107 | | Claim Number: 8668<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $179,104.00 |
| FARRELL FRITZ, P.C.<br>ATTN TED A. BERKOWITZ, ESQ., PARTNER<br>1320 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 8669<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,904.20 | | Allowed: | $1,904.20 |
| STEFFEY, EDMOND A. JR.<br>20001 E. BRIGHTWAY DRIVE<br>MOKENA, IL 60448 | | Claim Number: 8670<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $500.00 | | | |
| 711 WESTCHESTER AVE SPE LLC<br>ATTN RICHARD CONNIF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 8671-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $113,595.17 | | Allowed: | $113,595.17 |
| 711 WESTCHESTER AVE SPE LLC<br>ATTN RICHARD CONNIF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 8671-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $36,416.12 | | | |

| 1305 WALT WHITMAN ROAD SPE, LLC.<br>ATTN RICHARD CONNIFF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 8672<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $29,700.00 | | | Allowed: | $29,700.00 |
|---|---|---|---|---|---|---|

| OMNI PARTNERS I, L.P.<br>ATTN RICHARD CONNIFF, AUTHORIZED PERSON<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | Claim Number: 8673<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $81,367.44 | | | Allowed: | $81,367.44 |
|---|---|---|---|---|---|---|

| AURORA LOAN SERVICES, LLC<br>ON BEHALF OF CERTAIN TRUSTS, LEHMAN BROS<br>7807 EAST PEAKVIEW AVE - SUITE 410<br>ATTN: SCOTT DROSDICK<br>CENTENNIAL, CO 80111 | Claim Number: 8674<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 11094 (03/02/2015) |
|---|---|

| SECURED | Claimed: | $19,100,000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $7,519,783.00 |

| FARMERS INSURANCE COMPANY, INC.<br>ATTN: JERRI L. SOLOMON, ESQ.<br>4680 WILSIRE BLVD.<br>LOS ANGELES, CA 90010 | Claim Number: 8675<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

| IVANJACK, LARRY G.<br>PARKER MILLIKEN CLARK O'HARA SAMULIAN<br>555 S. FLOWER STREET, 30TH FLOOR<br>LOS ANGELES, CA 90071-2440 | Claim Number: 8676<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $38,224.22 | Scheduled: | $25,042.72 | Allowed: | $38,224.22 |
|---|---|---|---|---|---|---|

| LOFTIS, NORMAN<br>215 E 95TH STREET<br>APT. 28G<br>NEW YORK, NY 10128 | | Claim Number: 8678<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 UNLIQ | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| LARSON, MISTY<br>C/O CHRISTINA M. HENRY, ATTORNEY<br>1833 N 105TH STREET, SUITE 200<br>SEATTLE, WA 98133 | | Claim Number: 8686<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $100,000.00 UNLIQ | | | Allowed: | $100,000.00 |
| TOBIN, JENNIFER<br>10836 MOUNTSHIRE CIRCLE<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 8687<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4615 (06/13/2008) | | | | |
| PRIORITY | | | Scheduled: | $1,830.77 CONT | | |
| UNSECURED | Claimed: | $2,831.95 | Scheduled: | $2,831.95 CONT | | |
| LIBERTY PROPERTY LIMITED PARTNERSHIP<br>824 N MARKET ST STE 800<br>WILMINGTON, DE 19801-4939 | | Claim Number: 8690-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $14,318.17 | | | Allowed: | $14,318.17 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP<br>824 N MARKET ST STE 800<br>WILMINGTON, DE 19801-4939 | | Claim Number: 8690-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| SECURED | Claimed: | $3,543.63 | | | Allowed: | $3,543.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ZELTNER VS AMERICAN HOME MORTGAGE<br>525 JEFFERSON AVE #300<br>TOLEDO, OH 43604-1094 | | Claim Number: 8692<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | |
| SECURED | Claimed: | $55,100.04 | | | | |
| UNSECURED | Claimed: | $159,200.08 | | | Allowed: | $214,300.12 |
| CHOUDHARY, ROHIT<br>90 CYPRESS LANE E<br>WESTBURY, NY 11590 | | Claim Number: 8693<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,066.67 | Scheduled: | $2,066.67 CONT | Allowed: | $2,066.67 |
| TAKACS, JENNIFER<br>2410 RIVER RD<br>CALVERTON, NY 11933-1617 | | Claim Number: 8694<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | | |
| KING, SHERYL<br>PO BOX 159<br>MAMARONECK, NY 10543-0159 | | Claim Number: 8695<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,384.62 | Scheduled: | $1,384.62 CONT | Allowed: | $1,384.62 |
| ASSURED GUARANTY CORP.<br>ATTN DONNA L. CULVER<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. MARKET T., P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | | Claim Number: 8705<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 10900 (11/05/2013) | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | |
| SECURED | Claimed: | $171,035.26   UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 8707<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) | | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| FORBES, JEREMY R. AND DANEA N.<br>9487 HISBISCUS DR<br>HIGHANDS RANCH, CO 80126-3074 | | Claim Number: 8718<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | | |
| UNSECURED | Claimed: | $2,370.00 | | | | |
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | | Claim Number: 8719<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4289 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15  CONT | Allowed: | $1,346.15 |
| HALLISSEY, JOHN J<br>66 ASPEN ST<br>FLORAL PARK, NY 11001 | | Claim Number: 8720<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,575.00 | Scheduled: | $3,961.54  CONT | Allowed: | $2,575.00 |
| SLO, LLC<br>ATTN GEORGE SANCHEZ, PROPERTY MANAGER<br>1032 CORAL WAY<br>CORAL GABLES, FL 33134 | | Claim Number: 8727<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $17,739.99 | Scheduled: | $7,916.66 | Allowed: | $17,739.99 |

| | | | | |
|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | Claim Number: 8729<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10207 (10/07/2011) | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8732-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $44,020.35 | Allowed: | $44,020.35 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8732-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $3,166.67 | Allowed: | $3,166.67 |
| DDRTC SOUTHERN PINES MARKETPLACE, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8733<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $52,715.91 | Allowed: | $52,715.91 |
| DDR SOUTHEAST FOUNTAINS, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | Claim Number: 8734<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $975.02 | Allowed: | $975.02 |

| | | | | | |
|---|---|---|---|---|---|
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASST. GEN. COUNSEL<br>DEVELOPERS DIVERSIFIED CORP.<br>3300 ENTERPRISE PARKWAY - PO BOX 228042<br>BEACHWOOD, OH 44122 | | Claim Number: 8735<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | | |
| ADMINISTRATIVE | Claimed: | $38.41 | | Allowed: | $38.41 |
| CARVER WOODS EXEC. CTR LLC<br>4430 CARVER WOODS DRIVE SUITE 100<br>CINCINNATI, OH 45242 | | Claim Number: 8736<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $8,790.26 | Scheduled: | $3,634.53 | |
| ANDREJCZYK, EVELYN M.<br>461 HAMMERTOWN ROAD<br>MONROE, CT 06468 | | Claim Number: 8739<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,657.08 | | Allowed: | $2,657.08 |
| REYES, JUDY<br>PO BOX 1352<br>RONKONKOMA, NY 11779 | | Claim Number: 8740<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $2,163.46 | Scheduled: | $2,163.46 CONT | Allowed:   $2,163.46 |
| RUSH WMN-07-CV-854<br>1308 THORNAPPLE DR<br>OSPREY, FL 34229-2300 | | Claim Number: 8743<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) | | | |
| SECURED | Claimed: | $700,000.00 | | | |
| UNSECURED | Claimed: | $1,090,000.00 | Scheduled: | $0.00 UNLIQ | |

ECKLER, THOMAS C
108 QUAIL RUN DR
DEER PARK, NY 11729

Claim Number: 8758
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,447.31 | Scheduled: | $2,447.31  CONT | Allowed: | $2,447.31 |

EXPERIAN INFORMATION SOLUTIONS, INC.
C/O JOSEPH D. FRANK
FRANK/GEDKER LLP
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60610

Claim Number: 8773
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,430.83 |

CORPORATE CENTER V, L.L.C.
BY: AMERICAN NEVADA COMPANY LLC
ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.
901 NORTH GREEN VALLEY PARKWAY, STE 200
HENDERSON, NV 89074

Claim Number: 8775
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 8031 (09/08/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,734.00 |

RAMBLEWOOD SQUARE, LLC
PETER E. SHAPIRO, ESQ.
SHUTTS & BOWEN LLP
200 EAST BROWARD BLVD., SUITE 2100
FORT LAUDERDALE, FL 33301

Claim Number: 8776-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,724.98 | Allowed: | $17,724.98 |

RAMBLEWOOD SQUARE, LLC
PETER E. SHAPIRO, ESQ.
SHUTTS & BOWEN LLP
200 EAST BROWARD BLVD., SUITE 2100
FORT LAUDERDALE, FL 33301

Claim Number: 8776-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $7,000.00 | Allowed: | $7,000.00 |

| MACKO, KIMBERLY<br>536 S. WALNUT AVE<br>BREA, CA 92821 | | Claim Number: 8777<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,121.69 | Scheduled: | $2,121.69 CONT | Allowed: | $2,121.69 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 8779<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $8,670.80 | | | Allowed: | $8,670.80 |
| ALLEGHENY POWER<br>ATTN CAROL L. STOUT, CREDIT REP.<br>P.O. BOX 1392<br>FAIRMONT, WV 26555-1392 | | Claim Number: 8781<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $123.67 | | | | |
| US BANCORP MANIFEST FUNDING SERVICES<br>ATTN CORPORATE ATTORNEY<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 | | Claim Number: 8782<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $71,515.01 | | | | |
| WISCONSIN ELECTRIC POWER COMPANY<br>WE ENERGIES<br>ATTN: ELAINE BERONJA, BANKRUPTCY DEPT.<br>333 W EVERETT ST RM A130<br>MILWAUKEE, WI 53203 | | Claim Number: 8784<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $2,336.15 | | | Allowed: | $2,336.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NSTAR ELECTRIC<br>MICHALE K. CALLAHAN, ESQUIRE<br>LEGAL COLLECTIONS, NW220<br>1 NSTAR WAY<br>WESTWOOD, MA 02090 | | Claim Number: 8785<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $168.42 | | | Allowed: | $168.42 |
| MULTNOMAH COUNTY<br>ATTN ANGELIKA LOOMIS<br>PO BOX 2716<br>PORTLAND, OR 97208 | | Claim Number: 8787<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | | |
| SECURED | Claimed: | $367.10   UNLIQ | | | | |
| BRCP AURORA MARKETPLACE, LLC<br>C/O DONALD D. FARLOW<br>303 E. 17TH AVE, SUITE 800<br>DENVER, CO 80203 | | Claim Number: 8788<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 3946 (05/02/2008) | | | | |
| UNSECURED | Claimed: | $25,852.44 | | | Allowed: | $25,852.44 |
| SECURITAS SECURITY SERVICES USA, INC.<br>FKA PINKERTON, INC.<br>ATTN: THOMAS ROSZHART<br>43330 PARK TERRACE DR<br>WESETLAKE VILLAGE, CA 91361 | | Claim Number: 8789<br>Claim Date: 01/02/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $10,323.73 | Scheduled: | $14,181.73 | Allowed: | $10,323.73 |
| DELMARVA POWER<br>ATTN RACHELLE HASSLER<br>5 COLLINS DRIVE<br>CARNEYS POINT, NJ 08069 | | Claim Number: 8796<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $795.31 | | | Allowed: | $795.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RSF, LLC<br>ATTN PAUL M. WEISER<br>BUCHALTER NEMER<br>16435 NORTH SCOTTSDALE ROAD, SUITE 440<br>SCOTTSDALE, AZ 85254-1754 | | Claim Number: 8797<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $88,198.84 | | | Allowed: | $88,198.84 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 8799<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $7,638.46   UNLIQ | | | | |
| UNSECURED | Claimed: | $250.00   UNLIQ | | | | |
| EQUITY ONE, INC.<br>LAW OFFICES OF RICHARD S. COHEN, LLC<br>1806 OLD OKEECHOBEE ROAD<br>WEST PALM BEACH, FL 33401 | | Claim Number: 8800<br>Claim Date: 01/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $42,928.08 | | | Allowed: | $42,928.08 |
| MILLER, JULIE<br>12212 ORVILLINA DRIVE<br>SANTA ANA, CA 92705 | | Claim Number: 8805<br>Claim Date: 01/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7399 (05/15/2009) | | | | |
| UNSECURED | Claimed: | $55,177.16 | Scheduled: | $54,730.28  CONT | Allowed: | $55,177.16 |
| MADDEN, JENNIFER<br>435 VIKING DR<br>SYCAMORE, IL 60178 | | Claim Number: 8809<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $750.00 | | | | |

| U.S. BANK NATIONAL ASSOCIATION AS TTEE<br>V A ARKUSZEWSKI/V BAXTER & AMERICAN HOME<br>MICHAEL G. KELLY, CHADWICK & LAKERDAS<br>5300 S. SHORE DRIVE<br>CHICAGO, IL 60615 | | Claim Number: 8817<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10783 (02/28/2013) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ | | |
| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>KELLY BYRD MULLINS, GENERAL COUNSEL<br>840 EAST HIGH STREET<br>LEXINGTON, KY 40502 | | Claim Number: 8820<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $73,325.31 | | | | |
| THE HAMPTON BUILDING LLC<br>P O BOX 6997<br>ATTN NEIL MCCOY, MEMBER<br>MYRTLE BEACH, SC 29572 | | Claim Number: 8821-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $35,909.50 | Scheduled: | $2,870.00 | Allowed: | $35,909.50 |
| THE HAMPTON BUILDING LLC<br>P O BOX 6997<br>ATTN NEIL MCCOY, MEMBER<br>MYRTLE BEACH, SC 29572 | | Claim Number: 8821-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $2,800.00 | | | | |
| FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN ST<br>MIDDLETOWN, NY 10940 | | Claim Number: 8822<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $214.63 | | | Allowed: | $214.63 |

| COCHRAN, TERRENCE<br>2218 INDIANA AVE #1-F<br>SAINT LOUIS, MO 63104 | | Claim Number: 8830<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6462 (10/27/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $616.59 CONT | | |
| 1ST APPRAISAL SOURCE<br>ATTN: MAGGIE ROMAN, OFFICE MANAGER<br>322 ROUTE 4 EAST<br>SOUTH LOBBY<br>PARAMUS, NJ 07652 | | Claim Number: 8834<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $4,220.00 | Scheduled: | $1,500.00 | | |
| SOUTHHAMPTON TOWN NEWSPAPER INC<br>135 WINDMILL LANE<br>ATTN PAUL CONROY, SALES MGR<br>SOUTHAMPTON, NY 11968 | | Claim Number: 8836<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,676.00 | | | Allowed: | $2,676.00 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | | Claim Number: 8838<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10256 (11/18/2011) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| CITIBANK NA AS TRUSTEE PAYING AGENT &<br>REGISTRAR FOR AMERICAN HOME MORTGAGE<br>C/O SEWARD & KISSEL-ATTN: ARLENE ALVES<br>ONE BATTERY PARK PLZ<br>NEW YORK, NY 10004 | | Claim Number: 8840<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8653 (03/05/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $841,484.00 |

| | | | | |
|---|---|---|---|---|
| CITIBANK NA AS TRUSTEE PAYING AGENT & REGISTRAR FOR AMERICAN HOME  MORTGAGE C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8841 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | Allowed: | $753,484.00 |
| CITIBANK AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8842 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | Allowed: | $263.00 |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8843 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 8297 (11/13/2009) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | | |
| CITIBANK AS SECURITIES ADMINISTRATOR FOR HSI ASSET LOAN OBLIGATION TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8844 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 8297 (11/13/2009) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | | |
| CITIBANK AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST C/O SEWARD & KISSEL-ATTN: ARLENE ALVES ONE BATTERY PARK PLZ NEW YORK, NY 10004 | Claim Number: 8850 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 8653 (03/05/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | Allowed: | $12,519.00 |

| 6 COMMERCE DRIVE ASSOCIATES LLC<br>C/O MACK CALI REALTY CORP<br>11 COMMERCE DRIVE<br>CRANFORD, NJ 07016 | Claim Number: 8851<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| UNSECURED | Claimed: | $64,394.60 | | Allowed: | $64,394.60 |
|---|---|---|---|---|---|

| SMITHKLINE BEECHAM, PLC<br>C/O JOES LANG LASALLE AMERICAS, INC<br>NANCY A CONNERY, ESQ SCHOEMAN UPDIKE<br>60 EAST 42ND STREET<br>NEW YORK, NY 10165-0006 | Claim Number: 8853<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $867,020.37 |

| BARBOSA, MIGUEL A.  07-CV1724<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | Claim Number: 8856<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) |
|---|---|

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| DOODY, MARY BETH<br>655 CHASEWOOD DR<br>SOUTH ELGIN, IL 60177-3229 | Claim Number: 8857<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $1,980.72 | Scheduled: | $1,561.54  CONT |
|---|---|---|---|---|

| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L SOLOMON, ESQ<br>4680 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | Claim Number: 8858<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

WELLS FARGO BANK, N.A.-ATTN WILLIAM FAY
DEFAULT & RESTRUCTURING ACCOUNT MANAGER
CORPORATE TRUST SERVICES
9062 OLD ANNAPOLIS RD - MAC N2702-011
COLUMBIA, MD 21045

Claim Number: 8859
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10549 (08/21/2012)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $80,000.00 | | $80,000.00 | | $80,000.00 |

CHEBROLU, NEEHARIKA
24 GAZEBO LANE
HOLTSVILLE, NY 11742

Claim Number: 8863
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,894.62 | | $1,894.62 CONT | | $1,894.62 |

PAGE, NICOLE
713 HUSON AVE.
ROMEOVILLE, IL 60491

Claim Number: 8865
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4289 (05/29/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,200.00 | | $1,200.00 CONT | | $1,200.00 |

CHRISTIAN, VALERIA C
143-25 84TH DR
BRIARWOOD, NY 11435

Claim Number: 8877
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8819 (05/04/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | $800.48 CONT | | |
| UNSECURED | | $0.00 UNDET | | | | |

CHRISTIAN, VALERIA C
143-25 84TH DR
BRIARWOOD, NY 11435

Claim Number: 8878
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8815 (04/30/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,346.15 | | $1,346.15 CONT | | $1,346.15 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

MARTINEZ, JAIME
10515 PLEASANT VILLAS LN
HOUSTON, TX 77075-3059

Claim Number: 8888
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10281 (12/14/2011)

| UNSECURED | Claimed: | $299,145.87 |
|---|---|---|

MARINE, VALERIE
914 N 70TH ST
SEATTLE, WA 98103

Claim Number: 8905
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 3946 (05/02/2008)

| PRIORITY | Claimed: | $2,000.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $2,000.00 | UNLIQ |
| TOTAL | Claimed: | $2,000.00 | UNLIQ |

DISPLAY PRESENTATIONS
ATTN STAN ZANASKI, VICE PRESIDENT/SEC.
175 KENNEDY DRIVE
HAUPPAUGE, NY 11788

Claim Number: 8910
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $3,621.01 | Scheduled: | $307.95 | Allowed: | $3,621.01 |
|---|---|---|---|---|---|---|

FARMERS INSURANCE COMPANY, INC.
ATTN JERRI L. SOLOMON, ESQ.
4680 WILSHIRE BLVD.
LOS ANGELES, CA 90010

Claim Number: 8914
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE ACCEPTANCE, INC
Comments: EXPUNGED
DOCKET: 10208 (10/07/2011)

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

ROWE, RONALD K.
2068 DORAL DRIVE
HARRISBURG, PA 17112

Claim Number: 8916
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4526 (06/11/2008)

| UNSECURED | Claimed: | $23,499.99 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| NATIXIS REAL ESTATE CAPITAL, INC.<br>JOSEPH F. FALCONE, III<br>9 WEST 57TH STREET<br>NEW YORK, NY 10019 | | Claim Number: 8918<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 6768 (12/19/2008) | | |
| SECURED<br>UNSECURED | Claimed: | $11,318,306.82 | Allowed: | $180,000.00 |
| UBS REAL ESTATE SECURITIES INC.<br>ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | | Claim Number: 8925<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $8,498,893.06  UNLIQ<br>$0.00  UNLIQ | | |
| NIELSEN, ZOA -INDIVIDUALLY AND ON BEHALF<br>OF OTHERS<br>C/O JON M. EGAN - JON M. EGAN, PC<br>547 FIFTH STREET<br>LAKE OSWEGO, OR 97034-3009 | | Claim Number: 8932-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10975 (02/19/2014) | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00<br>Scheduled:   $0.00  UNLIQ | Allowed: | $95,000.00 |
| NIELSEN, ZOA -INDIVIDUALLY AND ON BEHALF<br>OF OTHERS<br>C/O JON M. EGAN - JON M. EGAN, PC<br>547 FIFTH STREET<br>LAKE OSWEGO, OR 97034-3009 | | Claim Number: 8932-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10975 (02/19/2014) | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00 | Allowed: | $520,000.00 |
| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | | Claim Number: 8936<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00  UNLIQ<br>$0.00  UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RBS FINANCIAL PRODUCTS, INC. | | Claim Number: 8951 | | | | |
| FKA GREENWICH CAPITAL FINANCIAL PRODUCTS | | Claim Date: 01/11/2008 | | | | |
| 600 WASHINGTON BOULEVARD | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| STAMFORD, CT 06901 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 10187 (10/03/2011) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RBS SECURITIES, INC. | | Claim Number: 8953 | | | | |
| FKA GREENWICH CAPITAL MARKETS, INC | | Claim Date: 01/11/2008 | | | | |
| 600 WASHINGTON BOULEVARD | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| STAMFORD, CT 06901 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 8299 (11/13/2009) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $65,331.09 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RBS SECURITIES, INC. | | Claim Number: 8954 | | | | |
| FKA GREENWICH CAPITAL MARKETS, INC | | Claim Date: 01/11/2008 | | | | |
| 600 WASHINGTON BOULEVARD | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| STAMFORD, CT 06901 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 10256 (11/18/2011) | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROYAL BANK OF SCOTLAND PLC C/O | | Claim Number: 8955 | | | | |
| FKA GREENWICH CAPITAL MARKETS, INC | | Claim Date: 01/11/2008 | | | | |
| 600 WASHINGTON BOULEVARD | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| STAMFORD, CT 06901 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 6496 (11/04/2008) | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RBS SECURITIES, INC. | | Claim Number: 8956 | | | | |
| FKA GREENWICH CAPITAL MARKETS, INC | | Claim Date: 01/11/2008 | | | | |
| 600 WASHINGTON BOULEVARD | | Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| STAMFORD, CT 06901 | | Comments: EXPUNGED | | | | |
| | | DOCKET: 10187 (10/03/2011) | | | | |
| SECURED | Claimed: | $0.00  UNDET | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

---

RBS FINANCIAL PRODUCTS, INC.
FKA GREENWICH CAPITAL FINANCIAL PRODUCTS
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

Claim Number: 8958
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10187 (10/03/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BARBOSA V. DANA CAPITAL GROUP, INC.,
7-1724
WILLIAM P. COFFIN, ESQ
100 NORTH 4TH STREET
EASTON, PA 18042

Claim Number: 8964
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00   UNLIQ |

---

TRIAD GUARANTY INSURANCE CORP.
ATTN EARL WALL, ESQUIRE
SENIOR VP, SEC. GENERAL COUNSEL
101 SOUTH STRATFORD ROAD
WINSTON SALEM, NC 27104

Claim Number: 8965
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10614 (10/15/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ORELLANA, KIRK R.
16311 S DAN OCONNELL DR
PLAINFIELD, IL 60586-9008

Claim Number: 8971
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10131 (08/15/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $576.00 | Scheduled: | $576.00   CONT | Allowed: | $576.00 |

---

DILL, WILLMARY
921 WAKE TOWNE DR
RALEIGH, NC 27609

Claim Number: 8972
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $1,206.16   CONT |

---

---

BARCLAYS BANK PLC, INDIV. AND AS AGENT
ATTN MARK MANSKI, HEAD CREDIT RESTRUCT.
200 PARK AVENUE
NEW YORK, NY 10166

Claim Number: 8981
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 11013 (07/01/2014)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,770.00  UNLIQ | | | |

WELLS FARGO FUNDING, INC
ATTN: AMY THORESON-LONG
2801 WELLS FARGO WAY
MAC X9902-01T
MINNEAPOLIS, MN 55048

Claim Number: 8986
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10115 (08/01/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,785,321.46 | | | |

RUDA, ANTHONY
1233 STERLING BLVD
ENGLEWOOD, NJ 07631-4823

Claim Number: 8998
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,384.62 | Scheduled: | $4,063.08  CONT | Allowed: | $3,384.62 |

BABY, PRINCE
4 MARTINO WAY
POMONA, NY 10970

Claim Number: 9008
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.00 | Allowed: | $2,500.00 |

NUNEZ, EMILIO
13162 MUNGO CT
RANCHO CUCAMONGA, CA 91739

Claim Number: 9009-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,564.46  CONT | Allowed: | $10,950.00 |
| UNSECURED | | | Scheduled: | $78,625.23  CONT | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NUNEZ, EMILIO<br>13162 MUNGO CT<br>RANCHO CUCAMONGA, CA 91739 | | Claim Number: 9009-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $74,561.17 | | | Allowed: | $74,561.17 |
| JONES, COTY A<br>3614 W 227TH ST<br>TORRANCE, CA 90505 | | Claim Number: 9010<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $8,723.10 | Scheduled: | $8,723.10 CONT | Allowed: | $8,723.10 |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATTN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | | Claim Number: 9014<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| LASALLE BANK NATIONAL ASSOCIATION<br>ATN RITA LOPEZ, VICE PRESIDENT<br>C/O GLOBAL SECURITIES AND TRUST SERVICES<br>135 SOUTH LASALLE STREET, STE 1511<br>CHICAGO, IL 60603 | | Claim Number: 9016<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | Claim Number: 9018<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10280 (12/14/2011) | | | | |
| UNSECURED | Claimed: | $64,300,000.00   UNLIQ | | | | |

| | | | | |
|---|---|---|---|---|
| BEAR STEARNS MORTGAGE CAPITAL CORP.<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9020<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10792 (03/12/2013) | | |
| UNSECURED | Claimed: | $3,371,600.00 | Allowed: | $1,500,000.00 |
| EMC MORTGAGE CORPORATION<br>C/O JP MORGAN CHASE & CO<br>2780 LAKE VISTA DRIVE<br>LEWISVILLE, TX 75067 | | Claim Number: 9024<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9826 (03/10/2011) | | |
| UNSECURED | Claimed: | $14,386,005.00   UNLIQ CONT | | |
| J.P. MORGAN SECURITIES LLC<br>ATTN GERALD J RUSSELLO<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 9028<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10297 (01/03/2012) | | |
| UNSECURED | Claimed: | $421,133.00 | | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 9031<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8722 (03/30/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS<br>ATTN DANIELA LEVARDA, ESQ<br>C/O LEGAL AND COMPLIANCE DIVISION<br>1633 BROADWAY<br>NEW YORK, NY 10019 | | Claim Number: 9032<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8722 (03/30/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | Allowed: | $14,454,764.00 |

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>2801 WELLS FARGO WAY<br>MAC X9902-01T<br>MINNEAPOLIS, MN 55048 | Claim Number: 9033<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | |

| UNSECURED | Claimed: | $1,855,469.63 |
|---|---|---|

| | | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC<br>ATTN: ANTON KOLEV<br>1271 AVENUE OF THE AMERICAS, 40TH FLOOR<br>NEW YORK, NY 10020 | Claim Number: 9036<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10450 (05/11/2012) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| SECURED | Claimed: | $749,057.95 | | |
| UNSECURED | | | Allowed: | $374,528.98 |

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION<br>ATTN THOMAS L NOLAN VICE PRESIDENT<br>8 EAST 40TH STREET 3RD FLOOR<br>NEW YORK, NY 10016 | Claim Number: 9037<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9826 (03/10/2011) | |

| UNSECURED | Claimed: | $3,717,953.00 |
|---|---|---|

| | | |
|---|---|---|
| NOMURA CREDIT & CAPITAL, INC.<br>ATTN MARK BROWN PRESIDENT<br>2 WORLD FINANCIAL CTR<br>BUILDING B<br>NEW YORK, NY 10281 | Claim Number: 9038<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9822 (03/09/2011) | |

| UNSECURED | Claimed: | $10,726,904.00   CONT |
|---|---|---|

| | | |
|---|---|---|
| MONARES, JOLEEN<br>2099 WINSBURG WAY<br>KENNESAW, GA 30144 | Claim Number: 9042<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10584 (09/17/2012) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $285.63 | Scheduled: | $285.63  CONT |

CORBETT, HEATHER
4425 B301 PARRISH ST
PHILADELPHIA, PA 19104

Claim Number: 9043
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 3945 (05/02/2008)

| | Claimed: | | Scheduled: | | | Allowed: | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | $730.50 | | $1,355.50 CONT | | | $730.50 |

MTEAM FINANCIAL PARTNERS AS REP OF THE
FOUNDING MEMBERS OF MTEAM FINANCIAL
C/O MR. BRETT LOTSOFF
249 DENNIS LANE
GLENCOE, IL 60022

Claim Number: 9047
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | Claimed: | |
|---|---|---|
| UNSECURED | | $812,393.44 |

PALMER, JERROLD
1931 E RIDGEWOOD
GLENVIEW, IL 60025

Claim Number: 9048
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7504 (06/05/2009)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $5,000.00 | | $10,950.00 CONT | | $5,000.00 |
| UNSECURED | | | | $85,050.00 CONT | | |

DB STRUCTURED PRODUCTS, INC
PETER PRINCIPATO, DIRECTOR
DEUTSCHE BANK SECURITIES INC
60 WALL STREET
NEW YORK, NY 10005

Claim Number: 9054
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9994 (05/09/2011)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 UNDET |

DEUTSCHE BANK AG
STEVEN KESSLER, ESQ.
60 WALL STREET, 36TH FL
NEW YORK, NY 10005-2858

Claim Number: 9058
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9994 (05/09/2011)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,897,707.00 UNLIQ |

---

ASPEN FUNDING CORP.
DORIS HEARN
AMACAR GROUP
6525 MORRISON BLVD., STE. 318
CHARLOTTE, NC 28211

Claim Number: 9060
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10210 (10/18/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |

GEMINI SECURITIZATION CORP., LLC
GERALDINE ST-LOUIS
C/O ROPES & GRAY - PRUDENTIAL TOWER
800 BOYLSTON ST STE 3500
BOSTON, MA 02199-3600

Claim Number: 9063
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10210 (10/18/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |

NEWPORT FUNDING CORP.
DORIS HEARN
AMACAR GROUP
6525 MORRISON BLVD., STE. 318
CHARLOTTE, NC 28211

Claim Number: 9066
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10210 (10/18/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,655.88 | Allowed: | $92,656.00 |

LAUREN PROPERTIES LP
CARNEGIE C/O KATHIE BAGINSKI
27500 DETROIT RD., STE. 300
WESTLAKE, OH 44145

Claim Number: 9068-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,341.02 | Allowed: | $66,341.02 |

LAUREN PROPERTIES LP/CARNEGIE
C/O KATHIE BAGINSKI
27500 DETROIT RD., STE. 300
WESTLAKE, OH 44145

Claim Number: 9068-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $3,400.00 | Allowed: | $3,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SEDONA CAPITAL FUNDING CORP., LLC<br>DORIS HEARN<br>AMACAR GROUP<br>6525 MORRISON BLVD., STE. 318<br>CHARLOTTE, NC 28211 | | Claim Number: 9072<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $142,498,546.38 | | | Allowed: | $92,656.00 |
| BARRETT, PAULA M<br>6 BEDFORD AVE<br>FREEPORT, NY 11520 | | Claim Number: 9082<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $961.54 | Scheduled: | $961.54 CONT | Allowed: | $961.54 |
| 1140 GALAXY WAY, LLC<br>MICHAEL E REYNOLDS<br>SNELL & WILMER , LLP<br>600 ANTON BLVD., STE 1400<br>COSTA MESA, CA 92626-7000 | | Claim Number: 9083<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $235,448.30 | | | | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF VA, ETC- BONDS LPM7592378, 7592380<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9084<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) | | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $370,946.00 |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF WASHINGTON, ETC - BOND LPM7591256<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9085<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WEST VIRGINIA, ETC - BOND LPM7592557 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9086 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WYOMING, ETC - BOND LPM7592559 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9087 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF RHODE ISLAND, ETC, SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9088 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO, IT SUBSIDIARIES & AFFILIATES A/T/I/M/A KAREN L TURNER; ECKERT SEAMANS CHERNI  K TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9089 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,053.50 |

| | | | |
|---|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF VERMONT, ETC - BOND LPM7591721 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9090 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MISSISSIPPI - BOND LPM7592553 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9091 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE - BOND LPM7591725 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9092 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO, ITS SUBSIDIARIES & AFFILIATES A/T/I/M/A - SURETY BONDS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9093 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ARIZONA, ETC - BOND LPM 7591651 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9094 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WASHINGTON & CYNTHIA SAUNDERS KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9095 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF CONNECTICUT, ETC KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9096 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE, ETC - BOND LPM7591725 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9097 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O COMMONWEALTH OF PA, ETC -BOND LPM7593143 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9098 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O WASHINGTON DC, ETC - BOND LPM7592560 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9099 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NORTH DAKOTA, ETC - BOND LPM7591669 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9100 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW HERSEY, ETC - BOND LPM7591695 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9101 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW HAMPSHIRE, ETC - BOND LPM7591899 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9102 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MICHIGAN, ETC - BOND LPM7592610 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9103 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF MAINE, ETC - BOND LPM7592556 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9104 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF LOUISIANA, ETC - BOND LPM7592607 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9105 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OKLAHOMA, ETC - BOND LPM7592368 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9106 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF KANSAS, ETC - BOND LPM1751667 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9107 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF IOWA, ETC - BOND LPM7591650 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9108 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF WISCONSIN, ETC - BONS LPM7592411 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9109 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF ILLINOIS,ETC BONDS LPM7591186,7591188 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | | Claim Number: 9110 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF IDAHO, ETC - CERTAIN SURETY BONDS<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9111<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF GEORGIA,ETC-BONDS LPM7591503, 7591723<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9112<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF OREGON, ETC - BOND LPM7591653<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9113<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF NEBRAKSA, ETC - CERTAIN SURETY BONDS<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9114<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF SOUTH CAROLINA,ETC - BOND LPM7591247<br>KAREN L TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9115<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RYMAN, SCOTT<br>3436 RIDGEVIEW DR<br>EL DORADO HLS, CA 95762-4410 | | Claim Number: 9119<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | | |
| UNSECURED | Claimed: | $15,808.00 | | | | | | |
| HUNT, CYNTHIA<br>415 E 21ST ST<br>BAKERSFIELD, CA 93305-5119 | | Claim Number: 9122<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | | |
| PRIORITY | Claimed: | $577.92 | Scheduled: | $577.92 CONT | Allowed: | $577.92 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9135<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | | | | |
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ | | | | | | |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | | Claim Number: 9140<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6178 (10/02/2008) | | | | | | |
| UNSECURED | Claimed: | $80,601.00 | | | | | | |
| MYERS, DENICE F<br>926 GARDEN DR<br>LYNDEN, WA 98264 | | Claim Number: 9169<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8410 (12/14/2009) | | | | | | |
| PRIORITY | Claimed: | $415.44   UNLIQ | Scheduled: | $415.44 CONT | | |

MYERS, DENICE F
926 GARDEN DR
LYNDEN, WA 98264

Claim Number: 9170
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $415.44 UNLIQ | Scheduled: | $3,350.83 CONT | Allowed: | $415.44 |
|---|---|---|---|---|---|---|

CITY OF HARTFORD, CT TAX COLLECTOR
C/O KENNETH B. KAUFMAN, ATTORNEY
THE LAW OFFICE OF KENNETH B. KAUFMAN LLC
63 FOREST HILLS DRIVE
FARMINGTON, CT 06032

Claim Number: 9178
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 10428 (04/27/2012)

| PRIORITY | Claimed: | $613.71 | | | Allowed: | $779.40 |
|---|---|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN TRUST ADMINISTRATION
1761 EAST ST ANDREW PLACE
SANTA ANA, CA 92705

Claim Number: 9184
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 10276 (12/31/2011)

| PRIORITY | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $15,744,380.00 |

COUNTRYWIDE HOME LOANS, INC.
C/O DAVID J NOWACZEWSKI, BODMAN LLP
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE STREET
DETROIT, MI 48226

Claim Number: 9193
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9551 (12/13/2010)

| UNSECURED | Claimed: | $198,600.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

AMERICAN EXPRESS TRAVEL RELATED SVC CO.
ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY
FLASTER/GREENBERG PC
EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL
PHILADELPHIA, PA 19103

Claim Number: 9204
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 9111 (08/11/2010)

| PRIORITY | Claimed: | $24,287.31 | | | | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP.<br>ATTN SUSAN MILLS, MANAGING DIRECTOR<br>390 GREENWICH ST<br>NEW YORK, NY 10013 | | Claim Number: 9207<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $68,813,688.40 | | | |
| HUTTON, KAREN<br>C/O LAW OFFICES OF SCOTT A SAYRE<br>2003 WESTERN AVE<br>STE 203<br>SEATTLE, WA 98121 | | Claim Number: 9208<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | | |
| UNSECURED | Claimed: | $120,000.00   UNLIQ CONT | | | |
| PORTER, APRIL R<br>647 CRESCENT HILLS PL<br>LAKELAND, FL 33813 | | Claim Number: 9209<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $1,935.32 | | Allowed: | $1,935.32 |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | | Claim Number: 9212-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | |
| PRIORITY | Claimed: | $8,741.58 | Scheduled: | $7,104.58  CONT | Allowed: | $8,741.58 |
| UNSECURED | | | Scheduled: | $44,348.53  CONT | |
| NUCKOLS, KATHRYN<br>295 COTTONWOOD LANE<br>STAUNTON, VA 24401 | | Claim Number: 9212-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $42,269.87 | | Allowed: | $42,269.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FRESE, SUSAN AND MCCARTHY<br>210 OAKWOOD ST SE APT 306<br>WASHINGTON, DC 20032-1770 | | Claim Number: 9220<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 | | | Allowed: | $10,000.00 |
| AGF WOODFIELD OWNER LLC<br>C/O JONES LANG LASALLE<br>ATTN GENERAL MANAGER<br>1375 E. WOODFIELD ROAD<br>SCHAUMBURG, IL 60173 | | Claim Number: 9224-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $95,235.01 | | | Allowed: | $95,235.01 |
| AGF WOODFIELD OWNER LLC<br>C/O JONES LANG LASALLE<br>ATTN GENERAL MANAGER<br>1375 E. WOODFIELD ROAD<br>SCHAUMBURG, IL 60173 | | Claim Number: 9224-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>THIS CLAIM HAS BEEN SATISFIED | | | | |
| SECURED | Claimed: | $7,094.75 | | | Allowed: | $7,094.75 |
| TYLER, MARY<br>11425 BROMLEY COVE<br>FORT WAYNE, IN 46845 | | Claim Number: 9229<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | |
| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64 CONT | Allowed: | $192.32 |
| ORELLANA, TIFFANY<br>10741 MARY LN APT 2A<br>MOKENA, IL 60448-1721 | | Claim Number: 9230<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $286.15 | Scheduled: | $286.15 CONT | Allowed: | $286.15 |

| | | | | |
|---|---|---|---|---|
| WATERFIELD SHAREHOLDER LLC<br>C/O ERIC J. GORMAN, ESQ.<br>SKADEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 9231<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| UNION FEDERAL BANK OF INDIANAPOLIS<br>C/O ERIC J. GORMAN, ESQ.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 9232<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9436 (11/10/2010) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WELLS FARGO BANK, N.A.<br>CORP. TRUST SERVICES, ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>9062 OLD ANNAPOLIS RD-  MAC N2702-011<br>COLUMBIA, MD 21054 | | Claim Number: 9235<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 8843 (05/11/2010) | | |
| UNSECURED | Claimed: | $160,602.15  UNLIQ CONT | Allowed: | $162,602.00 |
| ANDERSON, DEREK<br>123 MAIN STREET<br>CLEVELAND, OH 44114 | | Claim Number: 9237<br>Claim Date: 12/13/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $99,050.00 | | |
| RA 520 BROADHOLLOW ROAD LLC<br>C/O REXCORP REALTY LLC<br>625 REXCORP PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 9238<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9253 (09/24/2010) | | |
| SECURED | Claimed: | $133,200.00 | | |
| UNSECURED | Claimed: | $1,227,877.54 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ORANGE & ROCKLAND<br>ATTN PHYLLIS J. DODGE,<br>SUPPORT OPERATIONS<br>390 WEST ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | | Claim Number: 9240<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $4,050.00 | Scheduled: | $2,004.31 | Allowed: | $4,050.00 |
| IMAGE ENHANCERS<br>ATTN STAN D. JENNINGS, OWNER<br>4416 HANFORD AVENUE<br>LAS VEGAS, NV 89107 | | Claim Number: 9242<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $780.00 | Scheduled: | $780.00 | Allowed: | $780.00 |
| PEPCO<br>ATTN BANKRUPTCY DESK<br>701 NINTH STREET, N.W.<br>WASHINGTON, DC 20068-0001 | | Claim Number: 9247<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $405.00 | | | Allowed: | $405.00 |
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | | Claim Number: 9250<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $51,268.26 | Scheduled: | $27,887.14 | | |
| BAKER, LAYCE<br>6335 NACHEZ CT<br>CITRUS HTS, CA 95621-5219 | | Claim Number: 9253<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $2,678.00 | | | | |
| UNSECURED | Claimed: | $4,419.00 | | | | |

HASLER, INC.
ARMSCO INC
ATTN SHEILA M NULL
PO BOX 1345
ENGLEWOOD, FL 34295

Claim Number: 9254
Claim Date: 01/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $7,625.07 | | | Allowed: | $7,625.07 |
|---|---|---|---|---|---|---|

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 9258-01
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: ALLOWED
DOCKET: 8375 (12/08/2009)

| UNSECURED | Claimed: | $241,891.20 | Scheduled: | $39,961.84 | Allowed: | $241,891.20 |
|---|---|---|---|---|---|---|

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 9258-02
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8375 (12/08/2009)

| ADMINISTRATIVE | | | | | Allowed: | $201,083.63 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | | | |

JGL, LLC
CECILIA L. ROSENAUER, ESQ.
CECILIA L. ROSENAUER, LTD.
510 W PLUMB LN., STE. A
RENO, NV 89509

Claim Number: 9259
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5175 (07/18/2008)

| UNSECURED | Claimed: | $2,305.00  UNLIQ | | | | |
|---|---|---|---|---|---|---|

VAN HOOZER, KARLA
3737 WOODLAND AVE STE 630
W DES MOINES, IA 50266-1937

Claim Number: 9262
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10853 (07/11/2013)

| UNSECURED | Claimed: | $1.00 | Scheduled: | $0.00  UNLIQ | | |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

| BAKER, LAYCE PATRICIA<br>5910 BOURBON DRIVE<br>CARMICHAEL, CA 95608 | | Claim Number: 9264<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 4615 (06/13/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,678.00 | Scheduled: | $2,678.08 CONT | Allowed: | | $2,678.00 |
| UNSECURED | Claimed: | $0.00 | | | | | |

| POUCH RECORDS MANAGEMENT LP<br>C/O R GIBSON PAGTER, JR<br>PAGTER AND MILLER<br>525 N CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA, CA 92701 | | Claim Number: 9265<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) |
|---|---|---|
| SECURED | Claimed: | $110,175.73 |

| VENSKUS, MICHAEL<br>36 PRATT ST<br>ALLSTON, MA 02134 | | Claim Number: 9271<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) |
|---|---|---|
| PRIORITY | Claimed: | $722.40 |

| ENVIRONMENT CONTROL<br>ATTN L R INGRAM<br>PO BOX 43515<br>TUCSON, AZ 85733 | | Claim Number: 9274<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) |
|---|---|---|
| UNSECURED | Claimed: | $240.48 |

| HOMIC, KATHLEEN KIMBERLY<br>801 ELDERSVILLE RD<br>BURGETTSTOWN, PA 15021 | | Claim Number: 9282<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|---|
| PRIORITY | Claimed: | $2,975.68 |

| | | | | |
|---|---|---|---|---|
| BELOTE, JAMES P (JIM)<br>2429 WINDWARD SHORE DR<br>VIRGINIA BEACH, VA 23451-1752 | | Claim Number: 9287-01<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| BELOTE, JAMES P (JIM)<br>2429 WINDWARD SHORE DR<br>VIRGINIA BEACH, VA 23451-1752 | | Claim Number: 9287-02<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $7,840.47 | Allowed: | $7,840.47 |
| GILORMINI, JANICE<br>318 MOUNT PLEASANT RD<br>HAUPPAGE, NY 11788-2738 | | Claim Number: 9295<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | | Scheduled: | $163.46 CONT | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| BEVELLE, TERESA A<br>7716 NEWLIN DR<br>FORT WAYNE, IN 46816 | | Claim Number: 9323<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10931 (12/13/2013) | | |
| PRIORITY | Claimed: | $3,337.85 | Scheduled: $953.85 CONT | Allowed: $953.85 |
| COUNTRYWIDE HOME LOANS, INC.<br>ATTN DAVID SOBUL, ESQ.<br>4500 PARK GRANADA - MS: CH-11<br>CALABASAS, CA 91302 | | Claim Number: 9329<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| SECURED | Claimed: | $20,000,000.00 UNLIQ | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| JOVANOVIC, ZORICA<br>1200 GREENWOOD DRIVE<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 9330<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $2,950.83 | Scheduled: | $2,950.83 CONT | |
| NERLAND, DAVID E.<br>9589 N 113TH WAY<br>SCOTTSDALE, AZ 85259-5868 | | Claim Number: 9331<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7100 (03/15/2009) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $217,580.95 | | | |
| SAUDER, ANNA<br>737 LETORT ROAD<br>WASHINGTON BORO, PA 17582 | | Claim Number: 9332<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $402.84 | Scheduled: | $402.84 CONT | |
| CORPORATE TECHNOLOGIES INC<br>ATTN LYNDA CARSON, ACCOUNTING SUPERVISOR<br>3 BURLINGTON WOODS<br>BURLINGTON, MA 01803 | | Claim Number: 9333<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| UNSECURED | Claimed: | $60,075.28 | | | |
| HARTFORD FIRE INSURANCE COMPANY<br>ATTN JULIE ALLEYNE<br>THE HARTFORD<br>HARTFORD PLAZA - T4<br>HARTFORD, CT 06155 | | Claim Number: 9334-05<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>RECLASSIFIED AS EQUITY INTEREST | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

| | | | | | |
|---|---|---|---|---|---|
| TIMMONS, TERRANCE<br>18600 N DALLAS PKWY<br># 1017<br>DALLAS, TX 75287 | | Claim Number: 9336<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | | | Scheduled: | $461.54 CONT | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| BUGGS, ARECA<br>4350 MCCORD LIVSEY<br>RD.<br>SNELLVILLE, GA 30039 | | Claim Number: 9338<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $388.73 | Scheduled: | $388.73 CONT | |
| CARLTON, BONNIE<br>11918 FOX GLEN RD<br>CHARLOTTE, NC 28269 | | Claim Number: 9340<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $2,620.88 CONT | |
| CITY OF NORWALK TAX COLLECTOR<br>ATTN AL C. PALUMBO, ASST TAX COLLECTOR<br>125 EAST AVENUE<br>NORWALK, CT 06851 | | Claim Number: 9351<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,385.52 | | Allowed: | $1,385.52 |
| WEED, HAZE H L<br>1940 S E 2 ST<br>ASTORIA, OR 97103 | | Claim Number: 9352<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8746 (04/06/2010) | | | |
| UNSECURED | Claimed: | $862.00 | Scheduled: | $250.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BULLARD, HELEN<br>3127 W ROBINWOOD<br>FRESNO, CA 93711 | | Claim Number: 9365<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9940 (04/13/2011) | | | | |
| UNSECURED | Claimed: | $302.25 | Scheduled: | $302.25 CONT | Allowed: | $302.25 |
| COMFORT, ROBIN C<br>217 CROSSWINDS DR UNIT # 104<br>CHESAPEAKE, VA 23320 | | Claim Number: 9371<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $787.52 | Scheduled: | $787.52 CONT | | |
| SPERRY, NATASHA<br>5649 WHITE FIR WAY UNIT 1<br>SACRAMENTO, CA 95841 | | Claim Number: 9372<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | | |
| PRIORITY | Claimed: | $2,150.76 | | | | |
| UNSECURED | Claimed: | $6,999.60 | | | | |
| COMFORT, ROBIN C<br>217 CROSSWINDS DR UNIT # 104<br>CHESAPEAKE, VA 23320 | | Claim Number: 9373<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $375.00 | Scheduled: | $375.00 CONT | | |
| COE, ALLISON M<br>1645 MADRID ST APT 4<br>SALINAS, CA 93906-8439 | | Claim Number: 9384<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 3946 (05/02/2008) | | | | |
| PRIORITY | Claimed: | $1,584.00 | Scheduled: | $1,584.00 CONT | Allowed: | $1,584.00 |

| DUNN, JOAN D<br>2742 S ZENOBIA ST<br>DENVER, CO 80236 | | Claim Number: 9385<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,615.39 | Scheduled: | $1,615.39  CONT | | |
| ESTURO, PAULA L<br>2495 BELTAGH AVE<br>BELLMORE, NY 11710 | | Claim Number: 9394<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,630.55 | Scheduled: | $1,630.55  CONT | | |
| ASSOCIATED SERVICES<br>ATTN ROBERT SURMAN, BRANCH MANAGER<br>1040 SHARY CT<br>STE C<br>CONCORD, CA 94518-4705 | | Claim Number: 9398<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $523.35 | Scheduled: | $14.95 | Allowed: | $523.35 |
| ADAMS, PAMELA K<br>806 LARCH LANE<br>FORT WAYNE, IN 46825 | | Claim Number: 9399<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $3,000.00 | | | | |
| MELINAUSKAS, KAREN L<br>823 RAINBOW DRIVE<br>GLENWOOD, IL 60425 | | Claim Number: 9422<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $1,961.46 | Scheduled: | $1,961.46  CONT | | |

| KNIGHT, TERI<br>2471 S BAHAMA WAY<br>AURORA, CO 80013 | | Claim Number: 9425<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1,961.54 | Scheduled:<br>Scheduled: | $2,526.34 CONT<br>$715.97 CONT | Allowed: | $1,961.54 |
| MARSHALL, TINA<br>11 PORTLAND PL<br>PALM COAST, FL 32164-6744 | | Claim Number: 9433<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $7,383.04 CONT | | |
| WILSON, ROSIE<br>501 BOLTZ ST<br>FORT WAYNE, IN 46806-1108 | | Claim Number: 9437<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $192.32 | Scheduled: | $384.64 CONT | Allowed: | $192.32 |
| TERRELL, ANNA L<br>6143 BROKEN SLATE WAY<br>LAS VEGAS, NV 89139-6840 | | Claim Number: 9438<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,346.15 | Scheduled: | $1,346.15 CONT | | |
| COUNTRYWIDE BANK, F.S.B.<br>ATTN KATHLEEN CONTE<br>4500 PARK GRANDA - MS CH-20<br>CALABASAS, CA 91302 | | Claim Number: 9440<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10761 (02/04/2013) | | | | | |
| SECURED | Claimed: | $2,000,000.00  UNLIQ | | | | |

---

LANDSAFE
ATTN: DAVID ZULAUF
8511 FALLBROOK AVENUE - MS: WH-51Z
WEST HILLS, CA 91304

Claim Number: 9442
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7399 (05/18/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,245.27 | | | | |

---

MICHAEL R MOORE LIVING TRUST
C/O DAVID MOORE
22 ARTISAN STREET
LADERA RANCH, CA 92694

Claim Number: 9447-01
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,788.75 | Scheduled: | $6,788.75 CONT | Allowed: | $6,788.75 |
| UNSECURED | | | Scheduled: | $192,174.87 CONT | | |

MICHAEL R MOORE LIVING TRUST
C/O DAVID MOORE
22 ARTISAN STREET
LADERA RANCH, CA 92694

Claim Number: 9447-02
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $192,947.86 | | | | |

---

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

Claim Number: 9448
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14.58 | | | Allowed: | $14.58 |

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY 11787

Claim Number: 9453
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 5463 (08/18/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,846.15 | Scheduled: | $1,846.15 CONT | Allowed: | $1,846.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HERTLING, SHANNON<br>2405 HASTIE LAKE ROAD<br>OAK HARBOR, WA 98277 | | Claim Number: 9455<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6839 (01/13/2009) | | | | |
| PRIORITY | Claimed: | $4,461.24 | Scheduled: | $4,461.24 CONT | Allowed: | $4,461.24 |
| LESELROD, MICHAEL<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | | Claim Number: 9456<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $2,551.00 | Scheduled: | $5,102.44 CONT | Allowed: | $2,551.00 |
| MOYLAN, ADEENA<br>222 STRANAHAN CIR<br>CLAYTON, CA 94517-1455 | | Claim Number: 9480<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $2,457.00 | Scheduled: | $3,466.97 CONT | | |
| HO, LAM<br>214 HERITAGE OAKS LANE<br>HOUSTON, TX 77024 | | Claim Number: 9487<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $14,175.00 | | | | |
| GORDON, CHRISTINE M<br>5053 MIGUEL DR<br>OAKLEY, CA 94561 | | Claim Number: 9491<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $692.31 | Scheduled: | $876.93 CONT | | |

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 9503<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| UNSECURED | Claimed: | $175,910.21 | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-5151 | | Claim Number: 9504<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| ADMINISTRATIVE | Claimed: | $18,738.94 | | |
| GREEK, BONNIE L<br>36803 34TH AVE S<br>AUBURN, WA 98001 | | Claim Number: 9516<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $848.00 | Scheduled: | $848.08  CONT |
| HEFFERNAN, SHERYL<br>30535 RUE DE LA PIERRE<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 9523<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $12,682.41 | | |
| UNSECURED | Claimed: | $188.17 | | |
| WILLIAM, CAROL J.<br>5629 ESTATES DR<br>NORTH PORT, FL 34291 | | Claim Number: 9528<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | |
| UNSECURED | Claimed: | $11,470.00 | | |

| CINQUEMANI, LAURA<br>126 SEUSING BLVD<br>HAUPPAUGE, NY 11788 | | Claim Number: 9536<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,284.00 | Scheduled: | $1,284.00 CONT | |
| UNSECURED | Claimed: | $1,284.00 | | | |
| TOTAL | Claimed: | $1,284.00 | | | |
| HEFFERNAN, SHERYL<br>30535 RUE DE LA PIERRE<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 9538<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $12,682.41 | Scheduled: | $12,682.41 CONT | |
| UNSECURED | Claimed: | $188.17 | Scheduled: | $188.17 CONT | |
| EISSMAN, MARK A.<br>16842 HICKORY CREST DR<br>WILDWOOD, MO 63011 | | Claim Number: 9560<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $346.15 CONT | |
| CASTAGNOLO, CAROLINE<br>335 SE 6TH AVE APT 208<br>DELRAY BEACH, FL 33483-5298 | | Claim Number: 9584<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | | | Scheduled: | $3,533.52 CONT | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| STATE BOARD OF EQUALIZATION<br>ATTN AMY E EVERSON, AUTHORIZED REP<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 9591<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,603.00 | | Allowed: | $2,603.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HARRISON, BRANDY JO<br>320 WOLF CREEK PL<br>LOCUST GROVE, GA 30248-2781 | | Claim Number: 9596<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $692.64 | Scheduled: | $692.64 CONT | | | |
| CORBIN, DAVID L.<br>1235 NAZARETH RD<br>LEXINGTON, SC 29073-7774 | | Claim Number: 9597<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | | | | |
| PRIORITY | Claimed: | $1,270.00 | | | | | |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 11706 | | Claim Number: 9620<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10441 (05/04/2012) | | | | | |
| PRIORITY | Claimed: | $2,076.92 | Scheduled: | $2,076.92 CONT | Allowed: | | $2,076.92 |
| WIMMER & ASSOCIATES<br>ATTN SHARON G. WIMMER<br>4860 RIVER FARM RD<br>NE<br>MARIETTA, GA 30068 | | Claim Number: 9621<br>Claim Date: 01/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $350.00 | | | | | |
| MCDONALD HOPKINS LLC<br>RONALD L. BERGUM C/O SEAN D. MALLOY ATTY<br>600 SUPERIOR AVE, SUITE 2100 EAST<br>CLEVELAND, OH 44114 | | Claim Number: 9625<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $3,182,183.96 | | | | | |

| | | | | |
|---|---|---|---|---|
| ROBERTS, CHERYL<br>4029 S PARK DR<br>FORT WAYNE, IN 46806 | | Claim Number: 9631<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | | | Scheduled: | $384.32 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ACHENBACH, JASON D.<br>2520 HASEN DR<br>LAMBERTVILLE, MI 48144-9642 | | Claim Number: 9636<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | | | Scheduled: | $300.00 CONT |
| UNSECURED | Claimed: | $300.00 | | |
| HAGE II, SAM<br>2834 ROEHAMPTON CLOSE<br>TARPON SPGS, FL 34688-8424 | | Claim Number: 9641-01<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5918 (09/16/2008) | | |
| PRIORITY | | | Allowed: | $10,950.00 |
| UNSECURED | Claimed: | $10,950.00 | | |
| HAGE II, SAM<br>2834 ROEHAMPTON CLOSE<br>TARPON SPGS, FL 34688-8424 | | Claim Number: 9641-02<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5918 (09/16/2008) | | |
| UNSECURED | Claimed: | $135,586.14 | Allowed: | $89,150.00 |
| IKON OFFICE SOLUTIONS<br>ATTN BANKRUPTCY TEAM<br>ACCOUNTS RECEIVABLE CENTER<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 9653<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,288.90 | Allowed: | $1,288.90 |

| | | | |
|---|---|---|---|
| HERNANDEZ, MATTHEW AND MELANIE<br>42375 STETSON AVE<br>HEMET, CA 92544-7565 | Claim Number: 9654<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |

| UNSECURED | Claimed: | $56,541.22  UNLIQ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., SUITE 10-200<br>DETROIT, MI 48202 | Claim Number: 9661<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6167 (10/01/2008) | | |

| PRIORITY | Claimed: | $57,809.30 | Scheduled: | $11,476.12  UNDET DISP |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W. GRAND BLVD., 10-200<br>DETROIT, MI 48202 | Claim Number: 9663<br>Claim Date: 01/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7931 (08/11/2009) | | |

| UNSECURED | Claimed: | $20,701.44 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| OPEN ACCESS<br>ATTN P.D. LANGER, DIRECTOR OF FINANCE<br>ONE HUNTINGTON QUADRANGLE<br>STE 3512<br>MELVILLE, NY 11747 | Claim Number: 9667<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |

| UNSECURED | Claimed: | $28,668.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SATHER, MARILYN<br>21 FAIRVIEW AVE APT 523<br>TUCKAHOE, NY 10707-4129 | Claim Number: 9676<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |

| PRIORITY | | | Scheduled: | $4,146.46  CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RICHLAND COUNTY TREASURY<br>ATTN DAVID A ADAMS-RICHLAND, TREASURER<br>POST OFFICE BOX 11947,<br>COLUMBIA, SC 29211 | | Claim Number: 9677<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $834.86 | | | Allowed: | $834.86 |
| BARRETT-SNYDER, RICHARD<br>43 HENRY ST<br>MERRICK, NY 11566 | | Claim Number: 9682<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8098 (09/25/2009) | | | | |
| PRIORITY | Claimed: | $6,730.76 | Scheduled: | $6,730.76 CONT | Allowed: | $4,567.37 |
| MECKLENBURG COUNTY<br>TTN CITY-COUNTY NC TAX COLLECTOR<br>PO BOX 31637<br>CHARLOTTE, NC 28231 | | Claim Number: 9687<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | | |
| SECURED | Claimed: | $11,426.33 | | | | |
| BUNCOMBE COUNTY<br>BUNCOMBE CO TAX OFC<br>60 COURT PLZ, RM 320<br>ASHEVILLE, NC 28801 | | Claim Number: 9693<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $43.15 | | | Allowed: | $43.15 |
| CITY OF STERLING HEIGHTS<br>ATTN JAMES P BUHLINGER, TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311-8009 | | Claim Number: 9694<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | | |
| SECURED | Claimed: | $158.29 | | | Allowed: | $158.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MACUS, JOHN<br>411 STOCKTON DR<br>BATON ROUGE, LA 70815 | | Claim Number: 9705<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $11,335.00 | | | | |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST<br>CHANDLER, AZ 85226 | | Claim Number: 9715<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5915 (09/16/2008) | | | | |
| UNSECURED | Claimed: | $7,866.68 | | | Allowed: | $7,866.68 |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | | Claim Number: 9720-01<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9913 (04/04/2011) | | | | |
| PRIORITY | Claimed: | $2,039.37 | | | Allowed: | $2,039.37 |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | | Claim Number: 9720-02<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9913 (04/04/2011) | | | | |
| UNSECURED | Claimed: | $1,649.32 | | | Allowed: | $1,649.32 |
| STANISLAUS COUNTY, CALIFORNIA<br>ATTN GORDON B. FORD, TAX COLLECTOR<br>POB 859<br>STANISLAUS, CA 95353 | | Claim Number: 9740<br>Claim Date: 01/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $285.36 | Scheduled: | $285.36  DISP CONT | Allowed: | $285.36 |

BUSINESS IMAGES & GRAPHICS INC
ATTN RICKY HALL, PRESIDENT
308 W MULBERRY
SEARCY, AR 72143

Claim Number: 9743
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,013.50 | Scheduled: | $13,962.41 | Allowed: | $15,013.50 |

FIORE, BRIAN R
58 TOWNE BROOKE COMMONS
BROOKFIELD, CT 06804

Claim Number: 9744
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,830.77 | Scheduled: | $1,830.77 CONT | Allowed: | $1,830.77 |

KOFAX IMAGE PRODUCTS
ATTN HIAM MATTOX, CFO
16245 LAGUNA CANYON ROAD
IRVINE, CA 92618

Claim Number: 9750
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,500.00 |

SEERY, MARGARET M
23 JAGGER CT
MELVILLE, NY 11747

Claim Number: 9751
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,738.46 CONT |
| UNSECURED | Claimed: | $3,738.46 UNDET | | |

SATELLITE 600 OWNER CORP. C/O CARTER
ATTN JOHN BRIER, CARTER MANAGEMENT
171 17TH STREET
SUITE 1200
ATLANTA, GA 30368-6018

Claim Number: 9760
Claim Date: 01/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,149.35 |
| UNSECURED | Claimed: | $73,381.00 |
| TOTAL | Claimed: | $81,030.85 |

| ROMAN, MANDY<br>1043 N BRADFORD AVE APT J<br>PLACENTIA, CA 92870-4340 | | Claim Number: 9768<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $646.14 | Scheduled: | $646.14 CONT | | | |
| SECURED | Claimed: | $646.14 | | | | | |
| TOTAL | Claimed: | $646.14 | | | | | |
| MESA COUNTY, COLORADO<br>ATTN MONIKA TODD, TREASURER<br>MESA COUNTY TREASURER'S OFFICE<br>PO BOX 20,000<br>GRAND JUNCTION, CO 81502-5027 | | Claim Number: 9773<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $767.81 | Scheduled: | $496.77 DISP CONT | Allowed: | $767.81 | |
| CITY OF DOVER<br>ATTN NATALIE COFONE, BILLING SUPERVISOR<br>PO BOX 7100<br>DOVER, DE 19903-7100 | | Claim Number: 9776<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $1,522.77 | Scheduled: | $812.97 | Allowed: | $1,522.77 | |
| MORRELL, WENDY<br>14 ORCHID CT<br>DEPTFORD, NJ 08096 | | Claim Number: 9777<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $576.92 | Scheduled: | $576.92 CONT | | | |
| MOORE, CHERIE L<br>4488 ALDERPORT DR<br>HUNTINGTN BCH, CA 92649-2289 | | Claim Number: 9780<br>Claim Date: 01/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $205,416.00 | Scheduled: | $2,788.46 CONT | | | |

THE STAR-LEDGER
ATTN BLERTA SULSTAROVA
PO BOX 5718
HICKSVILLE, NY 11802-5718

Claim Number: 9786
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,069.40 | | | | | |

USDA RURAL DEVELOPMENT
ATTN JOAQUIN TREMOLS, DEPUTY DIR SFHGLP
MAIL STOP 0784
1400 INDEPENDENCE AVE, SW
WASHINGTON, DC 20250

Claim Number: 9788
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,244.54 | Scheduled: | $30,916.90 | | | |

CITY OF CORPUS CHRISTI
ATTN YVETTE AGUILAR, ASST CITY ATTORNEY
PO BOX 9277
SAN ANTONIO, TX 78265-9722

Claim Number: 9789
Claim Date: 01/25/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36.95 | Scheduled: | $72.99 | Allowed: | $36.95 | |

ENERGIZE YOUR SPACE
ATTN SUSAN OR GARY PENDERGRAF
5720 3RD AVE WEST
BRADENTON, FL 34209

Claim Number: 9807
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,450.00 |

FOUR CORNERS CLEANING
PO BOX 3131
YUBA CITY, CA 95992-3131

Claim Number: 9809
Claim Date: 01/28/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $175.00 |
| UNSECURED | Claimed: | $175.00 |
| TOTAL | Claimed: | $175.00 |

| CARROLL, TORY<br>227 DUNCAN TRAIL<br>LONGWOOD, FL 32779 | | Claim Number: 9815<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8746 (04/06/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $900.00 | Scheduled: | $900.00 CONT | Allowed: | | $900.00 |
| BARSA SYSTEMS DISTRIBUTION INC<br>1 GRAHAM CT<br>RYE, NY 10580-1600 | | Claim Number: 9821<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3,405.39 | | | |
| CAROLLO, LISA M<br>104 MASSAPEQUA AVE<br>MASSAPEQUA, NY 11758 | | Claim Number: 9826<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,612.50 | Scheduled: | $1,612.50 CONT | | | |
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 9829<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $1,420.00 | Scheduled: | $1,258.40 DISP CONT | | | |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>ATTN MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | | Claim Number: 9830<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | | |
| UNSECURED | Claimed: | $45,815.42 | | | Allowed: | | $45,815.42 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | |
|---|---|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY PO BOX 245<br>MICHAEL READING AUTHORIZED AGENT<br>TRENTON, NJ 08646 | | Claim Number: 9831<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | |
| PRIORITY | Claimed: | $1,494,298.91 | | |
| MERIDIAN MEADOWS FIVE LLC<br>C/O JEFFREY A HOKANSON<br>HOSTETLER & KOWALIK PC<br>101 W OHIO STREET SUITE 2100<br>INDIANAPOLIS, IN 46204 | | Claim Number: 9832<br>Claim Date: 01/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $17,757.18 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>ATTN TONI PRICE-MAYS RTS3<br>CHICAGO, IL 60601 | | Claim Number: 9834<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
| ADMINISTRATIVE | Claimed: | $115.50 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-425<br>ATTN TONI PRICE-MAYS, RTS3<br>CHICAGO, IL 60601 | | Claim Number: 9835<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $324.00 | Allowed: | $324.00 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTT EVA MILANOWSKI<br>BANKRUPTCY ADMINISTRATOR<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 9836<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,640.35 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPRINT NEXTEL<br>ATTN ABBY LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 9837<br>Claim Date: 01/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9015 (07/16/2010) | | | | |
| UNSECURED | Claimed: | $159,264.01 | | | | |
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 9838-01<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10035 (06/09/2011) | | | | |
| UNSECURED | Claimed: | $113,652.30 | Scheduled: | $57,148.65 | Allowed: | $172,587.56 |
| OFFICEMAX<br>ATTN ANNE FULLER<br>CREDIT SUPERVISOR<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 9838-02<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10035 (06/09/2011) | | | | |
| ADMINISTRATIVE | | | | | Allowed: | $959.93 |
| SECURED | Claimed: | $91,187.86 | | | | |
| ALASKA COMMUNICATIONS SYSTEMS<br>FORMERLY ANCHORAGE TELEPHONE UTILITY<br>ATTN AMY NEWLUN MS #8<br>600 TELEPHONE AVE<br>ANCHORAGE, AK 99519-6666 | | Claim Number: 9839<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $1,958.02 | | | | |
| ARMSTRONG GIBBONS & GNYS LLP<br>ATTN CARL S LEVIN ESQ<br>155 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | | Claim Number: 9840<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $1,400.00 | | | Allowed: | $1,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9842<br>Claim Date: 01/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | | | |
| PRIORITY | Claimed: | $855,967.24 | | | | |
| UNSECURED | Claimed: | $250.00 | | | | |
| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 9843<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $765.00 | Scheduled: | $1,377.00 | Allowed: | $765.00 |
| LOWERMYBILLS, INC., A DELAWARE CORP<br>SANDRA I TIBERI<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FLOOR | | Claim Number: 9844<br>Claim Date: 01/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6763 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $59,999.00 | | | Allowed: | $59,999.00 |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>ATTN YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 9849<br>Claim Date: 01/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7023 (02/17/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $55.05 | | | | |
| PRIORITY | Claimed: | $34.04 | | | | |
| DREGER, BROOKE<br>2490 KEENLAND CT.<br>CUMMING, GA 30040 | | Claim Number: 9853<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $824.00   CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

| | | | | |
|---|---|---|---|---|
| DREGER, BROOKE<br>2490 KEENLAND CT.<br>CUMMING, GA 30040 | | Claim Number: 9855<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | Claimed: | $0.00 UNDET | Scheduled: | $3,018.00 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| BENNING, MELANIE TINNES<br>834 CHESTNUT ST APT 525<br>PHILADELPHIA, PA 19107-5137 | | Claim Number: 9857<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $250.00 | | |
| QUINONES, ERLINDA<br>5246 W. DIANA AVENUE<br>GLENDALE, AZ 85302 | | Claim Number: 9861<br>Claim Date: 01/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| PRIORITY | | | Scheduled: | $1,402.71 CONT |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| BLOMMER PETERMAN, S.C.<br>165 BISHOPS WAY<br>BROOKFIELD, WI 53005-6235 | | Claim Number: 9863<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |
| UNSECURED | Claimed: | $20,819.78 | | |
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | | Claim Number: 9864<br>Claim Date: 01/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/29/2010) | | |
| UNSECURED | Claimed: | $10,605.65 | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

DEPARTMENT OF CORPORATIONS
C/O: PRESTON DUFAUCHARD, COMMISSIONER
1515 K ST, STE 200
SACRAMENTO, CA 95814-4052

Claim Number: 9865
Claim Date: 01/31/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET 6763 (12/22/2008)

| UNSECURED | Claimed: | $10,596.27 | Scheduled: | $10,596.27 | Allowed: | $10,596.27 |
|---|---|---|---|---|---|---|

GWINNETT COUNTY TAX COMMISSIONER
DEPARTMENT OF PROPERTY TAX
ATTN: WILLIAM HARPER, CLAIM PROCESSOR
P.O. BOX 372
LAWRENCEVILLE, GA 30046-0372

Claim Number: 9868
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7505 (06/05/2009)

| PRIORITY | Claimed: | $392.66 | | | Allowed: | $392.66 |
|---|---|---|---|---|---|---|

HARMONY HOMES R.E.
3125 MCHENRY AVE STE F
MODESTO, CA 95350-1451

Claim Number: 9871
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $213.59 | | | Allowed: | $213.59 |
|---|---|---|---|---|---|---|

HARMONY HOMES R.E.
ATTN: DON NUSSER
1125 NANTUCKET PLACE
MODESTO, CA 95355

Claim Number: 9872
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $222.04 | | | Allowed: | $222.04 |
|---|---|---|---|---|---|---|

SIMANER, JAMI
1126 ARDMORE ST
SAINT AUGUSTINE, FL 32092

Claim Number: 9881
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $476.92 | Scheduled: | $476.92  CONT | | |
|---|---|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

OTTENDORF, PAUL D
13131 WEXFORD HOLLOW
ROAD N
JACKSONVILLE, FL 32224

Claim Number: 9882
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,307.69 | Scheduled: | $2,307.69 CONT | |

32 PROSPECT AVENUE, LLC
C/O HARVEY SUSSWEIN
85 CLINTON AVENUE
MONTCLAIR, NJ 07042

Claim Number: 9883
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 9257 (09/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,339.25 | Allowed: | $5,339.25 |

32 PROSPECT AVENUE, LLC
C/O HARVEY SUSSWEIN
85 CLINTON AVENUE
MONTCLAIR, NJ 07042

Claim Number: 9884
Claim Date: 02/01/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)
Amends claim number 6559

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $880.00 | Allowed: | $880.00 |

STATE OF MARYLAND COMPTROLLER
ATTN: MARY T. CARR
301 WEST PRESTON STREET ROOM 410
BALTIMORE, MD 21201

Claim Number: 9885
Claim Date: 02/05/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $404.00 | Allowed: | $404.00 |

LITTLE, CECIL
2227 WHEATLEY DR # 204
BALTIMORE, MD 21207

Claim Number: 9888
Claim Date: 02/04/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10060 (06/20/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HOUSING & URBAN DEV. OFFICE OF THE REGIONAL COUNSEL, REG. III 100 PENN SQUARE EAST - WANAMAKER BLDG. PHILADELPHIA, PA 19107 | | Claim Number: 9889 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10786 (03/06/2013) | | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | | |
| UNSECURED | Claimed: | $2,266,563.09 UNDET | | | | | |
| DESCHUTES COUNTY TAX COLLECTOR DAVID LILLEY, CHIEF TAX DEPUTY 1300 NW WALL ST STE 200 BEND, OR 97701 | | Claim Number: 9891 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 7022 (02/17/2009) | | | | | |
| SECURED | Claimed: | $242.80 | | | | | |
| DESCHUTES COUNTY TAX COLLECTOR DAVID LILLEY, CHIEF TAX DEPUTY 1300 NW WALL ST STE 200 BEND, OR 97701 | | Claim Number: 9892 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: EXPUNGED DOCKET: 10131 (08/15/2011) | | | | | |
| PRIORITY | | | | Scheduled: | $0.00 UNDET | | |
| SECURED | Claimed: | $301.36 | | | | | |
| SPOKANE COUNTY TREASURER ATTN: MINDY ENSIGN PO BOX 199 SPOKANE, WA 99210 | | Claim Number: 9895 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 8591 (02/18/2010) | | | | | |
| SECURED | Claimed: | $551.58 UNLIQ | | | | | |
| BRAUN, PHILIP A. 3453 BRANDYWINE CT THE VILLAGES, FL 32163 | | Claim Number: 9896 Claim Date: 02/04/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $3,384.62 | | Scheduled: | $3,384.62 CONT | Allowed: | $3,384.62 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | | |
|---|---|---|---|---|---|---|
| CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: PETER BUCK<br>P.O. BOX 4034<br>SACRAMENTO, CA 95812 | | Claim Number: 9903<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10313 (01/17/2012) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| VIRGINIA HOUSING DEVELOPMENT AUTHORITY<br>C/O MCGUIREWOODS LLP<br>JOSEPH S. SHEERIN<br>ONE JAMES CENTER<br>RICHMOND, VA 23219 | | Claim Number: 9904<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7504 (06/05/2009) | | | | |
| UNSECURED | Claimed: | $184,840.25 | | | | |
| FORSYTH COUNTY, GEORGIA<br>FORSYTH COUNTY TAX COMMISSIONER<br>ATTN: MATTHEW C. LEDBETTER<br>1092 TRIBBLE GAP ROAD<br>CUMMING, GA 30040 | | Claim Number: 9905<br>Claim Date: 02/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $326.52 | Scheduled: | $305.86  DISP CONT | Allowed: | $326.52 |
| ALLAWAY, LINDA M<br>11024 S THERESA CIRCLE<br>#2A<br>PALOS HILLS, IL 60465 | | Claim Number: 9907<br>Claim Date: 02/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | | | Scheduled: | $576.00  CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GREENVILLE COUNTY, SOUTH CAROLINA<br>GREENVILLE COUNTY TAX COLLECTOR<br>ATTN: THERESA RICH, BANKRUPTCY CLERK<br>301 UNIVERSITY RIDGE, STE 700<br>GREENVILLE, SC 29601 | | Claim Number: 9910<br>Claim Date: 02/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | | | | |
| PRIORITY | Claimed: | $413.81 | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

| | | | | | |
|---|---|---|---|---|---|
| KYLE, VIRGIL<br>14 PONDERS END<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 9911<br>Claim Date: 01/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT | |
| UNSECURED | Claimed: | $23,456.14 | Scheduled: | $23,456.14 CONT | |

| | | | | | |
|---|---|---|---|---|---|
| STATE OF NEVADA DEPT OF UNEMPLOYMENT,<br>TRAINING AND REHAB. EMPLOY. SECURITY DIV<br>ATTN: CATHY A. KOCH, TAX MANAGER<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 | | Claim Number: 9914<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 3380 | | | |
| PRIORITY | Claimed: | $791.83 | | | |

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9915<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | |
| ADMINISTRATIVE | Claimed: | $805.44 | | | |
| UNSECURED | Claimed: | $4,748.65 | | | |

| | | | | | |
|---|---|---|---|---|---|
| DIOCESAN PUBLICATIONS, INC<br>ATTN: CARL A. ARSULOWICZ<br>PO BOX 608105<br>ORLANDO, FL 32860-8105 | | Claim Number: 9917<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | | |
| UNSECURED | Claimed: | $328.50 | | | |

| | | | | | |
|---|---|---|---|---|---|
| VEGA, JANELLE<br>1715 N. WILKE RD.<br>ARLINGTON HEIGHTS, IL 60004 | | Claim Number: 9918<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $25.00 | | Allowed: | $25.00 |

| | | | |
|---|---|---|---|
| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | Claim Number: 9919<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |

| PRIORITY | | | Scheduled: | $2,076.92 CONT | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,076.92 | | | | |

| | | | |
|---|---|---|---|
| MONROE COUNTY, FLORIDA<br>ATTN: DANISE D. HENRIQUEZ, TAX COLLECTOR<br>1200 TRUMAN AVENUE, SUITE 101<br>KEY WEST, FL 33040 | Claim Number: 9920<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |

| PRIORITY | | | Scheduled: | $39.93 DISP CONT | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $214.10 | | | Allowed: | $214.10 |

| | | | |
|---|---|---|---|
| DENTON, TERI ANN<br>12307 TULIP TREE<br>CIRCLE<br>RIVERSIDE, CA 92503 | Claim Number: 9921<br>Claim Date: 02/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |

| UNSECURED | Claimed: | $2,076.92 |
|---|---|---|

| | | | |
|---|---|---|---|
| PAN-L-TEK OFFICE FURNITURE<br>ATTN: ROBERT W. HLAVON, OWNER<br>4220 PERIMETER DRIVE<br>COLUMBUS, OH 43228 | Claim Number: 9933<br>Claim Date: 01/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | |

| UNSECURED | Claimed: | $1,551.25 |
|---|---|---|

| | | | |
|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 9934<br>Claim Date: 02/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | |

| UNSECURED | Claimed: | $49,230.51 |
|---|---|---|

---

STIER, DORENE E.
430 RIVERSIDE AVE
BEN LOMOND, CA 95005

Claim Number: 9935
Claim Date: 02/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,765.00 | Allowed: | $1,765.00 |

CAMERON COUNTY
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
1949 SOUTH IH 35 (78741) P.O. BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 9937
Claim Date: 02/08/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 8485 (01/08/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $54.63 UNLIQ |

GAZETTE NEWSPAPERS
ATTN: EVELYN A. WILSON, CREDIT MGR
5225 E. 2ND ST
LONG BEACH, CA 90803

Claim Number: 9943
Claim Date: 02/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,340.00 |

BOB'S JANITORIAL SERVICE, INC.
137 TUCKER ST.
JACKSON, TN 38301

Claim Number: 9946
Claim Date: 02/11/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45.00 |

COBB COUNTY TAX COMMISSIONER
MICHELE MCDUFFIE, TAX ADMINISTRATOR
P.O. BOX 649
MARIETTA, GA 30061-0649

Claim Number: 9952
Claim Date: 02/12/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | Scheduled: | $1,062.58 DISP CONT |
| SECURED | Claimed: | $1,062.58 UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| MARINCA, DIANA<br>39316 STOCKTON LANE<br>WADSWORTH, IL 60083 | | Claim Number: 9953<br>Claim Date: 02/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $1,024.00 | Scheduled: | $1,024.00 CONT | |
| MCLEOD, SEAN<br>15740 LANDING CREEK LN<br>ROANOKE, TX 76262-4476 | | Claim Number: 9966<br>Claim Date: 02/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8819 (05/04/2010) | | | |
| PRIORITY | | | Scheduled: | $6,346.15 CONT | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 9976<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| ADMINISTRATIVE | Claimed: | $236.55  UNLIQ | | | |
| BILODEAU, KIMBERLY R<br>334 MAUI DRIVE<br>PLACENTIA, CA 92870 | | Claim Number: 9980<br>Claim Date: 02/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $1,346.15 CONT | |
| UNSECURED | Claimed: | $1,346.15 | | | |
| HARMONY HOMES R.E.<br>ATTN: DON NUSSER<br>1125 NANTUCKET PLACE<br>MODESTO, CA 95355 | | Claim Number: 9981<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $6.66 | | Allowed: | $6.66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JIMENEZ ROBINSON, ANNA<br>9115 WEEPING HOLLOW AVE<br>LAS VEGAS, NV 89178-6231 | | Claim Number: 9984<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $1,044.42 | Scheduled: | $1,044.42 CONT | | | |
| JIMENEZ ROBINSON, ANNA<br>10290 ACHILPA<br>STREET<br>LAS VEGAS, NV 89178 | | Claim Number: 9986<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | | |
| PRIORITY | Claimed: | $842.31 | Scheduled: | $842.31 CONT | | | |
| VELASQUEZ, GLORIA A<br>1723 LITTLE RIVER DR.<br>SALINAS, CA 93906 | | Claim Number: 9988<br>Claim Date: 02/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $1,440.00<br>$0.00<br>$0.00 | Scheduled: | $1,440.00 CONT | Allowed: | $1,440.00 | |
| PIERCE, DALE<br>QUEST MORTGAGE<br>8921 VETERANS MEMORIAL PARKWAY<br>O'FALLON, MO 63366 | | Claim Number: 9991<br>Claim Date: 02/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $9,500.00 | | | | | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 9992<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,393.84<br>$26,215.04 | | | | | |

| | | | |
|---|---|---|---|
| MCALLEN ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 9997<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | |
| SECURED | Claimed: | $104.58   UNLIQ | |
| SOUTH TEXAS COLLEGE<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 9998<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | |
| SECURED | Claimed: | $14.07   UNLIQ | |
| SOUTH TEXAS ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 9999<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | |
| SECURED | Claimed: | $4.49   UNLIQ | |
| CITY OF MCALLEN<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10000<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8485 (01/08/2010) | |
| SECURED | Claimed: | $38.48   UNLIQ | |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1949 S IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | | Claim Number: 10001<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7931 (08/11/2009) | |
| SECURED | Claimed: | $655.33   UNLIQ | |

| FLORIDA TODAY<br>ATTN: SHARON SECORD, CREDIT MANAGER<br>PO BOX 331289<br>NASHVILLE, TN 37203 | Claim Number: 10002<br>Claim Date: 02/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,364.00 | | |
| PIERCE COUNTY BUDGET & FINANCE<br>ATTN: ALEN RICHARDSON, FIELD AGENT<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | Claim Number: 10005<br>Claim Date: 02/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Amends claim number 3403 | | | |
| SECURED | Claimed: | $771.01 | Allowed: | $771.01 |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 E WASHINGTON, STE 800<br>PHOENIX, AZ 85004 | Claim Number: 10006<br>Claim Date: 02/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>Amends claim number 2210 | | | |
| PRIORITY | Claimed: | $617.20 | Allowed: | $617.20 |
| LANCASTER TOWN<br>ATTN CHARITY BLANCHETTE, TAX COLLECTOR<br>25 MAIN ST<br>LANCASTER, NH 03584 | Claim Number: 10008<br>Claim Date: 02/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $1,260.64 | | |
| STINNETT, KEVIN AND/OR JULIE<br>6370 PEACOCK WAY<br>PILOT HILL, CA 95664 | Claim Number: 10012<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10207 (10/07/2011) | | | |
| UNSECURED | Claimed: | $37,869.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| HELVESTON, PATRICK<br>1940 REINS RD<br>BEAUMONT, TX 77713 | | Claim Number: 10015<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $1,478.75 | |
| CITY OF BROOKFIELD<br>ATTN ROSEMARIE ROSSBACH, DEP. TREASURER<br>2000 N CALHOUN ROAD<br>BROOKFIELD, WI 53005 | | Claim Number: 10017<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7585 (06/30/2009) | | | |
| PRIORITY | Claimed: | $1,293.08 | | Allowed: | $1,293.08 |
| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | | Claim Number: 10019-01<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10059 (06/20/2011) | | | |
| PRIORITY | Claimed: | $18,721.00 | | | |
| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | | Claim Number: 10019-02<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10059 (06/20/2011) | | | |
| UNSECURED | Claimed: | $4,320.25 | | | |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | | Claim Number: 10021<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10092 (07/18/2011) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $4,083,159.22 UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| STARR, VINCENT M.<br>100 RIDGE ROAD<br>DELTA, PA 17314 | | Claim Number: 10024<br>Claim Date: 03/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,983.12 | Allowed: | $1,983.12 |
| LAROSA, VICTOR P<br>12910 E SUMMIT DR<br>SCOTTSDALE, AZ 85259 | | Claim Number: 10027<br>Claim Date: 03/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,031.00 | | |
| MENNITI, JOHN C<br>505 CHERRY AVENUE<br>OREGON CITY, OR 97045 | | Claim Number: 10028<br>Claim Date: 03/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| EMPLOYMENT SECURITY DEPARTMENT<br>UI TAX AND WAGE ADMINISTRATION<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | | Claim Number: 10031-01<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9028 (07/19/2010) | | |
| PRIORITY | Claimed: | $12,593.59 | | |
| EMPLOYMENT SECURITY DEPARTMENT<br>UI TAX AND WAGE ADMINISTRATION<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | | Claim Number: 10031-02<br>Claim Date: 02/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9028 (07/19/2010) | | |
| UNSECURED | Claimed: | $1,724.16 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 10034<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $1,047.59 | | | | |
| UNSECURED | Claimed: | $11,304.44 | | | | |
| RIVER PARK EXECUTIVE SUITES<br>C/O WILLIAM E WINFIELD<br>NORDMAN CORMANY HAIR & COMPTON LLP<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>OXNARD, CA 93036 | | Claim Number: 10035-01<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $80,662.00 | Scheduled: | $128.23 | Allowed: | $80,662.00 |
| RIVER PARK EXECUTIVE SUITES<br>C/O WILLIAM E WINFIELD<br>NORDMAN CORMANY HAIR & COMPTON LLP<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>OXNARD, CA 93036 | | Claim Number: 10035-02<br>Claim Date: 03/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $744.00 | | | Allowed: | $744.00 |
| RAINBOW CORPORATE CENTER LP<br>ATTN KEVIN R HANSEN, ESQ.<br>C/O WILDE HANSEN, LLP<br>208 S JONES BLVD<br>LAS VEGAS, NV 89107 | | Claim Number: 10037<br>Claim Date: 03/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $17,236.69 | | | | |
| LGS PROPERTIES, LLC<br>2231 SW WANAMAKER RD<br>TOPEKA, KS 66614 | | Claim Number: 10038-01<br>Claim Date: 11/20/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $16,800.00 | Scheduled: | $2,712.50 | Allowed: | $16,800.00 |

---

LGS PROPERTIES, LLC
2231 SW WANAMAKER RD
TOPEKA, KS 66614

Claim Number: 10038-02
Claim Date: 11/20/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,800.00 | | |

---

REALTY ASSOCIATES FUND VIII, L.P., THE
C/O JEFFREY D. HUPERT, ESQ.
30 NORTH LASALLE STREET, SUITE 2630
CHICAGO, IL 60602

Claim Number: 10040-01
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,933.00 | Allowed: | $56,933.00 |

---

REALTY ASSOCIATES FUND VIII, L.P., THE
C/O JEFFREY D. HUPERT, ESQ.
30 NORTH LASALLE STREET, SUITE 2630
CHICAGO, IL 60602

Claim Number: 10040-02
Claim Date: 12/21/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 7234 (04/07/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,092.00 | Allowed: | $8,092.00 |

---

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL, COLLECTION ENFORCEMENT
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

Claim Number: 10041
Claim Date: 12/26/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $264,403.27 | |

---

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 10042
Claim Date: 01/02/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7234 (04/07/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,039.95 | UNLIQ |
| UNSECURED | Claimed: | $250.00 | UNLIQ |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | |
|---|---|---|---|---|
| MOODY'S INVESTORS SERVICE, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE/ PAMELA BOSSWICK<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | | Claim Number: 10047<br>Claim Date: 03/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10216 (10/25/2011) | | |
| UNSECURED | Claimed: | $25,653.00 | | |
| MOODY'S WALL STREET ANALYTICS, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE / PAMELA BOSSWICK<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | | Claim Number: 10048<br>Claim Date: 03/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10216 (10/25/2011) | | |
| UNSECURED | Claimed: | $48,971.18 | | |
| SUMMERS, MATTHEW<br>208 TIMBERFIELD TRAIL<br>CHINA GROVE, NC 28023 | | Claim Number: 10050<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $38,000.00 | | |
| BOWEN, BOBBIE<br>119 SHADY BEND<br>LUFKIN, TX 75901 | | Claim Number: 10053<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $4,118.23 | Allowed: | $4,118.23 |
| CRAWFORD, GARY<br>9 SHERWOOD CRESCENT<br>DIX HILLS, NY 11746 | | Claim Number: 10055<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $200,000.00 | | |

| | | | | |
|---|---|---|---|---|
| PATES, HUGH D.<br>10852 LAMENTIN COURT<br>SAN DIEGO, CA 92124 | | Claim Number: 10057<br>Claim Date: 03/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,435.69 | Allowed: | $2,435.69 |
| WHEELER, PETER M<br>7335 BROOKVIEW, UNIT 303<br>ELKRIDGE, MD 21075 | | Claim Number: 10063<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $4,000.00 | | |
| KLINE, BRUCE A<br>PO BOX 6617<br>PAHRUMP, NV 89041-6617 | | Claim Number: 10068<br>Claim Date: 03/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $777.33 | Allowed: | $777.33 |
| KOHLBERG, JEFFREY M.<br>2750 COMMONS DR UNIT 207<br>GLENVIEW, IL 60026-7814 | | Claim Number: 10095<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $62.00 | Allowed: | $62.00 |
| MCGILL, WAYNE T.<br>8300 FAWN MEADOW AVENUE<br>LAS VEGAS, NV 89149 | | Claim Number: 10096<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $77,000.00 | | |

| MURPHY, JEROMY D.<br>6585 E. LINCOLN WAY<br>COLUMBIA CITY, IN 46725 | | Claim Number: 10099<br>Claim Date: 03/13/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,702.84 | | | | | |
| AT&T ADVERTISING & PUBLISHING<br>ATTN BEVERLY HARRIS BK REP 942983869<br>101 SPEAR STREET RM 534<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10102<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,043.53 | Scheduled: | $902.82 | Allowed: | $1,043.53 | |
| MCDONALD, KEVIN A.<br>2604 12TH ST SW<br>ALTOONA, IA 50009 | | Claim Number: 10105<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| UNSECURED | Claimed: | $67,412.04 | | | | | |
| HALL, MONICA M<br>1000 NORTH LAKE SHORE DR., #1005<br>CHICAGO, IL 60611 | | Claim Number: 10108<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6217 (10/10/2008) | | | | | |
| UNSECURED | Claimed: | $630.00 | | | | | |
| BIRD, VONNIE R.<br>9901 EAST EVANS AVENUE #25A<br>DENVER, CO 80247 | | Claim Number: 10110<br>Claim Date: 03/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | | |

---

LAUER, MICHELLE M
14586 W CATALINA DR
GOODYEAR, AZ 85395-8342

Claim Number: 10112
Claim Date: 03/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $6.00 | | | Allowed: | $6.00 |
|---|---|---|---|---|---|---|

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10114
Claim Date: 03/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 10131 (08/15/2011)

| SECURED | Claimed: | $1,160.03 | | | | |
|---|---|---|---|---|---|---|

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Number: 10115
Claim Date: 03/17/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
Amends claim number 27

| PRIORITY | | | Scheduled: | $3,540.06 DISP CONT | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $1,225.78 | | | Allowed: | $1,225.78 |

VERIZON, INC
WILLIAM M VERMETTE, ASSIST GEN COUNSEL
22001 LOUDOUN COUNTY
PARKWAY, SUITE E1-3-115
ASHBURN, VA 20147

Claim Number: 10118
Claim Date: 03/18/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $25,100.23 | | | Allowed: | $25,100.23 |
|---|---|---|---|---|---|---|

SPENCER, SHARON R
300 W 135TH ST
NEW YORK, NY 10030

Claim Number: 10122
Claim Date: 03/20/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID

| PRIORITY | Claimed: | $2,146.15 | Scheduled: | $2,146.15 CONT | Allowed: | $2,146.15 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| MOSER, JASON L<br>PO BOX 31162<br>MESA, AZ 85275-1162 | | Claim Number: 10124<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | |
| PANSBY, NEIL M.<br>2378 VISTA DEL LAGO DR<br>VALLEY SPGS, CA 95252-9380 | | Claim Number: 10125<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10127-01<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10120 (08/09/2011) | | | | |
| UNSECURED | Claimed: | $29,645.89 | Scheduled: | $212,761.31 | Allowed: | $242,841.79 |
| EMC CORPORATION<br>ATTN PHYLLIS A HAYES, RMS, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10127-02<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10120 (08/09/2011) | | | | |
| PRIORITY | Claimed: | $233,195.90 | | | Allowed: | $20,000.00 |
| C&H PROPERTIES LLC<br>ATTN: CHRIS CANTY, PRINCIPAL<br>318A GUILBEAU RD<br>LAFAYETTE, LA 70506 | | Claim Number: 10128<br>Claim Date: 03/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $35,841.63 | | | | |

| | | | | |
|---|---|---|---|---|
| CITY OF LAS VEGAS<br>PHILIP R. BYRNES, DEPUTY CITY ATTORNEY<br>400 STEWART AVENUE, NINTH FLOOR<br>LAS VEGAS, NV 89101 | | Claim Number: 10129<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | |
| SECURED | Claimed: | $251.07 | | |
| DEUTSCH, GWEN<br>WARREN S. DANK<br>FRANK & ASSOCIATES, PC<br>500 BI-COUNTY BLVD., SUITE 112N<br>FARMINGDALE, NY 11735 | | Claim Number: 10133<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $355,000.00 | Allowed: | $355,000.00 |
| OWINGS, LARA J<br>2924 GALWAY LANE<br>CHESAPEAKE BEACH, MD 20732 | | Claim Number: 10134<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $60,000.00 | | |
| THRASHER, GARY A.<br>10492 EAST ONEIL ROAD<br>HEREFORD, AZ 85615 | | Claim Number: 10135<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA<br>AND LISE<br>C/O STEPHEN H. FINKESLTEIN, ESQ.<br>369 LEXINGTON AVE RM 1201<br>NEW YORK, NY 10017-6527 | | Claim Number: 10140<br>Claim Date: 03/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
| UNSECURED | Claimed: | $436,625.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| PHIPPS, PATRICIA A.<br>10608 CHAMPION LAKE TRL<br>TOMBALL, TX 77375 | | Claim Number: 10142<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $7,598.16 | | | |
| KING COUNTY, WASHINGTON<br>KING COUNTY<br>LINDA CRANE NELSEN<br>500 FOURTH AVE.<br>SEATTLE, WA 98104 - 15 | | Claim Number: 10143<br>Claim Date: 03/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY | | | Scheduled: | $991.18 DISP CONT | |
| SECURED | Claimed: | $1,704.84 | | | |
| THALER, BILLY JR.<br>14502 SPUR LN.<br>WALLER, TX 77484 | | Claim Number: 10144<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $60,877.99 | | | |
| STAMPS, MARK E.<br>224 SIDNEY STREET<br>BECKLEY, WV 25801 | | Claim Number: 10145<br>Claim Date: 03/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7399 (05/15/2009) | | | |
| SECURED | Claimed: | $0.00   UNDET | | | |
| COLE, BECKY A.<br>531 SID ROAD<br>UNION CITY, MI 49094 | | Claim Number: 10146<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $100.04 | | Allowed: | $100.04 |

| SEO, JEONG JA<br>6379-D SMITHY SQUARE<br>GLEN BURNIE, MD 21060 | Claim Number: 10148<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,000.00 | |
| WAKE COUNTY TAX COLLECTOR<br>421 FAYETTEVILLE STREET MALL STE 200<br>RALEIGH, NC 27601-1450 | Claim Number: 10151-01<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $2,037.76 | |
| WAKE COUNTY TAX COLLECTOR<br>421 FAYETTEVILLE STREET MALL STE 200<br>RALEIGH, NC 27601-1450 | Claim Number: 10151-02<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | |
| UNSECURED | Claimed: | $858.75 | |
| ARDEN REALTY LIMITED PARTNERSHIP<br>C/O MCGUIREWOODS LLP<br>ATTN: SUSAN GERMAISE<br>1800 CENTURY PARK EAST, 8TH FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 10152<br>Claim Date: 03/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) | | |
| UNSECURED | Claimed: | $141,823.56 | |
| BLUE BEAR PROPERTIES, LP, A TEXAS<br>LIMITED PARTNERSHIP<br>ATTN: DAVID S. GRAGG, ATTORNEY<br>1402 CHESTNUT GROVE LANE<br>KINGWOOD, TX 77345 | Claim Number: 10155<br>Claim Date: 03/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $67,899.44 | Allowed: $67,899.44 |

| | | |
|---|---|---|
| W2007 SEATTLE OFFICE BELLEFIED<br>OFFICE PARK REALTY, LLC<br>C/O SHAWN B. REDIGER - WILLIAMS KASTNER<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | Claim Number: 10158-01<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7588 (07/01/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $112,416.44 |

| | | |
|---|---|---|
| W2007 SEATTLE OFFICE BELLEFIED<br>OFFICE PARK REALTY, LLC<br>C/O SHAWN B. REDIGER - WILLIAMS KASTNER<br>601 UNION STREET, SUITE 4100<br>SEATTLE, WA 98101 | Claim Number: 10158-02<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7588 (07/01/2009) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,259.93 |

| | | |
|---|---|---|
| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | Claim Number: 10162<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $139,415.64   UNLIQ |

| | | |
|---|---|---|
| NACCI, JAMES C.<br>3002 COUNTY ROAD 7<br>DILLONVALE, OH 43917 | Claim Number: 10164<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,572.68 | Allowed: | $7,572.68 |

| | | |
|---|---|---|
| ZWEIG, JOSEPH S.<br>2435 SPYGLASS CT<br>RIVERWOODS, IL 60015 | Claim Number: 10167<br>Claim Date: 03/31/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |

| | | | | |
|---|---|---|---|---|
| LERETSIS, MARY-MARGARET<br>16245 CATENARY DRIVE<br>WOODBRIDGE, VA 22191 | | Claim Number: 10177<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| JANABAJAL, JAY & JOYCE<br>10820 SABRE HILL DRIVE # 185<br>SAN DIEGO, CA 92128 | | Claim Number: 10178<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| MEHAS, GUSTAVO J.<br>5610 W MERCER WAY<br>MERCER ISLAND, WA 98040-4841 | | Claim Number: 10179<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $25.25 | Allowed: | $25.25 |
| BELCHER, LOREATHA<br>6073 CAPRICE DRIVE<br>JACKSONVILLE, FL 32244 | | Claim Number: 10180<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| SECURED | Claimed: | $25,500.00 | | |
| SIMS, DARNELL O. & VEDA T.<br>307 OAK ST<br>BURKEVILLE, VA 23922 | | Claim Number: 10181<br>Claim Date: 04/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $114,654.72 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ST JOSEPH COUNTY, INDIANA<br>ST. JOSEPH COUNTY TREASURER<br>P.O. BOX 4758<br>SOUTH BEND, IN 46634 | | Claim Number: 10187-01<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7584 (06/30/2009) | | | | | |
| PRIORITY | Claimed: | $2,383.60 | Scheduled: | $0.00 UNDET | | | |
| ST JOSEPH COUNTY, INDIANA<br>ST. JOSEPH COUNTY TREASURER<br>P.O. BOX 4758<br>SOUTH BEND, IN 46634 | | Claim Number: 10187-02<br>Claim Date: 04/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7584 (06/30/2009) | | | | | |
| UNSECURED | Claimed: | $59.60 | | | | | |
| YEE, TODD<br>234 RIDGECREST DRIVE<br>KLAMATH FALLS, OR 97601 | | Claim Number: 10190<br>Claim Date: 04/07/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6217 (10/10/2008) | | | | | |
| SECURED | Claimed: | $1,175.00 | | | | | |
| GOODMAN, CAREN<br>177 WASHINGTON STREET<br>GOLDEN, CO 80403 | | Claim Number: 10195<br>Claim Date: 04/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10832 (06/14/2013) | | | | | |
| UNSECURED | Claimed: | $6,958.89 | | | | | |
| ROELLER, SHARLINE C<br>7730 COAST JAY ST<br>NORTH LAS VEGAS, NV 89084 | | Claim Number: 10199<br>Claim Date: 04/10/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | | |
| PRIORITY | Claimed: | $1,611.20 | Scheduled: | $1,611.20 CONT | Allowed: | $1,611.20 | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | |
|---|---|---|---|---|
| SOTO-MENESES, ANABELL<br>141-10 82 DR # 238<br>JAMAICA, NY 11435 | | Claim Number: 10201<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | |
| SECURED | Claimed: | $76,424.63 | | |
| UNSECURED | Claimed: | $14,040.00 | Allowed: | $43,236.86 |
| NICHOLS, KEVIN<br>8107 W CARLOTA LN<br>PEORIA, AZ 85383-2197 | | Claim Number: 10202<br>Claim Date: 04/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| KOUMANTAKIS, GEORGE G<br>8 SOUTH EAGLE CIRCLE<br>AURORA, CO 80012 | | Claim Number: 10209<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | |
| SECURED | Claimed: | $20,133.69 | | |
| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | | Claim Number: 10211<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| GATES, ROBERT BRIAN<br>2589 ALLEGHANY LOOP<br>VIRGINIA BCH, VA 23456-2442 | | Claim Number: 10212<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

| | | | | | |
|---|---|---|---|---|---|
| DAILEY, DAVID J.<br>1707 EAST 122ND STREET<br>LOS ANGELES, CA 90059 | | Claim Number: 10213<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10280 (12/14/2011) | | | |
| UNSECURED | Claimed: | $340,146.51 | | | |
| ST. TAMMANY PARISH COUNTY, LOUISIANA<br>ST. TAMMANY PARISH<br>TAX COLLECTOR<br>P O BOX 608<br>COVINGTON, LA 70434-0608 | | Claim Number: 10215<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,415.41 | Scheduled: | $132.75  DISP CONT | |
| BIXEL, CHRISTINA R<br>491 E 319TH STREET<br>WILLOWICK, OH 44095 | | Claim Number: 10216<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | |
| PRIORITY<br>SECURED | Claimed: | $0.00 | Scheduled: | $719.23  CONT | |
| TEITELBAU, JOEL<br>1319 EUCLID ST., NW #2<br>WASHINGTON, DC 20009 | | Claim Number: 10217<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | |
| UNSECURED | Claimed: | $24,000.00 | | | |
| MCCONKEY, MILTON G<br>9325 BAKER STREET<br>OWINGS, MD 20736 | | Claim Number: 10219<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | |
| PRIORITY | Claimed: | $666.41 | | | |

| | | | | |
|---|---|---|---|---|
| ZILLS, JAMES W. JR. AND UDY T.<br>1083 POINTE PLEASANT RD<br>LINCOLNTON, GA 30817 | | Claim Number: 10220<br>Claim Date: 04/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $36,459.50 | Allowed: | $36,459.50 |
| NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | | Claim Number: 10221<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $29.36 | | |
| TAYLOR, WILLIAM A.<br>14781 PEACOCK HILL ROAD<br>SOUTHEAST<br>OLALLA, WA 98359 | | Claim Number: 10224<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $975.67 | | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10228<br>Claim Date: 04/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | Allowed: | $11,568,088.37 |
| SPRINT NEXTEL<br>ABBY LATOURRETTE, BANKRUPTCY<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 10237<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) | | |
| UNSECURED | Claimed: | $159,264.01 | | |

| | | | | | |
|---|---|---|---|---|---|
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | | Claim Number: 10242-01<br>Claim Date: 04/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 6703 (12/11/2008) | | | |
| PRIORITY | Claimed: | $10,950.00 | | Allowed: | $10,950.00 |
| HEFNER, KENNETH R.<br>30 MULHOLLAND CT<br>MISSION VIEJO, CA 92692 | | Claim Number: 10242-02<br>Claim Date: 04/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $26,850.19 | | Allowed: | $26,850.19 |
| VERICOMM, INC.<br>DON BURK<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA 91355 | | Claim Number: 10243<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 8244 | | | |
| UNSECURED | Claimed: | $181,991.17 | | Allowed: | $181,991.17 |
| FRAGA, MICHAEL<br>1754 CHERRYHILLS DR<br>DISCOVERY BAY, CA 94514 | | Claim Number: 10245<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,620.00 | | Allowed: | $2,620.00 |
| BOSTIC, JAMES<br>PATRICK J. MCLAUGHLIN, WUKELA LAW FIRM<br>403 SECOND LOOP ROAD, PO BOX 13057<br>FLORENCE, SC 29504 | | Claim Number: 10252<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>Amends claim number 2753 | | | |
| UNSECURED | Claimed: | $15,200.18 | | Allowed: | $15,200.18 |

| | | | | |
|---|---|---|---|---|
| SUNSHINE CUSTOM CLEANING SERVICE<br>6005 IRENE DR<br>HOFFMAN ESTATES, IL 60192 | | Claim Number: 10256<br>Claim Date: 04/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,210.13 | Allowed: | $2,210.13 |

| | | | | |
|---|---|---|---|---|
| LUTZ, DANIEL S.<br>1611 E STREET<br>LAKEBAY, WA 98349 | | Claim Number: 10258<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,016.00 | | |

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10259-01<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $104.69 | | |

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10259-02<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7930 (08/11/2009) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42.00 | | |

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W RANDOLPH ST #7-400<br>CHICAGO, IL 60601 | | Claim Number: 10260<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $280.00 | Allowed: | $280.00 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 10263<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8877 (06/01/2010) |
|---|---|
| UNSECURED          Claimed: | $294,655.76 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 10264<br>Claim Date: 04/21/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED          Claimed: | $1,292,360.94 |
| JANCO, RICHARD W.<br>2987 RIDGEWOOD CT<br>OREGON, IL 61061 | Claim Number: 10271<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) |
| UNSECURED          Claimed: | $0.00   UNDET |
| BADRI, FARHAD<br>PO BOX 63194<br>COLORADO SPRINGS, CO 80962 | Claim Number: 10274<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2000) |
| SECURED          Claimed: | $0.00   UNDET |
| JP MORGAN ACCEPTANCE CORPORATION I,ET AL<br>ATTN: ALEX ROVIRA & GEOFF RAICHT<br>SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | Claim Number: 10275<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10130 (08/15/2011) |
| UNSECURED          Claimed: | $0.00   UNDET |

U.S. BANKRUPTCY COURT   Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 550 of 771     Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | | |
|---|---|---|---|---|---|
| PLUMBERS' & PIPEFITTERS' LOCAL # 562<br>SUPPLEMENTAL PLAN & TRUST ET AL<br>SIDLEY AUSTIN-ALEX ROVIRA & GEOFF RAICHT<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | | Claim Number: 10276<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 11004 (06/06/2014) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| FALLON, DAVID M<br>63 LAKEVIEW DRIVE<br>HAMBURG, NJ 07419 | | Claim Number: 10296<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10281 (12/14/2011) | | | |
| UNSECURED | Claimed: | $591.78 | | | |
| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | | Claim Number: 10297<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | | |
| UNSECURED | Claimed: | $118,636.50 | | | |
| ANDREW M. IRVINE<br>1353 LAKE SHORE DR<br>CATAWISSA, MO 63015-1148 | | Claim Number: 10301<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,403.89 | | Allowed: | $1,403.89 |
| WYRICK, RICHARD<br>6220 RUSSWOOD DR<br>PLEASANT GDN, NC 27313-9536 | | Claim Number: 10302<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2009) | | | |
| SECURED | Claimed: | $0.00 UNLIQ CONT | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | | | |
|---|---|---|---|---|
| GAULT, BRIAN K.<br>101 MEADOWCREST DR<br>BEDFORD, NH 03110-6317 | | Claim Number: 10304<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,038.42 | Allowed: | $1,038.42 |
| JORGENSON, REED C.<br>1504 7TH AVE N<br>SAUK RAPIDS, MN 56379-2900 | | Claim Number: 10307<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | |
| SECURED | Claimed: | $1,963.11 | | |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10314<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | |
| PRIORITY | Claimed: | $2,678.00 | | |
| BISHOP, GARY LEE AND JANIS BISHOP<br>PO BOX 3409<br>PALMER, AK 99645 | | Claim Number: 10315<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,000.00 |
| PRASSE, ERIC H.<br>6125 KEHN LANE<br>FREDERICKSBURG, VA 22408 | | Claim Number: 10321<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7396 (05/18/2009) | | |
| UNSECURED | Claimed: | $11,110.42 | Allowed: | $11,110.42 |

| | | | | |
|---|---|---|---|---|
| DILL, WILLMARY<br>1206 E JEFFERSON ST UNIT 307<br>SEATTLE, WA 98122-5589 | | Claim Number: 10324<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $1,206.16 | Allowed: | $1,206.16 |
| HOOD, JE TAIME<br>520 N OREGON ST APT A<br>YREKA, CA 96097 | | Claim Number: 10325<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10087 (07/15/2011) | | |
| UNSECURED | Claimed: | $22,959.37 | | |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | | Claim Number: 10327<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
| UNSECURED | Claimed: | $5,570,000.00 | | |
| ZEA, ALISON A.<br>C/O RICK S MILLER, ESQ<br>FERRY JOSEPH & PEARCE, P.A.<br>PO BOX 1351<br>WILMINGTON, DE 19899 | | Claim Number: 10328<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
| UNSECURED | Claimed: | $192,312.00 | | |
| ADAMS, SUSAN<br>47 TAMALPAIS ROAD<br>FAIRFAX, CA 94930 | | Claim Number: 10332<br>Claim Date: 04/30/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $774.25 | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

ZINE, EDWARD E.
PO BOX 665
EAST FALMOUTH, MA 02536-0665

Claim Number: 10333
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,000.00 | Allowed: | $40,000.00 |

MUNDY APPRAISALS
ATTN DELBERT WILLIAM MUNDY
11427 N 12TH WAY
PHOENIX, AZ 85023

Claim Number: 10335
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6702 (12/11/2008)

UNSECURED         Claimed:         $2,475.00

SCOGGINS, BRENT
1865C MONTCLAIR DR
MT PLEASANT, SC 29464

Claim Number: 10336
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 7396 (05/18/2009)

UNSECURED         Claimed:         $37,780.00

RINCON, SARA R.
381  N.W 152ND AVENUE
PEMBROKE PINES, FL 33028

Claim Number: 10343
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10087 (07/15/2011)

UNSECURED         Claimed:         $16,392.00

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10354
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10361<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10614 (10/15/2012) | | | |
| PRIORITY | Claimed: | $2,425.00 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $75,000.00 |
| TOTAL | Claimed: | $2,828,849.00 | | | $0.00 |
| BRANHAM, CARLA U.<br>112 MCMURRAY STREET<br>FREDERICK, MD 21701 | | Claim Number: 10368<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,235.55 | | Allowed: | $1,235.55 |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | | Claim Number: 10370<br>Claim Date: 04/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $24,276.23 | | | |
| UNSECURED | Claimed: | $1,665.79 | | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10373<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $321.13  UNLIQ | | | |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 10374<br>Claim Date: 04/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8593 (02/18/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| SECURED | Claimed: | $1,813.51  UNLIQ | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIVINGSTON COUNTY<br>ATTN: DIANNE H. HARDY<br>200 E GRAND RIVER AVE<br>HOWELL, MI 48843 | | Claim Number: 10375<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | | |
| SECURED | Claimed: | $985.69  UNLIQ | | | | |
| CITIGROUP GLOBAL MARKETS INC.<br>ATTN: SUSAN MILLS<br>MANAGING DIRECTOR<br>390 GREENWICH ST.<br>NEW YORK, NY 10013 | | Claim Number: 10377<br>Claim Date: 05/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8299 (11/13/2009) | | | | |
| UNSECURED | Claimed: | $14,580,015.00 | | | | |
| ALVAREZ, GIL Q.<br>542 MOUNT ARGYLL COURT<br>APOPKA, FL 32712 | | Claim Number: 10384<br>Claim Date: 04/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $47,618.50 | | Allowed: | $47,618.50 | |
| SKILLSOFT CORPORATION<br>C/O GREG PORTO<br>107 NORTHEASTERN BLVD<br>NASHUA, NH 03062 | | Claim Number: 10390<br>Claim Date: 05/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10040 (06/09/2011) | | | | |
| UNSECURED | Claimed: | $323,024.49 | | | | |
| ROGERS, LIA<br>819 CLOCKS BLVD<br>MASSAPEQUA, NY 11758 | | Claim Number: 10391<br>Claim Date: 05/08/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $1,015.20 | Scheduled: | $1,015.20  CONT | Allowed: | $1,015.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HIRTE, DAWN E<br>11399 TWIN LAKES LN<br>BOSTON, VA 22713 | | Claim Number: 10395<br>Claim Date: 05/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $1,769.23 | Scheduled: | $1,769.23  CONT | | |
| HIRTE, DAWN E<br>11399 TWIN LAKES LN<br>BOSTON, VA 22713 | | Claim Number: 10396<br>Claim Date: 05/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $629.31 | Scheduled: | $692.31  CONT | | |
| KNUDSEN, GARY<br>PO BOX 1101<br>MALTA, MT 59538-1101 | | Claim Number: 10397<br>Claim Date: 05/12/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
| MUSUMECI<br>15 WOODHULL ROAD<br>EAST SETAUKET, NY 11733 | | Claim Number: 10399<br>Claim Date: 05/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $36,000.00 | | | | |
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 10402<br>Claim Date: 05/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9964 (05/02/2011)<br>May replace claim number 1522 | | | | |
| UNSECURED | Claimed: | $9,601.05 | | | Allowed: | $9,601.05 |

LIMZERWALA, HUZVAAK
5208 CHABLIS CT
FORT WAYNE, IN 46845

Claim Number: 10406
Claim Date: 05/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| PRIORITY | Claimed: | $6,544.32 | Scheduled: | $6,544.32 CONT | | |

VALLEY YELLOW PAGES
DEPT 33302
PO BOX 39000
SAN FRANCISCO, CA 94139-3302

Claim Number: 10407
Claim Date: 05/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP

| UNSECURED | Claimed: | $2,695.51 | Scheduled: | $1,287.12 | Allowed: | $2,695.51 |

DECASTEELE, RUSSELL R.
1350 BROOKLYN BLVD
BAY SHORE, NY 11706

Claim Number: 10408
Claim Date: 05/27/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $1,157.69 | Scheduled: | $2,005.81 CONT | Allowed: | $1,157.69 |

CONSTANT, NADINE
216 DELONG AVE
DUMONT, NJ 07628

Claim Number: 10410
Claim Date: 05/30/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 7111 (03/17/2009)

| PRIORITY | Claimed: | $1,961.54 | Scheduled: | $1,961.54 CONT | Allowed: | $1,961.54 |

EMAGIC.COM, LLC
C/O ANTHONY J. CARONNA
PO BOX 488
MILWAUKEE, WI 53202

Claim Number: 10421
Claim Date: 06/19/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 6463 (10/27/2008)

| UNSECURED | Claimed: | $68,008.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| WATSON, MARK AND KELLY<br>PMB 198<br>4916 POINT FOSDICK DR NW<br>GIG HARBOR, WA 98335 | | Claim Number: 10422<br>Claim Date: 06/20/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 9308 (10/08/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| CHATHAM COUNTY TAX COMMISSIONER<br>P.O. BOX 8321<br>SAVANNAH, GA 31412 | | Claim Number: 10424<br>Claim Date: 06/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $187.83 | Scheduled: | $481.12 DISP CONT | |
| BENTON CO. TAX COLLETOR<br>215 E CENTRAL, ROOM 101<br>BENTONVILLE, AR 72712 | | Claim Number: 10425<br>Claim Date: 06/27/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $1,711.38 | | | |
| MORACE, MARK A.<br>ALAN H SCHORR & ASSOCIATES PC<br>5 SPLIT ROCK DRIVE<br>CHERRY HILL, NJ 08003 | | Claim Number: 10434<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $250,000.00 | | Allowed: | $250,000.00 |
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>ATTN: BRENDA T. CARTER<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | | Claim Number: 10437<br>Claim Date: 07/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | | |
| PRIORITY | Claimed: | $588.87 | | | |
| UNSECURED | Claimed: | $19.26 | | | |

| | | | | |
|---|---|---|---|---|
| 21 WATERWAY HOLDING, LLC<br>C/O SAROFIM REALTY ADVISORS<br>ATTN: KIM NELSON<br>8115 PRESTON ROAD, SUITE 400<br>DALLAS, TX 75225 | Claim Number: 10438<br>Claim Date: 07/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $212,826.36 UNLIQ | | |
| JEFFERSON COUNTY TREASURER<br>ATTN: DAVE VILLANO, DEPUTY TREASURER<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | Claim Number: 10439<br>Claim Date: 07/22/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY | Claimed: | $1,067.70 | | |
| HINSHAW, ELIZABETH M (LIZ)<br>923 CONGRESS ST<br>COSTA MESA, CA 92627 | Claim Number: 10440<br>Claim Date: 07/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $5,025.00 | Scheduled: | $5,025.00 CONT |
| COUNTRYWIDE BANK, F.S.B.<br>ATTN: KATHLEEN CONTE<br>4500 PARK GRANADA - MS CH-20<br>CALABASAS, CA 91302 | Claim Number: 10447<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10755 (02/01/2013) | | | |
| SECURED | Claimed: | $15,751,633.51 | | |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10450<br>Claim Date: 08/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,263.92 UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | | Claim Number: 10454<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9994 (05/09/2011) | | | |
| UNSECURED | Claimed: | $142,498,546.38  UNLIQ | | | |
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | | Claim Number: 10456<br>Claim Date: 08/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | | |
| UNSECURED | Claimed: | $142,498,546.38  UNLIQ | | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10461<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8495 (01/12/2010) | | | |
| PRIORITY | Claimed: | $861,278.80  UNLIQ | | | |
| UNSECURED | Claimed: | $3,443.35  UNLIQ | | | |
| SCOTT, KATHRYN<br>240 33A OAK PARK DR<br>DOUGLASTON, NY 11362 | | Claim Number: 10462<br>Claim Date: 08/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | Scheduled: | $3,846.15  CONT | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O BANK OF AMERICA, ATTN: NEAL BUTALA<br>225 W. HILLCREST DR.<br>CA6-918-04-05<br>THOUSAND OAKS, CA 91360 | | Claim Number: 10477<br>Claim Date: 08/28/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10755 (02/01/2013) | | | |
| SECURED | Claimed: | $224,344,935.00 | | | |
| UNSECURED | | | | Allowed: | $115,000,000.00 |

| MANAGEMENT ADVISORS INTERNAL<br>PO BOX 3708<br>HICKORY, NC 28603-3708 | | Claim Number: 10482<br>Claim Date: 08/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10060 (06/20/2011) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,000.00 | | | |
| MCCOLLOUGH KEYS, JUANITA A<br>3520 SARGEANT DR<br>CHARLOTTE, NC 28217 | | Claim Number: 10483<br>Claim Date: 08/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $154.55 CONT | |
| SECURED | Claimed: | $15,448.00 | | | |
| TOTAL | Claimed: | $15,448.00 | | | |
| FORD, STEPHEN H.<br>3 DOGWOOD DR<br>SHALIMAR, FL 32579 | | Claim Number: 10486<br>Claim Date: 09/03/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $4,460.00 | | Allowed: | $4,460.00 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>C/O KAREN LEE TURNER<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>TWO LIBERTY PL, 50 SO. 16TH ST,22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 10490<br>Claim Date: 09/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | | |
| PRIORITY | Claimed: | $1,030.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| NETWORK TELEPHONE CORPORATION<br>DBA CAVALIER TELEPHONE<br>C/O R LEE GRANT JR<br>2134 W LABURNUN AVE<br>RICHMOND, VA 23227 | | Claim Number: 10495<br>Claim Date: 09/05/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7930 (08/11/2009) | | | |
| ADMINISTRATIVE | Claimed: | $2,000.00 | | | |

ST JOHNS COUNTY
DENNIS W HOLLINGSWORTH TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE, FL 32085

Claim Number: 10498
Claim Date: 09/09/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $98.14 | Allowed: | $98.14 |

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA 92243

Claim Number: 10526
Claim Date: 09/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

ADMINISTRATIVE        Claimed:        $4,173.81   UNLIQ

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA 92243

Claim Number: 10527
Claim Date: 09/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

ADMINISTRATIVE        Claimed:        $17,572.65   UNLIQ

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA 92243

Claim Number: 10528
Claim Date: 09/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8297 (11/13/2009)

ADMINISTRATIVE        Claimed:        $10,068.57   UNLIQ

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA 92243

Claim Number: 10529
Claim Date: 09/16/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 8591 (02/18/2010)

ADMINISTRATIVE        Claimed:        $4,612.95   UNLIQ

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10530<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE        Claimed: | $5,760.66   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10531<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) | |
| ADMINISTRATIVE        Claimed: | $4,947.22   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10532<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE        Claimed: | $9,137.95   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10533<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE        Claimed: | $7,680.87   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10534<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE        Claimed: | $1,584.22   UNLIQ | |

| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10535<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8591 (02/18/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $2,196.28   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10536<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $1,760.78   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10537<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $2,359.08   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10538<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $1,953.32   UNLIQ |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10539<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) |
| ADMINISTRATIVE          Claimed: | $2,164.04   UNLIQ |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | | |
|---|---|---|
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10540<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | |
| ADMINISTRATIVE          Claimed: | $237.03    UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10541<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10807 (04/22/2013) | |
| ADMINISTRATIVE          Claimed: | $72.35   UNLIQ | |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET RM # 106<br>EL CENTRO, CA 92243 | Claim Number: 10542<br>Claim Date: 09/16/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8297 (11/13/2009) | |
| ADMINISTRATIVE          Claimed: | $4,734.28   UNLIQ | |
| WASHINGTON MUTUAL BANK<br>C/O ROBERT TRODELLA, ESQ.<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | Claim Number: 10543<br>Claim Date: 09/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10447 (05/07/2012) | |
| UNSECURED          Claimed: | $1,935,640.37 | |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 10554<br>Claim Date: 09/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10442 (05/04/2012) | |
| PRIORITY          Claimed: | $360,650.00   UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| SCHALLER, CHRIS<br>214 CUMBERLAND DR<br>ROCHESTER, IL 62563-9268 | | Claim Number: 10556-01<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | |
| PRIORITY | Claimed: | $1,351.00 | | Allowed: | $1,351.00 |
| SCHALLER, CHRIS<br>214 CUMBERLAND DR<br>ROCHESTER, IL 62563-9268 | | Claim Number: 10556-02<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 8031 (09/08/2009) | | | |
| UNSECURED | Claimed: | $6,055.98 | | Allowed: | $6,055.98 |
| GRAND WAILEA RESORT HOTEL & SPA<br>C/O DAVID J HARRIS<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | | Claim Number: 10557<br>Claim Date: 09/29/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 6906 (01/29/2009) | | | |
| UNSECURED | Claimed: | $607,392.05 | | Allowed: | $600,000.00 |
| ALLEN COUNTY TREASURER<br>1 E MAIN STREET RM 104<br>FORT WAYNE, IN 46802 | | Claim Number: 10565<br>Claim Date: 10/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| PRIORITY<br>UNSECURED | Claimed: | $11,269.66 | Scheduled: | Allowed:<br>$11,269.66 | $11,269.66 |
| TRUSTEES OF MALL ROAD TRUST<br>C/O J. DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | | Claim Number: 10570<br>Claim Date: 11/06/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $36,709.34 | | | |

| | | | | |
|---|---|---|---|---|
| BORDIGNON, VICTORIA<br>C/O CHRISTIAN P. PORTER, ESQ.<br>841 BISHOP STREET, SUITE 2125<br>HONOLULU, HI 96813 | | Claim Number: 10571<br>Claim Date: 11/04/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| SECURED | Claimed: | $100,000.00 | | |
| MANFREDINI, LOU<br>1918 COLUMBIA STREET #9<br>SAN DIEGO, CA 92101 | | Claim Number: 10572-01<br>Claim Date: 11/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | |
| PRIORITY | Claimed: | $10,950.00 | Allowed: | $10,950.00 |
| MANFREDINI, LOU<br>1918 COLUMBIA STREET #9<br>SAN DIEGO, CA 92101 | | Claim Number: 10572-02<br>Claim Date: 11/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $89,050.00 | Allowed: | $89,050.00 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 10573<br>Claim Date: 11/17/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | |
| ADMINISTRATIVE | Claimed: | $74,630.60 | | |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10577<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 9920 (04/06/2011) | | |
| UNSECURED | Claimed: | $3,819,269.48 | Allowed: | $402,609.00 |

| | | |
|---|---|---|
| ST. JOHNS COUNTY TAX COLLECTOR<br>DENNIS W. HOLLINGSWORTH<br>P.O. BOX 9001<br>SAINT AUGUSTINE, FL 32085-9001 | | Claim Number: 10589<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $176.47 |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10591<br>Claim Date: 12/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8591 (02/18/2010) |
| SECURED | Claimed: | $1,855.24 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 10595<br>Claim Date: 12/15/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) |
| UNSECURED | Claimed: | $89,157.89 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 10596<br>Claim Date: 12/18/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
| PRIORITY | Claimed: | $1,557.91 |
| SECURED | Claimed: | $13,682.34 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 10601<br>Claim Date: 12/19/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) |
| PRIORITY | Claimed: | $1,557.91 |
| SECURED | Claimed: | $5,594.89 |

| | | | | | |
|---|---|---|---|---|---|
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN CHRISS W. STREET<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | | Claim Number: 10604<br>Claim Date: 12/23/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7396 (05/18/2009) | | | |
| ADMINISTRATIVE | Claimed: | $124,228.14 | | | |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | Claim Number: 10605<br>Claim Date: 12/24/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10605 (10/05/2012) | | | |
| SECURED | Claimed: | $1,103.99 | | Allowed: | $837.94 |
| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | | Claim Number: 10607<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE SERVICING, INC<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) | | | |
| ADMINISTRATIVE | | | | Allowed: | $100,000.00 |
| PRIORITY | Claimed: | $903,446.00 | | | |
| SECURED | Claimed: | $451,723.00 | | | |
| DOBBEN, MONA S.<br>9208 N. 107TH DRIVE<br>SUN CITY, AZ 85351 | | Claim Number: 10608<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8667 (03/10/2010) | | | |
| PRIORITY | Claimed: | $903,446.00 | | | |
| SECURED | Claimed: | $451,723.00 | | | |
| 606 MOUNT VIEW HOLDING CO LLC<br>606 MOUNTAIN VIEW AVE #101<br>LONGMONT, CO 80501 | | Claim Number: 10610<br>Claim Date: 12/26/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | |
| UNSECURED | Claimed: | $8,926.08 | Scheduled: $371.92 | Allowed: | $8,926.08 |

| | | | | |
|---|---|---|---|---|
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS) C/O LEGAL DEPARTMENT DIANA CLINE, PARALEGAL 7300 W. BOSTON STREET CHANDLER, AZ 85226 | | Claim Number: 10611 Claim Date: 12/28/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET: 9459 (11/16/2010) | | |
| UNSECURED | Claimed: | $2,884.20 | Allowed: | $2,884.20 |
| CITY OF MT PLEASANT 320 WEST BROADWAY MOUNT PLEASANT, MI 48858 | | Claim Number: 10612 Claim Date: 12/23/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 8593 (02/18/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $487.98 | Allowed: | $487.98 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-12XS 60 LIVINGSTON AVENUE. EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10616 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $153,190.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-8XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10617 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $307,001.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-11 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | | Claim Number: 10618 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $858,748.00 |

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-15XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10619 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $618,536.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2006-17XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10620 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $634,602.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-1XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10621 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $539,552.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-2AX 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10622 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,135,695.00 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE LOAN TRUST 2007-3XS 60 LIVINGSTON AVENUE, EP-MN-WS1D ST. PAUL, MN 55107-2292 | Claim Number: 10623 Claim Date: 01/02/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $15,411.00 |

| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2007-6XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim Number: 10624<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00 | Allowed: | $106,502.00 |

| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2007-7AX<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim Number: 10625<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00 | Allowed: | $1,056,551.00 |

| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2007-8XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim Number: 10626<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10652 (11/14/2012) | |
|---|---|---|
| UNSECURED          Claimed: | $0.00 | |

| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-11<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim Number: 10630<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10652 (11/14/2012) | |
|---|---|---|
| UNSECURED          Claimed: | $0.00 | |

| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE<br>LOAN TRUST 2006-15XS<br>60 LIVINGSTON AVENUE, EP-MN-WS1D<br>ST. PAUL, MN 55107-2292 | Claim Number: 10631<br>Claim Date: 01/02/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10652 (11/14/2012) | |
|---|---|---|
| UNSECURED          Claimed: | $0.00 | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2006-17XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10632
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-1XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10633
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-3XS
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10634
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF MORTGAGE STANLEY MORTGAGE
LOAN TRUST 2007-7AX
60 LIVINGSTON AVENUE, EP-MN-WS1D
ST. PAUL, MN 55107-2292

Claim Number: 10635
Claim Date: 01/02/2009
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: DOCKET: 10652 (11/14/2012)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

INDIAN RIVER COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY DEPARTMENT
1800 27TH STREET, BUILDING B
VERO BEACH, FL 32960

Claim Number: 10640
Claim Date: 12/22/2008
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: PAID
DOCKET: 9026 (07/19/2010)

| PRIORITY | Claimed: | $481.95 | Allowed: | $481.95 |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| TOTAL | Claimed: | $434.97 | | $0.00 |

---

| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-14AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | Claim Number: 10643 Claim Date: 01/15/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET 9822 (03/09/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,522,652.00 | | | |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-15AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | Claim Number: 10644 Claim Date: 01/15/2009 Debtor: AMERICAN HOME MORTGAGE CORP Comments: DOCKET 9822 (03/09/2011) | | | | |
| UNSECURED | Claimed: | $1,136,973.00 | | | |
| CITY OF MILWAUKEE CITY TREASURER - WAYNE F WHITTOW 200 E WELLS ST - ROOM 103 MILWAUKEE, WI 53202 | Claim Number: 10645 Claim Date: 12/29/2008 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 8948 (06/21/2010) | | | | |
| SECURED | Claimed: | $1,290.37 | | Allowed: | $1,290.37 |
| VERMONT PURE SPRING WATER C/O CAPE AND ISLANDS COFFEE 8 OTIS PARK DR. SUITE 3A BOURNE, MA 02532 | Claim Number: 10650 Claim Date: 01/26/2009 Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $659.21 | | Allowed: | $659.21 |
| LAMACCHIA, DELENA S. 1104 BLACK ROAD CHERRYVILLE, NC 28021 | Claim Number: 10651 Claim Date: 01/26/2009 Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC Comments: WITHDRAWN DOCKET: 10142 (08/26/2011) | | | | |
| SECURED | Claimed: | $200,000.00 | | | |
| UNSECURED | Claimed: | $400,000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>STATE OF OHIO<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | | Claim Number: 10652-01<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $90,581.41 | | | |
| OHIO DEPARTMENT OF TAXATION<br>STATE OF OHIO<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | | Claim Number: 10652-02<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | |
| UNSECURED | Claimed: | $12,202.50 | | | |
| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br>PARKERSBURG, WV 26102 | | Claim Number: 10658<br>Claim Date: 01/27/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | | |
| SECURED | Claimed: | $274.28 | | Allowed: | $274.28 |
| HARRIS COUNTY, ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 10660<br>Claim Date: 02/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8668 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $4,812.29 | | | |
| PRIORITY | | | | Allowed: | $1,883.87 |
| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10664<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | |
| PRIORITY | Claimed: | $2,678.00 | | | |
| UNSECURED | Claimed: | $4,419.00 | | | |

| BAKER, LAYCE<br>7519 CEDAR DR.<br>CITRUS HEIGHTS, CA 95610 | | Claim Number: 10666<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7506 (06/05/2009) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,678.00 | | | | |
| MODRELL, CRYSTAL J.<br>724 PILOT HOUSE DRIVE<br>NEWPORT NEWS, VA 23606-1941 | | Claim Number: 10668<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| PRIORITY | Claimed: | $736.00 | Scheduled: | $736.00 CONT | Allowed: | $736.00 |
| KOHL, RICHARD P<br>32 AUDLEY CIR.<br>PLAINVIEW, NY 11803 | | Claim Number: 10669<br>Claim Date: 02/05/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | | |
| POLADIAN, ANGELINE<br>3 WHITWORTH ST<br>LADERA RANCH, CA 92694 | | Claim Number: 10670<br>Claim Date: 02/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8299 (11/13/2009) | | | | |
| PRIORITY | Claimed: | $744.48 | Scheduled: | $7,584.87 CONT | Allowed: | $744.48 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX - ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD<br>DETROIT, MI 48202 | | Claim Number: 10681<br>Claim Date: 02/18/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP | | | | |
| UNSECURED | Claimed: | $19,615.05 | | | Allowed: | $19,615.05 |

| MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970 | | Claim Number: 10684<br>Claim Date: 03/09/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $276.19 | | | | | |
| TARRANT COUNTY<br>WELLER, ELIZABETH<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | | Claim Number: 10690<br>Claim Date: 03/19/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8668 (03/10/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $2,478.52 | | | | | |
| LINCOLN COUNTY, MISSOURI<br>JERRY FOX, COLLECTOR<br>201 MAIN STREET<br>TROY, MO 63379 | | Claim Number: 10692<br>Claim Date: 03/17/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | | |
| PRIORITY | Claimed: | $28.73 | Scheduled: | $31.71 DISP CONT | Allowed: | | $28.73 |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10693-01<br>Claim Date: 03/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 7506 (06/05/2009) | | | | | |
| PRIORITY | Claimed: | $303,220.98 | | | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10693-02<br>Claim Date: 03/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 7506 (06/05/2009) | | | | | |
| UNSECURED | Claimed: | $3,193.35 | | | | | |

| | | | | |
|---|---|---|---|---|
| CIMINO, MATTHEW T.<br>137 MILLFORD CROSSING<br>PENFIELD, NY 14526 | | Claim Number: 10695<br>Claim Date: 03/31/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| ADMINISTRATIVE | Claimed: | $10,371.51 | Allowed: | $10,371.51 |
| J.P. MORGAN ACCEPTANCE CORP. I, ET AL<br>JPMORGAN CHASE LEGAL & COMPLIANCE DEPT.<br>ATTENTION: ALYSSA KELMAN<br>1 CHASE MANHATTAN PLAZA, 26TH FLOOR<br>NEW YORK, NY 10081 | | Claim Number: 10699<br>Claim Date: 04/10/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 11004 (06/06/2014) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $27,000,000.00 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10700<br>Claim Date: 04/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
| PRIORITY | Claimed: | $149,826.31 | Allowed: | $149,826.31 |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10701<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | |
| SECURED | Claimed: | $1,145.10   UNLIQ | | |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | | Claim Number: 10702<br>Claim Date: 04/13/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | |
| SECURED | Claimed: | $445.82   UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10704<br>Claim Date: 04/20/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7930 (08/11/2009) | | | |
| PRIORITY | Claimed: | $307,048.49 | | | |
| UNSECURED | Claimed: | $3,193.35 | | | |
| LAVAN, EILEEN M<br>165 CROWELL STREET<br>HEMPSTEAD, NY 11550 | | Claim Number: 10710<br>Claim Date: 11/30/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8005 (09/03/2009) | | | |
| PRIORITY | Claimed: | $6,041.25 | | | |
| JACKSON, DAVID E & ELISABETH JUDITH<br>12787 LAVENDER KEEP CIRCLE<br>FAIRFAX, VA 22033 | | Claim Number: 10713<br>Claim Date: 05/22/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9140 (08/13/2010) | | | |
| PRIORITY | Claimed: | $2,425.00　UNLIQ | | | |
| STATE OF NEVADA DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY SECTION<br>555 E WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101 | | Claim Number: 10722<br>Claim Date: 05/26/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | |
| ADMINISTRATIVE | Claimed: | $24,798.16 | | Allowed: | $24,798.16 |
| SCOTTO, ANTHONY<br>77 MARLOW DRIVE<br>JACKSON, NJ 08527 | | Claim Number: 10727<br>Claim Date: 06/19/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8815 (04/30/2010) | | | |
| PRIORITY | Claimed: | $1,220.63 | Scheduled: | $3,417.76　CONT | Allowed: | $1,220.63 |

| | | | | |
|---|---|---|---|---|
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 10729<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
| UNSECURED | Claimed: | $84.52 | | |
| COLE COUNTY, MISSOURI<br>COLE COUNTY COLLECTOR<br>311 E. HIGH ST.<br>ROOM 100<br>JEFFERSON CITY, MO 65101 | | Claim Number: 10730<br>Claim Date: 07/23/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 8492 (01/12/2010) | | |
| PRIORITY | Claimed: | $84.52 | | |
| TRANSYLVANIA COUNTY<br>P. O. BOX 747<br>BREVARD, NC 28712 | | Claim Number: 10731<br>Claim Date: 08/17/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8948 (06/21/2010) | | |
| PRIORITY | Claimed: | $32.04 | Allowed: | $32.04 |
| TREASURER OF ARAPAHOE COUNTY, COLORADO<br>ARAPAHOE COUNTY TREASURER<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | | Claim Number: 10735<br>Claim Date: 09/28/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8410 (12/14/2009) | | |
| SECURED | Claimed: | $5,139.52 | Allowed: | $5,139.52 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019 | | Claim Number: 10736<br>Claim Date: 10/14/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9819 (03/08/2011) | | |
| SECURED | Claimed: | $0.00    UNLIQ | | |
| UNSECURED | Claimed: | $8,045,510.00    UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WINSTON SUPPORT SERVICES,LLC<br>ATTN: JESSE ULEZALKA<br>122 EAST 42ND STREET<br>NEW YORK, NY 10168 | | Claim Number: 10737<br>Claim Date: 10/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 9257 (09/24/2010) | | | | | |
| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $14,538.12 | Allowed: | $12,000.00 |
| UNITED VANS LINES, LLC<br>ONE UNITED DRIVE<br>FENTON, MO 63026 | | Claim Number: 10738<br>Claim Date: 10/15/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 9777 (02/08/2011) | | | | | |
| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $72,473.35 | Allowed: | $30,000.00 |
| PLAGEMAN, SOONER E<br>4171 RHAPSODY ST APT 5309<br>GRAND PRAIRIE, TX 75052-0236 | | Claim Number: 10739<br>Claim Date: 10/26/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 8815 (04/30/2010) | | | | | |
| PRIORITY | | | Scheduled: | $769.23 CONT | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10742<br>Claim Date: 10/29/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9141 (08/13/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $319.30 UNLIQ | | | | |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | | Claim Number: 10749<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET 9026 (07/19/2010) | | | | | |
| PRIORITY | Claimed: | $466.23 | | | | |
| UNSECURED | Claimed: | $41.23 | | | | |

| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | Claim Number: 10750<br>Claim Date: 12/07/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9026 (07/19/2010) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $20.00 | | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 10751<br>Claim Date: 12/14/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9254 (09/24/2010) | | |
| ADMINISTRATIVE     Claimed: | $10,481.46   UNLIQ | | |
| SHPS, INC.<br>9200 SHELBYVILLE ROAD, SUITE 700<br>LOUISVILLE, KY 40222 | Claim Number: 10752<br>Claim Date: 01/04/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9026 (07/19/2010) | | |
| UNSECURED     Claimed: | $70,000.00 | Allowed: | $70,000.00 |
| FARMERS INS. AGENCY<br>C/O JOHN ANDA<br>950 N. ELMHURST RD. STE 101<br>MT. PROSPECT, IL 60056 | Claim Number: 10755<br>Claim Date: 01/08/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9552 (12/13/2010) | | |
| UNSECURED     Claimed: | $1,000.00 | Allowed: | $1,000.00 |
| DB STRUCTURED PRODUCTS, INC.<br>STEVEN KESSLER, ESQ./JAY STRAUSS, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2888 | Claim Number: 10758<br>Claim Date: 02/02/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10210 (10/18/2011) | | |
| UNSECURED     Claimed: | $0.00 | Allowed: | $7,210,862.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK SECURITIES, INC.<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL.<br>NEW YORK, NY 10005-2858 | | Claim Number: 10761<br>Claim Date: 02/04/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10210 (10/18/2011) | | | | |
| UNSECURED | Claimed: | $142,498,546.38   UNLIQ | | | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10762<br>Claim Date: 02/05/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | | | |
| ADMINISTRATIVE | Claimed: | $325.51 | | | Allowed: | $325.51 |
| THERIAULT-FAZIO, JO ANN<br>725 JOHN CT<br>LAKE ZURICH, IL 60047-9002 | | Claim Number: 10766<br>Claim Date: 09/05/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 8947 (06/21/2010) | | | | |
| PRIORITY | Claimed: | $1,384.61 | Scheduled: | $1,384.61  CONT | Allowed: | $1,384.61 |
| BECKMAN, DENISE<br>274 OLD COMMACK RD<br>KINGS PARK, NY 11754 | | Claim Number: 10768<br>Claim Date: 04/22/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9141 (08/13/2010) | | | | |
| PRIORITY | Claimed: | $1,192.31 | Scheduled: | $1,192.31  CONT | | |
| MORGAN STANLEY MORT. LOAN TRST 2007 4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | | Claim Number: 10770<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11051)

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-9AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-9AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10771<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:              $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2007-5AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-5AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10772<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:              $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10773<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:              $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10774<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:              $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10776<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:              $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10779<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:                    $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2007-9SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-9SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10781<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:                    $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT LOAN TRST 2006-13ARX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER,"MSMLT 2006-13ARX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10782<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:                    $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10783<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:                    $0.00   UNDET

| | |
|---|---|
| MORGAN STANLEY MORT. LOAN TRST 2006-2<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-2"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | Claim Number: 10784<br>Claim Date: 05/20/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10652 (11/14/2012) |

UNSECURED          Claimed:                    $0.00   UNDET

| | | | | | | |
|---|---|---|---|---|---|---|
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | | Claim Number: 10788<br>Claim Date: 06/24/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10944 (01/07/2014) | | | | |
| UNSECURED | Claimed: | $2,563,594.00   UNLIQ | | | Allowed: | $2,563,594.00 |
| WELLS FARGO BANK, N.A.<br>ATTN: AMY THORESON-LONG<br>90 SOUTH 7TH STREET, 17TH FLOOR<br>MAC N9305-176<br>MINNEAPOLIS, MN 55402-3903 | | Claim Number: 10792<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10115 (08/01/2011) | | | | |
| UNSECURED | Claimed: | $25,000.00   UNLIQ | | | | |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10804<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 | | | | |
| SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST.<br>CHICAGO, IL 60603 | | Claim Number: 10812<br>Claim Date: 11/16/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $20,822.18 | Allowed: | $400,000.00 |
| SHEPPARD, VERONICA<br>11 CORNELL RD<br>SHOREHAM, NY 11786 | | Claim Number: 10814<br>Claim Date: 11/19/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 9777 (02/08/2011) | | | | |
| PRIORITY | | | Scheduled: | $1,760.00  CONT | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

| | | | | |
|---|---|---|---|---|
| WELLS FARGO FUNDING, INC.<br>C/O SIDLEY AUSTIN LLP<br>ATTN: PAUL CARUSO<br>ONE SOUTH DEARBORN ST.<br>CHICAGO, IL 60603 | | Claim Number: 10816<br>Claim Date: 08/09/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10115 (08/01/2011) | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $13,600,000.00 |
| REMAX SUBURBAN REAL ESTATE INC.<br>STEVEN L. WOLVERS, PRESIDENT<br>102 1ST STREET SE<br>BONDURANT, IA 50035 | | Claim Number: 10823<br>Claim Date: 12/13/2010<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 9777 (02/08/2011) | | |
| UNSECURED | Claimed: | $2,000.00 | Allowed: | $2,000.00 |
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>C/O RAYMOND E. RATLIFF, VICE PRESIDENT<br>MAILCODE: IL4-135-09-01<br>135 S. LASALLE STREET, SUITE 900<br>CHICAGO, IL 60603 | | Claim Number: 10843-01<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10795 (03/25/2013) | | |
| ADMINISTRATIVE | | | Allowed: | $16,632.00 |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>C/O RAYMOND E. RATLIFF, VICE PRESIDENT<br>MAILCODE: IL4-135-09-01<br>135 S. LASALLE STREET, SUITE 900<br>CHICAGO, IL 60603 | | Claim Number: 10843-02<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10795 (03/25/2013) | | |
| PRIORITY | Claimed: | $236,665.32 | | |
| UNSECURED | Claimed: | $881,448.68 | Allowed: | $700,000.00 |
| COUNTRYWIDE BANK, F.S.B.<br>C/O STUART M. BROWN , ESQ. & R. CRAIG R.<br>MARTING, ESQ., EDWARDS ANGELL PALMER &<br>DODGE LLP - 919 N MARKET ST., STE. 1500<br>WILMINGTON, DE 19801 | | Claim Number: 10847<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10757 (02/01/2013) | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |

| | | | | | |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>C/O BANK OF AMERICA, ATTN: NEAL BUTALA<br>225 W. HILLCREST DR.<br>CA6-918-04-05<br>THOUSAND OAKS, CA 91360 | | Claim Number: 10850<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10757 (02/04/2013) | | | |
| ADMINISTRATIVE | | | | Allowed: | $130,000.00 |
| PRIORITY | Claimed: | $0.00 | | | |
| COUNTY OF BERNALILLO<br>THERESA BACA SANDOVAL, ASST ATTY<br>520 LOMAS BLVD., NW, 4TH FLOOR<br>ALBUQUERQUE, NM 87102 | | Claim Number: 10856<br>Claim Date: 01/05/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10621 (10/16/2012) | | | |
| PRIORITY | Claimed: | $249.49 | | Allowed: | $438.02 |
| UNSECURED | Claimed: | $10.00 | | | |
| SHOREHAM VIEWRIDGE, LLC<br>C/O WERB & SULLIVAN - AMY D. BROWN<br>300 DELAWARE AVENUE, 13TH FLOOR<br>PO BOX 25046<br>WILMINGTON, DE 19899 | | Claim Number: 10876<br>Claim Date: 02/01/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 2856 (02/01/2008) | | | |
| ADMINISTRATIVE | Claimed: | $8,489.60 | | Allowed: | $8,489.60 |
| UNSECURED | | | Scheduled: $10,337.14 | | |
| MAY, DAWN R.<br>4408 WORTH STREET<br>DALLAS, TX 75246 | | Claim Number: 10902-01<br>Claim Date: 04/06/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 10026 (05/31/2011) | | | |
| PRIORITY | Claimed: | $4,570.38 | Scheduled: $8,914.49 CONT | Allowed: | $4,570.38 |
| UNSECURED | | | Scheduled: $2,019.94 CONT | | |
| MAY, DAWN R.<br>4408 WORTH STREET<br>DALLAS, TX 75246 | | Claim Number: 10902-02<br>Claim Date: 04/06/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET: 10026 (05/31/2011) | | | |
| UNSECURED | Claimed: | $2,019.94 | | | |

| ARLINGTON COUNTY, VIRGINIA<br>TREASURER OF ARLINGTON<br>2100 CLARENDON BLVD # 217<br>ARLINGTON, VA 22201 | Claim Number: 10903<br>Claim Date: 04/07/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID | | |
|---|---|---|---|
| PRIORITY | Claimed: | $541.39 | Allowed: | $541.39 |

| STATE OF HAWAII, DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 259<br>HONOLULU, HI 96809 | Claim Number: 10904<br>Claim Date: 05/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 10092 (07/18/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $18,721.00 | |
| UNSECURED | Claimed: | $4,320.25 | |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRST 2006 13ARX MORTGAGE<br>PASS THROUGH CERTIFICATES,SER 2006 13ARX<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10907<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $313.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2006-2 MORTGAGE PASS<br>THROUGH CERTIFICATES, SER 2006-2<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10908<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $543.00 |

| U.S. BANK NA, AS TTEE OF MORGAN STANLEY<br>MORTGAGE LOAN TRUST 2006-4SL MORTGAGE<br>PASS THROUGH CERT., SER 2006-4SL<br>60 LIVINGSTON AVE., EP MN WS1D<br>SAINT PAUL, MN 55107-2292 | Claim Number: 10909<br>Claim Date: 08/16/2011<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: ALLOWED<br>DOCKET: 10652 (11/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $275,900.00 |

| | | | | |
|---|---|---|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007-4SL MORTGAGE PASS THROUGH CERT., SER 2007-4SL 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10910 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $31,159.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007 5AX MORTGAGE PAASS THROUGH CERT., SER 2007-5AX3RD STR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10911 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,000,131.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2007-9SL ATTN: PAMELA WIEDER 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10912 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $1,923,681.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR MORTGAGE PASS THROUGH CERT., SER 2006-5AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10913 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $105,542.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR MORTGAGE PASS THROUGH CERT., SER 2006-6AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10914 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $10,328.00 |

| | | | | |
|---|---|---|---|---|
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR MORTGAGE PASS THROUGH CERT., SER 2006-9AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10915 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $2,783.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAE LOAN TRUST 2006-16AX MORTGAGE PASS THROUGH CERT., SER 2006-16AX 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10916 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $619,333.00 |
| U.S. BANK NA, AS TTEE OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR MORTGAGE PASS THROUGH CERT., SER 2006-8AR 60 LIVINGSTON AVE., EP MN WS1D SAINT PAUL, MN 55107-2292 | Claim Number: 10921 Claim Date: 08/16/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10652 (11/14/2012) | | | |
| UNSECURED | Claimed: | $0.00 | Allowed: | $248.00 |
| CIFG ASSURANCE NORTH AMERICA, INC. ATTN: MICHAEL KNOPF & SARAH LIEBER 850 THIRD AVE, 10TH FLOOR NEW YORK, NY 10022 | Claim Number: 10926 Claim Date: 09/26/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10608 (10/11/2012) | | | |
| UNSECURED | Claimed: | $22,886,446.00 | Allowed: | $6,600,000.00 |
| UBS REAL ESTATE SECURITIES INC. 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019 | Claim Number: 10929 Claim Date: 03/02/2012 Debtor: AMERICAN HOME MORTGAGE CORP Comments: WITHDRAWN DOCKET: 10944 (01/07/2014) | | | |
| SECURED | Claimed: | $7,758,715.38   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| FEDERAL HOUSING ADMINISTRATION, THE(FHA) OF THE US DEPT. OF HUD MS. MARY A. SCHMERGEL, ESQ. 1100 L ST., NW, ROOM 10002 WASHINGTON, DC 20005 | | Claim Number: 10932 Claim Date: 05/10/2012 Debtor: AMERICAN HOME MORTGAGE CORP Comments: ALLOWED DOCKET: 10786 (03/06/2013) | | |
| PRIORITY | Claimed: | $122,554.07 | | |
| UNSECURED | Claimed: | $2,310,139.75 | Allowed: | $1,975,563.00 |
| CITY OF HARTFORD, CONNECTICUT MUNICIPAL BUILDING 550 MAIN STREET HARTFORD, CT 06103 | | Claim Number: 10934 Claim Date: 01/04/2011 Debtor: AMERICAN HOME MORTGAGE CORP Comments: PAID DOCKET: 10428 (04/27/2012) | | |
| PRIORITY | Claimed: | $779.40 | Allowed: | $779.40 |
| BMO HARRIS BANK, NA C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | | Claim Number: 10943 Claim Date: 04/06/2015 Debtor: AMERICAN HOME MORTGAGE CORP | | |
| UNSECURED | Claimed: | $4,810.34 | | |

## Summary Page

Total Number of Filed Claims:          4258

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $2,011,561.93 | $1,845,324.12 |
| Priority: | $16,067,923.15 | $4,359,912.20 |
| Secured: | $325,594,297.47 | $188,344.34 |
| Unsecured: | $2,695,130,108.82 | $373,662,064.88 |
| Total: | $3,038,803,891.37 | $380,055,645.54 |

| BERRY, JOHN A.<br>13848 S 36TH WAY<br>PHOENIX, AZ 85044-4550 | | Claim Number: 263<br>Claim Date: 09/04/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) |
|---|---|---|
| SECURED | Claimed: | $21,587.87 |

| RUBIN, JEFF<br>ALL PRO MORTGAGE<br>6600 N ANDREWS AVE<br>SUITE<br>FT LAUDERDALE, FL 33309 | | Claim Number: 513<br>Claim Date: 09/10/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| HAYES, SUSAN L.<br>15561 HAMMETT CT<br>MORENO VALLEY, CA 92555 | | Claim Number: 563<br>Claim Date: 09/11/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) |
|---|---|---|
| PRIORITY | Claimed: | $664.56 |
| UNSECURED | Claimed: | $664.56 |
| TOTAL | Claimed: | $664.56 |

| JEROME, CAROLINE<br>241 NORWOOD AVE<br>NORTHPORT, NY 11768 | | Claim Number: 918<br>Claim Date: 09/17/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|---|
| UNSECURED | Claimed: | $20,000.00 |

| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 1678<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1679<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1680<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1681<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1682<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1683<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1684
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1685
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1686
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1687
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1688
Claim Date: 10/22/2007
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

| | | |
|---|---|---|
| EHED, LLC<br>GLENN ZAGOREN<br>79 BRIDGE ST<br>BROOKLYN, NY 11201 | | Claim Number: 1717<br>Claim Date: 10/22/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10131 (08/15/2011) |
| UNSECURED | Claimed: | $15,000.00 |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | | Claim Number: 1787<br>Claim Date: 10/26/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10059 (06/20/2011) |
| UNSECURED | Claimed: | $15,000.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1933<br>Claim Date: 11/01/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 10281 (12/14/2011) |
| PRIORITY | Claimed: | $639.00 |
| UNSECURED | Claimed: | $60.00 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5870<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5900<br>Claim Date: 12/19/2007<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5901 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5902 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5903 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5904 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5905 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5906 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5907 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5908 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | Claim Number: 5909 Claim Date: 12/19/2007 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7584 (06/30/2009) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ABN AMRO BANK, N.V. ATTN DAVID W. STACK 101 PARK AVENUE 6TH FLOOR NEW YORK, NY 10178 | Claim Number: 7931 Claim Date: 01/09/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 7023 (02/17/2009) | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27   UNLIQ |

| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL. W. JOE WILSON, ESQ. ONE TOWER SQUARE, 2S2A HARTFORD, CT 06183 | Claim Number: 8360 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 11023 (07/30/2014) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | Claim Number: 8533 Claim Date: 01/10/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 8492 (01/12/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ATTN MEGAN KANE 11 MADISON AVENUE NEW YORK, NY 10010 | Claim Number: 8601 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 5919 (09/16/2008) |
|---|---|

| UNSECURED | Claimed: | $11,385,294.67   UNLIQ |

| FORMER EMPLOYEES 750 SHIPYARD DR STE 100 WILMINGTON, DE 19801-5161 | Claim Number: 8950 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 10036 (06/09/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| STONEHENGE CAPITAL LLC C/O MEISTER SEELIG & FEIN LLP ATTN MATTHEW E. KASINDORF, ESQ. 2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL NEW YORK, NY 10017 | Claim Number: 8974 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: EXPUNGED DOCKET: 10059 (06/20/2011) |
|---|---|

| UNSECURED | Claimed: | $30,000.00 |

| | | | | |
|---|---|---|---|---|
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8983<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) | | |
| PRIORITY | Claimed: | $2,425.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9136<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) | | |
| UNSECURED | Claimed: | $3,819,269.48 UNLIQ | | |
| ZURICH AMERICAN INS CO ET AL O/B/O<br>COMMONWEALTH OF PA ETC-BOND LPM7593143<br>KAREN LEE TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9141<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: ALLOWED<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $63,103.00 |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF MARYLAND, ETC - BOND LPM7599861<br>KAREN LEE TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9142<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE<br>OF ARIZONA,ETC - BOND LPM7590120<br>KAREN LEE TURNER; ECKERT SEAMANS CHERNI<br>TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL<br>PHILADELPHIA, PA 19102 | | Claim Number: 9143<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: WITHDRAWN<br>DOCKET: 7488 (06/04/2009) | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

ZURICH AMERICAN INS CO, ITS SUBSIDIARIES
AND AFFILIATES A/T/I/M/A
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9144
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEW JERSEY,ETC, CERTAIN SURETY BONDS
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9145
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF N.CAROLNIA,ETC - BOND LPM7590112
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9146
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF OHIO,ETC - BOND LPM7590136
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9147
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF VIRGINIA,ETC - BOND LPM7590789
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9148
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF CALIFORNIA,ETC - BOND LPM7591193 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9149 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF DELAWARE,ETC - BOND LPM7592364 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9150 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O WASHINGTON DC, ETC - BOND LPM7591074 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9151 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF FLORIDA, ETC - BOND LPM7591098 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9152 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE OF NEW JERSEY, ETC - BOND LPM7590520 KAREN LEE TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA, PA 19102 | Claim Number: 9153 Claim Date: 01/11/2008 Debtor: AMERICAN HOME MORTGAGE VENTURES LLC Comments: WITHDRAWN DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF GEORGIA, ETC - BOND LPM7590846
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9154
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF IDAHO, ETC - BOND LPM7599598
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9155
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF ILLINOIS, ETC - CERTAIN SURETY BONDS
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9156
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF KANSAS, ETC - BOND LPM7590125
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9157
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ZURICH AMERICAN INS CO ET AL O/B/O STATE
OF NEBRASKA, ETC - BOND LPM7599470
KAREN LEE TURNER; ECKERT SEAMANS CHERNI
TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL
PHILADELPHIA, PA 19102

Claim Number: 9158
Claim Date: 01/11/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 7488 (06/04/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE | Claim Number: 9159 |
| OF LOUISIANA, ETC - BOND7590131 | Claim Date: 01/11/2008 |
| KAREN LEE TURNER; ECKERT SEAMANS CHERNI | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL | Comments: WITHDRAWN |
| PHILADELPHIA, PA 19102 | DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE | Claim Number: 9160 |
| OF MICHIGAN, ETC - BOND LPM7591262 | Claim Date: 01/11/2008 |
| KAREN LEE TURNER; ECKERT SEAMANS CHERNI | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL | Comments: WITHDRAWN |
| PHILADELPHIA, PA 19102 | DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ZURICH AMERICAN INS CO ET AL O/B/O STATE | Claim Number: 9161 |
| OF MISSOURI, ETC - BOND LPM7593467 | Claim Date: 01/11/2008 |
| KAREN LEE TURNER; ECKERT SEAMANS CHERNI | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL | Comments: WITHDRAWN |
| PHILADELPHIA, PA 19102 | DOCKET: 7488 (06/04/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY | Claim Number: 9183 |
| ATTN TRUST ADMINISTRATION | Claim Date: 01/11/2008 |
| 1761 EAST ST ANDREW PLACE | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| SANTA ANA, CA 92705 | Comments: EXPUNGED |
| | DOCKET: 10276 (12/13/2011) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

| COUNTRYWIDE HOME LOANS, INC. | Claim Number: 9191 |
| C/O DAVID J NOWACZEWSKI, BODMAN LLP | Claim Date: 01/11/2008 |
| 6TH FLOOR AT FORD FIELD | Debtor: AMERICAN HOME MORTGAGE VENTURES LLC |
| 1901 ST ANTOINE STREET | Comments: EXPUNGED |
| DETROIT, MI 48226 | DOCKET: 4289 (05/29/2008) |

| UNSECURED | Claimed: | $198,600.00 | UNLIQ |

---

---

HARTFORD FIRE INSURANCE COMPANY
ATTN JULIE ALLEYNE
THE HARTFORD
HARTFORD PLAZA - T4
HARTFORD, CT 06155

Claim Number: 9334-06
Claim Date: 01/14/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: DOCKET: 7234 (04/07/2009)
RECLASSIFIED AS EQUITY INTEREST

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN: MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 10227
Claim Date: 04/17/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 10271 (12/07/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,568,088.37 | |

---

CHAVEZ, THOMAS J. & SARA A.
35012 CAMINO CAPISTRANO
DANA POINT, CA 92624

Claim Number: 10353
Claim Date: 04/30/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: WITHDRAWN
DOCKET: 10519 (07/05/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 | UNLIQ |

---

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692

Claim Number: 10360
Claim Date: 04/29/2008
Debtor: AMERICAN HOME MORTGAGE VENTURES LLC
Comments: EXPUNGED
DOCKET: 6217 (10/10/2008)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

---

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 10420<br>Claim Date: 06/17/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: PAID<br>DOCKET: 8031 (09/08/2009) |
| ADMINISTRATIVE | Claimed: | $800.00 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10576<br>Claim Date: 11/25/2008<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48 |
| LAMACCHIA, DELENA S.<br>1104 BLACK ROAD<br>CHERRYVILLE, NC 28021 | | Claim Number: 10651<br>Claim Date: 01/26/2009<br>Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC<br>Comments: WITHDRAWN<br>DOCKET: 10142 (08/26/2011) |
| SECURED | Claimed: | $200,000.00 |
| UNSECURED | Claimed: | $400,000.00 |
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10808<br>Claim Date: 08/13/2010<br>Debtor: AMERICAN HOME MORTGAGE VENTURES LLC<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11052)

## Summary Page

Total Number of Filed Claims:          68

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $1,383,300.00 | $0.00 |
| Priority: | $8,578.56 | $0.00 |
| Secured: | $221,587.87 | $0.00 |
| Unsecured: | $217,058,235.83 | $63,103.00 |
| Total: | $218,671,702.26 | $63,103.00 |

| | | | | | |
|---|---|---|---|---|---|
| CORNERSTONE APPRAISAL SERVICES, LLC<br>3259 E SUNSHINE ST STE V<br>SPRINGFIELD, MO 65804-2143 | | Claim Number: 2<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6702 (12/11/2008) | | | |
| UNSECURED | Claimed: | $150.00 | | | |
| CADRE GROUP, LLC<br>60 KATONA DR STE 27<br>FAIRFIELD, CT 06824 | | Claim Number: 4<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6763 (12/22/2008) | | | |
| UNSECURED | Claimed: | $12,745.00 | | Allowed: | $12,745.00 |
| ULRICH, EUGENE F.<br>316 METZ RD<br>SEASIDE, CA 93955 | | Claim Number: 5<br>Claim Date: 08/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $1,574.00 | | | |
| SEATTLE HOME APPRAISAL<br>556 N 169TH ST<br>SHORELINE, WA 98133 | | Claim Number: 8<br>Claim Date: 08/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $2,260.00 | | Allowed: | $2,260.00 |
| EDWARDS, RALPH<br>8814 FARGO RD # 115<br>RICHMOND, VA 23229 | | Claim Number: 10<br>Claim Date: 08/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6611 | | | |
| UNSECURED | Claimed: | $2,280.00 | Scheduled: | $650.00 | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| DALY, PATTI<br>PMD APPRAISALS<br>3813 INGLESIDE ST<br>OLNEY, MD 20832 | | Claim Number: 11<br>Claim Date: 08/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $1,625.00 | Scheduled: | $325.00 | Allowed: | $1,625.00 |
| SALE, JEFFREY C.<br>134 5TH STREET, APT. 2A<br>SEAL BEACH, CA 98740 | | Claim Number: 14<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $1,950.00 | | | | |
| BROWN'S REAL ESTATE SERVICES, INC.<br>20044 COOL SPRING RD<br>MILTON, DE 19968 | | Claim Number: 15-01<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5175 (07/18/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| BROWN'S REAL ESTATE SERVICES, INC.<br>20044 COOL SPRING RD<br>MILTON, DE 19968 | | Claim Number: 15-02<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5175 (07/18/2008) | | | | |
| PRIORITY | Claimed: | $10.00 | | | Allowed: | $10.00 |
| MEAD APPRAISALS<br>11378 NIAGARA DR<br>FISHERS, IN 46037 | | Claim Number: 16<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,260.00 | | | Allowed: | $4,260.00 |

| | | | | | |
|---|---|---|---|---|---|
| MEEKS, ELAINE<br>1377 WILLOW BROOK RD<br>NASHVILLE, NC 27856-7870 | | Claim Number: 17<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 7233 (04/07/2009) | | | |
| PRIORITY | Claimed: | $400.00 | | Allowed: | $400.00 |
| CONTINENTAL REAL ESTATE APPRAISAL SVCS<br>PO BOX 7254<br>TAMPA, FL 33673-7254 | | Claim Number: 21<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| CLIFFORD, SHERRY<br>APPRAISALS UNLIMITED<br>9834 HANS<br>ELK GROVE, CA 95624-2905 | | Claim Number: 22<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $2,150.00 | | | |
| O'HALLORAN, THOMAS J., JR.<br>REAL ESTATE APPRAISER<br>14400 SENECA RD<br>DARNESTOWN, MD 20874 | | Claim Number: 23<br>Claim Date: 08/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $5,270.00 | | | |
| RJ NEILD REAL ESTATE APPRAISALS<br>ATTN RJ NEILD, OWNER<br>1461 MAIN ST<br>EL CENTRO, CA 92243 | | Claim Number: 45<br>Claim Date: 08/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $5,225.00 | Scheduled: $1,500.00 | Allowed: | $5,225.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DONALD ZIMMERMAN & ASSOCIATES LLC<br>ATTN ADAM ZIMMERMAN, PARTNER<br>1247 WAUKEGAN RD STE 103<br>GLENVIEW, IL 60025-3057 | | Claim Number: 46<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $9,400.00 | | | Allowed: | $9,400.00 |
| PEARSON & ASSOCIATES, INC.<br>ATTN MICHAEL PEARSON, PRESIDENT<br>350 W KENSINGTON # 110<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 53<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7023 (02/17/2009) | | | | |
| UNSECURED | Claimed: | $30,935.00 | Scheduled: | $7,350.00 | | |
| HAGE & ASSOCIATES, INC.<br>711 GAFFNEY RD # 101<br>FAIRBANKS, AK 99701 | | Claim Number: 55<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $550.00 | | | Allowed: | $550.00 |
| GLW SERVICES, INC.<br>ATTN GARY L. WARD<br>200 1/2 W MAIN ST STE B<br>ARDMORE, OK 73401 | | Claim Number: 58<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $404.00 | | | | |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | | Claim Number: 60<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $762.00 | | | Allowed: | $762.00 |

| | | | | | |
|---|---|---|---|---|---|
| RENNER HANSBOROUGH & REESE, INC.<br>ATTN JILL D AULD<br>12610 THREE SISTERS RD<br>POTOMAC, MD 20854 | | Claim Number: 61<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $700.00 | | | |
| ANDERSON APPRAISAL SERVICES, INC.<br>ATTN DANIELLE ROSS<br>2180 GARNET AVE STE 3A<br>SAN DIEGO, CA 92109 | | Claim Number: 64<br>Claim Date: 08/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $4,674.00 | | | |
| PIERZINA & ASSOCIATES, INC.<br>PO BOX 270123<br>LITTLETON, CO 80127-0003 | | Claim Number: 67<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $475.00 | | Allowed: | $475.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 68<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | | Claim Number: 69<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

| | | |
|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | Claim Number: 70<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | Claim Number: 71<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $150.00 | Allowed: | $150.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | Claim Number: 72<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | Claim Number: 73<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIERZINA & ASSOCIATES, INC.<br>ATTN RANDALL R PIERZINA, TREASURER<br>26 DESERT WILLOW LN<br>LITTLETON, CO 80127-3459 | Claim Number: 74<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|

---

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 75
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

PIERZINA & ASSOCIATES, INC.
ATTN RANDALL R PIERZINA, TREASURER
26 DESERT WILLOW LN
LITTLETON, CO 80127-3459

Claim Number: 76
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

REGIONAL REAL ESTATE APPRAISAL SERVICE
ATTN PRESIDENT
117 ROUTE 9W
HAVERSTRAW, NY 10927

Claim Number: 77
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| UNSECURED | Claimed: | $5,975.00 | | |
|---|---|---|---|---|

ANTONI APPRAISAL SERVICES, INC.
8577 HAVEN AVE STE 109
RCH CUCAMONGA, CA 91730-4850

Claim Number: 78
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,900.00 | Allowed: | $2,900.00 |
|---|---|---|---|---|

VAN HOUTEN, JEFFREY A.
PO BOX 575
ESCALON, CA 95320-0575

Claim Number: 87
Claim Date: 08/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| NACHMANN, SEFIKA<br>1066 OLD TOWN RD<br>CORAM, NY 11727-3726 | | Claim Number: 95<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
| PRIORITY | Claimed: | $2,145.00 | | | | |
| JACOBUS, KATHY<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | | Claim Number: 97<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | |
| 4720 ENTERPRISES, INC.<br>ATTN GARY E THOMAS<br>4720 CAVIOU PL<br>COLORADO SPRINGS, CO 80918 | | Claim Number: 98<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $1,310.00 | | | Allowed: | $1,310.00 |
| NACHMANN, SEFIKA<br>DBA PROFESSIONAL APPRAISAL SERVICES LLC<br>1066 OL TOWN ROAD<br>CORAM, NY 11727-3726 | | Claim Number: 99<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,145.00 | | | | |
| JACOBUS, KATHLEEN<br>JACOBUS APPRAISALS<br>PO BOX 2055<br>ORINDA, CA 94563 | | Claim Number: 102<br>Claim Date: 08/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $870.00 | | | | |

| | | | | |
|---|---|---|---|---|
| TORRES, AMAURY & IDANIA<br>4616 S 6TH AVE<br>TUCSON, AZ 85714 | | Claim Number: 113<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | |
| UNSECURED | Claimed: | $250.00 | | |
| EISELE, GARY B.<br>281 ELMORE AVE # 2<br>EAST MEADOW, NY 11554-2816 | | Claim Number: 117<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| PRIORITY | Claimed: | $928.20 | | |
| UNSECURED | Claimed: | $4,873.05 | | |
| CONCEPT APPRAISAL SERVICES<br>CONNIE ESBENSON<br>6486 WARRIORS RUN<br>LITTLETON, CO 80125-9254 | | Claim Number: 120<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| CONCEPT APPRAISAL SERVICES<br>6486 WARRIORS RUN<br>LITTLETON, CO 80125-9254 | | Claim Number: 122<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $50.00 | Allowed: | $50.00 |
| PARTNERS APPRAISAL GROUP, INC.<br>ATTN SCOTT PEKARCHIK<br>2679 ROUTE 70 STE G<br>MANASQUAN, NJ 08736 | | Claim Number: 133<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $850.00 | Allowed: | $850.00 |

| | | | | |
|---|---|---|---|---|
| PARTNERS APPRAISAL GROUP, INC.<br>ATTN SCOTT PEKARCHIK<br>2679 ROUTE 70 STE G<br>MANASQUAN, NJ 08736 | | Claim Number: 134<br>Claim Date: 08/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $950.00 | Allowed: | $950.00 |
| SINNEN GREEN & ASSOCIATES<br>ATTN MATTHEW D SINNEN, PRESIDENT<br>120 LANDMARK SQ STE 102<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 146<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $6,325.00 | Allowed: | $6,325.00 |
| CLAIR APPRAISALS, INC.<br>ROBERT CLAIR<br>1632 SE MISTLETOE ST<br>PORT SAINT LUCIE, FL 34983 | | Claim Number: 147<br>Claim Date: 08/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,775.00 | Allowed: | $1,775.00 |
| JIM BROSE APPRAISALS, LLC<br>ATTN JAMES R BROSE<br>10905 E 20TH AVE<br>SPOKANE VALLEY, WA 99206 | | Claim Number: 164<br>Claim Date: 08/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,825.00 | Allowed: | $1,825.00 |
| DORMAN APPRAISALS<br>ATTN DAVE DORMAN, OWNER<br>2846 PLUMAS ARBOGA RD<br>MARYSVILLE, CA 95901 | | Claim Number: 178<br>Claim Date: 08/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $7,900.00 | Allowed: | $7,900.00 |

CROKER, LORA
3800 CIRCLE DR
AUBURN, IL 62615

Claim Number: 203
Claim Date: 08/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $4,350.00 | | Allowed: | $4,350.00 |
|---|---|---|---|---|---|

MADSON, BROWN & ASSOCIATES
4651 N 1ST AVE STE 205
TUCSON, AZ 85718-5678

Claim Number: 204
Claim Date: 08/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $920.00 | | Allowed: | $920.00 |
|---|---|---|---|---|---|

JOHNSON, PAUL B.
SUN POINT APPRAISALS, INC.
8707 E VISTA BONITA DR STE 130
SCOTTSDALE, AZ 85255

Claim Number: 205
Claim Date: 08/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,360.00 | | Allowed: | $2,360.00 |
|---|---|---|---|---|---|

THOMPSON APPRAISAL GROUP, INC.
ATTN DANIEL E. THOMPSON, PRESIDENT
17102 TITUS WAY
POOLESVILLE, MD 20837

Claim Number: 208
Claim Date: 08/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
|---|---|---|---|---|

GALLAGHER, NANCY
SANDHILL RESIDENTIAL APPRAISAL
358 NASH RD
SAINT PAULS, NC 28384

Claim Number: 245
Claim Date: 09/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $425.00 |
|---|---|---|

| HIVNOR, SCOTT C.<br>ADVANCED APPRAISALS SERVICES<br>37721 VINE ST STE 3<br>WILLOUGHBY, OH 44094 | Claim Number: 266<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $900.00 |
| L&H APPRAISAL SERVICES<br>PO BOX 1341<br>590 W WASHINGTON ST<br>MARTINSVILLE, IN 46151 | Claim Number: 271<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7233 (04/07/2009) | |
| UNSECURED | Claimed: | $3,325.00 |

UNSECURED  Claimed: $3,325.00   Allowed: $3,325.00

| CASCADE APPRAISAL LLC<br>PO BOX 6187<br>BELLEVUE, WA 98008 | Claim Number: 272<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6611 (11/21/2008) |
|---|---|

UNSECURED  Claimed: $2,870.00

| ARROW APPRAISAL CORP<br>373 DANDELTON CT<br>SPRING HILL, FL 34606-5352 | Claim Number: 309<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) |
|---|---|

UNSECURED  Claimed: $650.00   Allowed: $650.00

| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | Claim Number: 317<br>Claim Date: 09/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6765 (12/22/2008) |
|---|---|

UNSECURED  Claimed: $1,020.00

| | | |
|---|---|---|
| MUSELEVICHUS, JOSEPH L. | | Claim Number: 326 |
| JJETT APPRAISALS | | Claim Date: 09/05/2007 |
| 555 N WINDSOR AVE | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| BRIGHTWATERS, NY 11718 | | Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| | | |
|---|---|---|
| MUSELEVICHUS, JOSEPH L. | | Claim Number: 327 |
| JJETT APPRAISALS | | Claim Date: 09/05/2007 |
| 555 N WINDSOR AVE | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| BRIGHTWATERS, NY 11718 | | Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| | | |
|---|---|---|
| MUSELEVICHUS, JOSEPH L. | | Claim Number: 328 |
| JJETT APPRAISALS | | Claim Date: 09/05/2007 |
| 555 N WINDSOR AVE | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| BRIGHTWATERS, NY 11718 | | Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| | | |
|---|---|---|
| SCHACHER APPRAISALS, INC | | Claim Number: 335 |
| ATTN GREGORY SCHACHER | | Claim Date: 09/05/2007 |
| 31827 PEPPER TREE ST | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| WINCHESTER, CA 92596 | | |

| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MIKE SURLES & ASSOC., INC. | | Claim Number: 340 |
| 1147 PLEASANT OAKS DR | | Claim Date: 09/05/2007 |
| MT PLEASANT, SC 29464-4237 | | Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
| | | Comments: DOCKET: 6839 (01/13/2009) |

| UNSECURED | Claimed: | $1,375.00 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| VRANA, DALE K.<br>PO BOX 651251<br>VERO BEACH, FL 32965-1251 | | Claim Number: 344<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $2,850.00 | | Allowed: | $2,850.00 |
| LEGEND APPRAISALS, INC<br>2631 CELEBRATE CT<br>HENDERSON, NV 89074 | | Claim Number: 377<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $3,885.00 | | Allowed: | $3,885.00 |
| ULRICH & ULRICH APPRAISERS<br>ATTN JOHN M ULRICH<br>154 W MAIN ST<br>ELKTON, MD 21921 | | Claim Number: 394<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $925.00 | | Allowed: | $925.00 |
| RUSSELL APPRAISAL SERVICE<br>100-A SEVEN OAKS LN<br>SUMMERVILLE, SC 29485 | | Claim Number: 399<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,350.00 | | Allowed: | $1,350.00 |
| TAYLOR MADE APPRAISALS<br>ATTN SCOTT J TAYLOR<br>PRESIDENT<br>4050 W BROWARD BLVD<br>PLANTATION, FL 33317 | | Claim Number: 400<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $7,645.00 | Scheduled: | $1,300.00 | Allowed: | $7,645.00 |

| | | | | |
|---|---|---|---|---|
| WAGAR & ASSOCIATES INC<br>3708 BLACKBERRY<br>ATTN: MARTIN J WAGAR, PRESIDENT<br>KALAMAZOO, MI 49008 | | Claim Number: 407<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $5,020.00 | Allowed: | $5,020.00 |
| MILLER, LES<br>OKLAHOMA RESIDENTIAL APPRAISALS LLC<br>6601 WESTLAKE BLVD<br>OKLAHOMA CITY, OK 73142 | | Claim Number: 417<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| CRISTENSEN, J. MARK<br>APPRAISER<br>5433 S SKYLINE PKY<br>OGDEN, UT 84403 | | Claim Number: 441<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,740.00 | | |
| DRW SERVICES LLC<br>DARREN WEBB, OWNER<br>3739 GYPSUM CT<br>SUPERIOR, CO 80027 | | Claim Number: 451<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $820.00 | | |
| PUSEY & ASSOCIATES, INC<br>1520 MARTIN ST<br>WINSTON SALEM, NC 27103 | | Claim Number: 468<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,000.00 | Allowed: | $1,000.00 |

TRICE VALUATION SERVICES LLC
ATTN: DIANE WALTER
1003 MTHERMON RD, STE 201
SALISBURY, MD 21804

Claim Number: 472
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $7,380.00 | Scheduled: | $3,825.00 | Allowed: | $7,380.00 |
|---|---|---|---|---|---|---|

APPRAISAL ONE, INC.
PO BOX 338
MEDINA, WA 98039-0338

Claim Number: 474
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6765 (12/22/2008)

| UNSECURED | Claimed: | $675.00 |
|---|---|---|

BN REAL ESTATE INC
6701 WASHINGTON BLVD UNIT B
ARLINGTON, VA 22213-1041

Claim Number: 477
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6702 (12/11/2008)

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

FORGETTA, AMY
2911 53RD ST S
GULFPORT, FL 33707

Claim Number: 488
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $305.00 | | | Allowed: | $305.00 |
|---|---|---|---|---|---|---|

E-APPRAISAL, LLC
DBA E-APPRAISAL
ATTN GREG RODRIGUEZ, DIR OF OPERATIONS
PO BOX 94642
LAS VEGAS, NV 89193-4642

Claim Number: 515
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,900.00 | | | Allowed: | $1,900.00 |
|---|---|---|---|---|---|---|

KUHNER, RAYMOND E.
1738 WASHINGTON AVE
SEAFORD, NY 11783

Claim Number: 517
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6765 (12/22/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,151.30 | Scheduled: | $1,151.30  CONT | Allowed: | $1,151.30 |

EDWARDS APPRAISAL SERVICES, LLC
LINDA G EDWARDS
1101 E REDBUD DR
KNOXVILLE, TN 37920

Claim Number: 518
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,450.00 | Allowed: | $2,450.00 |

TODD, HOWARD I.
PO BOX 1350
HURLOCK, MD 21643

Claim Number: 522
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,275.00 | Allowed: | $2,275.00 |

MESHOT, KAREN C.
24631 MANDEVILLE DR
LAGUNA HILLS, CA 92653

Claim Number: 523
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,514.00 | Allowed: | $3,514.00 |

SC APPRAISAL SERVICES
74930 COUNTRY CLUB DR STE 540
PALM DESERT, CA 92260

Claim Number: 526
Claim Date: 09/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,900.00 | Scheduled: | $3,300.00 |

| J. SCOTT KINNAMON & ASSOCIATES<br>APPRAISAL SERVICES FOR HOMEGATE<br>ATTN JOHN SCOTT KINNAMON<br>29350 DOGWOOD VIEW DR<br>CORDOVA, MD 21625 | Claim Number: 542<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,150.00 | |
| BURDICK RESIDENTIAL APPRAISALS<br>JULIE BURDICH, OWNER<br>5930 E PIMA #120<br>TUCSON, AZ 85712 | Claim Number: 551<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | |
| UNSECURED | Claimed: | $5,160.00 | |
| A-AAA REAL ESTATE APPRAISAL SERVICE<br>ATTN R. AREND DAWSON, PRES.<br>4507 S BOWDISH RD<br>SPOKANE, WA 99206 | Claim Number: 577<br>Claim Date: 08/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $3,870.00 | Allowed: $3,870.00 |
| R. W. COZZA APPRAISALS CORP.<br>ATTN RON W. COZZA<br>APPRAISER<br>8934 W COUNTRY CLUB TR<br>PEORIA, AZ 85383 | Claim Number: 590<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,865.00 | |
| TACKETT, KENNETH N.<br>D/B/A KEN TACKETT ASSOCIATES<br>14333 SAN PAOLO LN<br>CHARLOTTE, NC 28277 | Claim Number: 607<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $8,200.00 | Allowed: $8,200.00 |

| APPRAISAL CONNECTION, LLC<br>ATTN JACQUES W. WEINTEIN (MEMBER)<br>27 STATE ST, STE 20<br>BANGOR, ME 04401 | Claim Number: 610<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

| APPRAISING IN DELAWARE, INC.<br>ATTN PATTI PERSIA, OWNER<br>129 SCHOOL PL<br>MILFORD, DE 19963 | Claim Number: 622<br>Claim Date: 09/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Allowed: | $1,800.00 |

| SOUND APPRAISAL<br>SAM P WOOD<br>1520 S DAVID ST<br>SPOKANE, WA 99212 | Claim Number: 626<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $975.00 | | |

| MATANZAS APPRAISAL GROUP, INC.<br>ATTN BEN MOODY, OWNER<br>PO BOX 1064<br>BUNNELL, FL 32110 | Claim Number: 631<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |

| WEICHBRODT, IVAN L.<br>5030 S.W. TEXAS ST.<br>PORTLAND, OR 97219 | Claim Number: 634<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $670.00 | Allowed: | $670.00 |

U.S. BANKRUPTCY COURT  Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 628 of 771   Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

---

| | | | | |
|---|---|---|---|---|
| EJ APPRAISAL SERVICE INC.<br>ATTN EDWARD JACHIMIAK<br>PO BOX 546<br>MISHAWAKA, IN 46546 | | Claim Number: 636<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $5,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CLAIR APPRAISALS, INC.<br>ROBERT CLAIR<br>1632 SE MISLTETOE ST<br>PORT SAINT LUCIE, FL 34983 | | Claim Number: 637<br>Claim Date: 09/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,775.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ACTION APPRAISAL SERVICES<br>ATTN JDY GAUDIANO<br>73280 EL PASEO, STE 6<br>PALM DESERT, CA 92260 | | Claim Number: 639<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $550.00 | | |

---

| | | | | |
|---|---|---|---|---|
| APPRAISAL AFFILIATES, INC.<br>PO BOX 770546<br>OCALA, FL 34477 | | Claim Number: 641<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |

---

| | | | | |
|---|---|---|---|---|
| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | | Claim Number: 647<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
| UNSECURED | Claimed: | $306.00 | | |

---

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | | Claim Number: 648<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81.00 | | |
| SUNRISE APPRAISAL GROUP<br>ATTN DONALD R SMITH, PRESIDENT<br>1125 SHAWNEE RD<br>LIMA, OH 45805 | | Claim Number: 649<br>Claim Date: 09/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
| AMERICAN RESIDENTIAL APPRAISALS<br>2012 FOREST RIDGE LN<br>BUFFALO, MN 55313 | | Claim Number: 668<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $585.00 | | |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 687<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,975.00 | Allowed: | $1,975.00 |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 688<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,975.00 | | |

| | | | | |
|---|---|---|---|---|
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | | Claim Number: 689<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,600.00 | Allowed: | $1,600.00 |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT # 5<br>KEY WEST, FL 33040 | | Claim Number: 728<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,625.00 | | |
| A&E APPRAISAL NETWORK, LLC<br>ATTN EDMUND H. REEK III, OWNER<br>PO BOX 7404<br>LOVELAND, CO 80537 | | Claim Number: 736<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,475.00 | Allowed: | $1,475.00 |
| MORRIS, AMY<br>21810 STATE ROAD 19<br>CICERO, IN 46034-9615 | | Claim Number: 738<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $5,200.00 | Allowed: | $5,200.00 |
| OFOSU, ENOCH A.<br>10106 DEERCLIFF DR<br>TAMPA, FL 33647 | | Claim Number: 798<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |

| | | | | |
|---|---|---|---|---|
| CORONA, MARIA<br>16 FRUIT ST<br>MILFORD, MA 01757 | | Claim Number: 809<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $135.00 | Allowed: | $135.00 |
| ALL ACCESS APPRAISALS, LLC<br>ATTN MICHAEL LOUIE<br>10473 W ANTIETAM CT<br>BOISE, ID 83709 | | Claim Number: 859<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,695.00 | Allowed: | $1,695.00 |
| CDBURBRIDGE & ASSOCIATES<br>330 COUNTRY CLUB LN<br>ATLANTIC BCH, FL 32233-5503 | | Claim Number: 861<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,300.00 | Allowed: | $2,300.00 |
| REAL ESTATE VALUATIONS, INC.<br>PO BOX 5032<br>AIKEN, SC 29804 | | Claim Number: 875<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $125.00 | Allowed: | $125.00 |
| FIRST SERVICE APPRAISAL, INC.<br>302 1ST AVE NE<br>WATERTWON, SD 57201-3610 | | Claim Number: 892<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4636 IWAENA LOOP<br>KAPAA, HI 96746 | | Claim Number: 936<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $1,800.00 | | | | |
| BEKEART APPRAISAL SERVICES<br>DOROTHY R BEKEART DBA<br>4636 IWAENA LOOP<br>KAPAA, HI 96746 | | Claim Number: 937<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6217 (10/10/2008) | | | | |
| UNSECURED | Claimed: | $500.00 | | | | |
| GS & ASSOCIATES, LLC<br>1601 W CENTRE AVE STE 102<br>PORTAGE, MI 49024 | | Claim Number: 942<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $975.00 | | | Allowed: | $975.00 |
| AAA APPRAISAL ASSOC., INC.<br>501 NW 78TH WAY<br>PLANTATION, FL 33324-1437 | | Claim Number: 952<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $720.00 | | | Allowed: | $720.00 |
| PREMIER APPRAISAL GROUP, INC.<br>ATTN LESLIE RUBIO, COMPTROLLER<br>106 E CARY ST<br>RICHMOND, VA 23219 | | Claim Number: 953<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $8,295.00 | Scheduled: | $1,750.00 | Allowed: | $8,295.00 |

| | | | |
|---|---|---|---|
| GREATER VALLEY APPRAISAL<br>ATTN KRISTY NELSON<br>PO BOX 530626<br>HENDERSON, NV 89053 | Claim Number: 955<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED    Claimed: | $1,150.00 | Allowed: | $1,150.00 |
| SWAIM APPRAISAL SERVICES, INC.<br>ATTN MIKE SWAIM, PRESIDENT<br>3932 ASPEN DR<br>WEST DES MOINES, IA 50265 | Claim Number: 956<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED    Claimed: | $525.00 | Allowed: | $525.00 |
| CONVERSE & CONVERSE APPRAISALS<br>ATTN ROBERT F CONVERSE<br>1882 ALA NOE PL<br>HONOLULU, HI 96819 | Claim Number: 957<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED    Claimed: | $3,725.00 | Allowed: | $3,725.00 |
| LYON, HERBERT<br>APPRAISAL HOUSE, INC.<br>PO BOX 1713<br>ELLICOTT CITY, MD 21041-1713 | Claim Number: 982<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED    Claimed: | $4,040.00 | Allowed: | $4,040.00 |
| MARSH APPRAISALS & R.E.<br>ATTN GARY MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA 15136 | Claim Number: 984<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED    Claimed: | $3,745.00 | | |

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

Claim Number: 986
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340.00 | | |

LISA USLABAR APPRAISALS
ATTN LISA USLABAR
8708 INDIAN BLVD S
COTTAGE GROVE, MN 55016

Claim Number: 987
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,805.00 | Allowed: | $1,805.00 |

SUSAN KRUSE APPRAISAL SERVICE
ATTN SUSAN KRUSE
4060 NE 18 AVE
OAKLAND PARK, FL 33334

Claim Number: 988
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $525.00 | Allowed: | $525.00 |

ACM CONSULTANTS, INC.
ATTN GLENN K. KUNIHISA, PRES.
2073 WELLS ST STE 100
WAILUKU, HI 96793

Claim Number: 995
Claim Date: 09/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,053.54 | Scheduled: | $625.00 | Allowed: | $6,053.54 |

CLARK, PATRICIA
814 TRAILWOOD DR
APOPKA, FL 32712-3241

Claim Number: 1021
Claim Date: 09/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 3945 (05/02/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,250.00 | Allowed: | $2,250.00 |

| | | | | |
|---|---|---|---|---|
| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | | Claim Number: 1030<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,050.00 | Allowed: | $2,050.00 |
| A & A APPRAISAL, INC.<br>8600 MIDVALE RD<br>YAKIMA, WA 98908-9327 | | Claim Number: 1045<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,550.00 | | |
| SILVER'S APPRAISAL SERVICE<br>ATTN DENNIS G SILVER<br>38 O'DONALD RD<br>ASHEVILLE, NC 28806 | | Claim Number: 1046<br>Claim Date: 09/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,150.00 | | |
| ST. AMAND APPRAISALS<br>ATTN SHELLEY M ST. AMAND<br>PARTNER<br>28680 W 12 MILE RD<br>FARMINGTON HILLS, MI 48334 | | Claim Number: 1074<br>Claim Date: 09/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | |
| UNSECURED | Claimed: | $1,975.00 | | |
| MURPHY APPRAISAL SERVICES LLC<br>19411 HELENBERG RD STE 204<br>COVINGTON, LA 70433 | | Claim Number: 1076<br>Claim Date: 09/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| D J GRAEFF & ASSOCIATES, LLC<br>5622 GINGER TREE LN<br>TOLEDO, OH 43623 | | Claim Number: 1086<br>Claim Date: 09/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | Allowed: | $1,500.00 |
| VALUE PLUS APPRAISAL, INC.<br>ATTN PATRICK MISHOE, PRESIDENT<br>4347 REVERE CIRLE<br>MARIETTA, GA 30062 | | Claim Number: 1090<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,350.00 | Scheduled: | $550.00 | Allowed: | $2,350.00 |
| REGIONAL R.E. APPRAISAL SERVICE LTD.<br>ATTN JOHN P. CALLANAN, PRES.<br>117 ROUTE 9W, STE 201<br>HAVERSTRAW, NY 10927 | | Claim Number: 1093<br>Claim Date: 09/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | |
| PRIORITY | Claimed: | $5,975.00 | | | | |
| BROWN, MICHAEL R. (BROWN APPRAISALS)<br>5325 BELFERN DRIVE<br>BELLINGHAM, WA 98226 | | Claim Number: 1110<br>Claim Date: 09/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7233 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $1,820.00 | | | Allowed: | $1,820.00 |
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | | Claim Number: 1121<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $5,160.00 | | | | |

| | | | | |
|---|---|---|---|---|
| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | | Claim Number: 1127<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $495.00 | Allowed: | $495.00 |
| D&R APPRAISALS, LLC<br>PO BOX 733<br>ROCKY MOUNT, MO 65072 | | Claim Number: 1133<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
| AMERICA'S CUTTING EDGE RE SERVICES<br>155 PASSAIC AVE STE 200<br>FAIRFIELD, NJ 07004-3562 | | Claim Number: 1141<br>Claim Date: 09/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $27,590.00 | | |
| MIDWEST APPRAISAL SERVICES, INC.<br>ATTN TERRY D BLAEDORN, OWNER<br>113 S MAIN ST<br>RIVER FALLS, WI 54022 | | Claim Number: 1156<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $100.00 | Allowed: | $100.00 |
| ADCOCK, REBECCA<br>DBA ADCOCK APPRAISALS<br>4764 FLYING H RD<br>TWENTYNINE PALMS, CA 92277 | | Claim Number: 1160<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

---

BOSTON MOUNTAIN REAL ESTATE
ATTN CHRIS HAMAKER
PO BOX 722
FAYETTEVILLE, AR 72702-0722

Claim Number: 1165
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,075.00 | Allowed: | $1,075.00 |

---

NEWMAN, JOHN H.
312 BAY AVENUE
HUNTINGTON, NY 11743

Claim Number: 1174
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 3945 (05/02/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,013.00 |
| UNSECURED | Claimed: | $1,013.00 |
| TOTAL | Claimed: | $1,013.00 |

---

TR HOME APPRAISALS, LLC
ATTN TIAMIA A REESE
6749 CHAPEL HILL RD
INDIANAPOLIS, IN 46214

Claim Number: 1178
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $275.00   UNDET |

---

BOZEMAN APPRAISAL SERVICES, INC.
ATTN B. JUNE BOZEMAN, COO, VP
PO BOX 3087
GAINESVILLE, GA 30503

Claim Number: 1180
Claim Date: 09/24/2007
Debtor: AMERICAN HOME MORTGAGE CORP
Comments: EXPUNGED
DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,050.00 |

---

KRISTIN JACOBSON APPRAISAL COMPANY
ATTN KRISTIN JACOBSON, OWNER
15 W SECOND ST
MORGAN HILL, CA 95037

Claim Number: 1182
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 6840 (01/13/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,150.00 |

---

| | | | | |
|---|---|---|---|---|
| BILL CAMPBELL APPRAISALS<br>27498 N 86TH LN<br>PEORIA, AZ 85383-4814 | | Claim Number: 1183<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,415.00 | | |
| BILL CAMPBELL APPRAISALS<br>27498 N 86TH LN<br>PEORIA, AZ 85383-4814 | | Claim Number: 1184<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $5,215.00 | | |
| ADVANCED COLLATERAL SOLUTIONS<br>8009 34TH AVE S, SUITE 1300<br>BLOOMINGTON, MN 55425 | | Claim Number: 1209<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $102,572.00 | Allowed: | $102,572.00 |
| APPRAISAL GIRLS, INC., THE<br>ATTN NATALIE WASHKO, PRESIDENT<br>2133 SANTINA AVE<br>LAS VEGAS, NV 89123 | | Claim Number: 1210<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $2,625.00 | | |
| ROGERS, TRANG<br>1301 PARKVIEW PL<br>BOZEMAN, MT 59715 | | Claim Number: 1216<br>Claim Date: 09/25/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| PRIORITY | Claimed: | $450.00 | | |

ZILZ, DIANA K.
910 ALBERT AVENUE
SYCAMORE, IL 60178

Claim Number: 1217
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $403.20 | | | | | |

WINGATE, SPICER & CO., LLC
JON R SPICER, OWNER
5109 MELROSE AVE
ROANOKE, VA 24017

Claim Number: 1236
Claim Date: 08/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |

BAYWOOD VALUATION, LLC
ATTN FREDERICK COPE
59 KENNEBUNK RD
ALFRED, ME 04002

Claim Number: 1255
Claim Date: 09/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,025.00 | | Allowed: | $2,025.00 |

TOP NOTCH APPRAISALS - 1000023447
ATTN JIM KLIEGL
OWNER
8780 19TH ST, #277
ALTA LOMA, CA 91701

Claim Number: 1256
Claim Date: 09/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,754.00 | Scheduled: | $350.00 |

THIEMAN AND ASSOCIATES, INC.
ATTN GENERAL MANAGER
1100 STONE RD STE 101
KILGORE, TX 75662

Claim Number: 1270
Claim Date: 09/25/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,050.00 | | Allowed: | $1,050.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | |
|---|---|---|---|---|
| B&G POTASH, INC.<br>DBA B&G REAL ESTATE APPRAISALS, LLC<br>ATTN BRUCE J POTASH<br>PO BOX 27<br>BELLVALE, NY 10912 | Claim Number: 1275<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $4,520.00 | | |
| BLITCH APPRAISAL CO INC<br>ATTN PIERCE G BLITCH III,OWNER/PRESIDENT<br>104 WHEELER EXECUTIVE CENTER<br>AUGUSTA, GA 30909 | Claim Number: 1279<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5930 E PIMA # 120<br>TUCSON, AZ 85712 | Claim Number: 1287<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $4,885.00 | | |
| COACHELLA VALLEY APPRAISAL<br>ATTN DALE BERNER, OWNER<br>PO BOX 1173<br>PALM SPRINGS, CA 92234 | Claim Number: 1290<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $4,375.00 | | |
| AULBAUGH & ASSOCIATES<br>ATTN JACK AULBAUGH, OWNER<br>4347 PHELAN BLVD # 101 B<br>BEAUMONT, TX 77707 | Claim Number: 1291<br>Claim Date: 09/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,075.00 | | |

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL RECOVERY GROUP, INC.<br>PO BOX 866<br>GOSHEN, NY 10924 | | Claim Number: 1294<br>Claim Date: 09/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $1,500.00 | | |
| TURLINGTON, DAVID<br>D.B.T. APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | | Claim Number: 1298<br>Claim Date: 09/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |
| ARLINGTON APPRAISAL SERVICES<br>ATTN STEPHEN GRIFFITH OWNER<br>124 N WEST AVENUE<br>ARLINGTON, WA 98223 | | Claim Number: 1308<br>Claim Date: 09/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $425.00 | | |
| CLARK, DEBRA<br>100 ALHAMBRA AVE<br>SANTA CRUZ, CA 95062 | | Claim Number: 1330<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $1,740.00 | | |
| CHROMY, JACLYN A.<br>501 EAST BAY DR. UNIT 902<br>LARGO, FL 33770 | | Claim Number: 1337<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |

| | | | | |
|---|---|---|---|---|
| HAWTHORNE, PAUL JR.<br>DBA THE HAWTHORNE GROUP<br>8005 OAKCREST DRIVE<br>MC KINNEY, TX 75070 | | Claim Number: 1344<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| APPRAISALL<br>ATTN PRESIDENT<br>635 E. FIRST ST. SUITE 452<br>TUSTIN, CA 92780 | | Claim Number: 1348<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| HAWLEY, DAVID R.<br>15389 HEMLOCK RT. RD<br>CHAGRIN FALLS, OH 44022 | | Claim Number: 1349<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $1,775.00 | | |
| VANDERLAAN, ROBERT D<br>AFFILIATED APPRAISERS INC<br>1683 SPOTTSWOOD CIR<br>PALM HARBOR, FL 34683 | | Claim Number: 1351<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,325.00 | Allowed: | $2,325.00 |
| FREISINGER APPRAISAL SERVICES, LLC<br>ATTN ERIC FREISINGER, MANAGER<br>2127 SOUTH LINCOLN STREET<br>DENVER, CO 80210 | | Claim Number: 1360<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | |
|---|---|---|---|---|
| COACHELLA VALLEY APPRAISAL<br>ATTN DALE BERNER, OWNER<br>43385 TENNESSEE AVE<br>PALM DESERT, CA 92211 | Claim Number: 1363<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) | | | |
| UNSECURED    Claimed: | $6,485.00 | | | |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | Claim Number: 1367<br>Claim Date: 10/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN | | | |
| PRIORITY    Claimed: | $5,960.00 | | | |
| SPENCE, DEBORAL<br>A.C.E. APPRAISAL SERVICE<br>103 OAKDALE<br>FILLMORE, CA 93015 | Claim Number: 1378<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED    Claimed: | $1,450.00 | | Allowed: | $1,450.00 |
| MILLENNIUM GROUP HOLDINGS, INC.<br>ATTN KEVIN MASSEY, OWNER<br>1277 KELLY JOHNSON BLVD, STE 200<br>COLORADO SPRINGS, CO 80920 | Claim Number: 1379<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED    Claimed: | $1,150.00 | | Allowed: | $1,150.00 |
| NORTHEASTERN APPRAISAL ASSOCIATES<br>616 N FRENCH RD<br>AMHERST, NY 14228-2125 | Claim Number: 1384<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED    Claimed: | $2,475.00 | | Allowed: | $2,475.00 |

| | | | | |
|---|---|---|---|---|
| STANDARD APPRAISAL SERVICE<br>ATTN PHILIP KAHN<br>FEIN SUCH KAHN AND SHEPARD PC<br>7 CENTURY DRIVE SUITE 201<br>PARSIPPANY, NJ 07054 | | Claim Number: 1389<br>Claim Date: 09/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,700.00 | Allowed: | $1,700.00 |
| LEIGH B. PATTALOCHI COMPANY<br>1670 N. KOLB ROAD # 246<br>TUCSON, AZ 85715 | | Claim Number: 1400<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,965.00 | Allowed: | $1,965.00 |
| JAMES A. CURRLIN APPRAISALS<br>6 SILVERHILL COURT<br>CHICO, CA 95926 | | Claim Number: 1403<br>Claim Date: 10/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $750.00 | Allowed: | $750.00 |
| BRUMFIELD, SHARON D.<br>13033 BUMPY HOLLOW LN<br>HANOVER, VA 23069 | | Claim Number: 1415<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $1,385.00 | | |
| HYMEL, AUDREY M.<br>245 BEAUREGARD ST<br>PONCHATOULA, LA 70454 | | Claim Number: 1425<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $8,200.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMONWEALTH APPRAISALS & CONSULTING INC<br>ATTN THOMAS M. KIRCHNER JR.<br>42949 RIDGEWAY DR<br>ASHBURN, VA 20148 | | Claim Number: 1426<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
| BURNETT, BENNY L.<br>TODAY'S REALTY, INC.<br>2475 LIVINGSTON RD<br>JACKSON, MS 39213 | | Claim Number: 1427<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $375.00 | | | | |
| FIRST CHOICE APPRAISALS, INC.<br>ATTN TRINA L. HARINGS, OFFICE MANAGER<br>PO BOX 2048<br>BEAVERTON, OR 97075-2048 | | Claim Number: 1438<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,350.00 | | | Allowed: | $1,350.00 |
| REAL ESTATE RESOURCES, INC.<br>800 EVERSOLE RD<br>CINCINNATI, OH 45230-3504 | | Claim Number: 1444<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $975.00 | Scheduled: | $275.00 | Allowed: | $975.00 |
| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | | Claim Number: 1461<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,125.00 | | | Allowed: | $1,125.00 |

| | | | | | |
|---|---|---|---|---|---|
| LOVELL APPRAISAL SERVICE<br>ATTN JIMMIE C. LOVELL<br>PO BOX 1389<br>CENTER, TX 75935 | | Claim Number: 1462<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $4,340.00 | | Allowed: | $4,340.00 |
| GORDON APPRAISAL SERVICES, INC.<br>C/O BENJAMIN J. LEFRANCOIS, ESQUIRE<br>PO BOX 3<br>LAKELAND, FL 33802-0003 | | Claim Number: 1463<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $1,125.00 | | Allowed: | $1,125.00 |
| BOLVES, HERB A.<br>570 N. HART BLVD.<br>ORLANDO, FL 32818 | | Claim Number: 1498<br>Claim Date: 10/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| STUEWE APPRAISAL SERVICES, INC.<br>6480 SW 155TH AVE.<br>BEAVERTON, OR 97007-5019 | | Claim Number: 1508<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $475.00 | | Allowed: | $475.00 |
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1509<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |

| | | | | |
|---|---|---|---|---|
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1510<br>Claim Date: 10/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |
| MCNAMARA & COMPANY<br>9203 BAILEYWICK RD STE 103<br>RALEIGH, NC 27615-1978 | | Claim Number: 1519<br>Claim Date: 10/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10131 (08/15/2011) | | |
| UNSECURED | Claimed: | $2,075.00 | | |
| ASHCROFT AND ASSOCIATES, P.C.<br>ATTN BRANDON CHAMBERLIN, PRESIDEN/OWNER<br>8421 SE STARK STREET<br>PORTLAND, OR 97216 | | Claim Number: 1532<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $900.00 | Allowed: | $900.00 |
| CENCORE, INC.<br>ATTN CASSIAN PETRELLA, PRESIDENT<br>41802 STRATTON DR.<br>CLINTON TOWNSHIP, MI 48038 | | Claim Number: 1533<br>Claim Date: 10/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $950.00 | | |
| REAL ESTATE RESOURCES, INC.<br>800 EVERSOLE RD<br>CINCINNATI, OH 45230-3504 | | Claim Number: 1555<br>Claim Date: 10/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TENNILLE & ASSOCIATES, INC.<br>ATTN PATTIE J. TENNILLE, PRESIDENT<br>820 STATE FARM ROAD<br>BOONE, NC 28607 | | Claim Number: 1557<br>Claim Date: 10/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $800.00 | Allowed: | $400.00 |
| WAGONER INSURANCE<br>MICHAEL WAGONER<br>PO BOX 839<br>SNEADS FERRY, NC 28460 | | Claim Number: 1594<br>Claim Date: 09/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | | Claim Number: 1603<br>Claim Date: 09/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | | | | |
| UNSECURED | Claimed: | $825.00 | | | Allowed: | $825.00 |
| DEPARTMENT OF THE TREASURY - IRS<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | Claim Number: 1650<br>Claim Date: 10/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN | | | | | |
| PRIORITY | Claimed: | $5,960.00 | | | | |
| PROGRESSIVE APPRAISAL, INC.<br>ATTN MATTHEW PARRIS<br>5055 HWY N # 214<br>SAINT CHARLES, MO 63304 | | Claim Number: 1652<br>Claim Date: 10/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $3,835.00 | | | Allowed: | $3,835.00 |

---

| | | |
|---|---|---|
| SPRING-FORD AREA SCHOOL DISTRICT<br>LIMERICK TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | Claim Number: 1689<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWN & COUNTRY REAL ESTATE & APPRAISAL,<br>INC.<br>5404 YADKIN RD.<br>FAYETTEVILLE, NC 28303 | Claim Number: 1703<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | |

| UNSECURED | Claimed: | $150.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | Claim Number: 1735<br>Claim Date: 10/22/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | |

| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LONG APPRAISAL SERVICES, INC.<br>BRIAN W. LONG<br>1631 EMERALD CT.<br>ROBINS, IA 52328 | Claim Number: 1768<br>Claim Date: 10/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | |

| UNSECURED | Claimed: | $2,110.00 | Allowed: | $2,110.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CHESAPEAKE RESIDENTIAL APPRAISALS<br>ATTN CARL VETTEL, BOOKKEEPER<br>993 INDIAN LANDING ROAD<br>MILLERSVILLE, MD 21108 | Claim Number: 1781<br>Claim Date: 10/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | |

| UNSECURED | Claimed: | $1,550.00 | Allowed: | $1,550.00 |
|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RAMKISSOON, ROBIN<br>5 FAIRFIELD CIRCLE<br>APT 6A<br>BRENTWOOD, NY 11717 | | Claim Number: 1789<br>Claim Date: 10/29/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | | | |
| PRIORITY | Claimed: | $2,708.33 | | | | | |
| BERG APPRAISAL SERVICES, P.C.<br>BECKY LASSITER<br>211 W. 9TH AVE.<br>SPOKANE, WA 99204 | | Claim Number: 1803<br>Claim Date: 10/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $2,209.00 | | | | | |
| POWELL APPRAISERS AND CONSULTANTS<br>ATTN WAYNE S. POWELL, PRESIDENT<br>PO BOX 7551<br>HAMPTON, VA 23666 | | Claim Number: 1810<br>Claim Date: 10/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
| MT. ROSE PROFESSIONAL SERVICES<br>18124 WEDGE PKWY #425<br>RENO, NV 89511-8134 | | Claim Number: 1861<br>Claim Date: 11/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $8,130.00 | | | | | |
| BAY APPRAISERS, LLC<br>ATTN STEVE T. SEWELL<br>3207 INTERNATIONAL DRIVE, SUITE R<br>MOBILE, AL 36606 | | Claim Number: 1874<br>Claim Date: 11/02/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |

| | | | | | |
|---|---|---|---|---|---|
| GREATER METRO APPRAISAL SVCS<br>103 E 7TH ST<br>VANCOUVER, WA 98660-3202 | | Claim Number: 1877<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4027 (05/12/2008) | | | |
| UNSECURED | Claimed: | $425.00 | | Allowed: | $425.00 |
| CITYSCAPE APPRAISAL, INC.<br>518 S LINCOLN AVE<br>PARK RIDGE, IL 60068-4505 | | Claim Number: 1894<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| ANDREWS APPRAISAL ASSOCIATES<br>ATTN NONA R. ANDREWS<br>300 OFFICE PARK DR. SUITE 105<br>BIRMINGHAM, AL 35223 | | Claim Number: 1896<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104 | | Claim Number: 1899<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,675.00 | | | |
| HOLDEN APPRAISAL<br>ATTN PATRICK A. HOLDEN<br>7735 WINDSOR DRIVE<br>DUBLIN, OH 43016-4465 | | Claim Number: 1903<br>Claim Date: 11/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | |
|---|---|---|---|---|
| WORLDWIDE APPRAISAL SERVICES<br>FRED CATCHPOLE<br>5449 MARCIA CIR.<br>JACKSONVILLE, FL 32210 | | Claim Number: 1905<br>Claim Date: 11/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,350.00 | Allowed: | $1,350.00 |
| ASAP APPRAISALS, INC 5364<br>LEE BRAND, PRESIDENT<br>5364 EHRLICH RD. PMB 356<br>TAMPA, FL 33624 | | Claim Number: 1926<br>Claim Date: 10/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $3,600.00 | Allowed: | $3,600.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1932<br>Claim Date: 11/01/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | |
| PRIORITY | Claimed: | $200.00 | | |
| ITA APPRAISALS, INC.<br>ATTN SHERYL PRENDERGAST - OFFICE MANAGER<br>PO BOX 13146<br>NORFOLK, VA 23506 | | Claim Number: 1956<br>Claim Date: 11/08/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,100.00 | Allowed: | $2,100.00 |
| APPRAISAL MANAGEMENT SERVICES, INC.<br>SHERYL REEVE, APPRAISAL MGMNT. SERV. INC<br>PO BOX 1597<br>SANDPOINT, ID 83864 | | Claim Number: 1974<br>Claim Date: 11/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $500.00 | Allowed: | $500.00 |

| | | | | |
|---|---|---|---|---|
| OWENS, CHARLES E.<br>19608 COACHMAN'S TRACE<br>CORNELIUS, NC 28031 | Claim Number: 1975<br>Claim Date: 11/09/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | |
| UNSECURED    Claimed: | $1,100.00 | | | |
| MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC<br>ATTN LESLIE FORYS, OWNER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | Claim Number: 1976<br>Claim Date: 11/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6611 (11/21/2008) | | | |
| UNSECURED    Claimed: | $2,275.00 | | | |
| R.L. BONNVILLE, LLC<br>LESLIE FORYS, MEMBER<br>PO BOX 5305<br>PLYMOUTH, MI 48170 | Claim Number: 1977<br>Claim Date: 11/12/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED    Claimed: | $1,250.00 | | Allowed: | $1,250.00 |
| APPRAISERS GROUP, THE<br>ATTN RICHARD A. GOULET, PRESIDENT<br>44 TRAPELO RD<br>BELMONT, MA 02478 | Claim Number: 1993<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED    Claimed: | $675.00 | | Allowed: | $675.00 |
| BOB WARNCKE APPRAISAL GROUP<br>240 HALF MILE RD.<br>RED BANK, NJ 07701 | Claim Number: 2007<br>Claim Date: 04/06/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED    Claimed: | $0.00  UNDET | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHIPMAN ENGINEERS<br>ATTN E. PAUL CARSWELL<br>PO BOX 1177<br>HUDSON, NC 28638 | | Claim Number: 2036<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $317.81 | | | Allowed: | $317.81 |
| JAN ROSEBERRY APPRAISALS<br>ATTN JANICE S. ROSEBERRY<br>214 W 21ST STREET<br>DOVER, OH 44622 | | Claim Number: 2044<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $65.00 | | | Allowed: | $65.00 |
| MURPHY, CHARLES<br>1195 NW 63 ST<br>MIAMI, FL 33150 | | Claim Number: 2045<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,322.88 | Scheduled: | $1,322.88  CONT | Allowed: | $1,322.88 |
| ACCREDITED KEY APPRAISALS, INC<br>ATTN VANESSA P. KEY, OWNER<br>PO BOX 2583<br>WEST COLUMBIA, SC 29171 | | Claim Number: 2052<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $354.25 | | | | |
| CADENA APPRAISAL SERVICE<br>ATTN VALERIANO E. CADENA, JR., OWNER<br>123 W MARTIN ST<br>DEL RIO, TX 78840 | | Claim Number: 2054<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |

| | | | | | |
|---|---|---|---|---|---|
| DAVENPORT APPRAISAL SERVICES<br>905 N CYPRESS ST<br>BEEBE, AR 72012-2701 | | Claim Number: 2058<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| HALLMARK APPRAISAL INC<br>540 NW 165 STREET<br>MIAMI, FL 52167 | | Claim Number: 2081<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $800.00 | | Allowed: | $800.00 |
| CHOATE, REID E.<br>PO BOX 388<br>PAHOA, HI 96778 | | Claim Number: 2083<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $529.00 | Scheduled: | $521.00 | |
| SAMMARTINO APPRAISAL SERVICES<br>1001 STATE STREET<br>ERIE, PA 16501 | | Claim Number: 2121<br>Claim Date: 11/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | | |
| GREATER VALLEY APPRAISAL<br>ATTN KRISTY NELSON<br>PO BOX 530626<br>HENDERSON, NV 89053 | | Claim Number: 2128<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $800.00 | | Allowed: | $800.00 |

---

HUDSON VIEW APPRAISALS LLC
ATTN ADRIAN L. MULLER, PRESIDENT
690 N B'WAY # 200
WHITE PLAINS, NY 10603

Claim Number: 2137
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,750.00 | | Allowed: | $1,750.00 |
|---|---|---|---|---|---|

MASON APPRAISAL SERVICES
4314 EVANSTON BLVD
N. CHARLESTON, SC 29406

Claim Number: 2146
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $3,925.00 | | Allowed: | $3,925.00 |
|---|---|---|---|---|---|

LAURITANO APPRAISAL SERVI/INC.
ATTN THOMAS LAURITANO
500 WEST MAIN STREET
SUITE 208
BABYLON, NY 11702

Claim Number: 2147
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $4,550.00 | | Allowed: | $4,550.00 |
|---|---|---|---|---|---|

SILVEY APPRAISAL LLC
ATTN JON SILVEY
PO BOX 4130
LEESBURG, VA 20177

Claim Number: 2155
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,075.00 | Scheduled: | $1,075.00 | Allowed: | $1,075.00 |
|---|---|---|---|---|---|---|

BESSON APPRAISALS INC
ATTN LEIGH A. BESSON
25 MARY ANN DR
EXETER, RI 02822

Claim Number: 2156
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7022 (02/17/2009)

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ROBERT R. JONES APPRAISERS<br>ATTN KIMBERLY A. JONES, TREASURER<br>7800 ALLENTOWN BLVD<br>HARRISBURG, PA 17112 | Claim Number: 2157<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED     Claimed: | $815.00 | | | |
| I MORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | Claim Number: 2160<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 10131 (08/15/2011) | | | |
| UNSECURED     Claimed: | $34,005.00 | | | |
| BEACON APPRAISAL SERVICE, INC<br>PO BOX 86<br>SOUTH BOSTON, MA 02127-0005 | Claim Number: 2167<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED     Claimed: | $275.00 | | Allowed: | $275.00 |
| PARKWEST PROP. APPRAISALS INC.<br>ATTN MATTHEW NOLAN<br>PO BOX 266<br>MANASQUAN, NJ 08736 | Claim Number: 2176<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED     Claimed: | $275.00 | | Allowed: | $275.00 |
| FORSYTHE APPRAISALS LLC<br>ATTN PRESIDENT<br>222 LITTLE CANADA ROAD<br>SAINT PAUL, MN 55117 | Claim Number: 2178<br>Claim Date: 11/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7023 (02/17/2009) | | | |
| UNSECURED     Claimed: | $47,125.00 | | | |

U.S. BANKRUPTCY COURT   Case 07-11047-CSS  Doc 11347  Filed 04/21/17  Page 659 of 771    Date: 04/12/2017

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

---

DARRELL ROBERTS RE APPRAISER
5701 REXROTH AVE.
BAKERSFIELD, CA 93306

Claim Number: 2180
Claim Date: 11/14/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

GRASSO APPRAISAL SERVICES, INC
ATTN ANTHONY GASCO, PRESIDENT
121 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803

Claim Number: 2186
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,350.00 | Allowed: | $1,350.00 |
|---|---|---|---|---|

CAPEWAY APPRAISAL SERVICE
ATTN JODI LANGFORD
37 WATER ST
SANDWICH, MA 02563

Claim Number: 2188
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

BICKERS APPRAISALS, INC.
ATTN PATRICIA H. BICKERS, SECY ' TREAS.
55 BOLLING CIRCLE
PALMYRA, VA 22963

Claim Number: 2193
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $825.00 |
|---|---|---|

SUMMERS APPRAISAL
ATTN TIMOTHY SUMMERS/OWNER
9620-H HOMESTEAD COURT
LAUREL, MD 20723

Claim Number: 2219
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
|---|---|---|---|---|

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

---

ROGERS & TAYLOR APPRAISERS INC
300 WHEELER ROAD
SUITE 302
HAUPPAUGE, NY 11788

Claim Number: 2222
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | |

PINPOINT APPRAISAL
1127 EUCLID AVE APT 312
CLEVELAND, OH 44115-1608

Claim Number: 2233
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | Allowed: | $600.00 |

JENSEN APPRAISERS
ATTN STEVEN A. JENSEN
10800 N. MILITARY TRL, STE 230
PALM BEACH GARDENS, FL 33410

Claim Number: 2237
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,250.00 | | Allowed: | $2,250.00 |

BEACON APPRAISAL COMPANY INC
ATTN K. CHRIS KARAGEORGE, PRESIDENT
PO BOX 6370
SCARBOROUGH, ME 04070

Claim Number: 2239
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,935.00 | | Allowed: | $1,935.00 |

BANNER-WILLIAMS APPRAISERS INC
CRYSTAL PEEPLES, CORPORATE TREASURER
6443 OLD BRANCH AVE
CAMP SPRINGS, MD 20748

Claim Number: 2249
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,450.00 |

U.S. BANKRUPTCY COURT   Case 07-11047-CSS   Doc 11347   Filed 04/21/17   Page 661 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

Date: 04/12/2017

---

TMR APPRAISAL SERVICES, INC.
600 ROUTE 73 NORTH SUITE 8
MARLTON, NJ 08053

Claim Number: 2251
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $2,860.00 | | Allowed: | $2,860.00 |
|---|---|---|---|---|---|

LAHENS, JUDITH E
7 CHELMSFORD DR
WHEATLEY HEIGHTS, NY 11798

Claim Number: 2261
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 8815 (04/30/2010)

| PRIORITY | | | Scheduled: | $2,839.03 CONT | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | |

COACHELLA VALLEY APPRAISAL
P.O. BOX 1173
PALM SPRINGS, CA 92263

Claim Number: 2267
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $6,900.00 | | | |
|---|---|---|---|---|---|

LANE APPRAISAL SERVICES, INC.
1516 CHAUNCEY LN
RICHMOND, VA 23238-4806

Claim Number: 2269
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | | Allowed: | $75.00 |

A FINE APPRAISAL SERVICE
ATTN CEO
16 CHRIS ELIOT CT
HUNT VALLEY, MD 21030

Claim Number: 2270
Claim Date: 11/15/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $591.75 | | Allowed: | $591.75 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| PURDON APPRAISALS<br>ATTN ERIC PURDON<br>PO BOX 128<br>HARWOOD, MD 20776 | | Claim Number: 2272<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| | | |
|---|---|---|
| JOE RUTHERFORD APPRAISAL<br>1105 POWELL DR<br>PLACENTIA, CA 92870 | | Claim Number: 2273<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |

| UNSECURED | Claimed: | $360.00 |
|---|---|---|

| | | |
|---|---|---|
| LENNOX J SIMON<br>SALENE REDDOCK-SIMON<br>11702 TRILLUM STREET<br>MITCHELLVILLE, MD 20721 | | Claim Number: 2274<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10832 (06/14/2013) |

| PRIORITY | | | Scheduled: | $400.00 CONT |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | |

| | | |
|---|---|---|
| HOFFMAN APPRAISAL INC<br>23000 SPRINGWOOD CIRCLE<br>MILLSBORO, DE 19966 | | Claim Number: 2280<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MANTONI ASSOCIATES<br>ATTN JOHN M. MANTONI<br>624 MENDON RD<br>NORTH BRIDGE, MA 01534 | | Claim Number: 2286<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) |

| UNSECURED | Claimed: | $595.00 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BAKER APPRAISAL SERVICES INC.<br>PO BOX 382<br>CAMDEN WYO, DE 19934-0382 | | Claim Number: 2288<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $1,900.00 | | | | Allowed: | $1,900.00 |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | | Claim Number: 2293<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6702 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $381.00 | | | | | |
| VALLEY ISLE APPRAISAL<br>ATTN THEODORE KESAJI (OWNER)<br>823 ALUA STREET<br>WAILUKU, HI 96793 | | Claim Number: 2295<br>Claim Date: 11/15/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | Allowed: | $425.00 |
| VANDERBILT APPRAISAL<br>ATTN ANDREW FAUTLEY<br>PRINCIPAL/MANAGING PARTNER<br>770 LEXINGTON<br>NEW YORK, NY 10005 | | Claim Number: 2296<br>Claim Date: 11/08/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5919 (09/16/2008) | | | | | |
| UNSECURED | Claimed: | $27,355.00 | | | | | |
| DON R SCHEIDT & CO<br>ATTN DEBORAH GREEN, V.P.<br>2927 UNION ST<br>LAFAYETTE, IN 47904 | | Claim Number: 2304<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
| UNSECURED | Claimed: | $75.00 | | | | Allowed: | $75.00 |

| | | | | |
|---|---|---|---|---|
| MONROE APPRAISALS<br>ATTN WILLIAM C. MONROE<br>809 E. DOROTHY<br>SULLIVAN, IN 47882 | | Claim Number: 2312<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $575.00 | Allowed: | $575.00 |
| RED CEDAR APPRAISAL<br>ATTN OWNER<br>1117 E KALAMAZOO ST<br>LANSING, MI 48912 | | Claim Number: 2317<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $225.00 | | |
| KEMP, JOHN H. JR.<br>626 W LAUREL AV<br>PLENTYWOOD, MT 59254 | | Claim Number: 2320<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $600.00 | | |
| HUNT APPRAISAL SERVICES<br>ATTN THOMAS L. HUNT<br>1195 PAUMA VALLY ROAD<br>BANNING, CA 92220 | | Claim Number: 2329<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $450.00 | | |
| ADVENT APPRAISALS<br>ATTN LINDA<br>PO BOX 867<br>COEUR D ALENE, ID 83816-0867 | | Claim Number: 2331<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

RAMKISSOON, ROBIN
P.O. BOX 891
BRENTWOOD, NY 11717

Claim Number: 2333
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,500.00 | Scheduled: | $2,500.00  CONT | Allowed: | $2,500.00 |
|---|---|---|---|---|---|---|

SARA A FRASER APPRAISALS INC
ATTN SARA A. FRASER
2544 WASHINGTON STREET
EUGENE, OR 97405

Claim Number: 2337
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $500.00 | | | | |
|---|---|---|---|---|---|---|

ROBERT BALIS APPRAISALS
ATTN ROBERT BALIS
P.O. BOX 1388
COLVIS, CA 93611

Claim Number: 2339
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | |
|---|---|---|---|---|---|---|

CONSON, JILL M.
940 BUNKER VIEW DR
APOLLO BEACH, FL 33572

Claim Number: 2343
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $600.00 | | | | |
|---|---|---|---|---|---|---|

APPRAISEONE, INC. (CO)
ATTN ROBERT STEINBACH, OPERATIONS MGR
5554 S PRINCE ST STE 205
LITTLETON, CO 80120-1147

Claim Number: 2345
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CROSSON & KOROPP<br>2425 LORD BARANOF DR<br>ANCHORAGE, AK 99517-1261 | | Claim Number: 2352<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $900.00 | | | |
| METRO APPRAISAL SERVICES<br>PO BOX 518<br>MARMORA, NJ 08223 | | Claim Number: 2355<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $1,297.94 | | | |
| ACHESON RE & APPRAISALS, INC.<br>ATTN ROSS ACHESON<br>283 N RAMPART C<br>ORANGE, CA 92868 | | Claim Number: 2364<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |
| YORK REAL ESTATE SERVICES<br>6931 WOODRIDGE DRIVE<br>AVON, IN 46123-8325 | | Claim Number: 2382<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5919 (09/16/2008) | | | |
| UNSECURED | Claimed: | $75.00 | | Allowed: | $75.00 |
| JOHANIDES, JOHN<br>199 GARRETSON AV<br>STATEN ISLAND, NY 10305 | | Claim Number: 2398<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5175 (07/18/2008) | | | |
| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |

MOORE, DEBRA
202 SHELTER LN
LEVITTOWN, NY 11756

Claim Number: 2399
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,325.20 | | $1,325.20  CONT | | $1,325.20 |

JAMES L. RANDALL SRA
33 WEST FRANKLIN ST, STE 201
HAGERSTOWN, MD 21740

Claim Number: 2401
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $350.00 | | | | $350.00 |

LEE APPRAISALS
219 COUNTRY CLUB ACRES
BELLEVILLE,, IL 62223

Claim Number: 2418
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $400.00 |

PACIFIC RESIDENTIAL APPRAISAL
ATTN ERICK MOULD
4106 PORTER GULCH RD
APTOS, CA 95003-2711

Claim Number: 2423
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $400.00 |

ALLEN, JEFFREY P.
1423 WHITEFENCE RD.
BARTLETT, IL 60103

Claim Number: 2429
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,332.00 |

---

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ADAM PREUSS<br>936 U.S. HWY 1, STE A<br>SEBASTIAN, FL 32958 | Claim Number: 2431<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $306.00 | Allowed: | $306.00 |
|---|---|---|---|---|

| ADAM PREUSS APPRAISAL SERVICES, INC.<br>ATTN ADAM B. PREUSS, OWNER/PRESIDENT<br>936 US HWY, 1 SUITE A<br>SEBASTIAN, FL 32958 | Claim Number: 2432<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $81.00 | Allowed: | $81.00 |
|---|---|---|---|---|

| FREEDOM APPRAISAL SERVICES<br>ATTN DARLENE LAMB<br>4397 OWENS RD<br>EVANS, GA 30809-3175 | Claim Number: 2438<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|

| CAPITAL APPRAISAL SERVICES INC<br>ATTN J.R. CABAI - PRESIDENT<br>11627 MARSHWOOD LANE<br>FORT MYERS, FL 33908 | Claim Number: 2442<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,275.00 | Allowed: | $1,275.00 |
|---|---|---|---|---|

| JOHN JOHANIDES SRA<br>199 GARRETSON AVE<br>STATEN ISLAND, NY 10305-1233 | Claim Number: 2448<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $410.00 | Allowed: | $410.00 |
|---|---|---|---|---|

TAYLOR APPRAISAL SERVICE
4027 BELLECREST DR
MISSOULA, MT 59801-8906

Claim Number: 2449
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | |
|---|---|---|---|---|---|---|

ACTION APPRAISAL SERVICE CORP.
ATTN THOMAS MUNIZ, PRESIDENT
P.O. BOX 3192
LYNCHBURG, VA 24503

Claim Number: 2452
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

A & C APPRAISAL
ATTN JAMES CROAK
10138 INGLESIDE DR
SAINT LOUIS, MO 63124-1246

Claim Number: 2457
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 | | | Allowed: | $275.00 |
|---|---|---|---|---|---|---|

APPRAISAL SHOPPE, INC, THE
ATTN KAREN B. ARRINGTON
425 MCIVER ST.
GREENVILLE, SC 29601

Claim Number: 2464
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6765 (12/22/2008)

| UNSECURED | Claimed: | $325.00 | | | | |
|---|---|---|---|---|---|---|

LEITNER COMPANY, THE
PO BOX 2555
HENDERSONVLLE, NC 28793-2555

Claim Number: 2467
Claim Date: 11/16/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

---

| CARBONELL APPRAISALS INC<br>ATTN JUAN CARBONELL, PRES.<br>119 MONROE<br>TRAVERSE CITY, MI 49684 | | Claim Number: 2468<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | Allowed: | $750.00 |
| WINCZ, ROBERT<br>3235 AZALEA DR.<br>HERNANDO BEACH, FL 34607 | | Claim Number: 2474<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $825.00 | | |
| NORTHSTATE APPRAISAL<br>ATTN CHRIS C. TALLEY, REAL ESTATE APPR.<br>PO BOX 1484<br>SUSANVILLE, CA 96130-1484 | | Claim Number: 2481<br>Claim Date: 11/16/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| KELLMAN APPRAISALS<br>ATTN ANDREW B. KELLMAN<br>7240 BAY BRIDGE ROAD<br>CORONA, CA 92880 | | Claim Number: 2487<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,050.00 | Allowed: | $1,050.00 |
| ESTATE APPRAISERS INC.<br>420 WESTMINSTER RD<br>REISTERSTOWN, MD 21136-4613 | | Claim Number: 2490<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,000.00 | Allowed: | $1,000.00 |

---

ACCENT APPRAISAL SVCS INC
ATTN JUSTIN D. WIESERT, VICE PRESIDENT
620 OXIBOW DR
MYRTLE BEACH, SC 29579

Claim Number: 2494
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,755.00 | Allowed: | $1,755.00 |
|-----------|----------|-----------|----------|-----------|

AK-APPRAISAL SERVICE
ATTN STANLEY P. KACHER
PO BOX 664
ANCHOR POINT, AK 99556

Claim Number: 2496
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $635.00 | | |
|-----------|----------|---------|--|--|

SPROCK APPRAISAL
ATTN WINSTON SPROCK
5016 SARDIS RD. STE. B
CHARLOTTE, NC 28270

Claim Number: 2500
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $325.00 | | |
|-----------|----------|---------|--|--|

WINSTON SPROCK
ATTN WINSTON SPROCK
5016-B SARDIS RD
CHARLOTTE, NC 28270

Claim Number: 2501
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $350.00 | | |
|-----------|----------|---------|--|--|

STEEN RESIDENTIAL APPRAISALS
4110 100TH ST APT 8
URBANDALE, IA 50322-2050

Claim Number: 2510
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|-----------|----------|---------|----------|---------|

NESTARICK APPRAISAL SERVICES
ATTN KELLY RYAN
100 MERCER DRIVE, 1ST FLOOR
LOCK HAVEN, PA 17745

Claim Number: 2513
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|

MCLEAN-BRYANT, STELLA
PO BOX 3147
YUBA CITY, CA 95992

Claim Number: 2516
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,618.00 | Allowed: | $1,618.00 |
|---|---|---|---|---|

JIM RICHEY APPRAISALS
ATTN JAMES N. RICHEY, OWNER
5205 ROLLING HILLS
TEXARKANA, TX 75503

Claim Number: 2519
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|

GULFSIDE APPRAISAL, INC
15050 ELDERBERRY LN STE 4
FORT MYERS, FL 33907-8504

Claim Number: 2524
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

APPRAISAL KEY
ATTN CURTIS LEUNG
PO BOX 2881
DUBLIN, CA 94568

Claim Number: 2535
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|

---

LSA REAL ESTATE APPRAISERS
ATTN LAUREN CE SEXTON
PO BOX 21403
CHARLESTON, SC 29413

Claim Number: 2542
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,400.00 | | Allowed: | $1,400.00 |

AUTENRIETH, VICTORIA R
PO BOX 162
RHINEBECK, NY 12572-0162

Claim Number: 2545
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 9778 (02/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2,179.50 | Scheduled: | $3,051.19 CONT | Allowed: | $2,179.50 |

LARRY BRELAND
ATTN LARRY BRELAND, JR. - OWNER
104 GALERIA BLVD.
SLIDELL, LA 70458

Claim Number: 2547
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

RIVERSTONE APPRAISERS
ATTN CIRRI QUICK
PO BOX 3766
WENATCHEE, WA 98807

Claim Number: 2550
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | | Allowed: | $475.00 |

TRI-COUNTY APPRAISAL CO
ATTN RICHARD BAUER/APPRAISER
PO BOX 2066
TWIN FALLS, ID 83303

Claim Number: 2556
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $575.00 | | Allowed: | $575.00 |

| | | | | |
|---|---|---|---|---|
| CENTRAL MASS APPRAISALS INC.<br>ATTN GARY L. BOURQUE, PRESIDENT<br>2 WASHINGTON STREET<br>LEOMINSTER, MA 01453 | | Claim Number: 2559<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
| CHARLES REUTHER & ASSOCIATES<br>ATTN CHARLES REUTHER<br>1928 CORPORATE SQ # B<br>SLIDELL, LA 70458 | | Claim Number: 2560<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $325.00 | | |
| CUNNINGHAM APPRAISAL<br>ATTN RICHARD A. CUNNINGHAM<br>6709 W 119TH ST<br>OVERLAND PARK, KS 66209 | | Claim Number: 2563<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $950.00 | | |
| APPRAISING GRACE APPRAISALS<br>ATTN MIKE GIESE<br>3110 N HARVEY PKWY<br>OKLAHOMA CITY, OK 73118-8631 | | Claim Number: 2570<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |
| PAYNELESS APPRAISALS<br>ATTN DEBORAH E. PAYNE, CO-OWNER<br>PO BOX 339<br>DUNNELLON, FL 34430 | | Claim Number: 2579<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $75.00 | Allowed: | $75.00 |

BERGREN APPRAISAL SERVICES,INC
ATTN JAMES C BERGREN, PRESIDENT
3000 41ST STREET
MOLINE, IL 61265

Claim Number: 2583
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

BOEHLER REAL ESTATE APPRAISER
ATTN DARWIN BOEHLER
3729 FREEDOM CT
RAPID CITY, SD 57701

Claim Number: 2586
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $430.04 | Allowed: | $430.04 |

LATITUDE 33 APPRAISALS INC
ATTN PATRICIA L HAMILTON, PRESIDENT
515 E CARE FREE # 629
PHOENIX, AZ 85085

Claim Number: 2588
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $345.00 | Allowed: | $345.00 |

SPEIGHT & ASSOCIATES, LLC
ATTN JEFF SPEIGHT - OWNER
125 STONEBRIDGE BLVD STE C
JACKSON, TN 38305-2159

Claim Number: 2596
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,325.00 |

2001 R E & APPRAISAL SVCS INC
ATTN MARY K YAWORSKI, PRESIDENT
2001 HARRIS RD
PENFIELD, NY 14526

Claim Number: 2623
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

| | | | | |
|---|---|---|---|---|
| CRESTEO BUTTE APPRAISAL SERVIC<br>ATTN DONALD PULLEY<br>PO BOX 1595<br>CRESTED BUTTE, CO 81224 | | Claim Number: 2636<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $345.00 | Allowed: | $345.00 |
| HERITAGE APPRAISAL SERVICE<br>ATTN BOB ANTONE<br>4828 FAYETTEVILLE RD<br>LUMBERTON, NC 28358 | | Claim Number: 2641<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,075.00 | Allowed: | $2,075.00 |
| JERRY CALONGNE APPRAISER<br>PO BOX 10644<br>JEFFERSON, LA 70181 | | Claim Number: 2652<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |
| ORE CAL REAL ESTATE APPRAISAL<br>24770 OLD MALIN HWY<br>MALIN, OR 97632-9717 | | Claim Number: 2653<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $675.00 | | |
| KALAMAZOO VALLEY APPRAISALS<br>ATTN MANUEL FREDERICKSEN<br>722 MONTROSE AVE<br>KALAMAZOO, MI 49008 | | Claim Number: 2659<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |

| | | | | |
|---|---|---|---|---|
| LINCOLN & ASSOCIATES<br>ATTN PAUL A LINCOLN, OWNER<br>PO BOX 525<br>MONUMENT, CO 80132 | | Claim Number: 2663<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| THOMAS BROWN, APPRAISER<br>P.O. BOX 5354<br>TAKOMA PARK, MD 20912 | | Claim Number: 2666<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $350.00 | | |
| TOMPKINS APPRAISAL<br>ATTN JAMES TOMPKINS<br>8208 GREEN BELT DR<br>URBANDALE, IA 50322 | | Claim Number: 2668<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |
| MARTIN + WOOD APPRAISAL, THE<br>ATTN DENISE HAHN, OFFICE MANAGER<br>43 S ST CLAIR ST<br>TOLEDO, OH 43604 | | Claim Number: 2673<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
| APPRAISAL SOLUTIONS<br>ATTN JEFF HOELSCHER<br>6213 N 17 ST<br>MC ALLEN, TX 78504 | | Claim Number: 2675<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,655.00 | Allowed: | $1,655.00 |

| | | | | | |
|---|---|---|---|---|---|
| SURE HOME INSPECTION SERVICE<br>610 INDIANA AV<br>COLLINSVILLE, IL 62234 | | Claim Number: 2679<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $725.00 | | | |
| PATRICIA L. COOK<br>PO BOX 2262<br>BREVERD, NC 28712 | | Claim Number: 2680<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | |
| CALDWELL APPRAISAL<br>ATTN TROY CALDWELL<br>328 NE SUNDERLAND CT<br>LEES SUMMIT, MO 64064 | | Claim Number: 2688<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $400.00 | | | |
| APPRAISALS PLUS INC.<br>ATTN R. FITZGERALD<br>332 KING ST<br>RAYNHAM, MA 02767-1350 | | Claim Number: 2702<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,375.00 | | | |
| BEE APPRAISAL SERVICE<br>18214 104 AV NE<br>BOTHELL, WA 98011 | | Claim Number: 2704<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $450.00 | | Allowed: | $450.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

---

NUXALL & ASSOC R.E. SERV., LLC
ATTN STAN NUTALL, JR., MANAGING MEMBER
101 N NORAIN ST # 100
KENNEWICK, WA 99336

Claim Number: 2706
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |
|---|---|---|---|---|

DAVIS APPRAISAL CO LLC, THE
ATTN RANDALL R DAVIS, OWNER
5580 STATE STREET, STE 8
SAGINAW, MI 48603

Claim Number: 2709
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

APPRAISALS OF REAL ESTATE INC.
ATTN JOHN WHITE, JR., PRES.
13003 CLEVELAND AVE. N.W.
UNIONTOWN, OH 44685

Claim Number: 2717
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,050.00 | Allowed: | $1,050.00 |
|---|---|---|---|---|

KRIEWALDT & ASSOCIATES, INC.
ATTN JODI L. KRIEWALDT, PRESIDENT
1629 N. RICHMOND STREET
APPLETON, WI 54911

Claim Number: 2718
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $500.00 | Allowed: | $500.00 |
|---|---|---|---|---|

HERMAN JAGGERS
4709 CR 136
LEXINGTON, AL 35648

Claim Number: 2722
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6839 (01/13/2009)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| US APPRAISERS<br>ATTN VICTOR W FOSTER, PARTNER<br>42776 TRAIL BLAZE PASS<br>MURRIETA, CA 92562 | | Claim Number: 2724<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $600.00 | |

| | | | | | |
|---|---|---|---|---|---|
| AUTUMN APPRAISAL, LLC<br>ATTN THOMAS GALLAGHER<br>PO BOX 16611<br>WEST HAVEN, CT 06516 | | Claim Number: 2727<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| MARY MCKINNY APPRAISAL SERVICE<br>PO BOX 82<br>BETHANY, MO 64424 | | Claim Number: 2730<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| LEFTHAND APPRAISAL<br>4723 LUCCA DR<br>LONG MONT, CO 80503 | | Claim Number: 2735<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $632.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SCOTT A MCMAHON APPRAISALS<br>2717 DAVOS AV<br>WOODRIDGE, IL 60517 | | Claim Number: 2741<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $4,350.00 | | Allowed: | $4,350.00 |

---

SERVICED APPRAISALS
ATTN ERIC VAUGHAN/OWNER
927 N 5TH ST.
ST. CHARLES, MO 63301

Claim Number: 2745
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,875.00 | Scheduled: | $825.00 | Allowed: | $1,875.00 |

VANDERBILT APPRAISAL & CONSUL
770 LEXINGTON AVE RM 300
NEW YORK, NY 10065-8165

Claim Number: 2749
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6217 (10/10/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,330.00 | Scheduled: | $6,475.00 |

ASHWORTH APPRAISAL SERVICES
P O BOX 397
SUTTER CREEK, CA 95685-0397

Claim Number: 2750
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,820.00 | Allowed: | $1,820.00 |

COCKINOS APPRAISAL SERVICE
ATTN JAMES M DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 2751
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

COCKINOS APPRAISAL SERVICE
ATTN JAMES M DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

Claim Number: 2752
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |

U.S. BANKRUPTCY COURT     Case 07-11047-CSS    Doc 11347    Filed 04/21/17    Page 682 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

Date: 04/12/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| QUALITY APPRAISAL SERVICE<br>ATTN TOMMY JOHNSON, OWNER, QAS<br>PO BOX 8241<br>WILSON, NC 27893 | | Claim Number: 2754<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $4,435.00 | | | | |
| BRITTEX APPRAISAL SERVICES INC<br>8603 S. DIXIE HWAY<br>MIAMI, FL 33143 | | Claim Number: 2755<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $7,340.00 | | | Allowed: | $7,340.00 |
| PREFERRED APPRAISAL GROUP, THE<br>19 DENEISON ST<br>TIMONIUM, MD 21093-2301 | | Claim Number: 2756<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $3,550.00 | Scheduled: | $825.00 | Allowed: | $3,550.00 |
| SIGNATURE APPRAISAL GROUP<br>1418 LONG STREET<br>HIGH POINT, NC 27262 | | Claim Number: 2757<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $3,375.00 | Scheduled: | $1,650.00 | Allowed: | $3,375.00 |
| BORRA, PETER<br>3285 OCEAN FRONT WALK #5<br>SAN DIEGO, CA 92109 | | Claim Number: 2758<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $456.00 | Scheduled: | $450.00 | Allowed: | $456.00 |

BORRA, PETER
3285 OCEAN FRONT WALK # 5
SAN DIEGO, CA 92109

Claim Number: 2759
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,001.00 | | | Allowed: | $3,001.00 |
|---|---|---|---|---|---|---|

INDEPENDENT APPRAISAL SERVICE
ATTN MARGARET V. WESTBROOK, PRES.
639 GENTRY DRIVE
LANCASTER, PA 17603

Claim Number: 2760
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,225.00 | | | Allowed: | $1,225.00 |
|---|---|---|---|---|---|---|

CLAIRE APPRAISALS, INC.
ATTN ROBERT CLAIR, OWNER
1632 SE MISTLETOE STREET
PORT SAINT LUCIE, FL 34983

Claim Number: 2762
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,775.00 | Scheduled: | $300.00 | | |
|---|---|---|---|---|---|---|

HAUSER APPRAISAL SVCS LLC
13452 SW 63RD AVE
PORTLAND, OR 97219-8128

Claim Number: 2783
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,800.00 | | | Allowed: | $1,800.00 |
|---|---|---|---|---|---|---|

SMITH, CAROLYN
101 GROVE ST
PLAINVILLE, MA 02762

Claim Number: 2786
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 10584 (09/17/2012)

| PRIORITY | Claimed: | $6,230.77 | Scheduled: | $6,230.77 CONT | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SMITH APPRAISAL GROUP, INC<br>1592 CHAIN FERN WAY<br>FLEMING ISLE, FL 32003-7046 | Claim Number: 2790<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
| WEST MICHIGAN APPRAISAL<br>ATTN MELANIE J. PERRY, PRESIDENT<br>821 W SOUTH ST<br>KALAMAZOO, MI 49007 | Claim Number: 2796<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $250.00 |
| PALOUSE APPRAISALS<br>ATTN MR. PATRICK<br>462 RIDGE RD<br>MOSCOW, ID 83843 | Claim Number: 2809<br>Claim Date: 11/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $875.00 | | |
| MOORE & ASSOCIATES<br>ATTN LESLIE C. MOORE, OWNER<br>10347 LINN STATION ROAD<br>LOUISVILLE, KY 40223 | Claim Number: 2838<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $1,850.00 | | |
| PRECISION PROPERTY APPRAISAL<br>PO BOX 5005 # 79<br>ATTN: JASON ZILKA<br>RANCHO SANTA FE, CA 92067 | Claim Number: 2843<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $775.00 | Allowed: | $775.00 |

| | | | | |
|---|---|---|---|---|
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 153<br>RENO, NV 89511 | | Claim Number: 2846<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |
| PENINSULA APPRAISALS<br>PO BOX 406<br>FISH CREEK, WI 54212 | | Claim Number: 2851<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $570.00 | | |
| HALEY APPRAISAL LLC<br>ATTN CHRISTOPHER T. HALEY, OWNER<br>4400 HEATHERDOWNS BLVD<br>TOLEDO, OH 43614 | | Claim Number: 2855<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |
| IRVIN COMPANY<br>5934 WARM MIST LN<br>DALLAS, TX 75248-3822 | | Claim Number: 2869<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $2,385.00 | | |
| JMS APPRAISAL SERVICES<br>964 E BADILLO ST # 119<br>ATTN: SHIRLEY WEAVER, OWNER<br>COVINA, CA 91724 | | Claim Number: 2870<br>Claim Date: 11/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,200.00 | | |

RESIDENTIAL APPRAISAL SERVICE
3303 MULBERRY ST
ATTN: STEVEN J MCADAMS
EDGEWATER, MD 21037

Claim Number: 2871
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,550.00 | | | |

DEGOLIER, DAN
2710 HUNTINGTON STREET
BELLINHAM, WA 98226

Claim Number: 2873
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $1,100.00 | | Allowed: | $1,100.00 |

CHARLOTTE COMMUNITY APPRAISAL
ATTN R. KEITH ZIMMERMAN
9202 AVIATION BLVD STE EW2
CONCORD, NC 28027

Claim Number: 2875
Claim Date: 11/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | Scheduled: | $125.00 | Allowed: | $4,375.00 |

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 2894
Claim Date: 11/19/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7233 (04/07/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | | |

NEWMAN, JOHN
312 BAY AVE
HUNTINGTON BAY, NY 11743

Claim Number: 2934
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 5169 (07/18/2008)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,330.00 | Scheduled: | $1,330.00 CONT | Allowed: | $1,330.00 |

---

INGINO, LONI
1375 LOMBARDY BOULEVARD
BAY SHORE, NY 11706

Claim Number: 2948
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 8414 (12/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $673.08 | Scheduled: | $812.48 CONT | Allowed: | $673.08 |

DENNIS DOHERTY
12507 CUTTER RIDGE DR
RICHMOND, VA 23233

Claim Number: 2956
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

NELSON GOMES
484 B WASHINGTON AVE
MONTEREY, CA 93940

Claim Number: 2963
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,200.00 | Allowed: | $1,200.00 |

BENEDICKTUS & ASSOCIATES
745 FORT STREET MALL STE 316
HONOLULU, HI 96813-3803

Claim Number: 2966
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $365.00 | Allowed: | $365.00 |

JIM SKIFFEY APPRAISALS
P.O. BOX 487
ATTN: JAMES J. SKIFFEY, III
WARREN, OH 44482-0487

Claim Number: 2970
Claim Date: 11/21/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,300.00 |

| | | | | |
|---|---|---|---|---|
| ROGER PARKINSON<br>18124 WEDGE PKWY<br>RENO, NV 89511-8134 | | Claim Number: 2971<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $8,130.00 | | |
| BAKER & ASSOCIATES<br>4195 HOPEWELL RD<br>NEW KENT, VA 23124-3424 | | Claim Number: 2973<br>Claim Date: 11/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $475.00 | | |
| RUSHMORE APPRAISAL GROUP LLC<br>15 GREENWICH AVE UNIT 26<br>STAMFORD, CT 69025034 | | Claim Number: 2977<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $500.00 | | |
| STALMAKER INVESTMENT GROUP<br>ATTN EDWARD CRAIG STALNAKER, PRESIDENT<br>PO BOX 20585<br>ST SIMONS ISLAND, GA 31522 | | Claim Number: 2987<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $625.00 | Allowed: | $625.00 |
| WOLFE & ASSOCIATES<br>ATTN TIMOTHY K WOLFE<br>136 JESSICA DR<br>DOVER, OH 44622-9651 | | Claim Number: 2991<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $925.00 | Allowed: | $925.00 |

| | | | | |
|---|---|---|---|---|
| CHURCHILL REAL ESTATE SERV.<br>ATTN SCOTT E CHUCHILL, SRA<br>37 MCMURRNY LL #3<br>PITTSBURGH, PA 15241 | | Claim Number: 2995<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| APPRAISAL NETWORK<br>ATTN MICHAEL LEVITT<br>13 MADISON AVENUE<br>PEABODY, MA 01960 | | Claim Number: 2999<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $650.00 | | |
| PINELAND APPRAISAL INC.<br>ATTN RYAN T. KEANE, PRESIDENT<br>6 MILLS BROOK LANE<br>SHAMONG, NJ 08088 | | Claim Number: 3036<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,250.00 | Allowed: | $1,250.00 |
| REAL ESTATE APPRAISAL SERVICE<br>215 WYNDHURST DR<br>LYNCHBURG, VA 24502 | | Claim Number: 3048<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,221.00 | Allowed: | $1,221.00 |
| DWAYNE LEMMON APPRAISAL SVC<br>390 F M 1635<br>ATLANTA, TX 75551 | | Claim Number: 3055<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |

| | | | | |
|---|---|---|---|---|
| SHENANDOAH VALLEY APPRAISAL<br>ATTN KATHLEEN A WILSON<br>PO BOX 1018<br>CHURCHVILLE, VA 24421 | | Claim Number: 3078<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| APPRAISAL COMPANY, THE<br>ATTN KENT COFFMAN - OWNER<br>PO BOX 1137<br>COSTA MESA, CA 92628 | | Claim Number: 3117<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | | |
| CHEATLE, EDGAR C.<br>2726 OAK MOUNTAIN<br>SAN ANGELO, TX 76904 | | Claim Number: 3129<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,020.00 | Allowed: | $1,020.00 |
| WENTWORTH R E APPRAISAL SVCS<br>321 DENNETT ST<br>PORTSMOUTH, NH 03801 | | Claim Number: 3155<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $850.00 | | |
| FIRST ADVANTAGE APPRAISALS<br>ATTN WADE LIEBADOFFER, OWNER<br>8338 VETERANS HIGHWAY # 103A<br>MILLERSVILLE, MD 21108 | | Claim Number: 3157<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $125.00 | Allowed: | $125.00 |

---

MARTIN APPRAISAL SVCS INC
ATTN EDWARD MARTIN, PRESIDENT
1810 28 ST W
BRADENTON, FL 34205

Claim Number: 3168
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,050.00 | Allowed: | $2,050.00 |

COFFMAN APPRAISAL
ATTN KENT COFFMAN - OWNER
PO BOX 1137
COSTA MESA, CA 92628

Claim Number: 3170
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $625.00 | Allowed: | $625.00 |

WILLIAM R SKEEN
PO BOX 682
WOODLAND PARK, CO 80866-0682

Claim Number: 3178
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $575.00 | Allowed: | $575.00 |

GRIEB, TODD
1684 KILBURN DR N
ROCHESTER HILLS, MI 48306

Claim Number: 3180
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |

JEFFERSON APPRAISAL
ATTN PATRICK JEFFERSON, PRESIDENT
1126 11TH ST
AUGUSTA, GA 30901

Claim Number: 3182
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $350.00 |

| | | | | |
|---|---|---|---|---|
| RICHLIN<br>ATTN LINDA FAROCE, BROKER/OWNER<br>1134 MIDDLE COUNTRY ROAD<br>SELDEN, NY 11784 | Claim Number: 3183<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $1,400.00 | | |
| NICHOLS, STANLEY ERNEST<br>PO BOX 3254<br>VICTORVILLE, CA 92393-3254 | Claim Number: 3184<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $395.00 | Allowed: | $395.00 |
| ALL COUNTY APPRAISAL<br>ATTN KAREN P. RUBIO, OWNER<br>663 SMITH FLAT RD<br>ANGELS CAMP, CA 95222 | Claim Number: 3185<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| BARVINEK APPRAISAL SERVICE<br>ATTN JAMES J. BARVINEK, OWNER<br>PO BOX 11115<br>CEDAR RAPIDS, IA 52410 | Claim Number: 3186<br>Claim Date: 11/23/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| AMAZING GRACE APPRAISALS<br>ATTN LEE W. WHITE<br>202 W. JEFFERSON ST<br>JACKSON, NC 27845 | Claim Number: 3187<br>Claim Date: 11/23/2007<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments:<br>CLAIMED CASES 07-11051 AND 0711053 | | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |

KIM KNOPF APPRAISAL
ATTN KIMBERLY KNOPF
221 KITTY HAWKS BAY DR
KILL DEVIL HILLS, NC 27948

Claim Number: 3188
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $350.00 | | | | Allowed: | $350.00 |

LATVA, SHELLIE
5205 VIA BRUMOSA
YOURBA LINDDA, CA 92886-4553

Claim Number: 3190
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $400.00 | | | | Allowed: | $400.00 |

EQUITY APPRAISERS INC
ATTN TIMM G DELEHANTY, OWNER
9121 NORTH MILITARY TRAIL
SUITE 214
PALM BEACH GARDENS, FL 33410

Claim Number: 3192
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,197.00 | | | | Allowed: | $1,197.00 |

ZANDONATTI APPRAISAL
ATTN GARY A. ZANDONATTI
PO BOX 7586
ROCKFORD, IL 61126

Claim Number: 3193
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,845.00 | Scheduled: | $600.00 | Allowed: | $1,845.00 |

DAN ROEBER & ASSOCIATES, INC.
3617-C BETTY DR.
COLORADO SPRINGS, CO 80917

Claim Number: 3195
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $675.00 |

---

ENGLEWOOD APPRAISAL SERVICES
15379 MILLBANK RD
KING GEORGE, VA 22485-2512

Claim Number: 3196
Claim Date: 11/23/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $581.00 | Allowed: | $581.00 |

ANN FEAR R.E. APPRAISALS
P.O. BOX 979
PINEDALE, WY 82941

Claim Number: 3211
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $550.00 | Allowed: | $550.00 |

CALDWELL APPRAISALS INC
ATTN KATIE N. CALDWELL
5930 S 400 E
WOLCOTTVILLE, IN 46795

Claim Number: 3239
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $500.00 |

STA BUILDING CONSULTANTS
ATTN WILLIAM TURNER
230 NORTHLAND BLVD STE 216
CINCINNATI, OH 45246-3600

Claim Number: 3244
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |

PRESSLY APPRAISAL SERVICE
ATTN GORDON H. PRESSLY
5200 PARK RD # 122
CHARLOTTE, NC 28210

Claim Number: 3264
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $1,700.00 |

| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | | Claim Number: 3267<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3696 (04/14/2008) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $495.00 | | | | |
| JOSEF REALTY SERVICES<br>10805 SUNSET OFFICE DR STE 102<br>SAINT LOUIS, MO 63127-1039 | | Claim Number: 3293<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $700.00 | | Allowed: | | $700.00 |
| MCELROY & ASSOCIATES INC<br>ATTN TREASURER<br>PO BOX 4709<br>CARY, NC 27519 | | Claim Number: 3305<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $700.00 | | Allowed: | | $700.00 |
| CITRUS APPRAISAL SERVICES<br>ATTN DONALD C. TRENARY, JR - PRESIDENT<br>7350 N DAMASCUS AVE<br>DUNNELLON, FL 34433 | | Claim Number: 3323<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $395.00 | | Allowed: | | $395.00 |
| RYAN, TIMOTHY F.<br>11 INDIGO PL<br>ALISO VIEJO, CA 92656 | | Claim Number: 3337<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $2,385.00 | Scheduled: | $785.00 | | |

| APPRAISER'S GREEN & ASSOCS.<br>ATTN JOHNNIE W. GREEN, SOLE PROPRIETER<br>4496 FLOYD DR SW<br>MABLETON, GA 30126 | Claim Number: 3339<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,795.00 | Allowed: | $3,795.00 |

| VANDERPOOL APPRAISAL SERVICE<br>ATTN MARK K. VANDERPOOL<br>12521 N SHERMAN LAKE DR<br>AUGUSTA, MI 49012 | Claim Number: 3340<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,840.00 | Allowed: | $1,840.00 |

| RILTTY APPRAISAL GROUP<br>ATTN W.A. STRICKLAND, PRESIDENT<br>PO BOX 19321<br>RALEIGH, NC 27619 | Claim Number: 3342<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,170.00 | Scheduled: | $600.00 |

| JOHN BLUEL APPRAISAL SERVC<br>ATTN JOHN BLUEL<br>5978 SCHROEDER RD<br>MADISON, WI 53711 | Claim Number: 3345<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $305.00 |

| ANDERSON & KIME REALTY SERVICS<br>ATTN BARBARA Z. SCACCHITTLI, SECRETARY<br>212 MAIN ST<br>RIDGWAY, PA 15853 | Claim Number: 3351<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | |
|---|---|---|
| UNSECURED | Claimed: | $796.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TARGET PROPERTIES INC<br>ATTN ROBERT A. MAIER, PRESIDENT<br>816 LYNBROOK DR<br>CHARLOTTE, NC 28211-4331 | | Claim Number: 3356<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |
| TRIO APPRAISAL COMPANY<br>ATTN DARLENE JARVIS, CO-OWNER<br>P.O. BOX 2449<br>LANCASTER, OH 43130 | | Claim Number: 3374<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,575.00 | Scheduled: | $1,500.00 | Allowed: | $2,575.00 |
| FREEDOM APPRAISALS<br>ATTN ROBERT W. PALLON<br>2145 WESTPOINT RD<br>LANCASTER, OH 43130 | | Claim Number: 3375<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $5,155.00 | | | | |
| ADVANCED APPRAISAL SERVICE<br>4981 LEXINGTON CIR<br>LOOMIS, CA 95650-7102 | | Claim Number: 3389<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $225.00 | | | Allowed: | $225.00 |
| REGIONAL APPRAISAL NW<br>ATTN A.D. LUKE, APPRAISER/OWNER<br>11636 NE 149 ST<br>KIRKLAND, WA 98034 | | Claim Number: 3404<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008)<br>Amends claim number 88 | | | | |
| UNSECURED | Claimed: | $477.00 | | | Allowed: | $477.00 |

HAQUE, MOHAMMAD
18 NANCY DR
FARMINGDALE, NY 11735-5420

Claim Number: 3413
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $1,500.00 | Scheduled: | $1,500.00  CONT | Allowed: | $1,500.00 |
|---|---|---|---|---|---|---|

APPRAISAL AUTHORITY LLC
ATTN KEVIN BURKHANDT
47 DISTLER AVE
W CALDWELL, NJ 07006

Claim Number: 3417
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $2,236.30 | | | | |
|---|---|---|---|---|---|---|

ALABAMA APPRAISAL SERVICES
ATTN JAMES H MOORE
1004 FIELD STONE DR
DOTHAN, AL 36303

Claim Number: 3422
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $360.00 | | | Allowed: | $360.00 |
|---|---|---|---|---|---|---|

CAPRARO APPRAISAL CO INC
1515 SMITH ST # K
N PROVIDENCE, RI 02911

Claim Number: 3450
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

ANDREW SMITH
1209 TAILWIND COURT
CROWNSVILLE, MD 21032

Claim Number: 3455
Claim Date: 11/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,675.00 | | | Allowed: | $2,675.00 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HIGGINS APPRAISAL SERVICES<br>ATTN MARK J HIGGINS<br>1340 BRIARWOOD DRIVE<br>NORTH DIGHTON, MA 02764 | | Claim Number: 3487<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,150.00 | | Allowed: | $1,150.00 |
| HOLDEN APPRAISAL<br>7735 WINDSOR DR<br>DUBLIN, OH 43016 | | Claim Number: 3493<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |
| APPRAISAL SERVICES,INC<br>108 CHRISTIANSEN LN<br>SALISBURY, MD 21804-6712 | | Claim Number: 3537<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| SAUNDERS APPRAISALS<br>STANLEY SAUNDERS OWNER<br>PO BOX 480<br>MARIANNA, FL 32447 | | Claim Number: 3544<br>Claim Date: 11/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| WALKER APPRAISAL SERVICES<br>ATTN CHRISTINE WALKER<br>5314 KENTFIELD DR<br>SAN JOSE, CA 95124 | | Claim Number: 3558<br>Claim Date: 11/27/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |

TRACY CAUTHEN ENTERPRISES, INC
ATTN TRACY R CAUTHEN JR
PO BOX 2720
LANCASTER, SC 29721

Claim Number: 3565
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,300.00 | Allowed: | $2,300.00 |

GREYSTONE VALUATION GROUP, INC
444 OLD POST RD
BEDFORD, NY 10506-1018

Claim Number: 3574
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,375.00 | Allowed: | $2,375.00 |

STANFORD & FEUERBORN
4550 W. 109TH ST
ATTN MICHAEL FEVERBORN OWNER
OVERLAND PARK, KS 66211

Claim Number: 3583
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,025.00 | Allowed: | $1,025.00 |

HENDERSON & ASSOCIATES, INC
312 CHEYENNE DR
ATTN KEITH A HENDERSON PRESIDENT
BERTHOUD, CO 80513

Claim Number: 3586
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,000.00 |

APPRAISAL ASSOCIATES
ATTN MARLIN D DAUGHTERY-OWNER/PRESIDENT
PO BOX 8970
TYLER, TX 75711-8970

Claim Number: 3603
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,150.00 | Allowed: | $1,150.00 |

PINNACLE APPRAISALS LLC
PO BOX 678
ATTN JESSICA WYROSDICK
ELBA, AL 36323

Claim Number: 3606
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |

SUPERIOR APPRAISAL SERVICES
973 EMERSON PKWY, STE C&D
ATTN THOMAS R HURST VP
GREENWOOD, IN 46143

Claim Number: 3611
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $3,860.00 | Scheduled: | $1,235.00 | | |

AMOSKEAG APPRAISAL
ATTN THOMAS HUGHES-PRINCIPAL
25 COUNTRY CLUB RD #103
GILFORD, NH 03249

Claim Number: 3619
Claim Date: 11/27/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,175.00 | | | Allowed: | $1,175.00 |

NIEVES, NILSA I
75 LUKENS AVE
BRENTWOOD, NY 11717

Claim Number: 3680
Claim Date: 11/28/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET 6839 (01/13/2009)

| PRIORITY | Claimed: | $1,155.00 | Scheduled: | $1,370.38 CONT | Allowed: | $1,155.00 |

APPRAISAL SVCS OF MARYLAND INC
ATTN MERLE P. INTNER, PRES
3655-A OLD COURT RD
BALTIMORE, MD 21208

Claim Number: 3715
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $725.00 | | | Allowed: | $725.00 |

---

FAST APPRAISAL
2950 SANDALWOOD CT
EL CENTRO, CA 92243-3694

Claim Number: 3725
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |

PINNACLE APPRAISAL COMPANY
ATTN WILLIAM H BROWN JR
PO BOX 722
IRMO, SC 29063

Claim Number: 3742
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $75.00 | | |

ROBISON, NORMAN L.
475 S ARLINGTON AV
RENO, NV 89501

Claim Number: 3824
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |

STRICKLY APPRAISALS
ATTN OFFICE MANAGER
941 GARDNER RD
FLOSSMOOR, IL 60452

Claim Number: 3846
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $275.00 | | | Allowed: | $275.00 |

COASTAL BEND REAL ESTATE SVCS
ATTN RAULIE L. IRWIN, JR.  - OWNER
PO BOX 1033
GOLIAD, TX 77963

Claim Number: 3849
Claim Date: 11/29/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6702 (12/11/2008)

| UNSECURED | Claimed: | $50.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BARONE & SONS, INC.<br>ATTN R. ROBERT BARONE, PRESIDENT<br>4701 BAPTIST ROAD<br>PITTSBURGH, PA 15227 | | Claim Number: 3854<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,925.00 | | | Allowed: | $4,925.00 |
| OWEN APPRAISAL SERVICE<br>ATTN ROBERT J OWEN, OWNER<br>5450 STEVBENVILLE PIKE<br>MCKEES ROCKS, PA 15136 | | Claim Number: 3855<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,475.00 | | | Allowed: | $1,475.00 |
| ROGENMOSER APPRAISAL SERVICE<br>CATHERINE ROGENMOSER<br>9094 WIGMORE CT<br>ELK GROVE, CA 95624 | | Claim Number: 3877<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $1,600.00 | Allowed: | $2,650.00 |
| CLARK, NICHOLE<br>1617 CARNELIAN COURT<br>WOODLAND, CA 95695 | | Claim Number: 3884<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | | |
| UNSECURED | Claimed: | $415.00 | | | | |
| HITCHENS APPRAISAL GROUP<br>B316<br>4100 CARMEL RD STE B<br>CHARLOTTE, NC 28226-6151 | | Claim Number: 3885<br>Claim Date: 11/30/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $650.00 | | | Allowed: | $650.00 |

COLEMAN, SHERINE N
1185 E 91ST
BROOKLYN, NY 11230

Claim Number: 3886
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 4295 (05/29/2008)

| PRIORITY | Claimed: | $634.62 | Scheduled: | $634.62 CONT | Allowed: | $634.62 |
|---|---|---|---|---|---|---|

STRICKLY APPRAISALS
ATTN OFFICE MANAGER
PO BOX 782
FLOSSMOOR, IL 60422

Claim Number: 3921
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

APPRAISAL SERVICE OF MARYLAND
ASSOCIATES
ATTN DANIEL POLLACK, OWNER
P.O. BOX 5970
BALTIMORE, MD 21282

Claim Number: 3964
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

MEREDITH JANDA, INC.
ATTN MEREDITH JANDA
1408 THORNTON ROAD
VIRGINIA BEACH, VA 23455

Claim Number: 4019
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| UNSECURED | Claimed: | $325.00 | | | | |
|---|---|---|---|---|---|---|

SILVER CREEK APPRAISALS
ATTN NORMAN E. MARSHALL, PRESIDENT
214 MOTT COURT
GARDNERVILLE, NV 89460

Claim Number: 4061
Claim Date: 11/30/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $650.00 | | | Allowed: | $650.00 |
|---|---|---|---|---|---|---|

UNITED APPRAISERS OF S FLORIDA
ATTN FRED HESSEN
1440 CORAL RIDGE DR # 433
CORAL SPRINGS, FL 33071-5433

Claim Number: 4063
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $900.00 | Scheduled: | $300.00 | Allowed: | $900.00 |
|-----------|----------|---------|------------|---------|----------|---------|

SOUTHERN HOME APPRASIALS
580 WETUMPKA ST
PRATTVILLE, AL 36067-3219

Claim Number: 4094
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
|-----------|----------|---------|--|--|----------|---------|

WHITETAIL APPRAISALS
ATTN LISA HYDE
8025 US HWY 2 - PO BOX 162
IRON RIVER, WI 54847

Claim Number: 4134
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
|-----------|----------|---------|--|--|----------|---------|

APPRAISAL RESEARCH REVIEW CO.
ATTN JEANNE KENWORTHY
12 RICHMOND HILL
LAGUNA NIGUEL, CA 92677

Claim Number: 4146
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $350.00 |
|-----------|----------|---------|

ACE REALTY & APPRAISAL INC
ATTN CAROL LEAGJELD CO-OWNER
22239 US 71
LONG PRAIRIE, MN 56347

Claim Number: 4149
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|-----------|----------|---------|------------|---------|

---

AZULEA COAST APPRAISALS, INC.
ATTN ADAM CONNOLLY, OWNER
1901 KENT ST
WILMINGTON, NC 28403

Claim Number: 4166
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |
|---|---|---|---|---|---|

SASSER APPRAISALS INC
ATTN ROBERT SASSER, PRESIDENT
PO BOX 442
PERKINS, OK 74059

Claim Number: 4173
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |
|---|---|---|---|---|---|

ANHOUSE APPRAISAL
ATTN MICHAEL ANHOUSE, PRESIDENT
201 BRECKENRIDGE LN, STE 200
LOUISVILLE, KY 40207

Claim Number: 4196
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

SINES APPRAISAL SERVICE PC
ATTN PATTY J. SINES
561 HUMBERSON RD
FRIENDSVILLE, MD 21531

Claim Number: 4197
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| UNSECURED | Claimed: | $485.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

NATIONAL APPRAISAL SERVICES, INC.
ATTN RICHARD ANDERSON
727 RARITAN RD.
CLARK, NJ 07066

Claim Number: 4209
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,850.00 | | Allowed: | $1,850.00 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | | Claim Number: 4210<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,081.00 | | |
| SFM APPRAISALS<br>ATTN STEVEN F. MEISTER, OWNER<br>606 S PINE DR<br>FULLERTON, CA 92833 | | Claim Number: 4211<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $2,100.00 | | |
| MARY THOMPSON APPRAISAL<br>ATTN MARY T. THOMPSON<br>5747 GARDEN WALK<br>FLOWERY BRANCH, GA 30542 | | Claim Number: 4234<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $275.00 | Allowed: | $275.00 |
| HAMILTON APPRAISAL SERV., INC<br>ATTN REBECCA A. DAVEY, OFFICE MGR.<br>802 GRAHAM RD.<br>CUYAHOGA FALLS, OH 44221 | | Claim Number: 4249<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,650.00 | Allowed: | $1,650.00 |
| ACE APPRAISALS LLC<br>ATTN KAREN JEANIE REIF<br>2481 DURHAM DR<br>SAGINAW, MI 48609 | | Claim Number: 4255<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |

---

| STANTON MARSH<br>STATNTON MARSH, APPRAISER<br>106 3 MILIAM<br>LIVINGSTON, TX 77351 | Claim Number: 4286<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

| MARK GUY APPRAISALS INC.<br>ATTN MARK D. GUY (PRESIDENT)<br>PO BOX 8646<br>ST. JOSEPH, MO 64508 | Claim Number: 4296<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

| WATSON APPRAISAL SERVICES, INC<br>9660 FALLS OF NEUSE RD STE 138<br>RALEIGH, NC 27615-2435 | Claim Number: 4300<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 | Allowed: | $375.00 |
|---|---|---|---|---|---|---|

| GULF APPRAISAL GROUP<br>2405 BURKE ST<br>GULFPORT, MS 39507-2206 | Claim Number: 4322<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

| COLLIER RESIDENTIAL APPR, INC.<br>ATTN PETRINA STORTER/OFF MNGR.<br>1044 CASTELLO DR. # 103<br>NAPLES, FL 34103 | Claim Number: 4349<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

NATHAN, MARILYN G
11 KETCHAM PL
MELVILLE, NY 11747

Claim Number: 4367
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6763 (12/22/2008)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $1,370.88 | | $1,370.88 CONT | | $1,370.88 |

MICHEAL E KELLER & ASSOCIATES
2442 E RUSH AVE
FRESNO, CA 93730-4751

Claim Number: 4384
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6765 (12/22/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $750.00 |

METRO APPRAISAL GROUP, INC.
5145 MAYFIELD RD.
LYNDHURST, OH 44124

Claim Number: 4391
Claim Date: 12/03/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| SECURED | | $0.00 | | |
| UNSECURED | | $300.00 | | $300.00 |

PEAK TO PEAK APPRAISALS LLC
890 RIDGEVIEW AVE
BROOMFIELD, CO 80020-6618

Claim Number: 4431
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,450.00 | | $1,450.00 |

SHOWACRE APPRAISAL INC
ATTN SYLVIA M. SHOWACRE
PO BOX 23506
SANTA FE, NM 87502

Claim Number: 4432
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5463 (08/18/2008)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $400.00 |

---

AA APPRAISALS
ATTN BILL BARNES, OWNER
PO BOX 1828
MULDROW, OK 74948

Claim Number: 4448
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 7022 (02/17/2009)

| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |

ANGELLE APPRAISAL
ATTN YVONNE ANGELLE
4892 MAIN HWY
ST MARTINVILLE, LA 70582

Claim Number: 4458
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,975.00 | | |

STEPHEN SWEENEY R E APPRAISAL
ATTN STEPHEN SWEENEY
110 W LANCASTER AV #100
WAYNE, PA 19087

Claim Number: 4460
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,450.00 | Allowed: | $3,450.00 |

WRIGHT APPRAISAL SERVICES, INC
ATTN BRUCE E WRIGHT, PRESIDENT
8414 STILLBROOK AVE
TAMPA, FL 33615

Claim Number: 4461
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,500.00 | Allowed: | $1,500.00 |

BRAD MALONE APPRAISALS
4990 RIVERHILL RD NE
MARIETTA, GA 30068-4857

Claim Number: 4465
Claim Date: 12/04/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $360.00 | Allowed: | $360.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | |
|---|---|---|---|---|---|
| A-1 APPRAISAL SERVICES, INC<br>ATTN STEVE JENNINGS, OWNER<br>1012 W ILES AVE<br>SPRINGFIELD, IL 62704 | | Claim Number: 4466<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $3,100.00 | | | |
| PARK PLACE APPRAISAL GROUP INC<br>ATTN REGINA C. ROWS<br>243 S PARK PLACE DR<br>BARTLETT, IL 60103 | | Claim Number: 4485<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $1,381.00 | | | |
| PACIFIC WEST APPRAISAL SERVICE<br>5912 BOLSA AVE STE 200<br>HUNTINGTN BCH, CA 92649-1170 | | Claim Number: 4491<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,475.00 | | Allowed: | $1,475.00 |
| APPRAISAL OFFICE, THE<br>ATTN D. KASSLER, APPRAISER<br>22429 S COLORADO RIVER<br>SONORA, CA 95370 | | Claim Number: 4502<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $425.00 | | Allowed: | $425.00 |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4505<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 4289 (05/29/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | |
|---|---|---|
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4506<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $100.00 |
| HENDERSON APPRAISAL SRV<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4508<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00 |
| J HAGAN RESIDENTIAL REAL ESTAT<br>ATTN JUDI J HAGAN<br>68 THUMPER LNE<br>ARDEN, NC 28704 | | Claim Number: 4517<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $400.00 |
| HENDERSON APPRAISAL SRV.<br>ATTN MICHAEL K. HENDERSON<br>5801 N. POLK DR.<br>KC, MO 64151 | | Claim Number: 4528<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $300.00 |
| FLORIDA GULF APPRAISALS INC<br>18430 PIONEER RD<br>FORT MYERS, FL 33908-4655 | | Claim Number: 4534<br>Claim Date: 12/04/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $1,380.00 |

| | | | | | |
|---|---|---|---|---|---|
| BOZEMAN APPRAISAL SERVICES, INC.<br>ATTN B. JUNE BOZEMAN, COO, VP<br>PO BOX 3087<br>GAINESVILLE, GA 30503 | | Claim Number: 4582<br>Claim Date: 12/05/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $3,050.00 | | Allowed: | $3,050.00 |
| EAST COAST APPRAISAL SERVICE<br>50 COURT ST. SUITE 508<br>BROOKLYN, NY 11201 | | Claim Number: 4605<br>Claim Date: 12/03/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $10,375.00 | | Allowed: | $10,375.00 |
| CROWN POINT APPRAISERS, INC.<br>ATTN MARY L. JAWW<br>1334 SAN MATEO AVE.<br>JACKSONVILLE, FL 32207 | | Claim Number: 4652<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $600.00 | | Allowed: | $600.00 |
| MINTER, MICHAEL D.<br>1321 LASKIN ROAD, # 100<br>VIRGINIA BEACH, VA 23451 | | Claim Number: 4661<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| GRAY COMPANY INC<br>ATTN REBECCA M GRAY, PRESIDENT<br>PO BOX 50354<br>MYRTLE BEACH, SC 29579 | | Claim Number: 4668<br>Claim Date: 12/06/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $329.00 | | Allowed: | $329.00 |

ASSOCIATED APPRAISERS, INC
ATTN CRAIG J HANDYSIDE, VICE PRESIDENT
7703 WILDER COURT
GREENSBORO, NC 27409

Claim Number: 4680
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

RAYMOND L. PULVER, IFA
RAYMOND L. PULVER, PRESIDENT
15324 ROLLING OAKS PLACE
LEO, IN 46765

Claim Number: 4686
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

LABELLA, PATRICK A. JR.
24 COUNTRY RIDGE DR
MONROE, CT 06468

Claim Number: 4687
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,295.00 |

SUNSHINE APPRAISAL SERVICES
JENNIFER E. LOUGHRY, SEC.
1200 RED HILL ROAD
ROWLESBURG, WV 26425

Claim Number: 4715
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |

APPRAISAL SERVICES
13043 EMERALD DR
HAYDEN, ID 83835

Claim Number: 4735
Claim Date: 12/06/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10131 (08/15/2011)

| UNSECURED | Claimed: | $825.00 |

U.S. BANKRUPTCY COURT     Case 07-11047-CSS     Doc 11347     Filed 04/21/17     Page 715 of 771
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

Date: 04/12/2017

LANDMARK APPRAISAL GROUP
ATTN SCOTT SIEGMAN, OWNER/APPRAISER
13020 DELMAR
LEAWOOD, KS 66209

Claim Number: 4754
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 7234 (04/07/2009)

| UNSECURED | Claimed: | $425.00 | | | | | |
|---|---|---|---|---|---|---|---|

ZARNICH & ASSOCIATES
ATTN NICK ZARNICH
433 STATE STREET
BEAVER, PA 15009

Claim Number: 4785
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $300.00 | | | | | |
|---|---|---|---|---|---|---|---|

REALVEST RESIDENTIAL APPRAISAL
ATTN WINNIE GEE, OFFICE MANAGER
1331 SUNDIAL POINT
WINTER SPRINGS, FL 32708

Claim Number: 4797
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $4,150.00 | Scheduled: | $1,525.00 | Allowed: | $4,150.00 |
|---|---|---|---|---|---|---|

APPRAISALS UNLIMITED, INC.
ATTN AARON M. ADLER, PRESIDENT
18 CRAWFORD STREET
NEEDHAM, MA 02494

Claim Number: 4799
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,480.00 | | | | | |
|---|---|---|---|---|---|---|---|

CAVERO, PHIL J
365 ROUTE 111 APT C15
SMITHTOWN, NY 11787-4763

Claim Number: 4838
Claim Date: 12/07/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: PAID
DOCKET: 6765 (12/22/2008)

| PRIORITY | Claimed: | $2,000.00 | Scheduled: | $2,000.00 CONT | Allowed: | $2,000.00 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CHARTER OAK APPRAISALS<br>ATTN DORIS DE WEES<br>PO BOX 257<br>MADISON, CT 06443 | | Claim Number: 4869<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $300.00 | | |
| ASSOCIATES APPRAISERS<br>ATTN TERRY FISHER, OWNER/PARTNER<br>PO BOX 1717<br>HAYDEN, ID 83835 | | Claim Number: 4873<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |
| DARWIN CALENDAR<br>319<br>700 E REDLANDS BLVD STE U<br>REDLANDS, CA 92373-6168 | | Claim Number: 4881<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |
| MANZO APPRAISALS INC<br>ATTN PRESIDENT<br>22 RIDGE RD<br>LYNDHURST, NJ 07071 | | Claim Number: 4882<br>Claim Date: 12/07/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,625.00 | Allowed: | $2,625.00 |
| BORDERTOWN APPRAISALS<br>ATTN ROSE VAN DOVER<br>60 DURAN RD<br>EQUINUNK, PA 18417 | | Claim Number: 4934<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $360.00 | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | | |
|---|---|---|---|---|---|---|
| THOET, LANCE A.<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4959-01<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$19,080.22 CONT | Allowed: | $10,950.00 |
| THOET, LANCE A.<br>10 HIGHLAND AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 4959-02<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $19,192.93 | | | Allowed: | $19,192.93 |
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | | Claim Number: 5002<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | | Claim Number: 5003<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $75.00 | | | Allowed: | $75.00 |
| JACOBS, THOMAS L.<br>4383 FOREST HILL RD<br>POWELL, OH 43065 | | Claim Number: 5004<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $520.00 | | | Allowed: | $520.00 |

---

ROSSIER APPRAISAL COMPANY
ATTN ROBERT B. ROSSIER
322 MAMMOTH OAKS DR.
CHARLOTTE, NC 28270

Claim Number: 5007
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,025.00 | Scheduled: | $75.00 | Allowed: | $2,025.00 |
|---|---|---|---|---|---|---|

ABSOLUTE APPRAISALS
ATTN CHERYL JOHNSON
409 PICKETT LN
CHARLOTTESVLE, VA 22901-0660

Claim Number: 5010
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

MARKET APPRAISAL INC
ATTN MARGO H.
7019 14 AV NW
SEATTLE, WA 98117

Claim Number: 5018
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6839 (01/13/2009)

| UNSECURED | Claimed: | $400.00 | | | | |
|---|---|---|---|---|---|---|

MID STATE APPRAISAL GROUP
ATTN THOMAS D. JENKINS
PO BOX 36034
DES MOINES, IA 50315

Claim Number: 5029
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5461 (08/18/2008)

| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

ELITE APPRAISAL
25000 AVENUE STANFORD #111
VALENCIA, CA 91355-1224

Claim Number: 5067
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6217 (10/10/2008)

| UNSECURED | Claimed: | $2,450.00 | | | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MESSICK & COMPANY APPRAISERS<br>ATTN MANAGER/TREASURER<br>3701-A WEST MARKET STREET<br>GREENSBORO, NC 27403 | | Claim Number: 5091<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $550.00 | Allowed: | $550.00 |
| VALLEY APPRAISAL PC<br>PO BOX 2454<br>WHITE CITY, OR 97503 | | Claim Number: 5096<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $825.00 | | |
| BEARDEN APPRAISAL SERVICE INC<br>ATTN JIM BEARDEN / OWNER<br>PO BOX 676<br>ROGERS, AR 72757 | | Claim Number: 5103<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $775.00 | Allowed: | $775.00 |
| ZIMMERMAN, JAMES<br>209 CYPRESS DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 5126<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3946 (05/02/2008) | | |
| PRIORITY | Claimed: | $882.90 | | |
| UNSECURED | Claimed: | $4,120.20 | | |
| JIM BROSE APPRAISALS, LLC<br>ATTN JAMES R BROSE<br>10905 E 20TH AVE<br>SPOKANE VALLEY, WA 99206 | | Claim Number: 5214<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |

| | | | | | |
|---|---|---|---|---|---|
| LUM & WINN APPRAISAL GROUP<br>ATTN NOLAN LUM<br>10116 FAIR OAKS BLVD<br>FAIR OAKS, CA 95628 | | Claim Number: 5216<br>Claim Date: 12/10/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $600.00 | | Allowed: | $600.00 |
| BIDDINGER APPRAISALS, LLC<br>ATTN LINDA L BIDDINGER<br>411 GLENWOOD AVE<br>GLEN BURNIE, MD 21061-2235 | | Claim Number: 5230<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $356.00 | | Allowed: | $356.00 |
| OLD COLONY APPRAISAL LLC<br>48 HERITAGE WOODS<br>WALLINGFORD, CT 06492-4348 | | Claim Number: 5231<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |
| THOMAS J. WEBER, SRA<br>DBA ASSOCIATED APPRAISAL & PROPERTY<br>SERVICES<br>24072 IRON HEAD LANE<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 5256<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,250.00 | | | |
| O'DELL APPRAISAL SERVICES INC<br>178 ROSEMEADE WAY<br>ACWORTH, GA 30101-1908 | | Claim Number: 5261<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | |

| | | | | | |
|---|---|---|---|---|---|
| MARK HOFFMAN APPRAISALS<br>ATTN MARK B. HOFFMAN<br>4204 HIGHKNOLL DRIVE<br>OKLAND, CA 94619 | | Claim Number: 5285<br>Claim Date: 12/11/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $2,900.00 | | Allowed: | $2,900.00 |
| GILLETTE, DAVID S.<br>6612 BRECKENRIDGE CT<br>RENO, NV 89523-1296 | | Claim Number: 5350<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: $400.00 | | |
| BROWN APPRAISALS<br>5325 BELFERN DR<br>BELLINGHAM, WA 98226 | | Claim Number: 5356<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,800.00 | | Allowed: | $1,800.00 |
| ELECT APPRAISALS, INC.<br>ATTN NATALIE BARTON, ACCOUNTING<br>P.O. BOX 7054<br>LAKELAND, FL 33807 | | Claim Number: 5378<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,000.00 | | Allowed: | $1,000.00 |
| ATLANTIC/OXFORD ENTERPRISES<br>ATTN BARBAR GRIFFIN<br>897 WEST PARK AVENUE<br>OCEAN TOWNSHIP, NJ 07712 | | Claim Number: 5413<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | | |
|---|---|---|---|---|---|---|
| QUALITY APPRAISAL SERVICE<br>ATTN JO ELLEN WRIGHT, PRESIDENT<br>641 WASHINGTON ST # 18<br>COLUMBUS, IN 47201 | | Claim Number: 5437<br>Claim Date: 12/13/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |
| MCKINNON APPRAISAL INC<br>ATTN PAMELA L COHEN<br>PO BOX 662<br>BREWER, ME 04412 | | Claim Number: 5453<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $75.00 | | |
| MCLEAN ASSOCIATES<br>43 GILFORD EAST DRIVE<br>GILFORD, NH 03249 | | Claim Number: 5463<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
| ARVIA & ASSOCIATES (IL) (IN)<br>425 JOLIET ST STE 325<br>DYER, IN 46311-1767 | | Claim Number: 5487<br>Claim Date: 12/14/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | |
| UNSECURED | Claimed: | $7,305.00 | | | | |
| COLLINS APPRAISAL SERVICE<br>1036 W. ROBINWOOD DRIVE<br>STOCKTON, CA 95207 | | Claim Number: 5588<br>Claim Date: 12/17/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | |
| UNSECURED | Claimed: | $400.00 | | | | |

| | | | | |
|---|---|---|---|---|
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 5609<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| CHARTER FUNDING A DBA OF FIRST MAGNUS<br>FINANCIAL<br>ATTN GAM R. FREE, PRESIDENT<br>3051 W. MAPLE LOOP DRIVE # 125<br>LEHI, UT 84043 | | Claim Number: 5667<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $400.00 | Allowed: | $400.00 |
| SZOPINSKI'S DEN<br>ATTN CHRISTINE SZOPINSK - PRESIDENT<br>S 110 W 16126 UNION CHURCH DR<br>MUSKEGO, WI 53150 | | Claim Number: 5673<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $175.00 | | |
| SALT LAKE APPRAISING CO.<br>ATTN LOREN K KNAPHUS<br>PMB 223<br>138 E 12300 S STE C<br>DRAPER, UT 84020-7965 | | Claim Number: 5695<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $4,375.00 | Allowed: | $4,375.00 |
| HOFER APPRAISAL SERVICE INC.<br>ATTN DAVID S. HOFER, PRESIDENT<br>42 SCORPION CT<br>HENDERSON, NV 89074 | | Claim Number: 5697<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $875.00 | Allowed: | $875.00 |

---

HENDERSON APPRAISAL CO. INC.
5364 EHRLICH ROAD # 71
TAMPA, FL 33624

Claim Number: 5703
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

---

| UNSECURED | Claimed: | $4,600.00 | | | | |

D M VALUATION, INC.
ATTN DAVID DESKG, OWNER
15195 FARMINGTON RD # A-6
LAVONIA, MI 48154

Claim Number: 5705
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

---

| UNSECURED | Claimed: | $2,800.00 | | | Allowed: | $2,800.00 |

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5726
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

---

| UNSECURED | Claimed: | $1,025.00 | Scheduled: | $1,025.00 | Allowed: | $1,025.00 |

ST. AMAND APPRAISALS
ATTN SHELLEY M. ST. AMAND, PARTNER
28680 W. 12 MILE ROAD
FARMINGTON HILLS, MI 48334

Claim Number: 5727
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

---

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 | Allowed: | $950.00 |

BUMPUS APPRAISAL SERVICE
ATTN JANE BUMPUS - APPRAISER
102 E 5 ST
LAMPASAS, TX 76550

Claim Number: 5779
Claim Date: 12/18/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

---

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| BRUMFIELD, SHARON D.<br>13033 BUMPY HOLLOW LANE<br>HANOVER, VA 23069 | | Claim Number: 5783<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $660.00 | Scheduled: | $325.00 | |
| D&R APPRAISALS, LLC<br>ATTN PATRICK J. REHMER<br>P.O. BOX 733<br>ROCKY MOUNT, MO 65072 | | Claim Number: 5826<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | |
| UNSECURED | Claimed: | $600.00   UNLIQ | | | |
| TODD, WILLIAM<br>129 DONNA DR<br>HOPKINSVILLE, KY 42240-5263 | | Claim Number: 5828<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 | |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | | Claim Number: 5869<br>Claim Date: 12/19/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| APPRAISAL HUB<br>ATTN ERIC BOUSTANI, ATTORNEY<br>182 HOWORD ST., #410<br>SAN FRANCISCO, CA 94105 | | Claim Number: 5931<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $43,225.00 | | Allowed: | $43,225.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

---

PYRAMID APPRAISAL SERVICES LLC
ATTN PATTY A. DIXON
P.O. BOX 1423
GLASTONBURY, CT 06033

Claim Number: 5934
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,285.00 | Scheduled: | $550.00 | Allowed: | $2,285.00 |
|---|---|---|---|---|---|---|

PERRY APPRAISALS
C/O MATTHEW W. TIFFANY, ESQUIRE
770 INDEPENDENCE CIRCLE, STE 200
VIRGINIA BEACH, VA 23455

Claim Number: 5947
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,885.00 | | | Allowed: | $2,885.00 |
|---|---|---|---|---|---|---|

G&W APPRAISAL ASSOCIATES
PO BOX 981
WESTWOOD, MA 02090-0981

Claim Number: 5953
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

ORTH & ASSOCIATES,INC
8217 SANTA ROSA CT
SARASOTA, FL 34243-3007

Claim Number: 5974
Claim Date: 12/20/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $2,825.00 | | | Allowed: | $2,825.00 |
|---|---|---|---|---|---|---|

LAWRENCE APPRAISAL GROUP
308 KAMEHAMEHA AVE, STE PH-3
HILO, HI 96720

Claim Number: 6008
Claim Date: 12/10/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

---

| KIM VEST APPRAISALS<br>ATTN SHARON KIM VEST<br>PO BOX 945<br>JONESBOROUGH, TN 37659 | | Claim Number: 6043<br>Claim Date: 12/20/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,100.00 | Allowed: | $4,100.00 |
| ABC APPRAISAL GROUP, INC.<br>ATTN MARK A. RUPLINGER<br>P.O. BOX 5000<br>HILTON HEAD ISLAND, SC 29938 | | Claim Number: 6091<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $4,375.00 | | |
| CHOICE ONE REAL ESTATE<br>ATTN WENDY EISNAUGLE, BIC<br>117A E REED ST<br>ANDERSON, SC 29624-2343 | | Claim Number: 6114<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6840 (01/13/2009) | | |
| UNSECURED | Claimed: | $13,200.00 | Allowed: | $13,200.00 |
| LAI REAL ESTATE LTD<br>PO BOX 51032<br>SEATTLE, WA 98115 | | Claim Number: 6134<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $1,175.00 | | |
| SERPA, MICHAEL L.<br>P.O. BOX 1627<br>MODESTO, CA 95353 | | Claim Number: 6145<br>Claim Date: 12/21/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | |
| UNSECURED | Claimed: | $583.00 | | |

| ROBERT J BELL & ASSOC. INC<br>ATTN LORRAINE BELL, PRESIDENT<br>3419 VIRGINIA BEACH BLVD. # 241<br>VIRGINIA BEACH, VA 23452 | Claim Number: 6165<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,060.00 | Scheduled: | $325.00 | Allowed: | $2,060.00 |
|---|---|---|---|---|---|---|

| COLLINS, JEFFREY D.<br>16787 BEACH BLVD # 690<br>HUNTINGTN BCH, CA 92647-4848 | Claim Number: 6215<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) |
|---|---|

| UNSECURED | Claimed: | $1,612.00 | | Allowed: | $1,612.00 |
|---|---|---|---|---|---|

| BARLEY REAL ESTATE APPRAISERS<br>ATTN MATHEW BARLEY<br>PO BOX 163<br>SULLIVANS ISLAND, SC 29482 | Claim Number: 6219<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $780.00 | | Allowed: | $780.00 |
|---|---|---|---|---|---|

| 3024 APPRAISING LLC<br>ATTN MICHAEL<br>6980 SULFUR LN<br>CASTLE ROCK, CO 80108 | Claim Number: 6229<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |
|---|---|

| UNSECURED | Claimed: | $1,350.00 | | Allowed: | $1,350.00 |
|---|---|---|---|---|---|

| LORENZ APPRAISAL, INC.<br>ATTN JANICE B. LORENZ, APPRAISER<br>8592 WOODBRIAR DRIVE<br>SARASOTA, FL 34238 | Claim Number: 6233<br>Claim Date: 12/24/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |
|---|---|---|---|---|---|

---

MCCARTHY APPRAISAL SVCS INC
168 WHITTLE AV
BLOOMFIELD, NJ 07003

Claim Number: 6269
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

---

| UNSECURED | Claimed: | $4,170.00 | | | | |
|---|---|---|---|---|---|---|

COCHRAN HELMS, INC.
ATTN EVERETT L. HELMS, JR., OWNER
226 EAST TREMONT AVE
CHARLOTTE, NC 28203

Claim Number: 6339
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

---

| UNSECURED | Claimed: | $675.00 | | | Allowed: | $675.00 |
|---|---|---|---|---|---|---|

RESIDENTIAL APPRAISAL GROUP
ATTN ROBERT H. BIRD, OWNER
518 S SAMUEL ST
CHARLES TOWN, VA 25414

Claim Number: 6372
Claim Date: 12/24/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

---

| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $325.00 | Allowed: | $3,900.00 |
|---|---|---|---|---|---|---|

TMC APPRAISAL SERVICES LLC
64 WOODBURY
MERIDIAN, ID 83646

Claim Number: 6395
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

---

| UNSECURED | Claimed: | $350.00 | | | | |
|---|---|---|---|---|---|---|

APPRAISAL CONNECTION, LLC
ATTN JACQUES W. WEINTEIN (MEMBER)
27 STATE ST, STE 20
BANGOR, ME 04401

Claim Number: 6446
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)
Replaces claim number 610

| PRIORITY | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | | Allowed: | $325.00 |

| | | | | | |
|---|---|---|---|---|---|
| JAMES A. CURRLIN APPRAISALS<br>ATTN JAMES A. CURRLIN<br>6 SILVERHILL COURT<br>CHICO, CA 95926 | | Claim Number: 6451<br>Claim Date: 12/26/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |
| TJR APPRAISAL CORPORATION<br>140 NW MAGNOLIA LAKES BLVD<br>PORT ST LUCIE, FL 34986-3567 | | Claim Number: 6534-01<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $10,985.00 | Scheduled: $3,175.00 | Allowed: | $10,985.00 |
| TJR APPRAISAL CORPORATION<br>140 NW MAGNOLIA LAKES BLVD<br>PORT ST LUCIE, FL 34986-3567 | | Claim Number: 6534-02<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID | | | |
| PRIORITY | Claimed: | $1,300.00 | | Allowed: | $1,300.00 |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1300 15TH CT #5<br>KEY WEST, FL 33040 | | Claim Number: 6544<br>Claim Date: 12/28/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4027 (05/12/2008) | | | |
| PRIORITY | Claimed: | $1,625.00 | | | |
| UNSECURED | Claimed: | $1,625.00 | | | |
| TOTAL | Claimed: | $1,625.00 | | | |
| VALUE LINK APPRAISALS<br>ATTN WOODROW W WREN<br>28850 CAMINO ALBA<br>MURRIETA, CA 92563 | | Claim Number: 6608<br>Claim Date: 12/31/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | |
| UNSECURED | Claimed: | $350.00 | | | |

KAZ APPRAISALS INC
PO BOX 364
ATTN KAREN A ZIRPOLI, PRESIDENT
GAINESVILLE, VA 20156-0364

Claim Number: 6622
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

BOB HULLET REALTY, INC.
ATTN SUSAN HULLETT, CORP SECRETARY
PO BOX 588
NEWTON, NC 28658-0588

Claim Number: 6637
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $750.00 | Allowed: | $750.00 |

CROSS COUNTRY APPRAISAL INC
ATTN HEATHER A CLEMENTS
637 PINE AV
WAYNESBORO, VA 22980

Claim Number: 6654
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)

| UNSECURED | Claimed: | $300.00 | | |

APPRAISAL SERVICES NORTHWEST
ATTN SHELLEY K CUNNINGHAM, OWNER
37305 W LAKE WLAKER DR SE
ENUMCLAW, WA 98022

Claim Number: 6686
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $905.00 | | |

COOK APPRAISAL
ATTN RICHARD COOK
25111 PAMELA CT.
BROWNSTOWN, MI 48134

Claim Number: 6693
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |

PROFESSIONAL APPRAISAL ASSOC.
ATTN THOMAS S. KACHELRIESS, PRES.
469 MORRIS AVE.
SUMMIT, NJ 07902

Claim Number: 6718
Claim Date: 12/26/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $925.00 | Allowed: | $925.00 |

MAJOR APPRAISAL
PO BOX 2095
WAYNESBORO, VA 22980

Claim Number: 6721
Claim Date: 12/31/2007
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $2,750.00 | Allowed: | $2,750.00 |

ADKEL SERVICES INC
ATTN JAMES L KREIDER, VICE PRESIDENT
2710 DEL PRADO BLVD # 2126
CAPE CORAL, FL 33904

Claim Number: 6752
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

ADKEL SERVICES INC
ATTN JAMES L KREIDER, VICE PRESIDENT
2710 DEL PRADO BLVD # 2126
CAPE CORAL, FL 33904

Claim Number: 6753
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

ADKEL SERVICES INC
ATTN JAMES L KREIDER, VICE PRESIDENT
2710 DEL PRADO BLVD # 2126
CAPE CORAL, FL 33904

Claim Number: 6754
Claim Date: 01/02/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |

| | | | | |
|---|---|---|---|---|
| ADKEL SERVICES INC<br>ATTN JAMES L KREIDER, VICE PRESIDENT<br>2710 DEL PRADO BLVD # 2126<br>CAPE CORAL, FL 33904 | | Claim Number: 6755<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| CHARLES FUCHS APPRAISALS<br>ATTN CHARLES FUCHS<br>74 SOUTH DELREY ROAD<br>MONTAUK, NY 11954 | | Claim Number: 6771<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $725.00 | Allowed: | $725.00 |
| SHULTZ APPRAISAL CO<br>ATTN JEFF SHULTZ<br>23 RAMSEY RD<br>ASHEVILLE, NC 28806 | | Claim Number: 6775<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET 6839 (01/13/2009) | | |
| UNSECURED | Claimed: | $700.00 | | |
| MATTHEWS ROWLAND REAL ESTATE<br>ATTN RICHARD J. ROWLAND, OWNER/PARTNER<br>1001 W YAKIMA AVE, STE 319<br>YAKIMA, WA 98902 | | Claim Number: 6789<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,175.00 | Allowed: | $2,175.00 |
| PARAMOUNT APPRAISAL SVCS INC<br>ATTN JOSEPH A. MURRAY, JR<br>PO BOX 5401<br>N BRANCH, NJ 08876-1304 | | Claim Number: 6796<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $287.00 | Allowed: | $287.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TULLY, KEVIN J<br>45 YACHT CLUB RD<br>BABYLON TOWNSHIP, NY 11702 | | Claim Number: 6806<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6765 (12/22/2008) | | | | |
| PRIORITY | Claimed: | $800.00 | Scheduled: | $800.00 CONT | Allowed: | $800.00 |
| ANDERSON APPRAISALS<br>522 E. PARKSIDE DR<br>HAYDEN, ID 83835 | | Claim Number: 6870<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $1,650.00 | | | | |
| RICHTER, ELIZABETH<br>1227 JACKSON AVE<br>LINDENHURST, NY 11757 | | Claim Number: 6884<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 7234 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $740.38 | Scheduled: | $3,136.54 CONT | Allowed: | $740.38 |
| MCBRIDE APPRAISAL SERVICES<br>TAMMY L. MCBRIDE<br>901 COLUMBUS DR<br>CAPITOLA, CA 95010 | | Claim Number: 6916<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $1,750.00 | | | Allowed: | $1,750.00 |
| MCBRIDE, TAMMY L.<br>901 COLUMBUS DR.<br>CAPITOLA, CA 95010 | | Claim Number: 6917<br>Claim Date: 01/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SARTER, PAUL E<br>148 ST. MARKS PLACE<br>MASSAPEQUA, NY 11758 | | Claim Number: 7014<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 9778 (02/09/2011) | | | | |
| PRIORITY | Claimed: | $1,548.80 | Scheduled: | $1,548.80  CONT | Allowed: | $1,548.80 |
| FAMILY TREE APPRAISAL CENTER<br>ATTN SHANE E SOMERS, PRESIDENT<br>PO BOX 843<br>STATESVILLE, NC 28687 | | Claim Number: 7029<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $975.00 | | | Allowed: | $975.00 |
| VICTOR & ASSOC.<br>ATTN MARTIN S. VICTOR, PRESIDENT<br>8035 CRIPPLE CREEK DRIVE<br>LONG GROVE, IL 60047 | | Claim Number: 7032<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $5,950.00 | Scheduled: | $850.00 | Allowed: | $5,950.00 |
| HARRISON, DARRELL J. (VA)<br>3229 BOW CREEK BLVD<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 7070<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $350.00 | | | Allowed: | $350.00 |
| URBANO APPRAISAL SERVICES<br>6869 GLENROY STREET<br>ATTN JAVIER URBANO, OWNER<br>SD, CA 92120 | | Claim Number: 7071<br>Claim Date: 01/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $4,885.00 | Scheduled: | $1,925.00 | Allowed: | $4,885.00 |

| | | | | |
|---|---|---|---|---|
| SO CAL APPRAISAL SERVICES<br>KENNETH H. HACKWORTH, OWNER<br>PO BOX 419<br>ETIWANDA, CA 91739-0419 | | Claim Number: 7161<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $2,725.00 | Allowed: | $2,725.00 |
| GREENAWALT APPRAISAL & CONSULT<br>ATTN CYRIL L. GREENAWALT<br>1941 LAKE WATCORN BLVD<br>BELLINGHAM, WA 98229 | | Claim Number: 7163<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,755.00 | Allowed: | $1,755.00 |
| SOMERVILLE, CATHERINE<br>19 ERICSSON RD<br>CABIN JOHN, MD 20818 | | Claim Number: 7210<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $520.00 | Allowed: | $520.00 |
| DALLAS APPRAISAL GROUP, INC.<br>112 W CENTER, STE 700<br>FAYETTEVILLE, AR 72701 | | Claim Number: 7318<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $850.00 | Allowed: | $850.00 |
| A AND H APPRAISALS INC<br>436 VILLAGE VIEW LN<br>LONGWOOD, FL 32779-2610 | | Claim Number: 7350<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $1,575.00 | | |

| | | | | |
|---|---|---|---|---|
| COLLINS & ASSOC. R.E. APP.<br>ATTN DONNA J. COLLINS<br>215 MARINA DR.<br>ST. SIMONS ISLAND, GA 31522 | | Claim Number: 7364<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |
| BLUE MOON APPRAISALS LLC<br>3404 DANNER CIR<br>BIRMINGHAM, AL 35243-2816 | | Claim Number: 7391<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $750.00 | Allowed: | $750.00 |
| RC TRICKEY INC<br>1009 ASPEN ST<br>ATTN ROBERT C TRICKEY<br>MEDFORD, OR 97501 | | Claim Number: 7397<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $375.00 | Allowed: | $375.00 |
| J C & ASSOCIATES APPRAISALS<br>ATTN JANA CAMPBELL, OWNER<br>595 W 2050 S<br>HURRICANE, UT 84737 | | Claim Number: 7463<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $350.00 | Allowed: | $350.00 |
| VINCENTY, LEYLANI<br>20 LAYTON LN<br>CENTEREACH, NY 11720 | | Claim Number: 7512<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | |
| PRIORITY | Claimed: | $3,461.60    Scheduled:    $3,461.60 CONT | Allowed: | $3,461.60 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | |
|---|---|---|---|---|---|
| IVI APPRAISALS<br>PMB 159<br>PO BOX 50<br>LK ARROWHEAD, CA 92352-0050 | | Claim Number: 7515<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,300.00 | | | |
| GALLEGOS, JODY L.<br>430 JEFFREY AVENUE<br>EAST MEADOW, NY 11554 | | Claim Number: 7532<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | |
| PRIORITY | Claimed: | $4,269.23 | Scheduled: | $4,269.23 CONT | |
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | | Claim Number: 7557<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | |
| UNSECURED | Claimed: | $535.00 | | | |
| ATHENA APPRAISALS<br>ATTN DANETTE MILLER - OWNER/APPRAISER<br>115 N PLAINS RD<br>THE PLAINS, OH 45780 | | Claim Number: 7558<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $125.00 | | | |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL<br>210 INTERSTATE NORTH PARKWAY, NW<br>SUITE 400<br>ATLANTA, GA 30339 | | Claim Number: 7560<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | | |
| UNSECURED | Claimed: | $1,125,804.15 UNLIQ | | | |

| CROWE, JAMES B.<br>425 OAKDALE AV<br>GLENCOE, IL 60022 | | Claim Number: 7581<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,775.00 | | |
| FOCUS APPRAISALS INC.<br>103-210<br>2400 E MAIN ST STE 103<br>SAINT CHARLES, IL 60174-2415 | | Claim Number: 7582<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $4,450.00 | Allowed: | $4,450.00 |
| JOHNSTON GROUP, THE<br>ATTN JOEL JOHNSTON<br>7485 RUSH RIVER DR.<br>SACRAMENTO, CA 95831 | | Claim Number: 7584<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,334.00 | | |
| FRANK RAIMONDI & ASSOC INC<br>ATTN FRANK RAIMONDI, PRESIDENT<br>544 HEMPSTEAD BLVD<br>UNIONDALE, NY 11553 | | Claim Number: 7587<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |
| ALLEGIANCE APPRAISAL<br>ATTN ALLISON L CESARO<br>G 3140 S DYE RD<br>FLINT, MI 48507 | | Claim Number: 7591<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,435.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| MODERN APPRAISAL<br>ATTN CARON J. CLARKE<br>PO BOX 661<br>SCAPPOOSE, OR 97056 | | Claim Number: 7592<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,050.00 | | Allowed: | $1,050.00 |
| POWERS APPRAISING LLC<br>ATTN PATRICK POWERS<br>10 LOMBARDY PLACE<br>TOWSON, MD 21204 | | Claim Number: 7593<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,050.00 | | Allowed: | $1,050.00 |
| KIGHT REALTY CORPORATION<br>ATTN DAVID H. MACMILLAN, PRES./OWNER<br>PO BOX 12742<br>NORFOLK, VA 23541-0742 | | Claim Number: 7597<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,100.00 | | Allowed: | $1,100.00 |
| PROFESSIONAL APPRAISERS GROUP<br>8364 HICKMAN RD<br>SUITE A1<br>CLIVE, IA 50325 | | Claim Number: 7600<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | |
| UNSECURED | Claimed: | $1,525.00 | | | |
| THOMAS TYE & ASSOCIATES,INC<br>6062 INDIAN RIVER RD, STE 104<br>VIRGINIA BEACH, VA 23454 | | Claim Number: 7604<br>Claim Date: 01/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | |
|---|---|---|---|---|
| COUNTY APPRAISAL SERVICES<br>ATTN KIM BOOKER, APPRAISER<br>19831 CARLISLE ROAD<br>APPLE VALLEY, CA 92307 | | Claim Number: 7674<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7584 (06/30/2009) | | |
| PRIORITY | Claimed: | $625.00 | | |
| UNSECURED | Claimed: | $450.00 | | |
| TOTAL | Claimed: | $450.00 | | |
| APPRAISAL SERVICES MOLOKAI<br>ATTN ISA R. FOSTER, OWNER/APPRAISER<br>HC 01 BOX 104<br>KAUNAKAKAI, HI 96748 | | Claim Number: 7689<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
| PATRICK L RICE INC<br>ATTN PATRICK L RICE, PRESIDENT<br>PO BOX 1207<br>SPARKS, NV 89432-1207 | | Claim Number: 7707<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $4,342.50 | Allowed: | $4,342.50 |
| COLLIER-LEE APPRAISAL,INC<br>2390 KINGS LAKE BLVD<br>NAPLES, FL 34112-2307 | | Claim Number: 7749<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $5,525.00 | | |
| WEVALUEIT, INC<br>ATTN SUSAN PRIORE, PRESIDENT<br>PO BOX 217<br>MOUNTAIN LAKES, NJ 07046-0217 | | Claim Number: 7750<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | |
| UNSECURED | Claimed: | $6,297.80 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MARK YOUNG APPRAISALS<br>ATTN MARK YOUNG<br>5 NEWMAN DR<br>BELLEVILLE, IL 62223 | | Claim Number: 7760<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $2,350.00 | | | | |
| CERTIFIED APPRAISAL SERVICE<br>ATTN ELBERT CECIL WRIGHT, OWNER<br>97 TOLLGATE TRAIL<br>LONGWOOD, FL 32750 | | Claim Number: 7761<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 4289 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $10,945.00 | Scheduled: | $2,520.00 | | |
| ROBERT SCHERMAN & ASSOCIATES<br>ATTN ROBERT J SCHERMAN<br>5700 HARROW GLEN CT<br>GALENA, OH 43021 | | Claim Number: 7762<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | | | |
| UNSECURED | Claimed: | $6,975.00 | Scheduled: | $5,725.00 | | |
| M.H. ALBERT & ASSOCIATES<br>6169 UPPER YORK ROAD<br>NEW HOPE, PA 18938 | | Claim Number: 7764<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $2,390.00 | | | Allowed: | $2,390.00 |
| STOCKTON, LINDA D.<br>504 W. ORCHARD LN.<br>GREENWOOD, IN 46142 | | Claim Number: 7765<br>Claim Date: 01/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | |
| UNSECURED | Claimed: | $5,900.00 | | | | |

| EFIRD CORPORATION OF NC, THE<br>ATTN TAMMY L GARLOCK, VP<br>528 EAST BLVD<br>CHARLOTTE, NC 28203 | | Claim Number: 7857<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |
| REILLY, SANDRA G.<br>7 1/2 FRIENDS AVE<br>MEDFORD, NJ 08055 | | Claim Number: 7865<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| REILLY, SANDRA G.<br>7 1/2 FRIENDS AV<br>MEDFORD, NJ 08035 | | Claim Number: 7866<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
| REILLY, SANDRA G.<br>7 1/2 FRIENDS AVE<br>MEDFORD, NJ 08055 | | Claim Number: 7867<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | |
| UNSECURED | Claimed: | $300.00 | | | Allowed: | $300.00 |
| ABN AMRO BANK, N.V.<br>ATTN DAVID W. STACK<br>101 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 7932<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | | |
| UNSECURED | Claimed: | $185,776,989.27 | UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ACCOMAZZO APPRAISAL SERVICES<br>ATTN A. ACCOMAZZO<br>14685 GENESEE ROAD<br>APPLE VALLEY, CA 92307-5156 | | Claim Number: 7937<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $6,025.00 | | Allowed: | $6,025.00 |
| ADVANTAGE APPRAISAL SERVICES<br>ATTN THOMAS R. RUDOFSKI, PRESIDENT<br>4786 JUNIPER DR.<br>COMMERCE, MI 48382 | | Claim Number: 7956<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6840 (01/13/2009) | | | |
| UNSECURED | Claimed: | $9,775.00 | | Allowed: | $9,775.00 |
| DEA APPRAISALS<br>ATTN JEROME T DEA, JR<br>10906 CARIBOU LANE<br>ORLAND PARK, IL 60467 | | Claim Number: 7975<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
| UNSECURED | Claimed: | $10,825.00 | | | |
| KATO & ASSOCIATES APPRAISAL SR<br>ATTN ALAN KATO - C.E.O.<br>10813 REAGAN ST<br>LOS ALAMITOS, CA 90720 | | Claim Number: 7989<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | |
| UNSECURED | Claimed: | $2,270.00 | | Allowed: | $2,270.00 |
| FRANKS, KIM A.<br>11 ACORN PATH<br>EAST QUOGUE, NY 11942-4712 | | Claim Number: 7991<br>Claim Date: 01/09/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 6763 (12/22/2008) | | | |
| PRIORITY | Claimed: | $2,400.00 | Scheduled: | $2,400.00  CONT | Allowed: | $2,400.00 |

---

CAMBRIDGE VALUATION SERVICES
P.O. BOX 181
ATTN THOMAS WM CAMBRIDGE PRESIDENT
OWNER
MONTCHANIN, DE 19710

Claim Number: 8019
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $3,200.00 | | Allowed: | $3,200.00 |

---

D'ARGENIO & ASSOCIATES, INC.
ATTN DENNIS D'ARGENIO
P.O. BOX 149
ELDERSBURG, MD 21784

Claim Number: 8048
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6611 (11/21/2008)

| UNSECURED | Claimed: | $2,775.00 |

---

MCKINNEY, EDWARD
608 SAN CARLOS DRIVE
GREENWOOD, IN 46142

Claim Number: 8049
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |

---

MCKINNEY, EDWARD F.
608 SAN CARLOS DR
GREEN WOOD, IN 46142

Claim Number: 8050
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 5463 (08/18/2008)

| UNSECURED | Claimed: | $1,425.00 |

---

MEETZE APPRAISALS, INC.
ATTN MELODY MEETZE SHIRLEY, PRESIDENT
PO BOX 2942
IRMO, SC 29063

Claim Number: 8052
Claim Date: 01/09/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,705.00 | | Allowed: | $1,705.00 |

---

| JORDAN, CHERYL S.<br>1528 MARLBOROUGH COURT<br>CROFTON, MD 21114 | | Claim Number: 8098<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 4295 (05/29/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,653.85 | Scheduled: | $1,653.85 CONT | Allowed: | | $1,653.85 |
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | | Claim Number: 8099<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8414 (12/14/2009) | | | | | |
| PRIORITY | Claimed: | $952.45 | Scheduled: | $952.45 CONT | | | |
| STANLEY APPRAISAL, INC.<br>ATTN RICK STANLEY, PRESIDENT<br>8645 COLLEGE BLVD., STE 210<br>OVERLAND PARK, KS 66210 | | Claim Number: 8122<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $450.00 | | | | | |
| THAKARAR, GOOL<br>2 FENBROOK DRIVE<br>LARCHMONT, NY 10538 | | Claim Number: 8178<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $58,489.40 | | | | | |
| SUMMIT APPRAISAL, INC<br>9459 CEDAR ISLAND RD.<br>ATTN ELIZABETH A DENNIS PRESIDENT<br>WHITE LAKE, MI 48386 | | Claim Number: 8206<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $525.00 | | | | | |

| | | | | |
|---|---|---|---|---|
| CHESAPEAKE REAL ESTATE ANALYSTS, INC.<br>ATTN DAVID WHITTEN PRESIDENT<br>P O BOX 678<br>NORTH BEACH, MD 20714 | | Claim Number: 8221<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,125.00 | Allowed: | $1,125.00 |
| MAGEE APPRAISAL SERVICE LLC<br>ATTN: DIANA MAGEE<br>PO BOX 556<br>FREDERICK, MD 21705 | | Claim Number: 8245<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $385.00 | Allowed: | $385.00 |
| MAGEE APPRAISAL SERVICE<br>ATTN: DIANA MAGEE<br>PO BOX 556<br>FREDERICK, MD 21705 | | Claim Number: 8246<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| BOUNDS APPRAISAL SVCS INC<br>ATTN: SHAWN BOUNDS, OWNER<br>7603 NEW MARKET DR<br>BETHESA, MD 20817 | | Claim Number: 8247<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $650.00 | Allowed: | $650.00 |
| JP MORGAN CHASE BANK, N.A.<br>ATTN: CHARLES O. FREEDGOOD<br>277 PARK AVE., 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 8248<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10258 (11/18/2011) | | |
| UNSECURED | Claimed: | $413,567.00 | | |

| ARIZONA APPRAISAL TEAM<br>ATTN: JAY DELIAH<br>PO BOX 5927<br>SCOTTSDALE, AZ 85261 | | Claim Number: 8252<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,990.00 | | | | Allowed: | $3,990.00 |

| OSGOOD APPRAISAL SERVICES<br>ATTN JIM OSGOOD<br>4006 E. VIA MONTOYA DRIVE<br>PHOENIX, AZ 85050 | | Claim Number: 8352<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,395.00 | Scheduled: | $450.00 | | | |

| PELHAM, MICHAEL PAUL<br>1877 RED OAK DRIVE<br>FRANKLIN, IN 46131 | | Claim Number: 8354<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | | | Allowed: | $1,500.00 |

| APPRAISAL INSPECTION SVCS<br>ATTN KEVIN BOX, PARTNER<br>736 GRAND AVENUE<br>BILLINGS, MT 59101 | | Claim Number: 8381<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | | | | Allowed: | $1,800.00 |

| CAUSEY APPRAISAL SERVICE<br>ATTN SARA E. CAUSEY<br>100 HACKNEY CIRCLE<br>WILMINGTON, DE 19803 | | Claim Number: 8384<br>Claim Date: 01/10/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,496.00 | | | | | |

VOL APPRAISAL
ATTN MICHAEL WERTZ, PRESIDENT
206 MALLARD DRIVE
STEVENSVILLE, MD 21666

Claim Number: 8403
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.

| UNSECURED | Claimed: | $1,420.00 | Allowed: | $1,420.00 |
|---|---|---|---|---|

NATIONAL APPRAISAL SERVICES
PO BOX 1016
SCARBOROUGH, ME 04070-1016

Claim Number: 8449
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|

PRATT APPRAISAL SERVICE
ATTN TONDA PRATT
4828 ST ANDREWS DR
STOCKTON, CA 95219

Claim Number: 8466
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $1,600.00 | Allowed: | $1,600.00 |
|---|---|---|---|---|

TATE APPRAISAL & CONSULTATION
ATTN KIM TATE, APPRAISER/OWNER
1115 WATERLILY RD
COINJOCK, NC 27923

Claim Number: 8468
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6839 (01/13/2009)

| UNSECURED | Claimed: | $700.00 | | |
|---|---|---|---|---|

ANDERS APPRAISAL ASSOC., INC.
ATTN ALLEN KENT ANDERS, PRES/DIRECTOR
9414 OLD GEORGETOWN ROAD
BETHESDA, MD 20814

Claim Number: 8527
Claim Date: 01/10/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6840 (01/13/2009)

| UNSECURED | Claimed: | $10,745.00 | Allowed: | $10,745.00 |
|---|---|---|---|---|

| THERIAULT, CLIFFORD J<br>20575 WESTPARK PL<br>DEER PARK, IL 60010 | | Claim Number: 8550-01<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$221,753.15 CONT | | Allowed: | $10,950.00 |
| THERIAULT, CLIFFORD J<br>20575 WESTPARK PL<br>DEER PARK, IL 60010 | | Claim Number: 8550-02<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) | | | | | |
| UNSECURED | Claimed: | $228,345.15 | | | | Allowed: | $228,345.15 |
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8565<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$112,407.60 | | | | | |
| REYNOLDS APPRAISAL SERVICES,<br>ATTN PENELOPE P REYNOLDS, PRESIDENT<br>29 W LOOCKERMAN ST<br>DOVE, DE 19904 | | Claim Number: 8574<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6839 (01/13/2009) | | | | | |
| UNSECURED | Claimed: | $1,200.00 | | | | | |
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8577-01<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | Scheduled:<br>Scheduled: | $10,950.00 CONT<br>$143,932.97 CONT | | Allowed: | $10,950.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | |
|---|---|---|---|---|
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | | Claim Number: 8577-02<br>Claim Date: 01/11/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: DOCKET 5463 (08/18/2008) | | |
| UNSECURED | Claimed: | $108,012.96 | Allowed: | $108,012.96 |
| DESERT APPRAISALS LLC<br>ATTN JOSEPH BARTLEY<br>6295 MCLEOD DR # 18<br>LAS VEGAS, NV 89120-4434 | | Claim Number: 8578<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $1,900.00 | Allowed: | $1,900.00 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 8600<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET 5919 (09/16/2008) | | |
| UNSECURED | Claimed: | $11,385,294.67   UNLIQ | | |
| BREITENBACK, WILLIAM JAY<br>DBA FORCE APPRAISALS<br>105 AMESBURY COURT<br>SEVERNA PARK, MD 21146 | | Claim Number: 8683<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $6,750.00 | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 8791<br>Claim Date: 01/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7234 (04/07/2009)<br>Amends claim number 2894 | | |
| UNSECURED | Claimed: | $5,000.00 | | |

HAMBLIN, RONALD
PO BOX 390
BISHOPVILLE, MD 21813-0390

Claim Number: 8808
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |
|---|---|---|---|---|

EXPRESS APPRAISAL SERVICES
42916 CEDAR RIDGE BLVD
CHANTILLY, VA 20152-6372

Claim Number: 8811
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6611 (11/21/2008)

| UNSECURED | Claimed: | $1,175.00 | | |
|---|---|---|---|---|

NUSS VALUATIONS, INC.
4820 SE 34TH AVE
PORTLAND, OR 97202-4102

Claim Number: 8812
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 9254 (09/24/2010)

| UNSECURED | Claimed: | $5,400.00 | | |
|---|---|---|---|---|

PARADISE APPRAISALS
2076 J AND C BLVD
NAPLES, FL 34109-6214

Claim Number: 8813
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| UNSECURED | Claimed: | $225.00 | Allowed: | $225.00 |
|---|---|---|---|---|

LEE APPRAISAL GROUP, INC
20843 E GIRARD DR
AURORA, CO 80013-8926

Claim Number: 8816
Claim Date: 01/11/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 6703 (12/11/2008)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,950.00 | Allowed: | $1,950.00 |

| | | | | |
|---|---|---|---|---|
| 1ST APPRAISAL SOURCE<br>332 E STATE RT 4 STE 1<br>PARAMUS, NJ 07652-5116 | | Claim Number: 8835<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |
| PRIORITY | Claimed: | $4,470.00 | | |
| MICHAEL N. HUSCROFT & ASSOC.<br>ATTN LAWRENCE Z. WILK, ESQ.<br>9201 N. 25TH AVENUE<br>SUITE 170<br>PHOENIX, AZ 85021 | | Claim Number: 8923<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $11,095.00 | Allowed: | $11,095.00 |
| CHAN WA, IVAN<br>P.O. BOX 23017<br>HONOLULU, HI 96827 | | Claim Number: 8969<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $6,465.00 | | |
| FOX, CAROLYN A.<br>2515 LUCIERNAGA ST<br>CARLSBAD, CA 92009-5820 | | Claim Number: 8973<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,435.00 | Allowed: | $1,435.00 |
| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 9013<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) | | |
| PRIORITY | Claimed: | $2,425.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | | |
|---|---|---|---|---|---|
| K&R APPRAISAL SERVICES<br>ATTN KEVIN J. GINGRAS, PRESIDENT<br>23 ANAAN AVE<br>WEST ROXBURY, MA 02132 | | Claim Number: 9075<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $5,000.00 | | Allowed: | $5,000.00 |
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9077<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $1,950.00 | | Allowed: | $1,950.00 |
| STAR APPRAISALS / KATHLEEN MUSSER<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9078<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | | |
| UNSECURED | Claimed: | $6,175.00 | | Allowed: | $6,175.00 |
| MUSSER, KATHLEEN / STAR APPRAISALS<br>11212 GREEN WATCH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 9080<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
| UNSECURED | Claimed: | $5,150.00 | | Allowed: | $5,150.00 |
| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | | Claim Number: 9081<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9257 (09/24/2010) | | | |
| UNSECURED | Claimed: | $60.00 | | | |

| | | |
|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9137<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
| UNSECURED | Claimed: | $3,819,269.48  UNLIQ |
| MCCUIN, MARYANNE C.<br>4216 W CAROL AVE<br>PHOENIX, AZ 85051 | | Claim Number: 9171<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5463 (08/18/2008) |
| UNSECURED | Claimed: | $900.00 |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | | Claim Number: 9190<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
| UNSECURED | Claimed: | $198,600.00  UNLIQ |
| DOBSON APPRAISAL SERVICES<br>ATTN MARK DOBSON, PRESIDENT<br>3380 E CAMPBELL ROAD<br>GILBERT, AZ 85234 | | Claim Number: 9210<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) |
| UNSECURED | Claimed: | $9,385.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES.<br>GSR MORTGAGE LOAN TRUST 2007<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9225<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7222 (04/01/2009) |
| PRIORITY | Claimed: | $0.00  UNLIQ |

| HAMILTON APPRAISAL SERVICES, INC.<br>ATTN REBECCA DAVEY, OFFICE MANAGER<br>802 GRAHAM ROAD<br>CUYAHOGA FALLS, OH 44221 | Claim Number: 9248<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008)<br>Amends claim number 7447 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,350.00 | | |

| BUDISH AND COMPANY INC<br>PO BOX 101194<br>DENVER, CO 80250 | Claim Number: 9249<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $337.00 | Allowed: | $337.00 |

| HELMKAMP & SWIFT INC<br>ATTN MARK R.<br>2817 BAYWOOD TRAIL<br>FORT WAYNE, IN 46845 | Claim Number: 9251<br>Claim Date: 01/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6611 (11/21/2008) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,850.00 | Scheduled: | $225.00 |

| TEAMWORK REAL ESTATE SERVICES<br>ATTN DEBORAH BARTOLINO, OWNER<br>1805 LIVINGSTON STREET<br>MELBOURNE, FL 32901 | Claim Number: 9269<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | | |

| BELOTE, JAMES<br>2405 RUNNERS WAY<br>VIRGINIA BEACH, VA 23454 | Claim Number: 9289<br>Claim Date: 01/14/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5463 (08/18/2008) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $10,950.00 CONT |
| UNSECURED | Claimed: | $12,646.00 | Scheduled: | $8,819.10 CONT |

ULRICH, EUGENE
316 METZ RD
SEASIDE, CA 93955

Claim Number: 9308
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 4289 (05/29/2008)

| UNSECURED | Claimed: | $1,574.00 | Scheduled: | $800.00 |
|-----------|----------|-----------|------------|---------|

HARTFORD FIRE INSURANCE COMPANY
ATTN JULIE ALLEYNE
THE HARTFORD
HARTFORD PLAZA - T4
HARTFORD, CT 06155

Claim Number: 9334-07
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 7234 (04/07/2009)
RECLASSIFIED AS EQUITY INTEREST

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

O'DELL APPRAISAL SERVICES INC
178 ROSEMEAD WAY
ACWORTH, GA 30101-1908

Claim Number: 9359
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 5461 (08/18/2008)

| UNSECURED | Claimed: | $1,350.00 | Allowed: | $1,350.00 |
|-----------|----------|-----------|----------|-----------|

FRANK MORGAN APPRAISALS
ATTN FRANK MORGAN, OWNER
351 E RUDASILL RD
TUCSON, AZ 85704

Claim Number: 9407
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: DOCKET: 10130 (08/15/2011)

| UNSECURED | Claimed: | $870.00 |
|-----------|----------|---------|

EAPPRAISAL, INC
ATTH DAVE COLLINS, PRESIDENT
215 S WADSWORTH BLVD STE 220
LAKEWOOD, CO 80226-1569

Claim Number: 9527
Claim Date: 01/14/2008
Debtor: HOMEGATE SETTLEMENT SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4295 (05/29/2008)

| UNSECURED | Claimed: | $775.00 |
|-----------|----------|---------|

| | | | | | | |
|---|---|---|---|---|---|---|
| HAYES, SUSAN L<br>15561 HAMMET CT<br>MORENO VALLEY, CA 92555 | | Claim Number: 9633<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8815 (04/30/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GORE PROPERTIES & APPRAIALS<br>ATTN S. CURY GORE, JR., MANAGING MEMBER<br>6402 GUY CT<br>WILMINGTON, NC 28403 | | Claim Number: 9643<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| UNSECURED | Claimed: | $300.00 | | | | |
| STATE OF NEW JERSEY<br>MICHAEL READING, AUTHORIZED AGENT<br>DIVISION OF TAXATION-COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 9656<br>Claim Date: 01/15/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7233 (04/07/2009) | | | | |
| PRIORITY | Claimed: | $5,000.00 | Scheduled: | $80.00  UNDET DISP | | |
| CADENHEAD, LARRY<br>5577 COMPTON LN<br>ELDERSBURG, MD 21784-8860 | | Claim Number: 9753<br>Claim Date: 01/22/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4295 (05/29/2008) | | | | |
| PRIORITY | Claimed: | $350.00 | | | | |
| KAVANAGH, ERIN C<br>378 LEHMAN OUTLET RD<br>DALLAS, PA 18612-2647 | | Claim Number: 10014<br>Claim Date: 03/03/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: PAID<br>DOCKET: 5463 (08/18/2008) | | | | |
| PRIORITY | Claimed: | $1,265.38 | Scheduled: | $1,265.38  CONT | Allowed: | $1,265.38 |

| | | | | |
|---|---|---|---|---|
| LAWRENCE APPRAISAL GROUP<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 10022<br>Claim Date: 03/04/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6217 (10/10/2008) | | |
| UNSECURED | Claimed: | $625.00 | | |
| MEDINA APPRAISAL COMPANY<br>ATTN TOM WAYNE, OWNER<br>740 MARKS RD<br>VALLEY CITY, OH 44280-9775 | | Claim Number: 10106<br>Claim Date: 03/17/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| NOR CAL APPRAISERS<br>GARY LEV<br>6544 SUTTON CT<br>OAKDALE, CA 95361-9414 | | Claim Number: 10166<br>Claim Date: 03/31/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $1,400.00 | Allowed: | $1,400.00 |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 10182<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
| J. SCOTT WISE AND CO.<br>ATTN J. SCOTT WISE, PRESIDENT<br>122 NORTH MAIN STREET, SUITE 204<br>ELIZABETHTOWN, KY 42701 | | Claim Number: 10183<br>Claim Date: 12/18/2007<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 5461 (08/18/2008) | | |
| UNSECURED | Claimed: | $250.00 | Allowed: | $250.00 |

Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11053)

| | | | | |
|---|---|---|---|---|
| APPRAISAL NETWORK OF MICHIGAN, INC.<br>2418 E. GRAND RIVER<br>HOWELL, MI 48843 | | Claim Number: 10191<br>Claim Date: 04/07/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) | | |
| UNSECURED | Claimed: | $330.00 | Allowed: | $330.00 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | Claim Number: 10226<br>Claim Date: 04/17/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) | | |
| UNSECURED | Claimed: | $11,568,088.37 | | |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 10233<br>Claim Date: 04/11/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7585 (06/30/2009) | | |
| PRIORITY | Claimed: | $204.87 | | |
| PIERINI, RONALD J.<br>P.O. BOX 143<br>CLOVIS, CA 93613 | | Claim Number: 10293<br>Claim Date: 04/28/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6765 (12/22/2008) | | |
| UNSECURED | Claimed: | $350.00 | | |
| CHAVEZ, THOMAS J. & SARA A.<br>35012 CAMINO CAPISTRANO<br>DANA POINT, CA 92624 | | Claim Number: 10352<br>Claim Date: 04/30/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10519 (07/05/2012) | | |
| PRIORITY | Claimed: | $2,425.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | | Claim Number: 10359<br>Claim Date: 04/29/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| TOTAL | Claimed: | $2,828,849.00 UNLIQ | |

| | | |
|---|---|---|
| JORDAN, CHERYL S.<br>125 HALESITE DR<br>SOUND BEACH, NY 11789 | | Claim Number: 10403<br>Claim Date: 05/19/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6463 (10/27/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,653.85 |

| | | |
|---|---|---|
| ZANDONATTI APPRAISAL<br>ATTN: CARY A. ZANDONATTI<br>PO BOX 7586<br>ROCKFORD, IL 61126 | | Claim Number: 10412<br>Claim Date: 06/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,845.00 | Allowed: | $1,845.00 |

| | | |
|---|---|---|
| LAWRENCE APPRAISAL GROUP HAWAII, INC.<br>308 KAMEHAMEHA AVE, STE PH-3<br>HILO, HI 96720 | | Claim Number: 10428<br>Claim Date: 07/02/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,228.00 | Allowed: | $1,228.00 |

| | | |
|---|---|---|
| BRIDGEPORT APPRAISAL, LLC<br>P.O. BOX 7326<br>COVINGTON, WA 98042 | | Claim Number: 10502<br>Claim Date: 09/08/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 6703 (12/11/2008) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $565.00 | Allowed: | $565.00 |

| | | | | |
|---|---|---|---|---|
| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10575<br>Claim Date: 11/25/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) | | |
| UNSECURED | Claimed: | $3,819,269.48 | | |
| BESSON APPRAISALS INC<br>25 MARY ANN DR<br>EXETER, RI 02822 | | Claim Number: 10588<br>Claim Date: 11/24/2008<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 7233 (04/07/2009) | | |
| UNSECURED | Claimed: | $325.00 | Allowed: | $325.00 |
| MCCANN APPRAISAL SERVICES INC.<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | | Claim Number: 10641<br>Claim Date: 01/09/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: DOCKET: 9254 (09/24/2010) | | |
| UNSECURED | Claimed: | $6,435.00 | | |
| RUSH, PAULA<br>2651 PEERY DRIVE<br>CHURCHVILLE, MD 21028 | | Claim Number: 10689<br>Claim Date: 03/19/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8946 (06/21/2010) | | |
| SECURED | Claimed: | $700,000.00 | | |
| UNSECURED | Claimed: | $1,090,000.00 | | |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 10697<br>Claim Date: 03/30/2009<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC. | | |
| UNSECURED | Claimed: | $5,000.00 | Allowed: | $5,000.00 |

| | | |
|---|---|---|
| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | | Claim Number: 10809<br>Claim Date: 08/13/2010<br>Debtor: HOMEGATE SETTLEMENT SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
| ADMINISTRATIVE | Claimed: | $1,382,500.00 |

## Summary Page

Total Number of Filed Claims:        771

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $1,382,500.00 | $0.00 |
| Priority: | $148,171.07 | $65,822.47 |
| Secured: | $700,000.00 | $0.00 |
| Unsecured: | $221,183,993.84 | $1,144,036.68 |
| Total: | $223,414,664.91 | $1,209,859.15 |

---

GARCIA, NICOLE
13F COUNTRY CLUB DRIVE APT F
CORAM, NY 11727

Claim Number: 971
Claim Date: 09/18/2007
Debtor: GREAT OAK ABSTRACT CORP
Comments: PAID
DOCKET: 8031 (09/08/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,422.75 | Scheduled: | $1,423.08 CONT | Allowed: | $1,422.75 |

---

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

Claim Number: 1690
Claim Date: 10/22/2007
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

Claim Number: 5868
Claim Date: 12/19/2007
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 7584 (06/30/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ABN AMRO BANK, N.V.
ATTN DAVID W. STACK
101 PARK AVENUE 6TH FLOOR
NEW YORK, NY 10178

Claim Number: 7933
Claim Date: 01/09/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 7023 (02/17/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $185,776,989.27 UNLIQ |

---

CREDIT SUISSE FIRST BOSTON MORTGAGE
CAPITAL, LLC
ATTN MEGAN KANE
11 MADISON AVENUE
NEW YORK, NY 10010

Claim Number: 8599
Claim Date: 01/11/2008
Debtor: GREAT OAK ABSTRACT CORP
Comments: EXPUNGED
DOCKET: 5919 (09/16/2008)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,385,294.67 UNLIQ |

---

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 8780<br>Claim Date: 01/02/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|---|
| PRIORITY | Claimed: | $1,039.95   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |

| FORMER EMPLOYEES<br>JAMES E. HUGGETTT / MARGOLIS EDELSTEIN<br>750 SOUTH MADISON STREET<br>SUITE 102<br>WILMINGTON, DE 19801 | | Claim Number: 8933<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 4615 (06/13/2008) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

| LOFTIS, NORMAN<br>3 DEERFIELD AVENUE<br>SAG HARBOR, NY 11963 | | Claim Number: 8984<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10510 (06/29/2012) |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| WASHINGTON MUTUAL MORTGAGE SECURITIES<br>CORP. C/O MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 9138<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7022 (02/17/2009) |
|---|---|---|
| UNSECURED | Claimed: | $3,819,269.48   UNLIQ |

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN TRUST ADMINISTRATION<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 9187<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 10276 (12/13/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | Claim Number: 9197<br>Claim Date: 01/11/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 4289 (05/29/2008) |
|---|---|

| UNSECURED | Claimed: | $198,600.00 UNLIQ |
|---|---|---|

| HARTFORD FIRE INSURANCE COMPANY<br>ATTN JULIE ALLEYNE<br>THE HARTFORD<br>HARTFORD PLAZA - T4<br>HARTFORD, CT 06155 | Claim Number: 9334-08<br>Claim Date: 01/14/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: DOCKET: 7234 (04/07/2009)<br>RECLASSIFIED AS EQUITY INTEREST |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 9971<br>Claim Date: 01/31/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 6611 (11/21/2008) |
|---|---|

| PRIORITY | Claimed: | $237,037.95 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $250.00 UNLIQ |

| CREDIT SUISSE FIRST BOSTON MORTGAGE<br>CAPITAL, LLC<br>ATTN: MEGAN KANE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | Claim Number: 10225<br>Claim Date: 04/17/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 10271 (12/07/2011) |
|---|---|

| UNSECURED | Claimed: | $11,568,088.37 |
|---|---|---|

| CHAVEZ, THOMAS J. & SARA A.<br>35012 CAMINO CAPISTRANO<br>DANA POINT, CA 92624 | Claim Number: 10351<br>Claim Date: 04/30/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 10519 (07/05/2012) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| TOTAL | Claimed: | $3,012,992.13 UNLIQ |

| SAMINI, KEYVAN<br>22896 HUNTER CREEK<br>MISSION VIEJO, CA 92692 | Claim Number: 10358<br>Claim Date: 04/29/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 6217 (10/10/2008) |
|---|---|

| PRIORITY | Claimed: | $2,425.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TOTAL | Claimed: | $2,828,849.00 | UNLIQ |

| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10569<br>Claim Date: 10/31/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 8593 (02/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,019.28 | UNLIQ |
|---|---|---|---|

| WASHINGTON MUTUAL MORTGAGE SEC. CORP.<br>C/O MR. MICHAEL D. COYNE<br>WASHINGTON MUTUAL BANK<br>623 FIFTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10574<br>Claim Date: 11/25/2008<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 7023 (02/17/2009) |
|---|---|

| UNSECURED | Claimed: | $3,819,269.48 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 10753<br>Claim Date: 01/20/2009<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: WITHDRAWN<br>DOCKET: 8400 (12/11/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,056.87 | UNLIQ |
|---|---|---|---|

| MILL, DEBORAH E.<br>2639 CROWS NEST LOOP<br>BRADLEY, CA 93426 | Claim Number: 10802<br>Claim Date: 08/13/2010<br>Debtor: GREAT OAK ABSTRACT CORP<br>Comments: EXPUNGED<br>DOCKET: 9534 (12/06/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,382,500.00 |
|---|---|---|

U.S. BANKRUPTCY COURT
Numerical Claims Register for AMERICAN HOME MORTGAGE HOLDINGS INC. (07-11054)

## Summary Page

Total Number of Filed Claims:                    20

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $1,387,576.15 | $0.00 |
| Priority: | $246,775.65 | $1,422.75 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $216,568,011.27 | $0.00 |
| Total: | $218,202,363.07 | $1,422.75 |

| GUYTON, JAMES<br>220 PINE RIDGE LANE<br>MONTGOMERY, IL 60538 | Claim Number: 10211<br>Claim Date: 04/14/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7505 (06/05/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| GATES, ROBERT BRIAN<br>2589 ALLEGHANY LOOP<br>VIRGINIA BCH, VA 23456-2442 | Claim Number: 10212<br>Claim Date: 04/06/2009<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7234 (04/07/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| BADRI, FARHAD<br>PO BOX 63194<br>COLORADO SPRINGS, CO 80962 | Claim Number: 10274<br>Claim Date: 04/25/2008<br>Debtor: AMERICAN HOME MORTGAGE CORP<br>Comments: EXPUNGED<br>DOCKET: 7399 (05/15/2000) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 10720<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 10834<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

## Summary Page

Total Number of Filed Claims:            5

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 |