IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x    Chapter 11

In re:                                                                                          :
                                                                                                :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :
a Delaware corporation, et al.,[1]                                            :    Jointly Administered
                                                                                                :
          Debtors.                                                                       :
------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 8, 2017 AT 10:00 A.M. (ET)

---

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
CANCELLED WITH PERMISSION OF THE COURT.**

---

## RESOLVED MATTER

1.    Notice of Joint Motion for Entry of Order (I) Approving a Settlement Pursuant to Fed. R. Bankr. P.9019, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, Appointing Class/Collective Counsel and Class/Collective Representatives, and Preliminarily Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approving The Form And Manner Of Notice To Class/Collective Members Of The Class/Collective Certification And Settlement, (IV) Scheduling A Fairness Hearing To Consider Final Approval of the Settlement, (V) Finally Approving the Settlement Pursuant to Fed. R. Bankr. P. 7023 and 29 U.S.C. 216(b) after The Fairness Hearing, And (VI) Granting Related Relief [D.I. 11313, 2/3/17]

      Objection Deadline:    April 24, 2017 at 4:00 p.m. (ET)

      Related Documents:

      a)    [SEALED] Exhibit to Motion [D.I. 11315, 2/3/17]

      b)    Order (I) Preliminarily Approving Settlement Agreement Between the Plan Trustee and FLSA Plaintiffs, (II) Certifying a Class and Collective of Claimants for Settlement Purposes Only, (III) Appointing Class/Collective Counsel and Class/Collective Representatives, IV) Approving the Form and Manner of Notice to Class/Collective Members of Conditional Class/Collective Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 11325, 2/22/17]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

    c)  Final Order Approving Settlement Agreement Between the Plan Trustee and Class/Collective Plaintiffs [D.I. 11350, 4/26/17]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

Dated: May __, 2017
    Wilmington, Delaware              YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                      */s/ Sean M. Beach*
                                      Sean M. Beach (No. 4070)
                                      Michael S. Neiburg (No. 5275)
                                      1000 North King Street
                                      Wilmington, Delaware  19899
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400
                                      *Co-Counsel to the Plan Trustee*

01:21817623.1