IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
                    Debtors.                                       :
                                                                   :
------------------------------------------------------------------ x

**CONSENT ORDER GRANTING WELLS FARGO BANK, N.A. AND WELLS
FARGO HOME MORTGAGE RELIEF FROM THE AUTOMATIC STAY AND PLAN
INJUNCTION IN CONNECTION WITH THE AMENDED CHAPTER 11
PLAN OF LIQUIDATION OF THE DEBTORS DATED FEBRUARY 18, 2009**

Upon consideration of the certification submitted by counsel for Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage ("Wells Fargo"); and after due deliberation, and cause appearing therefor; it is hereby

ORDERED, that any injunction (the "Plan Injunction") and any stay pursuant to 11 U.S.C. § 362(a) or otherwise resulting from confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009 [Docket No. 7029] (the "Plan") and/or by the order confirming the Plan [Docket No. 7042] (the "Confirmation Order"), is hereby dissolved and/or terminated, with respect to the commencement by Wells Fargo of an action in the Circuit Court for Baltimore City (the "Contemplated Quiet Title Action") consistent with the action commenced on July 30, 2015 in the Circuit Court for Baltimore City at 24-C-15-004030 (the "Dismissed Quiet Title Action"), which Dismissed Quiet Title Action had sought a declaratory judgment and to quiet title with respect to the real property located at 5501 Whitby Road, Baltimore, MD 21206 (the "Property"); and it is further

ORDERED, that no stay or injunction as a result of the commencement of the captioned bankruptcy cases or pursuant to confirmation of the Plan shall prevent the commencement and full litigation thereafter of the Contemplated Quiet Title Action seeking relief consistent with that sought in the Dismissed Quiet Title Action; and it is further

ORDERED, that upon entry of this Consent Order Wells Fargo may proceed to commence and fully litigate Contemplated Quiet Title Action to final judgment and through any and all appeals; and it is further

ORDERED, that each of the parties to the Dismissed Quiet Title Action and to the Contemplated Quiet Title Action shall be solely responsible for all costs and expenses incurred by it in connection with the Dismissed Quiet Title Action and/or the Contemplated Quiet Title Action; and it is further

ORDERED, that if any suit or action is filed to enforce the terms of this Consent Order the prevailing party shall be entitled to recover reasonable attorneys' fees as fixed by the trial court and, if any appeal is taken from the decision of the trial court, reasonable attorneys' fees as fixed by the appellate court; and it is further

ORDERED that the Plan Trust's rights regarding any violation of the automatic stay or Plan Injunction are expressly preserved; and it is further

ORDERED that, for the avoidance of doubt, nothing in this Consent Order is intended, nor shall it be construed, to authorize Wells Fargo to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors, the Plan Trust and/or the Plan Trustee; and it is further

ORDERED that, prior to filing the complaint commencing the Contemplated Quiet Title Action, Wells Fargo will send a draft copy of such complaint (via email) to counsel for the Plan

Trustee for review to confirm that the relief requested in such complaint is consistent with the relief requested in the Dismissed Quiet Title Action; and it is further

ORDERED that this Consent Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Consent Order.

Dated: June 16, 2017

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE