# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC. , <div align="right">Debtor.</div> | Chapter 11<br>Case No. 07-11047-CSS |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9 with respect to 241 Belmont Street, Everett,. MA 02149, secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

**PLEASE TAKE FURTHER NOTICE** that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

<div align="center">McCABE, WEISBERG & CONWAY, P.C.</div>

_____ */S/  Kristi J. Doughty*_____
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

Dated: August 8, 2017