**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC. , <br>          Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify that on the 8th day of August, 2017, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, upon the following:

| | |
|---|---|
| Ryan M. Bartley <br> Young Conaway Stargatt & Taylor, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Via ECF | Office of United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19899-0035 <br> Via ECF |

McCABE, WEISBERG & CONWAY, P.C.

    /S/   *Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor