**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al. | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED CONSENT ORDER FOR RELIEF FROM STAY AND PLAN INJUNCTION TO ALLOW QUIET TITLE PROCEEDING TO PROCEED IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

The undersigned counsel for Premsagar Mulkanor ("Mulkanoor") hereby certifies as follows:

1.      On August 8, 2007 each of the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in this Court.

2.      On October 30, 2007 the Court entered an order [Docket No. 1711] (the "Servicing Sale Order") approving the sale of certain of the Debtors' mortgage servicing assets to AH Mortgage Acquisition Co., Inc. AH Mortgage Acquisition Co., Inc. is the successor-in-interest of AHM SV with respect to the assets sold by the Debtors pursuant to the Servicing Sale Order.

3.      On February 23, 2009 the Court entered its order [Docket No. 7042] (the "Confirmation Order") confirming the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009 [Docket No. 7029] (the "Plan"). Pursuant to

confirmation of the Plan, Steven D. Sass (the "Plan Trustee") was appointed as trustee of the Plan Trust with responsibility, inter alia, for the liquidation of all Plan Trust Assets.[1]

4.      Pursuant to confirmation of the Plan and entry of the Confirmation Order, the Court enjoined certain actions by certain Persons as described in the Plan and the Confirmation Order (the "Plan Injunction"). In addition, Paragraph 7 of the Confirmation Order provides for the continuation of the automatic stay of section 362 of the Bankruptcy Code until the earlier of entry of a final decree or dissolution of the Plan Trust.

5.      On June 27, 2017, Mulkanoor commenced an action in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, captioned as *Premsagar Mulkanoor v. American Home Mortgage Holdings, Inc. d/b/a HLB Mortgage and Ocwen Loan Services, LLC*, as Case No. 17-A-00349 (the "Chicago Adversary Proceeding") seeking to determine the extent and validity of a mortgage with respect to residential real estate bearing the Will County, Illinois Permanent Index Number of 09-19-305-010 and commonly known as 21405 Saddle Lane, Mokena, Illinois 60448 ("Property"). A copy of the Complaint is attached hereto as <u>Exhibit 1</u>.  The Chicago Adversary Proceeding alleges as follows:

     i.      American Home Mortgage Holdings, Inc. d/b/a HLB Mortgage is the current holder, and Ocwen Loan Services, LLC is the current servicer, of a purchase money mortgage loan in the amount of $945,000.00 and related Deed of Trust (the "Mulkanoor Deed of Trust") with respect to the real property located at 21405 Saddle Lane, Mokena, Illinois

---

[1] Capitalized terms not defined herein have the meanings given to them in the Plan.

60448 (the "Property"). The Mulkanoor Deed of Trust is recorded with the DuPage County Recorder of Deeds, Illinois as Document No. R 2001171813.

ii.    On or about December 10, 2001, DeBello Builders, Inc. conveyed to Debtor and Vijayageetha Mulkanoor ("Mrs. Mulkanoor"), Debtor's wife, not in tenancy in common but in joint tenancy, fee simple interest in the Property through a Warranty Deed.

iii.    On or about January 24, 2005, Mrs. Mulkanoor borrowed $945,000.000 from HLB (the "Loan"). The Loan was evidenced by a promissory note executed solely by Mrs. Mulkanoor, dated January 24, 2005, in the principal amount of $945,000.000 (the "Note"). Contemporaneously with the execution of the Note, Mrs. Mulkanoor executed a mortgage to secure the indebtedness under the terms of the Note. This mortgage was recorded with the Will County Recorder of Deeds on February 3, 2005 as Document Number R2005020487 ("Mortgage").

iv.    On July 26, 2013, Mrs. Mulkanoor died of natural causes.

v.    Upon the death of Mrs. Mulkanoor, the Debtor, on July 26, 2013, through his right of survivorship in a joint tenancy, acquired the Property in its entirety.  Under Illinois law, American Home Mortgage Holdings, Inc. d/b/a HLB Mortgage has no claim against the Debtor or any lien against the Property. *Harms v. Sprague,* 105 Ill. 2d. 215 (Ill. 1984) (joint tenant acquires property free and clear of any

encumbrance of the deceased joint tenant due to his or her right of survivorship).

6.     Mulkanoor and the Plan Trustee (collectively, the "Parties") have engaged in discussions and negotiations with respect to this matter. The Plan Trustee has advised undersigned counsel that they do not oppose any *in rem* relief sough in the Chicago Adversary Proceeding.  The undersigned counsel has advised the Plan Trustee that Mulkanoor will not seek any *in personam* relief against American Home Mortgage.

7.     Pursuant to such discussions and negotiations the Parties are in agreement on the form of a Consent Order, which is attached to this Certification as Exhibit 2, which if entered by the Court will grant relief from the automatic stay and the Plan Injunction to allow the prosecution of the Chicago Adversary Proceeding by Mulkanoor seeking *in rem* relief consistent with that sought in the Adversary Complaint.

8.     Mulkanoor agrees not to seek any costs, fees or monetary claims against the Debtors, Plan Trust or Plan Trustee, and that Mulkanoor will proceed solely on the request for declaratory relief consistent with that which was set forth in the Adversary Proceeding.

WHEREFORE, Premsagar Mulkanoor respectfully requests that the Court enter the Consent Order at its earliest convenience, without further notice or hearing. The undersigned is available to answer any questions the Court may have.

Dated: September 1, 2017

**SHAW FISHMAN GLANTZ
& TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
Email: thoran@shawfishman.com

-and-

**WEISSBERG AND ASSOCIATES,
LTD.**
Ariel Weissberg, Esq.
401 S. LaSalle St., Suite 403
Chicago, Illinois  60605
T. 312-663-0004
F.. 312-663-1514
Email: ariel@weissberglaw.com

*Attorneys for Premsagar Mulkanoor*