# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## AFFIDAVIT OF PARIS LOVE, LEGAL SECRETARY

STATE OF ILLINOIS        :
                         :   SS:
COOK COUNTY              :

I, Paris Love, certify that on September 1, 2017, I caused a true and correct copy of the following document to be served via U.S. First Class Mail on the parties on the attached service list, and by CM/ECF on all parties registered to receive notices in this case:

- **CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED CONSENT ORDER FOR RELIEF FROM STAY AND PLAN INJUNCTION TO ALLOW QUIET TITLE PROCEEDING TO PROCEED IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: September 1, 2017

*/s/ Paris Love*
Paris Love

SWORN AND SUBSCRIBED
before me this September 1, 2017.

*Official Seal*
*Olha Rafalovsky*
*Notary Public State of Illinois*
*My Commission Expires 10/22/2018*

{12250-001 AFF A0483549.DOCX}

# Electronic Mail Notice List/Via ECF – Case No. 07-11047

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Geoffrey S. Aaronson   gaaronson@aaronsonpa.com
- David G. Aelvoet   davida@publicans.com
- Elihu Ezekiel Allinson, III   ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Jonathan B. Alter   jonathan.alter@bingham.com
- Ashley Robert Altschuler   ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
- Brian L. Arban   barban@hillerarban.com
- Mary E. Augustine   maugustine@dkhogan.com
- Robert T. Aulgur   bk.service@aulgur.com
- Matthew P. Austria   maustria@werbsullivan.com
- James F. Bailey   jbailey@jfbailey.com, lharris@jfbailey.com
- Elizabeth Banda Calvo   rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- William Wright Banks   wbanks@law.ga.gov, 02bf@law.ga.gov
- Fred Barakat   F.Barakat.atty@gmail.com, paralegal.fredlaw@gmail.com
- Richard A. Barkasy   rbarkasy@schnader.com
- Daniel I. Barness   dbarness@smhbhlaw.com, dibarness@yahoo.com
- Michael Jason Barrie   mbarrie@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com
- Ryan M. Bartley   bankfilings@ycst.com
- Leonora K. Baughman   lbaughman@kaalaw.com, ecf@kaalaw.com
- Sean Matthew Beach   bankfilings@ycst.com
- Sean Matthew Beach   bankfilings@ycst.com
- Christopher R. Belmonte   cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Don A. Beskrone   dbeskrone@ashby-geddes.com
- Jennifer Leigh Best   jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
- Robert K. Beste   rbeste@cohenseglias.com, swilliams@cohenseglias.com,susdin@cohenseglias.com,searle@cohenseglias.com
- Ian Connor Bifferato   cbifferato@bifferato.com, mstewart@tbf.legal
- Ian Connor Bifferato   cbifferato@tbf.legal, mstewart@tbf.legal
- Karen C. Bifferato   kbifferato@connollygallagher.com
- Danielle S. Blount   dblount@foxrothschild.com, dkemp@foxrothschild.com
- Joseph J. Bodnar   jbodnar@BodnarLaw.net, jjbodn@aol.com
- Hilary B Bonial   notice@bkcylaw.com
- William Pierce Bowden   wbowden@ashby-geddes.com

- Donald J. Bowman    bankfilings@ycst.com
- Robert S. Brady    bankfilings@ycst.com
- Patrick M. Brannigan    pbrannigan@crosslaw.com
- Timothy W. Brink    tbrink@mpslaw.com, dnichols@mpslaw.com
- Amy D. Brown    abrown@margolisedelstein.com, aorsini@margolisedelstein.com
- Charles J. Brown    cbrown@gsbblaw.com, dabernathy@archerlaw.com
- Stuart M. Brown    stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- Mark Browning    BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
- William J. Burnett    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- John W. Butler    info@butler-butler.com, jbutler@butler-butler.com
- Mary Caloway    mary.caloway@bipc.com, annette.dye@bipc.com
- David W. Carickhoff    dcarickhoff@archerlaw.com, de20@ecfcbis.com
- John T. Carroll    jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
- Marc Stephen Casarino    casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Janet Z. Charlton    de-ecfmail@mwc-law.com, kdoughty@mwc-law.com
- Mark S. Chehi    mark.chehi@skadden.com, debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Legrand L. Clark, III    legrand.clark@atg.in.gov, james.green@atg.in.gov
- M. Blake Cleary    bankfilings@ycst.com
- Lisa L. Coggins    lcoggins@3200law.com
- Ronald L. Cohen    cohen@sewkis.com
- Jacob Charles Cohn    jcohn@gordonrees.com, tdonahue@gordonrees.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
- Mark D. Collins    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Kelly M. Conlan    kconlan@connollygallagher.com
- Nancy A. Connery    nconnery@schoeman.com, jspin@schoeman.com;gcarrion@schoeman.com
- L. Jason Cornell    jcornell@foxrothschild.com, slynch@foxrothschild.com
- Victoria W. Counihan    victoria.counihan@state.de.us
- Curtis J Crowther    bankfilings@ycst.com, ccrowther@ycst.com
- Donna L. Culver    dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

- Donna L. Culver   dculver@mnat.com, mdecarli@mnat.com;aconway@mnat.com;rfusco@mnat.com
- Julius O. Curling   curlingj@michigan.gov
- Teresa K.D. Currier   tcurrier@saul.com, tbuck@saul.com
- Tobey M. Daluz   daluzt@ballardspahr.com
- Charlene D. Davis   bankserve@bayardlaw.com, cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;sfetrow@bayardlaw.com
- Martin J. Davis   martin.davis@ots.treas.gov
- John D. Demmy   jdd@stevenslee.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Brenna Anne Dolphin   bdolphin@morrisjames.com
- John T. Dorsey   bankfilings@ycst.com
- Kristi J. Doughty   de-ecfmail@mwc-law.com, kdoughty@mwc-law.com
- Thomas F. Driscoll   tdriscoll@tbf.legal, mdunwody@tbf.legal
- Peter James Duhig   pduhig@mcguirewoods.com, dtorres@mcguirewoods.com,lharris@mcguirewoods.com,kkarle@mcguirewoods.com,mreed@mcguirewoods.com
- Justin K. Edelson   jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Erin Edwards   bankfilings@ycst.com
- Jon M. Egan   jegan@eganlegalteam.com, mlauzier@eganlegalteam.com
- Adam R. Elgart   aelgart@mwm-law.com, asandoval@mwm-law.com
- Margaret Fleming England   mengland@gsbblaw.com
- Kenneth J. Enos   bankfilings@ycst.com
- Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
- William W. Erhart   erhart@erhartlaw.com
- Michael Seth Etkin   metkin@lowenstein.com
- Justin Cory Falgowski   jfalgowski@reedsmith.com, jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Brett D. Fallon   bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Bonnie Glantz Fatell   fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com
- Bonnie Glantz Fatell   fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
- Bonnie Glantz Fatell   fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
- Bonnie Glantz Fatell   fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
- Erin R Fay   efay@bayardlaw.com, lmorton@bayardlaw.com;sfetrow@bayardlaw.com

- Mark E. Felger    mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- David L. Finger    dfinger@delawgroup.com
- William R. Firth    wfirth@regerlaw.com
- Norman P. Fivel    norman.fivel@oag.state.ny.us
- David M. Fournier    fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Susan Hoffpauir Fuertes    bnkatty@aldineisd.org
- Samuel B. Garber    ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
- Ronald S. Gellert    rgellert@gsbblaw.com
- Jens-Peter Gieschen    jpgkwag@hmamail.com
- Alessandra Glorioso    glorioso.alessandra@dorsey.com
- Margaret Whiteman Greecher    bankfilings@ycst.com
- Margaret Whiteman Greecher    bankfilings@ycst.com
- James S. Green, Jr.    green@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
- Robert E. Greenberg    rgreenberg@dclawfirm.com, tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
- Norman Christopher Griffiths    cgriffiths@connollygallagher.com
- Karen M. Grivner    kgrivner@clarkhillthorpreed.com, sambrose@clarkhill.com
- Whitney Groff    ecfmail@aclawllp.com
- Nathan D. Grow    bankfilings@ycst.com
- Victoria A. Guilfoyle    guilfoyle@blankrome.com
- Victoria A. Guilfoyle    guilfoyle@blankrome.com
- Victoria A. Guilfoyle    guilfoyle@blankrome.com
- Virginia Whitehill Guldi    vguldi@zuckerman.com, cmeyer@zuckerman.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Eric J. Haber    ehaber@cooley.com
- Kara Hammond Coyle    bankfilings@ycst.com
- Jason W. Harbour    jharbour@hunton.com
- Lee Harrington    lharrington@nixonpeabody.com
- Donna L. Harris    dharris@phw-law.com
- Edwin J. Harron    bankfilings@ycst.com
- A. Michelle Hart    BkMail@prommis.com
- Lisa R. Hatfield    lhatfield@sterneisenberg.com, deecf@sterneisenberg.com;bkecf@sterneisenberg.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Curtis A. Hehn    chehn@pszjlaw.com
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com

{12250-001 AFF A0483549.DOCX}

- Amanda Winfree Herrmann   aherrmann@ashby-geddes.com
- R. Karl Hill   khill@svglaw.com, spappa@svglaw.com
- Adam Hiller   ahiller@hillerarban.com
- Luke Phillip Hodgin   luke.hodgin@atg.in.gov, james.green@atg.in.gov
- Daniel K. Hogan   dkhogan@dkhogan.com, keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
- Nancy Hotchkiss   nhotchkiss@trainorfairbrook.com
- James E. Huggett   jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Mark T Hurford   mhurford@camlev.com
- David W. Huston   smccoll@aol.com, dwh@hustonlaw.net;swaits@hustonlaw.net
- Mark S. Indelicato   mindelicato@hahnhessen.com, jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;lschlussel@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com;bhall@hahnhessen.com;dreinhart@hahnhessen.com
- Regina A. Iorii   riorii@werbsullivan.com
- Patrick A. Jackson   Patrick.jackson@dbr.com, joanne.miceli@dbr.com;tamara.stoner@dbr.com
- Roland Gary Jones   rgj@rolandjones.com, pacer.rolandjones@gmail.com
- Tyler B. Jones   notice@bkcylaw.com
- Michael Joseph Joyce   mjoyce@oelegal.com
- Rahil Kamran-Rad   rrad@wmd-law.com
- Dean Kawamoto   dkawamoto@kellerrohrback.com
- Benjamin W. Keenan   bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Carmella P. Keener   ckeener@rmgglaw.com
- Brya M. Keilson   bkeilson@gsbblaw.com
- Mark S. Kenney   mark.kenney@usdoj.gov
- Daniel C. Kerrick   daniel.kerrick@gmlaw.com
- William H. Kiekhofer   wkiekhofer@mayerbrownrowe.com
- Shelley A. Kinsella   sak@elliottgreenleaf.com
- Barry M. Klayman   bklayman@cozen.com
- Adam T Klein   atk@outtengolden.com
- Jeremy C. Kleinman   jkleinman@fgllp.com, ccarpenter@fgllp.com
- Steven K. Kortanek   skortanek@wcsr.com, jane.gorman@dbr.com;andrew.groesch@dbr.com;joann.miceli@dbr.com
- Edward Joseph Kosmowski   Ed@KosmowskiLaw.com, edkosmowski@aol.com
- Denise Seastone Kraft   denise.kraft@dlapiper.com, denise-kraft-1290@ecf.pacerpro.com
- Jordan A. Kroop   JKroop@perkinscoie.com, KHardy@perkinscoie.com,docketphx@perkinscoie.com

- David R. Kuney   dkuney@wtplaw.com, nwest@wtplaw.com
- Carl N Kunz   ckunz@morrisjames.com
- Carl N. Kunz   ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Adam G. Landis   landis@lrclaw.com, raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Michael R. Lastowski   mlastowski@duanemorris.com
- Ryan O. Lawlor   ryan.lawlor@bryancave.com
- Kimberly Ellen Connolly Lawson   klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Steven R. Lefkofsky   tszewczul@lgpclaw.com
- Raymond H. Lemisch   rlemisch@klehr.com
- Scott J. Leonhardt   leonhardt@teamrosner.com
- Ira M. Levee   ilevee@lowenstein.com, krosen@lowenstein.com
- Scott K. Levine   slevine@platzerlaw.com, esalan@platzerlaw.com;tsadutto@platzerlaw.com
- R. Frederick Linfesty   bankruptcy@ironmountain.com
- Derek W. Loeser   dloeser@kellerrohrback.com
- Nancy F. Loftus   Nancy.Loftus@fairfaxcounty.gov
- Christopher Dean Loizides   loizides@loizides.com
- Russell S. Long   , ahalase@dkattorneys.com,gmueller@dkattorneys.com
- Sherry Lowe Johnson   sjohnson@dilworthlaw.com
- Matthew Barry Lunn   bankfilings@ycst.com
- Gabriel R. MacConaill   gmacconaill@sidley.com, bankruptcy@potteranderson.com
- Thomas G. Macauley   bankr@zuckerman.com
- Jason M. Madron   madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Robert W. Mallard   mallard.robert@dorsey.com
- Sean D. Malloy   smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Kevin J. Mangan   kmangan@wcsr.com, hsasso@wcsr.com;chfitzgerald@wcsr.com
- Kevin Scott Mann   kmann@crosslaw.com, smacdonald@crosslaw.com
- Jeffrey S. Margolin   margolin@hugheshubbard.com, lubell@hugheshubbard.com;corp-reorg-department-7318@ecf.pacerpro.com
- Michelle E. Marino   michelle.marino@dlapiper.com, carolyn.fox@dlapiper.com,efiling@dlapiper.com
- R. Craig Martin   craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- David B. McCall   bankruptcy@ntexas-attorneys.com
- Robert A. McCall   rmccall@peabodyarnold.com

- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Garvan F. McDaniel    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
- Patricia P. McGonigle    pmcgonigle@svglaw.com, dclack@svglaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com, aenglund@orrick.com
- Matthew B. McGuire    mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Brian J. McLaughlin    bmclaughlin@monlaw.com
- Lisa Cresci McLaughlin    mmo@pgmhlaw.com
- Joseph J. McMahon    jmcmahon@ciardilaw.com, vfrew@ciardilaw.com;dchigges@ciardilaw.com;jclarke@ciardilaw.com
- R. Stephen McNeill    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com; meltzere@ecf.inforuptcy.com;molitorm@pepperlaw.com
- Rachel B. Mersky    rmersky@monlaw.com
- Michael E. Meyers    bdept@mrrlaw.net
- Michael P. Migliore    mpm@skjlaw.com
- Kathleen M. Miller    kmiller@skjlaw.com, llb@skjlaw.com
- Rick S. Miller    rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
- Stephan William Milo    smilo@wawlaw.com, jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
- Maribeth L Minella    bankfilings@ycst.com
- Mark Minuti    mminuti@saul.com, rwarren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
- Cynthia E Moh    cbaldwin@eapdlaw.com, charlotte.neuberger@dlapiper.com
- Joseph T. Moldovan    bankruptcy@morrisoncohen.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Francis A. Monaco    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- Norman M. Monhait    nmonhait@rmgglaw.com
- Eric J. Monzo    emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Martin A. Mooney    tshariff@schillerknapp.com, kcollins@schillerknapp.com
- Sheryl L. Moreau    deecf@dor.mo.gov
- Pauline K. Morgan    bankfilings@ycst.com
- Jeanne Morton    BankruptcyECFMail@mccallaraymer.com, jnm@mccallaraymer.com
- Michael P. Morton    mpmpa@aol.com, DZerbato@michaelpmorton.com;csaitis@michaelpmorton.com;nfaries@Michaelpmorton.com

- Zachary Mosner     bcumosner@atg.wa.gov
- Guy B. Moss     gmoss@riemerlaw.com
- Tina Niehold Moss     tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
- Lucian Borders Murley     lmurley@saul.com, rwarren@saul.com
- Kathleen A. Murphy     kmurphy@reedsmith.com
- Carl D. Neff     cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- Carl D. Neff     cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- Michael S. Neiburg     bankfilings@ycst.com
- Seth A. Niederman     sniederman@foxrothschild.com, dkemp@foxrothschild.com;r59257@notify.bestcase.com
- Jami B. Nimeroff     jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com
- William Novotny     WNovotny@dickinsonwright.com
- Edward Patrick O'Brien     eobrien@sbchlaw.com
- Mark D. Olivere     olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Joseph Orbach     jorbach@hahnhessen.com
- Michael K. Pak     mpak@mwc-law.com, michaelpak822@gmail.com
- Ricardo Palacio     rpalacio@ashby-geddes.com
- Mona A. Parikh     mona.parikh@bipc.com
- Tally F. Parker     shanimo1965@yahoo.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- James L. Patton     bankfilings@ycst.com
- James K. Pendergrass, Jr.     tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com
- John C. Phillips     tlb@pgslaw.com;SAA@pgslaw.com
- Marc J. Phillips     mphillips@mgmlaw.com
- Tanya E. Pino     tepino@prickett.com
- Dana S. Plon     dplon@sirlinlaw.com
- Laurie S. Polleck     lauriespolleck@aol.com, polleck@loizides.com
- Stephen B. Porterfield     sporterfield@sirote.com
- David P. Primack     dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
- Lucy Qiu     lqiu@reedsmith.com
- Jack A. Raisner     jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com
- Eric T. Ray     eray@balch.com, bevans@balch.com
- Michael Reed     sonya.ragsdale@mvbalaw.com
- Patrick J. Reilley     preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Richard W. Riley    rwriley@duanemorris.com
- Martha E. Romero    romero@dslextreme.com
- Martha E. Romero    romero@dslextreme.com
- Alan Michael Root    aroot@archerlaw.com
- George Rosenberg    grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us
- Frederick Brian Rosner    fbrosner@duanemorris.com
- Frederick Brian Rosner    rosner@teamrosner.com
- Sommer Leigh Ross    slross@duanemorris.com
- Sommer Leigh Ross    slross@duanemorris.com
- Brian Salwowski    bsalwowski@atg.state.in.us
- Christopher M. Samis    csamis@wtplaw.com
- Christopher M. Samis    csamis@wtplaw.com, clano@wtplaw.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Bradford J. Sandler    bsandler@pszjlaw.com
- Michael Savetsky    msavetsky@lowenstein.com
- Maria Aprile Sawczuk    marias@restructuringshop.com, marias@ecf.courtdrive.com
- Todd Charles Schiltz    todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
- Mary A. Schmergel    mary.schmergel@usdoj.gov
- Eric Lopez Schnabel    de.ecf@Dorsey.com
- Eric Lopez Schnabel    de.ecf@Dorsey.com
- Edward L. Schnitzer    eschnitzer@hahnhessen.com, sthompson@hahnhessen.com;jorbach@hahnhessen.com;jzawadzki@hahnhessen.com;aladd@hahnhessen.com;rchatterjee@hahnhessen.com;eschnitzer@ecf.inforu
- Patricia H. Schrage    schragep@sec.gov
- Sandra G.M. Selzer    sselzer@macelree.com
- Michael R. Sew Hoy    michael.r.sew.hoy@usdoj.gov
- Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Kenneth P Silverman    KSilverman@SilvermanAcampora.com, LKatz@SilvermanAcampora.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Karen B. Skomorucha Owens    kskomorucha@ashby-geddes.com
- Ellen Slights    usade.ecfbankruptcy@usdoj.gov
- Elizabeth A. Sloan    sloan@blankrome.com
- Eric J. Snyder    esnyder@wilkauslander.com
- Marvin E Sprouse    msprouse@sprousepllc.com, sprouselawfirm@gmail.com

{12250-001 AFF A0483549.DOCX}

- Karen J. Stapleton    Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
- Catherine Steege    csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com;mroot@jenner.com;WHughes@jenner.com
- Amanda R. Steele    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;strattond@ecf.inforuptcy.com;molitorm@pepperlaw.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- Nicola G. Suglia    fleischercases@fleischerlaw.com
- Brian A. Sullivan    bsullivan@werbsullivan.com, hbelair@werbsullivan.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Eric Michael Sutty    ems@elliottgreenleaf.com
- Eric Michael Sutty    ems@elliottgreenleaf.com, sir@elliottgreenleaf.com
- Justin M. Swartz    jms@outtengolden.com
- Stanley B. Tarr    tarr@blankrome.com, moody@ecf.inforuptcy.com
- Gregory A. Taylor    gtaylor@ashby-geddes.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- William F. Taylor    bankdel@comcast.net, bankruptcydel@mccarter.com
- James C. Tecce    jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
- Christina M. Thompson    cthompson@connollygallagher.com
- James Tobia    jimtobia@comcast.net;bankserve@tobialaw.com
- Marikae G. Toye    marikae.toye@dol.lps.state.nj.us
- Robert A. Trodella, Jr.    rtrodella@jonesday.com
- Francis J. Trzuskowski    fjt@elzufon.com
- Travis N. Turner    bankfilings@ycst.com
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Annie Verdries    verdries@lbbslaw.com, Autodocket@lbbslaw.com
- Joel A. Waite    bankfilings@ycst.com
- Kimberly Luff Wakim    kwakim@thorpreed.com, jdingfelder@thorpreed.com
- Madeleine Carmel Wanslee    mwanslee@gustlaw.com
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jeffrey R. Waxman    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

{12250-001 AFF A0483549.DOCX}

- John R. Weaver    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- Gregory W. Werkheiser    gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Michael Gregory Wilson    michaelgwilson@zoho.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Kelly W. Wright    kwright@slco.org
- William G. Wright    wwright@capehart.com, jlafferty@capehart.com
- Michael W. Yurkewicz    myurkewicz@klehr.com
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com
- Craig J. Ziady    legal@cummings.com
- Sharon M Zieg    bankfilings@ycst.com

**Manual Notice Via U.S. First Class Mail**

The attached is a list of parties who are not on the list to receive email notice/service for this case and therefore require manual noticing/service.

Edward Schnitzer
Joseph Ohrbach
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801