**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*,[6]            :   Jointly Administered
                                                                :
                                    Debtors.                    :   **Re: D.I. _____**
---------------------------------------------------------------------- x

**ORDER GRANTING MOTION FOR AN ORDER EXTENDING**
**(1) THE GENERAL CLAIMS OBJECTION DEADLINE AND**
**(2) THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE**

Upon consideration of the *Motion for an Order Extending (1) The General Claims Objection Deadline and (2) The Administrative Claims Objection Deadline* (the "Motion");[7] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

---

[6] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

[7] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:22358453.1

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the General Claims Objection Deadline is extended through and including November 30, 2018; and it is further

ORDERED, that the Administrative Claims Objection Deadline is extended through and including November 30, 2018; and it is further

ORDERED, that this Order is without prejudice to the Plan Trustee's right to seek further extensions of the Claims Objection Deadlines; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation of this Order.

Dated: _____, 2017

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE