IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x  Chapter 11

In re:                                                                   :

                                                                         :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :

a Delaware corporation, et al., [1]                                      :  Jointly Administered

                                                                         :

      Debtors.                                                           :

------------------------------------------------------------------------ x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 18, 2017 AT 12:15 P.M. (ET)

| |
|---|
| **SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT.** |

## RESOLVED MATTERS

1.     Motion for an Order Extending (1) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11377, 9/20/17]

       Objection Deadline:    October 4, 2017 at 4:00 p.m. (ET)

       Related Documents:

              a)   Certificate of No Objection [D.I. 11381, 10/5/17]

              b)   Order Granting Motion for an Order Extending (1) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 11384, 10/6/17]

       Objections Filed:        None

       Status: An order has been entered.  No hearing is required.

2.     Third Motion for an Order Extending the Plan Trust Termination Date [D.I. 11378, 9/20/17]

       Objection Deadline:    October 4, 2017 at 4:00 p.m. (ET)

       Related Documents:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

    a)  Certificate of No Objection [D.I. 11382, 10/5/17]

    b)  Third Order Granting Motion for an Order Extending the Plan Trust
        Termination Date [D.I. 11383, 10/6/17]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

Dated: October 11, 2017
      Wilmington, Delaware          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                        */s/ Sean M. Beach*
                                        Sean M. Beach (No. 4070)
                                        1000 North King Street
                                        Wilmington, Delaware  19899
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        -and-

                                        HAHN & HESSEN LLP
                                        Mark S. Indelicato
                                        Jeffrey Zawadzki
                                        Alison M. Ladd
                                        488 Madison Avenue
                                        New York, New York 10022
                                        Telephone: (212) 478-7200
                                        Facsimile: (212) 478-7400

                                        *Co-Counsel to the Plan Trustee*

01:22432293.1