IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
                                    Debtors.                        :
                                                                    :
---------------------------------------------------------------------- x

**CONSENT ORDER GRANTING STELLA S. PILECKI RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION IN CONNECTION WITH THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS DATED FEBRUARY 18, 2009**

Upon consideration of the certification submitted by counsel for Stella S. Pilecki ("Pilecki"); and after due deliberation, and cause appearing therefor; it is hereby

ORDERED, that any injunction (the "Plan Injunction") and any stay pursuant to 11 U.S.C. § 362(a) or otherwise resulting from confirmation of the Amended Chapter 11 Plan of Liquidation of the Debtors dated February 18, 2009 [Docket No. 7029] (the "Plan") and/or by the order confirming the Plan [Docket No. 7042] (the "Confirmation Order"), is hereby dissolved and/or terminated, with respect to the commencement and prosecution by Pilecki of an action in the Court of Common Pleas of Montgomery County, Pennsylvania (the "Contemplated Quiet Title Action") seeking a judgment to satisfy the Mortgage dated February 19, 1992 and recorded in the Montgomery County Recorder of Deeds in Mortgage Book 6835, Page 50 *et. seq.* by Paul and Stella Pilecki in favor of PaineWebber Mortgage Finance, Inc. ("PaineWebber") in the original principal amount of $58,550 (the "Mortgage") with respect to the real property and improvements located at 41 Kearney Drive, Upper Gwynedd Township, Montgomery County, Pennsylvania, Parcel No. 56-00-04493-20-3 (the "Property"); and it is further

ORDERED, that no stay or injunction as a result of the commencement of the captioned bankruptcy cases or pursuant to the Plan or the Confirmation Order shall prevent the commencement and full litigation thereafter of the Contemplated Quiet Title Action; and it is further

ORDERED, that upon entry of this Consent Order, Pilecki may commence and fully litigate the Contemplated Quiet Title Action to final judgment and through any and all appeals; and it is further

ORDERED, that each of the parties to the Contemplated Quiet Title Action shall be solely responsible for all costs and expenses incurred by such party in connection with the Contemplated Quiet Title Action; and it is further

ORDERED, that if any suit or action is filed to enforce the terms of this Consent Order the prevailing party shall be entitled to recover reasonable attorneys' fees as fixed by the trial court and, if any appeal is taken from the decision of the trial court, reasonable attorneys' fees as fixed by the appellate court; and it is further

ORDERED, that the Plan Trust's rights regarding any violation of the automatic stay or Plan Injunction are expressly preserved to the extent that Pilecki acts in any way inconsistent with this Consent Order; and it is further

ORDERED, that, for the avoidance of doubt, nothing in this Consent Order is intended, nor shall it be construed, to authorize Pilecki to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors, the Plan Trust and/or the Plan Trustee; and it is further

ORDERED that, prior to filing the complaint commencing the Contemplated Quiet Title Action, Pilecki will send a draft copy of such complaint (via email) to counsel for the Plan

Trustee for review to confirm that the relief requested in such complaint is consistent with the relief permitted to be pursued; and it is further

ORDERED, that this Consent Order shall become effective immediately upon entry by this Court; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Consent Order.

Dated: ~~September~~ 10/12, 2017

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE