## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          Case No. 07-11047-CSS
                                                Chapter 11
AMERICAN HOME MORTGAGE
HOLDINGS, INC.

Debtor(s).

## NOTICE OF APPEARANCE

**Plaintiff**[12], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Lisa Hatfield, Esquire**
**Stern & Eisenberg Mid-Atlantic, PC**
**500 Creek View Road**
**Suite 304**
**Newark, DE 19711**

Dated this 24th day of October, 2017.

By:    */s/  Lisa Hatfield, Esquire*
        Lisa Hatfield, Esquire, Bar No:  4967
        Robert Masten, Bar No: 5033
        Stern & Eisenberg Mid-Atlantic, PC
        500 Creek View Road
        Suite 304
        Newark, DE 19711
        Phone: (302) 731-7200
        Fax: (302) 731-7211
        lhatfield@sterneisenberg.com
        rmasten@sterneisenberg.com
        Attorney for Creditor

---

1    Full title of Creditor is as follows: New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.

2    This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.

3    For reference, the property address associated with the undersigned's representation is 5 Newman Road, Malden, MA 02148.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 24th day of October, 2017, to the following:

Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Rodney Square
Wilmington, DE 19801
bankfilings@ycst.com
*Attorney for Debtor(s)*

*Chapter11 Trustee*
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899
*U.S. Trustee*

and by standard first class mail postage prepaid to:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*Debtor(s)*

Dated this 24th day of October, 2017.

By:    ___/s/  Lisa Hatfield, Esquire___
Lisa Hatfield, Esquire, Bar No: 4967
Robert Masten, Bar No: 5033
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road, Suite 304,
Newark, DE 19711
Phone: (302) 731-7200
Fax: (302) 731-7211
lhatfield@sterneisenberg.com
rmasten@sterneisenberg.com
Attorney for Creditor