**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 2614 and 2949** |

**REQUEST FOR REMOVAL FROM MASTER AND**
**ECF SERVICE LISTS AND FROM ECF NOTIFICATIONS**

**PLEASE TAKE NOTICE** that Mark D. Olivere, Esquire of Chipman Brown Cicero & Cole, LLP, counsel of record for Countrywide Home Loans, Inc. hereby requests to be removed from all service lists, including all electronic service lists and the ECF notification system for the above-captioned cases. Please remove as follows:

>Mark D. Olivere (No. 4291)
>**CHIPMAN BROWN CICERO & COLE, LLP**
>Hercules Plaza
>1313 North Market Street, Suite 5400
>Wilmington, Delaware 19801
>Telephone:   (302) 295-0191
>Facsimile:    (302) 295-0199
>Email:          olivere@chipmanbrown.com
>                    dero@chipmanbrown.com
>                    mccloskey@chipmanbrown.com

Dated: November 1, 2017          **CHIPMAN BROWN CICERO & COLE, LLP**
          Wilmington, Delaware

                                                  */s/ Mark D. Olivere*
                                                  Mark D. Olivere (No. 4291)
                                                  Hercules Plaza
                                                  1313 North Market Street, Suite 5400
                                                  Wilmington, Delaware 19801
                                                  Telephone:    (302) 295-0191
                                                  Facsimile:     (302) 295-0199
                                                  Email:           olivere@chipmanbrown.com