## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          *

AMERICAN HOME MORTGAGE                         CASE No:  07-11047-CSS

HOLDINGS, INC., *et al.*        *               Chapter 11

                    Debtor(s),

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## 2 TRINITY AVE, WORCESTER, MA 01605

**AND CONSIDERATION** of the Motion for Relief from Automatic Stay  Under Section

362 of the Bankruptcy Code with respect to Real Property located at 2 Trinity Ave, Worcester,

MA 01605 (the "Motion") filed by MTGLQ Investors, L.P. (the "Movant"); the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and

1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause

exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any

rights and remedies against the real property located at 2 Trinity Ave, Worcester, MA 01605 (the

"Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**.  All capitalized

terms not otherwise defined herein shall have the respective meanings set forth in the Motion;

and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic

stay is modified solely with respect to Movant's interest in the Property. Movant is hereby

permitted to exercise its rights under applicable non-bankruptcy law against the property,

including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the

Property and all other legal remedies against the Property which may be available to MTGLQ Investors, L.P., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from deny that that they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Dated: _____                          _____
                                                     The Honorable Christopher S. Sontchi
                                                     United States Bankruptcy Court Judge