**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | | CASE No: 07-11047-CSS |
| HOLDINGS, INC., *et al.* | * | Chapter 11 |
| Debtor(s), | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF MOTION**

To:

**VIA US MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747


**VIA US MAIL**
Donald J. Bowman, Jr., Esq.
Joel A. Waite, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391


**VIA US MAIL**
U.S. Trustee
Office of United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035


**VIA US MAIL**
Bonnie Glantz Fatell, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

**<u>VIA US MAIL</u>**
David W. Carickhoff, Esq.
Alan Michael Root, Esq.
Archer & Greiner, P.C.
300 Delaware Ave, Suite 1100
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non bankruptcy rights with respect to the real property and improvements thereon known as 5 Newman Road, Malden, MA 02148.

**HEARING ON THE MOTION WILL BE HELD ON December 13 at 12:30 P.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE November 27, 2017. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

> Lisa R. Hatfield,
> Stern & Eisenberg Mid Atlantic, P.C.
> 500 Creek View Road, Suite 304
> Newark, DE 19711

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing as determined by the Court.

The attorneys for the parties shall confer with respect to issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Dated: November 15, 2017            Respectfully submitted,

                                               /s/  Lisa R. Hatfield          .
Lisa R. Hatfield, BAR# 4967
Robert I. Masten, Jr., BAR# 5033
Stern & Eisenberg Mid Atlantic, P.C.
500 Creek View Road, Suite 304
Newark, DE 19711
Ph:  302-731-7200
lhatfield@sterneisenberg.com
Attorney for Movant