**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                              *
AMERICAN HOME MORTGAGE                      CASE No: 07-11047-CSS
HOLDINGS, INC., *et al.*                *       Chapter 11
      Debtor(s),

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on November 13, 2017, copies of the foregoing Motion for

Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion; and

proposed Order were served upon the parties listed on the below in the manner stated:

**<u>VIA US MAIL</u>**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**<u>VIA US MAIL</u>**
Donald J. Bowman, Jr., Esq.
Joel A. Waite, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**<u>VIA US MAIL</u>**
U.S. Trustee
Office of United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

**<u>VIA US MAIL</u>**
Bonnie Glantz Fatell, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

**VIA US MAIL**
David W. Carickhoff, Esq.
Alan Michael Root, Esq.
Archer & Greiner, P.C.
300 Delaware Ave, Suite 1100
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

Dated: November 15, 2017                Respectfully submitted,

                                           /s/  Lisa R. Hatfield             .
                                      Lisa R. Hatfield, BAR# 4967
                                      Robert I. Masten, Jr., BAR# 5033
                                      Stern & Eisenberg Mid Atlantic, P.C.
                                      500 Creek View Road, Suite 304
                                      Newark, DE 19711
                                      Ph:  302-731-7200
                                      lhatfield@sterneisenberg.com
                                      Attorney for Movant