## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:                                                               :        Chapter 11

                                                                     :

AMERICAN HOME MORTGAGE                                                :        Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,[1]                   :

                                                                     :        Jointly Administered

     Debtors.                                                      :

                                                                     :        **Re: Docket Nos. 7029, 11161 & 11261**

----------------------------------------------------------------- x

## NOTICE OF NON-NEGOTIATED DISTRIBUTIONS

**PLEASE TAKE NOTICE THAT** on November 4, 2016, the United States Bankruptcy

Court for the District of Delaware entered the *Order Pursuant to §§ 105 and 1142 of the*

*Bankruptcy Code (I) Authorizing Second Distribution to Holders of Allowed General Unsecured*

*Claims and (II) Granting Related Relief, Including Clarification of the Plan and Enforcement of*

*Certain Plan Provisions and Court Orders* [D.I. 11261] (the "Distribution Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on or about April 7, 2017, Steven D.

Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the

*Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* [D.I.

7029] (the "Plan") in connection with the chapter 11 cases of the above-captioned debtors (the

"Debtors"), began making a second distribution[3] under the Plan to Holders of Allowed General

Unsecured Claims (collectively, the "Distributions").[4]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 6743, Ellicott City, MD 21042.

[2]     All terms used but not defined herein shall have the meaning ascribed to such terms in the Distribution Order.

[3]     Beginning on or about May 15, 2015, the Plan Trustee made an initial distribution (the "First Distribution") under the Plan to Holders of Allowed General Unsecured Claims.  *See Notice of Unclaimed Distributions* [D.I. 11161].

**PLEASE TAKE FURTHER NOTICE THAT** the Distributions identified on the schedule attached hereto as <u>**Exhibit A**</u> (i) were returned to the Plan Trustee for lack of a current address for the Holder or otherwise (the "<u>Undeliverable Distributions</u>"), (ii) were not claimed by the Holder (the "<u>Unclaimed Distributions</u>"), or (iii) have not been cashed or otherwise presented for collection by the Holder (collectively with the Undeliverable Distributions and the Unclaimed Distributions, the "<u>Non-negotiated Distributions</u>").

**PLEASE TAKE FURTHER NOTICE THAT** Holders of Non-negotiated Distributions who wish to receive payment on account of such Non-negotiated Distributions must respond to this notice no later than January 8, 2018 (the "<u>Response Deadline</u>").  Responses should be directed to Lynn K. Smalley at (i) AHM Liquidating Trust, P.O. Box 6743, Ellicott City, MD 21042, (ii) general@americanhm.com, or (iii) 631-393-6230.

*Remainder of Page Left Blank By Intention*

---

[4]     In addition, on March 14, 2017, the Plan Trustee reissued certain checks from the First Distribution.  On May 22, 2017, the Plan Trustee made a distribution to certain employees who held Allowed General Unsecured Claims.

01:22357123.5

**PLEASE TAKE FURTHER NOTICE THAT**, if a response is not received by the Response Deadline, then, in accordance with the Distribution Order, (i) the Holder of such Claim shall cease to be entitled to the Non-negotiated Distribution made on account of such Claim, (ii) the Non-negotiated Distribution shall revert to the Plan Trust, and (iii) the Claim of such Holder shall be deemed (A) disallowed and expunged for purposes of further Distributions under the Plan and (B) satisfied and released, with no recourse to the Plan Trust, the Plan Trustee or the Plan Trust Assets, to the same extent as if payment or distribution had been made to such Holder in accordance with the Plan.

Dated:  December 7, 2017
        Wilmington, Delaware

                   YOUNG CONAWAY STARGATT & TAYLOR, LLP

                   */s/ Elizabeth S. Justison*
                   Sean M. Beach (No. 4070)
                   Elizabeth S. Justison (No. 5911)
                   Rodney Square
                   1000 North King Street
                   Wilmington, Delaware 19801
                   Telephone: (302) 571-6600
                   Facsimile: (302) 571-1253

                   -and-

                   HAHN & HESSEN LLP
                   Mark S. Indelicato
                   488 Madison Avenue
                   New York, New York 10022
                   Telephone:  (212) 478-7200
                   Facsimile: (212) 478-7400

                   *Counsel for the Plan Trustee*

**EXHIBIT A**

**Non-negotiated Distributions**

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 1-800-GOT-JUNK COMMERCIAL SERVICES (USA), LLC. 300-1523 WEST 3RD AVENUE VANCOUVER BC V6J 1J8 | 1000020 | 04/07/2017 | 11810 | $61.24 |
| 445 DOLLEY MADISON ROAD LLC 445 DOLLEY MADISON ROAD SUITE 400 GREENSBORO NC 27410- | 7585 | 04/07/2017 | 11523 | $100.55 |
| A & A APPRAISAL, INC. 8600 MIDVALE RD YAKIMA WA 98908-9327 | 1045 | 04/07/2017 | 11254 | $64.04 |
| A NEW DAWN HYPNOSIS CENTER 2117 S FLETCHER AVE FERNANDINA FL 32034-4527 | 3148 | 04/07/2017 | 11401 | $76.90 |
| A-1 APPRAISAL SERVICES, INC ATTN STEVE JENNINGS, OWNER 1012 W ILES AVE SPRINGFIELD IL 62704- | 4466 | 04/07/2017 | 11437 | $77.86 |
| ACCESS STAFFING POB # 768 MIDTWN STA NYC NY 10018- | 1001480 | 04/07/2017 | 11816 | $52.15 |
| ADORNO & YOSS 2525 PONCE DE LEON BLVD, STE 400 MIAMI FL 33134- | 1001920 | 04/07/2017 | 11818 | $53.65 |
| ADP INC POB 9001006 LOUISVILLE KY 40290-1006 | 1002010 | 04/07/2017 | 11819 | $61.55 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| AKI LLC<br>240 E TUDOR RD STE 130<br>ANCHORAGE AK 99503-7244 | 8564 | 04/07/2017 | 11624 | $104.17 |
| AMERICAN COMMERCIAL REALTY<br>324 DATURA ST STE 102<br>WEST PALM BCH FL 33401-5415 | 1004980 | 04/07/2017 | 11825 | $98.28 |
| AMERICAN CORPORATE RECORD CNTR<br>135 SPAGNOLI RD STE 2<br>MELVILLE NY 11747-3521 | 1005010 | 04/07/2017 | 11826 | $198.75 |
| AMERICA'S CUTTING EDGE RE SER.<br>155 PASSAIC AVE STE 200<br>FAIRFIELD NJ 07004-3562 | 1004920 | 04/07/2017 | 11824 | $51.27 |
| APPRAISAL GIRLS, INC., THE<br>ATTN NATALIE WASHKO, PRESIDENT<br>2133 SANTINA AVE<br>LAS VEGAS NV 89123- | 1210 | 04/07/2017 | 11266 | $65.93 |
| APPRAISALL<br>ATTN PRESIDENT<br>635 E. FIRST ST. SUITE 452<br>TUSTIN CA 92780- | 1348 | 04/07/2017 | 11274 | $60.90 |
| AQUINO, RODOLFO V., III<br>1543 KEM WAY<br>WALNUT CA 91789- | 706 | 04/07/2017 | 11245 | $65.49 |
| ASCOM HASLER/GE CAP PROG<br>PO BOX 802585<br>CHICAGO IL 60680- | 1008420 | 04/07/2017 | 11829 | $55.88 |
| ASPETUCK SYSTEMS, INC.<br>ATTN MICHAEL GABRIELE<br>200 CONNECTICUT AVENUE<br>NORWALK CT 06854- | 632 | 04/07/2017 | 11242 | $490.55 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| AT&T MOBILITY<br>AT&T CREDIT &<br>COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR,<br>SUITE 103<br>FORT WORTH TX 76155- | 1009070 | 04/07/2017 | 11831 | $2,148.14 |
| AT&T YELLOW PAGES<br>AT&T CREDIT &<br>COLLECTIONS - KATIE MEIER<br>15100 FAA BLVD., 1ST FLOOR,<br>SUITE 103<br>FORT WORTH TX 76155- | 1009120 | 04/07/2017 | 11832 | $70.13 |
| ATT LONG DISTANCE<br>POB 660688<br>DALLAS TX 75266-0688 | 1010960 | 04/07/2017 | 11836 | $68.73 |
| ATT<br>POB 8100<br>AURORA IL 60507-8100 | 1010150 | 04/07/2017 | 11834 | $64.46 |
| BALLARD SPAHR ANDREWS &<br>INGERSOLL<br>300 E LOMBARD ST    19TH FL<br>BALT MD 21202-3268 | 1011980 | 04/07/2017 | 11838 | $510.56 |
| BARBOSA V. DANA CAPITAL<br>GROUP, INC.,<br>7-1724, WILLIAM P. COFFIN,<br>ESQ<br>100 NORTH 4TH STREET<br>EASTON PA 18042- | 8964 | 04/07/2017 | 11677 | $2,377.40 |
| BELLSOUTH<br>TELECOMMUNICATIONS, INC.<br>ATTN LINDA GOODIN<br>220 SOUTH ST. ROOM 317<br>GASTONIA NC 28052- | 1936 | 04/07/2017 | 11337 | $182.95 |
| BERGUM, STAN, JR.<br>5190 RANCHO MADERA ROAD<br>SAN DIEGO, CA 92130 | 7638.02 | 5/22/2017 | 9647 | $1,201.92 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| BILL CAMPBELL APPRAISALS 27498 N 86TH LN PEORIA AZ 85383-4814 | 1183 | 04/07/2017 | 11263 | $60.65 |
| BILL CAMPBELL APPRAISALS 27498 N 86TH LN PEORIA AZ 85383-4814 | 1184 | 04/07/2017 | 11264 | $55.86 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP. 07 SC 4444 N STEVENS/C COOK LAW OFFICES 41040 N. RTE 85 ANTIOCH IL 60002- | 3008 | 04/07/2017 | 11397 | $118.09 |
| BLACKFIN REALTY TRUST C/O CRUISE PROPERTIES 120 TORREY ST. BROCKTON MA 02301- | 1016990 | 04/07/2017 | 11844 | $51.27 |
| BLOMBERG, RONALD S P.O. BOX 1416 OXFORD, GA 30054 | 2413 | 5/22/2017 | 9622 | $399.01 |
| BLOMMER PETERMAN, SC 165 BISHOPS WAY BROOKFIELD WI 53005-6235 | 1017300 | 04/07/2017 | 11845 | $65.06 |
| BLUEGRASS REAL ESTATE WEEKLY PO BOX 910794 LEXINGTON KY 40591-0794 | 5047 | 04/07/2017 | 11448 | $72.03 |
| BOULDER REALTY GROUP, LLC 3005 CENTER GREEN DR STE 100 BOULDER CO 80301-2298 | 1018350 | 04/07/2017 | 11847 | $76.90 |
| BRAVEPOINT ATTN JOHN HARLOW, PRESIDENT 5000 PEACHTREE INDUSTRIAL BLVD, STE 100 NORCROSS GA 30071- | 7976 | 04/07/2017 | 11564 | $2,123.79 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| BROOKWOOD TAMARAC PLAZA INVESTORS, LLC C/O STEVEN W. KELLY SILVER & DEBOSKEY, P.C., 1801 YORK ST DENVER CO 80206- | 6164 | 04/07/2017 | 11489 | $456.80 |
| BUSINESS WIRE, INC. ATTN SARAH FINE, COLLECTIONS SUPERVISOR 44 MONTGOMERY STREET, 39TH FL SAN FRANCISCO CA 94164- | 1606 | 04/07/2017 | 11290 | $64.08 |
| CADRE GROUP, LLC 60 KATONA DR STE 27 FAIRFIELD CT 06824- | 4 | 04/07/2017 | 11203 | $136.54 |
| CAL-PACIFIC BUSINESS MACHINES INC ATTN JOHN SANTNER 9610 S. LA CIENEGA BLVD INGLEWOOD CA 90301- | 6509 | 04/07/2017 | 11499 | $65.61 |
| CAMBRIDGE VALUATION SERVICES P.O. BOX 181 ATTN THOMAS WM CAMBRIDGE PRESIDENT OWNER MONTCHANIN DE 19710- | 8019 | 04/07/2017 | 11570 | $80.37 |
| CANYON CREST TOWNE CENTRE, LLC C/O CANYON CREST MGMT, STE 150 5225 CANYON CREST DR BLDG 100 RIVERSIDE CA 92507- | 1022610 | 04/07/2017 | 11850 | $70.05 |
| CAPITAL GROWTH FINANCIAL PO BOX 1564 BOCA RATON FL 33429-1564 | 1022880 | 04/07/2017 | 11851 | $76.90 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| CDBURBRIDGE & ASSOCIATES 330 COUNTRY CLUB LN ATLANTIC BCH FL 32233-5503 | 861 | 04/07/2017 | 11248 | $57.76 |
| CHARLES COUNTY, MD % M MEYERS/MEYERS RODBELL & ROSENBAUM 6801 KENILWORTH AVE, STE 400 RIVERDALE PARK MD 20737-1385 | 6638 | 04/07/2017 | 11504 | $66.96 |
| CHEN, KANGYI 1578 MARTEN AVE SW ALBANY OR 97321- | 4908 | 04/07/2017 | 11445 | $76.90 |
| CHILL CHILL & RADTKE 79 W MONROE ST STE 1305 CHICAGO IL 60603- | 1026440 | 04/07/2017 | 11856 | $59.92 |
| COMCAST POB 827554 ACCT 900480763 PHIL PA 19182-7554 | 1030830 | 04/07/2017 | 11863 | $60.73 |
| CONSUMERTRACK INC 2381 ROSECRANS AVE STE 336 EL SEGUNDO CA 90245- | 3050 | 04/07/2017 | 11399 | $190.98 |
| CORINA SHAW 1511 E STONEHENGE DR SYCAMORE IL 60178-2646 | 1032580 | 04/07/2017 | 11866 | $76.90 |
| COUNTRYWIDE 4500 PARK GRANADA CALABASAS CA 91302- | 1033240 | 04/07/2017 | 11868 | $77.93 |
| CT NETWORKS ATTN ROY LANGHAMER, COO PO BOX 11054, 125 WIRELESS BLVD HAUPPAUGE NY 11788- | 7055 | 04/07/2017 | 11512 | $1,059.70 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| D M VALUATION, INC. ATTN DAVID DESKG, OWNER 15195 FARMINGTON RD # A-6 LAVONIA MI 48154- | 5705 | 04/07/2017 | 11472 | $70.32 |
| D'ARGENIO & ASSOCIATES, INC. ATTN DENNIS D'ARGENIO P.O. BOX 149 ELDERSBURG MD 21784- | 8048 | 04/07/2017 | 11572 | $69.69 |
| DARTMOUTH VENTURES LLC 19354B MILLER ROAD REHOBOTH DE 19971- | 1036200 | 04/07/2017 | 11872 | $82.69 |
| DAVIS BROWN KOEHN SHORS & ROBERTS % M LAUGHLIN, SHRHLDR/THE FINANCIAL CTR 666 WALNUT ST., STE., 2500 DES MOINES IA 50309-3989 | 7667 | 04/07/2017 | 11534 | $57.30 |
| DENNIS, DEBORAH E 8056 FOREST GLEN DR PASADENA, MD 21122 | 8649.02 | 5/22/2017 | 9598 | $357.21 |
| DENNIS, DENNIS J. 12 WILDFLOWER TRL ROBBINSVILLE, NJ 08691 | 715.02 | 5/22/2017 | 9585 | $1,402.82 |
| DEROSA, JEREMY 31662 MAR VISTA AVE LAGUNA BEACH, CA 92651-8311 | 3319 | 5/22/2017 | 9574 | $277.85 |
| DEUTSCH, GWEN WARREN S. DANK, FRANK & ASSOCIATES, PC 500 BI-COUNTY BLVD., SUITE 112N FARMINGDALE NY 11735- | 10133 | 04/07/2017 | 11731 | $3,309.71 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| DEWEY & LEBOEUF LLP ATTENTION: JOANNE N VALENTINE 1271 AVENUE OF THE AMERICAS, SUITE 4300 NEW YORK NY 10020-1300 | 7654 | 04/07/2017 | 11533 | $1,955.19 |
| DOBSON APPRAISAL SERVICES ATTN MARK DOBSON, PRESIDENT 3380 E CAMPBELL ROAD GILBERT AZ 85234- | 9210 | 04/07/2017 | 11705 | $100.54 |
| DSTML, INC 1001 WARRENVILLE RD SUITE 110 LISLE IL 60532- | 1045820 | 04/07/2017 | 11878 | $75.78 |
| EAST N. ST. ASSOC. LLC C/O ANDREW J WHITE, JR HAYNSWORTH SINKLER BOYD, PA, PO BOX 2048 GREENVILLE SC 29602-2048 | 5239 | 04/07/2017 | 11451 | $631.35 |
| ELITE APPRAISAL 25000 AVENUE STANFORD #111 VALENCIA CA 91355-1224 | 5067 | 04/07/2017 | 11449 | $61.53 |
| ELITE MEDIA WORKS ATTN EDIE BARNETT 357 W 36TH ST NEW YORK NY 10018- | 2171 | 04/07/2017 | 11352 | $57.77 |
| ENERGIZE YOUR SPACE ATTN SUSAN OR GARY PENDERGRAF 5720 3RD AVE WEST BRADENTON FL 34209- | 1048670 | 04/07/2017 | 11881 | $64.60 |
| ESENBERG 24426, LLC 4306 LAND O' LAKES LAND O' LAKES FL 34639- | 1049520 | 04/07/2017 | 11882 | $57.84 |
| EXPRESS SERVICES, INC PO BOX 730039 DALLAS TX 75373- | 1050290 | 04/07/2017 | 11883 | $62.53 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| FANNIE MAE<br>1957 HACKETT DR<br>WOODLAND CA 95776- | 1050780 | 03/14/2017 | 11195 | $196.53 |
| FANNIE MAE<br>7900 MIAMI LAKES DRIVE WEST<br>MIAMI LAKES FL 33016- | 1050790 | 03/14/2017 | 11196 | $74.37 |
| FAZIO, WILLIAM<br>2764 SHAUGHNESSY DR<br>WELLINGTON, FL 33414 | 6979.02 | 5/22/2017 | 9558 | $48.53 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS<br>ATTN RICHARD SPAETH, MANAGER<br>4 FIRST AMERICAN WAY<br>SANTA ANA CA 92707- | 1615 | 04/07/2017 | 11291 | $924.08 |
| FIRST HORIZON HOME LOANS<br>4000 HORIZON WAY<br>IRVING TX 75063- | 5992 | 04/07/2017 | 11479 | $125.92 |
| G. MELO LLC<br>C/O METRO MGMT SERVICES LLC<br>8230 LEESBURG PIKE, #510<br>VIENNA VA 22182- | 1056040 | 04/07/2017 | 11892 | $68.06 |
| GLENBOROUGH FUND V, WASHINGTON LLC<br>% GLEN DRESSER/G DRESSER LAW OFFICES<br>12650 RIVERSIDE DR., STE 100<br>N. HOLLYWOOD CA 91607- | 2349.01 | 04/07/2017 | 12029 | $848.03 |
| GMAC MORTGAGE, LLC<br>C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL<br>465 SOUTH ST., STE 202<br>MORRISTOWN NJ 07960- | 5996.01 | 04/07/2017 | 12038 | $375.69 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| GREAT AMERICAN LEASING CORP.<br>8742 INNOVATION WAY<br>CHICAGO IL 60682-0087 | 1059990 | 04/07/2017 | 11898 | $61.01 |
| HANJIN SHIPPING CO., LTS<br>80 E STATE RT 4 STE 490<br>PARAMUS NJ 07652-2655 | 1062450 | 04/07/2017 | 11900 | $67.94 |
| HARMONHOMES.COM<br>ATTN BETTY LAMBIOTTE<br>P.O. BOX 9277<br>CANTON OH 44711- | 8013 | 04/07/2017 | 11569 | $63.38 |
| HART, GEORGE<br>4541 PATRICK DR<br>KENNESAW, GA 30144 | 751063201 | 5/22/2017 | 9541 | $341.68 |
| HASLER, INC.<br>ARMSCO INC<br>ATTN SHEILA M NULL, PO BOX 1345<br>ENGLEWOOD FL 34295- | 9254 | 04/07/2017 | 11711 | $71.09 |
| HEATH, ANDREW P<br>3734 WILD ROSE LOOP<br>WEST LINN, OR 97068-7235 | 8577.02 | 5/22/2017 | 9667 | $860.21 |
| HOPP & SHORE, LLC<br>ROBERT J. HOPP, ESQ.<br>POST OFFICE BOX 8539<br>DENVER CO 80201- | 9261 | 04/07/2017 | 11712 | $50.43 |
| HOUSTON, T. CRAIN<br>PO BOX 59<br>3029 BLACK ROCK RD<br>BUTLER, MD 21023 | 729 | 5/22/2017 | 9523 | $49.36 |
| HOUSTON, TRUXTUN CRAIN JR.<br>PO BOX 59<br>BUTLER, MD 21023 | 7735.02 | 5/22/2017 | 9597 | $690.86 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| HYATT REGENCY TECH CENTER ATTN PASCAL TERRAZ, CONTROLLER 7800 EAST TUFTS AVENUE DENVER CO 80237- | 2902 | 04/07/2017 | 11389 | $55.94 |
| ICON ADVISORY GROUP, INC 401- D N. EDGEWORTH STREET GREENBORO NC 27401- | 1068360 | 04/07/2017 | 11907 | $83.68 |
| INFORMATICA CORP ATTN MAHA KHOURY / CREDIT & COLLECTIONS 100 CARDINAL WAY REDWOOD CITY CA 94063- | 40 | 04/07/2017 | 11210 | $1,514.22 |
| INTERNATIONAL MINUTE PRESS PO BOX 45538 BOISE ID 83711-5538 | 5610 | 04/07/2017 | 11468 | $77.20 |
| INTERTHINX P.O. BOX  27985 NEWYORK NY 10087-7985 | 1070650 | 04/07/2017 | 11913 | $297.84 |
| IRET - GOLDEN JACK, LLC % G SINGER, LINDQUIST & VENNUM 80 S. EIGHTH ST - IDS CTR STE. 4200 MINNEAPOLIS MN 55402- | 2082.01 | 04/07/2017 | 12028 | $691.08 |
| ISLAND MASTER LOCKSMITH 311 N BROADWAY JERICHO NY 11753-2014 | 1071150 | 04/07/2017 | 11916 | $74.64 |
| ITA APPRAISALS, INC. ATTN SHERYL PRENDERGAST - OFFICE MANAGER PO BOX 13146 NORFOLK VA 23506- | 1956 | 04/07/2017 | 11342 | $52.74 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| JENSEN APPRAISERS ATTN STEVEN A. JENSEN 10800 N. MILITARY TRL, STE 230 PALM BEACH GARDENS FL 33410- | 2237 | 04/07/2017 | 11357 | $56.51 |
| JOHNSON, PAUL B. SUN POINT APPRAISALS, INC. 8707 E VISTA BONITA DR STE 130 SCOTTSDALE AZ 85255- | 205 | 04/07/2017 | 11222 | $59.27 |
| KEISTER, JOHN 2117 CHRISTIAN ST. BALTIMORE MD 21223- | 4097 | 04/07/2017 | 11429 | $51.59 |
| KONICA  MINOLTA  BUS. SOLUTION P.O. BOX  371992 PITTSBURGH PA 15250-7992 | 1078690 | 04/07/2017 | 11927 | $67.08 |
| KRENGER REAL ESTATE ATTN JOHN R KRENGER 3304 NORTH HALSTED CHICAGO IL 60657- | 5627 | 04/07/2017 | 11470 | $64.08 |
| LANER MUCHIN DOMBROW % R BROWN/BECKER LEVING 515 N STATE ST, STE # 2800 CHICAGO IL 60610- | 6442 | 04/07/2017 | 11495 | $54.41 |
| LARSON, MISTY C/O CHRISTINA M. HENRY, ATTORNEY 1833 N 105TH STREET, SUITE 200 SEATTLE WA 98133- | 8686 | 04/07/2017 | 11640 | $932.31 |
| LASKO, JAMES 210 ELLINGTON AVE W GARDEN CITY, NY 11530-5067 | 225.02 | 5/22/2017 | 9512 | $89.12 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| LAW OFFICE OF DANIEL C CONSUEGRA ATTN:  DANIEL C. CONSUEGRA 9204 KING PALM DRIVE TAMPA FL 33619- | 8393 | 04/07/2017 | 11605 | $83.12 |
| LOEFFLER, RICHARD 8136 LIGHTHOUSE LANE WINDSOR, CO 80528 | 7091.02 | 5/22/2017 | 9636 | $2,255.21 |
| M & T BANK INVESTMENT GROUP DOCUMENT CNTR 693 SENECA ST., SUITE 415 BUFFALO NY 14210-1324 | 1084830 | 04/07/2017 | 11931 | $67.83 |
| MAIN STREET ENTERPRISES LLC 244 MAIN STREET GAITHERSBURG MD 20878- | 1085470 | 04/07/2017 | 11932 | $55.11 |
| MARKETWISE ADVISORS, LLC % JACOB A. BROWN, , AKERMAN SENTERFITT 50 N LAURA ST, STE 2500 JACKSONVILLE FL 32202- | 1565 | 04/07/2017 | 11286 | $1,104.40 |
| MAY, DAWN R. 4408 WORTH STREET DALLAS, TX 75246 | 10902.02 | 5/22/2017 | 9561 | $47.82 |
| MCKINNON APPRAISAL INC ATTN PAMELA L COHEN PO BOX 662 BREWER ME 04412- | 5453 | 04/07/2017 | 11463 | $75.35 |
| MCLANE, VANESSA P 12200 DENFORD WAY GLEN ALLEN, VA 23059 | 751089481 | 5/22/2017 | 9534 | $651.52 |
| METROPOLITAN LIFE INSURANCE COMPANY 1095 Avenue of the Americas New York NY 10036- | 8498.01 | 04/07/2017 | 12056 | $5,347.53 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| MIARIVIEVA CORP<br>170 SE 14TH STREET<br>#1408, ATTN: YANAI NASSAR<br>MIAMI FL 33131- | 2872 | 04/07/2017 | 11387 | $66.48 |
| MICHAUD, DAVID P.<br>1795 UPPER CHELSEA RCH<br>VIRGINIA BEACH, VA 23454 | 7184.02 | 5/22/2017 | 9612 | $235.70 |
| MICHIGAN RESIDENTIAL<br>APPRAISAL SVCS, LLC<br>ATTN LESLIE FORYS, OWNER<br>PO BOX 5305<br>PLYMOUTH MI 48170- | 1976 | 04/07/2017 | 11343 | $57.14 |
| MINNESOTA HOUSING<br>FINANCE<br>400 SIBLEY STREET SUITE 300<br>ST PAUL MN 55101- | 1092470 | 04/07/2017 | 11938 | $64.08 |
| MKD ORCHARD PARTNER, LP<br>625 IMPERIAL WAY<br>SUITE 5<br>NAPA CA 94559- | 1092980 | 04/07/2017 | 11939 | $51.30 |
| MORELLA, GENEVA<br>1718 FRIEDA LANE<br>BRYAN TX 77808- | 8387 | 04/07/2017 | 11600 | $1,971.84 |
| MORTGAGE INDUSTRY<br>ADVISORY CO<br>80 MAIDEN LANE<br>14TH FLOOR<br>NEW YORK NY 10038- | 1094850 | 04/07/2017 | 11940 | $93.23 |
| MRF1 LLC<br>1 MILL RIDGE LANE<br>CHESTER NJ 07930- | 1095560 | 04/07/2017 | 11941 | $54.74 |
| NACHMANN, SEFIKA<br>DBA PROFESSIONAL<br>APPRAISAL SERVICES LLC<br>1066 OL TOWN ROAD<br>CORAM NY 11727-3726 | 99 | 04/07/2017 | 11217 | $53.87 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| NATIONWIDE TITLE CLEARING INC 2100 ALT. 19 NORTH ATTN ERIKA LANCE SVP ADMIN PALM HARBOR FL 34683- | 3587 | 04/07/2017 | 11416 | $50.17 |
| NATIXIS U.S. Holding, Inc. 1251 Avenue of Americas 3rd Floor NEW YORK NY 10020- | 8918 | 04/07/2017 | 11675 | $1,679.94 |
| NIETO, DANIEL R 13 PANAMA STREET ALISO VIEJO, CA 92656 | 5102.02 | 5/22/2017 | 9650 | $310.79 |
| NORTHPOINT SOLUTIONS LLC ATTN WILLIAM LEWIS, CONTROLLER 130 W 42ND ST, STE 550 NEW YORK NY 10036- | 1036 | 04/07/2017 | 11253 | $69.02 |
| OAK TREE LODGE ATTN PETER DE CUIR 1412 SCHOOLHOUSE ROAD WALL-NEPTUNE NJ 07753- | 3669 | 04/07/2017 | 11420 | $65.89 |
| OCE' IMAGISTICS, INC P.O. BOX 856193 LOUISVILLE, KY 40285-6193 | 1100420 | 04/07/2017 | 11945 | $72.31 |
| OFFICEMAX ATTN ANNE FULLER CREDIT SUPERVISOR, 263 SHUMAN BLVD NAPERVILLE IL 60563-1255 | 9838.01 | 04/07/2017 | 12067 | $1,609.05 |
| ORTH & ASSOCIATES,INC 8217 SANTA ROSA CT SARASOTA FL 34243-3007 | 5974 | 04/07/2017 | 11478 | $70.95 |
| PERKINS, THOMAS J. 1009 OLD COUNTRY RD ELMSFORD, NY 10523 | 1285 | 5/22/2017 | 9509 | $58.28 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| PERRY, JOSEPH<br>470 W MAHOGANY CT<br>UNIT 606<br>PALATINE, IL 60067 | 8488.02 | 5/22/2017 | 9626 | $1,915.99 |
| PINER, CONNIE E.<br>C/O HARTZELL & WHITEMAN, LLP<br>2626 GLENWOOD AVENUE, SUITE 500<br>RALEIGH, NC 27608 | 8471 | 5/22/2017 | 9535 | $1,171.80 |
| PLANNED OFFICE<br>1320 E SAINT GERTRUDE PL<br>SANTA ANA CA 92705- | 1271 | 04/07/2017 | 11272 | $221.51 |
| QUICK MORTGAGE SERVICES, LLC<br>ATTN JOHN F TENOLD, MANAGING MEMBER<br>1500 W. FOURTH AVE, SUITE 410<br>SPOKANE WA 99201- | 5254 | 04/07/2017 | 11453 | $87.13 |
| RAMBLEWOOD SQUARE, LLC<br>PETER E. SHAPIRO, ESQ., SHUTTS & BOWEN<br>200 EAST BROWARD BLVD., STE 2100<br>FORT LAUDERDALE FL 33301- | 8776.01 | 04/07/2017 | 12062 | $165.25 |
| REALTY ASSOCIATES FUND VIII, L.P., THE<br>C/O JEFFREY D. HUPERT, ESQ.<br>30 NORTH LASALLE STREET, SUITE 2630<br>CHICAGO IL 60602- | 1004001 | 04/07/2017 | 11822 | $530.79 |
| REM PUBLISHING, LLC<br>DBA R.E. REAL ESTATE MAGAZINE<br>3036 LEAFWOOD DR SE<br>MARIETTA GA 30067- | 9 | 04/07/2017 | 11205 | $55.89 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| REMAX<br>14961 CHAIN LAKE RD<br>SUITE 149<br>MONROE WA 98272- | 1116260 | 04/07/2017 | 11962 | $69.21 |
| REMAX<br>21920 76TH AVE W STE 200<br>EDMONDS WA 98026-7980 | 1116250 | 04/07/2017 | 11961 | $56.39 |
| RESIDENTIAL FUNDING COMPANY, LLC<br>ROBINSON &LE, %: JOSEPH L. CLASEN,<br>666 THIRD AVE, 20TH FLR<br>NEW YORK NY 10017- | 8447 | 04/07/2017 | 11607 | $332.44 |
| RICOH AMERICAS CORP<br>POB 100189<br>PASADENA CA 91189-0189 | 1117910 | 04/07/2017 | 11963 | $60.39 |
| RMA CHAUFFEURED TRANSPORTATION<br>6010 EXECUTIVE BLVD SUITE 101<br>ROCKVILLE MD 20852- | 1119130 | 04/07/2017 | 11965 | $69.10 |
| RYAN, TIMOTHY F.<br>11 INDIGO PL<br>ALISO VIEJO CA 92656- | 3337 | 04/07/2017 | 11405 | $59.90 |
| SAN MATEO VENTURE, INC. D/B/A KELLER WILLIAMS REALTY<br>1528 S. EL CAMINO REAL<br>SAN MATEO CA 94402- | 1122350 | 04/07/2017 | 11967 | $76.90 |
| SARITA GROVE<br>C/O DANA BUTCHER ASSOCIATES<br>1690 W SHAW SUITE 220<br>FRESNO CA 93720- | 1122830 | 04/07/2017 | 11968 | $60.77 |
| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON TX 77021- | 10297 | 04/07/2017 | 11749 | $1,106.06 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| SEAWEB<br>% CHARLES A. MALLOY<br>ARNOLD & PORTER, 555<br>TWELFTH ST, N.W.<br>WASHINGTON DC 20004- | 8275 | 04/07/2017 | 11586 | $481.07 |
| SECURITY CONNECTIONS, INC<br>PO BOX 52006<br>IDAHO FALLS ID 83405- | 1124310 | 04/07/2017 | 11970 | $3,730.46 |
| SEGALL, ERIC<br>1952 MOUNT SHASTA DR<br>SAN PEDRO, CA 90732-1529 | 7365.02 | 5/22/2017 | 9567 | $317.51 |
| SHEPHERD, PATRICIA<br>9 E. WILLOW AVENUE<br>PHOENIX, AZ 85022 | 4230.02 | 5/22/2017 | 9637 | $923.33 |
| SIGNATURE APPRAISAL<br>GROUP<br>1418 LONG STREET<br>HIGH POINT NC 27262- | 2757 | 04/07/2017 | 11379 | $84.76 |
| SIMON, KIMBERLY J<br>961 HUMPHREY<br>BIRMINGHAM, MI 48009 | 4578.02 | 5/22/2017 | 9621 | $239.03 |
| SOMERMAN, STEVEN<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 6437.02 | 5/22/2017 | 9652 | $4,983.69 |
| STONE CREEK HOLDINGS, LLC<br>825 MID POINT DRIVE<br>O'FALLON MO 63366- | 1131810 | 04/07/2017 | 11975 | $56.39 |
| SUMMIT ASSET<br>MANAGEMENT<br>% CY ARIZONA, LLC.<br>8010 E MORGAN TRAIL STE 4<br>SCOTTSDALE AZ 85255- | 1132410 | 04/07/2017 | 11976 | $63.08 |
| SUNSHINE CUSTOM<br>CLEANING SERVICE<br>6005 IRENE DR<br>HOFFMAN ESTATES IL 60192- | 10256 | 04/07/2017 | 11746 | $56.65 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| TELESIGHT<br>ATTN ERIC MESSAMORE<br>820 N FRANKLIN STE 200<br>CHICAGO IL 60610- | 461 | 04/07/2017 | 11231 | $63.95 |
| THE CENTRE AT CHENAL LLC<br>17200 CHENAL PARKWAY<br>LITTLE ROCK AR 72222- | 1134960 | 04/07/2017 | 11983 | $76.66 |
| THE COTTAGES<br>APARTMENTS, LLC<br>C/O TRANSWESTERN COMM. SRV.<br>3478 BUSKIRK AVE.<br>PLEASANT HILL CA 94523- | 1135010 | 04/07/2017 | 11984 | $128.17 |
| THE EXCHANGE OFFICE BDLG.<br>1122 KENILWORTH DR<br>SUITE 401<br>TOWSON MD 21204- | 1135150 | 04/07/2017 | 11985 | $56.15 |
| THE GALLERY OF LOUISIANA, LLC<br>137 TAOS ST<br>SLIDEL LA 70458- | 1135280 | 04/07/2017 | 11986 | $54.19 |
| THE HERTZ CORPORTION<br>P.O. BOX 25485<br>OKLAHOMA CITY OK 73125- | 1135410 | 04/07/2017 | 11987 | $56.28 |
| THOMAS J. WEBER, SRA<br>DBA ASSOCIATED APPRAISAL & PROPERTY<br>SERVICES, 24072 IRON HEAD LANE<br>LAGUNA NIGUEL CA 92677- | 5256 | 04/07/2017 | 11455 | $56.51 |
| TOBIN, JENNIFER<br>10836 MOUNTSHIRE CIRCLE<br>HIGHLANDS RANCH CO 80126- | 8687 | 04/07/2017 | 11641 | $72.59 |
| TOWER PLACE L.P.<br>C/O REGENT PARTNERS LLC<br>3348 PEACHTREE RD. NE, SUITE 100<br>ATLANTA GA 30326- | 7572.01 | 04/07/2017 | 12041 | $741.03 |

01:22357123.5

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| TRACY CAUTHEN ENTERPRISES, INC ATTN TRACY R CAUTHEN JR PO BOX 2720 LANCASTER SC 29721- | 3565 | 04/07/2017 | 11413 | $57.76 |
| Tracy Martino-Hsu 8 Hovey Lane Hanover NH 03755- | 351 | 04/07/2017 | 11227 | $146.76 |
| TRANS-BOX SYSTEMS, INC. P.O. BOX 23400 OAKLAND CA 94623-0400 | 1139370 | 04/07/2017 | 11993 | $71.24 |
| TRANS-BOX SYSTEMS, INC. P.O. BOX 23400 OAKLAND CA 94623-0400 | 1139350 | 04/07/2017 | 11991 | $63.85 |
| TRANS-BOX SYSTEMS, INC. TBS COURIERS PO BOX 23400 OAKLAND CA 94623-0400 | 1139360 | 04/07/2017 | 11992 | $64.90 |
| TROTT & TROTT, P.C. MARCY J. FORD 31440 NORTHWESTERN HWY., SUITE 200 FARMINGTON HILLS MI 48334- | 1654 | 04/07/2017 | 11300 | $57.94 |
| UBS REAL ESTATE SECURITIES INC. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019- | 10788 | 04/07/2017 | 11790 | $23,900.65 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC D/B/A EMBARQ PO BOX 872967 KANSAS CITY MO 64187-2967 | 595 | 04/07/2017 | 11239 | $53.06 |
| VALLEY RIVER INN 1000 VALLEY RIVER WAY EUGENE OR 97401- | 1142430 | 04/07/2017 | 12001 | $86.18 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| VAN AUSDALL & FARRAR, INC<br>PO BOX 664250<br>INDIANAPOLIS IN 46266- | 1142500 | 04/07/2017 | 12002 | $74.73 |
| VENTURA AIR SERVICES, INC<br>8100 REPUBLIC AIRPORT<br>FARMINGDALE NY 11735- | 1143150 | 04/07/2017 | 12005 | $78.24 |
| VERIFICATION BUREAU<br>247 S W 8TH STREET<br>STE 147<br>MIAMI FL 33130- | 1143270 | 04/07/2017 | 12007 | $61.85 |
| VERIFICATION BUREAU<br>247 S.W.8TH STREET<br>SUITE 147<br>MIAMI FL 33130- | 1143250 | 04/07/2017 | 12006 | $53.14 |
| VERIZON<br>POB 1<br>WORCESTER MA 01654-0001 | 1144690 | 04/07/2017 | 12008 | $55.36 |
| VERIZON<br>POB 15124<br>ALBANY NY 12212-5124 | 1145050 | 04/07/2017 | 12010 | $59.14 |
| VINTAGE PARK LLC.<br>1508 EUREKA RD<br>SUITE 230<br>ROSEVILLE CA 95661-2819 | 1145930 | 04/07/2017 | 12011 | $56.12 |
| VRANA, DALE K.<br>PO BOX 651251<br>VERO BEACH FL 32965-1251 | 344 | 04/07/2017 | 11226 | $71.58 |
| W C I<br>POB 9497<br>SEATTLE WA 98109- | 6628 | 04/07/2017 | 11502 | $84.24 |
| W.C. J CONLIN<br>147 LOWER RD<br>CANAAN CT 06018- | 1146440 | 04/07/2017 | 12013 | $92.07 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| W2007 SEATTLE OFFICE BELLEFIED OFFICE PARK REALTY % SHAWN B. REDIGER - WILLIAMS KASTNER 601 UNION ST, STE 4100 SEATTLE WA 98101- | 1015801 | 04/07/2017 | 11840 | $1,048.07 |
| WASHINGTON, ANDRE 179 SCOTT ST NAUGATUCK, CT 06770-4315 | 6600 | 5/22/2017 | 9519 | $50.07 |
| WATERFALL SHOPPING CENTER INC. % W NOVOTNY/MARISCAL WEEKS MCINTYRE 2901 N CENTRAL AVE, STE 200 PHOENIX AZ 85012- | 1800 | 04/07/2017 | 11313 | $146.85 |
| WELTMAN WEINBERG & REIS CO LPA ATTN GEOFFREY J PETERS ESQ 175 S 3RD STREET SUITE 900 COLUMBUS OH 43215- | 3609 | 04/07/2017 | 11417 | $341.15 |
| WESTCHESTER MARKET LTD 5956 SHERRY LN STE 1000 DALLAS TX 75225-8021 | 1148820 | 04/07/2017 | 12019 | $60.85 |
| WORBY, MARILYN 4518 W NORTH B ST APT B TAMPA, FL 33609 | 2611 | 5/22/2017 | 9544 | $63.73 |
| WORKSPACE SOLUTIONS 919 COLISEUM BLVD. NORTH FORT WAYNE IN 46805- | 1150800 | 04/07/2017 | 12021 | $1,557.79 |
| XACTEC ATTN M EVANS, PRES 109 BULIFANTS BLVD, STE B WILLIAMSBURG VA 23188- | 3152 | 04/07/2017 | 11402 | $60.31 |
| XO COMMUNICATIONS SVCS INC POB 5738 CAROL STREAM NY 60197-5738 | 1153130 | 04/07/2017 | 12022 | $54.60 |

| CLAIMANT AND ADDRESS | CLAIM/SCHEDULED NUMBER | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| ZURICH AMERICAN INS ETAL OBO STATE OF VA-LPM7592378, 7592380 % K TURNER/ECKERT SEAMANS CHERIN 2 LIBERTY PL. - 50 S. 16TH ST., 22ND FL PHILADELPHIA PA 19102- | 9084 | 04/07/2017 | 11702 | $3,458.37 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL % K TURNER/ECKERT SEAMANS CHERIN 2 LIBERTY PL. - 50 S. 16TH ST., 22ND FL PHILADELPHIA PA 19102- | 8762 | 04/07/2017 | 11653 | $545.71 |